**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 82-5158436 | Chapter 11<br><br>Case No. 24-11188 (TMH) |
| In re:<br><br>Braun Pharma, LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 26-0866643 | Chapter 11<br><br>Case No. 24-11189 (TMH) |
| In re:<br><br>HCP Pharmacy LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 82-5255216 | Chapter 11<br><br>Case No. 24-11190 (TMH) |
| In re:<br><br>Pet Apothecary LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 83-2024315 | Chapter 11<br><br>Case No. 24-11191 (TMH) |
| In re:<br><br>The Pet Apothecary LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 39-1956074 | Chapter 11<br><br>Case No. 24-11192 (TMH) |

| | |
|---|---|
| In re:<br><br>Crestview Holdings, LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 83-2511907 | Chapter 11<br><br>Case No. 24-11193 (TMH) |
| In re:<br><br>Crestview Pharmacy, LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 59-3718091 | Chapter 11<br><br>Case No. 24-11194 (TMH) |
| In re:<br><br>Dr. Ike's PharmaCare LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 83-3812237 | Chapter 11<br><br>Case No. 24-11195 (TMH) |
| In re:<br><br>Enovex Pharmacy LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 83-3830693 | Chapter 11<br><br>Case No. 24-11196 (TMH) |
| In re:<br><br>H&H Pharmacy LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 83-3856793 | Chapter 11<br><br>Case No. 24-11197 (TMH) |
| In re:<br><br>SMC Pharmacy LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 83-3145428 | Chapter 11<br><br>Case No. 24-11198 (TMH) |

4895-5897-1576, v. 3

| | |
|---|---|
| In re:<br><br>SMC Lyons Holdings LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 83-3185441 | Chapter 11<br><br>Case No. 24-11199 (TMH) |
| In re:<br><br>SBH Medical LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 84-2663260 | Chapter 11<br><br>Case No. 24-11200 (TMH) |
| In re:<br><br>SBH Medical, Ltd.,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 31-1763230 | Chapter 11<br><br>Case No. 24-11201 (TMH) |
| In re:<br><br>Rose Pharmacy RM LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 84-4544205 | Chapter 11<br><br>Case No. 24-11202 (TMH) |
| In re:<br><br>Rose Pharmacy SA LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 84-4505738 | Chapter 11<br><br>Case No. 24-11203 (TMH) |
| In re:<br><br>Rose Pharmacy SF LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 84-4501438 | Chapter 11<br><br>Case No. 24-11204 (TMH) |

4895-5897-1576, v. 3

| | |
|---|---|
| In re:<br><br>Baybridge Pharmacy, LLC,<br><br>Debtor.<br><br>Employer's Tax Identification No. 84-3875518 | Chapter 11<br><br>Case No. 24-11205 (TMH) |
| In re:<br><br>Central Pharmacy, LLC,<br><br>Debtor.<br><br>Employer's Tax Identification No. 84-3906195 | Chapter 11<br><br>Case No. 24-11206 (TMH) |
| In re:<br><br>Pro Pharmacy, LLC,<br><br>Debtor.<br><br>Employer's Tax Identification No. 84-3916299 | Chapter 11<br><br>Case No. 24-11207 (TMH) |
| In re:<br><br>Healthy Choice Compounding LLC,<br><br>Debtor.<br><br>Employer's Tax Identification No. 38-3678770 | Chapter 11<br><br>Case No. 24-11208 (TMH) |
| In re:<br><br>Healthy Choice Compounding LLC,<br><br>Debtor.<br><br>Employer's Tax Identification No. 85-2021745 | Chapter 11<br><br>Case No. 24-11209 (TMH) |
| In re:<br><br>Oakdell Compounding Pharmacy LLC,<br><br>Debtor.<br><br>Employer's Tax Identification No. 74-2387537 | Chapter 11<br><br>Case No. 24-11210 (TMH) |

4895-5897-1576, v. 3

| | |
|---|---|
| In re:<br><br>Concierge Pharmacy LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 30-0975410 | Chapter 11<br><br>Case No. 24-11211 (TMH) |
| In re:<br><br>Firstcare Pharmacy LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 47-5351203 | Chapter 11<br><br>Case No. 24-11212 (TMH) |
| In re:<br><br>Easycare Pharmacy LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 81-2809408 | Chapter 11<br><br>Case No. 24-11213 (TMH) |
| In re:<br><br>Primecare Pharmacy LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 47-5117645 | Chapter 11<br><br>Case No. 24-11214 (TMH) |

**DEBTORS' MOTION FOR ENTRY OF AN ORDER**
**(I) DIRECTING JOINT ADMINISTRATION OF CASES AND**
**(II) WAIVING REQUIREMENTS OF BANKRUPTCY CODE**
**SECTION 342(c)(1) AND BANKRUPTCY RULES 1005 AND 2002(n)**

Optio Rx, LLC, and certain of its affiliates, the debtors, and debtors in possession in the above-captioned cases (collectively, the "**Debtors**," or the "**Company**"), hereby submit this motion (this "**Motion**") for entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), granting the relief described below.  In support of this Motion, the Debtors rely upon the *Declaration of Leo LaFranco in Support of Chapter 11 Petitions and First*

- 5 -

*Day Papers* (the "**First Day Declaration**"),[1] filed contemporaneously herewith.  In further support of this motion, the Debtors respectfully state as follows:

## RELIEF REQUESTED

1.      By this Motion, the Debtors request entry of an Order (a) directing the joint administration of the Chapter 11 Cases (*as defined below*), and consolidation thereof for procedural purposes only, and (b) waiving the requirement that notices provided in the Chapter 11 Cases strictly comply with Rule 2002(n) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and section 342(c)(1) of title 11 of the United States Code (the "**Bankruptcy Code**") and implementing a simplified caption to be used in all case pleadings.

2.      In furtherance of the foregoing, the Debtors request that the official caption to be used by all parties in all papers in the jointly administered cases be as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows:  (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216).  The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

---

[1]   Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

4895-5897-1576, v. 3

3.      In addition, the Debtors request that the Court make a docket entry on the docket of each of the Chapter 11 Cases (except that of Optio Rx, LLC) substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration for procedural purposes only of the chapter 11 cases of: Braun Pharma, LLC, 24-11189; Dr. Ike's PharmaCare LLC, 24-11195; Rose Pharmacy SA LLC, 24-11203; Rose Pharmacy SF LLC, 24-11204; Rose Pharmacy RM LLC, 24-11202; Pet Apothecary LLC, 24-11191; Crestview Holdings, LLC, 24-11193; SBH Medical LLC, 24-11200; H&H Pharmacy LLC, 24-11197; Enovex Pharmacy LLC, 24-11196; SMC Pharmacy LLC, 24-11198; SMC Lyons Holdings LLC, 24-11199; Baybridge Pharmacy, LLC, 24-11205; Central Pharmacy, LLC, 24-11206; Pro Pharmacy, LLC, 24-11207; Healthy Choice Compounding LLC, 24-11208; Healthy Choice Compounding LLC, 24-11209; Oakdell Compounding Pharmacy LLC, 24-11210; The Pet Apothecary LLC, 24-11192; Crestview Pharmacy, LLC, 24-11194; SBH Medical, Ltd., 24-11201; Concierge Pharmacy LLC, 24-11211; Firstcare Pharmacy LLC, 24-11212; Easycare Pharmacy LLC, 24-11213; Primecare Pharmacy LLC, 24-11214; and HCP Pharmacy LLC, 24-11190. The docket for Optio Rx, LLC, Case. No. 24-11188 (TMH), should be consulted for all matters affecting these cases.

## JURISDICTION AND VENUE

4.      This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding under 28 U.S.C. § 157(b). Venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

5.      The legal predicates for the relief requested herein are sections 105(a) and 342(c)(1) of the Bankruptcy Code, Bankruptcy Rules 1005, 1015(b), and 2002(n), and Rules 1015-1 and 9013-1(m) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

6.      Pursuant to Local Rule 9013-1(f), the Debtors consent to the entry of a final judgment or order with respect to this Motion if it is determined that this Court would lack Article III jurisdiction to enter such final order or judgment absent the consent of the parties.

4895-5897-1576, v. 3

## BACKGROUND

7.      On June 7, 2024 (the "**Petition Date**"), each of the Debtors commenced a voluntary case by filing a petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "**Chapter 11 Cases**").

8.      The Debtors continue to operate their businesses and manage their properties as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

9.      To date, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") has not appointed a creditors' committee in the Chapter 11 Cases, nor has any trustee or examiner been appointed therein.

10.     Additional information regarding the Debtors' business operations, corporate and capital structures, and restructuring efforts are described in greater detail in the First Day Declaration, which is incorporated in this Motion by reference.

## BASIS FOR RELIEF REQUESTED AND APPLICABLE AUTHORITY

11.     Pursuant to Bankruptcy Rule 1015(b), if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the [C]ourt may order a joint administration of the estates."   Fed. R. Bankr. P. 1015(b). Local Rule 1015-1 similarly provides for joint administration of chapter 11 cases when the facts demonstrate that joint administration "is warranted and will ease the administrative burden for the Court and the parties." Del. Bankr. L.R. 1015-1.  In the Chapter 11 Cases, each of the Debtors are "affiliates," as that term is defined in section 101(2) of the Bankruptcy Code.  Accordingly, the joint administration of the Debtors' respective estates is warranted and will ease the administrative burden on the Court and all parties in interest in the Chapter 11 Cases.

12.     Joint administration will also permit the Clerk of the Court to utilize a single docket for all of the Chapter 11 Cases, and to combine notices to creditors and other parties in interest in

the Debtors' respective cases.  Because there will likely be numerous motions, applications, and other pleadings filed in the Chapter 11 Cases that will affect all of the Debtors, joint administration will permit counsel for all parties in interest to include all of the Debtors' cases in a single caption for the numerous documents that are likely to be filed and served in the Chapter 11 Cases.  Joint administration will also enable parties in interest in all of the Chapter 11 Cases to stay apprised of all the various matters before the Court.

13.     Joint administration will not prejudice or adversely affect the rights of the Debtors' creditors because the relief sought herein is purely procedural and is not intended to affect substantive rights.  Joint administration will also significantly reduce the volume of paper that otherwise would be filed with the Clerk of the Court, render the completion of various administrative tasks less costly, and provide for greater efficiencies.  Moreover, the relief requested by this Motion will also simplify supervision of the administrative aspects of the Chapter 11 Cases by the U.S. Trustee.

14.     Courts in this district have routinely granted the same or similar relief as requested in this Motion to chapter 11 debtors.  See, e.g., *In re Sientra, Inc.*, No. 24-10245 (JTD) (Bankr. D. Del. Feb. 14, 2024) (directing joint administration of chapter 11 cases); *In re MVK Farmco LLC*, No. 23-11721 (LSS) (Bankr. D. Del. Oct. 17, 2023) (same); *In re Yellow Corporation*, No. 23-11069 (CTG) (Bankr. D. Del. Aug. 9, 2023) (same); *In re PGX Holdings, Inc.*, No. 23-10718 (CTG) (Bankr. D. Del. June 6, 2023) (same); *In re Lannett Co., Inc.*, No. 23-10559 (JKS) (Bankr. D. Del. May 4, 2023) (same); *In re SiO2 Med. Prod., Inc.*, No. 23-10366 (JTD) (Bankr. D. Del. Mar. 30, 2023) (same).[2]

---

[2]     Because of the voluminous nature of the orders cited herein, they are not attached to this Motion, but are available upon request.

4895-5897-1576, v. 3

15.     For these reasons, the Debtors submit that the relief requested herein is in the best interests of the Debtors, their estates, and creditors and, therefore, should be granted.

## NOTICE

16.     Notice of this Motion has been or will be provided to: (i) the Office of the United States Trustee for the District of Delaware; (ii) the holders of the thirty (30) largest unsecured claims on a consolidated basis against the Debtors; (iii) counsel to the proposed DIP Lenders; (iv) the Internal Revenue Service; (v) the United States Attorney's Office for the District of Delaware; (vi) the state attorneys general for all states in which the Debtors conduct business; and (vii) the Securities and Exchange Commission.  Notice of this Motion and any order entered hereon will be served in accordance with Local Rule 9013- 1(m).  In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

## NO PRIOR REQUEST

17.     No previous request for the relief sought herein has been made to this Court or any other court.

4895-5897-1576, v. 3

## CONCLUSION

**WHEREFORE**, the Debtors respectfully request that this Court enter the Proposed Order, substantially in the form annexed hereto, granting the relief requested herein and such other and further relief as may be just and proper.

Dated: June 9, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*

William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:        chipman@chipmanbrown.com
              carickhoff@chipmanbrown.com
              olivere@chipmanbrown.com
              root@chipmanbrown.com

*Proposed Counsel for Debtors and*
*Debtors in Possession*

4895-5897-1576, v. 3

# EXHIBIT A

## (*Proposed* Order)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC,<br><br>       Debtor.<br><br>Employer's Tax Identification No. 82-5158436 | Chapter 11<br><br>Case No. 24-11188 (TMH) |
| In re:<br><br>Braun Pharma, LLC,<br><br>       Debtor.<br><br>Employer's Tax Identification No. 26-0866643 | Chapter 11<br><br>Case No. 24-11189 (TMH) |
| In re:<br><br>HCP Pharmacy LLC,<br><br>       Debtor.<br><br>Employer's Tax Identification No. 82-5255216 | Chapter 11<br><br>Case No. 24-11190 (TMH) |
| In re:<br><br>Pet Apothecary LLC,<br><br>       Debtor.<br><br>Employer's Tax Identification No. 83-2024315 | Chapter 11<br><br>Case No. 24-11191 (TMH) |
| In re:<br><br>The Pet Apothecary LLC,<br><br>       Debtor.<br><br>Employer's Tax Identification No. 39-1956074 | Chapter 11<br><br>Case No. 24-11192 (TMH) |

| | |
|---|---|
| In re:<br><br>Crestview Holdings, LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 83-2511907 | Chapter 11<br><br>Case No. 24-11193 (TMH) |
| In re:<br><br>Crestview Pharmacy, LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 59-3718091 | Chapter 11<br><br>Case No. 24-11194 (TMH) |
| In re:<br><br>Dr. Ike's PharmaCare LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 83-3812237 | Chapter 11<br><br>Case No. 24-11195 (TMH) |
| In re:<br><br>Enovex Pharmacy LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 83-3830693 | Chapter 11<br><br>Case No. 24-11196 (TMH) |
| In re:<br><br>H&H Pharmacy LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 83-3856793 | Chapter 11<br><br>Case No. 24-11197 (TMH) |
| In re:<br><br>SMC Pharmacy LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 83-3145428 | Chapter 11<br><br>Case No. 24-11198 (TMH) |

- 2 -

| | |
|---|---|
| In re:<br><br>SMC Lyons Holdings LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 83-3185441 | Chapter 11<br><br>Case No. 24-11199 (TMH) |
| In re:<br><br>SBH Medical LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 84-2663260 | Chapter 11<br><br>Case No. 24-11200 (TMH) |
| In re:<br><br>SBH Medical, Ltd.,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 31-1763230 | Chapter 11<br><br>Case No. 24-11201 (TMH) |
| In re:<br><br>Rose Pharmacy RM LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 84-4544205 | Chapter 11<br><br>Case No. 24-11202 (TMH) |
| In re:<br><br>Rose Pharmacy SA LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 84-4505738 | Chapter 11<br><br>Case No. 24-11203 (TMH) |
| In re:<br><br>Rose Pharmacy SF LLC,<br><br>        Debtor.<br><br>Employer's Tax Identification No. 84-4501438 | Chapter 11<br><br>Case No. 24-11204 (TMH) |

- 3 -

| | |
|---|---|
| In re:<br><br>Baybridge Pharmacy, LLC,<br><br>       Debtor.<br><br>Employer's Tax Identification No. 84-3875518 | Chapter 11<br><br>Case No. 24-11205 (TMH) |
| In re:<br><br>Central Pharmacy, LLC,<br><br>       Debtor.<br><br>Employer's Tax Identification No. 84-3906195 | Chapter 11<br><br>Case No. 24-11206 (TMH) |
| In re:<br><br>Pro Pharmacy, LLC,<br><br>       Debtor.<br><br>Employer's Tax Identification No. 84-3916299 | Chapter 11<br><br>Case No. 24-11207 (TMH) |
| In re:<br><br>Healthy Choice Compounding LLC,<br><br>       Debtor.<br><br>Employer's Tax Identification No. 38-3678770 | Chapter 11<br><br>Case No. 24-11208 (TMH) |
| In re:<br><br>Healthy Choice Compounding LLC,<br><br>       Debtor.<br><br>Employer's Tax Identification No. 85-2021745 | Chapter 11<br><br>Case No. 24-11209 (TMH) |
| In re:<br><br>Oakdell Compounding Pharmacy LLC,<br><br>       Debtor.<br><br>Employer's Tax Identification No. 74-2387537 | Chapter 11<br><br>Case No. 24-11210 (TMH) |

- 4 -

| | |
|---|---|
| In re:<br><br>Concierge Pharmacy LLC,<br><br>              Debtor.<br><br>Employer's Tax Identification No. 30-0975410 | Chapter 11<br><br>Case No. 24-11211 (TMH) |
| In re:<br><br>Firstcare Pharmacy LLC,<br><br>              Debtor.<br><br>Employer's Tax Identification No. 47-5351203 | Chapter 11<br><br>Case No. 24-11212 (TMH) |
| In re:<br><br>Easycare Pharmacy LLC,<br><br>              Debtor.<br><br>Employer's Tax Identification No. 81-2809408 | Chapter 11<br><br>Case No. 24-11213 (TMH) |
| In re:<br><br>Primecare Pharmacy LLC,<br><br>              Debtor.<br><br>Employer's Tax Identification No. 47-5117645 | Chapter 11<br><br>Case No. 24-11214 (TMH) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF CASES AND
(II) WAIVING REQUIREMENTS OF BANKRUPTCY CODE
SECTION 342(c)(1) AND BANKRUPTCY RULES 1005 AND 2002(n)**

Upon the motion (the "**Motion**")[1] of the Debtors for an order (this "**Order**"), pursuant to

sections 105(a) and 342(c)(1) of the Bankruptcy Code, Bankruptcy Rules 1005, 1015(b), and

2002(n), and Local Rules 1015-1 and 9013-1(m), (a) directing the joint administration of the

Debtors' Chapter 11 Cases for procedural purposes only and (b) waiving the requirement that

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

- 5 -

notices provided in the Chapter 11 Cases strictly comply with Bankruptcy Rule 2002(n) and section 342(c)(1) of the Bankruptcy Code and implementing a simplified caption to be used in all case pleadings; and upon consideration of the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further notice is necessary; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby;

**ORDERED, ADJUDGED, AND DECREED THAT:**

1.      The Motion is GRANTED on a final basis as set forth herein.

2.      Each of the above-captioned Chapter 11 Cases of the Debtors be, and hereby are, jointly administered by the Court for procedural purposes only.  Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting any substantive consolidation of any of the Chapter 11 Cases.

3.      The caption of the jointly administered cases shall read as follows:

4858-8673-5544, v. 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

4.      Each motion, application, and notice shall be captioned as indicated in the preceding decretal paragraph and all pleadings and other documents to be filed and docketed in the jointly administered cases shall be made in the case of Optio Rx, LLC, Case No. 24-11188 (TMH).

5.      The foregoing caption shall be deemed to satisfy any applicable requirements of the first sentence of section 342(c) of the Bankruptcy Code and Bankruptcy Rule 2002(n).

6.      In addition, the Debtors request that the Court make a docket entry on the docket of each of the Chapter 11 Cases (except that of Optio Rx, LLC) substantially as follows:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration for procedural purposes only of the chapter 11 cases of: Braun Pharma, LLC, 24-11189; Dr. Ike's PharmaCare LLC, 24-11195; Rose Pharmacy SA LLC, 24-11203; Rose Pharmacy SF LLC, 24-11204; Rose Pharmacy RM LLC, 24-11202; Pet Apothecary LLC, 24-11191; Crestview Holdings, LLC, 24-11193; SBH Medical LLC, 24-11200; H&H Pharmacy LLC, 24-11197; Enovex Pharmacy LLC, 24-11196; SMC Pharmacy LLC, 24-11198; SMC Lyons Holdings LLC, 24-11199; Baybridge Pharmacy, LLC, 24-11205; Central Pharmacy, LLC, 24-11206; Pro Pharmacy, LLC, 24-

11207; Healthy Choice Compounding LLC, 24-11208; Healthy Choice Compounding LLC, 24-11209; Oakdell Compounding Pharmacy LLC, 24-11210; The Pet Apothecary LLC, 24-11192; Crestview Pharmacy, LLC, 24-11194; SBH Medical, Ltd., 24-11201; Concierge Pharmacy LLC, 24-11211; Firstcare Pharmacy LLC, 24-11212; Easycare Pharmacy LLC, 24-11213; Primecare Pharmacy LLC, 24-11214; and HCP Pharmacy LLC, 24-11190. The docket for Optio Rx, LLC, Case. No. 24-11188 (TMH), should be consulted for all matters affecting these cases.

7.      The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

4858-8673-5544, v. 3