IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(*Joint Administration Pending*) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS AND RELATED DOCUMENTS AND (II) AGENDA FOR THE HYBRID HEARING TO CONSIDER FIRST DAY MOTIONS SCHEDULED FOR JUNE 11, 2024, AT 10:00 A.M. (EASTERN TIME)**

> This hybrid hearing will be conducted in person and utilizing Zoom. All remote participants are required to register in advance using the eCourt Appearances tool available on the Court's website (http://www.deb.uscourts.gov/ecourt-appearances). The Debtors, the lenders, and the UST must appear in person at the hearing. All other parties are permitted to appear via Zoom.
>
> Please register no later than June 11, 2024, at 9:00 a.m. (Eastern Time),
>
> An electronic invitation, with the relevant audio or video link, will be emailed to you no later than two (2) hours prior to the hearing.

**PLEASE TAKE NOTICE** that on June 7, 2024, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the following voluntary petitions (the "**Petitions**") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

A. **VOLUNTARY PETITIONS:**

| | DEBTOR'S NAME | CASE NO. |
|---|---|---|
| 1. | Optio Rx, LLC | 24-11188 |
| 2. | Braun Pharma, LLC | 24-11189 |
| 3. | HCP Pharmacy LLC | 24-11190 |
| 4. | Pet Apothecary LLC | 24-11191 |
| 5. | The Pet Apothecary LLC | 24-11192 |
| 6. | Crestview Holdings, LLC | 24-11193 |
| 7. | Crestview Pharmacy, LLC | 24-11194 |
| 8. | Dr. Ike's PharmaCare LLC | 24-11195 |
| 9. | Enovex Pharmacy LLC | 24-11196 |
| 10. | H&H Pharmacy LLC | 24-11197 |
| 11. | SMC Pharmacy LLC | 24-11198 |
| 12. | SMC Lyons Holdings LLC | 24-11199 |
| 13. | SBH Medical LLC | 24-11200 |
| 14. | SBH Medical, Ltd. | 24-11201 |
| 15. | Rose Pharmacy RM LLC | 24-11202 |
| 16. | Rose Pharmacy SA LLC | 24-11203 |
| 17. | Rose Pharmacy SF LLC | 24-11204 |
| 18. | Baybridge Pharmacy, LLC | 24-11205 |
| 19. | Central Pharmacy, LLC | 24-11206 |
| 20. | Pro Pharmacy, LLC | 24-11207 |
| 21. | Healthy Choice Compounding LLC | 24-11208 |
| 22. | Healthy Choice Compounding LLC | 24-11209 |
| 23. | Oakdell Compounding Pharmacy LLC | 24-11210 |
| 24. | Concierge Pharmacy LLC | 24-11211 |
| 25. | Firstcare Pharmacy LLC | 24-11212 |

4880-6540-9733, v. 1

|     | **DEBTOR'S NAME** | **CASE NO.** |
| --- | --- | --- |
| 26. | Easycare Pharmacy LLC | 24-11213 |
| 27. | Primecare Pharmacy LLC | 24-11214 |

**B.    FIRST DAY MOTIONS.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors will present the following pleadings (collectively, the "**First Day Pleadings**") at a hybrid[2] hearing on **June 11, 2024, at 10:00 a.m. (Eastern Time)** (the "**Hearing**") before the Honorable Thomas M. Horan, United States Bankruptcy Judge, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801:

1. Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Cases and (II) Waiving Requirements of Bankruptcy Code Section 342(c)(1) and Bankruptcy Rules 1005 and 2002(n) [Docket No. 4].

2. Debtors' Application for the Appointment of Stretto, Inc. as Claims and Noticing Agent [Docket No. 5].

3. Debtors' Motion for Entry of an Order (I) Authorizing Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor; (B) File a Consolidated List of Top Thirty (30) Largest Unsecured Creditors; and (C) Redact Certain Personally Identifiable Information of Natural Persons; and (II) Granting Related Relief [Docket No. 6].

4. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Implementation of Procedures to Maintain and Protect Confidential Health Information as Required by Applicable Privacy Rules [Docket No. 7].

5. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations; (II) Modifying Certain Deposit Requirements; and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations [Docket No. 8].

---

[2]   The hearing will be conducted in person and utilizing Zoom. The Debtors, the lenders, and the UST must appear in person at the hearing. All other parties are permitted to appear by zoom.

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 9].

7. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Certain Prepetition Taxes and Related Obligations [Docket No. 10].

8. Debtors' Motion for Entry of Interim and Final Orders (I)(A) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (B) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services; and (II) Granting Related Relief [Docket No. 11].

9. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to (I) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder, and (II) Renew, Revise, Extend, Supplement, Change, or Enter into New Insurance Policies [Docket No. 12].

10. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Prepetition Wages, Compensation, and Employee Benefits [Docket No. 13].

11. Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (A) Pay Prepetition Claims of Shippers, Warehousemen and Lien Claimants, and (B) Granting Related Relief [Docket No. 16].

12. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 17].

    (a) Declaration of Tadd Crane in Support of Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief [Docket No. 18].

C. **FIRST DAY DECLARATION.**

13. Declaration of Leo LaFranco in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [Docket No. 3].

**PLEASE TAKE FURTHER NOTICE** that copies of all First Day Pleadings will be mailed in accordance with Rule 9013-1(m) of the Local Rules of Bankruptcy Practice and Procedure for the

United States Bankruptcy Court for the District of Delaware, and are currently available (free of charge) on the website of the Debtors' proposed claims and noticing agent, Stretto ("**Stretto**"), dedicated to these Chapter 11 Cases, https://cases.stretto.com/OptioRX, or on the Court's website, https://ecf.deb.uscourts.gov. Further information may be obtained by calling Stretto's telephone number: (866) 515-5505 (U.S./Canada), or (949) 590-3286 (International), by email to optiorxinquiries@stretto.com, or upon request from undersigned proposed counsel to the Debtors.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Pleadings may be made at the First Day Hearing.

Dated: June 9, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   chipman@chipmanbrown.com
carickhoff@chipmanbrown.com
olivere@chipmanbrown.com
root@chipmanbrown.com

*Proposed Counsel for Debtors and Debtors in Possession*