IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>　　　　　　　　Debtors.<sup>1</sup> | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(*Joint Administration Pending*) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** under section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), DLA Piper LLP (US) hereby enters its appearance as counsel to Loan Admin Co LLC ("Loan Admin"), a party in interest in the above-captioned bankruptcy cases (the "Bankruptcy Cases").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, Loan Admin requests copies of all notices, pleadings, and all other papers filed or served in the Bankruptcy Cases be given to and served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

---

<sup>1</sup>　　The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

> Stuart M. Brown
> Matthew S. Sarna
> DLA Piper LLP (US)
> 1201 North Market Street, Suite 2100
> Wilmington, Delaware 19801
> Telephone:    (302) 468-5700
> Facsimile:    (302) 394-2341
> Email: stuart.brown@us.dlapiper.com
> matthew.sarna@us.dlapiper.com

**PLEASE TAKE FURTHER NOTICE**, under sections 342 and 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, any orders and notices of any notice, application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein or which may in any way affect or seek to affect any right or interest of Loan Admin.

**PLEASE TAKE FURTHER NOTICE**, the filing of this pleading is intended to constitute only a special appearance to the extent that a general appearance would constitute a waiver of any right. Loan Admin does not intend this Notice of Appearance and Request for Service of Notices and Papers, or any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any: (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding so triable in these Bankruptcy Cases or any case, controversy or proceeding related to these Bankruptcy Cases; (c) rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (d) any objection to the jurisdiction of the Bankruptcy Court for any purpose other than with respect of this notice, or (e) other rights, claims, actions, defenses, setoffs, recoupments to which Loan

Admin is or may be entitled, or other matters under any agreement, law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Loan Admin expressly reserves. Loan Admin's rights are reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the Bankruptcy Cases.

Dated: June 11, 2024
       Wilmington, Delaware

Respectfully submitted,

/s/ *Stuart M. Brown*
Stuart M. Brown (DE No. 4050)
Matthew S. Sarna (DE No. 6578)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone:   (302) 468-5700
Facsimile:    (302) 394-2341
Email: stuart.brown@us.dlapiper.com
      matthew.sarna@us.dlapiper.com

*Counsel for Loan Admin Co LLC*

1610554817