## Exhibit 2

**Initial 13-Week Budget**

**Optio Rx**
DIP Projection

| Week Ending Saturday | 6/16 | 6/23 | 6/30 | 7/7 | 7/14 | 7/21 | 7/28 | 8/4 | 8/11 | 8/18 | 8/25 | 9/1 | 9/8 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | |
| Revenue Forecast | $2,851 | $2,851 | $2,851 | $2,595 | $2,595 | $2,595 | $2,595 | $2,595 | $2,825 | $2,825 | $2,825 | $2,825 | $2,825 | $35,658 |
| **CASH FLOW** | | | | | | | | | | | | | | |
| **Cash Receipts** | | | | | | | | | | | | | | |
| Net Sales Receipts | 2,593 | 2,593 | 2,593 | 2,851 | 2,851 | 2,851 | 2,851 | 2,595 | 2,595 | 2,595 | 2,595 | 2,595 | 2,595 | 34,757 |
| Total Cash Receipts | 2,593 | 2,593 | 2,593 | 2,851 | 2,851 | 2,851 | 2,851 | 2,595 | 2,595 | 2,595 | 2,595 | 2,595 | 2,595 | 34,757 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Payroll | 815 | 0 | 815 | 0 | 815 | 0 | 815 | 0 | 815 | 0 | 815 | 0 | 815 | 5,705 |
| Unsecured Product Vendors | 0 | 1,250 | 1,250 | 1,250 | 1,264 | 1,264 | 1,264 | 1,250 | 1,250 | 1,000 | 950 | 815 | 815 | 13,622 |
| Secured Vendors | 1,250 | 750 | 1,250 | 850 | 1,350 | 850 | 1,350 | 750 | 750 | 1,250 | 750 | 750 | 750 | 12,650 |
| Shipping | 0 | 157 | 79 | 79 | 114 | 114 | 114 | 114 | 104 | 104 | 104 | 104 | 104 | 1,290 |
| Lease Rental Payments | 0 | 0 | 241 | 0 | 0 | 0 | 241 | 0 | 0 | 0 | 0 | 241 | 0 | 723 |
| Insurance Payments | 0 | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 |
| Other SG&A | 0 | 174 | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 87 | 1,131 |
| Operating Disbursements | 2,065 | 2,831 | 3,722 | 2,266 | 3,630 | 2,315 | 3,871 | 2,201 | 3,006 | 2,441 | 2,706 | 1,997 | 2,571 | 35,621 |
| Operating Cash Flow | 528 | (238) | (1,129) | 586 | (779) | 536 | (1,020) | 394 | (410) | 155 | (110) | 599 | 25 | (864) |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| DIP Fees & Interest | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16 |
| Sr Debt Interest | 0 | 0 | 0 | 2,600 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,600 |
| Debtor Professionals | 0 | 284 | 99 | 99 | 74 | 72 | 72 | 72 | 82 | 84 | 84 | 84 | 84 | 1,190 |
| Lender Professionals | 0 | 600 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 2,250 |
| Committee Professionals | 0 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 500 |
| US Trustee | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 120 | 0 | 0 | 0 | 105 | 0 | 225 |
| BK Deposits | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 20 |
| Non-Operating Disbursements | 0 | 926 | 307 | 2,911 | 266 | 264 | 264 | 384 | 274 | 276 | 276 | 380 | 276 | 6,801 |
| Total Disbursements | 2,065 | 3,757 | 4,029 | 5,176 | 3,896 | 2,579 | 4,135 | 2,585 | 3,279 | 2,716 | 2,981 | 2,377 | 2,846 | 42,422 |
| Net Cash Flow | 528 | (1,164) | (1,435) | (2,325) | (1,044) | 273 | (1,283) | 11 | (684) | (121) | (386) | 218 | (251) | (7,665) |
| **Total Operating Cash Balance** | 2,093 | 3,679 | 2,243 | 3,918 | 3,873 | 4,146 | 3,863 | 3,873 | 3,189 | 3,068 | 2,682 | 2,900 | 2,649 | 2,649 |
| **Ending DIP Balance** | 0 | 2,750 | 2,750 | 6,750 | 7,750 | 7,750 | 8,750 | 8,750 | 8,750 | 8,750 | 8,750 | 8,750 | 8,750 | 8,750 |