# **EXHIBIT A**

**(Farnan Declaration)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

### DECLARATION OF KELLY E. FARNAN IN SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF RICHARDS, LAYTON & FINGER AS SPECIAL LITIGATION COUNSEL EFFECTIVE AS OF JUNE 19, 2024

I, Kelly E. Farnan, hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury as follows:

1. I am a director in the law firm of Richards, Layton & Finger, P.A. ("**RLF**"), which maintains its principal office at One Rodney Square, 920 North King Street, Wilmington, Delaware 19801. I submit this declaration (the "**Declaration**") on behalf of RLF in support of the application (the "**Application**"),[2] of the above-captioned debtors and debtors-in-possession (the "**Debtors**") for an order, pursuant to section 327(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**"), Rules 2014(a), 2016(b), and 5002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the Local Rules for the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), authorizing the retention and employment of RLF as special litigation counsel to the Debtors in the above-captioned Chapter 11 Cases effective as of June 19, 2024 (the "**Retention Date**").  Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.[3]

2. The facts set forth below are based either upon my personal knowledge, discussions with other directors and associates of RLF, or review of the client/matter records of RLF by me or by associates of RLF acting under my supervision and direction.

## DEBTORS' RETENTION OF RLF

3. The Debtors have filed the Application to retain RLF, subject to this Court's approval, as special litigation counsel to the Debtors.  RLF will serve as counsel to the Debtors in connection with the SM Adversary Proceeding.  RLF's services will include all aspects of the litigation, including preliminary analysis, investigation, interviewing prospective witnesses and persons with knowledge of the facts, document review, legal research, discovery, motions, court proceedings, trial and appeal.

## PROFESSIONAL COMPENSATION

4. RLF intends to apply for compensation for professional services rendered in connection with these Chapter 11 Cases subject to the approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by RLF. RLF has advised the Debtors that the current hourly rates applicable to the principal attorneys and paralegals proposed to represent the Debtors are as follows:

---

[3] Certain of the disclosures herein relate to matters within the knowledge of other attorneys at RLF.

| Professional | Rate Per Hour |
|---|---|
| Jeff Moyer, Director | $1095.00 |
| Chad Shandler, Director | $1,050.00 |
| Kelly Farnan, Director | $1,050.00 |
| Katharine Mowery, Director | $995.00 |
| Sara Metzler, Associate | $775.00 |
| Edmond Kim, Associate | $625.00 |
| Jessica Blau, Associate | $525.00 |
| Paralegals | $395.00 |
| Case Management Assistants | $295.00 |

5.  Other attorneys and paralegals will render services to the Debtors as needed. The Debtors understand that the hourly rates set forth above are subject to periodic adjustments in the ordinary course of business.

6.  The hourly rates set forth above are RLF's standard hourly rates for work of this nature. These rates are set at a level designed to fairly compensate RLF for its work and to cover fixed and routine overhead expenses. It is RLF's policy to charge its clients in all areas of practice for expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, photocopying, witness fees, travel expenses, certain secretarial and other overtime expenses, filing and recording fees, long distance telephone calls, postage, express mail and messenger charges, computerized legal research charges and other computer services, expenses for "working meals," and telecopier charges. RLF will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to its other clients,

subject to this Court's approval of such expenses pursuant to the Bankruptcy Code, such Bankruptcy Rules as may from time to time be applicable, such Local Rules as may from time to time be applicable, and such procedures as may be fixed by order of this Court. RLF believes that failure to charge these expenses would require the firm to increase its current hourly rates.

7. RLF intends to seek compensation for all time and expenses associated with its retention in accordance with sections 330 and 331 of the Bankruptcy Code and any orders of this Court, including the preparation of this Application, the Farnan Declaration and related documents, as well as any monthly fee statements or interim or final fee applications.

8. Other than as set forth herein, there is no proposed arrangement to compensate RLF. RLF has not shared, nor agreed to share: (a) any compensation it has received or may receive with any other party or person, other than with the partners and associates of RLF; or (b) any compensation another person or party has received or may receive.

9. Consistent with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, I submit the following information:

    (a)     RLF did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement;

    (b)     None of RLF's professionals included in this engagement have varied their rate based on the geographic location for these Chapter 11 Cases;

    (c)     RLF did not represent the Debtors prior to the Petition Date; and

    (d)     RLF, in conjunction with the Debtors' advisors, is working with our client on developing an estimated budget and staffing plan for the preliminary injunction phase of these proceedings.

11. By separate application, I understand the Debtors will ask the Court to approve the retention of (a) Chipman Brown Cicero & Cole, LLP as Debtors' counsel; (b) Paladin Management Group as financial advisor; and (c) Stretto, Inc. as administrative advisor. The Debtors may also

file motions or applications to employ additional professionals and/or ordinary course professionals. RLF will work closely with the Debtors' other professionals to avoid any unnecessary duplication of effort.

12. By reason of the foregoing, I believe RLF is eligible for employment and retention by the Debtors pursuant to sections 327(a), 328(a), and 1107(b) of the Bankruptcy Code and the applicable Bankruptcy Rules.

### RLF'S DISCLOSURE PROCEDURES

13. To the best of my knowledge and information after due inquiry, and except as disclosed herein: (a) RLF has no interest adverse to the Debtors or to the Debtors' estates; and (b) RLF is a "disinterested person" for purposes of section 327(a) of the Bankruptcy Code. For so long as RLF represents the Debtors, and absent further order of this Court, RLF will not represent any entity other than the Debtors in connection with these bankruptcy cases.

14. As more fully described hereinafter, RLF maintains a computer client database (the "**Client Database**") containing the names of all of RLF's current and former clients and, where practical, the known affiliates of those clients. In connection with preparing this Declaration, I caused to be submitted to, and caused to be checked against, the Client Database, those potentially interested parties in these cases listed on **Exhibit 1** hereto, which party names were provided to RLF by the Debtors (collectively, the "**Potentially Interested Parties**").

15. RLF compared the names of the Potentially Interested Parties against the Client Database. Based upon my review of the Potentially Interested Parties and the report from RLF's Client Database, I have determined that RLF has or had a relationship with certain Potentially Interested Parties as identified in RLF's conflict check and disclosed on **Exhibit 2** attached hereto.

16.     Through a firm wide email, RLF solicited information from its attorneys to determine whether any attorneys employed by RLF are related to the Bankruptcy Judge presiding over these cases, the United States Trustee for Region 3, or any attorney known to RLF to be employed in the Wilmington Office of the United States Trustee.  RLF also solicited information from its attorneys to determine if any attorneys employed by RLF are equity security holders of the Debtors.  Based upon this review, no such connections have been discovered to date.  In the event that any additional information is received, RLF will supplement this Declaration to the extent necessary.

17.     RLF maintains and systematically updates its Client Database in the ordinary course of business, and it is the regular practice of RLF to make and maintain these records.  The Client Database maintained by RLF is designed to include every matter on which RLF is now or has been engaged, the entity by which RLF is now or has been engaged, and, in each instance, the identity of related parties, adverse parties, and the name of an attorney at RLF who is knowledgeable about the matter.  It is the policy of RLF that no new matter may be accepted or opened without completing and submitting to those charged with maintaining the Client Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties.  Accordingly, the Client Database is regularly updated for every new matter undertaken by RLF.

18.     RLF may have connections to certain creditors and other parties-in-interest in these cases.  Those connections may include representation of the entity, an affiliate, or related party, as well as representation of parties adverse to such parties, affiliates, or related parties in matters unrelated to these cases. In addition, it is possible that RLF and certain of its partners and associates may have in the past represented, may currently represent, and may in the future represent parties-

in-interest of the Debtors in connection with matters unrelated to the Debtors or these cases. Moreover, RLF appears in many cases, proceedings, and transactions involving different attorneys, financial consultants, and investment bankers, some of which may now or in the future represent the Debtors, Potentially Interested Parties or other parties-in-interest in these cases. From time to time, RLF will supplement this Declaration to the extent necessary.

19. To the best of my knowledge, information and belief, RLF does not represent or hold any interest adverse to the Debtors or their estates. Accordingly, I believe that RLF satisfies the requirements for employment as special litigation counsel to the Debtors pursuant to section 327(a) of the Bankruptcy Code.

20. RLF is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) in that RLF, its partners, and associates:

- are not creditors, equity security holders, or insiders of the Debtors;

- are not and were not, within two (2) years before the date of the filing of the petitions, a director, officer, or employee of the Debtors; and

- do not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

21. RLF and certain of its partners and associates may have in the past represented and may currently represent and likely in the future will represent creditors of the Debtors in connection with matters unrelated to the Debtors and these cases. At this time, RLF is not aware of such representations, except as disclosed herein.

22. No partner or associate of RLF is a relative of, or has been so connected with, any United States Bankruptcy Judge for the District of Delaware, any of the District Court Judges for the District of Delaware who handle bankruptcy cases, the United States Trustee for Region 3, the Assistant United States Trustee for the District of Delaware, the attorney for the U.S. Trustee

- 8 -

assigned to these Chapter 11 Cases, or any other employee of the U.S. Trustee, except as set forth herein.

23. The facts set forth below are based either upon my personal knowledge, discussions with other partners and associates of RLF, and client/matter records of RLF reviewed by me or by associates of RLF acting under my supervision and direction.

### REQUEST FOR APPROVAL OF RETENTION OF RLF EFFECTIVE AS OF THE RETENTION DATE

24. For the reasons stated in the Application, RLF has requested, and the Debtors have agreed, that RLF's retention be approved effective as of the Retention Date, in order to allow RLF to be compensated for the work it has performed for the Debtors prior to the Court's consideration and approval of the Application.

25. By reason of the foregoing, I believe RLF is eligible for employment and retention by the Debtors pursuant to sections 327(a) of the Bankruptcy Code and the applicable Bankruptcy Rules.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on July 11, 2024

                                                               */s/ Kelly E. Farnan*
                                                              Kelly E. Farnan

# **EXHIBIT 1**

**Exhibit 1**

**POTENTIAL PARTIES IN INTEREST**

**Debtors**
Optio Rx, LLC
Braun Pharma, LLC
Dr. Ike's PharmaCare LLC
Rose Pharmacy SA LLC
Rose Pharmacy SF LLC
Rose Pharmacy RM LLC
Pet Apothecary LLC
Crestview Holdings, LLC
SBH Medical LLC
H&H Pharmacy LLC
Enovex Pharmacy LLC
SMC Pharmacy LLC
SMC Lyons Holdings LLC
Baybridge Pharmacy, LLC
Central Pharmacy, LLC
Pro Pharmacy, LLC
Healthy Choice Compounding LLC
Healthy Choice Compounding LLC
Oakdell Compounding Pharmacy LLC
The Pet Apothecary LLC
Crestview Pharmacy, LLC
SBH Medical, Ltd.
Concierge Pharmacy LLC
Firstcare Pharmacy LLC
Easycare Pharmacy LLC
Primecare Pharmacy LLC
HCP Pharmacy LLC

**Related Entities**
CBC Pharma HoldCo, LLC
Pharmacy Management LLC

**Officers & Directors**
Butler, Ryan
David, Ben
Klotz, Kelly
Kumar, Arun Suresh
LaFranco, Leo
Patel, Rinku

**Equity Holders**
CBC Pharma HoldCo, LLC

**Secured Parties**
Amerisource Bergen Drug Corporation
Anda Inc.
ASD Specialty Healthcare, LLC
CapitalSouth SBIC Fund IV, L.P.
Cardinal Health 110 LLC (dba ParMed)
H.D. Smith, LLC
H.D. Smith Wholesale Drug Company
Integrated Commercialization Solutions LLC
Loan Admin Co LLC
MC Credit Partners
McKesson Corporation
M K Pharmacy, Inc.
PioneerRx
Youn, Kim Rosa

**Litigation**
Ballard, Victoria
Barber, Kyndall
Barnett, Claudia
Caprice Capital Partners LLC
Cold Bore Capital Management LLC
Davey, Amanda
Densman, Christopher Neil
Densman, Jennifer Reshay
Henderson, Bryan
Meeks, Morgan
Salerno, Kristen
Skin Medicinals LLC
Stafford, Ellen
Waites, Kari
Wank, Marc H.
Zepeda, Sergio

**Significant Creditors**
119 Kent LLC
121 Central Pharmacy Corp.
1908 Santa Monica LLC
Able Motor Cars Corp.
Adventus US realty 4 LP
Akron Generics LLC

i

Altium Healthcare Inc.- Tri State Distribution
Altman, Philip
American Electric Power
American Flyer Distribution
Amerisourcebergen Drug Corp.
Amneal Pharmaceuticals
Anda Inc.
Arcutis Biotherapeutics Inc.
ARL Bio Pharma
Armitra Properties Inc.
Arrive On Time Delivery
Aves Management LLC
Bachster Courier
Baxter Healthcare Corp.
Baybridge Pharmacy Corp.
Beradelli, Brian
BHM Capital, Inc.
Bingodel
BPI Labs
Brex Mastercard
Buller, Elizabeth
Calibration Consultants, Ltd.
Cardinal Health at Home
Cardinal Health Opti Freight
Carson, John J.
Castleborn Investments
Cerner Corp.
Cision US Inc.
CityMedRx LLC
Clean Harbors Environmental Services, Inc.
Coldphase Corporation
Columbia Gas
Columbus Specialty Nursing LLC
Commercial Air Systems Inc.
Constangy, Brooks, Smith & Prophete, LLP
Contec Inc.
Delco Pharmacy Corp.
Deliver IT LLC
Dr. Ike, Inc. (dba Dr. Ike's PharmaCare)
DrugLift
Dzhragatspanyan, Ayk
Fagron Inc.
Federal Express
Forte Bio-Pharma LLC
GLS Freight

Hasafa, Batool
Healthcare Control Infection Solution
Henderson, Bryan
H&H Pharmacy, Inc. (dba Dr. Ike's Pharmacy #1)
Hirsh, Robert
Insperity PEO Services
International Filter Products
Mayne Pharma
McKesson Corporation
Medtel Communications
Microsoft
Oak Drugs Inc.
OCPLP, Inc.
Optum
P.C.C.A., INC
PIA Holdings, Inc.
PioneerRx
Pitney Bowes Global Financial Services LLC
RSM US LLP
Rush Properties, Inc.
Sameday Critical LLC
Savino, Greg
Shariati, Afshan
Siegel, Jordana
Sony Brothers Outsourcing Solutions Pvt. Ltd.
Spee-Dee Delivery Service Inc.
Stericycle, Inc.
TC Pharmacy Corporation
TTH Corporation
TTTT Pharmacy Corporation
Unishippers
United Delivery Service Ltd.
Universal Pharmaceutical Services, Inc. (dba ENOVEX Pharmacy)
UPS
Virtus Pharmaceuticals LLC
Willow Birch

**Banks**
BMO Harris Bank, N.A.
Capital One Bank NA
Frost Bank
Hancock Whitney

JP Morgan Chase Bank, NA
Key Bank
PNC Bank
Sterling National Bank
Wintrust Bank

**Utilities**
8x8
Accent Communication Services Inc.
American Electric Power
AT&T
Breezeline
CenturyLink
City of Crestview
City of Glendale – Property Tax
City of Glendale Water Utility
City of Santa Fe Springs Water Utility
City Public Service CPS
Coachella Valley Water District
Cogent Energy Systems
Columbia Gas
Comcast
CoMed
ConEd of New York
County of Los Angeles, Department of Treasurer and Tax Collector
Eagle Disposal
eFax Corporate
Essman Electric, LLC
Faxage
Forest Equities Inc.
FPL Northwest FL
Frontier Communication
Global Messaging Network
GohaykLR LLC
GoTo Communication
Imperial Irrigation District
Iron Mountain
LIPA DirectPay
Lumen
Los Angeles Department of Water & Power
Medical BioWaste Solutions
Medtel Communications LLC
National Grid
Nicor Gas
Optimum

Paper Recycling and Shredding Specialists
PaperTiger
Peoples Gas
PioneerRx
PRIMO Water
Proshred North
Proshred Security
Ring Central
Shredders, The
Shred-It USA
Southern California Edison
Southern California Shredding
Sparkletts
Spectrum Business
Stericycle, Inc.
Suburban Carting Co.
Telovox Leasing
Texas BioWaste
Trilogy Medwaste Southeast LLC
Vonage
Vow Corporation
Waste Management
WastePro
WE Energies
Williams Data Management
WM Corporate Services, Inc.

**Insurance Providers**
ARK (Underwriters at Lloyds, London)
Cobbs Allen Capital, LLC (dba CAC Specialty)
Evanston Insurance Company
Houston Specialty Insurance Company
Liberty Mutual Insurance Company
Liberty Mutual Fire Insurance Company
Skyward Specialty Insurance Group
Travelers Casualty & Surety Co. of America
USI Insurance Services LLC
Voyager Indemnity Insurance Company

**Taxing Authorities**
Alabama Department of Revenue
California Department of Tax & Fee Administration
California Franchise Tax Board
City of Los Angeles Office of Finance

City of Santa Ana Business Tax Section
City of Santa Monica Revenue Division
City of Torrance Business License Division
County of Los Angeles, Assessor East District Office
County of Los Angeles, Assessor South District Office
Florida Department of Revenue
Illinois Department of Revenue
Los Angeles County Tax Collector
New York State Department of Taxation and Finance
Ohio Department of Taxation
Okaloosa County Property Appraiser
Okaloosa County Tax Collector
Orange County Office of the Assessor
Texas Comptroller of Public Accounts
Utah State Tax Commission
Wisconsin Department of Revenue

**Chapter 11 Professionals**
Bentley Associates L.P.
Chipman Brown Cicero & Cole, LLP
DLA Piper LLP (US)
Paladin Management Group
Stretto, Inc.

**Bankruptcy Judges — District of Delaware**
Chief Judge Laurie Selber Silverstein
Judge John T. Dorsey
Judge Craig T. Goldblatt
Judge Thomas M. Horan
Judge Karen B. Owens
Judge Brendan L. Shannon
Judge J. Kate Stickles
Judge Mary F. Walrath
Judge Ashley M. Chan

**Staff of Official of the United States Trustee, Region 3**
Attix, Lauren
Casey, Linda
Cooke, Denis
Cudia, Joseph
Dice, Holly

Dortch, Shakima L.
Fox, Timothy J. Jr.
Giordano, Diane
Green, Christine
Hackman, Benjamin
Harris, Ramona
Jones, Nyanquoi
Leamy, Jane
McCollum, Hannah M.
McMahon, Joseph
Okita, Angelique
O'Malley, James R.
Panacio, Michael
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Sierra-Fox, Rosa
Wynn, Dion
Lipshie, Jonathan
Nyaku, Johnathan

**Regulatory and Governmental Entities**
Delaware Department of Justice
Office of the United States Attorney for the District of Delaware

**Contract Counterparties**
119 Kent LLC & 119 Kent II LLC
Able Motor Cars Corp.
Adventus US Realty
Amitra Properties
Castleborn Investments
McMaster-Carr Supply Company
Microtec SRL
Motion Industries Inc.
MSM Markier-Sensor-Systeme GmbH
MTC Solutions
NABCO M&E, Inc.
Occupational Health Solutions
OEST GmbH & Co. Maschinenbau KG
Owens Corning Sales LLC
Ozark Fluid Power, Inc.
Pinnacle West Enterprises Inc
PR Marketing, LLC dba ASAP Personnel Services

Purvis Industries
Ricoh USA, Inc
Rotho Blaas USA Inc
Rusco Packaging Inc
Shane E. Ford, OD, PA dba Arkansas Eye Care Group
Simpson Strong-Tie Company, Inc.
Southern Mississippi Trading LLC
Speights Auto Parts
Stiles Machinery (Parts Only)
Stiles Machinery Inc
Summers, Benjamin
Summit Utilities
T&B Construction Services LLC
The Willamette Valley Company LLC
Timberline Tooling dba AceCo Precision Tools
Timberwolf Tools
Total Quality Logistics, LLC
Timberlyne Group
W.W. Grainger, Inc
West Fraser, Inc.
Western Partitions Inc.
Western Pneumatics Inc
Weyerhaeuser NR Company
Wholesale Electric Supply Co., Inc.
Wilkinson's, Inc. dba Wilkinson's Mall
Williams Scotsman, Inc
Winsupply Conway AR Co

# **EXHIBIT 2**

## Exhibit 2 – Current and Former RLF Clients

### Current Clients

#### Significant Creditors

- American Electric Power - affiliates

#### Banks

- BMO Harris Bank, N.A.
- Capital One Bank NA
- JP Morgan Chase Bank, NA
- PNC Bank - affiliates

#### Utilities

- 8x8
- AT&T
- Frontier Communication
- Optimum (including affiliates)
- Southern California Edison
- Stericycle, Inc.
- Waste Management

### Former Clients

#### Significant Creditors

- Columbia Gas - affiliates

#### Banks

- Frost Bank
- Key Bank

#### Utilities

- CenturyLink
- Comcast
- National Grid
- Ring Central
- Spectrum Business (including affiliates)
- Vonage

i