IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF LEO LAFRANCO IN SUPPORT OF APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF RICHARDS, LAYTON & FINGER, P.A. AS SPECIAL LITIGATION COUNSEL TO EFFECTIVE AS OF JUNE 19, 2024**

I, Leo LaFranco, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true to the best of my knowledge, information, and belief:

1. I have been employed with Optio Rx, LLC ("**Optio Rx**" and together with certain of its affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "**Debtors**," or the "**Company**") since 2022, when I joined the Company to become its Chief Financial Officer ("**CFO**"). I hold a BBA in Accounting from the University of Notre Dame and an MBA from the University of Chicago, Booth School of Business. I am also a certified public accountant.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

2. As the Debtors' CFO, I have familiarity with the operations and financial activities of the Debtors, and I am generally familiar with the Debtors' businesses, financial condition, policies and procedures, day-to-day operations, and books and records. Except as otherwise noted, I have personal knowledge of such matters from the Debtors' other officers or retained advisers. I am authorized by each of the Debtors to submit this declaration on their behalf. References to the Bankruptcy Code (as hereafter defined), the chapter 11 process, and related legal matters are based on my understanding of such matters in reliance on the explanation provided by, and the advice of, counsel. If called upon to testify, I would testify competently to the facts set forth in this declaration.

3. I submit this Declaration in support of the *Application of Debtors for Entry of an Order Authorizing Retention and Employment of Richards, Layton & Finger, P.A. as Special Litigation Counsel Effective as of June 19, 2024* (the "**Application**").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## RLF'S QUALIFICATIONS

5. The Debtors seek to retain RLF because of the firm's extensive experience with complex commercial and intellectual property litigation in Delaware state and federal courts, its proximity to the Court and its ability to respond quickly to emergency hearings and other emergency matters in this Court. Accordingly, the Debtors have determined that RLF has the resources and experience necessary to represent them in these cases in connection with the SM Adversary Proceeding. The Debtors believe that RLF's employment is in the best interest of the

---

[2] Capitalized terms used but not defined in this Declaration shall have the meanings ascribed to them in the Application.

Debtors, their estates and their creditors. Thus, the Debtors desire that RLF represent them in connection with the SM Adversary Proceeding.

6. Based on the foregoing, I believe that RLF is both well-qualified and uniquely situated to represent the Debtors as special litigation counsel in the SM Adversary Proceeding in an efficient and effective manner.

## RATE STRUCTURE AND COST SUPERVISION

7. As discussed below, I am responsible for reviewing the invoices regularly submitted by litigation counsel.

8. The Debtors recognize that it is their responsibility to closely monitor the billing practices of their counsel to ensure that the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of these Chapter 11 Cases. RLF will present the forthcoming budget and staffing plan to the Debtors for their approval.

9. The prospective budget and staffing plan for these cases is being developed to reasonably comply with the U.S. Trustee's request for information and additional disclosures, as to which RLF reserves all rights. The Debtors will continue to review the invoices that RLF regularly submits.

10. As they did prepetition, the Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process. While every chapter 11 case is unique, the budget will provide guidance on the periods of time involved, the level of attorneys and professionals that will work on various matters, and projections of average hourly rates for the attorneys and professionals for various matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: Northbrook, Illinois
      July 11, 2024

                      By:   */s/ Leo LaFranco*
                      Name: Leo LaFranco
                      Title:  Chief Financial Officer, Optio Rx, LLC

4882-1429-9338, v. 3