# <u>EXHIBIT B</u>

**Ordinary Course Professional List**

**ORDINARY COURSE PROFESSIONAL LIST**

| NAME | SERVICES PROVIDED | MONTHLY FEE CAP |
|---|---|---|
| Stoel Rives LLP | Legal Services | $80,000.00 (month one); thereafter $40,000.00 |
| RSM | Tax and auditing services | $25,000.00 |