# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| Debtor: Optio, Rx LLC | Case No. 24-11188 (TMH) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached Certification, counsel moves the admission *pro hac vice* of Nicholas Pasalides, Esquire to represent NYIP Owner II LLC in this action.

/s/ Tara L. Lattomus
Tara L. Lattomus (Bar No. 3515)
**Eckert Seamans Cherin & Mellott, LLC**
222 Delaware Ave., Suite 700
Wilmington, Delaware 19801
Phone: (302) 574-7403
Email: tlattomus@eckertseamans.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and U.S. District Courts for the Southern and Eastern Districts of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

*/s/ Nicholas Pasalides*
Nicholas Pasalides
**Eckert Seamans Cherin & Mellott, LLC**
10 Bank Street, Suite 700
White Plains, NY 10606
Phone: (914) 286-2851
Email: npasalides@eckertseamans.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion for Admission Pro Hac Vice is granted.

**Dated: July 12th, 2024**          **THOMAS M. HORAN**
**Wilmington, Delaware**             **UNITED STATES BANKRUPTCY JUDGE**