IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Optio Rx, LLC, *et al.*, <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 24-11188 (TMH) <br><br> (Jointly Administered) <br><br> **Related Docket No. 117** |

*AMENDED* DECLARATION OF SHERYL BETANCE IN SUPPORT
OF DEBTORS' APPLICATION FOR APPOINTMENT OF STRETTO, INC. AS
ADMINISTRATIVE ADVISOR EFFECTIVE AS OF THE PETITION DATE

I, Sheryl Betance, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Senior Managing Director of Corporate Restructuring at Stretto, Inc. ("**Stretto**"), a chapter 11 administrative services firm with offices at 410 Exchange, Suite 100, Irvine, California 92602. Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2. This declaration is made in support of the above-captioned debtors' (collectively, the "**Debtors**") *Application for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date* [Docket No. 117], which was filed on June 28, 2024 (the "**Application**").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] Capitalized terms used but not otherwise defined herein have the meanings set forth in the Application.

## QUALIFICATIONS

3. Stretto is comprised of leading industry professionals with significant experience in both the legal and administrative aspects of large, complex chapter 11 cases. Stretto's professionals have experience in noticing, claims administration, solicitation, balloting and facilitating other administrative aspects of chapter 11 cases and experience in matters of this size and complexity. Stretto has substantial experience in matters of this size and complexity, and has acted as the official administrative advisor in many large bankruptcy cases in this District, including: *In re Express, Inc.*, Case No. 24-10831 (KBO) (Bankr. D. Del. June 4, 2024); *In re ICON Aircraft, Inc.*, Case No. 24-10703 (CTG) (Bankr. D. Del. May 6, 2024); *In re Millennial Benefit Mgmt. Corp.*, Case No. 23-12083 (TMH) (Bankr. D. Del. Feb. 21, 2024); *In re Potrero Med., Inc.*, Case No. 23-11900 (LSS) (Bankr. D. Del. Jan. 19, 2024); *In re Smart Earth Techs. LLC*, Case No. 23-11866 (KBO) (Bankr. D. Del. Dec. 27, 2023); *In re MVK FarmCo LLC*, Case No. 23-11721 (LSS) (Bankr. D. Del. Dec. 7, 2023); *In re Water Gremlin Co.*, Case No. 23-11775 (LSS) (Bankr. D. Del. Nov. 27, 2023); *In re Unconditional Love Inc.*, Case No. 23-11759 (MFW) (Bankr. D. Del. Nov. 18, 2023); *In re IronNet, Inc.*, Case No. 23-11710 (BLS) (Bankr. D. Del. Nov. 9, 2023); and *In re High Valley Invs., LLC*, Case No. 23-11616 (TMH) (Bankr. D. Del. Nov. 1, 2023).

## SERVICES TO BE RENDERED

4. As Administrative Advisor, Stretto will perform the bankruptcy administration services specified in the Application and the Engagement Agreement. In performing such services, Stretto will charge the Debtors the rates set forth in the Engagement Agreement, which is attached as **Exhibit B** to the Application.

5. Stretto is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that Stretto and its professional personnel:

    (a) are not creditors, equity security holders, or insiders of the Debtors;

    (b) are not and were not, within two years before the date of the filing of these cases, directors, officers, or employees of the Debtors; and;

    (c) do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors.

6. I caused to be submitted for review by our conflicts system the names of potential parties-in-interest (the "**Potential Parties in Interest**") in these Chapter 11 Cases, a copy of which is attached hereto as **Exhibit 1**. The list of Potential Parties in Interest was provided by the Debtors and included, among other parties, the Debtors, non-Debtor affiliates, current and former directors and officers of the Debtors, significant stockholders, secured creditors, lenders, the Debtors' largest unsecured creditors on a consolidated basis, the United States Trustee and persons employed in the office of the United States Trustee, and other parties. The Potential Parties in Interest list was compared to an internal database that includes, among others, Stretto's parent entities, affiliates, and subsidiaries. Stretto's internal database also includes Stone Point Capital LLC ("**Stone Point**"), its funds, and each such fund's respective portfolio companies as set forth in the list most recently provided to Stretto by Stone Point's internal compliance department (the "**Stone Point Searched Parties**"). The results of the conflict check were compiled and reviewed by Stretto professionals under my supervision. At this time, and as set forth in further detail herein, Stretto is not aware of any connection that would present a disqualifying conflict of interest. Should Stretto discover any new relevant facts or connections bearing on the matters described herein during the period of retention, Stretto will use reasonable efforts to promptly file a supplemental declaration.

7. To the best of my knowledge and based solely upon information provided to me by the Debtors, and except as provided herein, neither Stretto, nor any of its professionals, has any materially adverse connection to the Debtors, their creditors or other relevant parties.  Stretto has and will continue to represent clients in matters unrelated to these Chapter 11 Cases.  In addition, in matters unrelated to these Chapter 11 Cases, Stretto and its personnel have and will continue to have relationships personally or in the ordinary course of business with certain vendors, professionals, financial institutions, and other parties in interest that may be involved in the Debtors' Chapter 11 Cases.  Stretto may also provide professional services to entities or persons that may be creditors or parties in interest in these chapter 11 cases, which services do not directly relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors.   Based upon a review of the Potential Parties in Interest:

- The list of Potential Parties in Interest identifies Capital One, N.A., which is a lender and banking partner of Stretto, as one of the Debtors' banks. However, to the best of my knowledge, such relationship is materially unrelated to these Chapter 11 Cases and the Debtors.

- Chipman Brown Cicero & Cole, LLP has been identified as a Potential Party in Interest. David Carickhoff, a Partner with Chipman Brown Cicero & Cole, LLP, is a current client of Stretto's depository services business in his individual capacity, but such relationship is unrelated to the Debtors and their estates, assets, or businesses.

- DLA Piper LLP has been identified as a Potential Party in Interest. Jonathan King, a Partner with DLA Piper LLP, is a current client of Stretto's depository services business in his individual capacity, but such relationship is unrelated to the Debtors and their estates, assets, or businesses.

- The list of Potential Parties in Interest also identifies UPS, which is a customer of Stretto Recovery Services, as a vendor of the Debtors, but such relationship is unrelated to the Debtors and their estates, assets, or businesses.

- Additionally, the list of Potential Parties in Interest includes entities, as set forth on **Exhibit 2** attached hereto, which are current, former or potential defendants to avoidance actions brought under the Bankruptcy Code by clients of Stretto Recovery Services. However, to the best of my knowledge, such relationships are materially unrelated to these Chapter 11 Cases and the Debtors.

8. To the best of my knowledge, none of Stretto's employees are related to bankruptcy judges in the District of Delaware, the United States Trustee for Region 3, or any attorney known by Stretto to be employed in the Office of the United States Trustee serving the District of Delaware. The list of Potential Parties in Interest identifies the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware. Denise Kaloudis, a Managing Director at Stretto, formerly worked as a law clerk to the Honorable Mary F. Walrath. I have been advised that Denise Kaloudis did not work on matters involving the Debtors while employed as a law clerk to the Honorable Mary F. Walrath.

9. Certain of Stretto's professionals were partners of or formerly employed by firms that are providing or may provide professional services to parties in interest in these cases. Except disclosed herein, these professionals did not work on any matters involving the Debtors while employed by their previous firms. Moreover, these professionals were not employed by their previous firms when these Chapter 11 Cases were filed. To the best of my knowledge, none of Stretto's professionals were partners of, or formerly employed within the last three years by firms that are Potential Parties in Interest or that have filed a notice of appearance in these Chapter 11 Cases.

10. Stretto and its personnel in their individual capacities regularly utilize the services of law firms, investment banking and advisory firms, accounting firms, and financial advisors. Such firms engaged by Stretto, or its personnel may appear in chapter 11 cases representing the Debtors or parties in interest. To the best of my knowledge, Stretto does not currently utilize the services of any law firms, investment banking and advisory firms, accounting firms, or financial advisors who have been identified as Potential Parties in Interest or who have filed a notice of appearance in these Chapter 11 Cases.

11. In April 2017, Stretto was acquired by the Trident VI Funds managed by private equity firm Stone Point. Stone Point is a financial services-focused private equity firm based in Greenwich, Connecticut. The firm has raised and managed nine private equity funds — the Trident Funds — with aggregate committed capital of approximately $40 billion. Stone Point targets investments in the global financial services industry and related sectors.

12. The following disclosure is made out of an abundance of caution in an effort to comply with the Bankruptcy Code and Bankruptcy Rules. Stretto has searched the names of the Debtors and the names of the Potential Parties in Interest against the Stone Point Searched Parties. In addition, following the Petition Date, Stretto provided Stone Point with the names of the Debtors, any non-debtor affiliates and the Debtors' significant equity holders, and Stone Point searched such names against its investments to confirm whether Stone Point has any relationship to such entities.

13. Based solely on the foregoing search, Stretto has determined that neither the Trident VI Funds, Stone Point nor the Stone Point Searched Parties have been identified on the Potential Parties in Interest list in these Chapter 11 Cases as of the date hereof and to the best of its knowledge, that there are no material connections that require disclosure. To the extent Stretto learns of any material connections between Stone Point's funds or investments included in the above-described conflicts search and the Debtors, Stretto will promptly file a supplemental disclosure. Stretto may have had, may currently have, or may in the future have business relationships unrelated to the Debtors with one or more Stone Point entities including, among others, portfolio companies of Stone Point.

14. From time to time, Stretto partners or employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of

investment funds (the "**Investment Funds**"), through which such individuals indirectly acquire a debt or equity security of many companies, one of which may be one of the Debtors or their affiliates, often without Stretto's or its personnel's knowledge. Each Stretto partner or employee generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund and has no influence over the Investment Fund's decision to buy, sell or vote any particular security. Each Investment Fund is generally operated as a blind pool, meaning that when the Stretto partners or employees make an investment in the particular Investment Fund, he, she or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

15. From time to time, Stretto partners or employees may personally directly acquire a debt or equity security of a company that may be one of the Debtors or their affiliates. Stretto has a policy prohibiting its partners and employees from using confidential information that may come to their attention in the course of their work. In this regard, subject to the foregoing, all Stretto partners and employees are barred from trading in securities with respect to matters in which Stretto is retained. Subject to the foregoing, upon information and belief, and upon reasonable inquiry through email survey of Stretto's employees, Stretto does not believe that any of its partners or employees own any debt or equity securities of a company that is a Debtor or of any of its affiliates.

16. To the best of my knowledge, Stretto (a) does not hold or represent an interest adverse to the Debtors' estates; (b) is a "disinterested person" that (i) is not a creditor, an equity security holder, or an insider, (ii) is not and was not, within two years before the Petition Date, a director, officer, or employee of any of the Debtors, and (iii) does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders,

by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason; and (c) has disclosed all of Stretto's connections with the Debtors, its creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: July 17, 2024                    /s/ *Sheryl Betance*
                                         Sheryl Betance
                                         Senior Managing Director
                                         Stretto, Inc.
                                         410 Exchange, Suite 100
                                         Irvine, California 92602

# __Exhibit 1__

**List of Potential Parties in Interest**

Debtors

- Optio Rx, LLC
- Braun Pharma, LLC
- HCP Pharmacy LLC
- Pet Apothecary, LLC
- The Pet Apothecary, LLC
- Crestview Holdings, LLC
- Crestview Pharmacy, LLC
- Dr. Ike's PharmaCare LLC
- Enovex Pharmacy LLC
- H&H Pharmacy LLC
- SMC Pharmacy LLC
- SMC Lyons Holdings LLC
- SBH Medical LLC
- SBH Medical, Ltd.
- Rose Pharmacy RM LLC
- Rose Pharmacy SA LLC
- Rose Pharmacy SF LLC
- Baybridge Pharmacy, LLC
- Central Pharmacy, LLC
- Pro Pharmacy, LLC
- Healthy Choice Compounding LLC
- Healthy Choice Compounding LLC
- Oakdell Compounding Pharmacy, LLC
- Concierge Pharmacy LLC
- FirstCare Pharmacy LLC
- EasyCare Pharmacy LLC
- PrimeCare Pharmacy, LLC

Related Entities

- CBC Pharma HoldCo, LLC
- Pharmacy Management LLC

Officers & Directors

- Butler, Ryan
- David, Ben
- Klotz, Kelly
- Kumar, Arun Suresh
- LaFranco, Leo
- Patel, Rinku

Equity Holders

- CBC Pharma HoldCo, LLC

Secured Parties

- Amerisource Bergen Drug Corporation
- Anda Inc.

- ASD Specialty Healthcare, LLC
- CapitalSouth SBIC Fund IV, L.P.
- Cardinal Health 110 LLC (dba ParMed)
- H.D. Smith, LLC
- H.D. Smith Wholesale Drug Company
- Integrated Commercialization Solutions
- Loan Admin Co LLC
- MC Credit Partners
- McKesson Corporation
- M K Pharmacy, Inc.
- PioneerRx
- Youn, Kim Rosa

Litigation

- Ballard, Victoria
- Barber, Kyndall
- Barnett, Claudia
- Caprice Capital Partners LLC
- Cold Bore Capital Management LLC
- Davey, Amanda
- Densman, Christopher Neil
- Densman, Jennifer Reshay
- Henderson, Bryan
- Meeks, Morgan
- Salerno, Kristen
- Skin Medicinals LLC
- Stafford, Ellen
- Waites, Kari
- Wank, Marc H.
- Zepeda, Sergio

Significant Creditors

- 119 Kent LLC
- 121 Central Pharmacy Corp.
- 1908 Santa Monica LLC
- Able Motor Cars Corp.
- Adventus US realty 4 LP
- Akron Generics LLC
- Altium Healthcare Inc.- Tri State Distribution
- Altman, Philip
- American Electric Power
- American Flyer Distribution
- Amerisourcebergen Drug Corp.
- Amneal Pharmaceuticals
- Anda Inc.
- Arcutis Biotherapeutics Inc.
- ARL Bio Pharma
- Armitra Properties Inc.

- Arrive On Time Delivery
- Aves Management LLC
- Bachster Courier
- Baxter Healthcare Corp.
- Baybridge Pharmacy Corp.
- Beradelli, Brian
- BHM Capital, Inc.
- Bingodel
- BPI Labs
- Brex Mastercard
- Buller, Elizabeth
- Calibration Consultants, Ltd.
- Cardinal Health at Home
- Cardinal Health Opti Freight
- Carson, John J.
- Castleborn Investments
- Cerner Corp.
- Cision US Inc.
- CityMedRx LLC
- Clean Harbors Environmental Services, Inc.
- Coldphase Corporation
- Columbia Gas
- Columbus Specialty Nursing LLC
- Commercial Air Systems Inc.
- Constangy, Brooks, Smith & Prophete, LLP
- Contec Inc.
- Delco Pharmacy Corp.
- Deliver IT LLC
- Dr. Ike, Inc. (dba Dr. Ike's PharmaCare)
- DrugLift
- Dzhragatspanyan, Ayk
- Fagron Inc.
- Federal Express
- Forte Bio-Pharma LLC
- GLS Freight
- Hasafa, Batool
- Healthcare Control Infection Solution
- Henderson, Bryan
- H&H Pharmacy, Inc. dba Dr. Ike's Pharmacy #1
- Hirsh, Robert
- Insperity PEO Services
- International Filter Products
- Mayne Pharma
- McKesson Corporation
- Medtel Communications
- Microsoft
- Oak Drugs Inc.
- OCPLP, Inc.

- Optum
- P.C.C.A., INC
- PIA Holdings, Inc.
- PioneerRx
- Pitney Bowes Global Financial Services LLC
- RSM US LLP
- Rush Properties, Inc.
- Sameday Critical LLC
- Savino, Greg
- Shariati, Afshan
- Siegel, Jordana
- Sony Brothers Outsourcing Solutions Pvt. Ltd.
- Spee-Dee Delivery Service Inc.
- Stericycle, Inc.
- TC Pharmacy Corporation
- TTH Corporation
- TTTT Pharmacy Corporation
- Unishippers
- United Delivery Service Ltd.
- Universal Pharmaceutical Services, Inc. (dba ENOVEX Pharmacy)
- UPS
- Virtus Pharmaceuticals LLC
- Willow Birch

**Banks**

- BMO Harris Bank, N.A.
- Capital One Bank NA
- Frost Bank
- Hancock Whitney
- JP Morgan Chase Bank, NA
- Key Bank
- PNC Bank
- Sterling National Bank
- Wintrust Bank

**Utilities**

- 8x8
- Accent Communication Services Inc.
- American Electric Power
- AT&T
- Breezeline
- CenturyLink
- City of Crestview
- City of Glendale – Property Tax
- City of Glendale Water Utility

- City of Santa Fe Springs Water Utility
- City Public Service CPS
- Coachella Valley Water District
- Cogent Energy Systems
- Columbia Gas
- Comcast
- CoMed
- ConEd of New York
- County of Los Angeles, Department of Treasurer and Tax Collector
- Eagle Disposal
- eFax Corporate
- Essman Electric, LLC
- Faxage
- Forest Equities Inc.
- FPL Northwest FL
- Frontier Communication
- Global Messaging Network
- GohaykLR LLC
- GoTo Communication
- Imperial Irrigation District
- Iron Mountain
- LIPA DirectPay
- Lumen
- Los Angeles Department of Water & Power
- Medical BioWaste Solutions
- Medtel Communications LLC
- National Grid
- Nicor Gas
- Optimum
- Paper Recycling and Shredding Specialists
- PaperTiger
- Peoples Gas
- PioneerRx
- PRIMO Water
- Proshred North
- Proshred Security
- Ring Central
- Shredders, The
- Shred-It USA
- Southern California Edison
- Southern California Shredding
- Sparkletts
- Spectrum Business
- Stericycle, Inc.
- Suburban Carting Co.
- Telovox Leasing
- Texas BioWaste
- Trilogy Medwaste Southeast LLC
- Vonage
- Vow Corporation
- Waste Management
- WastePro
- WE Energies
- Williams Data Management
- WM Corporate Services, Inc.

**Insurance Providers**

- ARK (Underwriters at Lloyds, London)
- Cobbs Allen Capital, LLC (dba CAC Specialty)
- Evanston Insurance Company
- Houston Specialty Insurance Company
- Liberty Mutual Insurance Company
- Liberty Mutual Fire Insurance Company
- Skyward Specialty Insurance Group
- Travelers Casualty & Surety Co. of America
- USI Insurance Services LLC
- Voyager Indemnity Insurance Company

**Taxing Authorities**

- Alabama Department of Revenue
- California Department of Tax & Fee Administration
- California Franchise Tax Board
- City of Los Angeles Office of Finance
- City of Santa Ana Business Tax Section
- City of Santa Monica Revenue Division
- City of Torrance Business License Division
- County of Los Angeles, Assessor East District Office
- County of Los Angeles, Assessor South District Office
- Florida Department of Revenue
- Illinois Department of Revenue
- Los Angeles County Tax Collector
- New York State Department of Taxation and Finance
- Ohio Department of Taxation
- Okaloosa County Property Appraiser
- Okaloosa County Tax Collector
- Orange County Office of the Assessor
- Texas Comptroller of Public Accounts
- Utah State Tax Commission
- Wisconsin Department of Revenue

#### Chapter 11 Professionals

- Bentley Associates L.P.
- Chipman Brown Cicero & Cole, LLP
- DLA Piper LLP (US)
- Paladin Management Group
- Stretto, Inc.

#### Bankruptcy Judges — District of Delaware

- Chief Judge Laurie Selber Silverstein
- Judge John T. Dorsey
- Judge Craig T. Goldblatt
- Judge Thomas M. Horan
- Judge Karen B. Owens
- Judge Brendan L. Shannon
- Judge J. Kate Stickles
- Judge Mary F. Walrath
- Judge Ashley M. Chan

#### Staff of Official of the United States Trustee, Region 3

- Attix, Lauren
- Casey, Linda
- Cooke, Denis
- Cudia, Joseph
- Dice, Holly
- Dortch, Shakima L.
- Fox, Timothy J. Jr.
- Giordano, Diane
- Green, Christine
- Hackman, Benjamin
- Harris, Ramona
- Jones, Nyanquoi
- Leamy, Jane
- McCollum, Hannah M.
- McMahon, Joseph
- Okita, Angelique
- O'Malley, James R.
- Panacio, Michael
- Richenderfer, Linda
- Sarkessian, Juliet
- Schepacarter, Richard
- Serrano, Edith A.
- Sierra-Fox, Rosa
- Wynn, Dion
- Lipshie, Jonathan
- Nyaku, Johnathan

#### Regulatory and Governmental Entities

- Delaware Department of Justice
- Office of the United States Attorney for the District of Delaware

#### Contract Counterparties

- 119 Kent LLC & 119 Kent II LLC
- Able Motor Cars Corp.
- Adventus US Realty
- Amitra Properties
- Castleborn Investments
- Corner Storage Crestview, LLC
- Eujodo
- Friedman Management Company
- Garrett Realty & Development Inc.
- GOHAYKLR LLC
- Healthpeak (fka HCP, Inc.)
- Hemlock Way, LLC
- Indermohan Luthra MD
- Lilymac Co.
- Mack-Cali Realty Associates LLC
- Pet Properties
- Rush Properties
- Stevenson Real Estate Services
- TTC Investment, LLC
- Westlake Medical Center
- White Medical Center

# **Exhibit 2**

# **Exhibit 2**

8X8, Inc.
Alabama Department of Revenue
AT&T
BMO Harris Bank N.A.
California Department of Tax
Clean Harbors Environmental
Comcast
Federal Express
Florida Department of Revenue
Frontier Communications
Illinois Department of Revenue
Iron Mountain
J.P. Morgan Chase & Co.
Microsoft
National Grid
New York State Department of Taxation and Finance
Ohio Department of Taxation
Southern California Edison
USI Insurance Services, LLC
Utah State Tax Commission
Texas Comptroller of Public Accounts
Wisconsin Department of Revenue