# **BANK STATEMENTS**



9801 W. Higgins, Box 32, Rosemont, IL 60018

36304 TWS380WR062924061055 01 000000000 49 002

OPTIO RX LLC
RESTRICTED CASH
1433 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service


**Customer Support:**
312-291-2900


**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm


**Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number:    XXXXXX3993 |
|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/01/24** | **$0.00** |
| + Deposits and Credits (0) | $0.00 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 06/28/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $0.00 |
| Number of Days in Statement Period | 28 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Last Statement: | May 31, 2024 |
|---|---|---|
| | Statement Ending: | June 28, 2024 |
| | Page: | 1 of 17 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

34801 TWS380WR062924061055 01 000000000 48 018
OPTIO RX LLC
1432 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

 

### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                Account Number:    XXXXXX4516

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/01/24** | **$3,197,944.50** |
| + Deposits and Credits (210) | $8,793,060.69 |
| - Withdrawals and Debits (138) | $9,665,932.21 |
| **Ending Balance as of 06/28/24** | **$2,320,792.30** |
| Analysis or Maintenance Fees for Period | $4,280.68 |
| Number of Days in Statement Period | 28 |

## Checks                    * Indicates a break in check sequence
## R-Check has been returned

| Date | Check# | | Amount | Date | Check# | | Amount | Date | Check# | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Jun 24 | 1011 | | $50.00 | Jun 11 | 1059 | | $325.00 | Jun 12 | 1092 | $570.00 |
| Jun 11 | 1031 | * | $17.00 | Jun 12 | 1083 | * | $1,560.00 | Jun 12 | 1093 | $325.00 |
| Jun 11 | 1051 | * | $325.00 | Jun 18 | 1084 | | $939.00 | Jun 12 | 1094 | $570.00 |
| Jun 11 | 1052 | | $570.00 | Jun 18 | 1085 | | $939.00 | Jun 12 | 1095 | $325.00 |
| Jun 11 | 1053 | | $325.00 | Jun 18 | 1086 | | $939.00 | Jun 12 | 1096 | $2,350.00 |
| Jun 11 | 1054 | | $570.00 | Jun 11 | 1087 | | $570.00 | Jun 12 | 1097 | $715.00 |
| Jun 11 | 1055 | | $325.00 | Jun 11 | 1088 | | $325.00 | Jun 11 | 1098 | $570.00 |
| Jun 11 | 1056 | | $570.00 | Jun 11 | 1089 | | $570.00 | Jun 11 | 1099 | $325.00 |
| Jun 11 | 1057 | | $325.00 | Jun 11 | 1091 | * | $325.00 | Jun 11 | 1100 | $570.00 |
| Jun 11 | 1058 | | $570.00 | | | | | | | |

## Debits



| Date | Description | Subtractions |
|---|---|---|
| Jun 03 | WIRE TRANSFER OUT BIB INITIATED OUTG ACCT#3805444516 PALADIN MANAGEMENT GROUP, LLC BANK O F AMERICA, N.A., N Y INVOICE # 100952 | -$73,441.26 |
| Jun 03 | WIRE TRANSFER OUT BIB INITIATED OUTG ACCT#3805444516 BPIM, LLC REPUBLIC BANK & TRUST COMP ANY | -$300,000.00 |
| Jun 03 | PREAUTHORIZED DEBIT ADT SECURITY SER ADTPAPACH 240603 | -$70.28 |

## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| **2. Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| **3. List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

### Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 06/28/2024 |
| **Page :** | 2 of 17 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 016HCLPAB3 CYG0H Acct HEA105 - Inv 03482594 | -$104.00 |
| Jun 03 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 240603 0004215600 | -$8,969.66 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$281.53 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$126,257.29 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | -$731.46 |
| Jun 04 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 CHIPMAN BROWN CICE RO AND COLE, LLP W ILMINGTON SAVINGS FUND SOCIET OPTIOR | -$100,000.00 |
| Jun 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 016VBGLPA3 D0TYC Acct HEA105 - Multiple invoice | -$178.00 |
| Jun 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables Darmerica LLC B ill.com 015NUPIELI 2DA2R Acct SBH - 1 202 - Inv 61210 | -$1,374.00 |
| Jun 04 | PREAUTHORIZED DEBIT<br>STROM AND ASSOCI SALE 240604 | -$31,919.16 |
| Jun 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$149.82 |
| Jun 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$787.71 |
| Jun 05 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 CHIPMAN BROWN CICE RO AND COLE, LLP W ILMINGTON SAVINGS FUND SOCIET OPTIOR | -$100,000.00 |
| Jun 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$63,958.59 |
| Jun 06 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 240606 0004215600 | -$11,404.40 |
| Jun 06 | PREAUTHORIZED DEBIT<br>OPTIO RX LLC ACH 240606 1825158436 | -$150,000.00 |
| Jun 07 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 USI INSURANCE SERV ICES, LLC AKA USI BANK OF AMERICA, N .A., NY | -$4,255.00 |
| Jun 07 | INTL WIRE TRANS OUT<br>FOREIGN ON LINE BA ACCT#3805444516 SONI BROTHERS OUTS OURCING SOLUTIONS HDFC BANK LIMITED SBOS/24-25/003 | -$22,629.68 |
| Jun 07 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 BRAUN PHARMA PNC B ANK, NATIONAL ASSO CIATION | -$120,000.00 |
| Jun 07 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 PALADIN MANAGEMENT GROUP, LLC BANK O F AMERICA, N.A., N Y INVOICE # 100961 | -$132,760.20 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Verizon Wireless B ill.com 015BYSGMQI 2INMF Inv 99622621 78 | -$83.42 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015BEAXRLK2IO3M | -$2,906.36 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Michael Nabielec B ill.com 015TPERPTW 2J1YE Inv 1001 | -$8,820.00 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015QAAHMSH2IBPJ | -$21,620.64 |

34801 0107450 0002-0017 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 06/28/2024 |
| **Page :** | 3 of 17 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 07 | PREAUTHORIZED DEBIT | -$32,279.37 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016TYIJIF3D6VAX | |
| Jun 07 | PREAUTHORIZED DEBIT | -$34,790.08 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016MVMIUX3D6ZRR | |
| Jun 07 | PREAUTHORIZED DEBIT | -$44,945.59 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015LLKXRNL2IUV9 | |
| Jun 07 | PREAUTHORIZED DEBIT | -$65,017.58 |
| | Bill.com Payables Amerisourcebergen Drug Corp Bill.com 016RVVBVV3D71DC A cct 100052153 / 01 | |
| Jun 07 | PREAUTHORIZED DEBIT | -$107,055.76 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015YGCCVFL2IV86 | |
| Jun 07 | PREAUTHORIZED DEBIT | -$159,585.69 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016ZTSKVD3D6OXG | |
| Jun 07 | AUTOMATIC TRANSFER | -$19,206.87 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Jun 07 | AUTOMATIC TRANSFER | -$21,231.22 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3810 | |
| Jun 07 | AUTOMATIC TRANSFER | -$3,534.06 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Jun 07 | AUTOMATIC TRANSFER | -$94,248.67 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Jun 07 | AUTOMATIC TRANSFER | -$13,329.32 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | |
| Jun 07 | AUTOMATIC TRANSFER | -$15,736.34 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Jun 07 | AUTOMATIC TRANSFER | -$8,893.25 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Jun 07 | AUTOMATIC TRANSFER | -$380,761.07 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Jun 07 | AUTOMATIC TRANSFER | -$302,298.57 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Jun 07 | AUTOMATIC TRANSFER | -$324,904.33 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Jun 07 | AUTOMATIC TRANSFER | -$568,964.22 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Jun 07 | AUTOMATIC TRANSFER | -$677,894.44 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Jun 10 | AUTOMATIC TRANSFER | -$5,838.54 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Jun 10 | AUTOMATIC TRANSFER | -$23,590.11 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Jun 10 | AUTOMATIC TRANSFER | -$32,818.16 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Jun 10 | AUTOMATIC TRANSFER | -$83,288.87 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Jun 10 | AUTOMATIC TRANSFER | -$1,308.61 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Jun 11 | CHECK 1031 | -$17.00 |
| Jun 11 | CHECK 1051 | -$325.00 |
| Jun 11 | CHECK 1052 | -$570.00 |
| Jun 11 | CHECK 1053 | -$325.00 |
| Jun 11 | CHECK 1054 | -$570.00 |
| Jun 11 | CHECK 1055 | -$325.00 |
| Jun 11 | CHECK 1056 | -$570.00 |
| Jun 11 | CHECK 1057 | -$325.00 |
| Jun 11 | CHECK 1058 | -$570.00 |

34801 0107451 0003-0017 00000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|-------------|
| Jun 11 | CHECK  1059 | -$325.00 |
| Jun 11 | CHECK  1087 | -$570.00 |
| Jun 11 | CHECK  1088 | -$325.00 |
| Jun 11 | CHECK  1089 | -$570.00 |
| Jun 11 | CHECK  1091 | -$325.00 |
| Jun 11 | CHECK  1098 | -$570.00 |
| Jun 11 | CHECK  1099 | -$325.00 |
| Jun 11 | CHECK  1100 | -$570.00 |
| Jun 11 | AUTOMATIC TRANSFER | -$3,274.22 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Jun 11 | AUTOMATIC TRANSFER | -$1,595.45 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Jun 12 | CHECK  1083 | -$1,560.00 |
| Jun 12 | CHECK  1092 | -$570.00 |
| Jun 12 | CHECK  1093 | -$325.00 |
| Jun 12 | CHECK  1094 | -$570.00 |
| Jun 12 | CHECK  1095 | -$325.00 |
| Jun 12 | CHECK  1096 | -$2,350.00 |
| Jun 12 | CHECK  1097 | -$715.00 |
| Jun 12 | AUTOMATIC TRANSFER | -$392.29 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX9021 | |
| Jun 12 | AUTOMATIC TRANSFER | -$59,288.16 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | |
| Jun 13 | PREAUTHORIZED DEBIT | -$831,840.67 |
|        | ASF, DBA Insperi PAYROLL 240613 0004215600 | |
| Jun 13 | AUTOMATIC TRANSFER | -$106.57 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | |
| Jun 14 | INTL SERVICES TRAN | -$2,555.56 |
|        | 10001158 STB-PCM | |
| Jun 14 | AUTOMATIC TRANSFER | -$5,023.51 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Jun 14 | AUTOMATIC TRANSFER | -$23,233.34 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3810 | |
| Jun 14 | AUTOMATIC TRANSFER | -$83,705.16 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Jun 14 | AUTOMATIC TRANSFER | -$6,387.19 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | |
| Jun 14 | AUTOMATIC TRANSFER | -$16,382.20 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Jun 14 | AUTOMATIC TRANSFER | -$63,355.20 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Jun 17 | PREAUTHORIZED DEBIT | -$198.93 |
|        | ATT Payment 240616 | |
| Jun 18 | CHECK  1084 | -$939.00 |
| Jun 18 | CHECK  1085 | -$939.00 |
| Jun 18 | CHECK  1086 | -$939.00 |
| Jun 18 | MAINTENANCE FEE | -$4,280.68 |
|        | ANALYSIS ACTIVITY  FOR 05/24 | |
| Jun 18 | AUTOMATIC TRANSFER | -$81.35 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7950 | |
| Jun 18 | AUTOMATIC TRANSFER | -$546.70 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Jun 18 | AUTOMATIC TRANSFER | -$82.95 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3810 | |
| Jun 18 | AUTOMATIC TRANSFER | -$81.35 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4854 | |
| Jun 18 | AUTOMATIC TRANSFER | -$81.35 |
|        | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX5525 | |

34801 0107452 0004-0017 00000000000000000





| | |
|---|---|
| Account Number: | XXXXXX4516 |
| Statement Date: | 06/28/2024 |
| Page : | 5 of 17 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX9021 | -$210.28 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$470.40 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$3,155.76 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX2122 | -$81.35 |
| Jun 20 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 ARCUTIS BIOTHERAPE UTICS,<br>INC. SVB, A DIVISION OF FIRST CITIZ PRE-PETITIO | -$586,485.90 |
| Jun 20 | PREAUTHORIZED DEBIT<br>ComEd PAYMENTS 240620 | -$162.22 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$59,713.10 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$63,526.00 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$483,717.50 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$130,008.24 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$570,765.30 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$165,304.98 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$17,405.06 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3810 | -$146.38 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$60,087.62 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | -$11,991.76 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX9021 | -$315.94 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | -$5,431.96 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$59,206.45 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$78,924.96 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$63,435.91 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$86,040.48 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$33,263.71 |
| Jun 24 | CHECK  1011 | -$50.00 |
| Jun 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$13.81 |
| Jun 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$285.49 |
| Jun 26 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 AMERISOURCE RECEIV ABLES<br>FINANCIAL C JPMORGAN CHASE BAN K, NA | -$16,492.26 |
| Jun 26 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 AMERISOURCE RECEIV ABLES<br>FINANCIAL C JPMORGAN CHASE BAN K, NA | -$155,000.00 |

34801 0107453 0005-0017 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 06/28/2024 |
| **Page :** | 6 of 17 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 26 | PREAUTHORIZED DEBIT<br>STROM AND ASSOCI SALE 240626 | -$2,250.00 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$49,816.71 |
| Jun 27 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 240627 0004215600 | -$798,231.40 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$16,208.73 |
| Jun 28 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 240628 0004215600 | -$8,423.97 |
| Jun 28 | PREAUTHORIZED DEBIT<br>STROM AND ASSOCI SALE 240628 | -$19,500.00 |
| Jun 28 | PREAUTHORIZED DEBIT<br>USI INSURANCE SV DRAFTS 240628 18575700 | -$181,162.00 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$11,720.56 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$113,274.21 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | -$11,768.67 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$59,674.43 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$7,544.16 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$95,769.16 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$69,152.92 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$150,898.14 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $16,697.65 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $321,902.92 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $16,996.57 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $290.82 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $3,506.51 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $6,036.93 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $36,482.02 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $62,240.83 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $31,273.31 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $88,681.59 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $125,165.96 |



34801 0107454 0006-0017 00000000000000000



| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 06/28/2024 |
| | Page : | 7 of 17 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 04 | AUTOMATIC TRANSFER | $9,111.41 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Jun 04 | AUTOMATIC TRANSFER | $42,669.20 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Jun 04 | AUTOMATIC TRANSFER | $10,453.55 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | |
| Jun 04 | AUTOMATIC TRANSFER | $2,241.68 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Jun 04 | AUTOMATIC TRANSFER | $12,757.63 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Jun 04 | AUTOMATIC TRANSFER | $59,047.51 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Jun 04 | AUTOMATIC TRANSFER | $50,712.52 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Jun 04 | AUTOMATIC TRANSFER | $2,036.31 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | |
| Jun 04 | AUTOMATIC TRANSFER | $36,545.82 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Jun 04 | AUTOMATIC TRANSFER | $29,403.49 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Jun 04 | AUTOMATIC TRANSFER | $143,184.65 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Jun 04 | AUTOMATIC TRANSFER | $77,230.32 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Jun 04 | PREAUTHORIZED CREDIT | $1,366.60 |
| | Bill.com VoidPaymnt SMITH & HALE LLC B ill.com 016BVSLZN3 D1HNF | |
| | Multiple inv oices (details on | |
| Jun 05 | AUTOMATIC TRANSFER | $4,573.50 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Jun 05 | AUTOMATIC TRANSFER | $2,921.35 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Jun 05 | AUTOMATIC TRANSFER | $31,207.06 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Jun 05 | AUTOMATIC TRANSFER | $2,340.91 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | |
| Jun 05 | AUTOMATIC TRANSFER | $4,668.14 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Jun 05 | AUTOMATIC TRANSFER | $10,875.81 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Jun 05 | AUTOMATIC TRANSFER | $2,369.51 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Jun 05 | AUTOMATIC TRANSFER | $5,316.12 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Jun 05 | AUTOMATIC TRANSFER | $68,897.27 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Jun 05 | AUTOMATIC TRANSFER | $1,630.31 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | |
| Jun 05 | AUTOMATIC TRANSFER | $86,718.12 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Jun 05 | AUTOMATIC TRANSFER | $55,275.19 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Jun 05 | AUTOMATIC TRANSFER | $99,417.04 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Jun 05 | AUTOMATIC TRANSFER | $168,512.18 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Jun 06 | AUTOMATIC TRANSFER | $7,273.87 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |

34801 0107455 0007-0017 00000000000000000





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 06/28/2024 |
| | Page : | 8 of 17 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $6,554.02 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $1,105.29 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $3,111.84 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $6,038.35 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $12,182.51 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $3,374.86 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $99.75 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $1,882.44 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | $2,026.13 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $4,010.67 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $3,217.50 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $3,552.27 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $13,802.67 |
| Jun 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $7,236.36 |
| Jun 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $4,112.68 |
| Jun 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | $2,186.21 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $294.63 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $6,735.88 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $5,862.00 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $6,371.36 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $23,122.04 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | $1,210.86 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $24,709.77 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $24,614.41 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $79,235.34 |
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $67,294.19 |
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $97.70 |
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $1,755.06 |
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $12,590.19 |

34801 0107456 0008-0017 00000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX4516 |
| **Statement Date:** | | 06/28/2024 |
| **Page :** | | 9 of 17 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $31,898.03 |
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $18,456.78 |
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | $296.53 |
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $17,241.22 |
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $12,192.55 |
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $29,762.31 |
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $28,814.26 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $2,893.14 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $299.67 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $223,960.02 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $1,647.03 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $773.34 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $9,751.17 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $3,370.41 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $9,824.52 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $76,515.43 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | $451.33 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $89,004.87 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $67,999.56 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $121,862.33 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $191,387.15 |
| Jun 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $10,154.47 |
| Jun 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $10,373.23 |
| Jun 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $1,180.01 |
| Jun 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $804.46 |
| Jun 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $7,468.46 |
| Jun 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $8,478.72 |
| Jun 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $2,591.25 |
| Jun 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $1,185.00 |

34801 0107457 0009-0017 0000000000000000





| | |
|---|---|
| Account Number: | XXXXXX4516 |
| Statement Date: | 06/28/2024 |
| Page : | 10 of 17 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 13 | AUTOMATIC TRANSFER | $259.02 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | |
| Jun 13 | AUTOMATIC TRANSFER | $1,123.75 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Jun 13 | AUTOMATIC TRANSFER | $3,350.37 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Jun 13 | AUTOMATIC TRANSFER | $4,484.48 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Jun 13 | AUTOMATIC TRANSFER | $16,130.35 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Jun 14 | AUTOMATIC TRANSFER | $21,472.83 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Jun 14 | AUTOMATIC TRANSFER | $10,155.07 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Jun 14 | AUTOMATIC TRANSFER | $10,930.47 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Jun 14 | AUTOMATIC TRANSFER | $2,584.81 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Jun 14 | AUTOMATIC TRANSFER | $6,809.62 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Jun 14 | AUTOMATIC TRANSFER | $7,518.18 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Jun 14 | AUTOMATIC TRANSFER | $510.12 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | |
| Jun 14 | AUTOMATIC TRANSFER | $8,582.64 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Jun 14 | AUTOMATIC TRANSFER | $1,097.60 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Jun 14 | WIRE TRANSFER IN | $1,236,162.46 |
| | INCOMING WIRE - CH ACCT#3805444516 LOAN ADMIN CO LLC 2200 ATLANTIC STR CITIBANK N.A. REF DEBT INVESTMENT | |
| Jun 14 | WIRE TRANSFER IN | $1,513,837.54 |
| | INCOMING WIRE - CH ACCT#3805444516 LOAN ADMIN CO LLC 2200 ATLANTIC STR CITIBANK N.A. REF DEBT INVESTMENT | |
| Jun 17 | AUTOMATIC TRANSFER | $4,529.08 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Jun 17 | AUTOMATIC TRANSFER | $26,071.62 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Jun 17 | AUTOMATIC TRANSFER | $1,697.17 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | |
| Jun 17 | AUTOMATIC TRANSFER | $8,281.40 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Jun 17 | AUTOMATIC TRANSFER | $12,900.52 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Jun 17 | AUTOMATIC TRANSFER | $9,443.09 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Jun 17 | AUTOMATIC TRANSFER | $5,912.91 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Jun 17 | AUTOMATIC TRANSFER | $90,332.13 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Jun 17 | AUTOMATIC TRANSFER | $537.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | |
| Jun 17 | AUTOMATIC TRANSFER | $90,939.52 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Jun 17 | AUTOMATIC TRANSFER | $54,306.16 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Jun 17 | AUTOMATIC TRANSFER | $95,521.46 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |

34801 0107458 0010-0017 0000000000000000





**WINTRUST BANK®**

| | | |
|---|---|---|
| Account Number: | | XXXXXX4516 |
| Statement Date: | | 06/28/2024 |
| Page : | | 11 of 17 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

34801 0107459 0011-0017 00000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 17 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $184,113.44 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $352.85 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $38,104.28 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $1,567.82 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $2,173.02 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $12,653.19 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $28,874.47 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $117,193.02 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | $516.56 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $100,977.83 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $76,124.06 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $151,179.98 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $161,988.55 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $2,023.04 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $7,887.54 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $44,365.72 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $684.95 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $11,299.26 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $20,165.42 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $10,132.29 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | $116.67 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $3,882.09 |
| Jun 20 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Batool Hasafa B ill.com 016KGZFFX3 DOFS3 Inv<br>NEX-3439 -- bill.com Check | $131.30 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $6,940.48 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $5,645.60 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $3,942.31 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $34,783.93 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | $344.06 |





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 06/28/2024 |
| | Page : | 12 of 17 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 24 | AUTOMATIC TRANSFER | $11,143.46 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Jun 24 | AUTOMATIC TRANSFER | $20,090.46 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Jun 24 | AUTOMATIC TRANSFER | $32,191.08 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Jun 24 | AUTOMATIC TRANSFER | $1,034.76 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | |
| Jun 24 | AUTOMATIC TRANSFER | $16,244.49 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Jun 24 | AUTOMATIC TRANSFER | $10,092.73 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Jun 24 | AUTOMATIC TRANSFER | $7,590.87 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Jun 24 | AUTOMATIC TRANSFER | $10,838.78 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Jun 24 | AUTOMATIC TRANSFER | $21,829.42 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Jun 24 | AUTOMATIC TRANSFER | $160.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | |
| Jun 24 | AUTOMATIC TRANSFER | $21,107.64 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Jun 24 | AUTOMATIC TRANSFER | $30,793.42 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Jun 24 | AUTOMATIC TRANSFER | $16,783.36 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Jun 24 | AUTOMATIC TRANSFER | $74,626.97 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Jun 25 | AUTOMATIC TRANSFER | $762.35 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Jun 25 | AUTOMATIC TRANSFER | $1,647.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Jun 25 | AUTOMATIC TRANSFER | $31,802.83 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Jun 25 | AUTOMATIC TRANSFER | $902.64 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | |
| Jun 25 | AUTOMATIC TRANSFER | $2,545.08 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Jun 25 | AUTOMATIC TRANSFER | $12,260.99 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Jun 25 | AUTOMATIC TRANSFER | $18,322.74 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Jun 25 | AUTOMATIC TRANSFER | $32,931.54 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Jun 25 | AUTOMATIC TRANSFER | $21,705.74 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Jun 25 | AUTOMATIC TRANSFER | $4,762.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Jun 25 | AUTOMATIC TRANSFER | $54,472.81 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Jun 25 | AUTOMATIC TRANSFER | $47,649.36 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Jun 26 | AUTOMATIC TRANSFER | $225.74 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Jun 26 | AUTOMATIC TRANSFER | $111.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Jun 26 | AUTOMATIC TRANSFER | $63,337.78 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |

34801 0107460 0012-0017 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 06/28/2024 |
| **Page :** | 13 of 17 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $1,545.01 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $1,384.33 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $9,322.53 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $6,252.88 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $19,687.72 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $90,530.72 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $97,090.16 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $60,975.38 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $111,921.03 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $193,733.01 |
| Jun 26 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Med-Vet Internatio nal Bill.com 015GB REZMH36CQ2<br>Acct 36 784 - Multiple inv | $57.12 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $7,326.45 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $3,886.09 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $108,842.13 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $4,584.23 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $9,968.57 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $6,645.44 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $4,644.10 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $16,038.01 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $13,105.84 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $3,926.49 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $9,268.84 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $29,588.35 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $17,576.56 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $8,993.82 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $9,032.33 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $4,267.00 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $54,198.00 |

34801 0107461 0013-0017 00000000000000000



# WINTRUST
### BANK®

Account Number:                    XXXXXX4516
Statement Date:                    06/28/2024
Page :                             14 of 17

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| May 31 | $3,197,944.50 | Jun 07 | $853,091.34 | Jun 14 | $3,675,055.52 | Jun 24 | $2,890,133.37 |
| Jun 03 | $3,397,364.13 | Jun 10 | $878,403.34 | Jun 17 | $4,259,442.09 | Jun 25 | $3,119,612.96 |
| Jun 04 | $3,739,716.13 | Jun 11 | $1,086,755.49 | Jun 18 | $4,939,258.55 | Jun 26 | $3,552,228.40 |
| Jun 05 | $4,120,480.05 | Jun 12 | $1,820,400.01 | Jun 20 | $2,980,263.59 | Jun 27 | $2,955,612.81 |
| Jun 06 | $4,027,307.82 | Jun 13 | $1,056,036.34 | Jun 21 | $2,615,669.74 | Jun 28 | $2,320,792.30 |

34801 0107462 0014-0017 00000000000000000

