# BANK STATEMENTS

# Corporate Business Account Statement



Page 1 of 4
Account Number: ████-2731

**For the period   06/01/2024  to  06/28/2024**

BRAUN PHARMA LLC #24-11188
DEBTOR IN POSSESSION
1919 N CLYBOURN AVE
CHICAGO IL 60614-4903

Number of enclosures:    0
Tax ID Number: 26-0866643
☎ For Client Services:
    Call 1-800-669-1518

⌨ Visit us at PNC.com/treasury

✉ Write to:  Treas Mgmt Client Care
    One Financial Parkway
    Locator Z1-Yb42-03-1
    Kalamazoo MI 49009

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 125,033.13 | 1,208,975.87 | 644,093.63 | 689,915.37 |

| Deposits and Other Credits | | | Checks and Other Debits | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| Deposits | 1 | 4,224.50 | Checks | 4 | 2,105.00 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 46 | 1,084,751.37 | ACH Debits | 10 | 641,829.93 |
| Funds Transfers In | 1 | 120,000.00 | Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 0 | .00 | Other Debits | 1 | 158.70 |
| Total | 48 | 1,208,975.87 | Total | 15 | 644,093.63 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 06/01 | 125,033.13 | 06/11 | 201,416.46 | 06/21 | 689,173.34 |
| 06/03 | 230,930.62 | 06/12 | 216,630.06 | 06/24 | 777,317.52 |
| 06/04 | 243,571.47 | 06/13 | 251,378.78 | 06/25 | 818,489.45 |
| 06/05 | 276,259.34 | 06/14 | 283,658.23 | 06/26 | 662,985.95 |
| 06/06 | 287,054.51 | 06/17 | 535,611.24 | 06/27 | 669,754.07 |
| 06/07 | 427,520.91 | 06/18 | 634,368.50 | 06/28 | 689,915.37 |
| 06/10 | 600,528.17 | 06/20 | 678,410.16 | | |

## Deposits and Other Credits

### Deposits                                              1 transaction for a total of $4,224.50

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/13 | 4,224.50 | Deposit | 036310141 |

### ACH Credits                                           46 transactions for a total of $1,084,751.37

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/03 | 65,901.81 | Corporate ACH Payments Winfertility, In | 00024152909722904 |
| 06/03 | 738.86 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024152908987403 |

ACH Credits continued on next page

# Corporate Business Account Statement

BRAUN PHARMA LLC #24-11188
DEBTOR IN POSSESSION

**For the period   06/01/2024  to  06/28/2024**
Account number: ███████-2731
Page 2 of 4

---

## Deposits and Other Credits - continued

### ACH Credits   - continued

**46 transactions for a total of $1,084,751.37**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/03 | 28,273.92 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024155901130577 |
| 06/03 | 14,620.89 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024155901606506 |
| 06/03 | 7,589.04 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024155902379211 |
| 06/04 | 12,830.77 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024155906523827 |
| 06/05 | 535.15 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024156910698697 |
| 06/05 | 237.65 | Corporate ACH Hcclaimpmt Caremark<br>Phm1481314 | 00024156909451915 |
| 06/05 | 31,915.07 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024157902648919 |
| 06/06 | 457.33 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024157904948605 |
| 06/06 | 10,337.84 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024158907511668 |
| 06/07 | 49.27 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024158909149017 |
| 06/07 | 20,555.51 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024159901224869 |
| 06/10 | 134,751.51 | Corporate ACH Payments Winfertility, In | 00024159903756751 |
| 06/10 | 936.56 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024159903139531 |
| 06/10 | 17,570.47 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024162905065494 |
| 06/10 | 13,238.19 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024162904890014 |
| 06/10 | 6,372.15 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024162905808144 |
| 06/10 | 138.38 | ACH Credit Reversal Peoples Gas<br>060083276000003 | 00024162906798646 |
| 06/11 | 6,846.55 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024162908108036 |
| 06/12 | 1,146.92 | Corporate ACH Hcclaimpmt Caremark<br>Phm1481314 | 00024163910911992 |
| 06/12 | 20,464.26 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024164903743145 |
| 06/13 | 1,493.81 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024164905725356 |
| 06/13 | 29,030.41 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024165908264237 |
| 06/14 | 18,506.79 | Corporate ACH Payments Winfertility, In | 00024165910936334 |
| 06/14 | 14,397.66 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024166902044877 |
| 06/17 | 2,817.41 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024166903906144 |

ACH Credits continued on next page

# Corporate Business Account Statement

BRAUN PHARMA LLC #24-11188
DEBTOR IN POSSESSION

**For the period**    06/01/2024  to  06/28/2024
Account number:    ▮▮▮-2731
Page 3 of 4

---

## Deposits and Other Credits - *continued*

### ACH Credits   - *continued*

46 transactions for a total of $1,084,751.37

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/17 | 201,423.33 | Corporate ACH Corp Pay Reunite Rx Llc Braun | 00024169906234430 |
| 06/17 | 28,576.64 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024169906566211 |
| 06/17 | 15,646.32 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024169906283787 |
| 06/17 | 3,489.31 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024169907228734 |
| 06/18 | 110,657.29 | Corporate ACH Payments Winfertility, In | 00024169910996303 |
| 06/18 | 2,388.29 | Corporate ACH Hcclaimpmt Caremark Phm1481314 | 00024169906301847 |
| 06/20 | 22,893.78 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024172907932624 |
| 06/20 | 21,147.88 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024172907351222 |
| 06/21 | 14,424.68 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024173903147700 |
| 06/24 | 75,713.25 | Corporate ACH Payments Winfertility, In | 00024173905607395 |
| 06/24 | 19,862.16 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024176907018602 |
| 06/24 | 13,579.13 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024176906908733 |
| 06/24 | 4,210.64 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024176907684535 |
| 06/25 | 33,426.43 | Corporate ACH Paymentjnl<br>Rxinitiatives Fachcrxi5125 | 00024173904570856 |
| 06/25 | 7,745.50 | Corporate ACH Receivable<br>Kbs, Inc. 025Qrpreuvye9Ib | 00024176911022904 |
| 06/26 | 7,382.89 | Corporate ACH Hcclaimpmt Caremark Phm1481314 | 00024177902574378 |
| 06/26 | 10,870.78 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024178905981121 |
| 06/27 | 6,768.12 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024179900873038 |
| 06/28 | 22,790.77 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024180905168804 |

### Funds Transfer In

1 transaction for a total of $120,000.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/07 | 120,000.00 | Domestic Incoming Wire 2467G513022L6Y7F | W2467G513022L6Y7F |

# Corporate Business Account Statement

BRAUN PHARMA LLC #24-11188
DEBTOR IN POSSESSION

**For the period**    06/01/2024  to  06/28/2024
Account number: ████-2731
Page 4 of 4

---

## Checks and Other Debits

### Checks and Substitute Checks — 4 transactions for a total of $2,105.00

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/14 | 12486 | 625.00 | 012830651 | 06/24 | 12489 | 130.00 | 017680958 | 06/26 | 12488 | 900.00 | 019422442 |
| 06/21 | 12490 | 450.00 | 017261553 | | | | | | | | |

### ACH Debits — 10 transactions for a total of $641,829.93

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/03 | 11,227.03 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024155901131071 |
| 06/04 | 189.92 | ACH Debit 113100311 Comcast 8771300 3570856 | 00024155903615508 |
| 06/07 | 138.38 | ACH Debit Autopay Peoples Gas 060083276000003 | 00024158907976187 |
| 06/11 | 405,958.26 | Corporate ACH XXXXXXXXXX 06/10/24<br>Cardinal Health, 2057202904 2220 | 00024162905683289 |
| 06/12 | 6,397.58 | Corporate ACH ACH-Debits Anda, Inc. | 00024163912800645 |
| 06/18 | 14,288.32 | Corporate ACH Adjustment<br>Hrtland Pmt Sys 650000011702126 | 00024170902071728 |
| 06/21 | 3,211.50 | Corporate ACH Epay Pioneerrx N495-070 | 00024172911824339 |
| 06/24 | 25,091.00 | Corporate ACH EDI Pymnts<br>Il Dept Of Reven 00001937685808 | 00024173905659331 |
| 06/26 | 172,857.17 | Corporate ACH XXXXXXXXXX<br>Cardinal Health, 2057202904 2220 | 00024178905925273 |
| 06/28 | 2,470.77 | ACH Debit Payments Comed 5885905000 | 00024179901508076 |

### Other Debits — 1 transaction for a total of $158.70

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 06/28 | 158.70 | Corporate Account Analysis Charge | 0000000000000071177 |

---

Member FDIC

Equal Housing Lender



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | May 31, 2024 |
| **Statement Ending:** | June 30, 2024 |
| **Page:** | 1 of 1 |



### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri    9:00 am - 5:00 pm
Saturday  9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri  7:00 am - 8:00 pm
Saturday  7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

6782 TWS380WR062924061055 01 000000000 44190 001

BRAUN PHARMA, LLC
1919 NORTH CLYBOURN AVENUE
CHICAGO IL 60614-4903

---

## COMMERCIAL CHECKING                     Account Number:    XXXXXX5525

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/01/24** | **$0.00** |
| + Deposits and Credits (1) | $81.35 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 06/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $81.35 |
| Number of Days in Statement Period | 30 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Jun 18 | MAINTENANCE FEE | -$81.35 |
| | ANALYSIS ACTIVITY  FOR 05/24 | |

### Credits

| Date | Description | Additions |
|---|---|---|
| Jun 18 | AUTOMATIC TRANSFER | $81.35 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

### Daily Balances



| Date | Balance | Date | Balance | | |
|---|---|---|---|---|---|
| May 31 | $0.00 | Jun 18 | $0.00 | | |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
· Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
· Your name and account number.
· The dollar amount of the suspected error.
· Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.