Debtor: <u>Optio Rx, LLC</u>
Lead Case No: <u>24-11188</u>
Reporting Period: <u>06/07/24 – 06/30/24</u>

# MONTHLY OPERATING REPORT - GENERAL NOTES:

**General Methodology** — The Debtor is filing this monthly operating report (the "**MOR**") solely for the purposes of complying with the monthly reporting requirements of the Debtor's chapter 11 case. The financial information contained herein is unaudited, limited in scope, and as such has not been subjected to procedures that would typically be applied to financial statements in accordance with accounting principles generally accepted in the Unites States of America. (*i.e.*, "**GAAP**"). The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law.

**Reporting Period** — Unless otherwise noted, the information provided herein is current for the Debtor as of June 30, 2024, the end of Debtor's fiscal month. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period. Unless otherwise noted, all amounts provided are in thousands (000's).

**Accuracy** — The Debtor has prepared the financial statements based on the information reflected in the Debtor's books and records. The Debtor has made a diligent effort to complete these documents accurately and completely to the best of its knowledge and ability; however, the Debtor cannot warrant the absolute accuracy of these documents. Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information or errors or omissions, the Debtor does not undertake any obligation or commitment to update this MOR.

**Results Not Reflective of Future Performance** — The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position, and cash flows of the Debtor in the future.

**Reservation of Rights** — The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate. Nothing contained in this MOR shall constitute a waiver of any of the Debtor's rights or an admission with respect to its Chapter 11 case.

**Bank Statements and Bank Account Reconciliations** — The Debtor affirms that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The bank statements were used as the source for the cash receipts and disbursement information. These cash balances may differ from the cash reflected in the financial records as a result of standard reconciling timing items.

The Debtors maintain three (3) bank accounts at Capital One Bank for which the Debtors current management team does not have access to these accounts, nor do the debtors receive statements or have other mechanism to validate the balances. No bank statements are included for these three accounts. The de minimus cash balance of these accounts ($3,500) is rolled forward from month-to-month.

Debtor: <u>Optio Rx, LLC</u>
Lead Case No: <u>24-11188</u>
Reporting Period: <u>06/07/24 – 06/30/24</u>

The SOAL filed for SMC Lyons Holdings lists two bank accounts (6830 & 2216) with Chase with a $0 balance and no activity. These accounts have never been active nor has there been any activity. Banks statements are not available on these two accounts.

**Cash Receipts & Disbursements** — Total disbursements as scheduled in question c. of Part 1, include transfers from one Debtor's bank account to another Debtor's bank account (typically Optio Rx, LLC). Most of the Debtors maintain Zero Balance Accounts (ZBA) with cash swept daily into the Optio Rx, LLC bank account. These inter-Debtor transfers are scheduled in question e. of Part 1 as a negative amount. This treatment is utilized to properly track distributions for the calculation of Quarterly US Trustee Fees.

Receipts reflected at Optio Rx, LLC include $1.3M of transfers from other Debtors as well as $2.75M in DIP proceeds.

**Accounts Receivable** — Balances (including provisions for uncollectible accounts) are maintained in the general ledger system in the aggregate and rolled forward based on receipt and sales data. An Accounts Receivable aging is maintained by the third-party accounting team located in India, although such aging has not historically been relied upon because of accuracy issues. Due to the lack of an aging report,, the entire net Account Receivable balance is scheduled in the less than 90-day category, although a portion of that is older than ninety (90) days.

**Assets & Liabilities** — Total Assets as reflected herein exclude the book value of Goodwill and other intangibles assets to better reflect the market value of the Debtor's Total Assets. Third-party market valuations have not been performed recently on any of the Debtor's assets.

**Intercompany Receivables/Payables** — All intercompany receivables/payables are eliminated during the consolidating process and amounts reflected in individual entities may not be accurate. These forms do not include intercompany receivables nor intercompany payables.

**Prepetition Secured Debt** — The Debtor's primary secured debt is the $127M of senior debt and is scheduled on the Optio Rx, LLC MOR form. Various pharmacies have vendor debt secured by inventory as well as other assets of those Debtors. These secured vendors have (i) historically automatically withdrawn payment from the Debtors' bank accounts, (ii) have not been cooperative in reconciling amounts due them, and (iii) the amount due cannot be determined with any certainty. Accordingly, Secured Vendor debt is listed at $0 until such-time an accurate reconciliation can be completed.

**Income Statement** — The income statement information provided herein is calculated based on 75% each Debtors performance for the month of June to approximate income statement data for the partial month of June resulting from the June 7th petition date.

**Accounting Records** — Classification of certain financial data herein may be treated/reported differently than as reported on the filed SOFA/SOAL. The data was presented herein to mirror how the Debtors have historically reported its financial performance/statements. Differences include:

<u>Debtor: <b>Optio Rx, LLC</b></u>
<u>Lead Case No: <b>24-11188</b></u>
<u>Reporting Period: <b>06/07/24 – 06/30/24</b></u>

- *Debt Amounts* — Senior and Mezzanine debt amounts are listed in the Optio Rx, LLC MOR form, even-though several of the operating entities are also co-borrowers on these debt instruments.
- **Payroll** — Employee compensation is made from Optio Rx, LLC as reflected in SOAL. The Debtors track this cost at the individual entity level as a management tool to better track the financial performance of the individual pharmacies. The attached MOR forms reflect the historical treatment of employee compensation.

### Responses to Part 7 of MOR Form

- *7A* - Payments to critical vendors (in accordance with Critical Vendor Motion) have been made during the reporting period by certain Debtors, including payments to vendors that have a security interest in Debtors assets.

- *7C* – Payments to Insiders during the reporting period comprise of normal bi-weekly compensation made to the Debtor's (i) Chief Executive Officer and (ii) Chief Financial Officer.