# **BANK STATEMENTS**







PO Box 4019
Gulfport, MS 39502-4019
**Return Service Requested**

Page: 1 of 3

Statements Dates
06/01/2024 - 06/30/2024

Account Number:

4815

Images:
1

*  *IMAGE*  E0*

1        100000 003
**CRESTVIEW PHARMACY LLC**
**1420 KENSINGTON RD SUITE 102**
**OAK BROOK IL  60523**

**VISIT HANCOCKWHITNEY.COM TO ENROLL IN ONLINE BANKING WITH ESTATEMENTS. CALL US AT 800-448-8812.**

## Checking Account Summary

| | | | | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | 67,330.01 | AVERAGE BALANCE | |
| + | 22 CREDITS | 66,958.70 | | 59,856.14 |
| - | 9 DEBITS | 51,580.73 | YTD INTEREST PAID | |
| - | SERVICE CHARGES | 247.03 | | .00 |
| + | INTEREST PAID | .00 | | |
| | ENDING BALANCE | 82,460.95 | | |

**\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \***

### ● Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 06/03 | 8,010.79 | EDI PYMNTS   EPIC Pharmacy Ne 024155004613040CCD | 06/17 | 875.00 | DEPOSIT |
| 06/04 | 2,566.85 | EDI PYMNTS   EPIC Pharmacy Ne 024156005226099CCD | 06/17 | 7,058.16 | EDI PYMNTS   EPIC Pharmacy Ne 02416908546067CCD |
| 06/05 | 1,171.23 | EDI PYMNTS   EPIC Pharmacy Ne 024157005625232CCD | 06/18 | 4,292.70 | EDI PYMNTS   EPIC Pharmacy Ne 024170009109258CCD |
| 06/05 | 1,422.49 | DEPOSIT | 06/20 | 2,626.62 | EDI PYMNTS   EPIC Pharmacy Ne 024172009584308CCD |
| 06/06 | 5.72 | CLAIM PMT    TMESYS LLC 024173005898460CCD | 06/21 | 1,001.54 | EDI PYMNTS   EPIC Pharmacy Ne 024173010040165CCD |
| 06/06 | 1,849.49 | EDI PYMNTS   EPIC Pharmacy Ne 024158006029620CCD | 06/24 | 1,892.67 | EDI PYMNTS   EPIC Pharmacy Ne 024176000371842CCD |
| 06/07 | 6,623.43 | EDI PYMNTS   EPIC Pharmacy Ne 024159006377478CCD | 06/26 | 4,143.99 | EDI PYMNTS   EPIC Pharmacy Ne 024178001181766CCD |
| 06/10 | 3,070.23 | EDI PYMNTS   EPIC Pharmacy Ne 024162006704217CCD | 06/27 | 632.03 | EDI PYMNTS   EPIC Pharmacy Ne 024179001551634CCD |
| 06/12 | 12,884.47 | EDI PYMNTS   EPIC Pharmacy Ne 024164007502404CCD | 06/28 | 505.31 | EDI PYMNTS   EPIC Pharmacies, 024180001961380CCD |
| 06/13 | 895.61 | EDI PYMNTS   EPIC Pharmacy Ne 024165007861066CCD | 06/28 | 641.07 | DEPOSIT |
| 06/14 | 3,576.19 | EDI PYMNTS   EPIC Pharmacy Ne 024166008262848CCD | 06/28 | 1,213.11 | EDI PYMNTS   EPIC Pharmacy Ne 024180001964943CCD |

HANCOCK WHITNEY

PO Box 4019
Gulfport, MS 39502-4019
**Return Service Requested**

Statements Dates
06/01/2024 - 06/30/2024

Account Number:
4815

Images:
1

*  *IMAGE*  *EO*

CRESTVIEW PHARMACY LLC
1420 KENSINGTON RD SUITE 102
OAK BROOK IL  60523

## • Checks

| Date  | Serial | Amount    | Date | Serial | Amount |
|-------|--------|-----------|------|--------|--------|
| 06/03 | 1517   | 50,000.00 |      |        |        |

## • Other Debits

| Date  | Amount   | Description                              | Date  | Amount   | Description                              |
|-------|----------|------------------------------------------|-------|----------|------------------------------------------|
| 06/04 | 8.00     | 2667586742    USPS9000077422             |       |          | 024159006477916CCD                       |
|       |          | 024156005333687CCD                       | 06/10 | 7.90     | 2671017582    USPS9000077422             |
| 06/05 | 45.00    | BILLNG    VANTIV_INTG_PYMT               |       |          | 024162006764416CCD                       |
|       |          | 024157005602223CCD                       | 06/13 | 247.03   | ANALYSIS SERVICE CHG                     |
| 06/05 | 295.17   | BILLNG    VANTIV_INTG_PYMT               | 06/21 | 3.67     | C01    FLA DEPT REVENUE                  |
|       |          | 024157005602137CCD                       |       |          | 024173010142280CCD                       |
| 06/06 | 7.90     | 2669894127    USPS9000077422             | 06/21 | 1,205.00 | EPAY    PIONEERRX                        |
|       |          | 024158006119193CCD                       |       |          | 024173010160311CCD                       |
| 06/07 | 8.09     | 2670473846    USPS9000077422             |       |          |                                          |

## • Balance By Date

| Date  | Balance   | Date  | Balance   | Date  | Balance   |
|-------|-----------|-------|-----------|-------|-----------|
| 05/31 | 67,330.01 | 06/10 | 41,678.18 | 06/20 | 73,639.90 |
| 06/03 | 25,340.80 | 06/12 | 54,562.65 | 06/21 | 73,432.77 |
| 06/04 | 27,899.65 | 06/13 | 55,211.23 | 06/24 | 75,325.44 |
| 06/05 | 30,153.20 | 06/14 | 58,787.42 | 06/26 | 79,469.43 |
| 06/06 | 32,000.51 | 06/17 | 66,720.58 | 06/27 | 80,101.46 |
| 06/07 | 38,615.85 | 06/18 | 71,013.28 | 06/28 | 82,460.95 |

In case of errors or questions about your electronic transfers, telephone or write us at the address listed as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1.   Tell us your name and account number (if any).
2.   Describe the error or the transfer you are unsure about and explain as clearly as you can
     why you believe it is an error or why you need more information.
3.   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

Hancock Whitney
Attn. Deposit Services
P.O. Box 4019
Gulfport, MS 39502
1-800-448-8812

**Notice About Electronic Check Conversion**

When you provide a check payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.
--------------------------------------------------------------------------------------------------------------------------------------------
**Handyline Information**

Interest Charges: Interest Charges have been computed on your Handyline Account by applying each Daily Periodic Rate disclosed on the face of this statement to the Daily Balance of your Account over the current billing cycle, and then multiplying the resulting product by the number of days in the billing cycle. The Daily Balance of your Account has been computed by totaling the "Closing Principal Balance" of your Account for each day of your billing cycle and dividing the resulting total by the number of days in the billing cycle.

The closing Principal Balance of your Account for each day of the billing cycle was computed by taking into consideration payments, credits, loan advances and other debits posted to your Account over the billing cycle, but disregarding any unpaid Interest Charges. Interest Charges have been assessed on new loans and other debits under your Account from date of posting, and there is not a time period within which payments may be made in order to completely avoid Interest Charges.

Provided you have not made at least the minimum payment due within fourteen days of the statement date:

1.   If you have an unsecured Handyline Account, your checking account has been charged with a minimum payment equal to $1/20^{th}$ of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $25.00, whichever is greater. If the New Balance of your Account was less than $25.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).

2.   If you have a secured Handyline Account, your checking account has been charged with a minimum payment equal to $1/50^{th}$ of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $100.00, whichever is greater. If the New Balance of your Account was less than $100.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).

You have the option to make additional payments in excess of the minimum payment on your Handyline Account in any amount and at any time, thus reducing your exposure to additional Interest Charges. Payments should be mailed to: Lending Services, P.O. Box 4020, Gulfport, MS 39502, Attn: Handyline. Payments we receive at the above address by 10:00 A.M. will be credited to your Handyline Account as of the date of receipt. Handyline payments made at other bank locations will be promptly credited to your Account, but in no event longer than five (5) days after receipt.

**What To Do If You Think You Find A Mistake On Your Statement**

If you think there is an error on your statement, write to us at Hancock Whitney Lending Services, P.O. Box 4019, Gulfport, MS 39502-0420 and include the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. Hancock Whitney clients may call us at 1-800-448-8812, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the
  amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECK / DEBIT TRANSACTIONS OUTSTANDING THIS MONTH
(Not charged to your account as of statement date)

| Check # or Transaction Type | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

BANK BALANCE AS SHOWN
ON THIS STATEMENT                          $_____

Deposits Not Credited In
This Statement Cycle        (If Any)  $_____
                                      _____
                                      _____

Add Total of Deposits Not Credited    +$_____

Subtract Total Outstanding
Checks/Debits                         -$ _____

BALANCE                               =$_____

This balance should agree with your checkbook balance. Remember to deduct service charges/fees (if any) shown on your statement this month.



**Last Statement:** May 31, 2024
**Statement Ending:** June 30, 2024
**Page:** 1 of 2

9801 W. Higgins, Box 32, Rosemont, IL 60018



16100 TWS380WR062924061055 01 000000000 45 003
CRESTVIEW PHARMACY LLC
1116 NORTH FERDON BOULEVARD
CRESTVIEW FL 32536-1710

16100 0052786 0001-0002 00000000000000000

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

---

| COMMERCIAL CHECKING | Account Number: | XXXXXX3810 |
|---|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/01/24** | **$0.00** |
| + Deposits and Credits (4) | $44,693.89 |
| - Withdrawals and Debits (3) | $44,610.94 |
| **Ending Balance as of 06/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $82.95 |
| Number of Days in Statement Period | 30 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jun 07 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240607 ACH06027366 | -$21,231.22 |
| Jun 14 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240614 ACH06042242 | -$23,233.34 |
| Jun 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 05/24 | -$82.95 |
| Jun 21 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240621 ACH06048399 | -$146.38 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jun 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $21,231.22 |
| Jun 14 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $23,233.34 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $82.95 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $146.38 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
|  | |
|  | |
|  | |
|  | |
| **Subtotal** | |
|  | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



9801 W. Higgins, Box 32, Rosemont, IL 60018

| | Account Number: | XXXXXX3810 |
|---|---|---|
| | Statement Date: | 06/30/2024 |
| | Page : | 2 of 2 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| May 31 | $0.00 | Jun 14 | $0.00 | Jun 18 | $0.00 | Jun 21 | $0.00 |
| Jun 07 | $0.00 | | | | | | |

16100 0052788 0002-0002 00000000000000000

