

**WINTRUST BANK®**

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| Last Statement: | May 31, 2024 |
| Statement Ending: | June 28, 2024 |
| Page: | 1 of 6 |



36041 TWS380WR062924061055 01 000000000 48 007
DR IKE'S PHARMACARE LLC
1433 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                 Account Number:    XXXXXX3134

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/01/24** | **$30,816.00** |
| + Deposits and Credits (82) | $475,823.02 |
| - Withdrawals and Debits (25) | $506,148.52 |
| **Ending Balance as of 06/28/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $490.50 |
| Number of Days in Statement Period | 28 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Jun 03 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$36,482.02 |
| Jun 04 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$59,047.51 |
| Jun 05 | PREAUTHORIZED DEBIT VANTIV_INTG_PYMT BILLNG Merch Bankcard 316 5269 Dr Ikes Pharmacare | -$556.17 |
| Jun 05 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,316.12 |
| Jun 06 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$99.75 |
| Jun 07 | PREAUTHORIZED DEBIT Bill.com Payables Multiple Payments Bill.com Payables 015DTRSOWG2IOAB | -$1,163.85 |
| Jun 07 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,112.68 |
| Jun 10 | PREAUTHORIZED DEBIT SPECTRUM SPECTRUM 240610 | -$194.97 |
| Jun 10 | PREAUTHORIZED DEBIT MANAGED HEALTH C NET-RX 240610 | -$200.00 |
| Jun 10 | PREAUTHORIZED DEBIT AMERISOURCE BERG PAYMENTS 240610 0100010545 | -$83,067.18 |
| Jun 11 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$31,898.03 |
| Jun 12 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,824.52 |



36041 0112791 0001-0006 0000000000000000000

## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

### Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX3134 |
|---|---|---|
| | Statement Date: | 06/28/2024 |
| | Page : | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,185.00 |
| Jun 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,809.62 |
| Jun 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,912.91 |
| Jun 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 05/24 | -$490.50 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$28,874.47 |
| Jun 20 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805603134 AMERISOURCE RECEIV ABLES<br>FINANCIAL C JPMORGAN CHASE BAN K, NA DR IKE'S PHA | -$33,003.89 |
| Jun 20 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805603134 AMERISOURCE RECEIV ABLES<br>FINANCIAL C JPMORGAN CHASE BAN K, NA DR IKE'S PHA | -$40,000.00 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$34,783.93 |
| Jun 24 | PREAUTHORIZED DEBIT<br>AMP SMART PURCHASE 240624 | -$63.66 |
| Jun 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,838.78 |
| Jun 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,322.74 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$19,687.72 |
| Jun 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables NARX Transport, In c. Bill.com 015TKH PZXL37WOD<br>Inv 1732 | -$20,505.00 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$54,198.00 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jun 03 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $3.10 |
| Jun 03 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $44.14 |
| Jun 03 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909467168*13635696 42~ | $65.02 |
| Jun 03 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200347114*1 330567651*274117  \ | $95.54 |
| Jun 03 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $137.00 |
| Jun 03 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243468513*17 52578509\ | $5,321.22 |
| Jun 04 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440865026*22<br>60076803*99999~ | $8.11 |
| Jun 04 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550541289*12<br>60076803*99999~ | $2,301.31 |





**WINTRUST**
**BANK**®

| | |
|---|---|
| Account Number: | XXXXXX3134 |
| Statement Date: | 06/28/2024 |
| Page : | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 04 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909481861*13635696 42~ | $2,761.82 |
| Jun 04 | PREAUTHORIZED CREDIT<br>OPTUMRX INC HCCLAIMPMT 121000243472562*17 52578509\ | $10,683.27 |
| Jun 04 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007561597*14 31420563\ | $19,982.78 |
| Jun 04 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001374317*1540849 793*138607460702~ | $23,310.22 |
| Jun 05 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200347733*1 330567651*274117 \ | $77.72 |
| Jun 05 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $81.92 |
| Jun 05 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1384104*1043608530 ~ | $1,353.50 |
| Jun 05 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500251604*1752882 129*5649592\ | $4,359.15 |
| Jun 06 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200347804*1 330567651*274117 \ | $99.75 |
| Jun 07 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440866825*22<br>60076803*99999~ | $29.38 |
| Jun 07 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $152.95 |
| Jun 07 | PREAUTHORIZED CREDIT<br>OPTUMRX INC HCCLAIMPMT 121000243475412*17 52578509\ | $969.02 |
| Jun 07 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001374949*1540849 793*138607460702~ | $4,125.18 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $83,288.87 |
| Jun 10 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $39.65 |
| Jun 10 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $133.63 |
| Jun 11 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200348934*1 330567651*274117 \ | $67.20 |
| Jun 11 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440868651*22<br>60076803*99999~ | $67.39 |
| Jun 11 | PREAUTHORIZED CREDIT<br>AA FAMILY HOSPIC PAYROLL 240611 | $398.31 |
| Jun 11 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550543528*12<br>60076803*99999~ | $2,549.74 |
| Jun 11 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243479771*17 52578509\ | $5,682.36 |
| Jun 11 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007573755*14 31420563\ | $23,133.03 |
| Jun 12 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200349179*1 330567651*274117 \ | $4.17 |
| Jun 12 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1387745*1043608530 ~ | $54.86 |
| Jun 12 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $187.56 |





9801 W. Higgins, Box 32, Rosemont, IL 60018

36041 0112795 0004-0006 00000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 12 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500262704*1752882 129*5649592\ | $9,577.93 |
| Jun 13 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $1,185.00 |
| Jun 14 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440870432*22<br>60076803*99999~ | $47.23 |
| Jun 14 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $107.05 |
| Jun 14 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550544712*12<br>60076803*99999~ | $213.17 |
| Jun 14 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001377979*1540849 793*138607460702~ | $2,978.49 |
| Jun 14 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243483536*17 52578509\ | $3,463.68 |
| Jun 17 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC1996265<br>*1341939227*000000 703*5649592\ | $7.03 |
| Jun 17 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $16.75 |
| Jun 17 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $373.43 |
| Jun 17 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243487922*17 52578509\ | $5,515.70 |
| Jun 18 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909518884*13635696 42~ | $8.72 |
| Jun 18 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440872266*22<br>60076803*99999~ | $83.09 |
| Jun 18 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500274047*1752882 129*5649592\ | $6,086.56 |
| Jun 18 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007585857*14 31420563\ | $23,186.60 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $63,526.00 |
| Jun 20 | REMOTE DEPOSIT | $6.84 |
| Jun 20 | REMOTE DEPOSIT | $65.38 |
| Jun 20 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1389836*1043608530 ~ | $128.87 |
| Jun 20 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909533279*13635696 42~ | $1,236.50 |
| Jun 20 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243491635*17 52578509\ | $3,541.60 |
| Jun 20 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $4,569.86 |
| Jun 20 | REMOTE DEPOSIT | $5,273.42 |
| Jun 20 | REMOTE DEPOSIT | $18,872.42 |
| Jun 21 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440873957*22<br>60076803*99999~ | $17.22 |





| | Account Number: | XXXXXX3134 |
|---|---|---|
| | Statement Date: | 06/28/2024 |
| | Page : | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 21 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $2,589.45 |
| Jun 21 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243496000*17 52578509\ | $7,960.26 |
| Jun 24 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $67.00 |
| Jun 24 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200352315*1 330567651*274117  \ | $94.67 |
| Jun 24 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $10,740.77 |
| Jun 25 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200352789*1 330567651*274117  \ | $52.20 |
| Jun 25 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550548173*12<br>60076803*99999~ | $545.83 |
| Jun 25 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909554935*13635696 42~ | $936.82 |
| Jun 25 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007598013*14 31420563\ | $16,787.89 |
| Jun 26 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1393461*1043608530 ~ | $79.29 |
| Jun 26 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $2,159.35 |
| Jun 26 | PREAUTHORIZED CREDIT<br>OPTUMRX INC HCCLAIMPMT 121000243500275*17 52578509\ | $2,191.92 |
| Jun 26 | PREAUTHORIZED CREDIT<br>WESTERN STATES P ACH ITEM 240626 | $3,849.98 |
| Jun 26 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500285482*1752882 129*5649592\ | $11,407.18 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $16,208.73 |
| Jun 27 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909568982*13635696 42~ | $40.03 |
| Jun 27 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $99.54 |
| Jun 27 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243477152*17 52578509\ | $1,182.39 |
| Jun 27 | PREAUTHORIZED CREDIT<br>Alleviate Care - Receivable 025ADCVPYHYK2W6 Al leviate Care - Bil l.com<br>Inv INV7375 | $2,974.78 |
| Jun 27 | REMOTE DEPOSIT | $49,042.53 |
| Jun 28 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550549360*12<br>60076803*99999~ | $48.73 |
| Jun 28 | PREAUTHORIZED CREDIT<br>AMERICAN HERITAG DIRECT DEP 240628 | $191.00 |
| Jun 28 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $1,435.69 |
| Jun 28 | PREAUTHORIZED CREDIT<br>OPTUMRX INC HCCLAIMPMT 121000243504264*17 52578509\ | $3,479.58 |

36041 0112796 0005-0006 0000000000000000000



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| Account Number: | XXXXXX3134 |
|---|---|
| Statement Date: | 06/28/2024 |
| Page : | 6 of 6 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| May 31 | $30,816.00 | Jun 07 | $0.00 | Jun 14 | $0.00 | Jun 24 | $0.00 |
| Jun 03 | $0.00 | Jun 10 | $0.00 | Jun 17 | $0.00 | Jun 25 | $0.00 |
| Jun 04 | $0.00 | Jun 11 | $0.00 | Jun 18 | $0.00 | Jun 26 | $0.00 |
| Jun 05 | $0.00 | Jun 12 | $0.00 | Jun 20 | $24,217.00 | Jun 27 | $49,043.00 |
| Jun 06 | $0.00 | Jun 13 | $0.00 | Jun 21 | $0.00 | Jun 28 | $0.00 |

36041 0112797 0006-0006 00000000000000000

