# **BANK STATEMENTS**

 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2024 through June 28, 2024
**Account Number:** ▇▇▇▇▇5093



### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00005112 WBS 111 211 18124 NNNNNNNNNNN 1 000000000 C1 0000
SMC PHARMACY, LLC
DEBTOR IN POSSESSION
1908 SANTA MONICA BLVD SUITE 4
SANTA MONICA CA 90404

## Commercial Checking
## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $9,647.05 | |
| Deposits and Credits | 0 | $0.00 | |
| Withdrawals and Debits | 0 | $0.00 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$9,647.05** | |

Your service charges, fees and earnings credit have been calculated through account analysis.

\* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | May 31, 2024 |
| **Statement Ending:** | June 28, 2024 |
| **Page:** | 1 of 5 |

48697 TWS380WR062924061055 01 000000000 51 006

SMC PHARMACY LLC
1441 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:    XXXXXX7428

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/01/24** | **$0.00** |
| + Deposits and Credits (75) | $2,686,178.07 |
| - Withdrawals and Debits (30) | $2,686,013.92 |
| **Ending Balance as of 06/28/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $164.15 |
| Number of Days in Statement Period | 28 |

---

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jun 03 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240603 | -$209.97 |
| Jun 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012411180 | -$4,347.96 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$125,165.96 |
| Jun 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$77,230.32 |
| Jun 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$168,512.18 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$13,802.67 |
| Jun 07 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240607 ACH06027138 | -$124,305.79 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015COFEBFW2J2Q3 | -$184,872.90 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016WELJJT3D71L8 | -$396,523.96 |
| Jun 10 | PREAUTHORIZED DEBIT<br>AMERISOURCE BERG PAYMENTS 240610 0100011941 | -$811.25 |
| Jun 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 240610 ACH06030086 | -$902.64 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$79,235.34 |
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$28,814.26 |

## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

### Checks/Withdrawals Outstanding

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

### Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



**WINTRUST BANK®**

| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7428 |
| **Statement Date:** | | 06/28/2024 |
| **Page :** | | 2 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

48697 0151986 0002-0005 0000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 12 | PREAUTHORIZED DEBIT<br>ANDA, INC. ACH-DEBITS 240611 | -$14,647.75 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$191,387.15 |
| Jun 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,130.35 |
| Jun 14 | PREAUTHORIZED DEBIT<br>MCKESSON PLASMA AUTO ACH 240614 ACH06040761 | -$4,699.24 |
| Jun 14 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240614 ACH06042029 | -$137,648.39 |
| Jun 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$184,113.44 |
| Jun 18 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS Adjustment 240618 650000012411180 | -$6,579.86 |
| Jun 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 05/24 | -$164.15 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$161,988.55 |
| Jun 20 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3809277428 INTEGRATED COMMERC<br>IALIZATION SOLUT B ANK OF AMERICA, N. A., TX SALES ORDER | -$177,670.00 |
| Jun 21 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240621 ACH06048170 | -$74,098.54 |
| Jun 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$74,626.97 |
| Jun 25 | PREAUTHORIZED DEBIT<br>OUTCOMES OPERAT Payment 240625 | -$399.00 |
| Jun 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$47,649.36 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$193,733.01 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$29,588.35 |
| Jun 28 | PREAUTHORIZED DEBIT<br>ALMIRALL LLC CASH CONC 240628 | -$4,860.00 |
| Jun 28 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240628 ACH06061816 | -$161,458.76 |

## Credits



| Date | Description | Additions |
|---|---|---|
| Jun 03 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909467081*13635696 42~ | $504.78 |
| Jun 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012411180 | $6,685.00 |
| Jun 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012411180 | $6,970.29 |
| Jun 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240603 5640506 | $16,301.22 |
| Jun 03 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240603 ST-S2S5L3G0L1T9 | $29,219.29 |
| Jun 03 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909425778*13635696 42~ | $70,043.31 |
| Jun 04 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909481762*13635696 42~ | $143.31 |



| | Account Number: | XXXXXX7428 |
| | Statement Date: | 06/28/2024 |
| | Page : | 3 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

48697 0151987 0003-0005 00000000000000000

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|----------:|
| Jun 04 | PREAUTHORIZED CREDIT | $10,567.47 |
| | ACCESS HEALTH ACCESS HEA 240604 5640506 | |
| Jun 04 | PREAUTHORIZED CREDIT | $20,522.17 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007561569*14 31420563\ | |
| Jun 04 | PREAUTHORIZED CREDIT | $45,997.37 |
| | CA HCCLAIMPMT 7001374381*1540849 793*151826562802~ | |
| Jun 05 | PREAUTHORIZED CREDIT | $6,366.28 |
| | ACCESS HEALTH ACCESS HEA 240605 5640506 | |
| Jun 05 | PREAUTHORIZED CREDIT | $12,213.62 |
| | HRTLAND PMT SYS TXNS/FEES 240605 650000012411180 | |
| Jun 05 | PREAUTHORIZED CREDIT | $149,932.28 |
| | CAREMARK HCCLAIMPMT 2500251555*1752882 129*5640506\ | |
| Jun 06 | PREAUTHORIZED CREDIT | $2,360.91 |
| | ACCESS HEALTH ACCESS HEA 240606 5640506 | |
| Jun 06 | PREAUTHORIZED CREDIT | $11,441.76 |
| | HRTLAND PMT SYS TXNS/FEES 240606 650000012411180 | |
| Jun 07 | AUTOMATIC TRANSFER | $677,894.44 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 07 | PREAUTHORIZED CREDIT | $1,853.01 |
| | HRTLAND PMT SYS TXNS/FEES 240607 650000012411180 | |
| Jun 07 | PREAUTHORIZED CREDIT | $2,005.80 |
| | ACCESS HEALTH ACCESS HEA 240607 5640506 | |
| Jun 07 | PREAUTHORIZED CREDIT | $23,949.40 |
| | CA HCCLAIMPMT 7001375010*1540849 793*151826562802~ | |
| Jun 10 | PREAUTHORIZED CREDIT | $10,428.58 |
| | HRTLAND PMT SYS TXNS/FEES 240610 650000012411180 | |
| Jun 10 | PREAUTHORIZED CREDIT | $15,767.43 |
| | HRTLAND PMT SYS TXNS/FEES 240610 650000012411180 | |
| Jun 10 | PREAUTHORIZED CREDIT | $16,846.79 |
| | ACCESS HEALTH ACCESS HEA 240610 5640506 | |
| Jun 10 | PREAUTHORIZED CREDIT | $37,906.43 |
| | Prescription TRANSFER 240610 ST-U5R7H4B2E5M6 | |
| Jun 11 | PREAUTHORIZED CREDIT | $35.63 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909496957*13635696 42~ | |
| Jun 11 | PREAUTHORIZED CREDIT | $28,778.63 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007573728*14 31420563\ | |
| Jun 12 | PREAUTHORIZED CREDIT | $5,333.65 |
| | HRTLAND PMT SYS TXNS/FEES 240612 650000012411180 | |
| Jun 12 | PREAUTHORIZED CREDIT | $23,133.76 |
| | ACCESS HEALTH ACCESS HEA 240612 5640506 | |
| Jun 12 | PREAUTHORIZED CREDIT | $177,567.49 |
| | CAREMARK HCCLAIMPMT 2500262653*1752882 129*5640506\ | |
| Jun 13 | PREAUTHORIZED CREDIT | $1,381.31 |
| | ACCESS HEALTH ACCESS HEA 240613 5640506 | |
| Jun 13 | PREAUTHORIZED CREDIT | $14,749.04 |
| | HRTLAND PMT SYS TXNS/FEES 240613 650000012411180 | |
| Jun 14 | AUTOMATIC TRANSFER | $63,355.20 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 14 | PREAUTHORIZED CREDIT | $1,093.28 |
| | TRICARE-ONLY DOD REMIT TRN*1*03142152*143 1420563\ | |
| Jun 14 | PREAUTHORIZED CREDIT | $1,732.71 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04149670*143 1420563\ | |
| Jun 14 | PREAUTHORIZED CREDIT | $2,766.35 |
| | CENTOR INC. REBATES 240614 | |
| Jun 14 | PREAUTHORIZED CREDIT | $8,802.68 |
| | HRTLAND PMT SYS TXNS/FEES 240614 650000012411180 | |
| Jun 14 | PREAUTHORIZED CREDIT | $11,106.49 |
| | CA HCCLAIMPMT 7001378131*1540849 793*151826562802~ | |





| | |
|---|---|
| **Account Number:** | XXXXXX7428 |
| **Statement Date:** | 06/28/2024 |
| **Page :** | 4 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 14 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240614 5640506 | $22,759.72 |
| Jun 14 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 57 Apr 16-30 2024 | $30,731.20 |
| Jun 17 | PREAUTHORIZED CREDIT<br>EHO360, LLC PHCY PMT 240615 5640506 | $28.09 |
| Jun 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240617 650000012411180 | $6,221.10 |
| Jun 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240617 650000012411180 | $13,159.72 |
| Jun 17 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240617 ST-R2E6K3Z7C2Y9 | $34,324.53 |
| Jun 17 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240617 5640506 | $46,451.63 |
| Jun 17 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909505847*13635696 42~ | $83,928.37 |
| Jun 18 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC1996963<br>*1341939227*000038 363*5640506\ | $383.63 |
| Jun 18 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909518806*13635696 42~ | $1,298.38 |
| Jun 18 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240618 5640506 | $17,808.60 |
| Jun 18 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007585832*14 31420563\ | $28,022.11 |
| Jun 18 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500273997*1752882 129*5640506\ | $121,219.84 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $165,304.98 |
| Jun 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240620 650000012411180 | $6,118.89 |
| Jun 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240620 650000012411180 | $6,246.02 |
| Jun 20 | REMOTE DEPOSIT | $21,935.11 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $33,263.71 |
| Jun 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240621 650000012411180 | $8,639.58 |
| Jun 21 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240621 5640506 | $10,260.25 |
| Jun 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240624 650000012411180 | $7,379.57 |
| Jun 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240624 650000012411180 | $9,019.10 |
| Jun 24 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240624 5640506 | $27,077.73 |
| Jun 24 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240624 ST-U1J3R7X6M8Y9 | $31,150.57 |
| Jun 25 | REMOTE DEPOSIT | $456.51 |
| Jun 25 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240625 5640506 | $9,617.41 |
| Jun 25 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007597986*14 31420563\ | $38,431.44 |
| Jun 26 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240626 5640506 | $121.06 |
| Jun 26 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 240626 5640506 | $605.64 |



48697 0151988 0004-0005 0000000000000000



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Jun 26 | PREAUTHORIZED CREDIT | $6,746.79 |
| | HRTLAND PMT SYS TXNS/FEES 240626 650000012411180 | |
| Jun 26 | PREAUTHORIZED CREDIT | $185,802.52 |
| | CAREMARK HCCLAIMPMT 2500285430*1752882 129*5640506\ | |
| Jun 27 | PREAUTHORIZED CREDIT | $850.02 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909568902*13635696 42~ | |
| Jun 27 | PREAUTHORIZED CREDIT | $948.46 |
| | MEDE AMERICA CDA HCCLAIMPMT 7192535*3205716594 *199999999\ | |
| Jun 27 | PREAUTHORIZED CREDIT | $6,056.54 |
| | HRTLAND PMT SYS TXNS/FEES 240627 650000012411180 | |
| Jun 27 | PREAUTHORIZED CREDIT | $21,733.33 |
| | ACCESS HEALTH ACCESS HEA 240627 5640506 | |
| Jun 28 | AUTOMATIC TRANSFER | $150,898.14 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 28 | PREAUTHORIZED CREDIT | $285.75 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC1998744 | |
| | *1341939227*000028 575*5640506\ | |
| Jun 28 | PREAUTHORIZED CREDIT | $7,294.64 |
| | ACCESS HEALTH ACCESS HEA 240628 5640506 | |
| Jun 28 | PREAUTHORIZED CREDIT | $7,840.23 |
| | HRTLAND PMT SYS TXNS/FEES 240628 650000012411180 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| May 31 | $0.00 | Jun 07 | $0.00 | Jun 14 | $0.00 | Jun 24 | $0.00 |
| Jun 03 | $0.00 | Jun 10 | $0.00 | Jun 17 | $0.00 | Jun 25 | $457.00 |
| Jun 04 | $0.00 | Jun 11 | $0.00 | Jun 18 | $0.00 | Jun 26 | $0.00 |
| Jun 05 | $0.00 | Jun 12 | $0.00 | Jun 20 | $21,935.00 | Jun 27 | $0.00 |
| Jun 06 | $0.00 | Jun 13 | $0.00 | Jun 21 | $0.00 | Jun 28 | $0.00 |

48697 0151989 0005-0005 00000000000000000

