# BANK STATEMENTS


**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

June 01, 2024 through June 28, 2024
**Account Number:** ███████5226

**Customer Service Information**

If you have any questions about your
statement, please contact your
Customer Service Professional.



00005113 WBS 111211 18124 NNNNNNNNNNN 1 000000000 C1 0000
ROSE PHARMACY RM LLC
DEBTOR IN POSSESSION
35400 BOB HOPE DR STE 207
RANCHO MIRAGE CA 92270-1774

## Commercial Checking

### Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $1,740.38 |  |
| Deposits and Credits | 1 | $606.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$2,346.38** |  |

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 06/13 | Deposit | $606.00 |
| **Total** |  | **$606.00** |

### Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 06/13 | $2,346.38 |  |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank



| | |
|---|---|
| | **Last Statement:** May 31, 2024 |
| | **Statement Ending:** June 28, 2024 |
| | **Page:** 1 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



22685 TWS380WR062924061055 01 000000000 45 005

ROSE PHARMACY RM LLC
1423 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: | XXXXXX4801 |
|---|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/01/24** | **$15,042.00** |
| + Deposits and Credits (52) | $105,474.46 |
| - Withdrawals and Debits (24) | $120,414.65 |
| **Ending Balance as of 06/28/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $101.81 |
| Number of Days in Statement Period | 28 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jun 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000011703744 | -$69.55 |
| Jun 03 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240603 | -$219.98 |
| Jun 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012557651 | -$583.70 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,996.57 |
| Jun 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,453.55 |
| Jun 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,340.91 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,111.84 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Elite Imaging Syst ems Inc. Bill.com<br>016QUHHLX3D718T In v IN269594 | -$84.04 |
| Jun 07 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240607 ACH06027286 | -$26,107.73 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,735.88 |
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$97.70 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,647.03 |
| Jun 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$804.46 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
|  | |
|  | |
|  | |
| **Subtotal** | |
|  | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX4801 |
| **Statement Date:** | 06/28/2024 |
| **Page :** | 2 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 14 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240614 ACH06042166 | -$10,439.98 |
| Jun 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,697.17 |
| Jun 18 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS Adjustment 240618 650000012557651 | -$129.95 |
| Jun 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 05/24 | -$101.81 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,567.82 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$684.95 |
| Jun 21 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240621 ACH06048319 | -$14,348.50 |
| Jun 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,034.76 |
| Jun 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$902.64 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,545.01 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,584.23 |
| Jun 28 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240628 ACH06061971 | -$14,226.70 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jun 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012557651 | $76.58 |
| Jun 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012557651 | $223.22 |
| Jun 03 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909467413*13635696 42~ | $537.62 |
| Jun 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240603 5667300 | $659.53 |
| Jun 03 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909425915*13635696 42~ | $1,330.85 |
| Jun 04 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240604 5667300 | $1,752.95 |
| Jun 04 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909482138*13635696 42~ | $2,082.28 |
| Jun 04 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001374001*1540849 793*184177539202~ | $6,618.32 |
| Jun 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240605 650000012557651 | $212.03 |
| Jun 05 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240605 5667300 | $2,128.88 |
| Jun 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240606 650000012557651 | $46.71 |
| Jun 06 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240606 5667300 | $3,065.13 |
| Jun 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $13,329.32 |
| Jun 07 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240607 5667300 | $3,561.69 |

22685 0069620 0002-0004 0000000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX4801 |
| **Statement Date:** | 06/28/2024 |
| **Page :** | 3 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22685 0069621 0003-0004 0000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 07 | PREAUTHORIZED CREDIT | $9,300.76 |
| | CA HCCLAIMPMT 7001374613*1540849 793*184177539202~ | |
| Jun 10 | PREAUTHORIZED CREDIT | $158.30 |
| | HRTLAND PMT SYS TXNS/FEES 240610 650000012557651 | |
| Jun 10 | PREAUTHORIZED CREDIT | $417.10 |
| | HRTLAND PMT SYS TXNS/FEES 240610 650000012557651 | |
| Jun 10 | PREAUTHORIZED CREDIT | $6,160.48 |
| | ACCESS HEALTH ACCESS HEA 240610 5667300 | |
| Jun 11 | PREAUTHORIZED CREDIT | $97.70 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909497345*13635696 42~ | |
| Jun 12 | PREAUTHORIZED CREDIT | $787.64 |
| | ACCESS HEALTH ACCESS HEA 240612 5667300 | |
| Jun 12 | PREAUTHORIZED CREDIT | $859.39 |
| | HRTLAND PMT SYS TXNS/FEES 240612 650000012557651 | |
| Jun 13 | PREAUTHORIZED CREDIT | $6.20 |
| | HRTLAND PMT SYS TXNS/FEES 240613 650000012557651 | |
| Jun 13 | PREAUTHORIZED CREDIT | $798.26 |
| | ACCESS HEALTH ACCESS HEA 240613 5667300 | |
| Jun 14 | AUTOMATIC TRANSFER | $6,387.19 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 14 | PREAUTHORIZED CREDIT | $29.96 |
| | HRTLAND PMT SYS TXNS/FEES 240614 650000012557651 | |
| Jun 14 | PREAUTHORIZED CREDIT | $1,346.75 |
| | CA HCCLAIMPMT 7001377700*1540849 793*184177539202~ | |
| Jun 14 | PREAUTHORIZED CREDIT | $2,676.08 |
| | ACCESS HEALTH ACCESS HEA 240614 5667300 | |
| Jun 17 | PREAUTHORIZED CREDIT | $26.92 |
| | HRTLAND PMT SYS TXNS/FEES 240617 650000012557651 | |
| Jun 17 | PREAUTHORIZED CREDIT | $259.90 |
| | HRTLAND PMT SYS TXNS/FEES 240617 650000012557651 | |
| Jun 17 | PREAUTHORIZED CREDIT | $1,410.35 |
| | ACCESS HEALTH ACCESS HEA 240617 5667300 | |
| Jun 18 | PREAUTHORIZED CREDIT | $177.03 |
| | HRTLAND PMT SYS TXNS/FEES 240618 650000012557651 | |
| Jun 18 | PREAUTHORIZED CREDIT | $540.11 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909519125*13635696 42~ | |
| Jun 18 | PREAUTHORIZED CREDIT | $1,082.44 |
| | ACCESS HEALTH ACCESS HEA 240618 5667300 | |
| Jun 20 | PREAUTHORIZED CREDIT | $34.96 |
| | HRTLAND PMT SYS TXNS/FEES 240620 650000012557651 | |
| Jun 20 | PREAUTHORIZED CREDIT | $229.95 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909533513*13635696 42~ | |
| Jun 20 | PREAUTHORIZED CREDIT | $420.04 |
| | HRTLAND PMT SYS TXNS/FEES 240620 650000012557651 | |
| Jun 21 | AUTOMATIC TRANSFER | $11,991.76 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 21 | PREAUTHORIZED CREDIT | $2,356.74 |
| | ACCESS HEALTH ACCESS HEA 240621 5667300 | |
| Jun 24 | PREAUTHORIZED CREDIT | $277.68 |
| | HRTLAND PMT SYS TXNS/FEES 240624 650000012557651 | |
| Jun 24 | PREAUTHORIZED CREDIT | $306.49 |
| | HRTLAND PMT SYS TXNS/FEES 240624 650000012557651 | |
| Jun 24 | PREAUTHORIZED CREDIT | $450.59 |
| | ACCESS HEALTH ACCESS HEA 240624 5667300 | |
| Jun 25 | PREAUTHORIZED CREDIT | $25.07 |
| | HRTLAND PMT SYS TXNS/FEES 240625 650000012557651 | |
| Jun 25 | PREAUTHORIZED CREDIT | $432.49 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909555191*13635696 42~ | |





Account Number: XXXXXX4801
Statement Date: 06/28/2024
Page : 4 of 4

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 25 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240625 5667300 | $445.08 |
| Jun 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240626 650000012557651 | $100.19 |
| Jun 26 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240626 5667300 | $1,444.82 |
| Jun 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240627 650000012557651 | $212.32 |
| Jun 27 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909569194*13635696 42~ | $247.03 |
| Jun 27 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240627 5667300 | $4,124.88 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $11,768.67 |
| Jun 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240628 650000012557651 | $88.00 |
| Jun 28 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240628 5667300 | $2,370.03 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| May 31 | $15,042.00 | Jun 07 | $0.00 | Jun 14 | $0.00 | Jun 24 | $0.00 |
| Jun 03 | $0.00 | Jun 10 | $0.00 | Jun 17 | $0.00 | Jun 25 | $0.00 |
| Jun 04 | $0.00 | Jun 11 | $0.00 | Jun 18 | $0.00 | Jun 26 | $0.00 |
| Jun 05 | $0.00 | Jun 12 | $0.00 | Jun 20 | $0.00 | Jun 27 | $0.00 |
| Jun 06 | $0.00 | Jun 13 | $0.00 | Jun 21 | $0.00 | Jun 28 | $0.00 |

