# **BANK STATEMENTS**


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2024 through June 28, 2024
**Account Number:** ████████8660



### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000542 WBS 111 141 18124 NNNNNNNNNNN 1 000000000 C1 0000
ROSE PHARMACY SF LLC
DEBTOR IN POSSESSION
311 S WACKER DR SUITE 2640
CHICAGO IL 60606

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $132,536.17 |  |
| Deposits and Credits | 11 | $62,431.01 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$194,967.18** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 06/07 | Orig CO Name:A New Day Hospic      Orig ID:464277425  Desc Date:240607 CO Entry Descr:ACH      Sec:CCD  Trace#:026013574488372 Eed:240607 Ind ID:April            Ind Name:Rose Pharmacy 1504721279 Trn: 1584488372Tc | $3,012.12 |
| 06/13 | Deposit | 566.00 |
| 06/14 | Orig CO Name:Medonelc          Orig ID:1261769761 Desc Date:     CO Entry Descr:ACH Paymensec:CCD   Trace#:107005955655761 Eed:240614 Ind ID:783293            Ind Name:Rose Pharmacy Trn*1*100694*1261769761~ Trn: 1655655761Tc | 542.27 |
| 06/17 | Orig CO Name:Aa Family Hospic      Orig ID:1462800242 Desc Date:240617 CO Entry Descr:Payroll   Sec:PPD   Trace#:111000029368088 Eed:240617 Ind ID:002072789Cfc556      Ind Name:Rose Pharmacy Trn: 1669368088Tc | 482.90 |
| 06/18 | Real Time Payment Credit Recd From Aba/Contr Bnk-321171184  From: Bnf-Kent Cruz Ref: 17580302075 Info: Text-Rmtinf-Inv355-15287 Iid: 20240618021000089P1Bxop119421996501 Recd: 15:42:22 Trn: 0712991170Gd YOUR REF:  17580302075 | 403.03 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

 **CHASE**

June 01, 2024 through June 28, 2024
**Account Number:** ████████8660

## Deposits and Credits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 06/18 | Orig CO Name:Progress Palliat     Orig ID:1462800242 Desc Date:240618 CO Entry Descr:Payroll    Sec:PPD    Trace#:111000028931082 Eed:240618 Ind ID:0020644881Da67E     Ind Name:Rose Pharmacy Sf LLC Trn: 1698931082Tc | 659.48 |
| 06/25 | Orig CO Name:Vienna Hospice A     Orig ID:A114339399 Desc Date:240625 CO Entry Descr:Payments  Sec:CCD    Trace#:081009421242491 Eed:240625   Ind ID:                    Ind Name:Rose Parmacy 1143393990 Trn: 1771242491Tc | 36,500.72 |
| 06/27 | Orig CO Name:Infinity Hospice     Orig ID:9200502235 Desc Date:240627 CO Entry Descr:ACH Pmt   Sec:PPD   Trace#:021000026122449 Eed:240627   Ind ID:11136205403           Ind Name:Rose Pharamcy Inv355-151452 Trn: 1786122449Tc | 469.84 |
| 06/28 | Orig CO Name:Burnet Hospice C     Orig ID:451783432  Desc Date:240628 CO Entry Descr:ACH     Sec:CCD    Trace#:026013577824748 Eed:240628 Ind ID:                   Ind Name:Rose Pharmacy 1504721287 Trn: 1797824748Tc | 16,029.99 |
| 06/28 | Orig CO Name:A New Day Hospic     Orig ID:464277425 Desc Date:240628 CO Entry Descr:ACH     Sec:CCD    Trace#:026013577824746 Eed:240628 Ind ID:May              Ind Name:Rose Pharmacy 1504721279 Trn: 1797824746Tc | 3,422.44 |
| 06/28 | Orig CO Name:Medonelc     Orig ID:1261769761 Desc Date:     CO Entry Descr:ACH Paymensec:CCD    Trace#:107005957824743 Eed:240628 Ind ID:788284           Ind Name:Rose Pharmacy Trn*1*100699*1261769761~ Trn: 1797824743Tc | 342.22 |
| **Total** | | **$62,431.01** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 06/07 | $135,548.29 | 06/18 | $138,201.97 |
| 06/13 | $136,114.29 | 06/25 | $174,702.69 |
| 06/14 | $136,656.56 | 06/27 | $175,172.53 |
| 06/17 | $137,139.46 | 06/28 | $194,967.18 |

Your service charges, fees and earnings credit have been calculated through account analysis.



| | |
|---|---|
| Last Statement: | May 31, 2024 |
| Statement Ending: | June 28, 2024 |
| Page: | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com



22122 TWS380WR062924061055 01 000000000 45 007

ROSE PHARMACY SF LLC
1422 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

---

## COMMERCIAL CHECKING                                Account Number:    XXXXXX8445

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/01/24** | **$299,207.32** |
| + Deposits and Credits (85) | $1,187,426.69 |
| - Withdrawals and Debits (37) | $1,484,196.85 |
| **Ending Balance as of 06/28/24** | **$2,076.79** |
| Analysis or Maintenance Fees for Period | $360.37 |
| Number of Days in Statement Period | 28 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Jun 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012921873 | -$5,691.29 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$321,902.92 |
| Jun 04 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 2251  NSF | -$376.47 |
| Jun 04 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 1356  NSF | -$1,606.07 |
| Jun 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$42,669.20 |
| Jun 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$31,207.06 |
| Jun 06 | DEPOSIT RETURN ITEM<br>DDA CB Debit 2251  NSF 2nd | -$376.47 |
| Jun 06 | DEPOSIT RETURN ITEM<br>DDA CB Debit 1356  NSF 2nd | -$1,606.07 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,105.29 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016JUXRFN3D718Z | -$25,032.20 |
| Jun 07 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240607 ACH06026735 | -$83,410.55 |
| Jun 10 | PREAUTHORIZED DEBIT<br>MANAGED HEALTH C NET-RX 240610 | -$220.00 |
| Jun 10 | PREAUTHORIZED DEBIT<br>AMERISOURCE BERG PAYMENTS 240610 0100044090 | -$23,416.19 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX8445 |
| **Statement Date:** | | 06/28/2024 |
| **Page :** | | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 11 | PREAUTHORIZED DEBIT | -$222.08 |
| | HNS HUGHESNET86 6-347-3292 240611 | |
| Jun 11 | AUTOMATIC TRANSFER | -$67,294.19 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 12 | PREAUTHORIZED DEBIT | -$255.98 |
| | FRONTIER COMMUNI BILL PAY 240612 20079309081 | |
| Jun 12 | AUTOMATIC TRANSFER | -$223,960.02 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 13 | DEPOSIT RETURN ITEM | -$1,721.66 |
| | DDA CB Debit 3085  Stop Payment | |
| Jun 13 | DEPOSIT RETURN ITEM | -$2,168.57 |
| | DDA CB Debit 75030761  Stop Payment | |
| Jun 13 | AUTOMATIC TRANSFER | -$1,180.01 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 14 | PREAUTHORIZED DEBIT | -$250.74 |
| | MHA LONG TERM CA LTC 240614 | |
| Jun 14 | PREAUTHORIZED DEBIT | -$84,849.49 |
| | MCKESSON DRUG AUTO ACH 240614 ACH06041623 | |
| Jun 14 | DEPOSIT RETURN ITEM | -$932.00 |
| | DDA Redp Debit 299  NSF | |
| Jun 14 | DEPOSIT RETURN ITEM | -$1,379.51 |
| | DDA Redp Debit 4044  NSF | |
| Jun 14 | DEPOSIT RETURN ITEM | -$2,590.87 |
| | DDA Redp Debit 2254  NSF | |
| Jun 18 | MAINTENANCE FEE | -$360.37 |
| | ANALYSIS ACTIVITY  FOR 05/24 | |
| Jun 18 | AUTOMATIC TRANSFER | -$38,104.28 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 20 | DEPOSIT RETURN ITEM | -$1,379.51 |
| | DDA CB Debit 4044  NSF 2nd | |
| Jun 20 | AUTOMATIC TRANSFER | -$44,365.72 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 21 | PREAUTHORIZED DEBIT | -$460.80 |
| | REPUBLICSERVICES RSIBILLPAY 240621 | |
| Jun 21 | PREAUTHORIZED DEBIT | -$91,950.44 |
| | MCKESSON DRUG AUTO ACH 240621 ACH06047571 | |
| Jun 24 | AUTOMATIC TRANSFER | -$32,191.08 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 25 | AUTOMATIC TRANSFER | -$31,802.83 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 26 | AUTOMATIC TRANSFER | -$63,337.78 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 27 | AUTOMATIC TRANSFER | -$108,842.13 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 28 | PREAUTHORIZED DEBIT | -$65,867.13 |
| | Bill.com Payables Bingodel B ill.com 016PNBKAY3 E2HPI Multiple inv oices | |
| Jun 28 | PREAUTHORIZED DEBIT | -$78,393.46 |
| | MCKESSON DRUG AUTO ACH 240628 ACH06061371 | |
| Jun 28 | DEPOSIT RETURN ITEM | -$2,076.79 |
| | DDA Redp Debit 1223  NSF | |





| | Account Number: | XXXXXX8445 |
|---|---|---|
| | Statement Date: | 06/28/2024 |
| | Page : | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
|---|---|---|
| Jun 03 | PREAUTHORIZED CREDIT | $1.74 |
| | CA DHCS MEDI-CAL HCCLAIMPMT 050295294*16802170 53~ | |
| Jun 03 | PREAUTHORIZED CREDIT | $7.04 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC1993498 | |
| | *1341939227*000000 704*5641798\ | |
| Jun 03 | PREAUTHORIZED CREDIT | $413.46 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909467095*13635696 42~ | |
| Jun 03 | PREAUTHORIZED CREDIT | $2,107.47 |
| | MEDIMPACT DEBITS TRN*1*9200346816*1 330567651*433268 \ | |
| Jun 03 | PREAUTHORIZED CREDIT | $25,857.18 |
| | HRTLAND PMT SYS TXNS/FEES 240603 650000012921873 | |
| Jun 04 | PREAUTHORIZED CREDIT | $106.49 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550541284*12 | |
| | 60076803*99999~ | |
| Jun 04 | REDEPOSIT RETURN CHK | $376.47 |
| | DDA Redp Credit 2251  NSF | |
| Jun 04 | REDEPOSIT RETURN CHK | $1,606.07 |
| | DDA Redp Credit 1356  NSF | |
| Jun 04 | PREAUTHORIZED CREDIT | $2,094.30 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909481779*13635696 42~ | |
| Jun 04 | PREAUTHORIZED CREDIT | $8,354.45 |
| | HRTLAND PMT SYS TXNS/FEES 240604 650000012921873 | |
| Jun 04 | PREAUTHORIZED CREDIT | $10,048.25 |
| | CA HCCLAIMPMT 7001374461*1540849 793*142733835902~ | |
| Jun 04 | PREAUTHORIZED CREDIT | $24,048.25 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007561578*14 31420563\ | |
| Jun 05 | PREAUTHORIZED CREDIT | $634.49 |
| | MEDIMPACT DEBITS TRN*1*9200347736*1 330567651*433268 \ | |
| Jun 05 | PREAUTHORIZED CREDIT | $971.00 |
| | NAVITUS HCCLAIMPMT 1384097*1043608530 ~ | |
| Jun 05 | PREAUTHORIZED CREDIT | $14,588.86 |
| | CAREMARK HCCLAIMPMT 2500251564*1752882 129*5641798\ | |
| Jun 05 | PREAUTHORIZED CREDIT | $15,012.71 |
| | HRTLAND PMT SYS TXNS/FEES 240605 650000012921873 | |
| Jun 06 | PREAUTHORIZED CREDIT | $24.93 |
| | MEDIMPACT DEBITS TRN*1*9200348275*1 330567651*433268 \ | |
| Jun 06 | PREAUTHORIZED CREDIT | $1,080.36 |
| | HRTLAND PMT SYS TXNS/FEES 240606 650000012921873 | |
| Jun 07 | AUTOMATIC TRANSFER | $94,248.67 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 07 | PREAUTHORIZED CREDIT | $555.68 |
| | HRTLAND PMT SYS TXNS/FEES 240607 650000012921873 | |
| Jun 07 | PREAUTHORIZED CREDIT | $587.13 |
| | MEDIMPACT DEBITS TRN*1*9200348412*1 330567651*433268 \ | |
| Jun 07 | PREAUTHORIZED CREDIT | $1,994.77 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550542392*12 | |
| | 60076803*99999~ | |
| Jun 07 | PREAUTHORIZED CREDIT | $11,056.50 |
| | CA HCCLAIMPMT 7001375144*1540849 793*142733835902~ | |
| Jun 10 | AUTOMATIC TRANSFER | $23,590.11 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 10 | PREAUTHORIZED CREDIT | $46.08 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC1994995 | |
| | *1341939227*000004 608*5641798\ | |
| Jun 11 | PREAUTHORIZED CREDIT | $10.60 |
| | PRIME THERAPEUTI HCCLAIMPMT 444444440868649*22 | |
| | 60076803*99999~ | |

22122 0068134 0003-0006 0000000000000000000



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX8445 |
| **Statement Date:** | | 06/28/2024 |
| **Page :** | | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 11 | PREAUTHORIZED CREDIT | $23.43 |
| | MEDIMPACT DEBITS TRN*1*9200348704*1 330567651*433268 \ | |
| Jun 11 | REMOTE DEPOSIT | $216.30 |
| Jun 11 | PREAUTHORIZED CREDIT | $644.64 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550543523*12 | |
| | 60076803*99999~ | |
| Jun 11 | PREAUTHORIZED CREDIT | $3,725.03 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909496974*13635696 42~ | |
| Jun 11 | REMOTE DEPOSIT | $4,674.27 |
| Jun 11 | REMOTE DEPOSIT | $15,374.28 |
| Jun 11 | PREAUTHORIZED CREDIT | $22,068.31 |
| | HRTLAND PMT SYS TXNS/FEES 240611 650000012921873 | |
| Jun 11 | PREAUTHORIZED CREDIT | $41,043.27 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007573737*14 31420563\ | |
| Jun 11 | REMOTE DEPOSIT | $43,042.91 |
| Jun 11 | REMOTE DEPOSIT | $137,431.23 |
| Jun 12 | PREAUTHORIZED CREDIT | $228.87 |
| | NAVITUS HCCLAIMPMT 1387737*1043608530 ~ | |
| Jun 12 | PREAUTHORIZED CREDIT | $5,695.15 |
| | HRTLAND PMT SYS TXNS/FEES 240612 650000012921873 | |
| Jun 12 | PREAUTHORIZED CREDIT | $17,553.98 |
| | CAREMARK HCCLAIMPMT 2500262662*1752882 129*5641798\ | |
| Jun 13 | PREAUTHORIZED CREDIT | $2.98 |
| | MEDIMPACT DEBITS TRN*1*9200349778*1 330567651*433268 \ | |
| Jun 13 | PREAUTHORIZED CREDIT | $5,067.26 |
| | HRTLAND PMT SYS TXNS/FEES 240613 650000012921873 | |
| Jun 14 | AUTOMATIC TRANSFER | $83,705.16 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 14 | PREAUTHORIZED CREDIT | $6.60 |
| | MEDIMPACT DEBITS TRN*1*9200350276*1 330567651*433268 \ | |
| Jun 14 | PREAUTHORIZED CREDIT | $132.71 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550544707*12 | |
| | 60076803*99999~ | |
| Jun 14 | PREAUTHORIZED CREDIT | $626.86 |
| | NAVITUS HCCLAIMPMT 1385858*1043608530 ~ | |
| Jun 14 | PREAUTHORIZED CREDIT | $785.85 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04149673*143 1420563\ | |
| Jun 14 | REDEPOSIT RETURN CHK | $932.00 |
| | DDA Redp Credit 299  NSF | |
| Jun 14 | REDEPOSIT RETURN CHK | $1,379.51 |
| | DDA Redp Credit 4044  NSF | |
| Jun 14 | REDEPOSIT RETURN CHK | $2,590.87 |
| | DDA Redp Credit 2254  NSF | |
| Jun 14 | PREAUTHORIZED CREDIT | $4,745.43 |
| | CA HCCLAIMPMT 7001378205*1540849 793*142733835902~ | |
| Jun 18 | PREAUTHORIZED CREDIT | $618.25 |
| | MEDIMPACT DEBITS TRN*1*9200350939*1 330567651*433268 \ | |
| Jun 18 | PREAUTHORIZED CREDIT | $624.38 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550545836*12 | |
| | 60076803*99999~ | |
| Jun 18 | PREAUTHORIZED CREDIT | $694.09 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909518820*13635696 42~ | |
| Jun 18 | PREAUTHORIZED CREDIT | $7,821.17 |
| | HRTLAND PMT SYS TXNS/FEES 240618 650000012921873 | |
| Jun 18 | PREAUTHORIZED CREDIT | $11,692.81 |
| | CAREMARK HCCLAIMPMT 2500274005*1752882 129*5641798\ | |
| Jun 18 | PREAUTHORIZED CREDIT | $17,013.95 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007585840*14 31420563\ | |

22122 0068135 0004-0006 00000000000000000





**WINTRUST**
**BANK**®

| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 06/28/2024 |
| **Page :** | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 20 | PREAUTHORIZED CREDIT | $8.77 |
| | MEDIMPACT DEBITS TRN*1*9200351235*1 330567651*433268 \ | |
| Jun 20 | PREAUTHORIZED CREDIT | $587.98 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909533210*13635696 42~ | |
| Jun 20 | PREAUTHORIZED CREDIT | $978.50 |
| | NAVITUS HCCLAIMPMT 1389830*1043608530 ~ | |
| Jun 20 | PREAUTHORIZED CREDIT | $1,315.56 |
| | HRTLAND PMT SYS TXNS/FEES 240620 650000012921873 | |
| Jun 20 | REMOTE DEPOSIT | $31,229.02 |
| Jun 20 | PREAUTHORIZED CREDIT | $41,474.89 |
| | HRTLAND PMT SYS TXNS/FEES 240620 650000012921873 | |
| Jun 21 | AUTOMATIC TRANSFER | $60,087.62 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 21 | PREAUTHORIZED CREDIT | $1.71 |
| | PRIME THERAPEUTI HCCLAIMPMT 444444440873955*22 | |
| | 60076803*99999~ | |
| Jun 21 | PREAUTHORIZED CREDIT | $472.15 |
| | MEDIMPACT DEBITS TRN*1*9200352035*1 330567651*433268 \ | |
| Jun 21 | PREAUTHORIZED CREDIT | $620.76 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550547014*12 | |
| | 60076803*99999~ | |
| Jun 24 | PREAUTHORIZED CREDIT | $1,888.14 |
| | MEDIMPACT DEBITS TRN*1*9200352543*1 330567651*433268 \ | |
| Jun 24 | PREAUTHORIZED CREDIT | $26,780.07 |
| | HRTLAND PMT SYS TXNS/FEES 240624 650000012921873 | |
| Jun 25 | PREAUTHORIZED CREDIT | $4.86 |
| | MEDIMPACT DEBITS TRN*1*9200352869*1 330567651*433268 \ | |
| Jun 25 | PREAUTHORIZED CREDIT | $747.62 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550548168*12 | |
| | 60076803*99999~ | |
| Jun 25 | PREAUTHORIZED CREDIT | $4,678.28 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909554862*13635696 42~ | |
| Jun 25 | PREAUTHORIZED CREDIT | $26,372.07 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007597995*14 31420563\ | |
| Jun 26 | PREAUTHORIZED CREDIT | $799.48 |
| | NAVITUS HCCLAIMPMT 1393456*1043608530 ~ | |
| Jun 26 | PREAUTHORIZED CREDIT | $11,869.26 |
| | CAREMARK HCCLAIMPMT 2500285439*1752882 129*5641798\ | |
| Jun 26 | REMOTE DEPOSIT | $26,975.78 |
| Jun 26 | REMOTE DEPOSIT | $33,298.15 |
| Jun 26 | REMOTE DEPOSIT | $47,034.75 |
| Jun 26 | PREAUTHORIZED CREDIT | $50,669.36 |
| | HRTLAND PMT SYS TXNS/FEES 240626 650000012921873 | |
| Jun 27 | PREAUTHORIZED CREDIT | $5.59 |
| | MEDIMPACT DEBITS TRN*1*9200353168*1 330567651*433268 \ | |
| Jun 27 | PREAUTHORIZED CREDIT | $1,527.54 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909568916*13635696 42~ | |
| Jun 28 | AUTOMATIC TRANSFER | $113,274.21 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 28 | PREAUTHORIZED CREDIT | $66.23 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04152479*143 1420563\ | |
| Jun 28 | PREAUTHORIZED CREDIT | $928.84 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550549354*12 | |
| | 60076803*99999~ | |
| Jun 28 | REDEPOSIT RETURN CHK | $2,076.79 |
| | DDA Redp Credit 1223  NSF | |
| Jun 28 | PREAUTHORIZED CREDIT | $32,068.10 |
| | HRTLAND PMT SYS TXNS/FEES 240628 650000012921873 | |

22122 0068136 0005-0006 0000000000000000000



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| Account Number: | XXXXXX8445 |
| Statement Date: | 06/28/2024 |
| Page : | 6 of 6 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| May 31 | $299,207.32 | Jun 07 | $0.00 | Jun 14 | $4,902.38 | Jun 25 | $0.00 |
| Jun 03 | $0.00 | Jun 10 | $0.00 | Jun 18 | $4,902.38 | Jun 26 | $107,309.00 |
| Jun 04 | $1,982.54 | Jun 11 | $200,738.00 | Jun 20 | $34,751.87 | Jun 27 | $0.00 |
| Jun 05 | $1,982.54 | Jun 12 | $0.00 | Jun 21 | $3,522.87 | Jun 28 | $2,076.79 |
| Jun 06 | $0.00 | Jun 13 | $0.00 | Jun 24 | $0.00 | | |

22122 0068137 0006-0006 00000000000000000

