# BANK STATEMENTS



9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | May 31, 2024 |
| **Statement Ending:** | June 30, 2024 |
| **Page:** | 1 of 1 |



29570 TWS380WR062924061055 01 000000000 46 002
CENTRAL PHARMACY LLC
1426 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: XXXXXX1877 |
|---|---|

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/01/24** | **$500,250.00** |
| + Deposits and Credits (0) | $0.00 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 06/30/24** | **$500,250.00** |
| Analysis or Maintenance Fees for Period | $0.00 |
| Number of Days in Statement Period | 30 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
|  | |
|  | |
|  | |
|  | |
| **Subtotal** | |
|  | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Last Statement:** | May 31, 2024 |
| **Statement Ending:** | June 28, 2024 |
| **Page:** | 1 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



22762 TWS380WR062924061055 01 000000000 45 006
CENTRAL PHARMACY LLC
1424 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: | XXXXXX3163 |
|---|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/01/24** | **$0.00** |
| + Deposits and Credits (46) | $192,435.91 |
| - Withdrawals and Debits (49) | $192,321.66 |
| **Ending Balance as of 06/28/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $114.25 |
| Number of Days in Statement Period | 28 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jun 03 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240603 FC7330424 | -$764.97 |
| Jun 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012526458 | -$1,503.41 |
| Jun 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015BDQQ OEN2BLZ4 Acct<br>FNY3 69700 - Multiple i | -$3,972.41 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$290.82 |
| Jun 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,241.68 |
| Jun 05 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 240605 13-CENTPHARM | -$342.28 |
| Jun 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,668.14 |
| Jun 06 | PREAUTHORIZED DEBIT<br>CITY MEDRX LLC MONEY OWED 240606 | -$9,500.60 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,038.35 |
| Jun 07 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240607 FC7330424 | -$572.77 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015GDIWIBF2IC7D | -$4,100.24 |
| Jun 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,236.36 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX3163 |
|---|---|---|
| | Statement Date: | 06/28/2024 |
| | Page : | 2 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 10 | PREAUTHORIZED DEBIT | -$2,523.24 |
| | MASTERS DRUG COM AUTO ACH 240610 ACH06030610 | |
| Jun 10 | PREAUTHORIZED DEBIT | -$11,257.31 |
| | AMERISOURCE BERG PAYMENTS 240610 0100307196 | |
| Jun 10 | PREAUTHORIZED DEBIT | -$32,621.39 |
| | CARDINAL HEALTH, XXXXXXXXXX 240610 2052047286 2220 | |
| Jun 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240611 | |
| Jun 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240611 | |
| Jun 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240611 | |
| Jun 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240611 | |
| Jun 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240611 | |
| Jun 11 | PREAUTHORIZED DEBIT | -$78.39 |
| | JLCCopyInc PURCHASE 240611 | |
| Jun 11 | PREAUTHORIZED DEBIT | -$209.97 |
| | ParMed XXXXXXXXXX 240611 2057205342 2220 | |
| Jun 11 | AUTOMATIC TRANSFER | -$1,755.06 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 12 | PREAUTHORIZED DEBIT | -$238.32 |
| | GOTO COMMUNICATI GOTO/JIVE 240612 | |
| Jun 12 | PREAUTHORIZED DEBIT | -$717.99 |
| | REAL VALUE P4788 cash c&d 240612 13-CENTPHARM | |
| Jun 12 | AUTOMATIC TRANSFER | -$773.34 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 13 | PREAUTHORIZED DEBIT | -$700.00 |
| | WELLGISTICS WELLGISTIC 240613 | |
| Jun 13 | AUTOMATIC TRANSFER | -$7,468.46 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 14 | PREAUTHORIZED DEBIT | -$591.64 |
| | REAL VALUE P4788 cash c&d 240614 13-CENTPHARM | |
| Jun 14 | AUTOMATIC TRANSFER | -$10,155.07 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 17 | PREAUTHORIZED DEBIT | -$490.01 |
| | REAL VALUE P4788 cash c&d 240617 13-CENTPHARM | |
| Jun 17 | PREAUTHORIZED DEBIT | -$3,277.00 |
| | Akron Generics L SIGONFILE 240617 7874MN | |
| Jun 17 | AUTOMATIC TRANSFER | -$8,281.40 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 18 | MAINTENANCE FEE | -$114.25 |
| | ANALYSIS ACTIVITY  FOR 05/24 | |
| Jun 18 | AUTOMATIC TRANSFER | -$2,173.02 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 20 | PREAUTHORIZED DEBIT | -$451.54 |
| | REAL VALUE P4788 cash c&d 240620 13-CENTPHARM | |
| Jun 20 | PREAUTHORIZED DEBIT | -$463.23 |
| | CON ED OF NY CECONY 240620 35484010000 | |
| Jun 20 | AUTOMATIC TRANSFER | -$11,299.26 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 21 | PREAUTHORIZED DEBIT | -$731.70 |
| | REPUBLIC PHARMAC CORP COLL 240621 FC7330424 | |
| Jun 21 | PREAUTHORIZED DEBIT | -$7,660.00 |
| | Bill.com Payables druglift B ill.com 015CWQXBHL 2YOHO Inv 05/19/20 24 | |

22762 0069871 0002-0005 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX3163 |
| **Statement Date:** | 06/28/2024 |
| **Page :** | 3 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22762 0069872 0003-0005 00000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,645.60 |
| Jun 24 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240624 | -$169.98 |
| Jun 24 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 240624 13-CENTPHARM | -$320.25 |
| Jun 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,244.49 |
| Jun 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,545.08 |
| Jun 26 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240626 10812 | -$342.39 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,384.33 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,968.57 |
| Jun 28 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 240628 13-CENTPHARM | -$1,231.13 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,993.82 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jun 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012526458 | $1,220.48 |
| Jun 03 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240603 ST-B5K7S8Z1W0I2 | $1,829.69 |
| Jun 03 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240603 5832452 | $3,481.44 |
| Jun 04 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240604 5832452 | $568.40 |
| Jun 04 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240604 650000012526458 | $1,673.28 |
| Jun 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240605 650000012526458 | $1,441.70 |
| Jun 05 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240605 5832452 | $3,568.72 |
| Jun 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240606 650000012526458 | $808.31 |
| Jun 06 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240606 5832452 | $5,177.78 |
| Jun 06 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074110370*11 41797357~ | $9,552.86 |
| Jun 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240607 650000012526458 | $1,261.34 |
| Jun 07 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240607 5832452 | $10,648.03 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $32,818.16 |
| Jun 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240610 650000012526458 | $1,090.96 |
| Jun 10 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240610 ST-T0Z0Z1C2P9Z0 | $1,990.01 |
| Jun 10 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240610 5832452 | $10,502.81 |





| | Account Number: | XXXXXX3163 |
|---|---|---|
| | Statement Date: | 06/28/2024 |
| | Page : | 4 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22762 0069873 0004-0005 00000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 11 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240611 5832452 | $526.30 |
| Jun 11 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240611 650000012526458 | $1,843.77 |
| Jun 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240612 650000012526458 | $1,729.65 |
| Jun 13 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240613 5832452 | $1,554.91 |
| Jun 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240613 650000012526458 | $1,921.07 |
| Jun 13 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074129027*11 41797357~ | $4,692.48 |
| Jun 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240614 650000012526458 | $774.74 |
| Jun 14 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240614 5832452 | $9,971.97 |
| Jun 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240617 650000012526458 | $1,467.11 |
| Jun 17 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240617 ST-J1N6S1E8H4D4 | $2,077.81 |
| Jun 17 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240617 5832452 | $8,503.49 |
| Jun 18 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240618 5832452 | $1,016.33 |
| Jun 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240618 650000012526458 | $1,270.94 |
| Jun 20 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240620 5832452 | $500.27 |
| Jun 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240620 650000012526458 | $696.00 |
| Jun 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240620 650000012526458 | $1,544.95 |
| Jun 20 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074147562*11 41797357~ | $9,472.81 |
| Jun 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240621 650000012526458 | $1,085.31 |
| Jun 21 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240621 5832452 | $12,951.99 |
| Jun 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240624 650000012526458 | $1,273.53 |
| Jun 24 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240624 ST-K3F2M2T0N8I6 | $2,081.62 |
| Jun 24 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240624 5832452 | $13,379.57 |
| Jun 25 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240625 5832452 | $694.30 |
| Jun 25 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240625 650000012526458 | $1,850.78 |
| Jun 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240626 650000012526458 | $1,726.72 |
| Jun 27 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240627 5832452 | $1,020.95 |
| Jun 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240627 650000012526458 | $1,186.53 |
| Jun 27 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074167219*11 41797357~ | $7,761.09 |
| Jun 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240628 650000012526458 | $1,368.62 |





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Jun 28 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240628 5832452 | $8,856.33 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| May 31 | $0.00 | Jun 07 | $0.00 | Jun 14 | $0.00 | Jun 24 | $0.00 |
| Jun 03 | $0.00 | Jun 10 | $0.00 | Jun 17 | $0.00 | Jun 25 | $0.00 |
| Jun 04 | $0.00 | Jun 11 | $0.00 | Jun 18 | $0.00 | Jun 26 | $0.00 |
| Jun 05 | $0.00 | Jun 12 | $0.00 | Jun 20 | $0.00 | Jun 27 | $0.00 |
| Jun 06 | $0.00 | Jun 13 | $0.00 | Jun 21 | $0.00 | Jun 28 | $0.00 |

22762 0069874 0005-0005 00000000000000000

