

| | |
|---|---|
| **Last Statement:** | May 31, 2024 |
| **Statement Ending:** | June 28, 2024 |
| **Page:** | 1 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

18033 TWS380WR062924061055 01 000000000 45 006

PRO PHARMACY LLC
1421 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service


**Customer Support:**
312-291-2900


**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm


**Access Your Account Online:**
www.wintrustbank.com

---

| COMMERCIAL CHECKING | Account Number: | XXXXXX7307 |
|---|---|---|

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/01/24** | **$0.00** |
| + Deposits and Credits (49) | $227,263.11 |
| - Withdrawals and Debits (52) | $227,080.27 |
| **Ending Balance as of 06/28/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $182.84 |
| Number of Days in Statement Period | 28 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Jun 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables TopRx, LLC B ill.com 016TTWCTZ3 CYLPS Acct PRO103 - Inv 9306431 | -$208.93 |
| Jun 03 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 240603 13-PROPHRMCY | -$302.22 |
| Jun 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012526326 | -$1,762.23 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,697.65 |
| Jun 04 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240604 10985 | -$158.65 |
| Jun 05 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240605 10985 | -$151.22 |
| Jun 05 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240605 | -$621.65 |
| Jun 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,921.35 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,554.02 |
| Jun 07 | PREAUTHORIZED DEBIT<br>LIPA DIRECTPAY 240607 0163401029 | -$339.89 |
| Jun 07 | PREAUTHORIZED DEBIT<br>CITY MEDRX LLC MONEY OWED 240607 | -$6,093.88 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016OPNGLK3D70DH | -$12,475.28 |



## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

### Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | | |
|---|---|---|---|
| | Account Number: | | XXXXXX7307 |
| | Statement Date: | | 06/28/2024 |
| | Page : | | 2 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 10 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 240610 13-PROPHRMCY | -$369.25 |
| Jun 10 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240610 | -$729.88 |
| Jun 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 240610 ACH06027913 | -$1,292.50 |
| Jun 10 | PREAUTHORIZED DEBIT<br>AMERISOURCE BERG PAYMENTS 240610 0100306905 | -$9,240.82 |
| Jun 10 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240610 2052047211 2220 | -$24,073.18 |
| Jun 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240611 | -$65.33 |
| Jun 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240611 | -$65.33 |
| Jun 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240611 | -$65.33 |
| Jun 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240611 | -$65.33 |
| Jun 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240611 | -$65.33 |
| Jun 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240611 | -$65.33 |
| Jun 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240611 | -$65.33 |
| Jun 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240611 | -$65.33 |
| Jun 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240611 | -$78.39 |
| Jun 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240611 2057205344 2220 | -$1,221.80 |
| Jun 12 | PREAUTHORIZED DEBIT<br>GOTO COMMUNICATI GOTO/JIVE 240612 | -$233.62 |
| Jun 12 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 240612 13-PROPHRMCY | -$317.59 |
| Jun 12 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240612 | -$798.84 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$299.67 |
| Jun 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,373.23 |
| Jun 14 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 240614 13-PROPHRMCY | -$312.17 |
| Jun 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$21,472.83 |
| Jun 17 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 240617 | -$167.94 |
| Jun 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$26,071.62 |
| Jun 18 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS Adjustment 240618 650000012526326 | -$1,207.32 |
| Jun 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 05/24 | -$182.84 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$352.85 |
| Jun 20 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240620 10985 | -$157.92 |
| Jun 20 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240620 | -$739.83 |

18033 0057640 0002-0005 00000000000000000





| | Account Number: | XXXXXX7307 |
|---|---|---|
| | Statement Date: | 06/28/2024 |
| | Page : | 3 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

18033 0057641 0003-0005 00000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,887.54 |
| Jun 21 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240621 | -$519.91 |
| Jun 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables DrugLift B ill.com 016HDLYDX3 DQ89A Inv 05/19/20<br>24 | -$15,628.00 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,940.48 |
| Jun 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$20,090.46 |
| Jun 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,647.00 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$111.00 |
| Jun 27 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240627 10985 | -$1,008.56 |
| Jun 27 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240627 | -$1,128.72 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,886.09 |
| Jun 28 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240628 | -$2,335.09 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$17,576.56 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jun 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012526326 | $1,119.91 |
| Jun 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012526326 | $1,185.94 |
| Jun 03 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240603 5832705 | $4,858.01 |
| Jun 03 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240603 ST-X7D2B3I2M6V7 | $11,807.17 |
| Jun 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $149.82 |
| Jun 04 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240604 5832705 | $8.83 |
| Jun 05 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240605 5832705 | $285.85 |
| Jun 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240605 650000012526326 | $3,408.37 |
| Jun 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240606 650000012526326 | $1,787.18 |
| Jun 06 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240606 5832705 | $1,975.36 |
| Jun 06 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074110371*11 41797357~ | $2,791.48 |
| Jun 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $3,534.06 |
| Jun 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240607 650000012526326 | $1,878.63 |





| | |
|---|---|
| **Account Number:** | XXXXXX7307 |
| **Statement Date:** | 06/28/2024 |
| **Page :** | 4 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

18033 0057642 0004-0005 0000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 07 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240607 5832705 | $13,496.36 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $5,838.54 |
| Jun 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240610 650000012526326 | $1,642.03 |
| Jun 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240610 650000012526326 | $2,371.09 |
| Jun 10 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240610 5832705 | $8,908.19 |
| Jun 10 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240610 ST-M8I9W2A9I5F2 | $16,945.78 |
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,595.45 |
| Jun 11 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240611 5832705 | $227.38 |
| Jun 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240612 650000012526326 | $1,649.72 |
| Jun 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240613 650000012526326 | $1,538.66 |
| Jun 13 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240613 5832705 | $3,562.95 |
| Jun 13 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074129028*11 41797357~ | $5,271.62 |
| Jun 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240614 650000012526326 | $1,723.93 |
| Jun 14 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240614 5832705 | $20,061.07 |
| Jun 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240617 650000012526326 | $1,316.37 |
| Jun 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240617 650000012526326 | $2,414.64 |
| Jun 17 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240617 5832705 | $7,581.27 |
| Jun 17 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240617 ST-K8T8I4A2D2D4 | $14,927.28 |
| Jun 18 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240618 5832705 | $1,743.01 |
| Jun 20 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240620 5832705 | $613.65 |
| Jun 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240620 650000012526326 | $1,839.33 |
| Jun 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240620 650000012526326 | $2,072.64 |
| Jun 20 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074147563*11 41797357~ | $4,259.67 |
| Jun 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240621 650000012526326 | $1,137.86 |
| Jun 21 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240621 5832705 | $21,950.53 |
| Jun 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240624 650000012526326 | $1,579.20 |
| Jun 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240624 650000012526326 | $1,748.18 |
| Jun 24 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240624 5832705 | $3,630.72 |
| Jun 24 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240624 ST-M1O4W4U9L8N8 | $13,132.36 |





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 25 | PREAUTHORIZED CREDIT | $1,647.00 |
| | LEADER DRUGSTORE CARDINALCP 240625 5832705 | |
| Jun 26 | PREAUTHORIZED CREDIT | $111.00 |
| | HRTLAND PMT SYS TXNS/FEES 240626 650000012526326 | |
| Jun 27 | PREAUTHORIZED CREDIT | $14.63 |
| | LEADER DRUGSTORE CARDINALCP 240627 5832705 | |
| Jun 27 | PREAUTHORIZED CREDIT | $1,835.23 |
| | HRTLAND PMT SYS TXNS/FEES 240627 650000012526326 | |
| Jun 27 | PREAUTHORIZED CREDIT | $4,173.51 |
| | NYS DOH HCCLAIMPMT 021300074167221*11 41797357– | |
| Jun 28 | PREAUTHORIZED CREDIT | $1,741.28 |
| | HRTLAND PMT SYS TXNS/FEES 240628 650000012526326 | |
| Jun 28 | PREAUTHORIZED CREDIT | $18,170.37 |
| | LEADER DRUGSTORE CARDINALCP 240628 5832705 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| May 31 | $0.00 | Jun 07 | $0.00 | Jun 14 | $0.00 | Jun 24 | $0.00 |
| Jun 03 | $0.00 | Jun 10 | $0.00 | Jun 17 | $0.00 | Jun 25 | $0.00 |
| Jun 04 | $0.00 | Jun 11 | $0.00 | Jun 18 | $0.00 | Jun 26 | $0.00 |
| Jun 05 | $0.00 | Jun 12 | $0.00 | Jun 20 | $0.00 | Jun 27 | $0.00 |
| Jun 06 | $0.00 | Jun 13 | $0.00 | Jun 21 | $0.00 | Jun 28 | $0.00 |



18033 0057643 0005-0005 00000000000000000