# WebsterBank

P.O. Box 191
Waterbury, CT 06720-0191

## June 2024

Reporting Activity 06/01 - 06/30                                        Page 1 of 6

JACOBS PILL INC
DBA THE HEALTHY CHOICE APOTHECARY
C/O OPTIO RX
225 S 6TH ST STE 3900
MINNEAPOLIS MN 55402-4622

**Contact Us**

 Client Services        800.482.2220

 Mailing Address        P.O. Box 191
                                            Waterbury, CT 06720-0191

 Online Access          websterbank.com

## SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | ENDING BALANCE |
|---|---|---|
| **BASIC BUSINESS CHECKING** | **XXXXXX8186** | **$243,053.38** |

## BASIC BUSINESS CHECKING - XXXXXX8186

**Account Summary**

| Date | Description | |
|---|---|---|
| 06/01/2024 | **Beginning Balance** | **$141,391.00** |
| | 10 Debit(s) this period | $137,678.74 |
| | 26 Credit(s) this period | $239,341.12 |
| 06/30/2024 | **Ending Balance** | **$243,053.38** |

**Interest Summary**

| Description | |
|---|---|
| Interest Earned From 06/01/2024 Through 06/30/2024 | |
| Annual Percentage Yield Earned | 0.0000% |
| Interest Days | 30 |
| Interest Earned | $0.00 |
| Interest Paid This Period | $0.00 |
| Interest Paid Year-to-Date | $0.00 |
| Interest Withheld Year-to-Date | $0.00 |
| Average Ledger Balance | $130,883.54 |
| Average Available Balance | $130,883.54 |

**Transaction Activity**

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/01/2024 | Beginning Balance | | | $141,391.00 |
| 06/03/2024 | HRTLAND PMT SYS TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $10,995.75 | $152,386.75 |
| 06/03/2024 | WEPAY PAYMENTS NTE*ZZZ*Payouts\ | | $23.07 | $152,409.82 |
| 06/03/2024 | HRTLAND PMT SYS TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | -$8,384.73 | | $144,025.09 |
| 06/03/2024 | CHECK #3026 | -$125,000.00 | | $19,025.09 |
| 06/04/2024 | HRTLAND PMT SYS TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $11,485.15 | $30,510.24 |


MEMBER FDIC
EQUAL HOUSING LENDER

THIS PAGE LEFT INTENTIONALLY BLANK


## BASIC BUSINESS CHECKING - XXXXXX8186 (continued)

### Transaction Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/05/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXX2222 | | $10,977.21 | $41,487.45 |
| 06/05/2024 | VANTIV_INTG_PYMT BILLNG Merch Bankcard 286809 The Heal | -$289.37 | | $41,198.08 |
| 06/05/2024 | CHECK #2041 | -$1,490.16 | | $39,707.92 |
| 06/06/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXX2222 | | $15,424.66 | $55,132.58 |
| 06/06/2024 | WePay PAYMENTS NTE*ZZZ*Payouts\ | | $124.76 | $55,257.34 |
| 06/06/2024 | WePay PAYMENTS NTE*ZZZ*Payouts\ | | $13.39 | $55,270.73 |
| 06/07/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXX2222 | | $6,035.53 | $61,306.26 |
| 06/07/2024 | FULLSCRIPT     FS24060623 THE HEALTHY CHOICE APO ST-F4I0V9G4R7C0 | | $118.55 | $61,424.81 |
| 06/10/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXX2222 | | $12,040.40 | $73,465.21 |
| 06/10/2024 | HRTLAND PMT SYS  Chargeback THE HEALTHY CHOICE APO XXXXXXXXXX2222 | -$92.95 | | $73,372.26 |
| 06/11/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXX2222 | | $10,583.68 | $83,955.94 |
| 06/12/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXX2222 | | $9,857.28 | $93,813.22 |
| 06/13/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXX2222 | | $8,739.52 | $102,552.74 |
| 06/13/2024 | CHECK #2043 | -$650.00 | | $101,902.74 |
| 06/14/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXX2222 | | $11,724.33 | $113,627.07 |
| 06/14/2024 | WePay PAYMENTS NTE*ZZZ*Acct Recovery\ | -$4.70 | | $113,622.37 |
| 06/14/2024 | CHECK #2042 | -$100.00 | | $113,522.37 |
| 06/17/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXX2222 | | $9,132.50 | $122,654.87 |
| 06/18/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXX2222 | | $12,467.45 | $135,122.32 |
| 06/18/2024 | FULLSCRIPT     FS24061723 THE HEALTHY CHOICE APO ST-R8I1V9H3S6Z7 | | $92.79 | $135,215.11 |
| 06/18/2024 | VERIZON         PAYMENTREC XXXXXXXX0001 | -$203.75 | | $135,011.36 |
| 06/20/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXX2222 | | $10,761.99 | $145,773.35 |
| 06/20/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXX2222 | | $10,040.84 | $155,814.19 |
| 06/21/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXX2222 | | $14,818.96 | $170,633.15 |
| 06/24/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXX2222 | | $14,706.79 | $185,339.94 |

## BASIC BUSINESS CHECKING - XXXXXX8186 (continued)

### Transaction Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/25/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $16,831.92 | $202,171.86 |
| 06/25/2024 | FULLSCRIPT     FS24062423 THE HEALTHY CHOICE APO ST-A5B6B6I2Q5R8 | | $46.77 | $202,218.63 |
| 06/25/2024 | CON ED OF NY    CECONY THE HEALTHY CHOICE APO XXXXXXX0000 | -$1,463.08 | | $200,755.55 |
| 06/26/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $15,036.32 | $215,791.87 |
| 06/27/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $14,094.09 | $229,885.96 |
| 06/28/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $13,167.42 | $243,053.38 |
| 06/30/2024 | Ending Balance | | | $243,053.38 |

### Debits

| Date | Description | Amount |
|---|---|---|
| 06/03/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | -$8,384.73 |
| 06/05/2024 | VANTIV_INTG_PYMT BILLNG Merch Bankcard 286809 The Heal | -$289.37 |
| 06/10/2024 | HRTLAND PMT SYS  Chargeback THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | -$92.95 |
| 06/14/2024 | WePay PAYMENTS NTE*ZZZ*Acct Recovery\ | -$4.70 |
| 06/18/2024 | VERIZON        PAYMENTREC XXXXXXXXX0001 | -$203.75 |
| 06/25/2024 | CON ED OF NY    CECONY THE HEALTHY CHOICE APO XXXXXXX0000 | -$1,463.08 |

### Credits

| Date | Description | Amount |
|---|---|---|
| 06/03/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $10,995.75 |
| 06/03/2024 | WEPAY PAYMENTS NTE*ZZZ*Payouts\ | $23.07 |
| 06/04/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $11,485.15 |
| 06/05/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $10,977.21 |
| 06/06/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $15,424.66 |
| 06/06/2024 | WePay PAYMENTS NTE*ZZZ*Payouts\ | $124.76 |
| 06/06/2024 | WePay PAYMENTS NTE*ZZZ*Payouts\ | $13.39 |
| 06/07/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $6,035.53 |
| 06/07/2024 | FULLSCRIPT     FS24060623 THE HEALTHY CHOICE APO ST-F4I0V9G4R7C0 | $118.55 |
| 06/10/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $12,040.40 |

## BASIC BUSINESS CHECKING - XXXXXX8186 (continued)

### Credits (continued)

| Date | Description | Amount |
|---|---|---|
| 06/11/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $10,583.68 |
| 06/12/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $9,857.28 |
| 06/13/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $8,739.52 |
| 06/14/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $11,724.33 |
| 06/17/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $9,132.50 |
| 06/18/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $12,467.45 |
| 06/18/2024 | FULLSCRIPT     FS24061723 THE HEALTHY CHOICE APO ST-R8I1V9H3S6Z7 | $92.79 |
| 06/20/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $10,761.99 |
| 06/20/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $10,040.84 |
| 06/21/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $14,818.96 |
| 06/24/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $14,706.79 |
| 06/25/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $16,831.92 |
| 06/25/2024 | FULLSCRIPT     FS24062423 THE HEALTHY CHOICE APO ST-A5B6B6I2Q5R8 | $46.77 |
| 06/26/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $15,036.32 |
| 06/27/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $14,094.09 |
| 06/28/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $13,167.42 |

### Checks Cleared

| Check Number | Check Date | Check Amount | Check Number | Check Date | Check Amount |
|---|---|---|---|---|---|
| 2041 | 06/05/2024 | $1,490.16 | 2043 | 06/13/2024 | $650.00 |
| 2042 | 06/14/2024 | $100.00 | 3026* | 06/03/2024 | $125,000.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/31/2024 | $141,391.00 | 06/06/2024 | $55,270.73 | 06/12/2024 | $93,813.22 |
| 06/03/2024 | $19,025.09 | 06/07/2024 | $61,424.81 | 06/13/2024 | $101,902.74 |
| 06/04/2024 | $30,510.24 | 06/10/2024 | $73,372.26 | 06/14/2024 | $113,522.37 |
| 06/05/2024 | $39,707.92 | 06/11/2024 | $83,955.94 | 06/17/2024 | $122,654.87 |

## BASIC BUSINESS CHECKING - XXXXXX8186 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06/18/2024 | $135,011.36 | 06/24/2024 | $185,339.94 | 06/27/2024 | $229,885.96 |
| 06/20/2024 | $155,814.19 | 06/25/2024 | $200,755.55 | 06/28/2024 | $243,053.38 |
| 06/21/2024 | $170,633.15 | 06/26/2024 | $215,791.87 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Returned Item Fees | $0.00 | $0.00 |
| Total Overdraft Fees | $0.00 | $0.00 |