# BANK STATEMENTS


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2024 through June 28, 2024
Account Number: ████████3681

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**



00003913 DDA 703 212 18124 NNNNNNNNNNN 1 000000000 61 0000
CONCIERGE PHARMACY LLC
DEBTOR IN POSSESSION
23215 HAWTHORNE BLVD STE B
TORRANCE CA 90505-3772

## CHECKING SUMMARY  Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1,928.05** |
| Deposits and Additions | 1 | 5,689.00 |
| **Ending Balance** | **1** | **$7,617.05** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/10 | Deposit    1245940679 | $5,689.00 |
| **Total Deposits and Additions** | | **$5,689.00** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/10 | $7,617.05 |



June 01, 2024 through June 28, 2024
Account Number: ███████████3681

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



| | |
|---|---|
| **Last Statement:** | May 31, 2024 |
| **Statement Ending:** | June 28, 2024 |
| **Page:** | 1 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



41807 TWS380WR062924061055 01 000000000 51 006
CONCIERGE PHARMACY LLC
1438 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

41807 0132791 0001-0005 0000000000000000000

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:    XXXXXX0037

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/01/24** | **$0.00** |
| + Deposits and Credits (76) | $1,328,817.01 |
| - Withdrawals and Debits (28) | $1,328,670.10 |
| **Ending Balance as of 06/28/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $146.91 |
| Number of Days in Statement Period | 28 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jun 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012405141 | -$1,394.94 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$62,240.83 |
| Jun 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 016OBWL DA3D0OS6 Acct<br>FCA3 69450 - Multiple i | -$19,211.13 |
| Jun 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$36,545.82 |
| Jun 05 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO DIRECTPAY 240605 700214594861 | -$229.05 |
| Jun 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$86,718.12 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,010.67 |
| Jun 07 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240607 ACH06027300 | -$98,617.18 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016VLSYYG3D6R1A | -$233,825.31 |
| Jun 10 | PREAUTHORIZED DEBIT<br>AMERISOURCE BERG PAYMENTS 240610 0100011944 | -$186.71 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$24,709.77 |
| Jun 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240611 2057179851 2220 | -$1,730.16 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement |  |
| **Add** deposits made by you, but not shown on this statement. |  |
|  |  |
|  |  |
|  |  |
| **Subtotal** |  |
|  |  |
| 3. **List** total of checks outstanding |  |
| **Subtract** check total from above Subtotal |  |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$17,241.22 |
| Jun 12 | PREAUTHORIZED DEBIT<br>ANDA, INC. ACH-DEBITS 240611 | -$6,527.43 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$89,004.87 |
| Jun 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,123.75 |
| Jun 14 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240614 ACH06042177 | -$51,652.00 |
| Jun 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$90,939.52 |
| Jun 18 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS Adjustment 240618 650000012405141 | -$1,315.60 |
| Jun 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 05/24 | -$146.91 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$100,977.83 |
| Jun 20 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3806890037 INTEGRATED COMMERC<br>IALIZATION SOLUT B ANK OF AMERICA, N. A., TX SALES ORDER | -$133,252.00 |
| Jun 21 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240621 ACH06048332 | -$89,163.79 |
| Jun 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$21,107.64 |
| Jun 25 | PREAUTHORIZED DEBIT<br>OUTCOMES OPERAT Payment 240625 | -$399.00 |
| Jun 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$21,705.74 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$97,090.16 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$13,105.84 |
| Jun 28 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240628 ACH06061991 | -$24,644.02 |

## Credits



| Date | Description | Additions |
|---|---|---|
| Jun 03 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909467362*13635696 42~ | $987.05 |
| Jun 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012405141 | $1,847.03 |
| Jun 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012405141 | $1,923.23 |
| Jun 03 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5585604*1203113620 \ | $3,695.44 |
| Jun 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240603 5663605 | $3,957.51 |
| Jun 03 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240603 ST-M3X4E4H9J3P3 | $7,067.95 |
| Jun 03 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909425888*13635696 42~ | $44,157.56 |
| Jun 04 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240604 5663605 | $910.44 |



| | Account Number: | XXXXXX0037 |
|---|---|---|
| | Statement Date: | 06/28/2024 |
| | Page : | 3 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 04 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909482077*13635696 42~ | $1,429.60 |
| Jun 04 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001374282*1540849 793*195283134901~ | $26,522.06 |
| Jun 04 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007561551*14 31420563\ | $26,894.85 |
| Jun 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240605 650000012405141 | $1,184.24 |
| Jun 05 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240605 5663605 | $10,692.79 |
| Jun 05 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500251729*1752882 129*5663605\ | $75,070.14 |
| Jun 06 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240606 5663605 | $743.74 |
| Jun 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240606 650000012405141 | $3,266.93 |
| Jun 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $302,298.57 |
| Jun 07 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240607 5663605 | $54.08 |
| Jun 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240607 650000012405141 | $1,090.79 |
| Jun 07 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001374809*1540849 793*195283134901~ | $28,999.05 |
| Jun 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240610 650000012405141 | $1,330.71 |
| Jun 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240610 650000012405141 | $2,045.33 |
| Jun 10 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240610 ST-H4F7H8G6F6B8 | $10,005.08 |
| Jun 10 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240610 5663605 | $11,515.36 |
| Jun 11 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909497286*13635696 42~ | $707.33 |
| Jun 11 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007573710*14 31420563\ | $18,264.05 |
| Jun 12 | PREAUTHORIZED CREDIT<br>CENTOR INC. REBATES 240612 | $561.06 |
| Jun 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240612 650000012405141 | $1,056.00 |
| Jun 12 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240612 5663605 | $20,639.93 |
| Jun 12 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500262831*1752882 129*5663605\ | $73,275.31 |
| Jun 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240613 650000012405141 | $1,123.75 |
| Jun 14 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $16,382.20 |
| Jun 14 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240614 5663605 | $99.87 |
| Jun 14 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 240614 5663605 | $160.00 |
| Jun 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240614 650000012405141 | $880.95 |
| Jun 14 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5597595*1203113620 \ | $3,182.36 |
| Jun 14 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 57 Apr 16-30 2024 | $10,372.55 |

41807 0132794 0003-0005 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX0037 |
| **Statement Date:** | 06/28/2024 |
| **Page :** | 4 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 14 | PREAUTHORIZED CREDIT | $20,574.07 |
| | CA HCCLAIMPMT 7001377883*1540849 793*195283134901~ | |
| Jun 17 | PREAUTHORIZED CREDIT | $2,631.20 |
| | HRTLAND PMT SYS TXNS/FEES 240617 650000012405141 | |
| Jun 17 | PREAUTHORIZED CREDIT | $2,654.16 |
| | HRTLAND PMT SYS TXNS/FEES 240617 650000012405141 | |
| Jun 17 | PREAUTHORIZED CREDIT | $7,033.98 |
| | Prescription TRANSFER 240617 ST-U0F3G9E4D6G8 | |
| Jun 17 | PREAUTHORIZED CREDIT | $15,740.82 |
| | ACCESS HEALTH ACCESS HEA 240617 5663605 | |
| Jun 17 | PREAUTHORIZED CREDIT | $62,879.36 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909505963*13635696 42~ | |
| Jun 18 | PREAUTHORIZED CREDIT | $108.63 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC1996969 | |
| | *1341939227*000010 863*5663605\ | |
| Jun 18 | PREAUTHORIZED CREDIT | $127.03 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909519076*13635696 42~ | |
| Jun 18 | PREAUTHORIZED CREDIT | $5,970.83 |
| | ACCESS HEALTH ACCESS HEA 240618 5663605 | |
| Jun 18 | PREAUTHORIZED CREDIT | $22,686.74 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007585815*14 31420563\ | |
| Jun 18 | PREAUTHORIZED CREDIT | $73,547.11 |
| | CAREMARK HCCLAIMPMT 2500274178*1752882 129*5663605\ | |
| Jun 20 | AUTOMATIC TRANSFER | $130,008.24 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 20 | PREAUTHORIZED CREDIT | $408.45 |
| | ACCESS HEALTH ACCESS HEA 240619 5663605 | |
| Jun 20 | PREAUTHORIZED CREDIT | $1,265.46 |
| | HRTLAND PMT SYS TXNS/FEES 240620 650000012405141 | |
| Jun 20 | PREAUTHORIZED CREDIT | $1,569.85 |
| | HRTLAND PMT SYS TXNS/FEES 240620 650000012405141 | |
| Jun 21 | AUTOMATIC TRANSFER | $78,924.96 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 21 | PREAUTHORIZED CREDIT | $1,293.55 |
| | HRTLAND PMT SYS TXNS/FEES 240621 650000012405141 | |
| Jun 21 | PREAUTHORIZED CREDIT | $8,945.28 |
| | ACCESS HEALTH ACCESS HEA 240621 5663605 | |
| Jun 24 | PREAUTHORIZED CREDIT | $1,119.59 |
| | HRTLAND PMT SYS TXNS/FEES 240624 650000012405141 | |
| Jun 24 | PREAUTHORIZED CREDIT | $1,125.73 |
| | HRTLAND PMT SYS TXNS/FEES 240624 650000012405141 | |
| Jun 24 | PREAUTHORIZED CREDIT | $8,825.33 |
| | Prescription TRANSFER 240624 ST-J3H2F9U0S4R2 | |
| Jun 24 | PREAUTHORIZED CREDIT | $10,036.99 |
| | ACCESS HEALTH ACCESS HEA 240624 5663605 | |
| Jun 25 | PREAUTHORIZED CREDIT | $70.00 |
| | DREXI INC ACH 240625 5663605 | |
| Jun 25 | PREAUTHORIZED CREDIT | $1,289.68 |
| | ACCESS HEALTH ACCESS HEA 240625 5663605 | |
| Jun 25 | PREAUTHORIZED CREDIT | $1,295.47 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909555140*13635696 42~ | |
| Jun 25 | PREAUTHORIZED CREDIT | $19,449.59 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007597969*14 31420563\ | |
| Jun 26 | PREAUTHORIZED CREDIT | $337.06 |
| | DREXI INC ACH 240626 5663605 | |
| Jun 26 | PREAUTHORIZED CREDIT | $1,165.39 |
| | HRTLAND PMT SYS TXNS/FEES 240626 650000012405141 | |

41807 0132795 0004-0005 00000000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 26 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240626 5663605 | $5,870.05 |
| Jun 26 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500285607*1752882 129*5663605\ | $89,717.66 |
| Jun 27 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7192207*3205716594 *199999999\ | $386.90 |
| Jun 27 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909569149*13635696 42~ | $422.59 |
| Jun 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240627 650000012405141 | $1,986.34 |
| Jun 27 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240627 5663605 | $10,310.01 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $7,544.16 |
| Jun 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240628 650000012405141 | $1,645.81 |
| Jun 28 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC1998748<br>*1341939227*000263 016*5663605\ | $2,630.16 |
| Jun 28 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5609692*1203113620 \ | $4,703.49 |
| Jun 28 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240628 5663605 | $8,120.40 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| May 31 | $0.00 | Jun 07 | $0.00 | Jun 14 | $0.00 | Jun 24 | $0.00 |
| Jun 03 | $0.00 | Jun 10 | $0.00 | Jun 17 | $0.00 | Jun 25 | $0.00 |
| Jun 04 | $0.00 | Jun 11 | $0.00 | Jun 18 | $0.00 | Jun 26 | $0.00 |
| Jun 05 | $0.00 | Jun 12 | $0.00 | Jun 20 | $0.00 | Jun 27 | $0.00 |
| Jun 06 | $0.00 | Jun 13 | $0.00 | Jun 21 | $0.00 | Jun 28 | $0.00 |

41807 0132796 0005-0005 000000000000000000

