# **BANK STATEMENTS**



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2024 through June 28, 2024
Account Number: ████████ **7201**

**CUSTOMER SERVICE INFORMATION**

**If you have any questions about your
statement, please contact your
Customer Service Professional.**



00005417 DDA 703 212 18124 NNNNNNNNNNN 1 000000000 61 0000

EASYCARE PHARMACY LLC
DEBTOR IN POSSESSION
7320 WOODLAKE AVE STE 100
WEST HILLS CA 91307-1493

## CHECKING SUMMARY
Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$3,476.91** |
| Electronic Withdrawals | 1 | - 53.50 |
| **Ending Balance** | **1** | **$3,423.41** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | Orig CO Name:Hrtland Pmt Sys      Orig ID:Wfbehps001 Desc Date:      CO | $53.50 |
|  | Entry Descr:Txns/Fees Sec:CCD    Trace#:091000011298241 Eed:240603   Ind |  |
|  | ID:650000009615504      Ind Name:Easy Care Pharmacy Trn: 1551298241Tc |  |
| **Total Electronic Withdrawals** |  | **$53.50** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 06/03 | $3,423.41 |



June 01, 2024 through June 28, 2024

Account Number: ███████████ **7201**

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | May 31, 2024 |
| **Statement Ending:** | June 28, 2024 |
| **Page:** | 1 of 6 |

42051 TWS380WR062924061055 01 000000000 51 007

EASYCARE PHARMACY LLC
1439 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: | XXXXXX7617 |
|---|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/01/24** | **$0.00** |
| + Deposits and Credits (81) | $1,129,955.14 |
| - Withdrawals and Debits (37) | $1,129,842.18 |
| **Ending Balance as of 06/28/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $112.96 |
| Number of Days in Statement Period | 28 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jun 03 | PREAUTHORIZED DEBIT<br>ADT SECURITY SER ADTPAPACH 240603 | -$110.50 |
| Jun 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012411487 | -$1,483.22 |
| Jun 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Journey Medical Co rporation Bill.com<br>015JYNCCAO2BMDN A cct 7735899 - Inv | -$4,021.18 |
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$31,273.31 |
| Jun 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015XJDMMXQ2D8VX | -$26,941.48 |
| Jun 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$29,403.49 |
| Jun 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>015HEQGRYF2F8UA I nv FE12524 | -$437.50 |
| Jun 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$55,275.19 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,217.50 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Mayne Pharma B ill.com 015IZTKZTT 2I7JW Acct<br>1011596 B - Inv 241023517 | -$5,083.94 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Mayne Pharma B ill.com 016HRZJIG3 D6SKN Acct<br>1011596 B - Multiple invoi | -$58,179.31 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or  receipt is wrong or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.**  If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s).  We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | Account Number: | XXXXXX7617 |
| | | Statement Date: | 06/28/2024 |
| | | Page : | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|-------------:|
| Jun 07 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240607 ACH06027342 | -$141,609.94 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015NGXFCEH2IOBZ | -$182,875.56 |
| Jun 10 | PREAUTHORIZED DEBIT<br>AMERISOURCE BERG PAYMENTS 240610 0100011943 | -$13,874.81 |
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$12,192.55 |
| Jun 12 | PREAUTHORIZED DEBIT<br>ANDA, INC. ACH-DEBITS 240611 | -$9,001.71 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$67,999.56 |
| Jun 13 | PREAUTHORIZED DEBIT<br>OUTCOMES OPERAT Payment 240613 | -$349.00 |
| Jun 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,350.37 |
| Jun 14 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240614 ACH06042219 | -$53,677.26 |
| Jun 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,582.64 |
| Jun 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>016SXTLVD3DKY83 I nv FE12525 | -$916.24 |
| Jun 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$54,306.16 |
| Jun 18 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS Adjustment 240618 650000012411487 | -$1,049.52 |
| Jun 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 05/24 | -$112.96 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$76,124.06 |
| Jun 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,882.09 |
| Jun 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>016VKDVGY3DQNWB I nv FE12526 | -$678.74 |
| Jun 21 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240621 ACH06048374 | -$70,431.81 |
| Jun 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$30,793.42 |
| Jun 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Virtus Pharmaceuti cals LLC Bill.com<br>015JOFKNSF32XGL Ac ct 100533 - Inv 21 | -$9,310.00 |
| Jun 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,762.00 |
| Jun 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>015ZAGPRLO35U3U I nv FE12527 | -$581.25 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$60,975.38 |
| Jun 27 | PREAUTHORIZED DEBIT<br>MATCHRX COLLECTION 240626 86104719 | -$42.86 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,926.49 |
| Jun 28 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240628 | -$119.98 |

42051 0133395 0002-0006 0000000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

| | Account Number: | XXXXXX7617 |
|---|---|---|
| | Statement Date: | 06/28/2024 |
| | Page : | 3 of 6 |

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 28 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240628 ACH06062039 | -$103,002.16 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jun 03 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909467328*13635696 42~ | $32.79 |
| Jun 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012411487 | $747.75 |
| Jun 03 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5585632*1203113620 \ | $1,010.74 |
| Jun 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240603 650000012411487 | $3,084.27 |
| Jun 03 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909425874*13635696 42~ | $5,917.52 |
| Jun 03 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240603 ST-R5D2D0A3A2M8 | $5,968.50 |
| Jun 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240603 5661649 | $20,126.64 |
| Jun 04 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909482041*13635696 42~ | $1,504.85 |
| Jun 04 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007561545*14 31420563\ | $7,077.68 |
| Jun 04 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001372727*1540849 793*118416673802~ | $47,762.44 |
| Jun 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240605 650000012411487 | $846.15 |
| Jun 05 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240605 5661649 | $3,614.95 |
| Jun 05 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500251711*1752882 129*5661649\ | $51,251.59 |
| Jun 06 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240606 5661649 | $920.94 |
| Jun 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240606 650000012411487 | $2,296.56 |
| Jun 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $324,904.33 |
| Jun 07 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240607 5661649 | $408.50 |
| Jun 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240607 650000012411487 | $1,765.75 |
| Jun 07 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001376292*1540849 793*118416673802~ | $60,670.17 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,308.61 |
| Jun 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240610 650000012411487 | $1,246.71 |
| Jun 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240610 650000012411487 | $1,940.23 |
| Jun 10 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240610 5661649 | $3,158.74 |
| Jun 10 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240610 ST-P4T8J1A6A5P8 | $6,220.52 |
| Jun 11 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909497249*13635696 42~ | $3,614.86 |

42051 0133396 0003-0006 0000000000000000





**Account Number:** XXXXXX7617
**Statement Date:** 06/28/2024
**Page :** 4 of 6

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Jun 11 | PREAUTHORIZED CREDIT | $8,577.69 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007573704*14 31420563\ | |
| Jun 12 | PREAUTHORIZED CREDIT | $670.79 |
| | CENTOR INC. REBATES 240612 | |
| Jun 12 | PREAUTHORIZED CREDIT | $741.78 |
| | HRTLAND PMT SYS TXNS/FEES 240612 650000012411487 | |
| Jun 12 | PREAUTHORIZED CREDIT | $10,745.74 |
| | MATCHRX PAYMENT 240611 10877572 | |
| Jun 12 | PREAUTHORIZED CREDIT | $10,760.47 |
| | ACCESS HEALTH ACCESS HEA 240612 5661649 | |
| Jun 12 | PREAUTHORIZED CREDIT | $54,082.49 |
| | CAREMARK HCCLAIMPMT 2500262812*1752882 129*5661649\ | |
| Jun 13 | PREAUTHORIZED CREDIT | $1,069.45 |
| | ACCESS HEALTH ACCESS HEA 240613 5661649 | |
| Jun 13 | PREAUTHORIZED CREDIT | $2,629.92 |
| | HRTLAND PMT SYS TXNS/FEES 240613 650000012411487 | |
| Jun 14 | PREAUTHORIZED CREDIT | $536.41 |
| | RXCROSSROADS BY HCCLAIMPMT 5597624*1203113620 \ | |
| Jun 14 | PREAUTHORIZED CREDIT | $843.80 |
| | HRTLAND PMT SYS TXNS/FEES 240614 650000012411487 | |
| Jun 14 | PREAUTHORIZED CREDIT | $1,297.04 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04149698*143 1420563\ | |
| Jun 14 | PREAUTHORIZED CREDIT | $4,205.16 |
| | ACCESS HEALTH ACCESS HEA 240614 5661649 | |
| Jun 14 | PREAUTHORIZED CREDIT | $7,631.25 |
| | Monarch Specialt ePay brightscrip Period 57 Apr 16-30 2024 | |
| Jun 14 | PREAUTHORIZED CREDIT | $47,746.24 |
| | CA HCCLAIMPMT 7001379523*1540849 793*118416673802~ | |
| Jun 17 | PREAUTHORIZED CREDIT | $2,099.04 |
| | HRTLAND PMT SYS TXNS/FEES 240617 650000012411487 | |
| Jun 17 | PREAUTHORIZED CREDIT | $2,850.72 |
| | HRTLAND PMT SYS TXNS/FEES 240617 650000012411487 | |
| Jun 17 | PREAUTHORIZED CREDIT | $3,667.98 |
| | Prescription TRANSFER 240617 ST-N7O8I9Y4K3B3 | |
| Jun 17 | PREAUTHORIZED CREDIT | $10,323.50 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909505948*13635696 42~ | |
| Jun 17 | PREAUTHORIZED CREDIT | $36,281.16 |
| | ACCESS HEALTH ACCESS HEA 240617 5661649 | |
| Jun 18 | PREAUTHORIZED CREDIT | $0.58 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909519046*13635696 42~ | |
| Jun 18 | PREAUTHORIZED CREDIT | $176.54 |
| | MATCHRX PAYMENT 240617 40885331 | |
| Jun 18 | PREAUTHORIZED CREDIT | $7,560.97 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007585809*14 31420563\ | |
| Jun 18 | PREAUTHORIZED CREDIT | $17,611.17 |
| | ACCESS HEALTH ACCESS HEA 240618 5661649 | |
| Jun 18 | PREAUTHORIZED CREDIT | $51,937.28 |
| | CAREMARK HCCLAIMPMT 2500274160*1752882 129*5661649\ | |
| Jun 20 | PREAUTHORIZED CREDIT | $17.03 |
| | DREXI INC ACH 240620 5661649 | |
| Jun 20 | PREAUTHORIZED CREDIT | $17.03 |
| | DREXI INC ACH 240620 5661649 | |
| Jun 20 | PREAUTHORIZED CREDIT | $32.81 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909533429*13635696 42~ | |
| Jun 20 | PREAUTHORIZED CREDIT | $164.38 |
| | ACCESS HEALTH ACCESS HEA 240619 5661649 | |
| Jun 20 | PREAUTHORIZED CREDIT | $545.22 |
| | MATCHRX PAYMENT 240618 12698269 | |

42051 0133397 0004-0006 0000000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7617 |
| **Statement Date:** | | 06/28/2024 |
| **Page :** | | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240620 650000012411487 | $716.27 |
| Jun 20 | PREAUTHORIZED CREDIT<br>MATCHRX PAYMENT 240618 87754504 | $742.26 |
| Jun 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240620 650000012411487 | $1,647.09 |
| Jun 21 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $63,435.91 |
| Jun 21 | PREAUTHORIZED CREDIT<br>MATCHRX PAYMENT 240620 34334922 | $890.69 |
| Jun 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240621 650000012411487 | $2,100.36 |
| Jun 21 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240621 5661649 | $4,683.59 |
| Jun 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240624 650000012411487 | $645.47 |
| Jun 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240624 650000012411487 | $1,233.43 |
| Jun 24 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240624 ST-Z8D3Q8L1S1K9 | $5,547.65 |
| Jun 24 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240624 5661649 | $23,366.87 |
| Jun 25 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909555105*13635696 42~ | $20.50 |
| Jun 25 | PREAUTHORIZED CREDIT<br>MATCHRX PAYMENT 240624 71301234 | $122.22 |
| Jun 25 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240625 5661649 | $3,814.16 |
| Jun 25 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007597963*14 31420563\ | $10,115.12 |
| Jun 26 | PREAUTHORIZED CREDIT<br>RX LOGIC LLC CORP PAY 240626 5661649 | $1,030.47 |
| Jun 26 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240626 5661649 | $1,621.00 |
| Jun 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240626 650000012411487 | $1,751.68 |
| Jun 26 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500285590*1752882 129*5661649\ | $57,153.48 |
| Jun 27 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909569119*13635696 42~ | $131.63 |
| Jun 27 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7192933*3205716594 *199999999\ | $644.90 |
| Jun 27 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240627 5661649 | $1,028.18 |
| Jun 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240627 650000012411487 | $2,164.64 |
| Jun 28 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $95,769.16 |
| Jun 28 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5609720*1203113620 \ | $1,555.28 |
| Jun 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240628 650000012411487 | $1,759.32 |
| Jun 28 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240628 5661649 | $4,038.38 |

42051 0133398 0005-0006 00000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| May 31 | $0.00 | Jun 07 | $0.00 | Jun 14 | $0.00 | Jun 24 | $0.00 |
| Jun 03 | $0.00 | Jun 10 | $0.00 | Jun 17 | $0.00 | Jun 25 | $0.00 |
| Jun 04 | $0.00 | Jun 11 | $0.00 | Jun 18 | $0.00 | Jun 26 | $0.00 |
| Jun 05 | $0.00 | Jun 12 | $0.00 | Jun 20 | $0.00 | Jun 27 | $0.00 |
| Jun 06 | $0.00 | Jun 13 | $0.00 | Jun 21 | $0.00 | Jun 28 | $0.00 |

42051 0133399 0006-0006 0000000000000000

