# **BANK STATEMENTS**


**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2024 through June 28, 2024
Account Number: ███████████2236



### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00003919 DDA 703 212  18124 NNNNNNNNNNN  1 000000000 60 0000

PRIMECARE PHARMACY, LLC
DEBTOR IN POSSESSION
32144 AGOURA RD STE 101
WESTLAKE VILLAGE CA 91361-4037

# CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$9,137.85** |
| Deposits and Additions | 2 | 1,404.15 |
| Electronic Withdrawals | 1 | - 53.50 |
| **Ending Balance** | **3** | **$10,488.50** |

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/24 | Orig CO Name:Hrtland Pmt Sys       Orig ID:Wfbehps001 Desc Date:        CO Entry Descr:Txns/Fees Sec:CCD    Trace#:091000014195682 Eed:240624   Ind ID:650000012411073       Ind Name:Primecare Pharmacy Trn: 1764195682Tc | $946.42 |
| 06/24 | Orig CO Name:Hrtland Pmt Sys       Orig ID:Wfbehps001 Desc Date:        CO Entry Descr:Txns/Fees Sec:CCD    Trace#:091000014195680 Eed:240624   Ind ID:650000012411073       Ind Name:Primecare Pharmacy Trn: 1764195680Tc | 457.73 |
| **Total Deposits and Additions** | | **$1,404.15** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | Orig CO Name:Hrtland Pmt Sys       Orig ID:Wfbehps001 Desc Date:        CO Entry Descr:Txns/Fees Sec:CCD    Trace#:091000011210684 Eed:240603   Ind ID:650000009732499       Ind Name:Primecare Pharmacy Trn: 1551210684Tc | $53.50 |
| **Total Electronic Withdrawals** | | **$53.50** |

Your service charges, fees and earnings credit have been calculated through account analysis.



June 01, 2024 through June 28, 2024
Account Number: ██████████2236

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 06/03 | $9,084.35 |
| 06/24 | 10,488.50 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



9801 W. Higgins, Box 32, Rosemont, IL 60018




### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com



37814 TWS380WR062924061055 01 000000000 50 005
PRIMECARE PHARMACY LLC
1437 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

*37814 0120022 0001-0004 00000000000000000*

---

| COMMERCIAL CHECKING | Account Number: | XXXXXX1761 |
|---|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/01/24** | **$0.00** |
| + Deposits and Credits (50) | $1,916,951.13 |
| - Withdrawals and Debits (26) | $1,916,845.56 |
| **Ending Balance as of 06/28/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $105.57 |
| Number of Days in Statement Period | 28 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jun 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables ICS Direct B ill.com 016YCHNGW3 CYLLK Acct 5101718<br>54 - Inv DMI105768 | -$176,781.73 |
| Jun 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$50,712.52 |
| Jun 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$68,897.27 |
| Jun 06 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240606 | -$149.97 |
| Jun 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,882.44 |
| Jun 07 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240607 ACH06027344 | -$102,906.43 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ZELAMWS2IV1V | -$155,370.52 |
| Jun 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables ICS Direct B ill.com 016BBGSXI3 D70BS Acct 5101718<br>54 - Inv DMI105806 | -$176,781.73 |
| Jun 10 | PREAUTHORIZED DEBIT<br>AMERISOURCE BERG PAYMENTS 240610 0100011942 | -$165.36 |
| Jun 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 240610 ACH06028865 | -$318.66 |
| Jun 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$23,122.04 |
| Jun 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240611 2057179792 2220 | -$1,022.09 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| **2. Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| **3. List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX1761 |
| **Statement Date:** | 06/28/2024 |
| **Page :** | 2 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

37814 0120024 0002-0004 00000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jun 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,456.78 |
| Jun 12 | PREAUTHORIZED DEBIT<br>ANDA, INC. ACH-DEBITS 240611 | -$5,754.89 |
| Jun 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$76,515.43 |
| Jun 14 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240614 ACH06042221 | -$63,624.16 |
| Jun 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,518.18 |
| Jun 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$90,332.13 |
| Jun 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 05/24 | -$105.57 |
| Jun 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$117,193.02 |
| Jun 20 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805821761 INTEGRATED COMMERC<br>IALIZATION SOLUT B ANK OF AMERICA, N. A., TX SALES ORDER | -$488,592.00 |
| Jun 21 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240621 ACH06048376 | -$65,288.16 |
| Jun 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$21,829.42 |
| Jun 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$32,931.54 |
| Jun 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$90,530.72 |
| Jun 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,038.01 |
| Jun 28 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240628 ACH06062041 | -$64,130.36 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jun 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $126,257.29 |
| Jun 03 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5585640*1203113620 \ | $2,590.54 |
| Jun 03 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240603 ST-L4F4U2J6G9I3 | $5,091.43 |
| Jun 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240603 5660801 | $17,313.96 |
| Jun 03 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909425860*13635696 42~ | $25,528.51 |
| Jun 04 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909482020*13635696 42~ | $1,261.00 |
| Jun 04 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240604 5660801 | $4,472.63 |
| Jun 04 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007561570*14 31420563\ | $21,123.49 |
| Jun 04 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001371987*1540849 793*140730146801~ | $23,855.40 |
| Jun 05 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240605 5660801 | $5,593.03 |





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX1761 |
| **Statement Date:** | | 06/28/2024 |
| **Page :** | | 3 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

37814 0120025 0003-0004 00000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 05 | PREAUTHORIZED CREDIT | $63,304.24 |
| | CAREMARK HCCLAIMPMT 2500251700*1752882 129*5660801\ | |
| Jun 06 | PREAUTHORIZED CREDIT | $2,032.41 |
| | ACCESS HEALTH ACCESS HEA 240606 5660801 | |
| Jun 07 | AUTOMATIC TRANSFER | $380,761.07 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 07 | PREAUTHORIZED CREDIT | $810.64 |
| | ACCESS HEALTH ACCESS HEA 240607 5660801 | |
| Jun 07 | PREAUTHORIZED CREDIT | $53,486.97 |
| | CA HCCLAIMPMT 7001375190*1540849 793*140730146801~ | |
| Jun 10 | PREAUTHORIZED CREDIT | $6,440.88 |
| | Prescription TRANSFER 240610 ST-D5V1J9F9J5O9 | |
| Jun 10 | PREAUTHORIZED CREDIT | $17,165.18 |
| | ACCESS HEALTH ACCESS HEA 240610 5660801 | |
| Jun 11 | PREAUTHORIZED CREDIT | $14.94 |
| | ACCESS HEALTH ACCESS HEA 240611 5660801 | |
| Jun 11 | PREAUTHORIZED CREDIT | $19,463.93 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007573729*14 31420563\ | |
| Jun 12 | PREAUTHORIZED CREDIT | $716.30 |
| | CENTOR INC. REBATES 240612 | |
| Jun 12 | PREAUTHORIZED CREDIT | $11,621.12 |
| | ACCESS HEALTH ACCESS HEA 240612 5660801 | |
| Jun 12 | PREAUTHORIZED CREDIT | $69,932.90 |
| | CAREMARK HCCLAIMPMT 2500262801*1752882 129*5660801\ | |
| Jun 14 | PREAUTHORIZED CREDIT | $347.38 |
| | RXCROSSROADS BY HCCLAIMPMT 5597635*1203113620 \ | |
| Jun 14 | PREAUTHORIZED CREDIT | $2,600.61 |
| | ACCESS HEALTH ACCESS HEA 240614 5660801 | |
| Jun 14 | PREAUTHORIZED CREDIT | $25,377.96 |
| | Monarch Specialt ePay brightscrip Period 57 Apr 16-30 2024 | |
| Jun 14 | PREAUTHORIZED CREDIT | $42,816.39 |
| | CA HCCLAIMPMT 7001378277*1540849 793*140730146801~ | |
| Jun 17 | PREAUTHORIZED CREDIT | $5,978.74 |
| | Prescription TRANSFER 240617 ST-N8M7M4Y5Z7R9 | |
| Jun 17 | PREAUTHORIZED CREDIT | $30,916.11 |
| | ACCESS HEALTH ACCESS HEA 240617 5660801 | |
| Jun 17 | PREAUTHORIZED CREDIT | $53,437.28 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909505936*13635696 42~ | |
| Jun 18 | PREAUTHORIZED CREDIT | $2.14 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909519031*13635696 42~ | |
| Jun 18 | PREAUTHORIZED CREDIT | $8,010.37 |
| | ACCESS HEALTH ACCESS HEA 240618 5660801 | |
| Jun 18 | PREAUTHORIZED CREDIT | $26,956.72 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007585833*14 31420563\ | |
| Jun 18 | PREAUTHORIZED CREDIT | $82,329.36 |
| | CAREMARK HCCLAIMPMT 2500274148*1752882 129*5660801\ | |
| Jun 20 | AUTOMATIC TRANSFER | $483,717.50 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 20 | PREAUTHORIZED CREDIT | $4,874.50 |
| | ACCESS HEALTH ACCESS HEA 240619 5660801 | |
| Jun 21 | AUTOMATIC TRANSFER | $59,206.45 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 21 | PREAUTHORIZED CREDIT | $6,081.71 |
| | ACCESS HEALTH ACCESS HEA 240621 5660801 | |
| Jun 24 | REMOTE DEPOSIT | $1,636.00 |
| Jun 24 | PREAUTHORIZED CREDIT | $7,499.21 |
| | Prescription TRANSFER 240624 ST-Y3J3K8R7P8A7 | |





| | |
|---|---|
| **Account Number:** | XXXXXX1761 |
| **Statement Date:** | 06/28/2024 |
| **Page :** | 4 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jun 24 | PREAUTHORIZED CREDIT | $14,330.21 |
| | ACCESS HEALTH ACCESS HEA 240624 5660801 | |
| Jun 25 | PREAUTHORIZED CREDIT | $4,432.50 |
| | ACCESS HEALTH ACCESS HEA 240625 5660801 | |
| Jun 25 | PREAUTHORIZED CREDIT | $26,863.04 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007597987*14 31420563\ | |
| Jun 26 | PREAUTHORIZED CREDIT | $90,530.72 |
| | CAREMARK HCCLAIMPMT 2500285580*1752882 129*5660801\ | |
| Jun 27 | PREAUTHORIZED CREDIT | $283.68 |
| | MEDE AMERICA CDA HCCLAIMPMT 7192916*3205716594 *199999999\ | |
| Jun 27 | REMOTE DEPOSIT | $872.59 |
| Jun 27 | PREAUTHORIZED CREDIT | $15,754.74 |
| | ACCESS HEALTH ACCESS HEA 240627 5660801 | |
| Jun 28 | AUTOMATIC TRANSFER | $59,674.43 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jun 28 | PREAUTHORIZED CREDIT | $538.67 |
| | ACCESS HEALTH ACCESS HEA 240628 5660801 | |
| Jun 28 | PREAUTHORIZED CREDIT | $1,067.58 |
| | TRICARE-ONLY DOD REMIT TRN*1*03144540*143 1420563\ | |
| Jun 28 | PREAUTHORIZED CREDIT | $1,976.68 |
| | RXCROSSROADS BY HCCLAIMPMT 5609731*1203113620 \ | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| May 31 | $0.00 | Jun 07 | $0.00 | Jun 17 | $0.00 | Jun 25 | $0.00 |
| Jun 03 | $0.00 | Jun 10 | $0.00 | Jun 18 | $0.00 | Jun 26 | $0.00 |
| Jun 04 | $0.00 | Jun 11 | $0.00 | Jun 20 | $0.00 | Jun 27 | $873.00 |
| Jun 05 | $0.00 | Jun 12 | $0.00 | Jun 21 | $0.00 | Jun 28 | $0.00 |
| Jun 06 | $0.00 | Jun 14 | $0.00 | Jun 24 | $1,636.00 | | |

37814 0120026 0004-0004 00000000000000000000

