**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*[1] | Case No. 24-11188 (TMH) |
| Debtors. | (Joint Administered) |

**AFFIDAVIT OF SERVICE**

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On July 17, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Deadline for the Filing of Proofs of Claim, Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code)** (Docket No. 105)

- **[Customized] Official Form 410 Proof of Claim and Instruction of Proof of Claim** (attached hereto as **Exhibit B**)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compouding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216).  The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

- **Instructions for Proof of Claim** (attached hereto as **Exhibit C**)

Dated: July 23, 2024

_____
Jerod McMillen

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 23rd day of July, 2024, by Jerod McMillen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 119 Kent LLC and 19 Kent II LLC | | 1274 49 Street Unit No. 443 | | Brooklyn | NY | 11219 | |
| Able Motor Cars Corp. | | 1230 Mamaroneck Ave | Ste 200 | White Plains | NY | 10605 | |
| Adobe | | 345 Park Ave | | San Jose | CA | 95110-2704 | |
| ADT | | 111 Windsor Dr | | Oak brook | IL | 60523 | |
| Atlassian | | 350 Bush St | Fl 13 | San Francisco | CA | 94104 | |
| Aves Management LLC | | 150 North Riverside Plaza | Suite 5200 | Chicago | IL | 60606 | |
| AWS | | 410 Terry Ave North | | Seattle | WA | 98109-5210 | |
| B. Braun Medical, Inc. | | 824 12th Ave | | Bethlehem | PA | 18018 | |
| Barclay Damon LLP | Attn: Brad M. Gallagher | 80 State St | | Albany | NY | 12207 | |
| Baybridge Pharmacy Corp / 121 Central Pharmacy Corp / Delco Pharmacy Corp | | 1981 Marcus Ave | Ste C129 | New Hyde Park | NY | 11042 | |
| Bedrock Partners | Attn: Rashmi Sharma | 404 RMZ Ecoworld Rd | Adarsh Palm Retreat | Bellandur | Bengaluru Karnataka | 560103 | India |
| Ben David | | Address Redacted | | | | | |
| Brand Village Property, LLC | Attn: Trustees of the Robert and Stefanie Stevenson Family Trust | 1111 North Brand Blvd, Ste 250 | | Glendale | CA | 91202 | |
| BrowserStack | | 444 De Haro St | #212 | San Francisco | CA | 94107 | |
| Cardinal Health - OptioFreight | | PO Box 90272 | | Chicago | IL | 60696-0272 | |
| Cardinal Health 110, LLC, as Agent | | 7000 Cardinal Place | | Dublin | OH | 43017 | |
| Cardinal Health 200, LLC | Attn: Brad J Wilson | 3651 Birchwood Drive | | Waukegan | IL | 60085 | |
| Caremark IPA, LLC | | P.O. Box 94467 | | Palatie | IL | 60094-446 | |
| Clark Partington | Attn: Megan F. Fry | 125 E Intendencia St | | Pensacola | FL | 32502 | |
| CloudFlare | | 101 Townsend St | | San Francisco | CA | 94107 | |
| CMPD Licensing | | 12820 Highway 105 W | | Conroe | TX | 77304 | |
| Constangy, Brooks, Smith & Prophete, LLP | Attn: Mary Dohner Smith | 750 Old Hickory Blvd | Ste 260-2 | Brentwood | TN | 37027 | |
| CVS Caremark | | P.O. Box 94467 | | Palatie | IL | 60094-446 | |
| Definitive Homecare Solutions | | 4150 Indianola Ave. | | Columbus | OH | 43214 | |
| Delco Development Company of Hicksville, LP. | | One Barstow Rd, Ste P-3 | | Great Neck | NY | 11021 | |
| Digital Pharmacist | | 3800 N Lamar Blvd | Ste 320 | Austin | TX | 78756 | |
| FedEx | | PO Box 21415 | | Pasadena | CA | 91185-1415 | |
| Ferring Pharmaceuticals, Inc. | Attn: Michael Adetto | 100 Interpace Parkway | | Parsippany | NJ | 7054 | |
| Fertility Pharmacy Alliance LLC | | 4322 Harding Pike | Ste 417 - 426 | Nashville | TN | 37205 | |
| Figma | | 760 Market St | Fl 10 | San Francisco | CA | 94102 | |
| Galen US Incorporated | Attn: Alan Armstrong | 25 Fretz Road | | Chicago | IL | 60614 | |
| Green Palm Tree LLC | Attn: Dr. Leo Polosajian | 7640 Tampa Avenue, Suite 101 | | Reseda | CA | 91335 | |
| Healthy Hemp Solutions, LLC | Attn: Bri Lesh | 256 N Lincoln Ave Ste 9 | | Lebanon | PA | 17046 | |
| Heroku | | 415 Mission St | Ste 300 | San Francisco | CA | 94105 | |
| IQVIA, Inc. | Attn: Kevin Donohue | 77 Corporate Drive | | Bridgewater | NJ | 8807 | |
| Jeffer Mangels Butler & Mitchell LLP | Attn: Matthew S. Kenefick | Two Embarcadero Center, 5th Fl | | San Francisco | CA | 94111 | |
| JotForm | | 4 Embarcadero Ctr | Ste 780 | San Francisco | CA | 94111 | |
| Julietta Arutryunova | | 7761 Via Catalina | | Burbank | CA | 91504 | |
| Lilymac, LLC | | 26711 Northwestern Hwy, Ste 125 | | Southfield | MI | 48033 | |
| Marshall Shredding Co. | | P.O. Box 91139 | | San Antonio | TX | 78209 | |



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Medical Waste Disposal, LLC | | 3017 N Rockwell Blvd | | Casa Grande | AZ | 85122 | |
| Medline Industries, Inc. | Attn: Alex Liberman, General Counsel | Three Lakes Drive | | Northfield | IL | 60093 | |
| Merck Sharp & Dohme Corp. | Attn: James E Curotto | 351 North Sumneytown Pike | UG2A-70 | North Wales | PA | 19454 | |
| Meridith Simmons | | Address Redacted | | | | | |
| Michael Nabielec | | Address Redacted | | | | | |
| Monday.com | | 433 W Van Buren St | | Chicago | IL | 60607 | |
| Mongo DB Atlas | | 1633 Broadway | 38th Fl | New York | NY | 10019 | |
| NAVEX Global, Inc. | | 5500 Meadows Rd | Ste 500 | Lake Oswego | OR | 97035 | |
| Netlify | | 44 Montgomery St | Ste 300 | San Francisco | CA | 94104 | |
| Nimble | | 21550 Oxnard St | Ste 980 | Woodland Hills | CA | 91367 | |
| NinjaOne | | 3687 Tampa Rd | Ste #200 | Oldsmar | FL | 34677 | |
| Old Republic Surety Group | | 18500 W Corporate Dr | Ste 170 | Brookfield | WI | 53045 | |
| OneTrust | | 1200 Abernathy Rd | Ste 700 | Atlanta | GA | 30328 | |
| Ontra | Attn: Michael Kaplan | 2041 East Street | PMB 39 | Concord | CA | 94520 | |
| Organon LLC | Attn: Customer Contract Management | 1180 Church Rd | Ste #1 | Lansdale | PA | 19446 | |
| Orthopedic & Spine Surgical Hospital of South Texas,LP | Attn: CEO | 18600 North Hardy Oak Blvd. | | San Antonio | TX | 78258 | |
| Paper Tiger | | 1101 N Estes St | | Gurnee | IL | 60031-2213 | |
| Perimeter 81 | | 157 W 18th St | 7th Fl | New York | NY | 10011 | |
| PioneerRx, LLC | | 408 Kay Lane | | Shreveport | LA | 71115 | |
| Pitney Bowes, Inc. | | 3001 Summer St | | Stamford | CT | 6926 | |
| Practice Fusion, Inc. | | 420 Taylor Street | | San Francisco | CA | 94102 | |
| Prescribe Wellness | | 9701 Jeronimo Rd | #300 | Irvine | CA | 92618 | |
| Prudential Overall Supply | | 12050 Crownpoint Dr | Ste 100 | San Antonio | TX | 78233 | |
| Quarles & Brady LLP | Attn: Simone Colgan Dunlap | Two North Central Ave | Ste 600 | Phoenix | AZ | 85004 | |
| Rudolfo Dellorusso | | 73 Warrrington Round | | Danbury | CT | 6810 | |
| Ryan Butler | | Address Redacted | | | | | |
| Siteground | | 700 N Fairfax St | Ste 614 | Alexandria | VA | 22314 | |
| Soni Brothers Outsourcing Solutions Private Limited | | 413 Kala Purnam Floor 4 C.G. Road Near Municipal Market | Navrangpura | Ahmedabad | Gujarat | 380009 | |
| Spectrum Business | | 11321 Bandera Rd | Ste 105 | San Antonio | TX | 78250 | |
| Sterling Commercial LLC | Attn: Matthew C. Friedman | 1808 Johns Drive | | Glenview | IL | 60025 | |
| Team Viewer | | 5741 Rio Vista Drive | | Largo | FL | 33760 | |
| The Joint Commission | | One Renaissance Blvd | | Oakbrook Terrace | IL | 60181 | |
| The Shredders | | 1404 W Holt Ave | | Pomona | CA | 91768 | |
| Turner & Associates, P.A. | | 4705 Somers Ave | Ste 100 | North Little Rock | AR | 72116 | |
| Ubiquity | | 685 Third Ave | 27thh Fl | New York | NY | 10017 | |
| WellSky CareTend | | 11300 Switzer Rd | | Overland Park | KS | 66210 | |
| WellSky Corporation | Attn: Josh Lowery | 11300 Switzer Rd | | Overland Park | KS | 66210 | |
| ZenDesk | | 989 Market St | | San Francisco | CA | 94103 | |
| Zoho | | 4141 Hacienda Dr | | Pleasanton | CA | 94588 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 2 of 2

# **<u>Exhibit B</u>**

| Name of Debtor & Case Number: | | |
|---|---|---|
| ☐ Optio Rx, LLC  (Case no.  24-11188) | ☐ H&H Pharmacy LLC (Case no. 24-11197) | ☐ Central Pharmacy, LLC (Case no.  24-11206) |
| ☐ Braun Pharma, LLC  (Case no. 24-11189) | ☐ SMC Pharmacy LLC  (Case no. 24-11198) | ☐ Pro Pharmacy, LLC  (Case no.  24-11207) |
| ☐ HCP Pharmacy  LLC  (Case no. 24-11190) | ☐ SMC Lyons Holdings LLC  (Case no. 24-11199) | ☐ Healthy Choice Compounding LLC (Case no. 24-11208) |
| ☐ Pet Apothecary, LLC  (Case no. 24-11191) | ☐ SBH Medical LLC  (Case no. 24-11200) | ☐ Healthy Choice Compounding LLC (Case no. 24-11209) |
| ☐ The Pet Apothecary, LLC  (Case no. 24-11192) | ☐ SBH Medical, Ltd. (Case no. 24-11201) | ☐ Oakdell Compounding Pharmacy, LLC (Case no. 24-11210) |
| ☐ Crestview Holdings, LLC  (Case no. 24-11193) | ☐ Rose Pharmacy RM LLC (Case no. 24-11202) | ☐ Concierge Pharmacy LLC (Case no.  24-11211) |
| ☐ Crestview Pharmacy, LLC  (Case no. 24-11194) | ☐ Rose Pharmacy SA LLC (Case no. 24-11203) | ☐ Firstcare Pharmacy LLC (Case no.  24-11212) |
| ☐ Dr. Ike's PharmaCare LLC  (Case no. 24-11195) | ☐ Rose Pharmacy SF LLC (Case no. 24-11204) | ☐ Easycare Pharmacy LLC (Case no.  24-11213) |
| ☐ Enovex Pharmacy LLC (Case no. 24-11196) | ☐ Baybridge Pharmacy, LLC (Case no.  24-11205) | ☐ PrimeCare Pharmacy, LLC (Case no.  24-11214) |

**United States Bankruptcy Court for the District of Delaware**

# Proof of Claim  Official Form 410

04/22

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. With the exception of administrative expenses arising under 11 U.S.C. §503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1:  Identify the Claim

**1. Who is the current creditor?**
_____
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  _____

**2. Has this claim been acquired from someone else?**
☐ No
☐ Yes.   From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

_____
Name
_____
Number       Street
_____
City                State        ZIP Code

Contact phone  _____

Contact email  _____

**Where should payments to the creditor be sent?** (if different)

_____
Name
_____
Number       Street
_____
City                State        ZIP Code

Contact phone  _____

Contact email  _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☐ No
☐ Yes.   Claim number on court claims registry (if known) _____      Filed on  _____
                                                                               MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☐ No
☐ Yes.   Who made the earlier filing? _____

Official Form 410                                          **Proof of Claim**                                          page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

| 6. | Do you have any number you use to identify the debtor? | ❏ No <br> ❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|---|
| 7. | How much is the claim? | $_____. Does this amount include interest or other charges? <br> ❏ No <br> ❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaded, lease, services performed, personal injury or wrongful death, or credit card. <br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br> Limit disclosing information that is entitled to privacy, such as health care information. <br> _____ |
| 9. | Is all or part of the claim secured? | ❏ No <br> ❏ Yes.    The claim is secured by a lien on property. <br> **Nature of property:** <br> ❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.* <br> ❏ Motor vehicle <br> ❏ Other. Describe: _____ <br><br> **Basis for perfection:** _____ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property**:                         $_____ <br> **Amount of the claim that is secured:**       $_____ <br><br> **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:**    $_____ <br><br> **Annual Interest Rate** (when case was filed) _____ % <br> ❏ Fixed <br> ❏ Variable |
| 10. | Is this claim based on a lease? | ❏ No <br> ❏ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____ |
| 11. | Is this claim subject to a right of setoff? | ❏ No <br> ❏ Yes. Identify the property: _____ |

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❑ No<br>❑ Yes. *Check one:* | **Amount entitled to priority** |
| | ❑ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ❑ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ❑ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ❑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ❑ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ❑ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |
| 13. **Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ❑ No<br>❑ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within twenty (20) days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

### Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❑  I am the creditor.
❑  I am the creditor's attorney or authorized agent.
❑  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❑  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____
                    MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name       _____
           First name            Middle name            Last name

Title      _____

Company    _____
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    _____
           Number          Street
           _____
           City                              State       ZIP Code

Contact phone  _____     Email  _____

Official Form 410                    **Proof of Claim**                    page 3

# **<u>Exhibit C</u>**

Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                                          12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or go to  https://cases.stretto.com/optiorx

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Do not file these instructions with your form.**

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

### Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.