## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Optio Rx, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Related D.I.**: 200 and 221 |

**CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF SAUL EWING LLP AS COUNSEL, EFFECTIVE AS OF JUNE 26, 2024**

The undersigned proposed counsel to the Official Committee of Unsecured Creditors of Optio RX, LLC, *et al.* (the "Committee") hereby certifies that:

1. On July 10, 2024, the *Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Saul Ewing LLP as Counsel, Effective as of June 26, 2024* [Docket No. 200] (the "Application") was filed with the Court on July 22, 2024, the *First Supplemental Declaration of Evan T. Miller in Support of the Application of the Official Committee of Unsecured Creditors for the Entry of an Order Authorizing and Approving the Employment and Retention of Saul Ewing LLP as Counsel to the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

7/25/24

*Committee Effective as of June 26, 2024* [Docket No. 221] (the "Supplemental Declaration") was filed with the Court.

2. Pursuant to the notice of the Application, objections to the Application were to be filed by July 24, 2024 at 4:00 p.m. (Eastern Time) (the "Objection Deadline").

3. The Objection Deadline has passed, and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Prior to the Objection Deadline, the U.S. Trustee provided informal comments to the Application and requested that certain changes be made to the proposed form of order attached to the Application (the "Original Proposed Order"). In resolution of these comments, Saul Ewing LLP ("Saul Ewing") (i) filed the Supplemental Declaration, and (ii) agreed to make certain revisions to the Original Proposed Order, which are reflected in the revised proposed order attached hereto as **Exhibit A** (the "Revised Order").

5. Attached hereto as **Exhibit B** is a blackline of the Revised Order that reflects the changes made to the Original Proposed Order.

6. The Committee has confirmed that the U.S. Trustee has no objection to the Revised Order.

*[remainder of page left intentionally blank]*

7. We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated: July 25, 2024
       Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Nicholas Smargiassi (DE Bar No. 7265)
1201 N. Market St, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6864
evan.miller@saul.com
nicholas.smargiassi@saul.com

-and-

Michelle G. Novick, Esq. (admitted *pro hac vice*)
**SAUL EWING LLP**
161 North Clark St., Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
michelle.novick@saul.com

-and-

Jorge Garcia (admitted *pro hac vice*)
**SAUL EWING LLP**
701 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 428-4500
jorge.garcia@saul.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Optio Rx, LLC, et.al.*