IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.¹ | (Jointly Administered) |
| | **Related Docket Nos. 204 and 242** |

**CERTIFICATION OF COUNSEL REGARDING APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF RICHARDS, LAYTON & FINGER, P.A., AS SPECIAL LITIGATION COUNSEL EFFECTIVE AS OF JUNE 19, 2024**

The undersigned counsel for the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1. On July 11, 2024, the Debtors filed the *Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A., as Special Litigation Counsel Effective as of June 19, 2024* [Docket No. 204] (the "**Application**"). Attached to the Application as Exhibit A was a proposed order (the "**Proposed Order**").

2. Pursuant to the *Notice of Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A., as Special Litigation Counsel Effective as of June 19, 2024*, the deadline to file objections regarding the relief requested in the Application was July 25, 2024 (the "**Objection Deadline**").

---

¹ The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

3. Prior to the Objection Deadline, the Debtors received informal comments from the Office of the United States Truste (the "**U.S. Trustee**").

4. On July 25, 2024, the Debtors filed the *Supplemental Declaration of Leo LaFranco in Support of Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A., as Special Litigation Counsel Effective as of June 19, 2024* [Docket No. 242].

5. The Debtors hereby submit a revised form of order (the "**Revised Order**"), attached hereto as **Exhibit A**, which reflects changes to the Proposed Order attached to the Application and incorporates comments from the U.S. Trustee and the Revised Order has been reviewed and approved by the U.S. Trustee. Attached as **Exhibit B** is a blackline of the Revised Order against the Proposed Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: July 26, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:    chipman@chipmanbrown.com
      carickhoff@chipmanbrown.com
      olivere@chipmanbrown.com
      root@chipmanbrown.com

*Proposed Counsel for Debtors and Debtors in Possession*