# EXHIBIT 1 TO PROPOSED ORDER

**Ordinary Course Professional List**

## ORDINARY COURSE PROFESSIONAL LIST

| NAME | SERVICES PROVIDED | MONTHLY FEE CAP |
|---|---|---|
| Stoel Rives LLP | Legal Services | $80,000.00 (month one); thereafter $40,000.00 |
| RSM | Tax and auditing services | $25,000.00 |