# <u>Exhibit 2 To Proposed Order</u>

**Ordinary Course Professional
Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION IN SUPPORT OF EMPLOYMENT AND COMPENSATION
OF _____ AS PROFESSIONAL
UTILIZED IN THE ORDINARY COURSE OF BUSINESS**

I, _____, pursuant to 28 U.S.C. § 1746, declare that the following is true to the best of my knowledge, information and belief:

1. I am a _____ of _____, located at _____ (the "**Firm**").

2. This declaration ("**Declaration**") is submitted in accordance with the *Order Approving Procedures for the Retention and Compensation of Ordinary Course Professionals* [Docket No. \_\_] (the "**OCP Order**"). All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the OCP Order.

3. The debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases ("**Chapter 11 Cases**") have requested that the Firm provide certain

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

- 2 -

services to the Debtors, and the Firm has consented to provide such services (the "**Services**") pursuant to that certain engagement letter(s) as same may be modified, supplemented or amended from time to time.

4. The requested Services include _____.

5. The Firm [IS/IS NOT] a legal services firm. [If the firm is a legal services firm, please state the area of law.] The Firm [HAS/HAS NOT] provided services to the Debtors prior to the Petition Date.

6. The Firm may have performed services in the past, may currently perform services, and may perform services in the future in matters unrelated to these Chapter 11 Cases for persons that are parties in interest in these Chapter 11 Cases. The Firm does not perform services for any such party in interest in connection with the Chapter 11 Cases. In addition, the Firm does not represent or hold any interest adverse to the Debtors or their estates with respect to the matters on which the Firm is to be employed.

7. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be employed by the Debtors, claimants, and parties in interest in these Chapter 11 Cases.

8. To the best of my knowledge, neither the Firm nor any professionals who are expected to provide the Services to the Debtors pursuant to certain engagement letter(s) holds or represents an interest adverse to the Debtors or their estates with respect to the matters upon which the Firm is proposed to be employed.

9. [For all firms other than Legal Services Firms that represented the Debtors pre-petition] The Firm is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

- 3 -

10. Except as set forth herein, neither I, nor any principal of, nor any professional employed by the Firm has agreed to share, or will share, any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

11. The Debtors [do/do not] owe the Firm for any fees or expenses for services performed prior to the date these Chapter 11 Cases were commenced. [The Debtors owe the Firm $_____ for prepetition services.]

12. [FOR NON-LEGAL SERVICES FIRMS ONLY] The firm has agreed to waive all unpaid amounts for services rendered prior to the Petition Date. [FOR LEGAL SERVICES FIRMS ONLY] The Firm understands that it must file a proof of claim for such fees and expenses unless the amount thereof is properly listed in the Debtors' schedules of liabilities and is not designated therein as contingent, unliquidated or disputed.

13. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of those inquiries, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: _____2024                    _____
                                          [Name]

4854-4183-2658, v. 2