**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that on July 30, 2024, I served a copy of the foregoing *Reservation of Rights in connection with the Debtors' Motion for the Entry of an Order of (I) Approving Debtor's Disclosure Statement, (II) Determining Dates, Procedures, and Forms Appliable to the Solicitation Process, (iii) Establishing Vote Tabulation Procedures, (IV) Establishing Objection Deadline and (V) Scheduling Hearing to Consider Confirmation of the Plan* via Electronic Mail upon the on the parties in the attached service list.

**SAUL EWING LLP**

*/s/ Evan T. Miller*

Evan T. Miller (DE Bar No. 5364)
1201 N. Market St, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6864

Dated: July 30, 2024

**Service List**

William Chipman, Esquire
Mark D. Olivere, Esquire
Chipman, Brown, Cicero & Cole LLP,
Hercules Plaza
1313 North Market Street, Suite 5400,
Wilmington, DE 19801
Chipman@chipmanbrown.com
Olivere@chipmanbrown.com)
*(Counsel to the Debtors)*

Jonathan W. Lipshie, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street
Lockbox 35
Wilmington, DE 19801
Jon.Lipshie@usdoj.gov

Stuart Brown, Esquire
Matthew Sarna, Esquire
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
stuart.brown@dlapiper.com
matthew.sarna@dlapiper.com
*(Counsel to the Lenders)*