**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 1, 2024, AT 10:00 A.M. (EASTERN TIME)**

> THIS HEARING WILL BE CONDUCTED IN PERSON AND UTILIZING ZOOM. ALL REMOTE PARTICIPANTS ARE REQUIRED TO REGISTER IN ADVANCE USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES). THE DEBTORS, THE LENDERS, THE U.S. TRUSTEE AND ANY WITNESSES *MUST* APPEAR IN PERSON AT THE HEARING. ALL OTHER PARTIES ARE PERMITTED TO APPEAR VIA ZOOM.
>
> PLEASE REGISTER NO LATER THAN JULY 31, 2024, AT 9:00 A.M. (EASTERN TIME). AN ELECTRONIC INVITATION, WITH THE RELEVANT AUDIO OR VIDEO LINK, WILL BE EMAILED TO YOU NO LATER THAN TWO (2) HOURS PRIOR TO THE HEARING.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows:  (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

I.    RESOLVED MATTER(S):

1.    Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Chipman Brown Cicero & Cole, LLP as Counsel to the Debtors Effective as of the Retention Date, filed on June 28, 2024 [Docket No. 116].

> Objection Deadline:        July 25, 2024, at 4:00 p.m. (Eastern Time).
>
> Responses Received:        None.
>
> Related Pleadings:
>
>> A.    Certificate of No Objection, filed on July 26, 2024 [Docket No. 246].
>>
>> B.    Order Authorizing the Retention and Employment of Chipman Brown Cicero & Cole, LLP as Counsel to the Debtors Effective as of the Retention Date, entered on July 29, 2024 [Docket No. 252].

Status: The order has been entered.

2.    Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Saul Ewing LLP as Counsel, Effective as of June 26, 2024, filed on July 10, 2024 [Docket No. 200].

> Objection Deadline:        July 24, 2024, at 4:00 p.m. (Eastern Time).
>
> Responses Received:
>
>> i.    Informal comments from the U.S. Trustee.
>
> Related Pleadings:
>
>> A.    *First Supplemental* Declaration of Evan T. Miller in Support of the Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Saul Ewing LLP as Counsel, Effective as of June 26, 2024, filed on July 22, 2024 [Docket No. 221].
>>
>> B.    Certification of Counsel Regarding Revised Proposed Order Granting Application of the Official Committee of Unsecured Creditors for an Order Authorizing and Approving the Employment and Retention of Saul Ewing LLP as Counsel, Effective as of June 26, 2024, filed on July 25, 2024 [Docket No. 243].
>>
>> C.    Order Authorizing and Approving the Employment and Retention of Saul Ewing LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of June 26, 2024, entered on July 26, 2024 [Docket No. 244].

Status: The order has been entered.

4880-9407-2531, v. 3

3.    Debtors' Application for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date, filed on June 28, 2024 [Docket No. 117].

      Objection Deadline:      July 25, 2024, at 4:00 p.m. (Eastern Time).

      Responses Received:

         i.      Informal comments received from the Office of the United States Trustee (the "**U.S. Trustee**").

      Related Pleadings:

         A.      *Amended* Declaration of Sheryl Betance in Support of Debtors' Application for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date, filed on July 17, 2024 [Docket No. 211].

         B.      Certification of Counsel Regarding Debtors' Application for Appointment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date, filed on July 26, 2024 [Docket No. 248].

         C.      Order Authorizing Retention and Employment of Stretto, Inc. as Administrative Advisor Effective as of the Petition Date, entered on July 29, 2024 [Docket No. 253].

  Status: The order has been entered.

4.    Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Paladin Management Group, LLC as Financial Advisor to the Debtors Effective as of the Petition Date, filed on June 28, 2024 [Docket No. 118].

      Objection Deadline:      July 25, 2024, at 4:00 p.m. (Eastern Time).

      Responses Received:

         i.      Informal comments received from the U.S. Trustee.

      Related Pleadings:

         A.      Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Paladin Management Group, LLC as Financial Advisor to the Debtors Effective as of the Petition Date, filed on July 26, 2024 [Docket No. 249].

         B.      Order Authorizing the Employment and Retention of Paladin Management Group, LLC as Financial Advisor to the Debtors Effective as of the Petition Date, entered on July 29, 2024 [Docket No. 254].

  Status: The order has been entered.

4880-9407-2531, v. 3

5.  Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A., as Special Litigation Counsel Effective as of June 19, 2024, filed on July 11, 2024 [Docket No. 204].

Objection Deadline:    July 25, 2024, at 4:00 p.m. (Eastern Time).

Responses Received:

  i.    Informal comments received from the U.S. Trustee.

Related Pleadings:

  A.    *Supplemental* Declaration of Leo LaFranco in Support of Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A., as Special Litigation Counsel Effective as of June 19, 2024, filed on July 25, 2024 [Docket No. 242].

  B.    Certification of Counsel Regarding Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A., as Special Litigation Counsel Effective as of June 19, 2024, filed on July 26, 2024 [Docket No. 250].

  C.    Order Authorizing the Retention and Employment of Richards, Layton & Finger, P.A., as Special Litigation Counsel Effective as of June 19, 2024, entered on July 29, 2024 [Docket No. 255].

 Status: The order has been entered.

6.  Motion of Debtors for Entry of Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business, filed on July 11, 2024 [Docket No. 205].

Objection Deadline:    July 25, 2024, at 4:00 p.m. (Eastern Time).

Responses Received:

  i.    Informal comments received from the U.S. Trustee.

Related Pleadings:

  A.    Certification of Counsel Regarding Motion of Debtors for Entry of Order Authorizing the Employment and Payment of Professionals Used in the Ordinary Course of Business, filed on July 26, 2024 [Docket No. 251].

  B.    Order Approving Procedures for the Retention and Compensation of Ordinary Course Professionals, entered on July 29, 2024 [Docket No. 256].

 Status: The order has been entered.

4880-9407-2531, v. 3

II.   **MATTER(S) FILED UNTER CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL.**

7.   Motion of Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, filed on June 28, 2024 [Docket No. 119].

    Objection Deadline:    July 25, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

        A.    Certificate of No Objection, filed on July 26, 2024 [Docket No. 247].

Status: A certificate of no objection has been filed. Therefore, no hearing is necessary unless otherwise requested by the Court.

III.   **MATTER(S) GOING FORWARD.**

8.   Motion for Entry of an Order (I) Approving Debtors' Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to the Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Plan, filed on June 24, 2024 [Docket No. 76].

    Objection Deadline:    July 22, 2024, at 4:00 p.m. (Eastern Time); extended until noon on July 30, 2024 for the Official Committee of Unsecured Creditors (the "**Committee**").

    Responses Received:

        i.    Informal comments received from the Committee, Loan Admin Co LLC, and Aves Management LLC

    Related Pleadings:

        A.    Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on June 10, 2024 [Docket No. 20].

        B.    Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on June 10, 2024 [Docket No. 21].

        C.    *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on July 29, 2024 [Docket No. 257].

4880-9407-2531, v. 3

D.   *Amended* Disclosure Statement Relating to the *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al., filed on July 29, 2024 [Docket No. 258].

E.   Notice of Filing of *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on July 29, 2024 [Docket No. 259].

F.   Notice of Filing of *Amended* Disclosure Statement Relating to the *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, filed on July 29, 2024 [Docket No. 260].

G.   Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order (I) Approving Debtors' Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to the Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and (V) Scheduling Hearing to Consider Confirmation of the Plan, filed on July 30, 2024 [Docket No. 262].

Status: This matter will go forward.

Dated: July 30, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**


/s/ William E. Chipman, Jr.
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   chipman@chipmanbrown.com
         carickhoff@chipmanbrown.com
         olivere@chipmanbrown.com
         root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*

4880-9407-2531, v. 3