# **EXHIBIT 3**

## Glimp, Cherelle

| | |
|---|---|
| **From:** | Glimp, Cherelle |
| **Sent:** | Wednesday, July 3, 2024 3:42 PM |
| **To:** | Kristen Prinz |
| **Cc:** | Kristin Hendriksen; Samantha Duenas; Piesco, Joseph |
| **Subject:** | RE: Riku Patel, PharmD v. OptioRx, Best, Nayar, Kelly, Tunis, et al |

Hi Kristen,

Defendants will not agree to accept service of the complaint. As you and your client should know, OptioRx has filed for Chapter 11 Bankruptcy in the Delaware Bankruptcy Court, docket no. 1:24bk11188. For the myriad reasons outlined in our June 28, 2024 letter, any claims filed against Defendants are beyond frivolous and subject to the automatic stay provisions of the U.S. Bankruptcy Code. We urge you to reconsider your position and to drop any pending or contemplated claims against the named defendants. If not, we look forward to vigorously litigating this matter in federal bankruptcy court.

Regards,
Cherelle

## Cherelle I. Glimp
Of Counsel

T  +1 212 335 4899             **DLA Piper LLP (US)**
F  +1 212 335 4501             1251 Avenue of the Americas
M  +1 609 509 0161             27th Floor
cherelle.glimp@us.dlapiper.com   New York, NY  10020-1104

              [dlapiper.com](dlapiper.com)

---

**From:** Kristen Prinz <kprinz@prinz-lawfirm.com>
**Sent:** Friday, June 28, 2024 5:26 PM
**To:** Glimp, Cherelle <Cherelle.Glimp@us.dlapiper.com>
**Cc:** Kristin Hendriksen <khendriksen@prinz-lawfirm.com>; Samantha Duenas <sduenas@prinz-lawfirm.com>; Piesco, Joseph <Joseph.Piesco@us.dlapiper.com>
**Subject:** RE: Riku Patel, PharmD v. OptioRx, Best, Nayar, Kelly, Tunis, et al

⚠ EXTERNAL MESSAGE

Thank you, Cherelle. Please confirm you will waive service on behalf of your client.

**Kristen Prinz**
**THE PRINZ LAW FIRM, P.C.**

One East Wacker, Suite 1800, Chicago, Illinois 60601
D: 312.241.1304

P: 312.212.4450
F: 312.284.4822

kprinz@prinz-lawfirm.com
www.prinz-lawfirm.com

CONFIDENTIAL AND PRIVILEGED: This email message (including any attachments hereto) contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone this message or any information contained in the message. If you have received this message in error, please advise the sender by reply email and delete this message.

**From:** Glimp, Cherelle <Cherelle.Glimp@us.dlapiper.com>
**Sent:** Friday, June 28, 2024 3:23 PM
**To:** kprinz@prinz-lawfirm.com
**Cc:** khendriksen@prinz-lawfirm.com; sduenas@prinz-lawfirm.com; Piesco, Joseph <Joseph.Piesco@us.dlapiper.com>
**Subject:** RE: Riku Patel, PharmD v. OptioRx, Best, Nayar, Kelly, Tunis, et al

Counsel,

Please see the attached correspondence.

Regards,
Cherelle

## Cherelle I. Glimp
Of Counsel

| T   +1 212 335 4899 | **DLA Piper LLP (US)** |
| F   +1 212 335 4501 | 1251 Avenue of the Americas |
| M  +1 609 509 0161 | 27th Floor |
| cherelle.glimp@us.dlapiper.com | New York, NY  10020-1104 |



dlapiper.com

**From:** Glimp, Cherelle
**Sent:** Friday, June 21, 2024 3:28 PM
**To:** kprinz@prinz-lawfirm.com
**Cc:** khendriksen@prinz-lawfirm.com; sduenas@prinz-lawfirm.com; Piesco, Joseph <Joseph.Piesco@us.dlapiper.com>
**Subject:** Riku Patel, PharmD v. OptioRx, Best, Nayar, Kelly, Tunis, et al

Hi Kristen,

DLA Piper LLP US represents Mr. Nayar, Mr. Kelly, Mr. Tunis and Mr. Best in connection with the above-referenced matter. After we speak with our clients and review the allegations in the draft complaint, we will get back to you with their position.

Best,
Cherelle

**Cherelle I. Glimp**
Of Counsel

T  +1 212 335 4899
F  +1 212 335 4501
M  +1 609 509 0161
cherelle.glimp@us.dlapiper.com

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, NY  10020-1104



dlapiper.com

---

**From:** Kristen Prinz <kprinz@prinz-lawfirm.com>
**Sent:** Monday, June 17, 2024 5:16 PM
**To:** Barry Best <bbest@mccp.com>; Jonathan Tunis <jtunis@mccp.com>; Ashok Nayyar <anayyar@mccp.com>; Jeff Kelly <jkelly@mccp.com>
**Cc:** Kristin Hendriksen <khendriksen@prinz-lawfirm.com>; Samantha Duenas <sduenas@prinz-lawfirm.com>
**Subject:** Riku Patel, PharmD v. OptioRx, Best, Nayar, Kelly, Tunis, et al

Dear Mr. Nayar, Mr. Kelly, Mr. Tunis and Mr. Best,

Our office represents Rinku Patel, PharmD, RPh in connection with claims related to her former employment. Please see the attached complaint we plan to file against OptioRx and each of you individually on behalf of Dr. Rinku Patel. We plan to file this action by end of day on Friday, 6/21. If you are interested in exploring a resolution prior to filing, please reach out immediately.

Sincerely,
Kristen

Kristen Prinz
THE **PRINZ** LAW FIRM, P.C.
One East Wacker, Suite 1800, Chicago, Illinois 60601
D: 312.241.1304
P: 312.212.4450
F: 312.284.4822

kprinz@prinz-lawfirm.com
www.prinz-lawfirm.com

CONFIDENTIAL AND PRIVILEGED: This email message (including any attachments hereto) contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone this message or any information contained in the message. If you have received this message in error, please advise the sender by reply email and delete this message.

NOTICE: This email and any attachments are confidential, are for the exclusive use of only the recipient(s) named above and are protected by law. It may contain information that is protected from use or disclosure under the attorney-client privilege, the work product doctrine or other applicable law. This information may also be entitled to legal protection under the United States' Electronic Communications Privacy Act, 18 USC Sections 2510-2521. Sender does not waive confidentiality or privilege. If you have received this email in error, or are not the named recipient(s), you are hereby notified that any use, dissemination, distribution or copying of this email or any attachments is strictly prohibited and may subject you to penalties. Please immediately notify the sender and delete this email and any attachments from your computer. You should not retain, copy or use this email or any attachments for any purpose, or disclose all or any part of the contents to any person. E-mail communications cannot be guaranteed to be secure or error free. This e-mail will have been scanned by our anti-virus software before transmission. We cannot however, warrant that this e-mail is free of viruses. We do not accept liability for the consequences of any viruses that may inadvertently be attached to this e-mail. Anyone who communicates with us by e-mail is taken to accept the risks in doing so. This message is provided for informational

purposes and should not be construed as a solicitation or offer to buy or sell securities or any other financial instrument. Any information regarding trading performance must be considered in conjunction with the appropriate disclosure documents. Past performance is not necessarily indicative of future results. The value of investments and any income generated may go down as well as up and is not guaranteed. When addressed to our clients, any opinions or advice contained in this e-mail and any attachments are subject to the terms of business in force between MC Credit Partners LP and the client. Opinions, conclusions and other information in this e-mail and any attachments which do not relate to the official business of the firm are neither given nor endorsed by it. MC Credit Partners LP reserves the right to monitor all email communications through its networks.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.