# **<u>EXHIBIT A</u>**

**(Summary of Services Rendered)**

# EXHIBIT A

### COMPENSATION BY PROFESSIONAL FOR THE PERIOD
### JUNE 7, 2024 THROUGH AND INCLUDING JUNE 30, 2024

| Name of Professional Individual | Position, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Adam D. Cole | Partner; Member of the New York Bar since 1991 | $795.00 | 7.3 | $5,803.50 |
| David W. Carickhoff | Partner; Member of the Delaware and Pennsylvania Bars since 1998 | $720.00 | 24.3 | $17,496.00 |
| William E. Chipman, Jr. | Partner; Member of the Delaware Bar since 1999 | $850.00 | 118.8 | $100,980.00 |
| Robert A. Weber | Partner; Member of the Delaware Bar since 2000 | $775.00 | 7.0 | $5,425.00 |
| Mark L. Desgrosseilliers | Partner; Member of the Delaware Bar since 2001 | $750.00 | 0.2 | $150.00 |
| Mark D. Olivere | Partner; Member of the Delaware Bar since 2002 | $550.00 | 175.4 | $96,470.00 |
| Alan M. Root | Partner; Member of the Delaware Bar since 2010 | $525.00 | 8.9 | $4,672.50 |
| Mariska Suparman | Associate; Member of the Delaware Bar since 2023 | $350.00 | 17.5 | $6,125.00 |
| Michelle M. Dero | Paralegal | $300.00 | 72.0 | $21,600.00 |
| Renae M. Fusco | Paralegal | $300.00 | 5.2 | $1,560.00 |
| Lauren Hitchens | Administrative Assistant | $250.00 | 1.0 | $250.00 |
| | | TOTAL: | 437.6 | $260,532.00 |
| | | ATTORNEY COMPENSATION: | | $237,122.00 |
| | | TOTAL ATTORNEY HOURS: | | 359.4 |
| | | BLENDED HOURLY RATE OF ALL TIMEKEEPERS: | | $595.37 |