# **EXHIBIT C**

**(Summary of Expenses)**

# EXHIBIT C

### EXPENSE SUMMARY FOR THE PERIOD
### JUNE 7, 2024 THROUGH AND INCLUDING JUNE 30, 2024

| EXPENSE CATEGORY | SERVICE PROVIDER (IF APPLICABLE) | TOTAL EXPENSES |
|---|---|---|
| E101 Copying | In-House Copies | $0.30 |
| E102 Outside Printing | Reliable | $2,300.05 |
| E107 Delivery Services/Messengers | Reliable | $10.00 |
| E111 Meals | Urban Café (Breakfast for Eight (8) People) | $88.00 |
| E116 Trial Transcripts | Reliable | $558.00 |
| | **TOTAL:** | **$2,956.35** |

Chipman Brown Cicero Cole, LLP  
June 7, 2024 through June 30, 2024

**EXPENSE SUMMARY**

Invoice No. 16518  
Dated: July 26, 2024

| Date | Activity | Description | Cost |
|---|---|---|---|
| 06.10.2024 | E101 Copying | In-House Copies (First Day Hearing Outline (3 pages; B/W) | $0.30 |
|  |  | **E101 TOTAL:** | **$0.30** |
| 06.11.2024 | E102 Outside Printing | Reliable (Print, Bind, and Hand Delivery Services [Invoice No. WL117298]) | $1,720.14 |
| 06.19.2024 | E102 Outside Printing | Reliable (Print, Bind, and Hand Delivery Service [Invoice No. WL117469]) | $44.32 |
| 06.28.2024 | E102 Outside Printing | Reliable (Print, Bind, and Hand Delivery Service [Invoice No. WL117625]) | $535.59 |
|  |  | **E102 TOTAL:** | **$2,300.05** |
| 06.30.2024 | E107 Delivery Services/Messengers | Reliable (Hand Delivery Services [Invoice No. WL117641]) | $10.00 |
|  |  | **E107 TOTAL:** | **$10.00** |
| 06.11.2024 | E111 Meals | Meals (Urban Café; Breakfast for Eight (8) People: W. Chipman, M. Olivere, A. Root, D. Carickhoff, L. LaFranco, T. Crane, M. Dero, and L. Hitchens) | $88.00 |
|  |  | **E111 TOTAL:** | **$88.00** |
| 06.11.2024 | E116 Trial Transcripts | Reliable (Transcript Copy [Invoice No. WL117390]) | $414.00 |
| 06.18.2024 | E116 Trial Transcripts | Reliable (Transcript Copy [Invoice No. WL117492]) | $144.00 |
|  |  | **E115 TOTAL:** | **$558.00** |

**Chipman Brown Cicero Cole, LLP**  
**June 7, 2024 through June 30, 2024**

**EXPENSE SUMMARY**

**Invoice No. 16518**  
**Dated: July 26, 2024**

| Date | Activity | Description | Cost |
|---|---|---|---|
| | | **TOTAL EXPENSES FOR JUNE 7, 2024 THROUGH JUNE 30, 2024:** | **$2,956.35** |
| | | | |