IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Related Docket No. 268** |
| SKIN MEDICINALS LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>OPTIO RX, LLC, BEN DAVID, ARUN SURESH KUMAR, and LISA BASSETT IPPOLITO,<br><br>        Defendants. | Adversary No. 24-50079 (TMH)<br><br><br><br>**Related Docket No. 72** |

## ORDER SCHEDULING PRETRIAL CONFERENCE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned proceeding:

- August 20, 2024, at 11:00 a.m. (*prevailing* Eastern Time)
  (Third Floor, Court Room 7)

*[signature: Thomas M. Horan]*

**Dated: August 1st, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**