**SIGN-IN SHEET**

CASE NAME: Optio Rx
CASE NO: 24-11188

COURTROOM LOCATION: 5
DATE: 8/1/2024 at 11:30 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jonathan Lipshie | UST | UST |
| Chris Lewis | Potter Anderson Corroon | Ares Notes |
| Matthew Sarna | DLA Piper | Lenders |
| Stuart Brown | DLA Piper | Lenders |
| Evan Miller | Saul Ewing | Unsecured Creditors Committee |
| William Chipman | Chipman Brown Cicero & Cole | Debtors |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Optio Rx
24-11188

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Levi | Akkerman | Potter Anderson & Corroon | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Ryan | Bennett | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Peter | Candel | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| L. Katherine | Good | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Lauren | Huber | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Zak | Piech | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Christopher | Samis | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Sally | Fox | EMMANUEL SHEPPARD AND CONDON | CREDITOR - BRYAN HENDERSON | Video and Audio |
| Michelle | Novick | Saul Ewing | Creditors Committee | Video and Audio |
| Ben | David | Optio Rx, LLC | Debtors | Video and Audio |
| Michelle | Dero | Chipman Brown Cicero & Cole, LLP | Debtors | Audio Only |
| Jarlath | Johnston | Bentley Associates L.P. | Debtors | Video and Audio |
| Leo | LaFranco | Optio Rx, LLC | Debtors | Video and Audio |
| Daniel | Hogan | HoganMcDaniel | Lisa Bennett Ippolito | Video and Audio |
| Barry | Best | MCCP | Loan Admin Co LLC | Video and Audio |
| Aditi | Budhia | CION Investments | Loan Admin Co LLC | Video and Audio |
| Jon | Finch | MCCP | Loan Admin Co LLC | Video and Audio |
| Carolyn | Fox | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Jeff | Kelly | MCCP | Loan Admin Co LLC | Video and Audio |
| Jamie | Knox | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Brian | Mulligan | CION Investments | Loan Admin Co LLC | Video and Audio |
| Jonathan | Tunis | MCCP | Loan Admin Co LLC | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Skin Medicinals | Video and Audio |
| Austin | Park | Morris Nichols Arsht and Tunnell | Skin Medicinals | Video and Audio |
| Jed | Glickstein | Kaplan & Grady LLC | Skin Medicinals LLC | Audio Only |
| Austin | Park | Morris Nichols Arsht and Tunnell | Skin Medicinals LLC | Video and Audio |
| Aileen | Daversa | Stretto | Stretto/Debtor | Video and Audio |
| Emlyn | Cameron | | | Audio Only |
| Skye | Crump | | | Audio Only |
| Scott | Flaherty | Debtwire/press outlet | | Audio Only |
| Annie | Kelly | Kaplan & Grady LLC | | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| David | Zubkis | | | Audio Only |