**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF, AND
DEADLINE FOR OBJECTING TO, DEBTORS'** ***AMENDED*** **JOINT PLAN OF
REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on August 1, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") approved the *Amended Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 258] (as amended, supplemented, or modified from time to time, the "**Disclosure Statement**") pursuant to section 1125 of title 11 of the United States Code (the "**Bankruptcy Code**") with regard to the *Debtors' Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 257] (the "**Plan**")[2] in the above-captioned cases in soliciting acceptances or rejections of the Plan from those holders of impaired claims or interests who are (or may be) entitled to receive distributions under the Plan.

1.  In conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (i) approving the Disclosure Statement, (ii) approving the dates, procedures, and forms applicable to the plan solicitation, noticing, and implementation process, including (a) establishing a voting record date and setting a voting deadline, (b) approving the forms of ballots to be used for voting on the Plan, and (c) approving the notice procedures applicable to holders of unliquidated and disputed claims, holders of claims that are not impaired by the Plan or who are otherwise deemed to accept the Plan, and holders of claims who are deemed to reject the Plan, (iii) approving certain vote tabulation procedures, and (iv) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "**Disclosure Statement Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

- 2 -

2. A hearing to consider confirmation of the Plan will be held on **September 13, 2024, at 10:00 a.m. (*prevailing* Eastern Time)**, before the Honorable Thomas M. Horan, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801. The hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by announcement of such adjournment in open court.

3. No later than **September 3, 2024, at 4:00 p.m. (*prevailing* Eastern Time)**, all objections to confirmation of the Plan must be (a) filed with the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and (b) served on the following parties so as to be **received no later than 4:00 p.m. (*prevailing* Eastern Time) on September 3, 2024**: by (i) Debtors, *Optio Rx, LLC*, 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061 (*Attn:* Leo LaFranco, Chief Financial Officer); (ii) Counsel to the Debtors, *Chipman Brown Cicero & Cole, LLP*, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn*: William E. Chipman, Jr., Esquire and Mark D. Olivere, Esquire); (iii) Counsel to the DIP Lenders, *DLA Piper LLP (US)*, 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (*Attn:* Stuart Brown, Esquire); (iv) Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801 (*Attn:* Jonathan W. Lipshie, Esquire); and (v) Counsel to the Committee, *Saul Ewing LLP*, 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801 (*Attn:* Evan T. Miller, Esquire).

4. **THE PLAN CONTAINS CERTAIN RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS.**

5. The Plan may be further modified, if necessary, pursuant to Bankruptcy Code section 1127, prior to, during, or as a result of the confirmation hearing, without further notice to parties in interest.

6. Copies of the Plan, the Disclosure Statement, and any other publicly filed documents in the Chapter 11 Cases are available upon written request to the Solicitation Agent at the address above or by downloading the documents from the Debtors' restructuring website at https://cases.stretto.com/OptioRX (free of charge) or, upon the filing of the Chapter 11 Cases, *via* PACER at https://www.pacer.gov (for a fee).

4883-3539-6031, v. 7

| | |
|---|---|
| Dated: August 2, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>David W. Carickhoff (No. 3715)<br>Mark D. Olivere (No. 4291)<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0191<br>Email:  chipman@chipmanbrown.com<br>carickhoff@chipmanbrown.com<br>olivere@chipmanbrown.com<br>root@chipmanbrown.com<br><br>*Counsel for Debtors and*<br>*Debtors in Possession* |

- 3 -