IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Optio Rx, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Related D.I.**: 133 |

CERTIFICATION OF COUNSEL REGARDING PROPOSED
ORDER EXTENDING COMMITTEE CHALLENGE PERIOD

The undersigned counsel to the Official Committee of Unsecured Creditors of Optio RX, LLC, *et al.* (the "Committee"), Optio Rx, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors") and the debtor-in-possession Agent, Loan Admin Co LLC (the "DIP Agent") hereby certify that:

1.　　On July 1, 2024, the Court entered the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral; (II) Granting Adequate Protection to Prepetition Secured Lenders; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* [Docket No. 133] (the "DIP Order").[2]

---

[1]　The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2]　All capitalized defined terms have the same meaning as in the DIP Order.

8/12/24

2. Pursuant to the DIP Order, the Committee was required to obtain standing for any Challenge before the end of the Challenge Period, which presently ends on August 29, 2024.

3. The Committee, Debtor and DIP Agent agree to extend the Challenge Period by one (1) week, to September 5, 2024 in order to facilitate negotiations.

4. The Committee, Debtor and DIP Agent hereby request the Court enter the proposed order attached hereto as **Exhibit A** extending the Challenge Period to September 5, 2024.

*[remainder of page left intentionally blank]*

| | |
|---|---|
| Dated: August 12, 2024<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>Nicholas Smargiassi (DE Bar No. 7265)<br>1201 N. Market St, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6864<br>evan.miller@saul.com<br>nicholas.smargiassi@saul.com<br><br>-and-<br><br>Michelle G. Novick, Esq. (admitted *pro hac vice*)<br>**SAUL EWING LLP**<br>161 North Clark St., Suite 4200<br>Chicago, IL 60601<br>Telephone: (312) 876-7100<br>michelle.novick@saul.com<br><br>-and-<br><br>Jorge Garcia (admitted *pro hac vice*)<br>**SAUL EWING LLP**<br>701 Brickell Avenue, Suite 1700<br>Miami, FL 33131<br>Telephone: (305) 428-4500<br>jorge.garcia@saul.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of Optio Rx, LLC, et.al.*<br><br><br>*/s/ Stuart M. Brown*<br>Stuart M. Brown (DE No. 4050)<br>Matthew S. Sarna (DE No. 6578)<br>**DLA PIPER LLP (US)**<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: stuart.brown@us.dlapiper.com<br> matthew.sarna@us.dlapiper.com<br>*Counsel for Loan Admin Co LLC* |

/s/ William E. Chipman, Jr.
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
**CHIPMAN BROWN CICERO & COLE, LLP**
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
 carickhoff@chipmanbrown.com
 olivere@chipmanbrown.com
 root@chipmanbrown.com

*Counsel for Debtors and
Debtors in Possession*