# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Optio Rx, LLC, *et al.*,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 24-11188 (TMH)<br>(Jointly Administered)<br><br>**Related D.I.**: 133 |

**ORDER EXTENDING COMMITTEE CHALLENGE PERIOD**

Upon consideration of the Certification of Counsel Extending the Committee Challenge Period (the "Certification")[2] of the Committee, the Debtors and the DIP Agent for entry of an order extending the Challenge Period to September 5, 2024; and this Court having jurisdiction to consider the Certification and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Certification and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Certification having been provided under the particular circumstances; and it appearing that no other or further notice need be provided; and this Court having found that good and sufficient cause exists for the relief granted by this Order,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Certification.

-2-

**IT IS HEREBY ORDERED**:

1. The Committee's Challenge Period is extended through and including September 5, 2024.

2. Nothing in this Order is intended to, nor shall be deemed to, be a waiver of any rights, claims, or defenses of the Committee, the Debtors, the DIP Agent, or any other party in interest arising out of related to the Challenge Period.

3. The Court retains jurisdiction to enforce the terms of this Order.