# **<u>EXHIBIT A</u>**

**(Summary of Services Rendered)**

# EXHIBIT A

### COMPENSATION BY PROFESSIONAL FOR THE PERIOD
### JULY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024

| Name of Professional Individual | Position, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Adam D. Cole | Partner; Member of the New York Bar since 1991 | $795.00 | 12.8 | $10,176.00 |
| David W. Carickhoff | Partner; Member of the Delaware and Pennsylvania Bars since 1998 | $720.00 | 3.6 | $2,592.00 |
| William E. Chipman, Jr. | Partner; Member of the Delaware Bar since 1999 | $850.00 | 86.1 | $73,185.00 |
| Mark D. Olivere | Partner; Member of the Delaware Bar since 2002 | $550.00 | 59.7 | $32,835.00 |
| Alan M. Root | Partner; Member of the Delaware Bar since 2010 | $525.00 | 0.9 | $472.50 |
| Mariska Suparman | Associate; Member of the Delaware Bar since 2023 | $350.00 | 2.5 | $875.00 |
| Michelle M. Dero | Paralegal | $300.00 | 53.1 | $15,930.00 |
| Renae M. Fusco | Paralegal | $300.00 | 2.6 | $780.00 |
| | | TOTAL: | 221.3 | $136,845.50 |
| | | ATTORNEY COMPENSATION: | | $120,135.50 |
| | | TOTAL ATTORNEY HOURS: | | 165.6 |
| | | BLENDED HOURLY RATE OF ALL TIMEKEEPERS: | | $618.37 |