# EXHIBIT C

**(Summary of Expenses)**

# EXHIBIT C

### EXPENSE SUMMARY FOR THE PERIOD
### JULY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024

| EXPENSE CATEGORY | SERVICE PROVIDER (IF APPLICABLE) | TOTAL EXPENSES |
|---|---|---|
| E101 Copying | In-House Copies | $6.50 |
| E102 Outside Printing | Reliable | $821.08 |
| E115 Deposition Transcripts | Reliable | $37.80 |
| E116 Trial Transcripts | Reliable | $1,432.00 |
| | | |
| | TOTAL: | $2,297.38 |

EXPENSE SUMMARY

**Chipman Brown Cicero Cole, LLP**
**July 1, 2024 through July 31, 2024**

**Invoice No. 16633**
**Dated: August 12, 2024**

| Date | Activity | Description | Expense |
|---|---|---|---|
| 07.31.2024 | E101 Copying | Copying In-House (65 B&W Copies) | $6.50 |
| | | **E101 TOTAL:** | **$6.50** |
| 07.08.2024 | E102 Outside Printing | Reliable (Print, Bind and Hand Delivery Services [Invoice No. WL117663]) | $284.16 |
| 07.19.2024 | E102 Outside Printing | RL&F Service Corp. (Invoice No. 7192024C) | $70.00 |
| 07.31.2024 | E102 Outside Printing | Reliable (Print, Bind and Hand Delivery Services [Invoice No. WL118082]) | $466.92 |
| | | **E102 TOTAL:** | **$821.08** |
| 07.17.2024 | E115 Deposition Transcripts | Reliable (Transcript Copy [Invoice No. WL117863]) | $37.80 |
| | | **E115 TOTAL:** | **$37.80** |
| 07.08.2024 | E116 Trial Transcripts | Reliable (Transcript Copy [Invoice No. WL117710]) | $1,208.00 |
| 07.08.2024 | E116 Trial Transcripts | Reliable (Transcript Copy [Invoice No. WL117678]) | $224.00 |
| | | **E116 TOTAL:** | **$1,432.00** |
| | | **TOTAL EXPENSES FOR JULY 1 THROUGH JULY 31, 2024:** | **$2,297.38** |