**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors. | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

      I, Evan T. Miller, hereby certify that on August 15, 2024, I served a copy of the *Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes Of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing* via CM/ECF on all parties who have registered for electronic service in these cases, and also upon the parties on the attached service list via electronic mail.

                                  **SAUL EWING LLP**

                                  */s/ Evan T. Miller*
                                Evan T. Miller (DE Bar No. 5364)
                                1201 N. Market St, Suite 2300
                                P.O. Box 1266
                                Wilmington, DE 19899

Dated: August 15, 2024

## **SERVICE LIST**

Stuart M. Brown, Esquire
Matthew S. Sarna, Esquire
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
stuart.brown@us.dlapiper.com
matthew.sarna@us.dlapiper.com
*Counsel for Loan Admin Co LLC*

William E. Chipman, Jr., Esquire
David W. Carickhoff, Esquire
Mark D. Olivere, Esquire
Alan M. Root, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
chipman@chipmanbrown.com
carickhoff@chipmanbrown.com
olivere@chipmanbrown.com
root@chipmanbrown.com
*Counsel for Debtors and Debtors in Possession*