IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Optio Rx, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Related D.I.**: 269 |

**CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE DEBTORS, OPTIO RX, LLC, ET AL., FOR THE ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISOR *NUNC PRO TUNC* TO JUNE 27, 2024**

The undersigned counsel to the Official Committee of Unsecured Creditors of Optio RX, LLC, *et al.* (the "Committee") hereby certifies that:

1. On July 31, 2024, the *Application of the Official Committee of Unsecured Creditors of the Debtors, Optio Rx, LLC, et al., for the Entry of an Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor Nunc Pro Tunc to June 27, 2024* [Docket No. 269] (the "Application") was filed with the Court.

2. Pursuant to the notice of the Application, objections to the Application were to be filed by August 14, 2024 at 4:00 p.m. (Eastern Time) (the "Objection Deadline").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

3. The Objection Deadline has passed, and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Prior to the Objection Deadline, the U.S. Trustee and the Debtors provided informal comments to the Application and requested that certain changes be made to the proposed form of order attached to the Application (the "Original Proposed Order"). In response to these comments, Alvarez & Marsal North America, LLC ("A&M") agreed to make certain revisions to the Original Proposed Order, which are reflected in the revised proposed order attached hereto as **Exhibit A** (the "Revised Order").

5. Attached hereto as **Exhibit B** is a blackline of the Revised Order that reflects the changes made to the Original Proposed Order.

6. The Committee has confirmed that the U.S. Trustee and the Debtors have no objection to the Revised Order.

*[remainder of page left intentionally blank]*

7.   We would respectfully request that the Court sign the Revised Order and direct that it be docketed.

Dated:  August 15, 2024
          Wilmington, Delaware

                       **SAUL EWING LLP**

                       */s/ Evan T. Miller*
                       Evan T. Miller (DE Bar No. 5364)
                       Nicholas Smargiassi (DE Bar No. 7265)
                       1201 N. Market St, Suite 2300
                       P.O. Box 1266
                       Wilmington, DE 19899
                       Telephone: (302) 421-6864
                       evan.miller@saul.com
                       nicholas.smargiassi@saul.com

                       -and-

                       Michelle G. Novick, Esq. (admitted *pro hac vice*)
                       **SAUL EWING LLP**
                       161 North Clark St., Suite 4200
                       Chicago, IL 60601
                       Telephone: (312) 876-7100
                       michelle.novick@saul.com

                       -and-

                       Jorge Garcia (admitted *pro hac vice*)
                       **SAUL EWING LLP**
                       701 Brickell Avenue, Suite 1700
                       Miami, FL 33131
                       Telephone: (305) 428-4500
                       jorge.garcia@saul.com

                       *Counsel to the Official Committee of Unsecured Creditors of Optio Rx, LLC, et.al.*