## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*[1] | Case No. 24-11188 (TMH) |
| Debtors. | (Joint Administered) |

## AFFIDAVIT OF SERVICE

I, Gregory A. Lesage, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On August 6, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Loan Admin Co LLC, as Collateral Agent, Attn: Jonathan Tunis at 2200 Atlantic St, Ste 501, Stamford, CT 06902:

- *Individualized* **Class 1 - Ballot for Accepting or Rejecting the Debtors' Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (Substantially in the form attached as **Exhibit B-1** to the Solicitation Procedures Motion filed as **Docket No. 76**)

- **Committee Letter Regarding Solicitation**

- **Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio RX, LLC, et al.** (Docket No. 258 *less Exhibit A*)

- **Amended Joint Chapter 11 Plan of Reorganization of Optio RX, LLC, et al.** (attached hereto as **Exhibit A**)

- **Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (Docket No. 278)

- **Pre-addressed, postage prepaid return envelope**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compouding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Furthermore, commencing on August 6, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**:

- **Committee Letter Regarding Solicitation**

- **Notice of Non-Voting Status of Holders of Unimpaired Claims Conclusively Presumed to Accept the Debtors' Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (attached hereto as **Exhibit B**)

Furthermore, commencing on August 6, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit F**:

- **Committee Letter Regarding Solicitation**

- **Notice of Non-Voting Status of Holders of Impaired Claims Conclusively Presumed to Reject the Debtors' Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (attached hereto as **Exhibit C**)

Furthermore, on August 6, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit G**:

- **Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (Docket No. 278)

Furthermore, on August 8, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Loan Admin Co LLC, as Collateral Agent, Attn: Jonathan Tunis at 2200 Atlantic St, Ste 501, Stamford, CT 06902:

- **Order (I) Approving Amended Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Amended Plan** (Docket No. 276)

Furthermore, on August 8, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit H**:

- *Individualized* **Class 5 - Ballot for Accepting or Rejecting the Debtors' Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (Substantially in the form attached as **Exhibit B-2** to the Solicitation Procedures Motion filed as **Docket No. 76**)

- **Committee Letter Regarding Solicitation**

- **Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio RX, LLC, et al.** (Docket No. 258 *less Exhibit A*)

- **Amended Joint Chapter 11 Plan of Reorganization of Optio RX, LLC, et al.** (attached hereto as **<u>Exhibit A</u>**)

- **Order (I) Approving Amended Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Amended Plan** (Docket No. 276)

- **Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (Docket No. 278)

- **Pre-addressed, postage prepaid return envelope**

Furthermore, on August 8, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit I</u>**:

- *Individualized* **Class 7 - Ballot for Accepting or Rejecting the Debtors' Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (attached hereto as **<u>Exhibit D</u>**)

- **Committee Letter Regarding Solicitation**

- **Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio RX, LLC, et al.** (Docket No. 258 *less Exhibit A*)

- **Amended Joint Chapter 11 Plan of Reorganization of Optio RX, LLC, et al.** (attached hereto as **<u>Exhibit A</u>**)

- **Order (I) Approving Amended Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Amended Plan** (Docket No. 276)

- **Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (Docket No. 278)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on August 8, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit J**:

- *Individualized* **Class 7 - Ballot for Accepting or Rejecting the Debtors' Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (attached hereto as **Exhibit D**)

- **Committee Letter Regarding Solicitation**

- **Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio RX, LLC, et al.** (Docket No. 258 *less Exhibit A*)

- **Amended Joint Chapter 11 Plan of Reorganization of Optio RX, LLC, et al.** (attached hereto as **Exhibit A**)

- **Order (I) Approving Amended Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Amended Plan** (Docket No. 276)

- **Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (Docket No. 278)

Furthermore, on August 8, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit K**:

- *Individualized* **Class 9 - Ballot for Accepting or Rejecting the Debtors' Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (Substantially in the form attached as **Exhibit B-3** to the Solicitation Procedures Motion filed as **Docket No. 76**)

- **Committee Letter Regarding Solicitation**

- **Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio RX, LLC, et al.** (Docket No. 258 *less Exhibit A*)

- **Amended Joint Chapter 11 Plan of Reorganization of Optio RX, LLC, et al.** (attached hereto as **Exhibit A**)

- **Order (I) Approving Amended Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Amended Plan** (Docket No. 276)

- **Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (Docket No. 278)

- **Pre-addressed, postage prepaid return envelope**

Furthermore, on August 8, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit L**:

- **Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio RX, LLC, et al.** (Docket No. 258 *less Exhibit A*)

- **Amended Joint Chapter 11 Plan of Reorganization of Optio RX, LLC, et al.** (attached hereto as **Exhibit A**)

- **Notice of Disputed Claim Status and Temporary Allowance Procedures with Respect to Unliquidated or Disputed Claims** (Substantially in the form attached as **Exhibit C** to the Solicitation Procedures Motion filed as **Docket No. 76**)

[THIS SPACE INTENTIONALLY LEFT BLANK]

Furthermore, on August 8, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit M**, and via electronic mail on the service list attached hereto as **Exhibit N**:

- **Committee Letter Regarding Solicitation**
- **Amended Joint Chapter 11 Plan of Reorganization of Optio RX, LLC, et al.** (attached hereto as **Exhibit A**)

- **Order (I) Approving Amended Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Amended Plan** (Docket No. 276)

- **Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code** (Docket No. 278)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: August 15, 2024

_Gregory Lesage_
Gregory A. Lesage

State of Colorado )
) SS.
County of Denver )

Subscribed and sworn before me this 15th day of August 2024 by Gregory A. Lesage.

_Danielle Harnden_
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (*Jointly Administered*) |

## AMENDED JOINT CHAPTER 11 PLAN OF
## REORGANIZATION OF OPTIO RX, LLC, *et al.*

CHIPMAN, BROWN, CICERO & COLE, LLP

William E. Chipman, Jr.
David Carickhoff
Mark. D. Olivere
Alan M. Root
Hercules Plaza
1313 North Market Street
Suite 5400
Wilmington, Delaware 19801
Email: Chipman@chipmanbrown.com
        Carickhoff@chipmanbrown.com
        Olivere@chipmanbrown.com
        Root@chipmanbrown.com

*Counsel to the Debtors and Debtors-in-Possession*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

## TABLE OF CONTENTS

ARTICLE I DEFINED TERMS, RULES OF INTERPRETATION,  COMPUTATION OF TIME AND GOVERNING LAW ............................................................... 1

Section 1.01    Defined Terms ....................................................................... 1

Section 1.02    Rules of Interpretation.......................................................... 16

Section 1.03    Computation of Time ........................................................... 16

Section 1.04    Governing Law ..................................................................... 17

Section 1.05    References to Monetary Figures............................................ 17

Section 1.06    Reference to the Debtors or the Reorganized Debtors ................... 17

Section 1.07    Consent Rights of Consenting Lenders ............................... 17

Section 1.08    Controlling Document .......................................................... 17

ARTICLE II ADMINISTRATIVE CLAIMS, PRIORITY TAX CLAIMS AND STATUTORY FEES ...................................................................................................... 18

Section 2.01    Administrative Claims.......................................................... 18

Section 2.02    Professional Fee Claims ...................................................... 18

Section 2.03    Priority Tax Claims .............................................................. 19

Section 2.04    DIP Facility .......................................................................... 20

Section 2.05    Statutory Fees ...................................................................... 20

ARTICLE III CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS ...... 20

Section 3.01    Deemed Substantive Consolidation..................................... 20

Section 3.02    Classification of Claims and Interests ................................. 21

Section 3.03    Summary of Classification for the Reorganized Debtors................ 21

Section 3.04    Classification and Treatment of Claims and Interests...................... 22

Section 3.05    Special Provisions Regarding Reinstated Unimpaired Claims ................ 26

Section 3.06    Voting Classes, Presumed Acceptance by Non-Voting Classes ................ 27

Section 3.07    Elimination of Vacant Classes ............................................ 27

Section 3.08    Controversy Concerning Impairment ................................... 27

Section 3.09    Intercompany Interests ........................................................ 27

Section 3.10    Subordinated Claims ........................................................... 28

Section 3.11 Code    Confirmation Pursuant to Sections 1129(a)(10) and 1129(b) of the Bankruptcy 28

ARTICLE IV MEANS FOR IMPLEMENTATION OF THE PLAN......................................... 28

Section 4.01    Restructuring Transactions.................................................. 28

Section 4.02    Sources of Cash for Plan Distributions ............................... 29

Section 4.03    Exit Facility .......................................................................... 29

- i -

Section 4.04    Junior Preferred Equity ................................................................... 29

Section 4.05    Continued Corporate Existence ....................................................... 29

Section 4.06    Existing Governance Documents ..................................................... 30

Section 4.07    Members of the Governing Bodies ................................................... 30

Section 4.08    Vesting of Assets in the Reorganized Debtors ................................. 30

Section 4.09    Section 1145 Exemption ................................................................. 31

Section 4.10    Cancellation and Surrender of Instruments and Agreements ........... 31

Section 4.11    Corporate Action ............................................................................ 31

Section 4.12    Section 1146 Exemption from Certain Taxes and Fees .................. 32

Section 4.13    Preservation of Causes of Action .................................................... 32

Section 4.14    Single Satisfaction of Claims .......................................................... 33

ARTICLE V TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES 33

Section 5.01    Assumption of Executory Contracts and Unexpired Leases ........... 33

Section 5.02    Claims Based on Rejection of Executory Contracts or Unexpired Leases ...... 34

Section 5.03    Cure of Defaults and Objections to Cure Amounts and Assumption for
Executory Contracts and Unexpired Leases Assumed ....................................... 34

Section 5.04    Modifications, Amendments, Supplements, Restatements or Other Agreements
36

Section 5.05    Reservation of Rights ..................................................................... 36

Section 5.06    Contracts and Leases Entered Into After the Petition Date ............. 36

Section 5.07    Assumption of Insurance Policies ................................................... 37

Section 5.08    Assumption of the Employee Compensation and Benefits Program ............. 37

Section 5.09    Indemnification Obligations ............................................................ 38

Section 5.10    Nonoccurrence of Effective Date .................................................... 38

ARTICLE VI PROVISIONS GOVERNING DISTRIBUTIONS .............................................. 38

Section 6.01    Record Date for Distributions ......................................................... 38

Section 6.02    Timing of Distributions .................................................................. 38

Section 6.03    Disbursing Agent ........................................................................... 39

Section 6.04    Delivery of Distributions and Undeliverable or Unclaimed Distributions ....... 39

Section 6.05    Fractional Distributions ................................................................. 40

Section 6.06    Undeliverable Distributions and Unclaimed Property ..................... 40

Section 6.07    Manner of Payment ........................................................................ 40

Section 6.08    Compliance with Tax Requirements and Allocations ...................... 41

Section 6.09    Allocation Between Principal and Interest ....................................... 41

Section 6.10    Setoffs and Recoupment ................................................................ 41

- ii -

4865-3582-3548, v. 9

Section 6.11    No Postpetition or Default Interest on Claims ................................................. 42

ARTICLE VII SETTLEMENT, RELEASE, INJUNCTION AND RELATED PROVISIONS.. 42

Section 7.01    General Compromise and Settlement of Claims, Interests and Controversies. 42

Section 7.02    Releases by the Debtor .................................................................................... 43

Section 7.03    Releases by Holders of Claims and Interests ................................................. 44

Section 7.04    Discharge of Claims ........................................................................................ 45

Section 7.05    Exculpation...................................................................................................... 46

Section 7.06    Injunction......................................................................................................... 46

Section 7.07    Term of Injunctions or Stays .......................................................................... 47

Section 7.08    Protection Against Discriminatory Treatment ................................................ 47

Section 7.09    Release of Liens, Claims and Interests............................................................ 47

ARTICLE VIII CONDITIONS PRECEDENT TO CONFIRMATION  OF THE PLAN AND THE EFFECTIVE DATE.................................................................................................. 48

Section 8.01    Conditions Precedent to Confirmation ............................................................ 48

Section 8.02    Conditions Precedent to the Effective Date .................................................... 48

Section 8.03    Waiver of Conditions ...................................................................................... 49

Section 8.04    Effect of Failure of Conditions....................................................................... 50

Section 8.05    Substantial Consummation .............................................................................. 50

ARTICLE IX MODIFICATION, REVOCATION OR WITHDRAWAL OF THE PLAN ........ 50

Section 9.01    Modification and Amendments ........................................................................ 50

Section 9.02    Effect of Confirmation on Modifications......................................................... 51

Section 9.03    Revocation or Withdrawal of the Plan ............................................................ 51

ARTICLE X RETENTION OF JURISDICTION ................................................................. 51

ARTICLE XI MISCELLANEOUS PROVISIONS ................................................................. 54

Section 11.01    Tax Structure ................................................................................................. 54

Section 11.02    Immediate Binding Effect ............................................................................. 54

Section 11.03    Additional Documents.................................................................................... 54

Section 11.04    Reservation of Rights .................................................................................... 54

Section 11.05    Successors and Assigns .................................................................................. 55

Section 11.06    Notices............................................................................................................ 55

Section 11.07    Entire Agreement .......................................................................................... 56

Section 11.08    Severability of Plan Provisions ...................................................................... 56

Section 11.09    Exhibits.......................................................................................................... 56

Section 11.10    Votes Solicited in Good Faith ....................................................................... 56

Section 11.11    Closing of Chapter 11 Cases ......................................................................... 57

- iii -

Section 11.12   Document Retention...................................................................................... 57

Section 11.13   Further Assurances...................................................................................... 57

Section 11.14   Claims Against Other Debtors ..................................................................... 58

Section 11.15   Transaction Expenses.................................................................................. 58

- iv -

4865-3582-3548, v. 9

## INTRODUCTION

The Debtors propose the Plan for the resolution of the outstanding Claims against and Interests in the Debtors pursuant to chapter 11 of the Bankruptcy Code. Capitalized terms used in the Plan and not otherwise defined shall have the respective meanings set forth in Section 1.01 of the Plan or the Bankruptcy Code. Although proposed jointly for administrative purposes, the Plan also seeks entry of a Bankruptcy Court order deeming the substantive consolidation of the Debtors' Estates into a single Estate for certain limited purposes related to the Plan, including voting, Confirmation, and distribution. As a result of the deemed substantive consolidation of the Estates, each Class of Claims and Interests will be treated as against a single consolidated Estate without regard to the separate legal existence of the Debtors. The Plan will not result in the merger or otherwise affect the separate legal existence of each Debtor, other than with respect to voting and distribution rights under the Plan. Each Debtor is a proponent of the Plan within the meaning of section 1129 of the Bankruptcy Code. The classifications of Claims and Interests set forth in Article III of the Plan shall be deemed to apply separately with respect to each Plan proposed by each Debtor, as applicable. Reference is made to the Disclosure Statement for a discussion of the Debtors' history, business, properties and operations, projections, risk factors, a summary and analysis of the Plan and certain related matters.

ALL HOLDERS OF CLAIMS AGAINST THE DEBTORS, TO THE EXTENT APPLICABLE, ARE ENCOURAGED TO READ THE PLAN AND THE DISCLOSURE STATEMENT IN THEIR ENTIRETY BEFORE VOTING TO ACCEPT OR REJECT THE PLAN.

## ARTICLE I
## DEFINED TERMS, RULES OF INTERPRETATION,
## COMPUTATION OF TIME AND GOVERNING LAW

### Section 1.01   Defined Terms

Unless the context otherwise requires, the following terms shall have the following meanings when used in capitalized form:

(a)        "AAL" means the Agreement Among Lenders, dated as of November 3, 2022 (as amended), between and among the First Out Holders, the Last Out Holder and the Prepetition Admin Agent.

(b)        "Administrative Claim" means any Claim for the costs and expenses of administration of the Chapter 11 Cases pursuant to section 503(b), 507(a)(2), 507(b) or 1114(e)(2) of the Bankruptcy Code, including the actual and necessary costs and expenses incurred after the Petition Date and through the Effective Date of preserving the Estates and operating the businesses of the Debtors, other than the Professional Fee Claims.

(c)        "Administrative Expense Claim Bar Date" means the date that is forty-five (45) days after notice of entry of the Effective Date, which notice shall set forth such deadline and be served on all parties known by the Debtors to hold or potentially hold Administrative Claims.

- 1 -

(d)      "Affiliate" has the meaning set forth in section 101(2) of the Bankruptcy Code. With respect to any Person that is not a Debtor, the term "Affiliate" shall apply to such Person as if such Person was a Debtor.

(e)      "Allowed" means, with respect to any Claim, except as otherwise provided herein: (a) a Claim that has been scheduled by the Debtors in their Schedules as other than "disputed, contingent or unliquidated" (as such terms are defined in the Schedules); (b) a proof of Claim that has been Filed and as to which the Debtors, the Reorganized Debtors, or other parties-in-interest have not Filed an objection by the applicable Claims Objection Bar Date; (c) a Proof of Claim that is neither Disputed nor has been disallowed by a Final Order; (d) a Claim that is allowed pursuant to the terms of this Plan; or (e) a Claim that is estimated pursuant to section 502(c) of the Bankruptcy Code, unless otherwise and explicitly provided by order of the Bankruptcy Court.

(f)      "Aves Settlement Agreement" means that certain Settlement Term Sheet, dated as of June 29, 2024, attached as Exhibit E to the Disclosure Statement and incorporated herein as though set forth at length below.  Certain terms of the Aves Settlement Agreement are expressly set forth herein.  The failure to include any provision of the Aves Settlement Agreement in the Plan shall not diminish or impair the remaining terms or conditions of the Aves Settlement Agreement and notwithstanding anything to the contrary in the Plan, any inconsistencies between the Aves Settlement Agreement and the Plan shall be construed giving effect to the Aves Settlement Agreement.

(g)      "Avoidance Actions" means any and all actual or potential avoidance, recovery, subordination or other Claims, Causes of Action or remedies that may be brought by or on behalf of the Company Parties, their Estates, or other parties in interest under sections 502, 510, 542, 544, 545, 547 through 553, and 724(a) or other applicable sections of the Bankruptcy Code or under similar or related local, state, federal or foreign statutes and common law, including fraudulent transfer laws.

(h)      "Bankruptcy Code" means title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended from time to time.

(i)      "Bankruptcy Court" means the United States Bankruptcy Court for the District of Delaware and, to the extent of any withdrawal of reference under 28 U.S.C. § 157, the United States District Court for the District of Delaware.

(j)      "Bankruptcy Rules" means the Federal Rules of Bankruptcy Procedure, promulgated by the Supreme Court of the United States under section 2075 of title 28 of the United States Code, 28 U.S.C. § 2075, as applicable to the Chapter 11 Cases and the general, local and chambers rules of the Bankruptcy Court, as now in effect or hereafter amended.

(k)      "Business Day" means any day other than a Saturday, a Sunday, a "legal holiday" (as defined in Bankruptcy Rule 9006(a)) or other day on which commercial banks are authorized to close under the Laws of, or are in fact closed in, the State of New York.

(l)      "Cash" means the legal tender of the United States of America or the equivalent thereof, including bank deposits, checks or other similar items.

- 2 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

      (m)        "<u>Cash Consideration</u>" means $350,000 (subject to the DIP Lender Clawback).

      (n)        "<u>Cause of Action</u>" means any action, claim, cross-claim, third-party claim, cause of action, controversy, dispute, demand, right, Lien, indemnity, contribution, guaranty, suit, obligation, liability, loss, debt, fee or expense, damage, interest, judgment, cost, account, defense, remedy, offset, power, privilege, proceeding, license or franchise of any kind or character whatsoever, known or unknown, foreseen or unforeseen, contingent or non-contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively (including any alter ego theories), whether arising before, on or after the Petition Date, in contract or in tort, in law or in equity or pursuant to any other theory of law (including under any state or federal securities laws). For the avoidance of doubt, the term "Cause of Action" includes (i) any right of setoff, counterclaim, or recoupment and any claim for breach of contract or for breach of duties imposed by law or in equity, (ii) the right to object to or otherwise contest Claims or Interests, (iii) any claim pursuant to section 362 of the Bankruptcy Code, Avoidance Actions, or chapter 5 of the Bankruptcy Code, (iv) any claim or defense, including fraud, mistake, duress and usury and any other defenses set forth in section 558 of the Bankruptcy Code, and (v) any claim under any state or foreign law, including any fraudulent transfer or similar claim.

      (o)        "<u>CBC Pharma</u>" means Non-Debtor CBC Pharma Holdco, LLC, the direct or indirect parent company of Optio Rx and each of the other Debtors.

      (p)        "<u>Chapter 11 Cases</u>" means the cases pending for the Debtors under chapter 11 of the Bankruptcy Code in the Bankruptcy Court.

      (q)        "<u>Claim</u>" means any claim, as defined in section 101(5) of the Bankruptcy Code.

      (r)        "<u>Claims Register</u>" means the official register of Claims against or Interests in any of the Debtors maintained by the Solicitation Agent.

      (s)        "<u>Class</u>" means any group of Claims or Interests classified by the Plan pursuant to section 1122(a) of the Bankruptcy Code.

      (t)        "<u>Company</u>" means Optio Rx, LLC and certain of its direct and indirect subsidiaries that are Debtors in these Chapter 11 Cases.

      (u)        "<u>Company Parties</u>" means, consistent with the Restructuring Support Agreement: (1) Optio Rx, LLC; (2) Braun Pharma, LLC; (3) Dr. Ike's PharmaCare, LLC; (4) Rose Pharmacy SA LLC; (5) Rose Pharmacy SF LLC; (6) Rose Pharmacy RM LLC; (7) Pet Apothecary, LLC; (8) Crestview Holdings, LLC; (9) SBH Medical, LLC; (10) H&H Pharmacy, LLC; (11) Enovex Pharmacy, LLC; (12) SMC Pharmacy, LLC; (13) SMC Lyons Holdings, LLC; (14) Baybridge Pharmacy, LLC; (15) Central Pharmacy, LLC; (16) Pro Pharmacy, LLC; (17) Healthy Choice Compounding LLC; (18) Oakdell Compounding Pharmacy, LLC; (19) The Pet Apothecary LLC; (20) Crestview Pharmacy, LLC; (21) SBH Medical, Ltd.; (22) Concierge Pharmacy, LLC; (23) Firstcare Pharmacy, LLC; (24) Easycare Pharmacy, LLC; and (25) Primecare Pharmacy, LLC.

- 3 -

4865-3582-3548, v. 9

(v)        "Confirmation" means the entry of the Confirmation Order on the docket of the Chapter 11 Cases.

(w)        "Confirmation Date" means the date upon which the Bankruptcy Court enters the Confirmation Order on the docket of the Chapter 11 Cases within the meaning of Bankruptcy Rules 5003 and 9021.

(x)        "Confirmation Hearing" means the hearing held by the Bankruptcy Court on Confirmation of the Plan, pursuant to Bankruptcy Rule 3020(b)(2) and sections 1128 and 1129 of the Bankruptcy Code, as such hearing may be, or may have been, continued from time to time.

(y)        "Confirmation Order" means the order of the Bankruptcy Court approving the Disclosure Statement and confirming the Plan in the Chapter 11 Cases pursuant to section 1129 of the Bankruptcy Code in a form consistent with the consent rights of the parties to the Restructuring Support Agreement.

(z)        "Consenting Lender Advisors" means DLA Piper LLP (US) and counsel to the Last Out Holder.

(aa)       "Consenting Lenders" means the First Out Holders and the Last Out Holder that have executed and delivered counterpart signature pages to the Restructuring Support Agreement.

(bb)       "Consummation" means the occurrence of the Effective Date.

(cc)       "Convenience Claim" means a General Unsecured Claim in an amount of $500 or less, or a General Unsecured Claim that has been reduced by its Holder below $500.

(dd)       "Cure Claim" means a Claim based upon a monetary default, if any, by a Debtor on an Executory Contract or Unexpired Lease at the time such contract or lease is assumed by such Debtor pursuant to sections 365 and 1123 of the Bankruptcy Code.

(ee)       "D&O Liability Insurance Policies" means all insurance policies of the Debtors or the Reorganized Debtors or any non-Debtor Affiliate for directors', officers', managers' and any other Insured (as defined in such policy) entities' liability.

(ff)        "Debtors" means the above captioned debtors, in their capacity as debtors and debtors-in-possession in these Chapter 11 Cases.

(gg)       "Definitive Documents" has the meaning set forth in the Restructuring Support Agreement.

(hh)       "DIP Agent" means Loan Admin Co LLC, the administrative agent and the collateral agent for the DIP Lenders with respect to the DIP Facility.

(ii)        "DIP Agent Advisor" means DLA Piper LLP (US).

- 4 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

(jj)        "DIP Credit Agreement" means the debtor-in-possession financing agreement by and among certain Company Parties, the DIP Agent, and the DIP Lenders setting forth the terms of the DIP Facility, in accordance with the DIP Facility Term Sheet.

(kk)        "DIP Documents" means, collectively, the DIP Credit Agreement and any other agreements, documents, and instruments delivered or entered into in connection therewith, including, without limitation, any guarantee agreements, pledge and collateral agreements, intercreditor agreements, and other security documents, and the Interim DIP Order and Final DIP Order.

(ll)        "DIP Facility" means the loans under the debtor-in-possession financing facility on the terms and conditions set forth in the DIP Facility Term Sheet.

(mm)        "DIP Facility Term Sheet" means the debtor-in-possession to exit financing, to be provided by the DIP Lenders and the Consenting Lenders, as applicable, as specified in the term sheet attached as Exhibit A to the Restructuring Support Agreement.

(nn)        "DIP Lender Clawback" means, as applicable, (i) a dollar-for-dollar reduction in the Cash Consideration by the actual fees of professionals of the official committee of unsecured creditors (the "Committee") allowed on account of final fee applications of such professionals up to $100,000, (ii) a $350,000 reduction in the Cash Consideration if the actual fees of professionals of the Committee allowed on account of final fee applications of such professionals exceeds $100,000, and (iii) a dollar-for-dollar reduction in the amount and liquidation preference of the junior preferred equity received by the Noteholders by the amount (x) the actual fees of professionals of the Committee allowed on account of final fee applications of such professionals *plus* the expenses and professional costs incurred by the Debtors, the Consenting Lenders, and the DIP Lenders, and their respective agents, in defending or opposing any actions, motions, or objections brought by the Committee exceeds (y) $350,000.

(oo)        "DIP Lenders" means the First Out Holders and Last Out Holder under the Prepetition Credit Agreement (or its or their affiliates or related funds).

(pp)        "DIP Lien Secured Claims" means the allowed first-priority, perfected, enforceable and unavoidable secured claims granted to the DIP Lenders in the DIP Orders.

(qq)        "DIP Lien Conversion" means the conversion of 100% of the DIP Lenders' DIP Superpriority Claims into Exit Facility Claims to effect the Exit Capital Structure attached as an exhibit to the Restructuring Support Agreement on the Effective Date.

(rr)        "DIP Orders" means collectively the Interim DIP Order and the Final DIP Order.

(ss)        "DIP Superpriority Claims" means the allowed superpriority administrative expense claims, granted to the DIP Lenders in the DIP Orders, in excess of the value of the Debtors' interests in the Collateral, if any.

- 5 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

(tt)        "<u>Disbursing Agent</u>" means the Reorganized Debtors, or the Entity or Entities chosen by the Reorganized Debtors, to make or facilitate distributions pursuant to the Plan, which Entity may include the Solicitation Agent.

(uu)        "<u>Disclosure Statement</u>" means the disclosure statement with respect to the Plan, including all exhibits, appendices, schedules, ballots and related documents thereto, as amended, supplemented or modified from time to time, to be approved by the Confirmation Order.

(vv)        "<u>Distribution Date</u>" means the date occurring as soon as reasonably practicable after the Effective Date when distributions under the Plan shall commence.

(ww)        "<u>Distribution Record Date</u>" means the record date for purposes of making distributions under the Plan on account of Allowed Claims and Allowed Interests, which date shall be the first Business Day after the day on which the Confirmation Order is entered by the Bankruptcy Court.

(xx)        "<u>Effective Date</u>" means the first Business Day after the Confirmation Date on which all provisions, terms and conditions specified in Section 8.02 have been either satisfied or waived pursuant to Section 8.03.

(yy)        "<u>Enjoined Party</u>" means all Entities who have held, hold or may hold Claims or Interests that have been released or discharged or are subject to exculpation pursuant to the Plan.

(zz)        "<u>Entity</u>" has the meaning set forth in section 101(15) of the Bankruptcy Code.

(aaa)        "<u>Equity Security</u>" means any equity security, as defined in section 101(16) of the Bankruptcy Code, in any of the Debtors.

(bbb)        "<u>Estates</u>" means the estates of each of the Debtors created under section 541 of the Bankruptcy Code.

(ccc)        "<u>Exculpated Claim</u>" means any claim and Cause of Action related to any act or omission in connection with, relating to or arising out of the Chapter 11 Cases, the formulation, preparation, dissemination or negotiation, entry into, or filing of the Restructuring Support Agreement and related prepetition and postpetition transactions, any Definitive Document, the Disclosure Statement, the New Governance Documents, the DIP Facility, the Exit Facility, the Plan Term Sheet, the Plan (including, for the avoidance of doubt, the Plan Supplement), or any Restructuring Transactions, contract, instrument, release or other agreement or document created or entered into in connection with the Restructuring Support Agreement, the New Governance Documents, the Disclosure Statement, the DIP Facility, the Exit Facility, the Plan Supplement, the filing of the Chapter 11 Cases, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan, and any other contract, instrument, release or other agreement or document created or entered into before or during these Chapter 11 Cases, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan, including, to the extent applicable, the issuance of securities pursuant to the Plan, or the distribution of property under the Plan, or upon any other related act or omission, transaction, agreement, event or other occurrence taking place prior to, on or after the Petition Date.

- 6 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

(ddd)     "<u>Exculpated Party</u>" means, collectively, and in each case in its capacity as such: (i) each of the Debtors; (ii) each of the Reorganized Debtors; (iii) any statutory committees appointed in the Chapter 11 Cases; (iv) each current and former Affiliate of each Entity in clause (i) through the following clause (iii); and (v) each Related Party of each Entity in clause (i) through this clause (iii).

(eee)     "<u>Exculpation</u>" means the exculpation provision set forth in Section 7.05 hereof.

(fff)     "<u>Executory Contract</u>" means a contract to which any of the Debtors is a party that is subject to assumption or rejection under section 365 of the Bankruptcy Code.

(ggg)     "<u>Existing Governance Documents</u>" means the Debtors' respective certificates of incorporation, certificates of formation, bylaws, charters, trust agreements, indentures, limited liability company agreements, partnership agreements, shareholder agreements and such other formation and constituent documents in effect prior to the Effective Date.

(hhh)     "<u>Exit Capital Structure</u>" means the capital structure chart attached to the Restructuring Support Agreement as <u>Exhibit C</u>.

(iii)     "<u>Exit Facility</u>" means that certain exit facility comprising the sum of the DIP Lien Conversion and a portion of the Prepetition Lien Claims that are the subject of clause (a) of the Prepetition Lien Conversion and consistent with the terms, conditions, and provisions of an exit facility giving effect to the Exit Capital Structure.

(jjj)     "<u>Exit Facility Claims</u>" means the portion of the First Out Holders and Last Out Holder's respective Prepetition Lien Claims and 100% of the DIP Lenders' DIP Superpriority Claims to be rolled in into the Exit Facility under the Plan Term Sheet.

(kkk)     "<u>Final DIP Order</u>" means the order approving the DIP Facility entered by the Bankruptcy Court on July 1, 2024 [D.I. 133].

(lll)     "<u>Final Order</u>" means an order, ruling or judgment of the Bankruptcy Court or other court of competent jurisdiction with respect to the relevant subject matter which has: (a) not been reversed, stayed, modified, amended, or vacated as to which the time to appeal, petition for certiorari or move for a new trial, stay, reargument, reconsideration or rehearing has expired and no appeal, petition for certiorari or motion for reargument, reconsideration or rehearing has been timely filed; or (b) as to which any appeal, petition for certiorari or motion for a new trial, stay, reargument, reconsideration or rehearing that has been or may be filed has been resolved by the highest court to which the order or judgment was appealed or from which certiorari, reargument, reconsideration or rehearing was sought; *provided* that the possibility that a motion under Rule 60 of the Federal Rules of Civil Procedure, or any analogous rule under the Bankruptcy Rules, may be filed relating to such order shall not prevent such order from being a Final Order.

(mmm)     "<u>Finance Documents</u>" means (a) the Prepetition Credit Agreement, (b) the AAL, and (c) all other documents entered into, pursuant to, or in connection with, the foregoing documents in clauses (a) and (b) of this definition (including, but not limited to, any cash management arrangements and ancillary facilities).

- 7 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

(nnn)    "<u>Financing Orders</u>" means any orders entered in the Chapter 11 Cases authorizing debtor-in-possession financing or the use of cash collateral (whether interim or final).

(ooo)    "<u>First Out Holders</u>" means the holders of First Out Term Loans and/or First Out Revolving Loans under the Prepetition Credit Agreement and the AAL.

(ppp)    "<u>First Out Term Lien Claims</u>" means First Out Term Loan secured claims.

(qqq)    "<u>First Out Term Loans</u>" means the first out term loans provided by the First Out Holders under the Prepetition Credit Agreement and the AAL.

(rrr)    "<u>First Out Revolving Lien Claims</u>" means First Out Revolving Loan secured claims.

(sss)    "<u>First Out Revolving Loans</u>" means the first out revolving loans provided by the First Out Holders under the Prepetition Credit Agreement and the AAL.

(ttt)    "<u>General Unsecured Claim</u>" means any unsecured Claim against any of the Debtors that is not a Noteholder Claim, a Seller Noteholder Claim, an Intercompany Claim or a Claim that is Secured, subordinated or entitled to priority under the Bankruptcy Code.

(uuu)    "<u>GUC Opt-In Gift</u>" the gift, in the amount of $15,000, from the Prepetition Secured Lenders to the Holders of Allowed Claims or Interests (i) that are entitled to vote on the Plan and (ii) who vote to accept the Plan and opt-in to the releases in favor of the Released Parties.

(vvv)    "<u>General Unsecured Trade Claim</u>" means any General Unsecured Claim held by a trade vendor that agrees to continue to provide goods or services to the Reorganized Debtors following the Effective Date on the same or better terms as immediately prior to the Petition Date by entering into a Trade Agreement with the Debtors.

(www)    "<u>GUC Trade Gift</u>" means the gift from the Prepetition Secured Lenders to the Holders of allowed General Unsecured Trade Claims to satisfy (x) [80-95%] of all Allowed General Unsecured Trade Claims on the Effective Date and (y) the remaining [5%-20%] of such Allowed General Unsecured Trade Claims on the one-year anniversary of the Effective Date.

(xxx)    "<u>Governing Body</u>" means the board of directors, board of managers, manager, general partner, investment committee, special committee, or such similar governing body of an Entity.

(yyy)    "<u>Governmental Unit</u>" means any domestic, foreign, provincial, federal, state, local or municipal (a) government, (b) governmental agency, commission, department, bureau, ministry or other governmental entity or (c) any other governmental unit as defined in section 101(27) of the Bankruptcy Code.

(zzz)    "<u>Holder</u>" means any Entity holding a Claim or an Interest, as applicable.

(aaaa)    "<u>Impaired</u>" means any Claim or Interest in an Impaired Class.

- 8 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

(bbbb)    "Impaired Class" means a Class that is impaired within the meaning of section 1124 of the Bankruptcy Code.  For the avoidance of doubt, Impaired Classes under the Plan are Classes 1, 5, 6, 7, 8, 9, 10 and 12.

(cccc)    "Insurance Policies" means any insurance policies, insurance settlement agreements, coverage-in-place agreements or other agreements related to the provision of insurance entered into by or issued to or for the benefit of any of the Debtors or their predecessors.

(dddd)    "Insurer" means a counterparty to any Insurance Policy that is not a Debtor, its predecessors, or Affiliates.

(eeee)    "Intercompany Claim" means any Claim against a Debtor held by a Debtor or a Company Party.

(ffff)    "Intercompany Interest" means an any Interest in a Debtor held by a Debtor or a Company Party.

(gggg)    "Interest" means collectively, (i) any Equity Security, or any other equity, ownership interest (including any such interest in a partnership, limited liability company or other Entity), in any of the Debtors, (ii) any other rights, options, warrants rights, stock appreciation rights, phantom stock rights, restricted stock units, redemption rights, repurchase rights, convertible, exercisable or exchangeable securities or other agreements, arrangements or commitments of any character relating to, or whose value is related to, any such interest or other ownership interest in any of the Debtors, and (iii) any and all Claims against any of the Debtors that are otherwise determined by the Bankruptcy Court to be an equity interest, including any Claim or debt that is recharacterized as an equity interest or subject to subordination as an equity interest pursuant to section 510(b) of the Bankruptcy Code.

(hhhh)    "Interim DIP Order" means the order from the Bankruptcy Court approving the DIP Facility on an interim basis.

(iiii)    "Last Out Holder" means the holder of Last Out Term Loans under the Prepetition Credit Agreement and the AAL.

(jjjj)    "Last Out Term Lien Claims" means the Last Out Term Loan secured claims.

(kkkk)    "Last Out Term Loans" means the last out term loans provided by the Last Out Holder under the Prepetition Credit Agreement and the AAL.

(llll)    "Lien" has the meaning set forth in section 101(37) of the Bankruptcy Code.

(mmmm)    "Local Rules" means the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware.

(nnnn)    "Milestones" have the meaning set forth in Section 6.03 of the Restructuring Support Agreement.

- 9 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

(oooo)    "New Governance Documents" means the partnership agreement, certificate of incorporation, certificate of formation, bylaws, charter, trust agreement, indenture, limited liability company agreement, shareholder agreement and such other formation and constituent documents of the Reorganized Debtors, each of which shall be included in the Plan Supplement.

(pppp)    "Notes" means the notes issued by Optio Rx under the Note Purchase Agreement.

(qqqq)    "Noteholders" means the purchasers from time to time of the Notes under the Note Purchase Agreement.

(rrrr)    "Noteholder Claims" means the subordinated claims of the Noteholders due under the Notes.

(ssss)    "Note Purchase Agreement" means that certain Note Purchase Agreement, dated as of September 25, 2020, as amended, between and among CBC Pharma, Optio Rx, the Noteholders, and Aves Management LLC, as Administrative Agent, subject to the Subordination Agreement.

(tttt)    "Online Pharmacy Holdings LLC" means the new holding company formed on May 22, 2024 to issue preferred and common equity shares or units in connection with the Prepetition Lien Conversion.

(uuuu)    "Optio Rx" means Debtor Optio Rx, LLC.

(vvvv)    "Other General Unsecured Claim" means any unsecured Claim against any of the Debtors that is not a Noteholder Claim, a Seller Noteholder Claim, a General Unsecured Trade Claim, an Intercompany Claim or a Claim that is Secured, subordinated or entitled to priority under the Bankruptcy Code.

(wwww)    "Other Priority Claim" means any Claim against any Debtor entitled to priority in right of payment under section 507(a) of the Bankruptcy Code, other than: (i) an Administrative Claim, (ii) a Professional Fee Claim or (iii) a Priority Tax Claim.

(xxxx)    "Outside Date" shall be December 31, 2024, which date may be extended solely upon the express written consent from each of the Consenting Lenders.

(yyyy)    "Person" means any natural person, corporation, limited liability company, professional association, limited partnership, general partnership, joint stock company, joint venture, association, company, trust, bank, trust company, land trust, business trust or other organization, whether or not a legal entity, and any governmental authority.

(zzzz)    "Petition Date" means the first date on which each of the Debtors commenced a Chapter 11 Case.

(aaaaa)    "Pharmacy Management LLC" means the entity serving as the manager of Optio Rx

- 10 -

(bbbbb)    "Plan" means this Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, either in its present form or as it may be altered, amended, modified or supplemented from time to time in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Restructuring Support Agreement or the terms hereof, as the case may be, and the Plan Supplement, subject to the consent rights of the Consenting Lenders set forth in the Restructuring Support Agreement, which is incorporated herein by reference, including all exhibits and schedules hereto and thereto.

(ccccc)    "Plan Supplement" means the compilation of documents and forms of documents, agreements, schedules and exhibits to the Plan including, among other things, as applicable: (i) the New Governance Documents providing the identity and affiliations of the persons proposed to serve as the initial directors and officers of the Reorganized Debtors after Confirmation of the Plan; (ii) the Schedule of Retained Causes of Action; (iii) the Rejected Executory Contract and Unexpired Lease List; (iv) the Feasibility Analysis; and (v) any other necessary documentation related to the Restructuring Transactions (in each case, as may be altered, amended, modified or supplemented from time to time in accordance with the terms hereof and in accordance with the Bankruptcy Code and Bankruptcy Rules) to be filed by the Debtors, to the extent reasonably practicable, no later than seven (7) days before the earlier of (a) the Voting Deadline, (b) the confirmation objection deadline, or (c) such later date as may be approved by the Bankruptcy Court on notice to parties in interest; provided that, through the Effective Date, the Debtors, subject to the consent rights in the Restructuring Support Agreement, shall have the right to amend documents contained in, and exhibits to, the Plan Supplement in accordance with the terms of the Plan and the Restructuring Support Agreement.

(ddddd)    "Plan Term Sheet" means the term sheet summarizing the Restructuring Transactions attached to the Restructuring Support Agreement as Exhibit B.

(eeeee)    "Prepetition Admin Agent" means Loan Admin Co LLC, as administrative agent, and Loan Admin Co LLC, as lead arranger, under the Prepetition Credit Agreement.

(fffff)    "Prepetition Credit Agreement" means that certain Credit Agreement, dated as of June 28, 2019 (as amended), by and among CBC Pharma, the Debtors, the Prepetition Admin Agent and the Prepetition Secured Lenders.

(ggggg)    "Prepetition Lien Claims" means the First Out Term Lien Claims, the First Out Revolving Lien Claims and the Last Out Term Lien Claims secured by first-priority liens and security interests in substantially all the Debtors' assets.

(hhhhh)    "Prepetition Lien Conversion" means the First Out Holders' and Last Out Holder's conversion of (i) a portion of their Prepetition Lien Claims into Exit Facility Claims and (ii) the remaining portion of their Prepetition Lien Claims into Prepetition Lien Conversion Equity, all to effect the Exit Capital Structure attached to the Restructuring Support Agreement.

(iiiii)    "Prepetition Lien Conversion Equity" means the preferred and common equity shares or units of Online Pharmacy Holdings LLC received by the First Out Holders and Last Out Holder as consideration for committing to the conversion of the remaining portion of their

4865-3582-3548, v. 9

Prepetition Lien Claims after converting a portion of their Prepetition Lien Claims into Exit Facility Claims, and in which Interests in Optio Rx shall vest on the Effective Date.

(jjjjj)    "Prepetition Secured Lenders" means the First Out Lien Holders, the Last Out Lien Holder, and any other lender party to the Prepetition Credit Agreement and AAL from time to time.

(kkkkk)    "Prepetition Secured Obligations" means the First Out Term Loans, the First Out Revolving Loans, and the Last Out Term Loans.

(lllll)    "Priority Tax Claim" means any Claim of a Governmental Unit of the kind specified in section 507(a)(8) of the Bankruptcy Code.

(mmmmm)    "Pro Rata" means, with respect to an Allowed Claim, the percentage represented by a fraction (i) the numerator of which shall be an amount equal to such Claim and (ii) the denominator of which shall be an amount equal to the aggregate amount of Allowed and estimated Claims in the same Class as such Claim, except in cases where Pro Rata is used in reference to multiple Classes, in which case Pro Rata means the portion that such Holder's Claim in a particular class bears to the aggregate amount of all Allowed and estimated Claims in such multiple Classes.

(nnnnn)    "Professional" means an Entity: (a) retained pursuant to a Final Order in accordance with sections 327, 363 or 1103 of the Bankruptcy Code and to be compensated for services rendered prior to or on the Confirmation Date, pursuant to sections 327, 328, 329, 330, 331 and 363 of the Bankruptcy Code or (b) awarded compensation and reimbursement by the Bankruptcy Court pursuant to section 503(b)(4) of the Bankruptcy Code.

(ooooo)    "Professional Fee Amount" means the aggregate amount of Professional Fee Claims and other unpaid fees and expenses of Professionals that such Professionals estimate they have incurred or will incur in rendering services to the Debtors as set forth in Article II of the Plan.

(ppppp)    "Professional Fee Claim" means a Claim by a Professional seeking an award by the Bankruptcy Court of compensation for services rendered or reimbursement of expenses incurred through and including the Effective Date under sections 330, 331, 503(b)(2), 503(b)(3), 503(b)(4) or 503(b)(5) of the Bankruptcy Code.

(qqqqq)    "Professional Fee Escrow Account" means an interest-bearing account to be funded by the Debtors with Cash on or prior to the Effective Date in an amount equal to the Professional Fee Amount.

(rrrrr)    "Reinstated" means, with respect to any Claim or Interest, that the Claim or Interest shall not be discharged hereunder and the Holder's legal, equitable and contractual rights on account of such Claim or Interest shall remain unaltered by Consummation, rendering such Claim or Interest unimpaired in accordance with section 1124 of the Bankruptcy Code. "Reinstate" or "Reinstatement" shall have correlative meanings.

(sssss)    "Rejected Executory Contract and Unexpired Lease List" means the list, as determined by the Debtors or the Reorganized Debtors, as applicable, of Executory Contracts and

- 12 -

Unexpired Leases (if any) that will be rejected by the Reorganized Debtors pursuant to the Plan, which list, as may be amended from time to time, shall be included in the Plan Supplement.

(tttt)    "Related Parties" means, collectively, with respect to any Entity, in each case in its capacity as such with respect to such Entity, such Entity's current and former affiliates, and such party's and such affiliates' current and former affiliates, directors, trustees, managers, officers, investment committee, members, special or other committee members, equity holders (regardless of whether such interests are held directly or indirectly), predecessors, participants, successors, assigns, subsidiaries, Affiliates, partners, limited partners, general partners, principals, members, employees, agents, management companies, fund advisors or managers, managed funds (including any beneficial holders for the account of whom such funds are managed), advisory board members, financial advisors, attorneys, accountants, investment bankers, consultants, representatives, and other professionals and advisors (including, for the avoidance of doubt, any attorneys, investment bankers or other professionals and advisors retained by any current and former director and manager in his or her capacity as director or manager of such person) and any such Person's or Entity's respective heirs, executory, estates and nominees.

(uuuuu)    "Released Parties" means, collectively, (a) each of the Debtors, (b) the Reorganized Debtors, (c) the Consenting Lenders, (d) the DIP Lenders, (e) the Admin Agent; (f) Aves, (g) the Noteholders; and (h) the Related Parties of each of the foregoing Entities in clauses (a) through (g) of this definition; provided, however, that if any of Aves and the Noteholders do not vote to accept the Plan, such non-accepting parties shall not be Released Parties.  For the avoidance of doubt, the manager of Pharmacy Management LLC and its Related Parties shall be deemed Released Parties.  For the further avoidance of doubt, the following individuals are not, and shall not be deemed to be, Released Parties: (i) Greg Savino, (ii) Jordana Siegel, (iii) Rinku Patel, (iv) Crestview City Pharmacy, Inc., (v) Jennifer Reshay Densman, (vi) Chistopher Neil Densman, (vii) Bryan Henderson, (viii) Amanda Davey, (ix) Claudia Barnett, (x) Kari Waites, (xi) Victoria Ballard, (xii) Morgan Meeks, (xiii) Kyndall Barber, (xiv) Ellen Stafford, (xv) Sergio Zepeda, (xvi) Cold Bore Capital Management, LLC, and (xvii) Marc Wank.

(vvvvv)    "Releasing Party" means, collectively, and in each case in their capacity as such: (i) each of the Released Parties; (ii) all Holders of Claims or Interests that vote to accept or reject the Plan and opt-into the releases provided by the Plan by checking the box on the applicable form indicating that they opt to grant the releases provided in the Plan; (iii) all Holders of Claims or Interests that abstain from voting on the Plan and who affirmatively opt-into the releases provided by the Plan by checking the box on the applicable form indicating that they opt to grant the releases provided in the Plan; (iv) each current and former Affiliate of each Entity in clause (i) through the following clause (v); and (v) each Related Party with respect to each of the foregoing in clauses (i) through (v).

(wwwww)    "Reorganized Debtors" means, collectively, the Debtors, and any successors thereto, by merger, consolidation or otherwise, as reorganized pursuant to and under the Plan, on or after the Effective Date.

(xxxxx)    "Restructuring Transactions" means the transactions set forth in the Restructuring Support Agreement, the Plan Term Sheet attached thereto and all other exhibits to

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

the Restructuring Support Agreement or the Plan Term Sheet that shall be implemented on or prior to the Effective Date.

(yyyyy)    "Retained Causes of Action" means all claims, Causes of Action, rights of action, suits and proceedings, whether in law or in equity, whether known or unknown, which any of the Debtors or their Estates may hold against any Entity, including (a) Avoidance Actions; (b) claims and Causes of Action brought prior to the Effective Date, (c) claims and Causes of Action against any Entities for failure to pay for products or services provided or rendered by any of the Debtors, (d) claims and Causes of Action relating to strict enforcement of any of the Debtors' intellectual property rights, including patents, copyrights and trademarks, including claims against third parties for infringement of any such intellectual property rights or other misuse of such intellectual property, and (e) claims and Causes of Action seeking the recovery of any of the Debtors' accounts receivable or other receivables or rights to payment created or arising in connection with any of the Debtors' businesses, including claim overpayments and tax refunds; *provided* that the Retained Causes of Action shall not include all Causes of Action settled, released, or exculpated under the Plan, including the releases in Article VII.

(zzzzz)    "Schedules" means, collectively and if any are required, the schedules of assets and liabilities, schedules of Executory Contracts and Unexpired Leases and statements of financial affairs, if any, filed by each of the Debtors pursuant to section 521 of the Bankruptcy Code and the applicable Bankruptcy Rules, as such Schedules may be amended, modified or supplemented from time to time, solely to the extent such filing is not waived pursuant to an order of the Bankruptcy Court.

(aaaaaa)    "Secured" means, when referring to a Claim: (a) secured by a Lien on property in which an Estate of any of the Debtors against which the Claim is asserted has an interest, which Lien is valid, perfected and enforceable pursuant to applicable law or by reason of a Bankruptcy Court order, to the extent of the value of the creditor's interest in the Estates' interest in such property as determined pursuant to section 506(a) of the Bankruptcy Code; (b) subject to setoff pursuant to section 553 of the Bankruptcy Code, to the extent of the value of the property subject to setoff; or (c) otherwise Allowed pursuant to the Plan as a Secured Claim.

(bbbbbb)    "Secured Claim" means any Claim that is Secured.

(cccccc)    "Seller Notes" means those certain unsecured notes, that certain of the Debtors are obligated on, issued to prior owners of businesses that were purchased by the Debtors, including, without limitation, unsecured notes issued to BHM Capital, Inc., Universal Pharmaceutical Services, Inc., H&H Pharmacy, Inc. (d/b/a Dr. Ike's Pharmacy #1), Dr. Ike, Inc. (d/b/a Dr. Ike's PharmaCare), Robert Hirsh, Elizabeth Buller, Salo, Inc., PIA Holdings, Inc., Baybridge Pharmacy Corp., 121 Central Pharmacy Corp., Delco Pharmacy Corp., OCPLP, Inc., and John J. Carson.

(dddddd)    "Seller Noteholders" means holders of Seller Notes.

(eeeeee)    "Seller Noteholder Claims" means the unsecured Claims of the Seller Noteholders.

(ffffff)    "Solicitation Agent" means Stretto, Inc.

- 14 -

(gggggg)    "Subordinated Claim" means a Claim that is subordinated pursuant to section 510(b) of the Bankruptcy Code or any other applicable law.

(hhhhhh)    "Subordinated Lender" means, collectively, Aves Special Opportunities Fund I, L.P., Allstate Insurance Company, Cross Country Mortgage, LLC, and Siguler Guff (Optio Rx) Holdings, LLC.

(iiiiii)    "Subordination Agreement" means that certain Subordination Agreement, dated as of September 25, 2020, between and among, the Subordinated Lender, Optio Rx as the Borrower, Aves Management, LLC as the Subordination Agent, and Loan Admin Co LLC, as Administrative Agent, as amended, modified, extended, restated, replaced, or supplemented from time to time, subordinating the Noteholder Claims under the Note Purchase Agreement to the Prepetition Secured Obligations.

(jjjjjj)    "Third-Party Release" means the release set forth in Section 7.03 of the Plan.

(kkkkkk)    "Trade Agreement" means an agreement to continue to provide goods or services to the Reorganized Debtors, on the same or similar terms that existed immediately prior to the Petition Date, for the duration of the Chapter 11 Cases.

(llllll)    "Transaction Expenses" means all reasonable and documented fees, costs, and expenses of the Consenting Lender Advisors and DIP Agent Advisor in connection with the negotiation, formulation, preparation, execution, delivery, implementation, consummation of the Definitive Documents, and/or enforcement of the Restructuring Support Agreement and/or any of the other Definitive Documents, and/or the transactions contemplated thereby, including any amendments, waivers, consents, supplements, or other modifications to any of the foregoing.

(mmmmmm)    "Restructuring Support Agreement" means that certain Restructuring Support Agreement, dated as of May 9, 2024, by and among the Debtors, the First Out Holders, and the Last Out Holder, as may be amended, modified or supplemented from time to time in accordance with its terms.

(nnnnnn)    "Unexpired Lease" means a lease to which any of the Debtors is a party that is subject to assumption or rejection under section 365 of the Bankruptcy Code.

(oooooo)    "Unimpaired" means a Claim or Interest that is unimpaired within the meaning of section 1124 of the Bankruptcy Code.

(pppppp)    "U.S. Trustee" means the Office of the United States Trustee for the District of Delaware.

(qqqqqq)    "Vendor Secured Claims" means any Secured Claims held by any of the Debtor's vendors.

(rrrrrr)    "Voting Deadline" means 4:00 p.m. (prevailing Eastern Time) on September 3, 2024.

- 15 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

## Section 1.02    Rules of Interpretation

For the purposes of the Plan: (i) in the appropriate context, each term, whether stated in the singular or the plural, shall include both the singular and the plural, and pronouns stated in the masculine, feminine or neutral gender shall include the masculine, feminine and neutral gender; (ii) unless otherwise specified, any reference herein to a contract, lease, instrument, release or other agreement or document being in a particular form or on particular terms and conditions means that the referenced document shall be substantially in that form or substantially on those terms and conditions; (iii) unless otherwise specified, any reference herein to an existing document, schedule or exhibit having been filed or to be filed shall mean that document, schedule or exhibit, as it may thereafter be amended, modified or supplemented; (iv) unless otherwise specified, all references herein to "Sections" and "Articles" are references to Sections and Articles hereof or hereto; (v) unless otherwise stated, the words "herein," "hereof" and ''hereto'' refer to the Plan in its entirety rather than to a particular portion of the Plan; (vi) captions, headings to Articles and subheadings to Sections are inserted for convenience of reference only and are not intended to be a part of or to affect the interpretation hereof; (vii) all references to statutes, regulations, orders, rules of courts and the like shall mean as amended from time to time, and as applicable to the Chapter 11 Cases, unless otherwise stated; (viii) any term used in capitalized form herein that is not otherwise defined but that is used in the Bankruptcy Code or the Bankruptcy Rules shall have the meaning assigned to that term in the Bankruptcy Code or the Bankruptcy Rules, as the case may be; (ix) any immaterial effectuating provisions may be interpreted by the Debtors or Reorganized Debtors, as applicable, in a manner that is consistent with the overall purpose and intent of the Plan without further Bankruptcy Court order; (x) subject to the provisions of any contract, certificate of incorporation, by-law, instrument, release or other agreement or document created or entered into in connection with the Plan, the rights and obligations arising pursuant to the Plan shall be governed by, and construed and enforced in accordance with, the applicable federal law, including the Bankruptcy Code and Bankruptcy Rules; (xi) unless otherwise specified, the rules of construction set forth in section 102 of the Bankruptcy Code shall apply; (xii) any reference herein to the word "including" or any word of similar import shall be read to mean "including without limitation"; (xiii) the word "or" shall not be exclusive; (xiv) all references to docket numbers of documents filed in the Chapter 11 Cases are references to the docket numbers under the Bankruptcy Court's Case Management/Electronic Case Files system; and (xv) references to "shareholders," "directors," and/or "officers" shall also include "members" and/or "managers," as applicable, as such terms are defined under the applicable state limited liability company laws.

## Section 1.03    Computation of Time

The provisions of Bankruptcy Rule 9006(a) shall apply in computing any period of time prescribed or allowed herein.  If any payment, distribution, act or deadline under the Plan is required to be made or performed or occurs on a day that is not a Business Day, then the making of such payment or distribution, the performance of such act, or the occurrence of such deadline shall be deemed to be on the next succeeding Business Day, but shall be deemed to have been completed or to have occurred as of the required date.

- 16 -

## Section 1.04    Governing Law

Unless a rule of law or procedure is supplied by federal law (including the Bankruptcy Code and Bankruptcy Rules) or unless otherwise specifically stated, the laws of the State of Delaware, without giving effect to the principles of conflict of laws, shall govern the rights, obligations, construction and implementation of the Plan, any agreements, documents, instruments or contracts executed or entered into in connection with the Plan (except as otherwise set forth in those agreements, in which case the governing law of such agreement shall control); *provided*, *however*, that governance matters relating to the Debtors or the Reorganized Debtors, as applicable, shall be governed by the laws of the jurisdiction of incorporation of the Debtors or Reorganized Debtors, as applicable.

## Section 1.05    References to Monetary Figures

All references in the Plan to monetary figures shall refer to currency of the United States of America, unless otherwise expressly provided herein.

## Section 1.06    Reference to the Debtors or the Reorganized Debtors

Except as otherwise specifically provided in the Plan to the contrary, references in the Plan to the Company, the Debtors or the Reorganized Debtors shall mean the Debtors and the Reorganized Debtors, as applicable, to the extent the context requires.

## Section 1.07    Consent Rights of Consenting Lenders

Notwithstanding anything herein to the contrary, any and all consent rights of the Consenting Lenders, and as set forth in the Restructuring Support Agreement (or otherwise) with respect to the form and substance of the Plan, the Plan Supplement and the other Definitive Documents, including any amendments, restatements, supplements or other modifications to such documents, or with respect to any other document, actions or anything else referred to herein, and any consents, waivers or other deviations under or from any such documents, shall be incorporated herein by this reference (including to the applicable definitions in Section 1.01 hereof) and fully enforceable as if stated in full herein. In case of a conflict between the consent or approval rights of such parties set forth in the Restructuring Support Agreement with the consent rights of such parties set forth in the Plan, the Plan Supplement, and any other documents contemplated under the Plan, the consent or approval rights in the Restructuring Support Agreement shall control.

## Section 1.08    Controlling Document

In the event of an inconsistency between the Plan and the Disclosure Statement, the terms of the Plan shall control in all respects, subject to the consent rights of the Consenting Lenders in the Restructuring Support Agreement. In the event of an inconsistency between the Plan and the Plan Supplement, the terms of the relevant document in the Plan Supplement shall control unless otherwise specified in such Plan Supplement document or the Confirmation Order and subject to consent rights set forth in the Restructuring Support Agreement. In the event of an inconsistency between the Plan and any other instrument or document created or executed pursuant to the Plan,

- 17 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

other than documents contained in the Plan Supplement, the Plan shall control.  The provisions of the Plan and of the Confirmation Order shall be construed in a manner consistent with each other so as to effectuate the purposes of each; provided, that if there is determined to be any inconsistency between any provision of the Plan and any provision of the Confirmation Order that cannot be so reconciled, then, solely to the extent of such inconsistency, the provisions of the Confirmation Order shall govern, and any such provisions of the Confirmation Order shall be deemed a modification of the Plan.

# ARTICLE II
# ADMINISTRATIVE CLAIMS, PRIORITY TAX CLAIMS AND STATUTORY FEES

In accordance with section 1123(a)(1) of the Bankruptcy Code, Administrative Claims, Professional Fee Claims and Priority Tax Claims have not been classified and, thus, are excluded from the Classes of Claims and Interests set forth in Article III, are not entitled to vote on the Plan and shall receive the following treatment:

## Section 2.01    Administrative Claims

Except to the extent that a Holder of an Allowed Administrative Expense Claim and the Debtors or Reorganized Debtors, as applicable, agrees to a less favorable treatment, or as otherwise provided in the Plan, each Holder of an Allowed Administrative Claim against any of the Debtors shall receive in full and final satisfaction of its Allowed Administrative Claim an amount of Cash equal to the amount of such Allowed Administrative Claim in accordance with the following: (i) if an Administrative Claim is Allowed on or prior to the Effective Date, within five (5) Business Days after the Effective Date, or as soon as reasonably practicable thereafter, (ii) if such Administrative Claim is not Allowed as of the Effective Date, no later than five (5) Business Days after such Administrative Claim is Allowed, or as soon as reasonably practicable thereafter; or (iii) at such time and upon such terms as set forth in an order of the Bankruptcy Code; provided that Administrative Claims incurred by any Debtor in the ordinary course of such Debtor's business may be paid in the ordinary course of business by the Debtors, consistent with past practice and in accordance with such applicable terms and conditions relating thereto without further notice to or order of the Bankruptcy Court.

## Section 2.02    Professional Fee Claims

(a)        Final Fee Application and Payment of Professional Fee Claims

All requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Confirmation Date must be filed no later than forty-five (45) days after the Effective Date.  The Bankruptcy Court shall determine the Allowed amounts of such Professional Fee Claims after notice and a hearing in accordance with the procedures established by the Bankruptcy Court in the Chapter 11 Cases.  The Reorganized Debtors shall pay Professional Fee Claims in Cash in the amount the Bankruptcy Court allows, including from (but not limited by the estimates provided for in Section 2.02(c)) the Professional Fee Escrow Account.  Any objections to Professional Fee Claims must be filed and served on the

4865-3582-3548, v. 9

Debtors and the Reorganized Debtors and the requesting party no later than twenty-one days after service of the final request for payment of Professional Fee Claims.

        (b)      Professional Fee Escrow Account

Prior to the Effective Date, the Reorganized Debtors shall establish and fund the Professional Fee Escrow Account with Cash equal to the Professional Fee Amount. The Professional Fee Escrow Account shall be maintained in trust solely for the Professionals. Such funds shall not be considered property of the Estates of the Debtors or the Reorganized Debtors other than the Reorganized Debtors' reversionary interest therein. The amount of Professional Fee Claims owing to the Professionals on and after the Confirmation Date shall be paid in Cash to such Professionals from funds held in the Professional Fee Escrow Account, without interest or other earnings therefrom, as soon as reasonably practicable after such Claims are Allowed by a Bankruptcy Court order. When all Allowed amounts owing to Professionals have been paid in full, any remaining amount in the Professional Fee Escrow Account shall promptly be paid to the Reorganized Debtors without any further action or order of the Bankruptcy Court.

        (c)      Professional Fee Amount Estimates

Professionals shall reasonably estimate their unpaid Professional Fee Claims and other unpaid fees and expenses incurred in rendering services to the Debtors before and as of the Effective Date and shall deliver such estimate to the Debtors no later than one (1) Business Day before the Effective Date; *provided*, *however*, that such estimates shall not be considered an admission, cap or limitation with respect to the fees and expenses of such Professional and such Professionals are not bound to any extent by the Estimates. If a Professional does not provide an estimate, the Debtors or Reorganized Debtors may estimate the unpaid and unbilled fees and expenses of such Professional; *provided*, *however*, that such estimate shall not be binding or considered an admission with respect to the fees and expenses of such Professional.

        (d)      Post-Confirmation Fees and Expenses

Except as otherwise specifically provided in the Plan, from and after the Confirmation Date, the Debtors shall, in the ordinary course of business and without any further notice to or action, order or approval of the Bankruptcy Court, pay in Cash the reasonable and documented legal, professional or other fees and expenses related to implementation of the Plan and Consummation, incurred by the Debtors or any Professional following the Confirmation Date. Upon the Confirmation Date, any requirement that Professionals comply with sections 327 through 331, 363 and 1103 of the Bankruptcy Code in seeking retention or compensation for services rendered after such date shall terminate, and the Debtors may employ and pay any Professional for services rendered or expenses incurred after the Confirmation Date in the ordinary course of business without any further notice to or action, order or approval of the Bankruptcy Court.

## Section 2.03   Priority Tax Claims

Except to the extent that a Holder of an Allowed Priority Tax Claim has been paid by the Debtors before the Effective Date, or the applicable Reorganized Debtor and such Holder agree to less favorable treatment, in full and final satisfaction, settlement, release and discharge of and in

- 19 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

exchange for each Allowed Priority Tax Claim, each Holder of an Allowed Priority Tax Claim shall receive, at the option of the Debtors, one of the following treatments: (i) Cash in an amount equal to the amount of such Allowed Priority Tax Claim within five (5) Business Days after the Effective Date; (ii) Cash in an aggregate amount of such Allowed Priority Tax Claim payable in regular installments over a period not to exceed five (5) years after the Petition Date, pursuant to section 1129(a)(9)(C) of the Bankruptcy Code; or (iii) such other treatment as may be agreed upon by such Holder and the Debtors or otherwise determined upon an order of the Bankruptcy Court.

The Reorganized Debtors shall have the right, in their sole discretion, to pay any Allowed Priority Tax Claim or any remaining balance of an Allowed Priority Tax Claim (together with accrued but unpaid interest) in full at any time on or after the Effective Date without premium or penalty.

## Section 2.04    DIP Facility

On the Effective Date, all Allowed DIP Lien Claims and DIP Superpriority Claims due and owing under the DIP Facility shall be the subject of the DIP Lien Conversion into Exit Facility Claims.

## Section 2.05    Statutory Fees

The Debtors shall pay in full, in Cash, any fees due and owing to the U.S. Trustee, including quarterly fees payable under 28 U.S.C. §1930(a)(6), plus interest due and payable under 31 U.S.C. § 3717 (if any), on all disbursements, including Plan payments and disbursements in and outside the ordinary course of the Debtors' business at the time of Confirmation.  On and after the Effective Date, to the extent the Chapter 11 Cases remain open, and for so long as any Reorganized Debtor remains obligated to pay quarterly fees, such Reorganized Debtor shall pay the applicable U.S. Trustee fees for that Reorganized Debtor when due in the ordinary course until such time as the Bankruptcy Court enters a final decree in the Reorganized Debtors' Chapter 11 Cases.

## ARTICLE III
## CLASSIFICATION AND TREATMENT OF CLAIMS AND INTERESTS

## Section 3.01    Deemed Substantive Consolidation

The Plan shall serve as a motion by the Debtors seeking entry of a Bankruptcy Court order deeming the substantive consolidation of the Debtors' Estates into a single Estate for certain limited purposes related to the Plan, including voting, Confirmation and distribution.  As a result of the deemed substantive consolidation of the Estates, each Class of Claims and Interests will be treated as against a single consolidated Estate without regard to the separate legal existence of the Debtors.  The Plan will not result in the merger or otherwise affect the separate legal existence of each Debtor, other than with respect to voting and distribution rights under the Plan.

- 20 -

4865-3582-3548, v. 9

**Section 3.02    Classification of Claims and Interests**

Except for the Claims addressed in Article II of the Plan, all Claims and Interests are classified in the Classes set forth below in accordance with sections 1122 and 1123(a)(1) of the Bankruptcy Code.  A Claim or Interest is in a particular Class for the purposes of voting on, and receiving distributions pursuant to, the Plan only to the extent that such Claim or Interest is an Allowed Claim or Allowed Interest in that Class, and such Claim or Interest has not been paid, released, withdrawn or otherwise settled before the Effective Date.  A Claim or Interest shall be deemed classified in a particular Class only to the extent that the Claim or Interest qualifies within the description of that Class and shall be deemed classified in a different Class to the extent that any remainder of such Claim or Interest qualifies within the description of such different Class.

**Section 3.03    Summary of Classification for the Reorganized Debtors**

The following chart represents the general classification of Claims and Interests for the Debtors pursuant to the Plan.  To the extent there are no Allowed Claims or Allowed Interests in a particular Class, such Class is deemed to be omitted with respect to the Debtors.

| CLASS | CLAIM | IMPAIRMENT | ENTITLED TO VOTE |
|:---:|---|:---:|:---:|
| 1 | Prepetition Lien Claims | Impaired | Yes |
| 2 | Vendor Secured Claims | Unimpaired | No (deemed to accept) |
| 3 | Other Secured Claims | Unimpaired | No (deemed to accept) |
| 4 | Other Priority Claims | Unimpaired | No (deemed to accept) |
| 5 | General Unsecured Trade Claims | Impaired | Yes |
| 6 | Other General Unsecured Claims | Impaired | No (deemed to reject) |
| 7 | Noteholder Claims | Impaired | Yes |
| 8 | Seller Note Claims | Impaired | No (deemed to reject) |
| 9 | Convenience Class Claims | Impaired | Yes |
| 10 | Intercompany Claims | Impaired | No |

- 21 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

| CLASS | CLAIM | IMPAIRMENT | ENTITLED TO VOTE |
|---|---|---|---|
| | | | (deemed to reject) |
| 11 | Intercompany Interests | Unimpaired | No<br>(deemed to accept) |
| 12 | Equity Interests in Optio Rx | Impaired | No<br>(deemed to reject) |

**Section 3.04    Classification and Treatment of Claims and Interests**

Subject to Section 3.05 to the extent applicable, each Holder of an Allowed Claim or Allowed Interest, as applicable, shall receive under the Plan the treatment described below in full and final satisfaction, settlement, release and discharge of and in exchange for such Holder's Allowed Claim or Allowed Interest, except to the extent different treatment is agreed to by the (i) Reorganized Debtors and, to the extent applicable under the Restructuring Support Agreement, the Consenting Lenders, and (ii) the Holder of such Allowed Claim or Allowed Interest, as applicable. Unless otherwise indicated, the Holder of an Allowed Claim or Allowed Interest, as applicable, shall receive such treatment on the Effective Date or as soon as reasonably practicable thereafter or as soon as practicable after a particular Claim or Interest becomes Allowed.

(a)    Class 1 – Prepetition Lien Claims

*Classification*: Class 1 consists of any Prepetition Lien Claims against the Debtors.

*Treatment:* Except to the extent that a Holder of an Allowed Prepetition Lien Claim agrees to less favorable treatment of its Allowed Claim, in full and final satisfaction, settlement, release, and discharge of and in exchange for each Allowed Prepetition Lien Claim, each such Holder shall receive the following treatment in accordance with the Restructuring Support Agreement and the Plan Term Sheet:

i.    in connection with the Prepetition Lien Conversion, (a) a portion of the Holder's respective Prepetition Lien Claims shall constitute first-priority, perfected, enforceable and unavoidable Exit Facility Claims in full force and effect, which Exit Facility Claims and Exit Facility Liens shall be first-priority, enforceable, unavoidable and automatically perfected by virtue of entry of the Confirmation Order; *provided, however*, on the Effective Date, each of the Holders of the Prepetition Lien Claims shall (i) provide their proportionate share of the GUC Trade Gift to the holders of allowed General Unsecured Claims and (ii) provide their proportionate share of the GUC Opt-In Gift, as applicable; and (b)(i) on the Effective Date, the Holder shall receive its respective portion of the

- 22 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Prepetition Lien Conversion Equity, and which shall fully vest and be entitled to such rights as may be detailed in the New Governance Documents and which on the Effective Date, except for the equity shares or units to be issued to the Noteholders pursuant to the Aves Settlement Agreement, shall constitute all of the issued and outstanding equity shares or units, subject to the management incentive plan.

*Impairment and Voting*: Class 1 is Impaired under the Plan, and the Holders thereof are entitled to vote to accept or reject the Plan.

(b)    Class 2 – Vendor Secured Claims

*Classification*:  Class 2 consists of the Vendor Secured Claims against the Debtors.

*Treatment*: On the Effective Date, each Holder of an Allowed Vendor Secured Claims shall receive, in full satisfaction of such claim, at the election of the Reorganized Debtors: (a) Cash payment in full on the Effective Date, or as soon as reasonably practicable thereafter, in satisfaction of their respective allowed Secured Claims; (b) receive the return of their collateral; or (c) receive such other treatment as the Reorganized Debtors and such vendor agree.

*Impairment and Voting*: Class 2 is Unimpaired under the Plan.  Holders of Allowed Claims in Class 2 are conclusively presumed to have accepted the Plan pursuant to section 1126(f) of the Bankruptcy Code.  Therefore, such Holders are not entitled to vote to accept or reject the Plan, and the votes of such Holders will not be solicited with respect to such Claims.

(c)    Class 3 – Other Secured Claims

*Classification*:  Class 3 consists of all Other Secured Claims against the Debtors.

*Treatment*:  Each Holder of an Allowed Other Secured Claim shall receive Cash on the Effective Date, or as soon as reasonably practicable thereafter, in an amount equal to such Allowed Other Secured Claim.

*Impairment and Voting*: Class 3 is Unimpaired under the Plan.  Holders of Allowed Claims in Class 3 are conclusively presumed to have accepted the Plan pursuant to section 1126(f) of the Bankruptcy Code.  Therefore, such Holders are not entitled to vote to accept or reject the Plan, and the votes of such Holders will not be solicited with respect to such Claims.

(d)    Class 4 – Other Priority Claims

*Classification*:  Class 4 consists of all Other Priority Claims against the Debtors.

- 23 -

*Treatment*:  Each Holder of an Allowed Other Priority Claim shall receive Cash on the Effective Date, or as soon as reasonably practicable thereafter, in an amount equal to such Allowed Other Priority Claim.

*Impairment and Voting*:  Class 4 is Unimpaired under the Plan.  Holders of Allowed Claims in Class 4 are conclusively presumed to have accepted the Plan pursuant to section 1126(f) of the Bankruptcy Code.  Therefore, such Holders are not entitled to vote to accept or reject the Plan, and the votes of such Holders will not be solicited with respect to such Claims.

(e)    Class 5 – General Unsecured Trade Claims

*Classification*:  Class 5 consists of all General Unsecured Trade Claims against the Debtors.

*Treatment:*  The Holders of Allowed General Unsecured Trade Claims are impaired by the Plan and shall, by virtue of the GUC Trade Gift, (x) on the Effective Date, receive [80%-95%] of their respective Allowed General Unsecured Trade Claim and (y) on the one-year anniversary of the Effective Date, receive the remaining [5%-20%] of their respective Allowed General Unsecured Trade Claim.

*Impairment and Voting*:  Class 5 General Unsecured Trade Claims are Impaired, and the Holders thereof are entitled to vote to accept or reject the Plan.

*GUC Opt-In Gift*:  The Holders of Allowed General Unsecured Trade Claims may also be entitled to receipt of their respective share of the GUC Opt-In Gift to the extent such Holder of an Allowed General Unsecured Trade Claim (i) votes to accept the Plan and (ii) opts-in to the releases in favor of the Released Parties.

(f)    Class 6 – Other General Unsecured Claims

*Classification*:   Class 6 consists of Other General Unsecured Claims against the Debtors.

*Treatment*: On the Effective Date, all Other General Unsecured Claims shall be cancelled, released, and extinguished without any distribution.

*Impairment and Voting*:  Class 6 is Impaired under the Plan.  Holders of Claims in Class 6 are conclusively presumed to have rejected the Plan pursuant to section 1126(g) of the Bankruptcy Code.  Therefore, such Holders are not entitled to vote to accept or reject the Plan, and the votes of such Holders will not be solicited with respect to such Claims.

- 24 -

4865-3582-3548, v. 9

(g)    <u>Class 7 – Noteholder Claims</u>

*Classification*:  Class 7 consists of Noteholder Claims against the Debtors.

*Treatment*: On the Effective Date, (A) provided Aves and each of the Noteholders votes to accept the Plan, the Noteholders shall receive, all as set forth in the Aves Settlement Agreement, (i) the Cash Consideration, (ii) 1.5% of the common equity in Online Pharmacy Holdings LLC (prior to dilution for any management incentive plan), allocated pro rata to the Noteholders, and (iii) $3,000,000 (subject to the DIP Lender Clawback) in aggregate liquidation preference of junior preferred equity in Online Pharmacy Holdings LLC, allocated pro rata to the Noteholders; or (B) if any of Aves or any Noteholder does not vote to accept the Plan, then Class 7 shall receive no distribution under the Plan and retain no property of any Debtor

*Impairment and Voting*: Class 7 is Impaired under the Plan and the Holders thereof are entitled to vote to accept or reject the Plan.

(h)    <u>Class 8 – Seller Note Claims</u>

*Classification*:  Class 8 consists of Seller Note Claims against the Debtors.

*Treatment*: On the Effective Date, all Seller Note Claims shall be cancelled, released, and extinguished without any distribution.

*Impairment and Voting*:  Class 8 is Impaired under the Plan.  Holders of Claims in Class 8 are conclusively presumed to have rejected the Plan pursuant to section 1126(g) of the Bankruptcy Code.  Therefore, such Holders are not entitled to vote to accept or reject the Plan, and the votes of such Holders will not be solicited with respect to such Claims.

(i)    <u>Class 9 – Convenience Class Claims</u>

*Classification*:   Class 9 consists of all Convenience Class Claims against the Debtors.

*Treatment*: The Holders of Allowed Convenience Claims shall, on the later of (i) the Effective Date and (ii) the date that is ten (10) business days after such Convenience Claim becomes an Allowed Claim, in full and final satisfaction of such Claim, receive payment in Cash equal to the lesser of (x) 100% of the Allowed amount of such Convenience Claim and (y) such Holder's pro rata share of the pool of Convenience Claims.

*Impairment and Voting*:  Class 9 Convenience Class Claims are Impaired, and the Holders thereof are entitled to vote to accept or reject the Plan.

- 25 -

4865-3582-3548, v. 9

(j)      Class 10 – Intercompany Claims

*Classification*:  Class 10 consists of all Intercompany Claims.

*Treatment*: On the Effective Date, all Intercompany Claims shall be cancelled, released, and extinguished without any distribution.

*Impairment and Voting*:  Class 10 is Impaired under the Plan.  Holders of Claims in Class 10 are conclusively presumed to have rejected the Plan pursuant to section 1126(g) of the Bankruptcy Code.  Therefore, such Holders are not entitled to vote to accept or reject the Plan, and the votes of such Holders will not be solicited with respect to such Claims.

(k)      Class 11 – Intercompany Interests

*Classification*:  Class 11 consists of all Intercompany Interests.

*Treatment*: Each Allowed Intercompany Interest shall be, at the option of the applicable Debtor(s), and with the consent of the Consenting Lenders, which consent shall not be unreasonably withheld, either (a) Reinstated or (b) canceled and released.

*Impairment and Voting*:  Class 11 is Unimpaired under the Plan.  Holders of Allowed Interests in Class 11 are conclusively presumed to have accepted the Plan pursuant to section 1126(f) of the Bankruptcy Code.  Therefore, such Holders are not entitled to vote to accept or reject the Plan, and the votes of such Holders will not be solicited with respect to such Interests.

(l)      Class 12 – Equity Interests in Optio Rx

*Classification*:  Class 12 consists of all Equity Interests in Optio Rx.

*Treatment*:   On the Effective Date, all Equity Interests in Optio Rx shall be cancelled, released, and extinguished.

*Impairment and Voting:* Class 12 is Impaired under the Plan.  Holders of Claims in Class 12 are conclusively presumed to have rejected the Plan pursuant to section 1126(g) of the Bankruptcy Code.  Therefore, such Holders are not entitled to vote to accept or reject the Plan, and the votes of such Holders will not be solicited with respect to such Claims.

**Section 3.05   Special Provisions Regarding Reinstated Unimpaired Claims**

Except as otherwise provided in the Plan, the Plan Supplement, the Restructuring Support Agreement or in the Confirmation Order, nothing in the Plan shall affect any, and the Debtors and the Reorganized Debtors shall retain all, rights regarding legal and equitable defenses, counterclaims, rights to setoff, and rights to recoupment, if any, as to Unimpaired Claims that are

- 26 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Reinstated.  Holders of Unimpaired Claims that are Reinstated shall not be required to file a proof of claim with the Bankruptcy Court and shall retain all their rights under applicable nonbankruptcy law to pursue their Unimpaired Claims.  Notwithstanding anything to the contrary in the Plan, subject to Article VII, Unimpaired Claims shall not be deemed settled, satisfied, resolved, released, discharged, barred or enjoined by any provision of the Plan, unless and until such Unimpaired Claim has been either (a) paid in full (i) on terms agreed to between the Holder of such Unimpaired Claim and the Debtors or the Reorganized Debtors, as applicable, (ii) in the Allowed amount of such Unimpaired Claim as determined by applicable law or (iii) in accordance with the terms and conditions of the applicable documentation or laws giving rise to such Unimpaired Claim or (b) otherwise satisfied or disposed of as determined by a court of competent jurisdiction.  If the Debtors or the Reorganized Debtors, as applicable, disputes any Unimpaired Claim, such dispute shall be determined, resolved or adjudicated pursuant to applicable non-bankruptcy law.

**Section 3.06    Voting Classes, Presumed Acceptance by Non-Voting Classes**

Pursuant to section 1126(c) of the Bankruptcy Code, and except as otherwise provided in section 1126(e) of the Bankruptcy Code, an Impaired Class of Claims has accepted the Plan if the holders of at least two-thirds in dollar amount and more than one-half in number of the Allowed Claims in such Class actually voting have voted to accept the Plan.  If a Class contains Claims or Interests eligible to vote and no Holders of Claims or Interests eligible to vote in such Class vote to accept or reject the Plan, the Holders of such Claims or Interests in such Class shall be deemed to have accepted the Plan.

**Section 3.07    Elimination of Vacant Classes**

Any Class of Claims or Interests that does not have a Holder of a Claim that is Reinstated, an Allowed Claim or Allowed Interest or a Claim or Interest temporarily Allowed by the Bankruptcy Court as of the date of the Confirmation Hearing shall be deemed eliminated from the Plan for purposes of voting to accept or reject the Plan and for purposes of determining acceptance or rejection of the Plan by such Class pursuant to section 1129(a)(8) of the Bankruptcy Code.

**Section 3.08    Controversy Concerning Impairment**

If a controversy arises as to whether any Claims or Interests, or any Class of Claims or Interests, are Impaired, the Bankruptcy Court shall, after notice and a hearing, determine such controversy on or before the Confirmation Date.

**Section 3.09    Intercompany Interests**

To the extent retained under the Plan, distributions on account of Intercompany Interests are not being received by Holders of such Intercompany Interests on account of their Intercompany Interests but solely for administrative convenience and due to the importance of maintaining the prepetition corporate structure.

4865-3582-3548, v. 9

## Section 3.10    Subordinated Claims

The allowance, classification and treatment of all Allowed Claims and Allowed Interests and the respective distributions and treatments under the Plan take into account and conform to the relative priority and rights of the Claims and Interests in each Class in connection with any contractual, legal and equitable subordination rights relating thereto, whether arising under general principles of equitable subordination, section 510(b) of the Bankruptcy Code, or otherwise. Pursuant to Section 510 of the Bankruptcy Code, and subject to the Restructuring Support Agreement, the Debtors or the Reorganized Debtors, as applicable, reserve the right to re-classify any Allowed Claim in accordance with any contractual, legal or equitable subordination relating thereto.

## Section 3.11    Confirmation Pursuant to Sections 1129(a)(10) and 1129(b) of the Bankruptcy Code

The Debtors reserve the right, subject to the prior consent of the Consenting Lenders, to modify the Plan in accordance with Article IX hereof to the extent, if any, that Confirmation pursuant to section 1129(b) of the Bankruptcy Code requires modification, including the right to modify the treatment applicable to a Class of Claims to render such Class of Claims Unimpaired to the extent permitted by the Bankruptcy Code and the Bankruptcy Rules.

## ARTICLE IV
## MEANS FOR IMPLEMENTATION OF THE PLAN

## Section 4.01    Restructuring Transactions

On the Effective Date, and pursuant to the Plan, the Debtors or the Reorganized Debtors, as applicable, shall (as agreed to by the Consenting Lenders consistent with the terms of the Restructuring Support Agreement) consummate the Restructuring Transactions set forth in the Plan Term Sheet in order to effectuate the Debtors' financial reorganization consistent with the terms of the Plan.  Without limiting the foregoing, before, on or as soon as reasonably practicable after the Effective Date, the Debtors or the Reorganized Debtors, as applicable, and their respective officers and members of the Governing Body, may take all actions as may be necessary or appropriate to effect any transaction described in, approved by, contemplated by, or necessary to effectuate the Plan that are consistent with and pursuant to the terms and conditions of the Plan, including: (i) the execution, delivery, filing, registration or recordation of any appropriate agreements or other documents of merger, consolidation, restructuring, conversion, disposition, transfer, formation, organization, dissolution, or liquidation containing terms that are consistent with the terms of the Plan, the Plan Supplement and the Restructuring Support Agreement; (ii) the execution, delivery, filing, registration or recordation of appropriate instruments of transfer, assignment, assumption, or delegation of any asset, property, right, liability, debt, or obligation on terms consistent with the terms of the Plan, the Plan Supplement and the Restructuring Support Agreement and having other terms to which the applicable Entities may agree; (iii) the execution, delivery and filing, if applicable, of appropriate certificates or articles of incorporation, formation, reincorporation, merger, consolidation, conversion, or dissolution pursuant to applicable state law, including any applicable New Governance Documents; (iv) such other transactions that are

- 28 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

required to effectuate the Restructuring Transactions; and (v) all other actions that the applicable Entities determine to be necessary or appropriate, including making filings or recordings that may be required by applicable law; provided that all such actions are consented to by the Consenting Lenders, which consent shall not be unreasonably withheld. Pursuant to sections 363 and 1123 of the Bankruptcy Code, the Confirmation Order shall be deemed to authorize, among other things, all actions as may be necessary or appropriate to effect any transaction described in, approved by, contemplated by or necessary to effectuate the Plan. The authorizations and approvals contemplated by this Section 4.01 shall be effective notwithstanding any requirements under non-bankruptcy law.

**Section 4.02    Sources of Cash for Plan Distributions**

Any Cash payments or distributions required to be made hereunder shall be obtained from existing Cash of the Debtors and the Exit Facility.

**Section 4.03    Exit Facility**

The exit term loan (the "Exit Term Loan") to be entered into by the applicable Reorganized Debtors on the Effective Date shall contain, among other things, the following terms: (a) the Exit Term Loan will not have scheduled amortization prior to maturity; and (b) the applicable Reorganized Debtors will have the ability to pay interest on the Exit Term Loan in kind as additional loans under the Exit Term Loan, rather than in cash, based on conditions to be determined, which additional loans will be on par with the priority of the Exit Term Loan.

**Section 4.04    Junior Preferred Equity**

The junior preferred equity in Online Pharmacy Holdings LLC (the "Preferred Equity") shall have the following terms, and otherwise be reasonably acceptable to the Prepetition Secured Lenders and Aves: (a) junior in right of payment to the junior preferred equity to be received by the Last Out Holder on the Effective Date, (b) the Preferred Equity will accrue dividends (which will be payable in kind) at a rate equal to the interest rate applicable to the last out term loans under the Exit Term Loan, which accrued dividends and additional Preferred Equity will be on par with the priority of the Preferred Equity, (c) as long as the Preferred Equity is outstanding, Online Pharmacy Holdings LLC will be subject to (with customary exceptions and other exceptions to be agreed) (i) limitations on non-arm's length affiliate transactions, (ii) limitations on adverse or disproportionate amendments to operating agreement, and (iii) limitations on common equity dividends and repurchases, (d) the Preferred Equity shall have customary preemptive and tag along rights, and (e) so long as the Noteholders hold any Preferred Equity, such Noteholders shall have reasonable reporting and information rights to be agreed.

**Section 4.05    Continued Corporate Existence**

Except as otherwise provided in the Plan, the Debtors, as Reorganized Debtors, shall continue to exist after the Effective Date as separate corporate entities, limited liability companies, partnerships or other form, with all the powers of a corporation, limited liability company,

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

partnership or other form, pursuant to the applicable law in the jurisdiction in which the Debtors are incorporated or formed pursuant to the New Governance Documents.

**Section 4.06    Existing Governance Documents**

On or as soon as reasonably practicable after the Effective Date, subject in each case to the consent rights of the Consenting Lenders as set forth in the Restructuring Support Agreement, the Existing Governance Documents of the Debtors in effect prior to the Effective Date shall be amended or restated and replaced by the New Governance Documents.   Solely to the extent required under the Plan, the Bankruptcy Code, or applicable non-bankruptcy law or necessary to effectuate the transactions contemplated by the Plan, on or immediately prior to the Effective Date, the Reorganized Debtors shall file the New Governance Documents (in a manner acceptable to the Debtors and the Consenting Lenders and consistent with the Restructuring Support Agreement) with the applicable Secretary of State and/or other applicable authorities in the state of incorporation or formation or otherwise (as the case may be) in accordance with the applicable federal laws or state laws of the respective state.   The New Governance Documents shall be deemed to be amended pursuant to the Plan and shall require no further action or approval (other than any requisite filings required under applicable non-bankruptcy law).   The New Governance Documents shall be in the form filed with the Plan Supplement, shall be as set forth in the Governance Term Sheet and shall be acceptable in form and substance to the Consenting Lenders. After the Effective Date, the Reorganized Debtors may amend and restate their New Governance Documents, as applicable, and may file such documents as permitted by the laws of the respective states without further authorization from the Bankruptcy Court.

**Section 4.07    Members of the Governing Bodies**

As of the Effective Date, and subject to the Restructuring Support Agreement, the existing members of the Reorganized Debtors' Governing Bodies shall remain in their current capacities as members of such Governing Body of the applicable Reorganized Debtor, unless or until replaced or removed in accordance with the New Governance Documents of the Reorganized Debtors in the sole discretion of such Reorganized Debtor.   To the extent any such officer of the Reorganized Debtors is an "insider" as defined in section 101(31) of the Bankruptcy Code, the nature of any compensation to be paid to such trustee and officer shall also be disclosed in the Plan Supplement.

**Section 4.08    Vesting of Assets in the Reorganized Debtors**

Except as otherwise provided in the Plan, the Restructuring Support Agreement or any agreement, instrument or other document incorporated therein, on the Effective Date, all property of the Estates and all Causes of Action of the Debtors (except those released pursuant to the Debtor Releases) shall vest in the applicable Reorganized Debtor, free and clear of all Liens, Claims, charges or other encumbrances (except for Liens, if any, granted to secure the Reorganized Debtors' obligations under the Plan).   On and after the Effective Date, except as otherwise provided in the Plan, the Reorganized Debtors may operate their businesses and may use, acquire or dispose of property and compromise or settle any Claims, Interest or Causes of Action without supervision or approval by the Bankruptcy Court and free of any restrictions of the Bankruptcy

- 30 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Code or Bankruptcy Rules other than restrictions expressly imposed by the Plan or the Confirmation order.

## Section 4.09    Section 1145 Exemption

Except with respect to any Person that is an underwriter as defined in section 1145(b) of the Bankruptcy Code, the offer, issuance, sale or distribution under the Plan of the new preferred and common equity shares or units of Online Pharmacy Holdings LLC shall be exempt from registration under Section 5 of the Securities Act (or any State or local law requiring registration for offer or sale of a security) under section 1145 of the Bankruptcy Code.  The offer, issuance, sale or distribution under the Plan of the new preferred and common equity shares or units of Online Pharmacy Holdings LLC will be subject to the restrictions on resale of securities held by Affiliates of an issuer.

## Section 4.10    Cancellation and Surrender of Instruments and Agreements

On the Effective Date, except for the purpose of evidencing a right to and allowing Holders of Claims and Interests to receive a distribution under the Plan or to the extent otherwise specifically provided for in the Plan, (i) all rights of any Holder of Interests in the Debtors, including options or warrants to purchase Interests, or obligating the Debtors to issue, transfer or sell Interests in the Debtors, shall be cancelled; and (ii) all Seller Notes, Notes and indentures of the Debtors shall cease to be effective, and Aves Management LLC, as Administrative Agent under the Note Purchase Agreement shall not have any continuing duties or obligations thereunder and shall be discharged.

## Section 4.11    Corporate Action

Upon the Effective Date, all actions contemplated by the Plan shall be deemed authorized and approved in all respects, including (i) to the extent undertaken, selection and appointment of the members of the Governing Body and officers of the Reorganized Debtors; (ii) adoption of or modification to the Existing Governance Documents, if required; (iii) the assumption or assumption and assignment, as applicable, of Executory Contracts and Unexpired Leases; (iv) implementation of the Restructuring Transactions; and (v) all other actions contemplated by the Plan (whether to occur before, on or after the Effective Date).  All matters provided for in the Plan involving the corporate structure of the Debtors or the Reorganized Debtors, and any corporate action required by the Debtors or the Reorganized Debtors in connection with the Plan (including the grant of security interests set forth in the Plan) shall be deemed to have occurred and shall be in effect, without any requirement of further action by the security holders, the members of the Governing Body or officers of the Debtors or the Reorganized Debtors.  On or (as applicable) prior to the Effective Date, the appropriate officers of the Debtors or the Reorganized Debtors, as applicable, shall be authorized and (as applicable) directed to issue, execute and deliver the agreements, documents, securities, and instruments contemplated under the Plan (or necessary or desirable to effect the transactions contemplated under the Plan) in the name of and on behalf of the Reorganized Debtors.  The authorizations and approvals contemplated by this Section 4.11 shall be effective notwithstanding any requirements under nonbankruptcy law.

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

**Section 4.12    Section 1146 Exemption from Certain Taxes and Fees**

To the fullest extent permitted by section 1146(a) of the Bankruptcy Code, any transfers (whether from the Debtors to the Reorganized Debtors or to any other Person) of property under the Plan or pursuant to: (i) the issuance, reinstatement, distribution, transfer or exchange of any debt, Equity Security, or other interest in the Debtors or the Reorganized Debtors; (ii) the Restructuring Transactions; (iii) the creation, modification, consolidation, assumption, termination, refinancing and/or recording of any mortgage, deed of trust, or other security interest or the securing of additional indebtedness by such or other means; (iv) the making, assignment or recording of any lease or sublease; or (v) the making, delivery or recording of any deed or other instrument of transfer under, in furtherance of, or in connection with, the Plan, including any deeds, bills of sale, assignments or other instrument of transfer executed in connection with any transaction arising out of, contemplated by or in any way related to the Plan, shall not be subject to any stamp tax or similar tax, and upon entry of the Confirmation Order, the appropriate state or local governmental officials or agents shall forego the collection of any such tax, recordation fee or governmental assessment and accept for filing and recordation any of the foregoing instruments or other documents without the payment of any such tax, recordation fee or governmental assessment.  All filing or recording officers (or any other Person with authority over any of the foregoing), wherever located and by whomever appointed, shall comply with the requirements of section 1146 of the Bankruptcy Code, shall forego the collection of any such tax or governmental assessment and shall accept for filing and recordation any of the foregoing instruments or other documents without the payment of any such tax or governmental assessment.

**Section 4.13    Preservation of Causes of Action**

In accordance with section 1123(b) of the Bankruptcy Code, and except where such Causes of Action have been expressly released (including, for the avoidance of doubt, pursuant to the Debtor Releases provided in Section 7.02 hereof), each of the Reorganized Debtors shall retain and may enforce all rights to commence and pursue, as appropriate, any and all Causes of Action, whether arising before or after the Petition Date, and each of the Reorganized Debtors' rights to commence, prosecute or settle such Causes of Action shall be preserved notwithstanding the occurrence of the Effective Date, other than the Causes of Action released by the Debtors pursuant to the releases and exculpations contained in the Plan, including in Article VII of the Plan, which shall be deemed released and waived by the Debtors and Reorganized Debtors as of the Effective Date.  Each of the Reorganized Debtors may pursue such Causes of Action, as appropriate, in accordance with the best interests of such Reorganized Debtor.  **No Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement or the Disclosure Statement to any Cause of Action against them as any indication that any of the Debtors or Reorganized Debtors, as applicable, will not pursue any and all available Causes of Action against them. Except with respect to Causes of Action as to which any of the Debtors or Reorganized Debtors have released any Person or Entity on or before the Effective Date (including pursuant to the Debtor Releases), each of the Debtors or Reorganized Debtors, as applicable, expressly reserve all rights to prosecute any and all Causes of Action against any Entity, except as otherwise expressly provided in the Plan.** Unless any Causes of Action against an Entity are expressly waived, relinquished, exculpated, released, compromised or settled in the Plan or a Bankruptcy Court order, each of the Reorganized Debtors expressly reserves all Causes of

- 32 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Action for later adjudication, and, therefore, no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable or otherwise) or laches, shall apply to such Causes of Action as a consequence of the Confirmation or Consummation. Each of the Reorganized Debtors shall have the exclusive right, authority and discretion to determine and to initiate, file, prosecute, enforce, abandon, settle, compromise, release, withdraw or litigate to judgment any such Causes of Action and to decline to do any of the foregoing without the consent or approval of any third party or further notice to or action, order or approval of the Bankruptcy Court.

## Section 4.14   Single Satisfaction of Claims

Holders of Allowed Claims may assert such Claims against the Debtors and such Claims shall be entitled to share in the recovery provided for the applicable Class of Claims against the Debtors based upon the full Allowed amount of the Claim. Notwithstanding the foregoing, in no case shall the aggregate value of all property received or retained under the Plan on account of Allowed Claims exceed 100% of the underlying Allowed Claim plus applicable interest.

<div align="center">

**ARTICLE V**
**TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

</div>

## Section 5.01   Assumption of Executory Contracts and Unexpired Leases

Except as otherwise provided in the Plan, or in any contract, instrument, release, indenture or other agreement or document entered into in connection with the Plan, each of the Debtors' Executory Contracts and Unexpired Leases shall be deemed assumed (or assumed and assigned to the respective Reorganized Debtor, as applicable) pursuant to sections 365(a) and 1123 of the Bankruptcy Code as of the Effective Date, unless such Executory Contract or Unexpired Lease: (i) was previously assumed or rejected by a Debtor, pursuant to a Final Order of the Bankruptcy Court; (ii) previously expired or terminated pursuant to its own terms; (iii) is the subject of a motion to reject filed on or before the Effective Date; or (iv) is identified on the Rejected Executory Contract and Unexpired Lease List. Entry of the Confirmation Order shall constitute a Bankruptcy Court order approving the assumptions, assumptions and assignments, or rejections of such Executory Contracts or Unexpired Leases as set forth in the Plan and the Rejected Executory Contract and Unexpired Lease List, as applicable, pursuant to sections 365(a) and 1123 of the Bankruptcy Code. Unless otherwise indicated, all assumptions or assumptions and assignments of Executory Contracts and Unexpired Leases pursuant to the Plan are effective as of the Effective Date, provided, however, no Seller Note shall be assumed. Each Executory Contract or Unexpired Lease assumed pursuant to the Plan or by Bankruptcy Court order but not assigned to a third party on or before the Effective Date shall re-vest in and be fully enforceable by the Reorganized Debtors in accordance with its terms, except as such terms may have been modified by such order or the provisions of the Plan. All assumed Executory Contracts or Unexpired Leases shall be enforceable by the Reorganized Debtors or such party such Executory Contract or Unexpired Lease was assigned to in accordance with their terms notwithstanding any provision in such contract or lease that prohibits, restricts or conditions assumption, assignment or transfer. Any provision in any such contract or lease that permits a Person to terminate or modify such agreement or to otherwise modify the rights of any of the Debtors or the Reorganized Debtors or assignee, as applicable,

<div align="center">- 33 -</div>

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

based on the filing of the Chapter 11 Cases or the financial condition of any of the Debtors or the Reorganized Debtors, as applicable, shall be unenforceable.  To the extent any provision in any Executory Contract or Unexpired Lease assumed, or assumed and assigned, pursuant to the Plan (including any "change of control" provision) restricts or prevents, or purports to restrict or prevent, or is breached or deemed breached by, any of the Debtors' assumption, or assumption and assignment, of such Executory Contract or Unexpired Lease, then such provision will be deemed modified such that the transactions contemplated by the Plan will not entitle the non-Debtor party or parties thereto to terminate such Executory Contract or Unexpired Lease or to exercise any other default-related rights with respect thereto.  After the Effective Date, each of the Reorganized Debtors shall have the right to terminate, amend or modify any contracts, including intercompany contracts, leases or other agreements without approval of the Bankruptcy Court.  Notwithstanding anything to the contrary in the Plan, the Debtors, or the Reorganized Debtors, as applicable, reserve the right to alter, amend, modify, or supplement the Rejected Executory Contract and Unexpired Lease List at any time through and including ninety days after the Effective Date.

**Section 5.02    Claims Based on Rejection of Executory Contracts or Unexpired Leases**

Entry of the Confirmation Order shall constitute a Bankruptcy Court order approving the rejections, if any, of any Executory Contracts or Unexpired Leases as provided for in the Plan or the Rejected Executory Contract and Unexpired Lease List, as applicable.  Unless otherwise provided by a Final Order of the Bankruptcy Court, all proofs of claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases, pursuant to the Plan or the Confirmation Order, if any, must be filed with the Solicitation Agent and served on the Reorganized Debtors no later than thirty days after the effective date of such rejection.

Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not filed with the Solicitation Agent within such time shall not be enforceable against the Debtors, the Reorganized Debtors, the Estates, or their property, without the need for any objection by the Debtors or Reorganized Debtors, or further notice to, action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, and be subject to the permanent injunction set forth in Section 7.06 of the Plan, notwithstanding anything in a proof of claim to the contrary.

All Claims arising from the rejection by any Debtor of any Executory Contract or Unexpired Lease pursuant to section 365 of the Bankruptcy Code shall be treated as a General Unsecured Claim pursuant to Section 3.04 of the Plan and may be objected to in accordance with the provisions of the Plan and the applicable provisions of the Bankruptcy Code and Bankruptcy Rules.

**Section 5.03    Cure of Defaults and Objections to Cure Amounts and Assumption for Executory Contracts and Unexpired Leases Assumed**

Any monetary defaults under each Executory Contract and Unexpired Lease to be assumed (or assumed and assigned to the respective Reorganized Debtor, as applicable) pursuant to the Plan shall be satisfied, pursuant to section 365(b)(1) of the Bankruptcy Code, by payment of the default

- 34 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

amount in Cash upon the Effective Date or in the ordinary course of business, subject to the limitation described below, or on such other terms as the parties to such Executory Contracts or Unexpired Leases may otherwise agree.  The Debtors shall provide notices of proposed cure amounts (if any) to counterparties to Executory Contracts and Unexpired Leases to be assumed reflecting the Debtors' intention to assume or assume and assign the Executory Contract or Unexpired Lease in connection with the Plan and setting forth the proposed cure amount (if any) or the Reorganized Debtors' ability to provide "adequate assurance of future performance thereunder" (within the meaning of section 365 of the Bankruptcy Code).  If a counterparty to any Executory Contract or Unexpired Lease that the Debtors or Reorganized Debtors intend to assume does not receive such a notice, the proposed cure amount for such executory contract or unexpired lease shall be deemed to be zero dollars ($0), subject to such counterparties' rights to dispute such proposed cure amount.  In the event of a dispute regarding (i) the amount of any payments to cure such a default, (ii) the ability of the Reorganized Debtors or any assignee to provide "adequate assurance of future performance" (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease to be assumed or (iii) any other matter pertaining to assumption, the cure payments required by section 365(b)(1) of the Bankruptcy Code shall be made following the entry of a Final Order or orders resolving the dispute and approving the assumption.  The cure notices shall include procedures for objecting to proposed assumptions of Executory Contracts and Unexpired Leases and any amounts of Cure Claims to be paid in connection therewith and resolution of disputes by the Bankruptcy Court.  Any objection by a counterparty to an Executory Contract or Unexpired Lease to a proposed assumption or related cure amount must be filed, served and actually received by counsel to the Debtors on the confirmation objection deadline or other deadline that may be set by the Bankruptcy Court.  Any counterparty to an Executory Contract or Unexpired Lease that fails to object timely to the proposed assumption or cure amount will be deemed to have assented to such assumption or cure amount.  Assumption of any Executory Contract or Unexpired Lease pursuant to the Plan or otherwise shall result in the full release and satisfaction of any Claims or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any assumed Executory Contract or Unexpired Lease at any time before the effective date of the assumption.  Any proof of claim filed with respect to an Executory Contract or Unexpired Lease that is assumed shall be deemed disallowed and expunged, without further notice to or action, order or approval of the Bankruptcy Court.

The payment of the cure amount shall be made following the entry of a Final Order or orders resolving the dispute and approving the assumption in the event of a dispute regarding: (i) the amount of any payments to cure such a default; (ii) the ability of the Reorganized Debtors or any assignee to provide adequate assurance of future performance under the Executory Contract or Unexpired Lease to be assumed; or (iii) any other matter pertaining to assumption.

The Debtor or the Reorganized Debtor, as applicable, shall be authorized to reject any executory contract or unexpired lease to the extent the Debtor or the Reorganized Debtor, as applicable, in the exercise of its sound business judgment, concludes that the amount of the Cure obligation as determined by Final Order or as otherwise finally resolved, renders assumption of such contract or lease unfavorable to the applicable Debtor's Estate or the Reorganized Debtor.

4865-3582-3548, v. 9

Such rejected contracts, if any, shall be deemed as listed on the Rejected Executory Contract and Unexpired Lease List.

**Section 5.04    Modifications, Amendments, Supplements, Restatements or Other Agreements**

Unless otherwise provided in the Plan or specifically provided in the Plan Supplement, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, restatements or other agreements that in any manner affect such Executory Contract or Unexpired Lease, and all Executory Contracts and Unexpired Leases related thereto, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal and any other interests, unless any of the foregoing agreements has been previously rejected or repudiated or is rejected or repudiated under the Plan.  Modifications, amendments, supplements and restatements to prepetition Executory Contracts and Unexpired Leases that have been executed by any of the Debtors during the Chapter 11 Cases shall not be deemed to alter the prepetition nature of the Executory Contract or Unexpired Lease, or the validity, priority or amount of any Claims that may arise in connection therewith.

**Section 5.05    Reservation of Rights**

Neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on the Rejected Executory Contract and Unexpired Lease List, nor anything contained in the Plan or Plan Supplement shall constitute an admission by the Debtors that any such contract or lease is in fact an Executory Contract or Unexpired Lease or that any Reorganized Debtor has any liability thereunder.  If there is a dispute regarding whether a contract or lease is or was executory or unexpired at the time of assumption or rejection, the relevant Debtor or Reorganized Debtor, as applicable, shall have thirty (30) calendar days following entry of a Final Order resolving such dispute to alter their treatment of such contract or lease, including by rejecting such contract or lease *nunc pro tunc* to the Confirmation Date.  The deemed assumption provided for herein shall not apply to any such contract or lease, and any such contract or lease shall be assumed or rejected only upon motion of the Debtors following the Bankruptcy Court's determination that the contract is executory or the lease is unexpired.

**Section 5.06    Contracts and Leases Entered Into After the Petition Date**

Contracts and leases entered into after the Petition Date by any of the Debtors, including any Executory Contracts and Unexpired Leases assumed by any Debtor (or assumed and assigned, as applicable), will be performed by such Debtor or Reorganized Debtor, or the Entity to which such Executory Contract or Unexpired Lease was assigned, as applicable, in the ordinary course of its business. Accordingly, such contracts and leases (including any assumed Executory Contracts and Unexpired Leases) will survive and remain unaffected by entry of the Confirmation Order except as otherwise provided in the Plan.

- 36 -

## Section 5.07    Assumption of Insurance Policies

Notwithstanding anything in the Plan or the Confirmation Order, including any provision that purports to be preemptory or supervening, the Insurance Policies (including all of the D&O Liability Insurance Policies) are hereby treated as Executory Contracts under the Plan and, on the Effective Date, shall be deemed assumed (and assigned to the Reorganized Debtors) under section 365 of the Bankruptcy Code and will re-vest in the Reorganized Debtors.  Regardless of whether any Insurance Policy is an Executory Contract, on and after the Effective Date, the Insurance Policies will remain valid and enforceable in accordance with their terms and shall not be impaired by the Plan or Confirmation Order, and the Debtors, the Reorganized Debtors or any such assignee, as applicable, and the Insurers will perform their respective obligations to one another, if any, under the Insurance Policies.  After the Effective Date, to the extent consistent with applicable law and New Governance Documents, the Reorganized Debtors (or any such assignee) may increase, reduce, restrict, or otherwise modify, in their sole discretion, the coverage under any D&O Liability Insurance Policy (including such tail coverage liability insurance) in effect as of the Effective Date, and all members, managers, directors, and officers of each of the Debtors who served in such capacity at any time prior to the Effective Date shall be entitled to the full benefits of any such policy for the full term of such policy (and all tail coverage related thereto) regardless of whether such members, managers, directors, and/or officers remain in such positions after the Effective Date.

Nothing in the Plan, the Plan Supplement, the Disclosure Statement, the Confirmation Order, or any other order of the Bankruptcy Court (including any other provision that purports to be preemptory or supervening), (1) alters, modifies, or otherwise amends the terms and conditions of (or the coverage provided by) any of such insurance policies or (2) alters or modifies the duty, if any, that the insurers or third party administrators pay claims covered by such insurance policies and their right to seek payment or reimbursement from the Debtors (or after the Effective Date, the Reorganized Debtors) or draw on any collateral or security therefor.  For the avoidance of doubt, insurers and third-party administrators shall not need to nor be required to file or serve a cure objection or a request, application, claim, proof of claim, or motion for payment and shall not be subject to any claims bar date or similar deadline governing cure amounts or Claims.

## Section 5.08    Assumption of the Employee Compensation and Benefits Program

Unless otherwise provided in the Plan (or the Plan Supplement), the Confirmation Order or any other order of the Bankruptcy Court in the Chapter 11 Cases, all employment agreements, severance policies, indemnification agreements, compensation and benefit plans, policies, and programs of the Company including, without limitation, all workers' compensation programs, savings plans, retirement plans, deferred compensation plans, SERP plans, rabbi trusts, healthcare plans, disability plans, severance benefit plans, incentive plans, life and accidental death and dismemberment insurance plans or other agreements with or applicable to any of its current or former employees, retirees, members of any Governing Body, officers or managers of the Debtors shall be treated as Executory Contracts under the Plan, shall be set forth in the Plan Supplement, and shall be deemed assumed (or assumed and assigned to the respective Reorganized Debtors, as applicable) pursuant to section 365(a) of the Bankruptcy Code as of the Effective Date.  For the avoidance of doubt, pursuant to section 1129(a)(13) of the Bankruptcy Code, from and after the

- 37 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Effective Date, all retiree benefits (as such term is defined in section 1114 of the Bankruptcy Code), if any, shall continue to be paid in accordance with applicable law.

**Section 5.09    Indemnification Obligations**

Consistent with applicable law, all indemnification provisions in place as of the Effective Date for the Released Parties only (whether in the by-laws, trust agreements, certificates of incorporation or formation, limited liability company agreements, limited partnership agreements, other governance documents, board resolutions, indemnification agreements, employment contracts or otherwise) for the current and former members of any Governing Body, directors, officers, managers, employees, attorneys, accountants, investment bankers and other professionals of, or acting on behalf of, any of the Debtors, as applicable, shall be reinstated and remain intact, irrevocable, and shall survive the Effective Date on terms no less favorable to such current and former members of any Governing Body, directors, officers, managers, employees, attorneys, accountants, investment bankers, and other professionals of, or acting on behalf of, any of the Debtors than the indemnification provisions in place prior to the Effective Date.

**Section 5.10    Nonoccurrence of Effective Date**

In the event that the Effective Date does not occur, the Bankruptcy Court shall retain jurisdiction with respect to any request to extend the deadline for assuming or rejecting Unexpired Leases, if any, pursuant to section 365(d)(4) of the Bankruptcy Code.

**ARTICLE VI**
**PROVISIONS GOVERNING DISTRIBUTIONS**

**Section 6.01    Record Date for Distributions**

With respect to Impaired Claims, on the Distribution Record Date, the Claims Register and the various transfer registers for each of the Classes of Claims, as maintained by the Debtors or their agents, shall be deemed closed, and there shall be no further changes made to reflect any new record holders of any Claims.  The Debtors shall have no obligation to recognize any transfer of Claims occurring on or after the Distribution Record Date.

**Section 6.02    Timing of Distributions**

Except as otherwise provided in the Plan, on the Effective Date (or if a Claim or Interest is not an Allowed Claim or Interest on the Effective Date, on the date that such a Claim or Interest becomes an Allowed Claim or Interest, or as soon as reasonably practicable thereafter), each Holder of an Allowed Claim against or an Allowed Interest in the Debtors shall receive the full amount of the distributions that the Plan provides for such an Allowed Claim or such an Allowed Interest in the applicable Class and in the manner provided herein.  In the event that any payment or act under the Plan is required to be made or performed on a date that is not a Business Day, then the making of such payment or the performance of such act may be completed on the next succeeding Business Day but shall be deemed to have been completed as of the required date. Except as otherwise provided herein, Holders of Claims shall not be entitled to interest, dividends

- 38 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

or accruals on the distributions provided for herein, regardless of whether such distributions are delivered on or at any time after the Effective Date.

**Section 6.03   Disbursing Agent**

The Debtors or Reorganized Debtors may retain a Disbursing Agent to assist with the distributions to be made under the Plan as directed by the Debtors or Reorganized Debtors. The Disbursing Agent shall make all distributions required under the Plan.

(a)     <u>Powers of the Disbursing Agent</u>

The Disbursing Agent shall be empowered to: (a) effect all actions and execute all agreements, instruments, and other documents necessary to perform its duties under the Plan; (b) make all distributions contemplated hereby; (c) employ professionals to represent it with respect to its responsibilities; and (d) exercise such other powers as may be vested in the Disbursing Agent by order of the Bankruptcy Court, pursuant to the Plan, or as deemed by the Disbursing Agent to be necessary and proper to implement the provisions hereof.

(b)     <u>Expenses Incurred On or After the Effective Date</u>

Except as otherwise ordered by the Bankruptcy Court, the amount of any reasonable fees and out of pocket expenses incurred by the Disbursing Agent on or after the Effective Date (including taxes) and any reasonable compensation and out of pocket expense reimbursement claims (including reasonable, actual, and documented attorney and/or other professional fees and expenses) made by the Disbursing Agent shall be paid in Cash by the Reorganized Debtors.  The Disbursing Agents shall submit detailed invoices to the Debtors or the Reorganized Debtors, as applicable, for all fees and expenses for which the Disbursing Agent seeks reimbursement, and the Debtors or the Reorganized Debtors, as applicable, shall pay those amounts that they deem reasonable, and shall object in writing to those fees and expenses, if any, that the Debtors or the Reorganized Debtors, as applicable, deem to be unreasonable.  In the event that the Debtors or the Reorganized Debtors, as applicable, object to all or any portion of the amounts requested to be reimbursed in a Disbursing Agent's invoice, the Debtors or the Reorganized Debtors, as applicable, and such Disbursing Agent shall endeavor, in good faith, to reach mutual agreement on the amount of the appropriate payment of such disputed fees and/or expenses.  In the event that the Debtors or the Reorganized Debtors, as applicable, and a Disbursing Agent are unable to resolve any differences regarding disputed fees or expenses, either party shall be authorized to move to have such dispute heard by the Bankruptcy Court.

**Section 6.04   Delivery of Distributions and Undeliverable or Unclaimed Distributions**

Except as otherwise provided in the Plan, distributions to Holders of Allowed Claims or Allowed Interests shall be made to Holders of record as of the Distribution Record Date by the Disbursing Agent: (i) to the signatory set forth on any proof of claim or proof of interest filed by such Holder or other representative identified therein (or at the last known addresses of such Holder if no proof of claim or proof of interest is filed or if the Debtors have not been notified in writing of a change of address); (ii) at the addresses set forth in any written notices of address changes delivered to the Reorganized Debtors or the applicable Disbursing Agent, as appropriate,

- 39 -

4865-3582-3548, v. 9

after the date of any related proof of claim or proof of interest; or (iii) on any counsel that has appeared in the Chapter 11 Cases on the Holder's behalf. Distributions under the Plan on account of Allowed Claims and Allowed Interests shall not be subject to levy, garnishment, attachment or like legal process, so that each Holder of an Allowed Claim or Interest shall have and receive the benefit of the distributions in the manner set forth in the Plan. None of the Debtors, the Reorganized Debtors and the applicable Disbursing Agent shall incur any liability whatsoever on account of any distributions under the Plan except for fraud, gross negligence, or willful misconduct.

## Section 6.05    Fractional Distributions

Whenever any payment of a fraction pursuant to the Plan would otherwise be required, the actual payment shall reflect a rounding of such fraction to the nearest whole share (up or down), with half or less being rounded down. Whenever any payment of Cash of a fraction of a dollar pursuant to the Plan would otherwise be required, the actual payment shall reflect a rounding of such fraction to the nearest whole dollar (up or down), with half dollars or less being rounded down.

## Section 6.06    Undeliverable Distributions and Unclaimed Property

In the event that any distribution to any Holder of Claim or Interest is returned as undeliverable, no distribution to such Holder shall be made unless and until the Disbursing Agent has determined the then current address of such Holder, at which time such distribution shall be made as soon as practicable after such distribution has become deliverable or has been claimed to such Holder without interest; *provided, however*, that such distributions shall be deemed unclaimed property under section 347(b) of the Bankruptcy Code and forfeited at the expiration of six months from the applicable Distribution Date. After such date, all "unclaimed property" or interests in property shall revert to the Reorganized Debtors (notwithstanding any applicable federal or state escheat, abandoned or unclaimed property laws to the contrary), and the Claim of any Holder to such property or Interest in property shall be discharged and forever barred. Notwithstanding the foregoing under of the Plan, any Unimpaired Claims shall not be deemed settled, satisfied, resolved, released, discharged, barred or enjoined by any provision of the Plan, unless and until such Unimpaired Claim has been either (a) paid in full (i) on terms agreed to between the holder of such Unimpaired Claim and the Debtors or the Reorganized Debtors, as applicable, (ii) in the Allowed amount of such Unimpaired Claim as determined by applicable law or (iii) in accordance with the terms and conditions of the applicable documentation or laws giving rise to such Unimpaired Claim or (b) otherwise satisfied or disposed of as determined by a court of competent jurisdiction. If the Debtors or the Reorganized Debtors dispute any Unimpaired Claim, such dispute shall be determined, resolved or adjudicated pursuant to applicable non-bankruptcy law.

## Section 6.07    Manner of Payment

At the option of the Disbursing Agent, any Cash payment to be made under the Plan may be made by check or wire transfer or as otherwise required or provided in applicable agreements

- 40 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

**Section 6.08    Compliance with Tax Requirements and Allocations**

In connection with the Plan and all instruments issued in connection therewith, to the extent applicable, the Reorganized Debtors and the Disbursing Agent shall comply with all tax withholding and reporting requirements imposed on them by any federal, state or local taxing authority, and all distributions pursuant to the Plan shall be subject to such withholding and reporting requirements.    Notwithstanding any provision in the Plan to the contrary, the Reorganized Debtors and the Disbursing Agent shall be authorized to take all actions necessary or appropriate to comply with such withholding and reporting requirements, including liquidating a portion of the distribution to be made under the Plan to generate sufficient funds to pay applicable withholding taxes, withholding distributions pending receipt of information necessary to facilitate such distributions, or establishing any other mechanisms they determine in good faith are reasonable and appropriate.    The Reorganized Debtors reserve the right, in their sole discretion, to allocate all distributions made under the Plan in compliance with all applicable wage garnishments, alimony, child support, other spousal awards, Liens, and encumbrances.    For the avoidance of doubt, any amounts withheld pursuant to this Section 6.08 shall be treated as if distributed to the Holder of the Allowed Claim.

Any Holder of an Impaired Claim entitled to receive any property as an issuance or distribution under the Plan shall, upon request by the Disbursing Agent, provide an appropriate Form W-9 or (if the payee is a foreign Person) Form W-8.    If such request is made and such Holder of an Impaired Claim fails to comply before the date that is 180 days after the request is made, the amount of such distribution shall irrevocably revert to the Debtors or the Reorganized Debtors, as applicable, and any Claim in respect of such distribution shall be discharged and forever barred from assertion against the Debtors, the Reorganized Debtors and their respective property.

**Section 6.09    Allocation Between Principal and Interest**

Except as otherwise provided in the Plan, for U.S. federal income tax purposes, distributions shall be allocated first to the principal amount of such Allowed Claims (as determined for U.S. federal income tax purposes), with any excess allocated to unpaid interest that accrued on such Claims.

**Section 6.10    Setoffs and Recoupment**

Except as otherwise provided in the Plan and Confirmation Order, the Debtors and the Reorganized Debtors may, pursuant to the Bankruptcy Code (including section 553 of the Bankruptcy Code), applicable non-bankruptcy law, or as may be agreed to by the Holder of a Claim, withhold (but not set off except as set forth in the Plan) from the distributions called for under the Plan on account of any Allowed Claim an amount equal to any claims, equity interests, rights and Causes of Action of any nature that the Debtors or the Reorganized Debtors may hold against the Holder of any such Allowed Claim or Interest.    In the event that any such claims, equity interests, rights and Causes of Action of any nature that the Debtors or the Reorganized Debtors may hold against the holder of any such Allowed Claim or Interest are adjudicated by Final Order or otherwise resolved, the Debtors may, pursuant to section 553 of the Bankruptcy Code or applicable non-bankruptcy law, set off against any Allowed Claim or Interest and the distributions

- 41 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

to be made pursuant hereto on account of such Allowed Claim (before any distribution is made on account of such Allowed Claim or Interest) the amount of any adjudicated or resolved claims, equity interests, rights and Causes of Action of any nature that any of the Debtors or the Reorganized Debtors may hold against the Holder of any such Allowed Claim or Interest, but only to the extent of such adjudicated or resolved amount.  Neither the failure to effect such a setoff nor the allowance of any Claim under the Plan shall constitute a waiver or release by the Debtors or the Reorganized Debtors of any such claims, equity interests, rights and Causes of Action that the Debtors or the Reorganized Debtors may possess against any such holder, except as specifically provided herein.

**Section 6.11    No Postpetition or Default Interest on Claims**

Unless otherwise specifically provided for in the Plan or the Confirmation Order, or required by applicable bankruptcy or non-bankruptcy law, postpetition and/or default interest shall not accrue or be paid on any prepetition Claims against any of the Debtors, and no Holder of a prepetition Claim against any of the Debtors shall be entitled to interest accruing on or after the Petition Date or interest at the contract default rate on any such prepetition Claim.

## ARTICLE VII
## SETTLEMENT, RELEASE, INJUNCTION AND RELATED PROVISIONS

**Section 7.01    General Compromise and Settlement of Claims, Interests and Controversies**

As discussed in detail in the Disclosure Statement and as otherwise provided herein, pursuant to section 1123 of the Bankruptcy Code and, to the extent applicable, Bankruptcy Rule 9019 and in consideration for the classification, distributions, releases and other benefits provided pursuant to the Plan, upon the Effective Date, the provisions of the Plan shall constitute a good faith compromise and settlement of all Claims, Interests and controversies relating to the contractual, legal and subordination rights that a Holder of a Claim or Interest may have with respect to any Allowed Claim or Interest, or any distribution to be made or treatment provided on account of such Allowed Claim or Interest.

The Plan shall be deemed a motion to approve the good faith compromise and settlement of all such Claims, Interests and controversies pursuant to Bankruptcy Rule 9019.  The entry of the Confirmation Order shall constitute the Bankruptcy Court's approval of the compromise or settlement of all such Claims, Interests and controversies, as well as a finding by the Bankruptcy Court that such compromise or settlement is in the best interests of the Debtors, their Estates and Holders of Claims and Interests and is fair, equitable and reasonable.  Subject to Article VI hereof, all treatment of Holders of Allowed Claims and Allowed Interests (as applicable) in any Class are intended to be and shall be final.

In accordance with the provisions of the Plan, pursuant to Bankruptcy Rule 9019(a), without any further notice to or action, order or approval of the Bankruptcy Court, after the Effective Date, the Reorganized Debtors may compromise and settle Claims against and Interests in or against any of the Debtors and their Estate and Causes of Action against other Entities.

- 42 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

**Section 7.02    Releases by the Debtor**

To the fullest extent permitted by applicable law and approved by the Bankruptcy Court, effective as of the Effective Date, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration provided by each of the Released Parties, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is, and is deemed to be, hereby conclusively, absolutely, unconditionally, irrevocably and forever released and discharged by each of the Debtors, the Reorganized Debtors and their Estates, including any successors to the Debtors or any estates representatives appointed or selected pursuant to section 1123(b)(3) of the Bankruptcy Code, in each case on behalf of themselves and their respective successors, assigns and representatives, and any and all other Entities who may purport to assert any Cause of Action, directly or derivatively, by, through, for or because of the foregoing Entities, from any and all Causes of Action, including any derivative claims, asserted on behalf of the Debtors, whether known or unknown, foreseen or unforeseen, matured or unmatured, in law, equity, contract, tort or otherwise, that any of the Debtors, the Reorganized Debtors or their Estates would have been legally entitled to assert in its own right (whether individually or collectively) or on behalf of a Holder of any Claim against, or Interest in, the Debtors or other Entity, based on or relating to or in any manner arising from, in whole or in part, the Debtors (including the Debtors' capital structure, management, ownership or operation thereof), purchase, sale, or rescission of any security of the Debtors or the Reorganized Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the assertion or enforcement of rights and remedies against the Debtors, the Debtors' in- or out-of-court restructuring efforts, any Avoidance Actions (but excluding Avoidance Actions brought as counterclaims or defenses to Claims asserted against any of the Debtors), intercompany transactions between or among a Debtor or an Affiliate of a Debtor and another Debtor or Affiliate of a Debtor, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, entry into, or filing of the Restructuring Support Agreement and related prepetition transactions, any Definitive Document, the Disclosure Statement, the New Governance Documents, the Plan (including, for the avoidance of doubt, the Plan Supplement), or any Restructuring Transactions, contract, instrument, release or other agreement or document created or entered into in connection with the Restructuring Support Agreement, the New Governance Documents, the Disclosure Statement, the Exit Facility, the Plan Supplement, the filing of the Chapter 11 Cases, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan, including the issuance or distribution of the new preferred and common equity shares or units of Online Pharmacy Holdings LLC pursuant to the Plan, to the extent applicable, or the distribution of property under the Plan or any other related agreement, or upon any other act or omission, transaction, agreement, event or other occurrence related or relating to any of the foregoing, in each case taking place on or before the Effective Date.  For the avoidance of doubt, the following individuals are not, and shall not be deemed to be, Released Parties: (i) Greg Savino, (ii) Jordana Siegel, (iii) Rinku Patel, (iv) Crestview City Pharmacy, Inc., (v) Jennifer Reshay Densman, (vi) Chistopher Neil Densman, (vii) Bryan Henderson, (viii) Amanda Davey, (ix) Claudia Barnett, (x) Kari Waites, (xi) Victoria Ballard, (xii)

- 43 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Morgan Meeks, (xiii) Kyndall Barber, (xiv) Ellen Stafford, (xv) Sergio Zepeda, (xvi) Cold Bore Capital Management, LLC, and (xvii) Marc Wank.

Notwithstanding anything to the contrary in the foregoing, the releases set forth above do not release (i) any liabilities arising after the Effective Date or (ii) the rights of any of the Debtors with respect to any confidentiality provisions or covenants restricting competition in favor of any of the Debtors under any employment agreement with a current or former employee of any the Debtors, subject to applicable nonbankruptcy law.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the Debtor Releases, which include by reference each of the related provisions and definitions contained in the Plan, and further shall constitute the Bankruptcy Court's finding that the Debtor Releases are: (i) in exchange for the good and valuable consideration provided by the Released Parties, including, without limitation, the Released Parties' contributions to facilitating the Restructuring Transactions and implementing the Plan; (ii) a good faith settlement and compromise of the Claims released by the Debtor Releases; (iii) in the best interests of the Debtors and all Holders of Claims and Interests; (iv) fair, equitable and reasonable; (v) given and made after due notice and opportunity for hearing; and (vi) a bar to any of the Debtors, the Reorganized Debtors or the Debtors' Estates asserting any Cause of Action released pursuant to the Debtor Releases.

## Section 7.03    Releases by Holders of Claims and Interests

To the fullest extent permitted by applicable law and approved by the Bankruptcy Court, effective as of the Effective Date, except as otherwise expressly set forth in the Plan or the Confirmation Order, on and after the Effective Date, in exchange for good and valuable consideration, the adequacy of which is hereby confirmed, each Released Party is, and is deemed to be, hereby conclusively, absolutely, unconditionally, irrevocably and forever, released and discharged by each Releasing Party from any and all Causes of Action, whether known or unknown, foreseen or unforeseen, matured or unmatured, in law, equity, contract, tort or otherwise, including any derivative claims asserted on behalf of any of the Debtors, that such Entity would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from, in whole or in part, any of the Debtors (including the capital structure, management, ownership or operation thereof), the subject matter of or the transactions or events giving rise to any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any of the Debtors any other Released Party, the Debtors' in- or out-of-court restructuring efforts, any Avoidance Actions (but excluding Avoidance Actions brought as counterclaims or defenses to Claims asserted against any of the Debtors), intercompany transactions between or among any of the Debtors or an affiliate of a Debtor and another Debtor or affiliate of a Debtor, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, entry into, or filing of the Restructuring Support Agreement and related prepetition transactions, any Definitive Document, the Disclosure Statement, the New Governance Documents, the Plan (including, for the avoidance of doubt, the Plan Supplement), or any Restructuring Transactions, contract, instrument, release or other agreement or document created or entered into in connection with the Restructuring Support Agreement, the New

- 44 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

**Governance Documents, the Disclosure Statement, the Plan, the Plan Supplement, the filing of the Chapter 11 Cases, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan, including the issuance or distribution of the new preferred and common equity shares or units of Online Pharmacy Holdings LLC pursuant to the Plan, to the extent applicable, or the distribution of property under the Plan or any other related agreement, or upon any other act or omission, transaction, agreement, event or other occurrence related or relating to any of the foregoing, in each case taking place on or before the Effective Date.**

**Notwithstanding anything to the contrary in the foregoing, the releases set forth above do not release (i) any liabilities arising after the Effective Date, (ii) the rights of any current employee of any of the Debtors under any employment agreement or plan or (iii) rights of Holders of Allowed Claims or Allowed Interests to receive distributions under the Plan.**

**Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the Third-Party Release, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that the Third-Party Release is: (i) consensual; (ii) essential to the confirmation of the Plan; (iii) given in exchange for the good and valuable consideration provided by the Released Parties; (iv) a good faith settlement and compromise of the Claims released by the Third-Party Release; (v) in the best interests of the Debtors and their Estates; (vi) fair, equitable and reasonable; (vii) given and made after due notice and opportunity for hearing; and (viii) a bar to any of the Releasing Parties asserting any claim or Cause of Action released pursuant to the Third-Party Release.**

## Section 7.04   Discharge of Claims

Pursuant to section 1141(d) of the Bankruptcy Code, and except as otherwise specifically provided in the Plan, or in any contract, instrument, or other agreement or document created or entered into pursuant to the Plan, the distributions, rights, and treatment that are provided in the Plan shall be in complete satisfaction, discharge, and release, effective as of the Effective Date, of Claims (including any Intercompany Claims resolved or compromised after the Effective Date by the Reorganized Debtors), Interests, and Causes of Action of any nature whatsoever, including any interest accrued on Claims or Interests from and after the Petition Date, whether known or unknown, against, liabilities of, Liens on, obligations of, rights against, and Interests in, the Debtors or any of their assets or properties, regardless of whether any property shall have been distributed or retained pursuant to the Plan on account of such Claims and Interests, including demands, liabilities, and Causes of Action that arose before the Effective Date, any liability (including withdrawal liability) to the extent such Claims or Interests relate to services performed by employees of the Debtors prior to the Effective Date and that arise from a termination of employment, any contingent or non-contingent liability on account of representations or warranties issued on or before the Effective Date, and all debts of the kind specified in section 502(g), 502(h), or 502(i) of the Bankruptcy Code, in each case whether or not: (i) a proof of claim or Interest based upon such debt, right or Interest is filed or deemed filed pursuant to section 501 of the Bankruptcy Code; (ii) a Claim or Interest based upon such Claim, debt, right, or Interest is Allowed pursuant to section 502 of the Bankruptcy Code; or (iii) the Holder of such a Claim or Interest has accepted

- 45 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

the Plan or voted to reject the Plan.  The Confirmation Order shall be a judicial determination of the discharge of all Claims and Interests subject to the Effective Date occurring, except as otherwise expressly provided in the Plan or in any contract, instrument, or other agreement or document created or entered into pursuant to the Plan.

**Section 7.05    Exculpation**

**As of the Effective Date, except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby released and exculpated from, any Exculpated Claim other than those arising out of or relating to any act by or omission of an Exculpated Party that have been determined in a Final Order of a court of competent jurisdiction to have constituted actual fraud, willful misconduct or gross negligence, but in all respects such Entities shall be entitled to rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan.  The Exculpated Parties have, and upon Consummation of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of votes on the Plan, distribution of consideration pursuant to the Plan and, to the extent applicable, the offer, issuance and sale or purchase of securities pursuant to the Plan and, therefore, are not, and on account of such solicitation, distribution and issuance shall not be, liable at any time for the violation of any applicable law, rule or regulation governing the solicitation of acceptances or rejections of the Plan, such distributions made pursuant to the Plan and issuance of securities pursuant to the Plan. Notwithstanding anything to the contrary in the foregoing, the exculpations set forth above do not release (i) any liabilities arising after the Effective Date, (ii) the rights of any current employee of any of the Debtors under any employment agreement or plan or (iii) the rights of Holders of Allowed Claims or Allowed Interests to receive treatment in accordance with the Plan.**

**Section 7.06    Injunction**

**Effective as of the Effective Date, except as otherwise expressly provided in the Plan or the Confirmation Order or for obligations issued or required to be paid pursuant to the Plan or the Confirmation Order, all Enjoined Parties are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, any of the Debtors, any of the Reorganized Debtors, the Exculpated Parties or the Released Parties and their respective assets and properties: (i) commencing or continuing in any manner any action, suit or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting or recovering by any manner or means any judgment, award, decree or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting or enforcing any encumbrance of any kind against such Entities or the property or the Estate of such Entities on account of or in connection with or with respect to any such Claims or Interests; (iv) asserting any right of setoff, subrogation or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests unless such Holder has filed a motion requesting the right to perform such setoff on or before**

- 46 -

**the Effective Date, and notwithstanding an indication of a Claim or Interest or otherwise that such Holder asserts, has or intends to preserve any right of setoff pursuant to applicable law or otherwise; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests released or settled pursuant to the Plan.**

## Section 7.07    Term of Injunctions or Stays

Unless otherwise provided in the Plan or the Confirmation Order, all injunctions or stays in effect in Chapter 11 Cases pursuant to sections 105 or 362 of the Bankruptcy Code or any order of the Bankruptcy Court, and extant on the Confirmation Date (excluding any injunctions or stays contained in the Plan or the Confirmation Order) shall remain in full force and effect until the Effective Date. All injunctions or stays contained in the Plan or the Confirmation Order shall remain in full force and effect in accordance with their terms.

## Section 7.08    Protection Against Discriminatory Treatment

Consistent with section 525 of the Bankruptcy Code and the Supremacy Clause of the U.S. Constitution, no Entities, including Governmental Units, shall discriminate against any of the Reorganized Debtors or deny, revoke, suspend or refuse to renew a license, permit, charter, franchise or other similar grant to, condition such a grant to, discriminate with respect to such a grant against, any of the Reorganized Debtors or another Entity with whom such Reorganized Debtor has been associated, solely because the Debtors have been a debtor under chapter 11 of the Bankruptcy Code, have been insolvent before the commencement of the Chapter 11 Cases (or during the Chapter 11 Cases but before the Debtors are granted or denied a discharge) or have not paid a debt that is dischargeable in the Chapter 11 Cases.

## Section 7.09    Release of Liens, Claims and Interests

**Except as otherwise provided herein or in any contract, instrument, release or other agreement or document created pursuant to the Plan, on the Effective Date and concurrently with the applicable distributions made pursuant to the Plan and, in the case of a Secured Claim, satisfaction in full of the portion of the Secured Claim that is Allowed as of the Effective Date, all Claims, Interests or Liens, including but not limited to mortgages, deeds of trust, Liens, pledges or other security interests, against or in any property of the Estates shall be fully released, discharged, terminated and extinguished, in each case without further notice to or order of the Bankruptcy Court, act or action under applicable law, regulation, order or rule or the vote, consent, authorization or approval of any Entity, and all of the right, title and interest of any holder of such mortgages, deeds of trust, Liens, pledges or other security interests shall revert to the Reorganized Debtors and their successors and assigns. Any Entity holding such Liens, Claims or Interests will, if necessary or reasonably requested by the Debtors or Reorganized Debtors, pursuant to section 1142 of the Bankruptcy Code, promptly execute and deliver to the Reorganized Debtors such instruments of termination, release, satisfaction and/or assignment (in recordable form) as may be reasonably requested by the Reorganized Debtors and shall incur no liability to any Entity in connection with its execution and delivery of any such instruments. Any Holder of**

- 47 -

**a Secured Claim (and the applicable agents for such Holder) shall be authorized and directed to release any collateral or other property of the Debtors held by such Holder (and the applicable agents for such Holder), and to take such actions as may be reasonably requested by the Reorganized Debtors to evidence the release of such Lien, including the execution, delivery and filing or recording of such releases. The presentation or filing of the Confirmation Order to or with any federal, state, provincial or local agency or department shall constitute good and sufficient evidence of, but shall not be required to effect, the termination of such Liens. For the avoidance of doubt, the Exit Facility Claims effected through the Prepetition Lien Conversion and the DIP Lien Conversion pursuant to the Plan shall not be released, discharged, terminated or extinguished to effect the Exit Capital Structure attached to the Restructuring Support Agreement.**

<div align="center">

**ARTICLE VIII**
**CONDITIONS PRECEDENT TO CONFIRMATION**
**OF THE PLAN AND THE EFFECTIVE DATE**

</div>

**Section 8.01    Conditions Precedent to Confirmation**

It shall be a condition to Confirmation hereof that the following provisions, terms and conditions shall have been satisfied or waived pursuant to the provisions of Section 8.03.

1. The Bankruptcy Court shall have entered a Final Order, in form and substance acceptable to the Consenting Lenders, approving the Disclosure Statement as containing adequate information within the meaning of section 1125 of the Bankruptcy Code (which, for the avoidance of doubt, may be the same order as the order confirming the Plan).

2. The Plan and the Plan Supplement, including any schedules, documents, agreements, supplements and exhibits thereto (in each case in form and substance acceptable to the Debtors and the Consenting Lenders as provided for under the Restructuring Support Agreement) shall have been filed.

3. The Restructuring Support Agreement shall not have been rejected by the Debtors, shall not have been terminated as of immediately prior to the Confirmation Date, nor shall there have been any breach thereof by any party.

**Section 8.02    Conditions Precedent to the Effective Date**

It shall be a condition to the Effective Date that the following provisions, terms and conditions shall have been satisfied or waived pursuant to the provisions of Section 8.03.

1. Each document or agreement constituting the Definitive Documents shall have been executed and/or effectuated and shall be in form and substance consistent with the Restructuring Support Agreement, including any consent rights included therein.

2. The Plan shall have been filed and the Bankruptcy Court shall have entered the Confirmation Order in form and substance consistent with the Restructuring Support Agreement,

<div align="center">- 48 -</div>

including any consent rights included therein, and such Confirmation Order shall not have been stayed, modified, vacated, appealed or subjected to an injunction and shall have become a Final Order.

3.     The Bankruptcy Court shall have entered one or more Final Orders (which may include the Confirmation Order) authorizing the assumption, assumption and assignment, and rejection, as applicable, of Executory Contracts and Unexpired Leases by the Debtors as contemplated herein.

4.     All (i) governmental and regulatory approvals, clearances and consents necessary and legally required, if any, under applicable non-bankruptcy law and (ii) material third-party consents and approvals, if any, in each case in connection with the transactions provided for in the Plan shall have been obtained, are not subject to unfulfilled conditions, and are in full force and effect, and all applicable waiting periods have expired without any action having been taken by any competent authority that restrains, prevents or enjoins the Restructuring Transactions.

5.     To the extent invoiced at least one (1) Business Day before the Effective Date, all amounts on account of invoiced and unpaid Transaction Expenses shall have been paid in full.

6.     The Professional Fee Escrow Account shall have been established and funded with the Professional Fee Amount in accordance with Section 2.02.

7.     The transactions contemplated in the Restructuring Transactions shall have been executed and completed by all of the Entities that are parties thereto.

8.     The Restructuring Support Agreement shall have been assumed pursuant to the Confirmation Order.

9.     The New Governance Documents shall have been filed with the appropriate governmental authority, as applicable.

10.     The Existing Governance Documents shall have been amended, restated, or replaced by the New Governance Documents, respectively, in all cases consistent with the consent rights of the Consenting Lenders as set forth in the Restructuring Support Agreement.

11.     The Restructuring Support Agreement shall not have been terminated as of immediately prior to the Effective Date and there has been no breach thereof by any party.

## Section 8.03   Waiver of Conditions

The conditions to Confirmation of the Plan and to Consummation of the Plan set forth in this Article VIII may be waived, in whole or in part, at any time by the Debtors, with the prior written consent of the Consenting Lenders (email shall suffice), without notice, leave or order of the Bankruptcy Court or any formal action; *provided*, *however*, that the Debtors may not waive entry of the Confirmation Order.

- 49 -

**Section 8.04   Effect of Failure of Conditions**

If the Consummation of the Plan does not occur by the Outside Date (as defined in the Restructuring Support Agreement) as to any Debtor, the Plan shall be null and void in all respects as to such Debtor and nothing contained in the Plan, the Disclosure Statement, or the Restructuring Support Agreement shall: (i) constitute a waiver or release of any claims by or Claims against or Interests in any of the Debtors; (ii) prejudice in any manner the rights of the Debtors, any Holder of Claims or Interests or any other Entity; or (iii) constitute an admission, acknowledgement, offer or undertaking by any of the Debtors, any Holder or any other Entity in any respect.

**Section 8.05   Substantial Consummation**

"Substantial Consummation" of the Plan, as defined in section 1101(2) of the Bankruptcy Code, shall be deemed to occur on the Effective Date.

**ARTICLE IX**
**MODIFICATION, REVOCATION OR WITHDRAWAL OF THE PLAN**

**Section 9.01   Modification and Amendments**

Except as otherwise provided in the Plan, the Debtors (with the consent of the Consenting Lenders) reserve the right to modify the Plan as to material and/or immaterial terms and seek Confirmation consistent with the Bankruptcy Code and, as appropriate, not re-solicit votes on such modified Plan.  Subject to section 1127(b) of the Bankruptcy Code and Bankruptcy Rule 3019 and applicable restrictions on modifications set forth in the Plan, the Debtors (with the consent of the Consenting Lenders) expressly reserve their respective rights to revoke, withdraw, alter, amend or modify the Plan with respect to the Debtors, one or more times, after Confirmation, and, to the extent necessary, may initiate proceedings in the Bankruptcy Court to so alter, amend or modify the Plan or remedy any defect or omission or reconcile any inconsistencies in the Plan, the Disclosure Statement or the Confirmation Order, in each case in such matters as may be necessary to carry out the purposes and intent of the Plan.  Any such modification or supplement shall be considered a modification of the Plan and shall be made in accordance with this Article IX.  Subject to section 1127 of the Bankruptcy Code and, to the extent applicable, sections 1122, 1123 and 1125 of the Bankruptcy Code, any alterations, amendments or modifications of the Plan proposed in writing by the Debtors at any time prior to or after the Confirmation Date, but prior to the Effective Date, and in all cases subject to the consent of the Consenting Lenders, Holders of Claims that have accepted the Plan shall be deemed to have accepted the Plan, as altered, amended or modified, without the re-solicitation if the proposed alteration, amendment or modification do not materially and adversely change the treatment of the Claim of such Holder; *provided*, *however*, that any Holders of Claims or Interests that were deemed to accept the Plan because such Claims or Interests were Unimpaired shall continue to be deemed to accept the Plan only if, after giving effect to such amendment or modification, such Claims continue to be Unimpaired.

- 50 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

**Section 9.02    Effect of Confirmation on Modifications**

Entry of a Confirmation Order, including under section 1127 of the Bankruptcy Code, shall mean that all modifications or amendments to the Plan occurring after the solicitation are approved pursuant to section 1127(a) of the Bankruptcy Code or section 1127(b) of the Bankruptcy Code, as applicable, and do not require additional disclosure or re-solicitation under Bankruptcy Rule 3019.

**Section 9.03    Revocation or Withdrawal of the Plan**

The Debtors reserve the right, upon prior notice to and with the consent of the Consenting Lenders, to revoke or withdraw the Plan before the Confirmation Date and to file subsequent plans of reorganization, either entirely or as to any one or more of the Debtors.  If the Plan is revoked or withdrawn as to fewer than all of the Debtors, such revocation or withdrawal shall not affect the enforceability of the Plan as it relates to the Debtors for which the Plan is not revoked or withdrawn.  If (i) the Debtors revoke or withdraws the Plan in its entirety in accordance with this Section 9.03, (ii) the Restructuring Support Agreement is terminated by the Outside Date (as defined in the Restructuring Support Agreement), or (iii) Confirmation or Consummation does not occur by the Outside Date (as defined in the Restructuring Support Agreement), then, absent further order of the Bankruptcy Court: (i) the Plan shall be null and void in all respects unless extended by the Debtors, with the prior written consent of the Consenting Lenders; (ii) any settlement or compromise not previously approved by Final Order of the Bankruptcy Court embodied in the Plan (including the fixing or limiting to an amount certain of any Claim or Interest or Class of Claims or Interests), assumption or rejection of Executory Contracts or Unexpired Leases effected by the Plan, and any document or agreement executed pursuant to the Plan, shall be deemed null and void; and (iii) nothing contained in the Plan shall: (a) constitute a waiver or release of any Claims or Interests; (b) prejudice in any manner the rights of such Debtor or any other Entity, including the Holders of Claims or Interests or the Consenting Noteholders; or (c) constitute an admission, acknowledgement, offer or undertaking of any sort by such Debtor or any other Entity, including the Holders of Claims or Interests or the Consenting Noteholders.

**ARTICLE X**
**RETENTION OF JURISDICTION**

Notwithstanding the entry of the Confirmation Order and the occurrence of the Effective Date, the Bankruptcy Court shall retain such jurisdiction over the Chapter 11 Cases, the Plan and all matters, arising out of or related to, the Chapter 11 Cases and the Plan, including jurisdiction to:

1.      allow, disallow, determine, liquidate, classify, estimate or establish the priority, secured or unsecured status or amount of any Claim or Interest, including the resolution of any request for payment of any Administrative Claim and the resolution of any and all objections to the secured or unsecured status, priority, amount or allowance of Claims or Interests;

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

2.      decide and resolve all matters related to the granting and denying, in whole or in part, any applications for allowance of compensation or reimbursement of expenses to Professionals authorized pursuant to the Bankruptcy Code or the Plan;

3.      resolve any matters related to: (i) the assumption, assumption and assignment or rejection of any Executory Contract or Unexpired Lease to which a Debtor is a party or with respect to which a Debtor or Reorganized Debtor may be liable in any manner and to hear, determine and, if necessary, liquidate, any Claims arising therefrom, including Cure Claims pursuant to section 365 of the Bankruptcy Code or any other matter related to such Executory Contract or Unexpired Lease; (ii) any potential contractual obligation under any Executory Contract or Unexpired Lease that is assumed; (iii) the Reorganized Debtors amending, modifying or supplementing, after the Effective Date, pursuant to Article IX, any Executory Contracts or Unexpired Leases; and (iv) any dispute regarding whether a contract or lease is, or was, executory or expired;

4.      ensure that distributions to Holders of Allowed Claims and Allowed Interests are accomplished pursuant to the provisions of the Plan and adjudicate any and all disputes arising from or relating to distributions under the Plan;

5.      adjudicate, decide or resolve any and all motions, adversary proceedings, contested or litigated matters and any other matters, and grant or deny any applications involving the Debtors that may be pending on the Effective Date;

6.      adjudicate, decide or resolve any and all matters related to section 1141 of the Bankruptcy Code;

7.      enter and implement such orders as may be necessary or appropriate to execute, implement or consummate the provisions of the Plan and all contracts, instruments, releases, indentures and other agreements or documents created in connection with the Plan, Plan Supplement or the Disclosure Statement;

8.      enter and enforce any order for the sale of property pursuant to sections 363, 1123 or 1146(a) of the Bankruptcy Code;

9.      resolve any and all cases, controversies, suits, disputes or Causes of Action that may arise in connection with the Consummation, interpretation or enforcement of the Plan or any Entity's obligations incurred in connection with the Plan;

10.     issue injunctions, enter and implement other orders or take such other actions as may be necessary or appropriate to restrain interference by any Entity with Consummation or enforcement of the Plan;

11.     resolve any and all cases, controversies, suits, disputes or Causes of Action with respect to existence, nature, scope or enforcement of any discharge, releases, injunctions, exculpations, indemnifications and other provisions contained in Article VII and enter such orders as may be necessary or appropriate to implement such releases, injunctions and other provisions;

- 52 -

4865-3582-3548, v. 9

12.    resolve any and all cases, controversies, suits, disputes or Causes of Action with respect to the repayment or return of distributions and the recovery of additional amounts owed by the Holder of a Claim for amounts not timely repaid pursuant to Article VI;

13.    enter and implement such orders as are necessary or appropriate if the Confirmation Order is for any reason modified, stayed, reversed, revoked or vacated;

14.    determine any and all matters that may arise in connection with, relate to or be necessary to execute, implement or consummate, the Plan, the Plan Supplement, the Disclosure Statement, the Confirmation Order or any contract, instrument, release, indenture or other agreement or document created in connection with the Plan, the Plan Supplement or the Disclosure Statement;

15.    adjudicate any and all disputes arising from or relating to distributions under the Plan;

16.    consider any and all modifications of the Plan, cure any defect or omission or reconcile any inconsistency in any Bankruptcy Court order, including the Confirmation Order;

17.    determine requests for the payment of Claims and Interests entitled to priority pursuant to section 507 of the Bankruptcy Code;

18.    hear and determine disputes, cases, controversies or Causes of Action arising in connection with the interpretation, implementation or enforcement of the Plan or the Confirmation Order, including disputes arising under agreements, documents or instruments executed in connection with the Plan;

19.    hear and determine any and all matters concerning state, local and federal taxes in accordance with sections 346, 505 and 1146 of the Bankruptcy Code;

20.    enforce any and all orders previously entered by the Bankruptcy Court;

21.    hear any other matter not inconsistent with the Bankruptcy Code; and

22.    enter an order and/or final decree concluding or closing the Chapter 11 Cases.

*provided, that,* on and after the Effective Date and after the consummation of the following agreements or documents, the Bankruptcy Court shall not retain jurisdiction over disputes concerning documents contained in the Plan Supplement, including, among other documents, the New Governance Documents and any documents related thereto that have a jurisdictional, forum selection or dispute resolution clause that refers disputes to a different court, and any disputes concerning documents contained in the Plan Supplement that contain such clauses shall be governed in accordance with the provisions of such documents.

- 53 -

## ARTICLE XI
## MISCELLANEOUS PROVISIONS

### Section 11.01  Tax Structure

As reasonably determined by the Debtors, upon emergence from the Chapter 11 Cases, Optio Rx shall be structured as a limited liability company, and the Restructuring Transactions shall, subject to the terms and conditions of the Restructuring Support Agreement, be structured to achieve a tax-efficient structure, in a manner reasonably acceptable to the Reorganized Debtors and subject to the consent rights of the Consenting Lenders in the Restructuring Support Agreement.

### Section 11.02  Immediate Binding Effect

Subject to Section 8.02 hereof, and notwithstanding Bankruptcy Rules 3020(e), 6004(h) or 7062 or otherwise, upon the occurrence of the Effective Date, the terms of the Plan (including, for the avoidance of doubt, the documents and instruments contained in the Plan Supplement) shall be immediately effective and enforceable and deemed binding upon the Debtors, the Reorganized Debtors and any and all Holders of Claims or Interests (irrespective of whether such Holders of Claims or Interests have, or are deemed to have, accepted the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, discharges and injunctions described in the Plan, each Entity acquiring property under the Plan, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors.

### Section 11.03  Additional Documents

On or before the Effective Date, and consistent with the terms of the Restructuring Support Agreement, the Debtors may file with the Bankruptcy Court such agreements and other documents as may be necessary or appropriate to effectuate and further evidence the terms and conditions of the Plan.  Subject to their respective obligations under the Restructuring Support Agreement, the Debtors or the Reorganized Debtors, as applicable, and all Holders of Claims or Interests receiving distributions pursuant to the Plan and all other parties in interest shall, from time to time, prepare, execute and deliver any agreements or documents and take any other actions as may be reasonably necessary or advisable to effectuate the provisions and intent of the Plan.

### Section 11.04  Reservation of Rights

Except as expressly set forth in the Plan, the Plan shall have no force or effect unless the Bankruptcy Court shall enter the Confirmation Order, and the Confirmation Order shall have no force or effect if the Effective Date does not occur.  None of the filing of the Plan, any statement or provision contained in the Plan or any action taken or not taken by the Debtors with respect to the Plan, the Disclosure Statement or the Plan Supplement shall be or shall be deemed to be an admission or waiver of any rights of any Debtors with respect to the Holders of Claims or Interests prior to the Effective Date.

**Section 11.05  Successors and Assigns**

The rights, benefits and obligations of any Entity named or referred to in the Plan shall be binding on, and shall inure to the benefit of, any heir, executor, administrator, successor or assign, Affiliate, officer, director, trustee, manager, agent, representative, attorney, beneficiaries or guardian, if any, of each Entity.

**Section 11.06  Notices**

All notices, requests and demands to or upon the Debtors, the Reorganized Debtors or the Consenting Lenders, as applicable, or any required by or in connection with the Plan shall be in writing (including by facsimile or electronic transmission) and, unless otherwise expressly provided herein, shall be deemed to have been duly given or made when actually delivered or, in the case of notice by facsimile and electronic transmission, when received and telephonically or electronically confirmed, addressed as follows:

If to the Debtors or the Reorganized Debtors:

Optio Rx, LLC
3701 Commercial Avenue
Suite 14
Northbrook, Illinois 60061
Attn:  Ben David, CEO
Email:  bdavid@optiorx.com

With a copy to:

CHIPMAN BROWN CICERO & COLE, LLP
William E. Chipman, Jr.
Mark D. Olivere
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Facsimile:      (302) 295-0199
Email: chipman@chipmanbrown.com
             olivere@chipmanbrown.com

If to the Consenting Lenders:

DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, DE  19801-1147
Attn: Stuart Brown
Email: stuart.brown@us.dlapiper.com

- 55 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

After the Effective Date, the Reorganized Debtors may, in their sole discretion, notify Entities that, in order to continue receiving documents pursuant to Bankruptcy Rule 2002, such Entities must file a renewed request to receive documents pursuant to Bankruptcy Rule 2002. After the Effective Date, the Reorganized Debtors are authorized to limit the list of Entities receiving documents pursuant to Bankruptcy Rule 2002 to those Entities who have filed such renewed requests.

**Section 11.07  Entire Agreement**

Except as otherwise indicated, and without limiting the effectiveness of the Restructuring Support Agreement, the Plan (including, for the avoidance of doubt, the Plan Supplement) supersedes all previous and contemporaneous negotiations, promises, covenants, agreements, understandings and representations on such subjects, all of which have become merged and integrated into the Plan.

**Section 11.08  Severability of Plan Provisions**

If, before Confirmation of the Plan, any term or provision of the Plan is held by the Bankruptcy Court or any other court exercising jurisdiction to be invalid, void or unenforceable, the Bankruptcy Court or other court exercising jurisdiction shall have the power to alter and interpret such term or provision to make it valid or enforceable to the maximum extent practicable, consistent with the original purpose of the term or provision held to be invalid, void or unenforceable, and such term or provision shall then be applicable as altered or interpreted. Notwithstanding any such holding, alteration or interpretation, the remainder of the terms and provisions of the Plan will remain in full force and effect and will in no way be affected, impaired or invalidated by such holding, alteration or interpretation. The Confirmation Order shall constitute a judicial determination and shall provide that each term and provision of the Plan, as it may have been altered or interpreted in accordance with the foregoing, is: (i) valid and enforceable pursuant to its terms; (ii) integral to the Plan and may not be deleted or modified without the consent of the Debtors and the Consenting Lenders; and (iii) nonseverable and mutually dependent.

**Section 11.09  Exhibits**

All exhibits and documents included in the Plan Supplement are incorporated into and are a part of the Plan as if set forth in full in the Plan. After the exhibits and documents are filed, copies of such exhibits and documents shall be available upon request to the Debtors' counsel, or at the website of the Solicitation Agent, at OptioRXInquiries@stretto.com. To the extent any exhibit or document is inconsistent with the terms of the Plan, unless otherwise ordered by the Bankruptcy Court, the non-exhibit or non-document portion of the Plan shall control.

**Section 11.10  Votes Solicited in Good Faith**

Upon entry of the Confirmation Order, the Debtors will be deemed to have solicited votes on the Plan in good faith and in compliance with the Bankruptcy Code and any applicable nonbankruptcy law, and pursuant to section 1125(e) of the Bankruptcy Code, the Debtors and their

- 56 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

respective Affiliates, agents, representatives, members, principals, shareholders, officers, directors, trustees, employees, advisors and attorneys will be deemed to have participated in good faith and in compliance with the Bankruptcy Code and the applicable nonbankruptcy law in the offer, issuance, sale and purchase of securities offered and sold under the Plan and any previous plan, and, therefore, neither any of such parties or individuals or Reorganized Debtors will have any liability for the violation of any applicable law, rule or regulation governing the solicitation of votes on the Plan or the offer, issuance, sale or purchase of the securities offered and sold under the Plan and any previous plan.

## Section 11.11  Closing of Chapter 11 Cases

The Reorganized Debtors shall, promptly after the full administration of the Chapter 11 Cases, file with the Bankruptcy Court all documents required by Bankruptcy Rule 3022 and any applicable order of the Bankruptcy Court to close the Chapter 11 Cases; provided, however, that, as of the Effective Date, the Reorganized Debtors may submit separate orders to the Bankruptcy Court under certification of counsel previously provided to the U.S. Trustee closing certain individual Chapter 11 Cases and changing the caption of the Chapter 11 Cases accordingly; provided further that matters concerning Claims may be heard and adjudicated in one of the Debtors' Chapter 11 Cases that remains open regardless of whether the applicable Claim is against a Debtor in a Chapter 11 Case that is closed.  Nothing in the Plan shall authorize the closing of any case *nunc pro tunc* to a date that precedes the date any such order is entered.  Any request for *nunc pro tunc* relief shall be made on motion served on the United States Trustee, and the Bankruptcy Court shall rule on such request after notice and a hearing.  Upon the filing of a motion to close the last Chapter 11 Case remaining open, the Reorganized Debtors shall file a final report with respect to all of the Chapter 11 Cases pursuant to Local Bankruptcy Rule 3022-1(c).

## Section 11.12  Document Retention

On and after the Effective Date, the Reorganized Debtors may maintain documents in accordance with their standard document retention policy, as may be altered, amended, modified or supplemented by the Reorganized Debtors.

## Section 11.13  Further Assurances

The Debtors, the Reorganized Debtors and all Holders of Claims or Interests receiving distributions hereunder and all other parties-in-interest agree to prepare, execute and deliver any agreements, instruments or documents and take any other actions, in addition to the matters specified in the Plan, as may be reasonably appropriate, necessary or advisable, or as may be required by order of the Bankruptcy Court, from time to time, to effectuate the provisions and intent of the Plan.

4865-3582-3548, v. 9

## Section 11.14  Claims Against Other Debtors

Nothing in the Plan or the Disclosure Statement or any document or pleading filed in connection therewith shall constitute or be deemed to constitute an admission that any of the Debtors are subject to or liable for any Claim against any other Debtor.

## Section 11.15  Transaction Expenses

The Transaction Expenses incurred, or estimated to be incurred, up to and including the Effective Date shall be paid in full in Cash on the Effective Date (to the extent not previously paid during the course of the Chapter 11 Cases) in accordance with, and subject to, the terms set forth herein and in the Restructuring Support Agreement, as applicable, without any requirement to file a fee application with the Bankruptcy Court, without the need for itemized time detail and without any requirement for Bankruptcy Court's review or approval.  All Transaction Expenses to be paid on the Effective Date (to the extent not previously invoiced) shall be estimated prior to and as of the Effective Date and such estimates shall be delivered to the Debtors at least three (3) Business Day before the anticipated Effective Date; *provided*, *however*, that such estimates shall not be considered an admission or limitation with respect to such Transaction Expenses.  In addition, the Debtors and the Reorganized Debtors (as applicable) shall continue to pay when due the reasonable pre- and post-Effective Date Transaction Expenses related to the implementation, consummation and defense of the Plan, whether incurred before, on or after the Effective Date, upon receipt of invoices therefor.

*[Remainder of page intentionally left blank]*

- 58 -

4865-3582-3548, v. 9

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Dated:  July 29, 2024

Respectfully submitted,

**Optio Rx, LLC**
**Braun Pharma, LLC**
**Dr. Ike's PharmaCare, LLC**
**Rose Pharmacy SA LLC**
**Rose Pharmacy SF LLC**
**Rose Pharmacy RM LLC**
**Pet Apothecary, LLC**
**Crestview Holdings, LLC**
**SBH Medical, LLC**
**H&H Pharmacy, LLC**
**Enovex Pharmacy, LLC**
**SMC Pharmacy, LLC**
**SMC Lyons Holdings, LLC**
**Baybridge Pharmacy, LLC**
**Central Pharmacy, LLC**
**Pro Pharmacy, LLC**
**Healthy Choice Compounding LLC**
**Oakdell Compounding Pharmacy, LLC**
**The Pet Apothecary LLC**
**Crestview Pharmacy, LLC**
**SBH Medical, Ltd.**
**Concierge Pharmacy, LLC**
**Firstcare Pharmacy, LLC**
**Easycare Pharmacy, LLC**
**Primecare Pharmacy, LLC.**


By:      */s/ Ben David*
Name: Ben David
Title:   Chief Executive Officer

- 59 -

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

# <u>Exhibit B</u>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket Nos. 20, 21, 76, 257, 258, and 276** |

### NOTICE OF NON-VOTING STATUS OF HOLDERS OF UNIMPARED CLAIMS CONCLUSIVELY PRESUMED TO ACCEPT THE DEBTORS' PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on August 1, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") approved the *Amended Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 258] (as amended, supplemented, or modified from time to time, the "**Disclosure Statement**") pursuant to section 1125 of title 11 of the United States Code (the "**Bankruptcy Code**") with regard to the *Debtors' Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 257] (the "**Plan**")[2] in the above-captioned cases in soliciting acceptances or rejections of the Plan from those holders of impaired claims or interests who are (or may be) entitled to receive distributions under the Plan.

**PLEASE TAKE FURTHER NOTICE** that in conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (i) approving the Disclosure Statement, (ii) approving the dates, procedures, and forms applicable to the plan solicitation, noticing, and implementation process, including (a) establishing a voting record date and setting a voting deadline, (b) approving the forms of ballots to be used for voting on the Plan, and (c) approving the notice procedures applicable to holders of unliquidated and disputed claims, holders of claims that are not impaired by the Plan or who are otherwise deemed to accept the Plan, and holders of claims who are deemed to reject the Plan, (iii) approving certain vote tabulation procedures, and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows:  (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216).  The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

(iv) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "**Disclosure Statement Order**").

**PLEASE TAKE FURTHER NOTICE** that because of the nature of your claim, and the treatment provided in the Plan for claims of such nature, **you are not entitled to vote on the Plan**. Specifically, under the terms of the Plan, as a holder of a Claim (as currently asserted against the Debtors) that is not Impaired and conclusively presumed to have accepted the Plan pursuant to section 1126(f) of the Bankruptcy Code, you are **not** entitled to vote on the Plan. Nevertheless, you are a party in interest in the Debtors' Chapter 11 Cases. You are entitled to participate in the Debtors' Chapter 11 Cases, including by filing objections to confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE** THAT THIS NOTICE DOES NOT CONSTITUTE AND SHALL NOT BE DEEMED TO CONSTITUTE AN ADMISSION BY THE DEBTORS OF THE NATURE, VALIDITY, OR AMOUNT OF YOUR CLAIM. IF YOUR CLAIM HAS NOT BEEN ALLOWED, THE DEBTORS RESERVE THE RIGHT TO FILE AN OBJECTION TO THE NATURE, VALIDITY, OR AMOUNT OF YOUR CLAIM.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider confirmation of the Plan will be held on **September 13, 2024, at 10:30 a.m. (*prevailing* Eastern Time)**, before the Honorable Thomas M. Horan, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801. The hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by announcement of such adjournment in open court.

**PLEASE TAKE FURTHER NOTICE** that no later than **September 3, 2024, at 4:00 p.m. (*prevailing* Eastern Time)**, all objections to confirmation of the Plan must be (a) filed with the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and (b) served on the following parties so as to be **received no later than 4:00 p.m. (*prevailing* Eastern Time) on September 3, 2024**: (i) DEBTORS, 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061 (*Attn:* Leo LaFranco, Chief Financial Officer); (ii) COUNSEL TO THE DEBTORS, Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn:* William E. Chipman, Jr., Esquire and Mark D. Olivere, Esquire); (iii) COUNSEL TO THE DEBTOR-IN-POSSESSION LENDERS, DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (*Attn:* Stuart Brown, Esquire); (iv) OFFICE OF THE UNITED STATES TRUSTEE, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19801 (*Attn:* Jonathan W. Lipshie, Esquire); and (v) COUNSEL TO THE COMMITTEE, Saul Ewing LLP, 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801 (*Attn:* Evan T. Miller, Esquire).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU BELIEVE THAT YOUR CLAIM DOES NOT FALL WITHIN THE CLASSES IDENTIFIED BY THIS NOTICE, YOU MUST EITHER (I) REACH AN AGREEMENT WITH THE DEBTORS REGARDING THE CLASSIFICATION AND AMOUNT OF SUCH CLAIM FOR VOTING PURPOSES OR (II) FILE WITH THE BANKRUPTCY COURT ON OR BEFORE **AUGUST 14, 2024 AT 4:00 P.M. (*prevailing* Eastern Time)**, A "MOTION FOR DETERMINATION OF PLAN CLASS." Your motion must identify the Plan Class in which you believe your Claim would belong, as well as the

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

basis for your belief.  If the Debtors disagree, they will file an objection and schedule a hearing before the Bankruptcy Court, with notice to you. IF YOU DO NOT FILE A MOTION BY **AUGUST 14, 2024 AT 4:00 P.M. (*prevailing* Eastern Time)** OR OTHERWISE REACH AN AGREEMENT WITH THE DEBTORS REGARDING THE CLASSIFICATION AND AMOUNT OF SUCH CLAIM FOR VOTING PURPOSES, AND YOUR CLAIM IS NOT RECLASSIFIED, THE IDENTIFIED PLAN CLASS WILL BE BINDING ON YOU, AND YOU WILL NOT BE ENTITLED TO VOTE ON THE PLAN.

        **PLEASE TAKE FURTHER NOTICE** that the Plan may be further modified, if necessary, pursuant to section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties-in-interest.

        **PLEASE TAKE FURTHER NOTICE** that if you would like to obtain a copy of the Disclosure Statement, the Plan, the Disclosure Statement Order, or related documents, you should contact Stretto, Inc., the voting and solicitation agent retained by the Debtors in these Chapter 11 Cases (the "**Voting and Claims Agent**") by (a) calling the Debtors' restructuring hotline at (866) 515-5505 or (949) 590-3286; (b) visiting the Debtors' restructuring website at https://cases.stretto.com/OptioRX/; (c) writing the Voting and Claims Agent, *Optio Rx, LLC*, c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, California 92602; and/or (d) emailing the Voting and Claims Agent at optiorxinquiries@stretto.com.  You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee *via* PACER at: http://www.deb.uscourts.gov.

| | |
|---|---|
| Dated: August 6, 2024 | **CHIPMAN BROWN CICERO & COLE, LLP** |
|       Wilmington, Delaware | |

                                            */s/ William E. Chipman, Jr.*

                                      William E. Chipman, Jr. (No. 3818)
                                      David W. Carickhoff (No. 3715)
                                      Mark D. Olivere (No. 4291)
                                      Alan M. Root (No. 5427)
                                      Hercules Plaza
                                      1313 North Market Street, Suite 5400
                                      Wilmington, Delaware 19801
                                      Telephone:     (302) 295-0191
                                      Email:            chipman@chipmanbrown.com
                                                        carickhoff@chipmanbrown.com
                                                           olivere@chipmanbrown.com
                                                             root@chipmanbrown.com

                                    *Counsel for Debtors and*
                                    *Debtors in Possession*

# **Exhibit C**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket Nos. 20, 21, 76, 257, 258, and 276** |

**NOTICE OF NON-VOTING STATUS OF HOLDERS OF IMPARED
CLAIMS CONCLUSIVELY PRESUMED TO REJECT THE DEBTORS' PLAN OF
REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

      **PLEASE TAKE NOTICE** that on August 1, 2024, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") approved the *Amended Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 258] (as amended, supplemented, or modified from time to time, the "**Disclosure Statement**") pursuant to section 1125 of title 11 of the United States Code (the "**Bankruptcy Code**") with regard to the *Debtors' Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 257] (the "**Plan**")[2] in the above-captioned cases in soliciting acceptances or rejections of the Plan from those holders of impaired claims or interests who are (or may be) entitled to receive distributions under the Plan.

      **PLEASE TAKE FURTHER NOTICE** that in conjunction with approving the Disclosure Statement, the Bankruptcy Court entered an order (i) approving the Disclosure Statement, (ii) approving the dates, procedures, and forms applicable to the plan solicitation, noticing, and implementation process, including (a) establishing a voting record date and setting a voting deadline, (b) approving the forms of ballots to be used for voting on the Plan, and (c) approving the notice procedures applicable to holders of unliquidated and disputed claims, holders of claims that are not impaired by the Plan or who are otherwise deemed to accept the Plan, and holders of claims who are deemed to reject the Plan, (iiii) approving certain vote tabulation procedures, and

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows:  (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

(iv) establishing the deadline for filing objections to the Plan and scheduling the hearing to consider confirmation of the Plan (the "**Disclosure Statement Order**").

PLEASE TAKE FURTHER NOTICE that because of the nature of your claim, and the treatment provided in the Plan for claims of such nature, **you are not entitled to vote on the Plan**. Specifically, under the terms of the Plan, as a holder of a Claim (as currently asserted against the Debtors) that is Impaired and conclusively presumed to have rejected the Plan pursuant to section 1126(g) of the Bankruptcy Code, you are **not** entitled to vote on the Plan. Nevertheless, you are a party in interest in the Debtors' Chapter 11 Cases. You are entitled to participate in the Debtors' Chapter 11 Cases, including by filing objections to confirmation of the Plan.

PLEASE TAKE FURTHER NOTICE THAT THIS NOTICE DOES NOT CONSTITUTE AND SHALL NOT BE DEEMED TO CONSTITUTE AN ADMISSION BY THE DEBTORS OF THE NATURE, VALIDITY, OR AMOUNT OF YOUR CLAIM. IF YOUR CLAIM HAS NOT BEEN ALLOWED, THE DEBTORS RESERVE THE RIGHT TO FILE AN OBJECTION TO THE NATURE, VALIDITY, OR AMOUNT OF YOUR CLAIM.

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Plan will be held on **September 13, 2024, at 10:30 a.m. (*prevailing* Eastern Time)**, before the Honorable Thomas M. Horan, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801. The hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by announcement of such adjournment in open court.

PLEASE TAKE FURTHER NOTICE that no later than **September 3, 2024, at 4:00 p.m. (*prevailing* Eastern Time)**, all objections to confirmation of the Plan must be (a) filed with the Office of the Clerk, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 and (b) served on the following parties so as to be **received no later than 4:00 p.m. (*prevailing* Eastern Time) on September 3, 2024**: (i) DEBTORS, 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061 (*Attn:* Leo LaFranco, Chief Financial Officer); (ii) COUNSEL TO THE DEBTORS, Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn*: William E. Chipman, Jr., Esquire and Mark D. Olivere, Esquire); (iii) COUNSEL TO THE DEBTOR-IN-POSSESSION LENDERS, DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (*Attn:* Stuart Brown, Esquire); (iv) OFFICE OF THE UNITED STATES TRUSTEE, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19801 (*Attn:* Jonathan W. Lipshie, Esquire); and (v) COUNSEL TO THE COMMITTEE, Saul Ewing LLP, 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801 (*Attn:* Evan T. Miller, Esquire).

PLEASE TAKE FURTHER NOTICE THAT IF YOU BELIEVE THAT YOUR CLAIM DOES NOT FALL WITHIN THE CLASSES IDENTIFIED BY THIS NOTICE, YOU MUST EITHER (I) REACH AN AGREEMENT WITH THE DEBTORS REGARDING THE CLASSIFICATION AND AMOUNT OF SUCH CLAIM FOR VOTING PURPOSES OR (II) FILE WITH THE BANKRUPTCY COURT ON OR BEFORE **AUGUST 14, 2024 AT 4:00 P.M. (*prevailing* Eastern Time)**, A "MOTION FOR DETERMINATION OF PLAN CLASS." Your motion must identify the Plan Class in which you believe your Claim would belong, as well as the

- 2 -

basis for your belief.  If the Debtors disagree, they will file an objection and schedule a hearing before the Bankruptcy Court, with notice to you. IF YOU DO NOT FILE A MOTION BY **AUGUST 14, 2024 AT 4:00 P.M. (*prevailing* Eastern Time)** OR OTHERWISE REACH AN AGREEMENT WITH THE DEBTORS REGARDING THE CLASSIFICATION AND AMOUNT OF SUCH CLAIM FOR VOTING PURPOSES, AND YOUR CLAIM IS NOT RECLASSIFIED, THE IDENTIFIED PLAN CLASS WILL BE BINDING ON YOU, AND YOU WILL NOT BE ENTITLED TO VOTE ON THE PLAN.

PLEASE TAKE FURTHER NOTICE that the Plan may be further modified, if necessary, pursuant to section 1127 of the Bankruptcy Code, prior to, during, or as a result of the confirmation hearing, without further notice to parties-in-interest.

PLEASE TAKE FURTHER NOTICE that if you would like to obtain a copy of the Disclosure Statement, the Plan, the Disclosure Statement Order, or related documents, you should contact Stretto, Inc., the voting and solicitation agent retained by the Debtors in these Chapter 11 Cases (the "**Voting and Claims Agent**") by (a) calling the Debtors' restructuring hotline at (866) 515-5505 or (949) 590-3286; (b) visiting the Debtors' restructuring website at https://cases.stretto.com/OptioRX/; (c) writing the Voting and Claims Agent, *Optio Rx, LLC*, c/o Stretto, Inc., 410 Exchange, Suite 100, Irvine, California 92602; and/or (d) emailing the Voting and Claims Agent at optiorxinquiries@stretto.com.  You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee *via* PACER at: http://www.deb.uscourts.gov.

| | |
|---|---|
| Dated: August 6, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP** |

*/s/ William E. Chipman, Jr.*

William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:         chipman@chipmanbrown.com
               carickhoff@chipmanbrown.com
               olivere@chipmanbrown.com
               root@chipmanbrown.com

*Counsel for Debtors and*
*Debtors in Possession*

- 3 -

# **Exhibit D**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## CLASS 7 BALLOT FOR ACCEPTING OR REJECTING THE
## DEBTORS' PLAN OF REORGANIZATION
## <u>UNDER CHAPTER 11 OF THE BANKRUPTCY CODE</u>

### CLASS 7: NOTEHOLDER CLAIMS

**PLEASE READ AND FOLLOW THE ENCLOSED
VOTING INSTRUCTIONS CAREFULLY BEFORE COMPLETING THE BALLOT.**

**THIS BALLOT MUST BE RETURNED TO THE BELOW ADDRESS BEFORE SEPTEMBER 3, 2024
AT 5:00 P.M. (EST) (THE "<u>VOTING DEADLINE</u>"), OR YOUR VOTE WILL NOT BE COUNTED.**

Optio Rx, LLC and its affiliated debtors (collectively, the "**Debtors**") filed *Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 257] (the "**Plan**") (as may be amended, supplemented, or modified from time to time, the "**Plan**") on July 29, 2024, in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  On July 29, 2024, the Bankruptcy Court entered an order (the "**Disclosure Statement Order**") approving the *Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 258] (as may be amended, supplemented, or modified from time to time, the "**Disclosure Statement**"), which provides additional information about the Debtors, these Chapter 11 Cases and the Plan to assist you in deciding how to vote your ballot.  If you do not have a Disclosure Statement, you may obtain a copy **for free** from Stretto, Inc. ("**Voting and Claims Agent**") by (i) downloading the Disclosure Statement from the Voting and Claims Agent's website at https://cases.stretto.com/OptioRX/  or (ii) by contacting the Voting and Claims Agent at (866) 515-5505 or (949) 590-3286 or at optiorxinquiries@stretto.com. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  Your claim has been placed in Class 7 under the Plan.  If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

---

**IMPORTANT DEADLINE**

**IF YOUR BALLOT IS NOT RECEIVED AT THE ADDRESS PROVIDED BELOW BY:**

**SEPTEMBER 3, 2024, AT 5:00 P.M. (*prevailing* Eastern Time)**

**AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN. IF THE PLAN IS CONFIRMED BY THE BANKRUPTCY COURT IT WILL BE BINDING ON YOU WHETHER OR NOT YOU VOTE.**

This ballot is not a letter of transmission and may not be used for any purpose other than to vote to accept or reject the Plan.

---

**RETURN INSTRUCTIONS**

**IF BY FIRST CLASS MAIL (IN THE ENCLOSED ENVELOPE),
OVERNIGHT COURIER OR PERSONAL DELIVERY**

***OPTIO RX, LLC, BALLOT PROCESSING***
**C/O STRETTO, INC.**
**410 EXCHANGE, SUITE 100**
**IRVINE, CALIFORNIA 92602**

**IF BY ONLINE SUBMISSION**

**HTTPS://BALLOTING.STRETTO.COM/**

**IMPORTANT NOTE: YOU WILL NEED THE FOLLOWING INFORMATION TO RETRIEVE YOUR CUSTOMIZED ELECTRONIC BALLOT:**

**UNIQUE eBALLOT PASSWORD: _____**

**AND FOLLOW THE INSTRUCTIONS ONLINE.**

**The online balloting portal is the sole manner in which Ballots will be accepted *via* electronic or online transmission. Ballots will not be accepted by facsimile, e-mail, or electronic means (other than the online balloting portal). Creditors who cast a Ballot using the Voting Agent's Electronic Balloting Portal system should <u>NOT</u> submit a paper Ballot.**

---

B-2

## Voting Information and Instructions for Completing the Ballot

<div style="border:1px solid black">

### How to Vote

1. COMPLETE ITEM 1.

2. REVIEW THE CERTIFICATIONS AND ACKNOWLEDGEMENTS IN ITEM 2.

3. **SIGN THE BALLOT.**

4. RETURN THE BALLOT TO OPTIO RX, LLC, C/O STRETTO, INC., 410 EXCHANGE, SUITE 100, IRVINE, CALIFORNIA 92602 (AN ENVELOPE ADDRESSED TO THIS ADDRESS IS ENCLOSED FOR YOUR CONVENIENCE) SO THAT IT IS RECEIVED BY SEPTEMBER 3, 2024, AT 5:00 P.M. (EST).

5. **BALLOTS RECEIVED AFTER THE VOTING DEADLINE WILL NOT BE COUNTED.**

6. YOU MUST VOTE THE FULL AMOUNT OF YOUR CLAIM REPRESENTED BY THIS BALLOT TO ACCEPT *OR* REJECT THE PLAN AND MAY NOT SPLIT YOUR VOTE.

7. ANY EXECUTED BALLOT RECEIVED THAT (A) DOES NOT INDICATE EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN, OR (B) THAT INDICATES BOTH AN ACCEPTANCE AND A REJECTION OF THE PLAN WILL NOT BE COUNTED.

8. **ALL BALLOTS MUST BE FULLY EXECUTED TO BE COUNTED.  IF A BALLOT IS TO BE EXECUTED BY AN AUTHORIZED PARTY OTHER THAN AN OFFICER OR EMPLOYEE OF THE CREDITOR, SUFFICIENT EVIDENCE OF THE AUTHORIZED PARTY'S AUTHORITY TO EXECUTE THE BALLOT <u>MUST</u> BE INCLUDED WITH THE BALLOT.**

</div>

<div style="border:1px solid black">

**ARTICLE VII OF THE PLAN CONTAINS INJUNCTIONS AND RELEASES OF CERTAIN PLAN PARTICIPANTS. PLEASE REVIEW THESE PROVISIONS OF THE PLAN CAREFULLY BEFORE SUBMITTING YOUR BALLOT AS THESE PROVISIONS MAY AFFECT YOUR RIGHTS.**

</div>

B-3

## THE DEBTORS RECOMMEND THAT YOU VOTE TO ACCEPT THE PLAN

**Item 1.  Vote**.  The undersigned, a Holder of a Class 7: Noteholder Claim against the Debtors in the Voting Amount set forth below, votes to (check one box; if you fail to check one of the boxes below, but the Ballot is otherwise properly completed and returned your Ballot will not be counted as either an acceptance or rejection of the Plan):

☐ **Accept the Plan**                    ☐ **Reject the Plan**

Voting Amount:  $_____

## IMPORTANT INFORMATION REGARDING THE RELEASE OF CLAIMS BY THIRD PARTIES

**ARTICLE VI OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, WHICH ARE SET FORTH AT THE END OF THIS BALLOT.  YOU SHOULD REVIEW THESE PROVISIONS CAREFULLY.**

**Check the box below if you elect to grant the Third-Party Release contained in Section 7.03 of the Plan.  If you submit your Ballot with this box checked, then you will be deemed to consent to the Third-Party Release set forth in ARTICLE VI, Section 7.03 of the Plan.  PLEASE BE ADVISED THAT BY CHECKING THE BOX BELOW YOU ELECT TO GRANT THE THIRD-PARTY RELEASE IN EACH AND EVERY CAPACITY IN WHICH YOU HOLD A CLAIM AGAINST, OR EQUITY INTEREST IN, ANY OF THE DEBTORS.  YOU MUST AFFIRMATIVELY CHECK THE BOX BELOW IN ORDER TO OPT-INTO THE THIRD-PARTY RELEASE.**

**PLEASE ALSO BE ADVISED THAT THE DEBTOR RELEASE CONTAINED IN ARTICLE VII, SECTION 7.02 OF THE PLAN WILL BE INCLUDED IN THE CONFIRMATION ORDER AND THAT IT IS SEPARATE FROM AND INDEPENDENT OF THE THIRD-PARTY RELEASE.  IF YOU OBJECT TO THE DEBTOR RELEASE, YOU MUST FILE A SEPARATE OBJECTION WITH THE BANKRUPTCY COURT IN ACCORDANCE WITH THE PROCEDURES DESCRIBED IN THE DISCLOSURE STATEMENT ORDER.**

**THE THIRD-PARTY RELEASE AND DEBTOR RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS OF THE PLAN (ALONG WITH RELEVANT DEFINITIONS) ARE REPRODUCED AT PAGES B-5 THROUGH AND INCLUDING B-9 OF THIS BALLOT.**

**Item 2.  Release of Claims**.

☐ OPT-IN ELECTION: The undersigned, a Holder of a Class 7: Noteholder Claim against the Debtors, elects to opt-into the Third-Party Releases contained in Article VII, Section 7.03 of the Plan.

**Item 3.  Certifications and Acknowledgments**.  By signing this Ballot, the undersigned acknowledges and certifies that (a) the undersigned is the claimant or has the power and authority to vote to accept or reject the Plan on behalf of such claimant and (b) the Social Security or Federal Tax I.D. No. provided below, if any, is true and correct.  The undersigned understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Disclosure Statement and the Disclosure Statement Order.  The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted as either an acceptance or rejection of the Plan.

_____
Name of Creditor (Please Print)

_____
Social Security or Federal Tax I.D. No. (Optional)

B-4

_____
Authorized Signature

_____
Name of Signatory

_____
If by Authorized Agent, Name and Title

_____
Street Address

_____
City, State, Zip Code

_____
Telephone Number

_____
Email Address

_____
Date Completed

**IF YOU HAVE RECEIVED A DAMAGED BALLOT OR HAVE LOST YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT THE VOTING AND CLAIMS AGENT AT (866) 515-5505 (US/CANADA) or (949) 590-3286 (INTERNATIONAL).**

B-5

## RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS
## CONTAINED IN THE PLAN

**Article VII    7.02.  Releases by the Debtor[2]**

To the fullest extent permitted by applicable law and approved by the Bankruptcy Court, effective as of the Effective Date, pursuant to section 1123(b) of the Bankruptcy Code, for good and valuable consideration provided by each of the Released Parties, the adequacy of which is hereby confirmed, on and after the Effective Date, each Released Party is, and is deemed to be, hereby conclusively, absolutely, unconditionally, irrevocably and forever released and discharged by each of the Debtors, the Reorganized Debtors and their Estates, including any successors to the Debtors or any estates representatives appointed or selected pursuant to section 1123(b)(3) of the Bankruptcy Code, in each case on behalf of themselves and their respective successors, assigns and representatives, and any and all other Entities who may purport to assert any Cause of Action, directly or derivatively, by, through, for or because of the foregoing Entities, from any and all Causes of Action, including any derivative claims, asserted on behalf of the Debtors, whether known or unknown, foreseen or unforeseen, matured or unmatured, in law, equity, contract, tort or otherwise, that any of the Debtors, the Reorganized Debtors or their Estates would have been legally entitled to assert in its own right (whether individually or collectively) or on behalf of a Holder of any Claim against, or Interest in, the Debtors or other Entity, based on or relating to or in any manner arising from, in whole or in part, the Debtors (including the Debtors' capital structure, management, ownership or operation thereof), purchase, sale, or rescission of any security of the Debtors or the Reorganized Debtors, the subject matter of, or the transactions or events giving rise to, any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any Debtor and any Released Party, the assertion or enforcement of rights and remedies against the Debtors, the Debtors' in- or out-of-court restructuring efforts, any Avoidance Actions (but excluding Avoidance Actions brought as counterclaims or defenses to Claims asserted against any of the Debtors), intercompany transactions between or among a Debtor or an Affiliate of a Debtor and another Debtor or Affiliate of a Debtor, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, entry into, or filing of the Restructuring Support Agreement and related prepetition transactions, any Definitive Document, the Disclosure Statement, the New Governance Documents, the Plan (including, for the avoidance of doubt, the Plan Supplement), or any Restructuring Transactions, contract, instrument, release or other agreement or document created or entered into in connection with the Restructuring Support Agreement, the New Governance Documents, the Disclosure Statement, the Exit Facility, the Plan Supplement, the filing of the Chapter 11 Cases, the pursuit of Confirmation, the pursuit of Consummation, the administration and implementation of the Plan, including the issuance or distribution of the new preferred and common equity shares or units of Online Pharmacy Holdings LLC pursuant to the Plan, to the extent applicable, or the distribution of property under the Plan or any other related agreement, or upon any other act or omission, transaction, agreement, event or other occurrence related or relating to any of the foregoing, in each case taking place on or before the Effective Date.  For the avoidance of doubt, the following individuals are not, and shall not be deemed to be, Released Parties: (i) Greg Savino, (ii) Jordana Siegel, (iii) Rinku Patel, (iv) Crestview City Pharmacy, Inc., (v) Jennifer Reshay Densman, (vi) Chistopher Neil Densman, (vii) Bryan Henderson,

---

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

(viii) Amanda Davey, (ix) Claudia Barnett, (x) Kari Waites, (xi) Victoria Ballard, (xii) Morgan Meeks, (xiii) Kyndall Barber, (xiv) Ellen Stafford, (xv) Sergio Zepeda, (xvi) Cold Bore Capital Management, LLC, and (xvii) Marc Wank.

Notwithstanding anything to the contrary in the foregoing, the releases set forth above do not release (i) any liabilities arising after the Effective Date or (ii) the rights of any of the Debtors with respect to any confidentiality provisions or covenants restricting competition in favor of any of the Debtors under any employment agreement with a current or former employee of any the Debtors, subject to applicable nonbankruptcy law.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the Debtor Releases, which include by reference each of the related provisions and definitions contained in the Plan, and further shall constitute the Bankruptcy Court's finding that the Debtor Releases are: (i) in exchange for the good and valuable consideration provided by the Released Parties, including, without limitation, the Released Parties' contributions to facilitating the Restructuring Transactions and implementing the Plan; (ii) a good faith settlement and compromise of the Claims released by the Debtor Releases; (iii) in the best interests of the Debtors and all Holders of Claims and Interests; (iv) fair, equitable and reasonable; (v) given and made after due notice and opportunity for hearing; and (vi) a bar to any of the Debtors, the Reorganized Debtors or the Debtors' Estates asserting any Cause of Action released pursuant to the Debtor Releases.

Section 7.03.  Releases by Holders of Claims and Interests

To the fullest extent permitted by applicable law and approved by the Bankruptcy Court, effective as of the Effective Date, except as otherwise expressly set forth in the Plan or the Confirmation Order, on and after the Effective Date, in exchange for good and valuable consideration, the adequacy of which is hereby confirmed, each Released Party is, and is deemed to be, hereby conclusively, absolutely, unconditionally, irrevocably and forever, released and discharged by each Releasing Party from any and all Causes of Action, whether known or unknown, foreseen or unforeseen, matured or unmatured, in law, equity, contract, tort or otherwise, including any derivative claims asserted on behalf of any of the Debtors, that such Entity would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from, in whole or in part, any of the Debtors (including the capital structure, management, ownership or operation thereof), the subject matter of or the transactions or events giving rise to any Claim or Interest that is treated in the Plan, the business or contractual arrangements between any of the Debtors any other Released Party, the Debtors' in- or out-of-court restructuring efforts, any Avoidance Actions (but excluding Avoidance Actions brought as counterclaims or defenses to Claims asserted against any of the Debtors), intercompany transactions between or among any of the Debtors or an affiliate of a Debtor and another Debtor or affiliate of a Debtor, the Chapter 11 Cases, the formulation, preparation, dissemination, negotiation, entry into, or filing of the Restructuring Support Agreement and related prepetition transactions, any Definitive Document, the Disclosure Statement, the New Governance Documents, the Plan (including, for the avoidance of doubt, the Plan Supplement), or any Restructuring Transactions, contract, instrument, release or other agreement or document created or entered into in connection with the Restructuring Support Agreement, the New Governance Documents, the Disclosure Statement, the Plan, the Plan Supplement, the filing of the Chapter 11 Cases, the pursuit of Confirmation, the pursuit of Consummation, the

4896-0091-9761, v. 2

administration and implementation of the Plan, including the issuance or distribution of the new preferred and common equity shares or units of Online Pharmacy Holdings LLC pursuant to the Plan, to the extent applicable, or the distribution of property under the Plan or any other related agreement, or upon any other act or omission, transaction, agreement, event or other occurrence related or relating to any of the foregoing, in each case taking place on or before the Effective Date.

Notwithstanding anything to the contrary in the foregoing, the releases set forth above do not release (i) any liabilities arising after the Effective Date, (ii) the rights of any current employee of any of the Debtors under any employment agreement or plan or (iii) rights of Holders of Allowed Claims or Allowed Interests to receive distributions under the Plan.

Entry of the Confirmation Order shall constitute the Bankruptcy Court's approval, pursuant to Bankruptcy Rule 9019, of the Third-Party Release, which includes by reference each of the related provisions and definitions contained herein, and, further, shall constitute the Bankruptcy Court's finding that the Third-Party Release is: (i) consensual; (ii) essential to the confirmation of the Plan; (iii) given in exchange for the good and valuable consideration provided by the Released Parties; (iv) a good faith settlement and compromise of the Claims released by the Third-Party Release; (v) in the best interests of the Debtors and their Estates; (vi) fair, equitable and reasonable; (vii) given and made after due notice and opportunity for hearing; and (viii) a bar to any of the Releasing Parties asserting any claim or Cause of Action released pursuant to the Third-Party Release.

## Section 7.05. Exculpation

As of the Effective Date, except as otherwise specifically provided in the Plan or Confirmation Order, no Exculpated Party shall have or incur liability for, and each Exculpated Party is hereby released and exculpated from, any Exculpated Claim other than those arising out of or relating to any act by or omission of an Exculpated Party that have been determined in a Final Order of a court of competent jurisdiction to have constituted actual fraud, willful misconduct or gross negligence, but in all respects such Entities shall be entitled to rely upon the advice of counsel with respect to their duties and responsibilities pursuant to the Plan.  The Exculpated Parties have, and upon Consummation of the Plan shall be deemed to have, participated in good faith and in compliance with the applicable laws with regard to the solicitation of votes on the Plan, distribution of consideration pursuant to the Plan and, to the extent applicable, the offer, issuance and sale or purchase of securities pursuant to the Plan and, therefore, are not, and on account of such solicitation, distribution and issuance shall not be, liable at any time for the violation of any applicable law, rule or regulation governing the solicitation of acceptances or rejections of the Plan, such distributions made pursuant to the Plan and issuance of securities pursuant to the Plan. Notwithstanding anything to the contrary in the foregoing, the exculpations set forth above do not release (i) any liabilities arising after the Effective Date, (ii) the rights of any current employee of any of the Debtors under any employment agreement or plan or (iii) the rights of Holders of Allowed Claims or Allowed Interests to receive treatment in accordance with the Plan.

4896-0091-9761, v. 2

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

**Section 7.06.  Injunction**

Effective as of the Effective Date, except as otherwise expressly provided in the Plan or the Confirmation Order or for obligations issued or required to be paid pursuant to the Plan or the Confirmation Order, all Enjoined Parties are permanently enjoined, from and after the Effective Date, from taking any of the following actions against, as applicable, any of the Debtors, any of the Reorganized Debtors, the Exculpated Parties or the Released Parties and their respective assets and properties: (i) commencing or continuing in any manner any action, suit or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests; (ii) enforcing, attaching, collecting or recovering by any manner or means any judgment, award, decree or order against such Entities on account of or in connection with or with respect to any such Claims or Interests; (iii) creating, perfecting or enforcing any encumbrance of any kind against such Entities or the property or the Estate of such Entities on account of or in connection with or with respect to any such Claims or Interests; (iv) asserting any right of setoff, subrogation or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such Claims or Interests unless such Holder has filed a motion requesting the right to perform such setoff on or before the Effective Date, and notwithstanding an indication of a Claim or Interest or otherwise that such Holder asserts, has or intends to preserve any right of setoff pursuant to applicable law or otherwise; and (v) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such Claims or Interests released or settled pursuant to the Plan.

<u>Binding Nature of the Plan</u>

ON THE EFFECTIVE DATE, AND EFFECTIVE AS OF THE EFFECTIVE DATE, THE PLAN SHALL BIND, AND SHALL BE DEEMED BINDING UPON, THE DEBTORS, THE REORGANIZED DEBTOR, ANY AND ALL HOLDERS OF CLAIMS AGAINST AND EQUITY INTERESTS IN THE DEBTORS, ALL PERSONS AND ENTITIES THAT ARE PARTIES TO OR ARE SUBJECT TO THE SETTLEMENTS, COMPROMISES, RELEASES, DISCHARGES, AND INJUNCTIONS DESCRIBED IN THE PLAN, EACH PERSON ACQUIRING PROPERTY UNDER THE PLAN, ANY AND ALL NON-DEBTOR PARTIES TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES WITH THE DEBTORS AND THE RESPECTIVE SUCCESSORS AND ASSIGNS OF EACH OF THE FOREGOING, TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, AND NOTWITHSTANDING WHETHER OR NOT SUCH PERSON OR ENTITY (I) WILL RECEIVE OR RETAIN ANY PROPERTY, OR INTEREST IN PROPERTY, UNDER THE PLAN, (II) HAS FILED A PROOF OF CLAIM OR INTEREST IN THE CHAPTER 11 CASES OR (III) FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN, AFFIRMATIVELY VOTED TO REJECT THE PLAN OR IS CONCLUSIVELY PRESUMED TO REJECT THE PLAN; PROVIDED, HOWEVER, THAT THE DISCHARGE SHALL NOT APPLY TO THOSE DEBTORS THAT ARE LIQUIDATING UNDER THIS PLAN, IN ACCORDANCE WITH SECTION 1141(d)(3) OF THE BANKRUPTCY CODE.

YOU ARE ADVISED AND ENCOURAGED TO REVIEW CAREFULLY AND CONSIDER THE PLAN, INCLUDING THE RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AS YOUR RIGHTS MIGHT EB AFFECTED.

4896-0091-9761, v. 2

# **Exhibit E**



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Bexar County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | 112 E Pecan St Ste 2200 | San Antonio | TX | 78205 |
| Bonita Pharmaceuticals | Attn: Charles Patel | 6380 Commerce Dr | | Westland | MI | 60614 |
| Cardinal Health 110, LLC | Attn: Erin Gapinski | 7000 Cardinal Place | | Dublin | OH | 43017 |
| Computer Condiments Inc | Attn: Jacqueline M Scheck | 7618 Woodman Ave | Ste 6 | Panorama City | CA | 91402 |
| Crestview Holdings, LLC | | 311 South Wacker Drive | Suite 2640 | Chicago | IL | 60606 |
| Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Calhy Saechao | PO Box 2952 | Sacramento | CA | 95812-2952 |
| Healthy Choice Compounding LLC | | 311 South Wacker Drive | Suite 2640 | Chicago | IL | 60606 |
| New York State Dept, of Tax and Finance | c/o Bankruptcy Section | Attn: David M Pugliese | PO Box 5300 | Albany | NY | 12205-0300 |
| Okaloosa County Tax Collector | Attn: Cheryl Vaccari | 1250 N Eglin Pkwy | Ste 101 | Shalimar | FL | 32579 |
| Optio Rx, LLC | Attn: Ben David | 3701 Commercial Ave | Ste 14 | Northbrook | IL | 60062-1835 |
| Pet Apothecary, LLC | | 311 South Wacker Drive | Suite 2640 | Chicago | IL | 60606 |
| Rinku Patel [Dr. Rinku Patel] | | Address Redacted | | | | |
| SBH Medical LLC | | 311 South Wacker Drive | Suite 2640 | Chicago | IL | 60606 |
| SMC Lyons Holdings, LLC | | 311 South Wacker Drive | Suite 2640 | Chicago | IL | 60606 |
| Wintrust Bank, N.A. | Attn: Bryn Perna | 231 S LaSalle St | | Chicago | IL | 60604 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 1 of 1

# **Exhibit F**



**Exhibit F**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| 121 Central Pharmacy Corp., d/b/a Central Pharmacy | c/o Certilman Balin Adler & Hyman, LLP | c/o Robert D Nosek | 90 Merrick Avenue | East Meadow | NY | 11554 |
| Adventus US Realty 4 LP | Attn: Debi Turner | 575 Maryville Centre Dr | Ste 500 | St. Louis | MO | 63141 |
| Baybridge Pharmacy Corp | c/o Certilman Balin Adler & Hyman, LLP | Attn: Robert D. Nosek | 90 Merrick Avenue | East Meadow | NY | 11554 |
| Baybridge Pharmacy Corp / 121 Central Pharmacy Corp / Delco Pharmacy Corp | | 1981 Marcus Ave | Ste C129 | New Hyde Park | NY | 11042 |
| BMH Capital, Inc | c/o Crestview | Attn: Bryan Henderson, Hal Densman | 349 S Garcon Point Rd | Milton | FL | 32583-7314 |
| CBC Pharma Holdco, LLC | c/o Cold Bore Capital Management, LLC | Attn: Sergio Zepeda | 311 South Wacker Drive Suite 2640 | Chicago | IL | 60606 |
| Central-Yuriy Davydov | | 21715 85th Ave | | Queens Village | NY | 11427-1412 |
| Constangy, Brooks, Smith & Prophete, LLP | Attn: June Barnes | 230 Peachtree St., Suite 2400 | | Atlanta | GA | 30303 |
| Delco Development Company of Hicksville, LP. | c/o Rush Properties Inc. | One Barstow Rd, Ste P-3 | | Great Neck | NY | 11021 |
| Delco Pharmacy Corp. d/b/a Pro Pharmacy | c/o Certilman Balin Adler & Hyman, LLP. | Attn: Robert D. Nosek, Esq. | 90 Merrick Avenue | East Meadow | NY | 11554 |
| Dr. Ike, Inc. (d/b/a Dr. Ike's PharmaCare) | | 16662 Pineridge Dr | | Granada Hills | CA | 91344-1848 |
| Greg Savino | Attn: Robert D. Nosek, Esq. | c/o Certilman Balin Adler & Hyman, LLP. | 90 Merrick Ave | E Meadow | NY | 11554 |
| H&H Pharmacy Inc (d/b/a Dr.Ikes Pharmacy) | | 16662 Pineridge Dr | | Granada Hills | CA | 91344-1848 |
| Marc Wank | c/o Holland & Knight LLP | Attn: Elizabeth Malloy | 511 Union St. Ste. 2700 | Nashville | TN | 37219 |
| Neal Gerber & Eisenberg LLP | Attn: Robert Radasevich & Thomas Van Der Moere | Two N. LaSalle Street | Ste 1700 | Chicago | IL | 60602 |
| OCPLP, Inc. [John J Carson] | | Address Redacted | | | | |
| PIA Holdings, Inc. | | 150 W End Ave | APT 24L | New York | NY | 10023-5748 |
| Pro-Yuriy Davydov | | 21715 85th Ave | | Queens Village | NY | 11427-1412 |
| Rose SA-Trang TERI Hoang & Peter Chu  (Thang Tat Chu) | | Address Redacted | | | | |
| Rose SF-Trang TERI Hoang & Peter Chu (Thang Tat Chu) | | Address Redacted | | | | |
| Ryan Alley | | Address Redacted | | | | |
| Salo, Inc., Robert Hirsh, Elizabeth Buller | c/o Gamble Hartshorn LLC | Attn: Kenneth A Gamble | One E Livingstone Ave | Columbus | OH | 43215-5700 |
| Smith & Hale LLC - 6660 | | PO Box 78000 | | Detroit | MI | 48278-1196 |
| Stoel Rives LLP | Attn: Steven T. Lovett | 760 SW Ninth Ave Ste 3000 | | Portland | OR | 97205 |
| Universal Pharmaceutical Services INC [Enovex Pharmacy, Enovex] | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Drive | | Granada Hills | CA | 91344 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 1 of 1

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 93 of 150

# **Exhibit G**



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 104 Gallery Circle, LLC | | 7220 Louis Pasteur | #176 | | San Antonio | TX | 78229 | |
| 119 Kent LLC & 119 Kent II LLC | Attn: Cheskie Weisz | 121 Kent Avenue | | | Brooklyn | NY | 11249 | |
| 119 Kent LLC and 19 Kent II LLC | | 1274 49 Street Unit No. 443 | | | Brooklyn | NY | 11219 | |
| 121 Central Pharmacy Corp | Attn: Greg Savino | 1842 Gardenia Avenue | | | Merrick | NY | 11566 | |
| 121 Central Pharmacy Corp | c/o Barclay Damon LLP | Attn: Linda J. Clark | 80 State Street | | Albany | NY | 12207 | |
| 121 Central Pharmacy Corp | c/o Barclay Damon LLP | Attn: Raymond N. McCabe | 200 Delaware Ave., Suite 1200 | | Buffalo | NY | 14202 | |
| 1901 Clybourn LLC | | 2211 N Elston Ave | Ste 308 | | Chicago | IL | 60614-2921 | |
| 1908 Santa Monica LLC | | 1908 Santa Monica Blvd | Ste 4 | | Santa Monica | CA | 90404-1991 | |
| 1St Choice Heating & Air Conditioning LLC | | 15018 Tradesman Driv | | | San Antonio | TX | 78249 | |
| 21St Century Formulations | | 9663 Santa Monica Blvd | Suite 860 | | Beverly Hills | CA | 90210 | |
| 3C Telemarketing Consultants | Attn: Independent Contractor | 31-10 23Rd Street | Apt 3C | | Astoria | NY | 11106 | |
| 4G'S Tires, Tint & Mufflers | | 1246 Babcock Rd | | | San Antonio | TX | 78201 | |
| 655 Dearborn Park Lane LLC | | 420 Westdale Ave | | | Westerville | OH | 43082 | |
| 8x8 | | 675 Creekside Way | | | Campbell | CA | 95008 | |
| 95 And Sunny | | PO Box 7455 | | | Xhandler | AZ | 85246-7455 | |
| A To Z Termite & Pest Control | | PO Box 336 | | | D'Hanis | TX | 78850 | |
| A/C Technical Services, Ltd. | | PO Box 1535 | | | Castroville | TX | 78009 | |
| A1 Fire & Safety | | 203 E Rhapsody Dr | | | San Antonio | TX | 78216 | |
| A1A Mobile Locksmith | | 18555 Ventura Blvd | #A | | Tarzana | CA | 90035 | |
| A3 Technologies Inc | | 35 N Raymond Ave | Ste 204 | | Pasadena | CA | 91103 | |
| A-A Backflow Testing And Maintenance | | 2535 W 237th St | Ste 119 | | Torrance | CA | 90505 | |
| Aaa Background Checks | | 808 High St | Ste 9 | | Worthington | OH | 43085 | |
| Aaron Gormley | | Address Redacted | | | | | | |
| Abacus Inventory Services Inc | | 329 Wisconsin | | | Oak Park | IL | 60302 | |
| Abbott Nutrition | | 75 Remittance Dr | Ste 1310 | | Chicago | IL | 60675-1310 | |
| Abdallah, Inc | | 3501 W County Road 42 | | | Burnsville | MN | 55306-3805 | |
| Able Motor Cars Corp. | Attn: Michael (Preston?) | 1230 Mamaroneck Ave | Ste 200 | | White Plains | NY | 10605 | |
| Abrams Valet Parking | | 1415 E Colorado St | Ste 203A | | Glendale | CA | 91205 | |
| Abramson Levin & Gindi LLP | | 1700 W Burbank Blvd | | | Burbank | CA | 91506-1355 | |
| Absolute Care Discount Pharmacy | | 541 Maclay Ave | Ste 104 | | San Fernando | CA | 91340 | |
| Absolute Impressions Inc - 1190 | | 281 Enterprise Dr | | | Lewis Center | OH | 43035 | |
| Absolute Studios | | PO Box 3121 | | | N Hollywood | CA | 91609 | |
| Acacia Hospice & Palliative Services | | 11770 Warner Ave | Ste #101 | | Fountain Valley | CA | 92708 | |
| Accent Communication Services Inc | | 2400 Corporate Exchange Dr | Ste 100 | | Columbus | OH | 43231 | |
| Access | | 7328 Reindeer Trail | | | San Antonio | TX | 78250 | |
| Access 2 Interpreters LLC | | 492 S High St | Ste 200 | | Columbus | OH | 43215-5685 | |
| Access Medical Laboratories | | 5151 Corporate Way | | | Jupiter | FL | 33458-3101 | |
| Accordion Partners LLC | | 31 West 52nd Street | Fl 16 | | New York | NY | 10019 | |
| Accountemps | | Attn: Robert Half - 3025 | PO Box 743295 | | Los Angeles | CA | 90074-3295 | |
| Accreditation Commission For Health Care Inc | | 139 Weston Oaks Ct | | | Cary | NC | 27513 | |
| Accu-Count | | c/o MSI Inventory Services | 100 W High St, Ste 814 | | Moorpark | CA | 93020 | |
| ACE - American Insurance Company | | 436 Walnut Street | PO Box 1000 | | Philadelphia | PA | 19106 | |
| Ace Mart Restaurant Supply, Inc. | | PO Box 18100 | PO Box 18100 | | San Antonio | TX | 78218-0100 | |
| Achc | | 139 Weston Oaks Ct | | | Cary | NC | 27513 | |
| Action - 9616 | | 1001 Entry Drive | | | Benesenville | IL | 60106 | |
| Acute Care Pharmaceuticals | | PO Box 734568 | | | Chicago | IL | 60673-4568 | |
| Acute Hospice Care | | 8138 Foothill Blvd | #320 | | Sunland | CA | 91040 | |
| Adam Denndorfer | | Address Redacted | | | | | | |
| Adam Gavran | | Address Redacted | | | | | | |
| Adamari Ramirez Barragan | | Address Redacted | | | | | | |
| Addison Professional Financial Search LLC | | PO Box 779238 | | | Chicago | IL | 60677-9238 | |
| Adelso Baten | | Address Redacted | | | | | | |
| Adl Essentials | | 258 Tosca Dr | | | Stoughton | MA | 02072 | |
| Adlakha Investments Inc - Dba Grand Ave Pharmacy | | 1615 Grand Ave Pkwy | Ste 104 | | Pflugerville | TX | 78660 | |
| Adobe | | 29322 Network Pl | | | Chicago | IL | 60673-1293 | |
| Adobe | | 345 Park Ave | | | San Jose | CA | 95110-2704 | |
| Adp, LLC - 183771 | | PO Box 31001-1874 | | | Pasadena | CA | 91110 | |
| ADT | | 111 Windsor Dr | | | Oak brook | IL | 60523 | |
| Adt Security Services | | PO Box 371878 | | | Pittsburgh | PA | 15250-7878 | |
| Advance Building Protection Inc | | 6464 W Sunset Blvd | Ste 610 | | Los Angeles | CA | 90028 | |
| Advance Cleaning Company LLC | | 43634 Campo Place | | | Indio | CA | 92203 | |
| Advance Innovative Solutions Inc | c/o Ais | 2625 Butterfield Road | Suite 109 S | | Oak Brook | IL | 60523 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 1 of 37

Page 95 of 150

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Advanced Alarm & Fire, Inc | | 8724 Millergrove Drive | | | Santa Fe Springs | CA | 90670 | |
| Advanced Alarm And Fire Inc - 6154 | | PO Box 936942 | | | Atlanta | GA | 31193-6942 | |
| Advantage Tech, Inc | | 5330 College Blvd | | | Overland Park | KS | 66211 | |
| Adventus US Realty | Attn: President, Adventus Realty | 1660-999 West Hastings St | | | Vancouver | BC | V6C2W2 | Canda |
| Adventus US Realty 4 LP | Attn: President | 1660-999 West Hastings Street | | | Vancouver | BC | V6C 2W2 | Canada |
| Adventus Us Realty 4 Lp | | 575 Maryville Centre Drive | Suite 500 | | St. Louis | MO | 63141 | |
| Advowaste Medical Services, LLC | | 16 S Clifton Ave | Suite 201 | | Lakewood | NJ | 08701 | |
| Afco | | 150 N Field Dr | Ste 180 | | Lake Forest | IL | 60045-2583 | |
| Affiliated Medical Services LLC | | 55 Caren Ave | Ste 160 | | Worthington | OH | 43085 | |
| Affordable Printer Services | | 13603 Halcourt Ave | | | Norwalk | CA | 90650 | |
| Aflac | | 1932 Wynnton Rd | | | Columbus | GA | 31999-0001 | |
| Agelity | | 115 Broad Hollow Road | | | Melville | NY | 11747 | |
| Agram Aghajani | | Address Redacted | | | | | | |
| Ahisd | | 7101 Broadway | | | San Antonio | TX | 78209 | |
| Ahmedov Express Inc | | 2612 West Street | Ste 5H | | Brooklyn | NY | 11223 | |
| Air Design Systems Inc | | 400 E Lurton St | PO Box 18830 | | Pensacola | FL | 32523-8830 | |
| Air Science Usa LLC | | 120 6th Street | | | Fort Myers | FL | 33907 | |
| Airclean Systems | | 2179 East Lyon Station Road | | | Creedmoor | NC | 27522 | |
| Airgas | | 5929 Distribution | | | San Antonio | TX | 78218 | |
| Air-Tite Products Co Inc - 8616 | | 565 Central Pharmacy Llc Drive | Ste 101 | | Virginia Beach | VA | 23454 | |
| Akbota Inc | | 288 Washington Ave | | | Albany | NY | 12203 | |
| Akron Generics LLC | | 47 Mall Dr | Ste 1 & 2 | | Commack | NY | 11725 | |
| Alabama Department of Revenue | | 50 North Ripley Street | | | Montgomery | AL | 36132 | |
| Alabama Dept of Rev | | c/o Business Privilege Tax Section | PO Box 327320 | | Montgomery | AL | 36132-7320 | |
| Alabama State of Board of Pharmacy | Attn: Donna Yeatman | 111 Village St. | | | Birmingham | AL | 35242 | |
| Alamo Area Home Care Council, Inc. | | PO Box 29843 | | | San Antonio | TX | 78229 | |
| Alamo Body & Paint | | 5608 Bandera Road | | | San Antonio | TX | 78238 | |
| Alamo Chapter Case Management Society | | PO Box 29306 | | | San Antonio | TX | 78229 | |
| Alamo Dumpsters, LLC | | 6338 N New Braun Pharmacarefels, Pmb 167 | | | San Antonio | TX | 78209 | |
| Alamo Heights Little League | | PO Box 6114 | | | San Antonio | TX | 78209 | |
| Alamo Wurzbach Mini Storage | | 8747 Wurzbach Rd | | | San Antonio | TX | 78240-1190 | |
| Alana Siegel | | Address Redacted | | | | | | |
| Alaniz Marketing Inc | | 7250 Redwood Blvd | Suite 355 | | Novato | CA | 94945 | |
| Alannis Camargo | | Address Redacted | | | | | | |
| Alaska Board of Pharmacy | Attn: Michael Bowles | PO Box Box 110806 | | | Juneau | AK | 99811-0806 | |
| Albert Nguyen | | Address Redacted | | | | | | |
| Albert Nguyen | | Address Redacted | | | | | | |
| Aldik Artificial Flower | | 3064 Paysphere Circle | | | Chicago | IL | 60674 | |
| Aldinger Co. | | 1440 Prudential Road | | | Dallas | TX | 75235 | |
| Alejandro Ruiz | | Address Redacted | | | | | | |
| Aleksan Ovchiyan | | Address Redacted | | | | | | |
| Alena Harris | | Address Redacted | | | | | | |
| Alicia Mattar | | Address Redacted | | | | | | |
| Alison Rodela | | Address Redacted | | | | | | |
| Alita Andre | | Address Redacted | | | | | | |
| Alk Abello Inc - 7840 | | 7806 Solutions Center | | | Chicago | IL | 60677-7806 | |
| Alk-Abello Inc | | 7806 Solutions Center | | | Chicago | IL | 60677-7806 | |
| All | c/o Tex Insurance | 3320 E Hwy 377 | | | Granbury | TX | 76049 | |
| All Hvacr Mechanical | | 827 North Hollywood Way | Unit 310 | | Burbank | CA | 91505 | |
| All Pro Electric Inc | | 4N240 Cavalry Dr | Ste D | | Bloomingdale | IL | 60108 | |
| All Safe Fire Protection & Mechanical | | 375 Executive Blvd | | | Elmsford | NY | 10523 | |
| All Security Networks | | 9214 Beach St | | | Los Angeles | CA | 90002 | |
| All Tech Mechanical | | 13-30 131St Street | | | College Point | NY | 11356 | |
| Allegaert Berger And Vogel LLP | | 111 Broadway | 20th Fl | | New York | NY | 10006 | |
| Allegis Pharmaceuticals LLC | | PO Box 189 | | | Madison | MS | 39130-0189 | |
| Allegra Marketing Print And Mail | | 453 S Vermont | Ste A | | Palatine | IL | 60067 | |
| Allegra Print & Imaging | | 17080 Hwy 46 W | Ste 108 | | Spring Branch | TX | 78070 | |
| Allgood Books, Inc. | | PO Box 1046 | | | Raymond | MS | 39154 | |
| Alliance For Pharmacy Compounding | | 100 Daingerfield Road | Suite 100 | | Alexandria | VA | 22314 | |
| Allied Advertising Agency, Inc. | | 3700 Blanco Road | | | San Antonio | TX | 78212 | |
| Allied Waste Services, Inc. | | PO Box 78829 | | | Phoenix | AZ | 85062 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 2 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 96 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Allometrics Inc | | 1425 Atlantis Dr | Suite B | | Webster | TX | 77598 | |
| Almirall, LLC | | 101 Lindenwood Drive | Suite 400 | | Malvern | PA | 19355 | |
| Alpine Health - 3181 | | PO Box 829636 | | | Philadelphia | PA | 19182-9636 | |
| Alta Medical Specialties | | 1632 South Redwood Road | | | Salt Lake City | UT | 84104 | |
| Altium Healthcare Inc | | 600 Vista Drive | | | Sparta | TN | 38583 | |
| Alycia Lear | | Address Redacted | | | | | | |
| Alyssa Turner | | Address Redacted | | | | | | |
| Amanda Davey | | Address Redacted | | | | | | |
| Amanda Rivera | | Address Redacted | | | | | | |
| Amber Strickland | | Address Redacted | | | | | | |
| Amedisys Hh of San Antonio | | PO Box 62600 Dept 1120 | | | New Orleans | LA | 70162 | |
| American Capital Enterprises, Inc. | | PO Box 893580 | | | Temecula | CA | 92589-3580 | |
| American College of Veterinary Internal Medicine | | 8301 E Prentice Ave | Ste 300 | | Greenwood Village | CO | 80111 | |
| American Electric Power | | PO Box 371496 | | | Pittsburgh | PA | 15250-7496 | |
| American Electric Power - 4042 | | PO Box 371496 | | | Pittsburgh | PA | 15250-7496 | |
| American Electric Power - 4062 | | PO Box 371496 | | | Pittsburgh | PA | 15250-7496 | |
| American Electric Power - 4067 | | PO Box 371496 | | | Pittsburgh | PA | 15250-7496 | |
| American Express | | PO Box 981535 | | | El Paso | TX | 79998-1535 | |
| American Flyer Distribution | | 27614 Primrose Ln | | | Castaic | CA | 91384 | |
| American General Life Insurance Company | | 101 S 200 East, | Ste 300 | | Salt Lake City | UT | 84111 | |
| American Heart Association | | 8415 Wurzbach Road | | | San Antonio | TX | 78229 | |
| American Pharmaceutical Distributors | | PO Box 5935 | Drawer 2542 | | Troy | MI | 48007-5935 | |
| American Pharmaceutical Distributors - 7573 | | 6650 Highland Rd | Ste 302 | | Waterford | MI | 48327 | |
| American Pharmaceutical Distributors - 7575 | | 6650 Highland Rd | Ste 302 | | Waterford | MI | 48327 | |
| American Pharmacies | | 802 N Carancahua St | | | Corpus Christi | TX | 78401 | |
| American Recovery Service Inc | | 555 St Charles Drive | Suite 100 | | Thousand Oaks | CA | 91360 | |
| American Redwood Consulting | | 25050 Riding Plaza | #130-662 | | South Riding | VA | 20152 | |
| American Signs By Tomorrow Inc | | 2834 N Halsted | | | Chicago | IL | 60657 | |
| American Society For Pharmacy Law | | PO Box 7317 | | | Springfield | IL | 62791 | |
| American Typewriter & Equipment Co. | | 10846 Vandale St | | | San Antonio | TX | 78216 | |
| Amerigen LLC | | 9 Polito Ave | Ste 900 | | Lyndhurst | NJ | 07071-3410 | |
| Amerikeys | | 16274 San Pedro | | | San Antonio | TX | 78232 | |
| Amerisource Bergen Drug Corp | | PO Box 100565 | | | Pasadena | CA | 91189-0565 | |
| Amerisource Bergen Drug Corporation | | 1300 Morris Drive | | | Chesterbrook | PA | 19087 | |
| Amerisource Bergen Drug Corporation | | 1300 Morris Drive | | | Chesterbrook | PA | 19087 | |
| Amirhan Express Corp | | 109 Brighton 11th Street | Apt 1R | | Brooklyn | NY | 11235 | |
| Amitra Properties | Attn: Arun Bhumitra | 23211 Hawthorne Blvd | Ste 300 | | Torrance | CA | 90505 | |
| Amtec Medical Inc. | | PO Box 341882 | | | Austin | TX | 78734 | |
| Amy Lohman | | Address Redacted | | | | | | |
| Ana Quintana | | Address Redacted | | | | | | |
| Anabel Alarcon | | Address Redacted | | | | | | |
| Analytical Scientific | | PO Box 675 | | | Helotes | TX | 78023-0675 | |
| Ancira Nissan | | Address Redacted | | | | | | |
| Ancira-Winton Chevrolet, Inc. | | 6111 Bandera Road | | | San Antonio | TX | 78238 | |
| Anda - 120718 | | PO Box 930219 | | | Atlanta | GA | 31193-0219 | |
| Anda Inc. | | 2915 Weston Road | | | Weston | FL | 33331 | |
| Anderson Electric | | 2810 Thousand Oaks | #194 | | San Antonio | TX | 78232-4108 | |
| Andranik Agadjanyan | | Address Redacted | | | | | | |
| Andrea Skarja | | Address Redacted | | | | | | |
| Andrew Charter | | Address Redacted | | | | | | |
| Andrew Tutt | | Address Redacted | | | | | | |
| Anesha Patel - Empl Reimb | | Address Redacted | | | | | | |
| Anesthesia Labels | | 3900 West Avera Drive | 3900 West Avera Drive  Ste 301 | Ste 301 | Sioux Falls | SD | 57108-5721 | |
| Angeline Tran | | Address Redacted | | | | | | |
| Angelique Calderon | | Address Redacted | | | | | | |
| Angels Hand | | Address Redacted | | | | | | |
| Angie Oge | | Address Redacted | | | | | | |
| Ani High Quality Printing Service | | 6334 White Heron Court | | | Las Vegas | NV | 89139 | |
| Ani Narinyan | | Address Redacted | | | | | | |
| Aniston Stanford | | Address Redacted | | | | | | |
| Anna Robertson | | Address Redacted | | | | | | |
| Anne Mai | | Address Redacted | | | | | | |
| Annie Lim | | Address Redacted | | | | | | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Ans Ahmed | | Address Redacted | | | | | | |
| Anthem Bcbs | | PO Box 105183 | | | Atlanta | GA | 30348-5183 | |
| Anthony Pecoraro | | Address Redacted | | | | | | |
| Anthony S Giazcomazza | | Address Redacted | | | | | | |
| Antonio Alamares | | Address Redacted | | | | | | |
| Antonio Escareno | | Address Redacted | | | | | | |
| Antonio P Alamares | | Address Redacted | | | | | | |
| Anurag Gupta | | Address Redacted | | | | | | |
| Anyssia Russell | | Address Redacted | | | | | | |
| Aoe Production LLC | | 1730 Harrison Ave | Apt 2E | | Bronx | NY | 10453 | |
| Apf Fbo Amotec Inc. | | PO Box 823473 | | | Philadelphia | PA | 19182-3473 | |
| Apothecary Products - 1580 | | PO Box 856810 | | | Minneapolis | MN | 55485-6810 | |
| Apothecary Services Inc | c/o Rosemount Pharmacy | PO Box 282 | | | Newtown Square | PA | 19073 | |
| Apricotlaw Inc | | 7 Skyline Dr | Ste 350 | | Hawthorne | NY | 10532 | |
| April Saenz | | Address Redacted | | | | | | |
| Aquatic Interiors Unlimited, LLC | | 1306 Walkers Way | 1306 Walkers Way | | San Antonio | TX | 78216 | |
| Arcuri Alarm System Inc - 3531 | | 1050 Mamaroneck Ave | | | Mamaroneck | NY | 10543 | |
| Arete Pharmacy | | 7243 N 16Th St | | | Phoenix | AZ | 85020 | |
| Argus Environmental Consultants, Inc. | | 10004 Wurzbach Rd | #247 | | San Antonio | TX | 78230 | |
| Arion | | 1005 N Commons Dr | | | Auroa | IL | 60504 | |
| Arizona State Board of Pharmacy | Attn: Kamlesah "Kam" Gandhi | PO Box Box 18520 | | | Phoenix | AZ | 85005-8520 | |
| ARK (Underwriters at Lloyd's, London) | | 30 Fenchurch Avenue | | | London | | EC3M 5AD | United Kingdom |
| Arkansas State Board of Pharmacy | Attn: John Clay Kirtley | 322 S Main St | Ste 600 | | Little Rock | AR | 72201 | |
| Arl Bio Pharma | | 840 Research Parkway | | | Oklahoma City | OK | 73104 | |
| Arlinda Huerta | | Address Redacted | | | | | | |
| Armen Mansuryan | | Address Redacted | | | | | | |
| Armen Terarutyunyan | | Address Redacted | | | | | | |
| Armet Alarm And Electronics | | 424 W Colorado St | Ste 200A | | Glendale | CA | 91204 | |
| Armita Properties Inc | | 23211 Hawthorne Blvd | Ste 300 | | Torrance | CA | 90505 | |
| Armstrong Teasdale | | 7700 Forsyth Blvd | Suite 1800 | | St. Louis | MO | 63105 | |
| Aromantique | | PO Box 6000 | | | Heber Springs | AR | 72543 | |
| Artesa Labs LLC | | PO Box 161851 | | | Atlanta | GA | 30321-1851 | |
| Arthur Avetisyan Pharmaceuticals Inc | | 834 Graynold Ave | | | Glendale | CA | 91202 | |
| Artiba Cosmetics | | 5280 E Beverly Blvd | Ste B | | Los Angeles | CA | 90022 | |
| Artios Window Cleaning | | 15710 Blue Creek Dr | | | San Antonio | TX | 78232 | |
| Arty Imports | | 111 Legal Row | | | Dallas | TX | 75247 | |
| Arun Suresh Kumar | | Address Redacted | | | | | | |
| Arya Ice Cream Dist Co Inc | | 914 E 31St Street | | | Los Angeles | CA | 90011 | |
| Asd Healthcare | | 345 International Blvd | Suite 400 | | Brooks | KY | 40109 | |
| ASD Specialty Healthcare, LLC | | 5025 Plano Parkway | | | Carrollton | TX | 75010 | |
| Asembia LLC | | 200 Park Ave | Ste 300 | | Florham Park | NJ | 07932 | |
| Aseptic Testing Solutions LLC | | 1846 W Pratt Blvd | | | Chicago | IL | 60626 | |
| Ashkan Isakharian | | Address Redacted | | | | | | |
| Ashley Brolsma | | Address Redacted | | | | | | |
| Ashley Kandaras | | Address Redacted | | | | | | |
| Ashley Nolan | | Address Redacted | | | | | | |
| Ashley Rittenhouse | | Address Redacted | | | | | | |
| Ashley Rivera | | Address Redacted | | | | | | |
| Aspen Company, Inc | | 1360 West Mc Coy Lane | | | Santa Maria | CA | 93455 | |
| Assemble All Install | | 287 S Robertson, Blvd | 402 | | Beverly Hills | CA | 90211 | |
| Associated Sales And Bag Company | | PO Box 8820 | | | Carol Stream | IL | 60197-8820 | |
| Astro Delivery Service | | 1125 1/2 Huntington Dr | | | South Pasadena | CA | 91030 | |
| At Analytical Inc | | 500 3Rd St | PO Box 308 | | Baltic | SD | 57003 | |
| At Analytical, Inc | | PO Box 308 | | | Baltic | SD | 57003 | |
| AT&T | | PO BOX 5014 | | | Carol Stream | IL | 60197-5014 | |
| At&T Global Services | | PO Box 8102 | | | Aurora | IL | 60507-8102 | |
| Atlassian | | 350 Bush St | Fl 13 | | San Francisco | CA | 94104 | |
| Atobek Sheraliev Corp | | 665 88th St | Apt 6D | | Brooklyn | NY | 11228 | |
| Atrium Rehabilitation Center | | 7602 Louis Pasteur | | | San Antonio | TX | 78229-4107 | |
| Attix Pharmaceuticals - 1308 | | 425 University Ave | Ste 800 | | Toronto | ON | M5G 1T6 | Canada |
| Auburn Pharmaceutical | | PO Box 72216 | | | Cleveland | OH | 44192-2216 | |
| Audrey Johnson | | Address Redacted | | | | | | |
| Audri Jowers | | Address Redacted | | | | | | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 4 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 98 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Aum Medical Tech | | 212 C Progress Dr | | | Montgomeryville | PA | 18936 | |
| Austin Ramsay | | Address Redacted | | | | | | |
| Auto-Owners Insurance - 7986 | | PO Box 740312 | | | Cincinnati | OH | 45274-0312 | |
| Autumn Lee | | Address Redacted | | | | | | |
| Averitt Express | | PO Box 3145 | | | Cookeville | TN | 38502-3145 | |
| Aves | | 150 North Riverside Plaza | Suite 5200 | | Chicago | IL | 60606 | |
| Aves Capital Management LP | | 150 North Riverside Plaza | Ste 5200 | | Chicago | IL | 60606 | |
| Avetik Ghukasyan | | Address Redacted | | | | | | |
| Avg Technologies USA, Inc. | | 2105 Northwest Blvd | | | Newton | NC | 28658 | |
| AWS | | 410 Terry Ave North | | | Seattle | WA | 98109-5210 | |
| Ax Pharmaceutical Corp | | 100 Tesma Way | Ste 8 | | Concord | ON | L4K 0J9 | Canada |
| Axis Insurance Co. | | 92 Pitts Bay Road | AXIS House | | Pembroke | | HM 08 | Bermuda |
| Ayk Dzhragatspanyan | | Address Redacted | | | | | | |
| Azucena Michel | | Address Redacted | | | | | | |
| B And B Pharmaceuticals Inc | | 8591 Prairie Trail Dr | Ste C-600 | | Englewood | CO | 80112 | |
| B And C Fire Safety Inc | | 323 Navy St | | | Fort Walton Beach | FL | 32547-2129 | |
| B Braun Pharmacare Medical Inc. | | PO Box 780433 | | | Philadelphia | PA | 19178-0433 | |
| B. Braun Medical, Inc. | | 824 12th Ave | | | Bethlehem | PA | 18018 | |
| Baby Rain Productions LLC | | 111 East 172 Street | Apt 3C | | Bronx | NY | 10452 | |
| Bach Nguyen | | Address Redacted | | | | | | |
| Bachster Courier | | 15111 Bushard St | Space 117 | | Westerminster | CA | 92683 | |
| Badgeman Promotional Products | | 7170 Oaklawn Drive | | | San Antonio | TX | 78229 | |
| Badger Security And Alarm Inc | | 10700 W Venture Drive | Suite C | | Franklin | WI | 53132 | |
| Bagatta Associates Inc - 1Ce-1 | | 823 W Jericho Tpke | Ste 1A | | Smithtown | NY | 11787 | |
| Baily International Inc | | 2501 W 20th St | | | Granite City | IL | 62040 | |
| Baker And Hostetler LLP | | Key Tower - 127 Public Square | Ste 2000 | | Cleveland | OH | 44114-1214 | |
| Baldings Bees | | 748 N Ave 66 | | | Los Angeles | CA | 90042 | |
| Bam | c/o Brand A Marketing LLC | 3524 University Ave | | | Highland Park | IL | 60035 | |
| Bamako Auto Motors | | 4535 Park Ave | Apt B | | Bronx | NY | 10457 | |
| Bankers Leasing | | 10052 Justin Drive | | | Urbandale | IA | 50323 | |
| Banner Life Insurance Company | | PO Box 740526 | | | Atlanta | GA | 30374-0526 | |
| Bao Hanh Tran | | Address Redacted | | | | | | |
| Baptist Health System | | 215 E Quincy St | Ste 314 | | San Antonio | TX | 78215-2033 | |
| Barak Lock And Security Solutions LLC | | 15039 Burbank Blvd | Apt 102 | | Van Nuys | CA | 91411-3675 | |
| Barbour | | 7975 Reliable Parkway | | | Chicago | IL | 60686 | |
| Barchins Incorporated | | 2440 E 29Th St | Apt 3T | | Brooklyn | NY | 11235 | |
| Barclay Damon LLP | | PO Box 1265 | | | Albany | NY | 12201-1265 | |
| Barclay Damon LLP | Attn: Brad M. Gallagher | 80 State St | | | Albany | NY | 12207 | |
| Batool Hasafa | | Address Redacted | | | | | | |
| Baxalta Us Inc - 1278 | | 28198 Network Pl | | | Chicago | IL | 60673-1281 | |
| Baxter Health Care | | 1 Baxter Parkway | | | Deerfield | IL | 60015 | |
| Baxter Healthcare Corp | | PO Box 730531 | | | Dallas | TX | 75373-0531 | |
| Baybridge Pharmacy, LLC | | 20848 Cross Island Parkway | | | Bayside | NY | 11360 | |
| Bayeh'S Auto Center | | 4681 Walzem Road | | | San Antonio | TX | 78218 | |
| Bcn Telecom Inc - 0011 | | PO Box 842840 | | | Boston | MA | 02284-2840 | |
| Bd Creative | | 1073 Rochelle Ave | | | Thompson'S Station | TN | 37179 | |
| Bdi Pharma | | 120 Research Drive | | | Columbia | SC | 29203 | |
| Beacon Hill Staffing Group LLC - 8184 | | PO Box 846193 | | | Boston | MA | 02284 | |
| Beast Catering | | 15878 Larkspur Street | | | Sylmar | CA | 91342 | |
| Bedrock Partners | Attn: Rashmi Sharma | 404 RMZ Ecoworld Rd | Adarsh Palm Retreat | | Bellandur | Bengaluru Karnataka | 560103 | India |
| Bell Lifestyle Products, Inc. | | 68th Street | | | South Haven | MI | 49090 | |
| Bella Home Maid Inc. | | 17W668 14Th St | | | Villa Park | IL | 60181 | |
| Ben David | | 3701 Commercial Avenue, Suite 14 | | | Northbrook | IL | 60062 | |
| Benchmark | | 1008 Momentum Place | | | Chicago | IL | 60689 | |
| Benelia Alavez | | Address Redacted | | | | | | |
| Benjamin David | | Address Redacted | | | | | | |
| Bentley Associates L.P. | | 437 Madison Ave 24Th Floor | | | New York | NY | 10022 | |
| Benyamin Behnamfard | | Address Redacted | | | | | | |
| Bernice Gonzalez, M.D., P.A. | | Address Redacted | | | | | | |
| Best Name Gadges | | 1700 Nw 65Th Ave | Ste 4 | | Plantation | FL | 33313 | |
| Beta Pharmaceuticals, Inc. | | PO Box 691106 | | | San Antonio | TX | 78269 | |
| Better Badges | | 8024 Gilleland Drive | | | Roseville | CA | 95747 | |
| Bexar County | Attn: Tax Assessor Collector | 233 N Pecos La Trinidad | | | San Antonio | TX | 78207 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

 STRETTO

**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Bexar County Pharmacy Association | | PO Box 100604 | | | San Antonio | TX | 78201 | |
| Bexar Met | | PO Box 245994 | | | San Antonio | TX | 78224-5994 | |
| Beyer Mechanical | | 17105 Beyer John Dr | | | Selma | TX | 78154 | |
| Beyer Plumbing | | 17197 Beyer John Drive | | | Selma | TX | 78154 | |
| BHM Capital, Inc. | | 116 N. Fredon Blvd | | | Crestview | FL | 32536 | |
| Bicor Processing | | 362 Dewitt Ave | | | Brooklyn | NY | 11207 | |
| Bill Salter Advertising Inc 0Creph | | PO Box 761 | | | Milton | FL | 32572 | |
| Biofrontera Inc | | PO Box 412440 | | | Boston | MA | 02241-2440 | |
| Bio-K Plus Usa Inc - 9999 | | 8135 Remmet Ave | | | Canoga Park | CA | 91304 | |
| Biolife, LLC | | 8163 25Th Court East | | | Sarasota | FL | 34243 | |
| Biomedical Repair Services of Texas | | 17305 Ih 35 North | | | Schertz | TX | 78154 | |
| Biomerieux, Inc | | PO Box 500308 | | | St Louis | MO | 63150-0308 | |
| Bioridge Parma LLC | | 325 Columbia Tpk | Ste 111 | | Florham Park | NJ | 07932 | |
| Bioscience International | | 11333 Woodglen Drive | | | Rockville | MD | 20852 | |
| Biosource Cultures And Flavors Inc | | Box PO 777 | | | Muskego | WI | 53150-0777 | |
| Birdeye Inc | | 2479 E Bayshore Rd | Ste 188 | | Palo Alto | CA | 94303-3245 | |
| Blessing Hospice | | 11428 Artesia Blvd | | | Artesia | CA | 90701 | |
| Blue Lantern Publishing | | 3645 Interlake Avenue N | | | Seattle | WA | 98103 | |
| Blue Orange Digital LLC | | 79 Madison Ave | 8Th Floor | | New York | NY | 10016 | |
| Blue Shield of California | | PO Box 749415 | | | Los Angeles | CA | 90074-9415 | |
| Blupax Pharma - 1908 | | 160 Raritan Center Pkwy | Ste 1 | | Edison | NJ | 08837 | |
| Bmax Termite Control | | 8060 Sorrento Lane | | | Stanton | CA | 90680 | |
| Bmc Group Vdr LLC | | PO Box 748225 | | | Los Angeles | CA | 90074-8225 | |
| BMO Harris Bank, N.A. | | 1200 E. Warrenville | | | Naperville | IL | 60563 | |
| Bob Lurie Glass Corp | | 6960 N Teutonia Ave | Ste 2 | | Milwaukee | WI | 532092595 | |
| Book Jackets | | PO Box 3077 | | | Culver City | CA | 90231 | |
| Book Marketing Plus | | 406 Post Oak Road | | | Fredericksburg | TX | 78624 | |
| Boughts Inc | | 5173 Waring Road | Unit 100 | | San Diego | CA | 92120 | |
| BPI Labs | | 97 S. Red Willow Rd. | | | Evanston | WY | 82930 | |
| Bracha Designs Inc | | 6936 174th Street | | | Fresh Meadows | NY | 11365 | |
| Bradley Lucak | | Address Redacted | | | | | | |
| Brand A Marketing | | Address Redacted | | | | | | |
| Brand Village Property, LLC | Attn: Trustees of the Robert and Stefanie Stevenson Family Trust | 1111 North Brand Blvd, Ste 250 | | | Glendale | CA | 91202 | |
| Brandon Huang | | Address Redacted | | | | | | |
| Braun Pharma, LLC | | 1919 North Clybourn Avenue | | | Chicago | IL | 60614 | |
| Breanna Tucker | | Address Redacted | | | | | | |
| Breathe Safe Environmental | | 3010 Wilshire Blvd | Suite 260 | | Los Angeles | CA | 90010 | |
| Brehm, Havel & Co. LLP | | 7809 Broadway Street | | | San Antonio | TX | 78209 | |
| Brenda Barrientos | | Address Redacted | | | | | | |
| Brenda Valero | | Address Redacted | | | | | | |
| Brett Pine | | Address Redacted | | | | | | |
| Brex Inc. | | 650 South 500 West | Suite 209 | | Salt Lake City | UT | 84101 | |
| Brian Berardelli | | Address Redacted | | | | | | |
| Brian Martinez | | Address Redacted | | | | | | |
| Brianna Lucrecio | | Address Redacted | | | | | | |
| Briggs Healthcare | | 4900 University Ave | Ste 200 | | West Des Moines | IA | 50266 | |
| Bright Edge Solutions LLC | | 279 N State St | Ste 203 | | Westerville | OH | 43081 | |
| Brittany Brownlee | | Address Redacted | | | | | | |
| Brittney Swyer | | Address Redacted | | | | | | |
| Broadway Pharmacy | | 6100 Broadway | | | San Antonio | TX | 78209 | |
| Brook Falls Veterinary Hospital And Exotic Care Inc | | N48 W14850 W Lisbon Rd | | | Menomonee Falls | WI | 53051 | |
| Brooke Lawrence | | Address Redacted | | | | | | |
| Brown & Fortunato | | 905 South Fillmore Street | | | Amarillo | TX | 79101 | |
| BrowserStack | | 444 De Haro St | #212 | | San Francisco | CA | 94107 | |
| Bruce D. Hagman, M.Sc., R.Ph., Fascp | | Address Redacted | | | | | | |
| Bryan Henderson | c/o Emmanuel Sheppard & Condon - Pensacola FL | Attn: Erick M. Drlicka & Jennifer Shoaf Richardson | 30 S Spring St | | Pensacola | FL | 32502 | |
| Bryan Lay | | Address Redacted | | | | | | |
| Bryan Pest Control Inc | | 1049 S Wilson St | | | Crestview Pharmacy Llc | FL | 32536 | |
| Bryce Miller | | Address Redacted | | | | | | |
| Bsn-Jobst, Inc. . | | PO Box 751766 | | | Charlotte | NC | 28275-1766 | |
| Bucks Painting And Remodeling LLC | | 7582 John Matthews Rd | | | Milton | FL | 32583 | |
| Bulalaw LLC | | PO Box 8190 | | | Stockton | CA | 95208-0190 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Burkhardt Heating And Air Conditioning | | 8232 N Teutonia Ave | | | Brown Deer | WI | 53209 | |
| Burnham Park Animal Hospital | | 1025 S State St | | | Chicago | IL | 60605-2221 | |
| Business Transactions Corp | | 506 Ocean View Avenue | | | Brooklyn | NY | 11235 | |
| Businessrocket Net Inc | | 15442 Ventura Blvd | | | Sherman Oaks | CA | 91403 | |
| C & F Enterprises, Inc | | 819 Blue Crab Road | | | Newport News | VA | 23606 | |
| C.R. Gibson Company | | PO Box 8500 C/O Lockbox  7896 | | | Philadelphia | PA | 19178-7896 | |
| CA Department of Tax and Fee Administration | | 505 N Brand Blvd | Ste 700 | | Glendale | CA | 91203 | |
| CA Department of Tax and Fee Administration | | PO BOX 942879 | | | Sacramento | CA | 94279 | |
| California Board of Pharmacy | | 2720 Gateway Oaks Dr | Ste 100 | | Sacramento | CA | 95833 | |
| California State Board of Pharmacy | | PO Box 942533 | | | Sacramento | CA | 94258-0533 | |
| California State of Pharmacy | Attn: Anne Sodergren | 2720 Gateway Oaks Drive | Suite 100 | | Sacramento | CA | 95833 | |
| Call A Nurse Healthcare Services | | 2300 Montana Ave | Ste504 | | Cincinnati | OH | 45211 | |
| Calvin-Thai Vo | | Address Redacted | | | | | | |
| Cambridge Sensors USA LLC | | 23866 W Industrial Dr N | | | Plainfield | IL | 60585 | |
| Cameleon Window Tinting | | 206 West Palmer Ave | | | Glendale | CA | 91204 | |
| Capital of Products Inc - 8531 | | 15840 Monte St | # 104 | | Sylmar | CA | 91342 | |
| Capital One | | PO Box 60599 | | | City Of Industry | CA | 91716-0599 | |
| Capital One Bank NA | Attn: Maria Seufert | 1680 Capital One Drive | | | McLean | VA | 22102-3491 | |
| Capital Returns, Inc | | PO Box 73916 | | | Cleveland | OH | 44193 | |
| Capitala Private Advisors LLC | | 4201 Congress St | Ste 360 | | Charlotte | NC | 28209 | |
| CapitalSouth SBIC Fund IV, L.P. | | 200 Park Avenue, 35Th Floor | | | New York | NY | 10166 | |
| Capitol office Supply | | 777 Dearborn Park Ln | Ste E | | Worthinton | OH | 43085 | |
| Caprice | | 1230 Rosecrans Ave | | | Manhattan Beach | CA | 90266 | |
| Caprice Capital Partners LLC | | 1230 Rosecrans Avenue | Suite 425 | | Manhattan Beach | CA | 90266 | |
| Capsuline Inc | | 3233 Sw 30th Ave | | | Dania Beach | FL | 33312 | |
| Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | |
| Cardinal Health - OptioFreight | | PO Box 90272 | | | Chicago | IL | 60696-0272 | |
| Cardinal Health 110, LLC, as Agent | | 7000 Cardinal Place | | | Dublin | OH | 43017 | |
| Cardinal Health 200, LLC | Attn: Brad J Wilson | 3651 Birchwood Drive | | | Waukegan | IL | 60085 | |
| Cardinal Health at Home | | 1810 Summit Commerce Park | | | Twinsburg | OH | 44087 | |
| Cardinal Health Opti Freight | | PO Box 70539 | | | Chicago | IL | 60673 | |
| Care Animal Hospital | Attn: Customer Refund | 9052 Prairie Ridge Rd | | | Pleasant Prairie | WI | 53158-1936 | |
| Caremark IPA, LLC | | P.O. Box 94467 | | | Palatie | IL | 60094-446 | |
| Caremax Hospice Glendale | | 1016 E Broadway | #101 | | Glendale | CA | 91205 | |
| Carevet LLC | | 8008 Carondelet Ave | Suite 101 | | St. Louis | MO | 63105 | |
| Carex | | PO Box 1745 | | | Sioux Falls | SD | 57101-1745 | |
| Carlos Quevedo | | Address Redacted | | | | | | |
| Carmichael Plumbing | | 12619 La Noche St | | | San Antonio | TX | 78223-6333 | |
| Carrie Wheeler | | Address Redacted | | | | | | |
| Carter Health LLC | | 4630 S Kirkman Rd, | Pmb#362 | | Orlando | FL | 32811 | |
| Cartridge World | | 7959 Fredericksburg Road | | | San Antonio | TX | 78229 | |
| Case Manager Society of South Texas | | PO Box 40456 | | | San Antonio | TX | 78229 | |
| Casey Electric Inc | | 225 N Ferdon Blvd | | | Crestview Pharmacy Llc | FL | 32536 | |
| Cashier Live LLC | | 9550 W Higgins Rd | 8Th Fl | | Rosemount | IL | 60018 | |
| Caspa Healthcare | | 8206 Solutions Center | | | Chicago | IL | 60677 | |
| Cassandra Ploeger | | Address Redacted | | | | | | |
| Castleborn Investments | | PO Box 260134 | Ste E | | Encino | CA | 91426-0134 | |
| Castleborn Investments | Attn: Peyman Ghasri | 18555 Ventura Blvd | Unit E | | Los Angeles | CA | 90069 | |
| Cathryn Johnson | | Address Redacted | | | | | | |
| Cbk, Ltd. | | PO Box 143 | | | Union City | TN | 38261-0143 | |
| Cbi Services LLC | | 5230 Las Virgenes Road | Ste 210 | | Calabasas | CA | 91301 | |
| Ce Group, Inc | | 1125 Alexander Court | | | Cary | CA | 60013 | |
| Ceimpact | | PO Box 71306 | | | Des Moines | IA | 50325 | |
| Centerfield Capital Partners | | 10 W Market St | 3000 Market Tower | | Indianapolis | IN | 46204 | |
| Central Pharmacy LLC  Tx Soc. of Health Sys Pharmacist | | PO Box 29751 | | | San Antonio | TX | 78229 | |
| Central Pharmacy LLC Air Conditioning Co., Inc. | | PO Box 201120 | | | San Antonio | TX | 78220-8120 | |
| Central Pharmacy LLC Illinois Scale Company | | 402 South L St | | | Tilton | IL | 61833 | |
| Central Pharmacy, LLC | | 121 Kent Avenue | | | Brooklyn | NY | 11249 | |
| Central Registration Division Illinois Department Of Revenue | | PO Box 19030 | | | Springfield | IL | 62794-9030 | |
| Centurion Labs | | 3100 Bowling Dr | | | Hoover | AL | 35242 | |
| Century Link - 9056 | | PO Box 1319 | | | Charlotte | NC | 28201-1319 | |
| Centurylink | | PO Box 52187 | | | Phoenix | AZ | 85072-2187 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 7 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 101 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Cerner Healthcare Services Inc | | PO Box 959156 | | | St Louis | MO | 63195-9156 | |
| Certified Scale Inc | | N57 W13640 Carmen Ave | | | Menomonee Falls | WI | 53051-6144 | |
| Certified Survey Inc | | 1440 Renaissance Dr | Ste 140 | | Park Ridge | IL | 60068 | |
| Chamberlain Advisors LLC | | 311 S Wacker Drive | Suite 400 | | Chicago | IL | 60606 | |
| Chameleon Window Tinting | | 121 E Fairview Ave | #A | | Glendale | CA | 91207 | |
| Change Healthcare Solutions LLC - 0816 | | 3055 Lebanon Pike | Suite 100 | | Nashville | TN | 37214 | |
| Chapin Drug Company | | PO Box 848104 | | | Dallas | TX | 75284-8104 | |
| Charles Murdent | | Address Redacted | | | | | | |
| Charter Communications | | PO Box 6030 | | | Carol Stream | IL | 60197-6030 | |
| Chartwell Rx, LLC. | | 77 Brenner Drive | | | Congers | NY | 10920 | |
| Chase | | PO Box 94014 | | | Palatine | IL | 60094-4014 | |
| Chelsea Subia-Self | | Address Redacted | | | | | | |
| Cheryl Zambrowicz | | Address Redacted | | | | | | |
| Cheyenne Hooks | | Address Redacted | | | | | | |
| Chicago Data Cabling | | 1502 E Illinois St | | | Wheaton | IL | 60187 | |
| Chicago Ivf | | 28375 Davis Pkwy | | | Warrenville | IL | 60555 | |
| Chinh Truong | | Address Redacted | | | | | | |
| Christina Hopf | | Address Redacted | | | | | | |
| Christina Mai | | Address Redacted | | | | | | |
| Christina Richey | | Address Redacted | | | | | | |
| Christine Erzig | | Address Redacted | | | | | | |
| Christopher Neil Densman | c/o Berger Singerman LLP -Fort Lauderdale FL | Attn: Ruth Ellen Vafek | 201 E Las Olas Boulevard | Suite 1500 | Fort Lauderdale | FL | 33301 | |
| Christopher Neil Densman | c/o Berger Singerman LLP -Miami FL | Attn: Jordi Guso | 1450 Bricknell Avenue | | Miami | FL | 33131 | |
| Christopher Sorrentini | | Address Redacted | | | | | | |
| Chrystal Hill Lavizzo | | Address Redacted | | | | | | |
| Chu and Dharmesh Patel | | Address Redacted | | | | | | |
| Cintas Fire | | PO Box 636525 | | | Cincinnati | OH | 45263-6525 | |
| Cintex Services LLC | | PO Box 161945 | | | Stlanta | GA | 30321-1851 | |
| Citi Cards | | PO Box 78019 | | | Phoenix | AZ | 85062-8019 | |
| Citi Cards - Costco | | PO Box 9001016 | | | Louisville | KY | 40290-1016 | |
| Citibank | | PO Box 182564 | | | Columbus | OH | 43218-2564 | |
| City of Crestview - 4392 | | PO Box 1209 | | | Crestview | FL | 32536-1209 | |
| City of Glendale - Property Tax | | 5909 N Milwaukee River Pkwy | | | Glendale | WI | 53209-3815 | |
| City of Glendale Water Utility | | 5909 N Milwaukee River Pkwy | | | Glendale | WI | 53209-3815 | |
| City of Los Angeles Office of Finance | | PO Box 53200 | | | Los Angeles | CA | 90053-0200 | |
| City of Santa Ana - Business Tax Section | | 20 Civic Center Plaza | PO Box 1964 | | Santa Ana | CA | 92702 | |
| City of Santa Fe Springs Water Utility | | 11710 Telegraph Rd | | | Santa Fe Springs | CA | 90670-3658 | |
| City of Santa Monica - Revenue Division | | PO Box 2200 | | | Santa Monica | CA | 90407 | |
| City of Torrance Business License Division | | 3031 Torrance Blvd. | | | Torrance | CA | 90503 | |
| City Public SRV CPS | | 109 E 16th St | | | New York | NY | 10003 | |
| Citymedrx LLC | | 97-17 64th Road | | | Rego Park | NY | 11374 | |
| Claire Seymour | | Address Redacted | | | | | | |
| Clarity Pharmacy Services - 1314 | | 224 N Park Ave | | | Fremont | NE | 68025-4964 | |
| Clark Hill Strasburger | | Address Redacted | | | | | | |
| Clark Partington | Attn: Megan F. Fry | 125 E Intendencia St | | | Pensacola | FL | 32502 | |
| Clark Partington | | Address Redacted | | | | | | |
| Classic Uniforms | | 602 Nw Loop 410 | Ste 120 | | San Antonio | TX | 78216 | |
| Claudia Barnett | | Address Redacted | | | | | | |
| Claudia Huntington | | Address Redacted | | | | | | |
| Clean Harbors Environmental Services, Inc. | | 42 Longwater Drive | | | Norwell | MA | 02061 | |
| Clean Room Services Inc | | PO Box 9276 | | | Canoga Park | CA | 91309 | |
| Cleaning Ideas Corp. | | 1023 Morales | | | San Antonio | TX | 78230 | |
| Cleanroom Connection Inc | | 32845 Main Rd | Ste C | | Cutchogue | NY | 11935 | |
| Clearbrook Cross LLC | | 100 Clearbrook Road | | | Elmsford | NY | 10523 | |
| Clearent LLC | | 222 S Central Pharmacy Llc | Ste 700 | | Clayton | MO | 63105 | |
| Clearly Fun Soap, Inc | | 440 Wilson Road | | | Griffin | GA | 30224 | |
| Clearview Services Inc. | | 20540 State Hwy 46 W 115 | | | Spring Branch | TX | 78070-6825 | |
| Clia Laboratory Program | | PO Box 3056 | | | Portland | OR | 97208-3056 | |
| Cliftonlarsonallen LLP - 9291 | | PO Box 776376 | | | Chicago | IL | 60677-6376 | |
| Clinical Technology Inc | | 7005 S Edgerton Road | | | Brecksville | OH | 44141 | |
| Clinical Technology Inc | c/o Sbhwor | 7005 S Edgerton Rd | | | Brecksville | OH | 44141 | |
| CloudFlare | | 101 Townsend St | | | San Francisco | CA | 94107 | |
| Clower, Fleming P. (Jim) | | 8523 Chimneyhill | | | San Antonio | TX | 78254 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 8 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 102 of 150

 STRETTO

**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CME Corp - 6914 | | PO Box 737923 | | | Dallas | TX | 75373-7923 | |
| CMPD Licensing | | 12820 Highway 105 W | | | Conroe | TX | 77304 | |
| CNA  Continental Casualty Company | | PO Box 8317 | | | Chicago | IL | 06080 | |
| CNA Surety | | PO Box 957312 | | | St. Louis | MO | 63195-7312 | |
| Coachella Valley Water District | | PO Box 5000 | | | Coachella | CA | 92236-5000 | |
| Coachella Valley Water District - 9368 | | PO Box 5000 | | | Coachella | CA | 92236-5000 | |
| Coakley Brothers Company | | 400 South 5th Street | | | Milwaukee | WI | 53204 | |
| Coast Professional Inc | | PO Box 425 | | | Geneseo | NY | 14454 | |
| Cobbs Allen Capital, LLC | d/b/a CAC Specialty | 115 Office Park Drive | Suite 200 | | Birmingham | AL | 35223 | |
| Coca-Cola Southwest Beverages, LLC | | PO Box 744010 | | | Atlanta | GA | 30384-4010 | |
| Cochran Wholesale Pharmaceutical LLC | | PO Box 676014 | | | Dallas | TX | 75267-6014 | |
| Cofense Inc | | 1602 Village Market Blvd, Se | #400 | | Leesburg | VA | 20175 | |
| Cogent Energy Systems | | 4221 Elizabeth Lane | | | Addandale | VA | 22003 | |
| Cold Bore Capital Management LLC | | 311 S Wacker Dr | Ste 400 | Ste 2640 | Chicago | IL | 60606 | |
| Colorado State Board of Pharmacy | Attn: Dmitry Kunin | 1560 Broadway | Suite 1350 | | Denver | CO | 80202-5143 | |
| Colour Solutions | | 981 Isom Road | | | San Antonio | TX | 78216 | |
| Columbia Gas | | PO Box 4629 | | | Carol Stream | IL | 60197-4629 | |
| Comcast | | PO Box 4928 | | | Oak Brook | IL | 60522 | |
| Comcast Business - 2190 | | PO Box 70219 | | | Philadelphia | PA | 19176-0219 | |
| Comed | | PO Box 6111 | | | Carol Stream | IL | 60197-6111 | |
| Comfort Time Heating & Cooling | | 8038 Freestone Avenue | | | Santa Fe Springs | CA | 90670 | |
| Commercial Air Systems Inc | | 3742 East Walnut Street | | | Pasadena | CA | 91107 | |
| Compound Advantage LLC | | 4110 Versailles Court | | | Floyds Knobs | IN | 47119-9765 | |
| Compounders International Analytical Laboratory | | 4760 Castleton Way | A | | Castle Rock | CO | 80109 | |
| Comptroller of Public Accounts | | 111 E 17th Street | | | Austin | TX | 78774-0100 | |
| Computer Wiz | | 58 Manchester Rd | Ste 2L | | Eastchester | NY | 10709 | |
| Computer-Rx | | PO Box 8450 | | | Moore | OK | 73153-8450 | |
| Con ED of NY | | 4 Irving Pl | | | New York | NY | 10003 | |
| Conception Technologies | | 6835 Flanders Dr | | | San Diego | CA | 92121 | |
| Conetixx Inc | | 78-44 75th St | | | Glendale | NY | 11385 | |
| Confirm Biosciences Inc | | PO Box 748827 | | | Los Angeles | CA | 90074-8827 | |
| Connecticut Commission of Pharmacy | Attn: Gina Samples | 450 Columbus Blvd | Suite 901 | | Hartford | CT | 06103 | |
| Consolidated Electrical Distributors, Inc | | PO Box 461667 | | | San Antonio | TX | 78246 | |
| Consolidated office Systems | | 840 W Rhapsody | | | San Antonio | TX | 78246 | |
| Container And Packaging | | PO Box 84144 | | | Seattle | WA | 98124-5444 | |
| Contec Inc. | | 525 Locust Grove | | | Spartanburg | SC | 29303 | |
| Controlled Environment Testing Association | | 701 Exposition Pl | Ste 206 | | Raleigh | NC | 27615 | |
| Convexserv Technology Solutions LLC | | PO Box 1214 | | | Forked River | NJ | 08731 | |
| Copy Solutions Inc | | 4091 Mallory Ln | Ste 128 | | Franklin | TN | 37067 | |
| Core Products International | | 808 Prospect Ave | 808 Prospect Ave. | | Osceola | WI | 54020 | |
| Corine Ortega | | Address Redacted | | | | | | |
| Corner Storage Crestview, LLC | Attn: Perry Solem | 1110 N Ferdon Blvd | | | Crestview | FL | 32536 | |
| Cornerstone Health Group | | 122 E 7th Street | Suite 1000 | | Los Angeles, | CA | 90014 | |
| Coronet Cyber Security Inc | | 122 Grand St | | | New York | NY | 10013 | |
| Corporate Filings LLC | | 30 N Gould St | Ste 7001 | | Sheridan | WY | 82801 | |
| Corrinne Smith | | Address Redacted | | | | | | |
| Costco Inc. | | PO Box 34783 | PO Box 34783 | | Seattle | WA | 98124-1783 | |
| Counsel to the DIP Lenders | DLA Piper LLP (US) | Attn: Stuart Brown | 1201 North Market Street | Suite 2300 | Wilmington | DE | 19801 | |
| Countryside Electric Inc | | 2920 Switzer Ave | | | Columbus | OH | 43219 | |
| County of Los Angeles - Assessor East District Office | | 1190 Durfee Ave. | | | South El Monte | CA | 91733 | |
| County of Los Angeles - Assessor South District Office | | 1401 East Willow Streett | | | Signal Hill | CA | 90755 | |
| County of Los Angeles, Dept of Treasurer and Tax Collector - 9340 | | PO Box 54027 | 225 North Hill St, Ste 122 | | Los Angeles | CA | 90054-0027 | |
| Covap Inc - Smc | | PO Box 42510 | | | Cincinnati | OH | 45242 | |
| Coverz | | 3631 Evergreen Dr | | | Palo Alto | CA | 94303 | |
| Covetrus North America - 655090-000 | | PO Box 734579 | | | Chicago | IL | 60673-4579 | |
| Cox Business - 5001 | | PO Box 771911 | | | Detroit | MI | 48277-1911 | |
| Cox Smith Attorneys | | 221 N Kansas St | | | El Paso | TX | 79901 | |
| Cozell Mcqueen | | Address Redacted | | | | | | |
| Crestview City Parmacy Inc | c/o Berger Singerman LLP -Fort Lauderdale FL | Attn: Ruth Ellen Vafek | 201 E Las Olas Boulevard | Suite 1500 | Fort Lauderdale | FL | 33301 | |
| Crestview City Parmacy Inc | c/o Berger Singerman LLP -Miami FL | Attn: Jordi Guso | 1450 Bricknell Avenue | | Miami | FL | 33133 | |
| Crestview Pharmacy, LLC | | 1919 N Clybourn Ave | | | Chicago | IL | 60614-4903 | |
| Criteria Corp | | 750 N San Vicente Blvd | Suite 1500 E. Tower | | West Hollywood | CA | 90069 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 9 of 37

 STRETTO

**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Critter Control of San Antonio | | 1075 Grassland | | | Bulverde | TX | 78163 | |
| Cross County | | 400 River's Edge Drive | | | Medford | MA | 2155 | |
| Crosstech Communications Inc | | 111 N Jefferson St | | | Chicago | IL | 60661 | |
| Crown Packaging Corp | | PO Box 17806M | | | St. Louis | MO | 63195 | |
| Crystal Express Inc | | 1636 43Rd Street | | | Brooklyn | NY | 11204 | |
| Crystal Fernandes | | Address Redacted | | | | | | |
| Crystal Lopez | | Address Redacted | | | | | | |
| Crystal Luquin | | Address Redacted | | | | | | |
| Ct Corporation | | PO Box 4349 | | | Carol Stream | IL | 60197-4349 | |
| Culligan Bottled Water of Columbus - 2804 | c/o Auto Ach | PO Box 2932 | | | Wichita | KS | 6720-2932 | |
| Culligan of Wheeling | | PO Box 1639 | | | Bolingbrook | IL | 60440 | |
| Culligan Water Conditioning Co. | | 1034 Austin St | | | San Antonio | TX | 78208 | |
| Custom Care Lawns | | PO Box 1394 | | | Milwaukee | WI | 53201-1394 | |
| Custom Enterprise | | PO Box 37554 | | | San Antonio | TX | 78237 | |
| Custom Security Electronics Inc | | 61404 Nottawa Rd | | | Sturgis | MI | 49091-8319 | |
| Cv Gates | | 215-28 93Rd Avenue | | | Queens Village | NY | 11428 | |
| Cvs Caremark | | 9501 East Shea Boulevard | | | Scottsdale | AZ | 85260-6719 | |
| CVS Caremark | | P.O. Box 94467 | | | Palatie | IL | 60094-446 | |
| Cvs Health - Provider Enrollment | | 9501 E Shea Blvd | Mail Code 129 | | Scottsdale | AZ | 85260 | |
| Cygnet Infotech LLC | | 125 Village Boulevard | Suite 315 | | Priceton | NJ | 08540 | |
| Cynthia Arrington | | Address Redacted | | | | | | |
| Cynthia Pegues | | Address Redacted | | | | | | |
| Dana Fornilda | | Address Redacted | | | | | | |
| Daniel Kelber | | Address Redacted | | | | | | |
| Daniel Majerczyk | | Address Redacted | | | | | | |
| Daniel Stremanos | | Address Redacted | | | | | | |
| Daniella Smith | | Address Redacted | | | | | | |
| Danielle Blake | | Address Redacted | | | | | | |
| Danielle Pobega | | Address Redacted | | | | | | |
| Dansher Mini Warehouses Inc | | 6179 West Dogwood Drive | | | Crestview Pharmacy Llc | FL | 32536 | |
| Darmerica LLC | | 4380 Oakes Road, Unit 800 | | | Davie | FL | 33314 | |
| David J Frank Landscape Contracting Inc | | PO Box 70 | | | Germantown | WI | 53022-0070 | |
| David Nguyen | | Address Redacted | | | | | | |
| David Sislyan | | Address Redacted | | | | | | |
| David Winkles | | Address Redacted | | | | | | |
| Davlat Azizov Inc | | 2034 Cropsey Avenue | | | Brooklyn | NY | 11214 | |
| Daypro | | 349 Military Cutoff Road | | | Wilmington | NC | 28405 | |
| De Lage Landen Financial Services, Inc | | PO Box 41602 | | | Philadelphia | PA | 19101-1602 | |
| Dean Group Media | | 2425 Bronco Butte Tr | Ste 1002 | | Phoenix | AZ | 85085 | |
| Dean Kolonich | | Address Redacted | | | | | | |
| Dear Cards | | 301 W Capitol St | | | Jackson | MS | 39203 | |
| Definitive Healthcare, LLC | | 492 Old Connecticut Path | | | Framingham | MA | 01701 | |
| Definitive Homecare Solutions | | 4150 Indianola Ave. | | | Columbus | OH | 43214 | |
| Definitive Homecare Solutions | | 707 Park Meadow Road | | | Westerville | OH | 43081 | |
| Delaware State Board of Pharmacy | Attn: Christine Mast | Cannon Building, 861 Silver Lake Blvd | Suite 203 | | Dover | DE | 19904 | |
| Delco Devl Co of Hicksville LP | c/o Rush Properties Inc | 1 Barstow Rd | Ste P3 | | Great Neck | NY | 11021-3501 | |
| Delco Pharmacy Corp | Attn: Greg Savino | 1842 Gardenia Avenue | | | Merrick | NY | 11566 | |
| Delco Pharmacy Corp | c/o Barclay Damon LLP | Attn: Linda J. Clark | 80 State Street | | Albany | NY | 12207 | |
| Delco Pharmacy Corp | c/o Barclay Damon LLP | Attn: Raymond N. McCabe | 200 Delaware Ave., Suite 1200 | | Buffalo | NY | 14202 | |
| Dell Marketing Lp - 7542 | | PO Box 676021 | | | Dallas | TX | 75267-6021 | |
| Delmy Martinez | | Address Redacted | | | | | | |
| Deluxe | | PO Box 4656 | | | Carol Stream | IL | 60197-4656 | |
| Dem Technology LLC | | 755 Albany Street | | | Dayton | OH | 45417 | |
| Demarcus Williams | | Address Redacted | | | | | | |
| Demdaco | | PO Box 803314 | | | Kansas City | MO | 64180-3314 | |
| Denai Soto | | Address Redacted | | | | | | |
| Denrose Search Group | | 11 Cisco Road | | | Denville | NJ | 07834 | |
| Department of Health Care Services - State of California - Dhcs - 1349 | | PO Box 997421, Ms 4720 | | | Sacramento | CA | 95899-7421 | |
| Department of Public Health/Medical Waste Mgmt Program, Ims K-2 | | PO Box 997377 | | | Sacramento | CA | 95899-7377 | |
| Dependable Fire Equipment | | 100 Le Baron Street | | | Waukegan | IL | 60085 | |
| Dermavant Sciences Inc | | PO Box 736560 | | | Dallas | TX | 75373-6560 | |
| Dermsource Inc | | 1981 Marcus Avenue | Suite C129 | | New Hyde Park | NY | 11042 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

 STRETTO

**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Desert Fire Extinguisher Company Inc | | 558 E Industrial Pl | | | Palm Springs | CA | 92264 | |
| Design Design, Inc. | | PO Box 2266 | | | Grand Rapids | MI | 49501-2266 | |
| Design Imports | | PO Box 58410 | | | Seattle | WA | 98138 | |
| Design Solutions Usa LLC | | 35544 N Sheridan Dr | | | Fox Lake | IL | 60020 | |
| Designer Greetings | | PO Box 1477 | | | Edison | NJ | 08818-1477 | |
| Designhaus Inc | | 860 Lively Blvd | | | Elk Grove Village | IL | 60007 | |
| Desiree Valencia | | Address Redacted | | | | | | |
| Devin Armstrong | | Address Redacted | | | | | | |
| Devine Hospice Care Inc | | 20945 Devonshire Street | Suite 201C | | Chatsworth | CA | 91311 | |
| Dey Communications | | 9018 Balboa Blvd | Ste  293 | | Northridge | CA | 91325 | |
| Dhl Express (Usa), Inc. | | PO Box 840006 | | | Dallas | TX | 75284-0006 | |
| Diane Wawronowicz | | Address Redacted | | | | | | |
| Dianely Solano | | Address Redacted | | | | | | |
| Digital Business Solutions - 8001 | | PO Box 60730 | | | Irvine | CA | 92602 | |
| Digital Pharmacist | | 3800 N Lamar Blvd | Ste 320 | | Austin | TX | 78756 | |
| Dinorah Parra | | Address Redacted | | | | | | |
| Dinovo | | 9067 Knight Road | | | Houston | TX | 77054 | |
| Direct Best Car Sales Inc | | 1138 Washington Ave | Apt 2E | | Bronx | NY | 10456 | |
| Direct Export | | PO Box 421449 | | | Dallas | TX | 75342 | |
| Dirt Free Carpet Cleaning | | PO Box 86 | | | Barker | TX | 77413 | |
| Discount Rubber Stamps.Com | | PO Box 445 | | | Butler | WI | 53007-0445 | |
| District of Columbia Board of Pharmacy | Attn: Justin Ortique | 2201 Shannon Place SE | | | Washington | DC | 20020 | |
| Division of Occupational and Professional Licensing | | PO Box 146741 | | | Salt Lake City | UT | 84114-6741 | |
| Divya Peddinti | | Address Redacted | | | | | | |
| Dla Piper LLP | | PO Box 75190 | | | Baltimore | MD | 21275 | |
| Dmj Security Inc | | 108-27 64th Rd | | | Forest Hills | NY | 11375 | |
| Docusign Inc | | PO Box 735445 | | | Dallas | TX | 75373-5445 | |
| Domain Listings | | PO Box 19607 | | | Las Vegas | NV | 89132-0607 | |
| Domain Networks | | PO Box 1280 | | | Hendersonville | NC | 28793 | |
| Don Strange of Texas, Inc. | | 1551 Bandera Road | | | San Antonio | TX | 78228 | |
| Donald Ukaegbu | | Address Redacted | | | | | | |
| Doran Pharmacy | | 525 N Glendale Ave | | | Glendale | CA | 91206 | |
| Dorothea Lee And Assoc., LLC | | PO Box 271471 | | | Flower Mound | TX | 75027 | |
| Douglas Company | | Box D 69 Krif Road | | | Keene | NH | 03431-0716 | |
| Douglas Navarro | | Address Redacted | | | | | | |
| Dr Wright D.V.M. - Brown Deer Animal Hospital | | 8745 N 51St St | | | Brown Deer | WI | 53223 | |
| Dr. David Md - Sleepinox | | 1964 Westwood Blvd | Ste 435 | | Los Angeles | CA | 90025 | |
| Dr. Hess Udder Ointment | | 23 N Scenic Hills Cr | | | North Salt Lake | UT | 84054 | |
| Dr. Ike's PharmaCare LLC | | 1111 North Brand Boulevard | Suite 101 | | Glendale | CA | 91202 | |
| Drake Design/The Faith Collection | | PO Box 971 | | | Lowell | AR | 72745 | |
| Drfirst.Com Inc | | PO Box 791487 | | | Baltimore | MD | 21279-1487 | |
| Drug And Laboratory Disposal Inc. - 4405 | | 411 Hercules | | | Parchment | MI | 49004 | |
| Drug Lift Corp | | 99-27 62Nd Road | | | Rego Park | NY | 11374 | |
| Drug Package | | 901 Drug Package Lane | | | O'Fallon | MO | 63366 | |
| Druglift | | 99-27 62Nd Road | | | Queens | NY | 11374 | |
| Drugtown Pharmacy | | 802 7th St | | | Santa Monica | CA | 90403 | |
| Dry Corp, LLC | | 349 Military Cutoff Road | | | Wilmington | NC | 28405 | |
| Dry Pro | | 1121C Military Cutoff Rd Box 356 | | | Wilmington | NC | 28405 | |
| Dsa Global Inc | | 293 Cromwell Ave | | | Staten Island | NY | 10305 | |
| Dsg International LLC | | 105 Eucalyptus Drive | | | El Segundo | CA | 90245 | |
| Dsquared Pharmaceuticals | | PO Box 250130 | | | Glendale | CA | 91225 | |
| Dtl Construction And Maintenance | | 5040 Baltimore St | | | Los Angeles | CA | 90042 | |
| Duke Realty LP | | 75 Remittance Drive | | | Chicago | IL | 60675-3205 | |
| Dura Care Medical Equip | | PO Box 566693 | | | Atlanta | GA | 31156 | |
| Duro-Med Industries, Inc. | | 13329 Collection Center Dr | | | Chicago | IL | 60693 | |
| Dustless Air Filter Company | | 11515 N Weidner Rd | | | San Antonio | TX | 78233 | |
| Dylan Willette | | Address Redacted | | | | | | |
| Dyna | | 2327 Chouteau Ave | | | St Louis | MO | 63103 | |
| Dynamic Medical LLC | | 13807 Red Maple Wood | Suite 201 B | | San Antonio | TX | 78249 | |
| E Z Pass - 2754 | | PO Box 15187 | | | Albany | NY | 12212-5187 | |
| Eagle Analytical Service Hic | | PO Box 734689 | | | Dallas | TX | 75373-4689 | |
| Eagle Disposal Inc. | | 21107 Omega Circle | | | Franksville | WI | 53126 | |
| Earl Reiland | | Address Redacted | | | | | | |
| East End Glass Company, Inc. | | 1870 Rigsby | | | San Antonio | TX | 78210 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Easy Living Innovations LLC | | 53 Bridge St | | | Deep River | CT | 06417 | |
| EasyCare Pharmacy LLC | | 7320 Woodlake Avenue | Suite 100 | | West Hills | CA | 91307 | |
| Ebenezer Bekele | | Address Redacted | | | | | | |
| Ecko Construction | | 7063 Pipestone | | | Schertz | TX | 78154 | |
| Ed Bristol Advertising And Printing | | 6150 W Donges Bay Rd | | | Mequon | WI | 53092 | |
| Edly Cuevas | | Address Redacted | | | | | | |
| Eduardo Arroyo | | Address Redacted | | | | | | |
| Edward Acevedo | | Address Redacted | | | | | | |
| eFax Corporate | | 700 S Flower St | Suite 1500 | | Los Angeles | CA | 90017 | |
| Eilbret Dooman | | Address Redacted | | | | | | |
| Elisabel Ruiz Marquez | | Address Redacted | | | | | | |
| Elite Delivery Systems | | PO Box 6146 | | | Huntington Beach | CA | 92615 | |
| Elite Mechanical Systems LLC | | PO Box 10 | | | Cantonment | FL | 32533-0010 | |
| Elixir Rx Options | | 7835 Freedom Ave NW | | | North Canton | OH | 44720-6907 | |
| Elizabeth Lopez | | Address Redacted | | | | | | |
| Elizabeth Straw | | Address Redacted | | | | | | |
| Elizbaeth Buller | | Address Redacted | | | | | | |
| Ella Alishayev | | Address Redacted | | | | | | |
| Ellen Stafford (Case No. 23-08993) | c/o Holloway Law Firm PA | Attn: Jonathan Thomas Holloway | 369 Main St | | Crestview | FL | 32536 | |
| Elmbrook Humane Society Inc | | 20950 Enterprise Ave | | | Brookfield | WI | 53045 | |
| Elsevier Inc - 8656 | | PO Box 9533 | | | New York | NY | 10087-9533 | |
| Eme Company | | 38054 Reulet Oaks Dr | | | Prairieville | LA | 70769 | |
| Emerald Coast It Services | | 6726 Elbing St, | | | Navarre | FL | 32566 | |
| Emergency Medical Products - 9154 | | 25196 Network Pl | | | Chicago | IL | 60673-1251 | |
| Emily S. Lathrop | | Address Redacted | | | | | | |
| Emo Management Inc | Attn: Chrisrunner | 13822 Portofino St | | | Fontana | CA | 92336 | |
| Employers Preferred Insurance Co | | 14120 Ballantyne Corporate Pl | Ste 100 | | Charlotte | NC | 8277-2685 | |
| Emuna Supply Company | | PO Box 35120 | | | Los Angeles | CA | 90035-0120 | |
| Encon Systems, Inc. | | PO Box 487107 | | | Garland | TX | 75049-7107 | |
| Endrina Villegas | | Address Redacted | | | | | | |
| Endurance American Ins. Co. / Sompo | | 1221 Avenue of the Americas Floor 18 | | | New York | NY | 10020 | |
| Enlivenhealth | | PO Box 92095 | | | Las Vegas | NV | 89193-2095 | |
| Enovex Pharmacy LLC | | 1111 North Brand Boulevard | Suite 101 | | Glendale | CA | 91202 | |
| Env Services, Inc. - 6001 | | PO Box 37836 | | | Baltimore | MD | 21297-7836 | |
| Enviromed 3845 | | PO Box 670650 | | | Dallas | TX | 75267 | |
| Environmental Services Inc | | PO Box 249 411 Hercules | | | Parchment | MI | 49004 | |
| Epi Health Direct - 5858 | | 134 Columbus Street | | | Charleston | NC | 29403 | |
| Epi Health LLC - 5857 | | PO Box 744233 | | | Atlanta | GA | 30384-4233 | |
| Epic Rx - 0506 | c/o Epic Pharmacy Network | PO Box 850526 Lockbox Number 0310526 | | | Minneapolis | MN | 55485-0526 | |
| Eps Inc - 6504 | | Customer #55 - 0036504 | Lock Box 427 | | Jamison | PA | 18929-0427 | |
| Erica Sturm | | Address Redacted | | | | | | |
| Erin Wilson | | Address Redacted | | | | | | |
| Ernst And Young Us LLP - 4163 | | PO Box 933514 | | | Atlanta | GA | 31193-3514 | |
| Essential Courier - 103495 | | PO Box 90411 | | | City Of Industry | CA | 91715 | |
| Essman Electric, LLC | | 4633 Pebble Dr | | | Elkhorn | WI | 53121 | |
| Ettafae Johnston | | Address Redacted | | | | | | |
| Eujodo | Attn: Tiffany Garcia | 9601 McAllister Freeway | Ste 100 | | San Antonio | TX | 78216 | |
| European Soaps, Ltd | | 920 N  137th St | | | Seattle | WA | 98133-7505 | |
| Evanston Insurance Company | | 10275 W. Higgins Road | Suite 750 | | Rosemead | IL | 60018 | |
| Everest National Ins. Co | | 100 Everest Way | | | Warren | NJ | 07059 | |
| Exbellum LLC | | 8127 Mesa Dr | Ste B206 146 | | Austin | TX | 78759 | |
| Exprescripts | | 1 Express Way | | | St Loius | MO | 63121 | |
| Express News | | PO Box 2171 | | | San Antonio | TX | 78297-2171 | |
| Express Scripts | | 1 Express Way | | | St Louis | MO | 63121 | |
| Expressions In Tile, Inc. | | 5142 Mayspring | | | San Antonio | TX | 78217 | |
| Expressway | | 6849 San Bruno Ct | | | Fontana | CA | 92336 | |
| Eye Care & Cure Corp | | 4646 South Overland Dr | | | Tucson | AZ | 85714 | |
| Ezscriptrx LLC | | 18756 Stone Oak Parkway | Ste 200 | | San Antonio | TX | 78258 | |
| F. L. A. Orthopedics | | PO Box 602395 | | | Charlotte | NC | 28260-2395 | |
| Fabiola Solis-Gonzalez | | Address Redacted | | | | | | |
| Fagron Inc | | 2400 Pilot Knob Rd | | | Mendota Heights | MN | 55120 | |
| Family Cabinet | | 18555 Ventura Blvd | Ste A | | Tarzana | CA | 91356 | |
| Family Concepts Ltd - 26R-1 | | PO Box 551236 | | | Gastonia | NC | 28055-1236 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Fast And Reliable Movers Inc | | 2301 Benson Ave | Apt E10 | | Brooklyn | NY | 11235 | |
| Fatimah Emad El-Din | | Address Redacted | | | | | | |
| Faxage | | 5290 East Yale Circle | Suite 200 | | Denver | CO | 80222 | |
| Federal Express | | PO Box 94515 | | | Palatine | IL | 60094 | |
| Federal Safety Compiance | | 398 E Dania Beach Blvd | #152 | | Dania Beach | FL | 33004 | |
| FedEx | | PO Box 21415 | | | Pasadena | CA | 91185-1415 | |
| FEDEX | | PO Box 94515 | | | Palatine | IL | 60094 | |
| Feeding Westchester | | 200 Clearbrook Rd | | | Elmsford | NY | 10523 | |
| Ferrer Therapeutics | | 144 NBeverwyck Rd | #330 | | Lake Hiawatha | NJ | 07034 | |
| Ferring Pharmaceuticals Inc | | PO Box 843925 | | | Dallas | TX | 75284-3925 | |
| Ferring Pharmaceuticals, Inc. | Attn: Michael Adetto | 100 Interpace Parkway | | | Parsippany | NJ | 7054 | |
| Fertility Pharmacy Alliance LLC | | 4322 Harding Pike | Ste 417 - 426 | | Nashville | TN | 37205 | |
| Fh2 Pharma | | 8311 W Sunset Rd | Ste 150 | | Las Vegas | NV | 89113 | |
| Fidelity National Title | | 18618 Tuscany Stone | #240 | | San Antonio | TX | 78258 | |
| Figma | | 760 Market St | Fl 10 | | San Francisco | CA | 94102 | |
| Fillmaster Systems | | PO Box 711537 | | | Santee | CA | 92072-1537 | |
| Fire Safety First | | 1170 E Fruit Street | | | Santa Ana | CA | 92701 | |
| First Biomedical, Inc | | 878 N Jan-Mar Court | | | Olathe | KS | 66061 | |
| First Call | | 2400 Fredericksburg Rd | | | San Antonio | TX | 78201-3708 | |
| First Communications | | PO Box 772069 | | | Detroit | MI | 48277-2069 | |
| First Databank Inc | | 10 E Main St | # 300 | | Carmel | IN | 46032-1739 | |
| First Friday Network | | PO Box 780126 | | | San Antonio | TX | 78278-0126 | |
| First Quality Cabinets Inc | | 12428 Gladstone Ave | | | Sylmar | CA | 91342 | |
| First Responder Phoenix Project | | 390 S Yearling Rd | | | Whitehall | OH | 43213 | |
| Five Star Supplies Nj Corporation | | 1301 W Elizabeth Ave | Attn: Tommy | Ste B | Linden | NJ | 07036 | |
| Florida Board of Pharmacy | | PO Box 6330 | | | Tallahassee | FL | 32314-6330 | |
| Florida Board of Pharmacy | Attn: Jessica Sapp | 4052 Bald Cypress Way | Bin C-04 | | Tallahassee | FL | 32399-3258 | |
| Florida Department of Revenue | | 5050 W Tennessee St | | | Tallahassee | FL | 32399 | |
| Florida Dept of Revenue | | 2205 La Vista Ave | Ste B | | Pensacola | FL | 32504-8210 | |
| Forest Equities Inc | c/o 119 Kent LLC | Attn: Afshan Shariati | 42 Washington Ave | | Brooklyn | NY | 11205 | |
| Four Seasons Hvacr | | 800 Requa St | | | Peekskill | NY | 10566 | |
| FPL Northwest FL - 4766 | | PO Box 29090 | | | Miami | FL | 33102-9090 | |
| Franchise Tax Board - Ftb - State of California - 0049 | | PO Box 942857 | | | Sacramento | CA | 94257-0511 | |
| Frank And Victor Design Inc | | 4101 Guadalupe Street | #400 | | Austin | TX | 78751 | |
| Frankiesha Jackson | | Address Redacted | | | | | | |
| Freedom Wind LLC | | 4741 Vincent Avenue | | | Los Angeles | CA | 90041 | |
| Fresh & Clean Janitorial Services (Deleted) | | 1104 Stanley Ave | #6 | | Glendae | CA | 91206 | |
| Fresh And Clean | | 1104 Stanley Ave | Ste 6 | | Glendale | CA | 91206 | |
| Frier Levitt LLC | | 84 Bloomfield Avenue | | | Pine Brook | NJ | 07058 | |
| Frontier Communication | | 818 S Westwood Ave | | | Addison | IL | 60101 | |
| Frost | | 2375 Austin Hwy | | | San Antonio | TX | 78218 | |
| Frost Bank | | 111 W. Houston Street | | | San Antonio | TX | 78205 | |
| Fsc Laboratories | | 420 International Blvd | Ste #500 | | Brooks | KY | 40109 | |
| Fuller'S Alamo Safe & Lock, Inc. | | 3723 West Ave | | | San Antonio | TX | 78213 | |
| Fusion Networking And Technology | | 19145 Parthenia Street | Unit B | | Los Angeles | CA | 91324 | |
| G & S Cabinetry, Ltd. | | PO Box 780104 | | | San Antonio | TX | 78278 | |
| G. Neil | | Address Redacted | | | | | | |
| Ga Business Purchaser LLC | | PO Box 713263 | | | Chicago | IL | 60677-1263 | |
| Gabriela Landa | | Address Redacted | | | | | | |
| Gabriella Sexton | | Address Redacted | | | | | | |
| Gabrielle Dicianni | | Address Redacted | | | | | | |
| Gagik Asilbekyan | | Address Redacted | | | | | | |
| Galderma Laboratories L P | | 14501 North Freeway | | | Fort Worth | TX | 76177 | |
| Galen US Incorporated | Attn: Alan Armstrong | 25 Fretz Road | | | Chicago | IL | 60614 | |
| Galen US Incorporated - 6399 | | PO Box 95000 | | | Philadelphia | PA | 19195-5215 | |
| Gallerie Ii | | 819 Blue Crab Road | | | Newport News | VA | 23606 | |
| Ganz U, S, A, , LLC | | PO Box 530 | | | Buffalo | NY | 14240-530 | |
| Gardner Law Firm | | 745 E Mulberry Ave | Ste 500 | | San Antonio | TX | 78212 | |
| Garfield Prescription Pharmacy | | 9400 Brighton Way | | | Beverly Hills | CA | 90210 | |
| Garrett Realty & Development Inc. | Attn: John Figlioli | 2211 North Elston Ave | Ste 308 | | Chicago | IL | 60614 | |
| Gary S. Pitts Electrical Co. | | 6230 Prue Road | | | San Antonio | TX | 78240 | |
| Gates Healthcare Associates Inc | | 1 Meeting House Sq | | | Middleton | MA | 01949-2381 | |
| Gateway Hotel Santa Monica | | 1920 Santa Monica Blvd | | | Santa Monica | CA | 90404 | |
| Ge Healthcare Inc | | PO Box 640200 | | | Pittsburgh | PA | 15264-0200 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 13 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 107 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Ge Reaves Engineering, Inc. | | PO Box 791793 | | | San Antonio | TX | 78279-1793 | |
| Geiger - 1585 | | PO Box 712144 | | | Cincinnati | OH | 45271-2144 | |
| General Merchandise Distributor | | PO Box 25383 | | | Los Angeles | CA | 90025 | |
| Genesis Polanco | | Address Redacted | | | | | | |
| Gennesis Cerrato Perez | | Address Redacted | | | | | | |
| George Lukamu | | Address Redacted | | | | | | |
| Georgia Board of Pharmacy | | 2 Peachtree St | | | Atlanta | GA | 30303 | |
| Georgia Board of Pharmacy | Attn: J. Clinton Joiner | 2 Martin Luther King Jr. Drive SE, East Tower | 11th Floor | Georgia Boards of Dentistry & Pharmacy | Atlanta | FA | 30334 | |
| Geovanna Carrera | | Address Redacted | | | | | | |
| Gerimed | | 9505 Williamsburg Plaza | | | Louisville | KY | 40222 | |
| Gf Health Products Inc - Ohsb85 | | PO Box 47510 | | | Doraville | GA | 30362-0510 | |
| Giando On The Water Inc | | 400 Kent Ave | | | Brooklyn | NY | 11249 | |
| Gisselle Acevedo | | Address Redacted | | | | | | |
| Gladson, LLC | | 1973 Ohio St | | | Lisle | IL | 60532 | |
| Glaxosmithkline Pharmaceuticals - 9413 | | PO Box 740415 | | | Atlanta | GA | 30374-0415 | |
| Global Life Sciences Solutions USA LLC | | 100 Results Way | | | Marlborough | MA | 01752 | |
| Global Messaging Network | | PO Box 3067 | | | Glendale | CA | 91221-0067 | |
| Global Messaging Network - 3294 | | PO Box 3067 | | | Glendale | CA | 91221-0067 | |
| GLS Freight | | PO Box 1907 | | | San Ramon | CA | 94583 | |
| GLS US | | PO Box 1907 | | | San Ramon | CA | 94583 | |
| GLS US | | PO Box 31990 | | | Stockton | CA | 95213 | |
| Gnsa Consulting Corp | | 76 Fraser St | | | Staten Island | NY | 10314 | |
| Gohayklr LLC | Attn: Ayk D | 16662 Pineridge Drive | | | Granada Hills | CA | 91344 | |
| Gold Star International | c/o International Gold Start Products Inc. | 17150 Newhope St | Ste 511 | | Fountain Vly | CA | 92708-4253 | |
| Golden State Overnight Delivery Service, Inc. - 78857 | | 4000 Executive Pkwy | Ste 295 | | San Ramon | CA | 94583 | |
| Golden Technologies | | 401 Bridge Street | | | Old Forge | PA | 18518 | |
| Good Hands Ambulate Inc | | 360 Mothergaston Blvd | | | Brooklyn | NY | 11212 | |
| Good Things Delivered Inc | | 2510 Telegraph Rd | Ste L | | Bloomfield Hills | MI | 48302 | |
| Google | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043 | |
| Google Me Advertising | | 830 E Orange Grove Ave | | | Burbank | CA | 91501 | |
| Goto Communication | | PO Box 412252 | | | Boston | MA | 02241-2252 | |
| Goto Communications Inc | c/o Auto Ach Wintrust | PO Box 412252 | | | Boston | MA | 02241-2252 | |
| Goto Technologies USA Inc - 4640 | | PO Box 50264 | | | Los Angeles | CA | 90074-0264 | |
| Graciela Dura | | Address Redacted | | | | | | |
| Grant Christianson | | Address Redacted | | | | | | |
| Grasshopper Group LLC | c/o Ach | 320 Summer St | | | Boston | MA | 02210 | |
| Grayson Padlo | | Address Redacted | | | | | | |
| Green Palm Tree LLC | | 4930 Balboa Blvd | Ste 261278 | | Encino | CA | 91426 | |
| Green Palm Tree LLC | Attn: Dr. Leo Polosajian | 7640 Tampa Avenue, Suite 101 | | | Reseda | CA | 91335 | |
| Greenhill Trading | | 5701 Foster Avenue | | | Brooklyn | NY | 11234 | |
| Grego Savino | | Address Redacted | | | | | | |
| Gso - 88130 | | 4000 Executive Parkway | #295 | | San Ramon | CA | 94583 | |
| Guardian of Teh Children | | PO Box 460412 | | | San Antonio | TX | 78246 | |
| Guetzke And Associates Inc - 4914 | | W222N615 Cheaney Dr | Ste D | | Waukesha | WI | 53186-1697 | |
| Guido Lumber Company, Inc. | | 8526 Vidor Ave | | | San Antonio | TX | 78216 | |
| Gulf Coast Pharmaceuticals Plus LLC | | 995A N Halstead Rd | | | Ocean Springs | MS | 39564 | |
| Gulf Power - 4766 | | PO Box 29090 | | | Miami | FL | 33102-9090 | |
| Gulftech Fire & Security | | PO Box 1020 | | | Defuniak Springs | FL | 32435 | |
| Gulyamunlykova Inc | | 102-41 66Th Avenue | | | Forest Hills | NY | 11375 | |
| H&H Pharmacy LLC | | 7640 Tampa Avenue | Suite E | | Reseda | CA | 91335 | |
| H&H Wholesale Diagnostics LLC | | 1099 Rochester Road | | | Troy | MI | 48083-6011 | |
| H.D. Smith Wholesale Drug Company | | 1101 W Vickery Blvd | | | Fort Worth | TX | 76104 | |
| H.T. Ardinger & Son | | PO Box 293685 | | | Lewisville | TX | 75029-3685 | |
| Hajime Prime LLC | | 3021 Brighton 13St C8 | | | Brooklyn | NY | 11235 | |
| Haley Enault | | Address Redacted | | | | | | |
| Haleyna Watson | | Address Redacted | | | | | | |
| Han Jenny Huynh | | Address Redacted | | | | | | |
| Hance Scarborough, LLP | | 111 Congress Ave | #500 | | Austin | TX | 78701 | |
| Hancock Whitney | c/o Client Services | PO Box 4019 | | | Gulfport | MS | 39502 | |
| Hancock Whitney | | Address Redacted | | | | | | |
| Hancock Whitney Bank | | PO Box 4019 | | | Gulfport | MS | 39502-4019 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 14 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 108 of 150

 STRETTO

**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Hannah Afable | | Address Redacted | | | | | | |
| Hannah Smolik | | Address Redacted | | | | | | |
| Hansco, Inc. | | 127 Furr | | | San Antonio | TX | 78201 | |
| Haofeng Zheng | | Address Redacted | | | | | | |
| Hardware Recources Inc | | 146 S Pinnacle Dr | | | Romeoville | IL | 60446 | |
| Hardware Resources Inc-3528 | | 146 South Pinnacle Drive | | | Romeoville | IL | 60446 | |
| Harman Shanan | | Address Redacted | | | | | | |
| Haroutyoun Khardalian | | Address Redacted | | | | | | |
| Hart Printing | | 284 N Main Street | | | Crestview Pharmacy Llc | FL | 32536 | |
| Harvey And Company LLC | | 5000 Birch St | Ste 9200 | | Newport Beach | CA | 92660 | |
| Hatteras Press Inc | | 56 Park Road | | | Tinton Falls | NJ | 07724 | |
| Hawaii State Board of Pharmacy | c/o Divison of the Department of Community Health | Attn: James Skizewski | PO Box 3469 | | Honolulu | HI | 96801 | |
| Hawkins Inc | | PO Box 860263 | | | Minneapolis | MN | 55486-0263 | |
| Hcp, Inc - 0440 | | PO Box 741047 | | | Los Angeles | CA | 90074-1047 | |
| Hd Smith, LLC -31686 | | PO Box 100788 | | | Pasadena | CA | 91189 | |
| Health Care Compliance Association | | 6462 City West Pkwy | | | Eden Prairie | MN | 55344 | |
| Health Engineering Systems | | 2330 Mcknown Dr | | | Norman | OK | 73072 | |
| Healthcare Computer Corp | | PO Box 1230 | | | Ft Worth | TX | 76101-1230 | |
| Healthcare Control Infection Solution | | 261 Wolfner Drive | | | Fenton | MO | 63026 | |
| Healthcare Providers Service Organization | | PO Box 371302 | | | Pittsburgh | PA | 15250-7302 | |
| Healthcare Waste Management, Inc. | | PO Box 1218 | | | Frankfort | IL | 60423 | |
| Healthpeak formerly HCP, Inc. | Attn: Asset Manager | 3000 Meridian Blvd | Ste 203 | | Sherman Oaks | CA | 91403 | |
| Healthsmart Preferred Care (HSPC) | | PO Box 849009 | | | Dallas | TX | 75284-9009 | |
| Healthsource Distributors LLC | | 7200 Rutherford Road | Ste 150 | | Baltimore | MD | 21244 | |
| Healthy Hemp Solutions, LLC | Attn: Bri Lesh | 256 N Lincoln Ave Ste 9 | | | Lebanon | PA | 17046 | |
| Heartland - 2645 | Attn: Ach Pmt Wintrust | One Heartland Way | | | Jeffersonville | IN | 47130 | |
| Heartland Merchant Services | | One Heartland Way | | | Jeffersonville | IN | 47130 | |
| Heartland Payment Systems - 2255 - | Attn: Auto Ach Chase Bank | One Heartland Way | | | Jeffersonville | IN | 47130 | |
| Heavenly Delights | | PO Box 1235 | | | Greensburg | LA | 70441 | |
| Hector Valdez | | Address Redacted | | | | | | |
| Heeney Company | | 1017F Collier Rd  NW | | | Atlanta | GA | 30318-2496 | |
| Heidi Tran | | Address Redacted | | | | | | |
| Helping Hand Company USA | | 258 Tosca Dr | | | Stoughton | MA | 02072 | |
| Hemlock Way LLC | | 4212 E La Palma Ave | | | Anaheim | CA | 92807 | |
| Hemlock Way, LLC | Attn: David Nelson | PO Box 18329 | | | Anaheim | CA | 92817 | |
| Henry Schein Animal Health 0-001 | | PO Box 121130 | Dept 1130 | | Dallas | TX | 75312-1130 | |
| Herlinda Garcia | | Address Redacted | | | | | | |
| Hermell Products, Inc. | | 9 Britton Dr | | | Bloomfield | CT | 06002 | |
| Hernandez Painting | | 35400 Bob Hope Dr | | | Rancho Mirage | CA | 92270 | |
| Hernandez Tire & Muffler Shop | | 2322 Culebra | | | San Antonio | TX | 78228 | |
| Heroku | | 415 Mission St | Ste 300 | | San Francisco | CA | 94105 | |
| Hilb Rogal & Hobbs | | 5520 Lbj Freeway | | | Dallas | TX | 75240 | |
| Hill Country Overhead Doors | | 37415 Ih-10 West | | | Boerne | TX | 78006 | |
| Hirsh, Robert | | Address Redacted | | | | | | |
| Hoa Huynh | | Address Redacted | | | | | | |
| Holdsworth & Nicholas, Inc. | | 6106 Broadway | | | San Antonio | TX | 78209 | |
| Holts Mechanical | | 5522 Rittiman Road | | | San Antonio | TX | 78218 | |
| Hopkins Mechanical And Design LLC | | 4606 N 24Th St | | | Milwaukee | WI | 53209 | |
| Hopkins Medical Products - 1158 | | PO Box 844361 | | | Boston | MA | 02284-4361 | |
| Horizon Mechanical&Hvac Inc | | 21110 Avenida De Sonrisa | | | Santa Clarita | CA | 91350 | |
| Hospital Pharmaceutical Consulting - | c/o 21-lkepharm1 | 5100 Commerce Pkwy | Ste 5100 | | San Antonio | TX | 78218 | |
| House of Signs | | 38-09 43 Avenue | | | Long Island City | NY | 11101 | |
| Houston Business Journal | | 1233 West Loop South | | | Houston | TX | 77027 | |
| Houston Specialty Insurance Company | | 800 Gessner Road | Suite 600 | | Houston | TX | 77024 | |
| Hqaa | c/o Xzhr | PO Box 1948 | | | Waterloo | IL | 50704-1948 | |
| Hr Medical, Inc. | | 1768 Sam Houston Parkway | | | Houston | TX | 77043 | |
| Hrdirect | | PO Box 451179 | | | Sunrise | FL | 33345-1179 | |
| Ht LLC | | 8300 East Maplewood Ave | | | Greenwood Village | CO | 80111 | |
| Hub City Glass And Mirror | | 479 E James Lee Blvd | | | Crestview Pharmacy Llc | FL | 32539 | |
| Hubspot Inc - 8783 | | PO Box 419842 | | | Boston | MA | 02241-9842 | |
| Hughesnet - 1912 | | PO Box 96874 | | | Chicago | IL | 60693-6874 | |
| Humana Health Care Plans | | PO Box 931655 | | | Atlanta | GA | 31193-1655 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 15 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 109 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Humana Inc - Pharmacy Finance | | PO Box 223882 | Attn: Humana Pharmacy Solutions Pharmacy Recovery | | Pittsburgh | PA | 15251-2882 | |
| Humana Insurance Company | | PO Box 932698 | | | Atlanta | GA | 31193-2698 | |
| Humane Hospice Care Anaheim | Attn: Customer Refund | 1811 W Katella Ave | #217 | | Anaheim | CA | 92804 | |
| Humco | | 7400 Alumax Dr | | | Texarkana | TX | 75001-8694 | |
| Hun Hee Jeong | | Address Redacted | | | | | | |
| Hung Ta | | Address Redacted | | | | | | |
| Huy Hoang | | Address Redacted | | | | | | |
| Huy Nguyen | | Address Redacted | | | | | | |
| Hygieia One Fund | c/o MC Credit Partners | 2200 Atlantic Street | 5th Floor | | Stamford | CT | 6902 | |
| Hyman, Phelps & Mcnamara - 3159 | | 700 Thirteenth Street, NW | Suite 1200 | | Washington | DC | 20005 | |
| Hyman, Phelps & Mcnamara, P.C. | | 700 Thirteenth Street, NW | #1200 | | Washington | DC | 20005 | |
| I-10 Building Materials, Inc. | | 7193 Heuermann Road | | | San Antonio | TX | 78256 | |
| Iacp | | 4638 Riverstone Blvd | | | Missouri City | TX | 77459 | |
| Icemiller | | PO Box 68 | | | Indianapolis | IN | 46206-0068 | |
| ICS - San Antonio | Attn: Robert Foehrkolb | 10430 Gulfdale | | | San Antonio | TX | 78216 | |
| Icu Medical Sales, Inc. | | PO Box 848908 | | | Los Angeles | CA | 90084-8908 | |
| Idaho Board of Pharmacy | Attn: Nicole Chopski | PO Box 83720 | | | Boise | ID | 83720-0063 | |
| Ideal Builders Construction Inc | | 8614 Foothill Blvd | #115 | | Sunland | CA | 91040 | |
| Idfpr | | 100 W Randolph St | Ste 9 | | Chicago | IL | 60601 | |
| IJPC | c/o International Journal of Pharmaceutical Compounding | 122 N Bryant Ave | Ste B4 | | Edmond | OK | 73034 | |
| Ike'S Uresti Camper Sales | | 2515 Sw Loop 410 | | | San Antonio | TX | 78227 | |
| Ilhom Inc | | 1780 West 3Rd St | | | Brooklyn | NY | 11223 | |
| Illinois Department of Financial And Professional Regulation | | PO Box 7007 | | | Springfield | IL | 62791 | |
| Illinois Department of Financial and Professional Regulation | c/o Division of Professional Regulation - State Board of Pharmacy | Attn: Robert Gerton | 320 W Washington | 3rd Floor | Springfield | IL | 62786 | |
| Illinois Dept of Employment Security | | 33 S State | 9Th Fl | | Chicago | IL | 60603 | |
| Illinois Dept of Financial And Professional Regulation | | PO Box 7007 | | | Springfield | IL | 62791 | |
| Illusha Corp | | 1049 E 15Th St | Apt 3D | | Brooklyn | NY | 11230 | |
| I'M Yours, Inc. | | 125 N Industrial | | | Waco | TX | 76710 | |
| Impak Corporation - 6007 | | 10305 102Nd Terrace | | | Sebastian | FL | 32958 | |
| Imperial Irrigation District | | PO Box 937 | 333 E Bariono Blvd | | Imperial | CA | 92251-0937 | |
| In The News | | 8517 Sunstate St | | | Tampa | FL | 33634 | |
| Incloud, LLC | | 2041 East St Pmb 39 | | | Concord | CA | 94520-2126 | |
| Independence Medical | | PO Box 635864 | | | Cincinnati | OH | 45263-5864 | |
| Independent Environmental Inc | | 1345 N Jefferson St | Ste 139 | | Milwaukee | WI | 53202 | |
| Independent Pharmacy Cooperative | c/o Ach From Wintrust | 1550 Columbus Street | | | Sun Prairie | WI | 53590 | |
| Independent Pharmacy Distributor | | 1107 W Market Center Drive | | | High Point | NC | 27260 | |
| Indermohan Luthra MD | Attn: Legal Dept | 14 Buckingham Way | | | Rancho Mirage | CA | 92270 | |
| Indiana Board of Pharmacy | Attn: Evan Bartel | 402 W Washington St | Room W072 | | Indianapolis | IN | 46204-2298 | |
| Indiana Board of Pharmacy Professional Licensing Agency | | 402 W Washington St | Ste W072 | | Indianapolis | IN | 46204 | |
| Infinity Property Services Inc. | | 1S450 Summit Ave | Suite 150 | | Oakbrook Terrace | IL | 60181 | |
| Infowerk Data Service Inc | | 3183 East Warm Springs Road | Suite 300 | | Las Vegas | CA | 89120 | |
| Infowerks Data Services LLC | | 3183 East Warm Springs Road | Suite 300 | | Las Vegas | NV | 89120 | |
| Infusystem, Inc. | | PO Box 204471 | | | Dallas | TX | 75320-4471 | |
| Ing Fertility | | 17206 S Spangle Creek Rd | | | Valleyford | WA | 99036 | |
| Ingrid Lucrecia Moscoso | | Address Redacted | | | | | | |
| Inmotion Commercial Painting Inc | | PO Box 595 | | | West Dundee | IL | 60118 | |
| Innerspace Design Inc | | 55 N Garden Ave | Suite 200 | | Roselle | IL | 60172 | |
| Innovative Communication Systems, Inc. | Attn: Travis Maldonado, Controller | 10430 Gulfdale | | | San Antonio | TX | 78216 | |
| Insightly, Inc. | | PO Box 102638 | | | Pasadena | CA | 91189-2638 | |
| Insource | | PO Box 7156 | | | Pasadena | CA | 91109-7156 | |
| Insource - 5178 | Attn: Henry Schein | PO Box 7156 | | | Pasadena | CA | 91109-7156 | |
| Insperity | Attn: General Counsel | 19001 Crescent Springs Drive | | | Kingwood | TX | 77339 | |
| Insperity PEO Services | | 19001 Crescent Springs Dr Center 3 | | | Kingwood Area | TX | 77339 | |
| Integral Rx | | PO Box 890940 | | | Charlotte | NC | 28289-0940 | |
| Integramed America Inc - A001 | | 2 Manhattanville Rd | | | Purchase | NY | 10577 | |
| Integrated Commercialization Solutions LLC | | 5025 Plano Pkwy | | | Carrollton | TX | 75010 | |
| Integrated Medical Systems Inc - 2053 | | 594 Territorial Drive | Suite A | | Bolingbrook | IL | 60440 | |
| Interim Healthcare - Cincinnati | | 8050 Hosbrook Rd | Ste 406 | | Cincinnati | OH | 45236-2907 | |
| Interim Healthcare - Newark | | 900 Sharon Valley Rd | | | Newark | OH | 43055-2804 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 16 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 110 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| International Academy of Compounding Rph | | 4638 Riverstone Blvd | | | Missouri City | TX | 77459 | |
| International Filter Products | | 7914 Ajay Dr | | | Sun Valley | CA | 91352 | |
| International Medical Industries Inc. - 3899 | | 2981 Gateway Drive | | | Pompano Beach | FL | 33069 | |
| Invacare Supply Group | | PO Box 642878 | | | Pittsburgh | PA | 15264-2878 | |
| Inventory Iq LLC | | 9544 Golden Lane | | | Bessemer | AL | 35023 | |
| Inxpress - 2202 | | PO Box 709030 | | | Sandy | UT | 84070 | |
| Iowa Board of Pharmacy | | 6200 Park Ave | Ste 100 | | Des Moines | IA | 50321-1371 | |
| Iowa Board of Pharmacy | Attn: Anne Schlepphorst | 6200 Park Avenue | | | Des Moines | IA | 50321 | |
| Ipc | | 1550 Columbus St | | | Sun Prairie | WI | 53590 | |
| IQVIA, Inc. | Attn: Kevin Donohue | 77 Corporate Drive | | | Bridgewater | NJ | 8807 | |
| Ira Bowshier | | Address Redacted | | | | | | |
| Irma Cleaning Service | | 18817 Elkwood St | | | Reseda | CA | 91335 | |
| Irma Deleon | | Address Redacted | | | | | | |
| Iron Mountain | | 1680 E Touhy Ave | | | Des Plaines | IL | 60018 | |
| It Equipment Financing, LLC | | 10430 Gulfdale St | | | San Antonio | TX | 78216 | |
| It Support La | c/o La Computer Warehouse Inc - Auto Ach Wintrust | 6047 Tampa Ave | Ste 305 | | Tarzana | CA | 91356-1173 | |
| Ivigin Liwag | | Address Redacted | | | | | | |
| J.W. (Sam) Warren, Ms, LPC | | 105 Oak Knoll Circle | | | Boerne | TX | 78006 | |
| Jackie Jade Dumapias | | Address Redacted | | | | | | |
| Jacob Elyakamal | | Address Redacted | | | | | | |
| Jacqueline Nguyen | | Address Redacted | | | | | | |
| Jafaron Inc | | 80 Avenue P | Ste E10 | | Brooklyn | NY | 11204 | |
| James Cox | | Address Redacted | | | | | | |
| James Curran | | Address Redacted | | | | | | |
| Jamesrx - Coconut Creek | | PO Box 220 | | | Stewartstown | PA | 17363 | |
| Jamie Magbaleta | | Address Redacted | | | | | | |
| Jams Rx | | PO Box 220 | | | Stewartstown | PA | 17363 | |
| Jams Wholesale Distribution LLC | | 4811 Lyons Technology Pkwy | Ste 23 | | Coconut Creek | FL | 33073 | |
| Jandy Casanova | | Address Redacted | | | | | | |
| Jane Oyama | | Address Redacted | | | | | | |
| Jan-Pro of Milwaukee | | 10150 W National Ave | Suite 201 | | West Allis | WI | 53227 | |
| Jarlath A. Johnston | | Address Redacted | | | | | | |
| Jarrow Formulas - Ph02 | | 1824 S Robertson Blvd | | | Los Angeles | CA | 90035-4317 | |
| Jasmine Murry | | Address Redacted | | | | | | |
| Jason Hsin | | Address Redacted | | | | | | |
| Jason Morrison | | Address Redacted | | | | | | |
| Jazryne Hendrix Despinos | | Address Redacted | | | | | | |
| Jb Finish Inc | | 82-750 Atlantic Avenue | | | Indio | CA | 92203 | |
| Jc Refrigeration | | 28030 Alton Way | | | Castaic | CA | 91384 | |
| Jeffer Mangels Butler & Mitchell LLP | Attn: Matthew S. Kenefick | Two Embarcadero Center, 5th Fl | | | San Francisco | CA | 94111 | |
| Jeffer Mangels Butler And Mitchell LLP - Jmbm | | 1801 W Olympic Blvd | | | Pasadena | CA | 91199-1263 | |
| Jelena Stojsavljevic | | Address Redacted | | | | | | |
| Jennie Mai Dba Jmpc | | 11654 Iris Ave | | | Fountain Valley | CA | 92708 | |
| Jennifer Ahl | | Address Redacted | | | | | | |
| Jennifer Peterson | | Address Redacted | | | | | | |
| Jennifer Reshay Densman | c/o Berger Singerman LLP -Fort Lauderdale FL | Attn: Ruth Ellen Vafek | 201 E Las Olas Boulevard | Suite 1500 | Fort Lauderdale | FL | 33301 | |
| Jennifer Reshay Densman | c/o Berger Singerman LLP -Miami FL | Attn: Jordi Guso | 1450 Bricknell Avenue | | Miami | FL | 33131 | |
| Jennifer Rivas | | Address Redacted | | | | | | |
| Jennifer Rodriguez | | Address Redacted | | | | | | |
| Jeriel Locier | | Address Redacted | | | | | | |
| Jessica Espinoza | | Address Redacted | | | | | | |
| Jessica Hegge | | Address Redacted | | | | | | |
| Jessica Owusu | | Address Redacted | | | | | | |
| Jessica Wyrick | | Address Redacted | | | | | | |
| Jewel City Computers LLC | | 1535 Greenbriar Rd | | | Glendale | CA | 91207 | |
| Jimise Sargent | | Address Redacted | | | | | | |
| Jinju Yoon | | Address Redacted | | | | | | |
| Jk Love Designs | | 143 Ranger Creek Road | | | Boerne | TX | 78006 | |
| Jm Delivery LLC | | 12540 Mccann Dr | | | Santa Fe Springs | CA | 90670 | |
| Joanna Krugman | | Address Redacted | | | | | | |
| Jobst Institute, Inc. | | PO Box 751766 | | | Charlotte | NC | 28275-1766 | |
| Jocelyn Montoya | | Address Redacted | | | | | | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 17 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 111 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Joel Castaneda | | Address Redacted | | | | | | |
| Joel Neitman | | Address Redacted | | | | | | |
| Joey Bowe | | Address Redacted | | | | | | |
| John Atkins | | Address Redacted | | | | | | |
| John Blas | | Address Redacted | | | | | | |
| John Hancock Life Insur. Co. (401(K)) | | PO Box 2495 | | | Carol Stream | IL | 60132-2495 | |
| John J. Carson | | Address Redacted | | | | | | |
| John Van Fossen | | Address Redacted | | | | | | |
| Johnny & Sonny'S Glass Co., Ltd | | 4255 Industrial Center | | | San Antonio | TX | 78217 | |
| Johnsons Graphics Inc | Attn: Rose | 13023 Ladana Ct | | | Santa Fe Springs | CA | 90670 | |
| Jon Cuellar | | Address Redacted | | | | | | |
| Jonathan Nguyen | | Address Redacted | | | | | | |
| Jonpaul Mccartney | | Address Redacted | | | | | | |
| Josco | | PO Box 936 | | | San Antonio | TX | 78294-0936 | |
| Jose Juarez Dba Los Angeles Signs & Awnings | | 9227 Reseda Blvd | Unit 126 | | Northridge | CA | 91324 | |
| Josue Munoz Pivaral | | Address Redacted | | | | | | |
| JotForm | | 4 Embarcadero Ctr | Ste 780 | | San Francisco | CA | 94111 | |
| Jovi Electric LLC | | 15360 Live Oak Springs Canyon Road | | | Canyon Coungfy | CA | 91387 | |
| Jp Mchale Pest Management LLC - 6185 | | 241 Bleakley Avenue | | | Buchanan | NY | 10511 | |
| JP Morgan Chase Bank, NA | | 5715 N Broadway St | | | Chicago | IL | 60660 | |
| JP Morgan Chase Bank, NA | c/o Healtchare Client Services | 383 Madison Ave | | | New York | NY | 10017 | |
| Jpmorgan Chase Bank Na - 3681 | | PO Box 182051 | | | Columbus | OH | 43218-2051 | |
| Jrs Pharma Lp | | 2981 New York 22 | | | Patterson | NY | 12563 | |
| Juan Garcia | | Address Redacted | | | | | | |
| Juan Rodriguez Lopez | | Address Redacted | | | | | | |
| Judith-Marie Akin | | Address Redacted | | | | | | |
| Julie Stamm | | Address Redacted | | | | | | |
| Julietta Arutryunova | | Address Redacted | | | | | | |
| Justifacts Credential Verification Inc. | | 5250 Logan Ferry Rd | | | Murrysville | PA | 15668 | |
| Justin Vo | | Address Redacted | | | | | | |
| K & K Interiors, Inc. | | 2230 Superior Street | | | Sandusky | OH | 44870 | |
| K And L Gates LLP | | PO Box 844255 | | | Boston | MA | 02284-4255 | |
| K2 Health Products LLC | | 5377 Kings Highway | | | Brooklyn | NY | 11203 | |
| Kalchem International Inc | | 224 South Main Street | Ste B | | Lindsay | OK | 73052 | |
| Kandis Caton | | Address Redacted | | | | | | |
| Kansas Board of Pharmacy | | 800 Sw Jackson St | Ste 1414 | | Topeka | KS | 66612 | |
| Kansas State Board of Pharmacy | Attn: Alexandra Blasi | 800 SW Jackson | Ste 1414 | | Topeka | KS | 66612 | |
| Kareco International | | 299 Route 22 East | | | Green Brook | NJ | 88112 | |
| Karen Schweiss | | Address Redacted | | | | | | |
| Kari Waites (Case No. 23-08993) | c/o Holloway Law Firm PA | Attn: Jonathan Thomas Holloway | 369 Main St | | Crestview | FL | 32536 | |
| Karys Lalama | | Address Redacted | | | | | | |
| Katherine Dobbs | | Address Redacted | | | | | | |
| Kathya Ruano | | Address Redacted | | | | | | |
| Katten Muchin Rosenman LLP | | 525 West Monroe St | | | Chicago | IL | 60661-3693 | |
| Kearney'S Quality Cabinets Fixtures, Inc. | | 4930 Gordon Smith Drive | | | Rowlett | TX | 75088 | |
| Kellie Ireton | | Address Redacted | | | | | | |
| Kelly Klotz | | Address Redacted | | | | | | |
| Kelly Tieu | | Address Redacted | | | | | | |
| Ken Batchelor Cadillac | | 11001 Ih-10 West | | | San Antonio | TX | 78230 | |
| Kenne Foma | | Address Redacted | | | | | | |
| Ken'S Roofing And Siding | | 2716 E Holmes | | | Cudahy | WI | 53110 | |
| Kentec | | 17871 Fitch | | | Irvine | CA | 92614-0810 | |
| Kentucky Board of Pharmacy | | 125 Holmes St | Ste 300 | | Frankfort | KY | 40601 | |
| Kentucky Board of Pharmacy | Attn: Christopher P. Harlow | State Office Building Annex | 125 Holmes St | Ste 300 | Frankfort | KY | 40601 | |
| Kentucky State Treasurer | | 1050 Us-127 | Ste 100 | | Frankfort | KY | 40601 | |
| Kentwood Springs - 7622 | | PO Box 660579 | | | Dallas | TX | 75266-0579 | |
| Ketamine Healing Clinic of Los Angeles | | 1762 Westwood Blvd | Ste  320 | | Los Angeles | CA | 90024 | |
| Kevin Cloud | | Address Redacted | | | | | | |
| Kevin Ferbuen Balana | | Address Redacted | | | | | | |
| Kevin Waldhof | | Address Redacted | | | | | | |
| Key Allegro Yacht Club | | PO Box 1765 | | | Rockport | TX | 78381 | |
| Key Bank | | PO Box 93885 | | | Cleveland | OH | 44101-5885 | |
| Key Bank | Attn: Kristina (Krista) L. Porter | 8609 Owenfield Dr | | | Powell | OH | 43065 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 18 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 112 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Key Bank | Attn: Kristina L. Porter, Vice President, Healthcare Business Banking | 127 Publica Square | | | Cleveland | OH | 44114 | |
| Keyle Manzano | | Address Redacted | | | | | | |
| Keysource Acquisition - 1822 | | 7820 Palace Drive | | | Cincinnati | OH | 45249-1631 | |
| Keysource Medical - 1583 | | PO Box 645924 | | | Cincinnati | OH | 45264-5924 | |
| Kim Rosa Young | | Address Redacted | | | | | | |
| Kimberly Doctor | | Address Redacted | | | | | | |
| Kimberly Ortega | | Address Redacted | | | | | | |
| Kimberly Rafelson | | Address Redacted | | | | | | |
| Kinetico Quality Water Systems Columbus - 2626 | | 9765 Basil Western Rd | | | Canal Winchester | OH | 43110 | |
| Kinko'S Graphics Corp | | PO Box 672085 | | | Dallas | TX | 75267-2085 | |
| Kinray / Cardinal Health 110 LLC - 7-523 | | 152-35 Tenth Ave | | | Whitestone | NY | 11357 | |
| Kirkland And Ellis LLP | | 333 W Wolf Point Plz | | | Chicago | IL | 60654-8878 | |
| Kirtan Patel | | Address Redacted | | | | | | |
| Kodiak Kooler | | 6110 Abbott Dr | | | Omaha | NE | 68110 | |
| Koldashev Inc | | 1558 East 19 | Apt 3B | | Brooklyn | NY | 11230 | |
| Kopytek Inc | | 9595 Dielman Rock Island | | | St Louis | MO | 63132 | |
| Kreager Law Firm, P.C. | | 7373 Broadway St | Ste 500 | | San Antonio | TX | 78209 | |
| Krisisma Robinson | | Address Redacted | | | | | | |
| Kristen Prinz | c/o The Prinz Law Firm, P.C. | One East Wacker | Suite 1800 | | Chicago | IL | 60601 | |
| Kristen Salerno | | Address Redacted | | | | | | |
| Kristen Wagner | | Address Redacted | | | | | | |
| Kristie Defino | | Address Redacted | | | | | | |
| Krystle Tantillo | | Address Redacted | | | | | | |
| Ksal Consulting Inc | | 2122 East 8th Street | | | Brooklyn | NY | 11223 | |
| Ksh Law Group, LLC | | 182 W Lake St | | | Chicago | IL | 60601 | |
| Kulsum Dhirani | | Address Redacted | | | | | | |
| Kurt S. Adler, Inc. | | 7 West 34th St | | | New York | NY | 10001 | |
| Kva Solutions LLC | | 290 Kearny Avenue | | | Rahway | NJ | 07065 | |
| K-W Electric Inc | | N5875 County Rd M | | | Plymouth | WI | 53073 | |
| Kwik Kopy Printing #23 | | 8114 Fredericksburg Rd | | | San Antonio | TX | 78229 | |
| Ky Meds Inc | | 11381 Decimal Dr | | | Louisville | KY | 40299 | |
| Kyndall Barber (Case No. 23-08993) | c/o Holloway Law Firm PA | Attn: Jonathan Thomas Holloway | 369 Main St | | Crestview | FL | 32536 | |
| L5L Industries - Macy | | 1931 Twin Oaks Ct | | | Buffalo Grove | IL | 60089 | |
| La Bella Vita Hospice | | 30941 Agoura Road | Suite 124 | | Westlake Village | CA | 91361 | |
| La Compounding Pharmacy | | 8600 W 3rd Street | Unit #1 | | Los Angeles | CA | 90048 | |
| La Her | | Address Redacted | | | | | | |
| Lab Pro Inc | | 1290 Anvilwood Court | | | Sunnyvale | CA | 94089 | |
| Labmetrics Inc | | 13301 Sw Hwy | Ste I | | Orland Park | IL | 60462 | |
| Laboratory Certification Services Inc - M101 | | 5000 Transamerica Drive | | | Columbus | OH | 43228 | |
| LADWP | c/o Los Angeles Dept of Water and Power | PO Box 30808 | | | Los Angeles | CA | 90030-0808 | |
| Ladwp - Los Angeles Dept of Water And Power - 2956 | | PO Box 30808 | | | Los Angeles | CA | 90030-0808 | |
| Lakeshore Veterinary Specialists | | 207 W Seven Hills Rd | | | Port Washington | WI | 53074 | |
| Lakewood Ipa | | 15821 Ventura Blvd | Ste 600 | | Encino | CA | 91436 | |
| Lamar Companies - 9098 | | PO Box 746966 | | | Atlanta | GA | 30374-6966 | |
| Lance Machining Inc | | 632 West 9320 South | | | Sandy | UT | 84070 | |
| Land Rover San Antonio | | 13660 Ih-10 West | | | San Antonio | TX | 78249 | |
| Landmark Supply Inc | | 440 Raritan Ave | | | Highland Park | NJ | 08904 | |
| Langermania | | 1825 East Plano Parkway | #120 | | Plano | TX | 75074 | |
| Language Line Services | | PO Box 202564 | | | Dallas | TX | 75320-2564 | |
| Language Scientific Inc | | 101 Station Landing | Suite 500 | | Medford | MA | 02155 | |
| Laser Service Inc | | 875 Lively Blvd | | | Elk Grove Village | IL | 60007 | |
| Lastpass Us Lp | | PO Box 411365 | | | Boston | MA | 02241-1365 | |
| Laurel Plasky | | Address Redacted | | | | | | |
| Lauren Lloyd | | Address Redacted | | | | | | |
| Lauren Transporting Inc | | 1718 Quentin Rd | Apt 1K | | Brooklyn | NY | 11229 | |
| Law Calibration LLC | | PO Box 1154 | | | Saco | ME | 04072 | |
| Law office of David Wims | | 1430 Pitkin Ave | 2nd Floor | | Brooklyn | NY | 11233 | |
| Law office of Tony J Park Inc | | 49 Discovery | Ste  240 | | Irvine | CA | 92618-6713 | |
| Law offices of Helen Bloch | | 33 N Lasalle St | | | Chicago | IL | 60602 | |
| Lawrence Doors | | Address Redacted | | | | | | |
| Lb Medwaste Services Inc | | PO Box 54 | | | Wausau | WI | 54402 | |
| Ld Auto Empire Inc | | 1301 70th St | Apt C4 | | Brooklyn | NY | 11228 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 19 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 113 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Ldt Health Solutions Inc | | 38 Cedar Place | | | Wayne | NJ | 07470 | |
| Leader Promotions | | 790 E Johnstown Rd | | | Columbus | OH | 43230 | |
| Leadernet | | 1950 N Stemmons Frwy | Ste 5010 | | Dallas | TX | 75207 | |
| Leaders Moving & Storage Co. | | 7455 Alta View Blvd | | | Columbus | OH | 43085 | |
| Leanin Tree Inc - 9291 | | PO Box 9500 | | | Boulder | CO | 80301 | |
| Lease Consultants Corporation | | PO Box 71397 | | | Des Moines | IA | 50325 | |
| Legacy Supplies LLC | | 6920 Knott Avenue | Unit J | | Buena Park | CA | 90621 | |
| Leila Caperton | | Address Redacted | | | | | | |
| Lending Club Patient Solutions | | 1700 W Park Dr | Ste 310 | | Westborough | MA | 01581 | |
| Leo Lafranco | | Address Redacted | | | | | | |
| Leslie Montelongo | | Address Redacted | | | | | | |
| Leslie Ramirez - Ind Contractor | | 44256 46th St | | | Lancaster | CA | 93536 | |
| Leucadia Pharmaceuticals | | 703 Palomar Airport Rd | Ste 280 | | Carlsbad | CA | 92011-1049 | |
| Lewis Brendon | | Address Redacted | | | | | | |
| Lewyt | | 115 Walker Ave | | | Toronto | ON | M4V 1G3 | Canada |
| Lexicom Computer Systems LLC | | PO Box 240156 | | | Montgomery | AL | 36124-0156 | |
| Lfa Machines Dfw LLC | | 6601 Will Rogers Blvd | | | Fort Worth | TX | 76140 | |
| Lfg - Lease Finance Group | | 65 E Wacker Pl | Ste 510 | | Chicago | IL | 60601-7255 | |
| Lfucg - Lexington-Fayette Urban County Government | | PO Box 14058 | Division Of Revenue | | Lexington | KY | 40512 | |
| Liberty Mutual Fire Insurance Company | | 175 Berkeley Street | | | Boston | MA | 02116 | |
| Liberty Mutual Insurance - 0001 | | PO Box 91012 | | | Chicago | IL | 60680-1110 | |
| Liberty Mutual Insurance Company | | 175 Berkeley Street | | | Boston | MA | 02116 | |
| License Protection Consultants Inc | | 23325 Cedartown St | | | Newhall | CA | 91321 | |
| License Protection Services LLC | | 30478 100th St | | | New Auburn | WI | 54757 | |
| Licenselogix LLC - 2820 | | 140 Grand St | Ste 300 | | White Plains | NY | 10601 | |
| Lifewireless, Inc. | | 23211 Hawthorne Blvd | Suite 300 | | Torrance | CA | 90505 | |
| Lilymac Co | c/o Friedman Management Company | Attn: Angelique Gabriel | 26711 Northwestern Hwy | Ste 125 | Southfield | MI | 48033 | |
| Lilymac, LLC | | 26711 Northwestern Hwy, Ste 125 | | | Southfield | MI | 48033 | |
| Lina Iniguez | | Address Redacted | | | | | | |
| Linkedin Corporation - 2023 | | 5501 S Broadband Lane | | | Sioux Falls | SD | 57108 | |
| Links Medical Products Inc | | PO Box 225 | | | Santa Clara | CA | 95052-0225 | |
| Lionclock Software | | PMB #1199 | | | Toronto | | M4T 1K2 | Canada |
| Lipa Directpay | | 305 E 21st St | Ste 23 | | New York | NY | 10010 | |
| Liquidation Guys, Inc. | | 2730 Nw Loop 410 | | | San Antonio | TX | 78230 | |
| Lissie And Son | | 54 Catherine Street | | | New York | NY | 10038 | |
| Liza Bunny | | Address Redacted | | | | | | |
| Loan Admin Co LLC, as Collateral Agent | c/o MC Credit Partners LP | Attn: Jonathan Tunis | 2200 Atlantic Street | Suite 501 | Stamford | CT | 06902 | |
| Lochness Medical Supplies Inc | c/o Btnx.Com | 2775 Broadway St | Ste 100 | | Buffalo | NY | 14227 | |
| Logicmark | | 8625 Hampton Way | | | Fairfax Station | VA | 22039 | |
| Logmein Communications Inc - 1909 | | PO Box 412252 | | | Boston | MA | 02241-2252 | |
| Lone Star Overnight | | PO Box 149225 | | | Austin | TX | 78714 | |
| Long Lo | | Address Redacted | | | | | | |
| Lonicera Fund Iii, LLC | | 34505 W 12 Mile Road | Suite #250 | | Farmington Hills | MI | 48331 | |
| Looker Data Sciences Inc | | 1600 Amphitheatre Parkway | | | Mountain View | CA | 94043 | |
| Lopez Cleaning Services | | 433 County Road 4770 | | | Castroville | TX | 78009 | |
| Lopez Complete Service | | 1132 39th | Apt 3 | | Brooklyn | NY | 11220 | |
| Lorena Wiggins - 1099 Contractor | | Address Redacted | | | | | | |
| Lori Brookhouse | | Address Redacted | | | | | | |
| Los Angeles County Tax Collector | | 1401 East Willow Streett | | | Signal Hill | CA | 90755 | |
| Los Angeles County Tax Collector | | 225 North Hill Street | | | Los Angeles | CA | 90012 | |
| Los Angeles County Tax Collector | | PO Box 54027 | | | Los Angeles | CA | 90054-0027 | |
| Los Angeles County Tax Collector - 0000 | | PO Box 54888 | | | Los Angeles | CA | 90054-08888 | |
| Los Angeles Korean Musician Association | | 414 N Kingsley Dr | | | Los Angeles | CA | 900004 | |
| Louisiana Board of Pharmacy | Attn: M. Joseph Fontenot | 3388 Brentwood Drive | | | Baton Rouge | LA | 70809-1700 | |
| Louisiana Department of Health | | PO Box 62898 | | | New Orleans | LA | 70162-2898 | |
| Lourdes Erraez | | Address Redacted | | | | | | |
| Lsl West Therapeutics - 0001 | | 249 Fifth Ave | | | Pittsburgh | PA | 15222 | |
| Lumen | | PO Box 52187 | | | Phoenix | AZ | 85072-2187 | |
| Lumen - 0349 | | PO Box 52187 | | | Phoenix | AZ | 85072-2187 | |
| Luminoso Lighting Inc - 1747 | | 9800 Nw 78th Ave | | | Miami | FL | 33016 | |
| M K Pharmacy, Inc. | | 3427 W. 172nd Street | | | Torrance | CA | 90504 | |
| M K Pharmacy, Inc. | | 18006 Park Row Dr Suite 350 | | | Houston | TX | 77084 | |
| Mabis | | 25291 Network Place | | | Chicago | IL | 60673-1252 | |
| Machalek Communications, Inc. | | 5550 Snell Ct Se | | | Prior Lake | MN | 55372 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 20 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 114 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Mack-Cali Realty Associates LLC | Attn: Jeff Warner | 100 Clearbrook Road | | | Elmsford | NY | 10523 | |
| Madison Capital | | 9 Gwynns Mill Court | | | Owings Mills | MD | 21117 | |
| Magnifi Group, Inc | | 2633 Ariane Drive | | | San Diego | CA | 92117 | |
| Mail Center Usa | | 8338 N New Braun Pharmacarefels | | | San Antonio | TX | 78209 | |
| Mailender | | PO Box 23158 | | | New York City | NY | 10087-3158 | |
| Main Glass & Mirror Co. of S.A., Inc. | | 17341 Bell North Drive | | | Schertz | TX | 78154 | |
| Maine Department of Professional and Financial Regulation | c/o Office of Professional and Occupational Regulation - Board of Pharmacy | Attn: Geraldine L. "Jeri" Betts | 35 State House Station | | Augusta | ME | 4333 | |
| Maisa Gholami | | Address Redacted | | | | | | |
| Mammoth Medical Inc | | PO Box 1000 | Dept 395 | | Memphis | TN | 38148-0395 | |
| Manchac Technologies LLC | | 1115 Second Street | | | Alexandria | LA | 71301 | |
| Manju Balu | | Address Redacted | | | | | | |
| Marc H. Wank | | Address Redacted | | | | | | |
| Marc Wank | | Address Redacted | | | | | | |
| Marco Garcia | | Address Redacted | | | | | | |
| Marco Pineda | | Address Redacted | | | | | | |
| Margarita Perez | | Address Redacted | | | | | | |
| Maria Gukasyan | | Address Redacted | | | | | | |
| Maria Masood | | Address Redacted | | | | | | |
| Marian Heath Greeting Cards | | 10 Renaissance Way | | | Sanford | ME | 04073 | |
| Mario Lara | | Address Redacted | | | | | | |
| Marjona Inc | | 10807 65th Rd | Apt 4C | | Forest Hills | NY | 11375 | |
| Mark H. Wank | | Address Redacted | | | | | | |
| Mark Hanus | | Address Redacted | | | | | | |
| Marlo Thomas | | Address Redacted | | | | | | |
| Marnel Pharmaceuticals LLC | | 635 East Bay Street | Building G | | Charleston | SC | 29403 | |
| Marshall Shredding Co. | | P.O. Box 91139 | | | San Antonio | TX | 78209 | |
| Marwood Group Advisory LLC | | 733 3Rd Ave | 11 Fl | | New York | NY | 10017 | |
| Maryland Board of Pharmacy | | 4201 Patterson Ave | | | Baltimore | MD | 21215 | |
| Maryland Board of Pharmacy | Attn: Deena Speights-Napata | 4201 Patterson Ave | | | Baltimore | MD | 21215-2299 | |
| Massachusetts Board of Registration in Pharmacy | Attn: David Sencabaugh | 250 Washington Street | | | Boston | MA | 02108 | |
| Massoudiyan Corp | | 8817 Bay Parkway | Apt 4B | | Brooklyn | NY | 11214 | |
| Master Construction LLC | | 308 North 41St St | | | Milwaukee | WI | 53208-3748 | |
| Masters Drug Company | c/o 2508 Auto Ach Pmt Wintrust Bank | PO Box 840713 | | | Dallas | TX | 75284-0713 | |
| Mathes Electric Supply | | 6 W 41St Ln | | | Pensacola | FL | 32505 | |
| Matrix | | 110 Tices Lane | | | East Brunswick | NJ | 08816 | |
| Matt Stamborski - | c/o Oig Operating Company LLC - Bod Fee | S74 W16853 Janesville Road | | | Muskego | WI | 53150 | |
| Matthew Bender & Co. | | PO Box 733106 | | | Dallas | TX | 75373-3106 | |
| Matthew Goller | | Address Redacted | | | | | | |
| Matthew Keating | | Address Redacted | | | | | | |
| Matthew Lee | | Address Redacted | | | | | | |
| Maureen Pakler | | Address Redacted | | | | | | |
| Maureen Soper | | Address Redacted | | | | | | |
| Maxcare | | PO Box 18204 | | | Oklahoma City | OK | 73154 | |
| Maxim Healthcare Services - 6498 | | 12559 Collection Center Dr | | | Chicago | IL | 60693-0125 | |
| MC Credit Partners LP | | 2200 Atlantic St | Ste 501 | | Stamford | CT | 06902-6834 | |
| Mc Kesson | | 1220 Senlac | | | Carrollton | TX | 75006 | |
| Mc Kesson Specialty Care Distribution | | 15212 Collections Center Dr | | | Chicago | IL | 60693 | |
| Mc Loan Admin Co LLC | c/o Wintrust Ach | 2200 Atlantic St | Ste 501 | | Stamford | CT | 06902-6834 | |
| MCCP | | 2200 Atlantic Street | 5th Floor | | Stamford | CT | 6902 | |
| MCCP Fund 1 | | 2200 Atlantic Street | 5th Floor | | Stamford | CT | 6902 | |
| MCCP Fund IA | | 2200 Atlantic Street | 5th Floor | | Stamford | CT | 6902 | |
| MCCP Fund III | | 2200 Atlantic Street | 5th Floor | | Stamford | CT | 6902 | |
| MCCP Fund N | | 2200 Atlantic Street | 5th Floor | | Stamford | CT | 6902 | |
| MCCP Fund SM | | 2200 Atlantic Street | 5th Floor | | Stamford | CT | 6902 | |
| Mccracken Label Company - 0016 | | PO Box 5450 | | | Carol Stream | IL | 60197 | |
| Mcgowan Enterprises | | 12225 World Trade Dr | Suite F | | San Diego | CA | 92128 | |
| Mcguire Woods | | 800 E Canal St | | | Richmond | VA | 23219 | |
| Mci Preferred | | PO Box  15043 | | | Albany | NY | 12212-5043 | |
| Mckesson | | PO Box 730477 | | | Dallas | TX | 75373-0477 | |
| McKesson Corporation | | 6535 State Highway 161 | | | Irving | TX | 75039-2402 | |
| Md Scripts Express Inc | | 2618 Monte Carlo Dr | | | Santa Ana | CA | 92760 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 21 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 115 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Mecanaids Company, Inc. | | 21 Hampden Dr | | | South Easton | MA | 02375 | |
| Medbasix Acquisition Co | | 10404 W State Rd 84 | Ste 102 | | Davie | FL | 33324 | |
| Medcenter Systems LLC | | 10179 Commerce Park Dr | | | Cincinnati | OH | 45246 | |
| Medela LLC - 2974 | | 38789 Eagle Way | | | Chicago | IL | 60678-1387 | |
| Medical BioWaste Solutions | | 25971 Pala | Ste 101 | | Mission Viejo | CA | 92691 | |
| Medical Care Innovations, Inc. | | 2313 Lockhill-Selma | #298 | | San Antonio | TX | 78230 | |
| Medical Security Card Co. | | 75 Remittance Dr | | | Chicago | IL | 60675-6191 | |
| Medical Specialties Distributors, LLC | | PO Box 204786 | | | Dallas | TX | 75320-4786 | |
| Medical Waste | | 14427 Brookhollow Blvd | #311 | | San Antonio | TX | 78232 | |
| Medical Waste Disposal, LLC | | 3017 N Rockwell Blvd | | | Casa Grande | AZ | 85122 | |
| Medication Technologies | | 2003 Gandy Blvd N | Suite 800 | | St Petersburg | FL | 33702 | |
| Medicine On Time | | PO Box 17573 | | | Clearwater | FL | 33762-0573 | |
| Medicine-On-Time LLC | | PO Box 17573 | | | Clearwater | FL | 33762-0573 | |
| Medico Reach | | 300 E Royal Ln | Ste 127 | | Irving | TX | 75039 | |
| Medimetriks Pharmaceuticals Inc | Attn: Brent Lenczycki, CFO | 383 Route 46 West | | | Fairfield | NJ | 07004 | |
| Medimpact - 4414 | | PO Box 511334 | | | Los Angeles | CA | 90051-7889 | |
| Medisol Plus LLC | Attn: 7571 Auto Ach Pmt Wintrust Bank | 1771 International Parkway | Suite 121 | | Richardson | TX | 75081 | |
| Mediware Information Systems, Inc. | | 11711 W 79th Street | | | Lenexa | KS | 66214 | |
| Med-Lift & Mobility, Inc. | | PO Box 1249 | | | Calhoun City | MS | 38916 | |
| Medline Industries Inc - 0784 | | Dept Ch 14400 | | | Palatine | IL | 60055-4400 | |
| Medline Industries, Inc. | | Three Lakes Drive | | | Northfield | IL | 60093 | |
| Medop Inc - 0808 | Attn: Alex Liberman, General Counsel | 630 Booker Creek Blvd | Ste 350 | | Oldsmar | FL | 34677 | |
| Medstock Usa Corp | | 300 Meserole St | | | Brooklyn | NY | 11206 | |
| Medtel Communications | | 2511 Corporate Way | | | Palmetto | FL | 34221 | |
| Medtel Communications LLC | | 4732 E State Road 64 | | | Bradenton | FL | 34208 | |
| Melinda Paredes | | Address Redacted | | | | | | |
| Melissa Hubbert | | Address Redacted | | | | | | |
| Mendel Company | | 105 Holly Ln | | | Boonton | NJ | 07005-1624 | |
| Mercer Medical LLC | | 1162 Industry Drive | | | Tukwila | WA | 98188 | |
| Merchant Firm - 4934 | c/o Ach Wintrust | 20848  Cross Island Pkwy | | | Bayside | NY | 11360-1187 | |
| Merck Sharp & Dohme Corp. | Attn: James E Curotto | 351 North Sumneytown Pike | UG2A-70 | | North Wales | PA | 19454 | |
| Meredith Simmons | | Address Redacted | | | | | | |
| Merit Pharmaceuticals - 53553 | | 2611 N San Fernando Rd | | | Los Angeles | CA | 90065 | |
| Mesco Medical, LLC | | 1562 Sussex Turnpike | | | Randolph | NJ | 07869 | |
| Meta-Biz LLC | | 11001 Seven Pines Ln | | | Champlin | MN | 55316 | |
| Metagenics South Inc | | PO Box 749395 | | | Los Angeles | CA | 90074-9395 | |
| Mg Building Materials | | 2651 Sw Military Dr | | | San Antonio | TX | 78224 | |
| Mha Ltc Network - 06-Dri002 | | PO Box 932558 | | | Atlanta | GA | 31193-2558 | |
| Mhc Medical Products LLC | | 8695 Seward Road | | | Fairfield | OH | 45271-4600 | |
| Michael Contreras | | Address Redacted | | | | | | |
| Michael Derenzo | | Address Redacted | | | | | | |
| Michael Mack | | Address Redacted | | | | | | |
| Michael Nabielec | | Address Redacted | | | | | | |
| Michael Rosenberg | | Address Redacted | | | | | | |
| Michigan Board of Pharmacy | | 611 W Ottawa, 3rd Floor | PO Box 30670 | | Lansing | MI | 48909-8170 | |
| Micro Merchant Systems, Inc. | | 805 Rxr Plz | | | Uniondale | NY | 11556-3819 | |
| Microsoft Corporation | c/o Ach Pmt Sellers Chase Bank | One Microsoft Way | | | Redmond | WA | 98052 | |
| Mid-Hudson Mechanical | | PO Box 566 | | | Peekskill | NY | 10566 | |
| Midland Paper Company - 5152 | | 101 E Palatine Rd | | | Wheeling | IL | 60090 | |
| Midwest Importers | | 4334 Collections Center D | | | Chicago | IL | 60693 | |
| Midwest Veterinary Supply | c/o CC Auto Pmt Next Day | PO Box 856500 | | | Minneapolis | MN | 55485-6500 | |
| Midwestern University | | 555 31St St | | | Downers Grove | IL | 60515 | |
| Mile Marker Advisors LLC | | 3400 N Central Pharmacy LLC Expy | Suite 110-240 | | Richardson | TX | 75080 | |
| Milliken Medical | | 6333 Hudson Crossing Pkwy | | | Hudson | OH | 44236 | |
| Milwaukee Plumbing & Pipiing, Inc. | | 11800 West Greenfield Avenue | | | West Allis | WI | 53214 | |
| Mina Moussa | | Address Redacted | | | | | | |
| Mindy Delivery | | 2313 W Cubbon St | | | Santa Ana | CA | 92704 | |
| Mindy Mcstroul | | Address Redacted | | | | | | |
| Miner Barnhill Galland Pc | | 325 N Lasalle St | Ste 350 | | Chicago | IL | 60654 | |
| Minh Nguyen | | Address Redacted | | | | | | |
| Minhtrang Ton | | Address Redacted | | | | | | |
| Minnesota Board of Pharmacy | | 2829 University Ave Se | Ste 530 | | Minneapolis | MN | 55414-3251 | |
| Minnesota Board of Pharmacy | Attn: Jill Phillips | 335 Randolph Avenue | Suite 230 | | St. Paul | MN | 55102 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 22 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 116 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Minuteman Press | | 20648 Ventura Blvd | | | Woodland Hills | CA | 91364 | |
| Minuteman Press - Woodland Hills | | 20648 Ventura Blvd | | | Woodland Hills | CA | 91364 | |
| Mirafzal Inc | | 1315 W 7th St | Apt 3B | | Brooklyn | NY | 11204 | |
| Miranda Aguilar | | Address Redacted | | | | | | |
| Mississippi Board of Pharmacy | | 6360 I-55 N | | Ste 400 | Jackson | MS | 39211 | |
| Mississippi Board of Pharmacy | Attn: Susan B. McCoy | 6311 Ridgewood Road | Suite E401 | | Jackson | MS | 39211 | |
| Missouri Board of Pharmacy | Attn: Kimberly Grinston | PO Box 625 | | | Jefferson City | MO | 65102 | |
| Missouri State Board of Pharmacy | | 3605 Missouri Blvd | | | Jefferson City | MO | 65102 | |
| Mj'S (Wholesale Division) - 1035 | | PO Box 423 | | | Trussville | AL | 35173 | |
| Mkare Management, Inc. | | 20475 Hwy 46 West | | | Spring Branch | TX | 78070 | |
| Mkrtchyan Inc | | 27 Justin Ave | | | Staten Island | NY | 10306-2701 | |
| Mm Leasing Ii LLC | | 655 Dearborn Park Ln | | | Worthington | OH | 43085 | |
| Modern Party Rentals | | 19507 Business Center Dr | | | Northridge | CA | 91324 | |
| Modern Veterinary Media - Opt001 | | 33 Irving Pl | Fl 3 | | New York | NY | 10003 | |
| Modity Inc | | N60 W16500 Kohler Ln | | | Menomonee Falls | WI | 53051 | |
| Molly Rudberg LLC | | 170 N Scoville Ave | | | Oak Park | IL | 60302 | |
| Monday.com | | 433 W Van Buren St | | | Chicago | IL | 60607 | |
| Monday.Com Ltd | | 6 Yitzhak Sadeh Street | | | Tel Aviv | CA | 6777506 | |
| Mongo DB Atlas | | 1633 Broadway | 38th Fl | | New York | NY | 10019 | |
| Monica Bowshier | | Address Redacted | | | | | | |
| Monks Copy Shop Inc | | 47 E Gay St | | | Columbus | OH | 43215 | |
| Monster Displays | | 18502 Ne 5th Ave | | | Miami | FL | 33179 | |
| Montana Board of Pharmacy | Attn: Marcie Bough | PO Box 200513 | | | Helena | MT | 59620-0513 | |
| Moog | | 15916 Collection Center | | | Chicago | IL | 60693 | |
| Moog Medical Devices Group - 1514 | | PO Box 8385 | Dept 3184 | | Carol Stream | IL | 60197-8385 | |
| Moore Wallace North America, Inc. | | PO Box 93514 | | | Chicago | IL | 60673-3514 | |
| Moreton & Company | | PO Box 58139 | | | Salt Lake City | CO | 84158-0139 | |
| Morgan Bree | | Address Redacted | | | | | | |
| Morgan Meeks (Case No. 23-08993) | c/o Holloway Law Firm PA | Attn: Jonathan Thomas Holloway | 369 Main St | | Crestview | FL | 32536 | |
| Morris Dickson Ltc | | PO Box 51367 | | | Shreveport | LA | 71135 | |
| Motaev Inc | | 573 Avenue Y | | | Brooklyn | NY | 11235 | |
| Mother'S Window Tint | | 4515 Fredericksburg Rd | | | San Antonio | TX | 78201 | |
| Moye'S Flooring Fencing And More | Attn: Bobby Moye | 11800 Hwy 89 | | | Jay | FL | 32565 | |
| Mr. Q Auto Repair, LLC | | 703 Bandera Road | | | San Antonio | TX | 78228 | |
| Ms Electric And Construction Corp | | 221 Wilcox Dr | | | Bartlett | IL | 60103 | |
| Msd - Medical Specialties Distributors LLC - 5221 | | PO Box 206639 | | | Dallas | TX | 75320-6639 | |
| Msi Inventory Service - Los Angeles | | 100 W High Street | Unit 814 | | Moorpark | CA | 93020-0814 | |
| Mts | | 2003 Gandy Blvd N | Suite 800 | | St Petersbug. | FL | 33702 | |
| Much Shelist Pc | | 8477 Solution Center | | | Chicago | IL | 60677-8004 | |
| Mueller Sports Medicine Inc. | | One Quench Drive, PO Box 99 | | | Prairie Du Sac | WY | 53578 | |
| My Housekeeper Cleaning Services LLC | | 13737 Simshaw Ave | | | Sylmar | CA | 91342 | |
| Myfleetcenter.Com | | PO Box 620130 | | | Middleton | WI | 53562 | |
| Myxx | | 1001 Sixth Ave | Ste 1219 | | New York | NY | 10018 | |
| N A C Delivery | | 186 Beechwood Ave | | | Mount Vernon | NY | 10553 | |
| Nabp - National Association of Boards of Pharmacy | | 1600 Feehanville Dr | | | Mount Prospect | IL | 60056 | |
| Nader Wahba | | Address Redacted | | | | | | |
| Nancy Gaballah | | Address Redacted | | | | | | |
| Nancy Green-Knepper | | Address Redacted | | | | | | |
| Narx Transport Inc | | 17167 Braxton St | | | Granada Hills | CA | 91344 | |
| NARX Transport, Inc. | | 17167 Braxton St | | | Granada Hills | CA | 91344 | |
| Nassau County Public Safety Center | | 1194 Prospect Avenue | | | Westbury | NY | 11590 | |
| Natalia Contreras | | Address Redacted | | | | | | |
| Nathaly Vertiz Arieta | | Address Redacted | | | | | | |
| Nathan Ferrell | | Address Redacted | | | | | | |
| Nathaniel Lua | | Address Redacted | | | | | | |
| Nathaniel Ruzicka | | Address Redacted | | | | | | |
| National Association of Specialty Pharmacy | | 300 New Jersey Ave Nw | Ste 900 | | Washington | DC | 20001 | |
| National Domains, LLC | | PO Box 14993 | | | St. Louis | MO | 63178 | |
| National Grid | | 1 Metrotech Ctr | 16th Fl | | Brooklyn | NY | 11201 | |
| National Grid - Auto Ach From Wintrust | | PO Box 371382 | | | Pittsburgh | PA | 15250-7382 | |
| National Home Infusion Association - Nhia - 6688 | | PO Box 222831 | | | Chantilly | VA | 20153-2831 | |
| National Pen Co LLC - 1109 | | PO Box 847203 | | | Dallas | TX | 75284-7203 | |
| National Vulvodynia Association | | 9016 Rouen Ln | | | Potomac | MD | 20854 | |
| Nationwide Medical Surgical - 6741 | | 14141 Covello Street | | | Van Nuys | CA | 91405 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 23 of 37



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Natoli Engineering | | 28 Research Park Circle | | | St. Charles | MO | 63304 | |
| Natural Life | | PO Box 116817 | | | Atlanta | GA | 30368-6817 | |
| Natural Pharmacal, Inc. | | 249 Hunters Dawn | | | La Vernia | TX | 78121 | |
| Natural Wonders | | 7240 Eton Ave | | | Canoga Park | CA | 91303 | |
| Natwell Supply Corp. | | 702 Culebra Ave | | | San Antonio | TX | 78201 | |
| Navex Global Inc - 2272 | | PO Box 60941 | | | Charlotte | NC | 28260-0941 | |
| NAVEX Global, Inc. | | 5885 Meadows Rd | Ste 500 | | Lake Oswego | OR | 97035-8646 | |
| Navitus Health Solutions | | 361 Integrity Dr | | | Madison | WI | 53717 | |
| Nazar Atlantic LLC | | 1400 Mocarter Hwy | | | Newark | NJ | 07104-3922 | |
| Nci | | 7125 Northland Terrace N, | | | Brooklyn Park | MN | 55428 | |
| Ncpa - National Community Pharmacist Assoc - 5190 | | 100 Daingerfield Road | | | Alexandria | VA | 22314 | |
| Ncpdp - National Council For Prescription Drug Programs | | 9240 E Raintree Dr | | | Scottsdale | AZ | 85260 | |
| Nd Store Fixtures | | 8711 Broadway | | | San Antonio | TX | 78217 | |
| Ndc Distributors LLC | | 4 Corporate Drive | Suite D | | Cranbury | NJ | 08512 | |
| Neal Gerber & Eisenberg | | 28987 Network Place | | | Chicago | IL | 60673-1289 | |
| Neal, Gerber & Eisenberg LLP | | 2 N Lasalle Street | Suite 1700 | | Chicago | IL | 60602 | |
| Nebraska Department of Health and Human Services | c/o Division of Public Health, Licensure Unit | Attn: Vonda Apking | PO Box 94986 | | Lincoln | NE | 68509-4986 | |
| Nelco | | 4600 Homestead Rd | | | Houston | TX | 77028 | |
| Nelddie Robles | | Address Redacted | | | | | | |
| Nepa | | PO Box 1790 | | | Wilkes-Barre | PA | 18703 | |
| Netlify | | 44 Montgomery St | Ste 300 | | San Francisco | CA | 94104 | |
| Net-Rx - C001 | | PO Box 932562 | | | Atlanta | GA | 31193-2558 | |
| Network Accreditation Services, Inc. | | PO Box 862 | | | Latrobe | PA | 15650 | |
| Network9 | | PO Box 4147 | | | Dublin | OH | 43016 | |
| Nevada State Board of Pharmacy | Attn: Dave Wuest | 985 Damonte Ranch Pkwy | Suite 206 | | Reno | NV | 89521 | |
| New Hampshire Board of Pharmacy | Attn: Attn: Licensing and Board Administration | 7 Eagle Square | | | Concord | NH | 03301 | |
| New Jersey State Board of Pharmacy | | 124 Halsey Street, 6th Fl | PO Box 45013 | | Newark | NJ | 07101 | |
| New Jersey State Board of Pharmacy | Attn: Anthony Rubinaccio | PO Box 45013 | | | Newark | NJ | 07101 | |
| New Mexico Board of Pharmacy | Attn: Cheranne McCracken | 5500 San Antonio Dr NE | Suite C | | Albuquerque | NM | 87109 | |
| New Mexico Regulatory And Licensing Department | | PO Box 25101 | | | Santa Fe | NM | 87504 | |
| New York State - Department of Taxation And Finance | | PO Box 4127 | | | Binghamton | NY | 13902-4127 | |
| New York State Board of Pharmacy | Attn: Dina Jazrawi | 89 Washington Ave | 2nd Floor W | | Albany | NY | 12234-1000 | |
| New York State Department of Education | | 89 Washington Ave | | | Albany | NY | 12234 | |
| New York State Department of Health | | 800 North Pearl Street | | | Albany | NY | 12204 | |
| Nexonia Inc - 5396 | | 20 York St | Suite 201 | | Portland | ME | 04101 | |
| Next Day Plus | | 11411 W 183Rd Street | #A | | Orland Park | IL | 60467 | |
| Ngo Dac Nguyen | | Address Redacted | | | | | | |
| Nicolet Baraniak | | Address Redacted | | | | | | |
| Nicor Gas | | 90 Finley Rd | | | Lombard | IL | 60148 | |
| Nimble | | 21550 Oxnard St | Ste 980 | | Woodland Hills | CA | 91367 | |
| Nina Reabe | | Address Redacted | | | | | | |
| NinjaOne | | 3687 Tampa Rd | Ste #200 | | Oldsmar | FL | 34677 | |
| Nof Services LLC | | 3509 N 54th Blvd | | | Milwaukee | WI | 53216 | |
| Nohema Aquino | | Address Redacted | | | | | | |
| Nooklyn Global Company LLC | | 2063 West 13th Street | | | Brooklyn | NY | 11223 | |
| Nora Logistics Inc | | 1525 E 26th St | | | Brooklyn | NY | 11229 | |
| Nordic Ice | | 2705 Clemens Road | Suite A-103 | | Hatfield | PA | 19440 | |
| Nordic Naturals | | 94 Hangar Way | | | Watsonville | CA | 95076 | |
| Noreen Lumawod | | Address Redacted | | | | | | |
| Noreli Sierra | | Address Redacted | | | | | | |
| Norman & Oliver, P.C. | | 7373 Broadway | Suite 504 | | San Antonio | TX | 78209 | |
| North Carolina Board of Pharmacy | Attn: Jack W. "Jay" Campbell IV | 6015 Farrington Rd | Suite 201 | | Chapel Hill | NC | 27517 | |
| North Dakota Board of Pharmacy | Attn: Mark Hardy | 1838 E Interstate Ave | Suite D | | Bismarck | ND | 58503 | |
| Northwest Glass Service | | 6737 Poss Road | #300 | | San Antonio | TX | 78238 | |
| Notary Pubic Underwriters Agency, Inc. | | PO Box 140106 | | | Austin | TX | 78714-0106 | |
| Nova | | PO Box 3039 | | | Gardena | CA | 90247-1239 | |
| Now Designs | | 2150 Peace Portal Way | | | Blaine | WA | 98230 | |
| Nuaire Inc | | PO Box 1450 | | | Minneapolis | MN | 55485 | |
| Numed Pharma - 9911 | c/o Ys Marketing Inc | 2004 Mcdonald Ave | | | Brookly | NY | 11223 | |
| Nune Baghdasaryan | | Address Redacted | | | | | | |
| Nurse Assist/Welcon | | PO Box 961013 | | | Fort Worth | TX | 76161-0013 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 24 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 118 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| NY State Department of Taxation and Finance Sales Tax Registration | | 1740 Broadway | | | New York | NY | 10019 | |
| Nyc Water Board - 9001 | | PO Box 11863 | | | Newark | NJ | 07101-8163 | |
| Nysp Owner I LLC | | 100 Clearbrook Rd | 2nd Floor | | Elmsford | NY | 10523 | |
| Nys Corporation Tax - | c/o Cbc Pharma Holdco | PO Box 15200 | | | Albany | NY | 12212-5200 | |
| Oak Drugs Inc | | 80 Red Schoolhouse Road | Building 2, Suite 20 | | Chestnut Ridge | NY | 10977 | |
| Oak Hills Country Club | | 5403 Fredericksburg Rd | | | San Antonio | TX | 78229 | |
| Oak Hills Florist | | 1729 Babcock Rd | | | San Antonio | TX | 78229 | |
| Oakdell Compounding Pharmacy, LLC | | 7220 Louis Pasteur Drive | Suite 168 | | San Antonio | TX | 78229 | |
| Ocplp, Inc. | | 31120 Knotty Grove | | | Boerne | TX | 78015 | |
| Ocusoft | | PO Box 1167 | | | Rosenberg | TX | 77471-1167 | |
| O'Dell Insurance Agency - 8182 | c/o Hamilton Insurance Grp | PO Box 30071 | | | Gahanna | OH | 43230 | |
| Odp Business Solutions LLC | | PO Box 88040 | | | Chicago | IL | 60680-1040 | |
| Office of Okaloosa County Property Appraiser | | 1250 Eglin Pkwy N. Ste 201 | | | Shalimar | FL | 32579 | |
| Ogbk Logistics Inc | | 1120 Brighton Beach Ave | Apt 6E | | Brooklyn | NY | 11229 | |
| Ohio Board of Pharmacy | Attn: Steven W Schierholt | 77 S High St | Room 1702 | | Columbus | OH | 43215-6126 | |
| Ohio Child Support Payment Central Pharmacy LLC | | PO Box 182372 | | | Columbus | OH | 43218-2394 | |
| Ohio Department of Taxation | | PO Box 2678 | | | Columbus | OH | 43216-2678 | |
| Ohio Power Company d/b/a AEP Ohio | c/o Bankruptcy | PO Box 371496 | | | Pittsburgh | PA | 15250 | |
| Ohr Legacy LLC - 1099-Int Only | | 300 W Wilson Bridge Rd | Ste 250 | | Worthington | OH | 43085-2289 | |
| OIG Optio IV | | 2200 Atlantic Street | 5th Floor | | Stamford | CT | 6902 | |
| OIG Optio V | | 2200 Atlantic Street | 5th Floor | | Stamford | CT | 6902 | |
| OIG Optio VI | | 2200 Atlantic Street | 5th Floor | | Stamford | CT | 6902 | |
| Okaloosa County Department of Growth Management - 1945 | | 812 E James Lee Blvd | | | Crestview Pharmacy Llc | FL | 32539 | |
| Okaloosa County Tax Collector | | 302 N Wilson St | | | Crestview | FL | 32536 | |
| Okaloosa County Tax Collector - 0240 | c/o Property Tax | PO Box 1390 | | | Niceville | FL | 32588 | |
| Okaloosa County Tax Collector - 7618 | | 1250 N Eglin Pkwy | | | Shalimar | FL | 32579 | |
| Okaloosa County Tax Collector - 8797 | c/o Local Business Tax | PO Box 9 | | | Shalimar | FL | 32579 | |
| Okaloosa County Water And Sewer - 5070 | | 1804 Lewis Turner Blvd | Ste 300 | | Fort Walton Beach | FL | 32547-1285 | |
| Oklahoma State Board of Pharmacy | | 2920 N Lincoln Blvd | Ste A | | Oklahoma City | OK | 73105 | |
| Oklahoma State Board of Pharmacy | c/o Oklahoma State Board of Pharmacy | Attn: Marty Lee Hendrick | 2920 N Lincoln Blvd | Suite A | Oklahoma City | OK | 73105-4212 | |
| Old Drugs Inc | | 80 Red School House Road, Building 2 | Ste 20 | | Chestnut Ride | NY | 10977 | |
| Old Republic Surety Group | | 18500 W Corporate Dr | Ste 170 | | Brookfield | WI | 53045 | |
| Ole South Products | | 13012 Seaman Road | | | Vancleave | MS | 39565 | |
| Omar Lozada Mendoza | | Address Redacted | | | | | | |
| Omnicell, Inc. | | PO Box 204650 | | | Dallas | TX | 75320-4650 | |
| Onebeacon Insurance Group - 0001 | | PO Box 371871 | | | Pittsburgh | PA | 371871 | |
| OneTrust | | 1200 Abernathy Rd | Ste 700 | | Atlanta | GA | 30328 | |
| Only Wholesale Lighting LLC | | 18-17 130th Street | | | College Point | NY | 11356 | |
| Ontra | Attn: Michael Kaplan | 2041 East Street | PMB 39 | | Concord | CA | 94520 | |
| Optamark Ct LLC | | 7 Mathias Ct | | | Norwalk | CT | 06851 | |
| Optimo Plumbing & Backflow Inc. | | PO Box 31435 | | | Los Angeles | CA | 90031 | |
| Optimum | | PO Box 70340 | 400 White Caly Center Drive | | Newark | DE | 19711 | |
| Optumrx - Pharmacy Credentialing Department | | 2300 Main St | | | Irvine | CA | 92614 | |
| Oral Health Products, Inc. | | PO Box 470623 | | | Tulsa | OK | 74147 | |
| Orange County Office of the Assessor | | 500 S. Main St., First Floor | Suite 103 | | Orange | CA | 92868 | |
| Orange County Treasurer - Tax Collector - 7889 | | PO Box 1438 | 601 N Ross St | | Santa Ana | CA | 92702 | |
| Orbitcore Diagnostics | | 6706 Crestland Avenue | | | Dallas | TX | 75252 | |
| Oregon Board of Pharmacy | Attn: Jamal T. Fox | 800 NE Oregon St | Suite 150 | | Portland | OR | 97232 | |
| Organon LLC | Attn: Customer Contract Management | 1180 Church Rd | Ste #1 | | Lansdale | PA | 19446 | |
| Orifion Inc | | 80 Avenue P | Apt E10 | | Brooklyn | NY | 11214 | |
| Orkin LLC | | PO Box 740589 | Ste 500 | | Cincinnati | OH | 45274-0589 | |
| Orthodoxia Flourentzou | | 16-56 202Nd Street | | | Bayside | NY | 11360 | |
| Orthopedic & Spine Surgical Hospital of South Texas,LP | Attn: CEO | 18600 North Hardy Oak Blvd. | | | San Antonio | TX | 78258 | |
| Osu office of Sponsored Programs | | 1960 Kenny Rd | Accounting, 4Th Fl | | Columbus | OH | 43210 | |
| Ous - Ohio Urology Society | | 1061 E Main Street | Ste 300 | | East Dundee | IL | 60118 | |
| Outcomes Operating, Inc | | PO Box 79047 | | | Baltimore | MD | 21279-0047 | |
| Ovation Medical | | PO Box 971 | | | Agoura Hills | CA | 91376 | |
| Owl Western Pharmacy | | 1009 W San Bernardino Rd | | | Covina | CA | 91722 | |
| P. I. Services | | 2535 Johns Place | | | Jamestown | NY | 14701 | |
| P4 Technologies LLC - 2107 | | 812 Wood Cove Rd | | | Wilmington | NC | 28409 | |
| Pacific Neuroscience Institute Foundation Inc | | 1301 20th St | Ste 250 | | Santa Monica | CA | 90404 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 25 of 37

 STRETTO

**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Pacific Pharmaceutical Distributors Inc. | | 539 N Glenoaks Blvd | Suite 204A-2 | | Burbank | CA | 91502 | |
| Packaging And Handling Supplies Inc | | 850 Distribution Drive | | | Columbus | OH | 43228 | |
| Pandzik Solutions | | 11414 Whisper Moss | | | San Antonio | TX | 78230 | |
| Panhandle Lawn And Tractor LLC | | 2889 2Nd Ave Ne | | | Crestview Pharmacy Llc | FL | 32539 | |
| Panline Usa, Inc. | | 251 Union St | | | Northvale. | NJ | 07647 | |
| Paoletti Consulting | | 2900 Columbus St | | | Grove City | OH | 43123 | |
| Paper Recycling and Shredding Specialists | | PO Box 3074 | | | San Dimas | CA | 91773 | |
| Paper Tiger | | 1101 N Estes St | | | Gurnee | IL | 60031-2213 | |
| Papyrus-Recycled Greetings Inc - 4837 | | 3613 Solution Crt | | | Chicago | IL | 60677-3006 | |
| Paragon Enterprises Inc | | 3300 Corporate Ave | Ste 114 | | Weston | FL | 33331 | |
| Paramount Rx - 1314 | | PO Box 735191 | | | Chicago | IL | 60673-5191 | |
| Parastou Divdad | | Address Redacted | | | | | | |
| Parata Systems LLC - 0551 | | PO Box 638203 | | | Cincinnati | OH | 46263-8203 | |
| Pareto Optio LLC - Bod | | 565 S York St | | | Elmhurst | IL | 60126 | |
| Parish Photography | | 7701 Broadway | | | San Antonio | TX | 78209 | |
| Park Hill Collections | | 1400 East 28th Street | | | Little Rock | AR | 72206 | |
| Parmed Pharmaceuticals | | PO Box 90272 | | | Chicago | IL | 60696-0272 | |
| Parvin Clauss Sign Co Inc | | 165 Tubeway Drive | | | Carol Stream | IL | 60188 | |
| Patience Home Health Care | | 1603 Babcock Rd | | | San Antonio | TX | 78229 | |
| Patrice Jones | | Address Redacted | | | | | | |
| Patricia Gahagan | | Address Redacted | | | | | | |
| Patrick Ortega | | Address Redacted | | | | | | |
| Paul Davis Restoration of Se Wi Inc | | 2000 S 4th St | | | Milwaukee | WI | 53204 | |
| Payam Tizabgar | | Address Redacted | | | | | | |
| Paychex - 0998 | c/o Ach Pmt Sellers Chase Bank | 16404 North Black Canyon Hwy | Ste 240 | | Phoenix | AZ | 92270 | |
| Paymentech | | 14221 Dallas Pkwy | | | Dallas | TX | 75254 | |
| Pedifix | | 310 Guinea Rd | | | Brewster | NY | 10509 | |
| Peking Handicrafts | | 1388 San Mateo Ave | | | So San Francisco | CA | 94080 | |
| Penco Medical | | PO Box 1790 | | | Wilkes-Barre | PA | 18703 | |
| Pennsylvania State Board of Pharmacy | | PO Box 2649 | | | Harrisburg | PA | 17105-2649 | |
| Pennsylvania State Board of Pharmacy | c/o Bureau of Professional and Occupational Affairs | Attn: Christina Townley | PO Box 2649 | | Harrisburg | PA | 17105-2649 | |
| Pension Design And Administration | | 6558 Braddock Pl | | | Canal Winchester | OH | 43110 | |
| Peoples Gas | | PO Box 6050 | | | Carol Stream | IL | 60197-6050 | |
| Peoples Gas - 00001 Auto Ach | | PO Box 2968 | | | Milwaukee | WI | 53201-2968 | |
| Performance Machine Shop | | 8005 Nelson Road | | | San Antonio | TX | 78252 | |
| Performance Printing - Tius | | 7652 Sawmill Rd | Pmb 349 | | Dublin | OH | 43016-9296 | |
| Perimeter 81 | | 157 W 18th St | 7th Fl | | New York | NY | 10011 | |
| Perio Protect, L.L.C. | | 3955 Bayless Ave | | | St. Louis | MO | 63125 | |
| Perry Protech Inc - 0522 | | 265 Commerce Parkway | | | Lima | OH | 45804 | |
| Personnel Specialists Ltd | | 6737 W Washington St | Ste 2390 | | West Allis | WI | 53214 | |
| Pet Properties | Attn: Jeff Langer | 8040 N Links Way | | | Fox Point | WI | 53217 | |
| Pet Properties LLC | | 8040 N Links Way | | | Milwaukee | WI | 53217 | |
| Peter Gallegos | | Address Redacted | | | | | | |
| Pfizer Inc - 5137 | | PO Box 100539 | | | Atlanta | GA | 30384-0539 | |
| Pharma Logistics | | 1801 N Butterfield Road | | | Libertyville | IL | 60048 | |
| Pharma Source Direct Inc - 2050 | | 8591 Prairie Trail Drive | Suite C600 | | Englewood | CO | 80112 | |
| Pharmacare Rx | | 16173 Harbor Blvd | | | Fountain Valley | CA | 92708 | |
| Pharmacists Mutual Insurance | | 808 Us Hwy 18 W | PO Box 370 | | Algona | IA | 50511 | |
| Pharmacy Compliance Consulting, LLC | | 2539 John Hawkins Pkwy | Ste 101 | Pbm 207 | Birmingham | AL | 35244 | |
| Pharmacy Healthcare Solutions LLC | | PO Box 101632 | | | Pittsburgh | PA | 15237 | |
| Pharmacy Lite - 4999 | | 250 Warden Ave | | | Elyria | OH | 44035 | |
| Pharmacy Management LLC | | 780 Ne Alsbury Blvd Suite B | | | Burleson | TX | 76028 | |
| Pharmacy Onesource - Wolters Kluwer - 6694 | | 525 Junction Rd | Ste 5000 | | Madison | WI | 53717 | |
| Pharmacy-Lite Packaging | | PO Box 1109 | | | Elyria | OH | 44036 | |
| Pharmogenexx | | 7793 West 95th Dr | | | Westminster | CO | 80021 | |
| Pharmscreen Inc | | 55 Caren Ave | Ste 160 B | | Columbus | OH | 43085 | |
| Pharmsource LLC | | 123 Newman Drive | | | Brunswick | GA | 31520 | |
| Phyto Pharmica | | PO Box 1745 | | | Green Bay | WI | 54305 | |
| Pia Holdings Inc - 1099-Int Only | | 8973 Lakes Blvd | | | West Palm Beach | FL | 33412-1553 | |
| PIA Holdings, Inc. | | 250 Clearbrook Road | | | Elmsford | NY | 10523 | |
| Pictura, Inc. | | 4 Andrews Drive | | | West Paterson | NJ | 07424 | |
| Pied Piper Pest Control, LLC | | 12103 Jonesmaltsberger Rd | | | San Antonio | TX | 78247 | |
| Pine Cam Holdings | | 891 Kimball Rd | | | Highland Park | IL | 60035-3618 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 26 of 37



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Pinnacle Investigations Inc | | 2906 William Penn Hwy | Suite 304 | | Easton | PA | 18045 | |
| Pioneer Rx | | PO Box 53407 | | | Shreveport | LA | 71135-3407 | |
| PioneerRx, LLC | | 408 Kay Lane | | | Shreveport | LA | 71115 | |
| Piramal Critical Care Inc | | PO Box 734721 | | | Chicago | IL | 60673-4721 | |
| Pitney Bowes | | PO Box 41067 | | | Norfolk | VA | 23541-1057 | |
| Pitney Bowes Credit Corp | | PO Box 371887 | | | Pittsburgh | PA | 15250-7887 | |
| Pitney Bowes Global Financial Services LLC | | PO Box 981022 | | | Boston | MA | 02298-1022 | |
| Pitney Bowes, Inc. | | 3001 Summer St | | | Stamford | CT | 6926 | |
| Pk Software, Inc. | Attn: Ken Barrow | 9901 South Wilcrest Dr | | | Houston | TX | 77099 | |
| Plante Moran PLLC - 7695 | | 16060 Collections Center Dr | | | Chicago | IL | 60693 | |
| Platinum Ink Design | | 615 E Lomita Ave | Unit 4 | | Glendale | CA | 91205 | |
| Plaza Package Store | | 262 S Main St | | | Boerne | TX | 78006 | |
| Plumbstar Plumbing, LLC | | 117 E Winding Loop | | | Boerne | TX | 78006 | |
| Plus Corp of America | | 9610 Sw Sunshine Ct | | | Beaverton | OR | 97005 | |
| Pmp Wholesale | | 12021 Wilshire Blvd | Ste 106 | | Los Angeles | CA | 90025 | |
| PNC Bank | Attn: Racheal Hacker | 300 Fifth Avenue | The Tower at PNC Plaza | | Pittsburgh | PA | 15222 | |
| PNC Bank | Attn: Rachel Hacker | 3360 N Western Ave | | | Chicago | IL | 60618 | |
| Poc Network Technologies - | c/o Transactrx | 5975 Sunset Dr | Ste 501 | | South Miami | FL | 33143 | |
| Polly Gates | | Address Redacted | | | | | | |
| Pouya Farzadfar | | Address Redacted | | | | | | |
| Poyds Capital | | 16255 Ventura Blvd | Ste 1212 | | Encino | CA | 91436 | |
| Ppok | | 3800 E Memorial Rd | | | Edmond | OK | 73013 | |
| Practice Fusion, Inc. | | 420 Taylor Street | | | San Francisco | CA | 94102 | |
| Practice Management Information Corp | | 4727 Wilshire Blvd | | | Los Angeles. | CA | 90010 | |
| Precision Air Technology | | PO Box 46449 | | | Raleigh | NC | 27620 | |
| Precision Contracting | | 4827 Whirlwind Drive | | | San Antonio | TX | 78217 | |
| Precision Electrical Contractors | | PO Box 510377 | | | New Berlin | WI | 53151 | |
| Precision Metalworx LLC | | 5257 Griffith Mill Rd | | | Baker | FL | 32531 | |
| Preferred Medical | | PO Box 37904 | | | Charlotte | NC | 28237-7904 | |
| Premier Facility Services LLC | | 10409 Lakewood Blvd | Unit 40992 | | Downey | CA | 90239 | |
| Premiere Enterprises | | 2806 Oakhurst Avenue | | | Los Angeles | CA | 90034 | |
| Prescribe Wellness | | 5900 Lake Ellenor Dr | Ste 600 | | Orlando | FL | 32809-4667 | |
| Prescription Alternatives, Corp. | | 8510 Line Avenue | | | Shreveport | LA | 71106 | |
| Prescription Supply Inc | | 2233 Tracy Rd | | | Northwood | OH | 43619 | |
| Prestige Medical - 0249 | | 8600 Wilbur Ave | | | Northridge | CA | 91324 | |
| Prime Therapeutics LLC - 1652 | | PO Box 860517 | | | Minneapolis | MN | 55486-0517 | |
| PrimeCare Pharmacy, LLC | | 32144 Agoura Road | Suite 101 | | Westlake Village | CA | 91361 | |
| Primed Pharmaceuticals | | 34 Industrial Way East, Unit 1A | | | Eatontown | NJ | 07724 | |
| Primex Wireless Inc - 7798 | | PO Box 775489 | | | Chicago | IL | 60677-5494 | |
| Primo Water | | 840 Willow Rd | | | Northbrook | IL | 60062 | |
| Principal Financial Group | | PO Box 10372 | | | Des Moines | IA | 50306-0372 | |
| Principle Business Enterprises Inc | | 20189 Pine Lake Road | | | Bowling Green | OH | 43402 | |
| Print Source | | PO Box 71070 | | | Newnan | GA | 30271 | |
| Print Zone Plus | | 432 W Broadway | | | Glendale | CA | 91204 | |
| Printwerks | | 3183 E Warm Springs Rd | Ste 300 | | Las Vegas | NV | 89120 | |
| Priority Dispatch Cmh - 3484 | | PO Box 391 | | | Middletown | OH | 45042-0391 | |
| Priority Health Care Distribution Dba Curascript Sd-84569 | | PO Box 978510 | | | Dallas | TX | 75397-8510 | |
| Private Eyes Screening Group | | 9080 Double Diamond Pkwy | Ste C | | Reno | NV | 89521 | |
| Private Gardens | | PO Box 875821 | | | Kansas City | MO | 64187-5821 | |
| Pro Force Enterprises | c/o Legacy Supplies | 112 S Kroeger St | | | Anaheim | CA | 92805 | |
| Pro Pharmacy, LLC | | 71 East Old Country Road | | | Hicksville | NY | 11801 | |
| Pro Quality Hvac | | PO Box 113213 | | | Stamford | CT | 06911 | |
| Professional Pharmacy Resources LLC | | 4854 Woodbine Rd | Ste 5 & 6 | | Pace | FL | 32571 | |
| Progressive Medical Inc - 3742 | | PO Box 771410 | | | St. Louis | MO | 63177-2410 | |
| Prooffice Cleaning Services | | 8345 Firestone Blvd, Unit 320 | | | Downey | CA | 90241 | |
| Prophix Software Inc | | 350 Burnhamthorpe Rd W | Suite 1000 | | Mississauga | IL | 60677-9141 | |
| Proposed Counsel to the Debtors | c/o Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, David W. Carickhoff, Mark D. Olivere, and Alan M. Root | Hercules Plaza, 1313 North Market Street | Suite 5400 | Wilmington | DE | 19801 | |
| Proshred Security | | 5 West Main Street | 104 | | Elmsford | NY | 10523 | |
| Proshred Security | | 5 West Main Street | | | Elmsford | NY | 10523 | |
| Prosperity Solutions LLC | | 200 Greene Street | Apt 5303 | | Jersey City | NJ | 07311 | |
| Prudential Overall Supply | | 12050 Crownpoint Dr | Ste 100 | | San Antonio | TX | 78233 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 27 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Prudential Overall Supply | | 2485 Ash Street | | | Vista | CA | 92081 | |
| Pseg Long Island - | c/o Auto Ach Wintrust | PO Box 9039 | | | Hicksville | NY | 11802-9039 | |
| Publicdata.Com | | PO Box 612665 | | | Dfw Airport | TX | 75261-2665 | |
| Puerto Rico Board of Pharmacy | c/o Department of Health | Attn: Dana Miró Medina | PO Box 10200 | | San Juan | PR | 00908 | |
| Puhl Chiropractic | | 332 West Sunset | #8 | | San Antonio | TX | 78209-1755 | |
| Punch Studio | | PO Box 3663 | | | Culver City | CA | 90231-3663 | |
| Purchase Power  - 7452 | c/o Pitney Bowes | PO Box 371874 | | | Pittsburgh | PA | 15250-7874 | |
| Puretek Corporation | | PO Box 80643 | | | City Of Industry | CA | 91761-8413 | |
| Pyramid | | 100 West 33 Rd St | 8th Floor | | New York | NY | 10001 | |
| Qk Healthcare Inc | c/o Auto Ach From Bmo Harris | PO Box 8581 | | | Carol Stream | IL | 60197 | |
| Qtopix Inc | | 22754 Ventura Blvd | #691 | | Woodland Hills | CA | 91364 | |
| Quadmed Inc | | 11210-1 Phillips Industrial Blvd E | | | Jacksonville | FL | 32256 | |
| Qualitech Brands LLC | | 5738 Westbourne Ave | | | Columbus | OH | 43213 | |
| Quality Care Products LLC - Ncph | | PO Box 1267 | | | Holland | OH | 43528 | |
| Quality Computer Services Inc | | 8830 N Port Washington Rd | | | Bayside | WI | 53217 | |
| Quality Medical Couriers | | PO Box 29099 | | | San Antonio | TX | 78229 | |
| Quality Medical Products | | 12015 Industriplex Blvd | | | Baton Rouge | LA | 70809 | |
| Quarles & Brady LLP | Attn: Simone Colgan Dunlap | Two North Central Ave | Ste 600 | | Phoenix | AZ | 85004 | |
| Quicksilver Express Courier | | PO Box 64417 | | | St. Paul | MN | 55164-0417 | |
| Quill Corporation - 8210 | | PO Box 37600 | | | Philadelphia | PA | 19101-0600 | |
| R And J Property Maintenance | | PO Box 325 | | | Thousand Palms | CA | 92276 | |
| Raeleheya Dickerson | | Address Redacted | | | | | | |
| Ram Medical Inc - 9243 | | 4 Haul Rd | | | Wayne | NJ | 07470 | |
| Ramiro Cortez | | Address Redacted | | | | | | |
| Randy Nemecek | | Address Redacted | | | | | | |
| Rashad Elite Services Inc | | 14 Auburn Place | Apt  5A | | Brooklyn | NY | 11205 | |
| Raw Raree Extensions LLC | | 929 Thomas S Boyland S | | | Brooklyn | NY | 11212 | |
| Ray Cornelius Newman | | Address Redacted | | | | | | |
| Raz Imports, Inc. | | 1020 Eden Road | | | Arlington | TX | 76001 | |
| Rc Testing Services | | PO Box 248 | | | Lynbrook | NY | 11563 | |
| Reading Precast Inc | | 5494 Pottsville Pike | | | Leesport | PA | 19533-8645 | |
| Real Value Products Corp | | 5100 Commerce Pkwy | | | San Antonio | TX | 78218 | |
| Rebecca Ochoa | | Address Redacted | | | | | | |
| Reboot | | 5532 White Oak Ave | | | Encino | CA | 91316 | |
| Red Mccombs Ford | | 8333 Ih 10 West | | | San Antonio | TX | 78230 | |
| Redsail Technologies LLC | | PO Box 890898 | | | Charlotte | NC | 28289 | |
| Reflex Medical Corp | | 2480 7Th Ave E | | | North St. Paul | MN | 55109 | |
| Regal Specialty Pharmacy | | 1875 California Ave | Suite 101 | | Corona | CA | 92881 | |
| Regions Commercial Bankcard - 0180 | | PO Box 2224 | | | Birmingham | AL | 35246-3042 | |
| Reisenthel | | 1765 Roswell Rd | | | Marietta | GA | 30062 | |
| Reliance Vitamin LLC - 1700 | | 3775 Park Ave | Unite#1 | | Edison | NJ | 08820 | |
| Renaissance Greeting Card | | PO Box 55399 | | | Boston | MA | 02205 | |
| Republic Pharmaceuticals - 0424 | | 535 S Mansfield St | | | Ypsilanti | MI | 48197-5157 | |
| Republic Services | | 4542 Se Loop 410 | | | San Antonio | TX | 78222-392525 | |
| Rescripted | | 4845 Pearl East Cir | Ste 118 | | Boulder | CO | 80301 | |
| Resilia Pharma - 1005 | c/o Specialty Pharm Svcs | 28390 Networkplace | Lockbox 28390 | | Chicago | IL | 60673-1283 | |
| Resodyn Acoustic Mixers Inc. | | 130 North Main Street | Suite 630 | | Butte | MT | 59701 | |
| Resolution Revolution Zumbathon Event | | PO Box 830505 | | | San Antonio | TX | 78283 | |
| Resolutions Rx LLC | | 7051 Hwy 70 S | | | Nashville | TN | 37221 | |
| Resource Guides | | 1150 N Loop 1604 W | Ste 108-434 | | San Antonio | TX | 78248 | |
| Respironics Inc - 5638 | | PO Box 405740 | | | Atlanta | GA | 30384-5740 | |
| Responsive Respiratory Inc. - 5198 | | PO Box 790379 | | | St. Louis | MO | 63179-0379 | |
| Restored Balance, Inc. | | 42 Meadowbridge Dr | | | Carterville | GA | 30120 | |
| Retail Solutions Ltd | | 5020 Firefly Ln | | | Cookeville | TN | 38506-3547 | |
| Rex Fire Inc | | PO Box 12386 | | | La Crescenta | CA | 91224-5386 | |
| Reyes Coca Cola Bottling LLC | | PO Box 740214 | | | Los Angeles | CA | 90074-0214 | |
| Rgis Holdings LLC - 6216 | | PO Box 933415 | | | Cleveland | OH | 44193 | |
| Rgis LLC - 6216 | | 2000 Taylor Road | | | Auburn Hills | MI | 48326 | |
| Rhode Island Board of Pharmacy | Attn: Peter Ragosta Sr | 3 Capitol Hill | Room 205 | | Providence | RI | 02908-5097 | |
| Rhythm Healthcare, LLC | | 13577 Feather Sound Dr | Ste 100 | | Clearwater | FL | 33762-5532 | |
| Richard Rush | | Address Redacted | | | | | | |
| Richard S Rowland, Md | | Address Redacted | | | | | | |
| Ridgepointe Partners LLC | | 2987 Norwalk | Suite 300 | | Aurora | IL | 60502 | |
| Right Way Medical - 5044 | | 835 Green Crest Dr | | | Westerville | OH | 43081 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 28 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 122 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| RingCentral | | 20 Davis Drive | | | Belmont | CA | 94002 | |
| Rinku Patel | Attn: Kristen Prinz | 1 East Wacker Drive | | | Chicago | IL | 60601 | |
| Rinku Patel | Attn: Kritin Hendriksen | 1 East Wacker Drive | | | Chicago | IL | 60601 | |
| River City Roofing & Remodeling, Inc. | | 602 Everest | | | San Antonio | TX | 78209 | |
| Rivercity Pharmaceuticals - | Attn: 11421 Ach Pay | 8695 Seward Rd | | | Fairfield | OH | 45011 | |
| Riverwest Veterinary Clinic | | 531 East Keefe Avenue | | | Milwaukee | WI | 53212 | |
| Rlc Labs | | 28248 NTatum Blvd | | | Cave Creed | AZ | 85331 | |
| Roadrunner Transportation Services | | PO Box 477 | | | Oak Creek | WI | 53154 | |
| Robert Cadle | | Address Redacted | | | | | | |
| Robert Half International Inc - 4396 | | 12400 Collections Center Dr | | | Chicago | IL | 60693 | |
| Robert Hirsh, Elizabeth Buller, and Salo, Inc. | | 5202 Sand Lake Ct | | | Sarasota | FL | 34238-4005 | |
| Robert Hirsh, Elizabeth Buller, and Salo, Inc., an Ohio Corporation | | 300 W. Wilson Bridge Rd. | | | Worthington | OH | 43085 | |
| Robert Kussman | | Address Redacted | | | | | | |
| Robert P. Potts & Associcates, Inc. | | 5050 Boyd Blvd | | | Rowlett | TX | 75088 | |
| Robert Rodriguez | | Address Redacted | | | | | | |
| Robert S Caputo Do Pa | | Address Redacted | | | | | | |
| Robert Stricklin | | Address Redacted | | | | | | |
| Robert Thomson | | Address Redacted | | | | | | |
| Robertson Specialty Pharmacy | | 1700 S Robertson | | | Los Angeles | CA | 90035 | |
| Rock Fusco & Connelly, LLC | | 333 W Wacker | 19Th Floor | | Chicago | IL | 60606 | |
| Rodolfo Dellorusso | | Address Redacted | | | | | | |
| Romark Pharmaceuticals | | 3000 Bayport Drive | Suite 200 | | Tampa | FL | 33607 | |
| Ronald Lu | | Address Redacted | | | | | | |
| Rose Pharmacy RM LLC | | 35400 Bob Hope Drive | Suite 207 | | Rancho Mirage | CA | 92270 | |
| Rose Pharmacy SA LLC | | 1220 West Hemlock Way | Suite 110 | | Santa Ana | CA | 92707 | |
| Rose Pharmacy SF LLC | | 125 McCann Drive | | | Santa Fe Springs | CA | 90670 | |
| Ross Products | | 75 Remittance Dr | Ste 1310 | | Chicago | IL | 60675-1310 | |
| Royal Medical Solutions, Inc | | 7454 Reindeer Trail | | | San Antoni | TX | 78238 | |
| Royal Wash, Inc. | | 4343 Vance Jackson | | | San Antonio | TX | 78230 | |
| Roze Express Inc | | 3039 Ocean Parkway | Apt 7B | | Brooklyn | NY | 11235 | |
| Rozita Shemtoub | | Address Redacted | | | | | | |
| Rp Returns | | PO Box 171042 | | | Nashville | TN | 37217 | |
| Rph On The Go Usa, LLC | | PO Box 934411 | | | Atlanta | GA | 31193-4411 | |
| Rr Donnelley | | PO Box 93514 | | | Chicago | IL | 60673-3514 | |
| Rsm Us LLP - 887-5 | | 5155 Paysphere Cir | | | Chicago | IL | 60674 | |
| Rubin Brown LLP | | PO Box 790379 | | | St Louis | MO | 63179-0379 | |
| Rudolfo Dellorusso | | Address Redacted | | | | | | |
| Rusari Inc | | 8023 7th Avenue | | | Brooklyn | NY | 11228 | |
| Rush Properties | Attn: Bill Angelowitz | One Barstow Rd | Ste P-3 | | Great Neck | NY | 11021 | |
| Rx Balance Solutions LLC | | 357 N Spaulding Ave | | | Los Angeles | CA | 90036 | |
| Rx Logistical Solutions LLC | | 5403 Newcastle Avenue | #27 | | Encino | CA | 91316 | |
| Rx Relief | | PO Box 205287 | | | Dallas | TX | 75320-5287 | |
| Rx Systems Inc - 0199 | | 121 Point West Blvd | | | St. Charles | MO | 63301 | |
| Rx2Go Nyc Inc | | 6921 8th Ave | | | Brooklyn | NY | 11228 | |
| Rxgenomix LLC | | PO Box 681669 | | | Franklin | TN | 37068-1669 | |
| Rxpertise - 1244 | c/o Softwriters | PO Box 101466 | | | Atlanta | GA | 30392-1466 | |
| Rxrise LLC | | 2121 East Williams St | Suite 104 | | Apex | NC | 27539 | |
| Ryan  Butler | | Address Redacted | | | | | | |
| Ryan Alley | | Address Redacted | | | | | | |
| Ryan Butler | | Address Redacted | | | | | | |
| Ryan Gehlen | | Address Redacted | | | | | | |
| Ryan Mccarthy | | Address Redacted | | | | | | |
| S & J Auto Service Center, LLC. | | 2201 E26th St | | | Brooklyn | NY | 11229 | |
| S & L Security Inc | | 13710 Whittier Blvd | Suite #202 | | Whittier | CA | 90605 | |
| Sabreena Al-Masri | | Address Redacted | | | | | | |
| Sabrina Mulunarey | | Address Redacted | | | | | | |
| Saengchanh Chitmany | | Address Redacted | | | | | | |
| Safe Chain Solutions - A0171 | | 822 Chesapeake Dr | | | Cambridge | MD | 21613 | |
| Safe Environmental Corporation | | 1006 165th St | | | Hammond | IN | 46324-1326 | |
| Safe Text Now Inc | | 24 Tioga Pl | | | Irvine | CA | 92602 | |
| Safeway Distributors - 2151 | | 15851 Sw 41St Street | Suite 6000 | | Davie | FL | 33331 | |
| Sage Intacct Inc | | 300 Park Avenue | Suite 1400 | | San Jose | CA | 95110 | |
| Sahel Kermanshahi | | Address Redacted | | | | | | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 29 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 123 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Saia Motor Freight Line, Inc. | | PO Box A Statio | | | Houma | LA | 70363 | |
| Salena Seeley | | Address Redacted | | | | | | |
| Salo LLC | | PO Box 1414 | | | Minneapolis | MN | 55480-1414 | |
| Salo Solutions Inc | | 300 W Wilson Bridge Rd | Ste 250 | | Worthington | OH | 43085 | |
| Sam Badianat | | Address Redacted | | | | | | |
| Samantha Huebner | | Address Redacted | | | | | | |
| Samantha Woods | | Address Redacted | | | | | | |
| Samira And Ziyoda Inc | | 8210 19th Avenue | Apt B8 | | Brooklyn | NY | 11214 | |
| San Antonio Business Journal | | 70 NE Loop 410 | | | San Antonio | TX | 78216 | |
| San Antonio Maintenance Services | | 2411 Glen Ivy | | | San Antonio | TX | 78213 | |
| Sandlake Ventures LLC | | 5202 Sand Lake Ct | | | Sarasota | FL | 34238 | |
| Sandra Deboom | | Address Redacted | | | | | | |
| Sandra Keister | | Address Redacted | | | | | | |
| Sandy Perez | | Address Redacted | | | | | | |
| Saol Therapeutics Inc - 7654A | | PO Box 746144 | | | Atlanta | GA | 30374-6144 | |
| Sarah Eigenheer | | Address Redacted | | | | | | |
| Sarma Collections | | 1801 Broadway | | | San Antonio | TX | 78215 | |
| Savanna Gallegos | | Address Redacted | | | | | | |
| Sav-Rx Advantage - 1314 | | 224 N Park Ave | | | Fremont | NE | 68025-4964 | |
| Sbc Lincoln Park | | 65 Hawthorne Est | | | Saint Louis | MO | 63131 | |
| SBH Medical, Ltd. | | 7654 Crosswoods Drive | | | Columbus | OH | 43235 | |
| Sbi Partners | | PO Box 675 | | | Round Lake | IL | 60073 | |
| Sc Dhec | | 2600 Bull St | | | Columbia | SC | 29201 | |
| Scarsdale Security Systems Inc | | PO Box 821320 | | | Philadelphia | PA | 19182-1320 | |
| Schaefer & Associates, Inc. | | 12001 Network Blvd | Suite 118 | | San Antonio | TX | 78249 | |
| Schwabe North America | | 1401 Ontario Road | | | Green Bay | WI | 54311 | |
| Scott Sumners | | Address Redacted | | | | | | |
| Scriptpro Usa Inc - 44353 | | PO Box 809004 | | | Kansas City | MO | 64180-9004 | |
| Scrubs Medical Laundry | | PO Box 790731 | | | San Antonio | TX | 78279 | |
| Second Source Rx - 6396 | | 13600 Shoreline Drive | Suite 200 | | Earth City | MO | 63045 | |
| Secretary of State | | PO Box 13697 | | | Austin | TX | 78711-3697 | |
| Security One, Inc. | | 716 W Byrd | | | Universal City | TX | 78148 | |
| Security Service Federal Credit Union | | 16211 La Cantera Parkway | | | San Antonio | TX | 78256-2419 | |
| Seqirus Usa Inc. | | PO Box 934973 | 3585 Atlanta Ave | | Hapeville | GA | 30354 | |
| Sergio Zepeda | | Address Redacted | | | | | | |
| Service Master | | 445 Gundersen Dr | | | Carol Stream | IL | 60188 | |
| Seurer Electronics | | 4514 Walzem Road | | | San Antonio | TX | 78218 | |
| Shabeli Farooq | | Address Redacted | | | | | | |
| Shakki Express Inc | | 3111 Brighton 7th St | Apt 1L | | Brooklyn | NY | 11235 | |
| Shalem Healing Inc. | | 3338 N Doctor Martin Luther King Jr  Dr | | | Milwaukee | WI | 53211 | |
| Shalita Murphy | | Address Redacted | | | | | | |
| Shalom Compounding Pharmacy | | 18000 Ventura Blvd | Unit #2 | | Encino | CA | 91316 | |
| Shannon Flatch | | Address Redacted | | | | | | |
| Sharron Seymour | | Address Redacted | | | | | | |
| Shawn Zambri | | Address Redacted | | | | | | |
| Shield Line | | 1 University Plaza | Ste 514 | | Hackensack | NJ | 07601 | |
| Shorewood Animal Hospital, Sc | | 2500 E Capitol Drive | | | Shorewood | WI | 53211 | |
| Shred-It | | 28883 Network Place | | | Chicago | IL | 60673 | |
| Shred-it USA - 0715 | | 23166 Network Place | | | Chicago | IL | 60673-1252 | |
| Shuhrat Express Inc | | 499 East 8th Street | Apt 2F | | Brooklyn | NY | 11218 | |
| Shutts & Bowen LLP | | 200 South Biscayne Blvd | Suite 4100 | | Miami | FL | 33131 | |
| Sifted | | PO Box 88109 | | | Milwaukee | WI | 53288-8109 | |
| Sigis | | 111 Deerwood Rd | Ste 200 | | San Ramon | CA | 94583 | |
| Sigma - 00-0441394 | | 701 W Harvard St | | | Glendale | CA | 91204 | |
| Signs By Crown | | 9853 Ih 10 West | | | San Antonio | TX | 78230 | |
| Signs Galore, Inc. | | 111 Hammock Rd | | | Crestview Pharmacy Llc | FL | 32536 | |
| Siguler Guff | | 200 Park Avenue | 14th Floor | | New York | NY | 10166 | |
| Sinclair Television Group Inc | | PO Box 206270 | | | Dallas | TX | 75320-6270 | |
| Sindhura Atluri | | Address Redacted | | | | | | |
| Sipan Keshishyan | | Address Redacted | | | | | | |
| Sir Ink Alot - 7640 | | 100 N Green Valley Pkwy | Ste 400-540 | | Henderson | NV | 89074 | |
| Sirojiddinov Azamat Inc | | 505 Elmwood Ave | Apt 1C | | Brooklyn | NY | 11230 | |
| Siteground | | 700 N Fairfax St | Ste 614 | | Alexandria | VA | 22314 | |
| Skin Medicinals | c/o Kaplan & Grady LLC | Attn: Howard Kaplan | 2071 N Southport Ave | Ste 205 | Chicago | IL | 60614 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 30 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 124 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Sks Bottle And Packaging Inc | | 10 Skyward Dr | | | Saratoga Springs | NY | 12866 | |
| Sky World Intl Express Inc - 3329 | | 16325 Arthur Street | | | Cerritos | CA | 90703 | |
| Skyward Specialty Insurance Group | | 800 Gessner Road | Suite 600 | | Houston | TX | 77024 | |
| SMC Pharmacy LLC | | 1908 Santa Monica Boulevard | Suite 400 | | Santa Monica | CA | 90404 | |
| Smith Medical Partners | | 26748 Network Place | | | Chicago | IL | 60673-1267 | |
| Sogdiana 2020 Inc | | 1000 Ocean Pkwy | Apt - 1P | | Brooklyn | NY | 11230 | |
| Soliant | | PO Box 934411 | | | Atlanta | GA | 31193-4411 | |
| Solrx | | 4908 Golden Parkway | | | Buford | GA | 30518 | |
| Somnio Inc | | 3317 Descanso Dr | | | Los Angeles | CA | 90026 | |
| Soni Brothers Outsourcing Solutions Private Limited | | 413 Kala Purnam Floor 4 C.G. Road Near Municipal Market | Navrangpura | | Ahmedabad | Gujarat | 380009 | |
| Sony Brothers Outsourcing Solutions Pvt. Ltd. | 1114, 11Th Floor, Maple Trade Centre | Nr. Surdhara Circle, Thaltej | | | Ahmedabad | Gujarat | 380052 | India |
| Source Point Pc LLC | | 28041 Brickville Rd | | | Sycamore | IL | 60178 | |
| South Carolina Department of Labor Licensing, and Regulation - Board of Pharmacy | Attn: Traci Collier | Kingstree Bldg | 110 Centerview Dr | Suite 306 | Columbia | SC | 29210 | |
| South Dakota Board of Pharmacy | | 4001 W Valhalla Blvd | | | Sioux Falls | SD | 57106 | |
| South Dakota Board of Pharmacy | Attn: Kari Shanard-Koenders | 4001 W Valhalla Blvd | Suite 106 | | Sioux Falls | SD | 57106 | |
| South Pointe Wholesale Inc | | PO Box 538524 | | | Atlanta | GA | 30353-8524 | |
| South Texas Medical Station | | 4835 Medical Drive | | | San Antonio | TX | 78229 | |
| Southern California Edison | | PO Box 300 | | | Rosemead | CA | 91772-0002 | |
| Southern California Edison - 1285 | | PO Box 300 | | | Rosemead | CA | 91772-0002 | |
| Southern California Shredding | | 20492 Crescent Bay Drive | #112 | | Lake Forest | CA | 92630 | |
| Sparkletts | | PO Box 660579 | | | Dallas | TX | 75266-0579 | |
| Special Interest Group For Iias Standards - 1610 | | 111 Deerwood Rd | Ste 200 | | San Ramon | CA | 94583 | |
| Specialized Rx Products LLC | | 160 83Rd Ave NE | Ste 106 | | Fridley | MN | 55432 | |
| Specialty Pharmacy Nursing Network Inc | | 1626 Barber Rd | Suite B | | Sarasota | FL | 34240 | |
| Spectrum / Charter - Rnf - 8245100321357044 | | PO Box 7173 | | | Pasadena | CA | 91109-7173 | |
| Spectrum Business | | 11321 Bandera Rd | Ste 105 | | San Antonio | TX | 78250 | |
| Spectrum Business | | PO Box 60074 | | | City of Industry | CA | 91716-0074 | |
| Spectrum Fire Protection | | 1330 East Orangethorpe Avenue | | | Fullerton | CA | 92831 | |
| Spee-Dee Delivery Service Inc | | PO Box 1417 | | | St Cloud | MN | 56302-1417 | |
| Spenco | | PO Box 841777 | | | Dallas | TX | 75284-1777 | |
| Sphinx Alarm And Communication | | PO Box 20075 | | | Fountain Valley | CA | 92708 | |
| Spinal Hospital of Sa | | 18600 N Hardy Oak Blvd | | | San Antonio | TX | 78258 | |
| Sprx Consulting LLC | | 2614 Rose Bay Drive | | | Pearland | TX | 77584 | |
| Spuggus Incorporated | | 218 Linden Blvd | Apt 6A | | Brooklyn | NY | 11226 | |
| Sroufe | | 601 Sroufe St | | | Ligonier | IN | 46767 | |
| Ssoe Group | | 1001 Madison Avenue | | | Toledo | OH | 43604-1585 | |
| St. Joseph Health System - 1857 | | PO Box 31001-1965 | | | Pasadena | CA | 91110-1964 | |
| St. Jude Children'S Research Hospital | | PO Box 167 | | | Memphis | TN | 38101 | |
| St. Mary Ipa | | 15821 Ventura Blvd | Ste 600 | | Encino | CA | 91436 | |
| Stacey Gallant | | Address Redacted | | | | | | |
| Stamen Medical Systems | | 4811 Technology Drive | | | Martinez | GA | 30907 | |
| Standard Process Inc - | c/o Auto Cc Pmt | 1200 W Royal Lee Dr | | | Palmyra | WI | 53156 | |
| Stanley Steemer | | 10723 Hillpoint | | | San Antonio | TX | 78217 | |
| Staples Business Credit - 9345 | | PO Box 105638 | | | Atlanta | GA | 30348-5638 | |
| Staples, Inc. | | PO Box 105748 | | | Atlanta | GA | 30348 | |
| Staples, Inc. | Attn: Thomas Riggleman | 7 Technology Cir | | | Columbia | SC | 29203 | |
| Star Transmissions | | 4702 San Pedro Ave | | | San Antonio | TX | 78212 | |
| Stat Express Delivery - 1254 | | 705 Lakeview Pl Blv | Ste M | | Worthington | OH | 43085 | |
| State of California - Franchise Tax Board | | PO Box 942857 | | | Sacramento | CA | 94257 | |
| State of California - Franchise Tax Board | | PO BOX 942879 | | | Sacramento | CA | 94279 | |
| State of California Board of Pharmacy | | PO Box 942857 | Suite 100 | | Sacramento | CA | 94257-0511 | |
| State of California Department of Consumer Affairs | | PO Box 942533 | | | Sacramento | CA | 94258-0533 | |
| State of California Franchise Tax Board | | PO Box 942857 | | | Sacramento | CA | 94257-0511 | |
| State of Colorado - Division of Professional And Occupations | | 1560 Broadway | Ste 1350 | | Denver | CO | 80202 | |
| State of Ohio - Department of Taxation | | PO Box 530 | | | Columbus | OH | 43266 | |
| Stc Technologies LLC | | 222 West Ontario | Suite 410 | | Chicago | IL | 60654 | |
| Steam Master Cleaning | | 10610 Butterfly Flat | | | San Antonio | TX | 78254 | |
| Steamer'S Carpet Care | | 17170 Jordan | #403 | | Selma | TX | 78154 | |
| Stephen Taylor | | Address Redacted | | | | | | |
| Stericycle, Inc | | 28883 Network Pl | | | Chicago | IL | 60673-1288 | |
| Sterling Commercial LLC | Attn: Matthew C. Friedman | 1808 Johns Drive | | | Glenview | IL | 60025 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 31 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 125 of 150



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Sterling National Bank | | 145 Bank St | | | Waterbury | CT | 06702 | |
| Sterling National Bank | | 450 Main St | | | New Britain | CT | 06051 | |
| Steven Nelson | | Address Redacted | | | | | | |
| Stevenson Management Company - Suite 312 | | 1111 N Brand Blvd | Ste 302 | | Glendale | CA | 91202 | |
| Stevenson Real Estate Services | Attn: Randy Stevenson | 1111 North Brand Blvd | Ste 250 | | Glendale | CA | 91202 | |
| Stewart Company Inc | | 32651 Teller Ave | | | Agua Dulce | CA | 91390 | |
| Stoel Rives LLP | | 101 S Capitol Blvd | Suite 1900 | | Boise | ID | 83702 | |
| Stoel Rives LLP | Attn: Steven T. Lovett | 760 SW Ninth Ave | Suite 3000 | | Portland | OR | 97205 | |
| Stone Oak Business Assoc. | | 20770 US Hwy 281 N | Ste 108-149 | | San Antonio | TX | 78258577 | |
| Stone Oak Property Owners Association | | 19210 Huebner Road | | | San Antonio | TX | 78258 | |
| Stonewood Properties, Inc | | 2530 Red Hill Ave | Suite 225 | | Santa Ana | CA | 92705 | |
| Storey Marketing | | PO Box 42 | | | Saegertown | PA | 16433 | |
| Storey Marketing, Inc. | | 19487 East Cole Road | | | Meadville | PA | 16335 | |
| Straightline Backflow Inc | | 1639 Armour Lane | | | Redondo Beach | CA | 90278 | |
| Strasburger & Price, LLP | | 901 Main St | Suite 4400 | | Dallas | TX | 75202 | |
| Strongback Mobility | | 1317 Conrad Lane | | | Virginia Beach | VA | 23454 | |
| Suburban Carting Co | | PO Box 844532 | | | Boston | MA | 02284-4532 | |
| Sugey Soto Levario | | Address Redacted | | | | | | |
| Sukhrob International Corporation | | 3380 Nostrand Avenue | Apt 7A | | Brooklyn | NY | 11229 | |
| Sultoni Kabir LLC | | 1858 West 11th Street | Apt 3 | | Brooklyn | NY | 11223 | |
| Summit Orthopedic Home Care - 3059 | | PO Box 734317 | | | Chicago | IL | 60673-4317 | |
| Sunglasses Unlimited Inc Dba La Readers | | 149 E Arrow Hwy | | | San Dimas | CA | 91773 | |
| Sunshine Medical Uniforms | | 7330 Louis Pasteur | | | San Antonio | TX | 78229 | |
| Superior Press | | 11930 Hamden Place | | | Santa Fe Springs | CA | 90670 | |
| Supportive Care Network | | 201 W Garvey | Ste 102-212 | | Monterey Park | CA | 91754 | |
| Susmita Ahmed | | Address Redacted | | | | | | |
| Svetlana Margules | | Address Redacted | | | | | | |
| Sykes & Company, P.A. | | 401 East Church Street | PO Box 1050 | | Edenton | NC | 27932-1050 | |
| Syrex Corp | | 25 Bay 8th Street | | | Brooklyn | NY | 11228 | |
| Tactical Demolition & Junk Removal LLC | | 110 Loop Drive | | | Crestview Pharmacy Llc | FL | 32536 | |
| Tacy Medical Inc | | PO Box 15807 | | | Fernandina Beach | FL | 32035 | |
| Tadic East Side Window Tinting Inc | | 3929 E 106th St | | | Chicago | IL | 60617 | |
| Tag | | 1730 West Wrightwood | | | Chicago | IL | 60614-1914 | |
| Tamco Capital Corporation | | PO Box 10306 | | | Des Moines | IA | 50306-0306 | |
| Tang Hoang and Patel | | Address Redacted | | | | | | |
| Tania Vasquez | | Address Redacted | | | | | | |
| Tara Dirosa | | Address Redacted | | | | | | |
| Tashaunna Lewis | | Address Redacted | | | | | | |
| Tata Services Inc | | 8 Quincy Ave | | | Staten Island | NY | 10305 | |
| TC Pharmacy Corporation | | 5 Sky Meadow | | | Coto De Caza | CA | 92679 | |
| Tds Operating Inc. - Rx30 - 20-0107899 | | 788 Montgomery Avenue | | | Ocoee | FL | 34761 | |
| Team Burkhart LLC | | 423 East Town Street | Suite 204 | | Columbus | OH | 43215 | |
| Team Viewer | | 5741 Rio Vista Drive | | | Largo | FL | 33760 | |
| Technical Air Products | | 8069 Belmont Ave | | | Belmont | MI | 49306 | |
| Technical Safety Services LLC | | PO Box 39000 | | | Palatine | IL | 60055-7717 | |
| Techscan, Inc. | | PO Box 189 | | | Manchaca | TX | 78652 | |
| Telesonic Voice And Data Solutions Inc. | | 411 East Huntington Drive | Ste 211 | | Monrovia | CA | 91006 | |
| Teligent Pharma Inc | | 105 Lincoln Avenue | | | Buena | NJ | 08310 | |
| Telovox Leasing | | PO Box 41602 | | | Philadelphia | PA | 19101-1602 | |
| Telovox Leasing - 3503 | | PO Box 41602 | | | Philadelphia | PA | 19101-1602 | |
| Tennessee Board of Pharmacy | Attn: Lucy Shell | 665 Mainstream Dr | | | Nashville | TN | 37243 | |
| Tennessee Department of Revenue | | 500 Deaderick St | | | Nashville | TN | 37242 | |
| Terracon | | PO Box 843358 | | | Kansas City | MO | 64184-3358 | |
| Terrence Otani | | Address Redacted | | | | | | |
| Texas Child Support Disbursement Unit | | PO Box 659791 | | | San Antonio | TX | 78265-9791 | |
| Texas Comptroller of Public Accounts | | PO Box 13528 | | | Austin | TX | 78711 | |
| Texas Dept of Health | | 1100 West 49th St | | | Austin | TX | 78756 | |
| Texas Dept of State Health Services | | PO Box 149347 | | | Austin | TX | 78714-9347 | |
| Texas Foundation of Hope | | 2845 Thousand Oaks | | | San Antonio | TX | 78232 | |
| Texas Guaranteed | | PO Box 659601 | | | San Antonio | TX | 78265-9601 | |
| Texas Health & Human Services Commission | c/o HHSC - Records Management Group | Attn: Erin McGee | 4601 West Guadalupe Street | MC 1100 | Austin | TX | 78751 | |
| Texas Medclinic | | 13722 Embassy Row | | | San Antonio | TX | 78216 | |
| Texas Medical Distributors, Inc. | | PO Box 266 | | | Rockdale | TX | 76567 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Texas State Board of Pharmacy | | 333 Guadalupe St | Ste 3 | | Austin | TX | 78701 | |
| Texas State Board of Pharmacy | Attn: Daniel Carroll | 1801 Congress Avenue | Suite 13100 | | Austin | TX | 78701 | |
| Texas Workforce Commission | | PO Box 149037 | | | Austin | TX | 78714-9037 | |
| Thang Chu | | Address Redacted | | | | | | |
| Thang Chu | | Address Redacted | | | | | | |
| The 100 Club of San Antonio | | PO Box 6741 | | | San Antonio | TX | 78209 | |
| The Buck Group | | 13438 Bandera Rd | #104 | | Helotes | TX | 78023 | |
| The Caldwell Partners | | PO Box 95000 | Lb#1183 | | Philadelphia | PA | 19195-1183 | |
| The Chism Company, Inc. | | 8310 Broadway | | | San Antonio | TX | 78209 | |
| The Cit Group | | PO Box 1036 | | | Charlotte | NC | 28201 | |
| The City of Columbus - 0130 | | 90 West Broad St | | | Columbus | OH | 43215 | |
| The Computer Shop | | 2186 Jackson Keller | Pmb 222 | | San Antonio | TX | 78213 | |
| The Creative Group - 4396 | | 12400 Collections Center Dr | | | Chicago | IL | 60693 | |
| The Dawley Group, Inc. | | 280 E Oakview Pl | | | San Antonio | TX | 78209 | |
| The Flooring Connection, Inc. | | 8480 Fourwinds Drive | | | Windcrest | TX | 78239 | |
| The Friendship Circle Inc | | 500 W Silver Spring Dr | Ste K-200 | | Glendale | WI | 53217 | |
| The Front Door Co., Inc. | | 12402 West Ave | | | San Antonio | TX | 78216 | |
| The Gorilla Glue | | 4550 Red Bank Expy | | | Cincinnati | OH | 45227 | |
| The Graphic Standard LLC | | 8605 Oakmountain Circle | | | Austin | TX | 78759 | |
| The Greeting Place | | PO Box 292285 | | | Nashville | TN | 37229 | |
| The Hanover Insurance Group - | c/o Ach Wintrust | PO Box 580045 | | | Charlotte | NC | 28258-0045 | |
| The Hygenic Corp | | 29262 Network Place | | | Chicago | IL | 60673-1292 | |
| The Import Collection | | 7885 Nelson Rd | | | Panorama City | CA | 91402 | |
| The Joint Commission | | One Renaissance Blvd | | | Oakbrook Terrace | IL | 60181 | |
| The Joint Commission | | PO Box 734505 | | | Chicago | IL | 60673-4505 | |
| The Lincoln National Life Insurance Company | | 100 N Greene St | | | Greensboro | NC | 27401 | |
| The Rx Exchange | | PO Box 1446 | | | Norcross | GA | 30091 | |
| The Rx Exchange | c/o Burke Horton, Inc | 265 Mitchell Rd | Ste 1446 | | Norcross | GA | 30091 | |
| The Shredders | | 1404 W Holt Ave | | | Pomona | CA | 91768 | |
| The Shredders | | 580 W Monterey Ave | #40 | | Pomona | CA | 91769 | |
| The Sign House Inc | | 6441 Clybourn Avenue | | | North Hollywood | CA | 91606 | |
| The Store Decor Co. | | PO Box 2747 | | | Rowlett | TX | 75030 | |
| The Telephone Man LLC | | 5354 Hillcrest Rd | | | Crestview Pharmacy Llc | FL | | |
| The Vial Company | | 848 N Rainbow Blvd | Suite 570 | | Las Vegas | NV | 89107 | |
| The Waterworks | | 550 Schrock Rd | | | Columbus | OH | 43229 | |
| Thee Prestigious Mark, Inc. | | 8603 N New Braun Pharmacarefels Rd | | | San Antonio | TX | 78217 | |
| Theresa Erdmann | | Address Redacted | | | | | | |
| Thermal Shipping Solutions | | 1196 Simmons Ln | Ste 252 | | Novato | CA | 94945 | |
| Thompson Print Solutions | | 5818 Rocky Point Dr | | | San Antonio | TX | 78249 | |
| Tierzero | c/o Auto Ach Pmt Wintrust | 700 Wilshire Blvd | 6Th Fl | | Los Angeles | CA | 90017 | |
| Time Warner Cable | | PO Box 4639 | | | Carol Stream | IL | 60197-4639 | |
| Tina Tran | | Address Redacted | | | | | | |
| Tmc Direct | | 12601 Collection Center Drive | | | Chicago | IL | 60693 | |
| T-Mobile 2121 | | PO Box 742596 | | | Cincinnati | OH | 45274-2596 | |
| Toinette Debouse | | Address Redacted | | | | | | |
| Top Rx LLC | | 2950 Brother Blvd | #102 | | Bartlett | TN | 38133 | |
| Toprx LLC - Dri108 | | PO Box 117067 | | | Atlanta | GA | 30368-7067 | |
| Torf Law Firm - Philip R Torf | | 555 Skokie Blvd | Ste 500 | | Northbrook | IL | 60062 | |
| Tornike Corp | | 513 81 Street | | | Brooklyn | NY | 11209 | |
| Total Pharmacy Supply | | PO Box 226278 | 3400 Avenue E East | | Dallas | TX | 75222-6278 | |
| Tpx Communications - 142694 | | PO Box 509013 | | | San Diego | CA | 92150-9013 | |
| Tracy Neumar | | Address Redacted | | | | | | |
| Traktor Delivery Services Inc | | 501 Brightwater Court | Ste 307 | | Brooklyn | NY | 11235 | |
| Trang Teri Hoang | | Address Redacted | | | | | | |
| Trans Parking Service | | 3834 Fredericksburg Rd | | | San Antonio | TX | 78201 | |
| Trashbilling.Com - 4717 | c/o Eagle Disposal Inc. | 21107 Omega Cir | | | Franksville | WI | 53126 | |
| Travelers | | PO Box 2950 | | | Hartford | CT | 06104-2950 | |
| Travelers Casualty & Surety Co. of America | | One Tower Square | | | Hartford | CT | 06183 | |
| Tri State Distribution - 3650 | | PO Box 505525 | | | St. Louis | MO | 63150-5525 | |
| Tri State Surgical Supply - S800 | | PO Box 844607 | | | Boston | MA | 02284-4607 | |
| Triavo Health | | 11115 N La Canada Dr | Ste 201 | | Oro Valley | AZ | 85737 | |
| Trina Chavis | | Address Redacted | | | | | | |
| Trinh Tran | | Address Redacted | | | | | | |
| Trinity Laboratories | | 100 NE Loop 410 | Suite 1090 | | San Antonio | TX | 78216 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

 STRETTO

**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Trinity Publications | | PO Box 140285 | | | Austin | TX | 78714-0285 | |
| Troutman Pepper Hamilton Sanders LLP | | PO Box 933652 | | | Atlanta | GA | 31193-3652 | |
| Troy Calvillo | | Address Redacted | | | | | | |
| Troy Dyess - Independent Contractor | | 30524 Pinyon Dr | | | Spanish Fort | AL | 36527 | |
| Trung Pham | | Address Redacted | | | | | | |
| Truview Bsi Llc | | 225 Broadhollow Rd | Ste 304 | | Melville,= | NY | 11747 | |
| Ttc Investment LLC | | 12540 Mccann Dr | | | Santa Fe Springs | CA | 90670-3337 | |
| TTC Investment, LLC | Attn: Legal Dept | 12540 McCann Dr | | | Santa Fe Springs | CA | 90670 | |
| TTH Pharmacy Corporation | Attn: Thang Chu | 5 Sky Meadow | | | Coto De Caza | CA | 92679 | |
| TTTT Pharmacy Corporation | Attn: Thang Chu | 5 Sky Meadow | | | Coto De Caza | CA | 92679 | |
| Turner & Associates, P.A. | | 4705 Somers Ave | Ste 100 | | North Little Rock | AR | 72116 | |
| Two Tree Consulting, Inc | | 2255 Midlothian Dr | | | Altadena | CA | 91001 | |
| Two'S Company, Inc. | | PO Box 5302 | | | New York | NY | 10087-5302 | |
| Ty Inc - 4682 | | PO Box 5934 | | | Chicago | IL | 60680 | |
| Tychasis Corporation | | PO Box 75 | | | La Vernia | TX | 78121 | |
| U.S. office & Industrial Supply | | PO Box 7612 | | | Van Nuys | CA | 91409-7612 | |
| Ubiquity | | 685 Third Ave | 27thh Fl | | New York | NY | 10017 | |
| Uk Service Inc | | 6435 Yellowstone Blvd | | | Forest Hills | NY | 11375 | |
| Uline | | PO Box 88741 | | | Chicago | IL | 60680-1741 | |
| Ultimate Air Systems, Inc. | | 24165 Ih-10 W | | | San Antonio | TX | 78257-1159 | |
| Unique Solar | | 224 21 Merrick Blvd | PO Box1001 | | Laurelton | NY | 11413 | |
| Unishippers | | PO Box 733851 | | | Dallas | TX | 75373 | |
| United Ad Label - 1506 | | 7810 Solution Center | | | Chicago | IL | 60677-7008 | |
| United Delivery Service Ltd | | 1S376 Summit Ave | Suite 1F | | Oak Brook Terrace | IL | 60181 | |
| United Delivery Service Ltd - 554 | | 1S376 Summit Ave | Suite 1F | | Oak Brook Terrace | IL | 60181 | |
| United Healthcare - 8571 | | 4 Research Dr | | | Shelton | CT | 06484 | |
| United Medical Supply Company - 0947 | | 2948 Nationwide Pkwy | | | Brunswick | OH | 44212 | |
| United States Treasury - Irs Form 940 | | PO Box 932700 | | | Louisville | KY | 40293-2700 | |
| Universal Form Tops, Inc. | | PO Box 17567 | | | San Antonio | TX | 78217 | |
| Universal Pharmaceutical Services, Inc. | | 1111 N. Brand Blvd. | Unit C | | Glendale | CA | 91202 | |
| Universal Print And Copy | | 3535 Cahuenga Blvd West | | | Los Angeles | CA | 90068 | |
| Uniweb Inc | | 222 South Promenade Ave | | | Corona | CA | 92879 | |
| Uonita Khachoomian | | Address Redacted | | | | | | |
| UPS | | PO Box 7247-0244 | | | Philadelphia | PA | 19170-0001 | |
| UPS | | PO Box 809488 | | | Chicago | IL | 60680-9488 | |
| Uptodate Inc - 88130 | | PO Box 412094 | | | Boston | MA | 02241-2094 | |
| Urac | | 1220 L Street Nw | Ste 400 | | Washington | DC | 20005 | |
| Us Bank Equipment Finance - 9019 | | PO Box 790448 | | | St. Louis | MO | 63179-0448 | |
| Usi Insurance Services LLC | | PO Box 62889 | | | Virginia Beach | VA | 23466 | |
| Utah Board of Pharmacy | Attn: Lisa Martin | PO Box 146741 | | | Salt Lake City | UT | 84114-6741 | |
| Utah Division of Occupational And Professional Licensing | | 160 E 300 S | | | Salt Lake City | UT | 84114 | |
| Utah State Tax Comission | | 210 N 1950 West | | | Salt Lake City | UT | 84134 | |
| Uthsc | | 7703 Floyd Curl | | | San Antonio | TX | 78229-3900 | |
| Utopia Volunteer Ems | | 462 Syeamore Street | | | Utopia | TX | 78884 | |
| Uw Products Co | | PO Box 450845 | | | Houston | TX | 77245 | |
| Valerie Klippel | | Address Redacted | | | | | | |
| Valerie Palacios | | Address Redacted | | | | | | |
| Vallance Security Systems | | 1 Commercial Place | | | Schertz | TX | 78154 | |
| Van Nguyen | | Address Redacted | | | | | | |
| Vanessa Ahumada | | Address Redacted | | | | | | |
| Vanessa Avila | | Address Redacted | | | | | | |
| Vanessa Diaz | | Address Redacted | | | | | | |
| Vanessa Sanchez | | Address Redacted | | | | | | |
| Vanguard Drug | | 2400 East Commercial Blvd | | | Fort Lauderdale | FL | 33308 | |
| Vantage Risk Assurance | | 30 Woodbourne Ave | 4th Floor | | Pembroke | HM 08 | | Bermuda |
| Varcas Way LLC | | 1303 154th Street | | | Whitestone | NY | 11357 | |
| Vasilios Giatis | | Address Redacted | | | | | | |
| Vast Design Inc | | 333 E Main Street | Suite 201 | | Clayton | NC | 27520 | |
| Vda Holdings | | 2400  E Commercial Blvd | | | Fort Lauderdale | FL | 33308 | |
| Velox Express Inc - 7157 | | PO Box 447 | | | Greenwood | IN | 46142 | |
| Venture Construction Group Inc | | 2385 S 179th St | Ste B | | New Berlin | WI | 53146 | |
| VeriCore, LLC | | 10115 Kincey Ave | Suite 100 | | Huntersville | NC | 28078 | |
| Veriship LLC | | 8880 Ward Parkway | 10000 College Blvd. Ste 235 | #300 | Kansas City | MO | 64114 | |
| Verizon | | 1095 6th Ave | | | New York | NY | 10036 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 34 of 37



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| Verizon - 0119 | | PO Box 15124 | | | Albany | NY | 12212-5124 | |
| Vermont Board of Pharmacy | Attn: Carrie Phillips | 89 Main St | Third Floor | | Montpelier | VT | 05620-3402 | |
| Vermont office of Professional Regulation | | 89 Main St | 3Rd Fl | | Montpelier | VT | 05620-3402 | |
| Vesigo - On Time 360 | | PO Box 459 | | | Rogue River | OR | 97537-0459 | |
| Veterinary Apparel Company | | 847 Main St | | | Battle Creek | MI | 49014 | |
| Victoria Ballard (Case No. 23-08993) | | Address Redacted | | | | | | |
| Victoria Kanter | | Address Redacted | | | | | | |
| Viegelahn, Mary K., Chapter 13 Trustee | | Mary K Viegelahn | Chapter 13 Trustee | | Memphis | TN | 38101-0753 | |
| Vif LLC | | 2555 W Moffat | Suite A | | Chicago | IL | 60647 | |
| Villa'S Drywall | | 642 W Pyron | | | San Antonio | TX | 78221 | |
| Vimax Publishing, LLC | | 29870 Telegraph Road | | | Southfield | MI | 48034 | |
| Vincent Schettino | | Address Redacted | | | | | | |
| Virgin Islands Board of Pharmacy | Attn: Deborah Richardson-Peter, MPA | 3500 Estate Richmond | | | Christiansted | VI | 00820-4370 | |
| Virginia Board of Pharmacy | Attn: Caroline Juran | Perimeter Center | 9960 Mayland Drive | Suite 300 | Henrico | VA | 23233-1463 | |
| Vitaflo | | 211 North Union Street | | | Alexandria | VA | 22314 | |
| Vital Records Control | | PO Box 415000 | | | Nashville | TN | 37241-7589 | |
| Vitals International Group | | 10781 Forbes Ave | | | Garden Grove | CA | 92843 | |
| Vitas Healthcare Corp | | 3046 Corporate Way | | | Mirarmar | FL | 33025 | |
| Vns Partners LLC | Attn: Valerie Sullivan | 3 Homestead Dr | | | Canton | MA | 02021 | |
| Voice-Tech | | PO Box 637472 | | | Cincinnati | OH | 45263-7472 | |
| Vonage | | PO Box 23887 | | | New York | NY | 10087 | |
| Vortex Industries Inc - 4544 | | 1801 W Olympic Blvd | | | Pasadena | CA | 91199-1095 | |
| Vow Corp - 118 | | 109 Builders Ct | | | Boiling Springs | SC | 29316 | |
| Vow Corporation | | 109 Builders Ct | | | Boiling Springs | SC | 29316 | |
| Voyager Indemnity Insurance Company | | 260 Intersate North Circle, NW | | | Atlanta | GA | 30339-2111 | |
| Vp Mechanical Inc | | 1760 Britannia Drive | Suite 2 | | Elgin | IL | 60124 | |
| Vu-Pak Systems | | PO Box 238 | | | Jamison | PA | 18929-0238 | |
| W And M Fire Protection Services - 1811 | | PO Box 412007 | | | Boston | MA | 02241-2007 | |
| W. B Mason Co Inc - 8551 | | 59 Centre St | | | Brockton | MA | 02301 | |
| W3 Engineering Inc | | PO Box 12835 | | | Pensacola | FL | 32591 | |
| Walgreen Co. | | PO Box 90484 | | | Chicago | IL | 60696-0484 | |
| Walkyria Miranda | | Address Redacted | | | | | | |
| Wasatch Rx | | 9132 South 700 East | | | Sandy | UT | 84070 | |
| Washington Department of Health-77117 | | PO Box 1099 | | | Olympia | WA | 98507-1099 | |
| Washington Inventory Serv | | PO Box 200081 | | | Dallas | TX | 75320-0081 | |
| Washington State Pharmacy Quality Assurance Commission | c/o Washington State Department of Health | Attn: Marlee O'Neill | PO Box 47852 | | Olympia | WA | 98504-7852 | |
| Waste Away, LLC | | 3442 Belgium Lane | | | San Antonio | TX | 78219 | |
| Waste Management | | PO Box 4648 | | | Carol Stream | IL | 60197-4648 | |
| Waste Management | | PO Box 541065 | | | Los Angeles | CA | 90054-4648 | |
| Waste Pro - 9961 | | PO Box 947187 | | | Atlanta | GA | 30394-7187 | |
| Waterlogic Americas LLC | | PO Box 677867 | | | Dallas | TX | 75267-7867 | |
| Wayac Scales - SBH | | 2899 Hilliard Rome Rd | | | Hilliard | OH | 43026-8973 | |
| Waypoint Consulting LLC | | 1117 Wilderness Trl | | | Downingtown | PA | 19335-4047 | |
| WE Energies | | PO Box 6042 | | | Carol Stream | IL | 60197-6042 | |
| We Energies - 0001 | | PO Box 6042 | | | Carol Stream | IL | 60197-6042 | |
| Webster Bank | c/o Business Banking - Client Service Support | 137 Bank Street | | | Waterbury | CT | 06702 | |
| Webster Bank Business Banking | | 200 Elm St | | | Stamford | CT | 06902 | |
| Weitz Sports Chiropractic And Nutrition | | 1448 15th Street | Suite 201 | | Santa Monica | CA | 90404 | |
| Welch Packaging Group Inc | | PO Box 856421 | | | Minneapolis | MN | 55485-6421 | |
| WeLLCube International Corp - 0819 | | 1516 N Elmhurst Rd | Ste 2131 | | Libertyville | IL | 60056 | |
| Wellness And Weight Loss | | 1013 E Mar Walt Dr | Ste B | | Fort Walton Beach | FL | 32547 | |
| Wells Fargo Bank Na - 2631 | | PO Box 6995 | | | Portland | OR | 97228-6995 | |
| Wells Fargo Financial Leasing - 9608 | | PO Box 77096 | | | Minneapolis | MN | 55480-7796 | |
| Wells Fargo Financial Leasing, Inc. | | PO Box 77096 | | | Minneapolis | MN | 55480 | |
| Wells Fargo Financial Leasing, Inc. | | PO Box 77096 | | | Minneapolis | MN | 55480 | |
| WellSky CareTend | | 11300 Switzer Rd | | | Overland Park | KS | 66210 | |
| WellSky Corporation | Attn: Josh Lowery | 11300 Switzer Rd | | | Overland Park | KS | 66210 | |
| Wencar, Inc. | | 818 S Padre Dr | | | Corpus Christi | TX | 78416 | |
| Wendi Klein | | Address Redacted | | | | | | |
| Wendy Campos | | Address Redacted | | | | | | |
| Wenger Temperature Ctrl - 4464 | | 3442 Millennium Ct | | | Columbus | OH | 43219-5551 | |
| Wesby Products Co | | PO Box 450845 | | | Houston | TX | 77245 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 35 of 37



**Exhibit G**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| West Allis Animal Hospital | | 1736 S 82Nd St | | | Milwaukee | WI | 53214-4425 | |
| West Therapeutics Development LLC - 0001 | | PO Box 74007160 | | | Chicago | IL | 60674-7160 | |
| West Virginia Board of Pharmacy | c/o WV Board of Pharmacy | Attn: Michael L. Goff | 1207 Quarrier St. 4th Floor | | Charleston | WV | 25301 | |
| Westlake Medical Center | Attn: Rick Principe | 951 Westlake Blvd | Ste 101 | | Westlake Village | CA | 91361 | |
| Westlake Medical LLC | | 951 S Westlake Blvd | Ste 101 | | Westlake Village | CA | 91361-3109 | |
| Weston Burnett | | Address Redacted | | | | | | |
| West-Ward Pharmaceuticals | | PO Box 847385 | | | Dallas | TX | 75284-7385 | |
| Wework - Auto Ach Pmt | | 225 S 6th St | | | Minneapolis | MN | 55402 | |
| Whi | | 15476 Collections Dr | | | Chicago | IL | 60693 | |
| White Medical Center | Attn: Rick Schwartz | 301 N Washington Ave | | | Dallas | TX | 75246 | |
| Wholescripts - 235346 | | 6900 Kingspointe Pkwy | | | Orlando | FL | 32819-6544 | |
| William Blair And Company LLC | | 150 N Riverside Plaza | | | Chicago | IL | 60606 | |
| William Bryant | | Address Redacted | | | | | | |
| William F Schwartz - Independent Contractor | | 28 Hibernia Rd | | | Rockaway | NJ | 07866 | |
| William Gardner | | Address Redacted | | | | | | |
| William Gazca | | Address Redacted | | | | | | |
| Williams Data Management | | 1925 East Vernon Avenue | | | Los Angeles | CA | 90058 | |
| Williams Medical Company | | PO Box 1122 | | | Yorba Linda | CA | 92886 | |
| Willow Birch | | PO Box 213 | | | Franklin | NY | 13775 | |
| Windmill Consumer Products | | 8 Henderson Drive | | | West Caldwell | NJ | 07006 | |
| Windmill Health Products - 5086 | | 10 Henderson Drive | | | West Caldwell | NJ | 07006 | |
| Windsor Direct Distribution, LLC | | 2625 Jewell Lane | | | Sanford | FL | 32771 | |
| Wintrust Bank Na - 1761 | | 9801 W Higgins Rd | Box 32 | | Rosemont | IL | 60018 | |
| Wintrust Bank, N.A. | Attn: Brett Wallace | 231 South LaSalle St | 2nd Flr | | Chicago | IL | 60604 | |
| Wintrust Bank, N.A. | Attn: Jessica Kontopoulos, Sr. Commercial Client Support Professional | 9700 W Higgins Rd. Suite 720 | | | Rosemont | IL | 60018 | |
| Wis International | | 2000 E Taylor Rd | | | Auburn Hills | MI | 48326 | |
| Wisconsin Department of Revenue | | PO Box 3028 | | | Milwaukee | WI | 53201-3028 | |
| Wisconsin Department of Safety And Professional Services | | 4822 Madison Yards Way | | | Madison | WI | 53705 | |
| Wisconsin Deptmentment of Revenue | | 2135 Rimrock Rd | PO Box 8902 | | Madison | WI | 53708 | |
| Wisconsin Dsps | | 4822 Madison Yards Way | | | Madison | WI | 53705 | |
| Wisconsin Pharmacy Examining Board | Attn: Brad Wojciechowski | 4822 Madison Yards Way | | | Madison | WI | 53705 | |
| Wittigs office Interiors, Ltd | | 2013 Broadway | | | San Antonio | TX | 78215 | |
| WM Corporate Services, Inc. | | PO Box 660345 | | | Dallas | TX | 75266-0345 | |
| Wolf Medical Supply | | 13951 NW 8th Street | | | Sunrise | FL | 33325 | |
| Wollenzin Electric Service | | 7522 Valley Oak | | | Live Oak | TX | 78233 | |
| Wolters Kluwer Clinical Drug Information Inc. - 3684 | | 62456 Collections Center Dr | | | Chicago | IL | 60693 | |
| Wood Post Decor | | 130 Pr 4663 | | | Castroville | TX | 78009 | |
| Woodlake Medical Center - Hcp Inc - 4882 | | PO Box 741047 | | | Los Angeles | CA | 90074-1047 | |
| Worldpay Integrated Payments | | 8500 Governors Hill Drive | Md 1Gh2X2 | | Symmes Township | OH | 45249 | |
| Worldwide  Express | | 2700 Commerce St | | | Dallas | TX | 75226-1404 | |
| Wow Business Services LLC - 9977 | | PO Box 4350 | | | Carol Stream | IL | 60197 | |
| Wy State Board of Pharmacy | | 1712 Carey Ave | Ste 200 | | Cheyenne | WY | 82002 | |
| Wyeth-Ayerst Laboratories | | PO Box 951169 | | | Dallas | TX | 75395-1169 | |
| Wyoming State Board of Pharmacy | Attn: Matt Martineau | 1712 Carey Ave | Suite 200 | | Cheyenne | WY | 82002 | |
| Xiaoxiao Zhao | | Address Redacted | | | | | | |
| X-O Corporation | | 8311 Eastpoint Dr | #100 | | Dallas | TX | 75227 | |
| Xspire Pharma LLC - 7343 | | 119 Marketridge Dr | Ste D | | Ridgeland | MS | 39157 | |
| Xymogen | | 6900 Kingspointe Parkway | | | Orlando | FL | 32819 | |
| Y0L0 Inc | | 777 Foster Avenue | Apt 4M | | Brooklyn | NY | 11230 | |
| Yovon Express Inc | | 5501 15th Avenue | Apt 5H | | Brooklyn | NY | 11219 | |
| Zenaya Raglin | | Address Redacted | | | | | | |
| ZenDesk | | 989 Market St | | | San Francisco | CA | 94103 | |
| Zental Inc | | 6750 Alexander Bell Dr | Ste 420 | | Columbia | MD | 21046 | |
| Zeus Electric | | 88 Hillair Rd | | | Lake Peekskill | NY | 10537 | |
| Zipwhip - 8871 | | 75 Remittance Dr | Ste 6620 | | Chicago | IL | 60675-6620 | |
| Zodax | | 14040 Arminta Street | | | Panorama City | CA | 91402 | |
| Zoho | | 4141 Hacienda Dr | | | Pleasanton | CA | 94588 | |
| Zoho Corporation | | PO Box 894926 | | | Los Angeles | CA | 90189-4926 | |
| Zrt Laboratory - 57782 | | 8605 Sw Creekside Place | | | Beaverton | OR | 97008 | |
| Zumrad Holdings Inc | | 3115 Brighton 6th St | Apt 3# | | Brooklyn | NY | 11235 | |
| Zurich North America - 0001 | | PO Box 4664 | | | Carol Stream | IL | 60197-4664 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 36 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 130 of 150



| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Zzhd Corporation | | 2171 East 18th Street | Apt A3 | | Brooklyn | NY | 11229 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 37 of 37

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

# Exhibit H



**Exhibit H**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| 1st Choice Hvac,LLC | c/o 1st Choice Heating & Air Conditioning | Attn: Edwin Lauterstein | 15018 Tradesman Dr | | San Antonio | TX | 78249 | |
| Akron Generics LLC -1798 | | 47 Mall Dr | Ste 1 And 2 | | Commack | NY | 11725 | |
| Amneal Pharmaceuticals | | Lockbox #7979 | PO Box 7247 | | Philadelphia | PA | 19170-0001 | |
| Arrive On Time Delivery | | 600 W Campbell Rd | Suite 7 | | Richardson | TX | 75080 | |
| Bingodel | | 12540 McCann Drive | | | Santa Fe Springs | CA | 90670 | |
| Bonita Pharmaceuticals | Attn: Charles Patel | 6380 Commerce Dr | | | Westland | MI | 60614 | |
| Breezeline | | PO Box 371801 | | | Pittsburgh | PA | 15250-7801 | |
| BSD Construction, Inc. | | 8369 Vickers Street #100 | | | San Diego | CA | 92111 | |
| Cardinal Health 110, LLC | Attn: Erin Gapinski | 7000 Cardinal Place | | | Dublin | OH | 43017 | |
| Cerner Corp C/O Oracle America Inc. | | PO Box 884471 | | | Los Angeles | CA | 90088-4471 | |
| Cision Us Inc | | PO Box 417215 | | | Boston | MA | 02241-7215 | |
| Coast To Coast Computer Products | | 4277 Valley Fair Street | | | Simi Vattey | CA | 93063 | |
| Coldphase Corporation | | 12920 Stonecreek Dr | Ste F | | Pickerington | OH | 43147 | |
| Columbus Specialty Nursing LLC | 5401 Whitehead Rd | | | | Granville | OH | 43023 | |
| Computer Condiments Inc | Attn: Jacqueline M Scheck | 7618 Woodman Ave | Ste 6 | | Panorama City | CA | 91402 | |
| Consolidated Edison Company of New York Inc | c/o EAG-Bankruptcy Group | Attn: Thamar Rosado-Arder and Suzanne Kwon | 4 Irving Place | 9th Floor | New York | NY | 10003 | |
| Consolidated Edison Company of New York, Inc [Con Edison] | Attn: Joy Edison Company of Scaglione N | Bankruptcy 24-11206-TMH | 4 Irving Place | 9th Floor | New York | NY | 10003 | |
| Cool Team Service Inc. | | 8941 Gleneagles Cr. | | | Westminster | CA | 92683 | |
| D And D Wholesale Supply - 2091 | Attn: Kim Dressel | 5032 Mount Row | | | New Albany | OH | 43054 | |
| Deliver It - 103030 | | PO Box 846819 | | | Los Angeles | CA | 90084-6819 | |
| Deliver IT LLC - 3284 | | PO Box 846819 | | | Los Angeles | CA | 90084-6819 | |
| Digital Business Solutions, Inc | Tahra Morssi | PO Box 60730 | | | Irvine | CA | 92602 | |
| Fds Inc - 2518 | | PO Box 201231 | | | Dallas | TX | 75320-1231 | |
| Fff  Enterprises Inc - 5718 | | PO Box 840150 | | | Los Angeles | CA | 90084-0150 | |
| First Veterinary Supply | | 1821 Reliable Pkwy | | | Chicago | IL | 60686-0018 | |
| Fix It Right | | 1702 S Robertson | Blvd 267 | | Los Angeles | CA | 90035 | |
| Forte Bio-Pharma LLC | | PO Box 29650 | Dept 880412 | | Phoenix | AZ | 85038-9650 | |
| Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Cathy Saechao | PO Box 2952 | | Sacramento | CA | 95812-2952 | |
| Gls - 2502 | | PO Box 1907 | | | San Ramon | CA | 94583 | |
| Hct | | PO Box 986525 | Suite 700 | | Boston | MA | 02298-6525 | |
| Healnow Inc | | 368 9th Avenue | 6th Floor | | New York | NY | 10001 | |
| Health Care Logistics | | PO Box 400 | | | Circleville | OH | 43113-0400 | |
| Healthpro Homecare - 5466 | | 950 Taylor Station Rd | Ste H | | Gahanna | OH | 43230 | |
| INCYTE | | 12601 Collection Center Drive | | | Chicago | IL | 60693 | |
| Jg Pharma Inc - 5919 | | PO Box 358074 | | | Pittsburgh | PA | 15251-5074 | |
| Jones Lang Lasalle, Ip, Inc. | | 9601 Mcallister Freeway | | | San Antonio | TX | 78216 | |
| Journey Medical Corporation - 5891 | | 9237 East Via De Ventura | Suite 105 | | Scottsdale | AZ | 85258 | |
| Mayne Pharma  - 128B | | PO Box 603644 | | | Charlotte | NC | 28260-3644 | |
| Medimetriks Pharmaceuticals Inc | Attn: Alan S. Goldstein | 383 Route 46 West | | | Fairfield | NJ | 07004 | |
| Medisca - Ikes91N | | PO Box 2592 | | | Plattsburgh | NY | 12901 | |
| Medtronic Usa Inc - 7654 | | 4642 Collection Center Dr | | | Chicago | IL | 60693-0046 | |
| Motus, LLC | | PO Box 932913 | | | Atlanta | GA | 31193 | |
| PAAS National LLC | | 160 Business Park Circle | | | Stoughton | WI | 53589 | |
| Pcca - Professional Compounding Centers of America | | PO Box 734687 | | | Dallas | TX | 75373-4687 | |
| Pharmacy Automation Supplies | | 146 Pinnacle Dr | | | Romeoville | IL | 60446 | |
| Pharmacy Management LLC | c/o Bentley Associates L.P. | Attn: Jarlath Johnston | 437 Madison Avenue | 24th Floor | New York | NY | 10022 | |
| Pharmalynk | | 8175 East Kaiser Blvd | Ste 213 | | Anaheim Hills | CA | 92808 | |
| Progressive Medical, Inc. | | 997 Horan Drive | | | Fenton | MO | 63026-2401 | |
| Rx Labels Usa | Attn: Glenn Sherman | PO Box 1845 | | | Springfield | OR | 97477 | |
| Sectyr LLC - Licensetrak | | 9375 E Shea Blvd | Ste 100 | | Scottsdale | AZ | 85260-6986 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF



**Exhibit H**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-----------|-----------|-----------|-----------|------|-------|-----|---------|
| SIGMA SUPPLY & DISTRIBUTION, INC. | Attn: Guy P Young | 100 International Dr 22nd Floor | | | Baltimore | MD | 21202 | |
| Spectrum | Kyla Lehman | 1600 Dublin Rd | | | Columbus | OH | 43215 | |
| Staples, Inc. | Attn: Tom Riggleman | PO Box 102419 | | | Columbia | SC | 29224 | |
| Strategic Business Communications | | 1979 Marcus Avenue | Suite 210 | | Lake Success | NY | 11042-1022 | |
| Texas Bio Waste | | 3017 N Rockwell Ave | | | Casa Grande | AZ | 85122 | |
| The Brandt Companies, LLC | | 6023 Corridor Pkwy Ste 1000 | | | Schertz | TX | 78154 | |
| The Janz Corporation | | 275 Outerbelt St. | | | Columbus | OH | 43213 | |
| The Sourcing Group, LLC | | PO Box 6568 | | | Carol Stream | IL | 60197 | |
| USI Insurance Services LLC | Attn: Christie Kyle | 4456 Corporation Lane | Suite 350 | | Virginia Beach | VA | 23462 | |
| Virtus Pharmaceuticals LLC | | PO Box 947177 | | | Atlanta | GA | 30394-7177 | |
| Waste Management - 3008 | | PO Box 4648 | | | Carol Stream | IL | 60197-4648 | |
| Wells Fargo Financial Leasing, Inc. | Attn: Jason Harkness | 800 Walnut Street | MAC F0006-052 | | Des Moines | IA | 50309 | |
| Wellsky Corporation | | 11711 West 79th Street | | | Lenexa | KS | 66214 | |
| Wintrust Bank, N.A. | Attn: Bryn Perna | 231 S LaSalle St | | | Chicago | IL | 60604 | |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 2 of 2

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 134 of 150

# **Exhibit I**



**Exhibit I**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Allstate | | 444 W Lake St. | 45th Floor | Chicago | IL | 60606 |
| Aves Management LLC | Attn: Charles Asfour | 150 North Riverside Plaza | Ste 5200 | Chicago | IL | 60606 |
| CrossCountry Mortgage LLC | | 2160 Superior Avenue | | Cleveland | OH | 44114 |
| Siguler Guff & Company, LP | | 200 Park Ave | 23rd Floor | New York | NY | 10166 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

# **Exhibit J**



**Exhibit J**
Served Via Electronic Mail

| Name | Email |
|---|---|
| Allstate | peter.candel@kirkland.com |
| | zak.piech@kirkland.com |
| | csamis@potteranderson.com |
| Aves Management LLC | peter.candel@kirkland.com |
| | zak.piech@kirkland.com |
| | csamis@potteranderson.com |
| CrossCountry Mortgage LLC | peter.candel@kirkland.com |
| | zak.piech@kirkland.com |
| | csamis@potteranderson.com |
| Siguler Guff & Company, LP | peter.candel@kirkland.com |
| | zak.piech@kirkland.com |
| | csamis@potteranderson.com |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

# **Exhibit K**



**Exhibit K**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|------|-----------|-----------|-----------|------|-------|-----|
| Applied Medical Technologies, Inc. d/b/a AirClean Systems | Attn: Bill Wickward | 2179 E Lyon Station Rd | | Creedmoor | NC | 27522 |
| Aramark Refreshment Services, LLC | | PO Box 734677 | | Dallas | TX | 75373-4677 |
| Calibration Consultants, Ltd | | PO Box 775 | | Itasca | IL | 60143 |
| City of Crestview | | 198 North Wilson Street | | Crestview | FL | 32536 |
| Community Health Professionals Inc | | 1159 Westwood Dr | | Van Wert | OH | 45891 |
| Copy Stop/Royal Press | | 95 Church St | | White Plains | NY | 10601 |
| Corporation Service Company - Csc - 8031 | | PO Box 7410023 | | Chicago | IL | 60674-5023 |
| Critchfield Specialty Infusion Group LLC | | PO Box 30 | | Greensburg | PA | 15601 |
| Csc | | PO Box 7410023 | | Chicago | IL | 60674-5023 |
| Custom Technical Services of Nw Florida - 4508 | | PO Box 818 | | Lynn Haven | FL | 32444 |
| Drive Medical Spv, LLC | | 29427 Network Place | | Chicago | IL | 60673-1294 |
| Elite Imaging Systems - Or00 | | 1000 Chicago Rd | | Troy | MI | 48083 |
| Enlivenhealth Formerly Fds Amplicare | | PO Box 201231 | | Dallas | TX | 75320-1231 |
| Essity Bsn Medical Inc | | PO Box 3036 | | Carol Stream | IL | 60132-3036 |
| Florida Power & Light | Attn: April Price | 4200 W Flagler St | RRD/LFO - BKY | Coral Gables | FL | 33134 |
| Graphicolor Printing Inc | Attn: Liz jaskulski | 5665 S Westridge Dr | Ste 400 | New Berlin | WI | 53151 |
| Imperial Irrigation District - 3194 | | PO Box 937 | 333 E Barioni Blvd | Imperial | CA | 92251-0937 |
| Letco Medical LLC - 0744 | | 17199 North Laurel Park Drive | | Livonia | MI | 48152 |
| Medline - 1695036 | | Dept La 21558 | | Pasadena | CA | 91185-1558 |
| Med-Vet International | | 13822 W Boulton Blvd | | Mettawa | IL | 60045 |
| New York State Dept, of Tax and Finance | c/o Bankruptcy Section | Attn: David M Pugliese | PO Box 5300 | Albany | NY | 12205-0300 |
| Ohio Power Company d/b/a AEP Ohio | Attn: Jason Reid | 1 Riverside Plaza | 13th Floor | Columbus | OH | 43214 |
| Old Republic Surety Group | | PO Box 1635 | | Milwaukee | WI | 53201 |
| Omnisys - 7230 | | 1801 W Olympie Blvd | | Pasadena | CA | 91199-1685 |
| Peoples Gas Light & Coke Company | | 200 East Randolph St | | Chicago | IL | 60601 |
| Practicehwy.Com Inc | | 1212 Corporate Drive | Suite 230 | Irving | TX | 75038 |
| Proshred North | | 7700 Graphics Dr | | Tinley Park | IL | 60477 |
| Ramtin Ghavami | | Address Redacted | | | | |
| Resilia Pharmaceuticals, Inc | | 50 Glenlake Parkway Ne | Suite 450 | Atlanta | GA | 30328 |
| Sameday Critical LLC | | 2522 Driftwood Court | | Lewis Center | OH | 43035 |
| Scriptcycle LLC | | PO Box 102571 | | Pasadena | CA | 91189-2571 |
| Shred-It - 0245 | | 28883 Network Pl | | Chicago | IL | 60673-1288 |
| Sigvaris, Inc. | | PO Box 2809 | | Peach Tree City | GA | 30269 |
| Sparkletts - 706703816001911 | | PO Box 660579 | | Dallas | TX | 75266-0579 |
| Spectrum Chemical - 60356-470287 | | PO Box 740894 | | Los Angeles | CA | 90074-0894 |
| Stericycle Inc - 4362 | | PO Box 6575 | | Carol Stream | IL | 60197-6575 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188



**Exhibit K**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Trilogy Medwaste Southeast LLC | | PO Box 670650 | | Dallas | TX | 75267 |
| Wellgistics LLC | Attn: Douglas Edmunds | 358 Eagles Landing Drive | | Lakeland | FL | 33810 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 2 of 2

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 141 of 150

# **Exhibit L**

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF



**Exhibit L**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Skin Medicinals LLC | Attn: Natasha Hennessy | 788 Morris Turnpike Floor 3 | Attn: Matthew B. Harvey & M. Talmo | Short Hills | NJ | 07078 |
| Skin Medicinals LLC | c/o Kaplan & Grady LLC | 2071 N Southport Ave Ste 205 | Atn Howard Kaplan & Jed Glickstein | Chicago | IL | 60614 |
| Skin Medicinals LLC | c/o Morris Nichols Arsht & Tunnell | 1201 North Market Street | 16th Floor PO Box 1347 | Wilmington | DE | 19899-1347 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 1 of 1

# Exhibit M

 STRETTO

**Exhibit M**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Arcutis Biotherapeutics Inc | | 3027 Townsgate Road | Suite 300 | Westlake Village | CA | 91361 |
| ARL Bio Pharma, Inc. | | 840 Research Parkway | | Oklahoma City | OK | 73104 |
| Baybridge | Attn: Greg Savino | 1981 Marcus Ave | Ste C129 | New Hyde Park | NY | 11042 |
| Baybridge Pharmacy Corp | Attn: Greg Savino | 1842 Gardenia Avenue | | Merrick | NY | 11566 |
| Ben David & Arun Suresh Kumar | c/o Kennedys CMK LLP | Attn: Marc S. Casarino & Katie Barksdale | 222 Delaware Avenue Suite 710 | Wilmington | DE | 19801 |
| Central-Yuriy Davydov | | 21715 85th Ave | | Queens Village | NY | 11427-1412 |
| Constangy, Brooks, Smith & Prophete, LLP - 7070 | | PO Box 102476 | | Atlanta | GA | 30368-0476 |
| Counsel to the Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller | 1201 N Market Street Suite 2300 | Wilmington | DE | 19899-1266 |
| Crestview | Attn: Bryan Henderson & Hal Densman | 349 S Garcon Point Rd | | Milton | FL | 32583-7314 |
| Crestview | Attn: Bryan Henderson and Hal Densman | 3084 Whitley Oaks Ln | | Pace | FL | 32571-6772 |
| District of Columbia | Office of The Attorney General | 400 6th Street NW | | Washington | DC | 20001 |
| Enovex | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | Granada Hills | CA | 91344-1848 |
| FDS, Inc. | | 5000 Birch Street, Suite 8500 | | Newport Beach | CA | 92660 |
| FFF  Enterprises Inc | | 44000 Winchester Road | | Temecula | CA | 92590 |
| Forte Bio-Pharma LLC - 8744 | | PO Box 29650 | | Phoenix | AZ | 85038-9650 |
| H&H | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | Granada Hills | CA | 91344-1848 |
| Healthy Choice | Attn: Phil Altman | 150 W End Ave | Apt 24L | New York | NY | 10023-5748 |
| ICS Direct | | 12601 Collection Center Drive | | Chicago | IL | 60693 |
| Internal Revenue Service | | 550 Main St | #10 | Cincinnati | OH | 45999-0039 |
| Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Journey Medical Corporation - 5894 | | 9237 East Via De Ventura | Suite 105 | Scottsdale | AZ | 85258 |
| Medisca Inc | | 626 Tom Miller Road | | Plattsburgh | NY | 12901 |
| Oakdell-Jeff Carson | | 31120 Knotty Grove | | Boerne | TX | 78015 |
| Office of The U.S. Trustee for The District of Delaware | Attn: Andrew R. Vara & Jonathan W. Lipshie | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller & Nicholas Smargiassi | 1201 N Market St, Suite 2300 PO Box 1266 | Wilmington | DE | 19899 |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Jorge Garcia | 701 Brickell Avenue Suite 1700 | Miami | FL | 33131 |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Michelle G. Novick | 161 North Clark St Suite 4200 | Chicago | IL | 60601 |
| Pharmcare | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | Granada Hills | CA | 91344-1848 |
| PIA Holdings, Inc. | Attn: Phil Altman | 8973 Lakes Blvd | | West Palm Beach | FL | 33412 |
| Plante Moran PLLC - 1725 | | 16060 Collections Center Dr | | Chicago | IL | 60693 |
| Pro-Yuriy Davydov | | 21715 85th Ave | | Queens Village | NY | 11427-1412 |
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | 200 Vesey Street, Suite 400 Brookfield Place | New York Regional Office | New York | NY | 10281-1022 |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St | Suite 20-100 | New York | NY | 10004-2616 |
| Skin Medicinals LLC | c/o Morris, Nichols, Arsht, & Tunnell LLP | Attn: Matthew B. Harvey & Matthew O. Talmo | Box 1347 | Wilmington | DE | 19899-1347 |
| State of Alabama | Office of The Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 |
| State of Alaska | Office of The Attorney General | 1031 W 4th Ave, Ste 200 | | Anchorage | AK | 99501 |
| State of Arizona | Office of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| State of Arkansas | Office of The Attorney General | 323 Center St, Ste 200 | | Little Rock | AR | 72201 |
| State of California | Office of The Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 |
| State of Colorado | Office of The Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | Denver | CO | 80203 |
| State of Connecticut | Office of The Attorney General | 165 Capitol Avenue | | Hartford | CT | 6106 |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 |
| State of Florida | Office of The Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 |
| State of Georgia | Office of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 |
| State of Hawaii | Office of The Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| State of Idaho | Office of The Attorney General | 700 W. Jefferson St, Suite 210 | PO Box 83720 | Boise | ID | 83720 |
| State of Illinois | Office of The Attorney General | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 60601 |
| State of Indiana | Office of The Indiana Attorney General | Indiana Government Center South | 302 W Washington St, 5th Floor | Indianapolis | IN | 46204 |
| State of Iowa | Office of The Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| State of Kansas | Attn: Attorney General Derek Schmidt | 120 SW 10th Ave, 2nd Floor | | Topeka | KS | 66612 |
| State of Kentucky | Attorney General - Daniel Cameron | 700 Capital Avenue, Suite 118 | | Frankfort | KY | 40601 |
| State of Louisiana | Dept. of Justice - Attorney General's Office | 300 Capital Drive | | Baton Rouge | LA | 70802 |
| State of Maine | Office of the Attorney General | 6 State House Station | | Augusta | ME | 04333 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188



**Exhibit M**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| State of Maryland | Office of The Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202 |
| State of Massachusetts | Attorney General's Office | 1 Ashburton Place, 20th Floor | | Boston | MA | 02108 |
| State of Michigan | Department of Attorney General | 525 W Ottawa St | | Lansing | MI | 48906 |
| State of Minnesota | Office of The Attorney General | 445 Minnesota St, Ste 1400 | | St. Paul | MN | 55101 |
| State of Mississippi | Office of The Attorney General | Walter Sillers Building | 550 High St PO Box 220 | Jackson | MS | 39201 |
| State of Missouri | Office of The Attorney General | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 |
| State of Montana | Office of The Attorney General | Justice Building, 3rd Floor | 215 N Sanders, PO Box 201401 | Helena | MT | 59602 |
| State of Nebraska | Office of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 |
| State of Nevada | Office of The Attorney General | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 |
| State of New Hampshire | Office of The Attorney General | Nh Department of Justice | 33 Capitol St. | Concord | NH | 3301 |
| State of New Jersey | Office of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing Box 080 | Trenton | NJ | 8611 |
| State of New Mexico | Office of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 |
| State of New York | Office of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 |
| State of North Carolina | Office of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 |
| State of North Dakota | Office of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 |
| State of Ohio | Office of The Attorney General | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 |
| State of Oklahoma | Office of The Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 |
| State of Oregon | Office of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301-4096 |
| State of Pennsylvania | Office of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 |
| State of Rhode Island | Office of The Attorney General | 150 S Main St | | Providence | RI | 2903 |
| State of South Carolina | Office of The Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 |
| State of South Dakota | Office of The Attorney General | 1302 E Highway 14, Ste 1 | | Pierre | SD | 57501-8501 |
| State of Tennessee | Office of The Attorney General | PO Box 20207 | | Nashville | TN | 37202-0207 |
| State of Texas | Office of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 |
| State of Utah | Office of The Attorney General | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 |
| State of Utah | Office of The Attorney General, Sean D. Reyes | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 |
| State of Vermont | Office of The Attorney General | 109 State St. | | Montpelier | VT | 5609 |
| State of Virginia | Office of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 |
| State of Washington | Office of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 |
| State of Washington | Office of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 |
| State of West Virginia | Office of The Attorney General | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 |
| State of Wisconsin | Office of The Attorney General | 17 West Main Street, Room 114 East P | | Madison | WI | 53702 |
| State of Wyoming | Office of The Attorney General | 109 State Capitol | | Cheyenne | WY | 82002 |
| The Office of the United States Department of Health and Human Services | | 200 Independence Avenue, S.W | | Washington | DC | 20201 |
| Troutman Pepper Hamilton Sanders LLP | | 1313 Market Street, Suite 5100 | Hercules Plaza | Wilmington | DE | 19801 |
| United States Department of Justice | | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 |
| US Attorney's Office for the District of DE | Attn: David C. Weiss | 1313 N Market Street | PO Box 2046 | Wilmington | DE | 19801 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 2 of 2

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 146 of 150

# **Exhibit N**

 STRETTO

**Exhibit N**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Group of Mezz Lenders | c/o Kirkland & Ellis LLP, Kirkland & Ellis International LLP | Attn: Ryan Blaine Bennett & Zak Piech | ryan.bennett@kirkland.com<br>zak.piech@kirkland.com |
| Ad Hoc Group of Mezz Lenders | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, L. Katherine Good, & Levi Akkerman | csamis@potteranderson.com<br>kgood@potteranderson.com<br>lakkerman@potteranderson.com |
| Arcutis Biotherapeutics Inc | | | information@arcutis.com |
| ARL Bio Pharma, Inc. | | | info@arlok.com |
| Baybridge | Attn: Greg Savino | | greg.savino@yahoo.com |
| Ben David & Arun Surseh Kumar | c/o Kennedys CMK LLP | Attn: Marc S. Casarino & Katie Barksdale | marc.casarino@kennedyslaw.com<br>katie.barksdale@kennedyslaw.com |
| Bexar County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Bryan Henderson | c/o Emmanuel, Sheppard, & Condon, P.A. | Attn: Sally B. Fox & Jennifer S. Richardson | sfox@esclaw.com<br>kturk@esclaw.com<br>jrichardson@esclaw.com<br>frb@esclaw.com |
| Cardinal Health 110, LLC & Cardinal Health 112, LLC | c/o Hiller Law, LLC | Attn: Adam Hiller | ahiller@adamhillerlaw.com |
| Cardinal Health 110, LLC and Cardinal Health 112, LLC | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber & Terri Jane Freedman | szuber@csglaw.com<br>tfreedman@csglaw.com |
| Central-Yuriy Davydov | | | adavy830@yahoo.com |
| Constangy, Brooks, Smith & Prophete, LLP - 7070 | | | nwasser@constangy.com |
| Counsel to the Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Turner N. Falk | turner.falk@saul.com |
| District of Columbia | Office of The Attorney General | | oag@dc.gov |
| FDS, Inc. | | | info@fdsinc.net |
| Forte Bio-Pharma LLC - 8744 | | | francisco.torres@fortebiopharma.com |
| ICS Direct | | | titlecash@icsconnect.com |
| Journey Medical Corporation - 5894 | | | journeymedicalar@icsconnect.com |
| Loan Admin Co LLC | c/o DLA Piper LLP | Attn: Stuart M. Brown & Matthew S. Sarna | stuart.brown@us.dlapiper.com<br>matthew.sarna@us.dlapiper.com |
| NYIP Owner II LLC | c/o Eckert Seamans Cherin & Mellot LLC | Attn: Nicholas Pasalides | npasalides@eckertseamans.com |
| NYIP Owner II LLC | c/o Eckert Seamans Cherin & Mellott, LLC | Attn: Tara L. Lattomus | tlattomus@eckertseamans.com |
| Oakdell-Jeff Carson | | | crocea411@yahoo.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller & Nicholas Smargiassi | evan.miller@saul.com<br>nicholas.smargiassi@saul.com |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF



**Exhibit N**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Jorge Garcia | jorge.garcia@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Michelle G. Novick | michelle.novick@saul.com |
| P.C.C.A, INC | Attn: Ken Barrow | | accounting@pccarx.com<br>kbarrow@pccarx.com<br>cyepsen@pccarx.com |
| Pareto Optio LLC | c/o Ice Miller LLP | Attn: Louis T DeLucia & Alyson M Fiedler | louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com |
| PIA Holdings, Inc. | Attn: Phil Altman | | wholerx@msn.com |
| Plante Moran PLLC - 1725 | | | tom.risi@plantemoran.com |
| Professional Compounding Centers of America, Inc. ("PCCA") | Attn: Manfredo Thibau, Ken Barrow, & Michelle Biggs | | mthibau@pccarx.com<br>kbarrow@pccarx.com<br>cyepsen@pccarx.com |
| Pro-Yuriy Davydov | | | adavy830@yahoo.com |
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | | nyrobankruptcy@sec.gov |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Skin Medicinals LLC | c/o Morris, Nichols, Arsht, & Tunnell LLP | Attn: Matthew B. Harvey & Matthew O. Talmo | mharvey@morrisnichols.com<br>matlmo@morrisnichols.com<br>apark@morrisnichols.com |
| State of Alabama | Office of The Attorney General | | consumerinterest@alabamaag.gov |
| State of Alaska | Office of the Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office of The Attorney General | | aginfo@azag.gov |
| State of Arkansas | Office of The Attorney General | | oag@arkansasag.gov |
| State of California | Office of The Attorney General | | xavier.becerra@doj.ca.gov |
| State of Colorado | Office of The Attorney General | | cora.request@coag.gov |
| State of Connecticut | Office of The Attorney General | | attorney.general@ct.gov |
| State of Delaware | Department of Justice | Carvel State Office Building | attorney.general@state.de.us<br>attorney.general@delaware.gov |
| State of Florida | Office of The Attorney General | | ashley.moody@myfloridalegal.com |
| State of Hawaii | Office of The Attorney General | | hawaiiag@hawaii.gov |
| State of Idaho | Office of The Attorney General | | bankruptcy@ag.idaho.gov |
| State of Illinois | Office of The Attorney General | James R. Thompson Center | info@lisamadigan.org |
| State of Iowa | Office of The Attorney General | Hoover State Office Building | consumer@ag.iowa.gov |
| State of Kansas | Attn: Attorney General Derek Schmidt | | derek.schmidt@ag.ks.gov |
| State of Louisiana | Dept. of Justice - Attorney General's Office | | admininfo@ag.state.la.us |
| State of Maine | Office of the Attorney General | | attorney.general@maine.gov |
| State of Maryland | Office of The Attorney General | | oag@oag.state.md.us |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 2 of 3

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 149 of 150



**Exhibit N**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State of Minnesota | Office of The Attorney General | | attorney.general@ag.state.mn.us |
| State of Missouri | Office of The Attorney General | | consumer.help@ago.mo.gov |
| State of Montana | Office of The Attorney General | Justice Building, 3rd Floor | contactdoj@mt.gov |
| State of New Hampshire | Office of The Attorney General | Nh Department of Justice | attorneygeneral@doj.nh.gov |
| State of New Mexico | Office of The Attorney General | | hbalderas@nmag.gov |
| State of North Dakota | Office of The Attorney General | | ndag@nd.gov |
| State of Oklahoma | Office of The Attorney General | | questions@oag.ok.gov |
| State of Oregon | Office of The Attorney General | | ellen.rosenblum@dog.state.or.us attorneygeneral@doj.state.or.us |
| State of Rhode Island | Office of The Attorney General | | ag@riag.ri.gov |
| State of Utah | Office of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| State of Vermont | Office of The Attorney General | | ago.info@vermont.gov |
| State of Virginia | Office of The Attorney General | | mail@oag.state.va.us |
| State of West Virginia | Office of The Attorney General | | consumer@wvago.gov |
| State of Wisconsin | Office of The Attorney General | | dojbankruptcynoticegroup@doj.state.wi.us |
| Troutman Pepper Hamilton Sanders LLP | | | kathleen.sawyer@troutman.com |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 3 of 3

Document Ref: 2VSIY-MQ8S6-MU8MK-BDAHF

Page 150 of 150