# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline: September 6, 2024, at 4:00 p.m. (Eastern Time)**<br>**Hearing Date: September 13, 2024, at 10:00 a.m. (Eastern Time)** |

**DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS FOR VOTING PURPOSES PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007, 3017 AND 3018**
**[BOOKS AND RECORDS CLAIMS — SUBSTANTIVE]**

Optio Rx, LLC ("**Optio**") and its affiliated debtors and debtors-in-possession (collectively, "**Debtors**"), in the above-captioned chapter 11 cases, hereby submit this *First Omnibus Objection to Claims for Voting Purposes Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007, 3017 and 3018 [Books and Records Claims – Substantive]* (the "**First Omnibus Objection**") to the claims listed on **Exhibit A** attached hereto. In support of this First Omnibus Objection, the Debtors submit the *Declaration of Leo LaFranco in Support of the Debtors' First Omnibus Objection to Claims Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007, 3017 and 3018*. In support of this First Omnibus Objection, the Debtors respectfully represent as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

## JURISDICTION AND VENUE

1.  The United States Bankruptcy Court for the District of Delaware (the "**Court**") has jurisdiction over these chapter 11 cases, the Debtors, property of the Debtors' estates and this matter under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A).

2.  Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Debtors consent to the entry of a final judgment or order with respect to this matter if it is determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

3.  Venue of these cases in this District is proper under 28 U.S.C. §§ 1408 and 1409.

4.  The statutory bases for the relief requested in this First Omnibus Objection are section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 3007, 3017 and 3018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

## BACKGROUND

**I.  GENERAL BACKGROUND.**

5.  On June 7, 2024 (the "**Petition Date**"), the Debtors commenced with the Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of the Bankruptcy Code. The Chapter 11 Cases are jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

6. The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7. On June 21, 2024, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed a creditors' committee (the "**Committee**") in these Chapter 11 Cases [Docket No. 67].[2] No trustee or examiner has been appointed in the Chapter 11 Cases.

8. Additional factual background regarding the Debtors' business operations, corporate and capital structures, and restructuring efforts are described in greater detail in the *Declaration of Leo LaFranco in Support of First Day Pleadings* [Docket No. 3] (the "**First Day Declaration**"), which is incorporated herein by reference.

## II. DISCLOSURE STATEMENT AND CONFIRMATION.

9. On June 10, 2024, the Debtors filed the *Joint Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 20] and the *Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 21].

10. On June 24, 2024, Debtors filed the *Motion for Entry of an Order (I) Approving Debtors' Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to the Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Plan* [Docket No. 76] (the "**Solicitation Motion**").

---

[2] The U.S. Trustee subsequently filed an Amended Notice of Appointment of Creditors' Committee [Docket Nos. 81 and 130].

4893-6518-0374, v. 2

11. On July 29, 2024, the Debtors filed the *Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 257] (as may be subsequently amended or modified, the "**Amended Plan**") and the *Amended Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 258] (the "**Amended Disclosure Statement**").

12. On August 1, 2024, the Court entered the *Order (i) Approving Amended Disclosure Statement, (ii) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (iii) Establishing Vote Tabulation Procedures, and (iv) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Amended Plan* [Docket No.] ("**Disclosure Statement Order**").

13. A hearing to consider confirmation of the Amended Plan is scheduled for September 13, 2024, at 10:00 a.m. (*prevailing* Eastern Time).

## BAR DATE AND PROOFS OF CLAIM

14. By Order dated June 26, 2024, this Court established August 7, 2024, at 5:00 p.m. (*prevailing* Eastern Time) (the "**General Bar Date**") as the deadline for creditors to file proofs of claim for each claim they assert against the Debtors that arose before the Petition Date. Notice of the Bar Date was mailed to all known creditors of the Debtors and published in The New York Times.

## RELIEF REQUESTED

15. The Debtors seek entry of an Order pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3007, 3017 and 3018, the Local Rules, and the Disclosure Statement Order, reducing and allowing certain claims for voting purposes only on the grounds set forth below.

4893-6518-0374, v. 2

16.    The Debtors object to the claims listed on **Exhibit A** attached hereto (individually, a "**Books and Records Claim**"), on the ground that upon review of the Debtors' books and records, the Debtors determined that such claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders. Each claim listed on **Exhibit A** should be reduced and allowed as specified therein for voting purposes on the Amended Plan.

## RESERVATION OF RIGHTS

17.    The Debtors reserve the right to amend, modify or supplement this First Omnibus Objection and to object further to each of the claims listed on the exhibit(s) hereto on any and all additional factual or legal grounds, including if any such claim is not reduced and allowed or disallowed as requested herein or if additional information regarding the classification of such claims is discovered upon further review thereof or through discovery pursuant to the applicable provisions of the Bankruptcy Rules. The Debtors further reserve the right to object to the Books and Records Claims on any and all grounds for any other purposes, including, but not limited to distribution under the Amended Plan.

## NOTICE

18.    Notice of this First Omnibus Objection has been provided to: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel for the Committee; (c) counsel to the DIP Lenders; (d) all parties listed on **Exhibit A**; and (e) any party that has requested notice under Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is required.

19. This Objection complies with Local Rule 3007-1(e). No previous request for the relief sought herein has been made to this or any other Court.

**WHEREFORE**, the Debtors respectfully request that the Court enter the order, substantially in the form attached hereto as **Exhibit B** (i) granting this First Omnibus Objection; and (ii) granting such other and further relief as the Court may deem just and proper.

Dated: August 16, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:    chipman@chipmanbrown.com
carickhoff@chipmanbrown.com
olivere@chipmanbrown.com
root@chipmanbrown.com

*Counsel for Debtors and
Debtors in Possession*