IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | Objection Deadline: September 6, 2024, at 4:00 p.m. (Eastern Time) |
| | Hearing Date: September 13, 2024, at 10:00 a.m. (Eastern Time) |

NOTICE OF DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS
FOR VOTING PURPOSES PURSUANT TO 11 U.S.C. § 502(B)
AND FED. R. BANKR. P. 3007, 3017 AND 3018

[BOOKS AND RECORDS CLAIMS — SUBSTANTIVE]

> CLAIMANTS RECEIVING THIS OBJECTION SHOULD LOCATE THEIR
> NAMES AND CLAIMS IDENTIFIED ON EXHIBIT A ATTACHED TO THE OBJECTION.
>
> YOUR RIGHTS MAY BE AFFECTED BY THIS OBJECTION AND
> BY ANY FURTHER OBJECTION THAT MAY BE FILED.

PLEASE TAKE NOTICE that on August 16, 2024, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' First Omnibus Objection to Claims for Voting Purposes Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007, 3017 and 3018* (the "**Omnibus Objection**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the relief requested in the Omnibus Objection must be filed with the United States Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 6, 2024, at 4:00 p.m. (Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response on (i) counsel to the Debtors, *Chipman Brown Cicero & Cole, LLP*, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn*: William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com); David W. Carickhoff, Esquire (carickhoff@chipmanbrown.com); Mark D. Olivere, Esquire (olivere@chipmanbrown.com); and Alan M. Root, Esquire (root@chipmanbrown.com); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801 (*Attn*: Jonathan W. Lipshie, Esquire) (jon.lipshie@usdoj.gov); and (iii) counsel to the DIP Lenders, *DLA Piper LLP (US)*, 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (*Attn*: Stuart Brown, Esquire) (stuart.brown@dlapiper.com); and (iv) counsel to the Official Committee of Unsecured Creditors, *Saul Ewing LLP*, (a) 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Evan T. Miller (evan.miller@saul.com) and Nicholas Smargiassi (nicholas.smargiassi@saul.com), (b) 161 North Clark Street, Suite 4200, Chicago, Illinois 60601, Attn: Michelle G. Novick (michelle.novick@saul.com), and (c) 701 Brickell Avenue, Suite 1700, Miami, Florida 33131, Attn: Jorge Garcia (jorge.garcia@saul.com), so as to be **received no later than 4:00 p.m. (Eastern Time) on September 6, 2024.**

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE OMNIBUS OBJECTION WILL BE HELD ON **SEPTEMBER 13, 2024, AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE THOMAS M. HORAN, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM 7, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

- 3 -

Dated: August 16, 2024       **CHIPMAN BROWN CICERO & COLE, LLP**
       Wilmington, Delaware

                                         */s/ Mark D. Olivere*
                                         William E. Chipman, Jr. (No. 3818)
                                         David W. Carickhoff (No. 3715)
                                         Mark D. Olivere (No. 4291)
                                         Alan M. Root (No. 5427)
                                         Hercules Plaza
                                         1313 North Market Street, Suite 5400
                                         Wilmington, Delaware 19801
                                         Telephone: (302) 295-0191
                                         Email: chipman@chipmanbrown.com
                                                           carickhoff@chipmanbrown.com
                                                           olivere@chipmanbrown.com
                                                           root@chipmanbrown.com

*Counsel for Debtors and*
*Debtors in Possession*