# EXHIBIT A

# (Claims Chart)

# EXHIBIT A

## (BOOKS AND RECORDS – Reduce and Allow for Voting Purposes)

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT OR SCHEDULED AMOUNT | MODIFIED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|
| 1st Choice HVAC, LLC | 27 | $3,679.90 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Amneal Pharmaceuticals | | $7,040.00 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Arrive On Time Delivery | | $560.80 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Bingodel | | $65,867.13 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Bingodel | | $5,748.74 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT OR SCHEDULED AMOUNT | MODIFIED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|
| Bingodel | | $1,488.96 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Deliver It — 103030 | | $2,385.55 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Deliver It — 103030 | | $1,921.30 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Deliver It — 103030 | | $822.63 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Deliver It — 103030 | | $835.25 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Deliver It — 103030 | | $1,934.41 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |

The Debtors reserve the right to object to these claims on any and all grounds.

| Name of Claimant | Claim Number | Claim Amount or Scheduled Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Deliver It — 3284 | | $2,475.07 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| FFF Enterprises Inc — 5718 | | $5,390.69 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| FFF Enterprises Inc — 5718 | | $12,047.62 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| FFF Enterprises Inc — 5718 | | $65,241.87 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| FFF Enterprises Inc — 5718 | | $14,962.19 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| FFF Enterprises Inc — 5718 | | $37,611.58 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |

The Debtors reserve the right to object to these claims on any and all grounds.

4877-0574-3318, v. 3

| Name of Claimant | Claim Number | Claim Amount or Scheduled Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| FFF Enterprises Inc — 5718 | | $46,652.65 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| FFF Enterprises Inc — 5718 | | $141,512.06 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| FFF Enterprises Inc — 5718 | | $51,052.68 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Jones Lang Lasalle, IP, Inc. | | $20,665.96 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Journey Medical Corporation — 5891 | | $2,648.10 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Journey Medical Corporation — 5891 | | $413.26 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |

The Debtors reserve the right to object to these claims on any and all grounds.

4877-0574-3318, v. 3

| Name of Claimant | Claim Number | Claim Amount or Scheduled Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Mayne Pharma — 128B | | $32,204.10 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Mayne Pharma — 128B | | $39,078.90 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Mayne Pharma — 128B | | $54,915.41 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Mayne Pharma — 128B | | $69,533.64 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Mayne Pharma — 128B | | $34,812.08 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Medisca — Ikes91N | | $26.00 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |

The Debtors reserve the right to object to these claims on any and all grounds.

| Name of Claimant | Claim Number | Claim Amount or Scheduled Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Medisca — Ikes91N | | $33.00 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Medisca — Ikes91N | | $1,600.60 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| PAAS National LLC | | $17,089.00 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| PCCA — Professional Compounding Centers of America | | $160.75 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| PCCA — Professional Compounding Centers of America | | $1,190.67 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| PCCA — Professional Compounding Centers of America | | $1,042.72 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |

The Debtors reserve the right to object to these claims on any and all grounds.

4877-0574-3318, v. 3

| Name of Claimant | Claim Number | Claim Amount or Scheduled Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| PCCA — Professional Compounding Centers of America | | $1,341.86 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| PCCA — Professional Compounding Centers of America | | $3,512.91 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| PCCA — Professional Compounding Centers of America | | $1,096.30 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Pharmacy Automation Supplies | | $5,616.00 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| USI Insurance Services LLC | 23 | $25,527.00 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Wells Fargo Financial Leasing, Inc. | 29 | $37,458.62 | $1,089.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |

The Debtors reserve the right to object to these claims on any and all grounds.

| Name of Claimant | Claim Number | Claim Amount or Scheduled Amount | Modified Claim Amount | Reason for Modification |
|---|---|---|---|---|
| Wells Fargo Financial Leasing, Inc. | 30 | $11,284.85 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |

The Debtors reserve the right to object to these claims on any and all grounds.

4877-0574-3318, v. 3