# **EXHIBIT B**

# (*Proposed* Order)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No.** |

### ORDER GRANTING DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007, 3017 AND 3018

This matter having come before the Court upon consideration of the *Debtors' First Omnibus Objection to Claims for Voting Purposes Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007, 3017 and 3018 [Books and Records Claims – Substantive]* (the "**First Omnibus Objection**");[2] notice of the First Omnibus Objection having been properly and timely served upon: (a) the Office of the United States Trustee for the District of Delaware; (b) counsel for the Committee; (c) counsel to the DIP Lenders; (d) all parties listed on **Exhibit A**; and (e) any party that has requested notice under Bankruptcy Rule 2002; upon the record of the hearing to consider the relief requested in the First Omnibus Objection; and, after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the First Omnibus Objection.

- 2 -

**THE COURT FINDS AND CONCLUDES THAT:**

A. The Court has jurisdiction over these cases under 28 U.S.C. § 1334(b).

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. Due and adequate notice has been given to all parties entitled thereto, and no other or further notice is necessary or required.

D. The Court has reviewed the First Omnibus Objection and has considered the representations of counsel regarding the relief requested therein.

E. The relief requested in the First Omnibus Objection is necessary and in the best interests of the Debtors and their estates.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The First Omnibus Objection is GRANTED, as set forth in this Order.

2. The claims listed on **Exhibit A** attached hereto are hereby reduced and allowed as specified therein solely for purposes of voting on the Amended Plan.

3. The Debtors' right to object to the Books and Records Claims on any and all grounds for any other purposes is hereby expressly preserved.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

4893-6518-0374, v. 2