IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF LEO LAFRANCO IN SUPPORT OF THE
DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS FOR VOTING PURPOSES
PURSUANT TO 11 U.S.C. § 502(b) AND FED. R. BANKR. P. 3007, 3017 AND 3018**

**[BOOKS AND RECORDS CLAIMS — SUBSTANTIVE]**

I, Leo LaFranco, hereby declare (this "**Declaration**") under penalty of perjury that the following is true to the best of my knowledge, information and belief:

1. I have been employed with Optio Rx, LLC ("**Optio Rx**" and together with certain of its affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "**Debtors**," or the "**Company**") since 2022, when I joined the Company to become its Chief Financial Officer ("**CFO**"). I hold a BBA in Accounting from the University of Notre Dame and an MBA from the University of Chicago, Booth School of Business. I am also a certified public accountant.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

2. In my capacity as CFO of the Debtors, I am generally familiar with the Debtors' day-to-day operations, business and financial affairs, and books and records.  I am above 18 years of age, competent to testify, and authorized to submit this declaration on behalf of the Debtors.

3. I submit this Declaration in support of the *Debtors' First Omnibus Objection to Claims for Voting Purposes Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007, 3017 and 3018 [Books and Records Claims – Substantive]* (the "**First Omnibus Objection**").[2]

4. All facts set forth in this Declaration are based upon my own personal knowledge, and my review of relevant documents, including the claims subject to the First Omnibus Objection and orders of this Court.  These efforts have resulted in the identification of certain objectionable claims described below that are the subject of the objections described in this Declaration.

5. The exhibits attached to the First Omnibus Objection contain the name and address of the claimant whose claim is the subject of each objection, the claim number and the amount of such claim, and the proposed disposition of such claim.

6. To the best of my knowledge, information and belief, upon review of the Debtors' books and records, each of the claims listed on Exhibit A to the First Omnibus Objection is a claim filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders.  Accordingly, each claim listed on Exhibit A should be reduced and allowed for voting purposes only in connection with the Amended Plan.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Omnibus Objection.

- 3 -

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 16ᵗʰ day of August 2024.

                                                  **OPTIO RX, LLC**

BY:  */s/ Leo LaFranco*
        Leo LaFranco
        Chief Financial Officer

4862-6428-8472, v. 1