## CERTIFICATE OF SERVICE

I, Maria Aprile Sawczuk, certify that on August 20, 2024, in addition to the Court's CM/ECF notification, I caused true and correct copies of *Dr. Rinku Patel's Response to Debtors' Motion to Enforce the Automatic Stay and for Related Relief* to be served in the manner indicated below.

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)

**Counsel to the Debtors via electronic mail**:
William E. Chipman, Jr., Esq. (chipman@chipmanbrown.com);
David W. Carickhoff, Esq. (carickhoff@chipmanbrown.com);
Mark D. Olivere, Esq. (olivere@chipmanbrown.com);
Alan M. Root, Esquire (root@chipmanbrown.com);

**Office of the United States Trustee for the District of Delaware via electronic mail**:
Jonathan W. Lipshie, Esq. (jon.lipshie@usdoj.gov)

**Counsel to the DIP Lenders via electronic mail**:
Stuart Brown, Esq. (stuart.brown@dlapiper.com)

**Counsel to the Official Committee of Unsecured Creditors via electronic mail**:
Evan T. Miller, Esq. (evan.miller@saul.com)
Nicholas Smargiassi, Esq. (Nicholas.smargiassi@saul.com)
Michelle G. Novick, Esq. (michelle.novick@saul.com)
Jorge Garcia (jorge.garcia@saul.com)