# JULY 2024 BANK STATEMENTS FOR THE PET APOTHECARY LLC



| | |
|---|---|
| **Last Statement:** | June 28, 2024 |
| **Statement Ending:** | July 31, 2024 |
| **Page:** | 1 of 1 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

34205 0110761 0001-0001 0000000000000000

34205 TWS380WR080124031458 01 000000000 47 002



PET APOTHECARY LLC
1430 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number:    XXXXXX5905 |
|---|---|

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/29/24** | **$0.00** |
| + Deposits and Credits (0) | $0.00 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 07/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $0.00 |
| Number of Days in Statement Period | 33 |



## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check additions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

## Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Last Statement:** | June 28, 2024 |
| **Statement Ending:** | July 31, 2024 |
| **Page:** | 1 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



32710 TWS380WR080124031458 01 000000000 47 006
THE PET APOTHECARY LLC
1428 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com



| COMMERCIAL CHECKING | Account Number:    XXXXXX1538 |
|---|---|



*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/29/24** | **$0.00** |
| + Deposits and Credits (35) | $295,984.49 |
| - Withdrawals and Debits (34) | $295,506.53 |
| **Ending Balance as of 07/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $477.96 |
| Number of Days in Statement Period | 33 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Jul 01 | PREAUTHORIZED DEBIT | -$5,116.05 |
| | HRTLAND PMT SYS TXNS/FEES 240701 650000011722645 | |
| Jul 01 | AUTOMATIC TRANSFER | -$4,832.13 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 02 | AUTOMATIC TRANSFER | -$9,961.86 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 03 | PREAUTHORIZED DEBIT | -$4,576.69 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015PHEVNJH3GQCR | |
| Jul 03 | AUTOMATIC TRANSFER | -$9,439.01 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 05 | PREAUTHORIZED DEBIT | -$11,667.57 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015FKZXXIY3H62J | |
| Jul 08 | PREAUTHORIZED DEBIT | -$1,304.00 |
| | Bill.com Payables Jan-Pro of Milwauk ee Bill.com 015DXJ NBXI3JLCR Acct 187 - Inv 169595 | |
| Jul 08 | AUTOMATIC TRANSFER | -$8,122.38 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX1538 |
|---|---|---|
| | Statement Date: | 07/31/2024 |
| | Page : | 2 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jul 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Baxter Healthcare Corp Bill.com 015V UOYETD3L84B<br>Acct 3 7681047 - Inv 8251 | -$149.65 |
| Jul 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$12,545.23 |
| Jul 10 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240710 | -$241.73 |
| Jul 10 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240710 2052028672 2220 | -$805.08 |
| Jul 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$12,067.03 |
| Jul 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,496.59 |
| Jul 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015SYWHECO 3Q4IM Acct<br>PETA52 - Multiple invoice | -$401.55 |
| Jul 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Pet Properties, LL C Bill.com 015BDNK IPO3RNXP Inv<br>06/15 /2024 | -$8,465.76 |
| Jul 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,284.30 |
| Jul 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,161.93 |
| Jul 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$14,317.47 |
| Jul 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015EPQVBBV 3VDEB Acct N513-01<br>9 - Inv PNRX-13859 | -$1,332.03 |
| Jul 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 06/24 | -$477.96 |
| Jul 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,153.58 |
| Jul 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,784.67 |
| Jul 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,963.16 |
| Jul 22 | PREAUTHORIZED DEBIT<br>WI DEPT REVENUE TAXPAYMNT 240722 625203136 | -$11,198.13 |
| Jul 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,790.73 |
| Jul 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,556.21 |
| Jul 25 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240725 2052028672 2220 | -$807.88 |
| Jul 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015VHQSNZB46U81 | -$4,715.48 |
| Jul 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,222.42 |
| Jul 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Spee-Dee Delivery Service Inc Bill.c om<br>015LKVLNFU47Z35 Acct Shipper No | -$201.04 |
| Jul 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,625.02 |
| Jul 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,066.28 |
| Jul 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$77,463.19 |



32710 0103905 0002-0005 00000000000000000



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX1538 |
| **Statement Date:** | | 07/31/2024 |
| **Page :** | | 3 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jul 31 | AUTOMATIC TRANSFER | -$6,670.70 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jul 01 | PREAUTHORIZED CREDIT | $9,948.18 |
| | HRTLAND PMT SYS TXNS/FEES 240701 650000011722645 | |
| Jul 02 | PREAUTHORIZED CREDIT | $9,961.86 |
| | HRTLAND PMT SYS TXNS/FEES 240702 650000011722645 | |
| Jul 03 | PREAUTHORIZED CREDIT | $100.08 |
| | National Veterin PAYMENTS 240703 46141 | |
| Jul 03 | PREAUTHORIZED CREDIT | $13,915.62 |
| | HRTLAND PMT SYS TXNS/FEES 240703 650000011722645 | |
| Jul 05 | AUTOMATIC TRANSFER | $1,525.95 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 05 | PREAUTHORIZED CREDIT | $10,141.62 |
| | HRTLAND PMT SYS TXNS/FEES 240705 650000011722645 | |
| Jul 08 | PREAUTHORIZED CREDIT | $9,426.38 |
| | HRTLAND PMT SYS TXNS/FEES 240708 650000011722645 | |
| Jul 09 | PREAUTHORIZED CREDIT | $12,694.88 |
| | HRTLAND PMT SYS TXNS/FEES 240709 650000011722645 | |
| Jul 10 | PREAUTHORIZED CREDIT | $13,113.84 |
| | HRTLAND PMT SYS TXNS/FEES 240710 650000011722645 | |
| Jul 11 | PREAUTHORIZED CREDIT | $66.72 |
| | BLUEPEARL MANAGE CORP PYMNT 240711 600091131 | |
| Jul 11 | PREAUTHORIZED CREDIT | $10,429.87 |
| | HRTLAND PMT SYS TXNS/FEES 240711 650000011722645 | |
| Jul 12 | PREAUTHORIZED CREDIT | $100.08 |
| | National Veterin PAYMENTS 240712 54651 | |
| Jul 12 | PREAUTHORIZED CREDIT | $10,051.53 |
| | HRTLAND PMT SYS TXNS/FEES 240712 650000011722645 | |
| Jul 15 | PREAUTHORIZED CREDIT | $10,161.93 |
| | HRTLAND PMT SYS TXNS/FEES 240715 650000011722645 | |
| Jul 16 | PREAUTHORIZED CREDIT | $14,317.47 |
| | HRTLAND PMT SYS TXNS/FEES 240716 650000011722645 | |
| Jul 17 | PREAUTHORIZED CREDIT | $8,963.57 |
| | HRTLAND PMT SYS TXNS/FEES 240717 650000011722645 | |
| Jul 18 | PREAUTHORIZED CREDIT | $31.77 |
| | National Veterin PAYMENTS 240718 60759 | |
| Jul 18 | PREAUTHORIZED CREDIT | $9,752.90 |
| | HRTLAND PMT SYS TXNS/FEES 240718 650000011722645 | |
| Jul 19 | PREAUTHORIZED CREDIT | $10,963.16 |
| | HRTLAND PMT SYS TXNS/FEES 240719 650000011722645 | |
| Jul 22 | AUTOMATIC TRANSFER | $3,920.90 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 22 | PREAUTHORIZED CREDIT | $100.08 |
| | National Veterin PAYMENTS 240722 63267 | |
| Jul 22 | PREAUTHORIZED CREDIT | $7,177.15 |
| | HRTLAND PMT SYS TXNS/FEES 240722 650000011722645 | |
| Jul 23 | PREAUTHORIZED CREDIT | $9,790.73 |
| | HRTLAND PMT SYS TXNS/FEES 240723 650000011722645 | |
| Jul 24 | PREAUTHORIZED CREDIT | $47.66 |
| | BLUEPEARL MANAGE CORP PYMNT 240724 600091708 | |
| Jul 24 | PREAUTHORIZED CREDIT | $9,508.55 |
| | HRTLAND PMT SYS TXNS/FEES 240724 650000011722645 | |

32710 0103906 0003-0005 00000000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 25 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240725 650000011722645 | $8,745.78 |
| Jul 26 | PREAUTHORIZED CREDIT<br>National Veterin PAYMENTS 240726 70901 | $101.97 |
| Jul 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240726 650000011722645 | $8,724.09 |
| Jul 29 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240729 650000011722645 | $7,696.27 |
| Jul 29 | DEPOSIT | $7,863.60 |
| Jul 29 | DEPOSIT | $24,132.79 |
| Jul 29 | DEPOSIT | $32,677.62 |
| Jul 30 | PREAUTHORIZED CREDIT<br>National Veterin PAYMENTS 240730 73544 | $100.08 |
| Jul 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240730 650000011722645 | $13,059.11 |
| Jul 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240731 650000011722645 | $6,670.70 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jun 28 | $0.00 | Jul 09 | $0.00 | Jul 17 | $0.00 | Jul 25 | $0.00 |
| Jul 01 | $0.00 | Jul 10 | $0.00 | Jul 18 | $0.00 | Jul 26 | $0.00 |
| Jul 02 | $0.00 | Jul 11 | $0.00 | Jul 19 | $0.00 | Jul 29 | $64,304.00 |
| Jul 03 | $0.00 | Jul 12 | $0.00 | Jul 22 | $0.00 | Jul 30 | $0.00 |
| Jul 05 | $0.00 | Jul 15 | $0.00 | Jul 23 | $0.00 | Jul 31 | $0.00 |
| Jul 08 | $0.00 | Jul 16 | $0.00 | Jul 24 | $0.00 | | |

