# JULY 2024 BANK STATEMENTS FOR CRESTVIEW PHARMACY, LLC



PO Box 4019
Gulfport, MS 39502-4019
**Return Service Requested**

**EQUAL HOUSING LENDER**



Statements Dates
07/01/2024 - 07/31/2024

Account Number:
4815

Images:
0

*ZERO CHECKS* E0

1        100000 001
**CRESTVIEW PHARMACY LLC**
**1420 KENSINGTON RD SUITE 102**
**OAK BROOK IL  60523**

**VISIT HANCOCKWHITNEY.COM TO ENROLL IN ONLINE BANKING WITH ESTATEMENTS. CALL US AT 800-448-8812.**

## Checking Account Summary

| | | | | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | 82,460.95 | AVERAGE BALANCE | 90,320.50 |
| + | 8 CREDITS | 9,052.40 | | |
| - | 4 DEBITS | 1,375.28 | YTD INTEREST PAID | .00 |
| - | SERVICE CHARGES | 235.40 | | |
| + | INTEREST PAID | .00 | | |
| ENDING BALANCE | | 89,902.67 | | |

**\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \***

### ● Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 07/01 | 7,847.16 | EDI PYMNTS   EPIC Pharmacy Ne 024183002305974CCD | 07/10 | 18.47 | EDI PYMNTS   EPIC Pharmacy Ne 024192005115441CCD |
| 07/03 | 19.42 | EDI PYMNTS   EPIC Pharmacy Ne 024185003381987CCD | 07/11 | 161.14 | EDI PYMNTS   EPIC Pharmacy Ne 024193005460820CCD |
| 07/05 | 5.72 | CLAIM PMT   TMESYS LLC 024185003633584CCD | 07/15 | 955.86 | EDI PYMNTS   EPIC Pharmacy Ne 024197006162615CCD |
| 07/08 | 11.45 | EDI PYMNTS   EPIC Pharmacy Ne 024190004259025CCD | 07/16 | 33.18 | EDI PYMNTS   EPIC Pharmacy Ne 024198006687103CCD |

### ● Other Debits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 07/08 | 45.00 | BILLNG   VANTIV_INTG_PYMT 024190004251756CCD | 07/22 | 1.43 | C01   FLA DEPT REVENUE 024204008086862CCD |
| 07/08 | 132.35 | BILLNG   VANTIV_INTG_PYMT 024190004251774CCD | 07/22 | 1,196.50 | EPAY   PIONEERRX 024204008015262CCD |
| 07/11 | 235.40 | ANALYSIS SERVICE CHG | | | |

### ● Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/30 | 82,460.95 | 07/08 | 90,167.35 | 07/16 | 91,100.60 |
| 07/01 | 90,308.11 | 07/10 | 90,185.82 | 07/22 | 89,902.67 |
| 07/03 | 90,327.53 | 07/11 | 90,111.56 | | |
| 07/05 | 90,333.25 | 07/15 | 91,067.42 | | |

In case of errors or questions about your electronic transfers, telephone or write us at the address listed as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1.   Tell us your name and account number (if any).
2.   Describe the error or the transfer you are unsure about and explain as clearly as you can
     why you believe it is an error or why you need more information.
3.   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

<div style="border:1px solid">
Hancock Whitney
Attn. Deposit Services
P.O. Box 4019
Gulfport, MS 39502
1-800-448-8812
</div>

**Notice About Electronic Check Conversion**

When you provide a check payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

---

### Handyline Information

Interest Charges: Interest Charges have been computed on your Handyline Account by applying each Daily Periodic Rate disclosed on the face of this statement to the Daily Balance of your Account over the current billing cycle, and then multiplying the resulting product by the number of days in the billing cycle. The Daily Balance of your Account has been computed by totaling the "Closing Principal Balance" of your Account for each day of your billing cycle and dividing the resulting total by the number of days in the billing cycle.

The closing Principal Balance of your Account for each day of the billing cycle was computed by taking into consideration payments, credits, loan advances and other debits posted to your Account over the billing cycle, but disregarding any unpaid Interest Charges. Interest Charges have been assessed on new loans and other debits under your Account from date of posting, and there is not a time period within which payments may be made in order to completely avoid Interest Charges.

Provided you have not made at least the minimum payment due within fourteen days of the statement date:

1.   If you have an unsecured Handyline Account, your checking account has been charged with a minimum payment equal to 1/20th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $25.00, whichever is greater. If the New Balance of your Account was less than $25.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).

2.   If you have a secured Handyline Account, your checking account has been charged with a minimum payment equal to 1/50th of the disclosed New Balance on the face of this statement (less any amount disputed by you), or $100.00, whichever is greater. If the New Balance of your Account was less than $100.00, your checking account has been charged for the entire New Balance (less any amount disputed by you).

You have the option to make additional payments in excess of the minimum payment on your Handyline Account in any amount and at any time, thus reducing your exposure to additional Interest Charges.  Payments should be mailed to: Lending Services, P.O. Box 4020, Gulfport, MS 39502, Attn: Handyline. Payments we receive at the above address by 10:00 A.M. will be credited to your Handyline Account as of the date of receipt. Handyline payments made at other bank locations will be promptly credited to your Account, but in no event longer than five (5) days after receipt.

### What To Do If You Think You Find A Mistake On Your Statement

If you think there is an error on your statement, write to us at Hancock Whitney Lending Services, P.O. Box 4019, Gulfport, MS 39502-0420 and include the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. Hancock Whitney clients may call us at 1-800-448-8812, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

### THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECK / DEBIT TRANSACTIONS OUTSTANDING THIS MONTH
(Not charged to your account as of statement date)

| Check # or Transaction Type | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

BANK BALANCE AS SHOWN ON THIS STATEMENT     $_____

Deposits Not Credited In This Statement Cycle     (If Any)  $_____

Add Total of Deposits Not Credited     +$_____

Subtract Total Outstanding Checks/Debits     -$_____

BALANCE     =$_____

This balance should agree with your checkbook balance. Remember to deduct service charges/fees (if any) shown on your statement this month.



9801 W. Higgins, Box 32, Rosemont, IL 60018



16080 TWS380WR080124031458 01 000000000 45 002
CRESTVIEW PHARMACY LLC
1116 NORTH FERDON BOULEVARD
CRESTVIEW FL 32536-1710

### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:    XXXXXX3810

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 07/01/24** | **$0.00** |
| + Deposits and Credits (1) | $82.31 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 07/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $82.31 |
| Number of Days in Statement Period | 31 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Jul 17 | MAINTENANCE FEE | -$82.31 |
| | ANALYSIS ACTIVITY  FOR 06/24 | |

### Credits



| Date | Description | Additions |
|---|---|---|
| Jul 17 | AUTOMATIC TRANSFER | $82.31 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

### Daily Balances

| Date | Balance | Date | Balance | | |
|---|---|---|---|---|---|
| Jun 30 | $0.00 | Jul 17 | $0.00 | | |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| **2. Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| **3. List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.