# JULY 2024 BANK STATEMENTS FOR DR. IKE'S PHARMACARE LLC



| | |
|---|---|
| **Last Statement:** | June 28, 2024 |
| **Statement Ending:** | July 31, 2024 |
| **Page:** | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

36151 TWS380WR080124031458 01 000000000 48 007



DR IKE'S PHARMACARE LLC
1433 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number:    XXXXXX3134 |
|---|---|

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/29/24** | **$0.00** |
| + Deposits and Credits (93) | $404,826.28 |
| - Withdrawals and Debits (29) | $379,270.31 |
| **Ending Balance as of 07/31/24** | **$25,049.00** |
| Analysis or Maintenance Fees for Period | $506.97 |
| Number of Days in Statement Period | 33 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jul 01 | AUTOMATIC TRANSFER | -$8,072.90 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 02 | AUTOMATIC TRANSFER | -$25,378.85 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 03 | PREAUTHORIZED DEBIT | -$2,143.32 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015SBDYZAS3GPJ9 | |
| Jul 03 | AUTOMATIC TRANSFER | -$7,245.27 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 05 | PREAUTHORIZED DEBIT | -$7,262.23 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015ELDULED3GYAL | |
| Jul 05 | AUTOMATIC TRANSFER | -$107,839.66 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 08 | PREAUTHORIZED DEBIT | -$922.19 |
| | VANTIV_INTG_PYMT BILLNG Merch Bankcard 316 5269 Dr Ikes Pharmacare | |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX3134 |
| --- | --- | --- |
| | Statement Date: | 07/31/2024 |
| | Page : | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
| --- | --- | --- |
| Jul 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,492.71 |
| Jul 09 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240709 | -$194.97 |
| Jul 09 | PREAUTHORIZED DEBIT<br>MANAGED HEALTH C NET-RX 240709 | -$200.00 |
| Jul 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$14,090.43 |
| Jul 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,192.57 |
| Jul 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,247.10 |
| Jul 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,353.70 |
| Jul 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$353.13 |
| Jul 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$42,295.17 |
| Jul 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 06/24 | -$506.97 |
| Jul 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,776.21 |
| Jul 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$303.06 |
| Jul 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,536.61 |
| Jul 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables NARX Transport, In c. Bill.com 015JBS UHBZ416BJ Inv 1742 | -$39,435.00 |
| Jul 23 | PREAUTHORIZED DEBIT<br>AMP SMART PURCHASE 240723 | -$63.66 |
| Jul 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables Global Messaging N etwork Bill.com 01 5IABOUNU43VUP Acct 3294 - Inv 329407 | -$686.81 |
| Jul 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$17,358.69 |
| Jul 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,432.49 |
| Jul 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015SDFTWWW46TJ4 | -$9,392.85 |
| Jul 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$12,008.15 |
| Jul 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,670.23 |
| Jul 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$17,479.63 |
| Jul 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,842.72 |



## Credits

| Date | Description | Additions |
| --- | --- | --- |
| Jul 01 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200354000*1 330567651*274117  \ | $21.95 |



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3134 |
| **Statement Date:** | | 07/31/2024 |
| **Page :** | | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 01 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $65.00 |
| Jul 01 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $7,985.95 |
| Jul 02 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550550500*12<br>60076803*99999~ | $9.31 |
| Jul 02 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909583590*13635696 42~ | $344.18 |
| Jul 02 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243508617*17 52578509\ | $5,483.15 |
| Jul 02 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007610172*14 31420563\ | $19,542.21 |
| Jul 03 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $69.48 |
| Jul 03 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1395298*1043608530 ~ | $761.83 |
| Jul 03 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500296632*1752882 129*5649592\ | $8,557.17 |
| Jul 03 | REMOTE DEPOSIT | $110,251.11 |
| Jul 05 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $59.10 |
| Jul 05 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440881211*22<br>60076803*99999~ | $117.64 |
| Jul 05 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550551687*12<br>60076803*99999~ | $578.17 |
| Jul 05 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909597865*13635696 42~ | $1,419.03 |
| Jul 05 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243512382*17 52578509\ | $2,676.95 |
| Jul 08 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $21.23 |
| Jul 08 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $510.00 |
| Jul 08 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243516835*17 52578509\ | $8,883.67 |
| Jul 09 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200355557*1 330567651*274117  \ | $3.99 |
| Jul 09 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440883038*22<br>60076803*99999~ | $72.42 |
| Jul 09 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243493445*17 52578509\ | $132.56 |
| Jul 09 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550552843*12<br>60076803*99999~ | $435.11 |
| Jul 09 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007622515*14 31420563\ | $13,841.32 |
| Jul 10 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200355995*1 330567651*274117  \ | $13.00 |

36151 0119376 0003-0006 000000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3134 |
| **Statement Date:** | | 07/31/2024 |
| **Page :** | | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 10 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $19.00 |
| Jul 10 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1398830*1043608530 ~ | $729.88 |
| Jul 10 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909619501*13635696 42~ | $1,421.13 |
| Jul 10 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001380678*1540849 793*138607460702~ | $2,609.30 |
| Jul 10 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001383800*1540849 793*138607460702~ | $4,908.75 |
| Jul 10 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500307956*1752882 129*5649592\ | $6,491.51 |
| Jul 11 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $7.14 |
| Jul 11 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243520698*17 52578509\ | $3,239.96 |
| Jul 12 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440884820*22<br>60076803*99999~ | $2.11 |
| Jul 12 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200357072*1 330567651*274117  \ | $32.89 |
| Jul 12 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550554041*12<br>60076803*99999~ | $127.64 |
| Jul 12 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $136.76 |
| Jul 12 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243524903*17 52578509\ | $4,054.30 |
| Jul 15 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2002298<br>*1341939227*000000 703*5649592\ | $7.03 |
| Jul 15 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200357358*1 330567651*274117  \ | $13.97 |
| Jul 15 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $24.80 |
| Jul 15 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $307.33 |
| Jul 16 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440886659*22<br>60076803*99999~ | $25.57 |
| Jul 16 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909634281*13635696 42~ | $33.44 |
| Jul 16 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550555138*12<br>60076803*99999~ | $95.76 |
| Jul 16 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001386592*1540849 793*138607460702~ | $2,437.74 |
| Jul 16 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001389495*1540849 793*138607460702~ | $6,043.33 |
| Jul 16 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007634372*14 31420563\ | $33,659.33 |

36151 0119377 0004-0006 0000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3134 |
| **Statement Date:** | | 07/31/2024 |
| **Page :** | | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 17 | PREAUTHORIZED CREDIT | $141.45 |
| | 5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001 | |
| | BATCH 0000000 | |
| Jul 17 | PREAUTHORIZED CREDIT | $472.31 |
| | AA FAMILY HOSPIC PAYROLL 240717 | |
| Jul 17 | PREAUTHORIZED CREDIT | $3,246.24 |
| | CAREMARK HCCLAIMPMT 2500319189*1752882 129*5649592\ | |
| Jul 17 | PREAUTHORIZED CREDIT | $5,423.18 |
| | OPTUMRX HCCLAIMPMT 121000243528936*17 52578509\ | |
| Jul 18 | PREAUTHORIZED CREDIT | $101.96 |
| | NAVITUS HCCLAIMPMT 1400775*1043608530 ~ | |
| Jul 18 | PREAUTHORIZED CREDIT | $201.10 |
| | 5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001 | |
| | BATCH 0000000 | |
| Jul 19 | PREAUTHORIZED CREDIT | $22.61 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909648544*13635696 42~ | |
| Jul 19 | PREAUTHORIZED CREDIT | $25.64 |
| | PRIME THERAPEUTI HCCLAIMPMT 444444440888478*22 | |
| | 60076803*99999~ | |
| Jul 19 | PREAUTHORIZED CREDIT | $46.42 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550556326*12 | |
| | 60076803*99999~ | |
| Jul 19 | PREAUTHORIZED CREDIT | $182.23 |
| | 5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001 | |
| | BATCH 0000000 | |
| Jul 19 | PREAUTHORIZED CREDIT | $1,181.37 |
| | CA HCCLAIMPMT 7001390678*1540849 793*138607460702~ | |
| Jul 19 | PREAUTHORIZED CREDIT | $2,078.34 |
| | OPTUMRX HCCLAIMPMT 121000243532982*17 52578509\ | |
| Jul 22 | AUTOMATIC TRANSFER | $36,773.50 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 22 | PREAUTHORIZED CREDIT | $555.25 |
| | 5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001 | |
| | BATCH 0000000 | |
| Jul 22 | PREAUTHORIZED CREDIT | $2,106.25 |
| | 5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001 | |
| | BATCH 0000000 | |
| Jul 23 | PREAUTHORIZED CREDIT | $12.05 |
| | PRIME THERAPEUTI HCCLAIMPMT 444444440890320*22 | |
| | 60076803*99999~ | |
| Jul 23 | PREAUTHORIZED CREDIT | $79.22 |
| | MEDIMPACT DEBITS TRN*1*9200359422*1 330567651*274117  \ | |
| Jul 23 | PREAUTHORIZED CREDIT | $1,009.61 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550557502*12 | |
| | 60076803*99999~ | |
| Jul 23 | PREAUTHORIZED CREDIT | $4,058.90 |
| | OPTUMRX HCCLAIMPMT 121000243537484*17 52578509\ | |
| Jul 23 | PREAUTHORIZED CREDIT | $12,949.38 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007646756*14 31420563\ | |
| Jul 24 | PREAUTHORIZED CREDIT | $5.60 |
| | NAVITUS HCCLAIMPMT 1404157*1043608530  ~ | |
| Jul 24 | PREAUTHORIZED CREDIT | $10.40 |
| | OPTUMRX HCCLAIMPMT 121000243514265*17 52578509\ | |
| Jul 24 | PREAUTHORIZED CREDIT | $1,210.23 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909670320*13635696 42~ | |
| Jul 24 | PREAUTHORIZED CREDIT | $1,626.11 |
| | 5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001 | |
| | BATCH 0000000 | |



36151 0119378 0005-0006 00000000000000000



| | |
|---|---|
| **Account Number:** | XXXXXX3134 |
| **Statement Date:** | 07/31/2024 |
| **Page :** | 6 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 24 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500331216*1752882 129*5649592\ | $7,580.15 |
| Jul 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $7,494.95 |
| Jul 25 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200360274*1 330567651*274117  \ | $21.95 |
| Jul 25 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $1,875.95 |
| Jul 26 | PREAUTHORIZED CREDIT<br>MANAGED HEALTH C PAYMENT 240726 31307 | $406.68 |
| Jul 26 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243518535*17 52578509\ | $650.23 |
| Jul 26 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550558712*12<br>60076803*99999~ | $712.01 |
| Jul 26 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243541608*17 52578509\ | $1,827.46 |
| Jul 26 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $2,180.59 |
| Jul 26 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001394435*1540849 793*138607460702~ | $6,231.18 |
| Jul 29 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909684726*13635696 42~ | $643.26 |
| Jul 29 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243545861*17 52578509\ | $5,026.97 |
| Jul 30 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1402920*1043608530 ~ | $5.16 |
| Jul 30 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440893949*22<br>60076803*99999~ | $12.64 |
| Jul 30 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200361568*1 330567651*274117  \ | $18.41 |
| Jul 30 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550559883*12<br>60076803*99999~ | $74.37 |
| Jul 30 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007659198*14 31420563\ | $17,369.05 |
| Jul 31 | PREAUTHORIZED CREDIT<br>AMERICAN HERITAG DIRECT DEP 240731 | $32.00 |
| Jul 31 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1405992*1043608530 ~ | $38.45 |
| Jul 31 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500342580*1752882 129*5649592\ | $5,772.50 |
| Jul 31 | REMOTE DEPOSIT | $25,048.77 |



## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jun 28 | $0.00 | Jul 09 | $0.00 | Jul 17 | $0.00 | Jul 25 | $0.00 |
| Jul 01 | $0.00 | Jul 10 | $0.00 | Jul 18 | $0.00 | Jul 26 | $0.00 |
| Jul 02 | $0.00 | Jul 11 | $0.00 | Jul 19 | $0.00 | Jul 29 | $0.00 |
| Jul 03 | $110,251.00 | Jul 12 | $0.00 | Jul 22 | $0.00 | Jul 30 | $0.00 |
| Jul 05 | $0.00 | Jul 15 | $0.00 | Jul 23 | $0.00 | Jul 31 | $25,049.00 |
| Jul 08 | $0.00 | Jul 16 | $0.00 | Jul 24 | $0.00 | | |

36151 0119379 0006-0006 00000000000000000000



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 29, 2024 through July 31, 2024
Account Number: ████████2027

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00000411 DDA 111 212 21424 NNNNNNNNNNN  1 000000000 67 0000

DR. IKE'S PHARMACARE LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

# CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |

Your service charges, fees and earnings credit have been calculated through account analysis.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



This Page Intentionally Left Blank