# JULY 2024 BANK STATEMENTS FOR ENOVEX PHARMACY, LLC

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | June 28, 2024 |
| **Statement Ending:** | July 31, 2024 |
| **Page:** | 1 of 3 |



34352 TWS380WR080124031458 01 000000000 47 004

ENOVEX PHARMACY LLC
1431 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

34352 0111373 0001-0003 0000000000000000000

## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                                    Account Number:      XXXXXX3962

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes. As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services. These changes are necessary to continue offering a high level of service and to accommodate rising operational costs. We value your business and appreciate your understanding.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/29/24** | **$0.00** |
| + Deposits and Credits (27) | $130,030.99 |
| - Withdrawals and Debits (24) | $129,948.03 |
| **Ending Balance as of 07/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $82.96 |
| Number of Days in Statement Period | 33 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jul 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240701 650000012526300 | -$2,996.70 |
| Jul 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,360.95 |
| Jul 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015FXUQWQM 3GPK9 Acct 12182 - Inv I3304140 | -$695.00 |
| Jul 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,735.16 |
| Jul 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015CDABZPD3GYM6 | -$11,547.84 |
| Jul 08 | PREAUTHORIZED DEBIT<br>VANTIV_INTG_PYMT BILLNG Merch Bankcard 316 5263 Enovex Pharmacy | -$139.90 |
| Jul 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Deliver It LLC B ill.com 015IMYAILF 3L6C9 Inv 180365 | -$815.69 |



## BALANCE YOUR ACCOUNT

1. Check off (✔) checks appearing on your statement. Those checks not checked off (✔) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

## Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3962 |
| **Statement Date:** | | 07/31/2024 |
| **Page :** | | 2 of 3 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jul 10 | AUTOMATIC TRANSFER | -$3,063.65 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 11 | AUTOMATIC TRANSFER | -$4,855.80 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 12 | PREAUTHORIZED DEBIT | -$95.00 |
| | Bill.com Payables Medisca Inc. B ill.com 015EGMMEBT 3PY2J Acct UNIV91N - Inv 03521486 | |
| Jul 12 | AUTOMATIC TRANSFER | -$2,326.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 15 | PREAUTHORIZED DEBIT | -$1,059.31 |
| | Bill.com Payables PioneerRx B ill.com 015AJFIFTF 3RT8C Inv PNRX-135 178 | |
| Jul 15 | AUTOMATIC TRANSFER | -$6,032.71 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 16 | PREAUTHORIZED DEBIT | -$214.00 |
| | ATT Payment 240716 | |
| Jul 17 | MAINTENANCE FEE | -$82.96 |
| | ANALYSIS ACTIVITY  FOR 06/24 | |
| Jul 17 | AUTOMATIC TRANSFER | -$2,418.04 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 18 | AUTOMATIC TRANSFER | -$3,034.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 19 | AUTOMATIC TRANSFER | -$3,933.89 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 22 | PREAUTHORIZED DEBIT | -$149.97 |
| | SPECTRUM SPECTRUM 240722 | |
| Jul 22 | AUTOMATIC TRANSFER | -$52,944.48 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 24 | AUTOMATIC TRANSFER | -$3,823.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 25 | PREAUTHORIZED DEBIT | -$11,990.64 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015ZYXGNFZ46TJX | |
| Jul 26 | AUTOMATIC TRANSFER | -$3,052.72 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 29 | AUTOMATIC TRANSFER | -$5,867.26 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 31 | AUTOMATIC TRANSFER | -$2,796.32 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jul 01 | PREAUTHORIZED CREDIT | $2,449.00 |
| | HRTLAND PMT SYS TXNS/FEES 240701 650000012526300 | |
| Jul 01 | PREAUTHORIZED CREDIT | $4,908.65 |
| | HRTLAND PMT SYS TXNS/FEES 240701 650000012526300 | |
| Jul 03 | PREAUTHORIZED CREDIT | $2,430.16 |
| | HRTLAND PMT SYS TXNS/FEES 240703 650000012526300 | |
| Jul 05 | AUTOMATIC TRANSFER | $4,755.14 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 05 | PREAUTHORIZED CREDIT | $2,766.00 |
| | HRTLAND PMT SYS TXNS/FEES 240705 650000012526300 | |
| Jul 05 | PREAUTHORIZED CREDIT | $4,026.70 |
| | HRTLAND PMT SYS TXNS/FEES 240705 650000012526300 | |





Account Number:      XXXXXX3962
Statement Date:     07/31/2024
Page :          3 of 3

9801 W. Higgins, Box 32, Rosemont, IL 60018

34352 0111376 0003-0003 000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Jul 08 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $139.90 |
| Jul 09 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $815.69 |
| Jul 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240710 650000012526300 | $3,063.65 |
| Jul 11 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240711 650000012526300 | $4,855.80 |
| Jul 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240712 650000012526300 | $2,421.00 |
| Jul 15 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240715 650000012526300 | $2,898.00 |
| Jul 15 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240715 650000012526300 | $4,194.02 |
| Jul 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $214.00 |
| Jul 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240717 650000012526300 | $2,501.00 |
| Jul 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240718 650000012526300 | $3,034.00 |
| Jul 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240719 650000012526300 | $3,933.89 |
| Jul 22 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240722 650000012526300 | $1,857.73 |
| Jul 22 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240722 650000012526300 | $3,607.00 |
| Jul 22 | PREAUTHORIZED CREDIT<br>Mindbloom Inc. Receivable 025AOZXUAPZU2OO Mi ndbloom Inc. Bill. com<br>Multiple invoi ces | $47,629.72 |
| Jul 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240724 650000012526300 | $3,823.00 |
| Jul 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $8,665.77 |
| Jul 25 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240725 650000012526300 | $3,324.87 |
| Jul 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240726 650000012526300 | $3,052.72 |
| Jul 29 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240729 650000012526300 | $2,853.93 |
| Jul 29 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240729 650000012526300 | $3,013.33 |
| Jul 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240731 650000012526300 | $2,796.32 |

## Daily Balances



| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Jun 28 | $0.00 | Jul 09 | $0.00 | Jul 16 | $0.00 | Jul 24 | $0.00 |
| Jul 01 | $0.00 | Jul 10 | $0.00 | Jul 17 | $0.00 | Jul 25 | $0.00 |
| Jul 03 | $0.00 | Jul 11 | $0.00 | Jul 18 | $0.00 | Jul 26 | $0.00 |
| Jul 05 | $0.00 | Jul 12 | $0.00 | Jul 19 | $0.00 | Jul 29 | $0.00 |
| Jul 08 | $0.00 | Jul 15 | $0.00 | Jul 22 | $0.00 | Jul 31 | $0.00 |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 29, 2024 through July 31, 2024
Account Number: ████████7589



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00001290 DDA 111 211 21424 NNNNNNNNNNN 1 000000000 63 0000

ENOVEX PHARMACY LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

# CHECKING SUMMARY   Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$8,805.91** |
| Deposits and Additions | 1 | 315.32 |
| **Ending Balance** | **1** | **$9,121.23** |

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/08 | Deposit    2098667897 | $315.32 |
| **Total Deposits and Additions** | | **$315.32** |

Your service charges, fees and earnings credit have been calculated through account analysis.

# DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/08 | $9,121.23 |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**