# JULY 2024 BANK STATEMENTS FOR SBH MEDICAL LTD.


# WINTRUST
### BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | June 30, 2024 |
| **Statement Ending:** | July 31, 2024 |
| **Page:** | 1 of 1 |



48136 TWS380WR080124031458 01 000000000 51 002

SBH MEDICAL LTD
655 DEARBORN PARK LANE
WORTHINGTON OH 43085-5766

## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: | XXXXXX2122 |
|---|---|---|

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 07/01/24** | **$0.00** |
| + Deposits and Credits (1) | $74.00 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 07/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $74.00 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jul 17 | MAINTENANCE FEE | -$74.00 |
| | ANALYSIS ACTIVITY  FOR 06/24 | |

## Credits



| Date | Description | Additions |
|---|---|---|
| Jul 17 | AUTOMATIC TRANSFER | $74.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Daily Balances

| Date | Balance | Date | Balance | | |
|---|---|---|---|---|---|
| Jun 30 | $0.00 | Jul 17 | $0.00 | | |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**July 31, 2024**
**page 1 of 4**

████████05934

4 13        T    968 00000 R EM AO
SBH MEDICAL LTD
GENERAL ACCOUNT
655 DEARBORN PARK LN
WORTHINGTON OH 43085-5766

*Questions or comments?*
*Call 1-800-821-2829*

**Commercial Transaction** ████████5934
SBH MEDICAL LTD
GENERAL ACCOUNT

| | |
|---|---|
| Beginning balance 6-30-24 | $457,491.64 |
| 54 Additions | +523,580.67 |
| 12 Subtractions | -651,863.58 |
| **Ending balance 7-31-24** | **$329,208.73** |

## Additions

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---|
| | 7-1 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | $6,860.26 |
| | 7-1 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 5,810.61 |
| | 7-1 | | Anthem Blue OH5Fhcclaimpmttrn*1*3244874642*1311 | 3,366.30 |
| | 7-1 | | Anthem Blue OH5Chcclaimpmttrn*1*3244874643*1311 | 1,330.43 |
| | 7-1 | | Medsolutions    062824EFT 100936387 | 580.22 |
| | 7-3 | | Key Capture Deposit | 83,860.19 |
| | 7-3 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 12,116.13 |
| | 7-3 | | Unitedhealthcarehccclaimpmttrn*1*Tz85908399*14 | 2,986.30 |
| | 7-3 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 257 | 1,320.82 |
| | 7-3 | | Osu Physicians, Settlement1394 - 6/3/2024\ | 45.00 |
| | 7-5 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 8,431.91 |
| | 7-5 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 7,112.94 |
| | 7-5 | | Osu Health Systeach Pmt   060424\ | 176.20 |
| | 7-5 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 260 | 59.54 |
| | 7-8 | | Anthem Blue OH5Chcclaimpmttrn*1*3245476439*1311 | 8,878.32 |
| | 7-8 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 7,236.94 |
| | 7-8 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 267 | 320.44 |
| | 7-9 | | Script Care, Ltdach Paymentrn*1*0000581912*1760 | 128.20 |
| | 7-10 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 6,423.46 |
| | 7-11 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 7,567.49 |
| | 7-11 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 273 | 662.52 |
| | 7-12 | | North Health Serck 22845 | 27,358.48 |
| | 7-12 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 7,068.93 |
| | 7-12 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 276 | 78.16 |
| | 7-15 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 7,345.94 |

**Corporate Banking Statement**
**July 31, 2024**
**page 2 of 4**

5934

## Additions
*(con't)*

Deposits

| Date | Serial # | Source | |
|------|----------|--------|---|
| 7-15 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 5,741.17 |
| 7-15 | | Anthem Blue OH5Chcclaimpmttrn*1*3246043459*1311 | 2,838.29 |
| 7-15 | | Osu Health Systeach Pmt   Po1001294771Po-100129 | 520.12 |
| 7-15 | | Osu Health Systeach Pmt   061424\ | 176.20 |
| 7-17 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 7,143.02 |
| 7-17 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 285 | 679.25 |
| 7-18 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 10,421.89 |
| 7-18 | | Medsolutions    071524EFT 100941761 | 311.50 |
| 7-19 | | Key Capture Deposit | 79,601.15 |
| 7-19 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 5,012.78 |
| 7-22 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 7,880.68 |
| 7-22 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 7,106.79 |
| 7-22 | | Anthem Blue OH5Chcclaimpmttrn*1*3246626258*1311 | 2,500.14 |
| 7-23 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 307 | 59.54 |
| 7-24 | | Anthem Blue OH5Fhcclaimpmttrn*1*3246858208*1311 | 7,318.11 |
| 7-24 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 5,543.23 |
| 7-25 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 9,944.85 |
| 7-26 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 6,399.01 |
| 7-26 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 315 | 950.84 |
| 7-29 | | Anthem Blue OH5Chcclaimpmttrn*1*3247195094*1311 | 13,671.93 |
| 7-29 | | North Health Serck 22845 | 10,455.73 |
| 7-29 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 7,909.97 |
| 7-29 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 7,281.72 |
| 7-29 | | Osu Health Systeach Pmt   06282024-153106252024 | 605.00 |
| 7-30 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 321 | 124.49 |
| 7-31 | | Key Capture Deposit | 99,434.75 |
| 7-31 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 13,691.49 |
| 7-31 | | Unitedhealthcarehcclaimpmttrn*1*Tz88704933*14 | 2,986.30 |
| 7-31 | | Osu Health Systeach Pmt   07012024-1540\ | 145.00 |
| | | **Total additions** | **$523,580.67** |

## Subtractions

*Paper Checks*          * check missing from sequence

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|
| 3040 | 7-11 | $100.00 | *3046 | 7-2 | 450,000.00 | 3047 | 7-15 | 190,000.00 |
| *3044 | 7-11 | 5.00 | | | | | | |

**Paper Checks Paid    $640,105.00**

Withdrawals

| Date | Serial # | Location | |
|------|----------|----------|---|
| 7-1 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | $5,687.07 |
| 7-1 | | Hrtland Pmt Sys Chargeback650000012528306 | 44.00 |
| 7-2 | | Att        Payment | 190.48 |
| 7-3 | | Paymentech    Fee    5831947 | 25.00 |
| 7-8 | | Hrtland Pmt Sys Chargeback650000012528306 | 45.00 |
| 7-23 | | 8013Ohio-Taxosutoh Salestx | 5,575.16 |
| 7-24 | | Chargeback | 1.39 |



███████ 5934

## Subtractions
*(con't)*

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 7-30 | | Att        Payment | 190.48 |
| | | | **Total subtractions** | **$651,863.58** |

## Fees and charges

*See your Account Analysis statement for details.*

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> KeyBank
> Customer Disputes
> NY-31-55-0228
> 555 Patroon Creek Blvd
> Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O. Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

> Key Credit Research Department
> P.O. Box 94518
> Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶ Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹ List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➔ | $ |

**❺ List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| TOTAL ➔ | $ |

**❻ Enter ending balance shown on your statement.**

$

**❼ Add 5 and 6 and enter total here.**

$

**❽ Enter total from 4.**

$

**❾ Subtract 8 from 7 and enter difference here.**

$

This amount should agree with your check register balance.

5934 - 00101

7905

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**July 31, 2024**
**page 1 of 2**

 5942

13        T   968 00000 R EM AO
SBH MEDICAL, LTD.
PETTY CASH ACCOUNT
655 DEARBORN PARK LN
WORTHINGTON OH 43085-5766

*Questions or comments?*
*Call  1-800-821-2829*

---

Commercial Transaction        5942
SBH MEDICAL, LTD.
PETTY CASH ACCOUNT

| | |
|---|---|
| Beginning balance 6-30-24 | $4,871.90 |
| **Ending balance 7-31-24** | **$4,871.90** |

**Fees and charges**    *See your Account Analysis statement for details.*

page 2 of 2

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶ Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

**Enter into your check register and SUBTRACT:**
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

**Enter into your check register and ADD:**
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

**❹ List from your check register any checks or other deductions that are *not* shown on your statement.**

| Check # or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➔ | $ |

**❺ List any deposits from your check register that are *not* shown on your statement.**

| Date | Amount |
|---|---|
| | |
| | |
| | |
| TOTAL ➔ | $ |

**❻ Enter ending balance shown on your statement.**

$

**❼ Add 5 and 6 and enter total here.**

$

**❽ Enter total from 4.**

$

**❾ Subtract 8 from 7 and enter difference here.**

$

This amount should agree with your check register balance.

5942 - 00101

7906