# July 2024 Bank Statements for Rose Pharmacy RM, LLC



| | |
|---|---|
| **Last Statement:** | June 28, 2024 |
| **Statement Ending:** | July 31, 2024 |
| **Page:** | 1 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22716 TWS380WR080124031458 01 000000000 45 006



ROSE PHARMACY RM LLC
1423 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

📱 **Customer Support:**
312-291-2900

🕐 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

🖥 **Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                Account Number:    XXXXXX4801

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/29/24** | **$0.00** |
| + Deposits and Credits (68) | $141,584.93 |
| - Withdrawals and Debits (27) | $141,491.38 |
| **Ending Balance as of 07/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $93.55 |
| Number of Days in Statement Period | 33 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Jul 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240701 650000012557651 | -$607.76 |
| Jul 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,173.73 |
| Jul 02 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240702 | -$219.98 |
| Jul 02 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,085.19 |
| Jul 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016PDJPIM3EAMJ0 | -$13,332.00 |
| Jul 05 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240705 650000012557651 | -$0.04 |
| Jul 05 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240705 ACH06067903 | -$24,099.80 |
| Jul 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,642.38 |
| Jul 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,365.70 |



22716 0073659 0001-0005 00000000000000000000

## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check additions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

## Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX4801 |
| **Statement Date:** | 07/31/2024 |
| **Page :** | 2 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jul 10 | PREAUTHORIZED DEBIT | -$126.26 |
| | Bill.com Payables Shred-It, C/O Ster icycle, Inc Bill.c om 016LMPPSN3EKFMJ Acct 1000413532 - | |
| Jul 10 | AUTOMATIC TRANSFER | -$10,152.82 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 11 | AUTOMATIC TRANSFER | -$877.39 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 12 | PREAUTHORIZED DEBIT | -$10,560.99 |
| | MCKESSON DRUG AUTO ACH 240712 ACH06082556 | |
| Jul 15 | AUTOMATIC TRANSFER | -$7,131.11 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 16 | AUTOMATIC TRANSFER | -$13,391.99 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 17 | MAINTENANCE FEE | -$93.55 |
| | ANALYSIS ACTIVITY  FOR 06/24 | |
| Jul 17 | AUTOMATIC TRANSFER | -$1,545.05 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 18 | PREAUTHORIZED DEBIT | -$1,400.00 |
| | DIGITAL-RX SALE 240718 | |
| Jul 19 | PREAUTHORIZED DEBIT | -$10,454.96 |
| | MCKESSON DRUG AUTO ACH 240719 ACH06088825 | |
| Jul 22 | PREAUTHORIZED DEBIT | -$4,624.48 |
| | Bill.com Payables Bingodel B ill.com 016CINSBF3 F2YM0 Inv 06/30/20 24 | |
| Jul 23 | AUTOMATIC TRANSFER | -$129.55 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 24 | AUTOMATIC TRANSFER | -$2,626.93 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 25 | PREAUTHORIZED DEBIT | -$6,766.98 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016QOQVKE3F9E1H | |
| Jul 26 | PREAUTHORIZED DEBIT | -$11,404.69 |
| | MCKESSON DRUG AUTO ACH 240726 ACH06102956 | |
| Jul 29 | AUTOMATIC TRANSFER | -$5,954.19 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 30 | AUTOMATIC TRANSFER | -$1,014.61 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 31 | PREAUTHORIZED DEBIT | -$10.88 |
| | Bill.com Payables Shred-It, C/O Ster icycle, Inc Bill.c om 016DHSMMG3FH5JW Acct 1000413532 - | |
| Jul 31 | AUTOMATIC TRANSFER | -$2,791.92 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jul 01 | PREAUTHORIZED CREDIT | $111.57 |
| | HRTLAND PMT SYS TXNS/FEES 240701 650000012557651 | |
| Jul 01 | PREAUTHORIZED CREDIT | $352.94 |
| | HRTLAND PMT SYS TXNS/FEES 240701 650000012557651 | |
| Jul 01 | PREAUTHORIZED CREDIT | $7,316.98 |
| | ACCESS HEALTH ACCESS HEA 240701 5667300 | |
| Jul 02 | PREAUTHORIZED CREDIT | $44.39 |
| | HRTLAND PMT SYS TXNS/FEES 240702 650000012557651 | |
| Jul 02 | PREAUTHORIZED CREDIT | $567.73 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909583855*13635696 42~ | |





| | |
|---|---|
| **Account Number:** | XXXXXX4801 |
| **Statement Date:** | 07/31/2024 |
| **Page :** | 3 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22716 0073662 0003-0005 0000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 02 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240702 5667300 | $1,693.05 |
| Jul 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $12,559.67 |
| Jul 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240703 650000012557651 | $99.11 |
| Jul 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240703 5667300 | $673.22 |
| Jul 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $22,410.43 |
| Jul 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240705 650000012557651 | $37.20 |
| Jul 05 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909598095*13635696 42~ | $205.62 |
| Jul 05 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240704 5667300 | $1,446.59 |
| Jul 08 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240708 650000012557651 | $104.55 |
| Jul 08 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240708 5667300 | $1,537.83 |
| Jul 09 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240709 5667300 | $1,365.70 |
| Jul 10 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240710 5667300 | $122.02 |
| Jul 10 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909619768*13635696 42~ | $255.34 |
| Jul 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240710 650000012557651 | $671.52 |
| Jul 10 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001383452*1540849 793*184177539202~ | $1,295.48 |
| Jul 10 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001380277*1540849 793*184177539202~ | $7,934.72 |
| Jul 11 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240711 650000012557651 | $316.39 |
| Jul 11 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240711 5667300 | $561.00 |
| Jul 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $8,600.65 |
| Jul 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240712 650000012557651 | $69.45 |
| Jul 12 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240712 5667300 | $1,890.89 |
| Jul 15 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240715 650000012557651 | $70.12 |
| Jul 15 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240715 650000012557651 | $390.82 |
| Jul 15 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240715 5667300 | $6,670.17 |
| Jul 16 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909634538*13635696 42~ | $6.14 |
| Jul 16 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240716 5667300 | $554.42 |
| Jul 16 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909541722*13635696 42~ | $680.63 |
| Jul 16 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001389103*1540849 793*184177539202~ | $3,628.79 |
| Jul 16 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001386280*1540849 793*184177539202~ | $8,522.01 |





| | |
|---|---|
| **Account Number:** | XXXXXX4801 |
| **Statement Date:** | 07/31/2024 |
| **Page :** | 4 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240717 650000012557651 | $418.03 |
| Jul 17 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240717 5667300 | $1,220.57 |
| Jul 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $977.97 |
| Jul 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240718 650000012557651 | $8.11 |
| Jul 18 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240718 5667300 | $413.92 |
| Jul 19 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $2,904.98 |
| Jul 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240719 650000012557651 | $36.52 |
| Jul 19 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909648774*13635696 42~ | $37.04 |
| Jul 19 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001393066*1540849 793*184177539202~ | $2,131.36 |
| Jul 19 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240719 5667300 | $5,345.06 |
| Jul 22 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $3,686.71 |
| Jul 22 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240722 650000012557651 | $128.71 |
| Jul 22 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240722 650000012557651 | $399.09 |
| Jul 22 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240722 5667300 | $409.97 |
| Jul 23 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240723 5667300 | $59.21 |
| Jul 23 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240723 650000012557651 | $70.34 |
| Jul 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240724 650000012557651 | $206.99 |
| Jul 24 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909670566*13635696 42~ | $787.47 |
| Jul 24 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240724 5667300 | $1,632.47 |
| Jul 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $4,633.84 |
| Jul 25 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240725 650000012557651 | $571.33 |
| Jul 25 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240725 5667300 | $1,561.81 |
| Jul 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $9,061.21 |
| Jul 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240726 650000012557651 | $97.26 |
| Jul 26 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001394084*1540849 793*184177539202~ | $701.30 |
| Jul 26 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240726 5667300 | $1,544.92 |
| Jul 29 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909684957*13635696 42~ | $2.13 |
| Jul 29 | PREAUTHORIZED CREDIT<br>NORIDIAN DMEMAC HCCLAIMPMT 081517692076516*12 62326076~ | $19.60 |
| Jul 29 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240729 650000012557651 | $44.95 |

22716 0073663 0004-0005 00000000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Jul 29 | PREAUTHORIZED CREDIT | $101.75 |
|  | HRTLAND PMT SYS TXNS/FEES 240729 650000012557651 |  |
| Jul 29 | PREAUTHORIZED CREDIT | $5,785.76 |
|  | ACCESS HEALTH ACCESS HEA 240729 5667300 |  |
| Jul 30 | PREAUTHORIZED CREDIT | $1,014.61 |
|  | ACCESS HEALTH ACCESS HEA 240730 5667300 |  |
| Jul 31 | PREAUTHORIZED CREDIT | $92.62 |
|  | HRTLAND PMT SYS TXNS/FEES 240731 650000012557651 |  |
| Jul 31 | PREAUTHORIZED CREDIT | $2,710.18 |
|  | ACCESS HEALTH ACCESS HEA 240731 5667300 |  |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Jun 28 | $0.00 | Jul 09 | $0.00 | Jul 17 | $0.00 | Jul 25 | $0.00 |
| Jul 01 | $0.00 | Jul 10 | $0.00 | Jul 18 | $0.00 | Jul 26 | $0.00 |
| Jul 02 | $0.00 | Jul 11 | $0.00 | Jul 19 | $0.00 | Jul 29 | $0.00 |
| Jul 03 | $0.00 | Jul 12 | $0.00 | Jul 22 | $0.00 | Jul 30 | $0.00 |
| Jul 05 | $0.00 | Jul 15 | $0.00 | Jul 23 | $0.00 | Jul 31 | $0.00 |
| Jul 08 | $0.00 | Jul 16 | $0.00 | Jul 24 | $0.00 |  |  |

22716 0073664 0005-0005 0000000000000000000





JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 29, 2024 through July 31, 2024
**Account Number:** ███████5226

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00005132 WBS 111 211  21424 NNNNNNNNNNN  1 000000000 C1 0000

ROSE PHARMACY RM LLC
DEBTOR IN POSSESSION
35400 BOB HOPE DR STE 207
RANCHO MIRAGE CA 92270-1774

## Commercial Checking
## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $2,346.38 |  |
| Deposits and Credits | 0 | $0.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$2,346.38** |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

\* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank