# JULY 2024 BANK STATEMENTS FOR ROSE PHARMACY SF, LLC

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

22143 TWS380WR080124031458 01 000000000 45 007

ROSE PHARMACY SF LLC
1422 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

| | |
|---|---|
| Last Statement: | June 28, 2024 |
| Statement Ending: | July 31, 2024 |
| Page: | 1 of 6 |

## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: | XXXXXX8445 |
|---|---|---|

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/29/24** | **$2,076.79** |
| + Deposits and Credits (96) | $1,495,959.23 |
| - Withdrawals and Debits (38) | $1,460,521.36 |
| **Ending Balance as of 07/31/24** | **$37,194.00** |
| Analysis or Maintenance Fees for Period | $320.66 |
| Number of Days in Statement Period | 33 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jul 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240701 650000012921873 | -$5,135.82 |
| Jul 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,337.66 |
| Jul 02 | DEPOSIT RETURN ITEM<br>DDA CB Debit 1223  NSF 2nd | -$2,076.79 |
| Jul 02 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$55,801.31 |
| Jul 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016SICNMY3EAMJ8 | -$122,053.67 |
| Jul 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$105,330.71 |
| Jul 05 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240705 ACH06067236 | -$108,671.53 |
| Jul 05 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 4405  NSF | -$4,119.35 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | | |
|---|---|---|---|
| | Account Number: | | XXXXXX8445 |
| | Statement Date: | | 07/31/2024 |
| | Page : | | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jul 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5.29 |
| Jul 09 | PREAUTHORIZED DEBIT<br>MANAGED HEALTH C NET-RX 240709 | -$220.00 |
| Jul 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016YWALRU3EIFQJ | -$24,161.14 |
| Jul 09 | DEPOSIT RETURN ITEM<br>DDA CB Debit 4405  NSF 2nd | -$4,119.35 |
| Jul 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$66,811.59 |
| Jul 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$35,867.61 |
| Jul 12 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240712 ACH06081914 | -$94,772.23 |
| Jul 15 | PREAUTHORIZED DEBIT<br>FRONTIER COMMUNI BILL PAY 240715 20167310151 | -$255.98 |
| Jul 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$122,308.03 |
| Jul 16 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 1007  NSF | -$5,000.00 |
| Jul 16 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 1199  NSF | -$10,165.25 |
| Jul 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$64,511.80 |
| Jul 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 06/24 | -$320.66 |
| Jul 17 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 4066  NSF | -$698.36 |
| Jul 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$12,280.16 |
| Jul 18 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO BILL PAYMT 240718 | -$5,206.21 |
| Jul 18 | DEPOSIT RETURN ITEM<br>DDA CB Debit 1007  NSF 2nd | -$5,000.00 |
| Jul 18 | DEPOSIT RETURN ITEM<br>DDA CB Debit 1199  NSF 2nd | -$10,165.25 |
| Jul 19 | PREAUTHORIZED DEBIT<br>MCKESSON PLASMA AUTO ACH 240719 ACH06087430 | -$14,349.94 |
| Jul 19 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240719 ACH06088240 | -$99,744.10 |
| Jul 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016PJVVOG3F2YM6 | -$66,759.97 |
| Jul 22 | DEPOSIT RETURN ITEM<br>DDA CB Debit 4066  NSF 2nd | -$698.36 |
| Jul 23 | PREAUTHORIZED DEBIT<br>REPUBLICSERVICES RSIBILLPAY 240723 | -$545.70 |
| Jul 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$83,057.19 |
| Jul 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$28,451.11 |
| Jul 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016ROAXHC3F9E25 | -$61,773.94 |
| Jul 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016IBSKXJ3FAYI5 | -$24,865.72 |



22143 0072079 0002-0006 00000000000000000



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jul 26 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240726 ACH06102374 | -$95,828.41 |
| Jul 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,469.07 |
| Jul 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$81,523.80 |
| Jul 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$33,378.96 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jul 01 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200353665*1 330567651*433268 \ | $28.11 |
| Jul 01 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt ProOffice Cleaning Services Bill.com 016GCMMHU3E6061 I nv CEH-127 Late Fe | $35.00 |
| Jul 01 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1391509*1043608530 ~ | $72.32 |
| Jul 01 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200354403*1 330567651*433268 \ | $2,134.40 |
| Jul 01 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240701 650000012921873 | $5,203.65 |
| Jul 02 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC1999618 *1341939227*000000 965*5641798\ | $9.65 |
| Jul 02 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909583514*13635696 42~ | $322.18 |
| Jul 02 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550550495*12 60076803*99999~ | $1,548.12 |
| Jul 02 | REMOTE DEPOSIT | $1,979.32 |
| Jul 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240702 650000012921873 | $26,680.58 |
| Jul 02 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007610154*14 31420563\ | $27,239.80 |
| Jul 02 | REMOTE DEPOSIT | $30,673.36 |
| Jul 02 | REMOTE DEPOSIT | $182,940.30 |
| Jul 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240703 650000012921873 | $806.92 |
| Jul 03 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1395291*1043608530 ~ | $1,029.08 |
| Jul 03 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500296587*1752882 129*5641798\ | $9,956.38 |
| Jul 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $92,630.34 |
| Jul 05 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550551681*12 60076803*99999~ | $69.57 |
| Jul 05 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909597803*13635696 42~ | $648.87 |
| Jul 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240705 650000012921873 | $1,023.03 |
| Jul 05 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 4405  NSF | $4,119.35 |





| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 07/31/2024 |
| **Page :** | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 05 | PREAUTHORIZED CREDIT | $18,419.07 |
| | HRTLAND PMT SYS TXNS/FEES 240705 650000012921873 | |
| Jul 08 | PREAUTHORIZED CREDIT | $5.00 |
| | HRTLAND PMT SYS TXNS/FEES 240708 650000012921873 | |
| Jul 08 | REMOTE DEPOSIT | $36,907.29 |
| Jul 09 | PREAUTHORIZED CREDIT | $1,301.02 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550552837*12 | |
| | 60076803*99999~ | |
| Jul 09 | PREAUTHORIZED CREDIT | $2,043.82 |
| | HRTLAND PMT SYS TXNS/FEES 240709 650000012921873 | |
| Jul 09 | PREAUTHORIZED CREDIT | $2,311.96 |
| | MEDIMPACT DEBITS TRN*1*9200355844*1 330567651*433268 \ | |
| Jul 09 | PREAUTHORIZED CREDIT | $48,628.93 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007622498*14 31420563\ | |
| Jul 10 | PREAUTHORIZED CREDIT | $27.28 |
| | NAVITUS HCCLAIMPMT 1398823*1043608530 ~ | |
| Jul 10 | PREAUTHORIZED CREDIT | $195.50 |
| | MEDIMPACT DEBITS TRN*1*9200356028*1 330567651*433268 \ | |
| Jul 10 | PREAUTHORIZED CREDIT | $1,897.15 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909619428*13635696 42~ | |
| Jul 10 | PREAUTHORIZED CREDIT | $8,184.46 |
| | CA HCCLAIMPMT 7001384077*1540849 793*142733835902~ | |
| Jul 10 | PREAUTHORIZED CREDIT | $12,721.37 |
| | CAREMARK HCCLAIMPMT 2500307911*1752882 129*5641798\ | |
| Jul 10 | PREAUTHORIZED CREDIT | $12,841.85 |
| | CA HCCLAIMPMT 7001380832*1540849 793*142733835902~ | |
| Jul 12 | AUTOMATIC TRANSFER | $78,419.42 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 12 | PREAUTHORIZED CREDIT | $42.22 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04155297*143 1420563\ | |
| Jul 12 | PREAUTHORIZED CREDIT | $259.83 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550554035*12 | |
| | 60076803*99999~ | |
| Jul 12 | PREAUTHORIZED CREDIT | $16,050.75 |
| | HRTLAND PMT SYS TXNS/FEES 240712 650000012921873 | |
| Jul 12 | REMOTE DEPOSIT | $31,018.16 |
| Jul 12 | REMOTE DEPOSIT | $99,625.85 |
| Jul 15 | PREAUTHORIZED CREDIT | $356.68 |
| | NAVITUS HCCLAIMPMT 1397590*1043608530 ~ | |
| Jul 15 | PREAUTHORIZED CREDIT | $1,728.58 |
| | MEDIMPACT DEBITS TRN*1*9200357729*1 330567651*433268 \ | |
| Jul 16 | PREAUTHORIZED CREDIT | $1,491.98 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909634207*13635696 42~ | |
| Jul 16 | PREAUTHORIZED CREDIT | $1,961.62 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550555132*12 | |
| | 60076803*99999~ | |
| Jul 16 | REDEPOSIT RETURN CHK | $5,000.00 |
| | DDA Redp Credit 1007  NSF | |
| Jul 16 | REDEPOSIT RETURN CHK | $10,165.25 |
| | DDA Redp Credit 1199  NSF | |
| Jul 16 | PREAUTHORIZED CREDIT | $10,236.93 |
| | CA HCCLAIMPMT 7001389643*1540849 793*142733835902~ | |
| Jul 16 | PREAUTHORIZED CREDIT | $11,948.75 |
| | HRTLAND PMT SYS TXNS/FEES 240716 650000012921873 | |
| Jul 16 | PREAUTHORIZED CREDIT | $18,326.10 |
| | CA HCCLAIMPMT 7001386734*1540849 793*142733835902~ | |
| Jul 16 | PREAUTHORIZED CREDIT | $25,546.42 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007634355*14 31420563\ | |

**WINTRUST BANK**

Account Number: XXXXXX8445
Statement Date: 07/31/2024
Page: 5 of 6

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 17 | PREAUTHORIZED CREDIT MEDIMPACT DEBITS TRN*1*9200358314*1 330567651*433268 \ | $8.94 |
| Jul 17 | REDEPOSIT RETURN CHK DDA Redp Credit 4066  NSF | $698.36 |
| Jul 17 | PREAUTHORIZED CREDIT CAREMARK HCCLAIMPMT 2500319144*1752882 129*5641798\ | $13,290.24 |
| Jul 18 | AUTOMATIC TRANSFER TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $3,669.73 |
| Jul 18 | PREAUTHORIZED CREDIT SCRIPT CARE, LTD ACH Paymen TRN*1*0000583189*1 760295598~ | $3.70 |
| Jul 18 | PREAUTHORIZED CREDIT NAVITUS HCCLAIMPMT 1400768*1043608530 ~ | $1,527.21 |
| Jul 18 | REMOTE DEPOSIT | $10,729.57 |
| Jul 19 | AUTOMATIC TRANSFER TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $91,768.29 |
| Jul 19 | PREAUTHORIZED CREDIT PRIME THERAPEUTI HCCLAIMPMT 444444440888476*22 60076803*99999~ | $147.22 |
| Jul 19 | PREAUTHORIZED CREDIT MEDIMPACT DEBITS TRN*1*9200359195*1 330567651*433268 \ | $576.28 |
| Jul 19 | PREAUTHORIZED CREDIT ARGUS HEALTH SYS HCCLAIMPMT 909648475*13635696 42~ | $644.73 |
| Jul 19 | PREAUTHORIZED CREDIT PRIME THERAPEUTI HCCLAIMPMT 555555550556321*12 60076803*99999~ | $652.14 |
| Jul 19 | PREAUTHORIZED CREDIT CA HCCLAIMPMT 7001390869*1540849 793*142733835902~ | $9,581.38 |
| Jul 22 | AUTOMATIC TRANSFER TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $66,744.63 |
| Jul 22 | PREAUTHORIZED CREDIT ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2004190 *1341939227*000001 534*5641798\ | $15.34 |
| Jul 23 | PREAUTHORIZED CREDIT MEDIMPACT DEBITS TRN*1*9200359675*1 330567651*433268 \ | $1,594.34 |
| Jul 23 | PREAUTHORIZED CREDIT EXPRESS SCRIPTS PAYMENT TRN*1*007646738*14 31420563\ | $21,286.39 |
| Jul 23 | PREAUTHORIZED CREDIT HRTLAND PMT SYS TXNS/FEES 240723 650000012921873 | $60,722.16 |
| Jul 24 | PREAUTHORIZED CREDIT MEDIMPACT DEBITS TRN*1*9200360120*1 330567651*433268 \ | $10.58 |
| Jul 24 | PREAUTHORIZED CREDIT NAVITUS HCCLAIMPMT 1404152*1043608530 ~ | $1,287.35 |
| Jul 24 | PREAUTHORIZED CREDIT ARGUS HEALTH SYS HCCLAIMPMT 909670248*13635696 42~ | $2,187.93 |
| Jul 24 | PREAUTHORIZED CREDIT CAREMARK HCCLAIMPMT 2500331169*1752882 129*5641798\ | $24,965.25 |
| Jul 25 | AUTOMATIC TRANSFER TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $61,774.72 |
| Jul 25 | REMOTE DEPOSIT | $2,041.55 |
| Jul 25 | REMOTE DEPOSIT | $28,888.98 |
| Jul 25 | REMOTE DEPOSIT | $43,110.69 |
| Jul 26 | AUTOMATIC TRANSFER TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $15,499.07 |
| Jul 26 | PREAUTHORIZED CREDIT PRIME THERAPEUTI HCCLAIMPMT 444444440892174*22 60076803*99999~ | $175.80 |
| Jul 26 | PREAUTHORIZED CREDIT MEDICARE-DUAL DOD REMIT TRN*1*04158095*143 1420563\ | $1,676.49 |





| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 07/31/2024 |
| **Page :** | 6 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 26 | PREAUTHORIZED CREDIT | $3,001.48 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550558706*12 | |
| | 60076803*99999~ | |
| Jul 26 | PREAUTHORIZED CREDIT | $5,191.16 |
| | CA HCCLAIMPMT 7001394649*1540849 793*142733835902~ | |
| Jul 26 | PREAUTHORIZED CREDIT | $21,108.13 |
| | HRTLAND PMT SYS TXNS/FEES 240726 650000012921873 | |
| Jul 29 | PREAUTHORIZED CREDIT | $44.64 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2005528 | |
| | *1341939227*000004 464*5641798\ | |
| Jul 29 | PREAUTHORIZED CREDIT | $1,174.61 |
| | MEDIMPACT DEBITS TRN*1*9200360976*1 330567651*433268 \ | |
| Jul 29 | PREAUTHORIZED CREDIT | $1,249.82 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909684657*13635696 42~ | |
| Jul 30 | PREAUTHORIZED CREDIT | $26.13 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550559878*12 | |
| | 60076803*99999~ | |
| Jul 30 | PREAUTHORIZED CREDIT | $569.53 |
| | NAVITUS HCCLAIMPMT 1402908*1043608530 ~ | |
| Jul 30 | PREAUTHORIZED CREDIT | $2,363.47 |
| | MEDIMPACT DEBITS TRN*1*9200361265*1 330567651*433268 \ | |
| Jul 30 | PREAUTHORIZED CREDIT | $28,874.31 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007659180*14 31420563\ | |
| Jul 30 | PREAUTHORIZED CREDIT | $49,690.36 |
| | HRTLAND PMT SYS TXNS/FEES 240730 650000012921873 | |
| Jul 31 | PREAUTHORIZED CREDIT | $719.43 |
| | NAVITUS HCCLAIMPMT 1405985*1043608530 ~ | |
| Jul 31 | PREAUTHORIZED CREDIT | $1,592.74 |
| | MEDIMPACT DEBITS TRN*1*9200362102*1 330567651*433268 \ | |
| Jul 31 | REMOTE DEPOSIT | $2,974.67 |
| Jul 31 | PREAUTHORIZED CREDIT | $14,022.70 |
| | CAREMARK HCCLAIMPMT 2500342535*1752882 129*5641798\ | |
| Jul 31 | PREAUTHORIZED CREDIT | $17,044.09 |
| | HRTLAND PMT SYS TXNS/FEES 240731 650000012921873 | |
| Jul 31 | REMOTE DEPOSIT | $34,219.33 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jun 28 | $2,076.79 | Jul 09 | $0.00 | Jul 18 | $11,422.36 | Jul 25 | $74,042.00 |
| Jul 01 | $2,076.79 | Jul 10 | $0.00 | Jul 19 | $698.36 | Jul 26 | $0.00 |
| Jul 02 | $215,592.00 | Jul 12 | $130,644.00 | Jul 22 | $0.00 | Jul 29 | $0.00 |
| Jul 03 | $0.00 | Jul 15 | $10,165.25 | Jul 23 | $0.00 | Jul 30 | $0.00 |
| Jul 05 | $4,119.35 | Jul 16 | $15,165.25 | Jul 24 | $0.00 | Jul 31 | $37,194.00 |
| Jul 08 | $41,026.35 | Jul 17 | $15,863.61 | | | | |





JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 29, 2024 through July 31, 2024
**Account Number:** ███████8660

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000540 WBS 111 141 21424 NNNNNNNNNNN 1 000000000 C1 0000
ROSE PHARMACY SF LLC
DEBTOR IN POSSESSION
311 S WACKER DR SUITE 2640
CHICAGO IL 60606

## Commercial Checking
## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $194,967.18 |  |
| Deposits and Credits | 8 | $27,522.83 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$222,490.01** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 07/12 | Orig CO Name:Amazon Hospice I      Orig ID:9111111101 Desc Date:240712 CO Entry Descr:Direct Depsec:PPD    Trace#:051000012233350 Eed:240712 Ind ID:27509581982543      Ind Name:,Rose Pharmacy 1233236186      Kf Trn: 1932233350Tc | $1,856.27 |
| 07/15 | Orig CO Name:Medonelc      Orig ID:1261769761 Desc Date:      CO Entry Descr:ACH Paymensec:CCD    Trace#:107005955779585 Eed:240715 Ind ID:792464      Ind Name:Rose Pharmacy Trn*1*100705*1261769761~ Trn: 1945779585Tc | 228.34 |
| 07/16 | Orig CO Name:Angel Hospice CA      Orig ID:9200502235 Desc Date:240716 CO Entry Descr:ACH Pmt   Sec:CCD    Trace#:021000025439559 Eed:240716  Ind ID:11138130086      Ind Name:Rose Pharmacy Diff Invoices Showing On The Statem Ent Balance. Trn: 1975439559Tc | 4,993.74 |
| 07/23 | Orig CO Name:Bellerose Hospic      Orig ID:S941687665 Desc Date:240723 CO Entry Descr:Sender   Sec:CTX    Trace#:113000025563278 Eed:240723 Ind ID:732237416      Ind Name:0000Rose Pharmacy Onlne Trnsfr88871070 Trn: 2055563278Tc | 18,253.80 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



June 29, 2024 through July 31, 2024

**Account Number:** ████████8660

## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 07/24 | Real Time Payment Credit Recd From Aba/Contr Bnk-321171184  From: Bnf-Kent Cruz Ref: 10942040646 Info: Text-Rmtinf-Inv355-15662 Iid: 20240724021000089P1Bxop119421482601 Recd: 15:42:16 Trn: 0534400206Gb  YOUR REF:  10942040646 | 817.80 |
| 07/24 | Orig CO Name:Symphony Hospice      Orig ID:9200502235 Desc Date:240724 CO Entry Descr:ACH Pmt   Sec:PPD Trace#:021000024331766 Eed:240724  Ind ID:11139067974          Ind Name:Rose Pharmacy        Symphony Hospice: Freeto, Emily. IN V355-15748 Trn: 2054331766Tc | 58.00 |
| 07/26 | Orig CO Name:Amazon Hospice I      Orig ID:9111111101 Desc Date:240726 CO Entry Descr:Direct Depsec:PPD   Trace#:051000015804415 Eed:240726 Ind ID:556091426076543          Ind Name:,Rose Pharmacy 1233236186     Kf Trn: 2075804415Tc | 800.00 |
| 07/31 | Orig CO Name:Medonelc        Orig ID:1261769761 Desc Date:        CO Entry Descr:ACH Paymensec:CCD   Trace#:107005959571841 Eed:240731 Ind ID:799140          Ind Name:Rose Pharmacy Trn*1*100711*1261769761~ Trn: 2129571841Tc | 514.88 |
| **Total** | | **$27,522.83** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 07/12 | $196,823.45 | 07/24 | $221,175.13 |
| 07/15 | $197,051.79 | 07/26 | $221,975.13 |
| 07/16 | $202,045.53 | 07/31 | $222,490.01 |
| 07/23 | $220,299.33 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.