# JULY 2024 BANK STATEMENTS FOR PRO PHARMACY, LLC



| | |
|---|---|
| Last Statement: | June 28, 2024 |
| Statement Ending: | July 31, 2024 |
| Page: | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



18014 TWS380WR080124031458 01 000000000 45 007
PRO PHARMACY LLC
1421 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service


**Customer Support:**
312-291-2900


**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm


**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                     Account Number:    XXXXXX7307

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/29/24** | **$0.00** |
| + Deposits and Credits (62) | $261,983.01 |
| - Withdrawals and Debits (60) | $261,807.77 |
| **Ending Balance as of 07/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $175.24 |
| Number of Days in Statement Period | 33 |

### Debits



| Date | Description | Subtractions |
|---|---|---|
| Jul 01 | PREAUTHORIZED DEBIT NGRID37 NGRID37WEB 240701 | -$43.62 |
| Jul 01 | PREAUTHORIZED DEBIT OPTIMUM 7801 CABLE PMNT 240701 | -$88.27 |
| Jul 01 | PREAUTHORIZED DEBIT Prescrip Sup0188 Daily AR 240701 10985 | -$322.92 |
| Jul 01 | PREAUTHORIZED DEBIT HRTLAND PMT SYS TXNS/FEES 240701 650000012526326 | -$1,686.63 |
| Jul 01 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$25,010.29 |
| Jul 02 | PREAUTHORIZED DEBIT Prescrip Sup0188 Daily AR 240702 10985 | -$151.83 |
| Jul 02 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,872.84 |
| Jul 03 | PREAUTHORIZED DEBIT Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com 016KCLAGU3EC8ZT In v 647369 | -$224.22 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement |  |
|---|---|
| **Add** deposits made by you, but not shown on this statement. |  |
|  |  |
|  |  |
|  |  |
| **Subtotal** |  |
|  |  |
| 3. **List** total of checks outstanding |  |
| **Subtract** check total from above Subtotal |  |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



**WINTRUST BANK®**

| | |
|---|---|
| Account Number: | XXXXXX7307 |
| Statement Date: | 07/31/2024 |
| Page : | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jul 03 | PREAUTHORIZED DEBIT | -$696.81 |
| | Bill.com Payables Integral RX B ill.com 016QTBQIC3 EC8ZS Acct 15345 - Multiple invoices | |
| Jul 03 | PREAUTHORIZED DEBIT | -$1,256.38 |
| | REPUBLIC PHARMAC CORP COLL 240703 | |
| Jul 03 | AUTOMATIC TRANSFER | -$320.13 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 05 | PREAUTHORIZED DEBIT | -$7,606.24 |
| | CITY MEDRX LLC MONEY OWED 240705 | |
| Jul 05 | PREAUTHORIZED DEBIT | -$21,641.54 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016MWGZUV3EDBVR | |
| Jul 08 | PREAUTHORIZED DEBIT | -$5,814.11 |
| | Bill.com Payables FFF Enterprises In c - 9679 Bill.com 016GGTPGH3EFUWA Ac ct FNY369679 - Mul | |
| Jul 08 | AUTOMATIC TRANSFER | -$20,392.50 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 09 | PREAUTHORIZED DEBIT | -$402.22 |
| | LIPA DIRECTPAY 240709 0163401029 | |
| Jul 09 | AUTOMATIC TRANSFER | -$8,380.40 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 10 | PREAUTHORIZED DEBIT | -$1,328.35 |
| | MASTERS DRUG COM AUTO ACH 240710 ACH06070429 | |
| Jul 10 | PREAUTHORIZED DEBIT | -$9,704.51 |
| | CARDINAL HEALTH, XXXXXXXXXX 240710 2052047211 2220 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240711 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240711 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240711 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240711 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240711 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240711 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240711 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240711 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$78.39 |
| | JLCCopyInc PURCHASE 240711 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$156.99 |
| | Prescrip Sup0188 Daily AR 240711 10985 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$569.85 |
| | ParMed XXXXXXXXXX 240711 2057205344 2220 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$1,115.91 |
| | REPUBLIC PHARMAC CORP COLL 240711 | |
| Jul 11 | AUTOMATIC TRANSFER | -$3,519.58 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 12 | PREAUTHORIZED DEBIT | -$234.09 |
| | GOTO COMMUNICATI GOTO/JIVE 240712 | |
| Jul 12 | AUTOMATIC TRANSFER | -$16,616.60 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 15 | PREAUTHORIZED DEBIT | -$154.02 |
| | Prescrip Sup0188 Daily AR 240715 10985 | |





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|-------------:|
| Jul 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$23,309.24 |
| Jul 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016PYVATI3EU7DO | -$5,192.23 |
| Jul 17 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240717 2052047211 2220 | -$193.00 |
| Jul 17 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 240717 | -$335.88 |
| Jul 17 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240717 | -$944.45 |
| Jul 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 06/24 | -$175.24 |
| Jul 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,604.31 |
| Jul 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,800.72 |
| Jul 19 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240719 10985 | -$173.35 |
| Jul 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016GXMMJY3F19J0 | -$13,767.61 |
| Jul 22 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240722 10985 | -$180.24 |
| Jul 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016GKKZPU3F2XLS | -$6,156.58 |
| Jul 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$17,384.44 |
| Jul 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables TopRx, LLC B ill.com 016COEVIP3 F54KG Acct PRO103<br>- Inv 9383901 | -$248.10 |
| Jul 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$305.11 |
| Jul 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Delco Development Company of Hicksvi lle LP Bill.com<br>01 6BDKSJZ3F6ZAX Acct | -$3,836.37 |
| Jul 25 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240725 | -$721.45 |
| Jul 25 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240725 2052047211 2220 | -$11,249.38 |
| Jul 26 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240726 2057205344 2220 | -$483.21 |
| Jul 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Wis International Bill.com 016LAVKRV 3FAX9X Inv 01-<br>1124 389 | -$1,040.00 |
| Jul 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$14,221.43 |
| Jul 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$19,225.15 |
| Jul 30 | PREAUTHORIZED DEBIT<br>NGRID37 NGRID37WEB 240730 | -$43.34 |
| Jul 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$898.70 |
| Jul 31 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 240731 | -$419.88 |
| Jul 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,161.72 |

18014 0060870 0003-0006 0000000000000000000



# WINTRUST BANK®

| | |
|---|---|
| **Account Number:** | XXXXXX7307 |
| **Statement Date:** | 07/31/2024 |
| **Page :** | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
|---|---|---|
| Jul 01 | PREAUTHORIZED CREDIT | $1,458.81 |
| | HRTLAND PMT SYS TXNS/FEES 240701 650000012526326 | |
| Jul 01 | PREAUTHORIZED CREDIT | $2,395.00 |
| | HRTLAND PMT SYS TXNS/FEES 240701 650000012526326 | |
| Jul 01 | PREAUTHORIZED CREDIT | $8,177.71 |
| | LEADER DRUGSTORE CARDINALCP 240701 5832705 | |
| Jul 01 | PREAUTHORIZED CREDIT | $15,120.21 |
| | Prescription TRANSFER 240701 ST-N2O4L5X8T0E2 | |
| Jul 02 | PREAUTHORIZED CREDIT | $2,024.67 |
| | LEADER DRUGSTORE CARDINALCP 240702 5832705 | |
| Jul 03 | PREAUTHORIZED CREDIT | $10.57 |
| | LEADER DRUGSTORE CARDINALCP 240703 5832705 | |
| Jul 03 | PREAUTHORIZED CREDIT | $363.28 |
| | Monarch Specialt ePay brightscrip Period 58 May 1-15 2024 | |
| Jul 03 | PREAUTHORIZED CREDIT | $2,123.69 |
| | HRTLAND PMT SYS TXNS/FEES 240703 650000012526326 | |
| Jul 05 | AUTOMATIC TRANSFER | $22,581.86 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 05 | PREAUTHORIZED CREDIT | $742.91 |
| | LEADER DRUGSTORE CARDINALCP 240705 5832705 | |
| Jul 05 | PREAUTHORIZED CREDIT | $1,262.19 |
| | HRTLAND PMT SYS TXNS/FEES 240705 650000012526326 | |
| Jul 05 | PREAUTHORIZED CREDIT | $1,472.59 |
| | HRTLAND PMT SYS TXNS/FEES 240705 650000012526326 | |
| Jul 05 | PREAUTHORIZED CREDIT | $3,188.23 |
| | NYS DOH HCCLAIMPMT 021300074186316*11 41797357~ | |
| Jul 08 | PREAUTHORIZED CREDIT | $1,348.90 |
| | HRTLAND PMT SYS TXNS/FEES 240708 650000012526326 | |
| Jul 08 | PREAUTHORIZED CREDIT | $10,699.43 |
| | Prescription TRANSFER 240708 ST-W1U4G9C3U7O8 | |
| Jul 08 | PREAUTHORIZED CREDIT | $14,158.28 |
| | LEADER DRUGSTORE CARDINALCP 240708 5832705 | |
| Jul 09 | PREAUTHORIZED CREDIT | $8,782.62 |
| | LEADER DRUGSTORE CARDINALCP 240709 5832705 | |
| Jul 10 | AUTOMATIC TRANSFER | $7,792.76 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 10 | PREAUTHORIZED CREDIT | $998.77 |
| | LEADER DRUGSTORE CARDINALCP 240710 5832705 | |
| Jul 10 | PREAUTHORIZED CREDIT | $2,241.33 |
| | HRTLAND PMT SYS TXNS/FEES 240710 650000012526326 | |
| Jul 11 | PREAUTHORIZED CREDIT | $1,366.26 |
| | HRTLAND PMT SYS TXNS/FEES 240711 650000012526326 | |
| Jul 11 | PREAUTHORIZED CREDIT | $2,078.17 |
| | NYS DOH HCCLAIMPMT 021300074205580*11 41797357~ | |
| Jul 11 | PREAUTHORIZED CREDIT | $2,518.93 |
| | LEADER DRUGSTORE CARDINALCP 240711 5832705 | |
| Jul 12 | PREAUTHORIZED CREDIT | $1,874.47 |
| | HRTLAND PMT SYS TXNS/FEES 240712 650000012526326 | |
| Jul 12 | PREAUTHORIZED CREDIT | $14,976.22 |
| | LEADER DRUGSTORE CARDINALCP 240712 5832705 | |
| Jul 15 | PREAUTHORIZED CREDIT | $1,642.48 |
| | HRTLAND PMT SYS TXNS/FEES 240715 650000012526326 | |
| Jul 15 | PREAUTHORIZED CREDIT | $1,726.51 |
| | HRTLAND PMT SYS TXNS/FEES 240715 650000012526326 | |
| Jul 15 | PREAUTHORIZED CREDIT | $4,134.56 |
| | LEADER DRUGSTORE CARDINALCP 240715 5832705 | |
| Jul 15 | PREAUTHORIZED CREDIT | $15,959.71 |
| | Prescription TRANSFER 240715 ST-E3M4Q9B2R6G8 | |



18014 0060871 0004-0006 0000000000000000000



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $4,359.71 |
| Jul 16 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240716 5832705 | $832.52 |
| Jul 17 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 59 May 16-31 2024 | $675.80 |
| Jul 17 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240717 5832705 | $687.72 |
| Jul 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240717 650000012526326 | $1,889.36 |
| Jul 18 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240718 5832705 | $311.01 |
| Jul 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240718 650000012526326 | $1,704.38 |
| Jul 18 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074225870*11 41797357~ | $5,785.33 |
| Jul 19 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $446.72 |
| Jul 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240719 650000012526326 | $1,391.37 |
| Jul 19 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240719 5832705 | $12,102.87 |
| Jul 22 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240722 650000012526326 | $1,774.63 |
| Jul 22 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240722 650000012526326 | $1,852.41 |
| Jul 22 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240722 5832705 | $7,189.70 |
| Jul 22 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240722 ST-U1O8U2A5H2L2 | $12,904.52 |
| Jul 23 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240723 5832705 | $553.21 |
| Jul 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $929.77 |
| Jul 24 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240724 5832705 | $3.58 |
| Jul 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240724 650000012526326 | $2,903.02 |
| Jul 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $5,815.88 |
| Jul 25 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240725 5832705 | $42.27 |
| Jul 25 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074245527*11 41797357~ | $2,877.30 |
| Jul 25 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240725 650000012526326 | $3,235.38 |
| Jul 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240726 650000012526326 | $2,107.15 |
| Jul 26 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240726 5832705 | $13,637.49 |
| Jul 29 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240729 650000012526326 | $1,613.59 |
| Jul 29 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240729 650000012526326 | $1,739.09 |
| Jul 29 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240729 5832705 | $4,951.77 |
| Jul 29 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240729 ST-A9K2C5L6P8D4 | $10,920.70 |

18014 0060872 0005-0006 00000000000000000





Account Number:        XXXXXX7307
Statement Date:         07/31/2024
Page :        6 of 6

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Jul 30 | PREAUTHORIZED CREDIT | $407.76 |
| | Monarch Specialt ePay brightscrip Period 60 Jun 1-15 2024 | |
| Jul 30 | PREAUTHORIZED CREDIT | $534.28 |
| | LEADER DRUGSTORE CARDINALCP 240730 5832705 | |
| Jul 31 | PREAUTHORIZED CREDIT | $77.95 |
| | LEADER DRUGSTORE CARDINALCP 240731 5832705 | |
| Jul 31 | PREAUTHORIZED CREDIT | $2,503.65 |
| | HRTLAND PMT SYS TXNS/FEES 240731 650000012526326 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Jun 28 | $0.00 | Jul 09 | $0.00 | Jul 17 | $0.00 | Jul 25 | $0.00 |
| Jul 01 | $0.00 | Jul 10 | $0.00 | Jul 18 | $0.00 | Jul 26 | $0.00 |
| Jul 02 | $0.00 | Jul 11 | $0.00 | Jul 19 | $0.00 | Jul 29 | $0.00 |
| Jul 03 | $0.00 | Jul 12 | $0.00 | Jul 22 | $0.00 | Jul 30 | $0.00 |
| Jul 05 | $0.00 | Jul 15 | $0.00 | Jul 23 | $0.00 | Jul 31 | $0.00 |
| Jul 08 | $0.00 | Jul 16 | $0.00 | Jul 24 | $0.00 | | |

18014 0060873 0006-0006 0000000000000000

