# JULY 2024 BANK STATEMENTS FOR HEALTHY CHOICE COMPOUNDING LLC

# WebsterBank®

**P.O. Box 191**
**Waterbury, CT 06720-0191**

## *July 2024*

*Reporting Activity 07/01 - 07/31*     *Page 1 of 6*

JACOBS PILL INC
DBA THE HEALTHY CHOICE APOTHECARY
C/O OPTIO RX
225 S 6TH ST STE 3900
MINNEAPOLIS MN 55402-4622

### Contact Us

 Client Services     800.482.2220

 Mailing Address     P.O. Box 191
Waterbury, CT 06720-0191

Online Access     websterbank.com

## SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | ENDING BALANCE |
|---|---|---|
| **BASIC BUSINESS CHECKING** | **XXXXXX8186** | **$255,424.43** |

## BASIC BUSINESS CHECKING - XXXXXX8186

### Account Summary

| Date | Description | |
|---|---|---|
| 07/01/2024 | **Beginning Balance** | **$243,053.38** |
| | 6 Debit(s) this period | $261,480.19 |
| | 28 Credit(s) this period | $273,851.24 |
| 07/31/2024 | **Ending Balance** | **$255,424.43** |

### Interest Summary

| Description | |
|---|---|
| Interest Earned From 07/01/2024 Through 07/31/2024 | |
| Annual Percentage Yield Earned | 0.0000% |
| Interest Days | 31 |
| Interest Earned | $0.00 |
| Interest Paid This Period | $0.00 |
| Interest Paid Year-to-Date | $0.00 |
| Interest Withheld Year-to-Date | $0.00 |
| Average Ledger Balance | $143,663.16 |
| Average Available Balance | $143,651.61 |

### Transaction Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/01/2024 | Beginning Balance | | | $243,053.38 |
| 07/01/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $16,421.75 | $259,475.13 |
| 07/01/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | -$7,916.00 | | $251,559.13 |
| 07/02/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $12,470.55 | $264,029.68 |
| 07/02/2024 | FULLSCRIPT     FS24070123 THE HEALTHY CHOICE APO ST-A2F2X8X0R1Q0 | | $117.56 | $264,147.24 |

 **MEMBER FDIC**

THIS PAGE LEFT INTENTIONALLY BLANK



**Webster**Bank®

*July 2024*

Reporting Activity 07/01 - 07/31                    *Page 3 of 6*

## BASIC BUSINESS CHECKING - XXXXXX8186 (continued)

**Transaction Activity (continued)**

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/03/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $11,112.82 | $275,260.06 |
| 07/03/2024 | CHECK #3024 | -$250,000.00 | | $25,260.06 |
| 07/05/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $13,355.13 | $38,615.19 |
| 07/08/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $10,633.88 | $49,249.07 |
| 07/08/2024 | VANTIV_INTG_PYMT BILLNG Merch Bankcard 286809 The Heal | -$198.30 | | $49,050.77 |
| 07/09/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $14,419.25 | $63,470.02 |
| 07/09/2024 | FULLSCRIPT      FS24070823 THE HEALTHY CHOICE APO ST-Y9H7Z4I4M6A6 | | $110.66 | $63,580.68 |
| 07/10/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $12,423.20 | $76,003.88 |
| 07/11/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $11,798.52 | $87,802.40 |
| 07/12/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $14,673.56 | $102,475.96 |
| 07/15/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $9,835.50 | $112,311.46 |
| 07/16/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $18,595.98 | $130,907.44 |
| 07/16/2024 | FULLSCRIPT      FS24071523 THE HEALTHY CHOICE APO ST-S6G9Y0X0A2D1 | | $101.73 | $131,009.17 |
| 07/17/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $11,546.09 | $142,555.26 |
| 07/18/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $11,943.07 | $154,498.33 |
| 07/18/2024 | VERIZON         PAYMENTREC XXXXXXXXX0001 | -$203.75 | | $154,294.58 |
| 07/19/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $7,799.84 | $162,094.42 |
| 07/22/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $10,384.92 | $172,479.34 |
| 07/23/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $14,596.69 | $187,076.03 |
| 07/23/2024 | FULLSCRIPT      FS24072224 THE HEALTHY CHOICE APO ST-O6F2Y1L5I0W7 | | $94.90 | $187,170.93 |
| 07/24/2024 | DEPOSIT | | $1,064.09 | $188,235.02 |
| 07/24/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $10,787.63 | $199,022.65 |
| 07/25/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $11,560.93 | $210,583.58 |



## BASIC BUSINESS CHECKING - XXXXXX8186 (continued)

### Transaction Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 07/25/2024 | CON ED OF NY    CECONY THE HEALTHY CHOICE APO XXXXXXX0000 | -$1,961.35 | | $208,622.23 |
| 07/26/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $12,991.52 | $221,613.75 |
| 07/29/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $9,113.92 | $230,727.67 |
| 07/29/2024 | CHECK #2044 | -$1,200.79 | | $229,526.88 |
| 07/30/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $14,469.13 | $243,996.01 |
| 07/30/2024 | FULLSCRIPT    FS24072924 THE HEALTHY CHOICE APO ST-W2D9N0S6O8S8 | | $83.05 | $244,079.06 |
| 07/31/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $11,345.37 | $255,424.43 |
| 07/31/2024 | Ending Balance | | | $255,424.43 |

### Debits

| Date | Description | Amount |
|---|---|---|
| 07/01/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | -$7,916.00 |
| 07/08/2024 | VANTIV_INTG_PYMT BILLNG Merch Bankcard 286809 The Heal | -$198.30 |
| 07/18/2024 | VERIZON        PAYMENTREC XXXXXXXXX0001 | -$203.75 |
| 07/25/2024 | CON ED OF NY    CECONY THE HEALTHY CHOICE APO XXXXXXX0000 | -$1,961.35 |

### Credits

| Date | Description | Amount |
|---|---|---|
| 07/01/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $16,421.75 |
| 07/02/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $12,470.55 |
| 07/02/2024 | FULLSCRIPT    FS24070123 THE HEALTHY CHOICE APO ST-A2F2X8X0R1Q0 | $117.56 |
| 07/03/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $11,112.82 |
| 07/05/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $13,355.13 |
| 07/08/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $10,633.88 |
| 07/09/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $14,419.25 |
| 07/09/2024 | FULLSCRIPT    FS24070823 THE HEALTHY CHOICE APO ST-Y9H7Z4I4M6A6 | $110.66 |
| 07/10/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $12,423.20 |
| 07/11/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $11,798.52 |
| 07/12/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO | $14,673.56 |



**Webster**Bank®

## BASIC BUSINESS CHECKING - XXXXXX8186 (continued)

### Credits (continued)

| Date | Description | Amount |
|------|-------------|--------|
| | XXXXXXXXXXXX2222 | |
| 07/15/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXXX2222 | $9,835.50 |
| 07/16/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXXX2222 | $18,595.98 |
| 07/16/2024 | FULLSCRIPT      FS24071523 THE HEALTHY CHOICE APO ST-S6G9Y0X0A2D1 | $101.73 |
| 07/17/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXXX2222 | $11,546.09 |
| 07/18/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXXX2222 | $11,943.07 |
| 07/19/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXXX2222 | $7,799.84 |
| 07/22/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXXX2222 | $10,384.92 |
| 07/23/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXXX2222 | $14,596.69 |
| 07/23/2024 | FULLSCRIPT      FS24072224 THE HEALTHY CHOICE APO ST-O6F2Y1L5I0W7 | $94.90 |
| 07/24/2024 | DEPOSIT | $1,064.09 |
| 07/24/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXXX2222 | $10,787.63 |
| 07/25/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXXX2222 | $11,560.93 |
| 07/26/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXXX2222 | $12,991.52 |
| 07/29/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXXX2222 | $9,113.92 |
| 07/30/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXXX2222 | $14,469.13 |
| 07/30/2024 | FULLSCRIPT      FS24072924 THE HEALTHY CHOICE APO ST-W2D9N0S6O8S8 | $83.05 |
| 07/31/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXXX2222 | $11,345.37 |

### Checks Cleared

| Check Number | Check Date | Check Amount | Check Number | Check Date | Check Amount |
|--------------|------------|--------------|--------------|------------|--------------|
| 2044 | 07/29/2024 | $1,200.79 | 3024* | 07/03/2024 | $250,000.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 06/30/2024 | $243,053.38 | 07/05/2024 | $38,615.19 | 07/11/2024 | $87,802.40 |
| 07/01/2024 | $251,559.13 | 07/08/2024 | $49,050.77 | 07/12/2024 | $102,475.96 |
| 07/02/2024 | $264,147.24 | 07/09/2024 | $63,580.68 | 07/15/2024 | $112,311.46 |
| 07/03/2024 | $25,260.06 | 07/10/2024 | $76,003.88 | 07/16/2024 | $131,009.17 |

# WebsterBank®

## BASIC BUSINESS CHECKING - XXXXXX8186 (continued)

### Daily Balances (continued)

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 07/17/2024 | $142,555.26 | 07/23/2024 | $187,170.93 | 07/29/2024 | $229,526.88 |
| 07/18/2024 | $154,294.58 | 07/24/2024 | $199,022.65 | 07/30/2024 | $244,079.06 |
| 07/19/2024 | $162,094.42 | 07/25/2024 | $208,622.23 | 07/31/2024 | $255,424.43 |
| 07/22/2024 | $172,479.34 | 07/26/2024 | $221,613.75 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|--------|--------|
| Total Returned Item Fees | $0.00 | $0.00 |
| Total Overdraft Fees | $0.00 | $0.00 |



| | |
|---|---|
| | Last Statement: June 30, 2024 |
| | Statement Ending: July 31, 2024 |
| | Page: 1 of 1 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



17173 TWS380WR080124031458 01 000000000 45 002
HEALTHY CHOICE COMPOUNDING LLC
250 CLEARBROOK ROAD
ELMSFORD NY 10523-1305

### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                          Account Number:    XXXXXX4854

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 07/01/24** | **$0.00** |
| + Deposits and Credits (1) | $74.00 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 07/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $74.00 |
| Number of Days in Statement Period | 31 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Jul 17 | MAINTENANCE FEE | -$74.00 |
| | ANALYSIS ACTIVITY  FOR 06/24 | |

### Credits



| Date | Description | Additions |
|---|---|---|
| Jul 17 | AUTOMATIC TRANSFER | $74.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

### Daily Balances

| Date | Balance | Date | Balance | | |
|---|---|---|---|---|---|
| Jun 30 | $0.00 | Jul 17 | $0.00 | | |

## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

### Checks/Withdrawals Outstanding

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
|  | |
|  | |
|  | |
|  | |
| **Subtotal** | |
|  | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

### Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.