# JULY 2024 BANK STATEMENTS FOR CONCIERGE PHARMACY, LLC



| | |
|---|---|
| **Last Statement:** | June 28, 2024 |
| **Statement Ending:** | July 31, 2024 |
| **Page:** | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



41952 TWS380WR080124031458 01 000000000 51 007
CONCIERGE PHARMACY LLC
1438 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                Account Number:    XXXXXX0037

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/29/24** | **$0.00** |
| + Deposits and Credits (86) | $1,398,321.98 |
| - Withdrawals and Debits (32) | $1,398,164.90 |
| **Ending Balance as of 07/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $157.08 |
| Number of Days in Statement Period | 33 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jul 01 | PREAUTHORIZED DEBIT | -$1,390.01 |
| | HRTLAND PMT SYS TXNS/FEES 240701 650000012405141 | |
| Jul 01 | AUTOMATIC TRANSFER | -$34,503.47 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 02 | AUTOMATIC TRANSFER | -$46,057.93 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 03 | PREAUTHORIZED DEBIT | -$18,201.59 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016KMXXMS3EAD5U | |
| Jul 03 | AUTOMATIC TRANSFER | -$64,930.48 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 05 | PREAUTHORIZED DEBIT | -$29,826.41 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016WEKPSH3ED19J | |
| Jul 05 | PREAUTHORIZED DEBIT | -$89,103.21 |
| | MCKESSON DRUG AUTO ACH 240705 ACH06067914 | |
| Jul 08 | AUTOMATIC TRANSFER | -$17,237.27 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



**WINTRUST**
**BANK**®

| | |
|---|---|
| **Account Number:** | XXXXXX0037 |
| **Statement Date:** | 07/31/2024 |
| **Page :** | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jul 09 | AUTOMATIC TRANSFER | -$25,221.56 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 10 | AUTOMATIC TRANSFER | -$126,940.39 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$1,290.00 |
| | Bill.com Payables Republic Pharmaceu ticlas Bill.com 01 6KGUMQX3EMLGX Inv 248410 | |
| Jul 11 | AUTOMATIC TRANSFER | -$1,278.01 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 12 | PREAUTHORIZED DEBIT | -$75,134.87 |
| | MCKESSON DRUG AUTO ACH 240712 ACH06082575 | |
| Jul 15 | AUTOMATIC TRANSFER | -$28,692.75 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 16 | PREAUTHORIZED DEBIT | -$11,666.33 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016VKFGYM3ETXS3 | |
| Jul 16 | AUTOMATIC TRANSFER | -$113,299.37 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 17 | MAINTENANCE FEE | -$157.08 |
| | ANALYSIS ACTIVITY FOR 06/24 | |
| Jul 17 | AUTOMATIC TRANSFER | -$107,248.07 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 18 | AUTOMATIC TRANSFER | -$4,972.79 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 19 | PREAUTHORIZED DEBIT | -$17,774.28 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016KSFNMK3F1979 | |
| Jul 19 | PREAUTHORIZED DEBIT | -$71,233.88 |
| | MCKESSON DRUG AUTO ACH 240719 ACH06088836 | |
| Jul 22 | PREAUTHORIZED DEBIT | -$905.04 |
| | Bill.com Payables Deliver-It LLC B ill.com 016IZOHVW3 F2T26 Acct 103286 - Inv 180655 | |
| Jul 22 | AUTOMATIC TRANSFER | -$19,614.26 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 23 | PREAUTHORIZED DEBIT | -$13,924.86 |
| | Bill.com Payables Journey Medical Co rporation Bill.com 016OETVBT3F4WN2 A cct 7735892 - Inv | |
| Jul 23 | AUTOMATIC TRANSFER | -$15,001.54 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 24 | AUTOMATIC TRANSFER | -$91,209.73 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 25 | PREAUTHORIZED DEBIT | -$399.00 |
| | OUTCOMES OPERAT Payment 240725 | |
| Jul 25 | AUTOMATIC TRANSFER | -$2,058.39 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 26 | PREAUTHORIZED DEBIT | -$12,682.72 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016WJITTF3FAQQE | |
| Jul 26 | PREAUTHORIZED DEBIT | -$78,027.80 |
| | MCKESSON DRUG AUTO ACH 240726 ACH06102968 | |
| Jul 29 | AUTOMATIC TRANSFER | -$27,312.03 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 30 | PREAUTHORIZED DEBIT | -$162,780.00 |
| | Bill.com Payables ARCUTIS BIOTHERAPE UTICS INC Bill.com 016XWGFBX3FEWY2 M ultiple invoices ( | |
| Jul 31 | AUTOMATIC TRANSFER | -$88,246.86 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

41952 0140799 0002-0006 00000000000000000000





| | Account Number: | XXXXXX0037 |
|---|---|---|
| | Statement Date: | 07/31/2024 |
| | Page : | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
|---|---|---|
| Jul 01 | PREAUTHORIZED CREDIT | $665.31 |
| | MEDE AMERICA CDA HCCLAIMPMT 7193130*3205716594 *199999999\ | |
| Jul 01 | PREAUTHORIZED CREDIT | $1,437.63 |
| | HRTLAND PMT SYS TXNS/FEES 240701 650000012405141 | |
| Jul 01 | PREAUTHORIZED CREDIT | $2,334.82 |
| | HRTLAND PMT SYS TXNS/FEES 240701 650000012405141 | |
| Jul 01 | PREAUTHORIZED CREDIT | $7,558.75 |
| | Prescription TRANSFER 240701 ST-K7D7L2B1B4M2 | |
| Jul 01 | PREAUTHORIZED CREDIT | $23,896.97 |
| | ACCESS HEALTH ACCESS HEA 240701 5663605 | |
| Jul 02 | PREAUTHORIZED CREDIT | $647.27 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909583802*13635696 42~ | |
| Jul 02 | PREAUTHORIZED CREDIT | $16,666.60 |
| | ACCESS HEALTH ACCESS HEA 240702 5663605 | |
| Jul 02 | PREAUTHORIZED CREDIT | $28,744.06 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007610127*14 31420563\ | |
| Jul 03 | PREAUTHORIZED CREDIT | $1,139.94 |
| | HRTLAND PMT SYS TXNS/FEES 240703 650000012405141 | |
| Jul 03 | PREAUTHORIZED CREDIT | $3,851.07 |
| | ACCESS HEALTH ACCESS HEA 240703 5663605 | |
| Jul 03 | PREAUTHORIZED CREDIT | $13,281.94 |
| | Monarch Specialt ePay brightscrip Period 58 May 1-15 2024 | |
| Jul 03 | PREAUTHORIZED CREDIT | $64,859.12 |
| | CAREMARK HCCLAIMPMT 2500296756*1752882 129*5663605\ | |
| Jul 05 | AUTOMATIC TRANSFER | $108,970.77 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 05 | PREAUTHORIZED CREDIT | $702.08 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909598045*13635696 42~ | |
| Jul 05 | PREAUTHORIZED CREDIT | $1,158.44 |
| | HRTLAND PMT SYS TXNS/FEES 240705 650000012405141 | |
| Jul 05 | PREAUTHORIZED CREDIT | $2,441.21 |
| | HRTLAND PMT SYS TXNS/FEES 240705 650000012405141 | |
| Jul 05 | PREAUTHORIZED CREDIT | $5,657.12 |
| | ACCESS HEALTH ACCESS HEA 240704 5663605 | |
| Jul 08 | PREAUTHORIZED CREDIT | $1,191.12 |
| | HRTLAND PMT SYS TXNS/FEES 240708 650000012405141 | |
| Jul 08 | PREAUTHORIZED CREDIT | $7,332.72 |
| | Prescription TRANSFER 240708 ST-U9Z4D6N2D6Q6 | |
| Jul 08 | PREAUTHORIZED CREDIT | $8,713.43 |
| | ACCESS HEALTH ACCESS HEA 240708 5663605 | |
| Jul 09 | PREAUTHORIZED CREDIT | $107.06 |
| | DREXI INC ACH 240709 5663605 | |
| Jul 09 | PREAUTHORIZED CREDIT | $6,857.59 |
| | ACCESS HEALTH ACCESS HEA 240709 5663605 | |
| Jul 09 | PREAUTHORIZED CREDIT | $18,256.91 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007622470*14 31420563\ | |
| Jul 10 | PREAUTHORIZED CREDIT | $106.05 |
| | MEDE AMERICA CDA HCCLAIMPMT 7194653*3205716594 *199999999\ | |
| Jul 10 | PREAUTHORIZED CREDIT | $1,934.20 |
| | HRTLAND PMT SYS TXNS/FEES 240710 650000012405141 | |
| Jul 10 | PREAUTHORIZED CREDIT | $11,456.35 |
| | ACCESS HEALTH ACCESS HEA 240710 5663605 | |
| Jul 10 | PREAUTHORIZED CREDIT | $17,236.55 |
| | CA HCCLAIMPMT 7001383786*1540849 793*195283134901~ | |
| Jul 10 | PREAUTHORIZED CREDIT | $23,783.17 |
| | CA HCCLAIMPMT 7001380548*1540849 793*195283134901~ | |
| Jul 10 | PREAUTHORIZED CREDIT | $72,424.07 |
| | CAREMARK HCCLAIMPMT 2500308083*1752882 129*5663605\ | |

41952 0140800 0003-0006 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX0037 |
| **Statement Date:** | 07/31/2024 |
| **Page :** | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 11 | PREAUTHORIZED CREDIT | $692.48 |
| | MEDE AMERICA CDA HCCLAIMPMT 7195594*3205716594 *199999999\ | |
| Jul 11 | PREAUTHORIZED CREDIT | $1,875.53 |
| | HRTLAND PMT SYS TXNS/FEES 240711 650000012405141 | |
| Jul 12 | AUTOMATIC TRANSFER | $68,399.74 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 12 | PREAUTHORIZED CREDIT | $1,437.92 |
| | HRTLAND PMT SYS TXNS/FEES 240712 650000012405141 | |
| Jul 12 | PREAUTHORIZED CREDIT | $5,297.21 |
| | RXCROSSROADS BY HCCLAIMPMT 5621765*1203113620 \ | |
| Jul 15 | PREAUTHORIZED CREDIT | $1,010.41 |
| | HRTLAND PMT SYS TXNS/FEES 240715 650000012405141 | |
| Jul 15 | PREAUTHORIZED CREDIT | $2,491.15 |
| | HRTLAND PMT SYS TXNS/FEES 240715 650000012405141 | |
| Jul 15 | PREAUTHORIZED CREDIT | $9,224.28 |
| | Prescription TRANSFER 240715 ST-M5E8Z9I9A5A0 | |
| Jul 15 | PREAUTHORIZED CREDIT | $15,966.91 |
| | ACCESS HEALTH ACCESS HEA 240715 5663605 | |
| Jul 16 | PREAUTHORIZED CREDIT | $2,560.16 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2003028 *1341939227*000256 016*5663605\ | |
| Jul 16 | PREAUTHORIZED CREDIT | $15,952.97 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007634326*14 31420563\ | |
| Jul 16 | PREAUTHORIZED CREDIT | $16,050.99 |
| | ACCESS HEALTH ACCESS HEA 240716 5663605 | |
| Jul 16 | PREAUTHORIZED CREDIT | $24,939.34 |
| | CA HCCLAIMPMT 7001386395*1540849 793*195283134901~ | |
| Jul 16 | PREAUTHORIZED CREDIT | $32,147.59 |
| | CA HCCLAIMPMT 7001389308*1540849 793*195283134901~ | |
| Jul 16 | PREAUTHORIZED CREDIT | $33,314.65 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909541695*13635696 42~ | |
| Jul 17 | PREAUTHORIZED CREDIT | $1,185.82 |
| | HRTLAND PMT SYS TXNS/FEES 240717 650000012405141 | |
| Jul 17 | PREAUTHORIZED CREDIT | $3,469.75 |
| | ACCESS HEALTH ACCESS HEA 240717 5663605 | |
| Jul 17 | PREAUTHORIZED CREDIT | $9,470.75 |
| | Monarch Specialt ePay brightscrip Period 59 May 16-31 2024 | |
| Jul 17 | PREAUTHORIZED CREDIT | $93,278.83 |
| | CAREMARK HCCLAIMPMT 2500319316*1752882 129*5663605\ | |
| Jul 18 | PREAUTHORIZED CREDIT | $1,280.89 |
| | HRTLAND PMT SYS TXNS/FEES 240718 650000012405141 | |
| Jul 18 | PREAUTHORIZED CREDIT | $3,691.90 |
| | ACCESS HEALTH ACCESS HEA 240718 5663605 | |
| Jul 19 | AUTOMATIC TRANSFER | $53,768.56 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 19 | PREAUTHORIZED CREDIT | $771.21 |
| | HRTLAND PMT SYS TXNS/FEES 240719 650000012405141 | |
| Jul 19 | PREAUTHORIZED CREDIT | $1,805.60 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909648723*13635696 42~ | |
| Jul 19 | PREAUTHORIZED CREDIT | $9,208.51 |
| | ACCESS HEALTH ACCESS HEA 240719 5663605 | |
| Jul 19 | PREAUTHORIZED CREDIT | $23,454.28 |
| | CA HCCLAIMPMT 7001390576*1540849 793*195283134901~ | |
| Jul 22 | PREAUTHORIZED CREDIT | $1,306.34 |
| | HRTLAND PMT SYS TXNS/FEES 240722 650000012405141 | |
| Jul 22 | PREAUTHORIZED CREDIT | $1,677.54 |
| | HRTLAND PMT SYS TXNS/FEES 240722 650000012405141 | |

41952 0140801 0004-0006 0000000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX0037 |
| **Statement Date:** | | 07/31/2024 |
| **Page :** | | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 22 | PREAUTHORIZED CREDIT | $6,861.59 |
| | Prescription TRANSFER 240722 ST-U5B1S1A8C8W0 | |
| Jul 22 | PREAUTHORIZED CREDIT | $10,673.83 |
| | ACCESS HEALTH ACCESS HEA 240722 5663605 | |
| Jul 23 | PREAUTHORIZED CREDIT | $28,926.40 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007646710*14 31420563\ | |
| Jul 24 | PREAUTHORIZED CREDIT | $230.00 |
| | DREXI INC ACH 240724 5663605 | |
| Jul 24 | PREAUTHORIZED CREDIT | $747.00 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909670511*13635696 42~ | |
| Jul 24 | PREAUTHORIZED CREDIT | $822.40 |
| | HRTLAND PMT SYS TXNS/FEES 240724 650000012405141 | |
| Jul 24 | PREAUTHORIZED CREDIT | $4,585.90 |
| | ACCESS HEALTH ACCESS HEA 240724 5663605 | |
| Jul 24 | PREAUTHORIZED CREDIT | $84,824.43 |
| | CAREMARK HCCLAIMPMT 2500331348*1752882 129*5663605\ | |
| Jul 25 | PREAUTHORIZED CREDIT | $719.46 |
| | HRTLAND PMT SYS TXNS/FEES 240725 650000012405141 | |
| Jul 25 | PREAUTHORIZED CREDIT | $1,737.93 |
| | ACCESS HEALTH ACCESS HEA 240725 5663605 | |
| Jul 26 | AUTOMATIC TRANSFER | $67,060.35 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 26 | PREAUTHORIZED CREDIT | $1,140.63 |
| | HRTLAND PMT SYS TXNS/FEES 240726 650000012405141 | |
| Jul 26 | PREAUTHORIZED CREDIT | $1,215.38 |
| | RXCROSSROADS BY HCCLAIMPMT 5633953*1203113620 \ | |
| Jul 26 | PREAUTHORIZED CREDIT | $21,294.16 |
| | CA HCCLAIMPMT 7001394307*1540849 793*195283134901~ | |
| Jul 29 | PREAUTHORIZED CREDIT | $188.00 |
| | MEDE AMERICA CDA HCCLAIMPMT 7196621*3205716594 *199999999\ | |
| Jul 29 | PREAUTHORIZED CREDIT | $472.21 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909684907*13635696 42~ | |
| Jul 29 | PREAUTHORIZED CREDIT | $1,086.19 |
| | HRTLAND PMT SYS TXNS/FEES 240729 650000012405141 | |
| Jul 29 | PREAUTHORIZED CREDIT | $1,798.54 |
| | HRTLAND PMT SYS TXNS/FEES 240729 650000012405141 | |
| Jul 29 | PREAUTHORIZED CREDIT | $5,984.35 |
| | Prescription TRANSFER 240729 ST-Y3A1Z3B5Q9R8 | |
| Jul 29 | PREAUTHORIZED CREDIT | $17,782.74 |
| | ACCESS HEALTH ACCESS HEA 240729 5663605 | |
| Jul 30 | AUTOMATIC TRANSFER | $71,791.56 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 30 | PREAUTHORIZED CREDIT | $2,944.06 |
| | ACCESS HEALTH ACCESS HEA 240730 5663605 | |
| Jul 30 | PREAUTHORIZED CREDIT | $14,934.68 |
| | Monarch Specialt ePay brightscrip Period 60 Jun 1-15 2024 | |
| Jul 30 | PREAUTHORIZED CREDIT | $25,970.62 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007659151*14 31420563\ | |
| Jul 30 | PREAUTHORIZED CREDIT | $47,139.08 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909606107*13635696 42~ | |
| Jul 31 | PREAUTHORIZED CREDIT | $107.06 |
| | DREXI INC ACH 240731 5663605 | |
| Jul 31 | PREAUTHORIZED CREDIT | $1,306.24 |
| | HRTLAND PMT SYS TXNS/FEES 240731 650000012405141 | |
| Jul 31 | PREAUTHORIZED CREDIT | $13,681.62 |
| | ACCESS HEALTH ACCESS HEA 240731 5663605 | |
| Jul 31 | PREAUTHORIZED CREDIT | $73,151.94 |
| | CAREMARK HCCLAIMPMT 2500342706*1752882 129*5663605\ | |

41952 0140802 0005-0006 0000000000000000



# WINTRUST
## BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| Account Number: | XXXXXX0037 |
|---|---|
| Statement Date: | 07/31/2024 |
| Page : | 6 of 6 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jun 28 | $0.00 | Jul 09 | $0.00 | Jul 17 | $0.00 | Jul 25 | $0.00 |
| Jul 01 | $0.00 | Jul 10 | $0.00 | Jul 18 | $0.00 | Jul 26 | $0.00 |
| Jul 02 | $0.00 | Jul 11 | $0.00 | Jul 19 | $0.00 | Jul 29 | $0.00 |
| Jul 03 | $0.00 | Jul 12 | $0.00 | Jul 22 | $0.00 | Jul 30 | $0.00 |
| Jul 05 | $0.00 | Jul 15 | $0.00 | Jul 23 | $0.00 | Jul 31 | $0.00 |
| Jul 08 | $0.00 | Jul 16 | $0.00 | Jul 24 | $0.00 | | |

41952 0140803 0006-0006 0000000000000000




**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 29, 2024 through July 31, 2024
Account Number: ███████████3681



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00003824 DDA 703 212 21424 NNNNNNNNNNN 1 000000000 61 0000

CONCIERGE PHARMACY LLC
DEBTOR IN POSSESSION
23215 HAWTHORNE BLVD STE B
TORRANCE CA 90505-3772

| CHECKING SUMMARY | Commercial Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| **Beginning Balance** | | $7,617.05 |
| **Ending Balance** | 0 | $7,617.05 |

Your service charges, fees and earnings credit have been calculated through account analysis.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



This Page Intentionally Left Blank