# JULY 2024 BANK STATEMENTS FOR EASYCARE PHARMACY, LLC



**WINTRUST BANK**®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | June 28, 2024 |
| **Statement Ending:** | July 31, 2024 |
| **Page:** | 1 of 7 |



42194 TWS380WR080124031458 01 000000000 51 008

EASYCARE PHARMACY LLC
1439 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: | XXXXXX7617 |
|---|---|---|

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/29/24** | **$0.00** |
| + Deposits and Credits (95) | $1,181,062.45 |
| - Withdrawals and Debits (43) | $1,180,955.57 |
| **Ending Balance as of 07/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $106.88 |
| Number of Days in Statement Period | 33 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Jul 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240701 650000012411487 | -$1,329.80 |
| Jul 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$12,970.14 |
| Jul 02 | PREAUTHORIZED DEBIT<br>ADT SECURITY SER ADTPAPACH 240702 | -$110.50 |
| Jul 02 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$12,284.68 |
| Jul 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015FDSMWBX3G0M7 | -$32,250.39 |
| Jul 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$30,402.88 |
| Jul 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015DVZILJL3HO56 | -$9,984.72 |
| Jul 05 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240705 ACH06067954 | -$55,456.85 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX7617 |
|---|---|---|
| | Statement Date: | 07/31/2024 |
| | Page : | 2 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jul 08 | AUTOMATIC TRANSFER | -$30,334.73 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 09 | PREAUTHORIZED DEBIT | -$531.25 |
| | Bill.com Payables American Flyer Dis tribution Bill.com | |
| | 015ARTBUVU3LJKP I nv FE12530 | |
| Jul 09 | AUTOMATIC TRANSFER | -$15,183.50 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 10 | PREAUTHORIZED DEBIT | -$160.76 |
| | MASTERS DRUG COM AUTO ACH 240710 ACH06070942 | |
| Jul 10 | AUTOMATIC TRANSFER | -$143,006.98 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$349.00 |
| | OUTCOMES OPERAT Payment 240711 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$4,858.68 |
| | Bill.com Payables Forte Bio-Pharma L LC Bill.com 015PVD PYSU3O68V | |
| | Acct 252 8744 - Inv 19485 | |
| Jul 11 | PREAUTHORIZED DEBIT | -$22,361.31 |
| | ANDA, INC. ACH-DEBITS 240710 | |
| Jul 12 | PREAUTHORIZED DEBIT | -$43,496.22 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015QSULXFR3PXWW | |
| Jul 12 | PREAUTHORIZED DEBIT | -$90,813.10 |
| | MCKESSON DRUG AUTO ACH 240712 ACH06082621 | |
| Jul 15 | PREAUTHORIZED DEBIT | -$827.49 |
| | Bill.com Payables JG Pharma Inc. B ill.com 015BYCCHRA 3RORD Acct | |
| | 7735919 - Inv 15202980 | |
| Jul 15 | AUTOMATIC TRANSFER | -$20,217.38 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 16 | PREAUTHORIZED DEBIT | -$581.25 |
| | Bill.com Payables American Flyer Dis tribution Bill.com 015JTISROX3TPC9 | |
| | I nv FE12531 | |
| Jul 16 | PREAUTHORIZED DEBIT | -$9,172.80 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015DDVN YTC3TKVA Acct | |
| | FCA3 69451 - Multiple i | |
| Jul 16 | AUTOMATIC TRANSFER | -$108,094.49 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 17 | MAINTENANCE FEE | -$106.88 |
| | ANALYSIS ACTIVITY  FOR 06/24 | |
| Jul 17 | AUTOMATIC TRANSFER | -$63,779.12 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 18 | AUTOMATIC TRANSFER | -$6,464.90 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 19 | PREAUTHORIZED DEBIT | -$133.00 |
| | Bill.com Payables The Shredders B ill.com 016MXRDHC3 F198H Inv CINV- | |
| | 054 401 | |
| Jul 19 | PREAUTHORIZED DEBIT | -$3,092.73 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015CWAMVCS402D6 | |
| Jul 19 | PREAUTHORIZED DEBIT | -$117,686.98 |
| | MCKESSON DRUG AUTO ACH 240719 ACH06088875 | |
| Jul 22 | AUTOMATIC TRANSFER | -$20,204.03 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 23 | PREAUTHORIZED DEBIT | -$7,656.64 |
| | Bill.com Payables Journey Medical Co rporation Bill.com | |
| | 015YNXDZLS42RJ2 A cct 7735899 - Inv | |
| Jul 23 | AUTOMATIC TRANSFER | -$3,374.16 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7617 |
| **Statement Date:** | | 07/31/2024 |
| **Page :** | | 3 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jul 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>015BMJRRCY4437N I nv FE12532 | -$750.00 |
| Jul 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$90,227.32 |
| Jul 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015CPUK DGE45Y1K Acct<br>FCA3 69451 - Inv 925014 | -$1,321.37 |
| Jul 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$759.01 |
| Jul 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables HCP Inc B ill.com 015BMWMOJR 47CBZ Acct 0301488 2<br>- Inv RE-1000086 | -$7,807.67 |
| Jul 26 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240726 ACH06103008 | -$99,067.45 |
| Jul 29 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240729 | -$119.98 |
| Jul 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$13,827.55 |
| Jul 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$33,275.67 |
| Jul 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>015HTNTTLK4D6DC I nv FE12533 | -$581.25 |
| Jul 31 | PREAUTHORIZED DEBIT<br>OAKDRUGSINC PURCHASE 240731 EASYCARE PHARMA | -$1,783.24 |
| Jul 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$64,264.60 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jul 01 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7193929*3205716594 *199999999\ | $1,625.15 |
| Jul 01 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240701 650000012411487 | $2,104.62 |
| Jul 01 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240701 5661649 | $2,139.00 |
| Jul 01 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240701 650000012411487 | $2,941.86 |
| Jul 01 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240701 ST-O7K7W4W9U8V8 | $5,489.31 |
| Jul 02 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909583768*13635696 42~ | $1,200.07 |
| Jul 02 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240702 5661649 | $5,359.99 |
| Jul 02 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007610121*14 31420563\ | $5,835.12 |
| Jul 03 | PREAUTHORIZED CREDIT<br>MATCHRX PAYMENT 240702 31360688 | $333.38 |
| Jul 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240703 650000012411487 | $946.58 |
| Jul 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240703 5661649 | $3,419.62 |
| Jul 03 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 58 May 1-15 2024 | $7,034.68 |

42194 0141434 0003-0007 00000000000000000





| | Account Number: | XXXXXX7617 |
|---|---|---|
| | Statement Date: | 07/31/2024 |
| | Page : | 4 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 03 | PREAUTHORIZED CREDIT | $50,919.01 |
| | CAREMARK HCCLAIMPMT 2500296738*1752882 129*5661649\ | |
| Jul 05 | AUTOMATIC TRANSFER | $55,894.96 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 05 | PREAUTHORIZED CREDIT | $643.67 |
| | MATCHRX PAYMENT 240703 66560369 | |
| Jul 05 | PREAUTHORIZED CREDIT | $655.74 |
| | MATCHRX PAYMENT 240703 43952378 | |
| Jul 05 | PREAUTHORIZED CREDIT | $892.07 |
| | HRTLAND PMT SYS TXNS/FEES 240705 650000012411487 | |
| Jul 05 | PREAUTHORIZED CREDIT | $1,840.25 |
| | HRTLAND PMT SYS TXNS/FEES 240705 650000012411487 | |
| Jul 05 | PREAUTHORIZED CREDIT | $2,026.60 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909598011*13635696 42~ | |
| Jul 05 | PREAUTHORIZED CREDIT | $3,488.28 |
| | ACCESS HEALTH ACCESS HEA 240704 5661649 | |
| Jul 08 | PREAUTHORIZED CREDIT | $333.38 |
| | MATCHRX PAYMENT 240705 96574877 | |
| Jul 08 | PREAUTHORIZED CREDIT | $3,842.31 |
| | HRTLAND PMT SYS TXNS/FEES 240708 650000012411487 | |
| Jul 08 | PREAUTHORIZED CREDIT | $3,844.12 |
| | Prescription TRANSFER 240708 ST-G1G5O8G7N9E9 | |
| Jul 08 | PREAUTHORIZED CREDIT | $22,314.92 |
| | ACCESS HEALTH ACCESS HEA 240708 5661649 | |
| Jul 09 | PREAUTHORIZED CREDIT | $436.45 |
| | MATCHRX PAYMENT 240708 20504398 | |
| Jul 09 | PREAUTHORIZED CREDIT | $2,690.34 |
| | ACCESS HEALTH ACCESS HEA 240709 5661649 | |
| Jul 09 | PREAUTHORIZED CREDIT | $12,587.96 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007622464*14 31420563\ | |
| Jul 10 | PREAUTHORIZED CREDIT | $179.19 |
| | MEDE AMERICA CDA HCCLAIMPMT 7195343*3205716594 *199999999\ | |
| Jul 10 | PREAUTHORIZED CREDIT | $258.60 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909619678*13635696 42~ | |
| Jul 10 | PREAUTHORIZED CREDIT | $860.75 |
| | HRTLAND PMT SYS TXNS/FEES 240710 650000012411487 | |
| Jul 10 | PREAUTHORIZED CREDIT | $5,280.24 |
| | ACCESS HEALTH ACCESS HEA 240710 5661649 | |
| Jul 10 | PREAUTHORIZED CREDIT | $28,548.65 |
| | CA HCCLAIMPMT 7001382716*1540849 793*118416673802~ | |
| Jul 10 | PREAUTHORIZED CREDIT | $47,665.54 |
| | CA HCCLAIMPMT 7001382262*1540849 793*118416673802~ | |
| Jul 10 | PREAUTHORIZED CREDIT | $60,374.77 |
| | CAREMARK HCCLAIMPMT 2500308064*1752882 129*5661649\ | |
| Jul 11 | AUTOMATIC TRANSFER | $22,947.89 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 11 | PREAUTHORIZED CREDIT | $1,640.75 |
| | HRTLAND PMT SYS TXNS/FEES 240711 650000012411487 | |
| Jul 11 | PREAUTHORIZED CREDIT | $2,980.35 |
| | MEDE AMERICA CDA HCCLAIMPMT 7196380*3205716594 *199999999\ | |
| Jul 12 | AUTOMATIC TRANSFER | $128,149.40 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 12 | PREAUTHORIZED CREDIT | $37.00 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04155323*143 1420563\ | |
| Jul 12 | PREAUTHORIZED CREDIT | $644.65 |
| | RXCROSSROADS BY HCCLAIMPMT 5621795*1203113620 \ | |
| Jul 12 | PREAUTHORIZED CREDIT | $2,690.56 |
| | ACCESS HEALTH ACCESS HEA 240712 5661649 | |





**WINTRUST BANK**®

| | |
|---|---|
| Account Number: | XXXXXX7617 |
| Statement Date: | 07/31/2024 |
| Page : | 5 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 12 | PREAUTHORIZED CREDIT | $2,787.71 |
| | HRTLAND PMT SYS TXNS/FEES 240712 650000012411487 | |
| Jul 15 | PREAUTHORIZED CREDIT | $860.22 |
| | HRTLAND PMT SYS TXNS/FEES 240715 650000012411487 | |
| Jul 15 | PREAUTHORIZED CREDIT | $2,292.93 |
| | HRTLAND PMT SYS TXNS/FEES 240715 650000012411487 | |
| Jul 15 | PREAUTHORIZED CREDIT | $5,851.23 |
| | Prescription TRANSFER 240715 ST-S5C8J2K6P5E6 | |
| Jul 15 | PREAUTHORIZED CREDIT | $12,040.49 |
| | ACCESS HEALTH ACCESS HEA 240715 5661649 | |
| Jul 16 | PREAUTHORIZED CREDIT | $1,115.99 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909634452*13635696 42~ | |
| Jul 16 | PREAUTHORIZED CREDIT | $10,508.76 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007634320*14 31420563\ | |
| Jul 16 | PREAUTHORIZED CREDIT | $13,276.29 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909541678*13635696 42~ | |
| Jul 16 | PREAUTHORIZED CREDIT | $16,869.00 |
| | ACCESS HEALTH ACCESS HEA 240716 5661649 | |
| Jul 16 | PREAUTHORIZED CREDIT | $29,233.97 |
| | CA HCCLAIMPMT 7001388291*1540849 793*118416673802~ | |
| Jul 16 | PREAUTHORIZED CREDIT | $46,844.53 |
| | CA HCCLAIMPMT 7001385335*1540849 793*118416673802~ | |
| Jul 17 | PREAUTHORIZED CREDIT | $1,088.36 |
| | HRTLAND PMT SYS TXNS/FEES 240717 650000012411487 | |
| Jul 17 | PREAUTHORIZED CREDIT | $2,842.24 |
| | ACCESS HEALTH ACCESS HEA 240717 5661649 | |
| Jul 17 | PREAUTHORIZED CREDIT | $4,954.89 |
| | Monarch Specialt ePay brightscrip Period 59 May 16-31 2024 | |
| Jul 17 | PREAUTHORIZED CREDIT | $55,000.51 |
| | CAREMARK HCCLAIMPMT 2500319298*1752882 129*5661649\ | |
| Jul 18 | PREAUTHORIZED CREDIT | $1,792.23 |
| | HRTLAND PMT SYS TXNS/FEES 240718 650000012411487 | |
| Jul 18 | PREAUTHORIZED CREDIT | $4,672.67 |
| | ACCESS HEALTH ACCESS HEA 240718 5661649 | |
| Jul 19 | AUTOMATIC TRANSFER | $56,674.24 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 19 | PREAUTHORIZED CREDIT | $787.27 |
| | HRTLAND PMT SYS TXNS/FEES 240719 650000012411487 | |
| Jul 19 | PREAUTHORIZED CREDIT | $1,132.03 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909648694*13635696 42~ | |
| Jul 19 | PREAUTHORIZED CREDIT | $4,285.86 |
| | ACCESS HEALTH ACCESS HEA 240719 5661649 | |
| Jul 19 | PREAUTHORIZED CREDIT | $58,033.31 |
| | CA HCCLAIMPMT 7001392140*1540849 793*118416673802~ | |
| Jul 22 | PREAUTHORIZED CREDIT | $2,055.04 |
| | HRTLAND PMT SYS TXNS/FEES 240722 650000012411487 | |
| Jul 22 | PREAUTHORIZED CREDIT | $2,458.34 |
| | HRTLAND PMT SYS TXNS/FEES 240722 650000012411487 | |
| Jul 22 | PREAUTHORIZED CREDIT | $3,919.79 |
| | Prescription TRANSFER 240722 ST-H4K9Z2N1Q9Q9 | |
| Jul 22 | PREAUTHORIZED CREDIT | $11,770.86 |
| | ACCESS HEALTH ACCESS HEA 240722 5661649 | |
| Jul 23 | PREAUTHORIZED CREDIT | $11,030.80 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007646704*14 31420563\ | |
| Jul 24 | PREAUTHORIZED CREDIT | $1,449.26 |
| | HRTLAND PMT SYS TXNS/FEES 240724 650000012411487 | |
| Jul 24 | PREAUTHORIZED CREDIT | $2,698.81 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909670480*13635696 42~ | |





| | |
|---|---|
| **Account Number:** | XXXXXX7617 |
| **Statement Date:** | 07/31/2024 |
| **Page :** | 6 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 24 | PREAUTHORIZED CREDIT | $3,755.05 |
| | ACCESS HEALTH ACCESS HEA 240724 5661649 | |
| Jul 24 | PREAUTHORIZED CREDIT | $83,074.20 |
| | CAREMARK HCCLAIMPMT 2500331328*1752882 129*5661649\ | |
| Jul 25 | PREAUTHORIZED CREDIT | $92.50 |
| | ACCESS HEALTH ACCESS HEA 240725 5661649 | |
| Jul 25 | PREAUTHORIZED CREDIT | $1,987.88 |
| | HRTLAND PMT SYS TXNS/FEES 240725 650000012411487 | |
| Jul 26 | AUTOMATIC TRANSFER | $73,748.43 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 26 | PREAUTHORIZED CREDIT | $336.96 |
| | ACCESS HEALTH ACCESS HEA 240726 5661649 | |
| Jul 26 | PREAUTHORIZED CREDIT | $1,780.99 |
| | TRICARE-ONLY DOD REMIT TRN*1*03149291*143 1420563\ | |
| Jul 26 | PREAUTHORIZED CREDIT | $1,816.59 |
| | RXCROSSROADS BY HCCLAIMPMT 5633981*1203113620 \ | |
| Jul 26 | PREAUTHORIZED CREDIT | $1,976.47 |
| | HRTLAND PMT SYS TXNS/FEES 240726 650000012411487 | |
| Jul 26 | PREAUTHORIZED CREDIT | $27,215.68 |
| | CA HCCLAIMPMT 7001393248*1540849 793*118416673802~ | |
| Jul 29 | PREAUTHORIZED CREDIT | $201.42 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909684878*13635696 42~ | |
| Jul 29 | PREAUTHORIZED CREDIT | $1,403.91 |
| | HRTLAND PMT SYS TXNS/FEES 240729 650000012411487 | |
| Jul 29 | PREAUTHORIZED CREDIT | $1,837.71 |
| | MEDE AMERICA CDA HCCLAIMPMT 7197295*3205716594 *199999999\ | |
| Jul 29 | PREAUTHORIZED CREDIT | $2,339.46 |
| | HRTLAND PMT SYS TXNS/FEES 240729 650000012411487 | |
| Jul 29 | PREAUTHORIZED CREDIT | $3,295.95 |
| | ACCESS HEALTH ACCESS HEA 240729 5661649 | |
| Jul 29 | PREAUTHORIZED CREDIT | $4,869.08 |
| | Prescription TRANSFER 240729 ST-N9B9D0S6I8B2 | |
| Jul 30 | PREAUTHORIZED CREDIT | $1,345.36 |
| | MATCHRX ACH Paymen 240730 27929555 | |
| Jul 30 | PREAUTHORIZED CREDIT | $2,537.01 |
| | ACCESS HEALTH ACCESS HEA 240730 5661649 | |
| Jul 30 | PREAUTHORIZED CREDIT | $8,882.36 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007659145*14 31420563\ | |
| Jul 30 | PREAUTHORIZED CREDIT | $8,954.85 |
| | Monarch Specialt ePay brightscrip Period 60 Jun 1-15 2024 | |
| Jul 30 | PREAUTHORIZED CREDIT | $11,556.09 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909606093*13635696 42~ | |
| Jul 31 | PREAUTHORIZED CREDIT | $776.21 |
| | MATCHRX ACH Paymen 240731 97023762 | |
| Jul 31 | PREAUTHORIZED CREDIT | $806.91 |
| | HRTLAND PMT SYS TXNS/FEES 240731 650000012411487 | |
| Jul 31 | PREAUTHORIZED CREDIT | $12,209.02 |
| | ACCESS HEALTH ACCESS HEA 240731 5661649 | |
| Jul 31 | PREAUTHORIZED CREDIT | $52,836.95 |
| | CAREMARK HCCLAIMPMT 2500342689*1752882 129*5661649\ | |



## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jun 28 | $0.00 | Jul 02 | $0.00 | Jul 05 | $0.00 | Jul 09 | $0.00 |
| Jul 01 | $0.00 | Jul 03 | $0.00 | Jul 08 | $0.00 | Jul 10 | $0.00 |

# WINTRUST
## BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | | |
|---|---|---|
| Account Number: | | XXXXXX7617 |
| Statement Date: | | 07/31/2024 |
| Page : | | 7 of 7 |

## Daily Balances (Continued)

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jul 11 | $0.00 | Jul 17 | $0.00 | Jul 23 | $0.00 | Jul 29 | $0.00 |
| Jul 12 | $0.00 | Jul 18 | $0.00 | Jul 24 | $0.00 | Jul 30 | $0.00 |
| Jul 15 | $0.00 | Jul 19 | $0.00 | Jul 25 | $0.00 | Jul 31 | $0.00 |
| Jul 16 | $0.00 | Jul 22 | $0.00 | Jul 26 | $0.00 | | |

42194 0141438 0007-0007 00000000000000000




**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 29, 2024 through July 31, 2024

Account Number: ▋▋▋▋▋▋▋7201

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**



00005384 DDA 703 212 21424 NNNNNNNNNNN 1 000000000 61 0000

EASYCARE PHARMACY LLC
DEBTOR IN POSSESSION
7320 WOODLAKE AVE STE 100
WEST HILLS CA 91307-1493

## CHECKING SUMMARY | Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $3,423.41 |
| **Ending Balance** | 0 | $3,423.41 |

Your service charges, fees and earnings credit have been calculated through account analysis.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



June 29, 2024 through July 31, 2024
Account Number: 7201

This Page Intentionally Left Blank