# JULY 2024 BANK STATEMENTS FOR PRIMECARE PHARMACY, LLC

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018




| | |
|---|---|
| Last Statement: | June 28, 2024 |
| Statement Ending: | July 31, 2024 |
| Page: | 1 of 5 |



37925 TWS380WR080124031458 01 000000000 50 006

PRIMECARE PHARMACY LLC
1437 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service



**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: | XXXXXX1761 |
|---|---|---|

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 06/29/24** | **$0.00** |
| + Deposits and Credits (64) | $1,393,165.30 |
| - Withdrawals and Debits (36) | $1,393,053.33 |
| **Ending Balance as of 07/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $111.97 |
| Number of Days in Statement Period | 33 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jul 01 | DEPOSIT RETURN ITEM<br>DDA CB Debit 921530  Stop Payment | -$872.59 |
| Jul 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$26,308.68 |
| Jul 02 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$45,662.71 |
| Jul 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015TIJLNSA3G1IA | -$49,046.58 |
| Jul 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$36,869.05 |
| Jul 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables Deliver It LLC B ill.com 015NTXMNST 3HQQ7 Inv 180381 | -$1,776.74 |
| Jul 05 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240705 ACH06067956 | -$104,717.20 |
| Jul 08 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240708 | -$149.97 |



37925 0127156 0001-0005 0000000000000000

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX1761 |
|---|---|---|
| | Statement Date: | 07/31/2024 |
| | Page : | 2 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

37925 0127158 0002-0005 000000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jul 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables Journey Medical Co rporation Bill.com 015IBQEPMN3JCUW A cct 7735901 - Inv | -$586.56 |
| Jul 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,461.57 |
| Jul 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$30,667.21 |
| Jul 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$154,322.53 |
| Jul 11 | PREAUTHORIZED DEBIT<br>OUTCOMES OPERAT Payment 240711 | -$349.00 |
| Jul 11 | PREAUTHORIZED DEBIT<br>ANDA, INC. ACH-DEBITS 240710 | -$2,442.07 |
| Jul 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,309.53 |
| Jul 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015KRDN KLH3Q26N Acct FCA3 69428 - Multiple i | -$33,058.93 |
| Jul 12 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240712 ACH06082623 | -$71,674.22 |
| Jul 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015DHHCYEG3RP8D | -$7,515.56 |
| Jul 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,458.84 |
| Jul 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Journey Medical Co rporation Bill.com 015JXXTIMF3TLNX A cct 7735901 - Inv | -$7,051.92 |
| Jul 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$155,786.25 |
| Jul 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 06/24 | -$111.97 |
| Jul 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$118,449.82 |
| Jul 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables The Shredders B ill.com 016OABGJZ3 F19IZ Inv CINV-055 038 | -$40.00 |
| Jul 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015FYGCPRG40BFS | -$43,850.20 |
| Jul 19 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240719 ACH06088877 | -$67,357.81 |
| Jul 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Westlake Medical L LC Bill.com 015KUW IKEB4184E Inv RE-1 0000861 | -$5,503.83 |
| Jul 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$13,947.42 |
| Jul 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables Journey Medical Co rporation Bill.com 015ZSGUFFB42SR2 A cct 7735901 - Inv | -$17,771.53 |
| Jul 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,983.93 |
| Jul 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$97,343.73 |
| Jul 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,410.67 |





| | Account Number: | XXXXXX1761 |
|---|---|---|
| | Statement Date: | 07/31/2024 |
| | Page : | 3 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jul 26 | PREAUTHORIZED DEBIT | -$1,040.00 |
| | Bill.com Payables Wis International Bill.com 015SCUXBQ E47GQS Inv 01-1124 389 | |
| Jul 26 | PREAUTHORIZED DEBIT | -$61,845.32 |
| | MCKESSON DRUG AUTO ACH 240726 ACH06103010 | |
| Jul 29 | AUTOMATIC TRANSFER | -$32,012.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 30 | AUTOMATIC TRANSFER | -$83,793.45 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 31 | AUTOMATIC TRANSFER | -$77,615.91 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jul 01 | PREAUTHORIZED CREDIT | $851.63 |
| | MEDE AMERICA CDA HCCLAIMPMT 7193902*3205716594 *199999999\ | |
| Jul 01 | PREAUTHORIZED CREDIT | $6,911.34 |
| | Prescription TRANSFER 240701 ST-F0W6D2X0G0E0 | |
| Jul 01 | PREAUTHORIZED CREDIT | $19,418.30 |
| | ACCESS HEALTH ACCESS HEA 240701 5660801 | |
| Jul 02 | PREAUTHORIZED CREDIT | $1,406.28 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909583748*13635696 42~ | |
| Jul 02 | PREAUTHORIZED CREDIT | $15,084.29 |
| | ACCESS HEALTH ACCESS HEA 240702 5660801 | |
| Jul 02 | PREAUTHORIZED CREDIT | $29,172.14 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007610146*14 31420563\ | |
| Jul 03 | PREAUTHORIZED CREDIT | $5,402.25 |
| | ACCESS HEALTH ACCESS HEA 240703 5660801 | |
| Jul 03 | REMOTE DEPOSIT | $6,798.81 |
| Jul 03 | PREAUTHORIZED CREDIT | $15,238.36 |
| | Monarch Specialt ePay brightscrip Period 58 May 1-15 2024 | |
| Jul 03 | PREAUTHORIZED CREDIT | $65,275.21 |
| | CAREMARK HCCLAIMPMT 2500296727*1752882 129*5660801\ | |
| Jul 05 | AUTOMATIC TRANSFER | $98,659.37 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 05 | PREAUTHORIZED CREDIT | $1,035.57 |
| | ACCESS HEALTH ACCESS HEA 240704 5660801 | |
| Jul 08 | PREAUTHORIZED CREDIT | $5,170.62 |
| | Prescription TRANSFER 240708 ST-O8S6F9Y9E0W7 | |
| Jul 08 | PREAUTHORIZED CREDIT | $12,027.48 |
| | ACCESS HEALTH ACCESS HEA 240708 5660801 | |
| Jul 09 | PREAUTHORIZED CREDIT | $840.00 |
| | Bill.com VoidPaymnt Qtopix Inc B ill.com 016IXFHAL3 EIZ8J Inv 000016--bill.com Check Nu | |
| Jul 09 | PREAUTHORIZED CREDIT | $14,512.47 |
| | ACCESS HEALTH ACCESS HEA 240709 5660801 | |
| Jul 09 | PREAUTHORIZED CREDIT | $15,314.74 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007622489*14 31420563\ | |
| Jul 10 | PREAUTHORIZED CREDIT | $63.08 |
| | MEDE AMERICA CDA HCCLAIMPMT 7195320*3205716594 *199999999\ | |
| Jul 10 | PREAUTHORIZED CREDIT | $99.04 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909619657*13635696 42~ | |
| Jul 10 | PREAUTHORIZED CREDIT | $8,273.83 |
| | ACCESS HEALTH ACCESS HEA 240710 5660801 | |

37925 0127159 0003-0005 0000000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX1761 |
| **Statement Date:** | 07/31/2024 |
| **Page :** | 4 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jul 10 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001380955*1540849 793*140730146801~ | $25,497.73 |
| Jul 10 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001384165*1540849 793*140730146801~ | $31,327.64 |
| Jul 10 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500308053*1752882 129*5660801\ | $89,061.21 |
| Jul 11 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7196359*3205716594 *199999999\ | $4,100.60 |
| Jul 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $101,095.13 |
| Jul 12 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240712 5660801 | $767.67 |
| Jul 12 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5621805*1203113620 \ | $2,870.35 |
| Jul 15 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240715 ST-A0N1E4P4Z6E3 | $6,358.95 |
| Jul 15 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240715 5660801 | $19,615.45 |
| Jul 16 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909634432*13635696 42~ | $379.38 |
| Jul 16 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240716 5660801 | $16,734.02 |
| Jul 16 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007634346*14 31420563\ | $21,664.85 |
| Jul 16 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909541666*13635696 42~ | $27,611.19 |
| Jul 16 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001386833*1540849 793*140730146801~ | $47,555.62 |
| Jul 16 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001389681*1540849 793*140730146801~ | $48,893.11 |
| Jul 17 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240717 5660801 | $7,154.77 |
| Jul 17 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 59 May 16-31 2024 | $31,029.51 |
| Jul 17 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500319287*1752882 129*5660801\ | $80,377.51 |
| Jul 19 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $82,764.24 |
| Jul 19 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909648675*13635696 42~ | $913.29 |
| Jul 19 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240719 5660801 | $7,189.30 |
| Jul 19 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001390924*1540849 793*140730146801~ | $20,381.18 |
| Jul 22 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240722 ST-I7E7O1C6H4S6 | $7,099.89 |
| Jul 22 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240722 5660801 | $12,351.36 |
| Jul 23 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007646729*14 31420563\ | $23,755.46 |
| Jul 24 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909670465*13635696 42~ | $1,822.16 |
| Jul 24 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240724 5660801 | $6,596.45 |
| Jul 24 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500331317*1752882 129*5660801\ | $88,925.12 |
| Jul 25 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240725 5660801 | $1,411.01 |

37925 0127160 0004-0005 0000000000000000



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Jul 25 | REMOTE DEPOSIT | $1,698.66 |
| Jul 26 | AUTOMATIC TRANSFER | $38,708.57 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jul 26 | PREAUTHORIZED CREDIT | $659.39 |
| | TRICARE-ONLY DOD REMIT TRN*1*03149289*143 1420563\ | |
| Jul 26 | PREAUTHORIZED CREDIT | $1,319.09 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04158114*143 1420563\ | |
| Jul 26 | PREAUTHORIZED CREDIT | $3,218.82 |
| | RXCROSSROADS BY HCCLAIMPMT 5633993*1203113620 \ | |
| Jul 26 | PREAUTHORIZED CREDIT | $17,280.45 |
| | CA HCCLAIMPMT 7001394710*1540849 793*140730146801~ | |
| Jul 29 | PREAUTHORIZED CREDIT | $1,163.41 |
| | MEDE AMERICA CDA HCCLAIMPMT 7197274*3205716594 *199999999\ | |
| Jul 29 | PREAUTHORIZED CREDIT | $7,834.80 |
| | Prescription TRANSFER 240729 ST-C9W2H6C7M0Y7 | |
| Jul 29 | PREAUTHORIZED CREDIT | $23,013.79 |
| | ACCESS HEALTH ACCESS HEA 240729 5660801 | |
| Jul 30 | PREAUTHORIZED CREDIT | $2,886.62 |
| | ACCESS HEALTH ACCESS HEA 240730 5660801 | |
| Jul 30 | PREAUTHORIZED CREDIT | $13,821.51 |
| | Monarch Specialt ePay brightscrip Period 60 Jun 1-15 2024 | |
| Jul 30 | PREAUTHORIZED CREDIT | $27,768.84 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007659171*14 31420563\ | |
| Jul 30 | PREAUTHORIZED CREDIT | $39,316.48 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909606081*13635696 42~ | |
| Jul 31 | PREAUTHORIZED CREDIT | $19,966.29 |
| | ACCESS HEALTH ACCESS HEA 240731 5660801 | |
| Jul 31 | PREAUTHORIZED CREDIT | $57,649.62 |
| | CAREMARK HCCLAIMPMT 2500342678*1752882 129*5660801\ | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Jun 28 | $0.00 | Jul 09 | $0.00 | Jul 17 | $0.00 | Jul 25 | $1,699.00 |
| Jul 01 | $0.00 | Jul 10 | $0.00 | Jul 19 | $0.00 | Jul 26 | $0.00 |
| Jul 02 | $0.00 | Jul 11 | $0.00 | Jul 22 | $0.00 | Jul 29 | $0.00 |
| Jul 03 | $6,799.00 | Jul 12 | $0.00 | Jul 23 | $0.00 | Jul 30 | $0.00 |
| Jul 05 | $0.00 | Jul 15 | $0.00 | Jul 24 | $0.00 | Jul 31 | $0.00 |
| Jul 08 | $0.00 | Jul 16 | $0.00 | | | | |



 CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 29, 2024 through July 31, 2024
Account Number: ████████ 2236



### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00003831 DDA 703 212 21424 NNNNNNNNNNN 1 000000000 60 0000

PRIMECARE PHARMACY, LLC
DEBTOR IN POSSESSION
32144 AGOURA RD STE 101
WESTLAKE VILLAGE CA 91361-4037

## CHECKING SUMMARY  Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$10,488.50** |
| Deposits and Additions | 2 | 157,950.53 |
| **Ending Balance** | **2** | **$168,439.03** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/02 | Orig CO Name:Heartland Paymen    Orig ID:1223755714 Desc Date:    CO Entry Descr:Wf PRA Adjsec:CCD    Trace#:091000017131488 Eed:240702  Ind ID:650000012411073    Ind Name:Primecare Pharmacy Trn: 1837131488Tc | $156,567.37 |
| 07/03 | Orig CO Name:Hrtland Pmt Sys    Orig ID:Wfbehps001 Desc Date:    CO Entry Descr:Txns/Fees Sec:CCD    Trace#:091000011870752 Eed:240703  Ind ID:650000012411073    Ind Name:Primecare Pharmacy Trn: 1851870752Tc | 1,383.16 |
| **Total Deposits and Additions** | | **$157,950.53** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/02 | $167,055.87 |
| 07/03 | 168,439.03 |



June 29, 2024 through July 31, 2024
Account Number: ███████████**2236**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**