# EXHIBIT A

## Declaration of Evan T. Miller

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*,[4] | Case No. 24-11188 (TMH) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF EVAN T. MILLER IN SUPPORT OF REPLY IN SUPPORT OF MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER: (1) GRANTING DERIVATIVE STANDING TO THE COMMITTEE OF UNSECURED CREDITORS TO COMMENCE, PROSECUTE AND RESOLVE CERTAIN CLAIMS AND CAUSES OF ACTION; AND (2) EXTENDING CHALLENGE PERIOD PENDING CONSIDERATION OF REQUEST FOR DERIVATIVE STANDING**

Evan T. Miller, Esq. hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a partner with the law firm of Saul Ewing LLP ("Saul Ewing"), which maintains offices for the practice of law at 1201 N. Market Street, Suite 2300, Wilmington, DE 19801, as well as in Philadelphia, Pittsburgh, Harrisburg, and Chesterbrook, Pennsylvania; Newark and Princeton, New Jersey; New York, New York; Baltimore, Maryland; Boston, Massachusetts; Chicago, Illinois; Minneapolis, Minnesota; Fort Lauderdale, Miami, and West Palm Beach, Florida; Los Angeles and Orange County, California; and Washington, D.C.  I respectfully submit this declaration in support of the in support of the *Reply in Support of Motion of Official Committee*

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

A-1

*of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes Of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing.*[5]

2.      Prior to the Motion, the Committee sent the Debtors and Loan Admin requests for all documents relating to the perfection of the Prepetition Liens on the Debtors' property.  The following are true and correct copies of certain documents provided in response to those requests:

3.      Consolidated Spreadsheet of the Debtors' Schedules (excerpts describing bank accounts, real property and leasehold interests) attached as **Exhibit 1** hereto;

4.      Consolidated Spreadsheet of the Debtors' Statements of Financial Affairs (excerpt describing payments to creditors within 90 days of filing) attached as **Exhibit 2** hereto;

5.      Lien Search dated March 29, 2024, attached as **Exhibit 3** hereto;

6.      All executed DACAs, attached as **Exhibit 4** hereto;

7.      Annex G excerpted from the Security Agreement, listing all commercial tort claims encumbered by Prepetition Liens, attached as **Exhibit 5** hereto; and

8.      Debtor Braun Pharma LLC's lease for 1919 N. Clybourn Avenue 1st Floor Chicago, Illinois 60614, attached hereto as **Exhibit 6**.

Dated: August 26, 2024                              */s/ Evan T. Miller*
                                                    Evan T. Miller

---

[5]      Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to them in the Reply.

A-2

## Exhibit 1

**Summary of Schedules (Excerpts)**

**Schedule A/B 3**

*Checking, Savings, Money Market, or Financial Brokerage Accounts*

as of 06/07

| Redact | Debtor Name | Case No. | Name of Institution (Bank or Brokerage Firm) | Type of Account | Last 4 Digits of Account # | Current Value |
|---|---|---|---|---|---|---|
| | Baybridge Pharmacy, LLC | 24-11205 | Capital One Bank N.A. | Deposit Account | 5427 | $1,077 |
| | Central Pharmacy, LLC | 24-11206 | Capital One Bank N.A. | Deposit Account | 7281 | $990 |
| | Pro Pharmacy, LLC | 24-11207 | Capital One Bank N.A. | Deposit Account | 8442 | $1,187 |
| | Oakdell Compounding Pharmacy, LLC | 24-11210 | Frost | Deposit Account | 7730 | $68,286 |
| | Crestview Pharmacy, LLC | 24-11194 | Hankcock Whitney | Deposit Account | 4815 | $38,616 |
| | Concierge Pharmacy LLC | 24-11211 | JP Morgan Chase Bank, N.A. | Deposit Account | 3681 | $7,617 |
| | SMC Lyons Holdings LLC | 24-11199 | JP Morgan Chase Bank, N.A. | Deposit Account | 6830 | $0 |
| | SMC Lyons Holdings LLC | 24-11199 | JP Morgan Chase Bank, N.A. | Deposit Account | 2216 | $0 |
| | FirstCare Pharmacy LLC | 24-11212 | JP Morgan Chase Bank, N.A. | Deposit Account | 9817 | $12,268 |
| | EasyCare Pharmacy LLC | 24-11213 | JP Morgan Chase Bank, N.A. | Deposit Account | 7201 | $3,423 |
| | PrimeCare Pharmacy, LLC | 24-11214 | JP Morgan Chase Bank, N.A. | Deposit Account | 2236 | $9,084 |
| | Dr. Ike's PharmaCare LLC | 24-11195 | JP Morgan Chase Bank, N.A. | Deposit Account | 2027 | $0 |
| | Enovex Pharmacy LLC | 24-11196 | JP Morgan Chase Bank, N.A. | Deposit Account | 7589 | $7,310 |
| | H&H Pharmacy LLC | 24-11197 | JP Morgan Chase Bank, N.A. | Deposit Account | 0359 | $11,559 |
| | SMC Pharmacy LLC | 24-11198 | JP Morgan Chase Bank, N.A. | Deposit Account | 5093 | $9,647 |
| | Rose Pharmacy SA LLC | 24-11203 | JP Morgan Chase Bank, N.A. | Deposit Account | 8827 | $5,555 |
| | Rose Pharmacy SF LLC | 24-11204 | JP Morgan Chase Bank, N.A. | Deposit Account | 8660 | $135,548 |
| | Rose Pharmacy RM LLC | 24-11202 | JP Morgan Chase Bank, N.A. | Deposit Account | 5226 | $1,740 |
| | SBH Medical, Ltd. | 24-11201 | Key Bank | Deposit Account | 5934 | $129,313 |
| | SBH Medical, Ltd. | 24-11201 | Key Bank | Deposit Account | 5942 | $5,223 |
| | Braun Pharma, LLC | 24-11189 | PNC Bank | Deposit Account | 2731 | $427,521 |
| | Healthy Choice Compounding LLC | 24-11208 | Webster Bank | Deposit Account | 8186 | $61,425 |
| | Optio Rx, LLC | 24-11188 | Wintrust Bank | Master Account | 4516 | $853,091 |
| | Optio Rx, LLC | 24-11188 | Wintrust Bank | Restricted Cash | 3993 | $0 |
| | HCP Pharmacy LLC | 24-11190 | Wintrust Bank | Deposit Account | 1435 | $0 |
| | Pet Apothecary, LLC | 24-11191 | Wintrust Bank | Deposit Account | 5905 | $0 |
| | The Pet Apothecary, LLC | 24-11192 | Wintrust Bank | Disbursement Account | 1538 | $0 |
| | Crestview Holdings, LLC | 24-11193 | Wintrust Bank | Deposit Account | 6151 | $0 |
| | Dr. Ike's PharmaCare LLC | 24-11195 | Wintrust Bank | Disbursement Account | 3134 | $0 |
| | Enovex Pharmacy LLC | 24-11196 | Wintrust Bank | Disbursement Account | 3962 | $0 |
| | H&H Pharmacy LLC | 24-11197 | Wintrust Bank | Deposit Account | 4793 | $0 |
| | SMC Pharmacy LLC | 24-11198 | Wintrust Bank | Disbursement Account | 7428 | $0 |
| | Concierge Pharmacy LLC | 24-11211 | Wintrust Bank | Disbursement Account | 0037 | $0 |
| | FirstCare Pharmacy LLC | 24-11212 | Wintrust Bank | Disbursement Account | 3476 | $0 |
| | EasyCare Pharmacy LLC | 24-11213 | Wintrust Bank | Disbursement Account | 7617 | $0 |
| | PrimeCare Pharmacy, LLC | 24-11214 | Wintrust Bank | Disbursement Account | 1761 | $0 |
| | Baybridge Pharmacy, LLC | 24-11205 | Wintrust Bank | Deposit Account | 9021 | $0 |
| | Central Pharmacy, LLC | 24-11206 | Wintrust Bank | Disbursement Account | 3163 | $0 |
| | Central Pharmacy, LLC | 24-11206 | Wintrust Bank | Restricted Cash | 1877 | $500,250 |
| | Pro Pharmacy, LLC | 24-11207 | Wintrust Bank | Disbursement Account | 7307 | $0 |
| | Rose Pharmacy SA LLC | 24-11203 | Wintrust Bank | Disbursement Account | 3089 | $0 |
| | Rose Pharmacy SF LLC | 24-11204 | Wintrust Bank | Disbursement Account | 8445 | $0 |
| | Rose Pharmacy RM LLC | 24-11202 | Wintrust Bank | Disbursement Account | 4801 | $0 |
| | Oakdell Compounding Pharmacy, LLC | 24-11210 | Wintrust Bank | Disbursement Account | 7950 | $0 |
| | Crestview Pharmacy, LLC | 24-11194 | Wintrust Bank | Unused | 3810 | $0 |

In re: [Debtor Name]
Case No. [Case #]

**SCHEDULE AB 3 ATTACHMENT**

Checking, Savings, Money Market, or Financial Brokerage Accounts

| Redact | Debtor Name | Case No. | Name of Institution (Bank or Brokerage Firm) | Type of Account | Last 4 Digits of Account # | Current Value |
|--------|-------------|----------|----------------------------------------------|-----------------|----------------------------|---------------|
|  | Healthy Choice Compounding LLC | 24-11208 | Wintrust Bank | Unused | 4854 | $0 |
|  | Braun Pharma, LLC | 24-11189 | Wintrust Bank | Unused | 5525 | $0 |
|  | SBH Medical, Ltd. | 24-11201 | Wintrust Bank | Unused | 2122 | $0 |

SCHEDULE AB 55 ATTACHMENT

Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

**Schedule A/B 55**

*Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest*

| Redact | Debtor Name | Case No. | Description and Location of Property | Nature of Debtor's Interest in Property | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|---|---|
| | Baybridge Pharmacy, LLC | 24-11205 | NONE | Leased | $0.00 | None | Undetermined |
| | Braun Pharma, LLC | 24-11189 | 1919 North Clybourn AvenueChicago, Illinois 60614 | Leased | $0.00 | None | Undetermined |
| | Central Pharmacy, LLC | 24-11206 | 121 Kent AvenueBrooklyn, New York 11249 | Leased | $0.00 | None | Undetermined |
| | Concierge Pharmacy LLC | 24-11211 | 23215 Hawthorne BoulevardSuite BTorrance, California | Leased | $0.00 | None | Undetermined |
| | Crestview Holdings, LLC | 24-11193 | NONE | **None** | $0.00 | None | Undetermined |
| | Crestview Pharmacy, LLC | 24-11194 | 1116 North Ferdon BoulevardOkaloosa County, Florida 32536 | Leased | $0.00 | None | Undetermined |
| | Dr. Ike's PharmaCare LLC | 24-11195 | 1111 North Brand BoulevardSuite 101Glendale, California 91202 | Leased | $0.00 | None | Undetermined |
| | EasyCare Pharmacy LLC | 24-11213 | 7320 Woodlake AvenueSuite 100West Hills, California 91307 | Leased | $0.00 | None | Undetermined |
| | Enovex Pharmacy LLC | 24-11196 | 1111 North Brand BoulevardUnit MGlendale, California 91202 | Leased | $0.00 | None | Undetermined |
| | FirstCare Pharmacy LLC | 24-11212 | 18555 Ventura BoulevardSuite ATarzana, California 91356 | Leased | $0.00 | None | Undetermined |
| | H&H Pharmacy LLC | 24-11197 | NONE | **None** | $0.00 | None | Undetermined |
| | HCP Pharmacy LLC | 24-11190 | NONE | **None** | $0.00 | None | Undetermined |
| | Healthy Choice Compounding LLC | 24-11208 | 250 Clearbrook RoadElmsford, New York 10523 | Leased | $0.00 | None | Undetermined |
| | Healthy Choice Compounding LLC | 24-11209 | NONE | **None** | $0.00 | None | Undetermined |
| | Oakdell Compounding Pharmacy, LLC | 24-11210 | 7220 Louis Pasteur Dr Ste 168San Antonio TX, 78229 | Leased | $0.00 | None | Undetermined |
| | Optio Rx, LLC | 24-11188 | 3701 Commercial Avenue, Suite 14, Northbrook, IL 60062 | Leased | $0.00 | None | Undetermined |
| | Pet Apothecary, LLC | 24-11191 | NONE | **None** | $0.00 | None | Undetermined |
| | PrimeCare Pharmacy, LLC | 24-11214 | 32144 Agoura RoadSuite 101Westlake Village, California 91361 | Leased | $0.00 | None | Undetermined |
| | Pro Pharmacy, LLC | 24-11207 | 71 East Old Country RoadHicksville, New York 11801 | Leased | $0.00 | None | Undetermined |
| | Rose Pharmacy RM LLC | 24-11202 | 35400 Bob Hope DriveSuite 207Ranch Mirage, California 92270 | Leased | $0.00 | None | Undetermined |
| | Rose Pharmacy SA LLC | 24-11203 | 1220 West Hemlock Way#110Santa Ana, California 92707 | Leased | $0.00 | None | Undetermined |
| | Rose Pharmacy SF LLC | 24-11204 | 125 McCann DriveSanta Fe Springs, California 90670 | Leased | $0.00 | None | Undetermined |
| | SBH Medical LLC | 24-11200 | NONE | **None** | $0.00 | None | Undetermined |
| | SBH Medical, Ltd. | 24-11201 | 7654 Crosswoods DrColumbus, OH 43235 | Leased | $0.00 | None | Undetermined |
| | SMC Lyons Holdings LLC | 24-11199 | NONE | **None** | $0.00 | None | Undetermined |
| | SMC Pharmacy LLC | 24-11198 | 1908 Santa Monica BoulevardSuite 4Santa Monica, California 90404 | Leased | $0.00 | None | Undetermined |
| | The Pet Apothecary, LLC | 24-11192 | 407 West Silver Spring DriveMilwaukee, Wisconsin 53217 | Leased | $0.00 | None | Undetermined |

In re: [Debtor Name]
Case No. [Case #]

## **Exhibit 2**

**Summary of Statement of Financial Affairs (Excerpts)**

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

**SOFA 3**
*Certain payments or transfers to creditors within 90 days before filing this case*

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Baybridge Pharmacy, LLC | 24-11205 | Able Motor Cars Corp | 1230 Mamaroneck Ave | STE 200 | | | White Plains | NY | 10605 | United States | 3/11/2024 | (429) | Utilities |
| | Baybridge Pharmacy, LLC | 24-11205 | Able Motor Cars Corp | 1230 Mamaroneck Ave | STE 200 | | | White Plains | NY | 10605 | United States | 3/14/2024 | (318) | Utilities |
| | Baybridge Pharmacy, LLC | 24-11205 | Able Motor Cars Corp | 1230 Mamaroneck Ave | STE 200 | | | White Plains | NY | 10605 | United States | 3/22/2024 | (10,529) | Lease |
| | Baybridge Pharmacy, LLC | 24-11205 | Able Motor Cars Corp | 1230 Mamaroneck Ave | STE 200 | | | White Plains | NY | 10605 | United States | 4/23/2024 | (10,529) | Lease |
| | Braun Pharma, LLC | 24-11189 | 1901 Clybourn LLC | 2211 N Elston Ave | STE 308 | | | Chicago | IL | 60614-2921 | United States | 3/26/2024 | (17,833) | Lease |
| | Braun Pharma, LLC | 24-11189 | 1901 Clybourn LLC | 2211 N Elston Ave | STE 308 | | | Chicago | IL | 60614-2921 | United States | 3/28/2024 | (33) | Utilities |
| | Braun Pharma, LLC | 24-11189 | 1901 Clybourn LLC | 2211 N Elston Ave | STE 308 | | | Chicago | IL | 60614-2921 | United States | 4/25/2024 | (17,833) | Lease |
| | Braun Pharma, LLC | 24-11189 | 1901 Clybourn LLC | 2211 N Elston Ave | STE 308 | | | Chicago | IL | 60614-2921 | United States | 5/17/2024 | (19) | Utilities |
| | Braun Pharma, LLC | 24-11189 | 1901 Clybourn LLC | 2211 N Elston Ave | STE 308 | | | Chicago | IL | 60614-2921 | United States | 5/28/2024 | (17,884) | Lease |
| | Braun Pharma, LLC | 24-11189 | Anda, Inc. | | PO Box 930219 | | | Atlanta | GA | 31193-0219 | United States | 03/13/2024 | (2,371) | Trade |
| | Braun Pharma, LLC | 24-11189 | Anda, Inc. | | PO Box 930219 | | | Atlanta | GA | 31193-0219 | United States | 04/11/2024 | (783) | Trade |
| | Braun Pharma, LLC | 24-11189 | Anda, Inc. | | PO Box 930219 | | | Atlanta | GA | 31193-0219 | United States | 05/13/2024 | (5,010) | Trade |
| | Braun Pharma, LLC | 24-11189 | Anda, Inc. | | PO Box 930219 | | | Atlanta | GA | 31193-0219 | United States | 4/2/2024 | (6,814) | Trade |
| | Braun Pharma, LLC | 24-11189 | ARL Bio Pharma Inc | 840 Research Parkway | | | | Oklahoma City | OK | 73104 | United States | 3/19/2024 | (585) | Trade |
| | Braun Pharma, LLC | 24-11189 | ARL Bio Pharma Inc | 840 Research Parkway | | | | Oklahoma City | OK | 73104 | United States | 3/25/2024 | (240) | Trade |
| | Braun Pharma, LLC | 24-11189 | ARL Bio Pharma Inc | 840 Research Parkway | | | | Oklahoma City | OK | 73104 | United States | 3/29/2024 | (1,170) | Trade |
| | Braun Pharma, LLC | 24-11189 | ARL Bio Pharma Inc | 840 Research Parkway | | | | Oklahoma City | OK | 73104 | United States | 4/1/2024 | (240) | Trade |
| | Braun Pharma, LLC | 24-11189 | ARL Bio Pharma Inc | 840 Research Parkway | | | | Oklahoma City | OK | 73104 | United States | 4/18/2024 | (560) | Trade |
| | Braun Pharma, LLC | 24-11189 | ARL Bio Pharma Inc | 840 Research Parkway | | | | Oklahoma City | OK | 73104 | United States | 4/19/2024 | (240) | Trade |
| | Braun Pharma, LLC | 24-11189 | ARL Bio Pharma Inc | 840 Research Parkway | | | | Oklahoma City | OK | 73104 | United States | 4/25/2024 | (965) | Trade |
| | Braun Pharma, LLC | 24-11189 | ARL Bio Pharma Inc | 840 Research Parkway | | | | Oklahoma City | OK | 73104 | United States | 4/29/2024 | (585) | Trade |
| | Braun Pharma, LLC | 24-11189 | ARL Bio Pharma Inc | 840 Research Parkway | | | | Oklahoma City | OK | 73104 | United States | 5/9/2024 | (1,770) | Trade |
| | Braun Pharma, LLC | 24-11189 | ARL Bio Pharma Inc | 840 Research Parkway | | | | Oklahoma City | OK | 73104 | United States | 5/13/2024 | (1,170) | Trade |
| | Braun Pharma, LLC | 24-11189 | ARL Bio Pharma Inc | 840 Research Parkway | | | | Oklahoma City | OK | 73104 | United States | 5/17/2024 | (585) | Trade |
| | Braun Pharma, LLC | 24-11189 | ARL Bio Pharma Inc | 840 Research Parkway | | | | Oklahoma City | OK | 73104 | United States | 5/24/2024 | (1,170) | Trade |
| | Braun Pharma, LLC | 24-11189 | ARL Bio Pharma Inc | 840 Research Parkway | | | | Oklahoma City | OK | 73104 | United States | 6/7/2024 | (1,170) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 03/11/2024 | (425,421) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 03/25/2024 | (526,164) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 04/10/2024 | (511,114) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 04/25/2024 | (516,630) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 05/10/2024 | (481,493) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 05/28/2024 | (359,976) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 3/18/2024 | (6,266) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 3/22/2024 | (6,203) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 3/29/2024 | (7,207) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 4/5/2024 | (8,379) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 4/18/2024 | (6,841) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 4/25/2024 | (7,582) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 4/26/2024 | (3,768) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 5/9/2024 | (4,039) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 5/17/2024 | (3,028) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 5/24/2024 | (3,889) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 5/31/2024 | (6,784) | Trade |
| | Braun Pharma, LLC | 24-11189 | Cardinal Health | | PO Box 70539 | | | Chicago | IL | 60673 | United States | 6/7/2024 | (7,442) | Trade |
| | Braun Pharma, LLC | 24-11189 | Comed | | PO Box 6111 | | | Carol Stream | IL | 60197-6111 | United States | 05/21/2024 | (6,208) | Trade |
| | Braun Pharma, LLC | 24-11189 | Comed | | PO Box 6111 | | | Carol Stream | IL | 60197-6111 | United States | 05/28/2024 | (2,147) | Trade |
| | Braun Pharma, LLC | 24-11189 | Ferring Pharmaceuticals Inc | P.O. Box 843925 | | | | Dallas | TX | 75284-3925 | United States | 3/19/2024 | (158,689) | Trade |
| | Braun Pharma, LLC | 24-11189 | Ferring Pharmaceuticals Inc | P.O. Box 843925 | | | | Dallas | TX | 75284-3925 | United States | 4/5/2024 | (158,689) | Trade |
| | Braun Pharma, LLC | 24-11189 | Ferring Pharmaceuticals Inc | P.O. Box 843925 | | | | Dallas | TX | 75284-3925 | United States | 4/22/2024 | (158,689) | Trade |
| | Braun Pharma, LLC | 24-11189 | Ferring Pharmaceuticals Inc | P.O. Box 843925 | | | | Dallas | TX | 75284-3925 | United States | 5/2/2024 | (1,463) | Trade |
| | Braun Pharma, LLC | 24-11189 | Ferring Pharmaceuticals Inc | P.O. Box 843925 | | | | Dallas | TX | 75284-3925 | United States | 5/9/2024 | (159,567) | Trade |
| | Braun Pharma, LLC | 24-11189 | Ferring Pharmaceuticals Inc | P.O. Box 843925 | | | | Dallas | TX | 75284-3925 | United States | 5/24/2024 | (158,689) | Trade |
| | Braun Pharma, LLC | 24-11189 | Ferring Pharmaceuticals Inc | P.O. Box 843925 | | | | Dallas | TX | 75284-3925 | United States | 6/7/2024 | (159,567) | Trade |
| | Braun Pharma, LLC | 24-11189 | Heartland | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 04/01/2024 | (12,028) | Trade |
| | Braun Pharma, LLC | 24-11189 | Heartland | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 04/02/2024 | (1,365) | Trade |
| | Braun Pharma, LLC | 24-11189 | Heartland | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 04/29/2024 | (201) | Trade |
| | Braun Pharma, LLC | 24-11189 | Heartland | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 05/01/2024 | (10,889) | Trade |
| | Braun Pharma, LLC | 24-11189 | Il Dept Of Revenue | PO BOX 19030 | | | | SPRINGFIELD | IL | 62794-9030 | United States | 03/22/2024 | (21,340) | Trade |
| | Braun Pharma, LLC | 24-11189 | Il Dept Of Revenue | PO BOX 19030 | | | | SPRINGFIELD | IL | 62794-9030 | United States | 04/22/2024 | (25,406) | Trade |
| | Braun Pharma, LLC | 24-11189 | Il Dept Of Revenue | PO BOX 19030 | | | | SPRINGFIELD | IL | 62794-9030 | United States | 05/22/2024 | (23,748) | Trade |
| | Braun Pharma, LLC | 24-11189 | LabMetrics Inc | 13301 SW Hwy | STE I | | | Orland Park | IL | 60462 | United States | 4/4/2024 | (3,464) | Trade |
| | Braun Pharma, LLC | 24-11189 | LabMetrics Inc | 13301 SW Hwy | STE I | | | Orland Park | IL | 60462 | United States | 5/2/2024 | (3,464) | Trade |
| | Braun Pharma, LLC | 24-11189 | LabMetrics Inc | 13301 SW Hwy | STE I | | | Orland Park | IL | 60462 | United States | 6/7/2024 | (1,080) | Trade |
| | Braun Pharma, LLC | 24-11189 | Letco Medical LLC | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 4/4/2024 | (248) | Trade |
| | Braun Pharma, LLC | 24-11189 | Letco Medical LLC | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 4/4/2024 | (1,277) | Trade |
| | Braun Pharma, LLC | 24-11189 | Letco Medical LLC | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 5/6/2024 | (3,092) | Trade |
| | Braun Pharma, LLC | 24-11189 | Letco Medical LLC | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 5/9/2024 | (1,070) | Trade |
| | Braun Pharma, LLC | 24-11189 | Letco Medical LLC | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 6/7/2024 | (5,583) | Trade |
| | Braun Pharma, LLC | 24-11189 | PCCA - Professional Compounding Centers | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 4/2/2024 | (3,001) | Trade |
| | Braun Pharma, LLC | 24-11189 | PCCA - Professional Compounding Centers | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 5/2/2024 | (3,577) | Trade |
| | Braun Pharma, LLC | 24-11189 | PCCA - Professional Compounding Centers | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 6/7/2024 | (4,843) | Trade |
| | Braun Pharma, LLC | 24-11189 | PracticeHwy.com Inc | 1212 Corporate Drive, Suite 230 | | | | Irving | TX | 75038 | United States | 4/12/2024 | (5,000) | Trade |
| | Braun Pharma, LLC | 24-11189 | PracticeHwy.com Inc | 1212 Corporate Drive, Suite 230 | | | | Irving | TX | 75038 | United States | 5/9/2024 | (5,000) | Trade |
| | Braun Pharma, LLC | 24-11189 | United Delivery Service Ltd - 554 | 1S376 Summit Ave, Suite 1F | | | | Oak Brook Terrace | IL | 60181 | United States | 3/18/2024 | (1,190) | Trade |
| | Braun Pharma, LLC | 24-11189 | United Delivery Service Ltd - 554 | 1S376 Summit Ave, Suite 1F | | | | Oak Brook Terrace | IL | 60181 | United States | 3/22/2024 | (1,008) | Trade |
| | Braun Pharma, LLC | 24-11189 | United Delivery Service Ltd - 554 | 1S376 Summit Ave, Suite 1F | | | | Oak Brook Terrace | IL | 60181 | United States | 3/28/2024 | (970) | Trade |
| | Braun Pharma, LLC | 24-11189 | United Delivery Service Ltd - 554 | 1S376 Summit Ave, Suite 1F | | | | Oak Brook Terrace | IL | 60181 | United States | 4/4/2024 | (867) | Trade |
| | Braun Pharma, LLC | 24-11189 | United Delivery Service Ltd - 554 | 1S376 Summit Ave, Suite 1F | | | | Oak Brook Terrace | IL | 60181 | United States | 4/12/2024 | (1,043) | Trade |
| | Braun Pharma, LLC | 24-11189 | United Delivery Service Ltd - 554 | 1S376 Summit Ave, Suite 1F | | | | Oak Brook Terrace | IL | 60181 | United States | 4/18/2024 | (1,172) | Trade |
| | Braun Pharma, LLC | 24-11189 | United Delivery Service Ltd - 554 | 1S376 Summit Ave, Suite 1F | | | | Oak Brook Terrace | IL | 60181 | United States | 4/25/2024 | (1,100) | Trade |
| | Braun Pharma, LLC | 24-11189 | United Delivery Service Ltd - 554 | 1S376 Summit Ave, Suite 1F | | | | Oak Brook Terrace | IL | 60181 | United States | 5/2/2024 | (881) | Trade |
| | Braun Pharma, LLC | 24-11189 | United Delivery Service Ltd - 554 | 1S376 Summit Ave, Suite 1F | | | | Oak Brook Terrace | IL | 60181 | United States | 5/9/2024 | (844) | Trade |
| | Braun Pharma, LLC | 24-11189 | United Delivery Service Ltd - 554 | 1S376 Summit Ave, Suite 1F | | | | Oak Brook Terrace | IL | 60181 | United States | 5/17/2024 | (875) | Trade |
| | Braun Pharma, LLC | 24-11189 | United Delivery Service Ltd - 554 | 1S376 Summit Ave, Suite 1F | | | | Oak Brook Terrace | IL | 60181 | United States | 5/24/2024 | (1,094) | Trade |
| | Braun Pharma, LLC | 24-11189 | United Delivery Service Ltd - 554 | 1S376 Summit Ave, Suite 1F | | | | Oak Brook Terrace | IL | 60181 | United States | 5/31/2024 | (1,098) | Trade |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Braun Pharma, LLC | 24-11189 | United Delivery Service Ltd - 554 | 1S376 Summit Ave, Suite 1F | | | | Oak Brook Terrace | IL | 60181 | United States | 6/7/2024 | (784) | Trade |
| | Central Pharmacy, LLC | 24-11206 | Akron Generics L SI | 47 Mall Dr | STE 1 & 2 | | | Commack | NY | 11725 | United States | 3/12/2024 | (8,438) | Trade |
| | Central Pharmacy, LLC | 24-11206 | Akron Generics L SI | 47 Mall Dr | STE 1 & 2 | | | Commack | NY | 11725 | United States | 4/11/2024 | (5,804) | Trade |
| | Central Pharmacy, LLC | 24-11206 | Akron Generics L SI | 47 Mall Dr | STE 1 & 2 | | | Commack | NY | 11725 | United States | 5/13/2024 | (5,149) | Trade |
| | Central Pharmacy, LLC | 24-11206 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 3/11/2024 | (12,612) | Trade |
| | Central Pharmacy, LLC | 24-11206 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 4/10/2024 | (18,547) | Trade |
| | Central Pharmacy, LLC | 24-11206 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 5/10/2024 | (8,004) | Trade |
| | Central Pharmacy, LLC | 24-11206 | CARDINAL HEALTH,  XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 3/11/2024 | (48,353) | Trade |
| | Central Pharmacy, LLC | 24-11206 | CARDINAL HEALTH,  XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 3/25/2024 | (39,800) | Trade |
| | Central Pharmacy, LLC | 24-11206 | CARDINAL HEALTH,  XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 4/11/2024 | (32,523) | Trade |
| | Central Pharmacy, LLC | 24-11206 | CARDINAL HEALTH,  XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 4/25/2024 | (39,175) | Trade |
| | Central Pharmacy, LLC | 24-11206 | CARDINAL HEALTH,  XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 5/10/2024 | (20,164) | Trade |
| | Central Pharmacy, LLC | 24-11206 | CARDINAL HEALTH,  XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 5/28/2024 | (37,099) | Trade |
| | Central Pharmacy, LLC | 24-11206 | CITY MEDRX LLC   MO | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 4/4/2024 | (2,310) | Trade |
| | Central Pharmacy, LLC | 24-11206 | CITY MEDRX LLC   MO | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 5/8/2024 | (15,939) | Trade |
| | Central Pharmacy, LLC | 24-11206 | CITY MEDRX LLC   MO | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 6/6/2024 | (9,501) | Trade |
| | Central Pharmacy, LLC | 24-11206 | DrugLift | 99-27 62nd Road | | | | Queens | NY | 11374 | United States | 4/12/2024 | (13,729) | Trade |
| | Central Pharmacy, LLC | 24-11206 | DrugLift | 99-27 62nd Road | | | | Queens | NY | 11374 | United States | 5/2/2024 | (12,326) | Trade |
| | Central Pharmacy, LLC | 24-11206 | DrugLift | 99-27 62nd Road | | | | Queens | NY | 11374 | United States | 5/24/2024 | (5,881) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 3/18/2024 | (4,070) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 3/19/2024 | (731) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 3/22/2024 | (804) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/2/2024 | (132) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/5/2024 | (2,813) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/19/2024 | (560) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/22/2024 | (848) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/29/2024 | (4,551) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/3/2024 | (1,300) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/6/2024 | (892) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/9/2024 | (4,099) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/13/2024 | (3,398) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/17/2024 | (1,960) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/20/2024 | (74) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 6/3/2024 | (3,972) | Trade |
| | Central Pharmacy, LLC | 24-11206 | FFF Enterprises Inc - 9700 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 6/7/2024 | (2,830) | Trade |
| | Central Pharmacy, LLC | 24-11206 | Forest Equities Inc - 119 Kent LLC - Afshan | 142 Washington Ave | | | | Brooklyn | NY | 11205 | United States | 3/26/2024 | (10,458) | Lease |
| | Central Pharmacy, LLC | 24-11206 | Forest Equities Inc - 119 Kent LLC - Afshan | 142 Washington Ave | | | | Brooklyn | NY | 11205 | United States | 3/28/2024 | (83) | Trade |
| | Central Pharmacy, LLC | 24-11206 | Forest Equities Inc - 119 Kent LLC - Afshan | 142 Washington Ave | | | | Brooklyn | NY | 11205 | United States | 4/25/2024 | (10,458) | Lease |
| | Central Pharmacy, LLC | 24-11206 | Forest Equities Inc - 119 Kent LLC - Afshan | 142 Washington Ave | | | | Brooklyn | NY | 11205 | United States | 5/31/2024 | (10,458) | Lease |
| | Central Pharmacy, LLC | 24-11206 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 4/18/2024 | (16,573) | Trade |
| | Central Pharmacy, LLC | 24-11206 | Journey Medical Corporation - 9016 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 4/4/2024 | (11,470) | Trade |
| | Central Pharmacy, LLC | 24-11206 | MASTERS DRUG COM  AU | PO Box 840713 | | | | Dallas | TX | 75284-0713 | United States | 3/11/2024 | (15,906) | Trade |
| | Central Pharmacy, LLC | 24-11206 | MASTERS DRUG COM  AU | PO Box 840713 | | | | Dallas | TX | 75284-0713 | United States | 4/10/2024 | (5,510) | Trade |
| | Central Pharmacy, LLC | 24-11206 | MASTERS DRUG COM  AU | PO Box 840713 | | | | Dallas | TX | 75284-0713 | United States | 5/10/2024 | (4,670) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 3/11/2024 | (354) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 3/14/2024 | (701) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 3/18/2024 | (533) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 3/20/2024 | (347) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 3/27/2024 | (446) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 3/28/2024 | (628) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 3/29/2024 | (374) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 4/2/2024 | (379) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 4/3/2024 | (303) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 4/5/2024 | (346) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 4/8/2024 | (778) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 4/10/2024 | (333) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 4/15/2024 | (600) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 4/18/2024 | (410) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 4/23/2024 | (508) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 4/26/2024 | (335) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 5/1/2024 | (458) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 5/2/2024 | (335) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 5/6/2024 | (505) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 5/10/2024 | (350) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 5/14/2024 | (318) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 5/23/2024 | (362) | Trade |
| | Central Pharmacy, LLC | 24-11206 | REAL VALUE P4788  ca | 5100 Commerce Pkwy | | | | San Antonio | TX | 78218 | United States | 5/24/2024 | (327) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 3/11/2024 | (7,810) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 3/25/2024 | (2,302) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 4/10/2024 | (736) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 4/25/2024 | (2,036) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 5/10/2024 | (8,128) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 5/28/2024 | (1,564) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ANDA, INC.    AC | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 3/13/2024 | (8,258) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ANDA, INC.    AC | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 4/11/2024 | (8,478) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ANDA, INC.    AC | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 5/13/2024 | (6,573) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 3/18/2024 | (59,846) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 4/18/2024 | (103,732) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 5/17/2024 | (79,794) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 5/31/2024 | (55,856) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Armita Properties Inc | 23211 Hawthorne Blvd | STE 300 | | | Torrance | CA | 90505 | United States | 3/26/2024 | (5,553) | Lease |
| | Concierge Pharmacy LLC | 24-11211 | Armita Properties Inc | 23211 Hawthorne Blvd | STE 300 | | | Torrance | CA | 90505 | United States | 4/26/2024 | (5,553) | Lease |
| | Concierge Pharmacy LLC | 24-11211 | Armita Properties Inc | 23211 Hawthorne Blvd | STE 300 | | | Torrance | CA | 90505 | United States | 5/31/2024 | (5,553) | Lease |
| | Concierge Pharmacy LLC | 24-11211 | CityMedRx LLC - 6187 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 4/2/2024 | (10,973) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | CityMedRx LLC - 6187 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 4/4/2024 | (924) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | CityMedRx LLC - 6187 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 6/7/2024 | (10,843) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Dermavant Sciences Inc | PO Box 736560 | | | | Dallas | TX | 75373-6560 | United States | 3/28/2024 | (88,225) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Dermavant Sciences Inc | PO Box 736560 | | | | Dallas | TX | 75373-6560 | United States | 4/12/2024 | (25,207) | Trade |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Concierge Pharmacy LLC | 24-11211 | Dermavant Sciences Inc | PO Box 736560 | | | | Dallas | TX | 75373-6560 | United States | 4/18/2024 | (25,207) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Dermavant Sciences Inc | PO Box 736560 | | | | Dallas | TX | 75373-6560 | United States | 4/25/2024 | (25,207) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Dermavant Sciences Inc | PO Box 736560 | | | | Dallas | TX | 75373-6560 | United States | 5/2/2024 | (25,207) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | FFF Enterprises Inc - 9450 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 3/19/2024 | (114) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | FFF Enterprises Inc - 9450 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 3/22/2024 | (17,135) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | FFF Enterprises Inc - 9450 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/25/2024 | (11,849) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | FFF Enterprises Inc - 9450 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/6/2024 | (1,918) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | FFF Enterprises Inc - 9450 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/17/2024 | (10,401) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | FFF Enterprises Inc - 9450 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/20/2024 | (5,798) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | FFF Enterprises Inc - 9450 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 6/4/2024 | (19,211) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | FFF Enterprises Inc - 9450 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 6/7/2024 | (9,103) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Forte Bio-Pharma LLC - 1192 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 3/18/2024 | (58,388) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Forte Bio-Pharma LLC - 1192 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 4/11/2024 | (56,052) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Forte Bio-Pharma LLC - 1192 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 5/10/2024 | (29,768) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Forte Bio-Pharma LLC - 1192 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 6/7/2024 | (24,293) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 3/14/2024 | (132,586) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 3/22/2024 | (92,074) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 4/12/2024 | (88,391) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 5/2/2024 | (92,074) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 5/17/2024 | (92,074) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 6/7/2024 | (92,074) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | JG Pharma, Inc - 6370 | PO Box 358074 | | | | Pittsburgh | PA | 15251-5074 | United States | 3/18/2024 | (2,068) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | JG Pharma, Inc - 6370 | PO Box 358074 | | | | Pittsburgh | PA | 15251-5074 | United States | 3/22/2024 | (510) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | JG Pharma, Inc - 6370 | PO Box 358074 | | | | Pittsburgh | PA | 15251-5074 | United States | 5/17/2024 | (1,918) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | JG Pharma, Inc - 6370 | PO Box 358074 | | | | Pittsburgh | PA | 15251-5074 | United States | 5/24/2024 | (2,625) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | JG Pharma, Inc - 6370 | PO Box 358074 | | | | Pittsburgh | PA | 15251-5074 | United States | 6/7/2024 | (1,020) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Journey Medical Corporation - 5892 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 4/4/2024 | (9,258) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Journey Medical Corporation - 5892 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 5/3/2024 | (2,484) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Journey Medical Corporation - 5892 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 6/7/2024 | (1,365) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Mayne Pharma - 586B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 3/29/2024 | (8,788) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Mayne Pharma - 586B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 4/5/2024 | (12,419) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/15/2024 | (64,919) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/22/2024 | (55,865) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/29/2024 | (69,637) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/5/2024 | (42,811) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/12/2024 | (112,584) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/19/2024 | (69,022) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/26/2024 | (48,292) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/3/2024 | (48,747) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/10/2024 | (101,655) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/17/2024 | (57,601) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/24/2024 | (79,171) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/31/2024 | (82,179) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 6/7/2024 | (98,617) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 3/26/2024 | (8,722) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 4/11/2024 | (4,815) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 4/26/2024 | (4,951) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 5/13/2024 | (543) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 5/28/2024 | (1,298) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Virtus Pharmaceuticals LLC - 0531 | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 3/18/2024 | (9,500) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Virtus Pharmaceuticals LLC - 0531 | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 3/26/2024 | (7,448) | Trade |
| | Concierge Pharmacy LLC | 24-11211 | Virtus Pharmaceuticals LLC - 0531 | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 5/3/2024 | (9,310) | Trade |
| | Crestview Holdings, LLC | 24-11193 | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | Crestview Pharmacy, LLC | 24-11194 | Crestview Storage LLC - PHAR | 1116 North Ferdon Boulevard | | | | Okaloosa County | FL | 32536 | United States | 3/22/2024 | (3,515) | Lease |
| | Crestview Pharmacy, LLC | 24-11194 | Crestview Storage LLC - PHAR | 1116 North Ferdon Boulevard | | | | Okaloosa County | FL | 32536 | United States | 4/25/2024 | (3,515) | Lease |
| | Crestview Pharmacy, LLC | 24-11194 | Crestview Storage LLC - PHAR | 1116 North Ferdon Boulevard | | | | Okaloosa County | FL | 32536 | United States | 5/31/2024 | (3,515) | Lease |
| | Crestview Pharmacy, LLC | 24-11194 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 4/1/2024 | (2,759) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 5/1/2024 | (2,679) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 6/3/2024 | (2,350) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | Letco Medical LLC - 0744 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 3/18/2024 | (1,092) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | Letco Medical LLC - 0744 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 3/22/2024 | (520) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | Letco Medical LLC - 0744 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 3/25/2024 | (284) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | Letco Medical LLC - 0744 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 4/4/2024 | (1,664) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | Letco Medical LLC - 0744 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 4/9/2024 | (830) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | Letco Medical LLC - 0744 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 4/19/2024 | (517) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | Letco Medical LLC - 0744 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 4/26/2024 | (180) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | Letco Medical LLC - 0744 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 4/29/2024 | (159) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | Letco Medical LLC - 0744 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 5/14/2024 | (1,305) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | Letco Medical LLC - 0744 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 5/17/2024 | (1,046) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | Letco Medical LLC - 0744 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 5/24/2024 | (330) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | Letco Medical LLC - 0744 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 6/7/2024 | (1,907) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/8/2024 | (21,115) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/22/2024 | (32,759) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/29/2024 | (32,651) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/5/2024 | (7,896) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/12/2024 | (24,503) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/19/2024 | (13,658) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/26/2024 | (20,772) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/3/2024 | (20,954) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/10/2024 | (25,326) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/17/2024 | (14,438) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/24/2024 | (27,460) | Trade |
| | Crestview Pharmacy, LLC | 24-11194 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/31/2024 | (17,627) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 3/11/2024 | (118,037) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 3/25/2024 | (94,623) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 4/10/2024 | (87,619) | Trade |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dr. Ike's PharmaCare LLC | 24-11195 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 4/25/2024 | (132,543) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 5/10/2024 | (123,166) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 5/28/2024 | (107,370) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | GLS US - 102746 | PO Box 1907 | | | | San Ramon | CA | 94583 | United States | 3/15/2024 | (1,962) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | GLS US - 102746 | PO Box 1907 | | | | San Ramon | CA | 94583 | United States | 3/22/2024 | (810) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | GLS US - 102746 | PO Box 1907 | | | | San Ramon | CA | 94583 | United States | 4/4/2024 | (3,611) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | GLS US - 102746 | PO Box 1907 | | | | San Ramon | CA | 94583 | United States | 5/2/2024 | (501) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | GLS US - 102746 | PO Box 1907 | | | | San Ramon | CA | 94583 | United States | 5/17/2024 | (1,224) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | GLS US - 102746 | PO Box 1907 | | | | San Ramon | CA | 94583 | United States | 5/24/2024 | (1,483) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | GLS US - 102746 | PO Box 1907 | | | | San Ramon | CA | 94583 | United States | 5/31/2024 | (657) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | GLS US - 102746 | PO Box 1907 | | | | San Ramon | CA | 94583 | United States | 6/7/2024 | (608) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | GohaykLR LLC | 16662 Pineridge drive | | | | Granada Hills | CA | 91344 | United States | 3/26/2024 | (6,398) | Lease |
| | Dr. Ike's PharmaCare LLC | 24-11195 | GohaykLR LLC | 16662 Pineridge drive | | | | Granada Hills | CA | 91344 | United States | 4/25/2024 | (6,398) | Lease |
| | Dr. Ike's PharmaCare LLC | 24-11195 | GohaykLR LLC | 16662 Pineridge drive | | | | Granada Hills | CA | 91344 | United States | 5/31/2024 | (6,398) | Lease |
| | Dr. Ike's PharmaCare LLC | 24-11195 | NARX Transport, Inc. | 17167 Braxton St. | | | | Granada Hills | CA | 91344 | United States | 3/22/2024 | (51,018) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | NARX Transport, Inc. | 17167 Braxton St. | | | | Granada Hills | CA | 91344 | United States | 4/18/2024 | (42,975) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | NARX Transport, Inc. | 17167 Braxton St. | | | | Granada Hills | CA | 91344 | United States | 5/17/2024 | (44,070) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | NARX Transport, Inc. | 17167 Braxton St. | | | | Granada Hills | CA | 91344 | United States | 5/31/2024 | (21,885) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | Sigma - 00-0441394 | 701 W Harvard St | | | | Glendale | CA | 91204 | United States | 3/18/2024 | (6,613) | Trade |
| | Dr. Ike's PharmaCare LLC | 24-11195 | Sigma - 00-0441394 | 701 W Harvard St | | | | Glendale | CA | 91204 | United States | 4/8/2024 | (3,690) | Trade |
| | | | | | | | | #N/A | CA | #N/A | | | | |
| | EasyCare Pharmacy LLC | 24-11213 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 3/12/2024 | (556) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 3/20/2024 | (726) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 3/26/2024 | (694) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 4/2/2024 | (881) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 4/16/2024 | (613) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 4/16/2024 | (919) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 4/24/2024 | (548) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 4/30/2024 | (850) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 5/9/2024 | (688) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 5/17/2024 | (638) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 5/22/2024 | (756) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 5/29/2024 | (900) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 6/5/2024 | (438) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 3/11/2024 | (2,794) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 3/25/2024 | (19,713) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 4/10/2024 | (13,477) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 4/25/2024 | (17,017) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 5/10/2024 | (14,374) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 5/28/2024 | (3,998) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | ANDA, INC.      AC | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 3/13/2024 | (30,624) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | ANDA, INC.      AC | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 4/11/2024 | (26,765) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | ANDA, INC.      AC | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 5/13/2024 | (31,572) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 3/18/2024 | (11,969) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 4/18/2024 | (7,979) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 5/9/2024 | (3,990) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | BSD Construction, Inc. | 6308 Woodman Ave #210 | | | | Valley Glen | CA | 91401 | United States | 6/7/2024 | (38,686) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | ChartwellRx | 77 Brenner Drive. | | | | Congers | NY | 10920 | United States | 3/22/2024 | (12,936) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | CityMedRx LLC - 6190 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 4/2/2024 | (10,335) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | CityMedRx LLC - 6190 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 5/2/2024 | (12,521) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | CityMedRx LLC - 6190 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 6/7/2024 | (26,507) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Demavant Sciences Inc | PO Box 736560 | | | | Dallas | TX | 75373-6560 | United States | 4/25/2024 | (37,811) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | FFF Enterprises Inc - 9451 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 3/18/2024 | (10,376) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | FFF Enterprises Inc - 9451 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 3/22/2024 | (7,807) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | FFF Enterprises Inc - 9451 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/22/2024 | (10,376) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | FFF Enterprises Inc - 9451 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/30/2024 | (8,773) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | FFF Enterprises Inc - 9451 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/16/2024 | (2,878) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | FFF Enterprises Inc - 9451 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 6/7/2024 | (10,706) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | FH2 Pharma | 8311 W Sunset Rd Ste 150 | | | | Las Vegas | NV | 89113 | United States | 3/18/2024 | (4,080) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | FH2 Pharma | 8311 W Sunset Rd Ste 150 | | | | Las Vegas | NV | 89113 | United States | 3/26/2024 | (6,120) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | FH2 Pharma | 8311 W Sunset Rd Ste 150 | | | | Las Vegas | NV | 89113 | United States | 4/18/2024 | (6,120) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | FH2 Pharma | 8311 W Sunset Rd Ste 150 | | | | Las Vegas | NV | 89113 | United States | 5/14/2024 | (6,353) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Fix It Right | 1702 S Robertson | BLVD 267 | | | Los Angeles | CA | 90035 | United States | 6/7/2024 | (12,056) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Forte Bio-Pharma LLC - 8744 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 3/18/2024 | (32,697) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Forte Bio-Pharma LLC - 8744 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 3/22/2024 | (28,026) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Forte Bio-Pharma LLC - 8744 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 4/2/2024 | (23,355) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Forte Bio-Pharma LLC - 8744 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 4/5/2024 | (23,355) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Forte Bio-Pharma LLC - 8744 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 4/9/2024 | (23,355) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Forte Bio-Pharma LLC - 8744 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 4/12/2024 | (18,391) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Forte Bio-Pharma LLC - 8744 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 4/26/2024 | (23,355) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Forte Bio-Pharma LLC - 8744 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 5/2/2024 | (24,293) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Forte Bio-Pharma LLC - 8744 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 5/16/2024 | (24,293) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Forte Bio-Pharma LLC - 8744 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 5/28/2024 | (35,021) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Forte Bio-Pharma LLC - 8744 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 6/4/2024 | (24,293) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Forte Bio-Pharma LLC - 8744 | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 6/7/2024 | (38,869) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 6/7/2024 | (44,418) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 5/9/2024 | (44,418) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Journey Medical Corporation - 5899 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 4/4/2024 | (17,615) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Journey Medical Corporation - 5899 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 6/3/2024 | (4,021) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Journey Medical Corporation - 5899 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 6/4/2024 | (2,648) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Mayne Pharma - 596B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 4/9/2024 | (2,363) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Mayne Pharma - 596B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 5/31/2024 | (5,038) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Mayne Pharma - 596B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 6/7/2024 | (5,084) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Mayne Pharma - 596B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 6/4/2024 | (6,404) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Mayne Pharma - 596B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 6/4/2024 | (58,179) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/15/2024 | (76,438) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/22/2024 | (71,896) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/29/2024 | (78,615) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/5/2024 | (75,651) | Trade |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EasyCare Pharmacy LLC | 24-11213 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/12/2024 | (114,607) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/19/2024 | (139,764) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/26/2024 | (67,573) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/3/2024 | (64,887) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/10/2024 | (120,065) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/17/2024 | (60,487) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/24/2024 | (66,745) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/31/2024 | (88,823) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 6/7/2024 | (141,610) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | ParMed          XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 3/26/2024 | (5,694) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | ParMed          XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 4/26/2024 | (19,834) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Virtus Pharmaceuticals - 0533 | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 5/21/2024 | (9,310) | Trade |
| | EasyCare Pharmacy LLC | 24-11213 | Woodlake Medical Center - HCP Inc - 4882 | PO Box 741047 | | | | Los Angeles | CA | 90074-1047 | United States | 3/26/2024 | (7,593) | Lease |
| | EasyCare Pharmacy LLC | 24-11213 | Woodlake Medical Center - HCP Inc - 4882 | PO Box 741047 | | | | Los Angeles | CA | 90074-1047 | United States | 4/25/2024 | (7,593) | Lease |
| | EasyCare Pharmacy LLC | 24-11213 | Woodlake Medical Center - HCP Inc - 4882 | PO Box 741047 | | | | Los Angeles | CA | 90074-1047 | United States | 5/31/2024 | (7,808) | Lease |
| | Enovex Pharmacy LLC | 24-11196 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 4/1/2024 | (3,276) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 5/1/2024 | (3,258) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 6/3/2024 | (3,371) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Letco Medical LLC - TFV54 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 4/2/2024 | (2,618) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Letco Medical LLC - TFV54 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 5/2/2024 | (5,153) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Letco Medical LLC - TFV54 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 6/7/2024 | (4,374) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/15/2024 | (900) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/22/2024 | (749) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/26/2024 | (167) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/28/2024 | (1,158) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/29/2024 | (1,188) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/4/2024 | (517) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/9/2024 | (1,185) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/12/2024 | (57) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/18/2024 | (873) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/25/2024 | (775) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/26/2024 | (514) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/2/2024 | (270) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/9/2024 | (1,177) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/17/2024 | (673) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/24/2024 | (343) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/31/2024 | (897) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Medisca - UNIV91N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 6/7/2024 | (124) | Trade |
| | Enovex Pharmacy LLC | 24-11196 | Stevenson Management - Unit M | 1111 N Brand Blvd | STE 302 | | | Glendale | CA | 91202 | United States | 3/22/2024 | (8,825) | Lease |
| | Enovex Pharmacy LLC | 24-11196 | Stevenson Management - Unit M | 1111 N Brand Blvd | STE 302 | | | Glendale | CA | 91202 | United States | 4/25/2024 | (12,507) | Lease |
| | Enovex Pharmacy LLC | 24-11196 | Stevenson Management - Unit M | 1111 N Brand Blvd | STE 302 | | | Glendale | CA | 91202 | United States | 5/31/2024 | (8,825) | Lease |
| | FirstCare Pharmacy LLC | 24-11212 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 3/12/2024 | (1,719) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 3/20/2024 | (1,525) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 3/26/2024 | (1,525) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 4/2/2024 | (1,238) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 4/9/2024 | (1,900) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 4/16/2024 | (1,688) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 4/24/2024 | (1,672) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 4/30/2024 | (1,863) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 5/9/2024 | (1,619) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 5/14/2024 | (1,656) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 5/22/2024 | (1,650) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 5/29/2024 | (1,638) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | American Flyer Distribution | 27614 Primrose Ln | | | | Castaic | CA | 91384 | United States | 6/5/2024 | (1,319) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ANDA, INC.       AC | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 3/13/2024 | (43,342) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ANDA, INC.       AC | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 4/11/2024 | (28,942) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ANDA, INC.       AC | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 5/13/2024 | (90,257) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 3/18/2024 | (19,949) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 3/22/2024 | (11,969) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 3/29/2024 | (7,979) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 4/5/2024 | (23,938) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 4/18/2024 | (15,959) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 4/25/2024 | (19,949) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 5/2/2024 | (15,959) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 5/9/2024 | (15,959) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 5/17/2024 | (15,959) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 5/24/2024 | (11,969) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 5/31/2024 | (63,835) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 6/7/2024 | (23,938) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Bonita Pharmaceuticals LLC - 0007 | 6380 Commerce Dr | | | | Westland | MI | 60614 | United States | 5/2/2024 | (2,412) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Bonita Pharmaceuticals LLC - 0007 | 6380 Commerce Dr | | | | Westland | MI | 60614 | United States | 5/2/2024 | (5,358) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Castleborn Investments | PO Box 260134 | STE E | | | Encino | CA | 91426-0134 | United States | 3/18/2024 | (1,277) | Lease |
| | FirstCare Pharmacy LLC | 24-11212 | Castleborn Investments | PO Box 260134 | STE E | | | Encino | CA | 91426-0134 | United States | 3/26/2024 | (6,523) | Lease |
| | FirstCare Pharmacy LLC | 24-11212 | Castleborn Investments | PO Box 260134 | STE E | | | Encino | CA | 91426-0134 | United States | 4/18/2024 | (1,278) | Lease |
| | FirstCare Pharmacy LLC | 24-11212 | Castleborn Investments | PO Box 260134 | STE E | | | Encino | CA | 91426-0134 | United States | 4/25/2024 | (6,523) | Lease |
| | FirstCare Pharmacy LLC | 24-11212 | Castleborn Investments | PO Box 260134 | STE E | | | Encino | CA | 91426-0134 | United States | 5/17/2024 | (1,298) | Lease |
| | FirstCare Pharmacy LLC | 24-11212 | Castleborn Investments | PO Box 260134 | STE E | | | Encino | CA | 91426-0134 | United States | 5/31/2024 | (6,523) | Lease |
| | FirstCare Pharmacy LLC | 24-11212 | Chartwell RX, LLC. | 77 Brenner Drive. | | | | Congers | NY | 10920 | United States | 3/22/2024 | (37,044) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | CityMedRx LLC - 6193 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 4/2/2024 | (26,165) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | CityMedRx LLC - 6193 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 4/4/2024 | (12,979) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | CityMedRx LLC - 6193 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 5/3/2024 | (8,529) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | CityMedRx LLC - 6193 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 5/2/2024 | (54,804) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | CityMedRx LLC - 6193 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 6/7/2024 | (46,505) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Deliver-It LLC - 2974 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 3/28/2024 | (2,401) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Deliver-It LLC - 2974 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 3/22/2024 | (1,862) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Deliver-It LLC - 2974 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 4/5/2024 | (2,795) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Deliver-It LLC - 2974 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 4/25/2024 | (2,121) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Deliver-It LLC - 2974 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 5/9/2024 | (2,253) | Trade |

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FirstCare Pharmacy LLC | 24-11212 | Deliver-It LLC - 2974 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 5/24/2024 | (1,886) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Deliver-It LLC - 2974 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 6/7/2024 | (2,086) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Dermavant Sciences Inc | PO Box 736560 | | | | Dallas | TX | 75373-6560 | United States | 4/4/2024 | (12,604) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Dermavant Sciences Inc | PO Box 736560 | | | | Dallas | TX | 75373-6560 | United States | 4/18/2024 | (25,207) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Dermavant Sciences Inc | PO Box 736560 | | | | Dallas | TX | 75373-6560 | United States | 4/25/2024 | (151,242) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 3/18/2024 | (28,693) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 3/19/2024 | (5,060) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 3/22/2024 | (10,376) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 3/29/2024 | (4,042) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/2/2024 | (3,866) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/4/2024 | (10,121) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/9/2024 | (7,782) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/12/2024 | (23,699) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/18/2024 | (12,055) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/25/2024 | (10,709) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/26/2024 | (1,439) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/30/2024 | (10,984) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/9/2024 | (23,982) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/17/2024 | (10,962) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/24/2024 | (36,162) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/31/2024 | (18,222) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | FFF Enterprises Inc - 9452 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 6/7/2024 | (41,312) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Forte Bio-Pharma LLC | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 3/18/2024 | (18,684) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Forte Bio-Pharma LLC | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 3/28/2024 | (4,671) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Forte Bio-Pharma LLC | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 4/9/2024 | (4,671) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Forte Bio-Pharma LLC | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 4/30/2024 | (4,889) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Forte Bio-Pharma LLC | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 5/3/2024 | (7,288) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Forte Bio-Pharma LLC | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 5/24/2024 | (4,859) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Forte Bio-Pharma LLC | PO Box 29650 | DEPT 880412 | | | Phoenix | AZ | 85038-9650 | United States | 5/31/2024 | (9,717) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 3/15/2024 | (176,782) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 3/22/2024 | (177,436) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 3/26/2024 | (132,586) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 4/4/2024 | (132,586) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 5/9/2024 | (176,782) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 5/24/2024 | (176,782) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 6/7/2024 | (353,563) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Journey Medical Corporation - 5894 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 3/22/2024 | (22,824) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Journey Medical Corporation - 5894 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 4/4/2024 | (87,831) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Journey Medical Corporation - 5894 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 5/17/2024 | (6,678) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Journey Medical Corporation - 5894 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 6/7/2024 | (10,592) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Mayne Pharma - 128B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 3/22/2024 | (20,129) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Mayne Pharma - 128B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 3/28/2024 | (5,005) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Mayne Pharma - 128B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 4/5/2024 | (100,824) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Mayne Pharma - 128B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 4/12/2024 | (10,448) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Mayne Pharma - 128B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 4/18/2024 | (5,010) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Mayne Pharma - 128B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 5/2/2024 | (34,819) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Mayne Pharma - 128B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 5/9/2024 | (28,945) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Mayne Pharma - 128B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 5/17/2024 | (13,397) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Mayne Pharma - 128B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 5/24/2024 | (34,152) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Mayne Pharma - 128B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 5/24/2024 | (39,042) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Mayne Pharma - 128B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 5/31/2024 | (5,020) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Mayne Pharma - 128B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 6/7/2024 | (143,458) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/15/2024 | (64,831) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/22/2024 | (120,392) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/29/2024 | (79,266) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/5/2024 | (95,793) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/12/2024 | (93,591) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/19/2024 | (62,864) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/26/2024 | (66,746) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/3/2024 | (56,033) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/10/2024 | (111,545) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/17/2024 | (65,474) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/24/2024 | (113,778) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/31/2024 | (79,021) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 6/7/2024 | (99,442) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ParMed      XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 3/26/2024 | (13,495) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ParMed      XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 4/11/2024 | (14,941) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ParMed      XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 4/26/2024 | (79,818) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ParMed      XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 5/13/2024 | (17,377) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | ParMed      XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 5/28/2024 | (48,894) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | PioneerRx - 789 | PO Box 53407 | | | | Shreveport | LA | 71135-3407 | United States | 3/18/2024 | (2,257) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | PioneerRx - 789 | PO Box 53407 | | | | Shreveport | LA | 71135-3407 | United States | 4/18/2024 | (2,108) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | PioneerRx - 789 | PO Box 53407 | | | | Shreveport | LA | 71135-3407 | United States | 5/17/2024 | (2,274) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | PioneerRx - 789 | PO Box 53407 | | | | Shreveport | LA | 71135-3407 | United States | 6/7/2024 | (2,264) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Virtus Pharmaceuticals LLC - 0532 | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 3/18/2024 | (18,810) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Virtus Pharmaceuticals LLC - 0532 | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 3/26/2024 | (9,310) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Virtus Pharmaceuticals LLC - 0532 | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 4/18/2024 | (9,310) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Virtus Pharmaceuticals LLC - 0532 | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 5/9/2024 | (9,310) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Virtus Pharmaceuticals LLC - 0532 | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 5/31/2024 | (3,724) | Trade |
| | FirstCare Pharmacy LLC | 24-11212 | Virtus Pharmaceuticals LLC - 0532 | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 6/7/2024 | (18,620) | Trade |
| | H&H Pharmacy LLC | 24-11197 | | | | | | | | | | | | | |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 3/12/2024 | (499.55) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 3/13/2024 | (52,480.82) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 3/19/2024 | (122.30) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 3/20/2024 | (254.69) | Credit card payment |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | H&H Pharmacy LLC | 24-11197 | | | | | | | | | | | | |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 3/20/2024 | (49,325.63) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 3/22/2024 | (301.88) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 3/25/2024 | (14.08) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 3/27/2024 | (37,339.33) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 4/1/2024 | (742.36) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 4/3/2024 | (455.15) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 4/3/2024 | (73,740.16) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 4/8/2024 | (614.64) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 4/10/2024 | (14.85) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 4/10/2024 | (56,247.23) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 4/12/2024 | (1,092.09) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 4/17/2024 | (54,262.89) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 4/18/2024 | (41.32) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 4/23/2024 | (27.68) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 4/24/2024 | (254.32) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 4/24/2024 | (53,375.00) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 4/26/2024 | (81.16) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 4/30/2024 | (88.49) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/1/2024 | (39,989.58) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/3/2024 | (40.32) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/7/2024 | (722.56) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/8/2024 | (1,195.26) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/8/2024 | (83,123.31) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/10/2024 | (40.32) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/13/2024 | (17.28) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/15/2024 | (22.74) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/15/2024 | (63,076.85) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/17/2024 | (23.04) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/21/2024 | (78.12) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/22/2024 | (27.02) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/22/2024 | (56,577.16) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/23/2024 | (34.56) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/28/2024 | (584.23) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/29/2024 | (91.61) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/29/2024 | (36,634.24) | Credit card payment |
| | H&H Pharmacy LLC | 24-11197 | BREX INC. | 650 South 500 West | Suite 209 | | | Salt Lake City | UT | 84101 | United States | 5/30/2024 | (43.30) | Credit card payment |
| | HCP Pharmacy LLC | 24-11190 | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | Healthy Choice Compounding LLC | 24-11208 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 4/1/2024 | (9,082) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 5/1/2024 | (9,012) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Letco Medical, LLC - 1272 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 3/18/2024 | (5,708) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Letco Medical, LLC - 1272 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 3/22/2024 | (1,780) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Letco Medical, LLC - 1272 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 3/28/2024 | (3,529) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Letco Medical, LLC - 1272 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 4/4/2024 | (1,577) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Letco Medical, LLC - 1272 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 4/12/2024 | (2,118) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Letco Medical, LLC - 1272 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 4/18/2024 | (2,344) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Letco Medical, LLC - 1272 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 4/25/2024 | (2,851) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Letco Medical, LLC - 1272 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 5/2/2024 | (738) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Letco Medical, LLC - 1272 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 5/17/2024 | (1,736) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Letco Medical, LLC - 1272 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 5/24/2024 | (2,742) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Letco Medical, LLC - 1272 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 5/31/2024 | (1,380) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Letco Medical, LLC - 1272 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 6/7/2024 | (6,127) | Trade |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/18/2024 | (2,018) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/19/2024 | (3,802) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/22/2024 | (491) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/26/2024 | (55) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/29/2024 | (317) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/2/2024 | (1,236) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/4/2024 | (666) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/5/2024 | (272) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/12/2024 | (1,057) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/18/2024 | (272) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/22/2024 | (485) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/25/2024 | (9,040) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/29/2024 | (1,647) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/9/2024 | (1,442) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/10/2024 | (21) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/13/2024 | (115) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/17/2024 | (220) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/20/2024 | (56) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/24/2024 | (987) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/31/2024 | (3,692) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 6/3/2024 | (104) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 6/4/2024 | (178) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | Medisca Inc - A105 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 6/7/2024 | (771) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | NYP Owner I LLC | 100 Clearbrook Rd, 2nd floor | | | | Elmsford | NY | 10523 | United States | 3/22/2024 | (5,078) | Lease |
| | Healthy Choice Compounding LLC | 24-11208 | NYP Owner I LLC | 100 Clearbrook Rd, 2nd floor | | | | Elmsford | NY | 10523 | United States | 4/25/2024 | (5,078) | Lease |
| | Healthy Choice Compounding LLC | 24-11208 | NYP Owner I LLC | 100 Clearbrook Rd, 2nd floor | | | | Elmsford | NY | 10523 | United States | 5/31/2024 | (5,078) | Lease |
| | Healthy Choice Compounding LLC | 24-11208 | PCCA Inc - 4648 | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 4/4/2024 | (1,714) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | PCCA Inc - 4648 | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 4/4/2024 | (6,747) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | PCCA Inc - 4648 | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 5/6/2024 | (16,557) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | PCCA Inc - 4648 | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 5/31/2024 | (357) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | PCCA Inc - 4648 | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 6/7/2024 | (17,204) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | UPS - United Parcel Service - 24W5 | PO Box 7247-0244 | | | | Philadelphia | PA | 19170-0001 | United States | 3/22/2024 | (11,772) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | UPS - United Parcel Service - 24W5 | PO Box 7247-0244 | | | | Philadelphia | PA | 19170-0001 | United States | 3/28/2024 | (6,349) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | UPS - United Parcel Service - 24W5 | PO Box 7247-0244 | | | | Philadelphia | PA | 19170-0001 | United States | 4/12/2024 | (12,122) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | UPS - United Parcel Service - 24W5 | PO Box 7247-0244 | | | | Philadelphia | PA | 19170-0001 | United States | 4/18/2024 | (5,595) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | UPS - United Parcel Service - 24W5 | PO Box 7247-0244 | | | | Philadelphia | PA | 19170-0001 | United States | 4/25/2024 | (5,399) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | UPS - United Parcel Service - 24W5 | PO Box 7247-0244 | | | | Philadelphia | PA | 19170-0001 | United States | 5/2/2024 | (5,329) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | UPS - United Parcel Service - 24W5 | PO Box 7247-0244 | | | | Philadelphia | PA | 19170-0001 | United States | 5/17/2024 | (10,759) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | UPS - United Parcel Service - 24W5 | PO Box 7247-0244 | | | | Philadelphia | PA | 19170-0001 | United States | 5/31/2024 | (10,724) | Trade |
| | Healthy Choice Compounding LLC | 24-11208 | UPS - United Parcel Service - 24W5 | PO Box 7247-0244 | | | | Philadelphia | PA | 19170-0001 | United States | 6/7/2024 | (3,733) | Trade |
| | Healthy Choice Compounding LLC | 24-11209 | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | Oakdell Compounding Pharmacy, L | 24-11210 | ARRIVE ON TIME DELIVERY | 600 W Campbell Rd, Suite 7 | | | | Richardson | TX | 75080 | United States | 4/12/2024 | (4,906) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | ARRIVE ON TIME DELIVERY | 600 W Campbell Rd, Suite 7 | | | | Richardson | TX | 75080 | United States | 4/18/2024 | (571) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | ARRIVE ON TIME DELIVERY | 600 W Campbell Rd, Suite 7 | | | | Richardson | TX | 75080 | United States | 4/25/2024 | (535) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | ARRIVE ON TIME DELIVERY | 600 W Campbell Rd, Suite 7 | | | | Richardson | TX | 75080 | United States | 5/2/2024 | (532) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | ARRIVE ON TIME DELIVERY | 600 W Campbell Rd, Suite 7 | | | | Richardson | TX | 75080 | United States | 5/9/2024 | (506) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | ARRIVE ON TIME DELIVERY | 600 W Campbell Rd, Suite 7 | | | | Richardson | TX | 75080 | United States | 5/17/2024 | (515) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | ARRIVE ON TIME DELIVERY | 600 W Campbell Rd, Suite 7 | | | | Richardson | TX | 75080 | United States | 5/24/2024 | (810) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | ARRIVE ON TIME DELIVERY | 600 W Campbell Rd, Suite 7 | | | | Richardson | TX | 75080 | United States | 6/7/2024 | (1,226) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Cardinal Health at Home | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 3/18/2024 | (1,940) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Cardinal Health at Home | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 3/22/2024 | (209) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Cardinal Health at Home | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 3/28/2024 | (901) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Cardinal Health at Home | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 4/4/2024 | (1,452) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Cardinal Health at Home | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 4/5/2024 | (168) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Cardinal Health at Home | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 4/18/2024 | (771) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Cardinal Health at Home | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 4/25/2024 | (1,982) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Cardinal Health at Home | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 5/9/2024 | (1,167) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Cardinal Health at Home | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 5/17/2024 | (594) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Cardinal Health at Home | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 5/24/2024 | (1,017) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Cardinal Health at Home | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 6/7/2024 | (997) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Cardinal Health at Home | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 6/7/2024 | (1,581) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | HRTLAND PMT SYS TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 3/1/2024 | (4,980) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | HRTLAND PMT SYS TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 4/1/2024 | (5,395) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | HRTLAND PMT SYS TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 5/1/2024 | (5,726) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | JONES LANG LASALLE, IP, INC. | 9601 MCALLISTER FREEWAY | | | | SAN ANTONIO | TX | 78216 | United States | 3/28/2024 | (20,666) | Lease |
| | Oakdell Compounding Pharmacy, L | 24-11210 | JONES LANG LASALLE, IP, INC. | 9601 MCALLISTER FREEWAY | | | | SAN ANTONIO | TX | 78216 | United States | 4/25/2024 | (20,666) | Lease |
| | Oakdell Compounding Pharmacy, L | 24-11210 | JONES LANG LASALLE, IP, INC. | 9601 MCALLISTER FREEWAY | | | | SAN ANTONIO | TX | 78216 | United States | 6/7/2024 | (20,666) | Lease |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDISCA INC | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/15/2024 | (640) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDISCA INC | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/22/2024 | (435) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDISCA INC | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/2/2024 | (893) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDISCA INC | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/4/2024 | (1,371) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDISCA INC | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/5/2024 | (142) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDISCA INC | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/18/2024 | (4,895) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDISCA INC | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/25/2024 | (10,816) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDISCA INC | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/2/2024 | (178) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDISCA INC | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/9/2024 | (167) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDISCA INC | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/17/2024 | (380) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDISCA INC | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/24/2024 | (569) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDISCA INC | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 6/7/2024 | (1,744) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDLINE | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 3/18/2024 | (1,630) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDLINE | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 3/28/2024 | (23) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDLINE | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 3/29/2024 | (1,065) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDLINE | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 4/5/2024 | (1,032) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDLINE | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 4/12/2024 | (13) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDLINE | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 4/26/2024 | (1,187) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDLINE | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 5/9/2024 | (633) | Trade |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDLINE | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 5/17/2024 | (92) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDLINE | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 5/24/2024 | (979) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | MEDLINE | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 6/7/2024 | (3,022) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (30) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (37) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (47) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (48) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (60) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (61) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (110) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (168) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (223) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (316) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (632) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (695) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (817) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (925) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (1,299) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (1,737) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (2,417) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/2/2024 | (5,473) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/4/2024 | (48) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/4/2024 | (91) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/4/2024 | (123) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/4/2024 | (137) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/4/2024 | (154) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/4/2024 | (168) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/4/2024 | (325) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/4/2024 | (411) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/4/2024 | (1,701) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 4/4/2024 | (1,755) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (23) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (23) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (30) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (60) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (63) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (65) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (73) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (104) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (139) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (177) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (221) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (245) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (262) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (264) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (278) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (325) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (431) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (503) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (653) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (695) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (874) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (925) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (1,026) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (1,209) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (1,806) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (2,585) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (2,983) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (3,283) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/2/2024 | (8,133) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/9/2024 | (261) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 5/9/2024 | (1,473) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (36) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (37) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (41) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (46) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (60) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (65) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (67) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (68) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (73) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (76) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (81) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (88) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (102) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (136) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (136) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (137) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (139) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (153) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (170) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (172) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (181) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (226) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (274) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (277) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (283) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (378) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (439) | Trade |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (487) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (503) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (530) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (545) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (605) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (683) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (695) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (701) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (800) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (925) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (1,178) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (1,230) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (1,301) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (1,366) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (1,544) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (1,701) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | P.C.C.A., INC | 9901 South Wilcrest Dr | | | | Houston | TX | 77099 | United States | 6/7/2024 | (1,853) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | PROGRESSIVE MEDICAL, INC. | 997 Horan Drive | | | | Fenton | MO | 63026-2401 | United States | 3/18/2024 | (1,926) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | PROGRESSIVE MEDICAL, INC. | 997 Horan Drive | | | | Fenton | MO | 63026-2401 | United States | 3/29/2024 | (2,074) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | PROGRESSIVE MEDICAL, INC. | 997 Horan Drive | | | | Fenton | MO | 63026-2401 | United States | 4/18/2024 | (3,922) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | PROGRESSIVE MEDICAL, INC. | 997 Horan Drive | | | | Fenton | MO | 63026-2401 | United States | 5/9/2024 | (2,899) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | PROGRESSIVE MEDICAL, INC. | 997 Horan Drive | | | | Fenton | MO | 63026-2401 | United States | 6/7/2024 | (579) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | PROGRESSIVE MEDICAL, INC. | 997 Horan Drive | | | | Fenton | MO | 63026-2401 | United States | 6/7/2024 | (6,349) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Unishippers | PO Box 733851 | | | | Dallas | TX | 75373 | United States | 3/18/2024 | (967) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Unishippers | PO Box 733851 | | | | Dallas | TX | 75373 | United States | 3/22/2024 | (505) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Unishippers | PO Box 733851 | | | | Dallas | TX | 75373 | United States | 4/1/2024 | (758) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Unishippers | PO Box 733851 | | | | Dallas | TX | 75373 | United States | 4/4/2024 | (680) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Unishippers | PO Box 733851 | | | | Dallas | TX | 75373 | United States | 4/18/2024 | (413) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Unishippers | PO Box 733851 | | | | Dallas | TX | 75373 | United States | 4/25/2024 | (425) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Unishippers | PO Box 733851 | | | | Dallas | TX | 75373 | United States | 5/2/2024 | (705) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Unishippers | PO Box 733851 | | | | Dallas | TX | 75373 | United States | 5/9/2024 | (1,088) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Unishippers | PO Box 733851 | | | | Dallas | TX | 75373 | United States | 5/24/2024 | (661) | Trade |
| | Oakdell Compounding Pharmacy, L | 24-11210 | Unishippers | PO Box 733851 | | | | Dallas | TX | 75373 | United States | 6/7/2024 | (1,860) | Trade |
| | Optio Rx, LLC | 24-11188 | Adventus US realty 4 LP | 575 Maryville Centre Drive | Suite 500 | | | St. Louis | MO | 63141 | United States | 3/22/2024 | (11,239) | Lease |
| | Optio Rx, LLC | 24-11188 | Adventus US realty 4 LP | 575 Maryville Centre Drive | Suite 500 | | | St. Louis | MO | 63141 | United States | 4/23/2024 | (9,381) | Lease |
| | Optio Rx, LLC | 24-11188 | Aves Capital Management LP | 150 North Riverside Plaza | STE 5200 | | | Chicago | IL | 60606 | United States | 4/24/2024 | (10,000) | Loan fee payment |
| | Optio Rx, LLC | 24-11188 | BPI Labs | 97 S. Red Willow Rd. | | | | Evanston | WY | 82930 | United States | 6/3/2024 | (300,000) | Trade |
| | Optio Rx, LLC | 24-11188 | DLA Piper LLP | PO Box 75190 | | | | Baltimore | MD | 21275 | United States | 5/10/2024 | (130,339) | Legal fees |
| | Optio Rx, LLC | 24-11188 | Frier Levitt LLC | 84 Bloomfield Avenue | | | | Pine Brook | NJ | 7058 | United States | 4/18/2024 | (837) | Trade |
| | Optio Rx, LLC | 24-11188 | Frier Levitt LLC | 84 Bloomfield Avenue | | | | Pine Brook | NJ | 7058 | United States | 4/25/2024 | (5,407) | Trade |
| | Optio Rx, LLC | 24-11188 | Frier Levitt LLC | 84 Bloomfield Avenue | | | | Pine Brook | NJ | 7058 | United States | 5/31/2024 | (3,541) | Trade |
| | Optio Rx, LLC | 24-11188 | Liberty Mutual Insurance - 0001 | PO Box 91012 | | | | Chicago | IL | 60680-1110 | United States | 3/11/2024 | (22,720) | Insurance |
| | Optio Rx, LLC | 24-11188 | LOAN ADMIN CO LLC | 2200 Atlantic St STE 501 | | | | Stamford | CT | 06902-6834 | United States | 3/26/2024 | (174,717) | Loan payment |
| | Optio Rx, LLC | 24-11188 | MAYER BROWN LLP | 333 S Grand Ave 47th Floor | | | | Los Angeles | CA | 90071 | United States | 5/21/2024 | (28,199) | Legal fees |
| | Optio Rx, LLC | 24-11188 | Michael Nabielec | 4242 N Richmond St. | | | | Chicago | IL | 60618 | United States | 6/7/2024 | (8,820) | Consulting fees |
| | Optio Rx, LLC | 24-11188 | Pioneer Rx | PO Box 53407 | | | | Shreveport | LA | 71135-3407 | United States | 3/18/2024 | (3,978) | Trade |
| | Optio Rx, LLC | 24-11188 | Pioneer Rx | PO Box 53407 | | | | Shreveport | LA | 71135-3407 | United States | 4/18/2024 | (1,896) | Trade |
| | Optio Rx, LLC | 24-11188 | Pioneer Rx | PO Box 53407 | | | | Shreveport | LA | 71135-3407 | United States | 5/15/2024 | (1,782) | Trade |
| | Optio Rx, LLC | 24-11188 | Pioneer Rx | PO Box 53407 | | | | Shreveport | LA | 71135-3407 | United States | 6/7/2024 | (1,749) | Trade |
| | Optio Rx, LLC | 24-11188 | Printsource | P.O. Box 71070 | | | | Newnan | GA | 30271 | United States | 4/12/2024 | (7,294) | Trade |
| | Optio Rx, LLC | 24-11188 | Printsource | P.O. Box 71070 | | | | Newnan | GA | 30271 | United States | 5/17/2024 | (2,479) | Trade |
| | Optio Rx, LLC | 24-11188 | Printsource | P.O. Box 71070 | | | | Newnan | GA | 30271 | United States | 6/7/2024 | (5,024) | Trade |
| | Optio Rx, LLC | 24-11188 | RSM US LLP - 887-5 | 5155 Paysphere Cir | | | | Chicago | IL | 60674 | United States | 4/22/2024 | (152,532) | Audit fees |
| | Optio Rx, LLC | 24-11188 | RSM US LLP - 887-5 | 5155 Paysphere Cir | | | | Chicago | IL | 60674 | United States | 5/2/2024 | (45,079) | Audit fees |
| | Optio Rx, LLC | 24-11188 | Sage Intacct Inc | 300 Park Avenue | Suite 1400 | | | San Jose | CA | 95110 | United States | 3/18/2024 | (93,252) | Software Renewal |
| | Optio Rx, LLC | 24-11188 | SONI BROTHERS OUTSOURCING SOLUT | 1114, 11th Floor, Maple Trade Centre Nr. Surdhara Circ | | | | Ahmedabad | Gujarat | 380052 | India | 3/15/2024 | (24,515) | Acctg Outsource |
| | Optio Rx, LLC | 24-11188 | SONI BROTHERS OUTSOURCING SOLUT | 1114, 11th Floor, Maple Trade Centre Nr. Surdhara Circ | | | | Ahmedabad | Gujarat | 380052 | India | 4/16/2024 | (22,878) | Acctg Outsource |
| | Optio Rx, LLC | 24-11188 | SONI BROTHERS OUTSOURCING SOLUT | 1114, 11th Floor, Maple Trade Centre Nr. Surdhara Circ | | | | Ahmedabad | Gujarat | 380052 | India | 5/21/2024 | (20,909) | Acctg Outsource |
| | Optio Rx, LLC | 24-11188 | SONI BROTHERS OUTSOURCING SOLUT | 1114, 11th Floor, Maple Trade Centre Nr. Surdhara Circ | | | | Ahmedabad | Gujarat | 380052 | India | 6/7/2024 | (22,630) | Acctg |
| | Optio Rx, LLC | 24-11188 | STERLING COMMERCIAL LLC | 322 Breessport St Suite A | | | | SAN ANTONIO | TX | 78216 | United States | 5/21/2024 | (19,800) | Trade |
| | Optio Rx, LLC | 24-11188 | Stoel Rives LLP | 101 S. Capitol Blvd. | Suite 1900 | | | Boise | ID | 83702 | United States | 4/12/2024 | (32,492) | Legal fees |
| | Optio Rx, LLC | 24-11188 | Stoel Rives LLP | 101 S. Capitol Blvd. | Suite 1900 | | | Boise | ID | 83702 | United States | 4/18/2024 | (11,590) | Legal fees |
| | Optio Rx, LLC | 24-11188 | Stoel Rives LLP | 101 S. Capitol Blvd. | Suite 1900 | | | Boise | ID | 83702 | United States | 4/24/2024 | (25,000) | Legal fees |
| | Optio Rx, LLC | 24-11188 | Stoel Rives LLP | 101 S. Capitol Blvd. | Suite 1900 | | | Boise | ID | 83702 | United States | 5/22/2024 | (24,468) | Legal fees |
| | Optio Rx, LLC | 24-11188 | STROM AND ASSOCI SA | 6500 Wilshire Blvd. | | | | Los Angeles | CA | 90040 | United States | 6/4/2024 | (12,128) | License Consulting fees |
| | Optio Rx, LLC | 24-11188 | STROM AND ASSOCI SA | 6500 Wilshire Blvd. | | | | Los Angeles | CA | 90040 | United States | | (31,919) | License Consulting fees |
| | Optio Rx, LLC | 24-11188 | WellSky | 11711 West 79th Street | | | | Lenexa | KS | 66214 | United States | 3/22/2024 | (9) | Trade |
| | Optio Rx, LLC | 24-11188 | WellSky | 11711 West 79th Street | | | | Lenexa | KS | 66214 | United States | 4/25/2024 | (1,039) | Trade |
| | Optio Rx, LLC | 24-11188 | WellSky | 11711 West 79th Street | | | | Lenexa | KS | 66214 | United States | 6/7/2024 | (29,766) | Trade |
| | Optio Rx, LLC | 24-11188 | ZOHO Corporation | PO Box 894926 | | | | Los Angeles | CA | 90189-4926 | United States | 6/7/2024 | (17,280) | Trade |
| | Pet Apothecary, LLC | 24-11191 | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | PrimeCare Pharmacy, LLC | 24-11214 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 3/11/2024 | (3,064) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 3/25/2024 | (5,359) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 4/10/2024 | (8,354) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 4/25/2024 | (1,397) | Trade |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PrimeCare Pharmacy, LLC | 24-11214 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 5/10/2024 | (7,854) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 5/28/2024 | (762) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ANDA, INC.    AC | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 3/13/2024 | (4,784) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ANDA, INC.    AC | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 4/11/2024 | (7,325) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ANDA, INC.    AC | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 5/13/2024 | (10,348) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 3/18/2024 | (11,969) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 3/29/2024 | (3,990) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 4/12/2024 | (15,959) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 4/26/2024 | (7,979) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 5/2/2024 | (11,969) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 5/9/2024 | (15,959) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 5/24/2024 | (15,959) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 5/31/2024 | (23,938) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 6/7/2024 | (43,887) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | CityMedRx LLC - 6197 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 4/2/2024 | (2,745) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | CityMedRx LLC - 6197 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 5/2/2024 | (8,761) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | CityMedRx LLC - 6197 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 6/7/2024 | (2,727) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Deliver It LLC - 3284 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 3/18/2024 | (2,376) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Deliver It LLC - 3284 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 3/22/2024 | (1,670) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Deliver It LLC - 3284 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 4/5/2024 | (2,253) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Deliver It LLC - 3284 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 4/25/2024 | (2,056) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Deliver It LLC - 3284 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 5/9/2024 | (2,687) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Deliver It LLC - 3284 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 5/24/2024 | (2,216) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Deliver It LLC - 3284 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 6/7/2024 | (2,390) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Dermavant Sciences Inc | PO Box 736560 | | | | Dallas | TX | 75373-6560 | United States | 3/26/2024 | (12,604) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Dermavant Sciences Inc | PO Box 736560 | | | | Dallas | TX | 75373-6560 | United States | 4/18/2024 | (37,811) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Dermavant Sciences Inc | PO Box 736560 | | | | Dallas | TX | 75373-6560 | United States | 6/7/2024 | (52,598) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | FFF Enterprises Inc - 9428 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 3/18/2024 | (4,157) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | FFF Enterprises Inc - 9428 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 3/28/2024 | (28,421) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | FFF Enterprises Inc - 9428 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 4/4/2024 | (4,709) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | FFF Enterprises Inc - 9428 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 4/9/2024 | (7,036) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | FFF Enterprises Inc - 9428 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 4/18/2024 | (19,268) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | FFF Enterprises Inc - 9428 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 4/25/2024 | (8,527) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | FFF Enterprises Inc - 9428 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 5/6/2024 | (19,455) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | FFF Enterprises Inc - 9428 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 5/13/2024 | (4,716) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | FFF Enterprises Inc - 9428 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 5/24/2024 | (23,409) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | FFF Enterprises Inc - 9428 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 6/7/2024 | (23,303) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 3/14/2024 | (176,782) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 3/14/2024 | (176,782) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 3/28/2024 | (176,782) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 4/18/2024 | (176,782) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 5/9/2024 | (353,563) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 5/23/2024 | (176,782) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 5/30/2024 | (176,782) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 6/7/2024 | (176,782) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Journey Medical Corporation - 5901 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 3/18/2024 | (6,877) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Journey Medical Corporation - 5901 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 3/22/2024 | (5,296) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Journey Medical Corporation - 5901 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 4/8/2024 | (1,537) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Journey Medical Corporation - 5901 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 4/25/2024 | (16,570) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Journey Medical Corporation - 5901 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 5/17/2024 | (3,138) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Journey Medical Corporation - 5901 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | United States | 6/7/2024 | (792) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Mayne Pharma - 783B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 4/4/2024 | (10,996) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Mayne Pharma - 783B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 5/17/2024 | (3,143) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Mayne Pharma - 783B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 5/24/2024 | (21,915) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Mayne Pharma - 783B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 6/7/2024 | (19,773) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/15/2024 | (66,175) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/22/2024 | (65,452) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/29/2024 | (69,545) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/5/2024 | (71,104) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/12/2024 | (107,703) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/19/2024 | (75,689) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/26/2024 | (88,822) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/3/2024 | (74,215) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/10/2024 | (100,640) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/17/2024 | (59,915) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/24/2024 | (77,400) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/31/2024 | (71,328) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 6/7/2024 | (102,906) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 3/26/2024 | (6,077) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 4/11/2024 | (1,030) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 4/26/2024 | (12,516) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 5/13/2024 | (390) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 5/28/2024 | (5,299) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Virtus Pharmaceuticals LLC | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 3/29/2024 | (7,448) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Virtus Pharmaceuticals LLC | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 6/7/2024 | (5,586) | Trade |
| | PrimeCare Pharmacy, LLC | 24-11214 | Westlake Medical LLC | 951 S Westlake Blvd | STE 101 | | | Westlake Village | CA | 91361-3109 | United States | 3/22/2024 | (5,504) | Lease |
| | PrimeCare Pharmacy, LLC | 24-11214 | Westlake Medical LLC | 951 S Westlake Blvd | STE 101 | | | Westlake Village | CA | 91361-3109 | United States | 4/25/2024 | (5,504) | Lease |
| | PrimeCare Pharmacy, LLC | 24-11214 | Westlake Medical LLC | 951 S Westlake Blvd | STE 101 | | | Westlake Village | CA | 91361-3109 | United States | 5/31/2024 | (5,504) | Lease |
| | Pro Pharmacy, LLC | 24-11207 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 3/11/2024 | (14,081) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 4/10/2024 | (8,881) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | AMERISOURCE BERG  PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 5/10/2024 | (8,833) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | CARDINAL HEALTH, XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 3/11/2024 | (53,455) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | CARDINAL HEALTH, XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 3/25/2024 | (37,800) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | CARDINAL HEALTH, XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 4/11/2024 | (43,508) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | CARDINAL HEALTH, XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 4/25/2024 | (28,886) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | CARDINAL HEALTH, XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 5/10/2024 | (23,959) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | CARDINAL HEALTH, XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 5/28/2024 | (32,034) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | CITY MEDRX LLC  MO | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 4/5/2024 | (10,551) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | CITY MEDRX LLC  MO | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 5/8/2024 | (4,771) | Trade |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pro Pharmacy, LLC | 24-11207 | CITY MEDRX LLC    MO | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 6/7/2024 | (6,094) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | Delco Devl Co of Hicksville LP - Rush Proper | 1 Barstow Rd STE P3 | | | | Great Neck | NY | 11021-3501 | United States | 3/22/2024 | (3,836) | Lease |
| | Pro Pharmacy, LLC | 24-11207 | Delco Devl Co of Hicksville LP - Rush Proper | 1 Barstow Rd STE P3 | | | | Great Neck | NY | 11021-3501 | United States | 4/18/2024 | (18,738) | Lease |
| | Pro Pharmacy, LLC | 24-11207 | Delco Devl Co of Hicksville LP - Rush Proper | 1 Barstow Rd STE P3 | | | | Great Neck | NY | 11021-3501 | United States | 4/25/2024 | (3,836) | Lease |
| | Pro Pharmacy, LLC | 24-11207 | Delco Devl Co of Hicksville LP - Rush Proper | 1 Barstow Rd STE P3 | | | | Great Neck | NY | 11021-3501 | United States | 5/31/2024 | (3,836) | Lease |
| | Pro Pharmacy, LLC | 24-11207 | DrugLift | 99-27 62nd Road | | | | Queens | NY | 11374 | United States | 4/12/2024 | (12,074) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | DrugLift | 99-27 62nd Road | | | | Queens | NY | 11374 | United States | 4/18/2024 | (10,954) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | DrugLift | 99-27 62nd Road | | | | Queens | NY | 11374 | United States | 5/2/2024 | (21,050) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | DrugLift | 99-27 62nd Road | | | | Queens | NY | 11374 | United States | 5/24/2024 | (10,940) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | FFF Enterprises Inc - 9679 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 3/18/2024 | (5,060) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | FFF Enterprises Inc - 9679 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 3/25/2024 | (8,465) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | FFF Enterprises Inc - 9679 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 3/29/2024 | (10,659) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | FFF Enterprises Inc - 9679 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 4/19/2024 | (201) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | FFF Enterprises Inc - 9679 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 4/25/2024 | (2,932) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | FFF Enterprises Inc - 9679 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 5/6/2024 | (6,698) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | FFF Enterprises Inc - 9679 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 5/9/2024 | (550) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | FFF Enterprises Inc - 9679 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 5/17/2024 | (1,153) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | FFF Enterprises Inc - 9679 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 5/24/2024 | (2,070) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | FFF Enterprises Inc - 9679 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 5/31/2024 | (372) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | FFF Enterprises Inc - 9679 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 6/7/2024 | (10,307) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | United States | 4/18/2024 | (22,098) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 3/11/2024 | (2,471) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 3/26/2024 | (1,640) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 4/11/2024 | (882) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 4/26/2024 | (1,002) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 5/13/2024 | (3,012) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | ParMed        XX | PO BOX 90272 | | | | Chicago | IL | 60696-0272 | United States | 5/28/2024 | (353) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 3/13/2024 | (330) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 3/25/2024 | (754) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 4/1/2024 | (779) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 4/3/2024 | (1,085) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 4/5/2024 | (375) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 4/8/2024 | (504) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 4/17/2024 | (474) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 4/18/2024 | (380) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 4/25/2024 | (625) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 5/1/2024 | (357) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 5/6/2024 | (1,440) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 5/8/2024 | (363) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 5/9/2024 | (1,488) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 5/17/2024 | (614) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 5/22/2024 | (588) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 5/24/2024 | (796) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 5/30/2024 | (405) | Trade |
| | Pro Pharmacy, LLC | 24-11207 | REPUBLIC PHARMAC  CO | 5840 Interface Dr | STE 200 | | | Ann Arbor | MI | 48103 | United States | 6/5/2024 | (622) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 3/18/2024 | (5,757) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 3/22/2024 | (4,998) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 4/4/2024 | (6,236) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 4/18/2024 | (5,631) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 5/2/2024 | (6,041) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 5/17/2024 | (5,785) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 5/31/2024 | (5,807) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | Indermohan S Luthra | 14 Buckingham Way | | | | Rancho Mirage | CA | 92270 | United States | 3/22/2024 | (2,625) | Lease |
| | Rose Pharmacy RM LLC | 24-11202 | Indermohan S Luthra | 14 Buckingham Way | | | | Rancho Mirage | CA | 92270 | United States | 4/18/2024 | (2,625) | Lease |
| | Rose Pharmacy RM LLC | 24-11202 | Indermohan S Luthra | 14 Buckingham Way | | | | Rancho Mirage | CA | 92270 | United States | 5/24/2024 | (2,625) | Lease |
| | Rose Pharmacy RM LLC | 24-11202 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/15/2024 | (13,715) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/22/2024 | (10,839) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/29/2024 | (14,711) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/5/2024 | (20,508) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/12/2024 | (18,190) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/19/2024 | (18,973) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/26/2024 | (8,154) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/3/2024 | (26,412) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/10/2024 | (12,566) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/17/2024 | (15,849) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/24/2024 | (18,048) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/31/2024 | (22,639) | Trade |
| | Rose Pharmacy RM LLC | 24-11202 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 6/7/2024 | (26,108) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 3/18/2024 | (1,714) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 3/22/2024 | (1,273) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 4/4/2024 | (1,499) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 4/18/2024 | (1,308) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 5/2/2024 | (1,371) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 5/17/2024 | (1,374) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 5/31/2024 | (1,340) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/15/2024 | (23,033) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/22/2024 | (26,640) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/29/2024 | (28,367) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/5/2024 | (9,652) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/12/2024 | (42,177) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/19/2024 | (17,074) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/26/2024 | (16,343) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/3/2024 | (18,655) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/10/2024 | (24,349) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/17/2024 | (21,102) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/24/2024 | (21,358) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/31/2024 | (18,609) | Trade |
| | Rose Pharmacy SA LLC | 24-11203 | MCKESSON DRUG   AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 6/7/2024 | (23,710) | Trade |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rose Pharmacy SA LLC | 24-11203 | StoneWood Properties, Inc | 2530 Red Hill Ave | Suite 225 | | | Santa Ana | CA | 92705 | United States | 3/22/2024 | (3,333) | Lease |
| | Rose Pharmacy SA LLC | 24-11203 | StoneWood Properties, Inc | 2530 Red Hill Ave | Suite 225 | | | Santa Ana | CA | 92705 | United States | 4/23/2024 | (3,333) | Lease |
| | Rose Pharmacy SA LLC | 24-11203 | StoneWood Properties, Inc | 2530 Red Hill Ave | Suite 225 | | | Santa Ana | CA | 92705 | United States | 5/24/2024 | (3,333) | Lease |
| | Rose Pharmacy SF LLC | 24-11204 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 3/11/2024 | (15,065) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 3/25/2024 | (22,110) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 4/10/2024 | (17,387) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 4/25/2024 | (16,944) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 5/10/2024 | (19,309) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 5/28/2024 | (17,576) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bachster Courier | 15111 Bushard St | Space 117 | | | Westerminster | CA | 92683 | United States | 3/18/2024 | (6,965) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bachster Courier | 15111 Bushard St | Space 117 | | | Westerminster | CA | 92683 | United States | 3/22/2024 | (6,194) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bachster Courier | 15111 Bushard St | Space 117 | | | Westerminster | CA | 92683 | United States | 3/28/2024 | (6,505) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bachster Courier | 15111 Bushard St | Space 117 | | | Westerminster | CA | 92683 | United States | 4/4/2024 | (7,300) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bachster Courier | 15111 Bushard St | Space 117 | | | Westerminster | CA | 92683 | United States | 4/12/2024 | (4,931) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bachster Courier | 15111 Bushard St | Space 117 | | | Westerminster | CA | 92683 | United States | 4/18/2024 | (3,871) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bachster Courier | 15111 Bushard St | Space 117 | | | Westerminster | CA | 92683 | United States | 4/25/2024 | (3,895) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bachster Courier | 15111 Bushard St | Space 117 | | | Westerminster | CA | 92683 | United States | 5/2/2024 | (5,304) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bachster Courier | 15111 Bushard St | Space 117 | | | Westerminster | CA | 92683 | United States | 5/9/2024 | (6,782) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bachster Courier | 15111 Bushard St | Space 117 | | | Westerminster | CA | 92683 | United States | 5/17/2024 | (6,780) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bachster Courier | 15111 Bushard St | Space 117 | | | Westerminster | CA | 92683 | United States | 5/24/2024 | (5,971) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bachster Courier | 15111 Bushard St | Space 117 | | | Westerminster | CA | 92683 | United States | 5/31/2024 | (6,629) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bachster Courier | 15111 Bushard St | Space 117 | | | Westerminster | CA | 92683 | United States | 6/7/2024 | (7,508) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | TRANG TERI HOANG | 5 SKY MDW | | | | TRABUCO CANYON | CA | 92679-5201 | United States | 4/1/2024 | (133,584) | Seller note payment |
| | Rose Pharmacy SF LLC | 24-11204 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 3/18/2024 | (52,201) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 3/22/2024 | (55,964) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 4/4/2024 | (57,668) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 4/18/2024 | (64,774) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 5/2/2024 | (60,084) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 5/17/2024 | (64,218) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Bingodel | 12540 McCann Drive | | | | Santa Fe Springs | CA | 90670 | United States | 5/31/2024 | (55,967) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 4/1/2024 | (6,283) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 5/1/2024 | (6,058) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 6/3/2024 | (5,691) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Jennie Mai DBA JMPC | 11654 Iris Ave | | | | Fountain Valley | CA | 92708 | United States | 4/4/2024 | (6,823) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Jennie Mai DBA JMPC | 11654 Iris Ave | | | | Fountain Valley | CA | 92708 | United States | 4/12/2024 | (2,800) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Jennie Mai DBA JMPC | 11654 Iris Ave | | | | Fountain Valley | CA | 92708 | United States | 5/17/2024 | (5,898) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | Jennie Mai DBA JMPC | 11654 Iris Ave | | | | Fountain Valley | CA | 92708 | United States | 6/7/2024 | (6,178) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/15/2024 | (107,223) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/22/2024 | (103,153) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/29/2024 | (119,841) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/5/2024 | (74,670) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/12/2024 | (105,457) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/19/2024 | (105,573) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/26/2024 | (74,672) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/3/2024 | (95,116) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/10/2024 | (80,066) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/17/2024 | (96,935) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/24/2024 | (88,325) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/31/2024 | (93,114) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 6/7/2024 | (83,411) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | McKesson Medical-Surgical, Inc - 7564 | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/15/2024 | (10,753) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | McKesson Medical-Surgical, Inc - 7564 | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/9/2024 | (10,797) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | McKesson Medical-Surgical, Inc - 7564 | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/12/2024 | (150) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | McKesson Medical-Surgical, Inc - 7564 | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/9/2024 | (9,980) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | McKesson Medical-Surgical, Inc - 7564 | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 6/7/2024 | (9,189) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | MCKESSON PLASMA  AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/24/2024 | (14,350) | Trade |
| | Rose Pharmacy SF LLC | 24-11204 | TTC Investment LLC | 12540 McCann Dr | | | | Santa Fe Springs | CA | 90670-3337 | United States | 3/26/2024 | (18,522) | Lease |
| | Rose Pharmacy SF LLC | 24-11204 | TTC Investment LLC | 12540 McCann Dr | | | | Santa Fe Springs | CA | 90670-3337 | United States | 4/25/2024 | (18,522) | Lease |
| | Rose Pharmacy SF LLC | 24-11204 | TTC Investment LLC | 12540 McCann Dr | | | | Santa Fe Springs | CA | 90670-3337 | United States | 5/24/2024 | (10,740) | Lease |
| | Rose Pharmacy SF LLC | 24-11204 | TTC Investment LLC | 12540 McCann Dr | | | | Santa Fe Springs | CA | 90670-3337 | United States | 5/31/2024 | (18,522) | Lease |
| | SBH Medical LLC | 24-11200 | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | SBH Medical, Ltd. | 24-11201 | Accent Communication Services Inc - HMED 2400 Corporate Exchange Dr | | STE 100 | | | Columbus | OH | 43231 | United States | 3/22/2024 | (1,719) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Accent Communication Services Inc - HMED 2400 Corporate Exchange Dr | | STE 100 | | | Columbus | OH | 43231 | United States | 4/4/2024 | (3,437) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Accent Communication Services Inc - HMED 2400 Corporate Exchange Dr | | STE 100 | | | Columbus | OH | 43231 | United States | 4/25/2024 | (1,711) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Accent Communication Services Inc - HMED 2400 Corporate Exchange Dr | | STE 100 | | | Columbus | OH | 43231 | United States | 5/24/2024 | (1,711) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Accreditation Commission for Health Care Inc | 139 Weston Oaks Ct. | | | | Cary | NC | 27513 | United States | 3/18/2024 | (10,622) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Amerisourceberген Drug Corp - 9833 | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 3/18/2024 | (43,320) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Amerisourceberген Drug Corp - 9833 | PO Box 100566 | | | | Pasadena | CA | 91189-0566 | United States | 4/2/2024 | (29,679) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Amerisourceberген Drug Corp - 9833 | PO Box 100567 | | | | Pasadena | CA | 91189-0567 | United States | 4/12/2024 | (15,226) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Amerisourceberген Drug Corp - 9833 | PO Box 100568 | | | | Pasadena | CA | 91189-0568 | United States | 4/18/2024 | (52,365) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Amerisourceberген Drug Corp - 9833 | PO Box 100569 | | | | Pasadena | CA | 91189-0569 | United States | 5/2/2024 | (14,967) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Amerisourceberген Drug Corp - 9833 | PO Box 100570 | | | | Pasadena | CA | 91189-0570 | United States | 5/17/2024 | (32,500) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Amerisourceberген Drug Corp - 9833 | PO Box 100571 | | | | Pasadena | CA | 91189-0571 | United States | 5/31/2024 | (1,315) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Amerisourceberген Drug Corp - 9833 | PO Box 100572 | | | | Pasadena | CA | 91189-0572 | United States | 6/7/2024 | (65,018) | Trade |
| | SBH Medical, Ltd. | 24-11201 | AMNEAL PHARMACEUTICALS | LOCKBOX #7979, PO BOX 7247 | | | | PHILADELPHIA | PA | 19170-0001 | United States | 3/18/2024 | (160) | Trade |
| | SBH Medical, Ltd. | 24-11201 | AMNEAL PHARMACEUTICALS | LOCKBOX #7979, PO BOX 7247 | | | | PHILADELPHIA | PA | 19170-0001 | United States | 4/25/2024 | (8,000) | Trade |
| | SBH Medical, Ltd. | 24-11201 | AMNEAL PHARMACEUTICALS | LOCKBOX #7979, PO BOX 7247 | | | | PHILADELPHIA | PA | 19170-0001 | United States | 5/2/2024 | (13,440) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Anda Inc - 8954 | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 3/22/2024 | (133) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Anda Inc - 8954 | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 4/8/2024 | (91) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Anda Inc - 8954 | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 4/18/2024 | (43,414) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Anda Inc - 8954 | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 4/26/2024 | (15,323) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Anda Inc - 8954 | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 5/1/2024 | (143) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Anda Inc - 8954 | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 5/31/2024 | (776) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Bioscience International | 11333 Woodglen Drive | | | | Rockville | MD | 20852 | United States | 5/17/2024 | (16,449) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Community Health Professionals Inc | 1159 Westwood Dr | | | | Van Wert | OH | 45891 | United States | 4/4/2024 | (5,475) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Community Health Professionals Inc | 1159 Westwood Dr | | | | Van Wert | OH | 45891 | United States | 4/12/2024 | (1,086) | Trade |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SBH Medical, Ltd. | 24-11201 | Community Health Professionals Inc | 1159 Westwood Dr | | | | Van Wert | OH | 45891 | United States | 5/9/2024 | (757) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Community Health Professionals Inc | 1159 Westwood Dr | | | | Van Wert | OH | 45891 | United States | 6/7/2024 | (1,300) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Darmerica LLC - 1202 | 4380 Oakes Road, Unit 800 | | | | Davie | FL | 33314 | United States | 3/28/2024 | (6,197) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Darmerica LLC - 1202 | 4380 Oakes Road, Unit 800 | | | | Davie | FL | 33314 | United States | 4/22/2024 | (1,398) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Darmerica LLC - 1202 | 4380 Oakes Road, Unit 800 | | | | Davie | FL | 33314 | United States | 4/25/2024 | (1,398) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Darmerica LLC - 1202 | 4380 Oakes Road, Unit 800 | | | | Davie | FL | 33314 | United States | 5/3/2024 | (399) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Darmerica LLC - 1202 | 4380 Oakes Road, Unit 800 | | | | Davie | FL | 33314 | United States | 5/6/2024 | (799) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Darmerica LLC - 1202 | 4380 Oakes Road, Unit 800 | | | | Davie | FL | 33314 | United States | 5/13/2024 | (135) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Darmerica LLC - 1202 | 4380 Oakes Road, Unit 800 | | | | Davie | FL | 33314 | United States | 5/20/2024 | (475) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Darmerica LLC - 1202 | 4380 Oakes Road, Unit 800 | | | | Davie | FL | 33314 | United States | 5/31/2024 | (1,983) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Darmerica LLC - 1202 | 4380 Oakes Road, Unit 800 | | | | Davie | FL | 33314 | United States | 6/4/2024 | (1,374) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Darmerica LLC - 1202 | 4380 Oakes Road, Unit 800 | | | | Davie | FL | 33314 | United States | 6/7/2024 | (249) | Trade |
| | SBH Medical, Ltd. | 24-11201 | EPS Inc - 6504 | Lock Box 427 | | | | Jamison | PA | 18929-0427 | United States | 5/9/2024 | (4,669) | Trade |
| | SBH Medical, Ltd. | 24-11201 | EPS Inc - 6504 | Lock Box 427 | | | | Jamison | PA | 18929-0427 | United States | 6/7/2024 | (4,655) | Trade |
| | SBH Medical, Ltd. | 24-11201 | FFF Enterprises Inc - 5718 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 3/18/2024 | (29,505) | Trade |
| | SBH Medical, Ltd. | 24-11201 | FFF Enterprises Inc - 5718 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 3/19/2024 | (30,393) | Trade |
| | SBH Medical, Ltd. | 24-11201 | FFF Enterprises Inc - 5718 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 3/29/2024 | (6,288) | Trade |
| | SBH Medical, Ltd. | 24-11201 | FFF Enterprises Inc - 5718 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 4/18/2024 | (47,279) | Trade |
| | SBH Medical, Ltd. | 24-11201 | FFF Enterprises Inc - 5718 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 4/19/2024 | (37,962) | Trade |
| | SBH Medical, Ltd. | 24-11201 | FFF Enterprises Inc - 5718 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 4/29/2024 | (4,178) | Trade |
| | SBH Medical, Ltd. | 24-11201 | FFF Enterprises Inc - 5718 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 5/10/2024 | (50,011) | Trade |
| | SBH Medical, Ltd. | 24-11201 | FFF Enterprises Inc - 5718 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 5/31/2024 | (41,376) | Trade |
| | SBH Medical, Ltd. | 24-11201 | FFF Enterprises Inc - 5718 | PO Box 840151 | | | | Los Angeles | CA | 90084-0151 | United States | 6/7/2024 | (42,985) | Trade |
| | SBH Medical, Ltd. | 24-11201 | GA Business Purchaser LLC | PO Box 713263 | | | | Chicago | IL | 60677-1263 | United States | 4/18/2024 | (26,128) | Trade |
| | SBH Medical, Ltd. | 24-11201 | GA Business Purchaser LLC | PO Box 713263 | | | | Chicago | IL | 60677-1263 | United States | 4/25/2024 | (344) | Trade |
| | SBH Medical, Ltd. | 24-11201 | JRS Pharma LP - 2012 | 2981 New York 22 | | | | Patterson | NY | 12563 | United States | 3/14/2024 | (15,887) | Trade |
| | SBH Medical, Ltd. | 24-11201 | JRS Pharma LP - 2012 | 2981 New York 22 | | | | Patterson | NY | 12563 | United States | 3/22/2024 | (1,899) | Trade |
| | SBH Medical, Ltd. | 24-11201 | LEADERS Moving & Storage Co. | 7455 Alta View Blvd. | | | | Columbus | OH | 43085 | United States | 4/12/2024 | (18,004) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Lonicera Fund III, LLC | 34505 W. 12 Mile Road, Suite #250 | | | | Farmington Hills | MI | 48331 | United States | 3/18/2024 | (137,486) | Pharmacy - Leasehold improvement |
| | SBH Medical, Ltd. | 24-11201 | Lonicera Fund III, LLC | 34505 W. 12 Mile Road, Suite #250 | | | | Farmington Hills | MI | 48331 | United States | 3/22/2024 | (16,767) | Pharmacy - Leasehold improvement |
| | SBH Medical, Ltd. | 24-11201 | Lonicera Fund III, LLC | 34505 W. 12 Mile Road, Suite #250 | | | | Farmington Hills | MI | 48331 | United States | 3/28/2024 | (510) | Pharmacy - Leasehold improvement |
| | SBH Medical, Ltd. | 24-11201 | Lonicera Fund III, LLC | 34505 W. 12 Mile Road, Suite #250 | | | | Farmington Hills | MI | 48331 | United States | 4/25/2024 | (89,425) | Pharmacy - Leasehold improvement |
| | SBH Medical, Ltd. | 24-11201 | Lonicera Fund III, LLC | 34505 W. 12 Mile Road, Suite #250 | | | | Farmington Hills | MI | 48331 | United States | 5/31/2024 | (16,767) | Pharmacy - Leasehold improvement |
| | SBH Medical, Ltd. | 24-11201 | McKesson Medical - Surgical - 1076 | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/15/2024 | (732) | Trade |
| | SBH Medical, Ltd. | 24-11201 | McKesson Medical - Surgical - 1076 | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/22/2024 | (1,420) | Trade |
| | SBH Medical, Ltd. | 24-11201 | McKesson Medical - Surgical - 1076 | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/26/2024 | (531) | Trade |
| | SBH Medical, Ltd. | 24-11201 | McKesson Medical - Surgical - 1076 | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/8/2024 | (250) | Trade |
| | SBH Medical, Ltd. | 24-11201 | McKesson Medical - Surgical - 1076 | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/17/2024 | (537) | Trade |
| | SBH Medical, Ltd. | 24-11201 | McKesson Medical - Surgical - 1076 | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/24/2024 | (4,636) | Trade |
| | SBH Medical, Ltd. | 24-11201 | McKesson Medical - Surgical - 1076 | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 6/7/2024 | (6) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/15/2024 | (5,098) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/22/2024 | (1,439) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/26/2024 | (1,480) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/28/2024 | (24) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/29/2024 | (72) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/4/2024 | (3,235) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/5/2024 | (1,324) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/9/2024 | (630) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/18/2024 | (2,115) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/25/2024 | (936) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/26/2024 | (857) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/1/2024 | (109) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/9/2024 | (1,054) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/17/2024 | (1,898) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/21/2024 | (1,837) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/22/2024 | (694) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/24/2024 | (81) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/31/2024 | (3,010) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medisca Inc. - SBHM43 | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 6/7/2024 | (1,823) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medline Industries Inc - 1810 | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 3/18/2024 | (1,045) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medline Industries Inc - 1810 | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 3/19/2024 | (750) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medline Industries Inc - 1810 | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 3/22/2024 | (2,367) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medline Industries Inc - 1810 | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 3/26/2024 | (48) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medline Industries Inc - 1810 | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 4/18/2024 | (2,472) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medline Industries Inc - 1810 | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 4/19/2024 | (491) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medline Industries Inc - 1810 | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 4/25/2024 | (34) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medline Industries Inc - 1810 | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 5/10/2024 | (527) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Medline Industries Inc - 1810 | Three Lakes Drive | | | | Northfield | IL | 60093 | United States | 6/7/2024 | (633) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Network9 | PO Box 4147 | | | | Dublin | OH | 43016 | United States | 5/2/2024 | (34,363) | Trade |
| | SBH Medical, Ltd. | 24-11201 | PCCA - 0597 | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 4/2/2024 | (4,732) | Trade |
| | SBH Medical, Ltd. | 24-11201 | PCCA - 0597 | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 4/4/2024 | (1,205) | Trade |
| | SBH Medical, Ltd. | 24-11201 | PCCA - 0597 | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 5/1/2024 | (5,015) | Trade |
| | SBH Medical, Ltd. | 24-11201 | PCCA - 0597 | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 5/24/2024 | (695) | Trade |
| | SBH Medical, Ltd. | 24-11201 | PCCA - 0597 | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 6/7/2024 | (36,674) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Piramal Critical Care INC | PO BOX 734721 | | | | Chicago | IL | 60673-4721 | United States | 3/22/2024 | (3,720) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Piramal Critical Care INC | PO BOX 734721 | | | | Chicago | IL | 60673-4721 | United States | 5/17/2024 | (2,480) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Piramal Critical Care INC | PO BOX 734721 | | | | Chicago | IL | 60673-4721 | United States | 6/7/2024 | (5,270) | Trade |
| | SBH Medical, Ltd. | 24-11201 | Stoel Rives LLP | 101 S. Capitol Blvd. | Suite 1900 | | | Boise | ID | 83702 | United States | 3/18/2024 | (15,962) | Trade |
| | SBH Medical, Ltd. | 24-11201 | WellSky - 4015 | 11711 West 79th Street | | | | Lenexa | KS | 66214 | United States | 5/9/2024 | (11,000) | Trade |
| | SBH Medical, Ltd. | 24-11201 | WellSky - 4015 | 11711 West 79th Street | | | | Lenexa | KS | 66214 | United States | 5/31/2024 | (3,180) | Trade |

SOFA 3 ATTACHMENT
Certain payments or transfers to creditors within 90 days before filing this case

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SMC Lyons Holdings LLC | 24-11199 | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | SMC Pharmacy LLC | 24-11198 | 1908 Santa Monica LLC | 1908 Santa Monica Blvd | STE 4 | | | Santa Monica | CA | 90404-1991 | | 3/26/2024 | (10,145) | Lease |
| | SMC Pharmacy LLC | 24-11198 | 1908 Santa Monica LLC | 1908 Santa Monica Blvd | STE 4 | | | Santa Monica | CA | 90404-1991 | | 4/25/2024 | (10,145) | Lease |
| | SMC Pharmacy LLC | 24-11198 | 1908 Santa Monica LLC | 1908 Santa Monica Blvd | STE 4 | | | Santa Monica | CA | 90404-1991 | | 6/7/2024 | (10,145) | Lease |
| | SMC Pharmacy LLC | 24-11198 | ALMIRALL LLC    CA | 101 Lindenwood Drive Suite 400 | | | | Malvern | PA | 19355 | | 3/29/2024 | (4,890) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ALMIRALL LLC    CA | 101 Lindenwood Drive Suite 400 | | | | Malvern | PA | 19355 | | 4/29/2024 | (3,940) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ALMIRALL LLC    CA | 101 Lindenwood Drive Suite 400 | | | | Malvern | PA | 19355 | | 5/30/2024 | (4,010) | Trade |
| | SMC Pharmacy LLC | 24-11198 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 3/11/2024 | (1,079) | Trade |
| | SMC Pharmacy LLC | 24-11198 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 3/25/2024 | (5,424) | Trade |
| | SMC Pharmacy LLC | 24-11198 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 4/10/2024 | (2,911) | Trade |
| | SMC Pharmacy LLC | 24-11198 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 4/25/2024 | (3,619) | Trade |
| | SMC Pharmacy LLC | 24-11198 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 5/10/2024 | (510) | Trade |
| | SMC Pharmacy LLC | 24-11198 | AMERISOURCE BERG PA | PO Box 100565 | | | | Pasadena | CA | 91189-0565 | United States | 5/28/2024 | (8,153) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ANDA, INC.    AC | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 3/13/2024 | (8,789) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ANDA, INC.    AC | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 4/11/2024 | (12,380) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ANDA, INC.    AC | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 5/13/2024 | (27,054) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 3/15/2024 | (7,979) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 3/22/2024 | (11,969) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 3/29/2024 | (33,643) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 4/4/2024 | (39,897) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 4/25/2024 | (63,835) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 5/24/2024 | (51,866) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ARCUTIS BIOTHERAPEUTICS INC | 3027 Townsgate Rd #300, | | | | Westlake Village | CA | 91361 | United States | 6/7/2024 | (175,547) | Trade |
| | SMC Pharmacy LLC | 24-11198 | CityMedRx LLC - 6192 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 4/2/2024 | (6,918) | Trade |
| | SMC Pharmacy LLC | 24-11198 | CityMedRx LLC - 6192 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 4/4/2024 | (2,466) | Trade |
| | SMC Pharmacy LLC | 24-11198 | CityMedRx LLC - 6192 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 5/2/2024 | (8,787) | Trade |
| | SMC Pharmacy LLC | 24-11198 | CityMedRx LLC - 6192 | 97-17 64th Road | | | | Rego Park | NY | 11374 | United States | 6/7/2024 | (9,237) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Deliver-It - 2850 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 3/15/2024 | (2,188) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Deliver-It - 2850 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 3/22/2024 | (1,651) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Deliver-It - 2850 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 3/29/2024 | (1,942) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Deliver-It - 2850 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 4/5/2024 | (1,920) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Deliver-It - 2850 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 4/18/2024 | (1,896) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Deliver-It - 2850 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 4/25/2024 | (1,697) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Deliver-It - 2850 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 4/26/2024 | (1,883) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Deliver-It - 2850 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 5/9/2024 | (1,921) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Deliver-It - 2850 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 5/17/2024 | (1,845) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Deliver-It - 2850 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 5/24/2024 | (2,068) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Deliver-It - 2850 | PO Box 846819 | | | | Los Angeles | CA | 90084-6819 | United States | 6/7/2024 | (9,075) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Dermavant Sciences Inc | PO Box 736560 | | | | Dallas | TX | 75373-6560 | United States | 3/28/2024 | (151,242) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Dermavant Sciences Inc | PO Box 736560 | | | | Dallas | TX | 75373-6560 | United States | 4/18/2024 | (151,242) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Dermavant Sciences Inc | PO Box 736560 | | | | Dallas | TX | 75373-6560 | United States | 5/2/2024 | (88,225) | Trade |
| | SMC Pharmacy LLC | 24-11198 | FFF Enterprises Inc - 9429 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 3/15/2024 | (13,254) | Trade |
| | SMC Pharmacy LLC | 24-11198 | FFF Enterprises Inc - 9429 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/4/2024 | (29,277) | Trade |
| | SMC Pharmacy LLC | 24-11198 | FFF Enterprises Inc - 9429 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/8/2024 | (10,376) | Trade |
| | SMC Pharmacy LLC | 24-11198 | FFF Enterprises Inc - 9429 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/15/2024 | (11,554) | Trade |
| | SMC Pharmacy LLC | 24-11198 | FFF Enterprises Inc - 9429 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/25/2024 | (38,673) | Trade |
| | SMC Pharmacy LLC | 24-11198 | FFF Enterprises Inc - 9429 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 4/29/2024 | (10,376) | Trade |
| | SMC Pharmacy LLC | 24-11198 | FFF Enterprises Inc - 9429 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/2/2024 | (226) | Trade |
| | SMC Pharmacy LLC | 24-11198 | FFF Enterprises Inc - 9429 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/3/2024 | (18,205) | Trade |
| | SMC Pharmacy LLC | 24-11198 | FFF Enterprises Inc - 9429 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/17/2024 | (30,737) | Trade |
| | SMC Pharmacy LLC | 24-11198 | FFF Enterprises Inc - 9429 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 5/24/2024 | (29,294) | Trade |
| | SMC Pharmacy LLC | 24-11198 | FFF Enterprises Inc - 9429 | PO Box 840150 | | | | Los Angeles | CA | 90084-0150 | United States | 6/7/2024 | (48,956) | Trade |
| | SMC Pharmacy LLC | 24-11198 | FIX IT RIGHT | 1702 S Robertson | BLVD 267 | | | Los Angeles | CA | 90035 | | 6/7/2024 | (9,390) | Trade |
| | SMC Pharmacy LLC | 24-11198 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | | 4/2/2024 | (4,410) | Trade |
| | SMC Pharmacy LLC | 24-11198 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | | 5/1/2024 | (4,410) | Trade |
| | SMC Pharmacy LLC | 24-11198 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | | 6/3/2024 | (4,348) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | | 3/22/2024 | (265,173) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | | 4/25/2024 | (176,782) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | | 5/8/2024 | (265,173) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ICS Direct | 12601 Collection Center Drive | | | | Chicago | IL | 60693 | | 6/7/2024 | (220,977) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Journey Medical Corporation - 5891 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | | 3/22/2024 | (7,944) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Journey Medical Corporation - 5891 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | | 4/22/2024 | (10,270) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Journey Medical Corporation - 5891 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | | 5/3/2024 | (4,918) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Journey Medical Corporation - 5891 | 9237 East Via de Ventura | Suite 105 | | | Scottsdale | AZ | 85258 | | 5/24/2024 | (2,690) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MASTERS DRUG COM  AU | PO Box 840713 | | | | Dallas | TX | 75284-0713 | United States | 3/11/2024 | (887) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MASTERS DRUG COM  AU | PO Box 840713 | | | | Dallas | TX | 75284-0713 | United States | 4/10/2024 | (9,583) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MASTERS DRUG COM  AU | PO Box 840713 | | | | Dallas | TX | 75284-0713 | United States | 5/10/2024 | (4,929) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Mayne Pharma - 235B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 3/13/2024 | (4,912) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Mayne Pharma - 235B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 3/15/2024 | (5,380) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Mayne Pharma - 235B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 5/17/2024 | (8,050) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Mayne Pharma - 235B | PO Box 603644 | | | | Charlotte | NC | 28260-3644 | United States | 6/7/2024 | (27,866) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/15/2024 | (244,047) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/22/2024 | (115,228) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 3/29/2024 | (146,277) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/5/2024 | (186,150) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/12/2024 | (205,048) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/19/2024 | (107,930) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 4/26/2024 | (187,542) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/3/2024 | (80,586) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/10/2024 | (168,615) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/17/2024 | (193,160) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/24/2024 | (71,000) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 5/31/2024 | (209,477) | Trade |
| | SMC Pharmacy LLC | 24-11198 | MCKESSON DRUG    AU | P.O. BOX 730477 | | | | DALLAS | TX | 75373-0477 | United States | 6/7/2024 | (124,306) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Medisca Inc - H90N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/12/2024 | (238) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Medisca Inc - H90N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/14/2024 | (5,501) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Medisca Inc - H90N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/15/2024 | (202) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Medisca Inc - H90N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/19/2024 | (200) | Trade |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Redact | Debtor Name | Case No. | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | SMC Pharmacy LLC | 24-11198 | Medisca Inc - H90N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/20/2024 | (405) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Medisca Inc - H90N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/26/2024 | (742) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Medisca Inc - H90N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 3/28/2024 | (1,898) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Medisca Inc - H90N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/5/2024 | (545) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Medisca Inc - H90N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/9/2024 | (690) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Medisca Inc - H90N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 4/25/2024 | (3,018) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Medisca Inc - H90N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/2/2024 | (1,010) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Medisca Inc - H90N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/9/2024 | (1,679) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Medisca Inc - H90N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/17/2024 | (1,035) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Medisca Inc - H90N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 5/24/2024 | (945) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Medisca Inc - H90N | PO Box 2592 | | | | Plattsburgh | NY | 12901 | United States | 6/7/2024 | (5,279) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ParMed      XX | 5960 E Shelby Dr | Suite 100 | | | Memphis | TN | 38141 | United States | 3/26/2024 | (22,736) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ParMed      XX | 5960 E Shelby Dr | Suite 100 | | | Memphis | TN | 38141 | United States | 4/26/2024 | (12,939) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ParMed      XX | 5960 E Shelby Dr | Suite 100 | | | Memphis | TN | 38141 | United States | 5/13/2024 | (3,862) | Trade |
| | SMC Pharmacy LLC | 24-11198 | ParMed      XX | 5960 E Shelby Dr | Suite 100 | | | Memphis | TN | 38141 | United States | 5/28/2024 | (3,324) | Trade |
| | SMC Pharmacy LLC | 24-11198 | PCCA - 2468 | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 4/4/2024 | (2,317) | Trade |
| | SMC Pharmacy LLC | 24-11198 | PCCA - 2468 | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 4/4/2024 | (14,501) | Trade |
| | SMC Pharmacy LLC | 24-11198 | PCCA - 2468 | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 5/6/2024 | (8,597) | Trade |
| | SMC Pharmacy LLC | 24-11198 | PCCA - 2468 | PO Box 734687 | | | | Dallas | TX | 75373-4687 | United States | 6/7/2024 | (13,805) | Trade |
| | SMC Pharmacy LLC | 24-11198 | PioneerRx - 004 | PO Box 53407 | | | | Shreveport | LA | 71135-3407 | United States | 3/15/2024 | (2,349) | Trade |
| | SMC Pharmacy LLC | 24-11198 | PioneerRx - 004 | PO Box 53407 | | | | Shreveport | LA | 71135-3407 | United States | 4/18/2024 | (2,159) | Trade |
| | SMC Pharmacy LLC | 24-11198 | PioneerRx - 004 | PO Box 53407 | | | | Shreveport | LA | 71135-3407 | United States | 5/17/2024 | (2,314) | Trade |
| | SMC Pharmacy LLC | 24-11198 | PioneerRx - 004 | PO Box 53407 | | | | Shreveport | LA | 71135-3407 | United States | 6/7/2024 | (2,429) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Rx Balance Solution LLC | 357 N Spaulding Ave | | | | Los Angeles | CA | 90036 | United States | 4/18/2024 | (6,815) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Rx Balance Solution LLC | 357 N Spaulding Ave | | | | Los Angeles | CA | 90036 | United States | 5/2/2024 | (4,639) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Rx Balance Solution LLC | 357 N Spaulding Ave | | | | Los Angeles | CA | 90036 | United States | 6/7/2024 | (6,556) | Trade |
| | SMC Pharmacy LLC | 24-11198 | SafeWay Distributors - 2151 | 15851 SW 41st Street Suite 6000 | | | | Davie | LA | 33331 | United States | 3/12/2024 | (9,500) | Trade |
| | SMC Pharmacy LLC | 24-11198 | SafeWay Distributors - 2151 | 15851 SW 41st Street Suite 6000 | | | | Davie | LA | 33331 | United States | 6/7/2024 | (1,149) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Virtus Pharmaceuticals LLC - 100530 | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 3/20/2024 | (27,930) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Virtus Pharmaceuticals LLC - 100530 | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 4/3/2024 | (27,930) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Virtus Pharmaceuticals LLC - 100530 | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 4/25/2024 | (37,240) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Virtus Pharmaceuticals LLC - 100530 | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 5/24/2024 | (37,240) | Trade |
| | SMC Pharmacy LLC | 24-11198 | Virtus Pharmaceuticals LLC - 100530 | PO Box 947177 | | | | Atlanta | GA | 30394-7177 | United States | 6/7/2024 | (37,240) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | Anda Inc | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 4/2/2024 | (2,241) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | Anda Inc | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 5/2/2024 | (84) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | Anda Inc | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 5/2/2024 | (296) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | Anda Inc | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 5/2/2024 | (990) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | Anda Inc | PO Box 930219 | | | | Atlanta | GA | 31193-0219 | United States | 6/7/2024 | (4,113) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | CARDINAL HEALTH,  XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 3/11/2024 | (2,290) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | CARDINAL HEALTH,  XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 3/25/2024 | (2,309) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | CARDINAL HEALTH,  XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 4/10/2024 | (2,794) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | CARDINAL HEALTH,  XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 4/25/2024 | (1,527) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | CARDINAL HEALTH,  XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 5/10/2024 | (2,791) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | CARDINAL HEALTH,  XX | PO Box 70539 | | | | Chicago | IL | 60673 | United States | 5/28/2024 | (506) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | First Veterinary Supply | 1821 Reliable Pkwy | | | | Chicago | IL | 60686-0018 | United States | 4/2/2024 | (3,516) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | First Veterinary Supply | 1821 Reliable Pkwy | | | | Chicago | IL | 60686-0018 | United States | 4/4/2024 | (1,696) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | First Veterinary Supply | 1821 Reliable Pkwy | | | | Chicago | IL | 60686-0018 | United States | 4/12/2024 | (127) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | First Veterinary Supply | 1821 Reliable Pkwy | | | | Chicago | IL | 60686-0018 | United States | 5/2/2024 | (408) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | First Veterinary Supply | 1821 Reliable Pkwy | | | | Chicago | IL | 60686-0018 | United States | 5/2/2024 | (2,853) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | First Veterinary Supply | 1821 Reliable Pkwy | | | | Chicago | IL | 60686-0018 | United States | 5/2/2024 | (2,879) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | First Veterinary Supply | 1821 Reliable Pkwy | | | | Chicago | IL | 60686-0018 | United States | 5/9/2024 | (326) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | First Veterinary Supply | 1821 Reliable Pkwy | | | | Chicago | IL | 60686-0018 | United States | 6/7/2024 | (7,117) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 4/1/2024 | (5,897) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 5/1/2024 | (5,663) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | HRTLAND PMT SYS  TX | One Heartland Way | | | | Jeffersonville | IN | 47130 | United States | 6/3/2024 | (5,802) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | Letco Medical, LLC - TER87 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 4/2/2024 | (4,939) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | Letco Medical, LLC - TER87 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 4/4/2024 | (582) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | Letco Medical, LLC - TER87 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 5/2/2024 | (7,998) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | Letco Medical, LLC - TER87 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 5/9/2024 | (262) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | Letco Medical, LLC - TER87 | 17199 North Laurel Park Drive | | | | Livonia | MI | 48152 | United States | 6/7/2024 | (2,490) | Trade |
| | The Pet Apothecary, LLC | 24-11192 | Pet Properties LLC | 8040 N LINKS WAY | | | | Milwaukee | WI | 53217 | United States | 3/26/2024 | (8,466) | Lease |
| | The Pet Apothecary, LLC | 24-11192 | Pet Properties LLC | 8040 N LINKS WAY | | | | Milwaukee | WI | 53217 | United States | 4/25/2024 | (8,466) | Lease |
| | The Pet Apothecary, LLC | 24-11192 | Pet Properties LLC | 8040 N LINKS WAY | | | | Milwaukee | WI | 53217 | United States | 5/31/2024 | (8,466) | Lease |
| | The Pet Apothecary, LLC | 24-11192 | WI DEPT REVENUE  TA | 2135 RIMROCK RD | PO BOX 8902 | | | MADISON | WI | 53708 | United States | 3/21/2024 | (11,947) | Tax |
| | The Pet Apothecary, LLC | 24-11192 | WI DEPT REVENUE  TA | 2135 RIMROCK RD | PO BOX 8902 | | | MADISON | WI | 53708 | United States | 4/19/2024 | (12,635) | Tax |
| | The Pet Apothecary, LLC | 24-11192 | WI DEPT REVENUE  TA | 2135 RIMROCK RD | PO BOX 8902 | | | MADISON | WI | 53708 | United States | 5/21/2024 | (13,157) | Tax |

## Exhibit 3

**March 29, 2024 Lien Search**

**CT Corporation**
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name:** **OAKDELL COMPOUNDING PHARMACY LLC**

**Jurisdiction:** **Cook County, Illinois**

**Search Type: Fixture Filings**                    **Searched Through: 03/07/2024**
Results:        No Records Found        Searched: 5 Years
                                        Office: Recorder of Deeds

**Search Type: Federal Tax Lien**                   **Searched Through: 03/07/2024**
Results:        No Records Found        Searched: 10 Years
                                        Office: Recorder of Deeds

**Search Type: State Tax Lien**                     **Searched Through: 03/07/2024**
Results:        No Records Found        Searched: 20 Years
                                        Office: Recorder of Deeds

**Search Type: Judgment Lien**                      **Searched Through: 03/07/2024**
Results:        No Records Found        Searched: 7 Years
                                        Office: Recorder of Deeds

**Comments:**    This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

**Search Type: Litigation - Searched as Defendant**    **Searched Through: 03/19/2024**
Results:        No Records Found        Searched: 10 Years
                                        Office: Circuit Court

**Comments:**    This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
Service Solutions Team 2
555 Capitol Mall
Ste 1150
Sacramento, CA 95814
000000000
Oluwatosin.Ademoye@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .



## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: OAKDELL COMPOUNDING PHARMACY LLC**

**Jurisdiction: Du Page County, Illinois**

**Search Type: Fixture Filings**
Results:   No Records Found

Searched Through: 03/21/2024
Searched: 5 Years
Office: County Recorder

**Search Type: Federal Tax Lien**
Results:   No Records Found

Searched Through: 03/21/2024
Searched: 10 Years
Office: County Recorder

**Search Type: State Tax Lien**
Results:   No Records Found

Searched Through: 03/21/2024
Searched: 20 Years
Office: County Recorder

**Search Type: Judgment Lien**
Results:   No Records Found

Searched Through: 03/21/2024
Searched: 7 Years
Office: County Recorder

**Comments:**   This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

**Search Type: Litigation - Searched as Defendant**
Results:   No Records Found

Searched Through: 03/19/2024
Searched: 10 Years
Office: Circuit Court

**Comments:**   This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: OAKDELL COMPOUNDING PHARMACY LLC**

**Jurisdiction: U.S. District Court, Illinois Northern District**

| | |
|---|---|
| **Search Type:** Federal Litigation - Searched as Defendant | **Searched Through: 03/21/2024** |
| Results:      No Records Found | Searched: 10 Years |
| | Office: Northern District |

**Comments:**          This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: OAKDELL COMPOUNDING PHARMACY LLC**

**Jurisdiction: U.S. Bankruptcy Court, Illinois Northern District**

**Search Type: Bankruptcy - Searched as Petitioner**
Results:    No Records Found

**Searched Through: 03/21/2024**
Searched: 10 Years
Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:**          **03/29/2024**
**Order #:**       **97989188**
**Customer #:**  **507877**
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **OAKDELL COMPOUNDING PHARMACY LLC**

**Jurisdiction:** **Secretary of State, Texas**

| | |
|---|---|
| **Search Type:** **Federal Tax Lien** | **Searched Through:** 03/21/2024 |
| Results:         No Records Found | Searched: 10 Years |
| **Search Type:** **UCC Lien** | **Searched Through:** 03/21/2024 |
| Results:         See Attached Listing of Records Found with 1 Copy Attached | Searched: 5 Years |

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Lien Solutions
UCC Search Report

The following represents a listing of the documentation you requested through a careful search of effective UCC filings recorded in the Office of the Secretary of State TX, Secretary of State licensed from the State of an independent third party and maintained in a computerized form and available through our offices. Variations of the Name and Address of the search key may appear on this report as a result of the search findings and your individual request for that information.

This report reflects record effective through Mar. 21, 2024.

Because we cannot independently verify the accuracy of the public information maintained by the responsible government agency or other sources of this data, we make no guaranties, representations or warranties as to the accuracy or completeness of this report. We cannot and do not accept any liability for errors or omissions.

State of TX, Secretary of State, Secretary of State UCC Debtor Name Search results performed on following

Search Key :

      Name = OAKDELL COMPOUNDING PHARMACY LLC

| | | |
|---|---|---|
| 1. | 220053967438   ORIGINAL filed on Nov. 03, 2022 expires on Nov. 03, 2027 | |
| | Debtor | OAKDELL COMPOUNDING PHARMACY LLC |
| | | 1420 KENSINGTON ROAD, SUITE 102 |
| | | OAK BROOK, IL, 60523 |
| | SecuredParty | LOAN ADMIN CO LLC, AS COLLATERAL AGENT |
| | | 2200 ATLANTIC STREET, SUITE 501 |
| | | STAMFORD, CT, 06902 |

[End of Report]

**22-0053967438**
11/03/2022 08:00 AM

**FILED**
TEXAS
SECRETARY OF STATE
SOS

1193768770003

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Katharine Boyajian        212-776-3773

**B. E-MAIL CONTACT AT FILER (optional)**
Katharine.Boyajian@us.dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Return Acknowledgement to:

Capitol Services, Inc.
PO Box 1831
Austin, TX 78767            1338842
CAPITOL SERVICES
800.345.4647

---

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Oakdell Compounding Pharmacy LLC | | | | |
| **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **1c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| 1420 Kensington Road, Suite 102 | Oak Brook | IL | 60523 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **2c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Loan Admin Co LLC, as Collateral Agent | | | | |
| **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **3c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:

ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

---

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)   ☐ being administered by a Decedent's Personal Representative

| **6a.** Check only if applicable and check only one box: | | | **6b.** Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
File with TX Secretry of State

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)        International Association of Commercial Administrators (IACA)

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **Optio Rx, LLC**

**Jurisdiction:** **Secretary of State, Delaware**

| | |
|---|---|
| **Search Type:** **Federal Tax Lien** | **Searched Through:** 03/14/2024 |
| Results:  No Records Found /See Attached Certified Search | Searched: 10 Years |
| **Search Type:** **UCC Lien** | **Searched Through:** 03/14/2024 |
| Results:  See Attached Certified Search with 2 Copies Attached | Searched: 5 Years |

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

## The First State

CERTIFICATE

SEARCHED MARCH 26, 2024 AT 2:46 P.M.
FOR DEBTOR, OPTIO RX, LLC

| 1 OF 1 | FINANCING STATEMENT | 20194497363 |

EXPIRATION DATE: 06/28/2024

DEBTOR:      OPTIO RX, LLC

311 SOUTH WACKER DRIVE              ADDED    06-28-19

SUITE 400                          REMOVED 10-26-22

CHICAGO, IL US 60606

DEBTOR:      OPTIO RX, LLC

1420 KENSINGTON ROAD,              ADDED    10-26-22

SUITE 102

OAK BROOK, IL US 60523

SECURED:     LOAN ADMIN CO LLC, AS COLLATERAL AGENT

2200 ATLANTIC STREET, SUITE 501    ADDED    06-28-19

STAMFORD, CT US 06902


F I L I N G   H I S T O R Y

20194497363     FILED 06-28-19    AT 6:55 P.M.    FINANCING STATEMENT

*Jeffrey W. Bullock, Secretary of State*

20256158117-UCC11
SR# 20241174146                                  Authentication: 203115171
                                                 Date: 03-26-24
You may verify this certificate online at corp.delaware.gov/authver.shtml



# Delaware

*Page 2*

### The First State

*20228893810      FILED 10-26-22      AT 4:37 P.M.      AMENDMENT*

### E N D   O F   F I L I N G   H I S T O R Y

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, OPTIO RX, LLC AS OF MARCH 14, 2024
AT 11:59 P.M.*



Jeffrey W. Bullock, Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Francella  Ashby                    (212) 776-3966

**B. E-MAIL CONTACT AT FILER (optional)**
Francella.Ashby@DLAPiper.com

**C. SEND ACKNOWLEDGMENT TO:**  (Name and Address)

⌐ DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY  10020 ⌐

Delaware Department of State
U.C.C. Filing Section
Filed: 06:55 PM 06/28/2019
U.C.C. Initial Filing No: 2019 4497363

Service Request No:  20195740056

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OPTIO RX, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 400 | Chicago | IL | 60606 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR
ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
Filed with: DE - Secretary of State

F#694569
A#959022

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)     International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Katharine Boyajian    212-776-3773

**B. E-MAIL CONTACT AT FILER (optional)**
Katharine.Boyajian@us.dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:    (Name and Address)**

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

Delaware Department of State
U.C.C. Filing Section
Filed: 04:37 PM 10/26/2022
U.C.C. Initial Filing No: 2019 4497363
Amendment No: 2022 8893810
Service Request No:   20223869379

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2019 4497363    Filed 06/28/2019

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☑ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:

☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c

☐ ADD name: Complete item 7a or 7b, and item 7c

☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:**    Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OPTIO RX, LLC | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:**    Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OPTIO RX, LLC | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1420 Kensington Road, Suite 102 | Oak Brook | IL | 60523 | US |

**8.** ☐ **COLLATERAL CHANGE:**  Also check one of these four boxes:    ☐ ADD collateral    ☐ DELETE collateral    ☐ RESTATE covered collateral    ☐ ASSIGN collateral

Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
File with DE Secretary of State

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

**CT Corporation**
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

---

**Target Name: Optio Rx, LLC**

---

**Jurisdiction: Cook County, Illinois**

---

**Search Type: Fixture Filings**                    **Searched Through: 03/07/2024**
Results:     No Records Found                          Searched: 5 Years
                                                       Office: Recorder of Deeds

**Search Type: Federal Tax Lien**                    **Searched Through: 03/07/2024**
Results:     No Records Found                          Searched: 10 Years
                                                       Office: Recorder of Deeds

**Search Type: State Tax Lien**                      **Searched Through: 03/07/2024**
Results:     No Records Found                          Searched: 20 Years
                                                       Office: Recorder of Deeds

**Search Type: Judgment Lien**                       **Searched Through: 03/07/2024**
Results:     No Records Found                          Searched: 7 Years
                                                       Office: Recorder of Deeds

**Comments:**     This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

**Search Type: Litigation - Searched as Defendant**     **Searched Through: 03/19/2024**
Results:     No Records Found                          Searched: 10 Years
                                                       Office: Circuit Court

**Comments:**     This search included pending suits and judgments found in the civil court index.

---

**OLUWATOSIN ADEMOYE**
Service Solutions Team 2
555 Capitol Mall
Ste 1150
Sacramento, CA 95814
000000000
Oluwatosin.Ademoye@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Optio Rx, LLC**

**Jurisdiction: U.S. District Court, Illinois Northern District**

**Search Type:** Federal Litigation - Searched as Defendant
Results:     No Records Found

**Searched Through:** 03/21/2024
Searched: 10 Years
Office: Northern District

**Comments:**     This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

KATIE BOYAJIAN
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

Date:           03/29/2024
Order #:        97989188
Customer #:  507877
Reference 1: 385140.37
Reference 2: KATIE BOYAJIAN

**Target Name:** Optio Rx, LLC

**Jurisdiction:** U.S. Bankruptcy Court, Illinois Northern District

**Search Type:** Bankruptcy - Searched as Petitioner

Results:        No Records Found

**Searched Through: 03/21/2024**

Searched: 10 Years

Office: Northern District

OLUWATOSIN ADEMOYE
Service Solutions Team 2
555 Capitol Mall
Ste 1150
Sacramento, CA 95814
000000000
Oluwatosin.Ademoye@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: Braun Pharma, LLC**

**Jurisdiction: Department of Revenue, Illinois**

**Search Type: State Tax Lien**                    **Searched Through: 03/25/2024**
Results:        No Records Found                    Searched: 20 Years

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:**        03/29/2024
**Order #:**     97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **Braun Pharma, LLC**

**Jurisdiction:** **Secretary of State, Illinois**

**Search Type:** **Federal Tax Lien**          **Searched Through:** 03/15/2024
Results:        No Records Found          Searched: 10 Years

**Search Type:** **UCC Lien**          **Searched Through:** 03/15/2024
Results:        See Attached Listing of Records Found with 5 Copies          Searched: 5 Years
                Attached

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Lien Solutions
UCC Search Report

The following represents a listing of the documentation you requested through a careful search of effective UCC filings recorded in the Office of the Secretary of State IL, Secretary of State licensed from the State of an independent third party and maintained in a computerized form and available through our offices. Variations of the Name and Address of the search key may appear on this report as a result of the search findings and your individual request for that information.

This report reflects record effective through Mar. 15, 2024.

Because we cannot independently verify the accuracy of the public information maintained by the responsible government agency or other sources of this data, we make no guaranties, representations or warranties as to the accuracy or completeness of this report. We cannot and do not accept any liability for errors or omissions.

State of IL, Secretary of State, Secretary of State UCC Debtor Name Search results performed on following

Search Key :

      Name = Braun Pharma, LLC

1.    023489368  ORIGINAL filed on Jun. 18, 2018
    expires on Jun. 18, 2028

| | |
|---|---|
| Debtor | BRAUN PHARMA, LLC |
| | 2060 N CLARK STREET |
| | CHICAGO, IL, 60614 |
| SecuredParty | CARDINAL HEALTH 110 LLC, AS AGENT |
| | 7000 CARDINAL PLACE |
| | DUBLIN, OH, 43017 |
| CONTINUATION | # 009859394 filed on  Mar. 22, 2023 |

2.    024555763  ORIGINAL filed on Jul. 01, 2019
    expires on Jul. 01, 2024

| | |
|---|---|
| Debtor | BRAUN PHARMA, LLC |
| | 311 SOUTH WACKER DRIVE, SUITE 40 |
| | CHICAGO, IL, 60606 |
| Debtor | BRAUN PHARMA, LLC |
| | 1420 KENSINGTON ROAD, SUITE 102 |
| | OAK BROOK, IL, 60523 |
| SecuredParty | LOAN ADMIN CO LLC, AS COLLATERAL AGENT |
| | 2200 ATLANTIC STREET, SUITE 501 |
| | STAMFORD, CT, 06902 |
| DEBTOR AMENDMENT | # 009833273 filed on  Oct. 27, 2022 |

3.      029003718   ORIGINAL filed on Oct. 26, 2022
        expires on Oct. 26, 2027
        Debtor                          BRAUN PHARMA, LLC
                                        1420 KENSINGTON ROAD, SUITE 102
                                        OAK BROOK, IL, 60523
        SecuredParty                    LOAN ADMIN CO LLC, AS COLLATERAL AGENT
                                        2200 ATLANTIC STREET, SUITE 501
                                        STAMFORD, CT, 06902


[End of Report]

RECEIVED

IL SECRETARY OF STATE
UNIFORM COMMERCIAL CODE
20180618    1450
$20.00    Electronic

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**23489368**    **FS**

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Corporation Service Company          800-858-5294 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| FilingDept@cscinfo.com |

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Corporation Service Company

801 Adlai Stevenson Drive

Springfield, IL, 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BRAUN PHARMA, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2060 N CLARK STREET | CHICAGO | IL | 60614 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC 1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CARDINAL HEALTH 110 LLC, AS AGENT | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7000 Cardinal Place | Dublin | OH | 43017 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All business assets, including but not limited to, goods, equipment, inventory, accounts, accounts receivable, chattel paper, instruments, investment property and all general intangibles, books and records, computer programs and records, and other personal property, tangible or intangible, related to any of the foregoing (including, without limitation, all prescription files, patient lists, signs, appliances, cash registers, computers, computer software, shelving, check-out counters, compressors, freezers, coolers, display cases, customer records, sundries, tobacco products, prescription and over-the-counter pharmaceutical products, health and beauty aids, home healthcare products and general merchandise and supplies); all accessions and additions to, substitutions for, and replacements of any of the foregoing; all proceeds or products of any of the foregoing; and all rights to payments under any insurance or warranty, guaranty, or indemnity payable with respect to any of the foregoing (collectively, the "Collateral").

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box. | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

[148069201]

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

RECEIVED

# UCC FINANCING STATEMENT AMENDMENT

IL SECRETARY OF STATE

FOLLOW INSTRUCTIONS

UNIFORM COMMERCIAL CODE

| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
|---|---|
| Corporation Service Company | 800-858-5294 |

B. E-MAIL CONTACT AT FILER (optional)
FilingDept@cscinfo.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703
USA

20230322   1018
$20.00   Electronic

**09859394**            **CT**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| 23489368 | (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9 For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☑ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:          AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. ☐ **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| BRAUN PHARMA, LLC | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes:    ☐ ADD collateral    ☐ DELETE collateral    ☐ RESTATE covered collateral    ☐ ASSIGN collateral
Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CARDINAL HEALTH 110 LLC, AS AGENT | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
[251777414]

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT

2019 JUL -1 AM 11: 22

**FOLLOW INSTRUCTIONS**

A. NAME & PHONE OF CONTACT AT FILER (optional)
Francella Ashby    (212) 776-3966

B. E-MAIL CONTACT AT FILER (optional)
Francella.Ashby@DLAPiper.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

⌐ DLA Piper LLP (US)
  1251 Avenue of the Americas
  27th Floor
⌐ New York, NY  10020 ⌐

UCU107/01/19:02:8812:
SOS12-11:94  24555763 FS

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BRAUN PHARMA, LLC | | | | |
| OR  1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 400 | Chicago | IL | 60606 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR  2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | |
| OR  3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: IL - Secretary of State

F#694582
A#959038

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

70589530/1



RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

2022 OCT 27 AM 8:51

09833273    AM

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**FILED**
20221027    0851

JESSE WHITE
SECRETARY OF STATE

JAC          $20.00

A. NAME & PHONE OF CONTACT AT FILER (optional)
Katharine Boyajian                212-776-3773

B. E-MAIL CONTACT AT FILER (optional)
Katharine.Boyajian@us.dlapiper.com        T1H

C. SEND ACKNOWLEDGMENT TO: (Name and Address) 061122 007

CSC
801 Adlai Stevenson Drive
Springfield IL 62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|
| 24555763 FS          07/01/2019 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                         AND Check one of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record       ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **BRAUN PHARMA, LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **BRAUN PHARMA, LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1420 Kensington Road, Suite 102 | Oak Brook | IL | 60523 | US |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **LOAN ADMIN CO LLC, AS COLLATERAL AGENT** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with IL Secretary of State

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)



UC0138826

RECEIVED
SECRETARY OF STATE
UNIFORM COMM. CODE DIV.

2022 OCT 26  PM 1:06

29003718    FS

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

**FILED**
20221026   1106

JESSE WHITE
SECRETARY OF STATE

KJB        $20.00

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Katharine Boyajian          212-776-3773 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| Katharine.Boyajian@us.dlapiper.com          T1H |

| C. SEND ACKNOWLEDGMENT TO:  (Name and Address)    077215 004 |
|---|
| CSC
801 Adlai Stevenson Drive
Springfield, IL 62 |

CSC

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name; if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here [ ] and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Braun Pharma, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1420 Kensington Road, Suite 102 | Oak Brook | IL | 60523 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name; if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here [ ] and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Loan Admin Co LLC, as Collateral Agent | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

4. COLLATERAL: This financing statement covers the following collateral:

**ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.**

| 5. Check only if applicable and check only one box: Collateral is [ ] held in a Trust (see UCC1Ad, item 17 and instructions) [ ] being administered by a Decedent's Personal Representative |
|---|

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| [ ] Public-Finance Transaction [ ] Manufactured-Home Transaction [ ] A Debtor is a Transmitting Utility | [ ] Agricultural Lien [ ] Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): [ ] Lessee/Lessor [ ] Consignee/Consignor [ ] Seller/Buyer [ ] Bailee/Bailor [ ] Licensee/Licensor |
|---|

8. OPTIONAL FILER REFERENCE DATA:
File with Illinois Sec. of State

 CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: Braun Pharma, LLC**

**Jurisdiction: Cook County, Illinois**

**Search Type: Fixture Filings**
Results:    No Records Found

**Searched Through: 03/07/2024**
Searched: 5 Years
Office: Recorder of Deeds

**Search Type: Federal Tax Lien**
Results:    No Records Found

**Searched Through: 03/07/2024**
Searched: 10 Years
Office: Recorder of Deeds

**Search Type: State Tax Lien**
Results:    No Records Found

**Searched Through: 03/07/2024**
Searched: 20 Years
Office: Recorder of Deeds

**Search Type: Judgment Lien**
Results:    No Records Found

**Searched Through: 03/07/2024**
Searched: 7 Years
Office: Recorder of Deeds

**Comments:**    This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

**Search Type: Litigation - Searched as Defendant**
Results:    No Records Found

**Searched Through: 03/19/2024**
Searched: 10 Years
Office: Circuit Court

**Comments:**    This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

| | |
|---|---|
| **KATIE BOYAJIAN** | **Date:** 03/29/2024 |
| **DLA Piper LLP (US)** | **Order #:** 97989188 |
| **1251 Avenue of the Americas** | **Customer #:** 507877 |
| **New York, NY 10020-1104** | **Reference 1:** 385140.37 |
| | **Reference 2:** KATIE BOYAJIAN |

**Target Name: Braun Pharma, LLC**

**Jurisdiction: U.S. District Court, Illinois Northern District**

| | | | |
|---|---|---|---|
| **Search Type:** | **Federal Litigation - Searched as Defendant** | **Searched Through:** 03/21/2024 | |
| Results: | No Records Found | Searched: 10 Years | |
| | | Office: Northern District | |

**Comments:**    This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** **03/29/2024**
**Order #:** **97989188**
**Customer #: 507877**
**Reference 1: 385140.37**
**Reference 2: KATIE BOYAJIAN**

**Target Name: Braun Pharma, LLC**

**Jurisdiction: U.S. Bankruptcy Court, Illinois Northern District**

**Search Type: Bankruptcy - Searched as Petitioner**

Results:    No Records Found

**Searched Through: 03/21/2024**

Searched: 10 Years

Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: HCP Pharmacy LLC**

**Jurisdiction: Secretary of State, Delaware**

| | | |
|---|---|---|
| **Search Type: Federal Tax Lien** | | **Searched Through: 03/14/2024** |
| Results: | No Records Found /See Attached Certified Search | Searched: 10 Years |
| | | |
| **Search Type: UCC Lien** | | **Searched Through: 03/14/2024** |
| Results: | See Attached Certified Search with 5 Copies Attached | Searched: 5 Years |

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

### The First State

*CERTIFICATE*

*SEARCHED MARCH 26, 2024 AT 2:46 P.M.*
*FOR DEBTOR, HCP PHARMACY LLC*

*1 OF 2             FINANCING STATEMENT             20194497306*

*EXPIRATION DATE: 06/28/2024*

| | | | |
|---|---|---|---|
| *DEBTOR:* | *HEMACARE PLUS, LLC* | | |
| | *311 SOUTH WACKER DRIVE* | *ADDED* | *06-28-19* |
| | *SUITE 400* | *REMOVED* | *03-10-20* |
| | *CHICAGO, IL US 60606* | | |
| *DEBTOR:* | *HEMACARE PLUS, LLC* | | |
| | *311 SOUTH WACKER DRIVE,* | *ADDED* | *02-28-20* |
| | *SUITE 2640* | *REMOVED* | *10-26-22* |
| | *CHICAGO, IL US 60606* | | |
| *DEBTOR:* | *HCP PHARMACY LLC* | | |
| | *311 SOUTH WACKER DRIVE, SUITE 2640* | *ADDED* | *03-10-20* |
| | *CHICAGO, IL US 60606* | | |
| *DEBTOR:* | *HEMACARE PLUS, LLC* | | |
| | *1420 KENSINGTON ROAD,* | *ADDED* | *10-26-22* |
| | *SUITE 102* | | |
| | *OAK BROOK, IL US 60523* | | |

# Delaware

## The First State

*Page 2*

SECURED:    LOAN ADMIN CO LLC, AS COLLATERAL AGENT

2200 ATLANTIC STREET, SUITE 501        ADDED    06-28-19

STAMFORD, CT US 06902


F I L I N G   H I S T O R Y

20194497306    FILED 06-28-19    AT 6:53 P.M.    FINANCING STATEMENT

20201470576    FILED 02-28-20    AT 3:53 P.M.    AMENDMENT

20201772971    FILED 03-10-20    AT 4:37 P.M.    AMENDMENT

20228893539    FILED 10-26-22    AT 4:37 P.M.    AMENDMENT


2 OF 2        FINANCING STATEMENT            20229012444

EXPIRATION DATE: 10/31/2027

DEBTOR:    HCP PHARMACY LLC

1420 KENSINGTON ROAD,            ADDED    10-31-22

SUITE 102

OAK BROOK, IL US 60523

SECURED:    LOAN ADMIN CO LLC, AS COLLATERAL AGENT

2200 ATLANTIC STREET,            ADDED    10-31-22

SUITE 501

STAMFORD, CT US 06902

Jeffrey W. Bullock, Secretary of State



# Delaware

### The First State

*F I L I N G   H I S T O R Y*

*20229012444      FILED 10-31-22     AT 12:12 P.M.   FINANCING STATEMENT*

*E N D   O F   F I L I N G   H I S T O R Y*

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, HCP PHARMACY LLC AS OF MARCH 14, 2024 AT 11:59 P.M.*



Jeffrey W. Bullock, Secretary of State

20256158143-UCC11
SR# 20241174171

Authentication: 203115183
Date: 03-26-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Francella  Ashby                    (212) 776-3966

**B. E-MAIL CONTACT AT FILER (optional)**
Francella.Ashby@DLAPiper.com

**C. SEND ACKNOWLEDGMENT TO:**  (Name and Address)

DLA Piper LLP (US)

1251 Avenue of the Americas
27th Floor
New York, NY  10020

Delaware Department of State
U.C.C. Filing Section
Filed: 06:53 PM 06/28/2019
U.C.C. Initial Filing No: 2019 4497306

Service Request No:  20195740019

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HEMACARE PLUS, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 400 | Chicago | IL | 60606 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR
ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
**6a.** Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility   **6b.** Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing
**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
**8. OPTIONAL FILER REFERENCE DATA:**
Filed with: DE - Secretary of State

F#694570
A#959023

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)                    International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Inna  Mankevych                    (212) 335-4500

**B. E-MAIL CONTACT AT FILER** (optional)
inna.mankevych@dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

DLA Piper LLP (US)

1251 Avenue of the Americas
27th Floor
New York, NY  10020

Delaware Department of State
U.C.C. Filing Section
Filed: 03:53 PM 02/28/2020
U.C.C. Initial Filing No: 2019 4497306
Amendment No: 2020 1470576
Service Request No:  20201744367

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20194497306   06/28/2019

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☒ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:          AND Check one of these three boxes to:

This Change affects ☒ Debtor or ☐ Secured Party of record          ☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c          ☐ ADD name: Complete item 7a or 7b, and item 7c          ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

**6a. ORGANIZATION'S NAME**
HEMACARE PLUS, LLC

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

**7a. ORGANIZATION'S NAME**
HEMACARE PLUS, LLC

OR

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                                    SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 311 South Wacker Drive, Suite 2640 | Chicago | IL | 60606 | US |

**8.** ☒ **COLLATERAL CHANGE:** Also check one of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☒ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF, EXCEPT FOR SUCH ASSETS SOLD OR TO BE SOLD PURSUANT TO THAT CERTAIN ASSET PURCHASE AGREEMENT, DATED AS OF FEBRUARY 14, 2020, BETWEEN THE DEBTOR AND RON GROUP, LLC D/B/A "BLUE SKY SPECIALTY PHARMACY," A SOUTH CAROLINA LIMITED LIABILITY COMPANY.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

**9a. ORGANIZATION'S NAME**
LOAN ADMIN CO LLC, AS COLLATERAL AGENT

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA:**
Filed with: DE - Secretary of State; Debtor: HEMACARE PLUS, LLC

F#731709
A#1009095

International Association of Commercial Administrators (IACA)

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>Inna  Mankevych                    (212) 335-4500 | |

B. E-MAIL CONTACT AT FILER (optional)
inna.mankevych@dlapiper.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

⌐DLA Piper LLP (US)                                        ⌐

1251 Avenue of the Americas
27th Floor
New York, NY  10020

Delaware Department of State
U.C.C. Filing Section
Filed: 04:37 PM 03/10/2020
U.C.C. Initial Filing No: 2019 4497306
Amendment No: 2020 1772971
Service Request No:  20202044877

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER<br>20194497306  06/28/2019 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]<br>(or recorded) in the REAL ESTATE RECORDS<br>Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial):  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☒ PARTY INFORMATION CHANGE:

Check one of these two boxes:                            AND  Check one of these three boxes to:

This Change affects ☒ Debtor or ☐ Secured Party of record       ☒ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b; and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME<br>HEMACARE PLUS, LLC | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME<br>HCP PHARMACY LLC | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS<br>311 South Wacker Drive, Suite 2640 | CITY<br>Chicago | STATE<br>IL | POSTAL CODE<br>60606 | COUNTRY<br>USA |
|---|---|---|---|---|

8. ☐ COLLATERAL CHANGE:  Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME<br>LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | |
|---|---|---|---|
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 10. OPTIONAL FILER REFERENCE DATA:<br>Filed with: DE - Secretary of State; Debtor: HCP PHARMACY LLC | F#732991<br>A#1011222 |
|---|---|

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Katharine Boyajian      212-776-3773**

B. E-MAIL CONTACT AT FILER (optional)
**Katharine.Boyajian@us.dlaiper.com**

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

⌐
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020**
⌐

Delaware Department of State
U.C.C. Filing Section
Filed: 04:37 PM 10/26/2022
U.C.C. Initial Filing No: 2019 4497306
Amendment No: 2022 8893539
Service Request No:  20223869383

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. |
|---|---|
| **2019 4497306      Filed: 06/28/2019** | ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial):  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
   For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:        AND Check one of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record

☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **HEMACARE PLUS, LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **HEMACARE PLUS, LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1420 Kensington Road, Suite 102** | **Oak Brook** | **IL** | **60523** | **US** |

8. ☐ **COLLATERAL CHANGE:**  Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
   Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
   If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **LOAN ADMIN CO LLC, AS COLLATERAL AGENT** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**File with DE Secretary of State**

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Katharine Boyajian          212-776-3773

**B. E-MAIL CONTACT AT FILER** (optional)
Katharine.Boyajian@us.dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

⌐ DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020 ⌐

Delaware Department of State
U.C.C. Filing Section
Filed: 12:12 PM 10/31/2022
U.C.C. Initial Filing No: 2022 9012444

Service Request No: 20223898533

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HCP Pharmacy LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1420 Kensington Road, Suite 102 | Oak Brook | IL | 60523 | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Loan Admin Co LLC, as Collateral Agent | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:

**ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER AQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box:               6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility    ☐ Agricultural Lien ☐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:
File with DE Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)          International Association of Commercial Administrators (IACA)



CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: HCP Pharmacy LLC**

**Jurisdiction: Cook County, Illinois**

**Search Type: Fixture Filings**
Results:     No Records Found

**Searched Through: 03/07/2024**
Searched: 5 Years
Office: Recorder of Deeds

**Search Type: Federal Tax Lien**
Results:     No Records Found

**Searched Through: 03/07/2024**
Searched: 10 Years
Office: Recorder of Deeds

**Search Type: State Tax Lien**
Results:     No Records Found

**Searched Through: 03/07/2024**
Searched: 20 Years
Office: Recorder of Deeds

**Search Type: Judgment Lien**
Results:     No Records Found

**Searched Through: 03/07/2024**
Searched: 7 Years
Office: Recorder of Deeds

**Comments:** This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

**Search Type: Litigation - Searched as Defendant**
Results:     No Records Found

**Searched Through: 03/19/2024**
Searched: 10 Years
Office: Circuit Court

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: HCP Pharmacy LLC**

**Jurisdiction: U.S. District Court, Illinois Northern District**

**Search Type:** Federal Litigation - Searched as Defendant
Results:    No Records Found

**Searched Through:** 03/21/2024
Searched: 10 Years
Office: Northern District

**Comments:**    This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** HCP Pharmacy LLC

**Jurisdiction:** U.S. Bankruptcy Court, Illinois Northern District

**Search Type:** Bankruptcy - Searched as Petitioner
Results:    No Records Found

**Searched Through:** 03/21/2024
Searched: 10 Years
Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .



CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: The Pet Apothecary LLC**

**Jurisdiction: Cook County, Illinois**

| | | |
|---|---|---|
| **Search Type: Fixture Filings** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 5 Years |
| | | Office: Recorder of Deeds |

| | | |
|---|---|---|
| **Search Type: Federal Tax Lien** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 10 Years |
| | | Office: Recorder of Deeds |

| | | |
|---|---|---|
| **Search Type: State Tax Lien** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 20 Years |
| | | Office: Recorder of Deeds |

| | | |
|---|---|---|
| **Search Type: Judgment Lien** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 7 Years |
| | | Office: Recorder of Deeds |

**Comments:** This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

| | | |
|---|---|---|
| **Search Type: Litigation - Searched as Defendant** | | **Searched Through: 03/19/2024** |
| Results: | No Records Found | Searched: 10 Years |
| | | Office: Circuit Court |

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
Service Solutions Team 2
555 Capitol Mall
Ste 1150
Sacramento, CA 95814
000000000
Oluwatosin.Ademoye@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:**            03/29/2024
**Order #:**     97989188
**Customer #:**  507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **The Pet Apothecary LLC**

**Jurisdiction:** **U.S. District Court, Illinois Northern District**

**Search Type:** **Federal Litigation - Searched as Defendant**     **Searched Through:** 03/21/2024
Results:         No Records Found                                      Searched: 10 Years
                                                                      Office: Northern District

**Comments:**     This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
® a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

---

**Target Name:** **The Pet Apothecary LLC**

---

**Jurisdiction:** **U.S. Bankruptcy Court, Illinois Northern District**

---

**Search Type:** **Bankruptcy - Searched as Petitioner**            **Searched Through: 03/21/2024**
Results:          No Records Found                                Searched: 10 Years
                                                                 Office: Northern District

---

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: The Pet Apothecary LLC**

**Jurisdiction: Department of Financial Institution, Wisconsin**

| | |
|---|---|
| **Search Type: Federal Tax Lien** | **Searched Through: 03/13/2024** |
| Results:    No Records Found | Searched: 10 Years |
| **Search Type: UCC Lien** | **Searched Through: 03/13/2024** |
| Results:    See Attached Listing of Records Found with 5 Copies Attached | Searched: 5 Years |

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

Date: Mar. 27, 2024

CT Lien Solutions
UCC Search Report

The following represents a listing of the documentation you requested through a careful search of effective UCC filings recorded in the Office of the Secretary of State of   WI, Department of Financial Institution, licensed from the State of an independent third party and maintained in a computerized form and available through our offices. Variations from the Name and Address of the search key may appear on this report as a result of the search findings and your individual request for the information.

This report reflects record effective through  Mar. 13,2024

Because we cannot independently verify the accuracy of the public information maintained by the responsible government agency or other sources of this data, we make no guaranties, representations, or warranties as to the accuracy or completeness of this report. We cannot and do not accept any liability for errors or omissions.

State of  WI, Department of Financial Institution UCC Debtor Name Search results performed on the following

Search Key :
       Name = The Pet Apothecary

1      180014949431 Original filed on Nov. 07,2018
       expires on Nov. 07,2023

| | | |
|---|---|---|
| Orig DB | | THE PET APOTHECARY, LLC<br>311 SOUTH WACKER DRIVE SUITE 400<br>CHICAGO IL 60606 |
| SecPty | | CAPITALSOUTH SBIC FUND IV, L.P., AS COLLATERAL AGENT<br>4201 CONGRESS STREET, SUITE 360<br>CHARLOTTE NC 28209 |
| Term | | #20190711000073-7 filed on Jul. 01,2019 |
| Term | | #20200929000095-2 filed on Sep. 28,2020 |

2      20190711000071-9 Original filed on Jul. 01,2019
       expires on Jul. 01,2024

| | | |
|---|---|---|
| Orig DB | | THE PET APOTHECARY, LLC<br>311 SOUTH WACKER DRIVE SUITE 400<br>CHICAGO IL 60606 |
| Debtor | | THE PET APOTHECARY, LLC<br>1420 KENSINGTON ROAD, SUITE 102<br>OAK BROOK IL 60523 |
| SecPty | | LOAN ADMIN CO LLC, AS COLLATERAL AGENT<br>2200 ATLANTIC STREET, SUITE 501<br>STAMFORD CT 06902 |
| Amend | | #20221027000509-6 filed on Oct. 27,2022 |

[End of Report]

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

20
801
16927

**Filing # - 180014949431**

**Filed - 11/07/2018 11:40 AM**

**Page 1 of 1**

**Wisconsin Department of Financial Institutions**

A. NAME & PHONE OF CONTACT AT FILER (optional)
Jolene Beaty 704-331-5731

B. E-MAIL CONTACT AT FILER (optional)
473692 001

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

⌐                       ⌐
   Corporation Service Company
   301 S. Bedford St. Suite 1
   Madison, WI 53703
⌐                       ⌐

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| The Pet Apothecary, LLC | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 311 South Wacker Drive, Suite 400 | Chicago | IL | 60606 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor Information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CapitalSouth SBIC Fund IV, L.P., as Collateral Agent | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4201 Congress Street, Suite 360 | Charlotte | NC | 28209 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All assets of the Debtor now owned or at any time hereafter acquired or in which the Debtor now has or at any time in the future may acquire any interest and all proceeds thereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with Wisconsin SOS (2829226.00067)             **Debtor: The Pet Apothecary, LLC**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)     International Association of Commercial Administrators (IACA)

Wisconsin Department of Financial Institutions — Page 1 of 1 — Filing # 20190711000073-7 — Filed - 07/01/2019 04:00 PM

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Jolene Beaty 704-331-5731

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Dane County Title Company, LLC
UCC/Corporate Division
901 S Whitney Way
Madison, WI 53711
UCC@danecountytitle.com

1204453-7

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
2018 180014949431 filed on 11/7/2018

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9 For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes: ☐ This Change affects ☐ Debtor or ☐ Secured Party of record
AND Check one of these three boxes to: ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c ☐ ADD name: Complete item 7a or 7b, and item 7c ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)
7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor
9a. ORGANIZATION'S NAME
**CapitalSouth SBIC Fund IV, L.P., as Collateral Agent**

OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
Filed with Wisconsin Secretary of State - 2829226.00067

**Debtor: The Pet Apothecary, LLC**
International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

1602826-1

Wisconsin Department of Financial Institutions - Uniform Commercial Code

**Filing Number: 20200929000095-2**

Filing Date and Time: 09/28/2020 12:50 PM

Total Number of Pages: 1

*(This document was filed electronically.)*

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Jami McKenna                    TIH

B. E-MAIL CONTACT AT FILER (optional)          436530 006
jmckenna@muchlaw.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Corporation Service Company
301 S. Bedford St. Suite 1
Madison, WI 53703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
180014949431

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13.

2. ☑ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement.

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9.
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8.

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

5. ☐ PARTY INFORMATION CHANGE:

Check one of these two boxes:                    AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record          ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c     ☐ ADD name: Complete item 7a or 7b, and item 7c     ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME
**The Pet Apothecary, LLC**

OR | 6b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME

OR | 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)                    SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
**CapitalSouth SBIC Fund IV, L.P.**

OR | 9b. INDIVIDUAL'S SURNAME | | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
0014575.0008

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Wisconsin Department of Financial Institutions          Page 1 of 1          Filing # 20190711000071-9          Filed - 07/01/2019 04:00 PM

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Francella Ashby                    (212) 776-3966

B. E-MAIL CONTACT AT FILER (optional)
Francella.Ashby@DLAPiper.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Dane County Title Company, LLC
UCC/Corporate Division
901 S Whitney Way
Madison, WI 53711
UCC@danecountytitle.com

1204453-6

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| THE PET APOTHECARY, LLC | | | | | |
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |
| 311 South Wacker Drive, Suite 400 | Chicago | IL | 60606 | USA | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | | |
| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | USA | |

4. COLLATERAL: This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:          6b. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility          ☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: WI - Department of Financial Institutions

F#694587
A#959044

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)          International Association of Commercial Administrators (IACA)

2328798-1

Wisconsin Department of Financial Institutions - Uniform
Commercial Code

Filing Number: 20221027000509-6

Filing Date and Time: 10/27/2022 09:45 AM

Total Number of Pages: 1

*(This document was filed electronically.)*

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Katharine Boyajian          212-776-3733

B. E-MAIL CONTACT AT FILER (optional)
Katharine.Boyajian@as.dlapiper.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Corporation Service Company
801 Stanford St, Suite 1
Madison, WI 53704

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2019071100071-9      Filed 07/01/2019**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial):

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

6. **CURRENT RECORD INFORMATION:**

6a. ORGANIZATION'S NAME
**THE PET APOTHECARY, LLC**

7. **CHANGED OR ADDED INFORMATION:**

7a. ORGANIZATION'S NAME
**THE PET APOTHECARY, LLC**

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1420 Kensington Road, Suite 102 | Oak Brook | IL | 60523 | US |

8. ☐ **COLLATERAL CHANGE:**

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:**

9a. ORGANIZATION'S NAME
**LOAN ADMIN CO LLC, AS COLLATERAL AGENT**

10. OPTIONAL FILER REFERENCE DATA:
**File with WI**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name:** **Pet Apothecary LLC**

**Jurisdiction:** **Secretary of State, Delaware**

| | | |
|---|---|---|
| **Search Type:** **Federal Tax Lien** | | **Searched Through: 03/14/2024** |
| Results: | No Records Found /See Attached Certified Search | Searched: 10 Years |
| **Search Type:** **UCC Lien** | | **Searched Through: 03/14/2024** |
| Results: | See Attached Certified Search with 2 Copies Attached | Searched: 5 Years |

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .



# Delaware

*Page 1*

### The First State

CERTIFICATE

SEARCHED MARCH 26, 2024 AT 2:47 P.M.
FOR DEBTOR, PET APOTHECARY LLC

1 OF 1          FINANCING STATEMENT                    20194497405

                 EXPIRATION DATE: 06/28/2024

DEBTOR:        PET APOTHECARY LLC

               311 SOUTH WACKER DRIVE                ADDED    06-28-19

               SUITE 400                             REMOVED 10-26-22

               CHICAGO, IL US 60606

DEBTOR:        PET APOTHECARY LLC

               1420 KENSINGTON ROAD,                 ADDED    10-26-22

               SUITE 102

               OAK BROOK, IL US 60523

SECURED:       LOAN ADMIN CO LLC, AS COLLATERAL AGENT

               2200 ATLANTIC STREET, SUITE 501       ADDED    06-28-19

               STAMFORD, CT US 06902

**F I L I N G   H I S T O R Y**

20194497405     FILED 06-28-19    AT 6:59 P.M.    FINANCING STATEMENT

Jeffrey W. Bullock, Secretary of State

20256158161-UCC11                              Authentication: 203115191
SR# 20241174186                                       Date: 03-26-24
You may verify this certificate online at corp.delaware.gov/authver.shtml



# Delaware

*Page 2*

## The First State

*20228882391      FILED 10-26-22    AT 12:35 P.M.    AMENDMENT*

**E N D   O F   F I L I N G   H I S T O R Y**

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, PET APOTHECARY LLC AS OF MARCH 14, 2024 AT 11:59 P.M.*



Jeffrey W. Bullock, Secretary of State

20256158161-UCC11
SR# 20241174186

Authentication: 203115191
Date: 03-26-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Francella Ashby                    (212) 776-3966

**B. E-MAIL CONTACT AT FILER (optional)**
Francella.Ashby@DLAPiper.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY  10020

Delaware Department of State
U.C.C. Filing Section
Filed: 06:59 PM 06/28/2019
U.C.C. Initial Filing No: 2019 4497405

Service Request No: 20195740081

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PET APOTHECARY LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 400 | Chicago | IL | 60606 | US |

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR
ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

**5.** Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check <u>only</u> if applicable and check <u>only</u> one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility **6b.** Check <u>only</u> if applicable and check <u>only</u> one box: ☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
Filed with: DE - Secretary of State

F#694571
A#959024

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Katharine Boyajian          212-776-3773**

B. E-MAIL CONTACT AT FILER (optional)
**katharine.boyajian@us.dlapiper.com**

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020**

Delaware Department of State
U.C.C. Filing Section
Filed: 12:35 PM 10/26/2022
U.C.C. Initial Filing No: 2019 4497405
Amendment No: 2022 8882391
Service Request No:  20223865245

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2019 4497405     Filed: 06/28/2019**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE**:

Check one of these two boxes:

This Change affects ☑ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to.

☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Pet Apothecary LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Pet Apothecary LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1420 Kensington Road, Suite 102** | **Oak Brook** | **IL** | **60523** | **US** |

8. ☐ **COLLATERAL CHANGE**: Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Loan Admin Co LLC, as Collateral Agent** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**File with DE Secretary of State**                                                         385140-000037

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

---

**Target Name: Pet Apothecary LLC**

---

**Jurisdiction: Cook County, Illinois**

---

**Search Type: Fixture Filings**

Results:    No Records Found

**Searched Through: 03/07/2024**

Searched: 5 Years

Office: Recorder of Deeds

**Search Type: Federal Tax Lien**

Results:    No Records Found

**Searched Through: 03/07/2024**

Searched: 10 Years

Office: Recorder of Deeds

**Search Type: State Tax Lien**

Results:    No Records Found

**Searched Through: 03/07/2024**

Searched: 20 Years

Office: Recorder of Deeds

**Search Type: Judgment Lien**

Results:    No Records Found

**Searched Through: 03/07/2024**

Searched: 7 Years

Office: Recorder of Deeds

**Comments:**    This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

**Search Type: Litigation - Searched as Defendant**

Results:    No Records Found

**Searched Through: 03/19/2024**

Searched: 10 Years

Office: Circuit Court

**Comments:**    This search included pending suits and judgments found in the civil court index.

---

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | 507877 |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name:** **Pet Apothecary LLC**

**Jurisdiction:** **U.S. District Court, Illinois Northern District**

| | | | |
|---|---|---|---|
| **Search Type:** | **Federal Litigation - Searched as Defendant** | **Searched Through:** 03/21/2024 |
| Results: | No Records Found | Searched: 10 Years |
| | | Office: Northern District |

**Comments:**     This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:**         **03/29/2024**
**Order #:**    **97989188**
**Customer #:** **507877**
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **Pet Apothecary LLC**

**Jurisdiction:** **U.S. Bankruptcy Court, Illinois Northern District**

**Search Type: Bankruptcy - Searched as Petitioner**
Results:      No Records Found

**Searched Through: 03/21/2024**
Searched: 10 Years
Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: Crestview Holdings, LLC**

**Jurisdiction: Secretary of State, Delaware**

| | | |
|---|---|---|
| **Search Type: Federal Tax Lien** | | **Searched Through: 03/14/2024** |
| Results: | No Records Found /See Attached Certified Search | Searched: 10 Years |
| | | |
| **Search Type: UCC Lien** | | **Searched Through: 03/14/2024** |
| Results: | See Attached Certified Search with 2 Copies Attached | Searched: 5 Years |

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

## The First State

*CERTIFICATE*

SEARCHED MARCH 26, 2024 AT 2:48 P.M.
FOR DEBTOR, CRESTVIEW HOLDINGS, LLC

1 OF 1          FINANCING STATEMENT                    20194497173

EXPIRATION DATE: 06/28/2024

DEBTOR:        CRESTVIEW HOLDINGS, LLC

               311 SOUTH WACKER DRIVE              ADDED     06-28-19

               SUITE 400                           REMOVED 10-26-22

               CHICAGO, IL US 60606

DEBTOR:        CRESTVIEW HOLDINGS, LLC

               1420 KENSINGTON ROAD,              ADDED     10-26-22

               SUITE 102

               OAK BROOK, IL US 60523

SECURED:       LOAN ADMIN CO LLC, AS COLLATERAL AGENT

               2200 ATLANTIC STREET, SUITE 501    ADDED     06-28-19

               STAMFORD, CT US 06902


*F I L I N G   H I S T O R Y*

20194497173    FILED 06-28-19    AT 6:45 P.M.    FINANCING STATEMENT

Jeffrey W. Bullock, Secretary of State

20256158176-UCC11                                    Authentication: 203115208
SR# 20241174206                                                 Date: 03-26-24

You may verify this certificate online at corp.delaware.gov/authver.shtml



# Delaware

**Page 2**

## The First State

*20228883845     FILED 10-26-22     AT 12:36 P.M.     AMENDMENT*

### E N D   O F   F I L I N G   H I S T O R Y

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, CRESTVIEW HOLDINGS, LLC AS OF MARCH 14, 2024 AT 11:59 P.M.*



Jeffrey W. Bullock, Secretary of State

20256158176-UCC11
SR# 20241174206

Authentication: 203115208
Date: 03-26-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Francella Ashby          (212) 776-3966

**B. E-MAIL CONTACT AT FILER (optional)**
Francella.Ashby@DLAPiper.com

**C. SEND ACKNOWLEDGMENT TO:**  (Name and Address)

DLA Piper LLP (US)

1251 Avenue of the Americas
27th Floor
New York, NY  10020

Delaware Department of State
U.C.C. Filing Section
Filed: 06:45 PM 06/28/2019
U.C.C. Initial Filing No: 2019 4497173

Service Request No:  20195739920

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CRESTVIEW HOLDINGS, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 400 | Chicago | IL | 60606 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
**6a.** Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
**6b.** Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing
**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
**8. OPTIONAL FILER REFERENCE DATA:**
Filed with: DE - Secretary of State

F#694572
A#959025

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Katharine Boyajian            212-776-3773

**B. E-MAIL CONTACT AT FILER** (optional)
katharine.boyajian@us.dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

Delaware Department of State
U.C.C. Filing Section
Filed: 12:36 PM 10/26/2022
U.C.C. Initial Filing No: 2019 4497173
Amendment No: 2022 8883845
Service Request No:  20223865273

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2019 4497173      Filed: 06/28/2019

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☑ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:

☑ CHANGE name and/or address: Complete
item 6a or 6b; and item 7a or 7b and item 7c

☐ ADD name: Complete item
7a or 7b, and item 7c

☐ DELETE name: Give record name
to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Crestview Holdings, LLC | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Crestview Holdings, LLC | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1420 Kensington Road, Suite 102 | Oak Brook | IL | 60523 | US |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Loan Admin Co LLC, as Collateral Agent | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
File with DE Secretary of State                                385140-000037

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)



CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: Crestview Holdings, LLC**

**Jurisdiction: Cook County, Illinois**

**Search Type: Fixture Filings**                   **Searched Through: 03/07/2024**
Results:        No Records Found               Searched: 5 Years
                                               Office: Recorder of Deeds

**Search Type: Federal Tax Lien**              **Searched Through: 03/07/2024**
Results:        No Records Found               Searched: 10 Years
                                               Office: Recorder of Deeds

**Search Type: State Tax Lien**                **Searched Through: 03/07/2024**
Results:        No Records Found               Searched: 20 Years
                                               Office: Recorder of Deeds

**Search Type: Judgment Lien**                 **Searched Through: 03/07/2024**
Results:        No Records Found               Searched: 7 Years
                                               Office: Recorder of Deeds

**Comments:**      This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

**Search Type: Litigation - Searched as Defendant**    **Searched Through: 03/19/2024**
Results:        No Records Found               Searched: 10 Years
                                               Office: Circuit Court

**Comments:**      This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
Service Solutions Team 2
555 Capitol Mall
Ste 1150
Sacramento, CA 95814
000000000
Oluwatosin.Ademoye@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: Crestview Holdings, LLC**

**Jurisdiction: U.S. District Court, Illinois Northern District**

**Search Type:** Federal Litigation - Searched as Defendant
Results:        No Records Found

**Searched Through: 03/21/2024**
Searched: 10 Years
Office: Northern District

**Comments:**        This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | **385140.37** |
| **Reference 2:** | **KATIE BOYAJIAN** |

**Target Name:** **Crestview Holdings, LLC**

**Jurisdiction:** **U.S. Bankruptcy Court, Illinois Northern District**

**Search Type: Bankruptcy - Searched as Petitioner**       **Searched Through: 03/21/2024**

Results:          No Records Found                                       Searched: 10 Years

Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name:** **Crestview Pharmacy, LLC**

**Jurisdiction:** **Department of State, Florida**

**Search Type:** **Federal Tax Lien**                    **Searched Through:** 03/26/2024
Results:          No Records Found              Searched: 10 Years

**Search Type:** **Judgment Lien**                       **Searched Through:** 03/26/2024
Results:          No Records Found              Searched: 5 Years

**Search Type:** **UCC Lien**                            **Searched Through:** 03/21/2024
Results:          See Attached Listing of Records Found with 6 Copies      Searched: 5 Years
                  Attached

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

Date: Mar. 26, 2024                                                                                          Page: 1

## CT Lien Solutions
## UCC Search Report

The following represents a listing of the documentation you requested through a careful search of effective UCC filings recorded in the Office of the Secretary of State FL, Department of State licensed from the State of an independent third party and maintained in a computerized form and available through our offices. Variations of the Name and Address of the search key may appear on this report as a result of the search findings and your individual request for that information.

Because we cannot independently verify the accuracy of the public information maintained by the responsible government agency or other sources of this data, we make no guaranties, representations or warranties as to the accuracy or completeness of this report. We cannot and do not accept any liability for errors or omissions.

State of FL, Department of State, Secretary of State UCC Debtor Name Search results performed on following

Search Key :

      Name = Crestview Pharmacy, LLC

1.    201909028213   ORIGINAL filed on Jul. 01, 2019
       expires on Jul. 01, 2024

| | |
|---|---|
| Debtor | CRESTVIEW PHARMACY, LLC |
| | 311 SOUTH WACKER DRIVE, SUITE 400 |
| | CHICAGO, IL, 60606 |
| Debtor | CRESTVIEW PHARMACY, LLC |
| | 1420 KENSINGTON ROAD, SUITE 102 |
| | OAK BROK, IL, 60523 |
| SecuredParty | LOAN ADMIN CO LLC, AS COLLATERAL AGENT |
| | 2200 ATLANTIC STREET, SUITE 501 |
| | STAMFORD, CT, 06902 |
| AMENDMENT | # 202203452747 filed on Oct. 27, 2022 |

2.    202004753879   ORIGINAL filed on Sep. 15, 2020
       expires on Sep. 15, 2025

| | |
|---|---|
| Debtor | CRESTVIEW PHARMACY, LLC |
| | 1116 N FERDON BLVD |
| | CRESTVIEW, FL, 32536 |
| SecuredParty | MCKESSON CORPORATION |
| | ONE POST STREET |
| | SAN FRANCISCO, CA, 94104 |

3.    202201653664   ORIGINAL filed on May. 18, 2022
       expires on May. 18, 2027

Date: Mar. 26, 2024

      Debtor                          CRESTVIEW PHARMACY
                                      1116 N. FERDON BLVD.
                                      CRESTVIEW, FL, 32536

      SecuredParty                PIONEERRX, LLC
                                        P.O. BOX 53407
                                      SHREVEPORT, LA, 71135


4.      **202203423887**  **ORIGINAL filed on Oct. 25, 2022**
         **expires on Oct. 25, 2027**

      Debtor                          CRESTVIEW PHARMACY, LLC
                                      1420 KENSINGTON ROAD , SUITE 102
                                      OAK BROOK, IL, 60523

      SecuredParty                LOAN ADMIN CO LLC, AS COLLATERAL AGENT
                                      2200 ATLANTIC STREET , SUITE 501
                                      STAMFORD, CT, 06902


[End of Report]

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Francella Ashby                    (212) 776-3966

B. E-MAIL CONTACT AT FILER (optional)
Francella.Ashby@DLAPiper.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020

FLORIDA SECURED TRANSACTION REGISTRY

**FILED**
2019 Jul 01 01:29 PM
****** 201909028213 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CRESTVIEW PHARMACY, LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 400 | Chicago | IL | 60606 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

Florida Documentary Stamp Tax is not required.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: FL - Central Filing Office

F#694591
A#959048

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)          International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT **AMENDMENT**
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Katharine Boyajian          212-776-3773

**B. E-MAIL CONTACT AT FILER** (optional)
Katharine.Boyajian@us.dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

FLORIDA SECURED TRANSACTION REGISTRY

FILED

2022 Oct 27 03:39 PM

***** 202203452747 *****

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| 201909028213          Filed 07/01/2019 | Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check **one** of these two boxes:          **AND** Check **one** of these three boxes to:

This Change affects ☑ Debtor **or** ☐ Secured Party of record     ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c     ☐ ADD name: Complete item 7a or 7b, and item 7c     ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only **one** name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | CRESTVIEW PHARMACY, LLC | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only **one** name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | CRESTVIEW PHARMACY, LLC | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1420 Kensington Road, Suite 102 | Oak Brook | IL | 60523 | US |

8. ☐ **COLLATERAL CHANGE:** Also check **one** of these four boxes:     ☐ ADD collateral     ☐ DELETE collateral     ☐ RESTATE covered collateral     ☐ ASSIGN collateral

Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only **one** name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with FL                                                                                       081122-1

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

**FILED**

2020 Sep 15 03:37 PM

****** 202004753879 ******

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON

Corporation Service Company; 1-800-858-5294

Email  FLSOSUCCFilingsV3@cscglobal.com

B. SEND ACKNOWLEDGEMENT TO:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Crestview Pharmacy, LLC | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 1c. MAILING ADDRESS Line One | | | | | |
| 1116 N Ferdon Blvd | This space not available. | | | | |
| MAILING ADDRESS Line Two | | CITY | STATE | POSTAL CODE | COUNTRY |
| | | Crestview | FL | 32536 | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 2c. MAILING ADDRESS Line One | | | | | |
| | This space not available. | | | | |
| MAILING ADDRESS Line Two | | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | | |

**3. SECURED PARTY'S NAME**  (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| McKesson Corporation | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 3c. MAILING ADDRESS Line One | | | | | |
| One Post Street | This space not available. | | | | |
| MAILING ADDRESS Line Two | | CITY | STATE | POSTAL CODE | COUNTRY |
| | | San Francisco | CA | 94104 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All assets of the Debtor, wherever located and whether now or hereafter existing and whether now owned or hereafter acquired, of every kind and description, tangible or intangible, including without limitation all accessions thereto and all products and proceeds thereof.

| 5. ALTERNATE DESIGNATION (if applicable) | ☐LESSEE/LESSOR | ☐CONSIGNEE/CONSIGNOR | ☐BAILEE/BAILOR |
|---|---|---|---|
| | ☐AG LIEN | ☐NON-UCC FILING | ☐SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE**  BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**   1987  98471

STANDARD FORM - FORM UCC-1 (REV.05/2013)        Filing Office Copy        Approved by the Secretary of State, State of Florida

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE**
**FINANCING STATEMENT FORM**

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
PIONEERRX, LLC; 8008505111
Email EMILY.VANVRANKEN@PIONEERRX.COM

B. SEND ACKNOWLEDGEMENT TO:

**FILED**

2022 May 18 05:10 PM

****** 202201653664 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| CRESTVIEW PHARMACY | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS Line One | | | | | |
| 1116 N. FERDON BLVD. | This space not available. | | | | |
| MAILING ADDRESS Line Two | | CITY | STATE | POSTAL CODE | COUNTRY |
| | | CRESTVIEW | FL | 32536 | US |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS Line One | | | | | |
| | This space not available. | | | | |
| MAILING ADDRESS Line Two | | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| PIONEERRX, LLC | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS Line One | | | | | |
| P.O. BOX 53407 | This space not available. | | | | |
| MAILING ADDRESS Line Two | | CITY | STATE | POSTAL CODE | COUNTRY |
| | | SHREVEPORT | LA | 71135 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

See Attached

**5. ALTERNATE DESIGNATION** (if applicable)  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR
☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

## COLLATERAL:

All personal property, goods, chattels, machinery, equipment, prescription files, records, instruments, inventory, accounts (including healthcare and drug receivables), chattel paper (both electronic and tangible), investment property, commercial tort claims, letters of credit and the proceeds thereof, promissory notes, cash, leases, rents, revenues, nonexempt property, deposit accounts, motor vehicles, contract rights, receivables, account receivable, third party accounts, customer files, computer programs, general intangibles (including payment intangibles and all supporting obligations relating thereto), furniture, fixtures, and property of every kind and character, wherever located, now or hereinafter belonging to Debtor, or in which Debtor has any interest and any and all proceeds, additions, accessions and substitutions thereof, all of which shall be collectively hereinafter referred to as the "Property."

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

| A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON |
|---|
| Katharine Boyajian          212-776-3773 |
| B. Email Address |

| C. SEND ACKNOWLEDGEMENT TO: |
|---|
| Name    DLA Piper LLP |
| Address  1251 Avenue of the Americas |
| Address  Floor 27 |
| City/State/Zip  New York, NY 10020 |

FLORIDA SECURED TRANSACTION REGISTRY

FILED

2022 Oct 25 03:52 PM

***** 202203423887 *****

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

### 1. DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (1a OR 1b) -- Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CRESTVIEW PHARMACY, LLC | | | | |

| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| 1420 Kensington Road | This space not available. | | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Suite 102 | Oak Brook | IL | 60523 | US |

### 2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – INSERT ONLY ONE DEBTOR NAME (2a OR 2b) – Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| | This space not available. | | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

### 3. SECURED PARTY'S NAME  (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) – INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Loan Admin Co LLC, as Collateral Agent | | | | |

| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3.c MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| 2200 Atlantic Street | This space not available. | | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| Suite 501 | Stamford | CT | 06902 | US |

### 4. This FINANCING STATEMENT covers the following collateral:

ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

---

### 5. ALTERNATE DESIGNATION (if applicable)

| ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|
| ☐ AG LIEN | ☐ NON-UCC FILING | ☐ SELLER/BUYER |

### 6. Florida DOCUMENTARY STAMP TAX – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required.

### 7. OPTIONAL FILER REFERENCE DATA
File with FL

077215 001

---

STANDARD FORM - FORM UCC-1 (REV.05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida



# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: Crestview Pharmacy, LLC**

**Jurisdiction: Cook County, Illinois**

**Search Type: Fixture Filings**
Results:    No Records Found

Searched Through: 03/07/2024
Searched: 5 Years
Office: Recorder of Deeds

**Search Type: Federal Tax Lien**
Results:    No Records Found

Searched Through: 03/07/2024
Searched: 10 Years
Office: Recorder of Deeds

**Search Type: State Tax Lien**
Results:    No Records Found

Searched Through: 03/07/2024
Searched: 20 Years
Office: Recorder of Deeds

**Search Type: Judgment Lien**
Results:    No Records Found

Searched Through: 03/07/2024
Searched: 7 Years
Office: Recorder of Deeds

**Comments:**    This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

**Search Type: Litigation - Searched as Defendant**
Results:    No Records Found

Searched Through: 03/19/2024
Searched: 10 Years
Office: Circuit Court

**Comments:**    This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name:** **Crestview Pharmacy, LLC**

**Jurisdiction:** **U.S. District Court, Illinois Northern District**

**Search Type:** **Federal Litigation - Searched as Defendant**    **Searched Through: 03/21/2024**
Results:    No Records Found    Searched: 10 Years

Office: Northern District

**Comments:**    This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

KATIE BOYAJIAN
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Crestview Pharmacy, LLC**

**Jurisdiction: U.S. Bankruptcy Court, Illinois Northern District**

| | |
|---|---|
| **Search Type: Bankruptcy - Searched as Petitioner** | **Searched Through: 03/21/2024** |
| Results: No Records Found | Searched: 10 Years |
| | Office: Northern District |

OLUWATOSIN ADEMOYE
Service Solutions Team 2
555 Capitol Mall
Ste 1150
Sacramento, CA 95814
000000000
Oluwatosin.Ademoye@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name:** **Dr. Ike's Pharmacare LLC**

**Jurisdiction:** **Secretary of State, Delaware**

**Search Type:** **Federal Tax Lien**          **Searched Through:** 03/14/2024
Results:          No Records Found /See Attached Certified Search          Searched: 10 Years

**Search Type:** **UCC Lien**          **Searched Through:** 03/14/2024
Results:          See Attached Certified Search with 7 Copies Attached          Searched: 5 Years

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

*Page 1*

### The First State

CERTIFICATE

SEARCHED MARCH 26, 2024 AT 2:49 P.M.
FOR DEBTOR, DR. IKE'S PHARMACARE LLC

| | | |
|---|---|---|
| 1 OF 4 | FINANCING STATEMENT | 20194108614 |

EXPIRATION DATE: 06/14/2024

DEBTOR:       DR. IKE'S PHARMACARE LLC

              1111 N BRAND BLVD                    ADDED    06-14-19

              UNIT C

              GLENDALE, CA US 91202

SECURED:      CAPITALSOUTH SBIC FUND IV, L.P., AS COLLATERAL AGENT

              4201 CONGRESS STREET,                ADDED    06-14-19

              SUITE 360

              CHARLOTTE, NC US 28209


F I L I N G   H I S T O R Y

20194108614     FILED 06-14-19     AT 3:27 P.M.     FINANCING STATEMENT

20194498262     FILED 06-28-19     AT 7:23 P.M.     TERMINATION

20206629242     FILED 09-25-20     AT 12:30 P.M.    TERMINATION



Jeffrey W. Bullock, Secretary of State

# Delaware

### The First State

```
  2 OF 4              FINANCING STATEMENT              20194390956
                 EXPIRATION DATE: 06/25/2024
 DEBTOR:        DR. IKE'S PHARMACARE LLC

                1111 N BRAND BLVD UNIT C          ADDED    06-25-19

                GLENDALE, DE US 91202

 SECURED:       AMERISOURCEBERGEN DRUG CORPORATION

                1300 MORRIS DRIVE                 ADDED    06-25-19

                CHESTERBROOK, PA US 19087



                    F I L I N G   H I S T O R Y

   20194390956    FILED 06-25-19   AT 7:56 P.M.   FINANCING STATEMENT



   3 OF 4              FINANCING STATEMENT              20194497215
                 EXPIRATION DATE: 06/28/2024
 DEBTOR:        DR. IKE'S PHARMACARE LLC

                311 SOUTH WACKER DRIVE            ADDED    06-28-19

                SUITE 400                         REMOVED 10-26-22

                CHICAGO, IL US 60606

 DEBTOR:        DR. IKE'S PHARMACARE LLC
```



Jeffrey W. Bullock, Secretary of State

# Delaware

## The First State

```
            1420 KENSINGTON ROAD,              ADDED    10-26-22

            SUITE 102

            OAK BROOK, IL US 60523

SECURED:    LOAN ADMIN CO LLC, AS COLLATERAL AGENT

            2200 ATLANTIC STREET, SUITE 501    ADDED    06-28-19

            STAMFORD, CT US 06902
```

### F I L I N G   H I S T O R Y

```
  20194497215    FILED 06-28-19    AT 6:48 P.M.    FINANCING STATEMENT
  20228882318    FILED 10-26-22    AT 12:35 P.M.   AMENDMENT
```

```
    4 OF 4           FINANCING STATEMENT            20216123633
               EXPIRATION DATE: 08/04/2026
DEBTOR:        DR. IKE'S PHARMACARE LLC

            15853 MONTE ST. STE 101            ADDED    08-04-21

            SYKMAR, CA US 91342

SECURED:    CARDINAL HEALTH 110, LLC, AS AGENT

            7000 CARDINAL PLACE                ADDED    08-04-21

            DUBLIN, OH US 43017
```



Jeffrey W. Bullock, Secretary of State



# Delaware

*Page 4*

### The First State

*F I L I N G   H I S T O R Y*

*20216123633      FILED 08-04-21     AT 10:01 A.M.    FINANCING STATEMENT*

*E N D   O F   F I L I N G   H I S T O R Y*

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, DR. IKE'S PHARMACARE LLC AS OF MARCH 14, 2024 AT 11:59 P.M.*



Jeffrey W. Bullock, Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Jolene Beaty 704-331-5731

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Jolene Beaty
K&L Gates LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC 28202

Delaware Department of State
U.C.C. Filing Section
Filed: 03:27 PM 06/14/2019
U.C.C. Initial Filing No: 2019 4108614

Service Request No: 20195451777

Print     Reset

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Dr. Ike's PharmaCare LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1111 N Brand Blvd Unit C | Glendale | CA | 91202 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CapitalSouth SBIC Fund IV, L.P., as Collateral Agent | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4201 Congress Street, Suite 360 | Charlotte | NC | 28209 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All assets of the Debtor now owned or at any time hereafter acquired or in which the Debtor now has or at any time in the future may acquire any interest and all proceeds thereof.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative |
|---|

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with DESOS (2829226.00067)                    Debtor: Dr. Ike's PharmaCare LLC

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)       International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Jolene Beaty 704-331-5731 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Jolene Beaty
K&L Gates LLP
Hearst Tower, 47th Floor
214 North Tryon Street
Charlotte, NC 28202

**Delaware Department of State**
**U.C.C. Filing Section**
Filed: 07:23 PM 06/28/2019
U.C.C. Initial Filing No: 2019 4108614
Amendment No: 2019 4498262
Service Request No:  20195740421

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2019 4108614 filed on 6/14/2019**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check *one* of these two boxes:          AND Check *one* of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record     ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c     ☐ ADD name: Complete item 7a or 7b, and item 7c     ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only *one* name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only *one* name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 7b. INDIVIDUAL'S SURNAME | | | |
|---|---|---|---|
| | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☐ COLLATERAL CHANGE:  Also check *one* of these four boxes:  ☐ ADD collateral     ☐ DELETE collateral     ☐ RESTATE covered collateral     ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only *one* name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **CapitalSouth SBIC Fund IV, L.P., as Collateral Agent** | | | |

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA:
**Filed with Delaware Secretary of State – 2829226.00067**          **Debtor: Dr. Ike's Pharmacare, LLC**

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

Jami McKenna

B. E-MAIL CONTACT AT FILER (optional)

jmckenna@muchlaw.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Much Shelist, PC
191 Wacker Drive
Ste. 1800
Chicago, IL 60606

Delaware Department of State
U.C.C. Filing Section
Filed: 12:30 PM 09/25/2020
U.C.C. Initial Filing No: 2019 4108614
Amendment No: 2020 6629242
Service Request No:  20207483722

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| **20194108614** | Filer: **attach** Amendment Addendum (Form UCC3Ad) **and** provide Debtor's name in item 13 |

2. ☑ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, **and** address of Assignee in item 7c **and** name of Assignor in item 9
For partial assignment, complete items 7 and 9 **and** also indicate affected collateral in item 8

4. ☐ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check **one** of these two boxes:                    AND   Check **one** of these three boxes to:

This Change affects ☐ Debtor **or** ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only **one** name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Dr. Ike's Pharmacare LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only **one** name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☐ COLLATERAL CHANGE:  Also check **one** of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:  Provide only **one** name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **CapitalSouth SBIC Fund IV, L.P.** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

**0014575.0008**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
LIEN SOLUTIONS 800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**
UCCFILINGRETURN@WOLTERSKLUWER.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

P.O. BOX 29071

GLENDALE, CA 91209-9071

US

Delaware Department of State
U.C.C. Filing Section
Filed: 07:56 PM 06/25/2019
U.C.C. Initial Filing No: 2019 4390956

Service Request No:  20195659982

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| DR. IKE'S PHARMACARE LLC | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1111 N BRAND BLVD UNIT C | GLENDALE | DE | 91202 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1300 MORRIS DRIVE | CHESTERBROOK | PA | 19087 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
**All of Debtor's personal property and any and all additions, substitutions, Accessions and Proceeds thereto or thereof, wherever located, and now owned or hereafter acquired or arising consisting of (a) Accounts; (b) Inventory; (c) Equipment; and (d) General Intangibles.  All capitalized terms used herein and not defined have the meaning set forth in the Uniform Commercial Code as in effect in any jurisdiction in which any of the Collateral may at the time be located.**

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility
**6b.** Check only if applicable and check only one box:  ☐ Agricultural Lien  ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable)**  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
DE-0-70529510-57313362

**FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)**

International Association of Commercial Administrators

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Francella  Ashby          (212) 776-3966

B. E-MAIL CONTACT AT FILER (optional)
Francella.Ashby@DLAPiper.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY  10020

Delaware Department of State
U.C.C. Filing Section
Filed: 06:48 PM 06/28/2019
U.C.C. Initial Filing No: 2019 4497215

Service Request No:  20195739955

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| DR. IKE'S PHARMACARE LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 400 | Chicago | IL | 60606 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

4. COLLATERAL: This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR
ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: DE - Secretary of State

F#694573
A#959026

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Katharine Boyajian          212-776-3773**

B. E-MAIL CONTACT AT FILER (optional)
**katharine.boyajian@us.dlapiper.com**

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

**DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020**

Delaware Department of State
U.C.C. Filing Section
Filed: 12:35 PM 10/26/2022
U.C.C. Initial Filing No: 2019 4497215
Amendment No: 2022 8882318
Service Request No:  20223865243

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| **2019 4497215     Filed: 06/28/2019** | Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:      AND Check one of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record    ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Dr. Ike's Pharmacare LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Dr. Ike's Pharmacare LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1420 Kensington Road, Suite 102** | **Oak Brook** | **IL** | **60523** | **US** |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes:    ☐ ADD collateral    ☐ DELETE collateral    ☐ RESTATE covered collateral    ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Loan Admin Co LLC, as Collateral Agent** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**File with DE Secretary of State**                                                              385140-000037

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
CSC 800-858-5294

**B. E-MAIL CONTACT AT FILER** (optional)
FILINGDEPT@CSCINFO.COM

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

801 ADLAI STEVENSON DR [215891239]

SPRINGFIELD, IL 62703

US

Delaware Department of State
U.C.C. Filing Section
Filed: 10:01 AM 08/04/2021
U.C.C. Initial Filing No: 2021 6123633

Service Request No: 20212885010

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| DR. IKE'S PHARMACARE LLC | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 15853 MONTE ST. STE 101 | SYKMAR | CA | 91342 | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CARDINAL HEALTH 110, LLC, AS AGENT | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7000 CARDINAL PLACE | DUBLIN | OH | 43017 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:
**All prescription pharmaceutical products, over-the-counter pharmaceutical products, nutritional supplements, first-aid, health and beauty products, home health care products and equipment, medical and surgical supplies, medical products and inventory, general merchandise and supplies, sundries and any other products supplied by Secured Party of any kind whatsoever and wherever located, and whether now owned or hereafter acquired, and all products and proceeds thereof and any additions to, substitutions for, and replacements of any of the foregoing.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrator

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)



# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Dr. Ike's Pharmacare LLC**

**Jurisdiction: Cook County, Illinois**

| | |
|---|---|
| **Search Type: Fixture Filings** | **Searched Through: 03/07/2024** |
| Results:     No Records Found | Searched: 5 Years |
| | Office: Recorder of Deeds |
| **Search Type: Federal Tax Lien** | **Searched Through: 03/07/2024** |
| Results:     No Records Found | Searched: 10 Years |
| | Office: Recorder of Deeds |
| **Search Type: State Tax Lien** | **Searched Through: 03/07/2024** |
| Results:     No Records Found | Searched: 20 Years |
| | Office: Recorder of Deeds |
| **Search Type: Judgment Lien** | **Searched Through: 03/07/2024** |
| Results:     No Records Found | Searched: 7 Years |
| | Office: Recorder of Deeds |

**Comments:** This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

| | |
|---|---|
| **Search Type: Litigation - Searched as Defendant** | **Searched Through: 03/19/2024** |
| Results:     No Records Found | Searched: 10 Years |
| | Office: Circuit Court |

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name:** **Dr. Ike's Pharmacare LLC**

**Jurisdiction:** **U.S. District Court, Illinois Northern District**

**Search Type:** **Federal Litigation - Searched as Defendant**
Results:    No Records Found

**Searched Through: 03/21/2024**
Searched: 10 Years
Office: Northern District

**Comments:**    This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Dr. Ike's Pharmacare LLC**

**Jurisdiction: U.S. Bankruptcy Court, Illinois Northern District**

| | |
|---|---|
| **Search Type: Bankruptcy - Searched as Petitioner** | **Searched Through: 03/21/2024** |
| Results:  No Records Found | Searched: 10 Years |
| | Office: Northern District |

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
*a Wolters Kluwer Business*

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** H&H Pharmacy LLC

**Jurisdiction:** Secretary of State, Delaware

| | |
|---|---|
| **Search Type: Federal Tax Lien** | **Searched Through:** 03/14/2024 |
| Results:  No Records Found /See Attached Certified Search | Searched: 10 Years |
| | |
| **Search Type: UCC Lien** | **Searched Through:** 03/14/2024 |
| Results:  See Attached Certified Search with 7 Copies Attached | Searched: 5 Years |

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

**The First State**

*Page 1*

CERTIFICATE

SEARCHED MARCH 26, 2024 AT 2:50 P.M.
FOR DEBTOR, H&H PHARMACY LLC

1 OF 4            FINANCING STATEMENT            20194108564

EXPIRATION DATE: 06/14/2024

DEBTOR:      H&H PHARMACY LLC

1111 N BRAND BLVD            ADDED   06-14-19

UNIT C

GLENDALE, CA US 91202

SECURED:     CAPITALSOUTH SBIC FUND IV, L.P., AS COLLATERAL AGENT

4201 CONGRESS STREET,            ADDED   06-14-19

SUITE 360

CHARLOTTE, NC US 28209


F I L I N G   H I S T O R Y

20194108564    FILED 06-14-19    AT 3:25 P.M.    FINANCING STATEMENT

20194498296    FILED 06-28-19    AT 7:24 P.M.    TERMINATION

20206613733    FILED 09-24-20    AT 5:01 P.M.    TERMINATION



Jeffrey W. Bullock, Secretary of State

# Delaware

### The First State

```
      2 OF 4            FINANCING STATEMENT                  20194497264
                EXPIRATION DATE: 06/28/2024
   DEBTOR:      H&H PHARMACY LLC

                311 SOUTH WACKER DRIVE              ADDED    06-28-19

                SUITE 400                           REMOVED 10-26-22

                CHICAGO, IL US 60606

   DEBTOR:      H&H PHARMACY LLC

                1420 KENSINGTON ROAD,               ADDED    10-26-22

                SUITE 102

                OAK BROOK, IL US 60523

   SECURED:     LOAN ADMIN CO LLC, AS COLLATERAL AGENT

                2200 ATLANTIC STREET, SUITE 501     ADDED    06-28-19

                STAMFORD, CT US 06902
```

### F I L I N G   H I S T O R Y

```
   20194497264      FILED 06-28-19   AT 6:50 P.M.    FINANCING STATEMENT

   20228893638      FILED 10-26-22   AT 4:37 P.M.    AMENDMENT


      3 OF 4            FINANCING STATEMENT                  20195889170
```



Jeffrey W. Bullock, Secretary of State

# Delaware

## The First State

```
              EXPIRATION DATE: 08/23/2024
DEBTOR:       H&H PHARMACY LLC

              7640 TAMPA AVENUE SUITE 103         ADDED    08-23-19

              RESEDA, CA US 91335
SECURED:      AMERISOURCEBERGEN DRUG CORPORATION

              1300 MORRIS DRIVE                   ADDED    08-23-19

              CHESTERBROOK, PA US 19087
```

### F I L I N G   H I S T O R Y

```
 20195889170    FILED 08-23-19   AT 5:23 P.M.   FINANCING STATEMENT


   4 OF 4           FINANCING STATEMENT              20228854937
              EXPIRATION DATE: 10/25/2027
DEBTOR:       H&H PHARMACY LLC

              1420 KENSINGTON ROAD,               ADDED    10-25-22

              SUITE 102

              OAK BROOK, IL US 60523
SECURED:      LOAN ADMIN CO LLC, AS COLLATERAL AGENT

              2200 ATLANTIC STREET,               ADDED    10-25-22
```

Jeffrey W. Bullock, Secretary of State



# Delaware

### The First State

*Page 4*

SUITE 501

STAMFORD, CT US 06902

F I L I N G   H I S T O R Y

20228854937     FILED 10-25-22     AT 2:11 P.M.     FINANCING STATEMENT

E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, H&H PHARMACY LLC AS OF MARCH 14,
2024 AT 11:59 P.M.



Jeffrey W. Bullock, Secretary of State

20256158244-UCC11
SR# 20241174287

Authentication: 203115242
Date: 03-26-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Jolene Beaty 704-331-5731

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

Jolene Beaty
K&L Gates LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC 28202

Delaware Department of State
U.C.C. Filing Section
Filed: 03:25 PM 06/14/2019
U.C.C. Initial Filing No: 2019 4108564

Service Request No:  20195451700

| Print | Reset |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME
H&H Pharmacy LLC

OR

1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

1c. MAILING ADDRESS
1111 N Brand Blvd Unit C | CITY Glendale | STATE CA | POSTAL CODE 91202 | COUNTRY USA

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

2a. ORGANIZATION'S NAME

OR

2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME
CapitalSouth SBIC Fund IV, L.P., as Collateral Agent

OR

3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

3c. MAILING ADDRESS
4201 Congress Street, Suite 360 | CITY Charlotte | STATE NC | POSTAL CODE 28209 | COUNTRY USA

4. COLLATERAL: This financing statement covers the following collateral:
All assets of the Debtor now owned or at any time hereafter acquired or in which the Debtor now has or at any time in the future may acquire any interest and all proceeds thereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions)  ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with DESOS (2829226.00067)
Debtor: H&H Pharmacy LLC

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Jolene Beaty 704-331-5731

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO:   (Name and Address)**

⌐ Jolene Beaty
  K&L Gates LLP
  Hearst Tower, 47th Floor
  214 North Tryon Street
  Charlotte, NC 28202               ⌐

Delaware Department of State
U.C.C. Filing Section
Filed: 07:24 PM 06/28/2019
U.C.C. Initial Filing No: 2019 4108564
Amendment No: 2019 4498296
Service Request No:   20195740433

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
**2019 4108564 filed on 6/14/2019**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):**  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                    AND  Check one of these three boxes to:
This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete    ☐ ADD name: Complete item    ☐ DELETE name: Give record name
                                                              item 6a or 6b; and item 7a or 7b and item 7c    7a or 7b, and item 7c    to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes:  ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **CapitalSouth SBIC Fund IV, L.P., as Collateral Agent** | | | |
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
Filed with Delaware Secretary of State - 2829226.00067                    Debtor: H&H Pharmacy, LLC

International Association of Commercial Administrators (IACA)
**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT **AMENDMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Jami McKenna**

B. E-MAIL CONTACT AT FILER (optional)
**jmckenna@muchlaw.com**

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

**Much Shelist, PC
191 Wacker Drive
Ste. 1800
Chicago, IL 60606**

Delaware Department of State
U.C.C. Filing Section
Filed: 05:01 PM 09/24/2020
U.C.C. Initial Filing No: 2019 4108564
Amendment No: 2020 6613733
Service Request No:  20207469180

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**20194108564**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                                    AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:   Complete for Party Information Change - provide only one name (6a or 6b)

OR | 6a. ORGANIZATION'S NAME
**H&H Pharmacy LLC**

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

OR | 7a. ORGANIZATION'S NAME

| 7b. INDIVIDUAL'S SURNAME

| INDIVIDUAL'S FIRST PERSONAL NAME

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes:   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

OR | 9a. ORGANIZATION'S NAME
**CapitalSouth SBIC Fund IV, L.P.**

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**0014575.0008**

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER** (optional)<br>Francella  Ashby          (212) 776-3966 | **Delaware Department of State**<br>**U.C.C. Filing Section**<br>**Filed: 06:50 PM 06/28/2019**<br>**U.C.C. Initial Filing No: 2019 4497264** |
| **B. E-MAIL CONTACT AT FILER** (optional)<br>Francella.Ashby@DLAPiper.com | |
| **C. SEND ACKNOWLEDGMENT TO:**  (Name and Address)<br><br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>27th Floor<br>New York, NY  10020 | Service Request No:  20195739987 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| H&H PHARMACY LLC | | | | | |
| **OR** 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS<br>311 South Wacker Drive, Suite 400 | CITY<br>Chicago | STATE<br>IL | POSTAL CODE<br>60606 | | COUNTRY<br>US |

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| **OR** 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | | |
| **OR** 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS<br>2200 Atlantic Street, Suite 501 | CITY<br>Stamford | STATE<br>CT | POSTAL CODE<br>06902 | | COUNTRY<br>US |

**4. COLLATERAL:** This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

| 5. Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is | ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | | |
|---|---|---|---|---|
| 6a. Check <u>only</u> if applicable and check <u>only</u> one box: | | | 6b. Check <u>only</u> if applicable and check <u>only</u> one box: | |
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): | ☐ Lessee/Lessor | ☐ Consignee/Consignor | ☐ Seller/Buyer | ☐ Bailee/Bailor ☐ Licensee/Licensor |
| 8. OPTIONAL FILER REFERENCE DATA:<br>Filed with: DE - Secretary of State | | | | F#694575<br>A#959028 |

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)          International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Katharine Boyajian          212-776-3773

**B. E-MAIL CONTACT AT FILER** (optional)
Katharine.Boyajian@us.dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:**  (Name and Address)

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

Delaware Department of State
U.C.C. Filing Section
Filed: 04:37 PM 10/26/2022
U.C.C. Initial Filing No: 2019 4497264
Amendment No: 2022 8893638
Service Request No:  20223869380

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. |
|---|---|
| **2019 4497264**     **Filed 06/28/2019** | ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                      AND  Check one of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record    ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **H&H PHARMACY LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **H&H PHARMACY LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1420 Kensington Road, Suite 102** | **Oak Brook** | **IL** | **60523** | **US** |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes.  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **LOAN ADMIN CO LLC, AS COLLATERAL AGENT** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**File with DE Secretary of State**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
LIEN SOLUTIONS 800-331-3282

**B. E-MAIL CONTACT AT FILER** (optional)
UCCFILINGRETURN@WOLTERSKLUWER.COM

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

P.O. BOX 29071

GLENDALE, CA 91209-9071

US

Delaware Department of State
U.C.C. Filing Section
Filed: 05:23 PM 08/23/2019
U.C.C. Initial Filing No: 2019 5889170

Service Request No:  20196693090

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| R&H PHARMACY LLC | | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 7640 TAMPA AVENUE SUITE 103 | RESEDA | | CA | 91335 | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION | | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 1300 MORRIS DRIVE | CHESTERBROOK | | PA | 19087 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:

**All of Debtor's personal property and any and all additions, substitutions, Accessions and Proceeds thereto or thereof, wherever located, and now owned or hereafter acquired or arising consisting of (a) Accounts; (b) Inventory; (c) Equipment; and (d) General Intangibles. All capitalized terms used herein and not defined have the meaning set forth in the Uniform Commercial Code as in effect in any jurisdiction in which any of the Collateral may at the time be located.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
DE-0-71380431-57645983

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Katharine Boyajian          212-776-3773

**B. E-MAIL CONTACT AT FILER (optional)**
Katharine.Boyajian@us.dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

Delaware Department of State
U.C.C. Filing Section
Filed: 02:11 PM 10/25/2022
U.C.C. Initial Filing No: 2022 8854937

Service Request No:   20223855001

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| H&H Pharmacy LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1420 Kensington Road, Suite 102 | Oak Brook | IL | 60523 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Loan Admin Co LLC, as Collateral Agent | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:

**ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.**

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative
**6a.** Check only if applicable and check only one box:    **6b.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility    ☐ Agricultural Lien ☐ Non-UCC Filing
**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
**8. OPTIONAL FILER REFERENCE DATA:**
File with DE Secreatry of State

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)          International Association of Commercial Administrators (IACA)


CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: H&H Pharmacy LLC**

**Jurisdiction: Cook County, Illinois**

| | | |
|---|---|---|
| **Search Type: Fixture Filings** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 5 Years |
| | | Office: Recorder of Deeds |
| **Search Type: Federal Tax Lien** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 10 Years |
| | | Office: Recorder of Deeds |
| **Search Type: State Tax Lien** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 20 Years |
| | | Office: Recorder of Deeds |
| **Search Type: Judgment Lien** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 7 Years |
| | | Office: Recorder of Deeds |

**Comments:** This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

| | | |
|---|---|---|
| **Search Type: Litigation - Searched as Defendant** | | **Searched Through: 03/19/2024** |
| Results: | No Records Found | Searched: 10 Years |
| | | Office: Circuit Court |

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | 507877 |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name:** **H&H Pharmacy LLC**

**Jurisdiction:** **U.S. District Court, Illinois Northern District**

**Search Type:** **Federal Litigation - Searched as Defendant**      **Searched Through: 03/21/2024**

Results:      No Records Found      Searched: 10 Years

Office: Northern District

**Comments:**      This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:**          **03/29/2024**
**Order #:**       **97989188**
**Customer #:** **507877**
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **H&H Pharmacy LLC**

**Jurisdiction:** **U.S. Bankruptcy Court, Illinois Northern District**

**Search Type: Bankruptcy - Searched as Petitioner**

Results:          No Records Found

**Searched Through: 03/21/2024**

Searched: 10 Years

Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT** Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **SBH Medical LLC**

**Jurisdiction:** **Secretary of State, Delaware**

| | | |
|---|---|---|
| **Search Type:** **Federal Tax Lien** | | **Searched Through:** 03/14/2024 |
| Results: | No Records Found /See Attached Certified Search | Searched: 10 Years |
| | | |
| **Search Type:** **UCC Lien** | | **Searched Through:** 03/14/2024 |
| Results: | See Attached Certified Search with 2 Copies Attached | Searched: 5 Years |

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

*Page 1*

## The First State

CERTIFICATE

SEARCHED MARCH 26, 2024 AT 2:51 P.M.
FOR DEBTOR, SBH MEDICAL LLC

1 OF 1          FINANCING STATEMENT                    20196119486

EXPIRATION DATE: 09/03/2024

| | | |
|---|---|---|
| DEBTOR: | SBH MEDICAL LLC | |
| | 311 SOUTH WACKER DRIVE, SUITE 400 | ADDED     09-03-19 |
| | CHICAGO, IL US 60606 | REMOVED 10-26-22 |
| DEBTOR: | SBH MEDICAL LLC | |
| | 1420 KENSINGTON ROAD, | ADDED     10-26-22 |
| | SUITE 102 | |
| | OAK BROOK, IL US 60523 | |
| SECURED: | LOAN ADMIN CO LLC, AS COLLATERAL AGENT | |
| | 2200 ATLANTIC STREET, SUITE 501 | ADDED     09-03-19 |
| | STAMFORD, CT US 06902 | |

F I L I N G   H I S T O R Y

20196119486    FILED 09-03-19    AT 4:40 P.M.    FINANCING STATEMENT

20228883316    FILED 10-26-22    AT 12:36 P.M.    AMENDMENT



Jeffrey W. Bullock, Secretary of State



# Delaware

## The First State

*Page 2*

**E N D   O F   F I L I N G   H I S T O R Y**

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, SBH MEDICAL LLC AS OF MARCH 14,
2024 AT 11:59 P.M.



Jeffrey W. Bullock, Secretary of State

20256158263-UCC11                                    Authentication: 203115255
SR# 20241174305                                              Date: 03-26-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Francella Ashby                    (212) 776-3966

**B. E-MAIL CONTACT AT FILER** (optional)
Francella.Ashby@DLAPiper.com

**C. SEND ACKNOWLEDGMENT TO:**  (Name and Address)

DLA Piper LLP (US)

1251 Avenue of the Americas
27th Floor
New York, NY  10020

Delaware Department of State
U.C.C. Filing Section
Filed: 04:40 PM 09/03/2019
U.C.C. Initial Filing No: 2019 6119486

Service Request No:  20196841799

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SBH Medical LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 400 | Chicago | IL | 60606 | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: DE - Secretary of State

F#703388
A#970594

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)     International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Katharine Boyajian          212-776-3773**

B. E-MAIL CONTACT AT FILER (optional)
**katharine.boyajian@us.dlapiper.com**

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020**

Delaware Department of State
U.C.C. Filing Section
Filed: 12:36 PM 10/26/2022
U.C.C. Initial Filing No: 2019 6119486
Amendment No: 2022 8883316
Service Request No:  20223865265

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. | This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|---|
| **2019 6119486    Filed: 09/03/2019** | | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:
This Change affects ☑ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to.
☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **SBH Medical LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **SBH Medical LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1420 Kensington Road, Suite 102** | **Oak Brook** | **IL** | **60523** | **US** |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes. ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Loan Admin Co LLC, as Collateral Agent** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**File with DE Secretary of State**                                                            385140-000037



# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: SBH Medical LLC**

**Jurisdiction: Cook County, Illinois**

**Search Type: Fixture Filings**
Results: No Records Found

**Searched Through: 03/07/2024**
Searched: 5 Years
Office: Recorder of Deeds

**Search Type: Federal Tax Lien**
Results: No Records Found

**Searched Through: 03/07/2024**
Searched: 10 Years
Office: Recorder of Deeds

**Search Type: State Tax Lien**
Results: No Records Found

**Searched Through: 03/07/2024**
Searched: 20 Years
Office: Recorder of Deeds

**Search Type: Judgment Lien**
Results: No Records Found

**Searched Through: 03/07/2024**
Searched: 7 Years
Office: Recorder of Deeds

**Comments:** This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

**Search Type: Litigation - Searched as Defendant**
Results: No Records Found

**Searched Through: 03/19/2024**
Searched: 10 Years
Office: Circuit Court

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name:** **SBH Medical LLC**

**Jurisdiction:** **U.S. District Court, Illinois Northern District**

**Search Type:** **Federal Litigation - Searched as Defendant**
Results:    No Records Found

**Searched Through: 03/21/2024**
Searched: 10 Years
Office: Northern District

**Comments:**    This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** **03/29/2024**
**Order #:** **97989188**
**Customer #: 507877**
**Reference 1: 385140.37**
**Reference 2: KATIE BOYAJIAN**

**Target Name: SBH Medical LLC**

**Jurisdiction: U.S. Bankruptcy Court, Illinois Northern District**

**Search Type: Bankruptcy - Searched as Petitioner**
Results:        No Records Found

**Searched Through: 03/21/2024**
Searched: 10 Years
Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .



# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: SBH Medical, LTD.**

**Jurisdiction: Cook County, Illinois**

**Search Type: Fixture Filings**
Results:    No Records Found

Searched Through: 03/07/2024
Searched: 5 Years
Office: Recorder of Deeds

**Search Type: Federal Tax Lien**
Results:    No Records Found

Searched Through: 03/07/2024
Searched: 10 Years
Office: Recorder of Deeds

**Search Type: State Tax Lien**
Results:    No Records Found

Searched Through: 03/07/2024
Searched: 20 Years
Office: Recorder of Deeds

**Search Type: Judgment Lien**
Results:    No Records Found

Searched Through: 03/07/2024
Searched: 7 Years
Office: Recorder of Deeds

**Comments:**    This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

**Search Type: Litigation - Searched as Defendant**
Results:    No Records Found

Searched Through: 03/19/2024
Searched: 10 Years
Office: Circuit Court

**Comments:**    This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: SBH Medical, LTD.**

**Jurisdiction: U.S. District Court, Illinois Northern District**

| | | |
|---|---|---|
| **Search Type:** Federal Litigation - Searched as Defendant | | **Searched Through:** 03/21/2024 |
| Results: | No Records Found | Searched: 10 Years |
| | | Office: Northern District |

**Comments:**    This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** **03/29/2024**
**Order #:** **97989188**
**Customer #:** **507877**
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **SBH Medical, LTD.**

**Jurisdiction:** **U.S. Bankruptcy Court, Illinois Northern District**

**Search Type:** **Bankruptcy - Searched as Petitioner**
Results:    No Records Found

**Searched Through: 03/21/2024**
Searched: 10 Years
Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** **03/29/2024**
**Order #:** **97989188**
**Customer #:** **507877**
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **SBH Medical, LTD.**

**Jurisdiction:** **Secretary of State, Ohio**

**Search Type:** **UCC Lien**

Results: See Attached Listing of Records Found with 19 Copies Attached

**Searched Through: 03/22/2024**

Searched: 5 Years

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

Date: Mar. 26, 2024                                                                                    Page: 1

CT Lien Solutions
UCC Search Report

The following represents a listing of the documentation you requested through a careful search of effective UCC filings recorded in the Office of the Secretary of State OH, Secretary of State licensed from the State of an independent third party and maintained in a computerized form and available through our offices. Variations of the Name and Address of the search key may appear on this report as a result of the search findings and your individual request for that information.

Because we cannot independently verify the accuracy of the public information maintained by the responsible government agency or other sources of this data, we make no guaranties, representations or warranties as to the accuracy or completeness of this report. We cannot and do not accept any liability for errors or omissions.

State of OH, Secretary of State, Secretary of State UCC Debtor Name Search results performed on following

Search Key :

        Name = SBH Medical, LTD.

1.      OH00143914352   ORIGINAL filed on Jul. 27, 2010
      expires on Jul. 27, 2025

| | |
|---|---|
| Debtor | SBH MEDICAL, LTD. |
| | 655 DEARBORN PARK LN |
| | WORTHINGTON, OH, 43085 |
| Debtor | SBH MEDICAL,LLC |
| | 655 DEARBORN RD |
| | WORHTINGTON, OH, 43085 |
| SecuredParty | H. D. SMITH WHOLESALE DRUG COMPANY |
| | 6001 GLOBAL DISTRIBITION WAY SUITE 102 |
| | LOUISVILLE, KY, 40228 |
| SecuredParty | AMERISOURCEBERGEN DRUG CORPORATION |
| | 1300 MORRIS DRIVE |
| | CHESTERBROOK, PA, 19087 |
| SecuredParty | H. D. SMITH, LLC |
| | 6001 GLOBAL DISTRIBUTION WAY, SUITE 102 |
| | LOUISVILLE, KY, 40228 |
| CONTINUATION | # 20151674221 filed on  Jun. 16, 2015 |
| AMENDMENT | # 20151674273 filed on  Jun. 16, 2015 |
| CONTINUATION | # 20151889517 filed on  Jul. 07, 2015 |
| AMENDMENT | # SR290538 filed on  Mar. 26, 2019 |
| AMENDMENT | # SR365124 filed on  Aug. 13, 2019 |
| AMENDMENT | # SR394217 filed on  Oct. 16, 2019 |
| CONTINUATION | # SR457800 filed on  Mar. 05, 2020 |
| CONTINUATION | # SR475657 filed on  Apr. 14, 2020 |

2.     OH00233752024   ORIGINAL filed on Sep. 04, 2019
       expires on Sep. 04, 2024

| | |
|---|---|
| Debtor | SBH MEDICAL, LTD. |
| | 311 SOUTH WACKER DRIVE, SUITE 400 |
| | CHICAGO, IL, 60606 |
| Debtor | SBH MEDICAL, LTD. |
| | 1420 KENSINGTON ROAD, SUITE 102 |
| | OAK BROOK, IL, 60523 |
| SecuredParty | LOAN ADMIN CO LLC, AS COLLATERAL AGENT |
| | 2200 ATLANTIC STREET, SUITE 501 |
| | STAMFORD, CT, 06902 |
| AMENDMENT | # SR986796 filed on  Oct. 28, 2022 |
| COLLATERAL AMENDMENT | # SR986798 filed on  Oct. 28, 2022 |

[End of Report]

# UCC FINANCING STATEMENT

**File Number:  OH00143914352**
**Date Filed:  07/27/2010 08:40 AM**
**Jennifer Brunner**
**Secretary of State**

**FILER INFORMATION**

**CONTACT INFORMATION FOR FILER**

| CONTACT EMAIL | CONTACT NAME | CONTACT PHONE | CONTACT FAX |
|---|---|---|---|
| SOSACK@UCCDIRECT.COM | UCC DIRECT SERVICES | 713-533-4661 | |

**SEND ACKNOWLEDGMENT TO:**

| PACKET NO | CLIENT ACCOUNT # | | | |
|---|---|---|---|---|
| 42411668 | 6522 | | | |

| INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| SERVICES | UCCDIR | | |

| MAILING ADDRESS | CITY | STAT | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. BOX 3248 | HOUSTON | TX | 77253 | US |

**FILE RECORD**

| FILING TYPE | | | |
|---|---|---|---|
| Initial | | | |

| FILERS UNIQUE | ALTERNATE NAME DESIGNATION | ALTERNATE FILING TYPE |
|---|---|---|
| 42411668 | DEBTOR/SECURED PARTY | UCC |

| ADDITIONAL INFORMATION | MATURITY DATE |
|---|---|
| | |

**DEBTOR DATA**

| ORGANIZATION NAME | | | |
|---|---|---|---|
| SBH MEDICAL,LLC | | | |

| TYPE OF ORGANIZATION | JURISDICTION OF ORGANIZATION | ORGANIZATION ID# (if |
|---|---|---|
| LIMITEDLIABILITYCOMPANY | OH | NONE |

| MAILING ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|
| 655 DEARBORN RD | WORHTINGTON | OH | 43085 |

| COUNTRY | ALTERNATE CAPACITY OF DEBTOR |
|---|---|
| | |

**SECURED PARTY DATA**

| ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| H. D. SMITH WHOLESALE DRUG COMPANY | | | | |

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6001 GLOBAL DISTRIBUTION WAY SUITE 102 | LOUISVILLE | KY | 40228 | |

This FINANCING STATEMENT covers the following Collateral:
All accounts, contract rights, chattel paper,instruments, general intangibles and rights to payment of every kind now or at amy time hereafter

arising out of the business of the debtor; all interest of the debtor in any goods, the sale or lease of which shall have given or shall give rise to any of the foregoing.  All proceeds from insurance policies now in effect or at any time hereafter.  All inventory, accounts receivable, work in process or materials used or consumed in debtor's business, whether now owned or hereafter acquired and all products hereof, whether in the possession of the debtor, warehouseman, or any person together with all proceeds.  All equipment and fixtures now owned or hereafter acquired by buyer.

Amendment - Continuation

| | |
|---|---|
| | File Number: 20151674221<br>Date Filed: 06/16/2015 11:27 AM<br>Jon Husted<br>Ohio Secretary of State |

UCC FINANCING STATEMENT AMENDMENT

NAME & PHONE OF CONTACT AT FILER
UCC DIRECT SERVICES          PHONE   713-533-4661   FAX

EMAIL CONTACT AT FILER
SOSACK@UCCDIRECT.COM

SEND ACKNOWLEDGMENT TO: (Name and Address)
UCCDIR SERVICES
KNA: CT LIEN SOLUTIONS
HOUSTON, TX 77253

INITIAL FINANCING STATEMENT FILE NUMBER        ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the
OH00143914352                                    REAL ESTATE RECORDS (if applicable)

☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

☐ ASSIGNMENT (full or partial):

☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

☐ PARTY INFORMATION CHANGE:

Check one of these two boxes                        and Check one of these three boxes to:

This Change affects  ☐ Debtor or ☐ Secured Party of record    ☐ CHANGE name and/or address:   ☐ ADD name   ☐ DELETE name

CURRENT RECORD INFORMATION:Complete for Party Information Change - provide only one name

ORGANIZATION'S NAME

| INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

☐ COLLATERAL CHANGE:   Also check one of these four boxes to:   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate Collateral

NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (name of Assignor, if this is an Assignment)

if this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor.

ORGANIZATION'S NAME
H. D. SMITH WHOLESALE DRUG COMPANY

| INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

OPTIONAL FILER REFERENCE DATA:
50064327

This Financing Statement Amendment   ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

Name and address of a RECORD OWNER of real estate (if Debtor does not have a record interest):

Description of Real Estate

MICELLANEOUS:

Amendment - Secured Party Change

| | |
|---|---|
| | File Number:   20151674273 |
| | Date Filed:     06/16/2015 11:42 AM |
| | Jon Husted |
| UCC FINANCING STATEMENT AMENDMENT | Ohio Secretary of State |

| NAME & PHONE OF CONTACT AT FILER | | | | |
|---|---|---|---|---|
| UCC DIRECT SERVICES | PHONE | 713-533-4661 | FAX | |

EMAIL CONTACT AT FILER
SOSACK@UCCDIRECT.COM

SEND ACKNOWLEDGMENT TO: (Name and Address)
UCCDIR SERVICES
KNA: CT LIEN SOLUTIONS
HOUSTON, TX 77253

INITIAL FINANCING STATEMENT FILE NUMBER
OH00143914352

☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

☐ ASSIGNMENT (full or partial):

☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

☑ PARTY INFORMATION CHANGE:

Check one of these two boxes                                          and Check one of these three boxes to:

This Change affects   ☐ Debtor or  ☑ Secured Party of record    ☑ CHANGE name and/or address:    ☐ ADD name    ☐ DELETE name

CURRENT RECORD INFORMATION:Complete for Party Information Change - provide only one name

ORGANIZATION'S NAME
H. D. SMITH WHOLESALE DRUG COMPANY

| INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

SECURED PARTY'S NAME                        ☐ ASSIGNOR SECURED PARTY'S NAME

ORGANIZATION'S NAME
H. D. SMITH, LLC

| INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6001 GLOBAL DISTRIBUTION WAY, SUITE 102 | LOUISVILLE | KY | 40228 | USA |

☐ COLLATERAL CHANGE:   Also check one of these four boxes to:    ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate Collateral

NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (name of Assignor, if this is an Assignment)
if this is an Amendment authorized by a DEBTOR, check here   ☐ and provide name of authorizing Debtor.

ORGANIZATION'S NAME
H. D. SMITH WHOLESALE DRUG COMPANY

| INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

OPTIONAL FILER REFERENCE DATA:
50064487

| This Financing Statement Amendment | ☐ covers timber to be cut | ☐ covers as-extracted collateral | ☐ is filed as a fixture filing |
|---|---|---|---|

Name and address of a RECORD OWNER of real estate (if Debtor does not have a record interest):

---

Description of Real Estate

---

MICELLANEOUS:

| | |
|---|---|
| | File Number:  20151889517<br>Date Filed:    07/07/2015 09:41 AM<br>Jon Husted<br>Ohio Secretary of State |

UCC FINANCING STATEMENT  AMENDMENT

NAME & PHONE OF CONTACT AT FILER
UCC DIRECT SERVICES                    PHONE      713-533-4661        FAX

EMAIL CONTACT AT FILER
SOSACK@UCCDIRECT.COM

SEND ACKNOWLEDGMENT TO: (Name and Address)
UCCDIR SERVICES
KNA:  CT LIEN SOLUTIONS
HOUSTON, TX 77253

INITIAL FINANCING STATEMENT FILE NUMBER              ☐ This FINANCING STATEMENT  is to be filed [for record] (or recorded} in the
OH00143914352                                          REAL ESTATE RECORDS (if applicable)

☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party
authorizing this Termination Statement

☐ ASSIGNMENT (full or partial):

☑ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing
this Continuation Statement is continued for the additional period provided by applicable law

☐ PARTY INFORMATION CHANGE:

Check one of these two boxes                          and Check one of these three boxes to:

This Change affects   ☐ Debtor or ☐ Secured Party of record      ☐ CHANGE name and/or address:     ☐ ADD name     ☐ DELETE name

CURRENT RECORD INFORMATION:Complete for Party Information Change - provide only one name

ORGANIZATION'S NAME

| INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

☐ COLLATERAL
CHANGE:     Also check one of these four boxes to:     ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate Collateral

NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (name of Assignor, if this is an Assignment)

if this is an Amendment authorized by a DEBTOR, check here   ☐ and provide name of authorizing Debtor.

ORGANIZATION'S NAME
H. D. SMITH, LLC

| INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

OPTIONAL FILER REFERENCE DATA:
50159229

This Financing Statement Amendment   ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

Name and address of a RECORD OWNER of real estate (if Debtor does not have a record interest):

Description of Real Estate

MICELLANEOUS:



**FRANK LAROSE**
Ohio Secretary of State

| | |
|---|---|
| File No: | SR290538 |
| FS Number: | OH00143914352 |
| Date Filed: | 26 March 2019 19:07:34 |

# UCC FINANCING STATEMENT AMENDMENT

### FOR FILING OFFICE USE ONLY

**NAME OF CONTACT AT FILER:**     Lien Solutions B2B User
**PHONE NUMBER:**     800-331-3282
**EMAIL CONTACT AT FILER:**     uccfilingreturn@wolterskluwer.com
**SEND ACKNOWLEDGEMENT TO:**     Lien Solutions
P.O. Box 29071
Glendale
CA
91209-9071

## PARTY INFORMATION CHANGE

### INITIAL FINANCING STATEMENT FILE NUMBER:

OH00143914352

**This Change affects:**     Debtor
CHANGE name and/or address

## CURRENT RECORD INFORMATION or NAME TO BE DELETED

**ORGANIZATION'S NAME:**     SBH MEDICAL,LLC

## CHANGED or ADDED INFORMATION

**ORGANIZATION'S NAME:**     SBH MEDICAL, LTD.
**MAILING ADDRESS:**     655 DEARBORN PARK LN
**CITY:** WORTHINGTON     **STATE:** OH     **POSTAL CODE:** 43085     **COUNTRY:** USA

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Named Secured Party

**Name**                    H. D. SMITH WHOLESALE DRUG COMPANY

**PACKET NUMBER**

56781072



| | |
|---|---|
| File No: | SR365124 |
| FS Number: | OH00143914352 |
| Date Filed: | 13 August 2019 19:27:24 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:**   Lien Solutions B2B User

**PHONE NUMBER:**   800-331-3282

**EMAIL CONTACT AT FILER:**   uccfilingreturn@wolterskluwer.com

**SEND ACKNOWLEDGEMENT TO:**   Lien Solutions
P.O. Box 29071
Glendale
CA
91209-9071

**PARTY INFORMATION CHANGE**

**INITIAL FINANCING STATEMENT FILE NUMBER:**

OH00143914352

**This Change affects:**   Secured Party

CHANGE name and/or address

**CURRENT RECORD INFORMATION or NAME TO BE DELETED**

**ORGANIZATION'S NAME:**   H. D. SMITH WHOLESALE DRUG COMPANY

**CHANGED or ADDED INFORMATION**

**ORGANIZATION'S NAME:**   AMERISOURCEBERGEN DRUG CORPORATION

**MAILING ADDRESS:**   1300 Morris Drive

**CITY:** Chesterbrook   **STATE:** PA   **POSTAL CODE:** 19087   **COUNTRY:** USA

**NAME OF THE PARTY AUTHORIZING THIS AMENDMENT**

Authorized By Named Secured Party

**Name**                    H. D. SMITH WHOLESALE DRUG COMPANY

**PACKET NUMBER**

57585959



**FRANK LAROSE**
Ohio Secretary of State

| | |
|---|---|
| File No: | SR394217 |
| FS Number: | OH00143914352 |
| Date Filed: | 16 October 2019 18:39:46 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:**  Lien Solutions B2B User

**PHONE NUMBER:**  800-331-3282

**EMAIL CONTACT AT FILER:**  uccfilingreturn@wolterskluwer.com

**SEND ACKNOWLEDGEMENT TO:**  Lien Solutions
P.O. Box 29071
Glendale
CA
91209-9071

**PARTY INFORMATION CHANGE**

**INITIAL FINANCING STATEMENT FILE NUMBER:**

OH00143914352

**This Change affects:**    Secured Party

CHANGE name and/or address

**CURRENT RECORD INFORMATION or NAME TO BE DELETED**

**ORGANIZATION'S NAME:**    H. D. Smith, LLC

**CHANGED or ADDED INFORMATION**

**ORGANIZATION'S NAME:**    AMERISOURCEBERGEN DRUG CORPORATION

**MAILING ADDRESS:**    1300 Morris Drive

**CITY:**  Chesterbrook    **STATE:** PA    **POSTAL CODE:** 19087    **COUNTRY:** USA

**NAME OF THE PARTY AUTHORIZING THIS AMENDMENT**

Authorized By Named Secured Party

**Name**     H. D. Smith, LLC

**PACKET NUMBER**

57931826



| | |
|---|---|
| File No: | SR457800 |
| FS Number: | OH00143914352 |
| Date Filed: | 05 March 2020 13:26:32 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:**    Lien Solutions B2B User

**PHONE NUMBER:**    800-331-3282

**EMAIL CONTACT AT FILER:**    uccfilingreturn@wolterskluwer.com

**SEND ACKNOWLEDGEMENT TO:**    Lien Solutions
P.O. Box 29071
Glendale
CA
91209-9071

**CONTINUATION**

**INITIAL FINANCING STATEMENT FILE NUMBER:**

OH00143914352

**CONTINUATION Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.**

**NAME OF THE PARTY AUTHORIZING THIS AMENDMENT**

Authorized By Named Secured Party

**Name**    AMERISOURCEBERGEN DRUG CORPORATION

**PACKET NUMBER**

58681966



| | |
|---|---|
| File No: | SR475657 |
| FS Number: | OH00143914352 |
| Date Filed: | 14 April 2020 12:27:07 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:** Lien Solutions B2B User
**PHONE NUMBER:** 800-331-3282
**EMAIL CONTACT AT FILER:** uccfilingreturn@wolterskluwer.com
**SEND ACKNOWLEDGEMENT TO:** Lien Solutions
P.O. Box 29071
Glendale
CA
91209-9071

**CONTINUATION**

**INITIAL FINANCING STATEMENT FILE NUMBER:**

OH00143914352

**CONTINUATION Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.**

**NAME OF THE PARTY AUTHORIZING THIS AMENDMENT**

Authorized By Named Secured Party

**Name**                          AMERISOURCEBERGEN DRUG CORPORATION

**PACKET NUMBER**

58901473



**FRANK LAROSE**
Ohio Secretary of State

| | |
|---|---|
| FS Number: | OH00233752024 |
| Date Filed: | 05 September 2019 08:39:17 |

# UCC FINANCING STATEMENT

### FOR FILING OFFICE USE ONLY

| | |
|---|---|
| **NAME OF CONTACT AT FILER:** | SOS Ohio |
| **PHONE NUMBER:** | 877-767-3453 |
| **EMAIL CONTACT AT FILER:** | busserv@ohiosecretaryofstate.gov |
| **SEND ACKNOWLEDGEMENT TO:** | SOS Ohio
180 E. Broad St. 16th
COLUMBUS
OHIO
43215
United States |

## DEBTOR INFORMATION

| **ORGANIZATION'S NAME:** | SBH Medical, Ltd. | | |
|---|---|---|---|
| **MAILING ADDRESS:** | 311 South Wacker Drive, Suite 400 | | |
| **CITY:** Chicago | **STATE:** ILLINOIS | **POSTAL CODE:** 60606 | **COUNTRY:** United States |

## SECURED PARTY INFORMATION

| **ORGANIZATION'S NAME:** | LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | |
|---|---|---|---|
| **MAILING ADDRESS:** | 2200 Atlantic Street, Suite 501 | | |
| **CITY:** Stamford | **STATE:** CONNECTICUT | **POSTAL CODE:** 06902 | **COUNTRY:** United States |

## COLLATERAL INFORMATION

This financing statement covers the following collateral:

## FILING TYPE

Transmitting Utility: No

Public Finance: No

Manufactured Home: No

Agriculture Lien: No

Non-Ucc Filling: No

## ALTERNATIVE DESIGNATION

Lessee/Lessor: No

Consignee/Consignor: No

Seller/Buyer: No

Bailee/Bailor: No

Licensee/Licensor: No



| | |
|---|---|
| File No: | SR986796 |
| FS Number: | OH00233752024 |
| Date Filed: | 28 October 2022 14:42:23 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:**      LHB CSC

**PHONE NUMBER:**      217-544-5900

**EMAIL CONTACT AT FILER:**      logan.hixon@cscglobal.com

**SEND ACKNOWLEDGEMENT TO:**      CSC
801 Adlai Stevenson Drive
Springfield
ILLINOIS
62703
United States

## PARTY INFORMATION CHANGE

**INITIAL FINANCING STATEMENT FILE NUMBER:**

OH00233752024

**This Change affects:**      Debtor
CHANGE name and/or address

## CHANGED or ADDED INFORMATION

**ORGANIZATION'S NAME:**      SBH Medical, Ltd.

**MAILING ADDRESS:**      1420 Kensington Road, Suite 102

**CITY:**  Oak Brook      **STATE:** ILLINOIS      **POSTAL CODE:** 60523      **COUNTRY:** United States

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Existing Secured Party

**Name**      LOAN ADMIN CO LLC, AS COLLATERAL AGENT

**MAILING ADDRESS:**      2200 Atlantic Street, Suite 501

**CITY:**  Stamford      **STATE:** CONNECTICUT      **POSTAL CODE:** 06902      **COUNTRY:** United States

**PACKET NUMBER**

085010-1

**OPTIONAL FILER REFERENCE DATA:**

File with OH Secretary of State 385140-000037



| | |
|---|---|
| File No: | SR986798 |
| FS Number: | OH00233752024 |
| Date Filed: | 28 October 2022 14:46:03 |

# UCC FINANCING STATEMENT AMENDMENT

**FOR FILING OFFICE USE ONLY**

**NAME OF CONTACT AT FILER:** LHB CSC

**PHONE NUMBER:** 217-544-5900

**EMAIL CONTACT AT FILER:** logan.hixon@cscglobal.com

**SEND ACKNOWLEDGEMENT TO:** CSC
801 Adlai Stevenson Drive
Springfield
ILLINOIS
62703
United States

## COLLATERAL CHANGE

**INITIAL FINANCING STATEMENT FILE NUMBER: OH00233752024**

**Type of Collateral: Restate Collateral**

**Indicate Collateral:**

ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

## NAME OF THE PARTY AUTHORIZING THIS AMENDMENT

Authorized By Existing Secured Party

**Name** LOAN ADMIN CO LLC, AS COLLATERAL AGENT

**MAILING ADDRESS:** 2200 Atlantic Street, Suite 501

**CITY:** Stamford    **STATE:** CONNECTICUT    **POSTAL CODE:** 06902    **COUNTRY:** United States

## PACKET NUMBER

085010-2

## OPTIONAL FILER REFERENCE DATA:

File with OH Secretary of State Debtor:SBH Medical, Ltd.



# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: Enovex Pharmacy LLC**

**Jurisdiction: Cook County, Illinois**

**Search Type: Fixture Filings**
Results:     No Records Found

**Searched Through: 03/07/2024**
Searched: 5 Years
Office: Recorder of Deeds

**Search Type: Federal Tax Lien**
Results:     No Records Found

**Searched Through: 03/07/2024**
Searched: 10 Years
Office: Recorder of Deeds

**Search Type: State Tax Lien**
Results:     No Records Found

**Searched Through: 03/07/2024**
Searched: 20 Years
Office: Recorder of Deeds

**Search Type: Judgment Lien**
Results:     No Records Found

**Searched Through: 03/07/2024**
Searched: 7 Years
Office: Recorder of Deeds

**Comments:**     This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

**Search Type: Litigation - Searched as Defendant**
Results:     No Records Found

**Searched Through: 03/19/2024**
Searched: 10 Years
Office: Circuit Court

**Comments:**     This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** Enovex Pharmacy LLC

**Jurisdiction:** U.S. District Court, Illinois Northern District

**Search Type:** Federal Litigation - Searched as Defendant

Results:     No Records Found

**Searched Through:** 03/21/2024

Searched: 10 Years

Office: Northern District

**Comments:**     This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **Enovex Pharmacy LLC**

**Jurisdiction:** **U.S. Bankruptcy Court, Illinois Northern District**

**Search Type:** **Bankruptcy - Searched as Petitioner**
Results:      No Records Found

**Searched Through: 03/21/2024**
Searched: 10 Years
Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** SMC Pharmacy LLC

**Jurisdiction:** Secretary of State, Delaware

**Search Type:** Federal Tax Lien
Results:      No Records Found /See Attached Certified Search

**Searched Through:** 03/14/2024
Searched: 10 Years

**Search Type:** UCC Lien
Results:      See Attached Certified Search with 4 Copies Attached

**Searched Through:** 03/14/2024
Searched: 5 Years

OLUWATOSIN ADEMOYE
Service Solutions Team 2
555 Capitol Mall
Ste 1150
Sacramento, CA 95814
000000000
Oluwatosin.Ademoye@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

*Page 1*

### The First State

CERTIFICATE

SEARCHED MARCH 26, 2024 AT 2:51 P.M.
FOR DEBTOR, SMC PHARMACY LLC

| 1 OF 3 | FINANCING STATEMENT | 20200199572 |

EXPIRATION DATE: 01/09/2025

DEBTOR:        SMC PHARMACY LLC

311 SOUTH WACKER DRIVE, SUITE 400     ADDED      01-09-20

CHICAGO, IL US 60606                  REMOVED  10-26-22

DEBTOR:        SMC PHARMACY LLC

1420 KENSINGTON ROAD,                 ADDED      10-26-22

SUITE 102

OAK BROOK, IL US 60523

SECURED:       LOAN ADMIN CO LLC, AS COLLATERAL AGENT

2200 ATLANTIC STREET, SUITE 501       ADDED      01-09-20

STAMFORD, CT US 06902


### F I L I N G   H I S T O R Y

20200199572    FILED 01-09-20   AT 12:25 P.M.   FINANCING STATEMENT

20228882730    FILED 10-26-22   AT 12:36 P.M.   AMENDMENT



Jeffrey W. Bullock, Secretary of State

20256158284-UCC11
SR# 20241174332
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203115276
Date: 03-26-24

# Delaware

## The First State

2 OF 3          FINANCING STATEMENT          20203728278

             EXPIRATION DATE: 05/28/2025

DEBTOR:          SMC PHARMACY LLC

             1908 SANTA MONICA BLVD STE 4          ADDED     05-28-20

             SANTA MONICA, CA US 90404

SECURED:          AMERISOURCEBERGEN DRUG CORPORATION

             1300 MORRIS DRIVE          ADDED     05-28-20

             CHESTERBROOK, PA US 19087


### F I L I N G   H I S T O R Y

20203728278     FILED 05-28-20     AT 12:20 P.M.     FINANCING STATEMENT


3 OF 3          FINANCING STATEMENT          20214097722

             EXPIRATION DATE: 05/26/2026

DEBTOR:          SMC PHARMACY LLC

             1908 SANTA MONICA BLVD STE #4          ADDED     05-26-21

             SANTA MONICA, CA US 90404

SECURED:          CARDINAL HEALTH 110 LLC, D/B/A PARMED, AS AGENT

Jeffrey W. Bullock, Secretary of State



# Delaware

## The First State

Page 3

4220 HYDE PARK BOULEVARD                    ADDED    05-26-21

NIAGARA FALLS, NY US 14305

*F I L I N G   H I S T O R Y*

20214097722    FILED 05-26-21    AT 3:02 P.M.    FINANCING STATEMENT

*E N D   O F   F I L I N G   H I S T O R Y*

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, SMC PHARMACY LLC AS OF MARCH 14,
2024 AT 11:59 P.M.



Jeffrey W. Bullock, Secretary of State

20256158284-UCC11                                    Authentication: 203115276
SR# 20241174332                                           Date: 03-26-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Francella  Ashby                    (212) 776-3966

**B. E-MAIL CONTACT AT FILER** (optional)
Francella.Ashby@DLAPiper.com

**C. SEND ACKNOWLEDGMENT TO:**  (Name and Address)

DLA Piper LLP (US)

1251 Avenue of the Americas
27th Floor
New York, NY  10020

Delaware Department of State
U.C.C. Filing Section
Filed: 12:25 PM 01/09/2020
U.C.C. Initial Filing No: 2020 0199572

Service Request No:  20200172544

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SMC Pharmacy LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 400 | Chicago | IL | 60606 | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:

ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: DE - Secretary of State

F#723135
A#996685

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Katharine Boyajian        212-776-3773**

B. E-MAIL CONTACT AT FILER (optional)
**katharine.boyajian@us.dlapiper.com**

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020**

Delaware Department of State
U.C.C. Filing Section
Filed: 12:36 PM 10/26/2022
U.C.C. Initial Filing No: 2020 0199572
Amendment No: 2022 8882730
Service Request No:  20223865270

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2020 0199572   Filed: 01/09/2020**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE**:

Check one of these two boxes:                    AND  Check one of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record    ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b; and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **SMC Pharmacy LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **SMC Pharmacy LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1420 Kensington Road, Suite 102** | **Oak Brook** | **IL** | **60523** | **US** |

8. ☐ COLLATERAL CHANGE:  Also check one of these four boxes.  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Loan Admin Co LLC, as Collateral Agent** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**File with DE Secretary of State**                                                                 385140-000037

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
LIEN SOLUTIONS 800-331-3282

**B. E-MAIL CONTACT AT FILER** (optional)
UCCFILINGRETURN@WOLTERSKLUWER.COM

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

P.O. BOX 29071

GLENDALE, CA 91209-9071

US

Delaware Department of State
U.C.C. Filing Section
Filed: 12:20 PM 05/28/2020
U.C.C. Initial Filing No: 2020 3728278

Service Request No: 20204915322

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SMC PHARMACY LLC | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1908 SANTA MONICA BLVD STE 4 | SANTA MONICA | CA | 90404 | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1300 MORRIS DRIVE | CHESTERBROOK | PA | 19087 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:
**All of Debtor's Inventory, whether now owned or hereafter acquired, including, without limitation, related Accounts and Proceeds thereof. Any defined terms used herein shall have the meaning set forth in the Uniform Commercial Code.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
DE-0-75241489-59162382

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC 800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
FILINGDEPT@CSCINFO.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

801 ADLAI STEVENSON DR [211822680]

SPRINGFIELD, IL 62703

US

Delaware Department of State
U.C.C. Filing Section
Filed: 03:02 PM 05/26/2021
U.C.C. Initial Filing No: 2021 4097722

Service Request No:  20212121654

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| SMC PHARMACY LLC | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 1908 SANTA MONICA BLVD STE #4 | SANTA MONICA | CA | 90404 | | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| CARDINAL HEALTH 110 LLC, D/B/A PARMED, AS AGENT | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 4220 HYDE PARK BOULEVARD | NIAGARA FALLS | NY | 14305 | | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
**All prescription pharmaceutical products, over-the-counter pharmaceutical products, nutritional supplements, first-aid, health and beauty products, home health care products and equipment, medical and surgical supplies, medical products and inventory, general merchandise and supplies, sundries and any other products supplied by Secured Party of any kind whatsoever and wherever located, and whether now owned or hereafter acquired, and all products and proceeds thereof and any additions to, substitutions for, and replacements of any of the foregoing.**

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative | |
|---|---|---|
| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: | |
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing | |

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)


CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | **385140.37** |
| **Reference 2:** | **KATIE BOYAJIAN** |

**Target Name: SMC Pharmacy LLC**

**Jurisdiction: Cook County, Illinois**

| | | |
|---|---|---|
| **Search Type: Fixture Filings** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 5 Years |
| | | Office: Recorder of Deeds |
| **Search Type: Federal Tax Lien** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 10 Years |
| | | Office: Recorder of Deeds |
| **Search Type: State Tax Lien** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 20 Years |
| | | Office: Recorder of Deeds |
| **Search Type: Judgment Lien** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 7 Years |
| | | Office: Recorder of Deeds |

**Comments:** This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

| | | |
|---|---|---|
| **Search Type: Litigation - Searched as Defendant** | | **Searched Through: 03/19/2024** |
| Results: | No Records Found | Searched: 10 Years |
| | | Office: Circuit Court |

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** **03/29/2024**
**Order #:** **97989188**
**Customer #:** **507877**
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: SMC Pharmacy LLC**

**Jurisdiction: U.S. District Court, Illinois Northern District**

| | | |
|---|---|---|
| **Search Type:** **Federal Litigation - Searched as Defendant** | | **Searched Through:** 03/21/2024 |
| Results: | No Records Found | Searched: 10 Years |
| | | Office: Northern District |

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** **03/29/2024**
**Order #:** **97989188**
**Customer #:** **507877**
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **SMC Pharmacy LLC**

**Jurisdiction:** **U.S. Bankruptcy Court, Illinois Northern District**

**Search Type:** **Bankruptcy - Searched as Petitioner**
Results:      No Records Found

**Searched Through: 03/21/2024**
Searched: 10 Years
Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: SMC Lyons Holdings LLC**

**Jurisdiction: Secretary of State, Delaware**

**Search Type: Federal Tax Lien**                    **Searched Through: 03/14/2024**
Results:            No Records Found /See Attached Certified Search        Searched: 10 Years

**Search Type: UCC Lien**                              **Searched Through: 03/14/2024**
Results:            See Attached Certified Search with 2 Copies Attached      Searched: 5 Years

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

*Page 1*

### The First State

CERTIFICATE

SEARCHED MARCH 26, 2024 AT 2:52 P.M.
FOR DEBTOR, SMC LYONS HOLDINGS LLC

1 OF 1          FINANCING STATEMENT                  20200199457

EXPIRATION DATE: 01/09/2025

DEBTOR:        SMC LYONS HOLDINGS LLC

               311 SOUTH WACKER DRIVE, SUITE 400    ADDED    01-09-20

               CHICAGO, IL US 60606                 REMOVED 10-26-22

DEBTOR:        SMC LYONS HOLDINGS LLC

               1420 KENSINGTON ROAD,                ADDED    10-26-22

               SUITE 102

               OAK BROOK, IL US 60523

SECURED:       LOAN ADMIN CO LLC, AS COLLATERAL AGENT

               2200 ATLANTIC STREET, SUITE 501      ADDED    01-09-20

               STAMFORD, CT US 06902


## F I L I N G   H I S T O R Y

20200199457    FILED 01-09-20    AT 12:24 P.M.    FINANCING STATEMENT

20228883951    FILED 10-26-22    AT 12:36 P.M.    AMENDMENT

Jeffrey W. Bullock, Secretary of State

20256158322-UCC11                                Authentication: 203115289
SR# 20241174373                                  Date: 03-26-24
You may verify this certificate online at corp.delaware.gov/authver.shtml



# Delaware

### The First State

*Page 2*

**E N D   O F   F I L I N G   H I S T O R Y**

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, SMC LYONS HOLDINGS LLC AS OF MARCH 14, 2024 AT 11:59 P.M.*



Jeffrey W. Bullock, Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Francella  Ashby                    (212) 776-3966

**B. E-MAIL CONTACT AT FILER (optional)**
Francella.Ashby@DLAPiper.com

**C. SEND ACKNOWLEDGMENT TO:**  (Name and Address)

DLA Piper LLP (US)

1251 Avenue of the Americas
27th Floor
New York, NY  10020

Delaware Department of State
U.C.C. Filing Section
Filed: 12:24 PM 01/09/2020
U.C.C. Initial Filing No: 2020 0199457

Service Request No:  20200172482

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| SMC Lyons Holdings LLC | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 311 South Wacker Drive, Suite 400 | Chicago | IL | 60606 | | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | | US |

4. **COLLATERAL:** This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: DE - Secretary of State

F#723137
A#996687

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Katharine Boyajian          212-776-3773**

B. E-MAIL CONTACT AT FILER (optional)
**katharine.boyajian@us.dlapiper.com**

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020**

**Delaware Department of State
U.C.C. Filing Section
Filed: 12:36 PM 10/26/2022
U.C.C. Initial Filing No: 2020 0199457
Amendment No: 2022 8883951
Service Request No:   20223865272**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|
| **2020 0199457   Filed: 01/09/2020** | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial):  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ PARTY INFORMATION CHANGE:

Check one of these two boxes:                         AND  Check one of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record     ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c     ☐ ADD name: Complete item 7a or 7b, and item 7c     ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **SMC Lyons Holdings LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **SMC Lyons Holdings LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1420 Kensington Road, Suite 102** | **Oak Brook** | **IL** | **60523** | **US** |

8. ☐ COLLATERAL CHANGE:  Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Loan Admin Co LLC, as Collateral Agent** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**File with DE Secretary of State**                                                          385140-000037

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)



CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** **03/29/2024**
**Order #:** **97989188**
**Customer #: 507877**
**Reference 1: 385140.37**
**Reference 2: KATIE BOYAJIAN**

**Target Name: SMC Lyons Holdings LLC**

**Jurisdiction: Cook County, Illinois**

| | | |
|---|---|---|
| **Search Type: Fixture Filings** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 5 Years |
| | | Office: Recorder of Deeds |
| **Search Type: Federal Tax Lien** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 10 Years |
| | | Office: Recorder of Deeds |
| **Search Type: State Tax Lien** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 20 Years |
| | | Office: Recorder of Deeds |
| **Search Type: Judgment Lien** | | **Searched Through: 03/07/2024** |
| Results: | No Records Found | Searched: 7 Years |
| | | Office: Recorder of Deeds |

**Comments:** This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

| | | |
|---|---|---|
| **Search Type: Litigation - Searched as Defendant** | | **Searched Through: 03/19/2024** |
| Results: | No Records Found | Searched: 10 Years |
| | | Office: Circuit Court |

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

KATIE BOYAJIAN
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | 507877 |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: SMC Lyons Holdings LLC**

**Jurisdiction: U.S. District Court, Illinois Northern District**

| | | | |
|---|---|---|---|
| **Search Type:** | **Federal Litigation - Searched as Defendant** | **Searched Through: 03/21/2024** | |
| Results: | No Records Found | Searched: 10 Years | |
| | | Office: Northern District | |

**Comments:**        This search included pending suits and judgments found in the civil court index.

OLUWATOSIN ADEMOYE
Service Solutions Team 2
555 Capitol Mall
Ste 1150
Sacramento, CA 95814
000000000
Oluwatosin.Ademoye@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** **03/29/2024**
**Order #:** **97989188**
**Customer #:** **507877**
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **SMC Lyons Holdings LLC**

**Jurisdiction:** **U.S. Bankruptcy Court, Illinois Northern District**

**Search Type:** **Bankruptcy - Searched as Petitioner**      **Searched Through: 03/21/2024**

Results:      No Records Found      Searched: 10 Years

Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
® a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name:** **Firstcare Pharmacy LLC**

**Jurisdiction:** **Secretary of State, California**

**Search Type:** **Federal Tax Lien**
Results:    No Records Found

**Searched Through:** 03/13/2024
Searched: 10 Years

**Search Type:** **State Tax Lien**
Results:    No Records Found

**Searched Through:** 03/13/2024
Searched: 10 Years

**Search Type:** **Judgment Lien**
Results:    No Records Found

**Searched Through:** 03/13/2024
Searched: 5 Years

**Search Type:** **UCC Lien**
Results:    See Attached Listing of Records Found with 4 Copies Attached

**Searched Through:** 03/13/2024
Searched: 5 Years

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Lien Solutions
UCC Search Report

The following represents a listing of the documentation you requested through a careful search of effective UCC filings recorded in the Office of the Secretary of State CA, Secretary of State licensed from the State of an independent third party and maintained in a computerized form and available through our offices. Variations of the Name and Address of the search key may appear on this report as a result of the search findings and your individual request for that information.

This report reflects record effective through Mar. 13, 2024.

Because we cannot independently verify the accuracy of the public information maintained by the responsible government agency or other sources of this data, we make no guaranties, representations or warranties as to the accuracy or completeness of this report. We cannot and do not accept any liability for errors or omissions.

State of CA, Secretary of State, Secretary of State UCC Debtor Name Search results performed on following

Search Key :

          Name = Firstcare Pharmacy LLC

| 1. | 207756837510   ORIGINAL filed on Jan. 09, 2020 expires on Jan. 09, 2025 | |
|---|---|---|
| | Debtor | FIRSTCARE PHARMACY LLC |
| | | 311 SOUTH WACKER DRIVE, SUITE 400 |
| | | CHICAGO, IL, 60606 |
| | Debtor | FIRSTCARE PHARMACY LLC |
| | | 1420 KENSINGTON ROAD, SUITE 102 |
| | | OAK BROOK, IL, 60523 |
| | SecuredParty | LOAN ADMIN CO LLC, AS COLLATERAL AGENT |
| | | 2200 ATLANTIC STREET, SUITE 501 |
| | | STAMFORD, CT, 06902 |
| | CHANGE DEBTOR | # U220239521123 filed on  Oct. 26, 2022 |

| 2. | 207782091804   ORIGINAL filed on May. 27, 2020 expires on May. 27, 2025 | |
|---|---|---|
| | Debtor | FIRSTCARE PHARMACY LLC |
| | | 1855 VENTURA BLVD STE A |
| | | TARZANA, CA, 91356 |
| | SecuredParty | AMERISOURCEBERGEN DRUG CORPORATION |
| | | 1300 MORRIS DRIVE |
| | | CHESTERBROOK, PA, 19087 |

| 3. | U220237361635   ORIGINAL filed on Oct. 20, 2022 expires on Oct. 20, 2027 | |
|---|---|---|

Date: Mar. 26, 2024                                                                                    Page: 2

| | |
|---|---|
| Debtor | FIRSTCARE PHARMACY LLC |
| | 18555 VENTURA BLVD SUITE A |
| | TARZANA, CA, 60523 |
| SecuredParty | INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC |
| | 5025 PLANO PARKWAY |
| | CARROLLTON, TX, 75010 |

[End of Report]

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

**20-7756837510**

**01/09/2020 09:58**

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

85251950004    UCC 1 FILING

A. NAME & PHONE OF CONTACT AT FILER (optional)
Francella Ashby                                (212) 776-3966

B. E-MAIL CONTACT AT FILER (optional)
Francella.Ashby@DLAPiper.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

COGENCY GLOBAL INC
1325 J Street, Suite 1550
Sacramento, CA 95814
P6-75981393  N1173443-2

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Firstcare Pharmacy LLC | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 311 South Wacker Drive, Suite 400 | Chicago | IL | 60606 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

4. COLLATERAL: This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: CA - Secretary of State

F#723138
A#996688

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

B1183-5030 10/26/2022 5:00 PM Received by California Secretary of State

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**For Office Use Only**

### -FILED-

File No.: U220239521123

Date Filed: 10/26/2022

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Katharine Boyajian          212-776-3773

**B. E-MAIL CONTACT AT FILER** (optional)
katharine.boyajian@us.dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

***PLEASE RETURN TO***

CSC
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|
| **20-7756837510    Filed: 01/09/2020** | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:          AND Check one of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record

☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c

☐ ADD name: Complete item 7a or 7b, and item 7c

☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Firstcare Pharmacy LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Firstcare Pharmacy LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1420 Kensington Road, Suite 102** | **Oak Brook** | **IL** | **60523** | **US** |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Loan Admin Co LLC, as Collateral Agent** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**File with CA Secretary of State**                     BN2 080200-20                     **385140-000037**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Lien Solutions |
| 800-331-3282 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| Lien Solutions |
| P.O. Box 29071 |
| Glendale, CA 91209-9071 |
| USA |

**DOCUMENT NUMBER: 89285920002**
**FILING NUMBER: 20-7782091804**
**FILING DATE: 05/27/2020 15:58**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| FIRSTCARE PHARMACY LLC | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 1855 Ventura Blvd Ste A | Tarzana | CA | 91356 | | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| | | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 1300 Morris Drive | Chesterbrook | PA | 19087 | | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All of Debtor's Inventory, whether now owned or hereafter acquired, including, without limitation, related Accounts and Proceeds thereof. Any defined terms used herein shall have the meaning set forth in the Uniform Commercial Code.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)   ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CA-0-75233651-59158868

**FILING OFFICE COPY**



U220237361635



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U220237361635 |
| Date Filed: 10/20/2022 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071 |
| | GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| FIRSTCARE PHARMACY LLC | 18555 VENTURA BLVD SUITE A |
| | TARZANA, CA 60523 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC | 5025 PLANO PARKWAY |
| | CARROLLTON, TX 75010 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
Debtor grants to Secured Party, a purchase money security interest in Inventory and a lien upon and security interest in all its personal property and any and all additions, substitutions, Accessions and Proceeds thereto or thereof, wherever located, and now owned or hereafter acquired or arising, including the following (collectively, the "Collateral"): All of Debtor's (a) Accounts; (b) Inventory; (c) Chattel Paper; (d) Commercial Tort Claims as disclosed on Debtor's Financial Statements; (e) Deposit Accounts; (f) Documents; (g) Equipment; (h) General Intangibles; (i) Goods; (j) Instruments; (k) Investment Property; (l) Letter of Credit Rights; (m) insurance on all of the foregoing and the proceeds of that insurance; (n) Debtor's money and other property of every kind and nature now or at any time or times hereafter in the possession of or under the control of Secured Party, and (o) the Cash proceeds, Noncash proceeds and products of all of the foregoing and the Proceeds of other Proceeds. All capitalized terms used but not defined herein have the meanings given to them in the Uniform Commercial Code as in effect in any jurisdiction in which any of the Collateral may at the time be located (the "UCC").

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
89452978

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **Firstcare Pharmacy LLC**

**Jurisdiction:** **Secretary of State, Delaware**

| | | |
|---|---|---|
| **Search Type:** **Federal Tax Lien** | | **Searched Through:** 03/14/2024 |
| Results: | No Records Found /See Attached Certified Search | Searched: 10 Years |
| **Search Type:** **UCC Lien** | | **Searched Through:** 03/14/2024 |
| Results: | See Attached Certified Search with 1 Copy Attached | Searched: 5 Years |

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

## The First State

CERTIFICATE

SEARCHED MARCH 26, 2024 AT 2:53 P.M.
FOR DEBTOR, FIRSTCARE PHARMACY LLC

1 OF 1          FINANCING STATEMENT                    20213657781

           EXPIRATION DATE: 05/11/2026
DEBTOR:        FIRSTCARE PHARMACY LLC

               18555 VENTURA BLVD SUITE A          ADDED    05-11-21

               TARZANA, CA US 91356

SECURED:       CARDINAL HEALTH 110 LLC, D/B/A PARMED, AS AGENT

               4220 HYDE PARK BOULEVARD            ADDED    05-11-21

               NIAGARA FALLS, NY US 14305


F I L I N G   H I S T O R Y

20213657781    FILED 05-11-21    AT 11:18 A.M.   FINANCING STATEMENT


E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, FIRSTCARE PHARMACY LLC AS OF MARCH
14, 2024 AT 11:59 P.M.

Jeffrey W. Bullock, Secretary of State

20256158343-UCC11                              Authentication: 203115302
SR# 20241174435                                        Date: 03-26-24
You may verify this certificate online at corp.delaware.gov/authver.shtml

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC 800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
FILINGDEPT@CSCINFO.COM

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

801 ADLAI STEVENSON DR [210996908]

SPRINGFIELD, IL 62703

US

Delaware Department of State
U.C.C. Filing Section
Filed: 11:18 AM 05/11/2021
U.C.C. Initial Filing No: 2021 3657781

Service Request No:  20211699755

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| FIRSTCARE PHARMACY LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 18555 VENTURA BLVD SUITE A | TARZANA | CA | 91356 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CARDINAL HEALTH 110 LLC, D/B/A PARMED, AS AGENT | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4220 HYDE PARK BOULEVARD | NIAGARA FALLS | NY | 14305 | US |

4. COLLATERAL: This financing statement covers the following collateral:
**All prescription pharmaceutical products, over-the-counter pharmaceutical products, nutritional supplements, first-aid, health and beauty products, home health care products and equipment, medical and surgical supplies, medical products and inventory, general merchandise and supplies, sundries and any other products supplied by Secured Party of any kind whatsoever and wherever located, and whether now owned or hereafter acquired, and all products and proceeds thereof and any additions to, substitutions for, and replacements of any of the foregoing.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrator



CT Corporation
a Wolters Kluwer Business

# Search Results

KATIE BOYAJIAN
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

Date:            03/29/2024
Order #:         97989188
Customer #:  507877
Reference 1: 385140.37
Reference 2: KATIE BOYAJIAN

**Target Name:** **Firstcare Pharmacy LLC**

**Jurisdiction:** **Cook County, Illinois**

| | |
|---|---|
| **Search Type:** **Fixture Filings** | **Searched Through: 03/07/2024** |
| Results:         No Records Found | Searched: 5 Years |
| | Office: Recorder of Deeds |

| | |
|---|---|
| **Search Type:** **Federal Tax Lien** | **Searched Through: 03/07/2024** |
| Results:         No Records Found | Searched: 10 Years |
| | Office: Recorder of Deeds |

| | |
|---|---|
| **Search Type:** **State Tax Lien** | **Searched Through: 03/07/2024** |
| Results:         No Records Found | Searched: 20 Years |
| | Office: Recorder of Deeds |

| | |
|---|---|
| **Search Type:** **Judgment Lien** | **Searched Through: 03/07/2024** |
| Results:         No Records Found | Searched: 7 Years |
| | Office: Recorder of Deeds |

**Comments:** This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

| | |
|---|---|
| **Search Type:** **Litigation - Searched as Defendant** | **Searched Through: 03/19/2024** |
| Results:         No Records Found | Searched: 10 Years |
| | Office: Circuit Court |

**Comments:** This search included pending suits and judgments found in the civil court index.

OLUWATOSIN ADEMOYE
Service Solutions Team 2
555 Capitol Mall
Ste 1150
Sacramento, CA 95814
000000000
Oluwatosin.Ademoye@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Firstcare Pharmacy LLC**

**Jurisdiction: U.S. District Court, Illinois Northern District**

**Search Type:** Federal Litigation - Searched as Defendant       **Searched Through:** 03/21/2024
Results:        No Records Found        Searched: 10 Years
        Office: Northern District

**Comments:**        This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:**        03/29/2024
**Order #:**     97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Firstcare Pharmacy LLC**

**Jurisdiction: U.S. Bankruptcy Court, Illinois Northern District**

**Search Type: Bankruptcy - Searched as Petitioner**
Results:          No Records Found

**Searched Through: 03/21/2024**
Searched: 10 Years
Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
® a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: Easycare Pharmacy LLC**

**Jurisdiction: Secretary of State, California**

| | | |
|---|---|---|
| **Search Type: Federal Tax Lien** | | **Searched Through: 03/13/2024** |
| Results: | No Records Found | Searched: 10 Years |
| **Search Type: State Tax Lien** | | **Searched Through: 03/13/2024** |
| Results: | No Records Found | Searched: 10 Years |
| **Search Type: Judgment Lien** | | **Searched Through: 03/13/2024** |
| Results: | No Records Found | Searched: 5 Years |
| **Search Type: UCC Lien** | | **Searched Through: 03/13/2024** |
| Results: | See Attached Listing of Records Found with 10 Copies Attached | Searched: 5 Years |

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Lien Solutions
UCC Search Report

The following represents a listing of the documentation you requested through a careful search of effective UCC filings recorded in the Office of the Secretary of State CA, Secretary of State licensed from the State of an independent third party and maintained in a computerized form and available through our offices. Variations of the Name and Address of the search key may appear on this report as a result of the search findings and your individual request for that information.

This report reflects record effective through Mar. 13, 2024.

Because we cannot independently verify the accuracy of the public information maintained by the responsible government agency or other sources of this data, we make no guaranties, representations or warranties as to the accuracy or completeness of this report. We cannot and do not accept any liability for errors or omissions.

State of CA, Secretary of State, Secretary of State UCC Debtor Name Search results performed on following

Search Key :

      Name = Easycare Pharmacy LLC

| | | |
|---|---|---|
| 1. | 177565568777   ORIGINAL filed on Jan. 11, 2017 expires on Jan. 11, 2027 | |
| | Debtor | EASYCARE PHARMACY |
| | | 7320 WOODLAKE AVE STE 100 |
| | | WEST HILLS, CA, 91307 |
| | SecuredParty | AMERISOURCEBERGEN DRUG CORPORATION |
| | | 1300 MORRIS DRIVE |
| | | CHESTERBROOK, PA, 19087 |
| | CONTINUATION | # U210104954330 filed on  Nov. 23, 2021 |

| | | |
|---|---|---|
| 2. | 197706305503   ORIGINAL filed on Apr. 09, 2019 expires on Apr. 09, 2024 | |
| | Debtor | EASYCARE PHARMACY |
| | | 7320 WOODLAKE AVE STE 100 |
| | | WEST HILLS, CA, 91307 |
| | SecuredParty | MCKESSON CORPORATION |
| | | ONE POST STREET |
| | | SAN FRANCISCO, CA, 94104 |

| | | |
|---|---|---|
| 3. | 207756837499   ORIGINAL filed on Jan. 09, 2020 expires on Jan. 09, 2025 | |
| | Debtor | EASYCARE PHARMACY LLC |
| | | 1420 KENSINGTON ROAD, SUITE 102 |
| | | OAK BROOK, IL, 60523 |

Date: Mar. 26, 2024                                                                                          Page: 2

|  | Debtor | EASYCARE PHARMACY LLC |
|  |  | 311 SOUTH WACKER DRIVE, SUITE 400 |
|  |  | CHICAGO, IL, 60606 |
|  | SecuredParty | LOAN ADMIN CO LLC, AS COLLATERAL AGENT |
|  |  | 2200 ATLANTIC STREET, SUITE 501 |
|  |  | STAMFORD, CT, 06902 |
|  | CHANGE DEBTOR | # U220239521224 filed on Oct. 26, 2022 |

4.    207782136602   ORIGINAL filed on May. 28, 2020
       expires on May. 28, 2025

|  | Debtor | EASYCARE PHARMACY LLC |
|  |  | 7320 WOODLAKE AVE #100 |
|  |  | WEST HILLS, CA, 91307 |
|  | SecuredParty | AMERISOURCEBERGEN DRUG CORPORATION |
|  |  | 1300 MORRIS DRIVE |
|  |  | CHESTERBROOK, PA, 19087 |

5.    U200014410217   ORIGINAL filed on Aug. 25, 2020
       expires on Aug. 25, 2025

|  | Debtor | EASYCARE PHARMACY LLC |
|  |  | 7320 WOODLAKE AVE STE 100 |
|  |  | WEST HILLS, CA, 91307 |
|  | SecuredParty | MCKESSON CORPORATION |
|  |  | ONE POST STREET |
|  |  | SAN FRANCISCO, CA, 94104 |

6.    U210048523126   ORIGINAL filed on May. 21, 2021
       expires on May. 21, 2026

|  | Debtor | EASYCARE PHARMACY LLC |
|  |  | 7320 WOODLAKE AVE SUITE 100 |
|  |  | WEST HILLS, CA, 91307 |
|  | SecuredParty | ANDA, INC. |
|  |  | 2915 WESTON ROAD |
|  |  | WESTON, FL, 33331 |

7.    U210050162215   ORIGINAL filed on May. 26, 2021
       expires on May. 26, 2026

|  | Debtor | EASYCARE PHARMACY LLC |
|  |  | 7320 WOODLAKE AVE #100 |
|  |  | WESTHILLS, CA, 91307 |
|  | SecuredParty | CARDINAL HEALTH 110 LLC, D/B/A PARMED, AS AGENT |
|  |  | 4220 HYDE PARK BOULEVARD |
|  |  | NIAGARA FALLS, NY, 14305 |

8.    U220237361433   ORIGINAL filed on Oct. 20, 2022
       expires on Oct. 20, 2027

|  | Debtor | EASYCARE PHARMACY LLC |
|  |  | 7320 WOODLAKE AVE #100 |
|  |  | WESTHILLS, CA, 91307 |
|  | SecuredParty | INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC |
|  |  | 5025 PLANO PARKWAY |

Date: Mar.26, 2024                                                                                          Page:3

CARROLLTON, TX, 75010

[End of Report]

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Gisela Melendez |
| 800-331-3282 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| CT LIEN SOLUTIONS |
| 2727 ALLEN PARKWAY |
| HOUSTON, TX 77019 |
| USA |

**DOCUMENT NUMBER:** 59153140002
**FILING NUMBER:** 17-7565568777
**FILING DATE:** 01/11/2017 13:34

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| EASYCARE PHARMACY | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 7320 WOODLAKE AVE STE 100 | WEST HILLS | CA | 91307 | | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 1300 Morris Drive | Chesterbrook | PA | 19087 | | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All of Debtor's personal property and any and all additions, substitutions, Accessions and Proceeds thereto or thereof, wherever located, and now owned or hereafter acquired or arising, including the following: All of Debtor's (a) Accounts; (b) Inventory; (c) Chattel Paper; (d) Commercial Tort Claims as disclosed on Debtor's Financial Statements; (e) Deposit Accounts; (f) Documents; (g) Equipment; (h) General Intangibles; (i) Goods; (j) Instruments; (k) Investment Property; (l) Letter of Credit Rights; (m) insurance on all of the foregoing and the proceeds of that insurance; (n) Debtor's money and other property of every kind and nature now or at any time or times hereafter in the possession of or under the control of Secured Party; and (o) the Cash proceeds, Noncash proceeds and products of all of the foregoing and the Proceeds of other Proceeds. All capitalized terms used herein and not defined have the meaning set forth in the Uniform Commercial Code as in effect in any jurisdiction in which any of the Collateral may at the time be located.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)   ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CA-0-57199053-52673968

**FILING OFFICE COPY**

U210104954330



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :---: |
| **-FILED-** |
| File #: U210104954330 |
| Date Filed: 11/23/2021 |

| Submitter Information: | |
| --- | --- |
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071 GLENDALE, CA 912099071 |

| Amendment Action Information: | |
| --- | --- |
| Initial Financing Statement File Number | 177565568777 |
| Date Filed | 01/11/2017 |
| Amendment Action | Continuation |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| Authorizing Secured Party Name | AMERISOURCEBERGEN DRUG CORPORATION |
| --- | --- |

Optional Filer Reference Information:
83593149

B0448-8759 11/23/2021 7:25 AM Received by California Secretary of State

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Corporation Service Company |
| 800-858-5294 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
|  |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| CORPORATION SERVICE COMPANY |
| 801 ADLAI STEVENSON DRIVE |
| Springfield, IL 62703-4261 |
| USA |

**DOCUMENT NUMBER: 77954170002**
**FILING NUMBER: 19-7706305503**
**FILING DATE: 04/09/2019 12:03**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| OR | 1a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|---|
|  | Easycare Pharmacy |  |  |  |  |
|  | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) |  | SUFFIX |
|  |  |  |  |  |  |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7320 WOODLAKE AVE STE 100 | WEST HILLS | CA | 91307 | USA |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| OR | 2a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) |  | SUFFIX |
|  |  |  |  |  |  |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
|  |  |  |  |  |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| OR | 3a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|---|
|  | McKesson Corporation |  |  |  |  |
|  | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) |  | SUFFIX |
|  |  |  |  |  |  |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| One Post Street | San Francisco | CA | 94104 | USA |

4. **COLLATERAL:** This financing statement covers the following collateral:
All assets of the Debtor, wherever located and whether now or hereafter existing and whether now owned or hereafter acquired, of every kind and description, tangible or intangible, including without limitation all accessions thereto and all products and proceeds thereof.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
[162254818]

FILING OFFICE COPY



## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**20-7756837499**

**01/09/2020 09:58**



**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS



85251950003    UCC 1 FILING

| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
|---|---|
| Francella Ashby | (212) 776-3966 |

B. E-MAIL CONTACT AT FILER (optional)
Francella.Ashby@DLAPiper.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

COGENCY GLOBAL INC
1325 J Street, Suite 1550
Sacramento, CA 95814
P6-75981393  N117 3443 -1

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Easycare Pharmacy LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 400 | Chicago | IL | 60606 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

4. COLLATERAL: This financing statement covers the following collateral:

ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: CA - Secretary of State

F#723139
A#996689

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS

B1183-5028 10/26/2022 5:00 PM Received by California Secretary of State

<table>
<tr><td colspan="2">For Office Use Only<br><br>**-FILED-**<br><br>File No.: U220239521224<br>Date Filed: 10/26/2022</td></tr>
</table>

A. NAME & PHONE OF CONTACT AT FILER (optional)
Katharine Boyajian          212-776-3773

B. E-MAIL CONTACT AT FILER (optional)
katharine.boyajian@us.dlapiper.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

***PLEASE RETURN TO***
*CSC*
*2710 Gateway Oaks Drive, Suite 150N*
*Sacramento, CA 95833*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|
| **20-7756837499    Filed: 01/09/2020** | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check *one* of these two boxes:                    AND    Check *one* of these three boxes to:

This Change affects ☑ Debtor *or* ☐ Secured Party of record

☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only *one* name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Easycare Pharmacy LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only *one* name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Easycare Pharmacy LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1420 Kensington Road, Suite 102** | **Oak Brook** | **IL** | **60523** | **US** |

8. ☐ **COLLATERAL CHANGE:** *Also* check *one* of these four boxes:    ☐ ADD collateral    ☐ DELETE collateral    ☐ RESTATE covered collateral    ☐ ASSIGN collateral

Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only *one* name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Loan Admin Co LLC, as Collateral Agent** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 10. OPTIONAL FILER REFERENCE DATA: | | |
|---|---|---|
| **File with CA Secretary of State** | BN2 080200-8 | **385140-000037** |

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Lien Solutions<br>800-331-3282 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071<br>USA | **DOCUMENT NUMBER: 89294500002**<br>**FILING NUMBER: 20-7782136602**<br>**FILING DATE: 05/28/2020 08:43**<br><br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME**<br>EASYCARE PHARMACY LLC | | | | | |
| OR **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **1c. MAILING ADDRESS**<br>7320 Woodlake Ave #100 | **CITY**<br>West Hills | **STATE**<br>CA | **POSTAL CODE**<br>91307 | | **COUNTRY**<br>USA |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | | | |
| OR **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | | **COUNTRY** |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| **3a. ORGANIZATION'S NAME**<br>AMERISOURCEBERGEN DRUG CORPORATION | | | | | |
| OR **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **3c. MAILING ADDRESS**<br>1300 Morris Drive | **CITY**<br>Chesterbrook | **STATE**<br>PA | **POSTAL CODE**<br>19087 | | **COUNTRY**<br>USA |

4. **COLLATERAL:** This financing statement covers the following collateral:

All of Debtor's Inventory, whether now owned or hereafter acquired, including, without limitation, related Accounts and Proceeds thereof. Any defined terms used herein shall have the meaning set forth in the Uniform Commercial Code.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)  ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CA-0-75240578-59162064

**FILING OFFICE COPY**



U200014410217

B0319-0090 08/25/2020 9:59 AM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State, Alex Padilla*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File #: U200014410217

Date Filed: 8/25/2020

Submitter Information:

| | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| EASYCARE PHARMACY LLC | 7320 WOODLAKE AVE STE 100 WEST HILLS, CA 91307 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| MCKESSON CORPORATION | ONE POST STREET SAN FRANCISCO, CA 94104 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All assets of the Debtor, wherever located and whether now or hereafter existing and whether now owned or hereafter acquired, of every kind and description, tangible or intangible, including without limitation all accessions thereto and all products and proceeds thereof.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
1974 25929



U210048523126

B0396-4720 05/21/2021 12:34 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File #: U210048523126

Date Filed: 5/21/2021

Submitter Information:

| | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| EASYCARE PHARMACY LLC | 7320 WOODLAKE AVE SUITE 100 WEST HILLS, CA 91307 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| ANDA, INC. | 2915 WESTON ROAD WESTON, FL 33331 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
For all other Secretaries of State
All personal property of Debtor, wherever located, and now owned or hereafter acquired, consisting of that portion of Debtor's inventory comprised of pharmaceutical products purchased by Debtor from Secured Party and all proceeds of same.

For Secretary of State of California:
All negotiable instruments including proceeds and products-
All accounts receivables including proceeds and products-
All inventory including proceeds and products-
All equipment including proceeds and products-
All General Intangibles including proceeds and products.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
2116 00521



U210050162215



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :---: |
| **-FILED-** |
| File #: U210050162215 |
| Date Filed: 5/26/2021 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| EASYCARE PHARMACY LLC | 7320 WOODLAKE AVE #100 WESTHILLS, CA 91307 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| CARDINAL HEALTH 110 LLC, D/B/A PARMED, AS AGENT | 4220 HYDE PARK BOULEVARD NIAGARA FALLS, NY 14305 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All prescription pharmaceutical products, over-the-counter pharmaceutical products, nutritional supplements, first-aid, health and beauty products, home health care products and equipment, medical and surgical supplies, medical products and inventory, general merchandise and supplies, sundries and any other products supplied by Secured Party of any kind whatsoever and wherever located, and whether now owned or hereafter acquired, and all products and proceeds thereof and any additions to, substitutions for, and replacements of any of the foregoing.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
2118 25676



U22023736143 3



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

<table>
<tr><td colspan="2">For Office Use Only</td></tr>
<tr><td colspan="2">**-FILED-**</td></tr>
<tr><td>File No.: U22023736143 3</td></tr>
<tr><td>Date Filed: 10/20/2022</td></tr>
</table>

Submitter Information:

| | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071 |
| | GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| EASYCARE PHARMACY LLC | 7320 WOODLAKE AVE #100 |
| | WESTHILLS, CA 91307 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC | 5025 PLANO PARKWAY |
| | CARROLLTON, TX 75010 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
Debtor grants to Secured Party, a purchase money security interest in Inventory and a lien upon and security interest in all its personal property and any and all additions, substitutions, Accessions and Proceeds thereto or thereof, wherever located, and now owned or hereafter acquired or arising, including the following (collectively, the "Collateral"): All of Debtor's (a) Accounts; (b) Inventory; (c) Chattel Paper; (d) Commercial Tort Claims as disclosed on Debtor's Financial Statements; (e) Deposit Accounts; (f) Documents; (g) Equipment; (h) General Intangibles; (i) Goods; (j) Instruments; (k) Investment Property; (l) Letter of Credit Rights; (m) insurance on all of the foregoing and the proceeds of that insurance; (n) Debtor's money and other property of every kind and nature now or at any time or times hereafter in the possession of or under the control of Secured Party, and (o) the Cash proceeds, Noncash proceeds and products of all of the foregoing and the Proceeds of other Proceeds. All capitalized terms used but not defined herein have the meanings given to them in the Uniform Commercial Code as in effect in any jurisdiction in which any of the Collateral may at the time be located (the "UCC").

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
89453043



# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Easycare Pharmacy LLC**

**Jurisdiction: Cook County, Illinois**

| | |
|---|---|
| **Search Type: Fixture Filings** | **Searched Through: 03/07/2024** |
| Results:    No Records Found | Searched: 5 Years |
| | Office: Recorder of Deeds |
| **Search Type: Federal Tax Lien** | **Searched Through: 03/07/2024** |
| Results:    No Records Found | Searched: 10 Years |
| | Office: Recorder of Deeds |
| **Search Type: State Tax Lien** | **Searched Through: 03/07/2024** |
| Results:    No Records Found | Searched: 20 Years |
| | Office: Recorder of Deeds |
| **Search Type: Judgment Lien** | **Searched Through: 03/07/2024** |
| Results:    No Records Found | Searched: 7 Years |
| | Office: Recorder of Deeds |

**Comments:** This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

| | |
|---|---|
| **Search Type: Litigation - Searched as Defendant** | **Searched Through: 03/19/2024** |
| Results:    No Records Found | Searched: 10 Years |
| | Office: Circuit Court |

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:**          03/29/2024
**Order #:**       97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Easycare Pharmacy LLC**

**Jurisdiction: U.S. District Court, Illinois Northern District**

**Search Type: Federal Litigation - Searched as Defendant**      **Searched Through: 03/21/2024**
Results:          No Records Found          Searched: 10 Years
                                            Office: Northern District

**Comments:**          This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Easycare Pharmacy LLC**

**Jurisdiction: U.S. Bankruptcy Court, Illinois Northern District**

**Search Type: Bankruptcy - Searched as Petitioner**

Results:      No Records Found

**Searched Through: 03/21/2024**

Searched: 10 Years

Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: Baybridge Pharmacy, LLC**

**Jurisdiction: Secretary of State, Delaware**

**Search Type: Federal Tax Lien**  **Searched Through: 03/14/2024**
Results:    No Records Found /See Attached Certified Search    Searched: 10 Years

**Search Type: UCC Lien**  **Searched Through: 03/14/2024**
Results:    See Attached Certified Search with 3 Copies Attached    Searched: 5 Years

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

Page 1

## The First State

CERTIFICATE

SEARCHED MARCH 26, 2024 AT 2:53 P.M.
FOR DEBTOR, BAYBRIDGE PHARMACY, LLC

1 OF 2              FINANCING STATEMENT                    20200629644

EXPIRATION DATE: 01/27/2025

DEBTOR:        BAYBRIDGE PHARMACY, LLC

311 SOUTH WACKER DRIVE, SUITE 2640    ADDED    01-27-20

CHICAGO, IL US 60606                  REMOVED 10-26-22

DEBTOR:        BAYBRIDGE PHARMACY, LLC

1420 KENSINGTON ROAD,                 ADDED    10-26-22

SUITE 102

OAK BROOK, IL US 60523

SECURED:       LOAN ADMIN CO LLC, AS COLLATERAL AGENT

2200 ATLANTIC STREET, SUITE 501       ADDED    01-27-20

STAMFORD, CT US 06902


F I L I N G   H I S T O R Y

20200629644    FILED 01-27-20    AT 3:22 P.M.    FINANCING STATEMENT

20228883639    FILED 10-26-22    AT 12:36 P.M.   AMENDMENT

Jeffrey W. Bullock, Secretary of State

20256158365-UCC11
SR# 20241174499                                    Authentication: 203115318
                                                   Date: 03-26-24
You may verify this certificate online at corp.delaware.gov/authver.shtml



# Delaware

## The First State

*2 OF 2*                    *FINANCING STATEMENT*                    *20214122611*

*EXPIRATION DATE: 05/27/2026*
*DEBTOR:*         *BAYBRIDGE PHARMACY, LLC*

*251 LITTLE FALLS DRIVE*                    *ADDED    05-27-21*

*WILMINGTON, DE US 19808*

*SECURED:*       *CARDINAL HEALTH 110 LLC, D/B/A PARMED, AS AGENT*

*4220 HYDE PARK BOULEVARD*                    *ADDED    05-27-21*

*NIAGARA FALLS, NY US 14305*


*F I L I N G   H I S T O R Y*

*20214122611     FILED 05-27-21    AT 9:13 A.M.    FINANCING STATEMENT*


*E N D   O F   F I L I N G   H I S T O R Y*

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE*
*LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,*
*FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS*
*OFFICE WHICH NAME THE ABOVE DEBTOR, BAYBRIDGE PHARMACY, LLC AS OF*
*MARCH 14, 2024 AT 11:59 P.M.*

Jeffrey W. Bullock, Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Inna Mankevych                    (212) 335-4500

**B. E-MAIL CONTACT AT FILER** (optional)
inna.mankevych@dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:**   (Name and Address)

DLA Piper LLP (US)

1251 Avenue of the Americas
27th Floor
New York, NY 10020

Delaware Department of State
U.C.C. Filing Section
Filed: 03:22 PM 01/27/2020
U.C.C. Initial Filing No: 2020 0629644

Service Request No: 20200580091

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| BAYBRIDGE PHARMACY, LLC | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 311 South Wacker Drive, Suite 2640 | Chicago | IL | 60606 | | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:

ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: DE - Secretary of State

F#724668
A#999056

# UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Katharine Boyajian                    212-776-3773

B. E-MAIL CONTACT AT FILER (optional)
Katharine.Boyajian@us.dlapiper.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

Delaware Department of State
U.C.C. Filing Section
Filed: 12:36 PM 10/26/2022
U.C.C. Initial Filing No: 2020 0629644
Amendment No: 2022 8883639
Service Request No:  20223865263

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2020 0629644        Filed: 01/27/2020**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial):  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☑ Debtor or ☐ Secured Party of record

AND  Check one of these three boxes to:

☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c

☐ ADD name: Complete item 7a or 7b, and item 7c

☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Baybridge Pharmacy, LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Baybridge Pharmacy, LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1420 Kensington Road, Suite 102** | **Oak Brook** | **IL** | **60523** | **US** |

8. ☐ **COLLATERAL CHANGE:**  Also check one of these four boxes.  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Loan Admin Co LLC, as Collateral Agent** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**File with DE Secretary of State**                                385140-000037

International Association of Commercial Administrators (IACA)

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC 800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
FILINGDEPT@CSCINFO.COM

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

801 ADLAI STEVENSON DR [211858583]

SPRINGFIELD, IL 62703

US

Delaware Department of State
U.C.C. Filing Section
Filed: 09:13 AM 05/27/2021
U.C.C. Initial Filing No: 2021 4122611

Service Request No:  20212144061

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BAYBRIDGE PHARMACY, LLC | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 251 LITTLE FALLS DRIVE | WILMINGTON | DE | 19808 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CARDINAL HEALTH 110 LLC, D/B/A PARMED, AS AGENT | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4220 HYDE PARK BOULEVARD | NIAGARA FALLS | NY | 14305 | US |

4. COLLATERAL: This financing statement covers the following collateral:
**All prescription pharmaceutical products, over-the-counter pharmaceutical products, nutritional supplements, first-aid, health and beauty products, home health care products and equipment, medical and surgical supplies, medical products and inventory, general merchandise and supplies, sundries and any other products supplied by Secured Party of any kind whatsoever and wherever located, and whether now owned or hereafter acquired, and all products and proceeds thereof and any additions to, substitutions for, and replacements of any of the foregoing.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)



CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Baybridge Pharmacy, LLC**

**Jurisdiction: Cook County, Illinois**

| | |
|---|---|
| **Search Type: Fixture Filings** | **Searched Through: 03/07/2024** |
| Results: No Records Found | Searched: 5 Years |
| | Office: Recorder of Deeds |
| **Search Type: Federal Tax Lien** | **Searched Through: 03/07/2024** |
| Results: No Records Found | Searched: 10 Years |
| | Office: Recorder of Deeds |
| **Search Type: State Tax Lien** | **Searched Through: 03/07/2024** |
| Results: No Records Found | Searched: 20 Years |
| | Office: Recorder of Deeds |
| **Search Type: Judgment Lien** | **Searched Through: 03/07/2024** |
| Results: No Records Found | Searched: 7 Years |
| | Office: Recorder of Deeds |

**Comments:** This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

| | |
|---|---|
| **Search Type: Litigation - Searched as Defendant** | **Searched Through: 03/19/2024** |
| Results: No Records Found | Searched: 10 Years |
| | Office: Circuit Court |

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | 507877 |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name:** **Baybridge Pharmacy, LLC**

**Jurisdiction:** **U.S. District Court, Illinois Northern District**

| | | | |
|---|---|---|---|
| **Search Type:** | **Federal Litigation - Searched as Defendant** | **Searched Through:** 03/21/2024 |
| Results: | No Records Found | Searched: 10 Years |
| | | Office: Northern District |

**Comments:**    This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

# Search Results

KATIE BOYAJIAN
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Baybridge Pharmacy, LLC**

**Jurisdiction: U.S. Bankruptcy Court, Illinois Northern District**

**Search Type: Bankruptcy - Searched as Petitioner**

Results:        No Records Found

**Searched Through:** 03/21/2024

Searched: 10 Years

Office: Northern District

OLUWATOSIN ADEMOYE
Service Solutions Team 2
555 Capitol Mall
Ste 1150
Sacramento, CA 95814
000000000
Oluwatosin.Ademoye@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: Central Pharmacy, LLC**

**Jurisdiction: Secretary of State, Delaware**

**Search Type: Federal Tax Lien**                  **Searched Through: 03/14/2024**
Results:        No Records Found /See Attached Certified Search        Searched: 10 Years

**Search Type: UCC Lien**                  **Searched Through: 03/14/2024**
Results:        See Attached Certified Search with 2 Copies Attached        Searched: 5 Years

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

## The First State

CERTIFICATE

SEARCHED MARCH 26, 2024 AT 2:54 P.M.
FOR DEBTOR, CENTRAL PHARMACY, LLC

1 OF 1          FINANCING STATEMENT                20200630238

                EXPIRATION DATE: 01/27/2025
DEBTOR:       CENTRAL PHARMACY, LLC

              311 SOUTH WACKER DRIVE, SUITE 2640    ADDED    01-27-20

              CHICAGO, IL US 60606                  REMOVED 10-26-22

DEBTOR:       CENTRAL PHARMACY, LLC

              1420 KENSINGTON ROAD,                 ADDED    10-26-22

              SUITE 102

              OAK BROOK, IL US 60523

SECURED:      LOAN ADMIN CO LLC, AS COLLATERAL AGENT

              2200 ATLANTIC STREET, SUITE 501       ADDED    01-27-20

              STAMFORD, CT US 06902


              F I L I N G   H I S T O R Y

    20200630238    FILED 01-27-20    AT 3:22 P.M.    FINANCING STATEMENT

    20228890766    FILED 10-26-22    AT 3:59 P.M.    AMENDMENT

Jeffrey W. Bullock, Secretary of State

20256158378-UCC11
SR# 20241174566

Authentication: 203115334
Date: 03-26-24

You may verify this certificate online at corp.delaware.gov/authver.shtml



# Delaware

## The First State

*Page 2*

E N D   O F   F I L I N G   H I S T O R Y

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, CENTRAL PHARMACY, LLC AS OF MARCH 14, 2024 AT 11:59 P.M.*



Jeffrey W. Bullock, Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Inna  Mankevych                              (212) 335-4500

**B. E-MAIL CONTACT AT FILER** (optional)
inna.mankevych@dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:**  (Name and Address)

DLA Piper LLP (US)

1251 Avenue of the Americas
27th Floor
New York, NY  10020

Delaware Department of State
U.C.C. Filing Section
Filed: 03:22 PM 01/27/2020
U.C.C. Initial Filing No: 2020 0630238

Service Request No:  20200580092

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| CENTRAL PHARMACY, LLC |  |  |  |  |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 2640 | Chicago | IL | 60606 | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT |  |  |  |  |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility    6b. Check only if applicable and check only one box:  ☐ Agricultural Lien  ☐ Non-UCC Filing
7. **ALTERNATIVE DESIGNATION** (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: DE - Secretary of State

F#724671
A#999243

# UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Katharine Boyajian          212-776-3773

B. E-MAIL CONTACT AT FILER (optional)
katharine.boyajian@us.dlapiper.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

Delaware Department of State
U.C.C. Filing Section
Filed: 03:59 PM 10/26/2022
U.C.C. Initial Filing No: 2020 0630238
Amendment No: 2022 8890766
Service Request No:  20223868818

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| **2020 0630238    Filed: 01/27/2020** | Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |

2. ☐ **TERMINATION**: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION**: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check _one_ of these two boxes:                                    AND  Check _one_ of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record  |  ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c  |  ☐ ADD name: Complete item 7a or 7b, and item 7c  |  ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only _one_ name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Central Pharmacy, LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only _one_ name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Central Pharmacy, LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1420 Kensington Road, Suite 102** | **Oak Brook** | **IL** | **60523** | **US** |

8. ☐ COLLATERAL CHANGE:  Also check _one_ of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only _one_ name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Loan Admin Co LLC, as Collateral Agent** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with DE Secretary of State                                                                         385140-000037

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)



## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: Central Pharmacy, LLC**

**Jurisdiction: Cook County, Illinois**

**Search Type: Fixture Filings**            **Searched Through: 03/07/2024**
Results:        No Records Found          Searched: 5 Years
                                          Office: Recorder of Deeds

**Search Type: Federal Tax Lien**           **Searched Through: 03/07/2024**
Results:        No Records Found          Searched: 10 Years
                                          Office: Recorder of Deeds

**Search Type: State Tax Lien**             **Searched Through: 03/07/2024**
Results:        No Records Found          Searched: 20 Years
                                          Office: Recorder of Deeds

**Search Type: Judgment Lien**              **Searched Through: 03/07/2024**
Results:        No Records Found          Searched: 7 Years
                                          Office: Recorder of Deeds

**Comments:**     This report reflects search results for UCC Financing Statement Liens only and is not indicative of a
                  search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please
                  contact your representative.

**Search Type: Litigation - Searched as Defendant**    **Searched Through: 03/19/2024**
Results:        No Records Found          Searched: 10 Years
                                          Office: Circuit Court

**Comments:**     This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
Service Solutions Team 2
555 Capitol Mall
Ste 1150
Sacramento, CA 95814
000000000
Oluwatosin.Ademoye@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **Central Pharmacy, LLC**

**Jurisdiction:** **U.S. District Court, Illinois Northern District**

| | |
|---|---|
| **Search Type:** Federal Litigation - Searched as Defendant | **Searched Through:** 03/21/2024 |
| Results: No Records Found | Searched: 10 Years |
| | Office: Northern District |

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **Central Pharmacy, LLC**

**Jurisdiction:** **U.S. Bankruptcy Court, Illinois Northern District**

**Search Type:** **Bankruptcy - Searched as Petitioner**

Results:    No Records Found

**Searched Through: 03/21/2024**

Searched: 10 Years

Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:**      **03/29/2024**
**Order #:**    **97989188**
**Customer #:** **507877**
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Pro Pharmacy, LLC**

**Jurisdiction: Secretary of State, Delaware**

| | | |
|---|---|---|
| **Search Type: Federal Tax Lien** | | **Searched Through: 03/14/2024** |
| Results: | No Records Found /See Attached Certified Search | Searched: 10 Years |
| **Search Type: UCC Lien** | | **Searched Through: 03/14/2024** |
| Results: | See Attached Certified Search with 3 Copies Attached | Searched: 5 Years |

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

*Page 1*

### The First State

CERTIFICATE

SEARCHED MARCH 26, 2024 AT 2:55 P.M.
FOR DEBTOR, PRO PHARMACY, LLC

1 OF 2          FINANCING STATEMENT              20200630055

        EXPIRATION DATE: 01/27/2025
DEBTOR:     PRO PHARMACY, LLC

            311 SOUTH WACKER DRIVE, SUITE 2640    ADDED    01-27-20

            CHICAGO, IL US 60606                  REMOVED 10-26-22

DEBTOR:     PRO PHARMACY LLC

            1420 KENSINGTON ROAD,                 ADDED    10-26-22

            SUITE 102

            OAK BROOK, IL US 60523

SECURED:    LOAN ADMIN CO LLC, AS COLLATERAL AGENT

            2200 ATLANTIC STREET, SUITE 501       ADDED    01-27-20

            STAMFORD, CT US 06902


                    F I L I N G   H I S T O R Y

    20200630055    FILED 01-27-20    AT 3:22 P.M.    FINANCING STATEMENT

    20228883464    FILED 10-26-22    AT 12:36 P.M.   AMENDMENT



Jeffrey W. Bullock, Secretary of State



# Delaware

## The First State

Page 2

2 OF 2            FINANCING STATEMENT            20214122777

EXPIRATION DATE: 05/27/2026

DEBTOR:        PRO PHARMACY, LLC

251 LITTLE FALLS DRIVE                ADDED    05-27-21

WILMINGTON, DE US 19808

SECURED:        CARDINAL HEALTH 110 LLC, D/B/A PARMED, AS AGENT

4220 HYDE PARK BOULEVARD            ADDED    05-27-21

NIAGARA FALLS, NY US 14305

F I L I N G   H I S T O R Y

20214122777     FILED 05-27-21    AT 9:18 A.M.    FINANCING STATEMENT

E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, PRO PHARMACY, LLC AS OF MARCH 14,
2024 AT 11:59 P.M.

Jeffrey W. Bullock, Secretary of State

20256158400-UCC11
SR# 20241174636

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203115348
Date: 03-26-24

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Inna Mankevych                    (212) 335-4500

**B. E-MAIL CONTACT AT FILER** (optional)
inna.mankevych@dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:**  (Name and Address)

⌐DLA Piper LLP (US)                                ⌐
  1251 Avenue of the Americas
  27th Floor
 �framework New York, NY  10020                              ⌐

Delaware Department of State
U.C.C. Filing Section
Filed: 03:22 PM 01/27/2020
U.C.C. Initial Filing No: 2020 0630055

Service Request No:  20200580093

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PRO PHARMACY, LLC | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 311 South Wacker Drive, Suite 2640 | Chicago | IL | 60606 | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:

ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)   ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. **ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. **OPTIONAL FILER REFERENCE DATA:**
Filed with: DE - Secretary of State

F#724672
A#999292

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Katharine Boyajian          212-776-3773

B. E-MAIL CONTACT AT FILER (optional)
katharine.boyajian@us.dlapiper.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

Delaware Department of State
U.C.C. Filing Section
Filed: 12:36 PM 10/26/2022
U.C.C. Initial Filing No: 2020 0630055
Amendment No: 2022 8883464
Service Request No:  20223865260

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
**2020 0630055    Filed: 01/27/2020**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☑ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:

☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c

☐ ADD name: Complete item 7a or 7b, and item 7c

☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:   Complete for Party Information Change - provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME
**Pro Pharmacy LLC**

6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

7. CHANGED OR ADDED INFORMATION:   Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

7a. ORGANIZATION'S NAME
**Pro Pharmacy LLC**

7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1420 Kensington Road, Suite 102** | **Oak Brook** | **IL** | **60523** | **US** |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes.  ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

9a. ORGANIZATION'S NAME
**Loan Admin Co LLC, as Collateral Agent**

9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

10. OPTIONAL FILER REFERENCE DATA:
**File with DE Secretary of State**                                          385140-000037

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC 800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
FILINGDEPT@CSCINFO.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

801 ADLAI STEVENSON DR [211859038]

SPRINGFIELD, IL 62703

US

Delaware Department of State
U.C.C. Filing Section
Filed: 09:18 AM 05/27/2021
U.C.C. Initial Filing No: 2021 4122777

Service Request No:  20212144328

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| PRO PHARMACY, LLC | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 251 LITTLE FALLS DRIVE | WILMINGTON | | DE | 19808 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| CARDINAL HEALTH 110 LLC, D/B/A PARMED, AS AGENT | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 4220 HYDE PARK BOULEVARD | NIAGARA FALLS | | NY | 14305 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
**All prescription pharmaceutical products, over-the-counter pharmaceutical products, nutritional supplements, first-aid, health and beauty products, home health care products and equipment, medical and surgical supplies, medical products and inventory, general merchandise and supplies, sundries and any other products supplied by Secured Party of any kind whatsoever and wherever located, and whether now owned or hereafter acquired, and all products and proceeds thereof and any additions to, substitutions for, and replacements of any of the foregoing.**

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility    **6b.** Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)


CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Pro Pharmacy, LLC**

**Jurisdiction: Cook County, Illinois**

| | |
|---|---|
| **Search Type: Fixture Filings** | **Searched Through: 03/07/2024** |
| Results:    No Records Found | Searched: 5 Years |
| | Office: Recorder of Deeds |
| **Search Type: Federal Tax Lien** | **Searched Through: 03/07/2024** |
| Results:    No Records Found | Searched: 10 Years |
| | Office: Recorder of Deeds |
| **Search Type: State Tax Lien** | **Searched Through: 03/07/2024** |
| Results:    No Records Found | Searched: 20 Years |
| | Office: Recorder of Deeds |
| **Search Type: Judgment Lien** | **Searched Through: 03/07/2024** |
| Results:    No Records Found | Searched: 7 Years |
| | Office: Recorder of Deeds |

**Comments:** This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

| | |
|---|---|
| **Search Type: Litigation - Searched as Defendant** | **Searched Through: 03/19/2024** |
| Results:    No Records Found | Searched: 10 Years |
| | Office: Circuit Court |

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** **03/29/2024**
**Order #:** **97989188**
**Customer #:** **507877**
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Pro Pharmacy, LLC**

**Jurisdiction: U.S. District Court, Illinois Northern District**

| | | |
|---|---|---|
| **Search Type:** | **Federal Litigation - Searched as Defendant** | **Searched Through:** 03/21/2024 |
| Results: | No Records Found | Searched: 10 Years |
| | | Office: Northern District |

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | **385140.37** |
| **Reference 2:** | **KATIE BOYAJIAN** |

**Target Name: Pro Pharmacy, LLC**

**Jurisdiction: U.S. Bankruptcy Court, Illinois Northern District**

**Search Type: Bankruptcy - Searched as Petitioner**

Results:     No Records Found

**Searched Through: 03/21/2024**

Searched: 10 Years

Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

---

**Target Name:** Concierge Pharmacy LLC

---

**Jurisdiction:** Secretary of State, California

---

**Search Type: Federal Tax Lien**
Results:    No Records Found

**Searched Through:** 03/13/2024
Searched: 10 Years

**Search Type: State Tax Lien**
Results:    No Records Found

**Searched Through:** 03/13/2024
Searched: 10 Years

**Search Type: Judgment Lien**
Results:    No Records Found

**Searched Through:** 03/13/2024
Searched: 5 Years

**Search Type: UCC Lien**
Results:    See Attached Listing of Records Found with 11 Copies Attached

**Searched Through:** 03/13/2024
Searched: 5 Years

---

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Lien Solutions
UCC Search Report

The following represents a listing of the documentation you requested through a careful search of effective UCC filings recorded in the Office of the Secretary of State CA, Secretary of State licensed from the State of an independent third party and maintained in a computerized form and available through our offices. Variations of the Name and Address of the search key may appear on this report as a result of the search findings and your individual request for that information.

This report reflects record effective through Mar. 13, 2024.

Because we cannot independently verify the accuracy of the public information maintained by the responsible government agency or other sources of this data, we make no guaranties, representations or warranties as to the accuracy or completeness of this report. We cannot and do not accept any liability for errors or omissions.

State of CA, Secretary of State, Secretary of State UCC Debtor Name Search results performed on following

Search Key :

    Name = Concierge Pharmacy LLC


1.   187687782650   ORIGINAL filed on Dec. 17, 2018
     expires on Dec. 17, 2028
     Debtor                            CONCIERGE PHARMACY INC.
                                       23215 HAWTHORNE BLVD STE B
                                       TORRANCE, CA, 90505
     SecuredParty                      MCKESSON CORPORATION
                                       ONE POST STREET
                                       SAN FRANCISCO, CA, 94104
     CONTINUATION                      # U230086195631 filed on  Dec. 08, 2023


2.   197694587410   ORIGINAL filed on Jan. 30, 2019
     expires on Jan. 30, 2029
     Debtor                            CONCIERGE PHARMACY LLC
                                       23215 HAWTHORNE BLVD, STE B
                                       TORRANCE, CA, 90505
     Debtor                            CONCIERGE PHARMACY, INC.
                                       23215 HAWTHORNE BLVD #B
                                       TORRENCE, CA, 90505
     SecuredParty                      CARDINAL HEALTH 110 LLC, D/B/A PARMED, AS AGENT
                                       4220 HYDE PARK BOULEVARD
                                       NIAGARA FALLS, NY, 14305
     CHANGE DEBTOR                     # U210029792334 filed on  Mar. 11, 2021
     CONTINUATION                      # U230084645827 filed on  Dec. 01, 2023

3.      **197748580372   ORIGINAL filed on Nov. 26, 2019**
        **expires on Nov. 26, 2024**
        Debtor                          CONCIERGE PHARMACY INC
                                        23215 HAWTHORNE BLVD #B
                                        TORRANCE, CA, 90505
        SecuredParty                    ANDA, INC.
                                        2915 WESTON ROAD
                                        WESTON, FL, 33331


4.      **207764527030   ORIGINAL filed on Feb. 27, 2020**
        **expires on Feb. 27, 2025**
        Debtor                          CONCIERGE PHARMACY LLC
                                        311 SOUTH WACKER DRIVE, SUITE 2640
                                        CHICAGO, IL, 60606
        Debtor                          CONCIERGE PHARMACY LLC
                                        1420 KENSINGTON ROAD, SUITE 102
                                        OAK BROOK, IL, 60523
        SecuredParty                    LOAN ADMIN CO LLC, AS COLLATERAL AGENT
                                        2200 ATLANTIC STREET, SUITE 501
                                        STAMFORD, CT, 06902
        CHANGE DEBTOR                   # U220239520020 filed on  Oct. 26, 2022


5.      **207782140425   ORIGINAL filed on May. 28, 2020**
        **expires on May. 28, 2025**
        Debtor                          CONCIERGE PHARMACY LLC
                                        23215 HAWTHORNE BLVD #8
                                        TORRANCE, CA, 90505
        SecuredParty                    AMERISOURCEBERGEN DRUG CORPORATION
                                        1300 MORRIS DRIVE
                                        CHESTERBROOK, PA, 19087


6.      **U200014409427   ORIGINAL filed on Aug. 25, 2020**
        **expires on Aug. 25, 2025**
        Debtor                          CONCIERGE PHARMACY LLC
                                        23215 HAWTHORNE BLVD, STE B
                                        TORRANCE, CA, 90505
        SecuredParty                    MCKESSON CORPORATION
                                        ONE POST STREET
                                        SAN FRANCISCO, CA, 94104


**[End of Report]**

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Corporation Service Company
800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
Springfield, IL 62703-4261
USA

**DOCUMENT NUMBER: 75534470002**
**FILING NUMBER: 18-7687782650**
**FILING DATE: 12/17/2018 10:12**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

---

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| **1a. ORGANIZATION'S NAME** CONCIERGE PHARMACY INC. | | | | |

OR

| **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| **1c. MAILING ADDRESS** 23215 Hawthorne Blvd Ste B | **CITY** Torrance | **STATE** CA | **POSTAL CODE** 90505 | **COUNTRY** USA |
|---|---|---|---|---|

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| **2a. ORGANIZATION'S NAME** | | | | |
|---|---|---|---|---|
| | | | | |

OR

| **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| **2c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| **3a. ORGANIZATION'S NAME** McKesson Corporation | | | | |
|---|---|---|---|---|

OR

| **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|---|
| | | | | |

| **3c. MAILING ADDRESS** One Post Street | **CITY** San Francisco | **STATE** CA | **POSTAL CODE** 94104 | **COUNTRY** USA |
|---|---|---|---|---|

**4. COLLATERAL:** This financing statement covers the following collateral:
All assets of the Debtor, wherever located and whether now or hereafter existing and whether now owned or hereafter acquired, of every kind and description, tangible or intangible, including without limitation all accessions thereto and all products and proceeds thereof.

---

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)   ☐ being administered by a Decedent's Personal Representative

| **6a.** Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | **6b.** Check only if applicable and check only one box:  ☐ Agricultural Lien  ☐ Non-UCC Filing |
|---|---|

**7. ALTERNATIVE DESIGNATION (if applicable):**  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
[156398488]

---

**FILING OFFICE COPY**

U230086195631



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U230086195631 |
| Date Filed: 12/8/2023 |

| Submitter Information: | |
| --- | --- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

| Amendment Action Information: | |
| --- | --- |
| Initial Financing Statement File Number | 187687782650 |
| Date Filed | 12/17/2018 |
| Amendment Action | Continuation |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| Authorizing Secured Party Name | McKesson Corporation |
| --- | --- |

Optional Filer Reference Information:
2709 11109

B2314-6838 12/08/2023 3:39 AM Received by California Secretary of State

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Corporation Service Company |
| 800-858-5294 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| CORPORATION SERVICE COMPANY |
| 801 ADLAI STEVENSON DRIVE |
| Springfield, IL 62703-4261 |
| USA |

**DOCUMENT NUMBER:** 76412480002
**FILING NUMBER:** 19-7694587410
**FILING DATE:** 01/30/2019 11:40

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| CONCIERGE PHARMACY, INC. | | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 23215 HAWTHORNE BLVD #B | TORRENCE | CA | 90505 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| | | | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| CARDINAL HEALTH 110 LLC, d/b/a ParMed, AS AGENT | | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
|---|---|---|---|---|---|
| | | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4220 Hyde Park Boulevard | Niagara Falls | NY | 14305 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

All business assets, including but not limited to, goods, equipment, inventory, accounts, accounts receivable, chattel paper, instruments, investment property and all general intangibles, books and records, computer programs and records, and other personal property, tangible or intangible, related to any of the foregoing (including, without limitation, all prescription files, patient lists, signs, appliances, cash registers, computers, computer software, shelving, check-out counters, compressors, freezers, coolers, display cases, customer records, sundries, tobacco products, prescription and over-the-counter pharmaceutical products, health and beauty aids, home healthcare products and general merchandise and supplies); all accessions and additions to, substitutions for, and replacements of any of the foregoing; all proceeds or products of any of the foregoing; and all rights to payments under any insurance or warranty, guaranty, or indemnity payable with respect to any of the foregoing (collectively, the "Collateral").

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)    ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | | | 6b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | | | ☐ Agricultural Lien ☐ Non-UCC Filing | |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

| 8. OPTIONAL FILER REFERENCE DATA: |
|---|
| [158432774] |

**FILING OFFICE COPY**

U210029792334



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :---: |
| **-FILED-** |
| File #: U210029792334 |
| Date Filed: 3/11/2021 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

Amendment Action Information:

| | |
| --- | --- |
| Initial Financing Statement File Number | 197694587410 |
| Date Filed | 01/30/2019 |
| Amendment Action | Debtor Amendment |
| Debtor Action | Edit Debtor |

Edit Debtor:

| Debtor Name | Mailing Address |
| --- | --- |
| *Changed From:*<br>CONCIERGE PHARMACY, INC.<br>*Changed To:*<br>CONCIERGE PHARMACY LLC | *Changed From:*<br>23215 HAWTHORNE BLVD #B<br>TORRENCE, CA 90505<br>*Changed To:*<br>23215 HAWTHORNE BLVD, STE B<br>TORRANCE, CA 90505 |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| Authorizing Secured Party Name | CARDINAL HEALTH 110 LLC, d/b/a ParMed, AS AGENT |
| --- | --- |

Optional Filer Reference Information:
Debtor:CONCIERGE PHARMACY, INC. 2076 50994



U230084645827



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U230084645827

Date Filed: 12/1/2023

| Submitter Information: | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

| Amendment Action Information: | |
|---|---|
| Initial Financing Statement File Number | 197694587410 |
| Date Filed | 01/30/2019 |
| Amendment Action | Continuation |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

Authorizing Secured Party Name    CARDINAL HEALTH 110 LLC, d/b/a ParMed, AS AGENT

Optional Filer Reference Information:
2704 59697

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Corporation Service Company<br>800-858-5294 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>CORPORATION SERVICE COMPANY<br>801 ADLAI STEVENSON DRIVE<br>Springfield, IL 62703-4261<br>USA | **DOCUMENT NUMBER: 83966340002**<br>**FILING NUMBER: 19-7748580372**<br>**FILING DATE: 11/26/2019 08:36**<br><br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| OR | **1a. ORGANIZATION'S NAME**<br>Concierge Pharmacy inc | | | | |
| | **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **1c. MAILING ADDRESS**<br>23215 Hawthorne Blvd #B | | **CITY**<br>Torrance | **STATE**<br>CA | **POSTAL CODE**<br>90505 | **COUNTRY**<br>USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| OR | **2a. ORGANIZATION'S NAME** | | | | |
| | **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **2c. MAILING ADDRESS** | | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| OR | **3a. ORGANIZATION'S NAME**<br>Anda, Inc. | | | | |
| | **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| **3c. MAILING ADDRESS**<br>2915 Weston Road | | **CITY**<br>Weston | **STATE**<br>FL | **POSTAL CODE**<br>33331 | **COUNTRY**<br>USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

For all other Secretaries of State
All personal property of Debtor, wherever located, and now owned or hereafter acquired, consisting of that portion of Debtor's inventory comprised of pharmaceutical products purchased by Debtor from Secured Party and all proceeds of same.

For Secretary of State of California:
All negotiable instruments including proceeds and products-
All accounts receivables including proceeds and products-
All inventory including proceeds and products-
All equipment including proceeds and products-

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)    ☐ being administered by a Decedent's Personal Representative

| **6a.** Check only if applicable and check only one box: | **6b.** Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien    ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):**    ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
[173498043]

**FILING OFFICE COPY**

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

| | |
|---|---|
| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐ | |

| | |
|---|---|
| 9a. ORGANIZATION'S NAME<br>Concierge Pharmacy inc | |

**OR**

| | | |
|---|---|---|
| 9b. INDIVIDUAL'S SURNAME | | |
| FIRST PERSONAL NAME | | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |

**DOCUMENT NUMBER: 83966340002**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | | |
|---|---|---|---|---|---|
| 10a. ORGANIZATION'S NAME | | | | | |
| 10b. INDIVIDUAL'S SURNAME | | | | | |
| **OR** INDIVIDUAL'S FIRST PERSONAL NAME | | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | | |
|---|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | | |
| **OR** 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| |
|---|
| 12. ADDITIONAL SPACE FOR ITEM 4 (collateral):<br>All General Intangibles including proceeds and products |

| | |
|---|---|
| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT:<br>☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing. |
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |
| 17. MISCELLANEOUS: | |

FILING OFFICE COPY

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**20-7764527030**

**02/27/2020 15:06**

FILED
CALIFORNIA
SECRETARY OF STATE

SOS

86474200005    UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
Inna Mankevych                    (212) 335-4500

B. E-MAIL CONTACT AT FILER (optional)
inna.mankevych@dlapiper.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

***PLEASE RETURN TO***
*CSC*
*2710 Gateway Oaks Drive, Suite 150N*
*Sacramento, CA 95833*
*Acct. #10011306*

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | |
|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | |
| OR Concierge Pharmacy LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 2640 | Chicago | IL | 60606 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | |
|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | |
| OR | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | |
|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | |
| OR LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

4. COLLATERAL: This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility     6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: CA - Secretary of State          B2S 195426-2          F#729818          A#1006293

B1183-5024 10/26/2022 5:00 PM Received by California Secretary of State

For Office Use Only

**-FILED-**

File No.: U220239520020

Date Filed: 10/26/2022

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Katharine Boyajian          212-776-3773

**B. E-MAIL CONTACT AT FILER** (optional)
katharine.boyajian@us.dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

*\*\*\*PLEASE RETURN TO\*\*\**

*CSC*
*2710 Gateway Oaks Drive, Suite 150N*
*Sacramento, CA 95833*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
20-7764527030    **Filed: 02/27/2020**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9.
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:
This Change affects ☑ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:
☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Concierge Pharmacy LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Concierge Pharmacy LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1420 Kensington Road, Suite 102** | **Oak Brook** | **IL** | **60523** | **US** |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Loan Admin Co LLC, as Collateral Agent** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. **OPTIONAL FILER REFERENCE DATA:**
File with CA Secretary of State

bn2 080200-3          385140-000037

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)          International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Lien Solutions |
| 800-331-3282 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| Lien Solutions |
| P.O. Box 29071 |
| Glendale, CA 91209-9071 |
| USA |

**DOCUMENT NUMBER: 89295480002**
**FILING NUMBER: 20-7782140425**
**FILING DATE: 05/28/2020 08:58**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| OR | 1a. ORGANIZATION'S NAME CONCIERGE PHARMACY LLC | | | | |
|---|---|---|---|---|---|
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | 1c. MAILING ADDRESS 23215 Hawthorne Blvd #8 | CITY Torrance | STATE CA | POSTAL CODE 90505 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| OR | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| OR | 3a. ORGANIZATION'S NAME AMERISOURCEBERGEN DRUG CORPORATION | | | | |
|---|---|---|---|---|---|
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | 3c. MAILING ADDRESS 1300 Morris Drive | CITY Chesterbrook | STATE PA | POSTAL CODE 19087 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:
All of Debtor's Inventory, whether now owned or hereafter acquired, including, without limitation, related Accounts and Proceeds thereof. Any defined terms used herein shall have the meaning set forth in the Uniform Commercial Code.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)   ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CA-0-75240919-59162209

**FILING OFFICE COPY**

U200014409427



## STATE OF CALIFORNIA
*Office of the Secretary of State, Alex Padilla*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
# -FILED-

File #: U200014409427

Date Filed: 8/25/2020

Submitter Information:

| | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| CONCIERGE PHARMACY LLC | 23215 HAWTHORNE BLVD, STE B TORRANCE, CA 90505 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| MCKESSON CORPORATION | ONE POST STREET SAN FRANCISCO, CA 94104 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All assets of the Debtor, wherever located and whether now or hereafter existing and whether now owned or hereafter acquired, of every kind and description, tangible or intangible, including without limitation all accessions thereto and all products and proceeds thereof.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
1974 25607

B0319-0081 08/25/2020 9:55 AM Received by California Secretary of State

**CT Corporation**
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:**          **03/29/2024**
**Order #:**       **97989188**
**Customer #:** **507877**
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **Concierge Pharmacy LLC**

**Jurisdiction:** **Cook County, Illinois**

| | |
|---|---|
| **Search Type: Fixture Filings** | **Searched Through: 03/07/2024** |
| Results:          No Records Found | Searched: 5 Years |
| | Office: Recorder of Deeds |
| **Search Type: Federal Tax Lien** | **Searched Through: 03/07/2024** |
| Results:          No Records Found | Searched: 10 Years |
| | Office: Recorder of Deeds |
| **Search Type: State Tax Lien** | **Searched Through: 03/07/2024** |
| Results:          No Records Found | Searched: 20 Years |
| | Office: Recorder of Deeds |
| **Search Type: Judgment Lien** | **Searched Through: 03/07/2024** |
| Results:          No Records Found | Searched: 7 Years |
| | Office: Recorder of Deeds |

**Comments:**          This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

| | |
|---|---|
| **Search Type: Litigation - Searched as Defendant** | **Searched Through: 03/19/2024** |
| Results:          No Records Found | Searched: 10 Years |
| | Office: Circuit Court |

**Comments:**          This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
Service Solutions Team 2
555 Capitol Mall
Ste 1150
Sacramento, CA 95814
000000000
Oluwatosin.Ademoye@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:**         **03/29/2024**
**Order #:**      **97989188**
**Customer #:** **507877**
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Concierge Pharmacy LLC**

**Jurisdiction: U.S. District Court, Illinois Northern District**

**Search Type: Federal Litigation - Searched as Defendant**       **Searched Through: 03/21/2024**
Results:       No Records Found       Searched: 10 Years
       Office: Northern District

**Comments:**       This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** **03/29/2024**
**Order #:** **97989188**
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **Concierge Pharmacy LLC**

**Jurisdiction:** **U.S. Bankruptcy Court, Illinois Northern District**

**Search Type:** **Bankruptcy - Searched as Petitioner**

Results:    No Records Found

**Searched Through: 03/21/2024**

Searched: 10 Years

Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Primecare Pharmacy LLC**

**Jurisdiction: Secretary of State, California**

| | | |
|---|---|---|
| **Search Type: Federal Tax Lien** | | **Searched Through:** 03/13/2024 |
| Results: | No Records Found | Searched: 10 Years |
| **Search Type: State Tax Lien** | | **Searched Through:** 03/13/2024 |
| Results: | No Records Found | Searched: 10 Years |
| **Search Type: Judgment Lien** | | **Searched Through:** 03/13/2024 |
| Results: | No Records Found | Searched: 5 Years |
| **Search Type: UCC Lien** | | **Searched Through:** 03/13/2024 |
| Results: | See Attached Listing of Records Found with 13 Copies Attached | Searched: 5 Years |

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

Date: Mar. 26, 2024                                                                                       Page: 1

CT Lien Solutions
UCC Search Report

The following represents a listing of the documentation you requested through a careful search
of effective UCC filings recorded in the Office of the Secretary of State CA, Secretary of State
licensed from the State of an independent third party and maintained in a computerized form
and available through our offices. Variations of the Name and Address of the search key may
appear on this report as a result of the search findings and your individual request for that
information.

This report reflects record effective through Mar. 13, 2024.

Because we cannot independently verify the accuracy of the public information maintained by
the responsible government agency or other sources of this data, we make no guaranties,
representations or warranties as to the accuracy or completeness of this report. We cannot and
do not accept any liability for errors or omissions.

State of CA, Secretary of State, Secretary of State UCC Debtor Name Search results performed on
following

Search Key :

      Name = Primecare Pharmacy LLC


1.   207764526908   ORIGINAL filed on Feb. 27, 2020
     expires on Feb. 27, 2025
     Debtor                              PRIMECARE PHARMACY LLC
                                         1420 KENSINGTON ROAD, SUITE 102
                                         OAK BROOK, IL, 60523
     Debtor                              PRIMECARE PHARMACY LLC
                                         311 SOUTH WACKER DRIVE, SUITE 2640
                                         CHICAGO, IL, 60606
     SecuredParty                        LOAN ADMIN CO LLC, AS COLLATERAL AGENT
                                         2200 ATLANTIC STREET, SUITE 501
                                         STAMFORD, CT, 06902
     CHANGE DEBTOR                       # U220239521628 filed on  Oct. 26, 2022


2.   207775976595   ORIGINAL filed on Apr. 30, 2020
     expires on Apr. 30, 2025
     Debtor                              PRIMECARE PHARMACY INC
                                         801 S. VERMONT AVE.
                                         LOS ANGELES, CA, 90005
     Debtor                              PRIMECARE PHARMACY INC
                                         801 S. VERMONT AVE. #104/#105
                                         LOS ANGELES, CA, 90005
     SecuredParty                        READYCAP LENDING, LLC
                                         200 CONNELL DRIVE, SUITE 4000
                                         BERKELEY HEIGHTS, NJ, 07922
     AMENDMENT                           # 2078045073 filed on  Jul. 10, 2020

Date: Mar. 26, 2024                                                                                    Page: 2

| | |
|---|---|
| AMENDMENT | # 2078045073 filed on  Jul. 10, 2020 |
| TERMINATION | # U230001794730 filed on  Jan. 09, 2023 |

3.    **207782099529  ORIGINAL filed on May. 27, 2020**
expires on May. 27, 2025

| | |
|---|---|
| Debtor | PRIMECARE PHARMACY LLC |
| | 32144 AGOURA RD |
| | WESTLAKE VILLAGE, CA, 91361 |
| SecuredParty | AMERISOURCEBERGEN DRUG CORPORATION |
| | 1300 MORRIS DRIVE |
| | CHESTERBROOK, PA, 19087 |

4.    **U210000333419   ORIGINAL filed on Dec. 07, 2020**
expires on Dec. 07, 2025

| | |
|---|---|
| Debtor | PRIMECARE PHARMACY, INC. |
| | 801 S. VERMONT AVENUE, STE 104 |
| | LOS ANGELES, CA, 90005 |
| SecuredParty | M K PHARMACY, INC. |
| | 3427 W. 172ND STREET |
| | TORRANCE, CA, 90504 |
| SecuredParty | KIM ROSA YOUN |
| | 3427 W. 172ND STREET |
| | TORRANCE, CA, 90504 |

5.    **U210050157316   ORIGINAL filed on May. 26, 2021**
expires on May. 26, 2026

| | |
|---|---|
| Debtor | PRIMECARE PHARMACY LLC |
| | 32144 AGOURA RD STE #101 |
| | WESTLAKE VILLAGE, CA, 91361 |
| SecuredParty | CARDINAL HEALTH 110 LLC, D/B/A PARMED, AS AGENT |
| | 4220 HYDE PARK BOULEVARD |
| | NIAGARA FALLS, NY, 14305 |

6.    **U220237361231   ORIGINAL filed on Oct. 20, 2022**
expires on Oct. 20, 2027

| | |
|---|---|
| Debtor | PRIMECARE PHARMACY LLC |
| | 32144 AGOURA RD #101 |
| | WESTLAKE VILLAGE, CA, 60523 |
| SecuredParty | INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC |
| | 5025 PLANO PARKWAY |
| | CARROLLTON, TX, 75010 |

**[End of Report]**

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**20-7764526908**

**02/27/2020 15:06**

**FILED**
CALIFORNIA
SECRETARY OF STATE

SOS

86474200004  UCC 1 FILING

A. NAME & PHONE OF CONTACT AT FILER (optional)
Inna Mankevych                    (212) 335-4500

B. E-MAIL CONTACT AT FILER (optional)
inna.mankevych@dlapiper.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

***PLEASE RETURN TO***
CSC
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833
Acct. #10011306

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Primecare Pharmacy LLC | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 311 South Wacker Drive, Suite 2640 | Chicago | IL | 60606 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

4. COLLATERAL: This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: CA - Secretary of State

F#729819
A#1006295

International Association of Commercial Administrators (IACA)

For Office Use Only

# -FILED-

File No.: U220239521628

Date Filed: 10/26/2022

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Katharine Boyajian          212-776-3773

**B. E-MAIL CONTACT AT FILER** (optional)
katharine.boyajian@us.dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

*\*\*\*PLEASE RETURN TO\*\*\**

*CSC*
*2710 Gateway Oaks Drive, Suite 150N*
*Sacramento, CA 95833*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
**20-7764526908    Filed: 02/27/2020.**

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☑ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:

☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c

☐ ADD name: Complete item 7a or 7b, and item 7c

☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Primecare Pharmacy LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Primecare Pharmacy LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1420 Kensington Road, Suite 102** | **Oak Brook** | **IL** | **60523** | **US** |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral

Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Loan Admin Co LLC, as Collateral Agent** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
**File with CA Secretary of State**                    BN2 080200-4                    **385140-000037**

International Association of Commercial Administrators (IACA)

B1183-5026 10/26/2022 5:00 PM Received by California Secretary of State

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>MELISSAH<br>(800) 737-8012 | |
| B. E-MAIL CONTACT AT FILER (optional) | |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address)<br>UCC eZFILE<br>2020 HURLEY WAY STE 350<br>Sacramento, CA 95825<br>USA | **DOCUMENT NUMBER: 88377550002**<br>**FILING NUMBER: 20-7775976595**<br>**FILING DATE: 04/30/2020 16:52**<br><br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| OR | **1a. ORGANIZATION'S NAME**<br>PRIMECARE PHARMACY INC | | | | |
| | **1b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | **1c. MAILING ADDRESS**<br>801 S. Vermont Ave. | **CITY**<br>Los Angeles | **STATE**<br>CA | **POSTAL CODE**<br>90005 | **COUNTRY**<br>USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | | |
|---|---|---|---|---|---|
| OR | **2a. ORGANIZATION'S NAME** | | | | |
| | **2b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | **2c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | | |
|---|---|---|---|---|---|
| OR | **3a. ORGANIZATION'S NAME**<br>READYCAP LENDING, LLC | | | | |
| | **3b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | **3c. MAILING ADDRESS**<br>200 CONNELL DRIVE, SUITE 4000 | **CITY**<br>BERKELEY HEIGHTS | **STATE**<br>NJ | **POSTAL CODE**<br>07922 | **COUNTRY**<br>USA |

4. COLLATERAL: This financing statement covers the following collateral:
EXHIBIT A

All assets and property including but not limited to the following:

All equipment and machinery, (excluding motor vehicles), including power-driven machinery and equipment, furniture and trade fixtures now owned or hereafter acquired, together with all replacements thereof, all attachments, accessories, accessions, parts and tools belonging thereto or for use in connections therewith, wherever located.

All goods and accessions.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)    ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction    ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien    ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable):    ☐ Lessee/Lessor    ☐ Consignee/Consignor    ☐ Seller/Buyer    ☐ Bailee/Bailor    ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

| | |
|---|---|
| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ⬛ | |

| | | |
|---|---|---|
| **OR** | 9a. ORGANIZATION'S NAME<br>PRIMECARE PHARMACY INC | |
| | 9b. INDIVIDUAL'S SURNAME | |
| | FIRST PERSONAL NAME | |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**DOCUMENT NUMBER: 88377550002**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | | | |
|---|---|---|---|---|---|---|
| **OR** | 10a. ORGANIZATION'S NAME | | | | | |
| | 10b. INDIVIDUAL'S SURNAME | | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | | SUFFIX |
| 10c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | | | |
|---|---|---|---|---|---|
| **OR** | 11a. ORGANIZATION'S NAME | | | | |
| | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):

All inventory, raw materials, work in process and supplies now owned or hereafter acquired.

All accounts, deposit accounts, accounts receivable now outstanding or hereafter arising, and all books, and records pertaining thereto and all additions, substitutions, replacements and proceeds thereof.

All contract rights, documents, instruments and promissory notes, investment property, chattel paper, general intangibles and payment intangibles now in force or hereafter acquired, including good will and all other assets, leases, rights to leases or leased properties.

| | |
|---|---|
| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT:<br>☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing. |
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |
| 17. MISCELLANEOUS: | |

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS**

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ⬚

| | | |
|---|---|---|
| **OR** | 9a. ORGANIZATION'S NAME<br>PRIMECARE PHARMACY INC | |
| | 9b. INDIVIDUAL'S SURNAME | |
| | FIRST PERSONAL NAME | |
| | ADDITIONAL NAME(S)/INTITAL(S) | **SUFFIX** |

**DOCUMENT NUMBER: 88377550002**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **OR** | 10a. ORGANIZATION'S NAME | | | | | | |
| | 10b. INDIVIDUAL'S SURNAME | | | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | | | **SUFFIX** |
| 10c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | | COUNTRY |

11. ⬚ ADDITIONAL SECURED PARTY'S NAME or ⬚ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | | | |
|---|---|---|---|---|---|
| **OR** | 11a. ORGANIZATION'S NAME | | | | |
| | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):

All of the above, whether now or hereafter owned and wherever located and the proceeds thereof.

All the described collateral falls within the scope of Article 9 as enacted by the state.

| | |
|---|---|
| 13. ⬚ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT:<br>⬚ covers timber to be cut   ⬚ covers as-extracted collateral   ⬚ is filed as a fixture filing. |
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |
| 17. MISCELLANEOUS: | |

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Melissa Hopton<br>800-737-8012 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>CORPSMART<br>106 5TH AVE SE<br>OLYMPIA, WA 98501<br>USA | **DOCUMENT NUMBER: 92814600002**<br>**FILING NUMBER: 20-78045073**<br>**FILING DATE: 07/10/2020 07:19**<br><br>IMAGE GENERATED ELECTRONICALLY FOR WEB FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER<br>20-7775976595 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes: **AND** Check one of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record.   ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| OR | 6a. ORGANIZATION'S NAME<br>PRIMECARE PHARMACY INC | | | |
|---|---|---|---|---|
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| OR | 7a. ORGANIZATION'S NAME<br>PRIMECARE PHARMACY INC | | | |
|---|---|---|---|---|
| | 7b. INDIVIDUAL'S SURNAME | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS<br>801 S. Vermont Ave. #104/#105 | CITY<br>Los Angeles | STATE<br>CA | POSTAL CODE<br>90005 | COUNTRY<br>USA |
|---|---|---|---|---|

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| OR | a. ORGANIZATION'S NAME<br>READYCAP LENDING, LLC | | | |
|---|---|---|---|---|
| | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Melissa Hopton<br>800-737-8012 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>CORPSMART<br>106 5TH AVE SE<br>OLYMPIA, WA 98501<br>USA | **DOCUMENT NUMBER: 92814600002**<br>**FILING NUMBER: 20-78045073**<br>**FILING DATE: 07/10/2020 07:19**<br><br>IMAGE GENERATED ELECTRONICALLY FOR WEB FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER<br>20-7775976595 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:          **AND** Check one of these three boxes to:
This Change affects ☑ Debtor or ☐ Secured Party of record.    ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c  ☐ ADD name: Complete item 7a or 7b, and item 7c  ☐ DELETE name: Give record name to be deleted in item 6a or 6b

| 6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b) | | | |
|---|---|---|---|
| **OR** | 6a. ORGANIZATION'S NAME<br>PRIMECARE PHARMACY INC | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | |
|---|---|---|---|
| **OR** | 7a. ORGANIZATION'S NAME<br>PRIMECARE PHARMACY INC | | |
| | 7b. INDIVIDUAL'S SURNAME | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

| 7c. MAILING ADDRESS<br>801 S. Vermont Ave. #104/#105 | CITY<br>Los Angeles | STATE<br>CA | POSTAL CODE<br>90005 | COUNTRY<br>USA |
|---|---|---|---|---|

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

| 9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)<br>If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor | | | |
|---|---|---|---|
| **OR** | a. ORGANIZATION'S NAME<br>READYCAP LENDING, LLC | | |
| | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:

**FILING OFFICE COPY**


U230001794730



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT AMENDMENT (UCC 3)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: U230001794730 |
| Date Filed: 1/9/2023 |

| Submitter Information: | |
| --- | --- |
| Contact Name | CORPSMART |
| Organization Name | CORPSMART |
| Phone Number | (800) 737-8012 |
| Email Address | FILINGS@CORP-SMART.COM |
| Address | 106 5TH AVE. SE |
| | Olympia, WA 98501 |

| Amendment Action Information: | |
| --- | --- |
| Initial Financing Statement File Number | 207775976595 |
| Date Filed | 04/30/2020 |
| Amendment Action | Termination |

Name of Secured Party of Record Authorizing This Amendment:

☐ If this Amendment is authorized by a Debtor, check this box and select the name of the Authorizing Debtor below.

| Authorizing Secured Party Name | READYCAP LENDING, LLC |
| --- | --- |

Optional Filer Reference Information:
0391611-6101 Primecare Pharmacy Inc

Miscellaneous Information:

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| Lien Solutions |
| 800-331-3282 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
|---|
| Lien Solutions |
| P.O. Box 29071 |
| Glendale, CA 91209-9071 |
| USA |

**DOCUMENT NUMBER: 89286960002**
**FILING NUMBER: 20-7782099529**
**FILING DATE: 05/27/2020 16:20**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PRIMECARE PHARMACY LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 32144 Agoura Rd | Westlake Village | CA | 91361 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1300 Morris Drive | Chesterbrook | PA | 19087 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All of Debtor's Inventory, whether now owned or hereafter acquired, including, without limitation, related Accounts and Proceeds thereof. Any defined terms used herein shall have the meaning set forth in the Uniform Commercial Code.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)   ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

| 8. OPTIONAL FILER REFERENCE DATA: |
|---|
| CA-0-75234027-59159115 |

**FILING OFFICE COPY**

B0354-6320 12/07/2020 5:00 PM Received by California Secretary of State

For Office Use Only

**-FILED-**

File #: U210000333419

Date Filed: 12/7/2020

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Ace Escrow, Inc.
3030 W. 8th Street, Ste 408
Los Angeles, CA 90005

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Primecare Pharmacy, Inc. | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 801 S. Vermont Avenue, Ste 104 | Los Angeles | CA | 90005 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| M K Pharmacy, Inc. | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3427 W. 172nd Street | Torrance | CA | 90504 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
FURNITURE, FIXTURES, EQUIPMENT, TOOLS, GOODWILL, TRADENAME, LEASEHOLD INTERESTS, LEASEHOLD IMPROVEMENTS, ALL TRANSFERABLE PERMITS AND LICENSES, AND ALL INVENTORY OF STOCK IN TRADE OF BUSINESS KNOWN AS MARTIN PHARMACY LOCATED ON 801 S. VERMONT AVENUE, STE 104, LOS ANGELES, CA 90005

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

B0354-6321 12/07/2020 5:00 PM Received by California Secretary of State

## UCC FINANCING STATEMENT **ADDENDUM**
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR:  Same as line 1a or 1b on Financing Statement; if line 1b was left blank
because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |  |  |
|---|---|---|
| Primecare Pharmacy, Inc. |  |  |

OR

| 9b. INDIVIDUAL'S SURNAME |  |  |
|---|---|---|
|  |  |  |
| FIRST PERSONAL NAME |  |  |
|  |  |  |
| ADDITIONAL NAME(S)/INITIAL(S) |  | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name;
do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |  |  |  |  |
|---|---|---|---|---|
| Martin Pharmacy |  |  |  |  |

OR

| 10b. INDIVIDUAL'S SURNAME |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
| INDIVIDUAL'S FIRST PERSONAL NAME |  |  |  |  |
|  |  |  |  |  |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) |  |  |  | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
|  |  |  |  |  |

11. ☑ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
|  |  |  |  |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| Kim | Rosa | Youn |  |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3427 W. 172nd Street | Torrance | CA | 90504 | USA |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS  (if applicable) | 14. This FINANCING STATEMENT: |
|---|---|
|  | ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing |

| 15. Name and address of a RECORD OWNER of real estate described in Item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |
|---|---|
|  |  |

17. MISCELLANEOUS:

UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad) (Rev. 04/20/11)


U210050157316



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U210050157316 |
| Date Filed: 5/26/2021 |

Submitter Information:

| | |
| --- | --- |
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR SPRINGFIELD, IL 62703 |

Debtor Information:

| Debtor Name | Mailing Address |
| --- | --- |
| PRIMECARE PHARMACY LLC | 32144 AGOURA RD STE #101 WESTLAKE VILLAGE, CA 91361 |

Secured Party Information:

| Secured Party Name | Mailing Address |
| --- | --- |
| CARDINAL HEALTH 110 LLC, D/B/A PARMED, AS AGENT | 4220 HYDE PARK BOULEVARD NIAGARA FALLS, NY 14305 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All prescription pharmaceutical products, over-the-counter pharmaceutical products, nutritional supplements, first-aid, health and beauty products, home health care products and equipment, medical and surgical supplies, medical products and inventory, general merchandise and supplies, sundries and any other products supplied by Secured Party of any kind whatsoever and wherever located, and whether now owned or hereafter acquired, and all products and proceeds thereof and any additions to, substitutions for, and replacements of any of the foregoing.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
2118 24402




**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: U220237361231

Date Filed: 10/20/2022

Submitter Information:

| | |
|---|---|
| Contact Name | WOLTERS KLUWER LIEN SOLUTIONS |
| Organization Name | LIEN SOLUTIONS |
| Phone Number | 800-331-3282 |
| Email Address | uccfilingreturn@wolterskluwer.com |
| Address | P.O. BOX 29071 GLENDALE, CA 912099071 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| PRIMECARE PHARMACY LLC | 32144 AGOURA RD #101 WESTLAKE VILLAGE, CA 60523 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| INTEGRATED COMMERCIALIZATION SOLUTIONS, LLC | 5025 PLANO PARKWAY CARROLLTON, TX 75010 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
Debtor grants to Secured Party, a purchase money security interest in Inventory and a lien upon and security interest in all its personal property and any and all additions, substitutions, Accessions and Proceeds thereto or thereof, wherever located, and now owned or hereafter acquired or arising, including the following (collectively, the "Collateral"): All of Debtor's (a) Accounts; (b) Inventory; (c) Chattel Paper; (d) Commercial Tort Claims as disclosed on Debtor's Financial Statements; (e) Deposit Accounts; (f) Documents; (g) Equipment; (h) General Intangibles; (i) Goods; (j) Instruments; (k) Investment Property; (l) Letter of Credit Rights; (m) insurance on all of the foregoing and the proceeds of that insurance; (n) Debtor's money and other property of every kind and nature now or at any time or times hereafter in the possession of or under the control of Secured Party, and (o) the Cash proceeds, Noncash proceeds and products of all of the foregoing and the Proceeds of other Proceeds. All capitalized terms used but not defined herein have the meanings given to them in the Uniform Commercial Code as in effect in any jurisdiction in which any of the Collateral may at the time be located (the "UCC").

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
89452895



# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Primecare Pharmacy LLC**

**Jurisdiction: Cook County, Illinois**

| | |
|---|---|
| **Search Type: Fixture Filings** | **Searched Through: 03/07/2024** |
| Results:    No Records Found | Searched: 5 Years |
| | Office: Recorder of Deeds |
| **Search Type: Federal Tax Lien** | **Searched Through: 03/07/2024** |
| Results:    No Records Found | Searched: 10 Years |
| | Office: Recorder of Deeds |
| **Search Type: State Tax Lien** | **Searched Through: 03/07/2024** |
| Results:    No Records Found | Searched: 20 Years |
| | Office: Recorder of Deeds |
| **Search Type: Judgment Lien** | **Searched Through: 03/07/2024** |
| Results:    No Records Found | Searched: 7 Years |
| | Office: Recorder of Deeds |

**Comments:** This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

| | |
|---|---|
| **Search Type: Litigation - Searched as Defendant** | **Searched Through: 03/19/2024** |
| Results:    No Records Found | Searched: 10 Years |
| | Office: Circuit Court |

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: Primecare Pharmacy LLC**

**Jurisdiction: U.S. District Court, Illinois Northern District**

**Search Type: Federal Litigation - Searched as Defendant**    **Searched Through: 03/21/2024**
Results:        No Records Found                                 Searched: 10 Years
                                                                 Office: Northern District

**Comments:**        This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Primecare Pharmacy LLC**

**Jurisdiction: U.S. Bankruptcy Court, Illinois Northern District**

**Search Type: Bankruptcy - Searched as Petitioner**

Results:    No Records Found

**Searched Through: 03/21/2024**

Searched: 10 Years

Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

---

**Target Name:** **Rose Pharmacy RM LLC**

---

**Jurisdiction:** **Secretary of State, Delaware**

---

**Search Type:** **Federal Tax Lien**
Results:     No Records Found /See Attached Certified Search

**Searched Through:** 03/14/2024
Searched: 10 Years

**Search Type:** **UCC Lien**
Results:     See Attached Certified Search with 4 Copies Attached

**Searched Through:** 03/14/2024
Searched: 5 Years

---

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

*Page 1*

### The First State

CERTIFICATE

SEARCHED MARCH 26, 2024 AT 2:55 P.M.
FOR DEBTOR, ROSE PHARMACY RM LLC

| 1 OF 3 | FINANCING STATEMENT | 20204513000 |

EXPIRATION DATE: 06/30/2025

DEBTOR:      ROSE PHARMACY RM LLC

311 SOUTH WACKER DRIVE, SUITE 2460      ADDED      06-30-20

CHICAGO, IL US 60606                                      REMOVED 10-26-22

DEBTOR:      ROSE PHARMACY RM LLC

1420 KENSINGTON ROAD,                        ADDED      10-26-22

SUITE 102

OAK BROOK, IL US 60523

SECURED:      LOAN ADMIN CO LLC, AS COLLATERAL AGENT

2200 ATLANTIC STREET, SUITE 501      ADDED      06-30-20

STAMFORD, CT US 06902


F I L I N G   H I S T O R Y

20204513000      FILED 06-30-20      AT 12:48 P.M.      FINANCING STATEMENT

20228882524      FILED 10-26-22      AT 12:35 P.M.      AMENDMENT



Jeffrey W. Bullock, Secretary of State

20256158426-UCC11
SR# 20241174702
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203115357
Date: 03-26-24

# Delaware

## The First State

```
    2 OF 3            FINANCING STATEMENT              20205865367
                  EXPIRATION DATE: 08/25/2025
DEBTOR:       ROSE PHARMACY RM LLC

              35400 BOB HOPE DRIVE #207              ADDED    08-25-20

              RANCHO MIRAGE, CA US 92270

SECURED:      MCKESSON CORPORATION

              ONE POST STREET                        ADDED    08-25-20

              SAN FRANCISCO, CA US 94104


                      F I L I N G   H I S T O R Y

    20205865367    FILED 08-25-20   AT 1:23 P.M.   FINANCING STATEMENT


    3 OF 3            FINANCING STATEMENT              20224813697
                  EXPIRATION DATE: 06/08/2027
DEBTOR:       ROSE PHARMACY RM LLC

              311 S WACKER DR STE 2640               ADDED    06-08-22

              CHICAGO, IL US 60606

SECURED:      CARDINAL HEALTH 110, LLC, AS AGENT
```

20256158426-UCC11
SR# 20241174702
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203115357
Date: 03-26-24



# Delaware

**Page 3**

### The First State

7000 CARDINAL PLACE                    ADDED    06-08-22

DUBLIN, OH US 43017


## F I L I N G   H I S T O R Y

20224813697     FILED 06-08-22    AT 1:59 P.M.    FINANCING STATEMENT


## E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, ROSE PHARMACY RM LLC AS OF MARCH
14, 2024 AT 11:59 P.M.



Jeffrey W. Bullock, Secretary of State

20256158426-UCC11                        Authentication: 203115357
SR# 20241174702                                 Date: 03-26-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Inna  Mankevych                    (212) 335-4500

B. E-MAIL CONTACT AT FILER (optional)
inna.mankevych@dlapiper.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY  10020

Delaware Department of State
U.C.C. Filing Section
Filed: 12:48 PM 06/30/2020
U.C.C. Initial Filing No: 2020 4513000

Service Request No:  20205991141

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ROSE PHARMACY RM LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 2460 | Chicago | IL | 60606 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

4. COLLATERAL: This financing statement covers the following collateral:
ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)  ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: DE - Secretary of State

F#747637
A#1031183

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Katharine Boyajian          212-776-3773

**B. E-MAIL CONTACT AT FILER** (optional)
katharine.boyajian@us.dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

Delaware Department of State
U.C.C. Filing Section
Filed: 12:35 PM 10/26/2022
U.C.C. Initial Filing No: 2020 4513000
Amendment No: 2022 8882524
Service Request No: 20223865256

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
**2020 4513000    Filed: 06/30/2020**

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                         AND Check one of these three boxes to:
This Change affects ☑ Debtor or ☐ Secured Party of record    ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b; and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Rose Pharmacy RM LLC | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Rose Pharmacy RM LLC | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1420 Kensington Road, Suite 102 | Oak Brook | IL | 60523 | US |

8. ☐ **COLLATERAL CHANGE:** Also check one of these four boxes.    ☐ ADD collateral    ☐ DELETE collateral    ☐ RESTATE covered collateral    ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Loan Admin Co LLC, as Collateral Agent | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
File with DE Secretary of State                                                          385140-000037

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC 800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
FILINGDEPT@CSCINFO.COM

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

801 ADLAI STEVENSON DR [197426552]

SPRINGFIELD, IL 62703

US

Delaware Department of State
U.C.C. Filing Section
Filed: 01:23 PM 08/25/2020
U.C.C. Initial Filing No: 2020 5865367

Service Request No:  20206925074

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| ROSE PHARMACY RM LLC | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 35400 BOB HOPE DRIVE #207 | RANCHO MIRAGE | CA | 92270 | | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| MCKESSON CORPORATION | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| ONE POST STREET | SAN FRANCISCO | CA | 94104 | | US |

4. COLLATERAL: This financing statement covers the following collateral:

**All assets of the Debtor, wherever located and whether now or hereafter existing and whether now owned or hereafter acquired, of every kind and description, tangible or intangible, including without limitation all accessions thereto and all products and proceeds thereof.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
CSC 800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**
FILINGDEPT@CSCINFO.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

801 ADLAI STEVENSON DR [233593144]

SPRINGFIELD, IL 62703

US

Delaware Department of State
U.C.C. Filing Section
Filed: 01:59 PM 06/08/2022
U.C.C. Initial Filing No: 2022 4813697

Service Request No:  20222659806

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ROSE PHARMACY RM LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 S WACKER DR STE 2640 | CHICAGO | IL | 60606 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CARDINAL HEALTH 110, LLC, AS AGENT | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7000 CARDINAL PLACE | DUBLIN | OH | 43017 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:
**All prescription pharmaceutical products, over-the-counter pharmaceutical products, nutritional supplements, first-aid, health and beauty products, home health care products and equipment, medical and surgical supplies, medical products and inventory, general merchandise and supplies, sundries and any other products supplied by Secured Party of any kind whatsoever and wherever located, and whether now owned or hereafter acquired, and all products and proceeds thereof and any additions to, substitutions for, and replacements of any of the foregoing.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility    6b. Check only if applicable and check only one box:  ☐ Agricultural Lien  ☐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators

CT Corporation
® a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: Rose Pharmacy RM LLC**

**Jurisdiction: Cook County, Illinois**

| | |
|---|---|
| **Search Type: Fixture Filings** | **Searched Through: 03/07/2024** |
| Results:   No Records Found | Searched: 5 Years |
| | Office: Recorder of Deeds |
| **Search Type: Federal Tax Lien** | **Searched Through: 03/07/2024** |
| Results:   No Records Found | Searched: 10 Years |
| | Office: Recorder of Deeds |
| **Search Type: State Tax Lien** | **Searched Through: 03/07/2024** |
| Results:   No Records Found | Searched: 20 Years |
| | Office: Recorder of Deeds |
| **Search Type: Judgment Lien** | **Searched Through: 03/07/2024** |
| Results:   No Records Found | Searched: 7 Years |
| | Office: Recorder of Deeds |

**Comments:**  This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

| | |
|---|---|
| **Search Type: Litigation - Searched as Defendant** | **Searched Through: 03/19/2024** |
| Results:   No Records Found | Searched: 10 Years |
| | Office: Circuit Court |

**Comments:**  This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** Rose Pharmacy RM LLC

**Jurisdiction:** U.S. District Court, Illinois Northern District

**Search Type:** Federal Litigation - Searched as Defendant

Results: No Records Found

**Searched Through:** 03/21/2024

Searched: 10 Years

Office: Northern District

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** Rose Pharmacy RM LLC

**Jurisdiction:** U.S. Bankruptcy Court, Illinois Northern District

**Search Type:** Bankruptcy - Searched as Petitioner
Results:        No Records Found

**Searched Through:** 03/21/2024
Searched: 10 Years
Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:**          03/29/2024
**Order #:**       97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **Rose Pharmacy SF LLC**

**Jurisdiction:** **Secretary of State, Delaware**

| | | |
|---|---|---|
| **Search Type:** **Federal Tax Lien** | | **Searched Through:** 03/14/2024 |
| Results: | No Records Found /See Attached Certified Search | Searched: 10 Years |
| | | |
| **Search Type:** **UCC Lien** | | **Searched Through:** 03/14/2024 |
| Results: | See Attached Certified Search with 5 Copies Attached | Searched: 5 Years |

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

*Page 1*

## The First State

CERTIFICATE

SEARCHED MARCH 26, 2024 AT 2:56 P.M.
FOR DEBTOR, ROSE PHARMACY SF LLC

1 OF 4            FINANCING STATEMENT                 20204512846

                  EXPIRATION DATE: 06/30/2025
DEBTOR:      ROSE PHARMACY SF LLC

             311 SOUTH WACKER DRIVE, SUITE 2460     ADDED    06-30-20

             CHICAGO, IL US 60606                   REMOVED 10-26-22

DEBTOR:      ROSE PHARMACY SF LLC

             1420 KENSINGTON ROAD,                  ADDED    10-26-22

             SUITE 102

             OAK BROOK, IL US 60523

SECURED:     LOAN ADMIN CO LLC, AS COLLATERAL AGENT

             2200 ATLANTIC STREET, SUITE 501        ADDED    06-30-20

             STAMFORD, CT US 06902


                  F I L I N G   H I S T O R Y

   20204512846     FILED 06-30-20    AT 12:47 P.M.   FINANCING STATEMENT

   20228883142     FILED 10-26-22    AT 12:36 P.M.   AMENDMENT



Jeffrey W. Bullock, Secretary of State

# Delaware

## The First State

Page 2

```
2 OF 4              FINANCING STATEMENT              20205865235
                EXPIRATION DATE: 08/25/2025
DEBTOR:      ROSE PHARMACY SF LLC

             12540 MCCANN DR                    ADDED    08-25-20

             SANTA FE SPRINGS, CA US 90670

SECURED:     MCKESSON CORPORATION

             ONE POST STREET                    ADDED    08-25-20

             SAN FRANCISCO, CA US 94104


                        F I L I N G   H I S T O R Y

     20205865235    FILED 08-25-20   AT 1:20 P.M.   FINANCING STATEMENT


     3 OF 4              FINANCING STATEMENT              20208705206
                EXPIRATION DATE: 12/10/2025
DEBTOR:      ROSE PHARMACY SF LLC

             12540 MCCANN DRIVE                 ADDED    12-10-20

             SANTA FE SPRINGS, CA US 90670

SECURED:     ASD SPECIALTY HEALTHCARE, LLC
```



Jeffrey W. Bullock, Secretary of State

20256158440-UCC11
SR# 20241174751
You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203115366
Date: 03-26-24

# Delaware

*Page 3*

## The First State

```
        5025 PLANO PARKWAY                    ADDED    12-10-20

        CARROLLTON, TX US 75010


                      F I L I N G   H I S T O R Y

        20208705206    FILED 12-10-20    AT 8:05 P.M.    FINANCING STATEMENT


        4 OF 4          FINANCING STATEMENT              20208705222
                EXPIRATION DATE: 12/10/2025
   DEBTOR:       ROSE PHARMACY SF LLC

                 12540 MCCANN DRIVE                    ADDED    12-10-20

                 SANTA FE SPRINGS, CA US 90670

   SECURED:      AMERISOURCEBERGEN DRUG CORPORATION

                 1300 MORRIS DRIVE                     ADDED    12-10-20

                 CHESTERBROOK, PA US 19087


                      F I L I N G   H I S T O R Y

        20208705222    FILED 12-10-20    AT 8:09 P.M.    FINANCING STATEMENT


            E N D   O F   F I L I N G   H I S T O R Y
```



Jeffrey W. Bullock, Secretary of State



# Delaware

*Page 4*

## The First State

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, ROSE PHARMACY SF LLC AS OF MARCH
14, 2024 AT 11:59 P.M.



Jeffrey W. Bullock, Secretary of State

20256158440-UCC11
SR# 20241174751

Authentication: 203115366
Date: 03-26-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Inna  Mankevych                    (212) 335-4500

**B. E-MAIL CONTACT AT FILER** (optional)
inna.mankevych@dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

DLA Piper LLP (US)

1251 Avenue of the Americas
27th Floor
New York, NY  10020

Delaware Department of State
U.C.C. Filing Section
Filed: 12:47 PM 06/30/2020
U.C.C. Initial Filing No: 2020 4512846

Service Request No:  20205991112

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ROSE PHARMACY SF LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 2460 | Chicago | IL | 60606 | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:

ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions)  ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
Filed with: DE - Secretary of State

F#747638
A#1031184

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)        International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Katharine Boyajian          212-776-3773

**B. E-MAIL CONTACT AT FILER** (optional)
katharine.boyajian@us.dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

Delaware Department of State
U.C.C. Filing Section
Filed: 12:36 PM 10/26/2022
U.C.C. Initial Filing No: 2020 4512846
Amendment No: 2022 8883142
Service Request No:  20223865269

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
2020 4512846    Filed: 06/30/2020

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT** (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:           AND Check one of these three boxes to:
This Change affects ☑ Debtor or ☐ Secured Party of record   ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Rose Pharmacy SF LLC | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Rose Pharmacy SF LLC | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1420 Kensington Road, Suite 102 | Oak Brook | IL | 60523 | US |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Loan Admin Co LLC, as Collateral Agent | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
File with DE Secretary of State

385140-000037

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC 800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
FILINGDEPT@CSCINFO.COM

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

801 ADLAI STEVENSON DR [197426377]

SPRINGFIELD, IL 62703

US

Delaware Department of State
U.C.C. Filing Section
Filed: 01:20 PM 08/25/2020
U.C.C. Initial Filing No: 2020 5865235

Service Request No: 20206924946

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| ROSE PHARMACY SF LLC | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 12540 MCCANN DR | SANTA FE SPRINGS | CA | 90670 | | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MCKESSON CORPORATION | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| ONE POST STREET | SAN FRANCISCO | CA | 94104 | US |

4. COLLATERAL: This financing statement covers the following collateral:
**All assets of the Debtor, wherever located and whether now or hereafter existing and whether now owned or hereafter acquired, of every kind and description, tangible or intangible, including without limitation all accessions thereto and all products and proceeds thereof.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
LIEN SOLUTIONS 800-331-3282

**B. E-MAIL CONTACT AT FILER** (optional)
UCCFILINGRETURN@WOLTERSKLUWER.COM

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

P.O. BOX 29071

GLENDALE, CA 91209-9071

US

Delaware Department of State
U.C.C. Filing Section
Filed: 08:05 PM 12/10/2020
U.C.C. Initial Filing No: 2020 8705206

Service Request No: 20208620983

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ROSE PHARMACY SF LLC | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 12540 MCCANN DRIVE | SANTA FE SPRINGS | CA | 90670 | US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ASD SPECIALTY HEALTHCARE, LLC | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5025 PLANO PARKWAY | CARROLLTON | TX | 75010 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:

**All of Debtor's personal property, wherever located, and now owned or hereafter acquired or arising consisting of (a) Accounts; (b) Inventory; (c) Equipment; and (d) General Intangibles and all Proceeds of the foregoing.  All capitalized terms used herein and not defined have the meaning set forth in the Uniform Commercial Code as in effect in any jurisdiction in which any of the Collateral may at the time be located.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
DE-0-78063576-60326046

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
LIEN SOLUTIONS 800-331-3282

B. E-MAIL CONTACT AT FILER (optional)
UCCFILINGRETURN@WOLTERSKLUWER.COM

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

P.O. BOX 29071

GLENDALE, CA 91209-9071

US

Delaware Department of State
U.C.C. Filing Section
Filed: 08:09 PM 12/10/2020
U.C.C. Initial Filing No: 2020 8705222

Service Request No:  20208620992

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| ROSE PHARMACY SF LLC | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 12540 MCCANN DRIVE | SANTA FE SPRINGS | | CA | 90670 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 1300 MORRIS DRIVE | CHESTERBROOK | | PA | 19087 | US |

4. COLLATERAL: This financing statement covers the following collateral:
**All of Debtor's personal property, wherever located, and now owned or hereafter acquired or arising consisting of (a) Accounts; (b) Inventory; (c) Equipment; and (d) General Intangibles and all Proceeds of the foregoing. All capitalized terms used herein and not defined have the meaning set forth in the Uniform Commercial Code as in effect in any jurisdiction in which any of the Collateral may at the time be located.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
DE-0-78063598-60326050

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators



# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: Rose Pharmacy SF LLC**

**Jurisdiction: Cook County, Illinois**

**Search Type: Fixture Filings**
Results:        No Records Found

**Searched Through: 03/07/2024**
Searched: 5 Years
Office: Recorder of Deeds

**Search Type: Federal Tax Lien**
Results:        No Records Found

**Searched Through: 03/07/2024**
Searched: 10 Years
Office: Recorder of Deeds

**Search Type: State Tax Lien**
Results:        No Records Found

**Searched Through: 03/07/2024**
Searched: 20 Years
Office: Recorder of Deeds

**Search Type: Judgment Lien**
Results:        No Records Found

**Searched Through: 03/07/2024**
Searched: 7 Years
Office: Recorder of Deeds

**Comments:**   This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

**Search Type: Litigation - Searched as Defendant**
Results:        No Records Found

**Searched Through: 03/19/2024**
Searched: 10 Years
Office: Circuit Court

**Comments:**   This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
Service Solutions Team 2
555 Capitol Mall
Ste 1150
Sacramento, CA 95814
000000000
Oluwatosin.Ademoye@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **Rose Pharmacy SF LLC**

**Jurisdiction:** **U.S. District Court, Illinois Northern District**

**Search Type:** **Federal Litigation - Searched as Defendant**

Results:    No Records Found

**Searched Through:** 03/21/2024
Searched: 10 Years
Office: Northern District

**Comments:**    This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **Rose Pharmacy SF LLC**

**Jurisdiction:** **U.S. Bankruptcy Court, Illinois Northern District**

**Search Type:** **Bankruptcy - Searched as Petitioner**

Results:          No Records Found

**Searched Through:** 03/21/2024

Searched: 10 Years

Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

**CT Corporation**
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **Rose Pharmacy SA LLC**

**Jurisdiction:** **Secretary of State, Delaware**

**Search Type: Federal Tax Lien**
Results:  No Records Found /See Attached Certified Search

**Searched Through:** 03/14/2024
Searched: 10 Years

**Search Type: UCC Lien**
Results:  See Attached Certified Search with 3 Copies Attached

**Searched Through:** 03/14/2024
Searched: 5 Years

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

*Page 1*

### The First State

CERTIFICATE

SEARCHED MARCH 26, 2024 AT 2:57 P.M.
FOR DEBTOR, ROSE PHARMACY SA LLC

1 OF 2          FINANCING STATEMENT              20204512705

EXPIRATION DATE: 06/30/2025

DEBTOR:      ROSE PHARMACY SA LLC

311 SOUTH WACKER DRIVE, SUITE 2460    ADDED     06-30-20

CHICAGO, IL US 60606                  REMOVED 10-26-22

DEBTOR:      ROSE PHARMACY SA LLC

1420 KENSINGTON ROAD,                 ADDED     10-26-22

SUITE 102

OAK BROOK, IL US 60523

SECURED:     LOAN ADMIN CO LLC, AS COLLATERAL AGENT

2200 ATLANTIC STREET, SUITE 501       ADDED     06-30-20

STAMFORD, CT US 06902


F I L I N G   H I S T O R Y

20204512705    FILED 06-30-20    AT 12:48 P.M.   FINANCING STATEMENT

20228883993    FILED 10-26-22    AT 12:36 P.M.   AMENDMENT

*Jeffrey W. Bullock, Secretary of State*

20256158450-UCC11
SR# 20241174812

Authentication: 203115375
Date: 03-26-24

You may verify this certificate online at corp.delaware.gov/authver.shtml



# Delaware

## The First State

*2 OF 2*          *FINANCING STATEMENT*          *20205864964*

*EXPIRATION DATE: 08/25/2025*

*DEBTOR:*       *ROSE PHARMACY SA LLC*

*1220 W HEMLOCK WAY #110*          *ADDED    08-25-20*

*SANTA ANA, CA US 92707*

*SECURED:*      *MCKESSON CORPORATION*

*ONE POST STREET*          *ADDED    08-25-20*

*SAN FRANCISCO, CA US 94104*


*F I L I N G   H I S T O R Y*

*20205864964     FILED 08-25-20   AT 1:17 P.M.   FINANCING STATEMENT*


*E N D   O F   F I L I N G   H I S T O R Y*

*THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, ROSE PHARMACY SA LLC AS OF MARCH
14, 2024 AT 11:59 P.M.*

Jeffrey W. Bullock, Secretary of State

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Inna  Mankevych                    (212) 335-4500

**B. E-MAIL CONTACT AT FILER** (optional)
inna.mankevych@dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:**  (Name and Address)

DLA Piper LLP (US)

1251 Avenue of the Americas
27th Floor
New York, NY  10020

Delaware Department of State
U.C.C. Filing Section
Filed: 12:48 PM 06/30/2020
U.C.C. Initial Filing No: 2020 4512705

Service Request No:  20205991130

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ROSE PHARMACY SA LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 2460 | Chicago | IL | 60606 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

**4. COLLATERAL:** This financing statement covers the following collateral:

ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:          **6b.** Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility    ☐ Agricultural Lien  ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
Filed with: DE - Secretary of State

F#747639
A#1031185

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Katharine Boyajian          212-776-3773

B. E-MAIL CONTACT AT FILER (optional)
katharine.boyajian@us.dlapiper.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

Delaware Department of State
U.C.C. Filing Section
Filed: 12:36 PM 10/26/2022
U.C.C. Initial Filing No: 2020 4512705
Amendment No: 2022 8883993
Service Request No: 20223865276

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE NUMBER
2020 4512705   Filed: 06/30/2020

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ PARTY INFORMATION CHANGE:

Check one of these two boxes:          AND   Check one of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record   ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c   ☐ ADD name: Complete item 7a or 7b, and item 7c   ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION:  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Rose Pharmacy SA LLC | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION:  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Rose Pharmacy SA LLC | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1420 Kensington Road, Suite 102 | Oak Brook | IL | 60523 | US |

8. ☐ COLLATERAL CHANGE:  Also check one of these four boxes:   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Loan Admin Co LLC, as Collateral Agent | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
File with DE Secretary of State                                                          385140-000037

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC 800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
FILINGDEPT@CSCINFO.COM

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

801 ADLAI STEVENSON DR [197426153]
SPRINGFIELD, IL 62703
US

Delaware Department of State
U.C.C. Filing Section
Filed: 01:17 PM 08/25/2020
U.C.C. Initial Filing No: 2020 5864964

Service Request No:  20206924825

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ROSE PHARMACY SA LLC | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1220 W HEMLOCK WAY #110 | SANTA ANA | CA | 92707 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MCKESSON CORPORATION | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| ONE POST STREET | SAN FRANCISCO | CA | 94104 | US |

4. COLLATERAL: This financing statement covers the following collateral:
**All assets of the Debtor, wherever located and whether now or hereafter existing and whether now owned or hereafter acquired, of every kind and description, tangible or intangible, including without limitation all accessions thereto and all products and proceeds thereof.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

International Association of Commercial Administrators

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)


® a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name:** **Rose Pharmacy SA LLC**

**Jurisdiction:** **Cook County, Illinois**

**Search Type: Fixture Filings**
Results:        No Records Found

**Searched Through: 03/07/2024**
Searched: 5 Years
Office: Recorder of Deeds

**Search Type: Federal Tax Lien**
Results:        No Records Found

**Searched Through: 03/07/2024**
Searched: 10 Years
Office: Recorder of Deeds

**Search Type: State Tax Lien**
Results:        No Records Found

**Searched Through: 03/07/2024**
Searched: 20 Years
Office: Recorder of Deeds

**Search Type: Judgment Lien**
Results:        No Records Found

**Searched Through: 03/07/2024**
Searched: 7 Years
Office: Recorder of Deeds

**Comments:**    This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

**Search Type: Litigation - Searched as Defendant**
Results:        No Records Found

**Searched Through: 03/19/2024**
Searched: 10 Years
Office: Circuit Court

**Comments:**    This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** **03/29/2024**
**Order #:** **97989188**
**Customer #:** **507877**
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **Rose Pharmacy SA LLC**

**Jurisdiction:** **U.S. District Court, Illinois Northern District**

**Search Type:** **Federal Litigation - Searched as Defendant**
Results:     No Records Found

**Searched Through: 03/21/2024**
Searched: 10 Years
Office: Northern District

**Comments:**     This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** **03/29/2024**
**Order #:** **97989188**
**Customer #:** **507877**
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** **Rose Pharmacy SA LLC**

**Jurisdiction:** **U.S. Bankruptcy Court, Illinois Northern District**

**Search Type:** **Bankruptcy - Searched as Petitioner**
Results:      No Records Found

**Searched Through: 03/21/2024**
Searched: 10 Years
Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Healthy Choice Compounding LLC**

**Jurisdiction: Secretary of State, Delaware**

| | |
|---|---|
| **Search Type: Federal Tax Lien** | **Searched Through:** 03/14/2024 |
| Results:    No Records Found /See Attached Certified Search | Searched: 10 Years |
| | |
| **Search Type: UCC Lien** | **Searched Through:** 03/14/2024 |
| Results:    See Attached Certified Search with 2 Copies Attached | Searched: 5 Years |

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

# Delaware

## The First State

CERTIFICATE

SEARCHED MARCH 26, 2024 AT 2:58 P.M.
FOR DEBTOR, HEALTHY CHOICE COMPOUNDING LLC

1 OF 1            FINANCING STATEMENT                20206008918

EXPIRATION DATE: 08/31/2025
DEBTOR:      HEALTHY CHOICE COMPOUNDING LLC

311 SOUTH WACKER DRIVE, SUITE 2460    ADDED    08-31-20

CHICAGO, IL US 60606                  REMOVED 10-26-22

DEBTOR:      HEALTHY CHOICE COMPOUNDING LLC

1420 KENSINGTON ROAD,                 ADDED    10-26-22

SUITE 102

OAK BROOK, IL US 60523

SECURED:     LOAN ADMIN CO LLC, AS COLLATERAL AGENT

2200 ATLANTIC STREET, SUITE 501       ADDED    08-31-20

STAMFORD, CT US 06902


F I L I N G   H I S T O R Y

20206008918    FILED 08-31-20    AT 4:14 P.M.    FINANCING STATEMENT

20228890931    FILED 10-26-22    AT 3:59 P.M.    AMENDMENT

Jeffrey W. Bullock, Secretary of State



# Delaware

*Page 2*

### The First State

**E N D   O F   F I L I N G   H I S T O R Y**

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, HEALTHY CHOICE COMPOUNDING LLC AS
OF MARCH 14, 2024 AT 11:59 P.M.



Jeffrey W. Bullock, Secretary of State

20256158485-UCC11
SR# 20241174873

Authentication: 203115392
Date: 03-26-24

You may verify this certificate online at corp.delaware.gov/authver.shtml

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Francella Ashby

B. E-MAIL CONTACT AT FILER (optional)
francella.ashby@us.dlapiper.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020

Delaware Department of State
U.C.C. Filing Section
Filed: 04:14 PM 08/31/2020
U.C.C. Initial Filing No: 2020 6008918

Service Request No: 20207030611

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| HEALTHY CHOICE COMPOUNDING LLC | | | | |
| OR  1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 311 South Wacker Drive, Suite 2460 | Chicago | IL | 60606 | US |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR  2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT | | | | |
| OR  3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2200 Atlantic Street, Suite 501 | Stamford | CT | 06902 | US |

4. COLLATERAL: This financing statement covers the following collateral:

ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:
Filed with: DE - Secretary of State

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)
International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Katharine Boyajian                    212-776-3773

**B. E-MAIL CONTACT AT FILER** (optional)
katharine.boyajian@us.dlapiper.com

**C. SEND ACKNOWLEDGMENT TO:**  (Name and Address)

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020

Delaware Department of State
U.C.C. Filing Section
Filed: 03:59 PM 10/26/2022
U.C.C. Initial Filing No: 2020 6008918
Amendment No: 2022 8890931
Service Request No:  20223868817

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|
| **2020 6008918    Filed: 08/31/2020** | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial):  Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☑ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                    AND  Check one of these three boxes to:

This Change affects ☑ Debtor or ☐ Secured Party of record       ☑ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name. Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. **CURRENT RECORD INFORMATION:**  Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Healthy Choice Compounding LLC** | | | |
| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. **CHANGED OR ADDED INFORMATION:**  Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Healthy Choice Compounding LLC** | | | |
| 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **1420 Kensington Road, Suite 102** | **Oak Brook** | **IL** | **60523** | **US** |

8. ☐ **COLLATERAL CHANGE:**  Also check one of these four boxes.   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
Indicate collateral:

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:**  Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Loan Admin Co LLC, as Collateral Agent** | | | |
| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**File with DE Secretary of State**                                                    385140-000037

International Association of Commercial Administrators (IACA)
**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)


CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name: Healthy Choice Compounding LLC**

**Jurisdiction: Cook County, Illinois**

| | |
|---|---|
| **Search Type: Fixture Filings** | **Searched Through: 03/07/2024** |
| Results: No Records Found | Searched: 5 Years |
| | Office: Recorder of Deeds |

| | |
|---|---|
| **Search Type: Federal Tax Lien** | **Searched Through: 03/07/2024** |
| Results: No Records Found | Searched: 10 Years |
| | Office: Recorder of Deeds |

| | |
|---|---|
| **Search Type: State Tax Lien** | **Searched Through: 03/07/2024** |
| Results: No Records Found | Searched: 20 Years |
| | Office: Recorder of Deeds |

| | |
|---|---|
| **Search Type: Judgment Lien** | **Searched Through: 03/07/2024** |
| Results: No Records Found | Searched: 7 Years |
| | Office: Recorder of Deeds |

**Comments:** This report reflects search results for UCC Financing Statement Liens only and is not indicative of a search for fixture filings embedded in a record of mortgage. For an Open Mortgage search, please contact your representative.

| | |
|---|---|
| **Search Type: Litigation - Searched as Defendant** | **Searched Through: 03/19/2024** |
| Results: No Records Found | Searched: 10 Years |
| | Office: Circuit Court |

**Comments:** This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
Service Solutions Team 2
555 Capitol Mall
Ste 1150
Sacramento, CA 95814
000000000
Oluwatosin.Ademoye@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** Healthy Choice Compounding LLC

**Jurisdiction:** U.S. District Court, Illinois Northern District

**Search Type:** Federal Litigation - Searched as Defendant
Results:    No Records Found

**Searched Through:** 03/21/2024
Searched: 10 Years
Office: Northern District

**Comments:**    This search included pending suits and judgments found in the civil court index.

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

# Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** Healthy Choice Compounding LLC

**Jurisdiction:** U.S. Bankruptcy Court, Illinois Northern District

**Search Type:** Bankruptcy - Searched as Petitioner
Results:     No Records Found

**Searched Through:** 03/21/2024
Searched: 10 Years
Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | **507877** |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name: Healthy Choice Compounding LLC**

**Jurisdiction: Department of State, New York**

**Search Type: State Tax Lien**                    **Searched Through: 03/26/2024**
Results:       No Records Found                     Searched: 20 Years

**Search Type: Federal Tax Lien**                   **Searched Through: 03/20/2024**
Results:       No Records Found                     Searched: 10 Years

**Search Type: UCC Lien**                           **Searched Through: 03/20/2024**
Results:       See Attached Listing of Records Found with 2 Copies    Searched: 5 Years
               Attached

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

Date: Mar. 27, 2024                                                                                    Page: 1

CT Lien Solutions
UCC Search Report

The following represents a listing of the documentation you requested through a careful search of effective UCC filings recorded in the Office of the Secretary of State NY, Department of State licensed from the State of an independent third party and maintained in a computerized form and available through our offices. Variations of the Name and Address of the search key may appear on this report as a result of the search findings and your individual request for that information.

Because we cannot independently verify the accuracy of the public information maintained by the responsible government agency or other sources of this data, we make no guaranties, representations or warranties as to the accuracy or completeness of this report. We cannot and do not accept any liability for errors or omissions.

State of NY, Department of State, Secretary of State UCC Debtor Name Search results performed on following

Search Key :

Name = Healthy Choice Compounding LLC

1.     202009020352998  ORIGINAL filed on Sep. 02, 2020
       expires on Sep. 02, 2025
       Debtor                              HEALTHY CHOICE COMPOUNDING LLC
                                           1420 KENSINGTON ROAD , SUITE 102
                                           OAK BROOK, IL, 60523
       Debtor                              HEALTHY CHOICE COMPOUNDING LLC
                                           311 SOUTH WACKER DRIVE , SUITE 2460
                                           CHICAGO, IL, 60606
       SecuredParty                        LOAN ADMIN CO LLC, AS COLLATERAL AGENT
                                           2200 ATLANTIC STREET , SUITE 501
                                           STAMFORD, CT, 06902
       AMENDMENT                           # 202210260454218 filed on  Oct. 26, 2022

[End of Report]

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

215598

2020 SEP -2 AM 11:00

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
| Francella Ashby (212) 776-3966 |
| B. SEND ACKNOWLEDGMENT TO: (Name and Address) |

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, NY 10020

CSC 50
DRAW DOWN

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
| HEALTHY CHOICE COMPOUNDING LLC |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 311 South Wacker Drive, Suite 2460 | Chicago | IL | 60606 | US |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | LLC | New York | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |
| |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
| LOAN ADMIN CO LLC, AS COLLATERAL AGENT |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2200 ATLANTIC STREET, SUITE 501 | STAMFORD | CT | 06902 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

ALL ASSETS OF THE DEBTOR, WHETHER NOW OWNED OR HEREAFTER ACQUIRED OR ARISING, WHERESOEVER LOCATED, TOGETHER WITH ALL PROCEEDS THEREOF.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

| 8. OPTIONAL FILER REFERENCE DATA |
| Filed with: NY Secretary of State |

406879|002|AJC

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**FILING NUMBER: 202009020352998**

219056

# UCC FINANCING STATEMENT AMENDMENT

2022 OCT 26 PM 4:30

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

CSC
1180 6TH AVE
NEW YORK, NY 10036

**CSC 50 DRAWDOWN**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| 202009020352998    Filed: 09/02/2020 | |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor *or* ☐ Secured Party of record. Check only *one* of these two boxes.

Also check *one* of the following three boxes *and* provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Healthy Choice Compounding LLC | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Healthy Choice Compounding LLC | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1420 Kensington Road, Suite 102 | Oak Brook | IL | 60523 | US |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | LLC | New York | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only *one* box.

Describe collateral ☐ deleted *or* ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment)   If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Loan Admin Co LLC, as Collateral Agent | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

File with NY Secretary of State

385140-000037 080200-5

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

CT Corporation
a Wolters Kluwer Business

# Search Results

KATIE BOYAJIAN
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104

| | |
|---|---|
| **Date:** | **03/29/2024** |
| **Order #:** | **97989188** |
| **Customer #:** | 507877 |
| **Reference 1:** | 385140.37 |
| **Reference 2:** | KATIE BOYAJIAN |

**Target Name:** **Healthy Choice Compounding LLC**

**Jurisdiction:** **U.S. District Court, Illinois Northern District**

**Search Type:** **Federal Litigation - Searched as Defendant**
Results:    No Records Found

**Searched Through: 03/21/2024**
Searched: 10 Years
Office: Northern District

**Comments:**    This search included pending suits and judgments found in the civil court index.

OLUWATOSIN ADEMOYE
Service Solutions Team 2
555 Capitol Mall
Ste 1150
Sacramento, CA 95814
000000000
Oluwatosin.Ademoye@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

CT Corporation
a Wolters Kluwer Business

## Search Results

**KATIE BOYAJIAN**
**DLA Piper LLP (US)**
**1251 Avenue of the Americas**
**New York, NY 10020-1104**

**Date:** 03/29/2024
**Order #:** 97989188
**Customer #:** 507877
**Reference 1:** 385140.37
**Reference 2:** KATIE BOYAJIAN

**Target Name:** Healthy Choice Compounding LLC

**Jurisdiction:** U.S. Bankruptcy Court, Illinois Northern District

**Search Type:** Bankruptcy - Searched as Petitioner       **Searched Through:** 03/21/2024
Results:       No Records Found       Searched: 10 Years
       Office: Northern District

**OLUWATOSIN ADEMOYE**
**Service Solutions Team 2**
**555 Capitol Mall**
**Ste 1150**
**Sacramento, CA 95814**
**000000000**
**Oluwatosin.Ademoye@wolterskluwer.com**

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings .

## Exhibit 4

**Deposit Account Control Agreements**

## ACCOUNT CONTROL AGREEMENT: SPRINGING CONTROL

This Account Control Agreement (this "Agreement"), among Wintrust Bank (the "Bank"), The Pet Apothecary, LLC (the "Borrower") and Loan Admin Co LLC, as collateral agent for certain lenders and other secured parties pursuant to the Loan Agreement defined below (together with its successors and assigns in such capacity, the "Lender"), is dated as of August 6, 2019, and entered into in connection with that certain Credit Agreement dated as of June 28, 2019 among Optio Rx, LLC, Loan Admin Co LLC in its capacity as administrative agent, the lenders party thereto and certain other parties, as amended, restated, supplemented or otherwise modified from time time (the "Loan Agreement"). The Borrower is the Bank's customer with respect to each deposit account established by the Borrower at the Bank and identified in Exhibit A attached hereto (each, an "Account" and collectively, the "Accounts").

1.      Lien. Under or in connection with the Loan Agreement, the Borrower has granted to the Lender a continuing lien on and security interest in the Accounts, all amounts from time to time paid, deposited or credited thereto or held therein or otherwise in the possession or under the Control of, or in transit to, Bank or any agent, custodian or bailee thereof, and all proceeds of any of the foregoing. Bank acknowledges that this Agreement constitutes notice of Lender's lien and security interest and hereby consents thereto. The parties hereto agree that each Account is a "deposit account" within the meaning of Article 9 of the Illinois Uniform Commercial Code and intend that this Agreement provide the Lender with control over the Accounts in accordance with Section 9-104(a)(2) of the Illinois Uniform Commercial Code

2.      Duties. Prior to the Effective Time (as defined below), the Bank may comply with the instructions of the Borrower directing disposition of the funds in the Accounts in accordance with the Treasury Management Master Agreement between the Borrower and the Bank (including the relevant "Service Terms and Conditions" and "Specifications" as therein defined and incorporated by reference, as amended, restated, supplemented or otherwise modified from time to time, collectively, the "Master Agreement"). On and after the Effective Time (and without the Borrower's consent), the Bank shall honor all instructions received from the Lender (but not those from the Borrower) directing disposition of the funds in the Accounts and the Borrower shall have no right or ability to access or withdraw or transfer funds from any of the Accounts. Prior to issuing any instructions on or after the Effective Time, the Lender shall provide the Bank with such documentation as the Bank may reasonably request to establish the identity and authority of the individuals issuing instructions on behalf of the Lender.

For the purposes hereof, the "Effective Time" shall be the opening of business on the first Business Day (as defined below) after the Business Day on which a notice purporting to be signed by the Lender in the form of Exhibit B attached hereto, with a copy of this Agreement attached thereto (a "Springing Control Notice"), is actually received by the unit of the Bank to whom the notice is required hereunder to be addressed; provided, however, that if any Springing Control Notice is so received after 12:00 noon, Central time, on any Business Day, the "Effective Time" shall be the opening of business on the second Business Day after the Business Day on which such receipt occurs. "Business Day" means any day other than a Saturday, Sunday or other day on which the Bank is, or is authorized or required by law to be, closed.

10024635_1

10042242_1

EAST\168541598.2

Notwithstanding the foregoing: (i) all transactions involving or that will involve any of the Accounts duly commenced by the Bank or any affiliate prior to the Effective Time and so consummated or processed thereafter shall be deemed not to constitute a violation of this Agreement; and (ii) the Bank and/or any affiliate may (at its discretion and without any obligation to do so) (x) cease honoring the Borrower's instructions and/or commence honoring solely the Lender's instructions concerning any of the Accounts at any time or from time to time after it becomes aware that the Lender has sent to it a Springing Control Notice but prior to the Effective Time therefor (including without limitation halting, reversing or redirecting any transaction referred to in clause (i) above), or (y) deem a Springing Control Notice to be received by it for purposes of the foregoing paragraph prior to the specified unit's actual receipt if otherwise actually received by the Bank (or if such Springing Control Notice does not comply with the form attached hereto as Exhibit B or does not attach an appropriate copy of this Agreement), with no liability whatsoever to the Borrower or any other party for doing so.

The Borrower and the Lender agree that: (a) the Bank has no duty to monitor the balance of the Accounts; (b) the Bank may, without further inquiry or consent from the Borrower, rely on and act in accordance with any instructions it receives from (or which purport to be from) the Lender at any time, notwithstanding any conflicting or contrary instructions it may receive from the Borrower, and the Bank shall have no liability to the Lender, the Borrower or any other person in relying on and acting in accordance with any such instructions or failing to follow any instructions from the Borrower; (c) the Bank shall have no responsibility to inquire as to the form, execution, sufficiency or validity of any notice or instructions delivered to it hereunder, nor to inquire as to the identity, authority or rights of the person or persons executing or delivering the same, (d) the Bank has no knowledge of (and is not required to know) the terms and provisions of the Loan Agreement or any other related documentation or whether any actions by the Lender (including without limitation the sending of a Springing Control Notice), the Borrower or any other person or entity are permitted or a breach thereunder or are consistent or inconsistent therewith and (e) the Bank shall have no obligation to follow the instructions of the Lender prior to the Effective Time, and on and after the Effective Time the Bank shall have a reasonable period of time within which to act in accordance with any notice or instructions from the Lender with respect to the Accounts. Notwithstanding the preceding terms of this Section 2, it is expressly understood and agreed that any direction or request by the Lender with respect to the Accounts will apply only to available funds on deposit in the Accounts and the Lender shall make withdrawals from the Accounts only via fedwire or by electronic funds transfer.

3.      Deposit of Items. Each of the Borrower and the Lender irrevocably direct and authorize the Bank, and the Bank agrees, to process for deposit to the Accounts all items required to be deposited into the Accounts pursuant to any lockbox services, cash management services or other services provided under the Master Agreement.

4.      Information. The Bank shall provide the Lender with such information with respect to the Accounts and all items (and proceeds thereof) deposited in the Accounts as the Lender may from time to time reasonably request; provided that the Bank shall have no obligation to provide any more information to the Lender, or provide information in a different manner or medium, than the Bank is required to provide to the Borrower under the Master Agreement. The Borrower consents to such information being provided to the Lender and agrees to pay all expenses in connection therewith.

2

5.     Exculpation; Indemnity.  The Bank undertakes to perform only such duties as are expressly set forth herein.  Notwithstanding any other provisions of this Agreement, in no event shall the Bank be liable for any (i) action taken, or inaction, in accordance with this Agreement, including, without limitation, any action taken, or inaction, in accordance with instructions given (or purported to be given) by the Lender, (ii) failure to follow the instructions of the Lender (A) prior to the Effective Time, (B) for which the Bank has not received evidence reasonably satisfactory to the Bank as to the authority of the person giving the instruction to act for the Lender or (C) for which the Bank determines would result in the Bank failing to comply with a statute, rule, regulation, order, judgment decree, injunction or legal process binding upon the Bank, (iii) Losses (as defined below) or delays resulting from acts of God, war, terrorist attack, computer malfunction, interruption of communication facilities, labor difficulties or other causes beyond the Bank's reasonable control, (iv) indirect, special, punitive or consequential damages, or (v) other Losses (as defined below) incurred by any party except for direct damages attributable to the Bank's gross negligence or willful misconduct.  The Borrower indemnifies and holds the Bank harmless from and against all costs, damages, claims, judgments, reasonable attorneys' fees, out-of-pocket expenses, obligations and liabilities of every kind and nature (collectively "Losses") which the Bank may incur, sustain or be required to pay (other than those attributable to the Bank's gross negligence or willful misconduct) in connection with or arising out of this Agreement, the Accounts. the related lockbox(es) or the Master Agreement (including without limitation, the amount of any overdraft created in any of the Accounts resulting from a Chargeback (as defined below) being charged to the related Account or from debiting any of the Accounts for Charges (as defined below) owed to the Bank), and to pay to the Bank on demand the amount of all such Losses.  The Lender indemnifies and holds the Bank harmless from and against all Losses which the Bank may incur, sustain or be required to pay (other than those attributable to the Bank's gross negligence or willful misconduct) arising (i) from the Bank following an instruction originated by the Lender hereunder (including, without limitation, any Springing Control Notice) or (ii) due to any claim by the Lender of an interest in the Accounts or the funds on deposit therein, and to pay to the Bank on demand the amount of all such Losses.  Nothing in this Section 5, and no indemnification of the Bank hereunder, shall affect in any way the indemnification obligations of the Borrower to the Lender under the Loan Agreement.

6.     Chargebacks.  All items deposited in, and electronic funds transfers credited to, the Accounts and then returned unpaid or returned (or not finally settled) for any reason (collectively, "Chargebacks") will be handled in the following manner:  (a) any item which is returned because of insufficient or uncollected funds or otherwise dishonored for any reason will be charged back to the Account in which it was originally deposited (or if there are insufficient funds in that Account, to one or more other accounts of the Borrower at Bank), and (b) any returns, reversals or other Chargebacks relating to electronic funds transfers or deposits into an Account, or merchant card, debit card or credit card transactions involving such Account will be charged back to such Account (or if there are insufficient funds in that Account, to one or more other accounts of the Borrower at Bank).

The Bank will notify the Borrower of any and all Chargebacks which have been charged back to the applicable Accounts by reporting the return of such items (or electronic funds transfers) to the persons identified in, or as otherwise designated pursuant to, Section 13 of this Agreement.  The returned item will be sent to the Borrower along with a debit advice in the manner provided under the Master Agreement.  If requested by Lender after the Effective Time,

3

the Lender will also receive a copy of each such returned item and the debit advice in the manner provided to the Borrower under the Master Agreement; provided, however, that after receipt of written notice from the Lender, the Bank will send the returned item directly to the Lender in the manner in which it would otherwise be provided to the Borrower under the Master Agreement.

In the event that the Accounts do not contain sufficient available funds to pay the Chargebacks and the Borrower maintains no other accounts with the Bank or such other accounts do not contain sufficient available funds to pay the Chargebacks, the Bank will bill the Borrower directly, and the Borrower agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Chargebacks. After the Effective Time, if the Borrower fails to pay the amount of the Chargebacks within five (5) Business Days of receipt of a billing statement detailing such Chargebacks, the Lender agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Chargebacks within fifteen (15) calendar days after receipt of a billing statement detailing such Chargebacks; provided, however, (i) the Lender's aggregate obligations with respect to Chargebacks are limited to the aggregate amount transferred or disbursed by the Bank from the Accounts on the instructions of the Lender pursuant to this Agreement and (ii) that any such liability of the Lender to the Bank shall in no way release the Borrower from liability to the Lender or the Bank and shall in no way impair the Lender's rights and remedies against the Borrower, by way of subrogation or otherwise, to collect all such Chargebacks.

7.      Charges.  In consideration of the services of the Bank in establishing, maintaining, and conducting transactions through the Accounts and any related lockboxes, the Bank has established, and the Borrower hereby agrees to pay the reasonable and customary fees and other charges for the Accounts and services related thereto, together with any and all other expenses incurred by the Bank in connection with this Agreement or the Accounts and related services, including without limitation amounts paid or incurred by the Bank in enforcing its rights and remedies under this Agreement, or in connection with defending any claim made against the Bank in connection with this Agreement, the Accounts (collectively, the "Charges").

In connection with the payment of the Charges in any month, the Bank will debit the Accounts. In the event that the Accounts do not contain sufficient available funds to pay the Charges and the Borrower maintains no other accounts with the Bank or such other accounts do not contain sufficient available funds to pay the Charges, the Bank will bill the Borrower directly, and the Borrower agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Charges. After the Effective Time, if the Borrower fails to pay the amount of the Charges within five (5) Business Days of receipt of a billing statement detailing such Charges, the Lender agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Charges within fifteen (15) calendar days after receipt of a billing statement detailing such Charges; provided, however, (i) the Lender shall have issued a Springing Control Notice and (ii) that any such liability of the Lender to the Bank shall in no way release the Borrower from liability to the Lender or the Bank and shall in no way impair the Lender's rights and remedies against the Borrower, by way of subrogation or otherwise, to collect all such fees and expenses.

4

8. Irrevocable Agreement. The Borrower acknowledges that the agreements made by it and the authorizations granted by it herein are irrevocable and that the authorizations granted in Sections 2 and 3 are powers coupled with an interest.

9. Set-off. The Bank waives all of its existing and future rights of set-off and banker's liens against the Accounts and all items (and proceeds thereof) that come into possession of the Bank in connection with the Accounts, except those rights of set-off and banker's liens arising in connection with (a) any charges, fees, expenses, payments and other amounts for which the Borrower and/or Lender is responsible to the Bank (including, without limitation, any of the foregoing with respect to cash management services provided by the Bank to the Borrower, including, but not limited to, funds transfer (origination or receipt), trade, lockbox, commercial card, investment, disbursement, reconcilement, stop payment, positive pay, automatic investment, imaging, and information services), (b) Chargebacks, (c) Charges, and (d) amounts owed to the Bank pursuant to Sections 4 and 5 hereof.

10. Master Agreement. This Agreement supplements, rather than replaces, the Master Agreement, which Master Agreement will continue to apply to the Accounts, the services provided with respect thereto, and the respective rights, powers, duties, obligations, liabilities and responsibilities of the parties thereto and hereto, to the extent not expressly conflicting with the provisions of this Agreement (however, in the event of any such conflict, the provisions of this Agreement shall control). The Lender may request the Bank to provide other services (such as automatic daily transfers) with respect to the Accounts on or after the Effective Time; however, if such services are not authorized or otherwise covered under the Master Agreement, the Bank's decision to provide any such services shall be made in its sole discretion (including without limitation being subject to the Borrower and/or the Lender executing such additional documentation as the Bank may require in connection therewith).

11. Miscellaneous. This Agreement is binding upon the parties hereto and their respective successors and assigns (including any trustee of the Borrower appointed or elected in any action under the Bankruptcy Code) and shall inure to their benefit. The Borrower may not assign its rights hereunder unless the prior written consent of the Bank and Lender is obtained. The Lender may not assign its rights hereunder unless prior written notice, along with an agreement by assignee that it has assumed all of Lender's obligations under this Agreement, is provided to Bank. Neither this Agreement nor any provision hereof may be changed, amended, modified, or waived, except by an instrument in writing signed by the parties hereto. Any provision of this Agreement that may prove unenforceable under any law or regulation shall not affect the validity of any other provision hereof. This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of Illinois without regard to conflict of laws provisions. The State of Illinois shall be the Bank's jurisdiction for purposes of Section 9-304 of the Illinois Uniform Commercial Code. Any action in connection with this Agreement shall be brought in the courts of the State of Illinois, located in Cook County, Illinois, or the courts of the United States of America for the Northern District of Illinois, located in Cook County, Illinois. Each party hereto irrevocably waives any objection on the grounds of venue, *forum non-conveniens* or any similar grounds, irrevocably consents to service of process by mail or in any other manner permitted by applicable law and consents to the jurisdiction of said courts. Each party hereto intentionally, knowingly and voluntarily irrevocably waives any right to trial by jury in any proceeding related to this Agreement. This Agreement may be executed in any number of

5

counterparts which together shall constitute one and the same instrument. A signature hereto sent or delivered by facsimile or other electronic transmission (including, without limitation, via .pdf) shall be as legally binding and enforceable as a signed original for all purposes.

        12.    Termination and Resignation. This Agreement may be terminated by the Lender upon fifteen (15) days' prior written notice to the Bank; provided, however, that this Agreement shall terminate immediately upon notice from the Lender that the Borrower's obligations under the Loan Agreement are satisfied. The Bank may, at any time upon thirty (30) days' prior written notice to the Lender and the Borrower, terminate this Agreement and close the Accounts; provided, however, that the Bank may terminate this Agreement immediately upon written notice to the Lender and the Borrower in the event of a material breach of this Agreement (including non-payment of any Charges or other obligations under this Agreement) by either the Borrower or the Lender that has not been cured or remedied within the applicable time period set forth herein. The obligations of the Borrower and the Lender under Sections 5, 6 and 7 of this Agreement shall survive termination of this Agreement. Upon termination of this Agreement, the Bank shall remit any funds in the Accounts on the date of termination in accordance with the instructions of the Borrower or, if the Effective Time has occurred, the Lender.

        13.    Notices and Instructions. Unless otherwise specifically provided herein; any notice, instruction or other communication required or permitted to be given shall be in writing addressed to the respective party as set forth below and may be personally served, e-mailed or sent by overnight courier service and shall be deemed effective: (a) if delivered in person, when delivered, provided that if delivery occurs on a date that is not a Business Day, the notice will be deemed effective on the next succeeding Business Day; (b) if delivered by e-mail, the date on which receipt of such e-mail is acknowledged by the recipient; or (c) if delivered by reputable overnight courier, the date on which such delivery is made by such courier, provided that if delivery occurs on a date that is not a Business Day, the notice will be deemed effective on the next succeeding Business Day.

        Notices shall be addressed as follows:

| | |
|---|---|
| Lender: | Loan Admin Co LLC<br>2200 Atlantic Street, Suite 501<br>Stamford CT 06902<br>Attn: Sean Chao and Purvang Desai<br>E-mail: schao@mccp.com and pdesai@mccp.com |
| Bank: | Wintrust Bank<br>9700 W Higgins Road, 7th Floor<br>Rosemont, IL 60018<br>Attn: Roula Arceo<br>E-mail: rarceo@wintrust.com |

                with a copy to:

                Wintrust Financial Corporation
                9700 W. Higgins Road

Rosemont, IL 60018
Attn: Tom Ormseth & Elizabeth Krumrey
E-mail: tormseth@wintrust.com & lkrumrey@wintrust.com

Borrower:    The Pet Apothecary, LLC
1247 Waukegan Rd., Suite 200
Glenview, IL 60025
Attn: Sergio Zepeda; Grant Christianson
E-mail: szepeda@coldborecapital.com; grant@optiorx.com

or in any case, to such other address as the party addressed shall have previously designated by written notice to the serving party, given in accordance with this Section 13.

7

This Agreement has been executed and delivered by each of the parties hereto by a duly authorized officer of each such party on the date first set forth above.

The Pet Apothecary, LLC

By: _____

Name: Sergio Zepeda

Title:    Authorized Signatory


Loan Admin Co LLC

By: _____

Name:  Sean Chao

Title:  Authorized Signatory


ACCEPTED AND AGREED TO:

Wintrust Bank

By: _____

Name: _____

Title: _____

8

This Agreement has been executed and delivered by each of the parties hereto by a duly authorized officer of each such party on the date first set forth above.

The Pet Apothecary, LLC

By: _____

Name: _____

Title: _____

Loan Admin Co LLC

By: _____

Name:  Sean Chao

Title:  Authorized Signatory

ACCEPTED AND AGREED TO:

Wintrust Bank

By: _____

Name: _____

Title: _____

8

This Agreement has been executed and delivered by each of the parties hereto by a duly authorized officer of each such party on the date first set forth above.

The Pet Apothecary, LLC

By: _____

Name: _____

Title: _____


Loan Admin Co LLC

By: _____

Name:  Sean Chao

Title:  Authorized Signatory


ACCEPTED AND AGREED TO:

Wintrust Bank

By: _____

Name: _____

Title: _____

8

10042242_1

**EXHIBIT A**

**ACCOUNTS TO BE BLOCKED**

| Account Number | Title | Tax Identification Number |
|---|---|---|
| ⬛1538 | The Pet Apothecary, LLC | ⬛6074 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

10042242_1

**EXHIBIT B**

**FORM OF SPRINGING CONTROL NOTICE**

Date:

To: [Insert Name and address of the Bank]

      Re: Account Control Agreement: Springing Control dated as of [DATE] (the "Agreement") by and among [Name of Borrower], [Name of Lender], and [Name of Bank] relating to Account(s) No(s). _____.

Ladies and Gentlemen:

      This constitutes a Springing Control Notice as referred to in Section 2 of the Agreement, a copy of which is attached hereto.

                Sincerely,

                [Name of Lender]

                By:_____

                Name:

                Title:

ACCOUNT CONTROL AGREEMENT: SPRINGING CONTROL

This Account Control Agreement (this "Agreement"), among Wintrust Bank (the "Bank"), Optio Rx, LLC (the "Borrower") and Loan Admin Co LLC, as collateral agent for certain lenders and other secured parties pursuant to the Loan Agreement defined below (together with its successors and assigns in such capacity, the "Lender"), is dated as of August 6, 2019, and entered into in connection with that certain Credit Agreement dated as of June 28, 2019 among the Borrower, Loan Admin Co LLC in its capacity as administrative agent, the lenders party thereto and certain other parties, as amended, restated, supplemented or otherwise modified from time to time (the "Loan Agreement"). The Borrower is the Bank's customer with respect to each deposit account established by the Borrower at the Bank and identified in Exhibit A attached hereto (each, an "Account" and collectively, the "Accounts").

1.    Lien. Under or in connection with the Loan Agreement, the Borrower has granted to the Lender a continuing lien on and security interest in the Accounts, all amounts from time to time paid, deposited or credited thereto or held therein or otherwise in the possession or under the Control of, or in transit to, Bank or any agent, custodian or bailee thereof, and all proceeds of any of the foregoing. Bank acknowledges that this Agreement constitutes notice of Lender's lien and security interest and hereby consents thereto. The parties hereto agree that each Account is a "deposit account" within the meaning of Article 9 of the Illinois Uniform Commercial Code and intend that this Agreement provide the Lender with control over the Accounts in accordance with Section 9-104(a)(2) of the Illinois Uniform Commercial Code

2.    Duties. Prior to the Effective Time (as defined below), the Bank may comply with the instructions of the Borrower directing disposition of the funds in the Accounts in accordance with the Treasury Management Master Agreement between the Borrower and the Bank (including the relevant "Service Terms and Conditions" and "Specifications" as therein defined and incorporated by reference, as amended, restated, supplemented or otherwise modified from time to time, collectively, the "Master Agreement"). On and after the Effective Time (and without the Borrower's consent), the Bank shall honor all instructions received from the Lender (but not those from the Borrower) directing disposition of the funds in the Accounts and the Borrower shall have no right or ability to access or withdraw or transfer funds from any of the Accounts. Prior to issuing any instructions on or after the Effective Time, the Lender shall provide the Bank with such documentation as the Bank may reasonably request to establish the identity and authority of the individuals issuing instructions on behalf of the Lender.

For the purposes hereof, the "Effective Time" shall be the opening of business on the first Business Day (as defined below) after the Business Day on which a notice purporting to be signed by the Lender in the form of Exhibit B attached hereto, with a copy of this Agreement attached thereto (a "Springing Control Notice"), is actually received by the unit of the Bank to whom the notice is required hereunder to be addressed; provided, however, that if any Springing Control Notice is so received after 12:00 noon, Central time, on any Business Day, the "Effective Time" shall be the opening of business on the second Business Day after the Business Day on which such receipt occurs. "Business Day" means any day other than a Saturday, Sunday or other day on which the Bank is, or is authorized or required by law to be, closed.

10024635_1

10042235_1

EAST\168259133.5

Notwithstanding the foregoing: (i) all transactions involving or that will involve any of the Accounts duly commenced by the Bank or any affiliate prior to the Effective Time and so consummated or processed thereafter shall be deemed not to constitute a violation of this Agreement; and (ii) the Bank and/or any affiliate may (at its discretion and without any obligation to do so) (x) cease honoring the Borrower's instructions and/or commence honoring solely the Lender's instructions concerning any of the Accounts at any time or from time to time after it becomes aware that the Lender has sent to it a Springing Control Notice but prior to the Effective Time therefor (including without limitation halting, reversing or redirecting any transaction referred to in clause (i) above), or (y) deem a Springing Control Notice to be received by it for purposes of the foregoing paragraph prior to the specified unit's actual receipt if otherwise actually received by the Bank (or if such Springing Control Notice does not comply with the form attached hereto as Exhibit B or does not attach an appropriate copy of this Agreement), with no liability whatsoever to the Borrower or any other party for doing so.

The Borrower and the Lender agree that: (a) the Bank has no duty to monitor the balance of the Accounts; (b) the Bank may, without further inquiry or consent from the Borrower, rely on and act in accordance with any instructions it receives from (or which purport to be from) the Lender at any time, notwithstanding any conflicting or contrary instructions it may receive from the Borrower, and the Bank shall have no liability to the Lender, the Borrower or any other person in relying on and acting in accordance with any such instructions or failing to follow any instructions from the Borrower; (c) the Bank shall have no responsibility to inquire as to the form, execution, sufficiency or validity of any notice or instructions delivered to it hereunder, nor to inquire as to the identity, authority or rights of the person or persons executing or delivering the same, (d) the Bank has no knowledge of (and is not required to know) the terms and provisions of the Loan Agreement or any other related documentation or whether any actions by the Lender (including without limitation the sending of a Springing Control Notice), the Borrower or any other person or entity are permitted or a breach thereunder or are consistent or inconsistent therewith and (e) the Bank shall have no obligation to follow the instructions of the Lender prior to the Effective Time, and on and after the Effective Time the Bank shall have a reasonable period of time within which to act in accordance with any notice or instructions from the Lender with respect to the Accounts. Notwithstanding the preceding terms of this Section 2, it is expressly understood and agreed that any direction or request by the Lender with respect to the Accounts will apply only to available funds on deposit in the Accounts and the Lender shall make withdrawals from the Accounts only via fedwire or by electronic funds transfer.

      3.    Deposit of Items. Each of the Borrower and the Lender irrevocably direct and authorize the Bank, and the Bank agrees, to process for deposit to the Accounts all items required to be deposited into the Accounts pursuant to any lockbox services, cash management services or other services provided under the Master Agreement.

      4.    Information. The Bank shall provide the Lender with such information with respect to the Accounts and all items (and proceeds thereof) deposited in the Accounts as the Lender may from time to time reasonably request; provided that the Bank shall have no obligation to provide any more information to the Lender, or provide information in a different manner or medium, than the Bank is required to provide to the Borrower under the Master Agreement. The Borrower consents to such information being provided to the Lender and agrees to pay all expenses in connection therewith.

5.      Exculpation; Indemnity.  The Bank undertakes to perform only such duties as are expressly set forth herein.  Notwithstanding any other provisions of this Agreement, in no event shall the Bank be liable for any (i) action taken, or inaction, in accordance with this Agreement, including, without limitation, any action taken, or inaction, in accordance with instructions given (or purported to be given) by the Lender, (ii) failure to follow the instructions of the Lender (A) prior to the Effective Time, (B) for which the Bank has not received evidence reasonably satisfactory to the Bank as to the authority of the person giving the instruction to act for the Lender or (C) for which the Bank determines would result in the Bank failing to comply with a statute, rule, regulation, order, judgment decree, injunction or legal process binding upon the Bank, (iii) Losses (as defined below) or delays resulting from acts of God, war, terrorist attack, computer malfunction, interruption of communication facilities, labor difficulties or other causes beyond the Bank's reasonable control, (iv) indirect, special, punitive or consequential damages, or (v) other Losses (as defined below) incurred by any party except for direct damages attributable to the Bank's gross negligence or willful misconduct.  The Borrower indemnifies and holds the Bank harmless from and against all costs, damages, claims, judgments, reasonable attorneys' fees, out-of-pocket expenses, obligations and liabilities of every kind and nature (collectively "Losses") which the Bank may incur, sustain or be required to pay (other than those attributable to the Bank's gross negligence or willful misconduct) in connection with or arising out of this Agreement, the Accounts. the related lockbox(es) or the Master Agreement (including without limitation, the amount of any overdraft created in any of the Accounts resulting from a Chargeback (as defined below) being charged to the related Account or from debiting any of the Accounts for Charges (as defined below) owed to the Bank), and to pay to the Bank on demand the amount of all such Losses.  The Lender indemnifies and holds the Bank harmless from and against all Losses which the Bank may incur, sustain or be required to pay (other than those attributable to the Bank's gross negligence or willful misconduct) arising (i) from the Bank following an instruction originated by the Lender hereunder (including, without limitation, any Springing Control Notice) or (ii) due to any claim by the Lender of an interest in the Accounts or the funds on deposit therein, and to pay to the Bank on demand the amount of all such Losses. Nothing in this Section 5, and no indemnification of the Bank hereunder, shall affect in any way the indemnification obligations of the Borrower to the Lender under the Loan Agreement.

6.      Chargebacks.  All items deposited in, and electronic funds transfers credited to, the Accounts and then returned unpaid or returned (or not finally settled) for any reason (collectively, "Chargebacks") will be handled in the following manner:  (a) any item which is returned because of insufficient or uncollected funds or otherwise dishonored for any reason will be charged back to the Account in which it was originally deposited (or if there are insufficient funds in that Account, to one or more other accounts of the Borrower at Bank), and (b) any returns, reversals or other Chargebacks relating to electronic funds transfers or deposits into an Account, or merchant card, debit card or credit card transactions involving such Account will be charged back to such Account (or if there are insufficient funds in that Account, to one or more other accounts of the Borrower at Bank).

The Bank will notify the Borrower of any and all Chargebacks which have been charged back to the applicable Accounts by reporting the return of such items (or electronic funds transfers) to the persons identified in, or as otherwise designated pursuant to, Section 13 of this Agreement.  The returned item will be sent to the Borrower along with a debit advice in the manner provided under the Master Agreement.  If requested by Lender after the Effective Time,

3

the Lender will also receive a copy of each such returned item and the debit advice in the manner provided to the Borrower under the Master Agreement; provided, however, that after receipt of written notice from the Lender, the Bank will send the returned item directly to the Lender in the manner in which it would otherwise be provided to the Borrower under the Master Agreement.

In the event that the Accounts do not contain sufficient available funds to pay the Chargebacks and the Borrower maintains no other accounts with the Bank or such other accounts do not contain sufficient available funds to pay the Chargebacks, the Bank will bill the Borrower directly, and the Borrower agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Chargebacks. After the Effective Time, if the Borrower fails to pay the amount of the Chargebacks within five (5) Business Days of receipt of a billing statement detailing such Chargebacks, the Lender agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Chargebacks within fifteen (15) calendar days after receipt of a billing statement detailing such Chargebacks; provided, however, (i) the Lender's aggregate obligations with respect to Chargebacks are limited to the aggregate amount transferred or disbursed by the Bank from the Accounts on the instructions of the Lender pursuant to this Agreement and (ii) that any such liability of the Lender to the Bank shall in no way release the Borrower from liability to the Lender or the Bank and shall in no way impair the Lender's rights and remedies against the Borrower, by way of subrogation or otherwise, to collect all such Chargebacks.

7.      Charges.   In consideration of the services of the Bank in establishing, maintaining, and conducting transactions through the Accounts and any related lockboxes, the Bank has established, and the Borrower hereby agrees to pay the reasonable and customary fees and other charges for the Accounts and services related thereto, together with any and all other expenses incurred by the Bank in connection with this Agreement or the Accounts and related services, including without limitation amounts paid or incurred by the Bank in enforcing its rights and remedies under this Agreement, or in connection with defending any claim made against the Bank in connection with this Agreement, the Accounts (collectively, the "Charges").

In connection with the payment of the Charges in any month, the Bank will debit the Accounts. In the event that the Accounts do not contain sufficient available funds to pay the Charges and the Borrower maintains no other accounts with the Bank or such other accounts do not contain sufficient available funds to pay the Charges, the Bank will bill the Borrower directly, and the Borrower agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Charges. After the Effective Time, if the Borrower fails to pay the amount of the Charges within five (5) Business Days of receipt of a billing statement detailing such Charges, the Lender agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Charges within fifteen (15) calendar days after receipt of a billing statement detailing such Charges; provided, however, (i) the Lender shall have issued a Springing Control Notice and (ii) that any such liability of the Lender to the Bank shall in no way release the Borrower from liability to the Lender or the Bank and shall in no way impair the Lender's rights and remedies against the Borrower, by way of subrogation or otherwise, to collect all such fees and expenses.

4

8.    Irrevocable Agreement. The Borrower acknowledges that the agreements made by it and the authorizations granted by it herein are irrevocable and that the authorizations granted in Sections 2 and 3 are powers coupled with an interest.

9.    Set-off. The Bank waives all of its existing and future rights of set-off and banker's liens against the Accounts and all items (and proceeds thereof) that come into possession of the Bank in connection with the Accounts, except those rights of set-off and banker's liens arising in connection with (a) any charges, fees, expenses, payments and other amounts for which the Borrower and/or Lender is responsible to the Bank (including, without limitation, any of the foregoing with respect to cash management services provided by the Bank to the Borrower, including, but not limited to, funds transfer (origination or receipt), trade, lockbox, commercial card, investment, disbursement, reconcilement, stop payment, positive pay, automatic investment, imaging, and information services), (b) Chargebacks, (c) Charges, and (d) amounts owed to the Bank pursuant to Sections 4 and 5 hereof.

10.    Master Agreement. This Agreement supplements, rather than replaces, the Master Agreement, which Master Agreement will continue to apply to the Accounts, the services provided with respect thereto, and the respective rights, powers, duties, obligations, liabilities and responsibilities of the parties thereto and hereto, to the extent not expressly conflicting with the provisions of this Agreement (however, in the event of any such conflict, the provisions of this Agreement shall control). The Lender may request the Bank to provide other services (such as automatic daily transfers) with respect to the Accounts on or after the Effective Time; however, if such services are not authorized or otherwise covered under the Master Agreement, the Bank's decision to provide any such services shall be made in its sole discretion (including without limitation being subject to the Borrower and/or the Lender executing such additional documentation as the Bank may require in connection therewith).

11.    Miscellaneous. This Agreement is binding upon the parties hereto and their respective successors and assigns (including any trustee of the Borrower appointed or elected in any action under the Bankruptcy Code) and shall inure to their benefit. The Borrower may not assign its rights hereunder unless the prior written consent of the Bank and Lender is obtained. The Lender may not assign its rights hereunder unless prior written notice, along with an agreement by assignee that it has assumed all of Lender's obligations under this Agreement, is provided to Bank. Neither this Agreement nor any provision hereof may be changed, amended, modified, or waived, except by an instrument in writing signed by the parties hereto. Any provision of this Agreement that may prove unenforceable under any law or regulation shall not affect the validity of any other provision hereof. This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of Illinois without regard to conflict of laws provisions. The State of Illinois shall be the Bank's jurisdiction for purposes of Section 9-304 of the Illinois Uniform Commercial Code. Any action in connection with this Agreement shall be brought in the courts of the State of Illinois, located in Cook County, Illinois, or the courts of the United States of America for the Northern District of Illinois, located in Cook County, Illinois. Each party hereto irrevocably waives any objection on the grounds of venue, *forum non-conveniens* or any similar grounds, irrevocably consents to service of process by mail or in any other manner permitted by applicable law and consents to the jurisdiction of said courts. Each party hereto intentionally, knowingly and voluntarily irrevocably waives any right to trial by jury in any proceeding related to this Agreement. This Agreement may be executed in any number of

5

counterparts which together shall constitute one and the same instrument. A signature hereto sent or delivered by facsimile or other electronic transmission (including, without limitation, via .pdf) shall be as legally binding and enforceable as a signed original for all purposes.

        12.    Termination and Resignation. This Agreement may be terminated by the Lender upon fifteen (15) days' prior written notice to the Bank; provided, however, that this Agreement shall terminate immediately upon notice from the Lender that the Borrower's obligations under the Loan Agreement are satisfied. The Bank may, at any time upon thirty (30) days' prior written notice to the Lender and the Borrower, terminate this Agreement and close the Accounts; provided, however, that the Bank may terminate this Agreement immediately upon written notice to the Lender and the Borrower in the event of a material breach of this Agreement (including non-payment of any Charges or other obligations under this Agreement) by either the Borrower or the Lender that has not been cured or remedied within the applicable time period set forth herein. The obligations of the Borrower and the Lender under Sections 5, 6 and 7 of this Agreement shall survive termination of this Agreement. Upon termination of this Agreement, the Bank shall remit any funds in the Accounts on the date of termination in accordance with the instructions of the Borrower or, if the Effective Time has occurred, the Lender.

        13.    Notices and Instructions. Unless otherwise specifically provided herein; any notice, instruction or other communication required or permitted to be given shall be in writing addressed to the respective party as set forth below and may be personally served, e-mailed or sent by overnight courier service and shall be deemed effective: (a) if delivered in person, when delivered, provided that if delivery occurs on a date that is not a Business Day, the notice will be deemed effective on the next succeeding Business Day; (b) if delivered by e-mail, the date on which receipt of such e-mail is acknowledged by the recipient; or (c) if delivered by reputable overnight courier, the date on which such delivery is made by such courier, provided that if delivery occurs on a date that is not a Business Day, the notice will be deemed effective on the next succeeding Business Day.

Notices shall be addressed as follows:

Lender:     Loan Admin Co LLC
            2200 Atlantic Street, Suite 501
            Stamford CT 06902
            Attn: Sean Chao and Purvang Desai
            E-mail: schao@mccp.com and pdesai@mccp.com

Bank:      Wintrust Bank
            9700 W Higgins Road, 7th Floor
            Rosemont, IL 60018
            Attn: Roula Arceo
            E-mail: rarceo@wintrust.com

            with a copy to:

            Wintrust Financial Corporation
            9700 W. Higgins Road

6

Rosemont, IL 60018
Attn: Tom Ormseth & Elizabeth Krumrey
E-mail: tormseth@wintrust.com & lkrumrey@wintrust.com

Borrower: Optio Rx, LLC
1247 Waukegan Rd., Suite 200
Glenview, IL 60025
Attn: Sergio Zepeda; Grant Christianson
E-mail: szepeda@coldborecapital.com; grant@optiorx.com

or in any case, to such other address as the party addressed shall have previously designated by written notice to the serving party, given in accordance with this Section 13.

7

This Agreement has been executed and delivered by each of the parties hereto by a duly authorized officer of each such party on the date first set forth above.

Optio Rx, LLC

By: _____

Name:  Sergio Zepeda

Title:    Authorized Signatory


Loan Admin Co LLC

By: _____

Name:  Sean Chao

Title:  Authorized Signatory


ACCEPTED AND AGREED TO:

Wintrust Bank

By: _____

Name: _____

Title: _____

8

10042235_1

This Agreement has been executed and delivered by each of the parties hereto by a duly authorized officer of each such party on the date first set forth above.

Optio Rx, LLC

By: _____

Name: _____

Title: _____


Loan Admin Co LLC

By: _____

Name:  Sean Chao

Title:  Authorized Signatory


ACCEPTED AND AGREED TO:

Wintrust Bank

By: _____

Name: _____

Title: _____

8

10042235_1

This Agreement has been executed and delivered by each of the parties hereto by a duly authorized officer of each such party on the date first set forth above.

Optio Rx, LLC

By: _____

Name: _____

Title: _____

Loan Admin Co LLC

By: _____

Name:  Sean Chao

Title:  Authorized Signatory

ACCEPTED AND AGREED TO:

Wintrust Bank

By: _____

Name: _____

Title: _____

8

## EXHIBIT A

## ACCOUNTS TO BE BLOCKED

| Account Number | Title | Tax Identification Number |
| --- | --- | --- |
| ███3993 | Optio Rx LLC – Restricted Cash | ███8436 |
| ███4516 | Optio Rx LLC | ███8436 |
| | | |
| | | |
| | | |
| | | |
| | | |

9

10042235_1

## EXHIBIT B

### FORM OF SPRINGING CONTROL NOTICE

Date:

To: [Insert Name and address of the Bank]

Re: Account Control Agreement: Springing Control dated as of [DATE] (the "Agreement") by and among [Name of Borrower], [Name of Lender], and [Name of Bank] relating to Account(s) No(s). _____.

Ladies and Gentlemen:

This constitutes a Springing Control Notice as referred to in Section 2 of the Agreement, a copy of which is attached hereto.

Sincerely,

[Name of Lender]

By:_____

Name:

Title:

ACCOUNT CONTROL AGREEMENT: SPRINGING CONTROL

This Account Control Agreement (this "Agreement"), among Wintrust Bank (the "Bank"), HemaCare Plus, LLC (the "Borrower") and Loan Admin Co LLC, as collateral agent for certain lenders and other secured parties pursuant to the Loan Agreement defined below (together with its successors and assigns in such capacity, the "Lender"), is dated as of August 6, 2019, and entered into in connection with that certain Credit Agreement dated as of June 28, 2019 among Optio Rx, LLC, Loan Admin Co LLC in its capacity as administrative agent, the lenders party thereto and certain other parties, as amended, restated, supplemented or otherwise modified from time (the "Loan Agreement"). The Borrower is the Bank's customer with respect to each deposit account established by the Borrower at the Bank and identified in Exhibit A attached hereto (each, an "Account" and collectively, the "Accounts").

1.    Lien. Under or in connection with the Loan Agreement, the Borrower has granted to the Lender a continuing lien on and security interest in the Accounts, all amounts from time to time paid, deposited or credited thereto or held therein or otherwise in the possession or under the Control of, or in transit to, Bank or any agent, custodian or bailee thereof, and all proceeds of any of the foregoing. Bank acknowledges that this Agreement constitutes notice of Lender's lien and security interest and hereby consents thereto. The parties hereto agree that each Account is a "deposit account" within the meaning of Article 9 of the Illinois Uniform Commercial Code and intend that this Agreement provide the Lender with control over the Accounts in accordance with Section 9-104(a)(2) of the Illinois Uniform Commercial Code

2.    Duties. Prior to the Effective Time (as defined below), the Bank may comply with the instructions of the Borrower directing disposition of the funds in the Accounts in accordance with the Treasury Management Master Agreement between the Borrower and the Bank (including the relevant "Service Terms and Conditions" and "Specifications" as therein defined and incorporated by reference, as amended, restated, supplemented or otherwise modified from time to time, collectively, the "Master Agreement"). On and after the Effective Time (and without the Borrower's consent), the Bank shall honor all instructions received from the Lender (but not those from the Borrower) directing disposition of the funds in the Accounts and the Borrower shall have no right or ability to access or withdraw or transfer funds from any of the Accounts. Prior to issuing any instructions on or after the Effective Time, the Lender shall provide the Bank with such documentation as the Bank may reasonably request to establish the identity and authority of the individuals issuing instructions on behalf of the Lender.

For the purposes hereof, the "Effective Time" shall be the opening of business on the first Business Day (as defined below) after the Business Day on which a notice purporting to be signed by the Lender in the form of Exhibit B attached hereto, with a copy of this Agreement attached thereto (a "Springing Control Notice"), is actually received by the unit of the Bank to whom the notice is required hereunder to be addressed; provided, however, that if any Springing Control Notice is so received after 12:00 noon, Central time, on any Business Day, the "Effective Time" shall be the opening of business on the second Business Day after the Business Day on which such receipt occurs. "Business Day" means any day other than a Saturday, Sunday or other day on which the Bank is, or is authorized or required by law to be, closed.

10024635_1

10042239_1

Notwithstanding the foregoing: (i) all transactions involving or that will involve any of the Accounts duly commenced by the Bank or any affiliate prior to the Effective Time and so consummated or processed thereafter shall be deemed not to constitute a violation of this Agreement; and (ii) the Bank and/or any affiliate may (at its discretion and without any obligation to do so) (x) cease honoring the Borrower's instructions and/or commence honoring solely the Lender's instructions concerning any of the Accounts at any time or from time to time after it becomes aware that the Lender has sent to it a Springing Control Notice but prior to the Effective Time therefor (including without limitation halting, reversing or redirecting any transaction referred to in clause (i) above), or (y) deem a Springing Control Notice to be received by it for purposes of the foregoing paragraph prior to the specified unit's actual receipt if otherwise actually received by the Bank (or if such Springing Control Notice does not comply with the form attached hereto as Exhibit B or does not attach an appropriate copy of this Agreement), with no liability whatsoever to the Borrower or any other party for doing so.

The Borrower and the Lender agree that: (a) the Bank has no duty to monitor the balance of the Accounts; (b) the Bank may, without further inquiry or consent from the Borrower, rely on and act in accordance with any instructions it receives from (or which purport to be from) the Lender at any time, notwithstanding any conflicting or contrary instructions it may receive from the Borrower, and the Bank shall have no liability to the Lender, the Borrower or any other person in relying on and acting in accordance with any such instructions or failing to follow any instructions from the Borrower; (c) the Bank shall have no responsibility to inquire as to the form, execution, sufficiency or validity of any notice or instructions delivered to it hereunder, nor to inquire as to the identity, authority or rights of the person or persons executing or delivering the same, (d) the Bank has no knowledge of (and is not required to know) the terms and provisions of the Loan Agreement or any other related documentation or whether any actions by the Lender (including without limitation the sending of a Springing Control Notice), the Borrower or any other person or entity are permitted or a breach thereunder or are consistent or inconsistent therewith and (e) the Bank shall have no obligation to follow the instructions of the Lender prior to the Effective Time, and on and after the Effective Time the Bank shall have a reasonable period of time within which to act in accordance with any notice or instructions from the Lender with respect to the Accounts. Notwithstanding the preceding terms of this Section 2, it is expressly understood and agreed that any direction or request by the Lender with respect to the Accounts will apply only to available funds on deposit in the Accounts and the Lender shall make withdrawals from the Accounts only via fedwire or by electronic funds transfer.

3.    Deposit of Items. Each of the Borrower and the Lender irrevocably direct and authorize the Bank, and the Bank agrees, to process for deposit to the Accounts all items required to be deposited into the Accounts pursuant to any lockbox services, cash management services or other services provided under the Master Agreement.

4.    Information. The Bank shall provide the Lender with such information with respect to the Accounts and all items (and proceeds thereof) deposited in the Accounts as the Lender may from time to time reasonably request; provided that the Bank shall have no obligation to provide any more information to the Lender, or provide information in a different manner or medium, than the Bank is required to provide to the Borrower under the Master Agreement. The Borrower consents to such information being provided to the Lender and agrees to pay all expenses in connection therewith.

2

5.     Exculpation; Indemnity. The Bank undertakes to perform only such duties as are expressly set forth herein. Notwithstanding any other provisions of this Agreement, in no event shall the Bank be liable for any (i) action taken, or inaction, in accordance with this Agreement, including, without limitation, any action taken, or inaction, in accordance with instructions given (or purported to be given) by the Lender, (ii) failure to follow the instructions of the Lender (A) prior to the Effective Time, (B) for which the Bank has not received evidence reasonably satisfactory to the Bank as to the authority of the person giving the instruction to act for the Lender or (C) for which the Bank determines would result in the Bank failing to comply with a statute, rule, regulation, order, judgment decree, injunction or legal process binding upon the Bank, (iii) Losses (as defined below) or delays resulting from acts of God, war, terrorist attack, computer malfunction, interruption of communication facilities, labor difficulties or other causes beyond the Bank's reasonable control, (iv) indirect, special, punitive or consequential damages, or (v) other Losses (as defined below) incurred by any party except for direct damages attributable to the Bank's gross negligence or willful misconduct. The Borrower indemnifies and holds the Bank harmless from and against all costs, damages, claims, judgments, reasonable attorneys' fees, out-of-pocket expenses, obligations and liabilities of every kind and nature (collectively "Losses") which the Bank may incur, sustain or be required to pay (other than those attributable to the Bank's gross negligence or willful misconduct) in connection with or arising out of this Agreement, the Accounts. the related lockbox(es) or the Master Agreement (including without limitation, the amount of any overdraft created in any of the Accounts resulting from a Chargeback (as defined below) being charged to the related Account or from debiting any of the Accounts for Charges (as defined below) owed to the Bank), and to pay to the Bank on demand the amount of all such Losses. The Lender indemnifies and holds the Bank harmless from and against all Losses which the Bank may incur, sustain or be required to pay (other than those attributable to the Bank's gross negligence or willful misconduct) arising (i) from the Bank following an instruction originated by the Lender hereunder (including, without limitation, any Springing Control Notice) or (ii) due to any claim by the Lender of an interest in the Accounts or the funds on deposit therein, and to pay to the Bank on demand the amount of all such Losses. Nothing in this Section 5, and no indemnification of the Bank hereunder, shall affect in any way the indemnification obligations of the Borrower to the Lender under the Loan Agreement.

6.     Chargebacks.  All items deposited in, and electronic funds transfers credited to, the Accounts and then returned unpaid or returned (or not finally settled) for any reason (collectively, "Chargebacks") will be handled in the following manner: (a) any item which is returned because of insufficient or uncollected funds or otherwise dishonored for any reason will be charged back to the Account in which it was originally deposited (or if there are insufficient funds in that Account, to one or more other accounts of the Borrower at Bank), and (b) any returns, reversals or other Chargebacks relating to electronic funds transfers or deposits into an Account, or merchant card, debit card or credit card transactions involving such Account will be charged back to such Account (or if there are insufficient funds in that Account, to one or more other accounts of the Borrower at Bank).

The Bank will notify the Borrower of any and all Chargebacks which have been charged back to the applicable Accounts by reporting the return of such items (or electronic funds transfers) to the persons identified in, or as otherwise designated pursuant to, Section 13 of this Agreement. The returned item will be sent to the Borrower along with a debit advice in the manner provided under the Master Agreement. If requested by Lender after the Effective Time,

3

the Lender will also receive a copy of each such returned item and the debit advice in the manner provided to the Borrower under the Master Agreement; provided, however, that after receipt of written notice from the Lender, the Bank will send the returned item directly to the Lender in the manner in which it would otherwise be provided to the Borrower under the Master Agreement.

In the event that the Accounts do not contain sufficient available funds to pay the Chargebacks and the Borrower maintains no other accounts with the Bank or such other accounts do not contain sufficient available funds to pay the Chargebacks, the Bank will bill the Borrower directly, and the Borrower agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Chargebacks. After the Effective Time, if the Borrower fails to pay the amount of the Chargebacks within five (5) Business Days of receipt of a billing statement detailing such Chargebacks, the Lender agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Chargebacks within fifteen (15) calendar days after receipt of a billing statement detailing such Chargebacks; provided, however, (i) the Lender's aggregate obligations with respect to Chargebacks are limited to the aggregate amount transferred or disbursed by the Bank from the Accounts on the instructions of the Lender pursuant to this Agreement and (ii) that any such liability of the Lender to the Bank shall in no way release the Borrower from liability to the Lender or the Bank and shall in no way impair the Lender's rights and remedies against the Borrower, by way of subrogation or otherwise, to collect all such Chargebacks.

7.      Charges.  In consideration of the services of the Bank in establishing, maintaining, and conducting transactions through the Accounts and any related lockboxes, the Bank has established, and the Borrower hereby agrees to pay the reasonable and customary fees and other charges for the Accounts and services related thereto, together with any and all other expenses incurred by the Bank in connection with this Agreement or the Accounts and related services, including without limitation amounts paid or incurred by the Bank in enforcing its rights and remedies under this Agreement, or in connection with defending any claim made against the Bank in connection with this Agreement, the Accounts (collectively, the "Charges").

In connection with the payment of the Charges in any month, the Bank will debit the Accounts. In the event that the Accounts do not contain sufficient available funds to pay the Charges and the Borrower maintains no other accounts with the Bank or such other accounts do not contain sufficient available funds to pay the Charges, the Bank will bill the Borrower directly, and the Borrower agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Charges. After the Effective Time, if the Borrower fails to pay the amount of the Charges within five (5) Business Days of receipt of a billing statement detailing such Charges, the Lender agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Charges within fifteen (15) calendar days after receipt of a billing statement detailing such Charges; provided, however, (i) the Lender shall have issued a Springing Control Notice and (ii) that any such liability of the Lender to the Bank shall in no way release the Borrower from liability to the Lender or the Bank and shall in no way impair the Lender's rights and remedies against the Borrower, by way of subrogation or otherwise, to collect all such fees and expenses.

4

10042239_1

8.    Irrevocable Agreement. The Borrower acknowledges that the agreements made by it and the authorizations granted by it herein are irrevocable and that the authorizations granted in Sections 2 and 3 are powers coupled with an interest.

9.    Set-off. The Bank waives all of its existing and future rights of set-off and banker's liens against the Accounts and all items (and proceeds thereof) that come into possession of the Bank in connection with the Accounts, except those rights of set-off and banker's liens arising in connection with (a) any charges, fees, expenses, payments and other amounts for which the Borrower and/or Lender is responsible to the Bank (including, without limitation, any of the foregoing with respect to cash management services provided by the Bank to the Borrower, including, but not limited to, funds transfer (origination or receipt), trade, lockbox, commercial card, investment, disbursement, reconcilement, stop payment, positive pay, automatic investment, imaging, and information services), (b) Chargebacks, (c) Charges, and (d) amounts owed to the Bank pursuant to Sections 4 and 5 hereof.

10.    Master Agreement. This Agreement supplements, rather than replaces, the Master Agreement, which Master Agreement will continue to apply to the Accounts, the services provided with respect thereto, and the respective rights, powers, duties, obligations, liabilities and responsibilities of the parties thereto and hereto, to the extent not expressly conflicting with the provisions of this Agreement (however, in the event of any such conflict, the provisions of this Agreement shall control). The Lender may request the Bank to provide other services (such as automatic daily transfers) with respect to the Accounts on or after the Effective Time; however, if such services are not authorized or otherwise covered under the Master Agreement, the Bank's decision to provide any such services shall be made in its sole discretion (including without limitation being subject to the Borrower and/or the Lender executing such additional documentation as the Bank may require in connection therewith).

11.    Miscellaneous. This Agreement is binding upon the parties hereto and their respective successors and assigns (including any trustee of the Borrower appointed or elected in any action under the Bankruptcy Code) and shall inure to their benefit. The Borrower may not assign its rights hereunder unless the prior written consent of the Bank and Lender is obtained. The Lender may not assign its rights hereunder unless prior written notice, along with an agreement by assignee that it has assumed all of Lender's obligations under this Agreement, is provided to Bank. Neither this Agreement nor any provision hereof may be changed, amended, modified, or waived, except by an instrument in writing signed by the parties hereto. Any provision of this Agreement that may prove unenforceable under any law or regulation shall not affect the validity of any other provision hereof. This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of Illinois without regard to conflict of laws provisions. The State of Illinois shall be the Bank's jurisdiction for purposes of Section 9-304 of the Illinois Uniform Commercial Code. Any action in connection with this Agreement shall be brought in the courts of the State of Illinois, located in Cook County, Illinois, or the courts of the United States of America for the Northern District of Illinois, located in Cook County, Illinois. Each party hereto irrevocably waives any objection on the grounds of venue, *forum non-conveniens* or any similar grounds, irrevocably consents to service of process by mail or in any other manner permitted by applicable law and consents to the jurisdiction of said courts. Each party hereto intentionally, knowingly and voluntarily irrevocably waives any right to trial by jury in any proceeding related to this Agreement. This Agreement may be executed in any number of

5

counterparts which together shall constitute one and the same instrument. A signature hereto sent or delivered by facsimile or other electronic transmission (including, without limitation, via .pdf) shall be as legally binding and enforceable as a signed original for all purposes.

           12.    Termination and Resignation. This Agreement may be terminated by the Lender upon fifteen (15) days' prior written notice to the Bank; provided, however, that this Agreement shall terminate immediately upon notice from the Lender that the Borrower's obligations under the Loan Agreement are satisfied. The Bank may, at any time upon thirty (30) days' prior written notice to the Lender and the Borrower, terminate this Agreement and close the Accounts; provided, however, that the Bank may terminate this Agreement immediately upon written notice to the Lender and the Borrower in the event of a material breach of this Agreement (including non-payment of any Charges or other obligations under this Agreement) by either the Borrower or the Lender that has not been cured or remedied within the applicable time period set forth herein. The obligations of the Borrower and the Lender under Sections 5, 6 and 7 of this Agreement shall survive termination of this Agreement. Upon termination of this Agreement, the Bank shall remit any funds in the Accounts on the date of termination in accordance with the instructions of the Borrower or, if the Effective Time has occurred, the Lender.

           13.    Notices and Instructions. Unless otherwise specifically provided herein; any notice, instruction or other communication required or permitted to be given shall be in writing addressed to the respective party as set forth below and may be personally served, e-mailed or sent by overnight courier service and shall be deemed effective: (a) if delivered in person, when delivered, provided that if delivery occurs on a date that is not a Business Day, the notice will be deemed effective on the next succeeding Business Day; (b) if delivered by e-mail, the date on which receipt of such e-mail is acknowledged by the recipient; or (c) if delivered by reputable overnight courier, the date on which such delivery is made by such courier, provided that if delivery occurs on a date that is not a Business Day, the notice will be deemed effective on the next succeeding Business Day.

        Notices shall be addressed as follows:

| | |
|---|---|
| Lender: | Loan Admin Co LLC |
| | 2200 Atlantic Street, Suite 501 |
| | Stamford CT 06902 |
| | Attn: Sean Chao and Purvang Desai |
| | E-mail: schao@mccp.com and pdesai@mccp.com |
| | |
| Bank: | Wintrust Bank |
| | 9700 W Higgins Road, 7th Floor |
| | Rosemont, IL 60018 |
| | Attn: Roula Arceo |
| | E-mail: rarceo@wintrust.com |

          with a copy to:

         Wintrust Financial Corporation
         9700 W. Higgins Road

Rosemont, IL 60018
Attn: Tom Ormseth & Elizabeth Krumrey
E-mail: tormseth@wintrust.com & lkrumrey@wintrust.com

Borrower: HemaCare Plus, LLC
1247 Waukegan Rd., Suite 200
Glenview, IL 60025
Attn: Sergio Zepeda; Grant Christianson
E-mail: szepeda@coldborecapital.com; grant@optiorx.com

or in any case, to such other address as the party addressed shall have previously designated by written notice to the serving party, given in accordance with this Section 13.

7

This Agreement has been executed and delivered by each of the parties hereto by a duly authorized officer of each such party on the date first set forth above.

HemaCare Plus, LLC

By: _____

Name:  Sergio Zepeda

Title:   Authorized Signatory


Loan Admin Co LLC

By: _____

Name:  Sean Chao

Title:  Authorized Signatory


ACCEPTED AND AGREED TO:

Wintrust Bank

By: _____

Name: _____

Title: _____

8

This Agreement has been executed and delivered by each of the parties hereto by a duly authorized officer of each such party on the date first set forth above.

HemaCare Plus, LLC

By: _____

Name: _____

Title: _____


Loan Admin Co LLC

By: _____

Name:  Sean Chao

Title:  Authorized Signatory


ACCEPTED AND AGREED TO:

Wintrust Bank

By: _____

Name: _____

Title: _____

8

This Agreement has been executed and delivered by each of the parties hereto by a duly authorized officer of each such party on the date first set forth above.

HemaCare Plus, LLC

By: _____

Name: _____

Title: _____


Loan Admin Co LLC

By: _____

Name:  Sean Chao

Title:  Authorized Signatory


ACCEPTED AND AGREED TO:

Wintrust Bank

By: _____

Name: _____

Title: _____

8

**EXHIBIT A**

**ACCOUNTS TO BE BLOCKED**

| Account Number | Title | Tax Identification Number |
|---|---|---|
| █ 1435 | HemaCare Plus, LLC | █ 5216 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

9

## EXHIBIT B

## FORM OF SPRINGING CONTROL NOTICE

Date:

To: [Insert Name and address of the Bank]

Re: Account Control Agreement: Springing Control dated as of [DATE] (the "Agreement") by and among [Name of Borrower], [Name of Lender], and [Name of Bank] relating to Account(s) No(s). _____.

Ladies and Gentlemen:

This constitutes a Springing Control Notice as referred to in Section 2 of the Agreement, a copy of which is attached hereto.

Sincerely,

[Name of Lender]

By:_____

Name:

Title:

ACCOUNT CONTROL AGREEMENT: SPRINGING CONTROL

This Account Control Agreement (this "Agreement"), among Wintrust Bank (the "Bank"), H&H Pharmacy LLC (the "Borrower") and Loan Admin Co LLC, as collateral agent for certain lenders and other secured parties pursuant to the Loan Agreement defined below (together with its successors and assigns in such capacity, the "Lender"), is dated as of August 6, 2019, and entered into in connection with that certain Credit Agreement dated as of June 28, 2019 among Optio Rx, LLC, Loan Admin Co LLC in its capacity as administrative agent, the lenders party thereto and certain other parties, as amended, restated, supplemented or otherwise modified from time (the "Loan Agreement"). The Borrower is the Bank's customer with respect to each deposit account established by the Borrower at the Bank and identified in Exhibit A attached hereto (each, an "Account" and collectively, the "Accounts").

1.      Lien. Under or in connection with the Loan Agreement, the Borrower has granted to the Lender a continuing lien on and security interest in the Accounts, all amounts from time to time paid, deposited or credited thereto or held therein or otherwise in the possession or under the Control of, or in transit to, Bank or any agent, custodian or bailee thereof, and all proceeds of any of the foregoing. Bank acknowledges that this Agreement constitutes notice of Lender's lien and security interest and hereby consents thereto. The parties hereto agree that each Account is a "deposit account" within the meaning of Article 9 of the Illinois Uniform Commercial Code and intend that this Agreement provide the Lender with control over the Accounts in accordance with Section 9-104(a)(2) of the Illinois Uniform Commercial Code

2.      Duties. Prior to the Effective Time (as defined below), the Bank may comply with the instructions of the Borrower directing disposition of the funds in the Accounts in accordance with the Treasury Management Master Agreement between the Borrower and the Bank (including the relevant "Service Terms and Conditions" and "Specifications" as therein defined and incorporated by reference, as amended, restated, supplemented or otherwise modified from time to time, collectively, the "Master Agreement"). On and after the Effective Time (and without the Borrower's consent), the Bank shall honor all instructions received from the Lender (but not those from the Borrower) directing disposition of the funds in the Accounts and the Borrower shall have no right or ability to access or withdraw or transfer funds from any of the Accounts. Prior to issuing any instructions on or after the Effective Time, the Lender shall provide the Bank with such documentation as the Bank may reasonably request to establish the identity and authority of the individuals issuing instructions on behalf of the Lender.

For the purposes hereof, the "Effective Time" shall be the opening of business on the first Business Day (as defined below) after the Business Day on which a notice purporting to be signed by the Lender in the form of Exhibit B attached hereto, with a copy of this Agreement attached thereto (a "Springing Control Notice"), is actually received by the unit of the Bank to whom the notice is required hereunder to be addressed; provided, however, that if any Springing Control Notice is so received after 12:00 noon, Central time, on any Business Day, the "Effective Time" shall be the opening of business on the second Business Day after the Business Day on which such receipt occurs. "Business Day" means any day other than a Saturday, Sunday or other day on which the Bank is, or is authorized or required by law to be, closed.

Notwithstanding the foregoing: (i) all transactions involving or that will involve any of the Accounts duly commenced by the Bank or any affiliate prior to the Effective Time and so consummated or processed thereafter shall be deemed not to constitute a violation of this Agreement; and (ii) the Bank and/or any affiliate may (at its discretion and without any obligation to do so) (x) cease honoring the Borrower's instructions and/or commence honoring solely the Lender's instructions concerning any of the Accounts at any time or from time to time after it becomes aware that the Lender has sent to it a Springing Control Notice but prior to the Effective Time therefor (including without limitation halting, reversing or redirecting any transaction referred to in clause (i) above), or (y) deem a Springing Control Notice to be received by it for purposes of the foregoing paragraph prior to the specified unit's actual receipt if otherwise actually received by the Bank (or if such Springing Control Notice does not comply with the form attached hereto as Exhibit B or does not attach an appropriate copy of this Agreement), with no liability whatsoever to the Borrower or any other party for doing so.

The Borrower and the Lender agree that: (a) the Bank has no duty to monitor the balance of the Accounts; (b) the Bank may, without further inquiry or consent from the Borrower, rely on and act in accordance with any instructions it receives from (or which purport to be from) the Lender at any time, notwithstanding any conflicting or contrary instructions it may receive from the Borrower, and the Bank shall have no liability to the Lender, the Borrower or any other person in relying on and acting in accordance with any such instructions or failing to follow any instructions from the Borrower; (c) the Bank shall have no responsibility to inquire as to the form, execution, sufficiency or validity of any notice or instructions delivered to it hereunder, nor to inquire as to the identity, authority or rights of the person or persons executing or delivering the same, (d) the Bank has no knowledge of (and is not required to know) the terms and provisions of the Loan Agreement or any other related documentation or whether any actions by the Lender (including without limitation the sending of a Springing Control Notice), the Borrower or any other person or entity are permitted or a breach thereunder or are consistent or inconsistent therewith and (e) the Bank shall have no obligation to follow the instructions of the Lender prior to the Effective Time, and on and after the Effective Time the Bank shall have a reasonable period of time within which to act in accordance with any notice or instructions from the Lender with respect to the Accounts. Notwithstanding the preceding terms of this Section 2, it is expressly understood and agreed that any direction or request by the Lender with respect to the Accounts will apply only to available funds on deposit in the Accounts and the Lender shall make withdrawals from the Accounts only via fedwire or by electronic funds transfer.

3. Deposit of Items. Each of the Borrower and the Lender irrevocably direct and authorize the Bank, and the Bank agrees, to process for deposit to the Accounts all items required to be deposited into the Accounts pursuant to any lockbox services, cash management services or other services provided under the Master Agreement.

4. Information. The Bank shall provide the Lender with such information with respect to the Accounts and all items (and proceeds thereof) deposited in the Accounts as the Lender may from time to time reasonably request; provided that the Bank shall have no obligation to provide any more information to the Lender, or provide information in a different manner or medium, than the Bank is required to provide to the Borrower under the Master Agreement. The Borrower consents to such information being provided to the Lender and agrees to pay all expenses in connection therewith.

2

5.     Exculpation; Indemnity.  The Bank undertakes to perform only such duties as are expressly set forth herein.  Notwithstanding any other provisions of this Agreement, in no event shall the Bank be liable for any (i) action taken, or inaction, in accordance with this Agreement, including, without limitation, any action taken, or inaction, in accordance with instructions given (or purported to be given) by the Lender, (ii) failure to follow the instructions of the Lender (A) prior to the Effective Time, (B) for which the Bank has not received evidence reasonably satisfactory to the Bank as to the authority of the person giving the instruction to act for the Lender or (C) for which the Bank determines would result in the Bank failing to comply with a statute, rule, regulation, order, judgment decree, injunction or legal process binding upon the Bank, (iii) Losses (as defined below) or delays resulting from acts of God, war, terrorist attack, computer malfunction, interruption of communication facilities, labor difficulties or other causes beyond the Bank's reasonable control, (iv) indirect, special, punitive or consequential damages, or (v) other Losses (as defined below) incurred by any party except for direct damages attributable to the Bank's gross negligence or willful misconduct.  The Borrower indemnifies and holds the Bank harmless from and against all costs, damages, claims, judgments, reasonable attorneys' fees, out-of-pocket expenses, obligations and liabilities of every kind and nature (collectively "Losses") which the Bank may incur, sustain or be required to pay (other than those attributable to the Bank's gross negligence or willful misconduct) in connection with or arising out of this Agreement, the Accounts. the related lockbox(es) or the Master Agreement (including without limitation, the amount of any overdraft created in any of the Accounts resulting from a Chargeback (as defined below) being charged to the related Account or from debiting any of the Accounts for Charges (as defined below) owed to the Bank), and to pay to the Bank on demand the amount of all such Losses.  The Lender indemnifies and holds the Bank harmless from and against all Losses which the Bank may incur, sustain or be required to pay (other than those attributable to the Bank's gross negligence or willful misconduct) arising (i) from the Bank following an instruction originated by the Lender hereunder (including, without limitation, any Springing Control Notice) or (ii) due to any claim by the Lender of an interest in the Accounts or the funds on deposit therein, and to pay to the Bank on demand the amount of all such Losses.  Nothing in this Section 5, and no indemnification of the Bank hereunder, shall affect in any way the indemnification obligations of the Borrower to the Lender under the Loan Agreement.

6.     Chargebacks.  All items deposited in, and electronic funds transfers credited to, the Accounts and then returned unpaid or returned (or not finally settled) for any reason (collectively, "Chargebacks") will be handled in the following manner:  (a) any item which is returned because of insufficient or uncollected funds or otherwise dishonored for any reason will be charged back to the Account in which it was originally deposited (or if there are insufficient funds in that Account, to one or more other accounts of the Borrower at Bank), and (b) any returns, reversals or other Chargebacks relating to electronic funds transfers or deposits into an Account, or merchant card, debit card or credit card transactions involving such Account will be charged back to such Account (or if there are insufficient funds in that Account, to one or more other accounts of the Borrower at Bank).

The Bank will notify the Borrower of any and all Chargebacks which have been charged back to the applicable Accounts by reporting the return of such items (or electronic funds transfers) to the persons identified in, or as otherwise designated pursuant to, Section 13 of this Agreement.  The returned item will be sent to the Borrower along with a debit advice in the manner provided under the Master Agreement.  If requested by Lender after the Effective Time,

3

10042258_1

the Lender will also receive a copy of each such returned item and the debit advice in the manner provided to the Borrower under the Master Agreement; provided, however, that after receipt of written notice from the Lender, the Bank will send the returned item directly to the Lender in the manner in which it would otherwise be provided to the Borrower under the Master Agreement.

In the event that the Accounts do not contain sufficient available funds to pay the Chargebacks and the Borrower maintains no other accounts with the Bank or such other accounts do not contain sufficient available funds to pay the Chargebacks, the Bank will bill the Borrower directly, and the Borrower agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Chargebacks. After the Effective Time, if the Borrower fails to pay the amount of the Chargebacks within five (5) Business Days of receipt of a billing statement detailing such Chargebacks, the Lender agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Chargebacks within fifteen (15) calendar days after receipt of a billing statement detailing such Chargebacks; provided, however, (i) the Lender's aggregate obligations with respect to Chargebacks are limited to the aggregate amount transferred or disbursed by the Bank from the Accounts on the instructions of the Lender pursuant to this Agreement and (ii) that any such liability of the Lender to the Bank shall in no way release the Borrower from liability to the Lender or the Bank and shall in no way impair the Lender's rights and remedies against the Borrower, by way of subrogation or otherwise, to collect all such Chargebacks.

7.    Charges.    In consideration of the services of the Bank in establishing, maintaining, and conducting transactions through the Accounts and any related lockboxes, the Bank has established, and the Borrower hereby agrees to pay the reasonable and customary fees and other charges for the Accounts and services related thereto, together with any and all other expenses incurred by the Bank in connection with this Agreement or the Accounts and related services, including without limitation amounts paid or incurred by the Bank in enforcing its rights and remedies under this Agreement, or in connection with defending any claim made against the Bank in connection with this Agreement, the Accounts (collectively, the "Charges").

In connection with the payment of the Charges in any month, the Bank will debit the Accounts. In the event that the Accounts do not contain sufficient available funds to pay the Charges and the Borrower maintains no other accounts with the Bank or such other accounts do not contain sufficient available funds to pay the Charges, the Bank will bill the Borrower directly, and the Borrower agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Charges. After the Effective Time, if the Borrower fails to pay the amount of the Charges within five (5) Business Days of receipt of a billing statement detailing such Charges, the Lender agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Charges within fifteen (15) calendar days after receipt of a billing statement detailing such Charges; provided, however, (i) the Lender shall have issued a Springing Control Notice and (ii) that any such liability of the Lender to the Bank shall in no way release the Borrower from liability to the Lender or the Bank and shall in no way impair the Lender's rights and remedies against the Borrower, by way of subrogation or otherwise, to collect all such fees and expenses.

4

8.      Irrevocable Agreement. The Borrower acknowledges that the agreements made by it and the authorizations granted by it herein are irrevocable and that the authorizations granted in Sections 2 and 3 are powers coupled with an interest.

9.      Set-off. The Bank waives all of its existing and future rights of set-off and banker's liens against the Accounts and all items (and proceeds thereof) that come into possession of the Bank in connection with the Accounts, except those rights of set-off and banker's liens arising in connection with (a) any charges, fees, expenses, payments and other amounts for which the Borrower and/or Lender is responsible to the Bank (including, without limitation, any of the foregoing with respect to cash management services provided by the Bank to the Borrower, including, but not limited to, funds transfer (origination or receipt), trade, lockbox, commercial card, investment, disbursement, reconcilement, stop payment, positive pay, automatic investment, imaging, and information services), (b) Chargebacks, (c) Charges, and (d) amounts owed to the Bank pursuant to Sections 4 and 5 hereof.

10.     Master Agreement. This Agreement supplements, rather than replaces, the Master Agreement, which Master Agreement will continue to apply to the Accounts, the services provided with respect thereto, and the respective rights, powers, duties, obligations, liabilities and responsibilities of the parties thereto and hereto, to the extent not expressly conflicting with the provisions of this Agreement (however, in the event of any such conflict, the provisions of this Agreement shall control). The Lender may request the Bank to provide other services (such as automatic daily transfers) with respect to the Accounts on or after the Effective Time; however, if such services are not authorized or otherwise covered under the Master Agreement, the Bank's decision to provide any such services shall be made in its sole discretion (including without limitation being subject to the Borrower and/or the Lender executing such additional documentation as the Bank may require in connection therewith).

11.     Miscellaneous. This Agreement is binding upon the parties hereto and their respective successors and assigns (including any trustee of the Borrower appointed or elected in any action under the Bankruptcy Code) and shall inure to their benefit. The Borrower may not assign its rights hereunder unless the prior written consent of the Bank and Lender is obtained. The Lender may not assign its rights hereunder unless prior written notice, along with an agreement by assignee that it has assumed all of Lender's obligations under this Agreement, is provided to Bank. Neither this Agreement nor any provision hereof may be changed, amended, modified, or waived, except by an instrument in writing signed by the parties hereto. Any provision of this Agreement that may prove unenforceable under any law or regulation shall not affect the validity of any other provision hereof. This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of Illinois without regard to conflict of laws provisions. The State of Illinois shall be the Bank's jurisdiction for purposes of Section 9-304 of the Illinois Uniform Commercial Code. Any action in connection with this Agreement shall be brought in the courts of the State of Illinois, located in Cook County, Illinois, or the courts of the United States of America for the Northern District of Illinois, located in Cook County, Illinois. Each party hereto irrevocably waives any objection on the grounds of venue, *forum non-conveniens* or any similar grounds, irrevocably consents to service of process by mail or in any other manner permitted by applicable law and consents to the jurisdiction of said courts. Each party hereto intentionally, knowingly and voluntarily irrevocably waives any right to trial by jury in any proceeding related to this Agreement. This Agreement may be executed in any number of

5

counterparts which together shall constitute one and the same instrument. A signature hereto sent or delivered by facsimile or other electronic transmission (including, without limitation, via .pdf) shall be as legally binding and enforceable as a signed original for all purposes.

      12.    Termination and Resignation. This Agreement may be terminated by the Lender upon fifteen (15) days' prior written notice to the Bank; provided, however, that this Agreement shall terminate immediately upon notice from the Lender that the Borrower's obligations under the Loan Agreement are satisfied. The Bank may, at any time upon thirty (30) days' prior written notice to the Lender and the Borrower, terminate this Agreement and close the Accounts; provided, however, that the Bank may terminate this Agreement immediately upon written notice to the Lender and the Borrower in the event of a material breach of this Agreement (including non-payment of any Charges or other obligations under this Agreement) by either the Borrower or the Lender that has not been cured or remedied within the applicable time period set forth herein. The obligations of the Borrower and the Lender under Sections 5, 6 and 7 of this Agreement shall survive termination of this Agreement. Upon termination of this Agreement, the Bank shall remit any funds in the Accounts on the date of termination in accordance with the instructions of the Borrower or, if the Effective Time has occurred, the Lender.

      13.    Notices and Instructions. Unless otherwise specifically provided herein; any notice, instruction or other communication required or permitted to be given shall be in writing addressed to the respective party as set forth below and may be personally served, e-mailed or sent by overnight courier service and shall be deemed effective: (a) if delivered in person, when delivered, provided that if delivery occurs on a date that is not a Business Day, the notice will be deemed effective on the next succeeding Business Day; (b) if delivered by e-mail, the date on which receipt of such e-mail is acknowledged by the recipient; or (c) if delivered by reputable overnight courier, the date on which such delivery is made by such courier, provided that if delivery occurs on a date that is not a Business Day, the notice will be deemed effective on the next succeeding Business Day.

Notices shall be addressed as follows:

Lender:     Loan Admin Co LLC
              2200 Atlantic Street, Suite 501
              Stamford CT 06902
              Attn: Sean Chao and Purvang Desai
              E-mail: schao@mccp.com and pdesai@mccp.com

Bank:       Wintrust Bank
              9700 W Higgins Road, 7th Floor
              Rosemont, IL 60018
              Attn: Roula Arceo
              E-mail: rarceo@wintrust.com

              with a copy to:

              Wintrust Financial Corporation
              9700 W. Higgins Road

                      Rosemont, IL 60018
                      Attn: Tom Ormseth & Elizabeth Krumrey
                      E-mail: tormseth@wintrust.com & lkrumrey@wintrust.com

Borrower:     H&H Pharmacy LLC
                      1247 Waukegan Rd., Suite 200
                      Glenview, IL 60025
                      Attn:  Sergio Zepeda; Grant Christianson
                      E-mail:  szepeda@coldborecapital.com; grant@optiorx.com

or in any case, to such other address as the party addressed shall have previously designated by written notice to the serving party, given in accordance with this Section 13.

7

10042258_1

This Agreement has been executed and delivered by each of the parties hereto by a duly authorized officer of each such party on the date first set forth above.

H&H Pharmacy LLC

By: _____

Name:  Sergio Zepeda

Title:    Authorized Signatory

Loan Admin Co LLC

By: _____

Name:  Sean Chao

Title:  Authorized Signatory

ACCEPTED AND AGREED TO:

Wintrust Bank

By: _____

Name: _____

Title: _____

8

10042258_1

This Agreement has been executed and delivered by each of the parties hereto by a duly authorized officer of each such party on the date first set forth above.

H&H Pharmacy LLC

By: _____

Name: _____

Title: _____


Loan Admin Co LLC

By: _____

Name:  Sean Chao

Title:  Authorized Signatory



ACCEPTED AND AGREED TO:

Wintrust Bank

By: _____

Name: _____

Title: _____

8

This Agreement has been executed and delivered by each of the parties hereto by a duly authorized officer of each such party on the date first set forth above.

H&H Pharmacy LLC

By: _____

Name: _____

Title: _____


Loan Admin Co LLC

By: _____

Name:  Sean Chao

Title:  Authorized Signatory


ACCEPTED AND AGREED TO:

Wintrust Bank

By: _____

Name: _____

Title: _____

8

**EXHIBIT A**

**ACCOUNTS TO BE BLOCKED**

| Account Number | Title | Tax Identification Number |
|---|---|---|
| ███4793 | H&H Pharmacy LLC | ███6793 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

9

## EXHIBIT B

## FORM OF SPRINGING CONTROL NOTICE

Date:

To: [Insert Name and address of the Bank]

> Re: Account Control Agreement: Springing Control dated as of [DATE] (the "Agreement") by and among [Name of Borrower], [Name of Lender], and [Name of Bank] relating to Account(s) No(s). _____.

Ladies and Gentlemen:

This constitutes a Springing Control Notice as referred to in Section 2 of the Agreement, a copy of which is attached hereto.

> Sincerely,
>
> [Name of Lender]
>
> By:_____
>
> Name:
>
> Title:

ACCOUNT CONTROL AGREEMENT: SPRINGING CONTROL

This Account Control Agreement (this "Agreement"), among Wintrust Bank (the "Bank"), Dr. Ike's Pharmacare LLC (the "Borrower") and Loan Admin Co LLC, as collateral agent for certain lenders and other secured parties pursuant to the Loan Agreement defined below (together with its successors and assigns in such capacity, the "Lender"), is dated as of August 6, 2019, and entered into in connection with that certain Credit Agreement dated as of June 28, 2019 among Optio Rx, LLC, Loan Admin Co LLC in its capacity as administrative agent, the lenders party thereto and certain other parties, as amended, restated, supplemented or otherwise modified from time (the "Loan Agreement"). The Borrower is the Bank's customer with respect to each deposit account established by the Borrower at the Bank and identified in Exhibit A attached hereto (each, an "Account" and collectively, the "Accounts").

1.    Lien. Under or in connection with the Loan Agreement, the Borrower has granted to the Lender a continuing lien on and security interest in the Accounts, all amounts from time to time paid, deposited or credited thereto or held therein or otherwise in the possession or under the Control of, or in transit to, Bank or any agent, custodian or bailee thereof, and all proceeds of any of the foregoing. Bank acknowledges that this Agreement constitutes notice of Lender's lien and security interest and hereby consents thereto. The parties hereto agree that each Account is a "deposit account" within the meaning of Article 9 of the Illinois Uniform Commercial Code and intend that this Agreement provide the Lender with control over the Accounts in accordance with Section 9-104(a)(2) of the Illinois Uniform Commercial Code

2.    Duties. Prior to the Effective Time (as defined below), the Bank may comply with the instructions of the Borrower directing disposition of the funds in the Accounts in accordance with the Treasury Management Master Agreement between the Borrower and the Bank (including the relevant "Service Terms and Conditions" and "Specifications" as therein defined and incorporated by reference, as amended, restated, supplemented or otherwise modified from time to time, collectively, the "Master Agreement"). On and after the Effective Time (and without the Borrower's consent), the Bank shall honor all instructions received from the Lender (but not those from the Borrower) directing disposition of the funds in the Accounts and the Borrower shall have no right or ability to access or withdraw or transfer funds from any of the Accounts. Prior to issuing any instructions on or after the Effective Time, the Lender shall provide the Bank with such documentation as the Bank may reasonably request to establish the identity and authority of the individuals issuing instructions on behalf of the Lender.

For the purposes hereof, the "Effective Time" shall be the opening of business on the first Business Day (as defined below) after the Business Day on which a notice purporting to be signed by the Lender in the form of Exhibit B attached hereto, with a copy of this Agreement attached thereto (a "Springing Control Notice"), is actually received by the unit of the Bank to whom the notice is required hereunder to be addressed; provided, however, that if any Springing Control Notice is so received after 12:00 noon, Central time, on any Business Day, the "Effective Time" shall be the opening of business on the second Business Day after the Business Day on which such receipt occurs. "Business Day" means any day other than a Saturday, Sunday or other day on which the Bank is, or is authorized or required by law to be, closed.

10024635_1

10042245_1

Notwithstanding the foregoing: (i) all transactions involving or that will involve any of the Accounts duly commenced by the Bank or any affiliate prior to the Effective Time and so consummated or processed thereafter shall be deemed not to constitute a violation of this Agreement; and (ii) the Bank and/or any affiliate may (at its discretion and without any obligation to do so) (x) cease honoring the Borrower's instructions and/or commence honoring solely the Lender's instructions concerning any of the Accounts at any time or from time to time after it becomes aware that the Lender has sent to it a Springing Control Notice but prior to the Effective Time therefor (including without limitation halting, reversing or redirecting any transaction referred to in clause (i) above), or (y) deem a Springing Control Notice to be received by it for purposes of the foregoing paragraph prior to the specified unit's actual receipt if otherwise actually received by the Bank (or if such Springing Control Notice does not comply with the form attached hereto as Exhibit B or does not attach an appropriate copy of this Agreement), with no liability whatsoever to the Borrower or any other party for doing so.

The Borrower and the Lender agree that: (a) the Bank has no duty to monitor the balance of the Accounts; (b) the Bank may, without further inquiry or consent from the Borrower, rely on and act in accordance with any instructions it receives from (or which purport to be from) the Lender at any time, notwithstanding any conflicting or contrary instructions it may receive from the Borrower, and the Bank shall have no liability to the Lender, the Borrower or any other person in relying on and acting in accordance with any such instructions or failing to follow any instructions from the Borrower; (c) the Bank shall have no responsibility to inquire as to the form, execution, sufficiency or validity of any notice or instructions delivered to it hereunder, nor to inquire as to the identity, authority or rights of the person or persons executing or delivering the same, (d) the Bank has no knowledge of (and is not required to know) the terms and provisions of the Loan Agreement or any other related documentation or whether any actions by the Lender (including without limitation the sending of a Springing Control Notice), the Borrower or any other person or entity are permitted or a breach thereunder or are consistent or inconsistent therewith and (e) the Bank shall have no obligation to follow the instructions of the Lender prior to the Effective Time, and on and after the Effective Time the Bank shall have a reasonable period of time within which to act in accordance with any notice or instructions from the Lender with respect to the Accounts. Notwithstanding the preceding terms of this Section 2, it is expressly understood and agreed that any direction or request by the Lender with respect to the Accounts will apply only to available funds on deposit in the Accounts and the Lender shall make withdrawals from the Accounts only via fedwire or by electronic funds transfer.

3. Deposit of Items. Each of the Borrower and the Lender irrevocably direct and authorize the Bank, and the Bank agrees, to process for deposit to the Accounts all items required to be deposited into the Accounts pursuant to any lockbox services, cash management services or other services provided under the Master Agreement.

4. Information. The Bank shall provide the Lender with such information with respect to the Accounts and all items (and proceeds thereof) deposited in the Accounts as the Lender may from time to time reasonably request; provided that the Bank shall have no obligation to provide any more information to the Lender, or provide information in a different manner or medium, than the Bank is required to provide to the Borrower under the Master Agreement. The Borrower consents to such information being provided to the Lender and agrees to pay all expenses in connection therewith.

2

5.      Exculpation; Indemnity.  The Bank undertakes to perform only such duties as are expressly set forth herein.  Notwithstanding any other provisions of this Agreement, in no event shall the Bank be liable for any (i) action taken, or inaction, in accordance with this Agreement, including, without limitation, any action taken, or inaction, in accordance with instructions given (or purported to be given) by the Lender, (ii) failure to follow the instructions of the Lender (A) prior to the Effective Time, (B) for which the Bank has not received evidence reasonably satisfactory to the Bank as to the authority of the person giving the instruction to act for the Lender or (C) for which the Bank determines would result in the Bank failing to comply with a statute, rule, regulation, order, judgment decree, injunction or legal process binding upon the Bank, (iii) Losses (as defined below) or delays resulting from acts of God, war, terrorist attack, computer malfunction, interruption of communication facilities, labor difficulties or other causes beyond the Bank's reasonable control, (iv) indirect, special, punitive or consequential damages, or (v) other Losses (as defined below) incurred by any party except for direct damages attributable to the Bank's gross negligence or willful misconduct.  The Borrower indemnifies and holds the Bank harmless from and against all costs, damages, claims, judgments, reasonable attorneys' fees, out-of-pocket expenses, obligations and liabilities of every kind and nature (collectively "Losses") which the Bank may incur, sustain or be required to pay (other than those attributable to the Bank's gross negligence or willful misconduct) in connection with or arising out of this Agreement, the Accounts. the related lockbox(es) or the Master Agreement (including without limitation, the amount of any overdraft created in any of the Accounts resulting from a Chargeback (as defined below) being charged to the related Account or from debiting any of the Accounts for Charges (as defined below) owed to the Bank), and to pay to the Bank on demand the amount of all such Losses.  The Lender indemnifies and holds the Bank harmless from and against all Losses which the Bank may incur, sustain or be required to pay (other than those attributable to the Bank's gross negligence or willful misconduct) arising (i) from the Bank following an instruction originated by the Lender hereunder (including, without limitation, any Springing Control Notice) or (ii) due to any claim by the Lender of an interest in the Accounts or the funds on deposit therein, and to pay to the Bank on demand the amount of all such Losses.  Nothing in this Section 5, and no indemnification of the Bank hereunder, shall affect in any way the indemnification obligations of the Borrower to the Lender under the Loan Agreement.

6.      Chargebacks.  All items deposited in, and electronic funds transfers credited to, the Accounts and then returned unpaid or returned (or not finally settled) for any reason (collectively, "Chargebacks") will be handled in the following manner: (a) any item which is returned because of insufficient or uncollected funds or otherwise dishonored for any reason will be charged back to the Account in which it was originally deposited (or if there are insufficient funds in that Account, to one or more other accounts of the Borrower at Bank), and (b) any returns, reversals or other Chargebacks relating to electronic funds transfers or deposits into an Account, or merchant card, debit card or credit card transactions involving such Account will be charged back to such Account (or if there are insufficient funds in that Account, to one or more other accounts of the Borrower at Bank).

The Bank will notify the Borrower of any and all Chargebacks which have been charged back to the applicable Accounts by reporting the return of such items (or electronic funds transfers) to the persons identified in, or as otherwise designated pursuant to, Section 13 of this Agreement.  The returned item will be sent to the Borrower along with a debit advice in the manner provided under the Master Agreement.  If requested by Lender after the Effective Time,

3

the Lender will also receive a copy of each such returned item and the debit advice in the manner provided to the Borrower under the Master Agreement; provided, however, that after receipt of written notice from the Lender, the Bank will send the returned item directly to the Lender in the manner in which it would otherwise be provided to the Borrower under the Master Agreement.

In the event that the Accounts do not contain sufficient available funds to pay the Chargebacks and the Borrower maintains no other accounts with the Bank or such other accounts do not contain sufficient available funds to pay the Chargebacks, the Bank will bill the Borrower directly, and the Borrower agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Chargebacks. After the Effective Time, if the Borrower fails to pay the amount of the Chargebacks within five (5) Business Days of receipt of a billing statement detailing such Chargebacks, the Lender agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Chargebacks within fifteen (15) calendar days after receipt of a billing statement detailing such Chargebacks; provided, however, (i) the Lender's aggregate obligations with respect to Chargebacks are limited to the aggregate amount transferred or disbursed by the Bank from the Accounts on the instructions of the Lender pursuant to this Agreement and (ii) that any such liability of the Lender to the Bank shall in no way release the Borrower from liability to the Lender or the Bank and shall in no way impair the Lender's rights and remedies against the Borrower, by way of subrogation or otherwise, to collect all such Chargebacks.

7.      Charges.   In consideration of the services of the Bank in establishing, maintaining, and conducting transactions through the Accounts and any related lockboxes, the Bank has established, and the Borrower hereby agrees to pay the reasonable and customary fees and other charges for the Accounts and services related thereto, together with any and all other expenses incurred by the Bank in connection with this Agreement or the Accounts and related services, including without limitation amounts paid or incurred by the Bank in enforcing its rights and remedies under this Agreement, or in connection with defending any claim made against the Bank in connection with this Agreement, the Accounts (collectively, the "Charges").

In connection with the payment of the Charges in any month, the Bank will debit the Accounts. In the event that the Accounts do not contain sufficient available funds to pay the Charges and the Borrower maintains no other accounts with the Bank or such other accounts do not contain sufficient available funds to pay the Charges, the Bank will bill the Borrower directly, and the Borrower agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Charges. After the Effective Time, if the Borrower fails to pay the amount of the Charges within five (5) Business Days of receipt of a billing statement detailing such Charges, the Lender agrees to pay the Bank, via wire transfer or other immediately available funds, the amount of such Charges within fifteen (15) calendar days after receipt of a billing statement detailing such Charges; provided, however, (i) the Lender shall have issued a Springing Control Notice and (ii) that any such liability of the Lender to the Bank shall in no way release the Borrower from liability to the Lender or the Bank and shall in no way impair the Lender's rights and remedies against the Borrower, by way of subrogation or otherwise, to collect all such fees and expenses.

4

8.    Irrevocable Agreement.  The Borrower acknowledges that the agreements made by it and the authorizations granted by it herein are irrevocable and that the authorizations granted in Sections 2 and 3 are powers coupled with an interest.

9.    Set-off.  The Bank waives all of its existing and future rights of set-off and banker's liens against the Accounts and all items (and proceeds thereof) that come into possession of the Bank in connection with the Accounts, except those rights of set-off and banker's liens arising in connection with (a) any charges, fees, expenses, payments and other amounts for which the Borrower and/or Lender is responsible to the Bank (including, without limitation, any of the foregoing with respect to cash management services provided by the Bank to the Borrower, including, but not limited to, funds transfer (origination or receipt), trade, lockbox, commercial card, investment, disbursement, reconcilement, stop payment, positive pay, automatic investment, imaging, and information services), (b) Chargebacks, (c) Charges, and (d) amounts owed to the Bank pursuant to Sections 4 and 5 hereof.

10.    Master Agreement.  This Agreement supplements, rather than replaces, the Master Agreement, which Master Agreement will continue to apply to the Accounts, the services provided with respect thereto, and the respective rights, powers, duties, obligations, liabilities and responsibilities of the parties thereto and hereto, to the extent not expressly conflicting with the provisions of this Agreement (however, in the event of any such conflict, the provisions of this Agreement shall control).  The Lender may request the Bank to provide other services (such as automatic daily transfers) with respect to the Accounts on or after the Effective Time; however, if such services are not authorized or otherwise covered under the Master Agreement, the Bank's decision to provide any such services shall be made in its sole discretion (including without limitation being subject to the Borrower and/or the Lender executing such additional documentation as the Bank may require in connection therewith).

11.    Miscellaneous.  This Agreement is binding upon the parties hereto and their respective successors and assigns (including any trustee of the Borrower appointed or elected in any action under the Bankruptcy Code) and shall inure to their benefit. The Borrower may not assign its rights hereunder unless the prior written consent of the Bank and Lender is obtained.  The Lender may not assign its rights hereunder unless prior written notice, along with an agreement by assignee that it has assumed all of Lender's obligations under this Agreement, is provided to Bank.  Neither this Agreement nor any provision hereof may be changed, amended, modified, or waived, except by an instrument in writing signed by the parties hereto.  Any provision of this Agreement that may prove unenforceable under any law or regulation shall not affect the validity of any other provision hereof.  This Agreement shall be governed by, and interpreted in accordance with, the laws of the State of Illinois without regard to conflict of laws provisions.  The State of Illinois shall be the Bank's jurisdiction for purposes of Section 9-304 of the Illinois Uniform Commercial Code.  Any action in connection with this Agreement shall be brought in the courts of the State of Illinois, located in Cook County, Illinois, or the courts of the United States of America for the Northern District of Illinois, located in Cook County, Illinois. Each party hereto irrevocably waives any objection on the grounds of venue, *forum non-conveniens* or any similar grounds, irrevocably consents to service of process by mail or in any other manner permitted by applicable law and consents to the jurisdiction of said courts.  Each party hereto intentionally, knowingly and voluntarily irrevocably waives any right to trial by jury in any proceeding related to this Agreement.  This Agreement may be executed in any number of

5

counterparts which together shall constitute one and the same instrument. A signature hereto sent or delivered by facsimile or other electronic transmission (including, without limitation, via .pdf) shall be as legally binding and enforceable as a signed original for all purposes.

    12. Termination and Resignation. This Agreement may be terminated by the Lender upon fifteen (15) days' prior written notice to the Bank; provided, however, that this Agreement shall terminate immediately upon notice from the Lender that the Borrower's obligations under the Loan Agreement are satisfied. The Bank may, at any time upon thirty (30) days' prior written notice to the Lender and the Borrower, terminate this Agreement and close the Accounts; provided, however, that the Bank may terminate this Agreement immediately upon written notice to the Lender and the Borrower in the event of a material breach of this Agreement (including non-payment of any Charges or other obligations under this Agreement) by either the Borrower or the Lender that has not been cured or remedied within the applicable time period set forth herein. The obligations of the Borrower and the Lender under Sections 5, 6 and 7 of this Agreement shall survive termination of this Agreement. Upon termination of this Agreement, the Bank shall remit any funds in the Accounts on the date of termination in accordance with the instructions of the Borrower or, if the Effective Time has occurred, the Lender.

    13. Notices and Instructions. Unless otherwise specifically provided herein; any notice, instruction or other communication required or permitted to be given shall be in writing addressed to the respective party as set forth below and may be personally served, e-mailed or sent by overnight courier service and shall be deemed effective: (a) if delivered in person, when delivered, provided that if delivery occurs on a date that is not a Business Day, the notice will be deemed effective on the next succeeding Business Day; (b) if delivered by e-mail, the date on which receipt of such e-mail is acknowledged by the recipient; or (c) if delivered by reputable overnight courier, the date on which such delivery is made by such courier, provided that if delivery occurs on a date that is not a Business Day, the notice will be deemed effective on the next succeeding Business Day.

    Notices shall be addressed as follows:

| | |
|---|---|
| Lender: | Loan Admin Co LLC<br>2200 Atlantic Street, Suite 501<br>Stamford CT 06902<br>Attn: Sean Chao and Purvang Desai<br>E-mail: schao@mccp.com and pdesai@mccp.com |
| Bank: | Wintrust Bank<br>9700 W Higgins Road, 7th Floor<br>Rosemont, IL 60018<br>Attn: Roula Arceo<br>E-mail: rarceo@wintrust.com |

       with a copy to:

       Wintrust Financial Corporation
       9700 W. Higgins Road

6

Rosemont, IL 60018
Attn: Tom Ornseth & Elizabeth Krumrey
E-mail: tormseth@wintrust.com & lkrumrey@wintrust.com

Borrower:    Dr. Ike's Pharmacare LLC
1247 Waukegan Rd., Suite 200
Glenview, IL 60025
Attn: Sergio Zepeda; Grant Christianson
E-mail:  szepeda@coldborecapital.com; grant@optiorx.com

or in any case, to such other address as the party addressed shall have previously designated by written notice to the serving party, given in accordance with this Section 13.

7

This Agreement has been executed and delivered by each of the parties hereto by a duly authorized officer of each such party on the date first set forth above.

Dr. Ike's Pharmacare LLC

By: _____

Name:  Sergio Zepeda

Title:    Authorized Signatory


Loan Admin Co LLC

By: _____

Name:  Sean Chao

Title:  Authorized Signatory


ACCEPTED AND AGREED TO:

Wintrust Bank

By: _____

Name: _____

Title: _____

8

This Agreement has been executed and delivered by each of the parties hereto by a duly authorized officer of each such party on the date first set forth above.

Dr. Ike's Pharmacare LLC

By: _____

Name: _____

Title: _____


Loan Admin Co LLC

By: _____

Name:  Sean Chao

Title:  Authorized Signatory


ACCEPTED AND AGREED TO:

Wintrust Bank

By: _____

Name: _____

Title: _____

8

This Agreement has been executed and delivered by each of the parties hereto by a duly authorized officer of each such party on the date first set forth above.

Dr. Ike's Pharmacare LLC

By: _____

Name: _____

Title: _____


Loan Admin Co LLC

By: _____

Name:  Sean Chao

Title:  Authorized Signatory


ACCEPTED AND AGREED TO:

Wintrust Bank

By: _____

Name: _____

Title: _____

8

**EXHIBIT A**

**ACCOUNTS TO BE BLOCKED**

| Account Number | Title | Tax Identification Number |
|---|---|---|
| ▮3134 | Dr. Ike's Pharmacare LLC | ▮2237 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

9

## EXHIBIT B

## FORM OF SPRINGING CONTROL NOTICE

Date:

To: [Insert Name and address of the Bank]

> Re:  Account Control Agreement: Springing Control dated as of [DATE] (the "Agreement") by and among [Name of Borrower], [Name of Lender], and [Name of Bank] relating to Account(s) No(s). _____.

Ladies and Gentlemen:

This constitutes a Springing Control Notice as referred to in Section 2 of the Agreement, a copy of which is attached hereto.

> Sincerely,
>
> [Name of Lender]
>
> By:_____
>
> Name:
>
> Title:

## Exhibit 5

**Security Agreement Annex G**

## <u>ANNEX G</u>
## <u>Schedule of Commercial Tort Claims</u>

None.

## Exhibit 6

**Braun Pharma LLC Lease**

# COMMERCIAL SPACE LEASE

**LANDLORD:**                    Garrett Realty & Development, Inc.
as Agent for 1901 Clybourn, LLC.

**TENANT:**                       Braun Pharma, LLC
2060 N. Clark Street
Chicago, Illinois 60614

**LEASED PREMISES:**       1919 N. Clybourn Avenue
1st Floor
Chicago, Illinois  60614

**LEASE PREPARED BY:**    Williams, Bax & Saltzman, P.C.
221 N. LaSalle, 37th Fl.
Chicago, Illinois  60601

# TABLE OF CONTENTS

I.     GRANT, TERM, DEFINITIONS AND BASIC LEASE PROVISIONS......................................1

    1.0.   Grant....................................................................................................................1
    1.1.   Term.....................................................................................................................1
    1.2.   Tenant's Pro Rata Share....................................................................................1
    1.3.   Agent...................................................................................................................1
    1.4.   Basic Lease Provisions......................................................................................2

II.    POSSESSION.........................................................................................................................3

    2.0.   Possession...........................................................................................................3

III.   PURPOSE...............................................................................................................................4

    3.0.   Purpose................................................................................................................4
    3.1.   Uses Prohibited...................................................................................................4
    3.2.   Prohibition of Use...............................................................................................4

IV.    RENT......................................................................................................................................4

    4.0.   Rent.....................................................................................................................4
    4.1.   Interest on Late Payments...................................................................................5

V.     REAL ESTATE TAXES.........................................................................................................5

    5.0.   Payment by Tenant.............................................................................................5
    5.1.   Definition of Real Estate Taxes..........................................................................6

VI.    INSURANCE...........................................................................................................................7

    6.0.   Kinds and Amounts.............................................................................................7
    6.1.   Form of Insurance...............................................................................................7
    6.2.   Mutual Waiver of Subrogation Rights................................................................7
    6.3.   Fire Protection....................................................................................................8

VII.   DAMAGE OR DESTRUCTION ...........................................................................................8

    7.0.   Landlord's Obligation to Rebuild......................................................................8

VIII.  CONDEMNATION.................................................................................................................8

    8.0.   Taking of Whole.................................................................................................8
    8.1.   Partial Taking......................................................................................................9
    8.2.   Award..................................................................................................................9

IX.    MAINTENANCE ; ALTERATIONS AND REQUIREMENTS.............................................9

    9.0.   Landlord's Maintenance.....................................................................................9
    9.1.   Tenant's Maintenance.......................................................................................10
    9.2.   Alterations.........................................................................................................10
    9.3.   Requirements.....................................................................................................11

X.     LIENS AND ENCUMBRANCES .........................................................................................11

    10.0.  Encumbering Title.............................................................................................11
    10.1.  Liens and Right to Contest................................................................................12

XI.    ASSIGNMENT AND SUBLETTING ...................................................................................12

    11.0.  Consent Required..............................................................................................12
    11.1.  Merger or Consolidation...................................................................................12
    11.2.  Voting Control of Tenant..................................................................................13
    11.3.  Other Transfer of Lease....................................................................................13

**XII.    SERVICES** ..................................................................................................................**13**

    12.0.    UTILITIES. .................................................................................................13
    12.1.    NO LIABILITY ...........................................................................................13

**XIII.    INDEMNITY AND WAIVER** .........................................................................................**14**

    13.0.    INDEMNITY. .............................................................................................14
    13.1.    WAIVER OF CERTAIN CLAIMS. .................................................................14

**XIV.    RIGHTS RESERVED TO LANDLORD** .........................................................................**15**

    14.0.    RIGHTS RESERVED TO LANDLORD. .........................................................15

**XV.    QUIET ENJOYMENT** ....................................................................................................**16**

    15.0.    QUIET ENJOYMENT. .................................................................................16

**XVI.    SUBORDINATION OR SUPERIORITY** ........................................................................**16**

    16.0.    SUBORDINATION OR SUPERIORITY. ..........................................................16

**XVII.    SURRENDER** ..............................................................................................................**17**

    17.0.    SURRENDER. ............................................................................................17
    17.1.    REMOVAL OF TENANT'S PROPERTY. ........................................................17
    17.2.    HOLDING OVER. ......................................................................................18

**XVIII.    REMEDIES** ...............................................................................................................**18**

    18.0.    DEFAULTS. ..............................................................................................18
    18.1.    REMEDIES CUMULATIVE. ........................................................................20
    18.2.    NO WAIVER. ...........................................................................................20
    18.3.    DEFAULT UNDER OTHER LEASES. ............................................................20

**XIX.    SECURITY DEPOSIT** ..................................................................................................**21**

    19.0.    SECURITY DEPOSIT. ................................................................................21

**XX.    MISCELLANEOUS** ......................................................................................................**22**

    20.0.    TENANT'S STATEMENT. ...........................................................................22
    20.1.    ESTOPPEL CERTIFICATES. .......................................................................22
    20.2.    LANDLORDS RIGHT TO CURE. .................................................................22
    20.3.    AMENDMENTS MUST BE IN WRITING. ......................................................22
    20.4.    NOTICES. ................................................................................................23
    20.5.    SHORT FORM LEASE. ..............................................................................23
    20.6.    TIME OF ESSENCE. ..................................................................................23
    20.7.    RELATIONSHIP OF PARTIES. ....................................................................23
    20.8.    CAPTIONS. ..............................................................................................23
    20.9.    SEVERABILITY. .......................................................................................24
    20.10.    LAW APPLICABLE. ..................................................................................24
    20.11.    COVENANTS BINDING ON SUCCESSORS. ...................................................24
    20.12.    BROKERAGE. ...........................................................................................24
    20.13.    LANDLORD MEANS OWNER. ....................................................................24
    20.14.    LENDER'S REQUIREMENTS. .....................................................................25
    20.15.    SIGNS AND WINDOW COVERINGS. ...........................................................25
    20.16.    PARKING AREAS. ....................................................................................25
    20.17.    LANDLORD'S AND TENANT'S EXPENSES. .................................................25
    20.18.    EXECUTION OF LEASE BY LANDLORD. .....................................................26
    20.19.    WAIVER TRIAL BY JURY; COUNTERCLAIM. .............................................26
    20.20.    INABILITY TO PERFORM. .........................................................................26
    20.21.    TENANT AUTHORITY TO EXECUTE LEASE. ...............................................27

**XXI.  HAZARDOUS MATERIALS PROVISIONS** .................................................................**27**

    21.0.    DEFINED TERMS. ...............................................................................................27

    21.1.    TENANT'S OBLIGATIONS WITH RESPECT TO ENVIRONMENTAL MATTERS.......................28

    21.2.    COPIES OF NOTICES. .........................................................................................29

    21.3.    LANDLORDS RIGHT TO INSPECT. ........................................................................29

    21.4.    TESTS AND REPORTS. ........................................................................................29

    21.5.    TENANT'S OBLIGATION TO RESPOND. ..................................................................30

    21.6.    LANDLORDS RIGHT TO ACT. ..............................................................................30

    21.7.    INDEMNIFICATION. ...........................................................................................30

**XXII.  EXCULPATORY CLAUSE**..........................................................................................**31**

    22.0.    EXCULPATORY CLAUSE. ....................................................................................31

**XXIII.  OPTION TO RENEW** ...............................................................................................**32**

    23.0.    OPTION TO RENEW. ..........................................................................................32

    24.0.    LEASE CONTINGENCY. .......................................................................................32

**EXHIBIT A** .....................................................................................................................**35**

    LEASED PREMISES ..........................................................................................35

**EXHIBIT B** .....................................................................................................................**36**

    LANDLORD'S CONSTRUCTION WORK-LETTER.....................................................37

**EXHIBIT C** .......................................................................................................................**1**

    PROPOSED SIGNAGE .........................................................................................1

**EXHIBIT D** .......................................................................................................................**1**

    MEMORANDUM OF COMMENCEMENT DATE ........................................................1

**EXHIBIT E**........INTENTIONALLY DELETED

**EXHIBIT F**........LANDLORD'S WAIVER AND CONSENT

**THIS LEASE** is made as of the 9th day of October, 2018, by and between Garrett Realty & Development, Inc. as Agent for 1901 Clybourn, LLC., (hereinafter sometimes referred to as "Landlord"), and Braun Pharma, LLC (hereinafter sometimes referred to as "Tenant") who covenant and agree as follows:

## I.    GRANT, TERM, DEFINITIONS AND BASIC LEASE PROVISIONS

### 1.0.    Grant.

Landlord, for and in consideration of the rents herein reserved and of the covenants and agreements herein contained on the part of the Tenant to be performed, hereby leases to Tenant, and Tenant hereby leases from Landlord, the space on the First (1st) floor as shown on the floor plan attached hereto as Exhibit A, consisting of approximately 4,000 rentable square feet plus the basement storage space outlined on the floor plan attached as Exhibit A in the building ("Building") located on the real estate commonly known as 1919-1925 North Clybourn Avenue, Chicago, Property Index Numbers 14-32-401-012-0000, 14-32-401-013-0000, 14-32-401-014-0000, 14-32-401-015-0000, 14-32-401-040-0000, 14-32-401-041-0000 & 14-32-401-042-0000, (hereinafter sometimes referred to as the "Real Estate")  together with all improvements now located or to be located on said premises during the term of this Lease, together with all appurtenances belonging to or in any way pertaining to the said premises (such premises, improvements and appurtenances hereinafter sometimes jointly or severally, as the context requires, referred to as "Leased Premises").

### 1.1.    Term.

The term of this Lease shall commence on January 1, 2019 (hereinafter sometimes referred to as "Commencement Date") and shall end on December 31, 2028, unless sooner terminated as herein set forth.

### 1.2.    Tenant's Pro Rata Share.

As used in this Lease, the term "Tenant's Pro Rata Share" shall equal the ratio which the square footage of the Leased Premises bears to the total square footage in the Building(s) where Tenant is located.  Landlord represents that (based on BOMA standards) Tenants Pro Rata Share is Twelve Percent (12%), which is based upon the relationship of the Leased Premises (4,000 rentable square feet) to 33,350 rentable square feet which is the agreed square footage of all the commercial space contained in the Real Estate**.**

### 1.3.    Agent.

As used in this Lease, the term "Agent" shall mean the agent of Landlord (but if Landlord is an Illinois land trust, the term "Agent" shall mean the agent of the beneficiary or beneficiaries of Landlord). Until otherwise designated by notice in writing from Landlord, Agent shall be Garrett Realty & Development, Inc. Tenant may rely upon any consent or approval given in writing by Agent or upon notice from Agent or from the attorneys for Agent or Landlord.

### 1.4.    Basic Lease Provisions.

(a)    Purpose (See Section 3.0):    Retail    pharmacy    and    pharma    related services.

**(b)**    Rent (See Section 4.0)**:]**

| Initial Term | Annual Rent | Monthly Installments |
|---|---|---|
| January 1, 2019 – February 28, 2019 | $0.00 | $0.00 |
| March 1, 2019 – December 31, 2019 | $76,666.67 | $7,666.67 |
| January 1, 2020 – February 28, 2020 | $16,093.33 | $8,046.67 |
| March 1, 2020 – December 31, 2020 | $105,466.67 | $10,546.67 |
| January 1, 2021 – February 28, 2021 | $21,876.13 | $10,938.07 |
| March 1, 2021 – December 31, 2021 | $134,380.70 | $13,438.07 |
| January 1, 2022 – December 31, 2022 | $166,094.50 | $13,841.21 |
| January 1, 2023 – December 31, 2023 | $171,077.34 | $14,256.44 |
| January 1, 2024 – December 31, 2024 | $176,209.66 | $14,684,14 |
| January 1, 2025 – December 31, 2025 | $181,495.95 | $15,124.66 |
| January 1, 2026 – December 31, 2026 | $186,940.83 | $15,578.40 |
| January 1, 2027 – December 31, 2027 | $192,549.05 | $16,045.75 |
| January 1, 2028 – December 31, 2028 | $198,325.52 | $16,527.13 |

| First Option Term | | |
|---|---|---|
| January 1, 2029 – December 31, 2029 | $204,275.29 | $17,022.94 |
| January 1, 2030 – December 31, 2030 | $210,403.55 | $17,533.63 |
| January 1, 2031 – December 31, 2031 | $216,715.66 | $18,059.64 |
| January 1, 2032 – December 31, 2032 | $223,217.12 | $18,601.43 |
| January 1, 2033 – December 31, 2033 | $229,913.64 | $19,159.47 |

**Second Option Term**

See Section 23.0.

(c)    Payee (See Section 4.0):  1901 Clybourn, LLC.

2

(d)     Payee's Address (See Section 4.0):  c/o Garrett Realty & Development, Inc., 2211 North Elston Avenue, Suite 308, Chicago, Illinois 60614

(e)     Intentionally deleted.

(f)     Form of Insurance (See Section 6.1):  The insurance specified in section 6.0 of this Lease shall insure Landlord, Landlord's beneficiaries and respective agents (including Agent), in addition to Tenant.

**(g)**     Security Deposit (See Section 19.0):  $25,333.33.

(h)     Tenant's Address (for notices) (See Section 20.4): at Premises.

(i)     Landlord's Address (for notices) (See Section 20.4): c/o Garrett Realty & Development, Inc., 2211 North Elston Avenue, Suite 308, Chicago, Illinois 60614

(j)     Brokers (See Section 20.12):  Baum Realty Group and Frontline Real Estate Group.

(k)     Number of Parking Spaces (see Section 20.15):  Five (5) plus one (1) shared handicapped space.

(l)     Intentionally deleted.

## II.     POSSESSION

**2.0.     Possession.**

Except as otherwise expressly provided herein in Exhibit B and elsewhere in this Lease, Landlord shall deliver possession of the Leased Premises in Broom Clean Condition to Tenant on or before the Commencement Date.  "Broom Clean Condition" means the Leased Premises, including the basement storage space will be vacant and free of all existing inventory, furniture, fixtures (including racking and other trade fixtures) and dirt and debris. If Landlord shall be unable to deliver possession of the Leased Premises to Tenant on the Commencement Date in Broom Clean Condition for any reason, Tenant shall have all rights and remedies available to Tenant at law or in equity to obtain possession of the Leased Premises and to recover all expenses and damages of any kind that that it may incur or suffer.  Rent and other charges hereunder for the Leased Premises shall not commence until the later of the date possession of the Leased Premises is given or the Commencement Date.

Landlord represents that concurrently with the execution of this Lease, Landlord has entered into a lease termination agreement with the current tenant of the Leased Premises and that, pursuant to such lease termination agreement, the lease term with such tenant expires prior to January 1, 2019.

Notwithstanding anything in this Lease to the contrary, if the delivery of the Leased Premises has not occurred on or before January 1, 2019, then, in addition to the other Rent

3

abatement provided under this Lease, commencing on the Commencement Date, Tenant shall be entitled to an abatement of two (2) days' worth of fixed rent for each day after January 1, 2019 that the Leased Premises have not been tendered to Tenant.  Ffurthermore, if the delivery of the Leased Premises has not occurred on or before February 1, 2019, then Tenant in its sole discretion, shall have the right to terminate this Lease upon written notice to Lessor given at any time thereafter and prior to delivery of the Leased Premises.

As of the date of this Lease, Landlord represents that the Leased Premises are in a condition (i) that is compliant with all applicable laws and ordinances, (ii) that is structurally sound and free from water leakage, and (iii) that all building systems are in good and working order.

## III.    PURPOSE

### 3.0.    Purpose.

The Leased Premises shall be used and occupied only for the purpose set forth in Section 1.4(a).

### 3.1.    Uses Prohibited.

Tenant will not permit the Leased Premises to be used in any manner, which would render the insurance thereon void or the insurance risk more hazardous.  Tenant shall not use or occupy the Leased Premises, or permit the Leased Premises to be used or occupied, contrary to any statute, rule, order, ordinance, requirement or regulation applicable thereto; or in any manner which would violate any certificate of occupancy affecting the same; or which would cause structural injury to the improvements; or cause the value or usefulness of the Leased Premises, or any part thereof, to diminish; or which would constitute a public or private nuisance or waste.  In addition, no vending machines of any kind shall be installed, maintained or operated in the Premises or Building without the written consent of Landlord.

### 3.2.    Prohibition of Use.

If the use of the Leased Premises should at any time during the Lease term be prohibited by law or ordinance or other governmental regulation, or prevented by injunction, this Lease shall be thereby terminated.

## IV.    RENT

### 4.0.    Rent.

Beginning with the Commencement Date, Tenant shall pay to, or upon the order of Payee at Payee's Address, until otherwise notified in writing by Landlord, as rent for the Leased Premises, the annual rental set forth in Section 1.4(b) payable monthly in advance in installments as set forth in Section 1.4(b). All payments of rent shall be made without deduction, set off, discount or abatement in lawful money of the United States, utilizing the Automated Clearing

9267900_4 12/04/2018 2:36 PM

House (ACH) electronic banking network for direct deposits, payable to Landlord's designated banking institution.

### 4.1.   Interest on Late Payments.

The monthly rent shall be increased One Hundred Dollars ($100.00) if paid after the 5th day of the month and each and every installment of rent and, each and every payment of other charges hereunder which shall not be paid after receipt of Landlord's notice of default in such payment and expiration of applicable cure periods, shall bear interest from the date when the same is payable under the terms of this Lease until the same shall be paid at an annual rate equal to twelve percent (12%) per annum unless a lesser rate shall then be the maximum rate permissible by law with respect thereto, in which event said lesser rate shall be charged. Notwithstanding the foregoing, Landlord will not charge such interest for the first delinquent payment in any calendar year.  Tenant in addition to the above charges, shall pay Landlord a returned check fee of $50.00 for each check paid to Landlord by Tenant which is returned unpaid by Landlord's bank for any reason.

## V.   REAL ESTATE TAXES

### 5.0.   Payment by Tenant.

Tenant shall pay to Landlord, as additional rent hereunder, for each calendar year all or any part of which falls within the term of the Lease ("Adjustment Year"), Tenant's Pro Rata Share of the Real Estate Taxes paid for such Adjustment Year ("Real Estate Tax Expense Adjustment").  Tenant shall make payments ("Estimated Payment") on account of the Real Estate Tax Adjustment effective as of the first day of the term of this Lease and of the first day of each subsequent Adjustment Year as follows:

> (a)   Landlord may, prior to each Adjustment Year or from time to time during the Adjustment Year, deliver to Tenant a written notice or notices ("Projection Notice") setting forth Landlord's reasonable estimate of the Real Estate Tax Expenses for such Adjustment Year and Tenant's Estimated Payments for such Adjustment Year.

> (b)   Until such time as Landlord notifies Tenant of the Estimated Payments for an Adjustment Year, Tenant shall, at the time of each payment of monthly installment of annual rental, pay to Landlord a monthly installment of Estimated Payments equal to the greater of the latest monthly installment of Estimated Payments or one-twelfth (1/12) of Tenant's latest determined Real Estate Tax Expense Adjustment.  On or before the first day of the next calendar month following Landlord's notice, and on or before the first day of each month thereafter, Tenant shall pay to Landlord one-twelfth (1/12) of the Estimated Payment shown in Landlord's notice.  Within fifteen (15) days following receipt of Landlord's notice, Tenant shall also pay Landlord a lump sum equal to the Estimated Payment shown in the Projection Notice less (1) any previous payments on account of Estimated Payments made during such Adjustment Year and (2) monthly installments on account of Estimated Payments due for the remainder of such Adjustment Year.

5

(c)       After Landlord shall have determined the actual amount of Real Estate Taxes paid for such Adjustment Year, Landlord shall notify Tenant in writing ("Landlord's Statement") of such Real Estate Tax Expenses for such Adjustment Year.  If the Real Estate Tax Expense Adjustment owed for such Adjustment Year exceeds the Estimated Payments paid by Tenant for such Adjustment Year, then within ten (10) days after receipt of Landlord's Statement, Tenant shall pay to Landlord an amount equal to the excess of the Real Estate Tax Expense Adjustment over the Estimated Payments paid by Tenant for such Adjustment Year.  If such Estimated Payments exceed the Real Estate Tax Expense Adjustment owed for such Adjustment Year, then Landlord shall, at Landlord's option, refund the difference to Tenant within fifteen (15) days after delivery of Landlord's Statement or apply the difference to the Rent next due and owing by Tenant under the Lease.

(d)       If the term of this Lease commences on any day other than the first day of an Adjustment Year or ends on any day other than the last day of an Adjustment Year as the case may be, the Real Estate Tax Expense Adjustment for such year payable by Tenant shall be prorated based on the number of days in such Adjustment Year included in the term of this Lease.

(e)       No interest shall accrue or be payable with respect to Estimated Payments.

**5.1.    Definition of Real Estate Taxes.**

As used herein the term "Real Estate Taxes" shall mean all taxes and assessments, general and special, water rates and all other impositions, ordinary and extraordinary, of every kind and nature whatsoever, which may be levied, assessed or imposed upon the Real Estate, or any part thereof, or upon any improvements at any time situated thereon.  Real Estate Taxes shall also include fees and costs incurred by Landlord for the purpose of contesting or protesting tax assessments or rates.  If at any time during the term of this Lease the method of taxation prevailing at the commencement of the term hereof shall be altered so that any new tax, assessment, levy, imposition or charge, or any part thereof, shall be measured by or be based in whole or in part upon the Lease, the Real Estate or Leased Premises, or the rent, additional rent or other income there from and shall be imposed upon the Landlord, then all such taxes, assessments, levies, impositions or charges, or the part thereof, to the extent that they are so measured or based, shall be deemed to be included within the term Real Estate Taxes for the purposes hereof, to the extent that such Real Estate Taxes would be payable if the Real Estate were the only property of Landlord subject to such Taxes.  There shall be excluded from Real Estate Taxes all federal income taxes, federal excess profit taxes, franchise, capital stock and federal or state estate or inheritance taxes of Landlord and the Illinois Replacement Tax.  All references herein to Real Estate Taxes "for" a particular year shall be deemed to refer to the Taxes paid in such year without regard to when such Taxes are levied, assessed or otherwise imposed.

9267900_4 12/04/2018 2:36 PM

## VI.   INSURANCE

**6.0.   Kinds and Amounts.**

As additional rent for the Leased Premises, Tenant shall procure and maintain policies of insurance, at its own cost and expense, insuring:

(a)   Landlord and Tenant for all general liability including any claims, demands or actions for injury to or death of any person in an amount of not less than $1,000,000.00 per occurrence and in aggregate for injury to or death of more than one person to the limit of $2,000,000.00, and for damage to property in amount of not less than $1,000,000.00 made by, or on behalf of, any person or persons, firm or corporation arising from, related to or connected with the Leased Premises.  Said insurance shall comprehend full coverage of the indemnity set forth in Section 13.0 hereto;

(b)   Tenant from all workmen's compensation claims and employer's liability;

(c)   Landlord and Tenant against breakage of all plate glass utilized in the improvements on the Leased Premises;

(d)   All contents and Tenant's trade fixtures, machinery, equipment, furniture and furnishings in the Leased Premises to the extent of at least ninety percent (90%) of their replacement cost under standard fire and extended coverage insurance, including, without limitation, vandalism and malicious mischief and sprinkler leakage endorsements.

**6.1.   Form of Insurance.**

The aforesaid insurance shall be in companies and in form, substance and amount (where not stated above) reasonably satisfactory to Landlord and any mortgagee of Landlord, and shall contain standard mortgage clauses reasonably satisfactory to Landlord's mortgagee.  The aforesaid insurance shall not be subject to cancellation except after at least thirty (30) days' prior written notice from Tenant to Landlord and any mortgagee of Landlord.  The original insurance policies (or certificates thereof reasonably satisfactory to Landlord) together with satisfactory evidence of payment of the premiums thereon, shall be deposited with Landlord at the Commencement Date and renewals thereof not less than thirty (30) days prior to the end of the term of each such coverage.  If Landlord is an Illinois Land Trustee the insurance referred to in subsection 6.0(a), (a) and (d) hereof shall also insure the beneficiary or beneficiaries thereof.

**6.2.   Mutual Waiver of Subrogation Rights.**

Whenever (i) any loss, cost, damage or expense resulting from fire, explosion or any other casualty or occurrence is incurred by either of the parties to this Lease, or anyone claiming by, through or under it, in connection with the Leased Premises, and (ii) such party is then covered in whole or in part by insurance with respect to such loss, cost, damage or expense, or is required under this Lease to be so insured, then the party so insured (or so required) hereby

7

releases the other party from any liability said other party may have on account of such loss, cost, damage or expense to the extent of any amount recovered by reason of such insurance (or which could have been recovered had such insurance been carried as so required) and waives any right of subrogation which might otherwise exist in or accrue to any person on account thereof, provided that such release of liability and waiver of the right of subrogation shall not be operative in any case where the effect thereof is to invalidate such insurance coverage or increase the cost thereof (provided that in the case of increased cost the other party shall have the right, within thirty (30) days following written notice, to pay such increased cost, thereupon keeping such release and waiver in full force and effect).

### 6.3.    Fire Protection.

Tenant shall conform to all applicable fire codes of any governmental authority, and with the rules and regulations of Landlord's fire underwriters and their fire protection engineers, including, without limitation, the installation and periodic recharging of adequate fire extinguishers.

## VII.    DAMAGE OR DESTRUCTION

### 7.0.    Landlord's Obligation to Rebuild.

In the event the Leased Premises are damaged by fire, explosion or other casualty, Landlord shall commence the repair, restoration or rebuilding thereof within sixty (60) days after such damage and shall complete such restoration, repair or rebuilding within one hundred fifty (150) days after the commencement thereof, provided that if construction is delayed because of changes, deletions, or additions in construction requested by Tenant, strikes, lockouts, casualties, acts of God, war, material or labor shortages, governmental regulation or control or other causes beyond the control of Landlord, the period for restoration, repair or rebuilding shall be extended for the amount of time Landlord is so delayed.  If the casualty or the repair, restoration or rebuilding caused thereby shall render the Leased Premises untenantable, in whole or in part, an equitable abatement in rent shall be allowed from the date when the damage occurred until the date on which the Leased Premises are again fit for occupancy by Tenant.  Notwithstanding the foregoing, if such a fire, explosion or other casualty damages the building in which the Leased Premises are located to the extent of fifty percent (50%) or more thereof, Landlord may, in lieu of repairing, restoring or rebuilding the same, or Tenant may, at its option, terminate this Lease within sixty (60) days after occurrence of the event causing the damage.  In such event, the obligation of Tenant to pay rent and other charges hereunder shall end as of the date when the damage occurred.

## VIII.    CONDEMNATION

### 8.0.    Taking of Whole.

If the whole of the Leased Premises shall be taken or condemned for a public or quasi-public use or purpose by a competent authority, or if such a portion of the Leased Premises shall be so taken that as a result thereof the balance cannot be used for the same purpose and with

8

substantially the same utility to Tenant as immediately prior to such taking, then in either of such events, the Lease term shall terminate upon delivery of possession to the condemning authority, and any award, compensation or damages (hereinafter sometimes called the "award") shall be paid to and be the sole property of Landlord whether the award shall be made as compensation for diminution of the value of the leasehold estate or the fee of the Real Estate or otherwise and Tenant hereby assigns to Landlord all of Tenant's right, title and interest in and to any and all such award. Tenant shall continue to pay rent and other charges hereunder until the Lease term is terminated and any excess Real Estate Estimated Payments prepaid by Tenant, or which accrue prior to the termination, shall be adjusted between the parties.

### 8.1. Partial Taking.

If only a part of the Leased Premises shall be so taken or condemned, but the balance of the Leased Premises can still be used for the same purpose and with substantially the same utility to Tenant as immediately prior to such taking, this Lease shall not terminate and Landlord shall repair and restore the Leased Premises and all improvements thereon, except that Landlord shall not hereby be required to expend for repair and restoration any sum in excess of the Award. Any portion of the Award which has not been expended by Landlord for such repairing or restoration shall be retained by Landlord as Landlord's sole property. The rent shall be equitably abated following delivery of possession to the condemning body. If fifty percent (50%) or more of the building within which the Leased Premises are located shall be so taken or condemned, Landlord or Tenant may terminate this Lease by giving written notice thereof to the other within sixty (60) days after such taking. In such event, the award shall be paid to or be the sole property of Landlord.

### 8.2. Award.

Notwithstanding anything in this Article VIII to the contrary, in the event of a taking hereunder, Tenant shall be entitled if allowed by law and provided such action shall not result in a reduction of Landlord's award, to appear, claim, prove, and receive in the condemnation proceeding (i) the value of Tenant's fixtures and personal property and (ii) the cost of relocation. To the extent permitted by law, Tenant shall make any such claim in a separate proceeding.

## IX.    MAINTENANCE ; ALTERATIONS AND REQUIREMENTS

### 9.0. Landlord's Maintenance.

(a)    Landlord shall perform all exterior painting (at such intervals as Landlord deems appropriate) and shall remove snow accumulations from the sidewalks and from the parking lot, and shall perform necessary maintenance, repairs and replacements to the common areas of the Building (including the parking lot and landscaping) and the exterior windows, doors and their frames in the common areas of the Building. Landlord shall also warranty the HVAC systems servicing the Leased Premises for a period of One (1) year.

(b)     Landlord shall repair or replace any damage to the Real Estate, including, without limitation, damage to the roof, landscaping, exterior of the building of which the Leased Premises are a part, elevators and doors caused by or resulting from any act or omission or negligence of Tenant, its agents, employees, contractors, customers and invitees. Tenant shall reimburse Landlord for Landlord's costs and expenses incurred for repairs or replacements made pursuant to this subsection 9.0(b), within ten (10) days after Landlord bills Tenant therefore.   Notwithstanding the forgoing, Tenant shall not be responsible for the payment of any capital expenditures to the Leased Premises or the common areas of the Building.

### 9.1.   Tenant's Maintenance.

Tenant shall keep and maintain (including any necessary replacements) the entire interior of the Leased Premises and the portion of the Leased Premises and Real Estate not to be maintained by Landlord pursuant to Section 9.0, including without limitation, windows on the interior and exterior of the Leased Premises clean and sanitary and in good condition and repair, and maintaining and repairing of Premises entry doors in conformity with other entry doors in the Building on the Real Estate, and any repair, maintenance, and replacement necessitated by Tenant's negligence or willful misconduct.   Tenant shall, to the extent possible, keep the Leased Premises from falling temporarily out of repair or deteriorating.   Tenant shall fully comply with all health, safety and police regulations in force.   Tenant shall promptly remove any debris left by Tenant, its employees, agents, contractors, or invitees around the exterior areas of the Real Estate.   Tenant shall also be required to provide for and pay for the cost of providing its own extermination and scavenger services.

### 9.2.   Alterations.

Tenant shall make all additions, improvements and alterations (hereinafter "Alterations") on the Leased Premises, and on and to the appurtenances and equipment thereof, required by any governmental authority or which may be made necessary by the act or neglect of any persons, firm or corporation, public or private. Tenant represents and Landlord acknowledges that Tenant plans to reconfigure the Leased Premises and construct certain tenant improvements, including an office, a corridor, an Ante Room, a Fulfillment Room, a Sterile Room, a Compounding Room and a Gowning Room.   Prior to construction of such tenant improvements, Tenant agrees to furnish Landlord with specifications of such work.   Except as provided above, Tenant shall not create any openings in the roof or exterior walls, or make any other Alterations to the Leased Premises without Landlord's prior written consent, which consent shall not be unreasonably withheld; provided, Landlord's consent shall not be necessary for Alterations that cost less than $1,000 in the aggregate over a six (6) month period.   Landlord shall not be deemed to have unreasonably withheld its consent if such consent is withheld for any Alterations which will affect the base building structure or will affect the operating of the base building systems or other tenants.   The foregoing reasons shall not be exclusive of the reasons for which Landlord may withhold its consent whether or not such reasons are similar or dissimilar to the foregoing.   As to any Alterations which Tenant is required hereunder to perform or to which Landlord consents, such work shall be performed strictly in accordance with plans and specifications therefore first

reasonably approved in writing by Landlord. Upon completion of any Alterations by or on behalf of Tenant, Tenant shall provide Landlord with such documents as Landlord may require (including, without limitation, sworn contractors' statements and supporting lien waivers) evidencing payment in full for such work.  In the event Tenant makes any Alterations not in compliance with the provisions of this Section 0, Tenant shall, upon written notice from Landlord, immediately remove such Alterations and restore the Leased Premises to their condition immediately prior to the making thereof. If Tenant fails so to remove such Alterations and restore the Leased Premises as aforesaid, Landlord may, at its option, and in addition to all other rights or remedies of Landlord under this Lease, at law or in equity, enter the Leased Premises and perform said obligation of Tenant and Tenant shall reimburse Landlord for the cost to the Landlord thereof, immediately upon being billed therefore by Landlord.  Such entry by Landlord shall not be deemed an eviction or disturbance of Tenant's use or possession of the Leased Premises nor render Landlord liable in any manner to Tenant.  If any Alterations made by or on behalf of Tenant require Landlord to make any alterations or improvements to any part of the Building in order to comply with any Requirements, as defined below, Tenant shall pay all costs and expenses incurred by Landlord in connection with such Alterations.

### 9.3.   Requirements.

Tenant, at its expense, shall comply with all Requirements applicable to the Leased Premises and any Alterations; provided, however, that Tenant shall not be obligated to comply with any Requirements requiring any structural alterations to the Building or other capital expenditures unless the application of such Requirements arises from (i) the specific manner and nature of Tenant's use or occupancy of the Leased Premises (ii) Alterations made by Tenant, or (iii) a breach by Tenant of any provisions of this Lease. Any such repairs or alterations shall be made at Tenant's expense by Tenant (1) in compliance with Section 9.1 if such repairs or alterations are nonstructural and do not affect any Building system, or (2) by Landlord if such repairs or alterations are structural or affect any Building system.  If Tenant obtains knowledge of any failure to comply with any Requirements applicable to the Leased Premises, Tenant shall give Landlord prompt notice thereof.  As used herein "Requirements" mean all present and future laws, rules, orders, ordinances, regulations, statutes, requirements, codes and executive orders, extraordinary and ordinary of all governmental authorities, including the Americans With Disabilities Act, 42 U.S.C. §12,101 (et seq.), the Environmental Barriers Act, 410 ILCS, 25/1-8 (et seq.) and any law of like import, and all rules, regulations and government orders with respect thereto, and any of the foregoing relating to Hazardous Materials, environmental matters, public health and safety matters.

### X.   LIENS AND ENCUMBRANCES

### 10.0.   Encumbering Title.

Tenant shall not do any act which shall in any way encumber the title of Landlord in and to the Leased Premises or the Real Estate, nor shall the interest or estate of Landlord in the Leased Premises or the Real Estate be in any way subject to any claim by way of lien or encumbrance, whether by operation of law or by virtue of any express or implied contract by Tenant.  Any claim to, or lien upon, the Leased Premises or Real Estate arising from any act or

11

omission of Tenant shall accrue only against the leasehold estate of Tenant and shall be subject and subordinate to the paramount title and rights of Landlord in and to the Leased Premises and the Real Estate.

### 10.1.   Liens and Right to Contest.

Tenant shall not permit the Leased Premises or the Real Estate to become subject to any mechanics', laborers' or materialmen's lien on account of labor or material furnished to Tenant or claimed to have been furnished to Tenant in connection with work of any character performed or claimed to have been performed on the Leased Premises by, or at the direction or sufferance of, Tenant; provided, however, that Tenant shall have the right to contest in good faith and with reasonable diligence, the validity of any such lien or claimed lien if Tenant shall give to Landlord such security as may be deemed reasonably satisfactory to Landlord to insure payment thereof and to prevent any sale, foreclosure, or forfeiture of the Leased Premises or the Real Estate by reason of non-payment thereof; provided further, however, that on final determination of the lien or claim for lien, Tenant shall immediately pay any judgment rendered, with all proper costs and charges, and shall have the lien released and any judgment satisfied.


## XI.   ASSIGNMENT AND SUBLETTING

### 11.0.   Consent Required.

Tenant shall not, without Landlord's prior written consent, (i) assign, convey or mortgage this Lease or any interest under it; (ii) allow any transfer thereof or any lien upon Tenant's interest by operation of law; (iii) sublet the Leased Premises or any part thereof; or (iv) permit the use or occupancy of the Leased Premises or any part thereof by anyone other than Tenant. Landlord agrees that it will not unreasonably withhold its consent to any assignment or sublease, provided that if Tenant requests Landlord's consent to a sublease or to an assignment of all or a substantial portion of the entire Leased Premises, except for a Permitted Transfer (defined below), Landlord may, in lieu of granting such consent or reasonably withholding the same, terminate this Lease, effective on the commencement date specified in the sublease or on the effective date of said assignment, as the case may be, to which Landlord's consent was requested. No permitted assignment or subletting shall relieve Tenant of Tenant's covenants and agreements hereunder and Tenant shall continue to be liable as a principal and not as a guarantor or surety, to the same extent as though no assignment or subletting had been made. Notwithstanding anything above to the contrary, Landlord agrees that, in considering any assignment of this Lease or sublease of the Leased Premises, Landlord will not act unreasonably in its approval if the proposed use is different than that set forth in Section 1.4 (a) above.

### 11.1.   Merger or Consolidation.

Notwithstanding the foregoing, Tenant may, without Landlord's consent, assign this Lease or sublease the Leased Premises to (i) any affiliated entity, (ii) to any entity resulting from a merger or consolidation of the Tenant or (iii) any entity acquiring a material portion of Tenant's

assets (i – iii above referred to as a "Permitted Transfer") upon the following conditions: (i) that the total assets and net worth of such assignee or successor after such consolidation or merger shall be equal to or more than that of Tenant immediately prior to such consolidation or merger; (ii) that Tenant is not at such time in default hereunder; and (iii) that such successor shall execute an instrument in writing fully assuming all of the obligations and liabilities imposed upon Tenant hereunder and deliver the same to Landlord.  If the aforesaid conditions are satisfied, Tenant shall be discharged from any further liability hereunder.

### 11.2.    Intentionally Omitted.

### 11.3.    Other Transfer of Lease.

Tenant shall not allow or permit any transfer of this Lease, or any interest hereunder, by operation of law, or convey, mortgage, pledge, or encumber this Lease or any interest herein.

## XII.    SERVICES

### 12.0.    Utilities.

Landlord shall furnish connections to the Leased Premises for natural gas, electricity, water and sewer from the utility or municipality providing such service and Tenant shall pay for all gas and electricity used by Tenant during the Term hereof, all of which shall be measured through separate meters or submeters installed at Landlord's expense and maintained by Landlord.  Landlord represents that gas and electricity are separately metered for the Leased Premises.  In the event that Tenant's water usage should become disproportionate to the water usage of other tenants in the Building, Landlord shall have the right to install a separate water meter or submeter in the Leased Premises. Tenant acknowledges that Tenant's HVAC system supplies passive heating and cooling to the common areas adjacent to Tenant's Leased Premises.

### 12.1.    No Liability

Landlord reserves the right to suspend any service when necessary, by reason of Unavoidable Delays, as defined in Section 20.20, accidents or emergencies, or for work in the Building (other than tenant improvements) which, in Landlord's reasonable judgment, are necessary or appropriate until such Unavoidable Delay, accident or emergency shall cease or such work is completed and Landlord shall not be liable for any interruption, curtailment or failure to supply services. Landlord shall use reasonable efforts to minimize interference with Tenant's use and occupancy of the Leased Premises as a result of any such failure, defect or interruption of any such service, or change in the supply, character and/or quantity of, electrical service, and to restore any such services, remedy such situation and minimize any interference with Tenant's business. Except for the negligence or willful misconduct of Landlord, the exercise of any such right or the occurrence of any such failure by Landlord shall not constitute an actual or constructive eviction, in whole or in part, entitle Tenant to any compensation, abatement or diminution of Rent, relieve Tenant from any of its obligations under this Lease, or impose any liability upon Landlord, its beneficiaries or their respective agents or employees by reason of inconvenience to Tenant, or interruption of Tenant's business, or otherwise.  Landlord

shall not be liable in any way to Tenant for any failure, defect or interruption of, or change in the supply, character and/or quantity of electric service furnished to the Leased Premises for any reason except if attributable to the negligence or willful misconduct of Landlord

## XIII.   INDEMNITY AND WAIVER

### 13.0.   Indemnity.

Tenant will protect, indemnify and save harmless Landlord and Landlord's agents (and Landlord's beneficiary or beneficiaries and their agents if Landlord is an Illinois Land Trustee) from and against all liabilities, obligations, claims, damages, penalties, causes of action, costs and expenses (including without limitation, reasonable attorneys' fees and expenses) imposed upon or incurred by or asserted against Landlord by reason of (i) any accident, injury to or death of persons or loss of or damage to property occurring on or about the Leased Premises or resulting from any act, omission or negligence of Tenant, its agents, employees, contractors, servants, invitees, licensees or anyone claiming by, through or under Tenant; (ii) any failure on the part of Tenant to perform or comply with any of the terms of this Lease; or (iii) performance of any labor or services or the furnishing of any materials or other property in respect of the Leased Premises or any part thereof. If any action, suit or proceeding is brought against Landlord and/or Landlord's agents (and/or Landlord's beneficiary or beneficiaries or their agents if Landlord is an Illinois Land Trustee) by reason of any such occurrence, Tenant will, at Tenant's expense, resist and defend such action, suit or proceeding, or cause the same to be resisted and defended by counsel approved by Landlord.

Landlord will protect, indemnify and save harmless Tenant and Tenant's agents from and against all liabilities, obligations, claims, damages, penalties, causes of action, costs and expenses (including without limitation, reasonable attorneys' fees and expenses) imposed upon or incurred by or asserted against Tenant by reason of (i) any accident, injury to or death of persons or loss of or damage to property occurring on or about the Leased Premises or resulting from any act, omission or negligence of Landlord, its agents, employees, contractors, servants, invitees, licensees or anyone claiming by, through or under Tenant; (ii) any failure on the part of Landlord to perform or comply with any of the terms of this Lease; or (iii) performance of any labor or services or the furnishing of any materials or other property in respect of the Leased Premises or any part thereof. If any action, suit or proceeding is brought against Tenant and/or Tenant's agents by reason of any such occurrence, Landlord will, at Landlord's expense, resist and defend such action, suit or proceeding, or cause the same to be resisted and defended by counsel approved by Tenant.

### 13.1.   Waiver of Certain Claims.

All personal property belonging to Tenant or any occupant of the Leased Premises that is in or on any part of the Real Estate shall be there at the risk of Tenant or of such other person only, and, except for the negligence or willful misconduct of Landlord, Landlord shall not be liable for any damage thereto or for the theft or misappropriation thereof.

14

## XIV.   RIGHTS RESERVED TO LANDLORD

**14.0.   Rights Reserved to Landlord.**

Without limiting any other rights reserved or available to Landlord under this Lease, at law or in equity, Landlord, on behalf of itself and Agent reserves the following rights to be exercised at Landlord's election:

(a)    To change the street address of the Leased Premises, provided, that if Landlord changes the street address and such change is not required by applicable governmental law, ordinance or code or by the United States Postal Service, Landlord shall reimburse Tenant for the reasonable costs incurred by Tenant to replace its stationery which has the old address printed thereon;

(b)    Upon reasonable prior notice, to inspect the Leased Premises and to make repairs, additions or alterations to the Leased Premises or the building of which the Leased Premises are a part, which Tenant may neglect or refuse to make in accordance with the covenants and agreements of this Lease, and, specifically including, but without limiting the generality of the foregoing, to make repairs, additions or alterations within the Leased Premises to mechanical, electrical, and other facilities serving other premises in the building of which the Leased Premises are a part or other parts of the Real Estate;

(c)    Upon reasonable prior notice, to show the Leased Premises to prospective purchasers, mortgagees, or other persons having a legitimate interest in viewing the same, and, at any time within nine (9) months prior to the expiration of the Lease term, to persons wishing to rent the Leased Premises;

(d)    During the last year of the Lease term, to place and maintain the usual "For Rent" sign in or on the Leased Premises or the Real Estate; provided, Tenant's business shall not be disrupted unreasonably;

(e)    During the last ninety (90) days of the Lease term, if during or prior to that time Tenant vacates the Leased Premises, to decorate, remodel, repair, alter or otherwise prepare the Leased Premises for new occupancy; and

(f)    To place and maintain "For Sale" signs on the Real Estate and on the exterior of the building of which the Leased Premises are a part, provided, Tenants business shall not be disrupted unreasonably.

Landlord may enter upon the Leased Premises for any and all of said purposes and may exercise any and all of the foregoing rights hereby reserved, during normal business hours unless an emergency exists, without being deemed guilty of any eviction or disturbance of Tenant's use or possession of the Leased Premises, and without being liable in any manner to Tenant (except for the negligence or willful misconduct of Landlord).

9267900_4 12/04/2018 2:36 PM

# XV.    QUIET ENJOYMENT

### 15.0.    Quiet Enjoyment.

So long as Tenant is not in default under the covenants and agreements of this Lease, Tenant's quiet and peaceable enjoyment of the Leased Premises shall not be disturbed or interfered with by Landlord or by any person claiming by, through or under Landlord. Notwithstanding anything herein to the contrary, Tenant acknowledges that the Leased Premises are located within a timber loft building and, as such, the Leased Premises are not sound-proof and it will be possible to hear neighboring tenants in the Building. Tenant understands this and agrees that this will not disturb or interfere with Tenant's quiet and peaceable enjoyment of the Leased Premises.  Tenant shall use its best efforts to minimize the sound emanating from Tenant's Leased Premises.

# XVI.   SUBORDINATION OR SUPERIORITY

### 16.0.    Subordination or Superiority.

Subject to the NDA requirements below, the rights and interest of Tenant under this Lease shall be subject and subordinate to any mortgage or trust deed creating any mortgage that may be placed upon the Leased Premises and to any and all advances to be made thereunder, and to the interest thereon, and all renewals, replacements and extensions thereof.  If the mortgagee or trustee named in said mortgages or trust deeds (collectively "Mortgagee") shall elect to subject and subordinate the rights and interest of Tenant under this Lease to the lien of its mortgage or deed of trust, such Mortgagee shall agree to recognize this Lease pursuant to a commercially reasonable non-disturbance agreement ("NDA") with Tenant in the event of foreclosure if Tenant is not in default.  Any mortgagee or trustee may elect to give the rights and interest of Tenant under this Lease priority over the lien of its mortgage or deed of trust.  In the event of either such election and upon notification by such mortgagee or trustee to Tenant to that effect, the rights and interest of Tenant under this Lease shall be deemed to be subordinate to, or to have priority over, as the case may be, the lien of said mortgage or trust deed, whether this Lease is dated prior to or subsequent to the date of said mortgage or trust deed.  Tenant shall execute and deliver whatever instruments may be required for such purpose within thirty (30) days after demand in writing.

While this provision shall be self-executing and shall not require any further writing to be effective, Tenant agrees to execute and deliver, at any time and from time to time, upon the request of Landlord or of any such holder, any instrument that, in the reasonable judgment of Landlord, may be necessary or appropriate in any of such events to evidence such attornment. Tenant further waives the provisions of any statute or rule of law, now or after this date in effect, that may give or purport to give Tenant any right or election to terminate or otherwise adversely affect this lease and the obligations of Tenant under this Lease in the event any such foreclosure proceeding is brought or such ground or underlying lease is terminated.

16

Within thirty (30) days of the execution of this Lease, Landlord agrees to deliver to Tenant an NDA from all existing Mortgagees, such NDA in form and substance mutually agreeable to all parties.

## XVII. SURRENDER

### 17.0.  Surrender.

Upon the termination of this Lease, whether by forfeiture, lapse of time or otherwise, or upon the termination of Tenant's right to possession of the Leased Premises, Tenant will at once surrender and deliver up the Leased Premises, together with all improvements thereon, to Landlord in good condition and repair, reasonable wear and tear excepted.  Said improvements shall include all plumbing, lighting, electrical, heating, cooling and ventilating systems, fixtures and equipment and other articles or personal property used in the operation of the Leased Premises (as distinguished from operations incident to the business of Tenant), including all cabinetry, appliances and window treatments.  All additions, hardware, non-trade fixtures and all improvements, temporary or permanent, in or upon the Leased Premises placed there by Tenant shall become Landlord's property and shall remain upon the Leased Premises upon such termination of this Lease by lapse of time or otherwise, without compensation or allowance or credit to Tenant, unless Landlord requests their removal in writing at or before the time of such termination of this Lease.  Notwithstanding the foregoing, Tenant will have no obligation to remove any improvements approved by Landlord.  If Landlord so requests removal of said additions, hardware, non-trade fixtures and all improvements and Tenant does not make such removal of said termination of this Lease, or within ten (10) days after such request, whichever is later, Landlord may remove the same and deliver the same to any other place of business of Tenant or warehouse the same, and Tenant shall pay the cost of such removal, delivery and warehousing to Landlord on demand.

### 17.1.  Removal of Tenant's Property.

Upon the termination of this Lease by lapse of time, Tenant may remove Tenant's trade fixtures and all of Tenant's personal property and equipment other than such personal property and equipment as are referred to in Section 17.0; provided, however, that Tenant shall repair any injury or damage to the Leased Premises which may result from such removals.  If Tenant does not remove Tenant's furniture, machinery, trade fixtures and all other items of personal property of every kind and description from the Leased Premises prior to the end of the term, however ended, Landlord may, at its option, remove the same and deliver the same to any other place of business of Tenant or warehouse the same, and Tenant shall pay the cost of such removal (including the repair of any injury or damage to the Leased Premises resulting from such removal), delivery and warehousing to Landlord on demand, or Landlord may treat such property as having been conveyed to Landlord with the Lease as a Bill of Sale, without further payment or credit by Landlord to Tenant.

### 17.2.   Holding Over.

Any holding over by Tenant of the Leased Premises after the expiration of this Lease shall operate and be construed to be tenancy from month to month only, at a monthly rental of 200% of the rate of rent (annual rental and Operating Expense Escalation) payable for the last full calendar month ended prior to the expiration of the Lease.  Nothing contained in this Section 17.2 shall be construed to give Tenant the right to hold over after the expiration of this Lease, and Landlord may exercise any and all remedies at law or in equity to recover possession of the Leased Premises.

## XVIII. REMEDIES

### 18.0.   Defaults.

Tenant further agrees that any one or more of the following events shall be considered events of default as said term is used herein, that is to say, if

(a)    Tenant shall be adjudged an involuntary bankrupt, or a decree or order approving, as properly filed, a petition or answer filed against Tenant asking reorganization of Tenant under the Federal bankruptcy laws as now or hereafter amended, or under the laws of any State, shall be entered, and any such decree or judgment or order shall not have been vacated or stayed or set aside within sixty (60) days from the date of the entry or granting thereof; or

(b)    Tenant shall file or admit the jurisdiction of the court and the material allegations contained in any petition in bankruptcy or any petition pursuant or purporting to be pursuant to the Federal bankruptcy laws now or hereafter amended, or Tenant shall institute any proceedings or shall give its consent to the institution of any proceedings for any relief of Tenant under any bankruptcy or insolvency laws or any laws relating to the relief of debtors, readjustment of indebtedness, reorganization, arrangements, composition or extension; or

(c)    Tenant shall make any assignment for the benefit of creditors or shall apply for or consent to the appointment of a receiver for Tenant or any of the property of Tenant; or

(d)    The Leased Premises are levied upon by any revenue officer or similar officer; or

(e)    A decree or order appointing a receiver of the property of Tenant shall be made and such decree or order shall not have been vacated, stayed or set aside within sixty (60) days from the date of entry or granting thereof; or

(f)    Intentionally deleted

18

(g)     Tenant shall default in any payment of rent or other charge required to be paid by Tenant hereunder when due as herein provided and such default shall continue for ten (10) days after notice thereof in writing to Tenant; or

(h)     If Tenant shall fail to contest the validity of any lien or claimed lien and give security to Landlord to insure payment thereof, or having commenced to contest the same and having given such security, shall fail to prosecute such contest with diligence, or shall fail to have the same released and satisfy any judgment rendered thereon, and such default continues for thirty (30) days after notice thereof in writing to Tenant; or

(i)     Tenant shall default in keeping, observing or performing any of the other covenants or agreements herein contained to be kept, observed and performed by Tenant, and such defaults shall continue to thirty (30) days after notice thereof in writing to Tenant (but, as set forth below, subject to such reasonable extension if Tenant is diligently pursing a cure.)

Upon the occurrence of any one or more of such events of default, Landlord may terminate this Lease.  Upon termination of this Lease, Landlord may re-enter the Leased Premises with process of law using such force as may be necessary, and remove all persons, fixtures and chattels there from, and Landlord shall not be liable for any damages resulting there from.  Such re-entry and repossession shall not constitute a forfeiture of the rents or other charges to be paid and covenants to be performed by Tenant during the full term of this Lease. Upon such repossession of the Leased Premises, Landlord shall be entitled to recover as liquidated damages and not as a penalty a sum of money equal to the value of the rent and other sums provided herein to be paid by Tenant to Landlord for the remainder of the Lease term, less the fair rental value of the Leased Premises for said period.  Upon the happening of any one or more of the above-mentioned events Landlord may repossess the Leased Premises by forcible entry or detainer suit without demand or notice of any kind to Tenant (except as hereinabove provided for) and without terminating this Lease, in which event Landlord may but shall be under no obligation so to do, relet all or any part of the Leased Premises for such rent and upon such terms as shall be satisfactory to Landlord (including the right to relet the Leased Premises for a term greater or lesser than that remaining under the Lease term, and the right to relet the Leased Premises as a part of a larger area, and the right to change the character or use made of the Leased Premises).  For the purpose of such reletting, Landlord may decorate or make any repairs, changes, alterations or additions in or to the Leased Premises that may be necessary or convenient.  If Landlord does not relet the Leased Premises, Tenant shall pay to Landlord on demand as liquidated damages and not as a penalty a sum equal to the amount of the rent, and other sums provided herein to be paid by Tenant, for the remainder of the Lease term.  If the Leased Premises are relet and a sufficient sum shall not be realized from such reletting after paying all of the expenses of such decorations, repairs, changes, alterations, additions, reletting and the collection of the rent accruing there from (including, but not by way of limitation, attorneys' fees and brokers' commissions), to satisfy the rent and other charges herein provided to be paid for the remainder of the Lease term, Tenant shall pay to Landlord on demand any deficiency and Tenant agrees that Landlord may file suit to recover any sums falling due under the terms of this Section from time to time.  If default shall be made in any covenant, agreement,

19

condition or undertaking herein contained to be kept, observed and performed by Tenant, other than the making of any payments as herein provided, which cannot with due diligence be cured within a period of thirty (30) days, and if notice thereof in writing shall have been given to Tenant, and if Tenant, prior to the expiration of thirty (30) days from and after the giving of such notice, commences to eliminate the cause of such default and proceeds diligently and with reasonable dispatch to take all steps and do all work required to cure such default and does so cure such default, then Landlord shall not have the right to declare, said term ended by reason of such default or to repossess without terminating the Lease, provided, however, that the curing of any default in such manner shall not be construed to limit or restrict the right of Landlord to declare the said term ended or to repossess without terminating the Lease, and to enforce all of its rights and remedies hereunder for any other default not so cured.

Notwithstanding anything in this Section 18.0 or elsewhere in this Lease to the contrary, Landlord shall take all commercially reasonable actions to re-lease the Leased Premises and mitigate damages in the event of a Tenant default.

### 18.1.   Remedies Cumulative.

No remedy herein or otherwise conferred upon or reserved to Landlord shall be considered to exclude or suspend any other remedy but the same shall be cumulative and shall be in addition to every other remedy given hereunder, or now or hereafter existing at law or in equity or by statute, and every power and remedy given by this Lease to Landlord may be exercised from time to time and so often as occasion may arise or as may be deemed expedient.

### 18.2.   No Waiver.

No delay or omission of Landlord to exercise any right or power arising from any default shall impair any such right or power or be construed to be a waiver of any such default or any acquiescence therein.  No waiver of any breach of any of the covenants of this Lease shall be construed, taken or held to be a waiver of any other breach or waiver, acquiescence in or consent to any further or succeeding breach of the same covenant.  The acceptance by Landlord of any payment of rent or other charges hereunder after the termination by Landlord of this Lease or of Tenant's right to possession hereunder shall not, in the absence of agreement in writing to the contrary by Landlord, be deemed to restore this Lease or Tenant's right to possession hereunder, as the case may be, but shall be construed as a payment on account, and not in satisfaction of damages due from Tenant to Landlord.

### 18.3.   Default under Other Leases.

Intentionally deleted.

# XIX.  SECURITY DEPOSIT

### 19.0.  Security Deposit.

To secure the faithful performance by Tenant of all the covenants, conditions and agreements in this Lease set forth and contained on the part of the Tenant to be fulfilled, kept, observed and performed, including, but without limiting the generality of the foregoing, such covenants, conditions and agreements in this Lease which become applicable upon the expiration or termination of the same or upon termination of Tenant's right to possession pursuant to Section 18.0 of the Lease, Tenant has deposited herewith the Security Deposit with Agent on the understanding: (i) that the Security Deposit or any portion thereof not previously applied, or from time to time such other portions thereof, may be applied to the curing of any default that may then exist, without prejudice to any other remedy or remedies which the Landlord may have on account thereof, and upon such application Tenant shall pay Agent on demand the amount so applied which shall be added to the Security Deposit so the same may be restored to its original amount; (ii) that should the Leased Premises be conveyed by Landlord or should Agent cease to be the agent of the beneficiary or beneficiaries of Landlord, the Security Deposit or any portion thereof not previously applied may be turned over to Landlord's grantee or the new agent, as the case may be, and, memorialized in writing, and if the same be turned over as aforesaid, the Tenant hereby releases Landlord and Agent from any and all liability with respect to the Security Deposit and/or its application or return, and the Tenant agrees to look to such grantee or agent, as the case may be, for such application or return; (iii) that Landlord shall have no personal liability with respect to said sum and Tenant shall look exclusively to Agent or its successors pursuant to subsection (ii) hereof for return of said sum on the expiration of this Lease; (iv) that Agent or its successor shall not be obligated to hold said Security Deposit as a separate fund, but on the contrary may commingle the same with its other funds; (v) that if Tenant shall faithfully fulfill, keep, perform and observe all of the covenants, conditions, and agreements in this Lease set forth and contained on the part of the Tenant to be fulfilled, kept, performed and observed, the sum deposited or the part or portion thereof not previously applied shall be returned to the Tenant without interest no later than thirty (30) days after the expiration of the term of this Lease or any renewal or extension thereof, provided Tenant has vacated the Leased Premises and surrendered possession thereof to the Landlord at the expiration of said term or any extension or renewal thereof as provided herein; (vi) in the event that Landlord terminates the Lease or Tenant's right to possession pursuant to Section 18.0 of this Lease, Agent may apply the Security Deposit against all damages suffered to the date of such termination and/or may retain the Security Deposit to apply against such damages as may be suffered or shall accrue thereafter by reason of Tenant's default; and (vii) in the event any bankruptcy, insolvency, reorganization or other credit-debtor proceedings shall be instituted by or against Tenant, or its successors or assigns, the Security Deposit shall be deemed to be applied first to the payment of any rents and/or other charges due Landlord for all periods prior to the institution of such proceedings, and the balance, if any, of the Security Deposit may be retained or paid to Landlord in partial liquidation of Landlord's damages.

9267900_4 12/04/2018 2:36 PM

## XX.   MISCELLANEOUS

### 20.0.   Tenant's Statement.

Tenant shall furnish Landlord, upon written request in the event of a proposed sale or refinancing of the Building, a copy of the most recent unaudited Balance Sheet and Income Statement of Tenant certified by the chief financial officer of Tenant.  It is mutually agreed that Landlord may deliver a copy of such statements to its mortgagee or any prospective purchaser of the Real Estate, but otherwise Landlord shall treat such statements and information contained therein as confidential.

### 20.1.   Estoppel Certificates.

Tenant and Landlord shall at any time and from time to time upon not less than fifteen (15) days prior written request from the other execute, acknowledge and deliver to Landlord, in form reasonably satisfactory to the other and/or any applicable mortgagee, a written statement certifying that Tenant has accepted the Leased Premises, that this Lease is unmodified and in full force and effect (of if there have been modifications, that the same is in full force and effect as modified and stating the modifications), that the Landlord is not in default hereunder, the date to which the rental and other charges have been paid in advance, if any, or such other accurate certification as may reasonably be required by Landlord or Landlord's mortgagee, or Tenant, as the case may be.  Upon request, Tenant agrees to give copies to any mortgagee of Landlord of all notices by Tenant to Landlord.  It is intended that any such statement delivered pursuant to this Section may be relied upon by any (i) successor of Tenant, or (ii) purchaser of the Leased Premises or Real Estate, mortgagee of the Leased Premises or Real Estate and their respective successors and assigns.

### 20.2.   Landlords Right to Cure.

Landlord may, but shall not be obligated to, cure any default by Tenant specifically including, but not only by way of limitation, Tenant's failure to pay Impositions, obtain insurance, make repairs, or satisfy lien claims, after complying with the notice provisions established in Article XVIII; and whenever Landlord so elects, all costs and expenses paid by Landlord in curing such default, including without limitation reasonable attorneys' fees, shall be so much additional rent due on the next rent date after such payment together with interest (except in the case of said attorneys' fees) at the rate of twelve percent (12%) per annum from the date of advancement to the date of repayment by Tenant to Landlord.

### 20.3.   Amendments Must Be in Writing.

None of the covenants, terms or conditions of this Lease, to be kept and performed by either party, shall in any manner be altered, waived, modified, changed or abandoned except by a written instrument, duly signed, acknowledged and delivered by the other party; and no act or acts, omission or omissions or series of acts or omissions, or waiver, acquiescence or forgiveness by Landlord as to any default in or failure of performance, either in whole or in part, by Tenant, of any of the covenants, terms and conditions to this Lease, shall be deemed or construed to be a

22

waiver by Landlord of the right at all times thereafter to insist upon the prompt, full and complete performance by Tenant of each and all the covenants, terms and conditions hereon thereafter to be performed in the same manner and to the same extent as the same as herein covenanted to be performed by Tenant.

### 20.4.   Notices.

All notices to or demands upon Landlord or Tenant desired or required to be given under any or the provisions hereof, shall be in writing.  Any notices or demands from Landlord to Tenant shall be deemed to have been duly and sufficiently given if a copy thereof has been delivered by nationally recognized overnight courier or mailed by United States registered or certified mail in an envelope properly stamped and addressed to Tenant at Tenant's Address or at such address as Tenant may theretofore have furnished by written notice to Landlord, and any notices or demands from Tenant to Landlord shall be deemed to have been duly and sufficiently given if delivered by nationally recognized overnight courier or if mailed by United States registered or certified mail in an envelope properly stamped and addressed to Landlord at Landlord's Address, or at such other address as Landlord may theretofore have furnished by written notice to Tenant.  The effective date of such notice shall be three (3) days after delivery of the same to the United States Post Office for mailing.

### 20.5.   Short Form Lease.

This Lease shall not be recorded, but the parties agree, at the request of either of them, to execute a Short Form Lease for recording, containing the name of the parties, the legal description and the term of the Lease.

### 20.6.   Time of Essence.

Time is of the essence of this Lease, and all provisions herein relating thereto shall be strictly construed.

### 20.7.   Relationship of Parties.

Nothing contained herein shall be deemed or construed by the parties hereto, nor by any third party, as creating the relationship of principal and agent or of partnership, or of joint venture by the parties hereto, it being understood and agreed that no provision contained in this Lease nor any acts of the parties hereto shall be deemed to create any relationship other than the relationship of Landlord and Tenant.

### 20.8.   Captions.

The captions to this Lease are for convenience only and are not to be construed as part of this Lease and shall not be construed as defining or limiting in any way the scope or intent of the provisions hereof.

9267900_4 12/04/2018 2:36 PM

### 20.9.    Severability.

If any term or provision or this Lease shall to any extent be held invalid or unenforceable, the remaining terms and provisions of this Lease shall not be affected thereby, but each term and provision of this Lease shall be valid and be enforced to the fullest extent permitted by law.

### 20.10.   Law Applicable.

This Lease shall be construed and enforced in accordance with the laws of the state where the Leased Premises are located.

### 20.11.   Covenants Binding on Successors.

All of the covenants, agreements, conditions and undertakings contained in the Lease shall extend, inure to and be binding upon the heirs, executors, administrators, successors and assigns or the respective parties hereto, the same as if they were in every case specifically named, and wherever in this Lease reference is made to either of the parties hereto, it shall be held to include and apply to, wherever applicable, the heirs, executors, administrators, successors and assigns of such party.  Nothing herein contained shall be construed to grant or confer upon any person or persons, firm, corporation or governmental authority, other than the parties hereto, their heirs, executors, administrators, successors and assigns, any right, claim or privilege by virtue of any covenant, agreement, condition or undertaking in this Lease contained.

### 20.12.   Brokerage.

Landlord and Tenant warrant that they have had no dealings with any broker or agent in connection with this Lease other than Brokers listed in Section 1.4(j), whose commissions Landlord covenants and agrees to pay in the amount agreed between Landlord and Brokers. Landlord and Tenant covenant to pay, hold harmless and indemnify each other from and against any and all cost, expense or liability for any compensation, commissions and charges claimed by any other broker or other agent with respect to this Lease or the negotiation thereof on behalf of the indemnifying party.

### 20.13.   Landlord Means Owner.

The term "Landlord" as used in this Lease, so far as covenants or obligations on the part of Landlord are concerned, shall be limited to and include only the owner or owners at the time in question of the fee of the Real Estate, and in the event of any transfer or transfers of the title to such fee, Landlord herein named (and in case of any subsequent transfer or conveyances, the then grantor) shall be automatically freed and relieved, from and after the date of such transfer or conveyance, of all liability as respects the performance of any covenants or obligations on the part of Landlord contained in this Lease thereafter to be performed; provided that any such transfer shall have been memorialized in writing, and any funds in the hands of such Landlord or the then grantor at the time of such transfer, in which Tenant has an interest, shall be turned over to the grantee, and any amount then due and payable to Tenant by Landlord or the then grantor under any provision of this Lease, shall be paid to Tenant.

24

**20.14.  Lender's Requirements.**

Intentionally deleted.

**20.15.  Signs and Window Coverings.**

Tenant shall install no exterior sign on the Leased Premises or the Real Estate without Landlord's prior written consent which shall not be unreasonably withheld or conditioned.  If Tenant desires to have an identity sign outside on the front of the Leased Premises, Tenant shall provide Landlord with a proof or sketch of such signage, which shall be attached to this Lese as Exhibit C, and Landlord shall have the right to reasonably approve the size, design and location of said signage.  Window signage (decals etc.) shall not constitute exterior signage.  Tenant shall then be responsible for the purchase and installation of said signage including all applicable permits required.   Tenant shall reimburse Landlord for Landlord's costs of producing and installing all signs created for Tenant within ten  (10) days after being billed therefore by Landlord.

**20.16.  Parking Areas.**

It is understood by and between the parties hereto that parking on the Real Estate is allocated to the tenants thereof on a reserved basis only.  Tenant shall have the exclusive use of and full access to five (5) parking spaces plus one shared handicapped space presently existing and located in the lot adjacent to the Building free of charge for the term of the Lease and any options thereof.  Except for the negligence or willful misconduct of Landlord, Tenant shall assume full responsibility for its vehicles, those of its employees, agents, contractors or invitees, and the contents thereof.  Tenant, to the extent permitted by law, and except for the negligence or willful misconduct of Landlord, hereby waives all claims against Landlord, its agents, or employees for loss, theft or damage to property and for injuries to persons in, upon or about the Parking Lot, an d, except for the negligence or willful misconduct of Landlord, Tenant shall indemnify, defend and hold Landlord, its agents, or employees exempt and harmless from and on account of any damage, theft or injury to any person or property, goods, wares or merchandise of any person, arising from the use of the Parking Lot by Tenant, its employees, agents, contractors or invitees The Parking Lot shall be used by Tenant, its employees, agents, contractors or invitees pursuant to such rules and regulations as Landlord shall from time to time reasonably promulgate.

**20.17.  Landlord's and Tenant's Expenses.**

Tenant agrees to pay on demand Landlord's expenses, including reasonable attorney's fees, expenses and administrative hearing and court costs incurred either directly or indirectly in enforcing any obligation of Tenant under this Lease, in curing any default by Tenant as provided in Section 20.2, in connection with appearing, defending or otherwise participating in any action or proceeding arising from the filing, imposition, contesting, discharging or satisfaction of any lien or claim for lien, in defending or otherwise participating in any legal proceedings initiated by or on behalf of Tenant wherein Landlord is not adjudicated to be in default under this Lease, or in connection with any investigation or review of any conditions or documents in the event

25

Tenant requests Landlord's approval or consent to any action of Tenant which may be desired by Tenant or required of Tenant hereunder.

Landlord agrees to pay on demand Tenant's expenses, including reasonable attorney's fees, expenses and administrative hearing and court costs incurred either directly or indirectly in enforcing any obligation of Landlord under this Lease, in curing any default by Landlord, in connection with appearing, defending or otherwise participating in any action or proceeding arising from the filing, imposition, contesting, discharging or satisfaction of any lien or claim for lien, in defending or otherwise participating in any legal proceedings initiated by or on behalf of Landlord wherein Tenant is not adjudicated to be in default under this Lease, or in connection with any investigation or review of any conditions or documents in the event Landlord requests Tenant's approval or consent to any action of Landlord which may be desired by Landlord or required of Landlord hereunder.

### 20.18.  Execution of Lease by Landlord.

The submission of this document for examination and negotiation does not constitute an offer to lease, or a reservation of, or option for, the Leased Premises and this document shall become effective and binding only upon the execution and delivery hereof by Landlord and by Tenant. All negotiations, considerations, representations and understandings between Landlord and Tenant are incorporated herein.

### 20.19.  Waiver Trial by Jury; Counterclaim.

**LANDLORD AND TENANT HEREBY WAIVE TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM BROUGHT BY EITHER PARTY AGAINST THE OTHER ON ANY MATTERS IN ANY WAY ARISING OUT OF OR CONNECTED WITH THIS LEASE, THE RELATIONSHIP OF LANDLORD AND TENANT, TENANT'S USE OR OCCUPANCY OF THE PREMISES, OR THE ENFORCEMENT OF ANY REMEDY UNDER ANY STATUTE, EMERGENCY OR OTHERWISE.**

If Landlord commences any summary proceeding against Tenant, Tenant will not interpose any counterclaim of any nature or description in any such proceeding (unless failure to impose such counterclaim would preclude Tenant from asserting in a separate action the claim which is the subject of such counterclaim), and will not seek to consolidate such proceeding with any other action which may have been or will be brought in any other court by Tenant.

### 20.20.  Inability to Perform.

This Lease and the obligation of Tenant to pay Rent shall not be affected, impaired or excused by any Unavoidable Delays. Landlord and Tenant shall use reasonable efforts to promptly notify the other of any Unavoidable Delay which prevents such party from fulfilling any of its obligations under this Lease.  As used herein, "Unavoidable Delays" means either party's inability to fulfill or delay in fulfilling any of its obligations under this Lease expressly or impliedly to be performed by such party or such party's inability to make or delay in making any

repairs, additions, alterations, improvements or decorations or such party's inability to supply or delay in supplying any equipment or fixtures, if such party's inability or delay is due to or arises by reason of strikes, labor troubles or by accident, or by any cause whatsoever beyond such party's reasonable control, including governmental preemption in connection with a national emergency, Requirements or shortages, or unavailability of labor, fuel, steam, water, electricity or materials, or delays caused by Tenant or other tenants, mechanical breakdown, acts of God, enemy action, civil commotion, fire or other casualty.

**20.21.  Tenant Authority to Execute Lease.**

Tenant (a) represents and warrants that this Lease has been duly authorized, executed, and delivered by and on behalf of the Tenant and constitutes the valid and binding agreement of the Tenant in accordance with the terms hereof and (b) Tenant is authorized to do business, and is in good standing in, the State of Illinois.

## XXI.    HAZARDOUS MATERIALS PROVISIONS

**21.0.    Defined Terms.**

(a)    "Claim" shall mean and include any demand, cause of action, proceeding, or suit for any one or more of the following: (a) actual or punitive damages, losses, injuries to person or property, damages to natural resources, fines, penalties, interest, contribution or settlement, (b) the costs and expenses of site investigations, feasibility studies, information requests, health or risk assessments, or Response (as hereinafter defined) actions, and (c) the costs and expenses of enforcing insurance, contribution or indemnification agreements.

(b)    "Environmental Laws" shall mean and include all federal, state and local statutes, ordinances, regulations and rules in effect and as amended from time to time relating to environmental quality, health, safety, contamination and cleanup, including, without limitation, the Clean Air Act, 42 U.S.C. Section 7401 et seq.; the Clean Water Act, 33 U.S.C. Section 1251 et seq., and the Water Quality Act of 1987; the Federal Insecticide, Fungicide, and Rodenticide Act ("FIFRA"), 7 U.S.C. Section 136 et seq.; the Marine Protection, Research, and Sanctuaries Act, 33 U.S.C. Section 1401 et seq.; the National Environmental Policy Act, 42 U.S.C. Section 4321 et seq.; the Noise Control Act, 42 U.S.C. Section 4901 et seq.; the Occupational Safety and Health Act, 29 U.S.C. Section 651 et seq.; the Resource Conservation and Recovery Act ("RCRA"), 42 U.S.C. Section 6901 et seq., as amended by the Hazardous and Solid Waste Amendments of 1984; the Safe Drinking Water Act, 42 U.S.C. Section 300f et seq.; the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), 42 U.S.C. Section 9601 et seq., as amended by the Superfund Amendments and Reauthorization Act, the Emergency Planning and Community Right-to-Know Act, and the Radon Gas and Indoor Air Quality Research Act; the Toxic Substances Control Act ("TSCA"), 15 U.S.C. Section 2601 et seq.; the Atomic Energy Act, 42 U.S.C. Section 2011 et seq., and the Nuclear Waste Policy Act of 1982, 42 U.S.C. Section 10101 et seq.; and the Environmental Protection Act of Illinois ("IEPA"), Ill. Rev. Stat. ch. 111 1/2 , para. 1001

27

et seq., and state and local superlien and environmental statutes and ordinances, with implementing regulations, rules and guidelines, as any of the foregoing may be amended from time to time. Environmental Laws shall also include all state, regional, county, municipal, and other local laws, regulations, and ordinances insofar as they are equivalent or similar to the federal laws recited above or purport to regulate Hazardous Materials (as hereinafter defined).

(c)     "Hazardous Materials" shall mean and include the following, including mixtures thereof: any hazardous substance, pollutant, contaminant, waste, by-product or constituent regulated under CERCLA; oil and petroleum products and natural gas, natural gas liquids, liquefied natural gas and synthetic gas usable for fuel; pesticides regulated under FIFRA; asbestos and asbestos-containing materials, PCBs, and other substances regulated under TSCA; source material, special nuclear material, by-product material and any other radioactive materials or radioactive wastes, however produced, regulated under the Atomic Energy Act or the Nuclear Waste Policy Act; chemicals subject to the OSHA Hazard Communication Standard, 29 C.F.R. § 1910.1200 et seq.; and industrial process and pollution control wastes whether or not hazardous within the meaning of RCRA, and any other hazardous substance, pollutant or contaminant regulated under any other Environmental Law.

(d)     "Manage" or "Management" means to generate, manufacture, process, treat, store, use, re-use, refine, recycle, reclaim, blend or burn for energy recovery, incinerate, accumulate speculatively, transport, transfer, dispose of or abandon Hazardous Materials.

(e)     "Release" or "Released" shall mean any actual or threatened spilling, leaking, pumping, pouring, emitting, emptying, discharging, injecting, escaping, leaching, dumping or disposing of Hazardous Materials into the environment, as "environment" is defined in CERCLA.

(f)     "Response" or "Respond" shall mean action taken to correct, remove, remediate, clean up, prevent, mitigate, monitor, evaluate, investigate, assess or abate the Release of a Hazardous Material.

**21.1.   Tenant's Obligations With Respect to Environmental Matters.**

During the term of this Lease, (i) Tenant shall comply at its sole cost and expense with all Environmental Laws; (ii) Tenant shall not Manage, or authorize the Management of, any Hazardous Materials on the Leased Premises, including installation of any underground storage tanks, without prior written disclosure to and prior written approval by Landlord; (iii) Tenant shall not take any action that would subject the Leased Premises to the permit requirements under RCRA for storage, treatment or disposal of Hazardous Materials; (iv) Tenant shall not dispose of Hazardous Materials in dumpsters provided by Landlord for tenant use; (v) Tenant shall not discharge Hazardous Materials into Building drains or sewers; (vi) Tenant shall not cause or allow the Release of any Hazardous Materials on, to or from the Building or land and (vii) Tenant shall arrange at its sole cost and expense for the lawful transportation and off-site

28

disposal at permitted landfills or other permitted disposal facilities and otherwise in accordance with all applicable Environmental Laws, of all Hazardous Materials that it generates.

### 21.2.   Copies of Notices.

During the term of this Lease, Tenant shall provide Landlord promptly with copies of all summons, citations, directives, information inquiries or requests, notices of potential responsibility, notices of violation or deficiency, orders or decrees, Claims, complaints, investigations, judgments, letters, notices of environmental liens or Response actions in progress, and other communications, written or oral, actual or threatened, from the United States Environmental Protection Agency, Occupational Safety and Health Administration, Illinois Environmental Protection Agency, or other federal, state, or local agency or authority, or any other entity or individual, concerning (i) any actual or alleged Release of a Hazardous Material on, to or from the Leased Premises; (ii) the imposition of any lien on the Leased Premises; (iii) any actual or alleged violation of, or responsibility under, any Environmental Laws; or (iv) any actual or alleged liability under any theory of common law tort or toxic tort, including without limitation, negligence, trespass, nuisance, strict liability, or ultrahazardous activity.

### 21.3.   Landlords Right to Inspect.

Landlord and Landlord's employees shall have the right to enter the Leased Premises and conduct appropriate inspections or tests for the purpose of determining Tenant's compliance with Environmental Laws, and (ii) determining the type, kind and quantity of all products, materials and substances brought onto the Leased Premises, or made or produced thereon.  Landlord and its agents and representatives shall have the right to take samples in quantities sufficient for analysis of all products, materials and substances present on the Leased Premises including, but not limited to, samples, products, materials or substances brought onto or made or produced on the Leased Premises by Tenant or its agents, employees, contractors or invitees.  Tenant agrees to cooperate with such investigations by providing any relevant information requested by Landlord.  Tenant may not perform any sampling, testing, or drilling to locate Hazardous Materials in the Building components on the Leased Premises without the landlord's prior written consent.

### 21.4.   Tests and Reports.

Within ten (10) days of Tenant's receipt of a written request by Landlord, Tenant shall provide Landlord with (i) copies of all environmental reports and tests obtained by Tenant; (ii) copies of transportation and disposal contracts (and related manifests, schedules, reports, and other information) entered into or obtained by Tenant with respect to any Hazardous Materials; (iii) copies of any permits issued to Tenant under Environmental Laws with respect to the Leased Premises; (iv) copies of any and all reports, notifications, and other filings made by Tenant to any federal, state, or local environmental authorities or agencies; and (v) any other applicable documents and information with respect to environmental matters relating to the premises. Tenant shall provide Landlord with the results of appropriate reports and tests, with transportation and disposal contracts for Hazardous Materials, with any permits issued under

29

Environmental Laws, and with any other documents necessary to demonstrate that Tenant complies with all Environmental Laws relating to the Leased Premises.

### 21.5.    Tenant's Obligation to Respond.

If Tenant's Management of Hazardous Materials at the Leased Premises (i) gives rise to liability or to a Claim under any Environmental Law, or any common law theory of tort or otherwise; (ii) causes a threat to, or endangers, the public health; or (iii) creates a nuisance or trespass, Tenant shall, at its sole cost and expense, promptly take all applicable action in response so as to comply with all applicable Environmental Laws and eliminate or avoid any liability claim with respect thereto.

### 21.6.    Landlords Right to Act.

In the event that Tenant shall fail to comply with any of its obligations under this Article XXI as and when required hereunder, Landlord shall have the right (but not the obligation) to take such action as is required to be taken by Tenant hereunder and in such event, Tenant shall be liable and responsible to Landlord for all costs, expenses, liabilities, claims and other obligations paid, suffered, or incurred by landlord in connection with such matters.  Tenant shall reimburse Landlord immediately upon demand for all such amounts for which Tenant is liable.

### 21.7.    Indemnification.

Notwithstanding anything contained in this Lease to the contrary, Tenant shall reimburse, defend, indemnify and hold Landlord, and its beneficiaries, officers, directors, shareholders, employees, and agents, free and harmless from and against any and all Claims, Response costs, losses, liabilities, damages, costs, and expenses, including, without limitation, loss of rental income, loss due to business interruption, and reasonable attorneys' fees and costs, arising out of or in any way connected with any or all of the following:

(a)      any Hazardous Materials which, at any time during the Term, are or were actually or allegedly Managed, generated, stored, treated, released, disposed of or otherwise located on or at the Leased Premises (regardless of the location at which such Hazardous Material are now or may in the future be located or disposed of), including but not limited to, any and all (1) liabilities under any common law theory of tort, nuisance, strict liability, ultrahazardous activity, negligence or otherwise based upon, resulting from or in connection with any Hazardous Material; (2) obligations to take Response, cleanup or corrective action pursuant to any investigation or remediation in connection with the decontamination, removal, transportation, incineration, or disposal of any of the foregoing; and

(b)      any actual or alleged illness, disability, injury, or death of any person; in any manner arising out of or allegedly arisen out of exposure to Hazardous Materials or other substances or conditions present at the Leased Premises, regardless of when any such illness, disability, injury, or death shall have occurred or been incurred or manifested itself; and

30

(c)    any actual or alleged failure of tenant or the Leased Premises at any time and from time to time to comply with all applicable Environmental Laws, whether before or after the effective date of this Lease; and

(d)    any failure by tenant to comply with its obligations under this Article XXI.

In the event any Claims or other assertion of liability shall be made against Landlord for which Landlord is entitled to indemnity hereunder, Landlord shall notify Tenant of such Claim or assertion of liability and thereupon Tenant shall, at its sole cost and expense, assume the defense of such Claim or assertion of liability and continue such defense at all times thereafter until completion.  The obligations of Tenant under this Article XXI shall survive any termination or expiration of this Lease.

### 21.8.    Landlord Environmental Representations and Obligations.

Landlord represents, warrants and covenants that, to the best of its knowledge (i) the Leased Premises are in compliance with all Environmental Laws; (ii) the soil, surface water and ground water of, under, or on the Leased Premises are free from any Hazardous Material in excess of levels permitted under Environmental Laws; (iii) the Leased Premises have never been used for or in connection with the manufacture, refinement, treatment, storage, generation, transport or hauling of any Hazardous Material in excess of levels permitted by applicable Environmental Laws or for the disposal of any such material; and (iv) no Hazardous Material has been released or otherwise allowed to escape on, under or in the Leased Premises.

Landlord, at its sole cost, shall comply with all Environmental Laws relating to the use and disposal of Hazardous Materials at the Building and the Real Estate to the extent that such laws apply to Landlord's operations, maintenance and/or use of the Building and the Real Estate.

Notwithstanding anything in this Lease to the contrary, Tenant will not be responsible for any Hazardous Materials (i) that existed on, under or within the Leased Premises, the Building and/or the Real Estate prior to the date of this Lease or (ii) that from and after the date of this Lease migrate to or otherwise be introduced to or placed on, under or within the Premises, the Building and the Real Estate by any party other than Tenant.

## XXII.  EXCULPATORY CLAUSE

### 22.0.    Exculpatory Clause.

It is expressly understood and agreed by and between the parties hereto, anything herein to the contrary notwithstanding, that each and all of the representations, warranties, covenants, undertakings, and agreements herein made on the part of any Landlord while in form purporting to be the representations, warranties, covenants, undertakings, and agreements of such Landlord are nevertheless each and every one of them made and intended, not as personal representations, warranties, covenants, undertakings, and agreements by such Landlord or for the purpose or with the intention of binding such Landlord personally, but are made and intended for the purpose only of subjecting such Landlord's interest in the Building, the Real Estate and the Leased

9267900_4 12/04/2018 2:36 PM

Premises, and the rents, issues, and profits arising therefrom, to the terms of this Lease and for no other purpose whatsoever, and in case of default hereunder by any Landlord (or default through, under, or by any of its agents or representatives), the Tenant shall look solely to the interests of such Landlord in the Building and Real Estate; that no Landlord shall have any personal liability to pay any indebtedness accruing hereunder or to perform any covenant, either express or implied, herein contained and no liability or duty shall rest upon any Landlord which is a land trust to sequester the trust estate or the rents, issues, and profits arising therefrom, or the proceeds arising from any sale or other disposition thereof; that no personal liability or personal responsibility of any sort is assumed by, nor shall at any time be asserted or enforceable against, Landlord, individually or personally, or any beneficiaries under any land trust which may become the owner of the Real Estate or Building, on account of this Lease or on account of any representation, warranty, covenant, undertaking, or agreement of Landlord in this Lease contained, either express or implied, all such personal liability, if any, being expressly waived and released by Tenant and by all persons claiming by, through, or under Tenant; and that this Lease is executed and delivered by the undersigned Landlord not in its own right, but solely in the exercise of the powers conferred upon it as such Trustee.  Landlord and Tenant hereby acknowledge that Garrett Realty & Development, Inc. is acting as agent only.  Garrett Realty & Development, Inc. shall not be held liable to Tenant for the fulfillment or non-fulfillment of any of the terms and conditions of this Lease or for any action or proceedings that may be taken by Landlord against Tenant.

## XXIII. OPTIONS TO RENEW

### 23.0.    Options To Renew.

Landlord grants to Tenant Two (2) options (the "Options") to extend the Term for an additional Five (5) years each on the same terms and conditions as the Lease, except the Rent for the First Option shall be per the schedule in Section 1.4(b) The Rent for the Second Option shall be Ninety Percent (90%) of fair market rent for the Premises as determine in (a) below.  To exercise said Options, Tenant shall deliver to Landlord an unconditional written notice of exercise at least Six (6) months before the expiration of the prior Term.  If Tenant does not deliver such unconditional written notice of exercise when required, the Options will lapse and be void and Tenant shall have no further right to extend the Term.  The Options may be exercised by Tenant only if, at the time of the exercise of said Options, Tenant is not in default (after expiration of applicable notice and cure periods) under this Lease.

(a) The annual fixed minimum rent for the first lease year of the Second Option period will be established in the following manner.

(1.)    The annual fixed minimum rent for the first lease year of the Second Option shall be ninety Percent (90%) the annual fair market rent for the Premises.

(2.)    If Landlord and Tenant cannot agree on the "annual fair market rent" of the Premises, at least two hundred forty (240) days before the beginning of the Second Option period, then Landlord and Tenant will use good faith efforts

9267900_4 12/04/2018 2:36 PM

to agree on a single appraiser not later than two hundred (210) days before the beginning of the Second Option period.  If Landlord and Tenant cannot agree on a single appraiser within this time period, then Landlord and Tenant each will appoint one appraiser within ten (10) days thereafter.  If the two appraisers are not within a twenty percent (20%) difference in their annual fair market rental value, a third appraiser will be appointed by the American Institute of Real Estate Appraisers. If Landlord or Tenant fails to appoint its appraiser within the prescribed time period, the single appraiser appointed will determine the annual fair rental value.  If both parties fail to appoint appraisers within the prescribed time periods, then an appraiser appointed by the American Institute of Real Estate Appraisers will determine the annual fair market rent.   Each party will bear the cost of its own appraiser and the parties will share equally the cost of the single of third appraiser, if applicable.   Appraisers must have at least five (5) years' experience in the appraisal of retail property in the area in which the Building is located and be members of professional organizations such as the American Institute of Real Estate Appraisers or the equivalent.

(3.)   For the purpose of this appraisal, the term "annual fair market rent" for the Premises means the rent that a ready and willing tenant would pay for the Premises as annual fixed minimum rent to a ready and willing Landlord of the Premises assuming such space was exposed for Lease on the open market for a reasonable period of time, could be used for any lawful use and was improved to its then-existing level.  If only a single appraiser is appointed as described above, then that appraiser will determine the annual fair market rental value no later than one hundred eighty (180) days before the beginning of the Second Option Period.  Otherwise, the annual fair rental value will be the arithmetic average of two (2) of the three (3) appraisals which are closest in the amount, and the third appraisal will be disregarded.  In no event, however, will the fixed minimum base rent be reduced from its then-current rate by reason of such computation.

(b) The annual fixed minimum rent for each additional lease year of the Second Option Period shall increase three percent (3%) per annum.

33

(3.)    For the purpose of this appraisal, the term "annual fair market rent" for the Premises means the rent that a ready and willing tenant would pay for the Premises as annual fixed minimum rent to a ready and willing Landlord of the Premises assuming such space was exposed for Lease on the open market for a reasonable period of time, could be used for any lawful use and was improved to its then-existing level. If only a single appraiser is appointed as described above, then that appraiser will determine the annual fair market rental value no later than one hundred eighty (180) days before the beginning of the Second Option Period. Otherwise, the annual fair rental value will be the arithmetic average of two (2) of the three (3) appraisals which are closest in the amount, and the third appraisal will be disregarded. In no event, however, will the fixed minimum base rent be reduced from its then-current rate by reason of such computation.

(b) The annual fixed minimum rent for each additional lease year of the Second Option Period shall increase three percent (3%) per annum.

**24.0.   Tenant Lender Agreement:** Landlord agrees to enter into a Landlord's Waiver and Consent in substantially the form attached as Exhibit F with Tenant's current lender, and with any subsequent lenders from time to time.

**IN WITNESS WHEREOF**, Landlord and Tenant have executed this Lease the day and year first above written.

LANDLORD:
GARRETT REALTY & DEVELOPMENT, INC., AS
AGENT AFORESAID

By: _____

Its: _____Prosidont_____

TENANT:
BRAUN PHARMA, LLC

By: _____ BRETT PINE_____

Its: _PRESIDENT_____

34

**EXHIBIT A**
**LEASED PREMISES**



**NORTH CLYBOURN STREET**

**EXHIBIT B**

36

9267900_4 12/04/2018 2:36 PM

## LANDLORD'S CONSTRUCTION WORK-LETTER

None.

9267900_4 12/04/2018 2:36 PM

**EXHIBIT C**
**PROPOSED SIGNAGE**

IN WITNESS WHEREOF, this Agreement is entered into as of the date first set forth above.

**LANDLORD:**

**GARRETT REALTY & DEVELOPMENT, INC., as Agent for 1901 CLYBOURN, LLC**

By: _____

G. Name: John Figlioli

H. Title: President _____

**Notice information:**

_____

I. _____

J. _____

Attention: _____
Telephone _____

K. Facsimile: _____

**COLLATERAL AGENT:**

**CAPITALSOUTH SBIC FUND IV, L.P.**

By: _____
Name: _____
Title: _____

Notice information:

CapitalSouth SBIC Fund IV, L.P., as Collateral Agent
4201 Congress Street, Suite 360
Charlotte, NC 28209
Facsimile: (704) 376-5877
Attn: Joseph B. Alala, III; Adam Richeson
Phone: (704) 376-5877; (704) 936-4932

8

**EXHIBIT E**
**INTENTIONALLY DELETED**

9267900_4 12/04/2018 2:36 PM

# EXHIBIT F
LANDLORD'S WAIVER AND CONSENT

See attached

## LANDLORD'S WAIVER AND CONSENT

A.  THIS LANDLORD'S WAIVER AND CONSENT (this "Agreement") is made and entered into as of this ___ day of _____, 20__, by and between **GARRETT REALTY & DEVELOPMENT, INC., as Agent for 1901 CLYBOURN, LLC** ("Landlord") and **CAPITALSOUTH SBIC FUND IV, L.P.**, as collateral agent (together with its successors and assigns, the "Collateral Agent") for itself and the lenders (collectively, together with their successors and assigns, the "Lenders") from time to time party to the Credit Agreement described below.

B.  A.    Landlord is the owner of the real property commonly known as 1919 N. Clybourn Avenue, 1st Floor, Chicago, IL 60614 (the "Premises").

C.  B.    Landlord has entered into that certain Lease, dated _____ __, 20__ (together with all amendments and modifications thereto and waivers thereof and as renewed and/or extended from time to time, collectively, the "Lease"), with Braun Pharma, LLC ("Company"), with respect to the Premises.

D.  C.    Collateral Agent and Lenders have entered into a credit agreement dated as of June 18, 2018 (as amended, modified, restated, replaced or supplemented from time to time, the "Credit Agreement") with Company, and certain other borrowers, and to secure the obligations arising under such Credit Agreement each of the other instruments, agreements, and documents executed and delivered in connection therewith, Company has granted to Collateral Agent, for its own benefit and the ratable benefit of Lenders, a security interest in and lien upon all of the assets of Company, including, without limitation, all of Company's right, title and interest in the Lease, the Premises, and its cash, cash equivalents, inventory, equipment, contracts, licenses, franchises, permits, certificates, general intangibles, accounts, investment property, books and records, goods, chattel paper, documents, instruments, and fixtures (such as equipment bolted to floors), together with all additions, substitutions, replacements and improvements to, and proceeds of, the foregoing) (collectively, the "Collateral").

E.  **NOW, THEREFORE**, in consideration of any financial accommodations extended by Lenders to Company at any time, and other good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1.    Landlord is the sole owner of fee simple title to the Premises and the entire interest of the landlord under the Lease.  To Landlord's knowledge, Company is the owner of the entire interest of the tenant under the Lease.  Landlord has not assigned, conveyed, transferred, sold, encumbered, assigned or mortgaged its interests in the Lease or the Premises.

2.    Landlord acknowledges that (a) the Lease is in full force and effect and constitutes the entire agreement between Landlord and Company with respect to the Premises and (b) there are no existing defaults under the Lease, and it is not aware of any existing matter which may constitute a default or breach of the Lease.

4

9267900_4 12/04/2018 2:36 PM

3.      Landlord shall send to Collateral Agent a concurrent copy of any notice of default under the Lease sent to Company.  Landlord shall also send to Collateral Agent notice promptly upon termination of the Lease.  Except as provided in this Agreement, no action by Collateral Agent or any Lender pursuant to this Agreement shall be deemed to be an assumption by Collateral Agent or Lenders of any obligation under the Lease, and, except as provided in <u>Section 5</u> below, Collateral Agent shall not have any obligation to Landlord.

4.      Landlord hereby (a) consents to the pledge of the Collateral to the Collateral Agent, to the extent any such consent is required under the Lease and (b) agrees that the grant of such lien shall not constitute a default or event of default by Company under the Lease.  Landlord agrees that the Collateral Agent's lien upon or security interest in the Collateral is prior and superior to any interest, lien or claim of any nature the Landlord may now have or hereafter obtain in the Collateral whether by operation of law, contract, possession, or otherwise and the Landlord hereby subordinates to the Collateral Agent and Lenders any rights, liens, security interests, or claims it has with respect to the Collateral.  The Landlord agrees that it shall deem the Collateral to be personal property and not fixtures, notwithstanding the manner or mode of the attachment of the Collateral to the Premises and/or improvements thereon and, for an avoidance of doubt, Landlord further agrees that the Collateral consisting of trade fixtures such as equipment bolted to the floor shall not be deemed a fixture or part of the real estate but shall at all times be considered personal property.

5.      (a)      The Landlord shall not terminate the Lease or pursue any other right or remedy under the Lease by reason of any default or event of default of the Company under the Lease, until the Landlord shall have given written notice thereof to the Collateral Agent and, if any such default or event of default is not cured by the Company within any time period provided for under the terms and conditions of the Lease, the Landlord will allow the Collateral Agent (i) thirty (30) days from the date it receives such notice within which the Collateral Agent shall have the right, but shall not be obligated, to remedy such act, omission, or other default and Landlord will accept such performance by the Collateral Agent and (ii) to the extent the Collateral Agent decides not to cure such default or event of default or assume the Lease pursuant to subsection (b) below, an additional sixty (60) days (the "<u>Disposition Period</u>") to occupy the Premises; <u>provided</u> that during such Disposition Period the Collateral Agent shall pay to the Landlord the basic rent due under the Lease pro-rated on a per diem basis determined on a thirty-day month (<u>provided</u> that such rent shall exclude any rent adjustments, indemnity payments or similar amounts payable under the Lease for default, holdover status or similar charges).  During such Disposition Period, Collateral Agent may conduct public or private foreclosure sales of Collateral at the Premises and interested parties will be permitted access to the Premises during normal business hours for the purpose of inspecting the Collateral prior to any such sale.

F.   (b)      Landlord agrees that if Collateral Agent elects to cure any default or event of default under the Lease pursuant to subsection (a) above, (i) Collateral Agent (or a third-party assignee of Collateral Agent) may elect to take possession of the Premises on or before the date on which the Lease would otherwise have terminated and (ii) to the extent requested by Collateral Agent, Landlord agrees to recognize Collateral Agent or such third-party assignee as the direct tenant under

9267900_4 12/04/2018 2:36 PM

the Lease and the Lease shall continue in full force and effect with the same terms and conditions (including, without limitation, the same rent and the same unexpired term of the Lease as existed on the day immediately preceding the day upon which the Lease would have expired by virtue of such default).

6.      Any acquisition or assignment or other transfer of any interest in the stock or other equity interests of Company due to the exercise of remedies by the Collateral Agent shall not create a default under, or require Landlord's consent under, any applicable provisions of the Lease, if any, and shall be fully effective notwithstanding any provision to the contrary contained in the Lease.

7.      If the Company is involved in any bankruptcy or other insolvency proceeding and the Collateral Agent is not permitted under the United States Bankruptcy Code or other similar insolvency, reorganization or other debtor relief law to exercise its remedies under the Credit Agreement, the Collateral Agent will be deemed to have commenced the exercise of its remedies for purposes of any time periods provided in this Agreement if the Collateral Agent notifies the Landlord in writing of its intent to exercise its remedies and thereafter takes such steps as are reasonably necessary to obtain the approval of the United States Bankruptcy Court or other applicable governmental authority for the Collateral Agent's exercise of its remedies.

8.      During the term of the Lease, Landlord grants to Collateral Agent a license to enter upon and into the Premises at reasonable times during regular business hours to take possession of, sell or auction, or otherwise enforce its security interest in the Collateral.   Collateral Agent will comply with any security or escort requirements or other reasonable requirements imposed by Landlord in accordance with the Lease.

9.      Landlord agrees that from the date of this Agreement, during normal business hours, Collateral Agent and its representatives and invitees may inspect, repossess, remove and otherwise deal with the Collateral without hindrance or charge on the part of the Landlord.

10.      Neither Collateral Agent nor any Lender shall be liable for any diminution in value of the Premises caused by the absence of any Collateral removed, and neither Collateral Agent nor any Lender shall have any duty or obligation to remove or dispose of any Collateral or any other property left on the Premises by Company.

11.      Landlord agrees to use commercially reasonable efforts to disclose this Agreement to any purchaser or successor to Landlord's interest in the Premises.

12.      All notices hereunder shall be in writing, sent by registered mail or courier, return receipt requested or by telecopy, to the respective parties and the addresses set forth on the signature page or at such other address as the receiving party shall designate in writing. Any notice or other communication given by telecopy shall be deemed to have been received on the next business day.

13.      Notwithstanding anything contained in the Lease, whenever the terms or conditions of this Agreement and the Lease conflict and/or are inconsistent, the terms and conditions of this Agreement shall prevail.

6

14.     This Agreement and the rights and obligations of the parties hereunder shall be governed by and construed and interpreted in accordance with the laws of the State of New York. This Agreement shall inure to the benefit of, and shall be binding upon, Collateral Agent and its successors and assigns and Landlord and its successors and assigns (including any transferees of the Premises).

15.     This Agreement may be executed in any number of counterparts, each of which shall be an original, and all of which, when taken together, shall constitute one agreement.    Delivery of an executed counterpart of this Agreement by facsimile transmission, Adobe Corporation's Portable Document Format, or other electronic transmission shall be effective as delivery of a manually executed counterpart hereof.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

IN WITNESS WHEREOF, this Agreement is entered into as of the date first set forth above.

**LANDLORD:**

**GARRETT REALTY & DEVELOPMENT, INC., as Agent for 1901 CLYBOURN, LLC**

By:_____

G.  Name: _____

_____

H.  Title:_____

_____

**Notice information:**

_____

I.  _____

_____

J.  _____

_____

Attention: _____
Telephone _____

K.  Facsimile:

_____

**COLLATERAL AGENT:**

**CAPITALSOUTH SBIC FUND IV, L.P.**

By:_____
Name:_____
Title:_____

Notice information:

CapitalSouth SBIC Fund IV, L.P., as Collateral Agent
4201 Congress Street, Suite 360
Charlotte, NC 28209
Facsimile: (704) 376-5877
Attn: Joseph B. Alala, III; Adam Richeson
Phone: (704) 376-5877; (704) 936-4932
Facsimile: (704) 376-5877

8

Email: jalala@capitalagroup.com;
       aricheson@capitalagroup.com

With a copy to:

K&L Gates LLP
214 North Tryon Street, 47th Floor
Charlotte, NC 28202
Attn: Rick Giovannelli; Christine Hoke
Phone: (704) 331-7484
Facsimile: (704) 353-3184
Email: rick.giovannelli@klgates.com
       christine.hoke@klgates.com

9267900_4 12/04/2018 2:36 PM