IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on August 26, 2024, I served a copy of the *Reply in Support of Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes Of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing* via CM/ECF on all parties who have registered for electronic service in these cases, and also upon the parties on the attached service list via electronic mail.

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6864

Dated: August 26, 2024

52912513.5 08/26/2024

## **SERVICE LIST**

Stuart M. Brown, Esquire
Matthew S. Sarna, Esquire
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
stuart.brown@us.dlapiper.com
matthew.sarna@us.dlapiper.com
*Counsel for Loan Admin Co LLC*

William E. Chipman, Jr., Esquire
David W. Carickhoff, Esquire
Mark D. Olivere, Esquire
Alan M. Root, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
chipman@chipmanbrown.com
carickhoff@chipmanbrown.com
olivere@chipmanbrown.com
root@chipmanbrown.com
*Counsel for Debtors and Debtors in Possession*

52912513.5 08/26/2024