**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>        Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered) |
| SKIN MEDICINALS LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>OPTIO RX, LLC, BEN DAVID, ARUN SURESH KUMAR, and LISA BASSETT IPPOLITO,<br><br>        Defendants. | Adversary No. 24-50079 (TMH) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 29, 2024, AT 10:00 A.M. (EASTERN TIME)**

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

## I. MATTER(S) GOING FORWARD.

1. Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing, filed on August 15, 2024 [Docket No. 294].

    Objection Deadline:    August 22, 2024, at 4:00 p.m. (*prevailing* Eastern Time).

    Response(s) Received:

    i. Objection of Laon Admin Co LLC to Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing, filed on August 22, 2024 [Docket No. 332].

    ii. Debtors' Objection to the Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing, filed on August 22, 2024 [Docket No. 333].

    Related Pleadings:

    A. Reply in Support of Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing, filed on August 26, 2024 [Docket No. 341].

    Status: This matter will go forward.

2. Plaintiff Skin Medicinals LLC's Motion to Amend Judgment, filed on August 16, 2024 [Adv. Docket No. 92].

    Objection Deadline:    August 26, 2024, at 5:00 p.m. (*prevailing* Eastern Time).

    Response(s) Received:

    i. Defendant Optio Rx, LLC's Opposition to Plaintiff Skin Medicinals LLC's Motion to Amend Judgment, filed on August 26, 2024 [Adv. Docket No. 99].

    ii. Defendants Ben David and Arun Suresh Kumar's Joinder to Co-Defendant Optio Rx, LLC's Opposition to Plaintiff Skin Medicinals LLC's Motion to Amend Judgment, filed on August 26, 2024 [Adv. Docket No. 100].

Related Pleadings:

A. Plaintiff's Motion to Shorten Notice and Schedule Expedited Hearing on Motion to Amend Judgment, filed on August 16, 2024 [Adv. Docket No. 93].

B. Order Granting Plaintiff's Motion to Shorten Notice and Schedule Expedited Hearing on Motion to Amend Judgment, entered on August 21, 2024 [Adv. Docket No. 97].

Status: This matter will go forward.

## II. PRETRIAL CONFERENCE.

3. *Skin Medicinals LLC v. Optio Rx, LLC, Ben David, Arun Suresh Kumar, and Lisa Bassett Ippolito*, Adversary No. 24-50079 (TMH).

Related Pleadings:

A. **[SEALED]** Complaint, filed on June 17, 2024 [Adv. Docket No. 3]. Redacted version filed on June 21, 2024 [Adv. Docket No. 14].

B. Plaintiff Skin Medicinal LLC's Motion for Temporary Restraining Order and Preliminary Injunction, filed on June 17, 2024 [Adv. Docket No. 4].

C. **[SEALED]** Plaintiff Skin Medicinals LLC's Memorandum in Support of its Motion for Temporary Restraining Order and Preliminary Injunction, filed on June 17, 2024 [Adv. Docket No. 5]. Redacted version filed on June 21, 2024 [Adv. Docket No. 15].

D. **[SEALED]** Declaration of Howard Kaplan in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, filed on June 17, 2024 [Adv. Docket No. 6]. Redacted version filed on June 21, 2024 [Adv. Docket No. 17].

E. Status Quo Order, entered on June 20, 2024 [Adv. Docket No. 12].

F. Motion for Entry of an Order Authorizing Plaintiff Skin Medicinals LLC to File Under Seal Certain Confidential Information in the Declaration of Howard Kaplan in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, filed on June 21, 2024 [Adv. Docket No. 18].

G. **[SEALED]** Defendant Optio Rx, LLC's Answering Brief in Opposition to Plaintiff's Motion for Preliminary Injunction, filed on June 27, 2024 [Adv. Docket No. 23]. Redacted version filed on July 2, 2024 [Adv. Docket No. 47].

H. **[SEALED]** Declaration of Bret Phillips in Support of Defendant's Opposition to Motion for Preliminary Injunction, filed on June 27, 2024 [Adv. Docket No. 24]. Unredacted version filed on July 2, 2024 [Adv. Docket No. 50].

I.  **[SEALED]** Declaration of Dr. Erika M. Ruddie, Pharm M.D. in Support of Defendant's Opposition to Motion for Preliminary Injunction, filed on June 27, 2024 [Adv. Docket No. 25]. Redacted version filed on July 2, 2024 [Adv. Docket No. 48].

J.  **[SEALED]** Declaration of Sara M. Metzler, filed on June 27, 2024 [Adv. Docket No. 26]. Unredacted version filed on July 2, 2024 [Adv. Docket No. 51].

K.  **[SEALED]** Declaration of Leo LaFranco in Support of Optio Rx, LLC's Answering Brief in Opposition to Plaintiff's Motion for Preliminary Injunction, filed on June 27, 2024 [Adv. Docket No. 27]. Redacted version filed on July 2, 2024 [Adv. Docket No. 49].

L.  Plaintiff Skin Medicinals LLC's Reply in Support of its Motion for Temporary Restraining Order and Preliminary Injunction, filed on July 1, 2024 [Adv. Docket No. 38].

M.  **[SEALED]** Supplemental Declaration of Howard Kaplan in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, filed on July 1, 2024 [Adv. Docket No. 39]. Redacted version filed on July 19, 2024 [Adv. Docket No. 65].

N.  **[SEALED]** Plaintiff Skin Medicinals' Motion to Exclude Erika A. Ruddie, filed on July 1, 2024 [Adv. Docket No. 41]. Redacted version filed on July 19, 2024 [Adv. Docket No. 66].

O.  **[SEALED]** Declaration of Sara M. Metzler, filed on July 2, 2024 [Adv. Docket No. 51].

P.  Order Denying Preliminary Injunction, entered on July 15, 2024 [Adv. Docket No. 58].

Q.  Notice of Appeal, filed on July 17, 2024 [Adv. Docket No. 59].

R.  Plaintiff Skin Medicinals LLC's Motion for Leave to File Interlocutory Appeal, filed on July 17, 2024 [Adv. Docket No. 61].

S.  Order Scheduling Pretrial Conference, entered on August 1, 2024 [Adv. Docket No. 75].

T.  Supplemental Ruling Denying Skin Medicinals LLC's Motion for Preliminary Injunction, entered on August 13, 2024 [Adv. Docket No. 80].

U.  Order Denying Preliminary Injunction, entered on August 16, 2024 [Adv. Docket No. 85].

4862-3261-7434, v. 1

- 5 -

<u>Status</u>:  The pretrial conference will go forward.

| | |
|---|---|
| Dated: August 27, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP** |

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   chipman@chipmanbrown.com
carickhoff@chipmanbrown.com
olivere@chipmanbrown.com
root@chipmanbrown.com

*Counsel for Debtors and*
*Debtors in Possession*