# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered) |

### OFFICIAL COMMITTEE OF UNSECURED CREDITORS' EXHIBIT LIST FOR HEARING SCHEDULED FOR AUGUST 29, 2024 AT 10:00 A.M. (EASTERN TIME)

The Official Committee of Unsecured Creditors (the "**Committee**") of Optio Rx, LLC and its debtor affiliates (collectively, the "**Debtors**") in the above-captioned chapter 11 bankruptcy cases, hereby files their Exhibit List for the hearing scheduled for August 29, 2024, at 10:00 a.m. (Eastern Time) (the "**Hearing**").

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

**EXHIBITS**

| Exhibit No. | Description |
|---|---|
| 1 | Exhibit B to Motion to Prosecute Liens- Proposed Complaint.  (D.I. 294) |
| 2 | Exhibit A to Proposed Complaint- Security Agreement dated June 28, 2019 *(D.I. 294*) |
| 3 | Exhibit B to Proposed Complaint- Unencumbered Accounts *(*D.I. 294*)* |
| 4 | Exhibit 1 to Declaration-Summary of Schedules (Excerpts)  (D.I. 341-1) |
| 5 | Exhibit 2 to Declaration-Summary of Statement of Financial Affairs (Excerpts) (D.I. 341-1) |
| 6 | Exhibit 3 to Declaration- March 29, 2024 Lien Search (D.I. 341-1) |
| 7 | Exhibit 4 to Declaration- Deposit Account Control Agreements (D.I. 341-1) |
| 8 | Exhibit 5 to Declaration- Security Agreement Annex G (D.I. 341-1) |
| 9 | Exhibit 6 to Declaration- Braun Pharma LLC Lease (D.I. 341-1) |

**RESERVATION OF RIGHTS**

The Committee reserves the right to modify, amend, or supplement this exhibit list at any time.  The Committee likewise reserves the right to call upon or cross-examine any witness and introduce any exhibit listed by the Debtors or any other party in connection with the Hearing.

*[signature page follows]*

| | |
|---|---|
| Dated: August 27, 2024<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>Nicholas Smargiassi (DE Bar No. 7265)<br>1201 N. Market St, Suite 2300<br>P.O. Box 1299<br>Wilmington, DE 19899<br>Telephone: (302) 421-6864<br>evan.miller@saul.com<br>nicholas.smargiassi@saul.com<br><br>-and-<br><br>Michelle G. Novick *(admitted pro hac vice)*<br>**SAUL EWING LLP**<br>161 North Clark St., Suite 4200<br>Chicago, IL 60601<br>Telephone: (312) 876-7100<br>michelle.novick@saul.com<br><br>-and-<br><br>Turner N. Falk (*admitted pro hac vice*)<br>**SAUL EWING LLP**<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-8415<br>turner.falk@saul.com<br><br>*Counsel to the Official Committee of*<br>*Unsecured Creditors of Optio Rx, LLC, et.al.* |