**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Evan T. Miller, hereby certify that on August 27, 2024, I caused a copy of the *Official Committee of Unsecured Creditors' Exhibit List for Hearing Scheduled for August 29, 2024 at 10:00 am. (Eastern Time)* to be served electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case, and via Electronic Mail on the parties on the attached service list.

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899

Dated: August 27, 2024

## Service List

Stuart M. Brown, Esquire
Matthew S. Sarna, Esquire
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
stuart.brown@us.dlapiper.com
matthew.sarna@us.dlapiper.com
*Counsel for Loan Admin Co LLC*

William E. Chipman, Jr., Esquire
David W. Carickhoff, Esquire
Mark D. Olivere, Esquire
Alan M. Root, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
chipman@chipmanbrown.com
carickhoff@chipmanbrown.com
olivere@chipmanbrown.com
root@chipmanbrown.com
*Counsel for Debtors and Debtors in Possession*