IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

### DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING
### SCHEDULED FOR AUGUST 29, 2024, AT 10:00 A.M. (EASTERN TIME)

Optio Rx, LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 bankruptcy case (the "**Chapter 11 Cases**"), hereby files their Witness and Exhibit List for Hearing scheduled for August 29, 2024, at 10:00 a.m. (Eastern Time) (the "**Hearing**") as follows:

### DEBTORS' WITNESSES

The Debtors designate the following individuals who may be called as a witness:

(a)  Leo LaFranco

   i.  Mr. LaFranco is the Chief Financial Officer of Debtors.

   ii. Mr. LaFranco will testify regarding the *Debtors' Objection to the Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing*, filed on August 22, 2024 [Docket No. 333].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

(b) Any witness listed by any other party;

(c) Rebuttal witnesses as necessary; and

(d) The Debtors reserve the right to cross-examine any witness called by any other party.

**EXHIBITS**

| Exhibit No. | Description | Docket No. (if available) |
|---|---|---|
| *In Re: Optio Rx, LLC, Case No. 24-11188 (TMH)* | | |
| 1. | Declaration of Leo LaFranco in Support of Chapter 11 Petitions and First Day Pleadings | Docket No. 3 |
| 2. | Final Order Authorizing the Debtors to (A) Pay Prepetition Claims of Shippers, Warehousemen and Lien Claimants, and (B) Granting Related Relief | Docket No. 103 |
| 3. | Final Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief | Docket No. 129 |
| 4. | Final Order (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Lenders; (III) Modifying the Automatic Stay; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief | Docket No. 133 |
| 5. | Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al*. | Docket No. 257 |
| 6. | Amended Disclosure Statement Relating to the *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al*. | Docket No. 258 |
| 7. | Debtors' Objection to the Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing | Docket No. 333 |
| 8. | Claims Register – Class 5 and Class 6 | |
| 9. | Any document or pleading filed in the above-captioned Chapter 11 Case | |
| 10. | Any exhibit necessary for impeachment and/or rebuttal purposes | |
| 11. | Any exhibit identified or offered by any other party | |

- 3 -

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witness and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Dated: August 27, 2024  
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   chipman@chipmanbrown.com
        carickhoff@chipmanbrown.com
        olivere@chipmanbrown.com
        root@chipmanbrown.com

*Counsel for Debtors and*
*Debtors in Possession*

4886-8606-9213, v. 2