**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF FILING PLAN SUPPLEMENT TO AMENDED JOINT CHAPTER 11**
**PLAN OF REORGANIZATION OF OPTIO RX, LLC, *ET AL.***

**PLEASE TAKE NOTICE** that, on June 7, 2024 (the "**Petition Date**"), Optio Rx, LLC

("**Optio**") and its affiliated debtors and debtors-in-possession (collectively, "**Debtors**") filed

voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States

Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), thereby commencing

the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that, on July 29, 2024, the Debtors filed the

*Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 257] (as

may be subsequently amended or modified, the "**Plan**") and the *Amended Disclosure Statement*

*Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket

No. 258] (the "**Disclosure Statement**").  The Plan and Disclosure Statement contemplate the

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows:  (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216).  The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

submission of certain documents (or forms thereof) (the "**Plan Supplement**") in advance of the Confirmation Hearing.

PLEASE TAKE FURTHER NOTICE that, August 1, 2024, the Court entered the *Order (i) Approving Amended Disclosure Statement, (ii) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (iii) Establishing Vote Tabulation Procedures, and (iv) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Amended Plan* [Docket No. 276] ("**Disclosure Statement Order**"), which established August 27, 2024 as the deadline for the Debtors to file the Plan Supplement.

PLEASE TAKE FURHTER NOTICE that, in accordance with the Disclosure Statement Order, the Debtors file the following documents that comprise the Plan Supplement:

| EXHIBIT | DOCUMENT |
|---------|----------|
| A | New Governance Documents[2] |
| | A-1: Certificate of Formation of Online Pharmacy Holdings LLC |
| | A-2: Summary of Key Equity Terms of Online Pharmacy Holdings LLC |
| B | Schedule of Retained Causes of Action |
| C | Rejected Executory Contract and Unexpired Lease List |
| D | Feasibility Analysis |
| E | Exit Financing – Term Sheet |

PLEASE TAKE FURTHER NOTICE that the documents contained in this Plan Supplement are integral to, and considered part of, the Plan.  If the Plan is confirmed, the documents contained in the Plan Supplement, as may be amended or supplemented, will be approved by the Bankruptcy Court pursuant to the order confirming the Plan.

---

[2]   The New Governance Documents are non-binding and remain subject to ongoing review and revision.  The Debtors reserve all right to modify any and all terms of the New Governance Documents up and until the Effective Date of the Plan.

**PLEASE TAKE FURTHER NOTICE** that Debtors reserve the right to alter, amend, modify, or supplement any document of, or add any document to, the Plan Supplement subject to the terms and conditions of the Plan.

**PLEASE TAKE FURTHER  NOTICE** that a hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") will be held on **September 13, 2024 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Thomas M. Horan, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, DE 19801, and may be continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed with the Bankruptcy Court.

Dated: August 27, 2024  
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*

William E. Chipman, Jr. (No. 3818)  
David W. Carickhoff (No. 3715)  
Mark D. Olivere (No. 4291)  
Alan M. Root (No. 5427)  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone:    (302) 295-0191  
Email:       chipman@chipmanbrown.com  
            carickhoff@chipmanbrown.com  
            olivere@chipmanbrown.com  
            root@chipmanbrown.com

*Counsel for Debtors and*  
*Debtors in Possession*

# EXHIBIT A

**New Governance Documents**

# EXHIBIT A-1

**Certificate of Formation of Online Pharmacy Holdings LLC**



Page 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "ONLINE PHARMACY HOLDINGS LLC", FILED IN THIS OFFICE ON THE TWENTY-SECOND DAY OF MAY, A.D. 2024, AT 3:36 O`CLOCK P.M.

Jeffrey W. Bullock, Secretary of State

3737282  8100
SR# 20242363930

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203560909
Date: 05-26-24

State of Delaware
Secretary of State
Division of Corporations
Delivered  03:36 PM 05/22/2024
FILED  03:36 PM 05/22/2024
SR 20242363930 - File Number 3737282

# CERTIFICATE OF FORMATION

## OF

## ONLINE PHARMACY HOLDINGS LLC

The undersigned, desiring to form a limited liability company under the Delaware Limited Liability Company Act, Title 6 Delaware Code, Chapter 18, does hereby certify as follows:

**FIRST:**  The name of the limited liability company is Online Pharmacy Holdings LLC.

**SECOND:**  The address of its registered office in the State of Delaware is 251 Little Falls Drive, in the City of Wilmington 19808.  The name of its registered agent at such address is Corporation Service Company.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Formation of Online Pharmacy Holdings LLC this 22nd day of May, 2024.

By:   /s/ Michael Raymond
Name: Michael Raymond
Title:   Authorized Person

# __EXHIBIT A-2__

**Summary of Key Equity Terms of Online Pharmacy Holdings LLC**

**SUMMARY OF KEY EQUITY TERMS OF ONLINE PHARMACY HOLDINGS LLC[1]**

**August 27, 2024**

Background: ...............................   Reference is made to (i) that certain Restructuring Support Agreement, dated May 9, 2024, by and among the parties thereto (the "**RSA**"), and (ii) that certain Optio Rx – Settlement Term Sheet, dated June 29, 2024, by and among the parties thereto (the "**Settlement Term Sheet**").  Unless explicitly stated otherwise herein, capitalized terms used herein without definition shall have the meanings ascribed to such terms in the RSA.  Online Pharmacy Holdings LLC (the "**Company**") was formed as a Delaware limited liability company.  On or as soon as practicable following the date on which the Debtors shall consummate the transactions contemplated by the Plan and otherwise satisfy or waive the conditions precedent thereunder (the "**Effective Date**"), the Company will become the sole direct parent company of Optio, and its equityholders will amend and restate its limited liability company agreement in accordance with the terms and conditions set forth in this term sheet (this "**Term Sheet**").

Capital Structure: ........................   <u>Unit Types</u>

Equity interests in the Company will be divided into "**Series A Preferred Units**", "**Series B Preferred Units**", "**Series C Preferred Units**", "**Series D Common Units**" and "**Series E Units**".[2]

<u>Series A Preferred Units</u>

Series A Preferred Units will be issued to the First Out Holders.  On the Effective Date, [__] Series A Preferred Units will be issued with a deemed capital contribution of $[__] per unit.  Series A Preferred Units shall accrue a yield of 5% per year, cumulative and compounded annually.  Series A Preferred Units will be non-voting securities.

<u>Series B Preferred Units</u>

Series B Preferred Units will be issued to the Last Out Holder.  On the Effective Date, [__] Series B Preferred Units will be issued with a deemed capital contribution of $[__] per unit.  Series B Preferred Units shall accrue a yield of 5% per year, cumulative and compounded annually.  Series B Preferred Units will be non-voting securities.

---

[1] This summary is non-binding and remains subject to ongoing review and revision.  The parties reserve all rights to modify any and all terms of this summary and the new governance documents up to and until the Effective Date of the Plan.

[2] <u>**Note**</u>**: Unit and price amounts to be confirmed based on pro forma capitalization table.**

Series C Preferred Units

Series C Preferred Units will be issued to the holders of notes pursuant to that certain Note Purchase Agreement, dated as of September 25, 2020 (the "**Noteholders**").  On the Effective Date, [__] Series C Preferred Units will be issued with a deemed capital contribution of $[__] per unit.  Series C Preferred Units shall accrue a yield of SOFR plus 800 basis points per year, cumulative and compounded annually.  Series C Preferred Units will be non-voting securities.[3]

Series D Common Units

Series D Common Units will consist of (i) Series D-1 Common Units which will be issued to the First Out Holders, (ii) Series D-2 Common Units which will be issued to the Last Out Holder, and (iii) Series D-3 Common Units which will be issued to the Noteholders. The total number of authorized Series D Common Units will be [__]. On the Effective Date, (i) [__][4] Series D-1 Common Units will be issued to the First Out Holders, (ii) [__][5] Series D-2 Common Units will be issued to the Last Out Holder, and (iii) [__][6] Series D-3 Common Units will be issued to the Noteholders.  Series D Common Units will be voting securities.

Series E Units

Series E Units will be issued to certain key employees of the Company and are intended to constitute "profits interests" in the Company.  Series E Units may be issued with a "threshold value" to reflect changes in the value of the Company and to preserve the "profits interest" characterization.  The total number of authorized Series E Units will be [__].  On the Effective Date, up to [__] Series E Units will be issued in allocations to be determined by the Board.  The remaining [__] Series E Units will be reserved by the Company and may be issued to certain key employees of the Company.  The parties will negotiate, and memorialize in the definitive equity incentive plan, terms and conditions of the Series E Units relating to vesting, redemption, repurchase, cancellation/forfeiture and other customary features of profits interests.  Series E Units will be non-voting securities.[7]

Liquidating Distributions: ..........  Distributions upon a liquidation, dissolution or winding-up will be

---

[3] **Note: The negative covenants in the Settlement Term Sheet are proposed to be reflected directly in the Amended and Restated Limited Liability Company Agreement.**
[4] **Note: To reflect 49.25% of authorized Series D Common Units.**
[5] **Note: To reflect 49.25% of authorized Series D Common Units.**
[6] **Note: To reflect 1.5% of authorized Series D Common Units.**
[7] **Note: The parties will terminate – effective as of the issuance date of the Series E Units to any holder – the relevant provisions of any existing offer letters or other similar documents with such holder setting forth incentive compensation terms which will be replaced with the Series E Units.**

paid in the following order of priority:

(i)     First, to the holders of Series A Preferred Units (ratably among them based on the accrued and unpaid yield with respect to all Series A Preferred Units held by each such holder) until the accrued and unpaid yield on the Series A Preferred Units has been reduced to zero;

(ii)     Second, to the holders of Series A Preferred Units (ratably among them based upon the aggregate unreturned capital for all Series A Preferred Units held by each such holder) until the aggregate unreturned capital for all the Series A Preferred Units has been reduced to zero;

(iii)     Third, to the holders of Series B Preferred Units (ratably among them based on the accrued and unpaid yield with respect to all Series B Preferred Units held by each such holder) until the accrued and unpaid yield on the Series B Preferred Units has been reduced to zero;

(iv)     Fourth, to the holders of Series B Preferred Units (ratably among them based upon the aggregate unreturned capital for all Series B Preferred Units held by each such holder) until the aggregate unreturned capital for all the Series B Preferred Units has been reduced to zero;

(v)     Fifth, to the holders of Series C Preferred Units (ratably among them based on the accrued and unpaid yield with respect to all Series C Preferred Units held by each such holder) until the accrued and unpaid yield on the Series C Preferred Units has been reduced to zero;

(vi)     Sixth, to the holders of Series C Preferred Units (ratably among them based upon the aggregate unreturned capital for all Series C Preferred Units held by each such holder) until the aggregate unreturned capital for all the Series C Preferred Units has been reduced to zero;

(vii)     Seventh, to the holders of Series D Common Units (ratably among them) until the applicable "threshold value" in respect of any Series E Units has been achieved; and

(viii)     Eighth, and thereafter, not less than 80% to the holders of Series D Common Units, *pro rata*, and up to 20% to the holders of Series E Units, *pro rata* (subject to reduction, in the case of the Series E Units, to the extent any of such units have not been issued, or the "threshold value"

in respect thereof has not been achieved).[8]

Any distributions with respect to any Series E Units will take into account the "threshold value" of such Series E Unit.

Non-Liquidating
Distributions:............................... Distributions prior to a liquidation, dissolution or winding-up will be paid in the following order of priority:

(i)    First, to the holders of Series A Preferred Units (ratably among them based on the accrued and unpaid yield with respect to all Series A Preferred Units held by each such holder) until the accrued and unpaid yield on the Series A Preferred Units for the then-current quarter (on a *per diem* basis) has been reduced to zero;

(ii)    Second, to the holders of Series B Preferred Units (ratably among them based on the accrued and unpaid yield with respect to all Series B Preferred Units held by each such holder) until the accrued and unpaid yield on the Series B Preferred Units for the then-current quarter (on a *per diem* basis) has been reduced to zero;

(iii)    Third, to the holders of Series A Preferred Units (ratably among them based on the accrued and unpaid yield with respect to all Series A Preferred Units held by each such holder) until the accrued and unpaid yield on the Series A Preferred Units for all prior quarters has been reduced to zero;

(iv)    Fourth, to the holders of Series B Preferred Units (ratably among them based on the accrued and unpaid yield with respect to all Series B Preferred Units held by each such holder) until the accrued and unpaid yield on the Series B Preferred Units for all prior quarters has been reduced to zero; and

(v)    Fifth, and thereafter, to the holders of units in accordance with the distribution waterfall provisions set forth under "Liquidating Distributions" above.

Tax Distributions: ...................... Subject to the terms of the Company's credit facilities, the Company will make tax distributions out of available cash to all unitholders in amounts that correspond with allocations of income for tax purposes.

Governance: ............................... Board Composition

The business and affairs of the Company will be managed by a

---

[8] **Note: The 20% participation of the Series E Units assumes the issuance of the entire MIP pool as of the Effective Date.**

Board of Directors (the "**Board**") initially consisting of 5 members which shall be composed of:

- two (2) individuals designated by Loan Admin Co LLC or one of its affiliates ("**Loan Admin**") (such two directors, the "**Series D-1 Directors**"), with Jonathan Tunis and Jeffrey Kelly being the initial Series D-1 Directors;

- two (2) individuals designated by the majority of holders of Series D-2 Common Units (such two directors, the "**Series D-2 Directors**"), with W. Jonathan Finch and Newton Juhng being the initial Series D-2 Directors; and

- Jarlath Johnston, as independent director (the "**Independent Director**").

<u>Removal and Replacement of Directors</u>

Each Series D-1 Director may be removed and replaced only by Loan Admin, and each Series D-2 Director may be removed and replaced only by the majority of holders of Series D-2 Common Units. The Independent Director may be removed and replaced only by Loan Admin; *provided* that any replacement director shall be independent.

<u>Board Approval</u>

The business of the Company will be managed by the Board. Approval of all matters (including, without limitation, (i) any issuance of new securities, (ii) any capital expenditure, (iii) any investment, (iv) any sale of the Company, (v) any IPO of the Company or other exit event, and (vi) any incurrence of debt or the entering into of any debt arrangement) will require the affirmative vote of the majority of the Board and of one Series D-1 Director.

<u>Board Meetings</u>

Board meetings will be held at least four times per year either in person or via conference call. The Company shall reimburse members of the Board for all reasonable out of pocket expenses related to Board meetings.

Information/Reports:................... The holders of Series D-3 Common Units will be entitled to receive unaudited quarterly and audited annual financials. The holders of Series D-1 Common Units and Series D-2 Common Units will be entitled to receive unaudited quarterly and audited annual financials and other information customarily provided to equity investors, as reasonably requested by such holders of Series D-1 Common Units and Series D-2 Common Units, as applicable.

Pre-Emptive Rights:................... The holders of Series D Common Units will have *pro rata*

pre-emptive rights (based upon their ownership percentage of the Series D Common Units) to participate in the issuance by the Company of any new units of any Series, subject to customary exceptions.

Tag-Along Rights: ...................... The holders of Series D Common Units will have the right to participate with respect to their Series D Common Units on a proportionate basis (or "tag-along") in a sale (in one transaction or a series of related transactions) by any other holder of Series D Common Units of more than 50% of its Series D Common Units at such time.

Put Option: ................................. Subject to the terms of the Company's credit facilities, the holders of Series A Preferred Units will have the right, but not the obligation (the "**Series A Put**"), to cause all or a portion of their outstanding Series A Preferred Units to be repurchased by the Company from time to time at a price equal to the deemed capital contribution in respect thereof plus all accrued and unpaid yield thereon any time after [6 years] following the Effective Date.  Subject to the terms of the Company's credit facilities, the holders of Series B Preferred Units will have the right, but not the obligation (the "**Series B Put**"), to cause all or a portion of their outstanding Series B Preferred Units to be repurchased by the Company from time to time at a price equal to the deemed capital contribution in respect thereof plus all accrued and unpaid yield thereon any time after the later of (i) [6 years] following the Effective Date and (ii) the repurchase in full by the Company of all of the Series A Preferred Units.  Subject to the terms of the Company's credit facilities, the holders of Series C Preferred Units will have the right, but not the obligation (the "**Series C Put**"), to cause all or a portion of their outstanding Series C Preferred Units to be repurchased by the Company from time to time at a price equal to the deemed capital contribution in respect thereof plus all accrued and unpaid yield thereon any time after the later of (i) [6 years] following the Effective Date and (ii) the repurchase in full by the Company of all of the Series B Preferred Units.

Restrictions on Transfer: ............. Transfers of units will be subject to customary transfer restrictions. In addition, (i) holders of Series D-1 Common Units will have a right of first refusal in case of a sale of Series B Preferred Units or Series D-2 Common Units; (ii) holders of Series D-2 Common Units will have a right of first refusal in case of a sale of Series A Preferred Units or Series D-1 Common Units; and (iii) holders of Series D-1 Common Units and Series D-2 Common Units will have a right of first refusal, on a *pro rata* basis, in case of a sale of Series C Preferred Units or Series D-3 Common Units.  Series E Units will not be transferable without the prior written consent of the majority of the Board (subject to a customary exception for transfers to estate planning vehicles).

6

# <u>EXHIBIT B</u>

**Schedule of Retained Causes of Action**

## NON-EXCLUSIVE LIST OF RETAINED CAUSES OF ACTION

ARTICLE IX, SECTIONS 4.08 AND 4.13 OF THE PLAN PRESERVES ALL CAUSES OF ACTION NOT EXPRESSLY WAIVED, RELINQUISHED, RELEASED, COMPROMISED, OR SETTLED PURSUANT TO THE PLAN OR A FINAL ORDER FOR PROSECUTION BY THE REORGANIZED DEBTORS. THE BELOW LIST IS A NONEXCLUSIVE LIST OF ENTITIES AGAINST WHOM THE REORGANIZED DEBTORS SHALL RETAIN CAUSES OF ACTION. FAILURE TO INCLUDE AN ENTITY ON THE ATTACHED LIST SHALL NOT CONSTITUTE A RELEASE OF SUCH ENTITY AND SHALL NOT INDICATE THAT CAUSES OF ACTION AGAINST SUCH ENTITY HAVE NOT BEEN RETAINED.

THE DEBTORS RETAIN ALL CAUSES OF ACTION OF ANY KIND WHATSOEVER AGAINST ALL ENTITIES NOT EXPRESSLY RELEASED PURSUANT TO THE PLAN OR A FINAL ORDER IN THEIR CAPACITIES AS SUCH. FOR AVOIDANCE OF DOUBT, UNLESS EXPRESSLY RELEASED PURSUANT TO THE PLAN OR A FINAL ORDER, ENTITIES NOT LISTED BELOW ARE NOT RELEASED AND THE DEBTORS EXPRESSLY RETAIN ALL CAUSES OF ACTION OF ANY KIND WHATSOEVER AGAINST ALL SUCH ENTITIES, INCLUDING WITHOUT LIMITATION THE CATEGORIES OF CAUSES OF ACTION SET FORTH BELOW.

FAILURE TO ATTRIBUTE ANY SPECIFIC CAUSE OF ACTION TO A PARTICULAR ENTITY ON THE BELOW LIST SHALL NOT UNDER ANY CIRCUMSTANCE BE INTERPRETED TO MEAN THAT SUCH CAUSE OF ACTION IS NOT RETAINED AGAINST SUCH ENTITY. ALL POSSIBLE CAUSES OF ACTION, INCLUDING CAUSES OF ACTION NOT LISTED BELOW, ARE RETAINED AGAINST ALL ENTITIES NOT EXPRESSLY RELEASED PURSUANT TO THE PLAN OR A FINAL ORDER IN THEIR CAPACITIES AS SUCH.

IN THE EVENT OF ANY APPARENT INCONSISTENCY BETWEEN THE RELEASES OF ENTITIES PURSUANT TO THE PLAN OR A FINAL ORDER AND THE ATTACHED LIST, SUCH RELEASES GRANTED PURSUANT TO THE PLAN OR FINAL ORDER SHALL GOVERN.

Categories:

1. Causes of Action against vendors, independent contractors, suppliers of goods or services, or other parties for overpayments, back charges, duplicate payments, improper holdbacks, deposits, warranties, guarantees, indemnities or setoff;

2. Causes of Action against utilities, vendors, independent contractors, suppliers of services or goods, or other parties for wrongful or improper termination, suspension of services or supply of goods, or failure to meet other contractual or regulatory obligations;

3. Causes of Action against vendors, suppliers of goods or services, or other parties for failure to fully perform or to condition performance on additional requirements under contracts with the Debtors before the assumption or rejection of the subject contracts;

4.  Causes of Action for any liens, including mechanic's, artisan's, materialmen's, possessory or statutory liens held by the Debtors;

5.  Causes of Action against insurance carriers, reinsurance carriers, underwriters or surety bond issuers relating to coverage, indemnity, contribution, reimbursement or other matters;

6.  Counterclaims and defenses relating to notes or other contract obligations;

7.  Causes of Action against local, state, federal, and foreign taxing authorities for refunds of overpayments or other payments;

8.  Causes of Action against attorneys, accountants, consultants, or other professional service providers relating to services rendered;

9.  Contract, tort, or equitable Causes of Action that may exist or subsequently arise;

10. Causes of Action arising under section 362 of the Bankruptcy Code;

11. Equitable subordination Causes of Action arising under section 510 of the Bankruptcy Code or other applicable law;

12. Turnover Causes of Action arising under sections 542 or 543 of the Bankruptcy Code;

13. Causes of Action for unfair competition, interference with contract or potential business advantage, conversion, infringement of intellectual property, or other business tort claims; and

14. Causes of Action against the following individuals not deemed to be a Released Party pursuant to the Plan: (i) Greg Savino, (ii) Jordana Siegel, (iii) Rinku Patel, (iv) Crestview City Pharmacy, Inc., (v) Jennifer Reshay Densman, (vi) Chistopher Neil Densman, (vii) Bryan Henderson, (viii) Amanda Davey, (ix) Claudia Barnett, (x) Kari Waites, (xi) Victoria Ballard, (xii) Morgan Meeks, (xiii) Kyndall Barber, (xiv) Ellen Stafford, (xv) Sergio Zepeda, (xvi) Cold Bore Capital Management, LLC, and (xvii) Marc Wank.

15. Causes of Action arising under chapter 5 of the Bankruptcy Code, including (i) transfers under section 547 of the Bankruptcy Code made to creditors within the 90 days (or one year for insiders) prior to the Petition Date, as set forth in the Schedules and Statements, and any amendments thereto, which are available for viewing at **https://cases.stretto.com/OptioRx/**, and (ii) fraudulent conveyance actions, under applicable state law, against any persons or entities who conducted business with or received transfers from the Debtors within the applicable limitations period.

# EXHIBIT C

**Rejected Executory Contract and Unexpired Lease List**

| COUNTERPARTY | DEBTOR | SUBJECT CONTRACT OR LEASE |
|---|---|---|
| GOHAYKLR, LLC<br>Attn: Ayk Dzhraget Spanyan<br>16662 Pineridge Drive<br>Granada Hills, CA 91344 | Dr. Ike's PharmaCare LLC | Lease Agreement |
| Jeffer Mangels Butler & Mitchell LLP<br>Attn: Matthew S. Kenefick<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 | Dr. Ike's PharmaCare LLC | Legal Services Agreement |
| Caremark IPA, LLC<br>P.O. Box 94467<br>Palatie, IL 60094-446 | Dr. Ike's PharmaCare LLC | Provider Agreement |
| 8x8, Inc.<br>675 Creekside Way<br>Campbell, CA 95008 | Dr. Ike's PharmaCare LLC | IT Services Agreement |
| Indermohan Luthra MD<br>14 Buckingham Way<br>Rancho Mirage, CA 92270 | Rose Pharmacy RM LLC | Lease Agreement |
| Anda, Inc.<br>Attn: Tricia Hew Chen<br>P.O. Box 930219<br>Atlanta, GA 31193-0219 | Rose Pharmacy RM LLC | Product Rebate Program |
| IQVIA, Inc.<br>Attn: Kevin Donohue<br>77 Corporate Drive<br>Bridgewater, NJ 08807 | Rose Pharmacy SA LLC | Pharmacy Service Agreement |
| Hemlock Way, LLC<br>Attn: David Nelson<br>P.O. Box 18329<br>Anaheim, CA 92818 | Rose Pharmacy SA LLC | Lease Agreement |
| Anda, Inc.<br>Attn: Tricia Hew Chen<br>P.O. Box 930219<br>Atlanta, GA 31193-0219 | Rose Pharmacy SA LLC | Product Rebate Program |
| Robert Hirsh, Elizabeth Buller, Salo, Inc. | SBH Medical LLC | Second Amended and Restated Promissory Note |

| COUNTERPARTY | DEBTOR | SUBJECT CONTRACT OR LEASE |
|---|---|---|
| OCPLP, Inc. | Optio Rx, LLC | Agreement and Amended and Restated Promissory Notice |
| H&H Pharmacy, Inc. (d/b/a Dr. Ike's Pharmacy #1) | H&H Pharmacy | Promissory Note A |
| H&H Pharmacy, Inc. (d/b/a Dr. Ike's Pharmacy #1) | H&H Pharmacy | Promissory Note B |
| Baybridge Pharmacy Corp.; 121 Central Pharmacy Corp.; Delco Pharmacy Corp. | Baybridge Pharmacy, LLC Central Pharmacy, LLC Pro Pharmacy, LLC | First Amendment to Promissory Note |
| Universal Pharmaceutical Services, Inc. | Enovex Pharmacy LLC | Amended and Restated Promissory Note |
| Dr. Ike, Inc. (d/b/a Dr. Ike's PharmaCare) | Dr. Ike's PharmaCare LLC | Promissory Note |
| BHM Capital, Inc. | Crestview Holdings LLC | Amended and Restated Promissory Note |
| PIA Holdings, Inc. | Healthy Choice Compounding LLC | Second Amended and Restated Promissory Note |
| TTTT Pharmacy Corporation; TC Pharmacy Corporation; TTH Pharmacy Corporation | Rose Pharmacy RM LLC Rose Pharmacy SA LLC Rose Pharmacy SF LLC | Agreement and Second Amended and Restated Promissory Note |
| Langer Holdings, Inc. | Pet Apothecary LLC | Promissory Note |
| PracticeHwy.com, Inc. 1212 Corporate Drive Suite 200 Irving, TX 75038 | Braun Pharmacare Inc. | RX Pharmacy Agreement |
| Crestview Pharmacy, Inc. Hal Densman Bryan Henderson Mitchell Spreier Crestview Pharmacy, LLC | Crestview Holdings, LLC | Membership Purchase Agreement dated December 8, 2018 – Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution. |

| COUNTERPARTY | DEBTOR | SUBJECT CONTRACT OR LEASE |
|---|---|---|
| c/o Bryan Henderson<br>3084 Whitley Oaks Ln<br>Pace, FL 32571<br>Telephone: (850) 293-8459<br>E-mail: brhendu@live.com<br><br>Locklin, Saba, Locklin & Jones, P.A.<br>4557 Chumuckla Highway<br>Pace, FL 32571<br>Attn: Daniel P. Saba, Esq.<br>Telephone: (850) 995-1102<br>E-mail: dsaba@ljslawfirm.com | | |
| Robert Hirsh<br>Elizabeth Buller<br>Salo, Inc.<br>c/o Salo, Inc.<br>300 West Wilson Bridge Road<br>Worthington, OH 43085<br>Attention: Christine D. Oswald<br><br>Gamble Hartshorn, LLC<br>One East Livingston Avenue<br>Columbus, OH 43204<br>Attention: Kenneth A. Gamble | SBH Medical LLC | Membership Purchase Agreement dated September 1, 2019 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution. |
| Dr. Ayk Dzhragatspanyan<br>16662 Pineridge Drive<br>Granada Hills, CA 913444<br><br>California Pharmacy Lawyers<br>49 Discovery, Suite #240<br>Irvine, CA 92618<br>Attention: Ivan Petrzelka | Dr. Ike's PharmaCare, LLC | Asset Purchase Agreement dated March 14, 2019 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Universal Pharmaceutical Services, Inc.<br>(d/b/a ENOVEX Pharmacy)<br>Dr. Ayk Dzhragatspanyan<br><br>Dr. Ayk Dzhragatspanyan<br>16662 Pineridge Drive<br>Granada Hills, CA 913444<br><br>California Pharmacy Lawyers<br>49 Discovery, Suite #240<br>Irvine, CA 92618<br>Attention: Ivan Petrzelka | Enovex Pharmacy LLC | Asset Purchase Agreement dated March 14, 2019 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |

| COUNTERPARTY | DEBTOR | SUBJECT CONTRACT OR LEASE |
|---|---|---|
| | | |
| TTH Pharmacy Corporation<br>12540 McCann Drive<br>Santa Fe Springs, CA 90670<br><br>Ivan Petrzelka, Esq.<br>Gemini Law<br>P.O. Box 552<br>Red Bluff, CA 96080 | Rose Pharmacy SF LLC | Asset Purchase Agreement<br>Dated February 17, 2020 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Thang Chu<br>Dharmesh Patel<br>TC Pharmacy Corporation<br>1220 West Hemlock Way, #110<br>Santa Ana, CA 92707<br><br>Ivan Petrzelka, Esq.<br>Gemini Law<br>P.O. Box 552<br>Red Bluff, CA 96080 | Rose Pharmacy SA LLC | Asset Purchase Agreement<br>Dated February 17, 2020 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| TTTT Pharmacy Corporation<br>35400 Bob Hope Drive, Suite 207<br>Rancho Mirage, CA 92270 | Rose Pharmacy RM LLC | Assignment and Assumption Agreement<br>Dated June 30, 2020 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| TTTT Pharmacy Corporation<br>Thang Chu<br>TC Pharmacy Corporation<br>Dharmesh Patel<br>TTH Pharmacy Corporation<br>Trang Hoang<br><br>5 Sky Meadow<br>Coto De Caza, CA 92679<br>Attn: Thang Chu<br>Email: businessemail2005@gmail.com<br><br>TC Pharmacy Corporation<br>1220 West Hemlock Way #110<br>Santa Ana, CA 92707 | Rose Pharmacy RM LLC<br>Rose Pharmacy SA LLC<br>Rose Pharmacy SF LLC | Agreement dated March 27, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |

| COUNTERPARTY | DEBTOR | SUBJECT CONTRACT OR LEASE |
|---|---|---|
| TTTT Pharmacy Corporation<br>35400 Bob Hope Drive, Suite 207<br>Rancho Mirage, CA 92270<br><br>TTH Pharmacy Corporation<br>12540 McCann Drive<br>Santa Fe Springs, CA 90670 | | |
| Oakdell Compounding Pharmacy LLC<br>OCPLP, INC.<br>John Jeffrey Carson<br>31120 Knotty Grove<br>Fair Oaks Ranch, TX 78015<br>E-mail: crocea411@yahoo.com<br><br>Clark Hill PLC<br>2301 Broadway<br>San Antonio, TX 78215<br>Attention: Laura C. Mason<br>E-mail: lmason@clarkhill.com | Optio Rx, LLC | Membership Purchase Agreement dated December 31, 2021 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution. |
| OCPLP, INC.<br>John Jeffrey Carson<br>31120 Knotty Grove<br>Fair Oaks Ranch, TX 78015<br>E-mail: crocea411@yahoo.com | Optio Rx, LLC | Agreement dated September 22, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution. |
| OCPLP, INC.<br>John Jeffrey Carson<br>31120 Knotty Grove<br>Fair Oaks Ranch, TX 78015 | Optio Rx, LLC | Promissory Note |
| Jacob's Pills, Inc. doing business as Healthy Choice Apothecary or Healthy Choice Compounding<br>Philip Altman<br>250 Clearbrook Road<br>Elmsford, NY 10523<br>E-mail: wholerx@msn.com<br><br>Jacobson, Mermelstein & Squire LLP<br>c/o Lee Mermelstein<br>103 Brook Hills Circle<br>White Plains, NY 10605<br>E-mail: leem@jmslegal.com | Healthy Choice Compounding LLC | Membership Purchase Agreement dated August 21, 2020 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |

| COUNTERPARTY | DEBTOR | SUBJECT CONTRACT OR LEASE |
|---|---|---|
| TC Pharmacy Corporation<br>1220 West Hemlock Way #110<br>Santa Ana, California 92707 | Rose Pharmacy SA LLC | Promissory Note |
| TTTT Pharmacy Corporation<br>35400 Bob Hope Drive, Suite 207<br>Rancho Mirage, California 92270 | Rose Pharmacy RM LLC | Promissory Note |
| TTH Pharmacy Corporation<br>12540 McCann Drive<br>Santa Fe Springs, California 90670 | Rose Pharmacy SF LLC | Promissory Note |
| Baybridge Pharmacy Corp<br>121 Central Pharmacy Corp<br>Delco Pharmacy Corp.<br>Sparta Rx, LLC<br>Stockholders of Baybridge Pharmacy Corp, 121 Central Pharmacy Corp and Delco Pharmacy Corp.<br><br>c/o Greg Savino<br>1842 Gardenia Avenue<br>Merrick, NY 11566<br>Facsimile: None<br>Email: greg.savino@yahoo.com<br><br>Barclay Damon LLP<br>200 Delaware Avenue, Suite 1200<br>Buffalo, NY 14202<br>Attn: Raymond N. McCabe<br>Facsimile: (716) 566-4013<br>Email: rmccabe@barclaydamon.com<br><br>Barclay Damon LLP<br>80 State Street<br>Albany, NY 12207<br>Attn: Linda J. Clark<br>Facsimile: (518) 427-3498<br>Email: lclark@barclaydamon.com | Baybridge Pharmacy, LLC<br>Central Pharmacy, LLC<br>Pro Pharmacy, LLC | Asset Purchase Agreement Dated December 28, 2019 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| H & H Pharmacy, Inc.<br>(d/b/a Dr. Ike's Pharmacy)<br>Dr. Ayk Dzhragatspanyan<br>Dr. Harutyun Kagoyan<br><br>16662 Pineridge Drive<br>Granada Hills, CA 91344<br>Attention: Dr. Ayk Dzhragatspanyan | H&H Pharmacy LLC | Asset Purchase Agreement Dated March 14, 2019 (as amended pursuant to that certain First Amendment Asset Purchase Agreement dated April 30,2019 and that certain second Amendment Asset Purchase Agreement dated June 14, 2019) - Debtors do not |

| COUNTERPARTY | DEBTOR | SUBJECT CONTRACT OR LEASE |
|---|---|---|
| 14147 Gault Street<br>Panorama City, CA 91402<br>Attention: Dr. Harutyun Kagoyan<br><br>California Pharmacy Lawyers<br>49 Discovery, Suite #240<br>Irvine, CA 92618<br>Attention: Ivan Petrzelka | | believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Mark Wank<br>7051 Highway 70 South #310<br>Nashville, TN 37221 | Optio Rx, LLC | Employment Agreement dated as of April 29, 2018 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Rinku Patel<br>1424 Oak Bluff Lane<br>Lemont, IL 60439 | Optio Rx, LLC | Employment Agreement dated as of December 10, 2021 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Cheyenne Hooks<br>5495 Old River Road<br>Baker FL 32531 | Optio Rx, LLC | Employment Agreement dated as of April 22, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Ryan Butler<br>3032 East Bay Court<br>Creedmoor, NC 27522 | Optio Rx, LLC | Employment Agreement dated as of April 12, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Andrew Charter<br>24640 South Augusta Court<br>Sun Lakes, AZ 85248 | Optio Rx, LLC | Executive Employment Agreement dated as of December 18, 2022 and Amendment to Executive Employment Agreement dated as of September 18, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| David Winkles<br>5366 Southlake Drive<br>Pace, FL 32571 | Optio Rx, LLC | Employment Agreement dated as of May 1, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Dylan Willette<br>24384 Fifth Avenue<br>Florala, AL 36442 | Optio Rx, LLC | Employment Agreement dated as of May 8, 2023 - Debtors do not believe this agreement is executory, |

| COUNTERPARTY | DEBTOR | SUBJECT CONTRACT OR LEASE |
|---|---|---|
| | | however, Debtors are listing it out of an abundance of caution |
| Judith-Marie Paige Akin<br>5685 Foshee Road<br>Brewton, AL 36426 | Optio Rx, LLC | Employment Agreement dated as of May 11, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Julietta Arutyunova<br>7761 Via Catalina<br>Burbank, CA 91504-1111 | Optio Rx, LLC | Employment Agreement dated as of April 30, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Meredith Simmons<br>129 Tranquility Drive<br>Crestview FL. 32536 | Optio Rx, LLC | Employment Agreement dated as of May 22, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Grant A. Christianson<br>11001 Seven Pines Lane<br>Champlin, MN 55316 | Optio Rx, LLC | Employment Agreement dated as of April 29, 2018 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Matthew Sesto<br>13318 N 76th Street<br>Scottsdale AZ 85260 | Optio Rx, LLC | Employment Agreement - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Sabreena Al Masri<br>7919 Trinity Circle<br>Tinley Park, IL 60487-5700 | Optio Rx, LLC | Employment Agreement dated as of May 16. 2022 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |

# EXHIBIT D

**Feasibility Analysis**

**Optio Rx**
Income Statement & Roll Forward of Cash Balances
($000s)

| Month #<br>Month Ending | 1<br>Oct-24 | 2<br>Nov-24 | 3<br>Dec-24 | 4<br>Jan-25 | 5<br>Feb-25 | 6<br>Mar-25 | 7<br>Apr-25 | 8<br>May-25 | 9<br>Jun-25 | 10<br>Jul-25 | 11<br>Aug-25 | 12<br>Sep-25 | 13<br>Oct-25 | 14<br>Nov-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | |
| Compound Revenue | $ 763 | $ 816 | $ 836 | $ 971 | $ 944 | $ 1,092 | $ 1,113 | $ 1,196 | $ 1,275 | $ 1,340 | $ 1,504 | $ 1,554 | $ 1,675 | $ 1,808 |
| Other Retail Pharmacy Revenue | 9,692 | 9,399 | 10,153 | 9,691 | 9,230 | 10,950 | 9,706 | 10,020 | 10,324 | 9,473 | 10,345 | 9,400 | 9,709 | 9,500 |
| Wholesale Revenue | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| OTC Revenue | 100 | 119 | 172 | 148 | 89 | 115 | 107 | 110 | 112 | 117 | 104 | 123 | 100 | 119 |
| Delivery Fee Revenue | 28 | 29 | 28 | 31 | 28 | 30 | 26 | 24 | 26 | 22 | 27 | 28 | 28 | 29 |
| Other Revenue | (0) | (0) | (1) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) |
| Sales Tax | (23) | (23) | (24) | (24) | (22) | (26) | (23) | (24) | (25) | (23) | (25) | (23) | (23) | (23) |
| Net Revenue | 10,559 | 10,340 | 11,164 | 10,818 | 10,268 | 12,160 | 10,928 | 11,326 | 11,712 | 10,929 | 11,954 | 11,083 | 11,488 | 11,433 |
| | | | | | | | | | | | | | | |
| COGS | 7,426 | 7,246 | 7,802 | 7,545 | 7,134 | 8,447 | 7,543 | 7,790 | 8,028 | 7,429 | 8,108 | 7,446 | 7,676 | 7,580 |
| **Gross Profit** | 3,134 | 3,095 | 3,362 | 3,273 | 3,134 | 3,713 | 3,385 | 3,536 | 3,684 | 3,500 | 3,846 | 3,636 | 3,812 | 3,853 |
| Gross Margin % | 30% | 30% | 30% | 30% | 31% | 31% | 31% | 31% | 31% | 32% | 32% | 33% | 33% | 34% |
| | | | | | | | | | | | | | | |
| **Variable Operating Expenses:** | | | | | | | | | | | | | | |
| Labor Expense | 2,000 | 1,938 | 1,982 | 2,015 | 1,760 | 1,965 | 1,906 | 1,980 | 1,921 | 1,997 | 2,007 | 1,951 | 2,030 | 1,976 |
| Advertising & Marketing | 3 | 3 | 4 | 3 | 3 | 4 | 3 | 4 | 4 | 3 | 4 | 3 | 3 | 3 |
| Bank Fees | 74 | 72 | 78 | 75 | 71 | 84 | 74 | 77 | 79 | 73 | 79 | 72 | 74 | 73 |
| Bad Debt Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| DIR Fees | 45 | 35 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Office Expenses | 133 | 130 | 140 | 135 | 127 | 151 | 134 | 138 | 142 | 131 | 142 | 130 | 134 | 131 |
| Non-COGS Discounts | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Shipping & Postage | 370 | 366 | 398 | 389 | 373 | 443 | 404 | 423 | 442 | 420 | 463 | 439 | 461 | 468 |
| Travel & Entertainment | 35 | 34 | 37 | 36 | 34 | 40 | 36 | 37 | 38 | 35 | 38 | 35 | 35 | 35 |
| **Total Variable Op Exp** | 2,662 | 2,579 | 2,664 | 2,678 | 2,393 | 2,711 | 2,583 | 2,683 | 2,651 | 2,684 | 2,759 | 2,656 | 2,763 | 2,712 |
| | | | | | | | | | | | | | | |
| **Fixed Operating Expenses:** | | | | | | | | | | | | | | |
| Professional Fees | 174 | 149 | 124 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 |
| Facility Expense | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 | 225 |
| Employee Relations | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Insurance | 37 | 37 | 37 | 37 | 37 | 37 | 37 | 37 | 37 | 37 | 37 | 37 | 37 | 37 |
| IT Expense | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 | 103 |
| Pharmacy Service Fees | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Other Taxes | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Total Fixed Op Ex** | 559 | 534 | 509 | 485 | 485 | 485 | 485 | 485 | 485 | 485 | 485 | 485 | 485 | 485 |
| | | | | | | | | | | | | | | |
| **Total Operating Expense** | 3,221 | 3,113 | 3,173 | 3,163 | 2,878 | 3,196 | 3,067 | 3,168 | 3,135 | 3,169 | 3,243 | 3,140 | 3,248 | 3,197 |
| | | | | | | | | | | | | | | |
| **EBITDA** | $ (88) | $ (19) | $ 189 | $ 110 | $ 257 | $ 517 | $ 318 | $ 368 | $ 549 | $ 331 | $ 603 | $ 496 | $ 564 | 656 |
| EBITDA % | -0.8% | -0.2% | 1.7% | 1.0% | 2.5% | 4.3% | 2.9% | 3.3% | 4.7% | 3.0% | 5.0% | 4.5% | 4.9% | 5.7% |
| | | | | | | | | | | | | | | |
| Interest Expense | 1,148 | 1,163 | 1,178 | 1,193 | 1,208 | 1,223 | 1,239 | 1,255 | 1,271 | 1,287 | 1,303 | 1,320 | 1,337 | 1,354 |
| Restructuring Professionals | 100 | 100 | 100 | - | - | - | - | - | - | - | - | - | - | - |
| Amortization & Depreciation | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 |
| US Trustee Fees | 85 | 85 | 85 | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | |
| **Net Income (Loss)** | $ (1,728) | $ (1,673) | $ (1,481) | $ (1,390) | $ (1,258) | $ (1,014) | $ (1,228) | $ (1,193) | $ (1,029) | $ (1,263) | $ (1,008) | $ (1,131) | $ (1,080) | $ (1,005) |
| | | | | | | | | | | | | | | |
| Depreciation & Amortization | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 | 307 |
| Changes in Operating Assets/Liab | 3,294 | 1,919 | 401 | 864 | 2,262 | (774) | 1,552 | 1,734 | 573 | 2,137 | 693 | 1,841 | 1,588 | 1,295 |
| **Net (Decrease) Increase in Cash** | $ 1,873 | $ 552 | $ (773) | $ (219) | $ 1,311 | $ (1,480) | $ 631 | $ 848 | $ (149) | $ 1,181 | $ (8) | $ 1,017 | $ 816 | 597 |
| | | | | | | | | | | | | | | |
| Cash - Beginning of Period | 2,283 | 4,156 | 4,708 | 3,935 | 3,716 | 5,027 | 3,546 | 4,178 | 5,025 | 4,876 | 6,057 | 6,050 | 7,066 | 7,882 |
| | | | | | | | | | | | | | | |
| **Cash - End of Period** | $ 4,156 | $ 4,708 | $ 3,935 | $ 3,716 | $ 5,027 | $ 3,546 | $ 4,178 | $ 5,025 | $ 4,876 | $ 6,057 | $ 6,050 | $ 7,066 | $ 7,882 | $ 8,479 |

# <u>EXHIBIT E</u>

**Exit Financing – Term Sheet**

**To Be Filed Separately**