**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**LOAN ADMIN CO LLC'S WITNESS AND EXHIBIT LIST**
**FOR HEARING ON AUGUST 29, 2024 AT 10:00 A.M. (ET)**

Loan Admin Co LLC (the "Admin Agent"), in its capacity as administrative agent under the Prepetition Credit Agreement and DIP Credit Agreement, by and through its undersigned counsel, hereby files this Witness and Exhibit List regarding the hearing scheduled for Thursday, August 29, 2024 at 10:00 a.m. (ET) (the "Hearing") with respect to the following:

1. Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing [D.I. 294];

2. Objection of Loan Admin Co LLC to Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing [D.I. 332] (the "Admin Agent Objection");

3. Debtors' Objection to Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

    Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing [D.I. 333];

4. Reply in Support of Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing [D.I. 341]; and

5. Sur-Reply of Loan Admin Co LLC to Reply in Support of Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing [D.I. 347-2] (the "Sur-Reply") (assuming the Court grants the Admin Agent leave to file such Sur-Reply).

## ADMIN AGENT'S WITNESSES

In support of the Admin Agent's Objection and the Sur-Reply, the Admin Agent intends to call or may call the following witnesses at the Hearing:

1. Any witness tendered by the Debtors;

2. Any witness tendered by the Official Committee of Unsecured Creditors (the "Committee"); and

3. One or more members of the Debtors' management team, as necessary to rebut any contentions made or testimony offered by the Committee or any other parties, or their respective witnesses at the hearing.

The Admin Agent reserves the right to call and/or cross-examine any witness or any other party in interest, as well as to call any rebuttal witness necessary for impeachment or other proper purpose.

## ADMIN AGENT'S EXHIBITS

The Admin Agent designates exhibits that may be used at the hearing in connection with the matters herein:

| Exhibit No. | Title / Description | Docket No. (if available) |
|---|---|---|
| 1 | Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) | Docket No. 294 |

| | | |
|---|---|---|
| | Extending Challenge Period Pending Consideration of Request for Derivative Standing | |
| 2 | Objection of Loan Admin Co LLC to Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing | Docket No. 332 |
| 3 | Debtors' Objection to Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing | Docket No. 333 |
| 4 | Reply in Support of Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing | Docket No. 341 |
| 5 | Sur-Reply of Loan Admin Co LLC to Reply in Support of Motion of Official Committee of Unsecured Creditors for Entry of an Order: (1) Granting Derivative Standing to the Committee of Unsecured Creditors to Commence, Prosecute and Resolve Certain Claims and Causes of Action; and (2) Extending Challenge Period Pending Consideration of Request for Derivative Standing | Docket No. 347-2 |
| 6 | Any document or pleading filed in the above-captioned chapter 11 cases | |
| 7 | Any exhibit identified or offered by any other party | |
| 8 | Any exhibit necessary for impeachment and/or rebuttal purposes | |

## **RESERVATION OF RIGHTS**

The Admin Agent reserves any and all rights to (i) amend and/or supplement this list of potential witnesses and exhibits prior to the hearing, (ii) offer additional exhibits for purposes of rebuttal, impeachment or other proper purpose and to supplement the above-listed exhibits, as appropriate, (iii) cross-examine any witnesses offering testimony, including by way of proffer or declaration, at the Hearing, and (iv) call any rebuttal witness reasonably necessary at the Hearing.

Dated:  August 28, 2024
       Wilmington, Delaware

Respectfully submitted,

 /s/ *Stuart M. Brown*
Stuart M. Brown (DE No. 4050)
Matthew S. Sarna (DE No. 6578)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone:	(302) 468-5700
Facsimile:	(302) 394-2341
Email:  stuart.brown@us.dlapiper.com
         matthew.sarna@us.dlapiper.com

*Counsel for Loan Admin Co LLC*