## CERTIFICATE OF SERVICE

I, Stuart M. Brown, hereby certify that on this 28th day of August 2024, I caused a true and correct copy of the foregoing *Loan Admin Co LLC's Witness and Exhibit List for Hearing on August 29, 2024 at 10:00 A.M. (ET)* to be served on all parties registered to receive CM/ECF notices in these cases.

 */s/ Stuart M. Brown*
Stuart M. Brown (DE#4050)
