**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*[1] | Case No. 24-11188 (TMH) |
| Debtors. | (Joint Administered) |

## AFFIDAVIT OF SERVICE

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On August 23, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Motion for Entry of an Order (I) Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief** (Docket No. 337)

- **Motion of the Debtors for Entry of an Order Approving the Settlement Agreement and Release Among Optio Rx, LLC, Crestview Pharmacy, LLC, Bryan Henderson, Hometown Pharmacy, Inc. FKA Crestview City Pharmacy, Inc., Jennifer Reshay Densman, and Christopher Neil Densman** (Docket No. 338)

- **Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Implement Key Employee Incentive Plan and (II) Granting Related Relief** (Docket No. 339)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compouding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

Furthermore, on August 23, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Motion of the Debtors for Entry of an Order Approving the Settlement Agreement and Release Among Optio Rx, LLC, Crestview Pharmacy, LLC, Bryan Henderson, Hometown Pharmacy, Inc. FKA Crestview City Pharmacy, Inc., Jennifer Reshay Densman, and Christopher Neil Densman** (Docket No. 338)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: August 28, 2024

*Jerod McMillen*
_____
Jerod McMillen

State of Colorado       )
                        )  SS.
County of Denver        )

Subscribed and sworn before me this 28th day of August 2024 by Jerod McMillen.

*Kerrie Lynne Darby*
_____
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# **Exhibit A**

 STRETTO

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Amneal Pharmaceuticals | | Lockbox #7979 | PO Box 7247 | | Philadelphia | PA | 19170-0001 |
| Arcutis Biotherapeutics Inc | | 3027 Townsgate Road | Suite 300 | | Westlake Village | CA | 91361 |
| ARL Bio Pharma, Inc. | | 840 Research Parkway | | | Oklahoma City | OK | 73104 |
| Aves Management LLC | Attn: Charles Asfour | 150 North Riverside Plaza | Ste 5200 | | Chicago | IL | 60606 |
| Baybridge | Attn: Greg Savino | 1981 Marcus Ave | Ste C129 | | New Hyde Park | NY | 11042 |
| Baybridge Pharmacy Corp | Attn: Greg Savino | 1842 Gardenia Avenue | | | Merrick | NY | 11566 |
| Ben David & Arun Surseh Kumar | c/o Kennedys CMK LLP | Attn: Marc S. Casarino & Katie Barksdale | 222 Delaware Avenue | Suite 710 | Wilmington | DE | 19801 |
| BSD Construction, Inc. | | 8369 Vickers Street #100 | | | San Diego | CA | 92111 |
| Central-Yuriy Davydov | | 21715 85th Ave | | | Queens Village | NY | 11427-1412 |
| Constangy, Brooks, Smith & Prophete, LLP - 7070 | | PO Box 102476 | | | Atlanta | GA | 30368-0476 |
| Counsel to the Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller | 1201 N Market Street | Suite 2300 | Wilmington | DE | 19899-1266 |
| Crestview | Attn: Bryan Henderson & Hal Densman | 349 S Garcon Point Rd | | | Milton | FL | 32583-7314 |
| Crestview | Attn: Bryan Henderson and Hal Densman | 3084 Whitley Oaks Ln | | | Pace | FL | 32571-6772 |
| District of Columbia | Office of the Attorney General | 400 6th Street NW | | | Washington | DC | 20001 |
| Enovex | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | | Granada Hills | CA | 91344-1848 |
| FDS, Inc. | | 5000 Birch Street, Suite 8500 | | | Newport Beach | CA | 92660 |
| FFF  Enterprises Inc | | 44000 Winchester Road | | | Temecula | CA | 92590 |
| Forte Bio-Pharma LLC - 8744 | | PO Box 29650 | Dept 880412 | | Phoenix | AZ | 85038-9650 |
| H&H | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | | Granada Hills | CA | 91344-1848 |
| Healthy Choice | Attn: Phil Altman | 150 W End Ave | Apt 24L | | New York | NY | 10023-5748 |
| ICS Direct | | 12601 Collection Center Drive | | | Chicago | IL | 60693 |
| INCYTE | | 12601 Collection Center Drive | | | Chicago | IL | 60693 |
| Internal Revenue Service | | 550 Main St | #10 | | Cincinnati | OH | 45999-0039 |
| Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Journey Medical Corporation - 5894 | | 9237 East Via De Ventura | Suite 105 | | Scottsdale | AZ | 85258 |
| Mayne Pharma  - 128B | | PO Box 603644 | | | Charlotte | NC | 28260-3644 |
| Medisca Inc | | 626 Tom Miller Road | | | Plattsburgh | NY | 12901 |
| Oakdell-Jeff Carson | | 31120 Knotty Grove | | | Boerne | TX | 78015 |
| Office of The U.S. Trustee for The District of Delaware | Attn: Andrew R. Vara | 844 N King St #2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller & Nicholas Smargiassi | 1201 N Market St, Suite 2300 | PO Box 1266 | Wilmington | DE | 19899 |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Jorge Garcia | 701 Brickell Avenue | Suite 1700 | Miami | FL | 33131 |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Michelle G. Novick | 161 North Clark St | Suite 4200 | Chicago | IL | 60601 |
| PAAS National LLC | | 160 Business Park Circle | | | Stoughton | WI | 53589 |
| Pharmcare | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | | Granada Hills | CA | 91344-1848 |
| PIA Holdings, Inc. | Attn: Phil Altman | 8973 Lakes Blvd | | | West Palm Beach | FL | 33412 |
| Plante Moran PLLC - 1725 | | 16060 Collections Center Dr | | | Chicago | IL | 60693 |
| Pro-Yuriy Davydov | | 21715 85th Ave | | | Queens Village | NY | 11427-1412 |
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | 200 Vesey Street, Suite 400 Brookfield Place | New York Regional Office | | New York | NY | 10281-1022 |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St | Suite 20-100 | | New York | NY | 10004-2616 |
| Skin Medicinals | c/o Morris, Nichols, Arsht, & Tunnell LLP | Talmo | 1201 North Market Street | PO Box 1347 | Wilmington | DE | 19899-1347 |
| State of Alabama | Office of The Attorney General | 501 Washington Ave | | | Montgomery | AL | 36104 |
| State of Alaska | Office of the Attorney General | 1031 W 4th Ave, Ste 200 | | | Anchorage | AK | 99501 |
| State of Arizona | Office of the Attorney General | 2005 N Central Ave | | | Phoenix | AZ | 85004 |
| State of Arkansas | Office of The Attorney General | 323 Center St, Ste 200 | | | Little Rock | AR | 72201 |
| State of California | Office of The Attorney General | PO Box 944255 | | | Sacramento | CA | 94244-2550 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 1 of 3



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| State of Colorado | Office of The Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | | Denver | CO | 80203 |
| State of Connecticut | Office of The Attorney General | 165 Capitol Avenue | | | Hartford | CT | 6106 |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | | Wilmington | DE | 19801 |
| State of Florida | Office of The Attorney General | The Capitol Pl-01 | | | Tallahassee | FL | 32399 |
| State of Georgia | Office of The Attorney General | 40 Capitol Sq Sw | | | Atlanta | GA | 30334 |
| State of Hawaii | Office of The Attorney General | 425 Queen Street | | | Honolulu | HI | 96813 |
| State of Idaho | Office of The Attorney General | 700 W. Jefferson St, Suite 210 | PO Box 83720 | | Boise | ID | 83720 |
| State of Illinois | Office of The Attorney General | James R. Thompson Center | 100 W. Randolph St | | Chicago | IL | 60601 |
| State of Indiana | Office of The Indiana Attorney General | Indiana Government Center South | 302 W Washington St, 5th Floor | | Indianapolis | IN | 46204 |
| State of Iowa | Office of The Attorney General | Hoover State Office Building | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| State of Kansas | Attn: Attorney General Derek Schmidt | 120 SW 10th Ave, 2nd Floor | | | Topeka | KS | 66612 |
| State of Kentucky | Attorney General - Daniel Cameron | 700 Capital Avenue, Suite 118 | | | Frankfort | KY | 40601 |
| State of Louisiana | Dept. of Justice - Attorney General's Office | 300 Capital Drive | | | Baton Rouge | LA | 70802 |
| State of Maine | Office of the Attorney General | 6 State House Station | | | Augusta | ME | 04333 |
| State of Maryland | Office of The Attorney General | 200 St. Paul Place | | | Baltimore | MD | 21202 |
| State of Massachusetts | Attorney General's Office | 1 Ashburton Place, 20th Floor | | | Boston | MA | 02108 |
| State of Michigan | Department of Attorney General | 525 W Ottawa St | | | Lansing | MI | 48906 |
| State of Minnesota | Office of The Attorney General | 445 Minnesota St, Ste 1400 | | | St. Paul | MN | 55101 |
| State of Mississippi | Office of The Attorney General | Walter Sillers Building | 550 High St PO Box 220 | | Jackson | MS | 39201 |
| State of Missouri | Office of The Attorney General | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 |
| State of Montana | Office of The Attorney General | Justice Building, 3rd Floor | 215 N Sanders, PO Box 201401 | | Helena | MT | 59602 |
| State of Nebraska | Office of The Attorney General | 2115 State Capitol | | | Lincoln | NE | 68509 |
| State of Nevada | Office of The Attorney General | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 |
| State of New Hampshire | Office of The Attorney General | Nh Department of Justice | 33 Capitol St. | | Concord | NH | 3301 |
| State of New Jersey | Office of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing Box 080 | | Trenton | NJ | 8611 |
| State of New Mexico | Office of The Attorney General | 408 Galisteo Street | Villagra Building | | Santa Fe | NM | 87501 |
| State of New York | Office of The Attorney General | The Capitol | 2nd Floor | | Albany | NY | 12224 |
| State of North Carolina | Office of The Attorney General | 114 W Edenton St | | | Raleigh | NC | 27603 |
| State of North Dakota | Office of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | | Bismarck | ND | 58505 |
| State of Ohio | Office of The Attorney General | State Office Tower | 30 E Broad St 14Th Fl | | Columbus | OH | 43215 |
| State of Oklahoma | Office of The Attorney General | 313 Ne 21St St | | | Oklahoma City | OK | 73105 |
| State of Oregon | Office of The Attorney General | 1162 Court St Ne | | | Salem | OR | 97301-4096 |
| State of Pennsylvania | Office of The Attorney General | Strawberry Square 16Th Fl | | | Harrisburg | PA | 17120 |
| State of Rhode Island | Office of The Attorney General | 150 S Main St | | | Providence | RI | 2903 |
| State of South Carolina | Office of The Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | | Columbia | SC | 29201 |
| State of South Dakota | Office of The Attorney General | 1302 E Highway 14, Ste 1 | | | Pierre | SD | 57501-8501 |
| State of Tennessee | Office of The Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 |
| State of Texas | Office of The Attorney General | 300 W. 15Th St | | | Austin | TX | 78701 |
| State of Utah | Office of The Attorney General | Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 |
| State of Utah | Office of The Attorney General, Sean D. Reyes | Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 |
| State of Vermont | Office of The Attorney General | 109 State St. | | | Montpelier | VT | 5609 |
| State of Virginia | Office of The Attorney General | 202 N. Ninth St. | | | Richmond | VA | 23219 |
| State of Washington | Office of The Attorney General | 1125 Washington St Se | | | Olympia | WA | 98501 |
| State of Washington | Office of The Attorney General | PO Box 40100 | | | Olympia | WA | 98504-00 |
| State of West Virginia | Office of The Attorney General | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | | Charleston | WV | 25305 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 2 of 3



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|------|-----------|-----------|-----------|-----------|------|-------|-----|
| State of Wisconsin | Office of The Attorney General | 17 West Main Street, Room 114 East P | | | Madison | WI | 53702 |
| State of Wyoming | Office of The Attorney General | 109 State Capitol | | | Cheyenne | WY | 82002 |
| the Office of the United States Department of Health and Human Services. | | 200 Independence Avenue, S.W | | | Washington | DC | 20201 |
| Troutman Pepper Hamilton Sanders LLP | | 1313 Market Street, Suite 5100 | Hercules Plaza | | Wilmington | DE | 19801 |
| United States Department of Justice | | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 |
| US Attorney's Office for the District of DE | Attn: David C. Weiss | 1313 N Market Street | PO Box 2046 | | Wilmington | DE | 19801 |
| Virtus Pharmaceuticals LLC | | PO Box 947177 | | | Atlanta | GA | 30394-7177 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 3 of 3

# Exhibit B



## Exhibit B
### Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Group of Mezz Lenders | c/o Kirkland & Ellis LLP, Kirkland & Ellis International LLP | Attn: Ryan Blaine Bennett & Zak Piech | ryan.bennett@kirkland.com zak.piech@kirkland.com |
| Ad Hoc Group of Mezz Lenders | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, L. Katherine Good, & Levi Akkerman | csamis@potteranderson.com kgood@potteranderson.com lakkerman@potteranderson.com |
| Amneal Pharmaceuticals | | | accountsreceivable@amneal.com |
| Arcutis Biotherapeutics Inc | | | information@arcutis.com |
| ARL Bio Pharma, Inc. | | | info@arlok.com |
| Aves Management LLC | Attn: Charles Asfour | | finance@avescap.com casfour@avescap.com |
| Baybridge | Attn: Greg Savino | | greg.savino@yahoo.com |
| Ben David & Arun Surseh Kumar | c/o Kennedys CMK LLP | Attn: Marc S. Casarino & Katie Barksdale | marc.casarino@kennedyslaw.com katie.barksdale@kennedyslaw.com |
| Bexar County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Bryan Henderson | | | Address Redacted |
| BSD Construction, Inc. | | | info@bsdbuilders.com |
| Cardinal Health 110, LLC & Cardinal Health 112, LLC | c/o Hiller Law, LLC | Attn: Adam Hiller | ahiller@adamhillerlaw.com |
| Cardinal Health 110, LLC and Cardinal Health 112, LLC | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber & Terri Jane Freedman | szuber@csglaw.com tfreedman@csglaw.com |
| Central-Yuriy Davydov | | | adavy830@yahoo.com |
| Constangy, Brooks, Smith & Prophete, LLP - 7070 | | | nwasser@constangy.com |
| Counsel to the Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Turner N. Falk | turner.falk@saul.com |
| District of Columbia | Office of The Attorney General | | oag@dc.gov |
| FDS, Inc. | | | info@fdsinc.net |
| Forte Bio-Pharma LLC - 8744 | | | francisco.torres@fortebiopharma.com |
| ICS Direct | | | titlecash@icsconnect.com |
| INCYTE | | | ir@incyte.com |
| Journey Medical Corporation - 5894 | | | journeymedicalar@icsconnect.com |
| Loan Admin Co LLC | c/o DLA Piper LLP | Attn: Stuart M. Brown & Matthew S. Sarna | stuart.brown@us.dlapiper.com matthew.sarna@us.dlapiper.com |
| Mayne Pharma  - 128B | | | us.ar.remit@maynepharma.com |
| NYIP Owner II LLC | c/o Eckert Seamans Cherin & Mellot LLC | Attn: Nicholas Pasalides | npasalides@eckertseamans.com |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 1 of 3



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| NYIP Owner II LLC | c/o Eckert Seamans Cherin & Mellott, LLC | Attn: Tara L. Lattomus | tlattomus@eckertseamans.com |
| Oakdell-Jeff Carson | | | crocea411@yahoo.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller & Nicholas Smargiassi | evan.miller@saul.com nicholas.smargiassi@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Jorge Garcia | jorge.garcia@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Michelle G. Novick | michelle.novick@saul.com |
| P.C.C.A, INC | Attn: Ken Barrow | | accounting@pccarx.com kbarrow@pccarx.com cyepsen@pccarx.com |
| PAAS National LLC | | | info@paasnational.com |
| Pareto Optio LLC | c/o Ice Miller LLP | Attn: Louis T DeLucia & Alyson M Fiedler | louis.delucia@icemiller.com alyson.fiedler@icemiller.com |
| PIA Holdings, Inc. | Attn: Phil Altman | | wholerx@msn.com |
| Plante Moran PLLC - 1725 | | | tom.risi@plantemoran.com |
| Professional Compounding Centers of America, Inc. ("PCCA") | Attn: Manfredo Thibau, Ken Barrow, & Michelle Biggs | | mthibau@pccarx.com kbarrow@pccarx.com cyepsen@pccarx.com |
| Pro-Yuriy Davydov | | | adavy830@yahoo.com |
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | | nyrobankruptcy@sec.gov |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Skin Medicinals | c/o Morris, Nichols, Arsht, & Tunnell LLP | Attn: Matthew B. Harvey & Matthew O. Talmo | mharvey@morrisnichols.com matlmo@morrisnichols.com apark@morrisnichols.com |
| State of Alabama | Office of The Attorney General | | consumerinterest@alabamaag.gov |
| State of Alaska | Office of the Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office of The Attorney General | | aginfo@azag.gov |
| State of Arkansas | Office of The Attorney General | | oag@arkansasag.gov |
| State of California | Office of The Attorney General | | xavier.becerra@doj.ca.gov |
| State of Colorado | Office of The Attorney General | | cora.request@coag.gov |
| State of Connecticut | Office of The Attorney General | | attorney.general@ct.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us attorney.general@delaware.gov |
| State of Florida | Office of The Attorney General | | ashley.moody@myfloridalegal.com |
| State of Hawaii | Office of The Attorney General | | hawaiiag@hawaii.gov |
| State of Idaho | Office of The Attorney General | | bankruptcy@ag.idaho.gov |
| State of Illinois | Office of The Attorney General | | info@lisamadigan.org |



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| State of Iowa | Office of The Attorney General | | consumer@ag.iowa.gov |
| State of Kansas | Attn: Attorney General Derek Schmidt | | derek.schmidt@ag.ks.gov |
| State of Louisiana | Dept. of Justice - Attorney General's Office | | admininfo@ag.state.la.us |
| State of Maine | Office of the Attorney General | | attorney.general@maine.gov |
| State of Maryland | Office of The Attorney General | | oag@oag.state.md.us |
| State of Minnesota | Office of The Attorney General | | attorney.general@ag.state.mn.us |
| State of Missouri | Office of The Attorney General | | consumer.help@ago.mo.gov |
| State of Montana | Office of The Attorney General | | contactdoj@mt.gov |
| State of New Hampshire | Office of The Attorney General | | attorneygeneral@doj.nh.gov |
| State of New Mexico | Office of The Attorney General | | hbalderas@nmag.gov |
| State of North Dakota | Office of The Attorney General | | ndag@nd.gov |
| State of Oklahoma | Office of The Attorney General | | questions@oag.ok.gov |
| State of Oregon | Office of The Attorney General | | ellen.rosenblum@dog.state.or.us attorneygeneral@doj.state.or.us |
| State of Rhode Island | Office of The Attorney General | | ag@riag.ri.gov |
| State of Utah | Office of The Attorney General | | uag@utah.gov |
| State of Utah | Office of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| State of Vermont | Office of The Attorney General | | ago.info@vermont.gov |
| State of Virginia | Office of The Attorney General | | mail@oag.state.va.us |
| State of West Virginia | Office of The Attorney General | | consumer@wvago.gov |
| State of Wisconsin | Office of The Attorney General | | dojbankruptcynoticegroup@doj.state.wi.us |
| Troutman Pepper Hamilton Sanders LLP | | | kathleen.sawyer@troutman.com |
| Virtus Pharmaceuticals LLC | | | arcash@eversana.com |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 3 of 3

# **<u>Exhibit C</u>**

 STRETTO

**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Bryan Henderson | c/o Emmanuel Sheppard & Condon - Pensacola FL | Attn: Erick M. Drlicka & Jennifer Shoaf Richardson | 30 S Spring St | | Pensacola | FL | 32502 |
| Christopher Neil Densman | c/o Berger Singerman LLP - Fort Lauderdale FL | Attn: Ruth Ellen Vafek | 201 E Las Olas Boulevard | Suite 1500 | Fort Lauderdale | FL | 33301 |
| Christopher Neil Densman | c/o Berger Singerman LLP - Miami FL | Attn: Jordi Guso | 1450 Bricknell Avenue | | Miami | FL | 33131 |
| Crestview City Parmacy Inc | c/o Berger Singerman LLP - Fort Lauderdale FL | Attn: Ruth Ellen Vafek | 201 E Las Olas Boulevard | Suite 1500 | Fort Lauderdale | FL | 33301 |
| Crestview City Parmacy Inc | c/o Berger Singerman LLP - Miami FL | Attn: Jordi Guso | 1450 Bricknell Avenue | | Miami | FL | 33131 |
| Crestview Pharmacy, LLC | | 1919 N Clybourn Ave | | | Chicago | IL | 60614-4903 |
| Crestview Pharmacy, LLC | c/o Corporate Service Company - Registered Agent | 120 Hays Street | | | Tallahassee | FL | 32301 |
| Crestview Pharmacy, LLC | LLP | Attn: Alexis M. Dominguez | Two North LaSalle Street | Suite 1700 | Chicago | IL | 60602-3801 |
| Jennifer Reshay Densman | c/o Berger Singerman LLP - Fort Lauderdale FL | Attn: Ruth Ellen Vafek | 201 E Las Olas Boulevard | Suite 1500 | Fort Lauderdale | FL | 33301 |
| Jennifer Reshay Densman | c/o Berger Singerman LLP - Miami FL | Attn: Jordi Guso | 1450 Bricknell Avenue | | Miami | FL | 33131 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 1 of 1

# **Exhibit D**



**Exhibit D**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Bryan Henderson | c/o Emmanuel Sheppard & Condon - Pensacola FL | Attn: Erick M. Drlicka & Jennifer Shoaf Richardson | emd@esclaw.com |
| Christopher Neil Densman | c/o Berger Singerman LLP -Fort Lauderdale FL | Attn: Ruth Ellen Vafek | rvafek@bergersingerman.com |
| Christopher Neil Densman | c/o Berger Singerman LLP -Miami FL | Attn: Jordi Guso | jguso@bergersingerman.com |
| Crestview City Parmacy Inc | c/o Berger Singerman LLP -Fort Lauderdale FL | Attn: Ruth Ellen Vafek | rvafek@bergersingerman.com |
| Crestview City Parmacy Inc | c/o Berger Singerman LLP -Miami FL | Attn: Jordi Guso | jguso@bergersingerman.com |
| Crestview Pharmacy, LLC | c/o Neal, Gerber & Eisenberg LLP | Attn: Alexis M. Dominguez | adominguez@nge.com |
| Jennifer Reshay Densman | c/o Berger Singerman LLP -Fort Lauderdale FL | Attn: Ruth Ellen Vafek | rvafek@bergersingerman.com |
| Jennifer Reshay Densman | c/o Berger Singerman LLP -Miami FL | Attn: Jordi Guso | jguso@bergersingerman.com |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 1 of 1