# SIGN-IN SHEET

**CASE NAME:** Optio Rx/Skin Medicinals 24-11188/24-50079
**CASE NO:** 24-11188/24-50079

**COURTROOM LOCATION:** 7
**DATE:** 8/29/2024 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Chapman | Chapman Brown Cicero & Cole LLP | Debtors |
| Mark Olivere | " | " |
| Matt Talmo | WHT | Skin Medicinals |
| Jed Glickstein | Goldstein Kaplan Kennedy | " |
| Kelly Farnan | RLF | Debtors |
| Jeff Moyer | " | " |
| Chad Sneindler | " | " |
| Kate Mowery | " | " |
| Stuart Brown | DLA Piper LLP (US) | Lead Admin Co. |
| James Higgins | Hogan McDaniel | Lisa Ippolito |
| Brian McKay | Saul Ewing | Official Committee of Unsecured Creditors |
| Chris Sams | Potter Anderson | Ad Hoc Group |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

Optio Rx/Skin Medicinals
24-11188/24-50079

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Ryan | Bennett | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Peter | Candel | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| L. Katherine | Good | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Lauren | Huber | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Maria | Kotsiras | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Zak | Piech | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Christopher | Samis | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Peter | Candel | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Maria | Kotsiras | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Michelle | Novick | Saul Ewing | Creditors Committee | Video and Audio |
| Ben | David | Optio Rx, LLC | Debtors | Video and Audio |
| Jarlath | Johnston | Bentley Associates L.P. | Debtors | Video and Audio |
| Leo | LaFranco | Optio Rx, LLC | Debtors | Video and Audio |
| Ben | David | Optio Rx, LLC | Debtors | Video and Audio |
| Barry | Best | DLA Piper LLP (US) | Loan Admin Co | Video and Audio |
| Jeff | Kelly | DLA Piper LLP (US) | Loan Admin Co | Video and Audio |
| Jamie | Knox | DLA Piper LLP (US) | Loan Admin Co | Video and Audio |
| Jonathan | Tunis | DLA Piper LLP (US) | Loan Admin Co | Audio Only |
| Jonathan | Tunis | DLA Piper LLP (US) | Loan Admin Co | Audio Only |
| Stuart | Brown | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Jon | Finch | MCCP | Loan Admin Co LLC | Video and Audio |
| Carolyn | Fox | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Matthew | Sarna | DLA Piper LLP (US) | mattsarna91 | Video and Audio |
| David | Queroli | Richards, Layton & Finger | Optio Rx, LLC | Video and Audio |
| Catherine | Yepsen | PCCA | PCCA | Audio Only |
| Daniel | Butz | Morris, Nichols, Arsht & Tunnell LLP | Skin Medicinals LLC | Video and Audio |
| Annie | Garau Kelly | Kaplan & Grady | Skin Medicinals LLC | Video and Audio |
| Jed | Glickstein | Kaplan & Grady | Skin Medicinals LLC | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Skin Medicinals LLC | Video and Audio |
| Howard | Kaplan | Kaplan & Grady | Skin Medicinals LLC | Video and Audio |
| Austin | Park | Morris Nichols Arsht and Tunnell | Skin Medicinals LLC | Video and Audio |
| Matthew | Talmo | Morris, Nichols Arsht & Tunnell LLP | Skin Medicinals LLC | Video and Audio |
| Jonathan | Lipshie | DOJ-Ust | ust | Video and Audio |

**Optio Rx/Skin Medicinals**
**24-11188/24-50079**

| Name | Surname | Publication | Format |
|---|---|---|---|
| Rick | Archer | Law360 | Audio Only |
| Skye | Crump | | Audio Only |
| Jonah | Eber | Hain | Video and Audio |
| Clara | Geoghegan | Law360 | Audio Only |
| Taylor | Harrison | | Audio Only |
| Vince | Sullivan | Law360 | Audio Only |
| David | Zubkis | | Audio Only |
| Jonah | Eber | Hain | Video and Audio |