IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| **OPTIO RX, LLC., et al.,** | ) Case No. 24-11188 (TMH) |
| | ) |
| | ) Jointly Administered |
| Debtors.[1] | ) |
| | ) **Objection Deadline: September 24, 2024 at 4:00 p.m.** |

**FIRST MONTHLY FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 27, 2024 THROUGH JULY 31, 2024**

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Effective nunc pro tunc to June 27, 2024* |
| Period for which compensation and reimbursement is sought: | June 27, 2024 through July 31, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $228,453.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $6.89 |
| This is a(n): | __x__ Monthly  ____ Interim  ____ Final Application |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

**Requested Payment Amount:**

| | | |
|---|---|---:|
| Fees at 80% | $ | 182,762.40 |
| Expenses at 100% | | 6.89 |
| Total: | $ | 182,769.29 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | |
| **OPTIO RX, LLC., et al.,** ) | Case No. 24-11188 (TMH) |
| ) | |
| ) | Jointly Administered |
| **Debtors.**[1] ) | |
| ) | |

**FIRST MONTHLY FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 27, 2024 THROUGH JULY 31, 2024**

Alvarez & Marsal North America, LLC ("A&M"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in the case of the above-captioned debtors (the "Debtors"), hereby submits its first monthly application (the "Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from June 27, 2024 through July 31, 2024. In support hereof, A&M respectfully represents as follows:

**I. JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT**

1.  This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

## II. BACKGROUND

2. On June 7, 2024 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of their businesses and operation of their properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. In accordance with the provisions of section 1102(b) of the Bankruptcy Code, on June 21, 2024, the United States Trustee appointed the Committee in the Debtors' cases [Docket No. 67]. Further, on June 25, 2024, the United States Trustee filed an amended appointment of the Committee, effective June 25, 2024. See amended Notice of Appointment of Committee of Unsecured Creditors [Docket No. 81].

4. On August 16, 2024, this Court entered an order approving the retention of A&M as financial advisor to the Committee effective *nunc pro tunc* to June 27, 2024 [Docket No. 297].

5. A&M has rendered services on behalf of the Committee for the period from June 27, 2024 through July 31, 2024 (the "Compensation Period") totaling 357.3 hours of professional time.

6. The following exhibits are attached hereto for the Compensation Period: (i) Exhibit "A" is a summary of time detail by professional; (ii) Exhibit "B" is a summary of time detail by project category; (iii) Exhibit "C" is the itemized daily time records by project category; (iv) Exhibit "D" is a summary of expenses by category; and (v) Exhibit "E" is the itemized expense detail by professional.

7. The following paragraphs describe the primary professional services rendered by A&M during the Compensation Period, organized in accordance with A&M's internal system of project categories.

Business Plan (121.3 hours)
A&M began to review and analyze the Debtors' business plan, including a review of key assumptions and financial projections. A&M also conducted industry research relevant to the business plan.

Financial & Operational Matters (101.3 hours)
A&M reviewed historical financial information provided by the Debtors' advisors to enhance A&M's understanding of Optio's business. A&M has prepared and maintained a diligence request list on behalf of Committee professionals, which is updated regularly to reflect documents received and reviewed.

SOFAs & SOALs (41.5 hours)
A&M began to review and analyze the Debtors' Statement of Financial Affairs ("SOFA") and Statement of Assets and Liabilities ("SOAL") to evaluate the Debtors' financial position. A&M also prepared a presentation summarizing the Debtors' SOFA/SOALs for the Committee.

8. The total sum due to A&M for professional services rendered on behalf of the Committee for the Compensation Period is $228,453.00. A&M submits that the professional services it rendered on behalf of the Committee during this time were reasonable and necessary.

9. A&M also expended costs on behalf of the Committee in the sum of $6.89 during the Compensation Period.

10. The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, A&M hereby requests: (i) interim allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $228,453.00 and reimbursement of actual and necessary expenses incurred in the sum of $6.89 for the period from June 27, 2024 through July 31, 2024; (ii) payment in the amount of $182,769.29 representing 80% of total fees billed and 100% of the expenses incurred during the Compensation Period, as provided under the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 266]; and (iii) such other relief as this Court deems just and proper.

Dated:  September 3, 2024
        Chicago, IL

Respectfully submitted,

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

By:  */s/ Richard Newman*
Richard Newman
540 W. Madison St., Suite 1800
Chicago, IL 60661
Telephone:  469.231.6780
rnewman@alvarezandmarsal.com

Financial Advisor to the *Official Committee of Unsecured Creditors*