*Exhibit A*

*Optio Rx, LLC, et al.*
*Summary of Time Detail by Professional*
*June 27, 2024 through July 31, 2024*

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Newman, Rich | Managing Director | $ 1,325 | 35.7 | $ 47,302.50 |
| Freitas, Mark | Managing Director | 1,100 | 5.6 | 6,160.00 |
| Brouwer, Matthew | Senior Director | 1,000 | 45.9 | 45,900.00 |
| Rogers, Seth | Senior Director | 825 | 17.6 | 14,520.00 |
| Porter, Nick | Associate | 525 | 80.4 | 42,210.00 |
| Patel, Kishan | Associate | 525 | 75.8 | 39,795.00 |
| Crump, Skye | Analyst | 525 | 96.3 | 50,557.50 |
|  |  |  | **357.3** | **$ 246,445.00** |
| Less: Voluntary Reduction |  |  |  | 17,992.00 |
| **Grand Total** |  |  |  | **$ 228,453.00** |