*Exhibit B*

*Optio Rx, LLC, et al.*
*Summary of Time Detail by Project Category*
*June 27, 2024 through July 31, 2024*

| Project Category | Hours | Fees |
|---|---:|---:|
| Business Plan | 121.3 | 68,480.00 |
| Case Administration | 2.0 | 2,260.00 |
| Cash Budget | 29.8 | 23,827.50 |
| Contracts | 11.9 | 7,577.50 |
| Court Attendance / Participation | 4.2 | 4,205.00 |
| Financial & Operational Matters | 101.3 | 67,627.50 |
| Financing Matters (DIP, Exit, Other) | 7.0 | 7,990.00 |
| Firm Retention | 5.0 | 4,310.00 |
| General Correspondence with UCC & UCC Counsel | 8.3 | 10,187.50 |
| Intercompany Claims | 0.2 | 265.00 |
| Miscellaneous Motions | 7.0 | 5,657.50 |
| Plan of Reorganization / Disclosure Statement | 9.5 | 8,947.50 |
| SOFAs & SOALs | 41.5 | 28,492.50 |
| Valuation | 8.3 | 6,617.50 |
| **Total** | **357.3** | **$ 246,445.00** |

| | |
|---|---:|
| Less: Voluntary Reduction | 17,992.00 |
| **Grand Total** | **$ 228,453.00** |