*Exhibit C*

*Optio Rx, LLC, et al.*
*Time Detail by Project Category*
*June 27, 2024 through July 31, 2024*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Business Plan** | | | |
| Rogers, Seth | 7/8/2024 | 0.9 | Participate in internal working session (Patel, Rogers, Porter) re: prepare diligence requests |
| Porter, Nick | 7/8/2024 | 0.9 | Participate in internal working session (Patel, Rogers, Porter) re: prepare diligence requests |
| Patel, Kishan | 7/8/2024 | 0.9 | Participate in internal working session (Patel, Rogers, Porter) re: prepare diligence requests |
| Freitas, Mark | 7/8/2024 | 0.3 | Develop A&M work plan re: business plan |
| Rogers, Seth | 7/8/2024 | 1.2 | Update diligence request list re: business plan items |
| Rogers, Seth | 7/9/2024 | 2.7 | Investigate industry comparables re: historical pharmacy acquisitions |
| Rogers, Seth | 7/9/2024 | 1.9 | Apply industry benchmarks to financial performance by company segment |
| Porter, Nick | 7/9/2024 | 2.2 | Conduct research on company's retail pharmacies |
| Porter, Nick | 7/9/2024 | 1.8 | Investigate industry comparables re: historical pharmacy acquisitions |
| Porter, Nick | 7/9/2024 | 1.2 | Conduct research on compounding pharmacy trade groups |
| Porter, Nick | 7/9/2024 | 1.4 | Conduct research on compounding pharmacy market size and growth |
| Porter, Nick | 7/9/2024 | 1.4 | Prepare analysis re: benchmarking comparison of company financial metrics |
| Patel, Kishan | 7/9/2024 | 2.4 | Conduct research on compounding pharmacy market |
| Patel, Kishan | 7/9/2024 | 2.1 | Prepare analysis of company performance relative to competitors |
| Patel, Kishan | 7/9/2024 | 1.7 | Conduct research on compounding pharmacy trade associations |
| Patel, Kishan | 7/9/2024 | 1.8 | Prepare analysis of company benchmark metrics |
| Porter, Nick | 7/10/2024 | 1.2 | Conduct research on M&A transactions in compounding pharmacy industry |
| Porter, Nick | 7/10/2024 | 1.6 | Conduct research on compounding pharmacy operating practices |
| Patel, Kishan | 7/10/2024 | 2.7 | Apply benchmarking to historical company performance |
| Patel, Kishan | 7/10/2024 | 1.2 | Conduct research on comparables of M&A transactions re: analysis of historical company acquisitions |
| Patel, Kishan | 7/10/2024 | 2.6 | Conduct research on historical PE investments made in compounding pharmacies |
| Patel, Kishan | 7/10/2024 | 1.4 | Conduct research on historical PE investments made in traditional pharmacies |
| Porter, Nick | 7/11/2024 | 1.4 | Conduct research on segments within compounding pharmacies |
| Porter, Nick | 7/11/2024 | 1.2 | Conduct research on independent retail pharmacy trends |
| Porter, Nick | 7/11/2024 | 1.6 | Prepare outline of benchmarking analysis re: pharmacy-level performance |
| Porter, Nick | 7/11/2024 | 0.8 | Prepare outline of benchmarking analysis re: enterprise-level performance |
| Patel, Kishan | 7/11/2024 | 2.1 | Conduct research on trends in compounding pharmacy market |
| Patel, Kishan | 7/11/2024 | 2.3 | Conduct research on trends of historical PE investments made in pharmacies |
| Porter, Nick | 7/12/2024 | 1.4 | Conduct research on semaglutide as a compounding pharmacy segment |
| Porter, Nick | 7/12/2024 | 1.6 | Prepare Committee presentation re: industry research analysis |
| Patel, Kishan | 7/12/2024 | 2.1 | Conduct research on segment performance within compounding pharmacies |
| Patel, Kishan | 7/12/2024 | 2.2 | Conduct research on semaglutide manufacturing in compounding pharmacies |
| Patel, Kishan | 7/12/2024 | 2.6 | Prepare analysis of market research conducted |

*Exhibit C*

*Optio Rx, LLC, et al.*
*Time Detail by Project Category*
*June 27, 2024 through July 31, 2024*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Freitas, Mark | 7/15/2024 | 0.3 | Develop A&M work plan re: business plan |
| Porter, Nick | 7/15/2024 | 1.2 | Conduct research on complexities of compounded GLP-1 |
| Porter, Nick | 7/15/2024 | 0.4 | Conduct research on compounding of products on the shortage list |
| Porter, Nick | 7/15/2024 | 0.7 | Conduct research on compounding pharmacy product trends |
| Porter, Nick | 7/15/2024 | 1.5 | Conduct research on pharmacy inventory purchasing trends |
| Porter, Nick | 7/15/2024 | 1.9 | Develop proposed rationale re: events leading to bankruptcy |
| Patel, Kishan | 7/15/2024 | 2.1 | Conduct research on FDA shortage list in compounding pharmacy market |
| Patel, Kishan | 7/15/2024 | 1.7 | Prepare analysis re: FDA shortage list in compounding pharmacy market |
| Patel, Kishan | 7/15/2024 | 1.6 | Conduct research on supplier options available to compounding pharmacies |
| Patel, Kishan | 7/15/2024 | 1.8 | Analyze listing of company vendors re: business plan |
| Patel, Kishan | 7/15/2024 | 0.8 | Prepare analysis re: historical company relationships with suppliers |
| Freitas, Mark | 7/16/2024 | 0.4 | Review and comment on analysis re: pharmacy industry benchmark metrics |
| Porter, Nick | 7/16/2024 | 2.1 | Conduct research on benchmarks for compounding pharmacies |
| Porter, Nick | 7/16/2024 | 2.2 | Conduct research on historical PE investments made in compounding pharmacies |
| Patel, Kishan | 7/16/2024 | 2.1 | Conduct research on investment potential of compounding pharmacies |
| Patel, Kishan | 7/16/2024 | 2.3 | Conduct research on performance of PE-owned compounding pharmacies |
| Brouwer, Matthew | 7/17/2024 | 0.3 | Review business plan projections |
| Crump, Skye | 7/17/2024 | 0.6 | Analyze business plan projections |
| Crump, Skye | 7/17/2024 | 0.6 | Prepare questions on Debtors' initial business plan projections |
| Newman, Rich | 7/17/2024 | 0.7 | Review business plan projections |
| Porter, Nick | 7/17/2024 | 1.2 | Prepare analysis of PE-owned comparable pharmacies |
| Porter, Nick | 7/17/2024 | 1.1 | Conduct research on trends in the pharmacy industry |
| Porter, Nick | 7/17/2024 | 2.7 | Analyze Debtors' initial business plan projections at enterprise-level |
| Porter, Nick | 7/17/2024 | 2.9 | Analyze Debtors' initial business plan projections at pharmacy-level |
| Patel, Kishan | 7/17/2024 | 2.6 | Conduct research on historical PE investments made in compounding pharmacies |
| Patel, Kishan | 7/17/2024 | 2.1 | Conduct research on the trends in the compounding pharmacy industry |
| Patel, Kishan | 7/17/2024 | 2.9 | Analyze Debtors' business plan projections |
| Porter, Nick | 7/18/2024 | 2.1 | Prepare analysis of Debtors' initial business plan projections |
| Porter, Nick | 7/18/2024 | 1.8 | Apply benchmarking research to Debtors' business plan projections |
| Porter, Nick | 7/18/2024 | 2.8 | Prepare UCC presentation re: Debtors' initial business plan projections |
| Patel, Kishan | 7/18/2024 | 2.9 | Update Committee presentation re: industry research |
| Freitas, Mark | 7/19/2024 | 0.3 | Develop A&M work plan re: business plan |
| Brouwer, Matthew | 7/22/2024 | 0.7 | Review business plan projections |
| Crump, Skye | 7/22/2024 | 1.8 | Analyze business plan projections/assumptions |
| Crump, Skye | 7/22/2024 | 0.6 | Prepare questions for Paladin re: business plan projections |
| Porter, Nick | 7/22/2024 | 2.9 | Update Committee presentation re: Debtors' business plan projections |

*Exhibit C*

*Optio Rx, LLC, et al.*
*Time Detail by Project Category*
*June 27, 2024 through July 31, 2024*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Porter, Nick | 7/22/2024 | 1.8 | Conduct research on historical PE investments made in compounding pharmacies |
| Patel, Kishan | 7/22/2024 | 2.9 | Conduct research on historical PE investments made in pharmacies |
| Porter, Nick | 7/22/2024 | 1.3 | Update benchmarking analysis re: pharmacy-level performance |
| Brouwer, Matthew | 7/23/2024 | 0.5 | Participate on internal call (Rogers, Porter, Patel, Brouwer, Crump) re: Debtors' business plan projections |
| Crump, Skye | 7/23/2024 | 0.5 | Participate on internal call (Rogers, Porter, Patel, Brouwer, Crump) re: Debtors' business plan projections |
| Rogers, Seth | 7/23/2024 | 0.5 | Participate on internal call (Rogers, Porter, Patel, Brouwer, Crump) re: Debtors' business plan projections |
| Porter, Nick | 7/23/2024 | 0.5 | Participate on internal call (Rogers, Porter, Patel, Brouwer, Crump) re: Debtors' business plan projections |
| Patel, Kishan | 7/23/2024 | 0.5 | Participate on internal call (Rogers, Porter, Patel, Brouwer, Crump) re: Debtors' business plan projections |
| Brouwer, Matthew | 7/25/2024 | 1.3 | Analyze business plan projections |
| **Subtotal** | | **121.3** | |
| **Case Administration** | | | |
| Newman, Rich | 6/27/2024 | 0.5 | Prepare workplan for A&M team |
| Brouwer, Matthew | 7/1/2024 | 0.3 | Participate on internal call (Newman, Brouwer) re: workplan development |
| Newman, Rich | 7/1/2024 | 0.3 | Participate on internal call (Newman, Brouwer) re: workplan development |
| Brouwer, Matthew | 7/2/2024 | 0.5 | Prepare workplan for A&M team |
| Brouwer, Matthew | 7/11/2024 | 0.3 | Prepare workplan for A&M team |
| Brouwer, Matthew | 7/16/2024 | 0.1 | Update work plan for A&M team |
| **Subtotal** | | **2.0** | |
| **Cash Budget** | | | |
| Brouwer, Matthew | 6/27/2024 | 0.8 | Review DIP budget |
| Crump, Skye | 6/27/2024 | 1.4 | Assess DIP budget |
| Newman, Rich | 6/27/2024 | 0.2 | Review revised DIP budget |
| Newman, Rich | 6/27/2024 | 0.2 | Correspond with Paladin re: DIP budget questions |
| Brouwer, Matthew | 6/28/2024 | 0.8 | Participate on internal call (Brouwer, Crump) re: initial DIP budget |
| Crump, Skye | 6/28/2024 | 0.8 | Participate on internal call (Brouwer, Crump) re: initial DIP budget |
| Brouwer, Matthew | 6/28/2024 | 0.6 | Participate on call with Paladin re: DIP budget |
| Brouwer, Matthew | 6/28/2024 | 1.4 | Review DIP budget |
| Crump, Skye | 6/28/2024 | 2.3 | Prepare analysis of initial DIP budget |
| Newman, Rich | 6/28/2024 | 0.5 | Review DIP budget for potential shortfall in receipts |
| Newman, Rich | 6/29/2024 | 0.4 | Prepare questions on DIP budget for meeting with Paladin and Debtor |
| Crump, Skye | 6/30/2024 | 0.5 | Participate on call with Debtor, Paladin, and A&M team (Newman, Crump) re: initial DIP budget |
| Newman, Rich | 6/30/2024 | 0.5 | Participate on call with Debtor, Paladin, and A&M team (Newman, Crump) re: initial DIP budget |
| Brouwer, Matthew | 6/30/2024 | 0.4 | Review DIP budget |
| Brouwer, Matthew | 6/30/2024 | 0.2 | Analyze DIP budget re: interest and fees |

*Exhibit C*

*Optio Rx, LLC, et al.*
*Time Detail by Project Category*
*June 27, 2024 through July 31, 2024*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Crump, Skye | 6/30/2024 | 0.2 | Prepare analysis of updated DIP budget |
| Crump, Skye | 6/30/2024 | 0.3 | Analyze debt interest calculations re: disbursements in initial DIP budget |
| Newman, Rich | 6/30/2024 | 0.9 | Prepare issues list for DIP budget |
| Newman, Rich | 6/30/2024 | 0.2 | Correspond with UCC counsel re: DIP budget |
| Newman, Rich | 6/30/2024 | 1.0 | Prepare analysis of proposed adequate protection payments |
| Brouwer, Matthew | 7/1/2024 | 0.9 | Participate on internal call (Brouwer, Crump) re: updated DIP budget |
| Crump, Skye | 7/1/2024 | 0.9 | Participate on internal call (Brouwer, Crump) re: updated DIP budget |
| Brouwer, Matthew | 7/1/2024 | 1.4 | Analyze changes to DIP budget |
| Crump, Skye | 7/1/2024 | 1.9 | Prepare variance analysis comparing the updated DIP budget to the prior week's |
| Crump, Skye | 7/1/2024 | 2.3 | Prepare summary of DIP budget variance analysis |
| Newman, Rich | 7/1/2024 | 0.3 | Review and comment on updated DIP budget |
| Crump, Skye | 7/15/2024 | 0.2 | Participate on internal call (Newman, Crump) re: updated DIP budget |
| Newman, Rich | 7/15/2024 | 0.2 | Participate on internal call (Newman, Crump) re: updated DIP budget |
| Crump, Skye | 7/15/2024 | 0.6 | Analyze updated DIP budget |
| Crump, Skye | 7/15/2024 | 1.9 | Prepare analysis of updated DIP budget |
| Crump, Skye | 7/15/2024 | 2.1 | Prepare Committee presentation re: updated DIP budget |
| Newman, Rich | 7/15/2024 | 0.3 | Review Debtors' weekly DIP budget variance reporting |
| Newman, Rich | 7/16/2024 | 0.3 | Review DIP budget Committee presentation |
| Brouwer, Matthew | 7/24/2024 | 0.8 | Participate on internal call (Brouwer, Crump) re: Debtors' weekly cash flow variance reporting |
| Crump, Skye | 7/24/2024 | 0.8 | Participate on internal call (Brouwer, Crump) re: Debtors' weekly cash flow variance reporting |
| Brouwer, Matthew | 7/24/2024 | 0.6 | Review updated DIP budget |
| Brouwer, Matthew | 7/24/2024 | 0.4 | Review Debtors' weekly cash flow variance reporting |
| Newman, Rich | 7/24/2024 | 0.2 | Review weekly cash flow variance reporting |
| Newman, Rich | 7/30/2024 | 0.1 | Correspond with UCC counsel re: professional fees |
| **Subtotal** | | **29.8** | |

| **Contracts** | | | |
|---|---|---|---|
| Brouwer, Matthew | 7/11/2024 | 0.6 | Analyze Debtors' unsecured debt agreements |
| Brouwer, Matthew | 7/15/2024 | 0.3 | Review Debtors' unsecured debt agreements |
| Crump, Skye | 7/16/2024 | 1.8 | Analyze terms of seller notes |
| Crump, Skye | 7/16/2024 | 0.9 | Prepare summary of seller notes terms |
| Brouwer, Matthew | 7/24/2024 | 0.6 | Analyze Debtors' lease agreements |
| Brouwer, Matthew | 7/24/2024 | 0.6 | Analyze seller note agreements |
| Crump, Skye | 7/24/2024 | 0.2 | Analyze seller note terms |
| Brouwer, Matthew | 7/25/2024 | 0.7 | Participate on internal call (Brouwer, Crump) re: lease summary |
| Crump, Skye | 7/25/2024 | 0.7 | Participate on internal call (Brouwer, Crump) re: lease summary |

*Exhibit C*

*Optio Rx, LLC, et al.*
*Time Detail by Project Category*
*June 27, 2024 through July 31, 2024*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Crump, Skye | 7/25/2024 | 2.7 | Analyze Debtors' lease agreements |
| Crump, Skye | 7/25/2024 | 2.8 | Prepare summary of Debtors' lease agreements |
| **Subtotal** | | **11.9** | |
| **Court Attendance / Participation** | | | |
| Newman, Rich | 7/1/2024 | 2.5 | Attend second day hearing/Skin Medicinals hearing |
| Crump, Skye | 7/9/2024 | 0.9 | Attend 341 Meeting |
| Crump, Skye | 7/12/2024 | 0.8 | Attend hearing for Skin Medicinals injunction ruling |
| **Subtotal** | | **4.2** | |
| **Financial & Operational Matters** | | | |
| Brouwer, Matthew | 6/27/2024 | 0.2 | Participate on internal call (Newman, Brouwer) re: case updates |
| Newman, Rich | 6/27/2024 | 0.2 | Participate on internal call (Newman, Brouwer) re: case updates |
| Crump, Skye | 6/27/2024 | 1.6 | Prepare diligence request list |
| Newman, Rich | 6/27/2024 | 0.2 | Coordinate diligence with Paladin |
| Newman, Rich | 6/27/2024 | 0.2 | Review and comment on draft diligence request list |
| Newman, Rich | 6/27/2024 | 0.4 | Review complaint filed by competitor |
| Brouwer, Matthew | 6/28/2024 | 0.4 | Participate on internal call (Newman, Brouwer, Crump) re: case updates |
| Crump, Skye | 6/28/2024 | 0.4 | Participate on internal call (Newman, Brouwer, Crump) re: case updates |
| Newman, Rich | 6/28/2024 | 0.4 | Participate on internal call (Newman, Brouwer, Crump) re: case updates |
| Brouwer, Matthew | 6/28/2024 | 0.6 | Review draft diligence request list |
| Crump, Skye | 6/28/2024 | 0.8 | Update diligence request list |
| Newman, Rich | 6/28/2024 | 0.2 | Review Debtors' witness list |
| Newman, Rich | 6/29/2024 | 0.4 | Review disclosure statement approval motion |
| Crump, Skye | 6/30/2024 | 0.9 | Analyze amounts outstanding under Debtors' secured debt |
| Brouwer, Matthew | 7/2/2024 | 0.5 | Review data room contents |
| Crump, Skye | 7/2/2024 | 1.0 | Analyze data room contents |
| Crump, Skye | 7/2/2024 | 0.8 | Update diligence request list |
| Newman, Rich | 7/2/2024 | 0.2 | Review data room index |
| Brouwer, Matthew | 7/3/2024 | 1.3 | Participate on internal call (Newman, Brouwer, Crump) re: case updates |
| Crump, Skye | 7/3/2024 | 1.3 | Participate on internal call (Newman, Brouwer, Crump) re: case updates |
| Newman, Rich | 7/3/2024 | 1.3 | Participate on internal call (Newman, Brouwer, Crump) re: case updates |
| Brouwer, Matthew | 7/3/2024 | 0.6 | Update diligence request list |
| Crump, Skye | 7/3/2024 | 0.2 | Update diligence request list |
| Crump, Skye | 7/3/2024 | 1.1 | Analyze data room contents re: audited financial statements |
| Newman, Rich | 7/3/2024 | 0.8 | Review data room contents re: audited financial statements |
| Brouwer, Matthew | 7/8/2024 | 0.2 | Review data room contents |

*Exhibit C*

*Optio Rx, LLC, et al.*
*Time Detail by Project Category*
*June 27, 2024 through July 31, 2024*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Crump, Skye | 7/8/2024 | 1.9 | Prepare summary of historical financial statements |
| Crump, Skye | 7/8/2024 | 1.2 | Examine audited financial statements re: historical audit opinions |
| Newman, Rich | 7/8/2024 | 0.7 | Review term sheet between Debtors, lenders, and unsecured creditor |
| Newman, Rich | 7/8/2024 | 0.7 | Review historical accounting deficiencies |
| Rogers, Seth | 7/8/2024 | 1.5 | Review data room contents re: audited financial statements |
| Rogers, Seth | 7/8/2024 | 1.9 | Investigate competitor performance relative to the company |
| Rogers, Seth | 7/8/2024 | 2.6 | Develop proposed rationale re: events leading to bankruptcy |
| Porter, Nick | 7/8/2024 | 1.9 | Review data room contents re: FY 2018 - FY 2020 audited financial statements |
| Porter, Nick | 7/8/2024 | 1.4 | Review data room contents re: FY 2021 - FY 2022 audited financial statements |
| Porter, Nick | 7/8/2024 | 1.3 | Develop proposed rationale re: events leading to bankruptcy |
| Porter, Nick | 7/8/2024 | 1.3 | Update diligence request list |
| Patel, Kishan | 7/8/2024 | 2.1 | Review data room contents re: 2018 - 2020 audited financial statements |
| Patel, Kishan | 7/8/2024 | 1.6 | Review data room contents re: 2021 - 2022 audited financial statements |
| Patel, Kishan | 7/8/2024 | 1.7 | Prepare analysis of events leading to bankruptcy |
| Patel, Kishan | 7/8/2024 | 1.7 | Update diligence request list |
| Brouwer, Matthew | 7/9/2024 | 0.6 | Participate on internal call (Newman, Brouwer) re: case updates |
| Newman, Rich | 7/9/2024 | 0.6 | Participate on internal call (Newman, Brouwer) re: case updates |
| Crump, Skye | 7/9/2024 | 1.1 | Analyze new data room contents |
| Crump, Skye | 7/9/2024 | 0.4 | Correspond with A&M team re: 341 Meeting notes |
| Crump, Skye | 7/9/2024 | 0.6 | Update diligence request list |
| Crump, Skye | 7/9/2024 | 1.4 | Update summary of historical financial statements |
| Rogers, Seth | 7/9/2024 | 2.6 | Prepare analysis of company performance relative to competitors |
| Rogers, Seth | 7/9/2024 | 1.8 | Analyze company financial performance by segment |
| Porter, Nick | 7/10/2024 | 0.9 | Prepare analysis of company revenue by segment |
| Porter, Nick | 7/10/2024 | 1.4 | Prepare analysis of company revenue by payor type |
| Porter, Nick | 7/10/2024 | 1.9 | Prepare analysis of company operations |
| Brouwer, Matthew | 7/11/2024 | 0.3 | Update diligence request list |
| Newman, Rich | 7/11/2024 | 0.1 | Correspond with Paladin re: diligence request list |
| Patel, Kishan | 7/11/2024 | 1.9 | Analyze presentation re: business overview |
| Brouwer, Matthew | 7/12/2024 | 0.5 | Update diligence request list |
| Porter, Nick | 7/12/2024 | 1.8 | Prepare Committee presentation re: analysis of company's operations |
| Brouwer, Matthew | 7/14/2024 | 0.8 | Review new data room contents |
| Crump, Skye | 7/14/2024 | 0.4 | Analyze new data room contents |
| Newman, Rich | 7/14/2024 | 0.8 | Review new data room contents |
| Crump, Skye | 7/15/2024 | 0.7 | Evaluate audited financial statements re: seller note disclosures |

*Exhibit C*

*Optio Rx, LLC, et al.*
*Time Detail by Project Category*
*June 27, 2024 through July 31, 2024*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Newman, Rich | 7/15/2024 | 0.2 | Correspond with Paladin re: diligence request list |
| Porter, Nick | 7/15/2024 | 1.1 | Analyze list of company supply vendors |
| Newman, Rich | 7/16/2024 | 0.4 | Prepare notes for Committee call |
| Newman, Rich | 7/16/2024 | 0.5 | Review historical payments made to lenders |
| Freitas, Mark | 7/17/2024 | 0.2 | Review and comment on analysis re: contract dispute |
| Crump, Skye | 7/18/2024 | 0.2 | Prepare notes for A&M team re: Skin Medicinals injunction ruling |
| Patel, Kishan | 7/18/2024 | 2.2 | Update Committee presentation re: events leading to bankruptcy |
| Patel, Kishan | 7/18/2024 | 1.8 | Prepare Committee presentation re: contract dispute |
| Crump, Skye | 7/19/2024 | 0.4 | Analyze proposed settlement |
| Crump, Skye | 7/19/2024 | 0.5 | Analyze new data room contents |
| Brouwer, Matthew | 7/22/2024 | 0.2 | Participate on internal call (Newman, Brouwer) re: case updates |
| Newman, Rich | 7/22/2024 | 0.2 | Participate on internal call (Newman, Brouwer) re: case updates |
| Crump, Skye | 7/22/2024 | 0.9 | Update diligence request list |
| Freitas, Mark | 7/22/2024 | 0.1 | Review correspondence from UCC counsel re: the transfer of pharmacy licenses |
| Freitas, Mark | 7/22/2024 | 0.2 | Correspond with UCC counsel re: the transfer of pharmacy licenses |
| Newman, Rich | 7/22/2024 | 0.1 | Correspond with Paladin re: diligence requests |
| Brouwer, Matthew | 7/23/2024 | 0.2 | Review new data room contents |
| Brouwer, Matthew | 7/23/2024 | 0.9 | Review June monthly operating reports |
| Patel, Kishan | 7/23/2024 | 1.1 | Update diligence request list re: business plan items |
| Crump, Skye | 7/23/2024 | 1.5 | Analyze June monthly operating reports re: payments made to vendors |
| Crump, Skye | 7/23/2024 | 1.2 | Prepare analysis for A&M team re: June monthly operating reports |
| Freitas, Mark | 7/23/2024 | 0.2 | Correspond with A&M team re: contract dispute |
| Porter, Nick | 7/23/2024 | 0.7 | Investigate UCC member inquiry of contract dispute |
| Porter, Nick | 7/23/2024 | 1.8 | Prepare summary of contract dispute |
| Patel, Kishan | 7/23/2024 | 1.1 | Investigate UCC inquiry of contract dispute |
| Patel, Kishan | 7/23/2024 | 1.8 | Update summary of contract dispute |
| Crump, Skye | 7/24/2024 | 0.4 | Participate on internal call (Newman, Crump) re: diligence request list |
| Newman, Rich | 7/24/2024 | 0.4 | Participate on internal call (Newman, Crump) re: diligence request list |
| Crump, Skye | 7/24/2024 | 0.7 | Update diligence request list |
| Porter, Nick | 7/24/2024 | 1.2 | Address comments re: contract dispute UCC report |
| Porter, Nick | 7/24/2024 | 1.3 | Analyze financial statements re: pharmacies impacted by contract dispute |
| Porter, Nick | 7/24/2024 | 2.4 | Analyze Debtors' business plan projections re: pharmacies impacted by contract dispute |
| Patel, Kishan | 7/24/2024 | 0.8 | Address comments re: summary of contract dispute |
| Patel, Kishan | 7/24/2024 | 1.9 | Analyze analysis of financial impacts re: contract dispute |
| Patel, Kishan | 7/25/2024 | 1.7 | Update Committee presentation re: contract dispute |

*Exhibit C*

*Optio Rx, LLC, et al.*
*Time Detail by Project Category*
*June 27, 2024 through July 31, 2024*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Porter, Nick | 7/29/2024 | 0.9 | Address comments re: contract dispute UCC report |
| Porter, Nick | 7/29/2024 | 2.9 | Update UCC report re: contract dispute |
| Brouwer, Matthew | 7/30/2024 | 0.2 | Participate on internal call (Newman, Brouwer) re: case updates |
| Newman, Rich | 7/30/2024 | 0.2 | Participate on internal call (Newman, Brouwer) re: case updates |
| Crump, Skye | 7/30/2024 | 0.9 | Update diligence request list |
| Porter, Nick | 7/30/2024 | 1.9 | Prepare analysis of enterprise-level revenue and EBITDA trends from FY 2021 - FY 2024 |
| Porter, Nick | 7/30/2024 | 1.7 | Prepare analysis of pharmacy-level revenue and EBITDA trends from FY 2021 - FY 2024 |
| Porter, Nick | 7/30/2024 | 1.8 | Update UCC report re: contract dispute |
| **Subtotal** | | **101.3** | |
| **Financing Matters (DIP, Exit, Other)** | | | |
| Newman, Rich | 6/27/2024 | 0.2 | Participate on call with UCC counsel re: DIP issues |
| Crump, Skye | 6/27/2024 | 0.5 | Analyze interim DIP motion |
| Newman, Rich | 6/27/2024 | 1.1 | Review interim DIP motion |
| Newman, Rich | 6/27/2024 | 0.5 | Review DIP credit agreement |
| Newman, Rich | 6/27/2024 | 0.9 | Review and provide comments to UCC counsel re: final DIP order |
| Brouwer, Matthew | 6/28/2024 | 0.9 | Review and provide comments on draft DIP objection |
| Crump, Skye | 6/28/2024 | 0.4 | Analyze draft objection to final DIP motion |
| Newman, Rich | 6/28/2024 | 0.2 | Comment on Committee's draft final DIP motion objection |
| Newman, Rich | 6/29/2024 | 0.4 | Review key items in DIP |
| Newman, Rich | 6/29/2024 | 0.6 | Investigate appropriateness of proposed adequate protection |
| Newman, Rich | 6/30/2024 | 0.2 | Participate on call with UCC counsel re: DIP motion |
| Newman, Rich | 6/30/2024 | 0.4 | Participate on call with UCC counsel re: DIP negotiations |
| Brouwer, Matthew | 6/30/2024 | 0.1 | Correspond with UCC counsel re: draft DIP objection |
| Newman, Rich | 6/30/2024 | 0.3 | Review redline final DIP order |
| Crump, Skye | 6/30/2024 | 0.3 | Analyze final DIP order |
| **Subtotal** | | **7.0** | |
| **Firm Retention** | | | |
| Crump, Skye | 7/2/2024 | 0.7 | Prepare parties-in-interest list |
| Crump, Skye | 7/8/2024 | 0.7 | Update parties-in-interest list |
| Brouwer, Matthew | 7/10/2024 | 1.6 | Prepare retention application |
| Crump, Skye | 7/10/2024 | 0.6 | Update parties-in-interest list |
| Brouwer, Matthew | 7/14/2024 | 0.6 | Update retention application |

*Exhibit C*

*Optio Rx, LLC, et al.*
*Time Detail by Project Category*
*June 27, 2024 through July 31, 2024*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Newman, Rich | 7/23/2024 | 0.6 | Review and comment on retention application |
| Newman, Rich | 7/24/2024 | 0.2 | Participate on call with UCC counsel re: retention application |
| **Subtotal** | | **5.0** | |

| **General Correspondence with UCC & UCC Counsel** | | | |
|---|---|---|---|
| Newman, Rich | 6/27/2024 | 0.1 | Correspond with Committee member re: case question |
| Freitas, Mark | 7/2/2024 | 0.8 | Participate on Committee call with UCC counsel and A&M team (Newman, Freitas) |
| Newman, Rich | 7/2/2024 | 0.8 | Participate on Committee call with UCC counsel and A&M team (Newman, Freitas) |
| Newman, Rich | 7/2/2024 | 0.1 | Correspond with UCC counsel re: case updates |
| Freitas, Mark | 7/9/2024 | 0.6 | Participate on Committee call with UCC counsel and A&M team (Newman, Freitas) |
| Newman, Rich | 7/9/2024 | 0.6 | Participate on Committee call with UCC counsel and A&M team (Newman, Freitas) |
| Newman, Rich | 7/15/2024 | 0.7 | Participate on call with UCC counsel re: potential disclosure statement objection |
| Freitas, Mark | 7/16/2024 | 0.9 | Participate on Committee call with UCC counsel and A&M team (Newman, Freitas) |
| Newman, Rich | 7/16/2024 | 0.9 | Participate on Committee call with UCC counsel and A&M team (Newman, Freitas) |
| Freitas, Mark | 7/23/2024 | 1.3 | Participate on Committee call with UCC counsel and A&M team (Newman, Freitas) |
| Newman, Rich | 7/23/2024 | 1.3 | Participate on Committee call with UCC counsel and A&M team (Newman, Freitas) |
| Newman, Rich | 7/26/2024 | 0.2 | Review correspondence between the Committee and UCC counsel |
| **Subtotal** | | **8.3** | |

| **Intercompany Claims** | | | |
|---|---|---|---|
| Newman, Rich | 6/27/2024 | 0.2 | Review the Debtors' intercompany activity |
| **Subtotal** | | **0.2** | |

| **Miscellaneous Motions** | | | |
|---|---|---|---|
| Brouwer, Matthew | 6/27/2024 | 0.7 | Participate on internal call (Brouwer, Crump) re: first day motions |
| Crump, Skye | 6/27/2024 | 0.7 | Participate on internal call (Brouwer, Crump) re: first day motions |
| Brouwer, Matthew | 6/27/2024 | 0.6 | Review first day declaration |
| Brouwer, Matthew | 6/27/2024 | 0.5 | Review first day motions |
| Crump, Skye | 6/27/2024 | 0.9 | Analyze first day declaration |
| Crump, Skye | 6/27/2024 | 1.2 | Analyze first day motions |
| Brouwer, Matthew | 6/28/2024 | 1.1 | Review first day motions |
| Crump, Skye | 6/28/2024 | 0.3 | Analyze draft final critical vendor order re: critical vendor payments |
| Newman, Rich | 6/28/2024 | 0.4 | Review critical vendor motion |
| Brouwer, Matthew | 7/2/2024 | 0.6 | Review first day motions |
| **Subtotal** | | **7.0** | |

| **Plan of Reorganization / Disclosure Statement** | | | |
|---|---|---|---|
| Crump, Skye | 6/28/2024 | 0.5 | Evaluate disclosure statement re: creditor classes and projected recovery |
| Crump, Skye | 6/28/2024 | 0.2 | Evaluate disclosure statement re: liquidation analysis |

*Exhibit C*

*Optio Rx, LLC, et al.*
*Time Detail by Project Category*
*June 27, 2024 through July 31, 2024*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Newman, Rich | 7/1/2024 | 0.5 | Review disclosure statement |
| Brouwer, Matthew | 7/2/2024 | 0.8 | Participate on internal call (Brouwer, Crump) re: disclosure statement |
| Crump, Skye | 7/2/2024 | 0.8 | Participate on internal call (Brouwer, Crump) re: disclosure statement |
| Brouwer, Matthew | 7/2/2024 | 1.2 | Review and provide comments re: plan and disclosure statement |
| Crump, Skye | 7/2/2024 | 1.1 | Analyze disclosure statement re: creditor classes and projected recovery |
| Brouwer, Matthew | 7/3/2024 | 1.8 | Review and provide comments re: plan and disclosure statement |
| Newman, Rich | 7/15/2024 | 0.6 | Draft potential financial arguments to disclosure statement |
| Newman, Rich | 7/17/2024 | 0.2 | Participate on call with UCC counsel re: disclosure statement |
| Newman, Rich | 7/17/2024 | 0.1 | Review draft email to Committee re: disclosure statement |
| Brouwer, Matthew | 7/22/2024 | 0.2 | Review disclosure statement |
| Newman, Rich | 7/27/2024 | 0.5 | Review red line plan of reorganization and disclosure statement |
| Newman, Rich | 7/29/2024 | 0.2 | Correspond with UCC counsel re: settlement options |
| Brouwer, Matthew | 7/30/2024 | 0.7 | Review amended plan/disclosure statement |
| Brouwer, Matthew | 7/31/2024 | 0.1 | Review summary notes of disclosure statement court hearing |
| **Subtotal** | | **9.5** | |

**SOFAs & SOALs**

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Brouwer, Matthew | 7/8/2024 | 0.3 | Participate on internal call (Brouwer, Crump) re: SOFA/SOAL workstream |
| Crump, Skye | 7/8/2024 | 0.3 | Participate on internal call (Brouwer, Crump) re: SOFA/SOAL workstream |
| Crump, Skye | 7/8/2024 | 1.2 | Analyze filed SOFA/SOALs |
| Crump, Skye | 7/8/2024 | 1.1 | Prepare presentation for Committee re: SOFA/SOALs |
| Newman, Rich | 7/8/2024 | 1.5 | Review filed SOFA/SOALs |
| Crump, Skye | 7/9/2024 | 0.2 | Participate on internal call (Newman, Crump) re: SOFA/SOAL workstream |
| Newman, Rich | 7/9/2024 | 0.2 | Participate on internal call (Newman, Crump) re: SOFA/SOAL workstream |
| Brouwer, Matthew | 7/9/2024 | 1.1 | Review filed SOFA/SOALs |
| Brouwer, Matthew | 7/9/2024 | 1.5 | Prepare presentation for Committee re: SOFA/SOALs |
| Crump, Skye | 7/9/2024 | 1.9 | Analyze supporting schedules to SOFA/SOALs |
| Brouwer, Matthew | 7/10/2024 | 1.8 | Update presentation for Committee re: SOFA/SOALs |
| Crump, Skye | 7/10/2024 | 1.4 | Analyze supporting schedules to SOFA/SOALs |
| Crump, Skye | 7/10/2024 | 2.1 | Prepare analysis of SOFAs re: transfers to creditors within 90 days prepetition |
| Crump, Skye | 7/10/2024 | 1.6 | Prepare analysis of SOFAs re: transfers to insiders within 1 year prepetition |
| Crump, Skye | 7/10/2024 | 0.4 | Prepare analysis of SOFAs re: payments related to bankruptcy |
| Crump, Skye | 7/10/2024 | 1.6 | Update presentation for Committee re: SOFA/SOALs |
| Brouwer, Matthew | 7/11/2024 | 1.1 | Review presentation for Committee re: SOFA/SOALs |
| Crump, Skye | 7/11/2024 | 1.7 | Analyze supporting schedules to SOFA/SOALs |
| Crump, Skye | 7/11/2024 | 2.8 | Prepare analysis of SOALs re: balance sheet by Debtor entity |

*Exhibit C*

*Optio Rx, LLC, et al.*
*Time Detail by Project Category*
*June 27, 2024 through July 31, 2024*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Crump, Skye | 7/11/2024 | 1.9 | Prepare analysis of SOALs re: unsecured claims |
| Brouwer, Matthew | 7/12/2024 | 0.5 | Participate on internal call (Brouwer, Crump) re: SOFA/SOAL presentation |
| Crump, Skye | 7/12/2024 | 0.5 | Participate on internal call (Brouwer, Crump) re: SOFA/SOAL presentation |
| Brouwer, Matthew | 7/12/2024 | 2.4 | Review presentation for Committee re: SOFA/SOALs |
| Crump, Skye | 7/12/2024 | 1.9 | Prepare analysis of SOALs re: intercompany balances |
| Crump, Skye | 7/12/2024 | 1.8 | Update SOFA/SOAL presentation for Committee |
| Crump, Skye | 7/12/2024 | 1.2 | Address comments re: SOFA analysis |
| Crump, Skye | 7/12/2024 | 1.6 | Address comments re: SOAL analysis |
| Brouwer, Matthew | 7/14/2024 | 0.7 | Review presentation for Committee re: SOFA/SOAL analysis |
| Crump, Skye | 7/14/2024 | 1.1 | Address comments re: SOFA/SOAL Committee presentation |
| Crump, Skye | 7/15/2024 | 0.8 | Prepare analysis of seller note claims listed in SOALs |
| Newman, Rich | 7/15/2024 | 0.8 | Review and comment on SOFA/SOAL presentation |
| Newman, Rich | 7/16/2024 | 0.3 | Update SOFA/SOAL Committee presentation |
| Crump, Skye | 7/22/2024 | 0.5 | Correspond with Paladin re: SOFA/SOAL questions |
| Crump, Skye | 7/24/2024 | 0.7 | Participate on call with Paladin re: SOFA/SOAL questions |
| Crump, Skye | 7/24/2024 | 0.6 | Prepare summary of seller notes claim amounts |
| Crump, Skye | 7/24/2024 | 0.4 | Correspond with A&M team re: Paladin's responses to SOFA/SOAL questions |
| **Subtotal** | | **41.5** | |
| **Valuation** | | | |
| Crump, Skye | 7/23/2024 | 0.6 | Prepare lease valuation analysis |
| Crump, Skye | 7/25/2024 | 1.8 | Prepare analysis of forecasted rental payments by lease |
| Brouwer, Matthew | 7/26/2024 | 0.2 | Participate on internal call (Newman, Brouwer) re: lease valuation analysis |
| Newman, Rich | 7/26/2024 | 0.2 | Participate on internal call (Newman, Brouwer) re: lease valuation analysis |
| Brouwer, Matthew | 7/26/2024 | 1.7 | Review lease valuation analysis |
| Crump, Skye | 7/26/2024 | 2.1 | Update lease valuation analysis |
| Newman, Rich | 7/27/2024 | 0.7 | Review and comment on lease valuation analysis |
| Brouwer, Matthew | 7/29/2024 | 0.5 | Participate on call with UCC counsel and A&M team (Newman, Brouwer) re: lease valuation analysis |
| Newman, Rich | 7/29/2024 | 0.5 | Participate on call with UCC counsel and A&M team (Newman, Brouwer) re: lease valuation analysis |
| **Subtotal** | | **8.3** | |
| **Grand Total** | | **357.3** | |