*Exhibit D*

*Optio Rx, LLC, et al.*
*Expense Summary by Category*
*June 27, 2024 through July 31, 2024*

| Expense Category | | Total |
|---|---|---|
| Miscellaneous | $ | 6.89 |
| Total | $ | 6.89 |