*Exhibit E*

*Optio Rx, LLC, et al.*
*Expense Detail by Category*
*June 27, 2024 through July 31, 2024*

| Category / Professional | Date | Expenses ($) | | Description |
|---|---|---|---|---|
| **Miscellaneous** | | | | |
| Newman, Rich | 7/12/2024 | $ | 6.89 | Wireless usage charges |
| **Grand Total** | | $ | **6.89** | |