# EXHIBIT B

## TIMEKEEPER SUMMARY

## SUMMARY OF BILLING BY TIMEKEEPER

## For the Period from June 26, 2024 through July 31, 2024

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position at Saul Ewing | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Evan T. Miller | 2009 | Partner (2023)[1] | Bankruptcy | $680.00 | 103.90 | $70,652.00 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $715.00 | 128.10 | $91,591.50 |
| John D. Demmy | 1986 | Partner (2018) | Bankruptcy | $860.00 | 6.50 | $5,590.00 |
| Adam H. Isenberg | 1988 | Partner (1999) | Bankruptcy | $795.00 | 4.40 | $3,498.00 |
| Monique B. DiSabatino | 2009 | Partner (2019) | Bankruptcy | $575.00 | 0.50 | $287.50 |
| Steven C. Reingold | 1993 | Partner (2017) | Bankruptcy | $760.00 | 7.50 | $5,700.00 |
| Turner N. Falk | 2014 | Associate (2022) | B ankruptcy | $430.00 | 40.50 | $17,415.00 |
| Jorge Garcia | 2017 | Associate (2020) | Bankruptcy | $450.00 | 30.30 | $13,635.00 |
| Nicholas Smargiassi | 2023 | Associate (2023) | Bankruptcy | $300.00 | 49.00 | $14,700.00 |
| Robyn E. Warren | N/A | Paraprofessional | Bankruptcy | $285.00 | 2.80 | $798.00 |
| Aida McLaughlin | N/A | Paraprofessional | Litigation | $210.00 | 0.40 | $84.00 |
| Jennifer R. Fitzgerald | N/A | Paraprofessional | Litigation | $330.00 | 0.40 | $132.00 |
| Patricia Markey | N/A | Paraprofessional | Litigation | $300.00 | 0.60 | $180.00 |
| TOTAL | | | | | 374.10 | $224,263.00 |

**Blended Hourly Rate:** $598.18

---

[1] Evan Miller joined Saul Ewing as a Partner in 2023.  He was previously a director at his prior firm.