# EXHIBIT D

## EXPENSE SUMMARY

## Expense Summary
## For the Period from June 26, 2024 through July 31, 2024

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Fees | Delaware Bankruptcy Court | $100.00 |
| UCC Searches | Continental Corporate Services, Inc. | $2,977.00 |
| Legal Research | Westlaw | $1,264.08 |
| **Total** | | **$4,341.08** |

52756219.4 09/03/2024



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number 4363679 |
| N/A - Committee N/A - Committee | Invoice Date 08/31/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number 391790 |
| Northbrook, IL 60062 | Matter Number 00002 |

Re:    Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Filing Fees | 100.00 |
| Search Fees | 2,977.00 |
| Westlaw Legal Research | 298.08 |
| **CURRENT EXPENSES** | **3,375.08** |
| | |
| TOTAL AMOUNT OF THIS INVOICE | 3,375.08 |