# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*[1] | Case No. 24-11188 (TMH) |
| Debtors. | (Joint Administered) |

## AFFIDAVIT OF PUBLICATION FOR LARNYCE TABRON OF THE NEW YORK TIMES

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compouding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.



**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

August 5, 2024

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

8/5/2024, NY & NATL, pg B3

_Larnyce Tabron_

JOHN MCGILL
Electronic Notary Public
Commonwealth of Virginia
Registration No. 8038092
My Commission Expires Dec 31, 2027

Digitally signed by John McGill
Date: 2024.08.05 17:21:40 -04'00'

TECHNOLOGY | POLITICS

# Zoom Plays Unforeseen Big Role in '24 Election

FROM FIRST BUSINESS PAGE

Zoom rallies that were posted on YouTube after the fact.

There's a raw, unpolished feel to these meetings that I think helps explain their popularity. Most of the speakers aren't dressed in suits and reading from prepared remarks; they're ad-libbing into grainy webcams in their garages and home offices, often framed by terrible lighting and occasionally interrupted by their pets.

The mood in the meetings I saw was joyful and optimistic, not preachy or grim, and the tech glitches (Mark Hamill struggling to unmute himself) and glimpses of domestic normalcy (Lance Bass from 'N Sync earnestly praising the Harris campaign while his children played in his living room behind him) only added to the feeling of authenticity. The overall vibe was less corporate strategy meeting, more chaotic pep rally.

The first big pro-Harris Zoom event was held two weeks ago, just after President Biden declared he was dropping out of the race. That night, a group called "Win With Black Women" — which had been holding a weekly Zoom call since 2020 to discuss current events and issues affecting Black women — met to discuss Vice President Harris as his replacement.

Typically, between 150 and 200 people attended these weekly meetings, Holli Holliday, one of the group's founders, told me. But that night, thousands of Harris supporters poured in after seeing the link on social media. In total, roughly 44,000 people attended, raising over $1.5 million for the campaign.

The success of that meeting inspired other pro-Harris affinity groups to organize their own events. In the past week, there have been Zoom rallies for white women, Black men, Latino men, South Asian men and women, veterans and military families, L.G.B.T.Q. voters, disabled voters and others.

Some of these rallies have been so popular that they strained Zoom's technical limits. One meeting, "White Women: Answer the Call 2024," ground to a halt when more than 100,000 people logged on, exceeding the cap for even the largest corporate Zoom accounts.

Attendees' screens went dark as organizers got in touch with Zoom to ask for help, according to Shannon Watts, a leader of the group, who posted the company's reply on X.

"You broke Zoom," it read, "as we have never had to expand registration to allow over 100,000." The company's engineers eventually raised the group's cap to 200,000 registrants, and the call proceeded as scheduled.

(The organizers of "White Dudes for Harris" got around Zoom's limitations by simultaneously streaming their event to YouTube, and inviting people to watch it there.)

Though it's still the Kleenex of videoconferencing, Zoom has had a rocky ride since the pandemic. The company's stock market value fell from a pandemic-era high of roughly $160 billion to around $18 billion today, as workers returned to the office and competitors like Google Meet and Microsoft Teams strengthened their products.

Given its struggles, you might expect Zoom to enjoy its turn in the political spotlight. But the company has stayed quiet about the recent wave of megarallies — fearful, perhaps, of seeming too supportive of the Harris campaign. (The company's press office did not respond to requests for comment.) It's also unclear whether all this attention from political groups will be good for its bottom line, since nonprofits and charities normally receive a discount on subscriptions.

You may also be wondering: Why now? Wasn't 2020 the year of Zoom?

Well, Zoom did, in fact, play a minor role in the 2020 campaign. Both President Donald J. Trump and Mr. Biden appeared at virtual fund-raisers and held video calls with their supporters during that race.

But Zoom and other videoconferencing apps weren't capable of hosting stadium-size gatherings back then, and campaign staffs were fearful of being Zoombombed — the unfortunate Covid-era prank in which vandals would raid a Zoom meeting and share vulgar or pornographic material. (Zoom has since added security features to deter Zoombombing.)

But the biggest factor, organizers told me, is that by this point in the 2020 campaign, nobody felt like going on Zoom anymore.

"People were Zooming all day for work — they didn't want to come together as activists at night," Ms. Watts said. "It's such a difference now because people are feeling joy about it."

Granted, these rallies aren't everyone's cup of tea. Some conservatives have dismissed them as group therapy sessions for liberals, or snickered at video clips of Harris supporters using progressive buzzwords. (Others have gone farther; on X, Donald Trump Jr. said that "White Dudes for Harris" should have been called "Cucks for Kamala.")

But this reaction only raises the question: If Zoom rallies are so effective, why aren't Trump supporters holding them, too?

Eric Wilson, a Republican campaign technologist who led Senator Marco Rubio's digital team during his 2016 presidential run, told me that Republicans' resistance to Zoom rallies stemmed from the pandemic, when virtual meetings became associated with Democrats who were afraid to leave their houses.

"Everyone on our side wanted to be in person," he said. "Unfortunately, you had this reaction against the idea of doing things on Zoom that discounts whether it's effective or not."

Mr. Wilson said he hoped Republicans would learn from the success of the pro-Harris Zooms and start hosting their own virtual fund-raisers. But he said the phenomenon might not be repeatable.

"It's a national campaign, it's on a compressed timeline, and so it's working well for them," he said. "I don't know if this is a trend that's going to spread to other campaigns."

On that, he and Mr. Morales Rocketto — the "White Dudes for Harris" organizer — agreed.

"I have no idea," Mr. Morales Rocketto said, when I asked if Zoom rallies would become a permanent fixture of presidential campaigns. "We could be doing this for the next 30 years, or it could be a really specific moment in time."



The first big Zoom event supporting Vice President Kamala Harris was attended by about 44,000 people and raised over $1.5 million.  LM OTERO/ASSOCIATED PRESS

---

# Some Major Wall Street Donors Are Putting Harris on Spot Over Chief of F.T.C.

By LAUREN HIRSCH and SARAH KESSLER

Wall Street Democrats have spent the last eight years complaining about their relationship with Washington. They found former President Donald Trump's presidency unpredictable, and then became estranged from the Democratic Party as President Biden hired the most aggressive antitrust regulators in recent memory. But now that Vice President Kamala Harris is the party's presumptive presidential nominee, they see a chance to regain influence.

Some have returned to a long tradition of writing checks, scheduling fund-raising dinners and orchestrating subtle campaigns. But others, embracing the public lobbying welcomed by Trump and employed by outspoken C.E.O.s like Elon Musk and Bill Ackman, are openly calling for Harris to oust Lina Khan, the chair of the Federal Trade Commission: "I think she's a dope," Barry Diller, the chairman of IAC, told DealBook. (He later apologized for calling her a dope, but not for critiquing her policies.)

Reid Hoffman, the LinkedIn co-founder, spoke to CNN twice about his Khan concerns. "Antitrust is fine," Hoffman said. "Waging war is not." (He later clarified that he would support Harris regardless of whether she replaced Khan.)

Few on Wall Street would disagree with that stance — Khan has moved to block deals with seemingly little concern over losing in court. But behind the scenes, many are irked by this kind of public lobbying, arguing that it exposes a misunderstanding of the way the Washington game is played, and that it could backfire.

Their concerns are echoed by strategists: "I'm not really sure if it's very effective," Stuart Stevens, a political consultant who previously worked for Mitt Romney, told DealBook. "I've always felt once you make these things public, it makes it harder for politicians to do."

**Critics immediately called the public lobbying self-interested.** The F.T.C. has reportedly opened multiple investigations that involve subsidiaries of Diller's IAC, according to CNN, and Hoffman has a seat on the board of Microsoft, whose investment in OpenAI is also under scrutiny from the F.T.C.

"We didn't see this in recent elections, because the Democratic Party was Wall Street-friendly on issues like antitrust and trade," said Michael Sandel, a professor at Harvard and the author of "Democracy's Discontent," speaking about the public lobbying around Khan. "The Biden administration broke with these policies, which is why the donors are complaining."

Khan's detractors on Wall Street argue that their frustration is warranted. Deal activity has dropped precipitously under the Biden administration as regulators have demonstrated an eagerness to test the law by taking proposed mergers to trial.

But expressing the desire to oust Khan so publicly, some Wall Street insiders say, makes it nearly impossible for Harris to do so without seeming as if she's kowtowing to donor interests. It also reinforces Khan's stature as a celebrity in her own right.

**Donor concern extends beyond Khan's vocation.** Not since Teddy Roosevelt has antitrust enforcement been a cornerstone election issue, and it is not clear it will be in 2024, either. But a clumsy approach could complicate Wall Street's nascent relationship with a potential Harris administration, particularly if she views it as one that threatens her election chances.

Harris needs to win votes in Michigan, Wisconsin and Pennsylvania, where the administration's antitrust policies and Trump-era tariffs remain popular.

"It seems to me that the last thing Kamala Harris needs is to take direction from plutocrat donors and cryptocurrency fans," Chris Whipple, author of "The Fight of His Life: Inside Joe Biden's White House," told DealBook. "She should be listening instead to working-class voters in battleground states."

The pressure campaign comes as Trump redeploys a winning tactic from 2016 by courting the populist vote. He invited Sean O'Brien, the president of the Teamsters union, to speak at the Republican National Convention. His pick for vice president, JD Vance, has applauded Khan's take on big business.

Executives are increasingly becoming their own lobbyists. Companies typically try to influence antitrust policy behind closed doors. Google executives frequented the Obama White House during its antitrust investigation of the internet giant. Amazon, Apple, Facebook and Google fortified their Washington presence during Trump's presidency, spending millions on congressional calls, advertising and think-tank funding.

But Trump's more blatantly transactional tenure has followed by a rise in public pleading, as Ackman, Musk and Silicon Valley billionaires have used social media to proclaim their political views on everything from the war in Ukraine to tax policy.

It's "a continuation of social media where you have a forum that no thought can go unexpressed," said Stevens. "This is what we used to pay lobbyists to do."

**Washington insiders prefer the art of subtle pressure.** DealBook asked donors, lobbyists and insiders how they would pressure the vice president to replace Khan. Their hypothetical strategies involved highlighting economic studies that question Khan's policies; enlisting support from organizations of smaller companies; and containing the ire that replacing Khan would provoke from progressive politicians like Senator Elizabeth Warren.

The latter is easier said than done, adding to the significant political and logistical challenges in replacing Khan.

Those surveyed said a more easily achieved goal might be pushing for appointments in roles that could curb the administration's antitrust priorities, like the director of the national economic council.

As for the potential political problem created by donors, a longtime Washington policy strategist, who asked not to be named because he was not authorized by his employer to speak publicly, had a recommendation.

"It's a huge problem for Harris," he told DealBook of public calls for Khan's removal. He offered his thoughts on how the vice president should handle them: Reject executives publicly, and then tell donors privately, "Sorry, I had to do that." — *Lauren Hirsch*

### Big Tech's big spending

For nearly two years, Wall Street hasn't blinked when tech C.E.O.s pledged to invest whatever it takes to realize the potential of artificial intelligence. And last week many of the industry's titans confirmed double-digit percentage increases in capital expenditures, the bulk tied to A.I. spending, over the same time last year.

Shares in Alphabet, Microsoft and Amazon all fell after they reported earnings, despite delivering good news about their bottom lines. Only Meta, which both exceeded expectations and made the case for A.I. helping its core business, and Apple, which hasn't defined the technology as existential to its future, avoided earnings-related stock slumps.

### Ticket resellers are sitting out this Olympics

Scalping tickets was as competitive as some of the athletic events at the 2000 Olympic Games, with an army of resellers descending on Sydney from all around the world to hustle tickets. The marketplace for the Paris Games couldn't look more different.

QR codes, distributed via an official Olympics app, have replaced paper tickets. If you want to sell a ticket, your only option is in the app, for face value. Trying your luck with an unsanctioned sales channel could be viewed as a crime, the Olympics website warns. The threat seems to be working: The biggest online ticket resellers, including StubHub, Ticketmaster and SeatGeek, have no inventory.

By adopting such a restrictive stance, the Olympics may be circumventing problems that have plagued the events industry, like deceptive pricing; scalpers using bots to monopolize the supply of hot tickets; and speculative resellers who buy tickets only after they've sold them at a higher price.

But you're not likely to see the Paris approach at the next Summer Games in Los Angeles, or trending at venues across the U.S. any time soon. Here's why.

**The U.S. is generally more open to resellers.** A handful of states, including Connecticut, Illinois, Virginia, New Jersey and Colorado, make it unlawful to limit or restrict a consumer's right to resell tickets, says Laura Nemeth, a partner at the law firm Squire Patton Boggs who represents clients in the event ticketing industries.

That said, there is no federal law that spells out consumers' rights to resell tickets or that prohibits event organizers from restricting them.



Lina Khan, the chair of the Federal Trade Commission, has come under fire for her aggressive antitrust actions.  AMIR HAMJA/THE NEW YORK TIMES

## DealBook/

DealBook helps you make sense of the day's most important business and policy headlines. Sign up for the newsletter at  
**nytimes.com/dealbook**

Some U.S. professional sports rely on the resale market. "Going to all 81 home baseball games is a challenge, even for the most dedicated fans," says Russ D'Souza, a co-founder of the ticketing platform SeatGeek. The option to resell tickets makes season tickets more valuable.

**Rights holders often pocket from the practice.** When events name official reselling partners, they typically get a cut of the sales fee a platform charges.

**The Eras Tour has put the spotlight on ticketing.** Sky-high prices at Taylor Swift concerts are commonly cited to show how predatory resellers can box out all but those willing to pay well above face value for entry. Some popular U.S. artists, like Billie Eilish, have requested that all tickets be restricted.

**Paris is facing a different problem.** Some of the buzzier events — including the men's and women's 100-meter finals this past weekend — had a stockpile of tickets available as of Thursday.

Could dynamic pricing on an open resale market have put more fans in the Stade de France?

"What's so powerful about the secondary market is that it's a true marketplace," D'Souza says. "And the price will reflect supply and demand."

| IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | Important Dates | |
|---|---|---|---|
| In re: Optio Rx, LLC, et al., Debtors.[1] | Chapter 11 Case No. 24-11188 (TMH) (Jointly Administered) | EVENT | PROPOSED DATE/DEADLINE |
| | | Voting Record Date | July 7, 2024 |
| NOTICE OF PLAN VOTING DEADLINE, PLAN CONFIRMATION HEARING AND CERTAIN RELATED MATTERS | | Solicitation Commencement Date | Within three (3) business days following the entry of the Disclosure Statement Order |
| | | Rule 3018(a) Motion Deadline | August 14, 2024 |
| | | Plan Supplement Deadline | August 27, 2024 |
| | | Voting Deadline | September 3, 2024 |
| | | Plan Objection Deadline | September 3, 2024 |
| | | Deadline to File Confirmation Brief | September 10, 2024 |
| | | Deadline to File Voting Report | September 10, 2024 |
| | | Confirmation Hearing | September 13, 2024 |

PLEASE TAKE NOTICE THAT on August 1, 2024, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approved the Amended Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al. (Docket No. 258) (as amended, supplemented, or modified from time to time, the "Disclosure Statement") pursuant to section 1125 of title 11 of the United States Code (the "Bankruptcy Code") with regard to the Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al. (Docket No. 257) (the "Plan"). A hearing to consider confirmation of the Plan will be held on **September 13, 2024, at 10:00 a.m.** (prevailing Eastern Time), before the Honorable Thomas M. Horan, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 7, Wilmington, Delaware 19801. The hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by announcement of such adjournment in open court. Objections to confirmation of the Plan must: (a) be in writing; (b) state the name and address of the objecting party and the nature of the Claim of such party; and (c) be filed with the Court and served so as to be actually received by the following parties by **4:00 p.m.** (prevailing Eastern Time) on September 3, 2024:

(i) DEBTORS, 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061 (Attn: Leo LaFranco, Chief Financial Officer); (ii) COUNSEL TO THE DEBTORS, Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (Attn: William E. Chipman, Jr., Esquire and Mark D. Olivere, Esquire); (iii) COUNSEL TO THE PROPOSED DEBTOR-IN-POSSESSION LENDERS, DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (Attn: Stuart Brown, Esquire); (iv) OFFICE OF THE UNITED STATES TRUSTEE, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Lockbox #35, Wilmington, Delaware 19801 (Attn: Jonathan W. Lipshie, Esquire); and (v) COUNSEL TO THE COMMITTEE, Saul Ewing LLP, 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801 (Attn: Evan T. Miller, Esquire).

If you are a holder of a Claim against the Debtors as of August 7, 2024 (the "Record Date") and entitled to vote, you have received a ballot form (a "Ballot") and instructions for completing the Ballot. Ballots must be completed and returned in accordance with the instructions by **5:00 p.m.** (prevailing Eastern Time), on September 3, 2024, at 5:00 p.m. (the "Voting Deadline"). Failure to follow the instructions may disqualify such Ballot and vote. The following are important instructions to note:

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Rie's PharmaCare LLC (2237); (4) Rose Pharmacy 5A LLC (5738); (5) Rose Pharmacy 58 LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Foxoro Pharmacy LLC (6693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (6299); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5241); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.