# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| OptioRx LLC, *et al.*[1] | : | Case Number 24-11188 (TMH) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Jonathan W. Lipshie, hereby attest that on September 4, 2024, I caused to be served a copy of this United States Trustee's Objection to Debtors' Amended Plan of Reorganization by electronic service on the registered parties via the Court's CM/ECF system and upon the following parties in the manner indicated:

Via First Class Mail
DEBTORS, Optio Rx LLC
3701 Commercial Avenue, Suite 14,
Northbrook, Illinois 60061
(Attn: Leo LaFranco, Chief Financial Officer)

Via Electronic Mail
COUNSEL TO THE DEBTORS, Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801
(Attn: William E. Chipman, Jr., Esquire and Mark D. Olivere, Esquire)

Via Electronic Mail
COUNSEL TO THE DIP LENDERS, DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801
(Attn: Stuart Brown, Esquire)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

Via Electronic Mail
COUNSEL TO THE COMMITTEE
Saul Ewing LLP, 1201 North Market Street, Suite 2300,
Wilmington, DE 19801
(Attn: Evan T. Miller, Esquire).

                                                  */s/ Jonathan W. Lipshie*
                                                 Jonathan W. Lipshie