**CERTIFICATE OF SERVICE**

      I, Matthew O. Talmo, do hereby certify that on September 4, 2024, I caused a copy of the foregoing to be served via email and CM/ECF on the parties listed in **Exhibit A**.

      */s/ Matthew O. Talmo*
      Matthew O. Talmo (No. 6333)

## Exhibit A

**CHIPMAN BROWN CICERO & COLE, LLP**
William E. Chipman, Jr.
David W. Carickhoff
Mark D. Olivere
Alan M. Root
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
chipman@chipmanbrown.com
carickhoff@chipmanbrown.com
olivere@chipmanbrown.com
root@chipmanbrown.com

*Counsel to the Debtors*

**DLA PIPER LLP**
Stuart Brown
1201 North Market Street, Suite 2100
Wilmington, DE 19801
stuart.brown@dlapiper.com

*Counsel to the DIP Lenders*

**OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**
Jonathan W. Lipshie
J. Caleb Boggs Federal Building
844 North King Street
Suite 2207, Lock Box 35
Wilmington, Delaware 19801
jon.lipshie@usdoj.gov

**SAUL EWING LLP**
Evan T. Miller
Nicholas Smargiassi
Michelle G. Novick
Jorge Garcia
1201 North Market Street, Suite 2300
Wilmington, DE 19801
evan.miller@saul.com
Nicholas.smargiassi@saul.com
michelle.novick@saul.com
jorge.garcia@saul.com

*Counsel to the Official Committee of Unsecured Creditors*