# Exhibit A

## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Amneal Pharmaceuticals | | Lockbox #7979 | PO Box 7247 | | Philadelphia | PA | 19170-0001 |
| Arcutis Biotherapeutics Inc | | 3027 Townsgate Road | Suite 300 | | Westlake Village | CA | 91361 |
| ARL Bio Pharma, Inc. | | 840 Research Parkway | | | Oklahoma City | OK | 73104 |
| Aves Management LLC | Attn: Charles Asfour | 150 North Riverside Plaza | Ste 5200 | | Chicago | IL | 60606 |
| Baybridge | Attn: Greg Savino | 1981 Marcus Ave | Ste C129 | | New Hyde Park | NY | 11042 |
| Baybridge Pharmacy Corp | Attn: Greg Savino | 1842 Gardenia Avenue | | | Merrick | NY | 11566 |
| Ben David & Arun Suresh Kumar | c/o Kennedys CMK LLP | Attn: Marc S. Casarino & Katie Barksdale | 222 Delaware Avenue | Suite 710 | Wilmington | DE | 19801 |
| BSD Construction, Inc. | | 8369 Vickers Street #100 | | | San Diego | CA | 92111 |
| Central-Yuriy Davydov | | 21715 85th Ave | | | Queens Village | NY | 11427-1412 |
| Constangy, Brooks, Smith & Prophete, LLP - 7070 | | PO Box 102476 | | | Atlanta | GA | 30368-0476 |
| Counsel to the Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller | 1201 N Market Street | Suite 2300 | Wilmington | DE | 19899-1266 |
| Crestview | Attn: Bryan Henderson & Hal Densman | 349 S Garcon Point Rd | | | Milton | FL | 32583-7314 |
| Crestview | Attn: Bryan Henderson and Hal Densman | 3084 Whitley Oaks Ln | | | Pace | FL | 32571-6772 |
| District of Columbia | Office of The Attorney General | 400 6th Street NW | | | Washington | DC | 20001 |
| Enovex | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | | Granada Hills | CA | 91344-1848 |
| FDS, Inc. | | 5000 Birch Street, Suite 8500 | | | Newport Beach | CA | 92660 |
| FFF  Enterprises Inc | | 44000 Winchester Road | | | Temecula | CA | 92590 |
| Forte Bio-Pharma LLC - 8744 | | PO Box 29650 | Dept 880412 | | Phoenix | AZ | 85038-9650 |
| H&H | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | | Granada Hills | CA | 91344-1848 |
| Healthy Choice | Attn: Phil Altman | 150 W End Ave | Apt 24L | | New York | NY | 10023-5748 |
| ICS Direct | | 12601 Collection Center Drive | | | Chicago | IL | 60693 |
| INCYTE | | 12601 Collection Center Drive | | | Chicago | IL | 60693 |
| Internal Revenue Service | | 550 Main St | #10 | | Cincinnati | OH | 45999-0039 |
| Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Journey Medical Corporation - 5894 | | 9237 East Via De Ventura | Suite 105 | | Scottsdale | AZ | 85258 |
| Mayne Pharma  - 128B | | PO Box 603644 | | | Charlotte | NC | 28260-3644 |
| Medisca Inc | | 626 Tom Miller Road | | | Plattsburgh | NY | 12901 |
| Oakdell-Jeff Carson | | 31120 Knotty Grove | | | Boerne | TX | 78015 |
| Office of The U.S. Trustee for The District of Delaware | Attn: Andrew R. Vara | 844 N King St #2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller & Nicholas Smargiassi | 1201 N Market St, Suite 2300 | PO Box 1266 | Wilmington | DE | 19899 |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Jorge Garcia | 701 Brickell Avenue | Suite 1700 | Miami | FL | 33131 |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Michelle G. Novick | 161 North Clark St | Suite 4200 | Chicago | IL | 60601 |
| PAAS National LLC | | 160 Business Park Circle | | | Stoughton | WI | 53589 |
| Pharmcare | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | | Granada Hills | CA | 91344-1848 |
| PIA Holdings, Inc. | Attn: Phil Altman | 8973 Lakes Blvd | | | West Palm Beach | FL | 33412 |
| Plante Moran PLLC - 1725 | | 16060 Collections Center Dr | | | Chicago | IL | 60693 |
| Pro-Yuriy Davydov | | 21715 85th Ave | | | Queens Village | NY | 11427-1412 |
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | 200 Vesey Street, Suite 400 Brookfield Place | New York Regional Office | | New York | NY | 10281-1022 |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St | Suite 20-100 | | New York | NY | 10004-2616 |
| State of Alabama | Office of The Attorney General | 501 Washington Ave | | | Montgomery | AL | 36104 |
| State of Alaska | Office of the Attorney General | 1031 W 4th Ave, Ste 200 | | | Anchorage | AK | 99501 |
| State of Arizona | Office of the Attorney General | 2005 N Central Ave | | | Phoenix | AZ | 85004 |
| State of Arkansas | Office of the Attorney General | 323 Center St, Ste 200 | | | Little Rock | AR | 72201 |
| State of California | Office of the Attorney General | PO Box 944255 | | | Sacramento | CA | 94244-2550 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 1 of 3

## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|------|-----------|-----------|-----------|-----------|------|-------|-----|
| State of Colorado | Office of The Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | | Denver | CO | 80203 |
| State of Connecticut | Office of The Attorney General | 165 Capitol Avenue | | | Hartford | CT | 6106 |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | | Wilmington | DE | 19801 |
| State of Florida | Office of The Attorney General | The Capitol Pl-01 | | | Tallahassee | FL | 32399 |
| State of Georgia | Office of The Attorney General | 40 Capitol Sq Sw | | | Atlanta | GA | 30334 |
| State of Hawaii | Office of The Attorney General | 425 Queen Street | | | Honolulu | HI | 96813 |
| State of Idaho | Office of The Attorney General | 700 W. Jefferson St, Suite 210 | PO Box 83720 | | Boise | ID | 83720 |
| State of Illinois | Office of The Attorney General | James R. Thompson Center | 100 W. Randolph St | | Chicago | IL | 60601 |
| State of Indiana | Office of The Indiana Attorney General | Indiana Government Center South | 302 W Washington St, 5th Floor | | Indianapolis | IN | 46204 |
| State of Iowa | Office of The Attorney General | Hoover State Office Building | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| State of Kansas | Attn: Attorney General Derek Schmidt | 120 SW 10th Ave, 2nd Floor | | | Topeka | KS | 66612 |
| State of Kentucky | Attorney General - Daniel Cameron | 700 Capital Avenue, Suite 118 | | | Frankfort | KY | 40601 |
| State of Louisiana | Dept. of Justice - Attorney General's Office | 300 Capital Drive | | | Baton Rouge | LA | 70802 |
| State of Maine | Office of the Attorney General | 6 State House Station | | | Augusta | ME | 04333 |
| State of Maryland | Office of The Attorney General | 200 St. Paul Place | | | Baltimore | MD | 21202 |
| State of Massachusetts | Attorney General's Office | 1 Ashburton Place, 20th Floor | | | Boston | MA | 02108 |
| State of Michigan | Department of Attorney General | 525 W Ottawa St | | | Lansing | MI | 48906 |
| State of Minnesota | Office of The Attorney General | 445 Minnesota St, Ste 1400 | | | St. Paul | MN | 55101 |
| State of Mississippi | Office of The Attorney General | Walter Sillers Building | 550 High St PO Box 220 | | Jackson | MS | 39201 |
| State of Missouri | Office of The Attorney General | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 |
| State of Montana | Office of The Attorney General | Justice Building, 3rd Floor | 215 N Sanders, PO Box 201401 | | Helena | MT | 59602 |
| State of Nebraska | Office of The Attorney General | 2115 State Capitol | | | Lincoln | NE | 68509 |
| State of Nevada | Office of The Attorney General | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 |
| State of New Hampshire | Office of The Attorney General | Nh Department of Justice | 33 Capitol St. | | Concord | NH | 3301 |
| State of New Jersey | Office of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing Box 080 | | Trenton | NJ | 8611 |
| State of New Mexico | Office of The Attorney General | 408 Galisteo Street | Villagra Building | | Santa Fe | NM | 87501 |
| State of New York | Office of The Attorney General | The Capitol | 2nd Floor | | Albany | NY | 12224 |
| State of North Carolina | Office of The Attorney General | 114 W Edenton St | | | Raleigh | NC | 27603 |
| State of North Dakota | Office of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | | Bismarck | ND | 58505 |
| State of Ohio | Office of The Attorney General | State Office Tower | 30 E Broad St 14Th Fl | | Columbus | OH | 43215 |
| State of Oklahoma | Office of The Attorney General | 313 Ne 21St St | | | Oklahoma City | OK | 73105 |
| State of Oregon | Office of The Attorney General | 1162 Court St Ne | | | Salem | OR | 97301-4096 |
| State of Pennsylvania | Office of The Attorney General | Strawberry Square 16Th Fl | | | Harrisburg | PA | 17120 |
| State of Rhode Island | Office of The Attorney General | 150 S Main St | | | Providence | RI | 2903 |
| State of South Carolina | Office of The Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | | Columbia | SC | 29201 |
| State of South Dakota | Office of The Attorney General | 1302 E Highway 14, Ste 1 | | | Pierre | SD | 57501-8501 |
| State of Tennessee | Office of The Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 |
| State of Texas | Office of The Attorney General | 300 W. 15Th St | | | Austin | TX | 78701 |
| State of Utah | Office of The Attorney General | Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 |
| State of Utah | Office of The Attorney General, Sean D. Reyes | Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 |
| State of Vermont | Office of The Attorney General | 109 State St. | | | Montpelier | VT | 5609 |
| State of Virginia | Office of The Attorney General | 202 N. Ninth St. | | | Richmond | VA | 23219 |
| State of Washington | Office of The Attorney General | 1125 Washington St Se | | | Olympia | WA | 98501 |
| State of Washington | Office of The Attorney General | PO Box 40100 | | | Olympia | WA | 98504-00 |
| State of West Virginia | Office of The Attorney General | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | | Charleston | WV | 25305 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 2 of 3

**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| State of Wisconsin | Office of The Attorney General | 17 West Main Street, Room 114 East P | | | Madison | WI | 53702 |
| State of Wyoming | Office of The Attorney General | 109 State Capitol | | | Cheyenne | WY | 82002 |
| the Office of the United States Department of Health and Human Services. | | 200 Independence Avenue, S.W | | | Washington | DC | 20201 |
| Troutman Pepper Hamilton Sanders LLP | | 1313 Market Street, Suite 5100 | Hercules Plaza | | Wilmington | DE | 19801 |
| United States Department of Justice | | 950 Pennsylvania Avenue, NW | | | Washignton | DC | 20530-0001 |
| US Attorney's Office for the District of DE | Attn: David C. Weiss | 1313 N Market Street | PO Box 2046 | | Wilmington | DE | 19801 |
| Virtus Pharmaceuticals LLC | | PO Box 947177 | | | Atlanta | GA | 30394-7177 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 3 of 3