**TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE
TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

Case Number: 24-11188-TMH    ● BK  ○ AP

If AP, Related BK Case Number:

Name of Debtor: Optio RX, LLC

Is this Withdrawal of Reference for the whole case?  ○ Yes  ● No

Cause of Transmittal: Mtn. of Skin Medicinals Granting Allowed Admin. Expense & see notes

Items being Transmitted:

| | | |
|---|---|---|
| ☑ Withdrawal of Reference | Docket Number: 364 | Date Filed: 9/3/24 |
| ☐ | Docket Number: | Date Filed: |
| ☑ Mtn. of Skin Medicinals | Docket Number: 362 | Date Filed: 9/3/24 |
| ☐ | Docket Number: | Date Filed: |
| ☐ | Docket Number: | Date Filed: |

Petitioner(s)                             Petitioner's Counsel

Skin Medicinals LLC                  Matthew Talmo
                                     Matthew Harvey
                                     Morris Nichols Arsht & Tunnell LLP
                                     1201 North Market Street, 16th Floor
                                     Wilmington, DE 19899

Respondent(s)                        Respondent's Counsel

Optio Rx, LLC                        William Chipman
                                     Mark Olivere
                                     Alan Root
                                     Chipma Brown Cicero & Cole LLP
                                     1313 North Market Street, Suite 5400
                                     Wilmington, DE 19801

**Notes**

All Proofs of Claims regarding Skin Medicinals LLC are included with the Withdraw of Reference