**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Related Docket No.  369** |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing

date in the above-captioned proceeding:

- October 23, 2024, at 10:00 a.m. (*prevailing* Eastern Time) (Third Floor, Court Room 7)

**Dated: September 6th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**