**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OPTIO RX, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188-TMH<br><br>(Jointly Administered) |

### SKIN MEDICINALS LLC'S RESERVATION OF RIGHTS REGARDING THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO IMPLEMENT KEY EMPLOYEE INCENTIVE PLAN AND (II) GRANTING RELATED RELIEF

Skin Medicinals LLC ("Skin Medicinals") hereby files this Reservation of Rights regarding the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Implement a Key Employee Incentive Plan and (II) Granting Related Relief* (D.I. 339) (the "Motion"), stating as follows:

1. As the Court knows, Skin Medicinals has filed suit against Debtor Optio Rx, LLC ("OptioRx") for violations of the federal Defend Trade Secrets Act, the Illinois Trade Secrets Act, the Computer Fraud and Abuse Act, the Florida Computer Abuse and Data Recovery Act, and other claims. *See Skin Medicinals LLC v. OptioRx, LLC*, Adv. No. 24-50079-TMH (the "Adversary Proceeding"). Under compulsion of the claims bar date order entered in these cases (D.I. 104),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

1

Skin Medicinals also timely filed proofs of claims against each of the Debtors. Proof of Claim Nos. 83, 87, 89, 102, 103, 105–15, 117–21, 123–26, 128–29 (the "Proofs of Claims"). Finally, on September 3, 2024, Skin Medicinals filed the *Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code* (D.I. 362), seeking entry of an order granting Skin Medicinals an allowed administrative expense for damages arising from OptioRx's unlawful, postpetition acts. D.I. 362 (the "Administrative Expense Motion," and together with the Adversary Proceeding and the Proofs of Claims, the "Claims").

2. At the heart of Skin Medicinals' Claims is a blatantly unethical, unlawful, and anti-competitive scheme personally executed by OptioRx's CEO, Ben David, whereby Mr. David surreptitiously acquired login credentials for Skin Medicinals' proprietary website. Mr. David and his colleagues then repeatedly accessed the protected website with these credentials and used the information found therein to speed development of a similar OptioRx platform. The Debtors have not denied these basic allegations, and the limited evidence disclosed thus far fully bears them out.

3. The Debtors' Motion now seeks to reward Mr. David for the role he has played—and apparently will continue to play—in OptioRx's restructuring through a purported key employee incentive program (the "KEIP"). It appears that this program will almost certainly award Mr. David up to $100,000 on top of his current salary upon meeting certain benchmarks, such as achieving an operating cash flow for the company for the period ending September 29, 2024 "that is better than negative $2 Million Dollars." Motion at 5. All of the milestones included in the KEIP will occur by mid-October (including a milestone of September 6), suggesting that much of the work has already been completed such that the milestones are "lay-ups" and that the KEIP is not truly incentivizing. *See In re Dana Corp.*, 358 B.R. 567, 582 (Bankr. S.D.N.Y. 2006) (observing

that when qualification for compensation is essentially a "lay-up" for plan participants, the plan is in substance a retention program and subject to heightened scrutiny under sections 503(c)(1) and (2)). In support of the Motion, the Debtors insist that Mr. David "will provide immeasurable value to the Debtors' estates." *Id.* at 6.

4.  Given the principle that key employee payment programs should be "fair and reasonable," *In re Glob. Home Prod., LLC*, 369 B.R. 778, 785 (Bankr. D. Del. 2007), any payment to Mr. David should be structured to avoid rewarding Mr. David for his unquestionably bad behavior. Thus, Skin Medicinals proposes that any order granting the Motion include a claw-back provision requiring Mr. David to repay any payments received if it is later determined that he has reached any of the designated "Incentive Bonus Milestones" in part by exploiting, relying on, or using in any way information that he or others at OptioRx unlawfully obtained from Skin Medicinals.

5.  Skin Medicinals further reserves all rights and claims with respect to its Claims and understands that nothing in the Motion, this Reservation of Rights, or any order approving or rejecting the KEIP may be construed as affecting such rights or claims in any way. With that understanding, and the suggestion of a claw-back provision proposed above, Skin Medicinals does not object to the Motion.

Dated: September 6, 2024

Respectfully submitted,

*/s/ Matthew O. Talmo*
Matthew B. Harvey (No. 5186)
Matthew O. Talmo (No. 6333)
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
E-mail: mharvey@morrisnichols.com
       mtalmo@morrisnichols.com

-and-

Howard Kaplan
Jed W. Glickstein
Annie Garau Kelly
KAPLAN & GRADY LLC
2071 N. Southport Ave., Ste. 205
Chicago, IL 60614
(312) 852-2641
howard@kaplangrady.com
jglickstein@kaplangrady.com
annie@kaplangrady.com

*Counsel to Skin Medicinals LLC*