# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*[1] | Case No. 24-11188 (TMH) |
| Debtors. | (Joint Administered) |

## AFFIDAVIT OF SERVICE

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On September 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **First Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From June 27, 2024 Through July 31, 2024** (Docket No. 360)

- **Summary Cover Sheet to the First Monthly Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period From June 26, 2024 Through July 31, 2024** (Docket No. 361)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: September 4, 2024

*Jerod McMillen*
Jerod McMillen

State of Colorado        )
                         ) SS.
County of Denver         )

Subscribed and sworn before me this 4th day of September 2024 by Jerod McMillen.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

# **Exhibit A**

 STRETTO

**Exhibit A**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Counsel to the Debtors | c/o Chipman Brown Cicero & Cole, LLP | David W. Carickhoff, Mark D. Olivere, and Alan M. Root | carickhoff@chipmanbrown.com olivere@chipmanbrown.com |
| Counsel to the DIP Lenders | DLA Piper LLP (US) | Attn: Stuart Brown | stuart.brown@dlapiper.com |
| Office of The U.S. Trustee for The District of Delaware | Attn: Andrew R. Vara & Jonathan W. Lipshie | | jon.lipshie@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller & Nicholas Smargiassi | evan.miller@saul.com nicholas.smargiassi@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Michelle G. Novick | michelle.novick@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Jorge Garcia | jorge.garcia@saul.com |

In re: Optio Rx, LLC, et al.
Case No. 24-11188