# CERTIFICATE OF SERVICE

       I, Jonathan W. Lipshie, counsel to Andrew R. Vara, the United States Trustee for Regions 3 and 9, do hereby certify that on this 9th day of September, 2024, I caused a true and correct copy of the *United States Trustee's Objection to Debtors' Motion for Entry of an Order Extending the Time for the Debtors to Comply with 11 U.S.C. § 345(b)* to be served on the parties listed below via Electronic Mail.

*Counsel to the Debtors*
Chipman Brown Cicero & Cole, LLP
William E. Chipman, Jr., Esquire
David W. Carickhoff, Esquire
Mark D. Olivere, Esquire
Alan M. Root, Esquire
Hercules Plaza, 1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
chipman@chipmanbrown.com; carickhoff@chipmanbrown.com; olivere@chipmanbrown.com; root@chipmanbrown.com

*Counsel to the DIP Lenders*
DLA Piper LLP (US)
Stuart Brown, Esquire
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
stuart.brown@dlapiper.com

*Counsel to the Official Committee of Unsecured Creditors*
Saul Ewing LLP
Evan T. Miller, Esquire
Nicholas Smargiassi, Esquire
1201 North Market Street, Suite 2300
Wilmington, Delaware 19801
evan.miller@saul.com; nicholas.smargiassi@saul.com

*Counsel to the Official Committee of Unsecured Creditors*
Saul Ewing LLP
Michelle G. Novick, Esquire
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
michelle.novick@saul.com

*Counsel to the Official Committee of Unsecured Creditors*
Saul Ewing LLP
Jorge Garcia, Esquire
701 Brickell Avenue, Suite 1700
Miami, Florida 33131
jorge.garcia@saul.com

                                               By: */s/ Jonathan W. Lipshie*
                                                  Jonathan W. Lipshie, Trial Attorney