## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*[1] | Case No. 24-11188 (TMH) |
| Debtors. | (Jointly Administered) |

### CERTIFICATION OF STRETTO, INC. REGARDING SOLICITATION OF VOTES AND TABULATION OF BALLOTS IN CONNECTION WITH THE AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF OPTIO RX, LLC, *et al.*

I, Aileen Daversa, depose and say under the penalty of perjury:

1.      I am a Director at Stretto, Inc. which has offices located at 410 Exchange, Suite 100, Irvine, CA 92602.  I am over the age of eighteen years and neither I nor Stretto is a party to these proceedings.  I am duly authorized to submit this certification on behalf of Stretto (the "**Certification**").  Except as otherwise indicated, all matters set forth herein are based upon my personal knowledge, and, if called as a witness, I could and would testify competently thereto.

2.      I submit this Certification in connection with the tabulation of votes to accept or reject the *Amended Joint Chapter 11 Plan of Reorganization of Optio RX, LLC, et al.* (Docket No. 257) (as amended, supplemented, or modified from time to time, the "**Plan**").[2]

3.      On June 11, 2024, the Court entered an order authorizing the employment and retention of Stretto as claims and noticing agent (Docket No. 27).  On July 29, 2024, the Court entered an order (Docket No. 253) authorizing the employment and retention of Stretto as administrative advisor (in this capacity, the "**Administrative Advisor**") to the Debtor.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compouding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216).  The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan or Solicitation Order, as applicable.

4.      In accordance with the *Order (I) Approving Amended Disclosure Statement, (II) Determining Dates, Procedures, And Forms Applicable To Solicitation Process, (III) Establishing Vote Tabulation Procedures, And (IV) Establishing Objection Deadline And Scheduling Hearing To Consider Confirmation Of The Amended Plan* (Docket No. 276) (the "**Solicitation Order**"), Stretto was authorized to assist the Debtor with, inter alia, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast on the Plan by Holders of Claims in the Voting Class (as defined below).

5.      The Plan designated Claims in Class 1 (Prepetition Lien Claims), Class 5 (General Unsecured Trade Claims), Class 7 (Noteholder Claims) and Class 9 (Convenience Class Claims) (the "**Voting Classes**") as Impaired and entitled the Holders of such Claims to vote on the Plan. The Plan designated Claims on Interests in Class 2 (Vendor Secured Claims), Class 3 (Other Secured Claims), Class 4 (Other Priority Claims), and Class 11 (Intercompany Interests) as unimpaired and not entitled to vote on the Plan (the "**Non-Voting Classes – Unimpaired**). The Plan designated Claims or Interests in Class 6 (Other General Unsecured Claims), Class 8 (Seller Note Claims), Class 10 (Intercompany Claims) and Class 12 (Equity Interests in Optio RX) as impaired and not entitled to vote on the Plan (the "**Non-Voting Classes – Impaired**). Finally, unclassified claims include Priority Tax Claims and Administrative Claims (the "**Unclassified Claims**").

6.      The Solicitation Procedures Order established August 7, 2024, as the record date for determining the Holders of Claims in the Voting Classes who would be entitled to vote on the Plan (the "**Voting Record Date**").

7.      In accordance with the Solicitation Order, Stretto worked closely with the Debtors and their advisors to identify the Holders of Claims entitled to vote in the Voting Classes as of the Voting Record Date. On August 6, 2024 and August 8, 2024, pursuant to and in accordance with the Solicitation Order, Stretto served the Solicitation Packages on Holders of Claims entitled to vote on the Plan.

8.      Stretto filed a Certificate of Service with respect to such service on August 15, 2024 (Docket No. 296).

9.      Stretto also timely served (a) the Notice of Non-Voting Status – Impaired and the Committee Letter re Solicitation to holders of claims or interests in the Non-Voting Classes – Impaired and holders of Unclassified Claims, (b) the Notice of Non-Voting Status – Unimpaired and the Committee Letter re Solicitation to holders of claims or interests in the Non-Voting Classes – Unimpaired, (c) the Disputed Claimant Package to Disputed Claimants, and (d) Confirmation Notice (Docket No. 278) on all parties in interest.  Stretto filed a Certificate of Service with respect to such service on August 15, 2024 (Docket No. 296).

10.     Copies of the Plan and all exhibits were made available via the internet, free of charge at https:cases.Stretto.com/OptioRX on July 29, 2024.

11.     Further, in accordance with the Solicitation Order, Stretto reviewed, determined the validity of, and tabulated the ballots submitted to vote on the Plan. All Ballots were processed in accordance with the Solicitation Order. Upon receiving the Ballots, Stretto took the following actions:

    a.  With respect to Ballots submitted in hard copy: (1) the envelopes containing the Ballots were opened, and the contents were reviewed, removed or printed (as applicable), and stamped with the date and time received; and (ii) each ballot was then scanned into Stretto's system and sequentially numbered (the "**Ballot Number**");

    b.  With respect to Ballots submitted through the online voting portal (i) encrypted Ballot data, date-stamp, and audit trail were created upon submittal; and (ii) electronic images of Ballots were created using the submitted Ballot data; and

    c.  Stretto then entered into a computer database all pertinent information from each of the Ballots, including among other things, the date and time the Ballot was received, the Ballot Number, the voting dollar amount whether the creditor submitting the ballot voted to accept or reject Plan, and the signatory's name and contact information.

12.     To be counted as votes to accept or reject the Plan, a Ballot must be properly executed, completed, and delivered, by mail, overnight courier, personal delivery, or by submitting a properly completed E-Ballot to the Voting Agent in accordance with the instructions on the Ballot or E-Ballot so that it is actually received no later than September 3, 2024 (the "**Voting Deadline**").

13.  All valid Ballots cast by Holders entitled to vote in the Voting Classes and received by Stretto on or before the Voting Deadline were tabulated pursuant to the Solicitation Order. Stretto is in possession of the Ballots received by it, and copies of the same are available for review during Stretto's normal business hours.

14.  I hereby certify that the results of the voting by Holders of Claims in the Voting Class are as set forth in **Exhibit A** to this Certification, which is a true and correct copy of the final tabulation of votes, cast by timely and properly completed Ballots received by Stretto (the "**Final Tabulation Results**").

15.  I hereby certify that attached hereto as **Exhibit B** is a detailed voting report of all submitted Ballots submitted to Stretto as of the filing of this Certification (the "**Detailed Voting Report of All Submitted Ballots**").

16.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated: September 10, 2024                    /s/ Aileen Daversa
                                             Stretto, Inc.
                                             410 Exchange, Suite 100
                                             Irvine, CA 92602

**Exhibit A**
*Final Tabulation Results*

**Exhibit A**
Final Tabulation Results

| Total Ballots Counted | | | | | | | |
|---|---|---|---|---|---|---|---|
| Voting Class | Voting Class Description | Accepting | | | Rejecting | | | Class Voting Result |
| Voting Class | Voting Class Description | Number | Amount | # of Opt Ins | Number | Amount | # of Opt Ins | Class Voting Result |
| 1 | Prepetition Lien Claims | 1<br>100.0% | $127,600,000.00<br>100.0% | 1 | 0<br>0.0% | $0.00<br>0.0% | 0 | Accepts |
| 5 | General Unsecured Trade Claims | 9<br>90.0% | $72,797.91<br>97.3% | 6 | 1<br>10.0% | $2,051.88<br>2.7% | 0 | Accepts |
| 7 | Noteholders Claims | 5<br>100.0% | $156,521,635.32<br>100.0% | 5 | 0<br>0.0% | $0.00<br>0.0% | 0 | Accepts |

**Exhibit B**
*Detailed Voting Report of*
*All Submitted Ballots*

**Exhibit B**
Detailed Voting Report of All Submitted Ballots
(Sorted by Name)

| Ballot # | Class | Class Description | Name | Date Filed | Voting Amount | Accept or Reject? | Opt-In to Release? |
|---|---|---|---|---|---|---|---|
| 15 | 9 | Convenience Class Claims | Trilogy Medwaste Southeast LLC | 08/29/2024 | $336.40 | Accept | No |
| 16 | 7 | Noteholders Claims | Siguler Guff & Company, LP | 08/30/2024 | $7,826,081.77 | Accept | Yes |
| 10 | 5 | General Unsecured Trade Claims | Rx Labels Usa | 08/21/2024 | $889.00 | Accept | Yes |
| 18 | 5 | General Unsecured Trade Claims | Pharmacy Management LLC | 09/03/2024 | $34,326.00 | Accept | No |
| 11 | 5 | General Unsecured Trade Claims | Motus, LLC | 08/26/2024 | $2,140.88 | Accept | No |
| 9 | 5 | General Unsecured Trade Claims | Medimetriks Pharmaceuticals Inc | 08/21/2024 | $1,046.23 | Accept | No |
| 12 | 1 | Prepetition Lien Claims | Loan Admin Co LLC, as Collateral Agent | 08/26/2024 | $127,600,000.00 | Accept | Yes |
| 1 | 9 | Convenience Class Claims | Graphicolor Printing Inc | 08/19/2024 | $439.68 | Accept | Yes |
| 14 | 5 | General Unsecured Trade Claims | Forte Bio-Pharma LLC | 08/28/2024 | $29,152.06 | Accept | Yes |
| 13 | 5 | General Unsecured Trade Claims | Digital Business Solutions, Inc | 08/27/2024 | $1,544.16 | Accept | Yes |
| 2 | 5 | General Unsecured Trade Claims | D And D Wholesale Supply - 2091 | 08/20/2024 | $1,699.36 | Accept | Yes |
| 8 | 7 | Noteholders Claims | CrossCountry Mortgage LLC | 08/19/2024 | $15,652,163.53 | Accept | Yes |
| 5 | 5 | General Unsecured Trade Claims | Computer Condiments Inc | 08/14/2024 | $629.63 | Accept | Yes |
| 3 | 5 | General Unsecured Trade Claims | Coast To Coast Computer Products | 08/22/2024 | $1,370.59 | Accept | Yes |
| 4 | 5 | General Unsecured Trade Claims | Bonita Pharmaceuticals | 08/13/2024 | $2,051.88 | Reject | No |
| 6 | 7 | Noteholders Claims | Aves Management LLC | 08/14/2024 | $39,130,408.83 | Accept | Yes |
| 7 | 7 | Noteholders Claims | Aves Management LLC | 08/14/2024 | $78,260,817.66 | Accept | Yes |
| 17 | 7 | Noteholders Claims | Allstate Insurance Company | 09/03/2024 | $15,652,163.53 | Accept | Yes |