# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Related Docket No. 348** |

### NOTICE OF FILING "EXHIBIT E – EXIT FACILITY TERM SHEET" TO PLAN SUPPLEMENT OF *AMENDED* JOINT CHAPTER 11 PLAN OF REORGANIZATION OF OPTIO RX, LLC, *et al.*

**PLEASE TAKE NOTICE** that, on June 7, 2024 (the "**Petition Date**"), Optio Rx, LLC ("**Optio**") and its affiliated debtors and debtors-in-possession (collectively, "**Debtors**") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), thereby commencing the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that, on July 29, 2024, the Debtors filed the *Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 257] (as may be subsequently amended or modified, the "**Plan**") and the *Amended Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 258] (the "**Disclosure Statement**"). The Plan and Disclosure Statement contemplate the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

- 2 -

submission of certain documents (or forms thereof) (the "**Plan Supplement**") in advance of the Confirmation Hearing.

**PLEASE TAKE FURTHER NOTICE** that, on August 1, 2024, the Court entered the *Order (i) Approving Amended Disclosure Statement, (ii) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (iii) Establishing Vote Tabulation Procedures, and (iv) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Amended Plan* [Docket No. 276] ("**Disclosure Statement Order**"), which established August 27, 2024 as the deadline for the Debtors to file the Plan Supplement.

**PLEASE TAKE FURHTER NOTICE** that on August 27, 2024, the Debtors filed the Plan Supplement [Docket No. 348]. "Exhibit E" to the Plan Supplement was the "Exit Financing – Term Sheet", which was identified as to be filed separately.

**PLEASE TAKE FURHTER NOTICE** that in accordance with the Disclosure Statement Order and the Plan Supplement, the Debtors hereby file Exhibit E "Exit Financing – Term Sheet", which document is integral to, and considered part of, the Plan Supplement and Plan. If the Plan is confirmed, the documents contained in the Plan Supplement, as may be amended or supplemented, will be approved by the Bankruptcy Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that Debtors reserve the right to alter, amend, modify, or supplement any document of, or add any document to, the Plan Supplement subject to the terms and conditions of the Plan.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider confirmation of the Plan (the "**Confirmation Hearing**") will be held on **September 13, 2024 at 1:00 p.m. (Prevailing Eastern Time)** before the Honorable Thomas M. Horan, United States Bankruptcy Judge for the

- 3 -

United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, DE 19801, and may be continued from time to time without further notice other than the announcement by the Debtors of the adjourned date(s) at the Confirmation Hearing or any continued hearing or as indicated in any notice of agenda of matters scheduled for hearing filed with the Bankruptcy Court.

Dated: September 10, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:    (302) 295-0199
Email:  chipman@chipmanbrown.com
         carickhoff@chipmanbrown.com
         olivere@chipmanbrown.com
         root@chipmanbrown.com

*Counsel for Debtors and*
*Debtors in Possession*