# EXHIBIT E

**Exit Financing – Term Sheet**

# EXIT FACILITY TERM SHEET

## Optio Rx, LLC

This EXIT FACILITY TERM SHEET (together with all annexes, exhibits, and schedules attached hereto, this "Exit Facility Term Sheet") sets forth certain material terms of the proposed Exit Facility (as defined below). Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Restructuring Support Agreement, dated as of May 9, 2024 (together with all annexes, exhibits, and schedules attached thereto, as amended, supplemented, or modified in accordance with its terms, the "Restructuring Support Agreement"), or that certain Plan Term Sheet attached as Exhibit B to the Restructuring Support Agreement.

| | |
|---|---|
| **Borrower** | Reorganized Optio Rx, LLC, a Delaware limited liability company (the "Borrower"), as reorganized in connection with and pursuant to the Restructuring Transactions. |
| **Guarantors & Collateral** | Guarantors: Each of the Subsidiary Guarantors (as such term is defined in the Prepetition Credit Agreement) (collectively, the "Guarantors"), each as reorganized in connection with and pursuant to the Restructuring Transactions.  All obligations of the Borrower in connection with the Exit Loans (as defined below) will be unconditionally guaranteed on a joint and several basis by the Guarantors. |
| | Collateral: The following assets shall be pledged to the Agent for the benefit of the Exit Lenders: (i) Online Pharmacy Holdings LLC ("Holdings" and, together with the Borrower and the Guarantors, the "Loan Parties") shall pledge the equity interests it owns in the Borrower, and (ii) each of the Borrower and the Guarantors shall pledge all of such entity's assets, subject to usual and customary exclusions. |
| **Administrative Agent & Collateral Agent** | Loan Admin Co LLC, the administrative agent and the collateral agent for the Exit Lenders (as defined below) with respect to the Exit Facility (in such capacities, the "Agent"). |
| **Exit Lenders** | (i) Funds and vehicles managed by (x) MC Credit Partners LP and (y) CION Investment Corporation, as holders of the First Out Term Loans (as defined below) (the "First Out Holders") under the Exit Credit Agreement (as defined below), (ii) Caprice Capital Partners, LLC (or its affiliates or related funds), as holder of the Last Out Term Loan (as defined below) (the "Last Out Holder"), and (iii) funds and vehicles managed by [(x)] MC Credit Partners LP [and (y) CION Investment Corporation], as holders of the Exit Revolving Loans (as defined below) (the "Revolving Lenders" and, together with the First Out Holders and the Last Out Holder, the "Exit Lenders") under the Exit Credit Agreement.  As discussed below, each Exit Lender shall provide the applicable Exit Commitments on a pro rata basis. |
| **Type and Amount of Exit Facility** | Senior secured credit facility (the "Exit Facility"), comprised of term loans in the principal sum of commitments not to exceed $80,000,000 (the "Exit Term Loan Commitment") and revolving loans in the principal sum of commitments not to exceed $5,000,000 (the "Exit Revolving Loan Commitment" and, together with the Exit Term Loan |

|  | Commitment, the "Exit Commitments"), in accordance with which the Exit Lenders shall provide term loans and/or revolving loans as set forth below (it being understood that all of the term loans funded pursuant to the DIP Credit Agreement and a portion of the term loans funded pursuant to the Prepetition Credit Agreement shall "roll" into the Exit Facility): |
|---|---|
|  | (i)   first out term loan provided by the First Out Holders, in an aggregate principal amount up to $55,000,000 (the "First Out Term Loan"); |
|  | (ii)  last out term loan provided by the Last Out Holder, in an aggregate principal amount up to $25,000,000 (the "Last Out Term Loan" and, together with the First Out Term Loan, the "Exit Term Loans"); and |
|  | (iii) revolving loans provided by the Revolving Lenders in an aggregate amount not to exceed the Exit Revolving Loan Commitment (the "Exit Revolving Loans" and, together with the Exit Term Loans, the "Exit Loans"). |
| **Use of Proceeds** | Solely in accordance with and subject to the credit agreement governing the terms of the Exit Facility (the "Exit Credit Agreement", and together with all security and collateral agreements related thereto, the "Exit Documents"), the proceeds of the Exit Revolving Loans shall be used only for working capital, including for (i) permitted capital expenditures, and (ii) general corporate purposes. |
| **Closing Date** | The date of the satisfaction (or waiver) of each of the conditions precedent to the Exit Facility upon emergence from bankruptcy. |
| **Maturity** | The Exit Term Loans shall mature on the fifth anniversary of the Closing Date.<br><br>The Exit Revolving Loan Commitments shall terminate on the fifth anniversary of the Closing Date. |
| **Collateral and Security** | All obligations of the Loan Parties under the Exit Facility will be secured by first priority perfected security interests (subject to permitted liens) in all existing and after-acquired tangible and intangible property of the Borrower and each Guarantor, including, all equity interests in their subsidiaries, subject to customary exceptions to be agreed. |
| **Interest Rates** | Cash Interest Rate: SOFR + 800 bps<br><br>PIK Interest Rate: SOFR + 1,000 bps. PIK interest is available at the Borrower's election for any interest period commencing on or after the Closing Date and ending on or before December 31, 2026, so long as the Fixed Charge Coverage Ratio is less than 1.10x. |
| **Representations and Warranties** | The Exit Documents shall contain usual and customary representations and warranties. |
| **Financial Covenants** | Maximum Total Leverage Ratio and Minimum Fixed Charge Coverage Ratio with covenant levels and carveouts to be determined. Covenant |

| | |
|---|---|
| | levels generally expected to be set with approximately 30% cushion to agreed model. |
| **Affirmative Covenants** | The Exit Documents shall contain usual and customary affirmative covenants, and will be generally aligned with the affirmative covenants set forth in the Prepetition Credit Agreement. |
| **Negative Covenants** | The Exit Documents shall contain usual and customary negative covenants, and will be generally aligned with the negative covenants set forth in the Prepetition Credit Agreement. |
| **Conditions Precedent** | The Exit Documents shall contain usual and customary conditions precedent. |
| **Prepayments** | Call Premiums: 103, 102, 101<br><br>Mandatory Prepayments: The Exit Documents shall contain usual and customary mandatory prepayments, and will be generally aligned with the mandatory prepayments set forth in the Prepetition Credit Agreement. |
| **Events of Default** | The Exit Documents shall contain usual and customary events of default, and will be generally aligned with the events of default set forth in the Prepetition Credit Agreement. |
| **Expenses and Indemnification** | The Exit Credit Agreement shall provide for the payment of all costs and expenses of the Agent, including, without limitation, the payment of all reasonable and documented fees and expenses of the Agent's legal counsels.<br><br>The Exit Credit Agreement shall also provide for customary indemnification by each of the Loan Parties, on a joint and several basis, of the Agent and each Exit Lender (together with their related parties and representatives). |
| **Assignments** | The Exit Credit Agreement shall contain assignment provisions that are usual and customary for financings of this type. |
| **Amendments** | The Exit Credit Agreement shall contain amendment and waiver provisions that are usual and customary for facilities of this type requiring the consent of the Exit Lenders. |
| **Governing Law** | The laws of the State of New York. |
| **Counsel to the Agent** | DLA Piper LLP (US) |