**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | Related D.I.: 362 |

**RESERVATION OF RIGHTS OF LOAN ADMIN CO LLC REGARDING MOTION OF SKIN MEDICINALS LLC FOR ENTRY OF AN ORDER GRANTING AN ALLOWED ADMINISTRATIVE EXPENSE PURSUANT TO SECTION 503(b) OF THE BANKRUPTCY CODE**

Loan Admin Co LLC (the "Admin Agent"), in its capacity as administrative agent under the Prepetition Credit Agreement and the DIP Credit Agreement, by and through its undersigned counsel, hereby submits this reservation of rights (the "Reservation of Rights") regarding the *Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code* [D.I. 362] (the "Admin Motion"). In support of this Reservation of Rights, the Admin Agent respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

## **RESERVATION OF RIGHTS**

1. The Admin Agent files this Reservation of Rights solely to make clear that the liens of the Prepetition Secured Lenders and the DIP Lenders[2] enjoy priority over any prepetition or administrative expense claims asserted or assertable by Skin Medicinals.

2. Furthermore, the grant of Skin Medicinals' asserted administrative expense claims would constitute a violation of section 12.15 of the DIP Credit Agreement to the extent such administrative expense claims would be entitled to priority or pari passu treatment with the Prepetition Liens. *See* DIP Credit Agreement, § 12.15(q):

> (q) the filing of a motion by any Credit Party requesting, or the entry of any order granting, any super-priority administrative expense claim which is senior to or pari passu with the [DIP] Lenders' claims or with the claims of the Prepetition Secured Parties without the consent in writing of the Required Lenders, except (A) in respect of the Carve-Out and (B) as expressly provided in the Adequate Protection Provisions ….

3. In the event of such breach, the Admin Agent reserves all rights to exercise remedies, including, without limitation, cutting off the Debtors' right to use cash collateral except for payroll, collection of accounts receivable, and foreclosure on the Debtors' assets.

4. Notwithstanding the foregoing, the Admin Agent, to its information and belief, understands that the Debtors may not have sufficient liquidity to satisfy an administrative expense claim asserted by Skin Medicinals. In the event the Court grants such claim, the Debtors will likely be unable to emerge from these chapter 11 cases through confirmation of a plan. Keeping the Debtors in a pre-confirmation or post-confirmation, pre-Effective Date limbo will be value-destructive and is contrary to the best interests of the Debtors, their estates, and all creditors impacted by the Debtors' plan of reorganization.

---

[2] Capitalized terms used but not otherwise defined in this Reservation of Rights have the meanings given to such terms in the Final DIP Order [D.I. 133].

5. The Admin Agent further reserves any and all rights to respond to new arguments raised by Skin Medicinals in reply to this Reservation of Rights or at any hearing on the Admin Motion or confirmation of the Debtors' plan of reorganization.

**WHEREFORE**, the Admin Agent respectfully requests that the Court deny the Admin Motion and grant such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: September 10, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br> /s/ *Stuart M. Brown*<br>Stuart M. Brown (DE No. 4050)<br>Matthew S. Sarna (DE No. 6578)<br>**DLA PIPER LLP (US)**<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone:   (302) 468-5700<br>Facsimile:    (302) 394-2341<br>Email: stuart.brown@us.dlapiper.com<br>           matthew.sarna@us.dlapiper.com<br><br>*Counsel for Loan Admin Co LLC* |