# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Related Docket No. 338** |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT AGREEMENT AND RELEASE AMONG OPTIO RX, LLC, CRESTVIEW PHARMACY, LLC, BRYAN HENDERSON, HOMETOWN PHARMACY, INC. FKA CRESTVIEW CITY PHARMACY, INC., JENNIFER RESHAY DENSMAN, <u>AND CHRISTOPHER NEIL DENSMAN</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Motion of the Debtors for Entry of an Order Approving the Settlement Agreement and Release Among Optio Rx, LLC, Crestview Pharmacy, LLC, Bryan Henderson, Hometown Pharmacy, Inc. fka Crestview City Pharmacy, Inc., Jennifer Reshay Densman, and Christopher Neil Densman* [Docket No. 338] (the "**Motion**") filed on August 23, 2024. Pursuant to the notice of the Motion, objections to the Motion were to be filed and served no later than September 6, 2024, at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"). The undersigned further certifies that a review of the Court's docket

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

in these cases reflects that no answer, objection, or other responsive pleading to the relief requested in the Motion has been filed.

**WHEREFORE**, the undersigned, on behalf of the Debtors, respectfully requests that the Court enter the form of order attached to the Motion, at the Court's earliest convenience.

| | |
|---|---|
| Dated: September 11, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>David W. Carickhoff (No. 3715)<br>Mark D. Olivere (No. 4291)<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0191<br>Email:  chipman@chipmanbrown.com<br>carickhoff@chipmanbrown.com<br>olivere@chipmanbrown.com<br>root@chipmanbrown.com<br><br>*Counsel for Debtors and*<br>*Debtors in Possession* |