**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING**
**SCHEDULED FOR SEPTEMBER 13, 2024, AT 1:00 P.M. (EASTERN TIME)**

Optio Rx, LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 bankruptcy case (the "**Chapter 11 Cases**"), hereby files their Witness and Exhibit List for Hearing scheduled for September 13, 2024, at 1:00 p.m. (Eastern Time) (the "**Hearing**") as follows:

**DEBTORS' WITNESSES**

The Debtors designate the following individuals who may be called as a witness:

(a)   Aileen Daversa

    i.   Ms. Daversa is a Director at Stretto, Inc.

    ii.   Ms. Daversa will testify regarding the *Certification of Stretto, Inc. Regarding Solicitation of Votes and Tabulation of Ballots in Connection with the Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.*, filed on September 10, 2024 [Docket No. 378].

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows:  (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

(b)    Gary Lembo

    i.    Mr. Lembo is a Partner at Paladin Management Group, LLC.

    i.    Mr. Lembo will testify regarding the *Declaration of Gary Lembo in Support of Confirmation of Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.,* filed on September 10, 2024 [Docket No. 385], and the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Implement Key Employee Incentive Plan and (II) Granting Related Relief*, filed on August 23, 2024 [Docket No. 339].

(c)    Leo LaFranco

    ii.    Mr. LaFranco is the Chief Financial Officer of Debtors.

    iii.    Mr. LaFranco will testify regarding confirmation of the *Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.*, filed on September 10, 2024 [Docket No. 382].

(d)    Any witness listed by any other party;

(e)    Rebuttal witnesses as necessary; and

(f)    The Debtors reserve the right to cross-examine any witness called by any other party.

**EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | DOCKET NO. (IF AVAILABLE) |
|---|---|---|
| *In Re: Optio Rx, LLC, Case No. 24-11188 (TMH)* | | |
| 1. | Declaration of Leo LaFranco in Support of Chapter 11 Petitions and First Day Pleadings | Docket No. 3 |
| 2. | Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al*. | Docket No. 257 |
| 3. | Amended Disclosure Statement Relating to the *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al*. | Docket No. 258 |
| 4. | Affidavit of Service | Docket No. 284 |
| 5. | Affidavit of Service | Docket No. 296 |

4867-4861-6675, v. 3

| Exhibit No. | Description | Docket No. (if available) |
|---|---|---|
| 6. | Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Implement Key Employee Incentive Plan and (II) Granting Related Relief | Docket No. 339 |
| 7. | Declaration of T. Scott Avila in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Implement Key Employee Incentive Plan and (II) Granting Related Relief | Docket No. 339-3 |
| 8. | Affidavit of Publication of Larnyce Tabron of the New York Times | Docket No. 363 |
| 9. | Certification of Stretto, Inc. Regarding Solicitation of Votes and Tabulation of Ballots in Connection with the Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.* | Docket No. 378 |
| 10. | Notice of Filing "Exhibit E – Exit Facility Term Sheet" to Plan Supplement to Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.* | Docket No. 381 |
| 11. | *Second Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.* | Docket No. 382 |
| 12. | Notice of Filing of *Second Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.* | Docket No. 383 |
| 13. | Declaration of Gary Lembo in Support of Confirmation of *Second Amended* Joint Plan of Reorganization of Optio Rx, LLC, *et al.* | Docket No. 385 |
| 14. | Memorandum of Law in Support of Confirmation of *Second Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.* | Docket No. 387 |
| 15. | Notice of Filing of Proposed Findings of Fact, Conclusions of Law and Order Confirming the Debtors' *Second Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.* | Docket No. 388 |
| 16. | Any document or pleading filed in the above-captioned Chapter 11 Cases | |
| 17. | Any exhibit necessary for impeachment and/or rebuttal purposes | |
| 18. | Any exhibit identified or offered by any other party | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witness and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

4867-4861-6675, v. 3

- 4 -

Dated: September 11, 2024
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**


    */s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:        chipman@chipmanbrown.com
           carickhoff@chipmanbrown.com
           olivere@chipmanbrown.com
           root@chipmanbrown.com

*Counsel for Debtors and*
*Debtors in Possession*

- 4 -

4867-4861-6675, v. 3