**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 13, 2024, AT 1:00 P.M. (EASTERN TIME)[2]**

> **THIS HEARING WILL BE CONDUCTED IN PERSON AND UTILIZING ZOOM. ALL REMOTE PARTICIPANTS ARE REQUIRED TO REGISTER IN ADVANCE USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES). THE DEBTORS, THE LENDERS, THE U.S. TRUSTEE AND ANY WITNESSES *MUST* APPEAR IN PERSON AT THE HEARING. ALL OTHER PARTIES ARE PERMITTED TO APPEAR VIA ZOOM.**
>
> **PLEASE REGISTER NO LATER THAN SEPTEMBER 12, 2024, AT 4:00 P.M. (EASTERN TIME). AN ELECTRONIC INVITATION, WITH THE RELEVANT AUDIO OR VIDEO LINK, WILL BE EMAILED TO YOU NO LATER THAN TWO (2) HOURS PRIOR TO THE HEARING.**

I. **RESOLVED MATTER(S).**

1.  Application of the Official Committee of Unsecured Creditors of the Debtors, Optio Rx, LLC, et al., for the Entry of an Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor Nunc Pro Tunc to June 27, 2024, filed on July 31, 2024 [Docket No. 269].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] **PLEASE NOTE:** At the direction of the Court, the hearing will now begin at 1:00 p.m. (Eastern Time).

Objection Deadline:        August 14, 2024, at 4:00 p.m. (Eastern Time).

Responses Received:

    i.        Informal comments received from the Debtors and the Office of the United States Trustee (the "**U.S. Trustee**").

Related Pleadings:

    A.        Certification of Counsel Regarding Revised Proposed Order Granting Application of the Official Committee of Unsecured Creditors of the Debtors, Optio Rx, LLC, et al., for the Entry of an Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor Nunc Pro Tunc to June 27, 2024, filed on August 15, 2024 [Docket No. 295].

    B.        Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisor Nunc Pro Tunc to June 27, 2024, entered on August 16, 2024 [Docket No. 297].

Status: This matter will go forward.

## II.    MATTER(S) FILED UNDER CERTIFICATE OF SERVICE.

2.    Debtors' First Omnibus Objection to Claims for Voting Purposes Pursuant to 11 U.S.C. § 502(b) and Fed. R. Bankr. P. 3007, 3017 and 3018, filed on August 16, 2024 [Docket No. 299].

Objection Deadline:        September 6, 2024, at 4:00 p.m. (Eastern Time).

Responses Received:        None.

Related Pleadings:

    A.        Certificate of No Objection, filed on September 11, 2024 [Docket No. 389].

Status: A certificate of no objection has been filed. Therefore, no hearing is necessary unless otherwise requested by the Court.

3.    Debtors' Motion for Entry of an Order (I) Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property and (II) Granting Related Relief, filed on August 23, 2024 [Docket No. 337].

Objection Deadline:        September 6, 2024, at 4:00 p.m. (Eastern Time).

Responses Received:        None.

4877-4617-6483, v. 3

Related Pleadings:

    A.    Certificate of No Objection, filed on September 11, 2024 [Docket No. 391].

Status: A certificate of no objection has been filed. Therefore, no hearing is necessary unless otherwise requested by the Court.

4.    Motion of the Debtors for Entry of an Order Approving the Settlement Agreement and Release Among Optio Rx, LLC, Crestview Pharmacy, LLC, Bryan Henderson, Hometown Pharmacy, Inc. fka Crestview City Pharmacy, Inc., Jennifer Reshay Densman, and Christopher Neil Densman, filed on August 23, 2024 [Docket No. 338].

    Objection Deadline:    September 6, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

    A.    Certificate of No Objection, filed on September 11, 2024 [Docket No. 390].

Status: A certificate of no objection has been filed. Therefore, no hearing is necessary unless otherwise requested by the Court.

Status: This matter will go forward.

5.    Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases of Nonresidential Real Property Effective as of the Rejection Date, (B) Abandon Certain Personal Property in Connection Therewith, and (II) Granting Related Relief, filed on August 30, 2024 [Docket No. 358].

    Objection Deadline:    September 6, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

    A.    Certificate of No Objection, filed on September 11, 2024 [Docket No. 392].

Status: A certificate of no objection has been filed. Therefore, no hearing is necessary unless otherwise requested by the Court.

## III.    MATTER(S) GOING FORWARD.

6.    Motion for Entry of an Order (I) Approving Debtors' Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to the Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Plan, filed on June 24, 2024 [Docket No. 76].

Plan Objection Deadline: September 3, 2024, at 4:00 p.m. (Eastern Time); extended until September 4, 2024 for the U.S. Trustee and Skin Medicinals LLC.

Responses Received:

i.       Informal comments received from the Official Committee of Unsecured Creditors (the "**Committee**"), Loan Admin Co LLC, and Aves Management LLC.

ii.      Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order (I) Approving Debtors' Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to the Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and (V) Scheduling Hearing to Consider Confirmation of the Plan, filed on July 30, 2024 [Docket No. 262].

iii.     Dr. Rinku Patel's Objection to *Amended* Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 3, 2024 [Docket No. 359].

iv.      United States Trustee's Objection to the Debtors' *Amended* Plan of Reorganization, filed on September 4, 2024 [Docket No. 366].

v.       Limited Objection and Reservation of Rights of Skin Medicinals LLC to Confirmation of the *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 4, 2024 [Docket No. 367].

Related Pleadings:

A.       Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on June 10, 2024 [Docket No. 20].

B.       Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on June 10, 2024 [Docket No. 21].

C.       *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on July 29, 2024 [Docket No. 257].

D.       *Amended* Disclosure Statement Relating to the *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al., filed on July 29, 2024 [Docket No. 258].

E.       Notice of Filing of *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on July 29, 2024 [Docket No. 259].

- 4 -

F.    Notice of Filing of *Amended* Disclosure Statement Relating to the *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, filed on July 29, 2024 [Docket No. 260].

G.    Order (I) Approving Debtors' *Amended* Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to the Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the *Amended* Plan, entered on August 1, 2024 [Docket No. 276].

H.    Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' *Amended* Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, filed on August 2, 2024 [Docket No. 278].

I.    Affidavit of Service, filed on August 6, 2024 [Docket No. 284].

J.    Affidavit of Service, filed on August 15, 2024 [Docket No. 296].

K.    Notice of Filing Plan Supplement to *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on August 27, 2024 [Docket No. 348].

L.    Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code, filed on September 3, 2024 [Docket No. 362].

M.    Affidavit of Publication for Larnyce Tabron of the New York Times, filed on September 3, 2024 [Docket No. 363].

N.    Certification of Stretto, Inc. Regarding Solicitation of Votes and Tabulation of Ballots in Connection with the *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 10, 2024 [Docket No. 378].

O.    Notice of Filing "Exhibit E – Exit Facility Term Sheet" to Plan Supplement to *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 10, 2024 [Docket No. 381].

P.    *Second Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 10, 2024 [Docket No. 382].

Q.    Notice of Filing Blackline of *Second Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 10, 2024 [Docket No. 383].

R.    Debtors' Objection to Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code, filed on September 10, 2024 [Docket No. 384].

S.    Declaration of Gary Lembo in Support of Confirmation of *Second Amended* Joint Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 10, 2024 [Docket No. 385].

T.    Reservation of Rights of Loan Admin Co LLC Regarding Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code, filed on September 10, 2024 [Docket No. 386].

U.    Memorandum of Law in Support of Confirmation of *Second Amended* Joint Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 10, 2024 [Docket No. 387].

V.    Notice of Filing of *Proposed* Findings of Fact, Conclusions of Law and Order Confirming the Debtors' *Second Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 10, 2024 [Docket No. 388].

W.    Debtors' Witness and Exhibit List for Hearing Scheduled for September 13, 2024, at 1:00 p.m. (Eastern Time), filed on September 11, 2024 [Docket No. 393].

Status: This matter will go forward.

7.    Debtors' Motion to Enforce the Automatic Stay and for Related Relief, filed on July 30, 2024 [Docket No. 264].

Objection Deadline:    August 20, 2024, at 4:00 p.m. (Eastern Time).

Responses Received:

i.    Dr. Rinku Patel's Response to Debtors' Motion to Enforce the Automatic Stay and for Related Relief, filed on August 20, 2024 [Docket No. 301].

Related Pleadings:

A.    Debtors' Reply in Further Support of Motion to Enforce the Automatic Stay and for Related Relief, filed on August 26, 2024 [Docket No. 342].

Status: This matter will go forward.

8.    Debtors' Motion for Entry of an Order Extending the Time for the Debtors to Comply with 11 U.S.C. § 345(b), filed on August 14, 2024 [Docket No. 293].

Objection Deadline:    August 28, 2024, at 4:00 p.m. (Eastern Time); extended until September 9, 2024 for the U.S. Trustee.

Responses Received:

    i.      United States Trustee's Objection to Debtors' Motion for Entry of an Order Extending the Time for the Debtors to Comply with 11 U.S.C. § 345(b), filed on September 9, 2024 [Docket No. 377].

Related Pleadings:     None.

 Status: This matter will go forward.

9.   Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Implement Key Employee Incentive Plan and (II) Granting Related Relief, filed on August 23, 2024 [Docket No. 339].

    Objection Deadline:     September 6, 2024, at 4:00 p.m. (Eastern Time); extended until September 9, 2024 for the U.S. Trustee.

    Responses Received:

    i.      Skin Medicinals LLC's Reservation of Rights Regarding Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Implement Key Employee Incentive Plan and (II) Granting Related Relief, filed on September 6, 2024 [Docket No. 374].

    Related Pleadings:     None.

 Status: This matter will go forward.

Dated: September 11, 2024        **CHIPMAN BROWN CICERO & COLE, LLP**
       Wilmington, Delaware


                   */s/ William E. Chipman, Jr.*
                William E. Chipman, Jr. (No. 3818)
                David W. Carickhoff (No. 3715)
                Mark D. Olivere (No. 4291)
                Alan M. Root (No. 5427)
                Hercules Plaza
                1313 North Market Street, Suite 5400
                Wilmington, Delaware 19801
                Telephone:    (302) 295-0191
                Email:       chipman@chipmanbrown.com
                                carickhoff@chipmanbrown.com
                                olivere@chipmanbrown.com
                                root@chipmanbrown.com

                *Counsel for Debtors and*
                *Debtors in Possession*

- 7 -