**EXHIBIT A**

**(BOOKS AND RECORDS – Reduce and Allow for Voting Purposes)**

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT OR SCHEDULED AMOUNT | MODIFIED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|
| 1st Choice HVAC, LLC | 27 | $3,679.90 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Amneal Pharmaceuticals | | $7,040.00 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Arrive On Time Delivery | | $560.80 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Bingodel | | $65,867.13 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Bingodel | | $5,748.74 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |

The Debtors reserve the right to object to these claims on any and all grounds.

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT OR SCHEDULED AMOUNT | MODIFIED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|
| Bingodel | | $1,488.96 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Deliver It — 103030 | | $2,385.55 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Deliver It — 103030 | | $1,921.30 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Deliver It — 103030 | | $822.63 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Deliver It — 103030 | | $835.25 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |

The Debtors reserve the right to object to these claims on any and all grounds.

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT OR SCHEDULED AMOUNT | MODIFIED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|
| Deliver It — 103030 | | $1,934.41 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Deliver It — 3284 | | $2,475.07 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| FFF Enterprises Inc — 5718 | | $5,390.69 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| FFF Enterprises Inc — 5718 | | $12,047.62 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| FFF Enterprises Inc — 5718 | | $65,241.87 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| FFF Enterprises Inc — 5718 | | $14,962.19 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in |

iii

The Debtors reserve the right to object to these claims on any and all grounds.

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT OR SCHEDULED AMOUNT | MODIFIED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|
| FFF Enterprises Inc — 5718 | | $37,611.58 | $1.00 | Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| FFF Enterprises Inc — 5718 | | $46,652.65 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| FFF Enterprises Inc — 5718 | | $141,512.06 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| FFF Enterprises Inc — 5718 | | $51,052.68 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Jones Lang Lasalle, IP, Inc. | | $20,665.96 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |

The Debtors reserve the right to object to these claims on any and all grounds.

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT OR SCHEDULED AMOUNT | MODIFIED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|
| Journey Medical Corporation — 5891 | | $2,648.10 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Journey Medical Corporation — 5891 | | $413.26 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Mayne Pharma — 128B | | $32,204.10 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Mayne Pharma — 128B | | $39,078.90 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Mayne Pharma — 128B | | $54,915.41 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Mayne Pharma — 128B | | $69,533.64 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the |

v

The Debtors reserve the right to object to these claims on any and all grounds.

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT OR SCHEDULED AMOUNT | MODIFIED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|
| | | | | Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Mayne Pharma — 128B | | $34,812.08 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Medisca — Ikes91N | | $26.00 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Medisca — Ikes91N | | $33.00 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Medisca — Ikes91N | | $1,600.60 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| PAAS National LLC | | $17,089.00 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |

The Debtors reserve the right to object to these claims on any and all grounds.

4877-0574-3318, v.3

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT OR SCHEDULED AMOUNT | MODIFIED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|
| PCCA — Professional Compounding Centers of America | | $160.75 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| PCCA — Professional Compounding Centers of America | | $1,190.67 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| PCCA — Professional Compounding Centers of America | | $1,042.72 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| PCCA — Professional Compounding Centers of America | | $1,341.86 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| PCCA — Professional Compounding Centers of America | | $3,512.91 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| PCCA — Professional Compounding Centers of America | | $1,096.30 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the |

The Debtors reserve the right to object to these claims on any and all grounds.

4877-0574-3318, v.3

| NAME OF CLAIMANT | CLAIM NUMBER | CLAIM AMOUNT OR SCHEDULED AMOUNT | MODIFIED CLAIM AMOUNT | REASON FOR MODIFICATION |
|---|---|---|---|---|
| | | | | Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Pharmacy Automation Supplies | | $5,616.00 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| USI Insurance Services LLC | 23 | $25,527.00 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Wells Fargo Financial Leasing, Inc. | 29 | $37,458.62 | $1,089.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |
| Wells Fargo Financial Leasing, Inc. | 30 | $11,284.85 | $1.00 | Claim was filed in an amount exceeding that which the Debtors owe to the claimant according to the Debtors' books and records and/or the claim was paid post-petition in accordance with one of the Debtors' First Day Orders; claim should be reduced and allowed in the amount of $1.00 for purposes of voting on the Amended Plan. |

The Debtors reserve the right to object to these claims on any and all grounds.

4877-0574-3318, v.3