IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| | (Jointly Administered) |
| Debtors.[1] | **Related Docket No. 337** |

### ORDER (I) EXTENDING THE DEADLINE TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[2] of the above-captioned Debtors, pursuant to section 365(d)(4) of title 11 of the United States Code, for entry of an order (i) extending the time to assume or reject unexpired leases of nonresidential real property (the "**Real Property Leases**") for an additional ninety (90) days through and including January 3, 2025, and (ii) granting related relief, all as more fully set forth in the Motion; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue for these matters is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) notice of the Motion was sufficient under the circumstances, and no further or other notice is required; and (v) a reasonable opportunity to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

object or be heard regarding the relief requested in the Motion has been afforded to all interested persons; the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, the Debtors' estates, their creditors and other parties-in-interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that sufficient notice of the Motion has been given; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The time period within which the Debtors may assume or reject the Real Property Leases is extended from October 5, 2024, for an additional ninety (90) days through and including **January 3, 2025**, in accordance with section 365(d)(4) of the Bankruptcy Code.

3. The extension of time granted by this Order is without prejudice to the rights of the Debtors to request further extensions with the consent of the Lessor(s).

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

5. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to this Order.

**Dated: September 11th, 2024**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

---

[2] All capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

4874-9541-3475, v. 1