# **SCHEDULE 1**

## **(List of Leases)**

4881-7862-6787, v. 1

**Leases**[1]

| Counterparty Name | Counterparty Address | Debtor Counterparty | Contract Description | Property Address | Rejection Date |
|---|---|---|---|---|---|
| GOHAYKLR, LLC | 16662 Pineridge Drive<br>Granada Hills, CA 91344<br>Attn: Ayk Dzhraget Spanyan | Dr. Ike's PharmaCare LLC | Lease Agreement and Addendum | 15853 Monte Street<br>Suite 101<br>Los Angeles, CA 91342 | August 31, 2024 |
| Indermohan Luthra MD | 14 Buckingham Way<br>Rancho Mirage, CA 92270 | Rose Pharmacy RM LLC | Lease Agreement | 35400 Bob Hope Drive<br>Suite 207<br>Rancho Mirage, CA 92270 | August 31, 2024 |
| Hemlock Way, LLC | P.O. Box 18329<br>Anaheim, CA 92818<br>Attn: David Nelson | Rose Pharmacy SA LLC | Lease Agreement | 1220 Hemlock Way<br>Suite #110<br>Santa Ana, CA 92707 | August 31, 2024 |

---

1   The Leases listed herein include all amendments, modifications, and addenda thereto.