# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| OPTIO RX, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Amrit S. Kapai of Goldstein & McClintock LLLP to represent Dr. Rinku Patel.

Dated: September 12, 2024                     **GOLDSTEIN & MCCLINTOCK, LLLP**

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (No. 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
E-Mail: marias@goldmclaw.com

*Counsel for Dr. Rinku Patel*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois and admitted to practice before the United States District Courts for the Northern and Central Districts of Illinois, and Southern District of Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.".

September 12, 2024                     Respectfully Submitted,
*/s/ Amrit S. Kapai*
Amrit S. Kapai
Goldstein & McClintock LLLP
111 W. Washinton Street, Suite 1221
Chicago, IL 60602
E-Mail: amritk@goldmclaw.com

*Counsel for Dr. Rinku Patel*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.