# **EXHIBIT C**

**Rejected Executory Contract and Unexpired Lease List**

| COUNTERPARTY | DEBTOR | SUBJECT CONTRACT OR LEASE |
|---|---|---|
| GOHAYKLR, LLC<br>Attn: Ayk Dzhraget Spanyan<br>16662 Pineridge Drive<br>Granada Hills, CA 91344 | Dr. Ike's PharmaCare LLC | Lease Agreement |
| Jeffer Mangels Butler & Mitchell LLP<br>Attn: Matthew S. Kenefick<br>Two Embarcadero Center, 5th Floor<br>San Francisco, CA 94111 | Dr. Ike's PharmaCare LLC | Legal Services Agreement |
| Caremark IPA, LLC<br>P.O. Box 94467<br>Palatie, IL 60094-446 | Dr. Ike's PharmaCare LLC | Provider Agreement |
| 8x8, Inc.<br>675 Creekside Way<br>Campbell, CA 95008 | Dr. Ike's PharmaCare LLC | IT Services Agreement |
| Indermohan Luthra MD<br>14 Buckingham Way<br>Rancho Mirage, CA 92270 | Rose Pharmacy RM LLC | Lease Agreement |
| Anda, Inc.<br>Attn: Tricia Hew Chen<br>P.O. Box 930219<br>Atlanta, GA 31193-0219 | Rose Pharmacy RM LLC | Product Rebate Program |
| IQVIA, Inc.<br>Attn: Kevin Donohue<br>77 Corporate Drive<br>Bridgewater, NJ 08807 | Rose Pharmacy SA LLC | Pharmacy Service Agreement |
| Hemlock Way, LLC<br>Attn: David Nelson<br>P.O. Box 18329<br>Anaheim, CA 92818 | Rose Pharmacy SA LLC | Lease Agreement |
| Anda, Inc.<br>Attn: Tricia Hew Chen<br>P.O. Box 930219<br>Atlanta, GA 31193-0219 | Rose Pharmacy SA LLC | Product Rebate Program |
| Robert Hirsh, Elizabeth Buller, Salo, Inc. | SBH Medical LLC | Second Amended and Restated Promissory Note |

| COUNTERPARTY | DEBTOR | SUBJECT CONTRACT OR LEASE |
|---|---|---|
| OCPLP, Inc. | Optio Rx, LLC | Agreement and Amended and Restated Promissory Notice |
| H&H Pharmacy, Inc. (d/b/a Dr. Ike's Pharmacy #1) | H&H Pharmacy | Promissory Note A |
| H&H Pharmacy, Inc. (d/b/a Dr. Ike's Pharmacy #1) | H&H Pharmacy | Promissory Note B |
| Baybridge Pharmacy Corp.; 121 Central Pharmacy Corp.; Delco Pharmacy Corp. | Baybridge Pharmacy, LLC<br>Central Pharmacy, LLC<br>Pro Pharmacy, LLC | First Amendment to Promissory Note |
| Universal Pharmaceutical Services, Inc. | Enovex Pharmacy LLC | Amended and Restated Promissory Note |
| Dr. Ike, Inc. (d/b/a Dr. Ike's PharmaCare) | Dr. Ike's PharmaCare LLC | Promissory Note |
| BHM Capital, Inc. | Crestview Holdings LLC | Amended and Restated Promissory Note |
| PIA Holdings, Inc. | Healthy Choice Compounding LLC | Second Amended and Restated Promissory Note |
| TTTT Pharmacy Corporation; TC Pharmacy Corporation; TTH Pharmacy Corporation | Rose Pharmacy RM LLC<br>Rose Pharmacy SA LLC<br>Rose Pharmacy SF LLC | Agreement and Second Amended and Restated Promissory Note |
| Langer Holdings, Inc. | Pet Apothecary LLC | Promissory Note |
| PracticeHwy.com, Inc.<br>1212 Corporate Drive<br>Suite 200<br>Irving, TX 75038 | Braun Pharmacare Inc. | RX Pharmacy Agreement |
| Crestview Pharmacy, Inc.<br>Hal Densman<br>Bryan Henderson<br>Mitchell Spreier<br>Crestview Pharmacy, LLC | Crestview Holdings, LLC | Membership Purchase Agreement dated December 8, 2018 – Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution. |

| COUNTERPARTY | DEBTOR | SUBJECT CONTRACT OR LEASE |
|---|---|---|
| c/o Bryan Henderson<br>3084 Whitley Oaks Ln<br>Pace, FL 32571<br>Telephone: (850) 293-8459<br>E-mail: brhendu@live.com<br><br>Locklin, Saba, Locklin & Jones, P.A.<br>4557 Chumuckla Highway<br>Pace, FL 32571<br>Attn: Daniel P. Saba, Esq.<br>Telephone: (850) 995-1102<br>E-mail: dsaba@ljslawfirm.com | | |
| Robert Hirsh<br>Elizabeth Buller<br>Salo, Inc.<br>c/o Salo, Inc.<br>300 West Wilson Bridge Road<br>Worthington, OH 43085<br>Attention: Christine D. Oswald<br><br>Gamble Hartshorn, LLC<br>One East Livingston Avenue<br>Columbus, OH 43204<br>Attention: Kenneth A. Gamble | SBH Medical LLC | Membership Purchase Agreement dated September 1, 2019 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution. |
| Dr. Ayk Dzhragatspanyan<br>16662 Pineridge Drive<br>Granada Hills, CA 913444<br><br>California Pharmacy Lawyers<br>49 Discovery, Suite #240<br>Irvine, CA 92618<br>Attention: Ivan Petrzelka | Dr. Ike's PharmaCare, LLC | Asset Purchase Agreement dated March 14, 2019 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Universal Pharmaceutical Services, Inc. (d/b/a ENOVEX Pharmacy)<br>Dr. Ayk Dzhragatspanyan<br><br>Dr. Ayk Dzhragatspanyan<br>16662 Pineridge Drive<br>Granada Hills, CA 913444<br><br>California Pharmacy Lawyers<br>49 Discovery, Suite #240<br>Irvine, CA 92618<br>Attention: Ivan Petrzelka | Enovex Pharmacy LLC | Asset Purchase Agreement dated March 14, 2019 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |

| COUNTERPARTY | DEBTOR | SUBJECT CONTRACT OR LEASE |
|---|---|---|
| | | |
| TTH Pharmacy Corporation<br>12540 McCann Drive<br>Santa Fe Springs, CA 90670<br><br>Ivan Petrzelka, Esq.<br>Gemini Law<br>P.O. Box 552<br>Red Bluff, CA 96080 | Rose Pharmacy SF LLC | Asset Purchase Agreement<br>Dated February 17, 2020 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Thang Chu<br>Dharmesh Patel<br>TC Pharmacy Corporation<br>1220 West Hemlock Way, #110<br>Santa Ana, CA 92707<br><br>Ivan Petrzelka, Esq.<br>Gemini Law<br>P.O. Box 552<br>Red Bluff, CA 96080 | Rose Pharmacy SA LLC | Asset Purchase Agreement<br>Dated February 17, 2020 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| TTTT Pharmacy Corporation<br>35400 Bob Hope Drive, Suite 207<br>Rancho Mirage, CA 92270 | Rose Pharmacy RM LLC | Assignment and Assumption Agreement<br>Dated June 30, 2020 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| TTTT Pharmacy Corporation<br>Thang Chu<br>TC Pharmacy Corporation<br>Dharmesh Patel<br>TTH Pharmacy Corporation<br>Trang Hoang<br><br>5 Sky Meadow<br>Coto De Caza, CA 92679<br>Attn: Thang Chu<br>Email: businessemail2005@gmail.com<br><br>TC Pharmacy Corporation<br>1220 West Hemlock Way #110<br>Santa Ana, CA 92707 | Rose Pharmacy RM LLC<br>Rose Pharmacy SA LLC<br>Rose Pharmacy SF LLC | Agreement dated March 27, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |

iv

4876-5825-9428, v. 1

| Counterparty | Debtor | Subject Contract or Lease |
|---|---|---|
| TTTT Pharmacy Corporation<br>35400 Bob Hope Drive, Suite 207<br>Rancho Mirage, CA 92270<br><br>TTH Pharmacy Corporation<br>12540 McCann Drive<br>Santa Fe Springs, CA 90670 | | |
| Oakdell Compounding Pharmacy LLC<br>OCPLP, INC.<br>John Jeffrey Carson<br>31120 Knotty Grove<br>Fair Oaks Ranch, TX 78015<br>E-mail: crocea411@yahoo.com<br><br>Clark Hill PLC<br>2301 Broadway<br>San Antonio, TX 78215<br>Attention: Laura C. Mason<br>E-mail: lmason@clarkhill.com | Optio Rx, LLC | Membership Purchase Agreement dated December 31, 2021 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution. |
| OCPLP, INC.<br>John Jeffrey Carson<br>31120 Knotty Grove<br>Fair Oaks Ranch, TX 78015<br>E-mail: crocea411@yahoo.com | Optio Rx, LLC | Agreement dated September 22, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution. |
| OCPLP, INC.<br>John Jeffrey Carson<br>31120 Knotty Grove<br>Fair Oaks Ranch, TX 78015 | Optio Rx, LLC | Promissory Note |
| Jacob's Pills, Inc. doing business as Healthy Choice Apothecary or Healthy Choice Compounding<br>Philip Altman<br>250 Clearbrook Road<br>Elmsford, NY 10523<br>E-mail: wholerx@msn.com<br><br>Jacobson, Mermelstein & Squire LLP<br>c/o Lee Mermelstein<br>103 Brook Hills Circle<br>White Plains, NY 10605<br>E-mail: leem@jmslegal.com | Healthy Choice Compounding LLC | Membership Purchase Agreement dated August 21, 2020 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |

v

| COUNTERPARTY | DEBTOR | SUBJECT CONTRACT OR LEASE |
|---|---|---|
| TC Pharmacy Corporation<br>1220 West Hemlock Way #110<br>Santa Ana, California 92707 | Rose Pharmacy SA LLC | Promissory Note |
| TTTT Pharmacy Corporation<br>35400 Bob Hope Drive, Suite 207<br>Rancho Mirage, California 92270 | Rose Pharmacy RM LLC | Promissory Note |
| TTH Pharmacy Corporation<br>12540 McCann Drive<br>Santa Fe Springs, California 90670 | Rose Pharmacy SF LLC | Promissory Note |
| Baybridge Pharmacy Corp<br>121 Central Pharmacy Corp<br>Delco Pharmacy Corp.<br>Sparta Rx, LLC<br>Stockholders of Baybridge Pharmacy Corp, 121 Central Pharmacy Corp and Delco Pharmacy Corp.<br><br>c/o Greg Savino<br>1842 Gardenia Avenue<br>Merrick, NY 11566<br>Facsimile: None<br>Email: greg.savino@yahoo.com<br><br>Barclay Damon LLP<br>200 Delaware Avenue, Suite 1200<br>Buffalo, NY 14202<br>Attn: Raymond N. McCabe<br>Facsimile: (716) 566-4013<br>Email: rmccabe@barclaydamon.com<br><br>Barclay Damon LLP<br>80 State Street<br>Albany, NY 12207<br>Attn: Linda J. Clark<br>Facsimile: (518) 427-3498<br>Email: lclark@barclaydamon.com | Baybridge Pharmacy, LLC<br>Central Pharmacy, LLC<br>Pro Pharmacy, LLC | Asset Purchase Agreement Dated December 28, 2019 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| H & H Pharmacy, Inc.<br>(d/b/a Dr. Ike's Pharmacy)<br>Dr. Ayk Dzhragatspanyan<br>Dr. Harutyun Kagoyan<br><br>16662 Pineridge Drive<br>Granada Hills, CA 91344<br>Attention: Dr. Ayk Dzhragatspanyan | H&H Pharmacy LLC | Asset Purchase Agreement Dated March 14, 2019 (as amended pursuant to that certain First Amendment Asset Purchase Agreement dated April 30,2019 and that certain second Amendment Asset Purchase Agreement dated June 14, 2019) - Debtors do not |

4876-5825-9428, v. 1

| COUNTERPARTY | DEBTOR | SUBJECT CONTRACT OR LEASE |
|---|---|---|
| 14147 Gault Street<br>Panorama City, CA 91402<br>Attention: Dr. Harutyun Kagoyan<br><br>California Pharmacy Lawyers<br>49 Discovery, Suite #240<br>Irvine, CA 92618<br>Attention: Ivan Petrzelka | | believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Mark Wank<br>7051 Highway 70 South #310<br>Nashville, TN 37221 | Optio Rx, LLC | Employment Agreement dated as of April 29, 2018 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Rinku Patel<br>1424 Oak Bluff Lane<br>Lemont, IL 60439 | Optio Rx, LLC | Employment Agreement dated as of December 10, 2021 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Cheyenne Hooks<br>5495 Old River Road<br>Baker FL 32531 | Optio Rx, LLC | Employment Agreement dated as of April 22, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Ryan Butler<br>3032 East Bay Court<br>Creedmoor, NC 27522 | Optio Rx, LLC | Employment Agreement dated as of April 12, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Andrew Charter<br>24640 South Augusta Court<br>Sun Lakes, AZ 85248 | Optio Rx, LLC | Executive Employment Agreement dated as of December 18, 2022 and Amendment to Executive Employment Agreement dated as of September 18, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| David Winkles<br>5366 Southlake Drive<br>Pace, FL 32571 | Optio Rx, LLC | Employment Agreement dated as of May 1, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Dylan Willette<br>24384 Fifth Avenue<br>Florala, AL 36442 | Optio Rx, LLC | Employment Agreement dated as of May 8, 2023 - Debtors do not believe this agreement is executory, |

4876-5825-9428, v. 1

| COUNTERPARTY | DEBTOR | SUBJECT CONTRACT OR LEASE |
|---|---|---|
| | | however, Debtors are listing it out of an abundance of caution |
| Judith-Marie Paige Akin<br>5685 Foshee Road<br>Brewton, AL 36426 | Optio Rx, LLC | Employment Agreement dated as of May 11, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Julietta Arutyunova<br>7761 Via Catalina<br>Burbank, CA 91504-1111 | Optio Rx, LLC | Employment Agreement dated as of April 30, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Meredith Simmons<br>129 Tranquility Drive<br>Crestview FL. 32536 | Optio Rx, LLC | Employment Agreement dated as of May 22, 2023 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Grant A. Christianson<br>11001 Seven Pines Lane<br>Champlin, MN 55316 | Optio Rx, LLC | Employment Agreement dated as of April 29, 2018 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Matthew Sesto<br>13318 N 76th Street<br>Scottsdale AZ 85260 | Optio Rx, LLC | Employment Agreement - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| Sabreena Al Masri<br>7919 Trinity Circle<br>Tinley Park, IL 60487-5700 | Optio Rx, LLC | Employment Agreement dated as of May 16. 2022 - Debtors do not believe this agreement is executory, however, Debtors are listing it out of an abundance of caution |
| **119 Kent LLC**<br>**119 Kent II LLC**<br>**1274 49 Street, Unit No. 443**<br>**Brooklyn, NY 11219**<br>**Attn: Cheskie Weisz**<br>**Email: kentmgmt@gmail.com** | **Central Pharmacy, LLC** | **Lease Agreement** |

viii

4876-5825-9428, v. 1