

September 16, 2024

The Honorable Judge Thomas M. Horan
The United States Bankruptcy Court
for the District of Delaware
824 North Market Street, 3rd Floor
Wilmington, DE 19801

**RE:**   ***In re: Optio Rx, LLC, et al.* (Case No. 24-11188) – Proposed Order Granting Debtors' Motion to Enforce the Automatic Stay and For Related Relief**

Dear Judge Horan:

As you know, my office represents Dr. Rinku Patel ("*Dr. Patel*") in the above-captioned chapter 11 case. At the hearing on the Debtors' *Motion to Enforce the Automatic Stay and for Related Relief* (the "*Motion*") on September 13, 2024, Your Honor granted the Debtors' Motion and stated that the Court would enter the *Proposed Order Granting the Debtors' Motion to Enforce the Automatic Stay and for Related Relief* (the "*Proposed Order*") that was attached as Exhibit 1 to the Motion when filed. *See* D.I. 264-2.

Paragraph 2 of the Proposed Order states the following: "Pursuant to Section 362(a)(1), the State Court Action is hereby declared void ab initio and Patel shall immediately cease prosecuting the State Court Action."

In their *Reply in Further Support of Motion to Enforce the Automatic Stay and for Related Relief* (D.I. 342, the "*Reply*"), the Debtors stated, "given that Patel has filed an amended complaint against only non-debtors and could, in any event, file a new and separate action against the same non-debtor parties, declaring the State Court Action *void ab initio* is, as a practical matter, unnecessary." Reply at ¶ 16. Moreover, this Court expressly stated on the record at the September 13th Hearing that Dr. Patel is not enjoined or otherwise precluded from pursuing her state court action against the non-debtor defendants.

Dr. Patel did not argue this point at the hearing, as we thought the issue was conceded, based on Debtors' statements in their Reply. However, when asked, the Debtors refused to submit a revised version of the Proposed Order eliminating paragraph 2.

The Honorable Thomas M. Horan
September 16, 2024

       Accordingly, Dr. Patel respectfully requests that the Court strike Paragraph 2 from the Proposed Order before entering it in the case. I remain available should Your Honor have any questions.

Sincerely,

*/s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk (Bar No. 3320)
Goldstein & McClintock LLLP
501 Silverside Rd, Suite 65
Wilmington, DE 19809
(302) 444-6710
marias@goldmclaw.com