# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | Related Docket No. 264 |

## [PROPOSED] ORDER GRANTING DEBTORS' MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR RELATED RELIEF

Upon consideration of the Debtors' motion (the "**Motion**") for entry of an order (this "**Order**") pursuant to section 362(a) and 362(k) of title 11 of the United States Code (the "**Bankruptcy Code**") (i) enforcing the automatic stay against state court plaintiff Rinku Patel ("**Patel**"), (ii) declaring Patel's state court action, *Rinku Patel, PHARMD v. OptioRx, LLC, et al.*, Case No. 2024L008031 (Cook County, Ill.) (the "**State Court Action**"), void *ab initio*, and (iii) awarding the Debtors attorneys' fees and expenses against Patel and any other party that may be responsible for having willfully violated the automatic stay; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

*Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding under 28 U.S.C. § 157(b)(2); and the Court having found that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Motion was given to all interested parties, which was sufficient under the circumstances; and the Court having determined that Patel willfully violated the automatic stay and, despite her actual knowledge of the pendency of these Chapter 11 Cases and a warning that commencing her state court action would violate the automatic stay, commenced the State Court Action in bad faith; and the Court having found that statutory damages are warranted; and the Court having considered the Motion, any responses thereto, and the evidence admitted and the arguments of counsel at the hearing,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 362(a)(1), the State Court Action is hereby declared void *ab initio* ~~and Patel shall immediately cease prosecuting the State Court Action.~~ *as to Optio Rx only.* mutt

3. Pursuant to section 362(k) of the Bankruptcy Code, Patel liable for the Debtors' attorneys' fees and costs incurred as a consequence of Patel's violations of the automatic stay, as to which the Debtors shall submit a Certification of Costs within fourteen (14) days of the entry of this Order, and as to which amounts Patel shall pay the Debtors within twenty-eight (28) days of the entry of this Order.

4. Should Patel fail to pay the damages awarded in this Order timely, and/or take any additional actions in violation of the automatic stay or this Order, the Debtors may petition this Court for an order requiring Patel to appear and show cause why she should not be held in contempt of court.

- 3 -

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: September 16, 2024
Wilmington, Delaware

_____
Thomas M. Horan
United States Bankruptcy Judge