## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*[1] | Case No. 24-11188 (TMH) |
| Debtors. | (Joint Administered) |

### AFFIDAVIT OF SERVICE

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On September 16, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order (I) Authorizing the Debtors to Implement Key Employee Incentive Plan and (II) Granting Related Relief** (Docket No. 405)

- **Order Granting Debtors' Motion to Enforce the Automatic Stay and for Related Relief** (Docket No. 406)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: September 17, 2024

_____
Jerod McMillen

State of Colorado    )
                    ) SS.
County of Denver    )

Subscribed and sworn before me this 17th day of September 2024 by Jerod McMillen.

_____
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compouding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Amneal Pharmaceuticals | Attn: Legal Dept | Lockbox #7979 | PO Box 7247 | Philadelphia | PA | 19170-0001 |
| Arcutis Biotherapeutics Inc | Attn: Legal Dept | 3027 Townsgate Road | Suite 300 | Westlake Village | CA | 91361 |
| ARL Bio Pharma Inc. | Attn: Legal Dept | 840 Research Parkway | | Oklahoma City | OK | 73104 |
| Aves Management LLC | Attn: Charles Asfour | 150 North Riverside Plaza | Ste 5200 | Chicago | IL | 60606 |
| Baybridge | Attn: Greg Savino | 1981 Marcus Ave | Ste C129 | New Hyde Park | NY | 11042 |
| Baybridge Pharmacy Corp | Attn: Greg Savino | 1842 Gardenia Avenue | | Merrick | NY | 11566 |
| Ben David & Arun Surseh Kumar | c/o Kennedys CMK LLP | 222 Delaware Avenue Ste 710 | Attn: M. Casarino & K. Barksdale | Wilmington | DE | 19801 |
| BSD Construction Inc. | Attn: Legal Dept | 8369 Vickers Street #100 | | San Diego | CA | 92111 |
| Central-Yuriy Davydov | Attn: Legal Dept | 21715 85th Ave | | Queens Village | NY | 11427-1412 |
| Committee of Unsecured Creditors | c/o Saul Ewing LLP | 1201 N Market St Ste 2300 | PO Box 1266 | Wilmington | DE | 19899 |
| Committee of Unsecured Creditors | c/o Saul Ewing LLP | 161 North Clark St Suite 4200 | Attn: Michelle G. Novick | Chicago | IL | 60601 |
| Committee of Unsecured Creditors | c/o Saul Ewing LLP | 701 Brickell Avenue Suite 1700 | Attn: Jorge Garcia | Miami | FL | 33131 |
| Constangy Brooks Smith & Prophete | Attn: Legal Dept | PO Box 102476 | | Atlanta | GA | 30368-0476 |
| Counsel to Committee Unse Creditors | c/o Saul Ewing LLP | 1201 N Market Street Ste 2300 | Attn: Evan T. Miller | Wilmington | DE | 19899-1266 |
| Crestview | Bryan Henderson & Hal Densman | 3084 Whitley Oaks Ln | | Pace | FL | 32571-6772 |
| Crestview Henderson & Densman | Attn: Legal Dept | 349 S Garcon Point Rd | | Milton | FL | 32583-7314 |
| District of Columbia | Office of The Attorney General | 400 6th Street NW | | Washington | DC | 20001 |
| Enovex | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | Granada Hills | CA | 91344-1848 |
| FDS Inc. | Attn: Legal Dept | 5000 Birch Street Suite 8500 | | Newport Beach | CA | 92660 |
| FFF Enterprises Inc | Attn: Legal Dept | 44000 Winchester Road | | Temecula | CA | 92590 |
| Forte Bio-Pharma LLC - 8744 | Attn: Legal Dept | PO Box 29650 | Dept 880412 | Phoenix | AZ | 85038-9650 |
| H&H | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | Granada Hills | CA | 91344-1848 |
| Healthy Choice | Attn: Phil Altman | 150 W End Ave | Apt 24L | New York | NY | 10023-5748 |
| ICS Direct | Attn: Legal Dept | 12601 Collection Center Drive | | Chicago | IL | 60693 |
| INCYTE | Attn: Legal Dept | 12601 Collection Center Drive | | Chicago | IL | 60693 |
| Internal Revenue Service | Attn: Legal Dept | 550 Main St | #10 | Cincinnati | OH | 45999-0039 |
| Internal Revenue Service | Attn: Legal Dept | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Journey Medical Corporation - 5894 | Attn: Legal Dept | 9237 East Via De Ventura | Suite 105 | Scottsdale | AZ | 85258 |
| Mayne Pharma - 128B | Attn: Legal Dept | PO Box 603644 | | Charlotte | NC | 28260-3644 |
| Medisca Inc | Attn: Legal Dept | 626 Tom Miller Road | | Plattsburgh | NY | 12901 |
| Oakdell-Jeff Carson | Attn: Legal Dept | 31120 Knotty Grove | | Boerne | TX | 78015 |
| PAAS National LLC | Attn: Legal Dept | 160 Business Park Circle | | Stoughton | WI | 53589 |
| Pharmcare | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | Granada Hills | CA | 91344-1848 |
| PIA Holdings Inc. | Attn: Phil Altman | 8973 Lakes Blvd | | West Palm Beach | FL | 33412 |
| Plante Moran PLLC - 1725 | Attn: Legal Dept | 16060 Collections Center Dr | | Chicago | IL | 60693 |
| Pro-Yuriy Davydov | Attn: Legal Dept | 21715 85th Ave | | Queens Village | NY | 11427-1412 |
| Securities And Exchange Commission | Attn: Andrew Calamari | 200 Vesey Street Suite 400 | New York Regional Office | New York | NY | 10281-1022 |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St | Suite 20-100 | New York | NY | 10004-2616 |
| Skin Medicinals | Morris Nichols Arsht & Tunnell LLP | 1201 North Market Street 16th Floor | Attn: Matthew O. Talmo | Wilmington | DE | 19899-1347 |
| State of Alabama | Office of The Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188



## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| State of Alaska | Office of the Attorney General | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 |
| State of Arizona | Office of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| State of Arkansas | Office of The Attorney General | 323 Center St Ste 200 | | Little Rock | AR | 72201 |
| State of California | Office of The Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 |
| State of Colorado | Office of The Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway 10Th Fl | Denver | CO | 80203 |
| State of Connecticut | Office of The Attorney General | 165 Capitol Avenue | | Hartford | CT | 6106 |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | Wilmington | DE | 19801 |
| State of Florida | Office of The Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 |
| State of Georgia | Office of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 |
| State of Hawaii | Office of The Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| State of Idaho | Office of The Attorney General | 700 W. Jefferson St Suite 210 | PO Box 83720 | Boise | ID | 83720 |
| State of Illinois | Office of The Attorney General | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 60601 |
| State of Indiana | Office of Indiana Attorney General | Indiana Government Center South | 302 W Washington St 5th Floor | Indianapolis | IN | 46204 |
| State of Iowa | Office of The Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| State of Kansas | Attorney General Derek Schmidt | 120 SW 10th Ave 2nd Floor | | Topeka | KS | 66612 |
| State of Kentucky | Attorney General - Daniel Cameron | 700 Capital Avenue Suite 118 | | Frankfort | KY | 40601 |
| State of Louisiana | Dept of Justice - Att Gens Office | 300 Capital Drive | | Baton Rouge | LA | 70802 |
| State of Maine | Office of the Attorney General | 6 State House Station | | Augusta | ME | 04333 |
| State of Maryland | Office of The Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202 |
| State of Massachusetts | Attorney General's Office | 1 Ashburton Place 20th Floor | | Boston | MA | 02108 |
| State of Michigan | Department of Attorney General | 525 W Ottawa St | | Lansing | MI | 48906 |
| State of Minnesota | Office of The Attorney General | 445 Minnesota St Ste 1400 | | St. Paul | MN | 55101 |
| State of Mississippi | Office of The Attorney General | Walter Sillers Building | 550 High St PO Box 220 | Jackson | MS | 39201 |
| State of Missouri | Office of The Attorney General | Supreme Court Building | 207 W High St | Jefferson City | MO | 65101 |
| State of Montana | Office of The Attorney General | Justice Building 3rd Floor | 215 N Sanders PO Box 201401 | Helena | MT | 59602 |
| State of Nebraska | Office of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 |
| State of Nevada | Office of The Attorney General | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 |
| State of New Hampshire | Office of The Attorney General | Nh Department of Justice | 33 Capitol St. | Concord | NH | 3301 |
| State of New Jersey | Office of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl W Wing Box 080 | Trenton | NJ | 8611 |
| State of New Mexico | Office of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 |
| State of New York | Office of The Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 |
| State of North Carolina | Office of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 |
| State of North Dakota | Office of The Attorney General | State Capitol 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 |
| State of Ohio | Office of The Attorney General | State Office Tower | 30 E Broad St 14Th Fl | Columbus | OH | 43215 |
| State of Oklahoma | Office of The Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 |
| State of Oregon | Office of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301-4096 |
| State of Pennsylvania | Office of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 |
| State of Rhode Island | Office of The Attorney General | 150 S Main St | | Providence | RI | 2903 |
| State of South Carolina | Office of The Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | Columbia | SC | 29201 |
| State of South Dakota | Office of The Attorney General | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501-8501 |
| State of Tennessee | Office of The Attorney General | PO Box 20207 | | Nashville | TN | 37202-0207 |
| State of Texas | Office of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 |
| State of Utah | Office of Att Gen Sean D. Reyes | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 2 of 3



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| State of Utah | Office of The Attorney General | Utah State Capitol Complex | 350 North State St Ste 230 | Salt Lake City | UT | 84114 |
| State of Vermont | Office of The Attorney General | 109 State St. | | Montpelier | VT | 5609 |
| State of Virginia | Office of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 |
| State of Washington | Office of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 |
| State of Washington | Office of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 |
| State of West Virginia | Office of The Attorney General | State Capitol 1900 Kanawha Blvd E | Building 1 Rm E-26 | Charleston | WV | 25305 |
| State of Wisconsin | Office of The Attorney General | 17 West Main Street Room 114 East P | | Madison | WI | 53702 |
| State of Wyoming | Office of The Attorney General | 109 State Capitol | | Cheyenne | WY | 82002 |
| Troutman Pepper Hamilton Sanders | Attn: Legal Dept | 1313 Market Street Suite 5100 | Hercules Plaza | Wilmington | DE | 19801 |
| United States Department of Justice | Attn: Legal Dept | 950 Pennsylvania Avenue NW | | Washignton | DC | 20530-0001 |
| US Att Office for the Dist of DE | Attn: David C. Weiss | 1313 N Market Street | PO Box 2046 | Wilmington | DE | 19801 |
| US Dept of Health & Human Services. | Attn: Legal Dept | 200 Independence Avenue S.W | | Washington | DC | 20201 |
| US Trustee for District of Delaware | Attn: Legal Dept | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Virtus Pharmaceuticals LLC | Attn: Legal Dept | PO Box 947177 | | Atlanta | GA | 30394-7177 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 3 of 3

# **<u>Exhibit B</u>**



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Group of Mezz Lenders | c/o Kirkland & Ellis LLP, Kirkland & Ellis International LLP | Attn: Ryan Blaine Bennett & Zak Piech | ryan.bennett@kirkland.com zak.piech@kirkland.com |
| Ad Hoc Group of Mezz Lenders | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, L. Katherine Good, & Levi Akkerman | csamis@potteranderson.com kgood@potteranderson.com lakkerman@potteranderson.com |
| Amneal Pharmaceuticals | | | accountsreceivable@amneal.com |
| Arcutis Biotherapeutics Inc | | | information@arcutis.com |
| ARL Bio Pharma, Inc. | | | info@arlok.com |
| Aves Management LLC | Attn: Charles Asfour | | finance@avescap.com casfour@avescap.com |
| Baybridge | Attn: Greg Savino | | greg.savino@yahoo.com |
| Ben David & Arun Surseh Kumar | c/o Kennedys CMK LLP | Attn: Marc S. Casarino & Katie Barksdale | marc.casarino@kennedyslaw.com katie.barksdale@kennedyslaw.com |
| Bexar County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Bryan Henderson | | | Address Redacted |
| BSD Construction, Inc. | | | info@bsdbuilders.com |
| Cardinal Health 110, LLC & Cardinal Health 112, LLC | c/o Hiller Law, LLC | Attn: Adam Hiller | ahiller@adamhillerlaw.com |
| Cardinal Health 110, LLC and Cardinal Health 112, LLC | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber & Terri Jane Freedman | szuber@csglaw.com tfreedman@csglaw.com |
| Central-Yuriy Davydov | | | adavy830@yahoo.com |
| Constangy, Brooks, Smith & Prophete, LLP - 7070 | | | nwasser@constangy.com |
| Counsel to the Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Turner N. Falk | turner.falk@saul.com |
| District of Columbia | Office of The Attorney General | | oag@dc.gov |
| FDS, Inc. | | | info@fdsinc.net |
| Forte Bio-Pharma LLC - 8744 | | | francisco.torres@fortebiopharma.com |
| ICS Direct | | | titlecash@icsconnect.com |
| INCYTE | | | ir@incyte.com |
| Journey Medical Corporation - 5894 | | | journeymedicalar@icsconnect.com |
| Loan Admin Co LLC | c/o DLA Piper LLP | Attn: Stuart M. Brown & Matthew S. Sarna | stuart.brown@us.dlapiper.com matthew.sarna@us.dlapiper.com |
| Mayne Pharma - 128B | | | us.ar.remit@maynepharma.com |
| NYIP Owner II LLC | c/o Eckert Seamans Cherin & Mellot LLC | Attn: Nicholas Pasalides | npasalides@eckertseamans.com |

In re: Optio Rx, LLC, et al.
Case No. 24-11188



## Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| NYIP Owner II LLC | c/o Eckert Seamans Cherin & Mellott, LLC | Attn: Tara L. Lattomus | tlattomus@eckertseamans.com |
| Oakdell-Jeff Carson | | | crocea411@yahoo.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller & Nicholas Smargiassi | evan.miller@saul.com<br>nicholas.smargiassi@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Jorge Garcia | jorge.garcia@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Michelle G. Novick | michelle.novick@saul.com |
| P.C.C.A., INC | Attn: Ken Barrow | | accounting@pccarx.com<br>kbarrow@pccarx.com<br>cyepsen@pccarx.com |
| PAAS National LLC | | | info@paasnational.com |
| Pareto Optio LLC | c/o Ice Miller LLP | Attn: Louis T DeLucia & Alyson M Fiedler | louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com |
| PIA Holdings, Inc. | Attn: Phil Altman | | wholerx@msn.com |
| Plante Moran PLLC - 1725 | | | tom.risi@plantemoran.com |
| Professional Compounding Centers of America, Inc. ("PCCA") | Attn: Manfredo Thibau, Ken Barrow, & Michelle Biggs | | mthibau@pccarx.com<br>kbarrow@pccarx.com<br>cyepsen@pccarx.com |
| Pro-Yuriy Davydov | | | adavy830@yahoo.com |
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | | nyrobankruptcy@sec.gov |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Skin Medicinals | c/o Morris, Nichols, Arsht, & Tunnell LLP | Attn: Matthew B. Harvey & Matthew O. Talmo | mharvey@morrisnichols.com<br>matlmo@morrisnichols.com<br>apark@morrisnichols.com |
| State of Alabama | Office of The Attorney General | | consumerinterest@alabamaag.gov |
| State of Alaska | Office of the Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office of The Attorney General | | aginfo@azag.gov |
| State of Arkansas | Office of The Attorney General | | oag@arkansasag.gov |
| State of California | Office of The Attorney General | | xavier.becerra@doj.ca.gov |
| State of Colorado | Office of The Attorney General | | cora.request@coag.gov |
| State of Connecticut | Office of The Attorney General | | attorney.general@ct.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us<br>attorney.general@delaware.gov |
| State of Florida | Office of The Attorney General | | ashley.moody@myfloridalegal.com |
| State of Hawaii | Office of The Attorney General | | hawaiiag@hawaii.gov |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 2 of 3



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State of Idaho | Office of The Attorney General | | bankruptcy@ag.idaho.gov |
| State of Illinois | Office of The Attorney General | | info@lisamadigan.org |
| State of Iowa | Office of The Attorney General | | consumer@ag.iowa.gov |
| State of Kansas | Attn: Attorney General Derek Schmidt | | derek.schmidt@ag.ks.gov |
| State of Louisiana | Dept. of Justice - Attorney General's Office | | admininfo@ag.state.la.us |
| State of Maine | Office of the Attorney General | | attorney.general@maine.gov |
| State of Maryland | Office of The Attorney General | | oag@oag.state.md.us |
| State of Minnesota | Office of The Attorney General | | attorney.general@ag.state.mn.us |
| State of Missouri | Office of The Attorney General | | consumer.help@ago.mo.gov |
| State of Montana | Office of The Attorney General | | contactdoj@mt.gov |
| State of New Hampshire | Office of The Attorney General | | attorneygeneral@doj.nh.gov |
| State of New Mexico | Office of The Attorney General | | hbalderas@nmag.gov |
| State of North Dakota | Office of The Attorney General | | ndag@nd.gov |
| State of Oklahoma | Office of The Attorney General | | questions@oag.ok.gov |
| State of Oregon | Office of The Attorney General | | ellen.rosenblum@dog.state.or.us<br>attorneygeneral@doj.state.or.us |
| State of Rhode Island | Office of The Attorney General | | ag@riag.ri.gov |
| State of Utah | Office of The Attorney General | | uag@utah.gov |
| State of Utah | Office of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| State of Vermont | Office of The Attorney General | | ago.info@vermont.gov |
| State of Virginia | Office of The Attorney General | | mail@oag.state.va.us |
| State of West Virginia | Office of The Attorney General | | consumer@wvago.gov |
| State of Wisconsin | Office of The Attorney General | | dojbankruptcynoticegroup@doj.state.wi.us |
| Troutman Pepper Hamilton Sanders LLP | | | kathleen.sawyer@troutman.com |
| Virtus Pharmaceuticals LLC | | | arcash@eversana.com |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 3 of 3