**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OPTIO RX, LLC; *et al.*,[1] | ) | Case No. 24-11188 (TMH) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Hearing Date: October 23, 2024 at 10:00 a.m. (Eastern Time)** |
| | ) | **Objection Deadline: October 3, 2024 at 4:00 p.m. (Eastern Time)** |

### DR. RINKU PATEL'S MOTION TO PRESERVE RIGHT TO PERFORM SETOFF

Dr. Rinku Patel ("*Dr. Patel*"), a party-in-interest in the above-captioned Chapter 11 Cases[2], hereby files this motion (the "*Motion*") requesting an order preserving her right to perform setoff as required under the Debtors' proposed *Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 382] (the "*Plan*") and respectfully states as follows:

### I.  The Chapter 11 Cases

1.  On June 7, 2024, the Debtors commenced the Chapter 11 Cases under chapter 11 of the Bankruptcy Code. The Chapter 11 Cases are jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

2. The Debtors are currently operating their business and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On June 21, 2024, the Office of the United States Trustee for the District of Delaware appointed the Committee of Unsecured Creditors in these Chapter 11 Cases [Docket No. 67].

4. No trustee or examiner has been appointed in the Chapter 11 Cases.

5. On September 10, 2024, the Debtors filed their Plan. Under the proposed Plan, parties asserting any right of setoff, subrogation or recoupment of any kind against any of the Debtors, any of the Reorganized Debtors, the Exculpated Parties or the Released Parties must file a motion requesting the right to perform such setoff on or before the Effective Date. *See* Plan, Section 7.06.

II. **Dr. Patel's Claims Against Optio Rx and Other Non-Debtors**

6. Dr. Patel has a state court action pending in the Circuit Court of Cook County (the "*Illinois Lawsuit*") against the following non-debtors (collectively, the "*State Court Defendants*"):

- CBC Pharma Holdco LLC – the parent company of Optio Rx;

- Pharmacy Management LLC – the manager of Optio Rx;

- Ashok Nayyer ("*Nayyer*") – Managing Director and Chief Investment Officer of MCCP Investment Partners LP ("*MCCP*"), Optio Rx's senior lender;

- Jeffrey Kelly ("*Kelly*") – a member of Optio Rx's Board of Directors and Managing Director of MCCP;

- Jonathan Tunis ("*Tunis*") – a member of Optio Rx's Board of Directors and Managing Director and General Counsel for MCCP; and

- Barry Best ("*Best*") – a member of Optio Rx's Board of Directors and Managing Director of MCCP.

7. Dr. Patel also holds claims against Optio Rx, and has timely filed a proof of claim (Claim No. 72).

8. Dr. Patel is a highly skilled and reputable Doctor of Pharmacy, who has been working in the pharmaceutical industry for more than twenty years. She was recruited to join Optio Rx in February 2022 as Chief Executive Officer after founding and growing KloudScript, Inc., a specialty pharmacy software company that was acquired in 2020.

9. Soon after Dr. Patel joined Optio Rx, she discovered numerous regulatory issues under Sections 503A and 503B of the Federal Food, Drug, and Cosmetic Act of 1938 ("*FDCA*"), 21 U.S.C. §§ 353(a)-(b), the Compounding Quality Act ("*CQA*"), 21 U.S.C. § 301, and the Controlled Substance Act ("*CSA*"), 21 U.S.C.§ 829, that hobbled Optio Rx's viability and growth.

10. Dr. Patel attempted to resolve these issues by hiring new regulatory counsel for the company and developing new processes that would ensure Optio Rx's compliance with the CQA, Sections 503A and B of the FDCA, and the CSA. She regularly communicated the need for these changes to Optio Rx's Board of Directors – which included Kelly, Tunis, and Best – and MCCP – which employs Nayyar as its Managing Director and Chief Investment Officer.

11. The State Court Defendants, however, rejected Dr. Patel's efforts to improve Optio Rx's regulatory standing because her compliance efforts negatively impacted the Optio Rx's bottom-line. The State Court Defendants continued to implement and cultivate processes prioritizing the Optio Rx's revenues over its patient's safety and regulatory compliance.

12. In addition to disregarding Dr. Patel's compliance concerns, the State Court Defendants punished Dr. Patel for raising these issues by terminating her employment without cause on February 5, 2024, and withholding compensation Dr. Patel earned, including her 2023 bonus payment, severance pay and benefits, vested equity, and expenses accrued on Optio Rx's behalf.

13. Dr. Patel's Illinois Lawsuit brings claims against the State Court Defendants for violations of the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 *et seq.*, the Illinois Whistleblower Act, 740 ILCS 174/1 *et esq.*, retaliatory discharge, and breach of contract.

14. Dr. Patel hereby expressly reserves all rights and remedies including, but not limited to, preserving her right to perform a setoff and to assert counterclaims against the Debtors, and requests that the Court permit her to setoff any such counterclaims against any actions brought by the Debtors or their Estates.

**WHEREFORE**, Dr. Patel hereby requests that this Court (a) enter the Order, substantially in the form attached hereto as **Exhibit A**, preserving her right to perform a setoff and to assert counterclaims against the Debtors to the extent any actions are brought against her by the Debtors or their Estates, and (b) grant such other relief as is just.

Dated:  September 19, 2024      **GOLDSTEIN & MCCLINTOCK LLLP**

By: */s/ Maria Aprile Sawczuk*
Maria Aprile Sawczuk, Esq. (Bar ID 3320)
501 Silverside Road, Suite 65
Wilmington, DE 19809
Telephone: (302) 444-6710
marias@goldmclaw.com

*Counsel for Dr. Rinku Patel*