IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 293** |

### CERTIFICATION OF COUNSEL REGARDING ORDER EXTENDING THE TIME FOR THE DEBTORS TO COMPLY WITH 11 U.S.C. § 345(B)

The undersigned counsel for the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1. On June 7, 2024 (the "**Petition Date**"), the Debtors commenced with the Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of the Bankruptcy Code.

2. On June 9, 2024, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations; (II) Modifying Certain Deposit Requirements; and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations* [Docket No. 8] (the "**Cash Management Motion**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

3. On June 11, 2024, the Court entered the *Interim Order (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations; (II) Modifying Certain Deposit Requirements; and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations* [Docket No. 38] (the "**Interim Cash Management Order**"). Pursuant to Interim Cash Management Order, the Debtors were granted a 30-day extension of time to comply with the requirements of section 345(b) of the Bankruptcy Code.

4. On July 1, 2024, the Court entered the *Final Order (I) Authorizing Continued Use of Existing Cash Management System, Bank Accounts, and Business Forms and Payment of Related Prepetition Obligations; (II) Modifying Certain Deposit Requirements; and (III) Authorizing Continuance of Intercompany Transactions and Honoring Certain Related Prepetition Obligations* [Docket No. 128] (the "**Final Cash Management Order**"). Pursuant to Final Cash Management Order, the Debtors were granted a 45-day extension of time to comply with the requirements of section 345(b) of the Bankruptcy Code.

5. On August 14, 2024, the Debtors filed the *Debtors' Motion for Entry of an Order Extending the Time for the Debtors to Comply with 11 U.S.C. § 345(b)* [Docket No. 293] (the "**Motion to Extend**").

6. On September 9, 2024, the Office of the United States Trustee (the "**U.S. Trustee**") filed the *United States Trustee's Objection to Debtors' Motion for Entry of an Order Extending the Time for the Debtors' to Comply with 11 U.S.C. § 345(b)* [Docket No. 377].

7. On September 13, 2024, the Court held a hearing on the Motion to Extend.

8. The Debtors hereby submit a revised form of order (the "**Revised Order**"), attached hereto as **Exhibit A**, which reflects changes to the Proposed Order attached to the Motion to Extend and incorporates the Court's ruling. Attached as **Exhibit B** is a blackline of the

Revised Order against the Proposed Order. The undersigned counsel received comments to the proposed form of order from the Office of the United States Trustee and counsel for the lenders. Both have signed off on the proposed form of the Revised Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: September 20, 2024
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

   /s/ *David W. Carickhoff*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   chipman@chipmanbrown.com
      carickhoff@chipmanbrown.com
      olivere@chipmanbrown.com
      root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*