# EXHIBIT B

**Redline Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Related Docket No. 293** |

### ORDER EXTENDING THE TIME FOR
### THE DEBTORS TO COMPLY WITH 11 U.S.C. § 345(b)

Upon the motion (the "**Motion**")[2] of the above-captioned Debtors, for entry of an order extending the time for the Debtors to comply with section 345(b) of the Bankruptcy Code through and including October 15, 2024; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue for these matters is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (iv) notice of the Motion was sufficient under the circumstances, and no further or other notice is required; and (v) a reasonable opportunity to object or be heard regarding the relief requested in the Motion has been afforded to all interested persons; ~~the Court having determined that the relief requested in the Motion is in the best interests of the Debtors,~~

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] All capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

- 2 -

~~the Debtors' estates, their creditors and other parties-in-interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;~~ and it appearing that sufficient notice of the Motion has been given; and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED <u>IN PART and DENIED IN PART</u> as set forth herein.

2. The time period within which the Debtors must comply with section 345(b) of the Bankruptcy Code is extended through and including <u>September 20, 2024</u>~~October 15, 2024~~.

3. ~~The extension of time granted by this Order is without prejudice to the rights of the Debtors to request further extensions.~~

~~4.~~<u>3.</u>   The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

~~5.~~<u>4.</u>   The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to this Order.

4885-8973-2836, v. 2