# **EXHIBIT A**

**(Summary of Services Rendered)**

# **EXHIBIT A**

### COMPENSATION BY PROFESSIONAL FOR THE PERIOD
### AUGUST 1, 2024 THROUGH AND INCLUDING AUGUST 31, 2024

| Name of Professional Individual | Position, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Adam D. Cole | Partner; Member of the New York Bar since 1991 | $795.00 | 7.9 | $6,280.50 |
| David W. Carickhoff | Partner; Member of the Delaware and Pennsylvania Bars since 1998 | $720.00 | 4.8 | $3,456.00 |
| William E. Chipman, Jr. | Partner; Member of the Delaware Bar since 1999 | $850.00 | 102.3 | $86,955.00 |
| Robert A. Weber | Partner; Member of the Delaware Bar since 2000 | $775.00 | 0.2 | $155.00 |
| Paul D. Brown | Partner; Member of the Delaware Bar since 2000 | $675.00 | 0.8 | $540.00 |
| Mark D. Olivere | Partner; Member of the Delaware Bar since 2002 | $550.00 | 109.8 | $60,390.00 |
| Mariska Suparman | Associate; Member of the Delaware Bar since 2023 | $350.00 | 6.8 | $2,380.00 |
| Michelle M. Dero | Paralegal | $300.00 | 45.3 | $13,590.00 |
| Renae M. Fusco | Paralegal | $300.00 | 1.8 | $540.00 |
| Lauren Hitchens | Administrative Assistant | $250.00 | 0.5 | $125.00 |
| | | **TOTAL:** | **280.2** | **$174,411.50** |
| | | **Attorney Compensation:** | | **$160,156.50** |
| | | **Total Attorney Hours:** | | **232.6** |
| | | **Blended Hourly Rate of All Timekeepers:** | | **$622.45** |