# **EXHIBIT C**

**(Summary of Expenses)**

# EXHIBIT C

### EXPENSE SUMMARY FOR THE PERIOD
### JULY 1, 2024 THROUGH AND INCLUDING JULY 31, 2024

| EXPENSE CATEGORY | SERVICE PROVIDER (IF APPLICABLE) | TOTAL EXPENSES |
|---|---|---|
| E101 Copying | In-House Copies | $49.30 |
| E102 Outside Printing | Reliable | $727.56 |
| E111 Meals | Wilma's (Two (2) People) | $82.80 |
| E116 Trial Transcripts | Reliable | $694.62 |
| | TOTAL: | $1554.28 |

| | | | |
|---|---|---|---|
| Chipman Brown Cicero Cole, LLP | | EXPENSE SUMMARY | Invoice No. 16802 |
| August 1, 2024 through August 31, 2024 | | | September 19, 2024 |

| Date | Activity | Description | Expense |
|---|---|---|---|
| 08.28.2024 | E101 Copying | In-House Copies (493 B/W Copies regarding Updated August 29 Hearing Binders) | $49.30 |
| | | E101 TOTAL: | $49.30 |
| 08.28.2024 | E102 Outside printing | Reliable (Print, Bind and Hand Delivery Services [Invoice No. WL118579]) | $462.72 |
| 08.28.2024 | E102 Outside printing | Reliable (Print, Bind and Hand Delivery Services [Invoice No. WL118587]) | $217.54 |
| 08.29.2024 | E102 Outside printing | Reliable (Print, Bind and Hand Delivery Services [Invoice No. WL118595]) | $15.72 |
| 08.31.2024 | E102 Outside printing | Reliable (Print, Bind and Hand Delivery Services [Invoice No. WL118640]) | $31.58 |
| | | E102 TOTAL: | $727.56 |
| 08.01.2024 | E111 Meals | Wilma's (August 1, 2024 Working Lunch Meeting for WEC and L. LaFranco) | $82.80 |
| | | E111 TOTAL: | $82.80 |
| 08.05.2024 | E116 Trial transcripts | Reliable (Transcript Copy [Invoice No. WL118165]) | $127.30 |
| 08.16.2024 | E116 Trial transcripts | DLS Discovery (Print, Bind and Hand Delivery Services [Invoice No. 192427]) | $279.32 |
| 08.29.2024 | E116 Trial transcripts | Reliable (Transcript Copy [Invoice No. WL118632]) | $288.00 |
| | | E116 TOTAL: | $694.62 |
| | | TOTAL EXPENSES FOR AUGUST 1, 2024 THROUGH AUGUST 31, 2024: | $1,554.28 |