IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket Nos. 264, 301, 342, 404, and 406** |

### CERTIFICATION OF COSTS REGARDING DEBTORS' MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR RELATED RELIEF

The undersigned counsel for the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1. On June 7, 2024, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), thereby commencing the above-captioned cases.

2. On July 22, 2024, the Debtors' former Chief Executive Officer, Rinku Patel ("**Patel**"), commenced an action in the Circuit Court of Cook County, Illinois, County Department, Law Division titled *Rinku Patel, PharmD v. OptioRx, LLC, CBC Pharma Holdco LLC, Insperity Holdings, Pharmacy Management LLC, Ashok Nayyar, an individual, Jeffrey*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

*Kelly, an individual, Jonathan Tunis, an individual, Barry Best, an individual*, Case No. 2024L008031.

3. On July 30, 2024, the Debtors filed *Debtors' Motion to Enforce the Automatic Stay and for Related Relief* [Docket No. 264] (the "**Motion to Enforce**").

4. On August 20, 2024, Patel filed *Dr. Rinku Patel's Response to Debtors' Motion to Enforce the Automatic Stay and for Related Relief* [Docket No. 301] (the "**Response**").

5. On August 26, 2024, the Debtors filed the *Debtors' Reply in Further Support of Motion to Enforce the Automatic Stay and for Related Relief* [Docket No. 342] (the "**Reply**").

6. A hearing to consider the Motion to Enforce was held on September 13, 2024 (the "**Hearing**").

7. Following the Hearing, on September 16, 2024, the Court entered the *Order Granting Debtors' Motion to Enforce the Automatic Stay and for Related Relief* [Docket No. 406] (the "**Order**"). Pursuant to the Order, Debtors are to submit a certification of costs on or before September 30, 2024.

8. Beginning on July 26, 2024, counsel for the Debtors incurred 29.7 hours of time and $21,569.00 in fees related to the Motion to Enforce as set forth in **Exhibit A** attached hereto.

**WHEREFORE**, the Debtors respectfully request that the Court require Patel to reimburse Debtors for fees incurred in the amount of $21,569.00.

Dated: September 27, 2024　　　　　　　**CHIPMAN BROWN CICERO & COLE, LLP**
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　*/s/ William E. Chipman, Jr.*
　　　　　　　　　　　　　　　　　　　William E. Chipman, Jr. (No. 3818)
　　　　　　　　　　　　　　　　　　　David W. Carickhoff (No. 3715)
　　　　　　　　　　　　　　　　　　　Mark D. Olivere (No. 4291)
　　　　　　　　　　　　　　　　　　　Alan M. Root (No. 5427)
　　　　　　　　　　　　　　　　　　　Hercules Plaza
　　　　　　　　　　　　　　　　　　　1313 North Market Street, Suite 5400
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　Telephone:　(302) 295-0191
　　　　　　　　　　　　　　　　　　　Email:　　　chipman@chipmanbrown.com
　　　　　　　　　　　　　　　　　　　　　　　　 carickhoff@chipmanbrown.com
　　　　　　　　　　　　　　　　　　　　　　　　 olivere@chipmanbrown.com
　　　　　　　　　　　　　　　　　　　　　　　　 root@chipmanbrown.com

　　　　　　　　　　　　　　　　　　　*Counsel for Debtors and*
　　　　　　　　　　　　　　　　　　　*Debtors in Possession*

# **EXHIBIT A**

**CHART OF FEES INCURRED**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 07.26.2024 | MMD | Review email message from W. Chipman regarding Patel v. OptioRx notice of suggestion (.1); Emails with W. Chipman regarding complaint and save same (.1); Review Cook County Circuit Court's efiling information and signup for eFileIL and emails with W. Chipman and A. Cole regarding same (.5) | 0.7 | $210.00 |
| 07.26.2024 | WEC | Email correspondence and telephone call with counsel for DIP lenders regarding Patel litigation and motion to enforce automatic stay (.4); Telephone call with A. Cole regarding same (.2) | 0.4 | $340.00 |
| 07.26.2024 | WEC | Review and forward draft notice of suggestion of bankruptcy to DIP lenders' counsel for review and filing in Illinois | 0.3 | $255.00 |
| 07.26.2024 | ADC | Telephone call with W. Chipman regarding Patel complaint and stay motion | 0.2 | $159.00 |
| 07.26.2024 | ADC | Review Patel complaint and employment agreement (.3); Research regarding stay enforcement and damage issues (1.2); Begin drafting motion to enforce stay (3.1) | 4.6 | $3,657.00 |
| 07.27.2024 | ADC | Draft and revisions to opposition to motion to stay | 4.7 | $3,736.50 |
| 07.28.2024 | WEC | Review draft motion to enforce automatic stay and forward same to DLA Piper for review and comment | 0.6 | $510.00 |
| 07.30.2024 | WEC | Review numerous comments to motion to enforce automatic stay | 0.4 | $340.00 |
| 07.30.2024 | MDO | Emails regarding motion to enforce automatic stay | 0.2 | $110.00 |
| 07.30.2024 | MMD | Review email messages from A. Cole regarding motion to enforce and download exhibits | 0.2 | $60.00 |
| 07.30.2024 | MMD | Emails with A. Cole regarding motion to enforce (.1); Save and update motion (.2); Prepare notice of motion (.2) | 0.5 | $150.00 |
| 07.30.2024 | ADC | Revisions to motion to enforce stay and related proposed order | 3.1 | $2,464.50 |
| 07.30.2024 | WEC | Final review and coordinate filing and service of motion to enforce automatic stay | 0.4 | $340.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07.30.2024 | MMD | Review email message from A. Cole attaching proposed order (.1); Save/revise same (.1); Organize motion to enforce and related exhibits for final review (.2); Finalize and file *Debtors' Motion to Enforce the Automatic Stay and for Related Relief* (.2); Effectuate service of motion to enforce on K. Prinz (.1); Emails with Stretto regarding service of motion to enforce (.1); Calendar deadlines (.1) | 0.9 | $270.00 |
| 07.30.2024 | ADC | Multiple correspondence with client regarding motion to enforce automatic stay | 0.2 | $159.00 |
| 08.09.2024 | WEC | Confer with A. Cole regarding schedule and reply for motion to enforce automatic stay | 0.1 | $85.00 |
| 08.16.2024 | WEC | Review letter from counsel for Dr. Patel regarding motion to enforce stay and forward same to client and counsel for DIP lenders | 0.1 | $85.00 |
| 08.16.2024 | WEC | Review letter regarding filing of first amended complaint by Dr. Patel removing Debtor as a defendant (.3) and forward same to counsel for DIP lenders and A. Cole (.1) | 0.4 | $340.00 |
| 08.16.2024 | MMD | Review email message from W. Chipman regarding hearing date for motion to enforce automatic stay and reply to same | 0.1 | $30.00 |
| 08.16.2024 | MDO | Emails with W. Chipman and M. Dero regarding motion to enforce stay | 0.1 | $55.00 |
| 08.16.2024 | MDO | Review correspondence and amended complaint from counsel for Patel regarding stay violation | 0.4 | $220.00 |
| 08.18.2024 | MDO | Review email and blackline from counsel for Patel | 0.2 | $110.00 |
| 08.19.2024 | MDO | Email exchanges with counsel for Patel regarding stay motion | 0.2 | $110.00 |
| 08.19.2024 | MDO | Review and consult on motion to enforce stay | 0.6 | $330.00 |
| 08.19.2024 | WEC | Telephone call with counsel for DIP lenders and DIP lenders regarding Patel litigation (.3); Follow-up call with counsel for DIP lenders (.1); Send email to Patel's counsel regarding same (.1) | 0.5 | $425.00 |
| 08.19.2024 | WEC | Email correspondence with Patel's counsel regarding stay violation | 0.2 | $170.00 |
| 08.19.2024 | WEC | Email correspondence with counsel for Patel related to resolving Patel stay enforcement motion and calculate time spent filing motion | 0.3 | $255.00 |

4888-7425-7897, v. 2

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08.20.2024 | MMD | Retrieve *Response of Dr. Rinku Patel to Debtors' Motion to Enforce Automatic Stay* and email same to CBCC team | 0.1 | $30.00 |
| 08.20.2024 | MDO | Preliminary review of Patel's response to stay motion | 0.2 | $110.00 |
| 08.20.2024 | MDO | Email from counsel for Patel regarding stay motion | 0.1 | $55.00 |
| 08.21.2024 | ADC | Review Patel's response to motion to enforce stay | 0.3 | $238.50 |
| 08.23.2024 | MDO | Review Patel's response to motion to enforce | 0.4 | $220.00 |
| 08.23.2024 | ADC | Draft reply in further support of motion to enforce stay | 4.7 | $3,736.50 |
| 08.24.2024 | ADC | Revisions to reply in further support of motion to enforce stay | 2.4 | $1,908.00 |
| 08.26.2024 | MMD | Review email message from W. Chipman attaching draft reply in support of enforcement motion (.1); Save/revise reply and email same to W. Chipman (.4) | 0.5 | $150.00 |
| 08.26.2024 | MMD | Finalize and file *Debtors' Reply in Further Support of Motion to Enforce the Automatic Stay and for Related Relief* (.2); Emails with Stretto regarding service of same (.1) | 0.3 | $90.00 |
| 08.27.2024 | MDO | Emails with CBCC and M. Dero regarding stay motion | 0.1 | $55.00 |
| | | **TOTAL:** | **29.7** | **$21,569.00** |