## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### STATUS CONFERENCE ON SEPTEMBER 30, 2024, AT 10:00 A.M. (EASTERN TIME)

> **THIS HEARING WILL BE CONDUCTED ENTIRELY UTILIZING ZOOM. ALL REMOTE PARTICIPANTS ARE REQUIRED TO REGISTER IN ADVANCE USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES).**
>
> **PLEASE REGISTER NO LATER THAN SEPTEMBER 30, 2024, AT 8:00 A.M. (EASTERN TIME). AN ELECTRONIC INVITATION, WITH THE RELEVANT AUDIO OR VIDEO LINK, WILL BE EMAILED TO YOU PRIOR TO THE HEARING.**

I.   **STATUS CONFERENCE.**

1.   Motion for Entry of an Order (I) Approving Debtors' Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to the Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Plan, filed on June 24, 2024 [Docket No. 76].

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

<u>Plan Objection Deadline</u>: September 3, 2024, at 4:00 p.m. (Eastern Time); extended until September 4, 2024 for the U.S. Trustee and Skin Medicinals LLC.

<u>Responses Received</u>:

i.     Informal comments received from the Official Committee of Unsecured Creditors (the "**Committee**"), Loan Admin Co LLC, and Aves Management LLC.

ii.    Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order (I) Approving Debtors' Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to the Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and (V) Scheduling Hearing to Consider Confirmation of the Plan, filed on July 30, 2024 [Docket No. 262].

iii.   Dr. Rinku Patel's Objection to *Amended* Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 3, 2024 [Docket No. 359].

iv.    United States Trustee's Objection to the Debtors' *Amended* Plan of Reorganization, filed on September 4, 2024 [Docket No. 366].

v.     Limited Objection and Reservation of Rights of Skin Medicinals LLC to Confirmation of the *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 4, 2024 [Docket No. 367].

<u>Related Pleadings</u>:

A.    Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on June 10, 2024 [Docket No. 20].

B.    Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on June 10, 2024 [Docket No. 21].

C.    *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on July 29, 2024 [Docket No. 257].

D.    *Amended* Disclosure Statement Relating to the *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al., filed on July 29, 2024 [Docket No. 258].

E.    Notice of Filing of *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on July 29, 2024 [Docket No. 259].

F.   Notice of Filing of *Amended* Disclosure Statement Relating to the *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, filed on July 29, 2024 [Docket No. 260].

G.   Order (I) Approving Debtors' *Amended* Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to the Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the *Amended* Plan, entered on August 1, 2024 [Docket No. 276].

H.   Notice of Hearing to Consider Confirmation of, and Deadline for Objecting to, Debtors' *Amended* Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, filed on August 2, 2024 [Docket No. 278].

I.   Affidavit of Service, filed on August 6, 2024 [Docket No. 284].

J.   Affidavit of Service, filed on August 15, 2024 [Docket No. 296].

K.   Notice of Filing Plan Supplement to *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on August 27, 2024 [Docket No. 348].

L.   Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code, filed on September 3, 2024 [Docket No. 362].

M.   Affidavit of Publication for Larnyce Tabron of the New York Times, filed on September 3, 2024 [Docket No. 363].

N.   Certification of Stretto, Inc. Regarding Solicitation of Votes and Tabulation of Ballots in Connection with the *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 10, 2024 [Docket No. 378].

O.   Notice of Filing "Exhibit E – Exit Facility Term Sheet" to Plan Supplement to *Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 10, 2024 [Docket No. 381].

P.   *Second Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 10, 2024 [Docket No. 382].

Q.   Notice of Filing Blackline of *Second Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 10, 2024 [Docket No. 383].

R.   Debtors' Objection to Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code, filed on September 10, 2024 [Docket No. 384].

S.      Declaration of Gary Lembo in Support of Confirmation of *Second Amended* Joint Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 10, 2024 [Docket No. 385].

T.      Reservation of Rights of Loan Admin Co LLC Regarding Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code, filed on September 10, 2024 [Docket No. 386].

U.      Memorandum of Law in Support of Confirmation of *Second Amended* Joint Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 10, 2024 [Docket No. 387].

V.      Notice of Filing of *Proposed* Findings of Fact, Conclusions of Law and Order Confirming the Debtors' *Second Amended* Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, *et al.*, filed on September 10, 2024 [Docket No. 388].

W.      Debtors' Witness and Exhibit List for Hearing Scheduled for September 13, 2024, at 1:00 p.m. (Eastern Time), filed on September 11, 2024 [Docket No. 393].

Status: This matter will go forward.

Dated:  September 27, 2024          CHIPMAN BROWN CICERO & COLE, LLP
        Wilmington, Delaware


                                    /s/ William E. Chipman, Jr.
                                    William E. Chipman, Jr. (No. 3818)
                                    David W. Carickhoff (No. 3715)
                                    Mark D. Olivere (No. 4291)
                                    Alan M. Root (No. 5427)
                                    Hercules Plaza
                                    1313 North Market Street, Suite 5400
                                    Wilmington, Delaware 19801
                                    Telephone:    (302) 295-0191
                                    Email:        chipman@chipmanbrown.com
                                                  carickhoff@chipmanbrown.com
                                                  olivere@chipmanbrown.com
                                                  root@chipmanbrown.com

                                    *Counsel for Debtors and*
                                    *Debtors in Possession*

4880-2224-1770, v. 1