Optio Rx
24-11188

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Lauren | Huber | Potter Anderson & Corroon | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Peter | Candel | KIRKLAND & ELLIS LLP | Ad Hoc Group of Mezzanine Lenders | Video and Audio |
| Maria | Kotsiras | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezzanine Lenders | Video and Audio |
| Zak | Piech | KIRKLAND & ELLIS LLP | Ad Hoc Group of Mezzanine Lenders | Video and Audio |
| Christopher | Samis | Potter Anderson & Corroon | Ad Hoc Group of Mezzanine Lenders | Video and Audio |
| Robert | Nosek | Certilman Balin Adler & Hyman, LLP | Baybridge Pharmacy Corp. | Video and Audio |
| Michelle | Novick | Saul Ewing | Creditors Committee | Video and Audio |
| William | Chipman | Chipman Brown Cicero & Cole, LLP | Debtors | Video and Audio |
| Ben | David | Optio Rx, LLC | Debtors | Video and Audio |
| Michelle | Dero | Chipman Brown Cicero & Cole, LLP | Debtors | Audio Only |
| Jarlath | Johnston | Bentley Associates L.P. | Debtors | Video and Audio |
| Leo | LaFranco | Optio Rx, LLC | Debtors | Video and Audio |
| Mark | Olivere | Chipman Brown Cicero & Cole, LLP | Debtors | Video and Audio |
| Stuart | Brown | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Barry | Best | DLA Piper LLP (US) | Loan Admin Co. | Video and Audio |
| Jeff | Kelly | DLA Piper LLP (US) | Loan Admin Co. | Video and Audio |
| Jamie | Knox | DLA Piper LLP (US) | Loan Admin Co. | Video and Audio |
| Jonathan | Tunis | DLA Piper LLP (US) | Loan Admin Co. | Video and Audio |
| William | Finch | MB Almanor | MB Almanor | Video and Audio |
| Evan | Miller | Saul Ewing LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Philip | Altman | | Seller | Audio Only |
| Jed | Glickstein | Kaplan & Grady LLC | Skin Medicinals LLC | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Skin Medicinals LLC | Video and Audio |
| Howard | Kaplan | Kaplan & Grady LLC | Skin Medicinals LLC | Video and Audio |
| Annie | Kelly | Kaplan & Grady LLC | Skin Medicinals LLC | Video and Audio |
| Austin | Park | Morris Nichols Arsht and Tunnell | Skin Medicinals LLC | Video and Audio |
| Matthew | Talmo | Morris, Nichols Arsht & Tunnell LLP | Skin Medicinals LLC | Video and Audio |
| Jonah | Eber | Hain | | Video and Audio |
| Jessica | Steinhagen | | | Audio Only |