# AUGUST 2024 BANK STATEMENTS



| | |
|---|---|
| **Last Statement:** | July 31, 2024 |
| **Statement Ending:** | August 30, 2024 |
| **Page:** | 1 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



32889 TWS380WR083124040000 01 000000000 47 005
THE PET APOTHECARY LLC
1428 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                                    Account Number:    XXXXXX1538

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/01/24** | **$0.00** |
| + Deposits and Credits (28) | $232,835.92 |
| - Withdrawals and Debits (44) | $232,327.65 |
| **Ending Balance as of 08/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $508.27 |
| Number of Days in Statement Period | 30 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Aug 01 | PREAUTHORIZED DEBIT<br>MIDWEST VET SUPP NonRecurri 240801 | -$3,058.96 |
| Aug 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240801 650000011722645 | -$5,622.19 |
| Aug 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$228.65 |
| Aug 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015OFFDNVZ4GJWV | -$16,633.42 |
| Aug 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,090.35 |
| Aug 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medline Industries Bill.com 015OYFFB QC4K9LV Acct<br>17514 92 - Inv 232673695 | -$394.60 |
| Aug 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$11,054.23 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
|  | |
|  | |
|  | |
|  | |
| **Subtotal** | |
|  | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX1538 |
| **Statement Date:** | | 08/30/2024 |
| **Page :** | | 2 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 07 | PREAUTHORIZED DEBIT | -$522.00 |
| | Bill.com Payables Medisca Inc. B ill.com 015NGRUWLD 4M2K1 Acct | |
| | PETA52 - Multiple invoice | |
| Aug 07 | AUTOMATIC TRANSFER | -$13,092.17 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 08 | AUTOMATIC TRANSFER | -$8,521.25 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 09 | PREAUTHORIZED DEBIT | -$520.08 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015LSQMZAY4PGWG | |
| Aug 09 | AUTOMATIC TRANSFER | -$9,119.85 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 12 | PREAUTHORIZED DEBIT | -$101.37 |
| | SPECTRUM SPECTRUM 240812 | |
| Aug 12 | AUTOMATIC TRANSFER | -$9,671.04 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 13 | PREAUTHORIZED DEBIT | -$1,102.00 |
| | Bill.com Payables Medisca Inc. B ill.com 015ZNCEBUC 4T42Q Acct | |
| | PETA52 - Multiple invoice | |
| Aug 13 | PREAUTHORIZED DEBIT | -$8,784.92 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015AGMHDEB4UAT7 | |
| Aug 13 | AUTOMATIC TRANSFER | -$4,245.34 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 14 | PREAUTHORIZED DEBIT | -$245.00 |
| | Bill.com Payables Medisca Inc. B ill.com 015RWQADVD 4UWOA Acct | |
| | PETA52 - Multiple invoice | |
| Aug 14 | AUTOMATIC TRANSFER | -$10,996.36 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 15 | PREAUTHORIZED DEBIT | -$857.00 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015PYLFUFT4XAEC | |
| Aug 15 | AUTOMATIC TRANSFER | -$8,747.35 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 16 | PREAUTHORIZED DEBIT | -$572.76 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015KTFTTZN4Z8A7 | |
| Aug 16 | MAINTENANCE FEE | -$508.27 |
| | ANALYSIS ACTIVITY  FOR 07/24 | |
| Aug 16 | AUTOMATIC TRANSFER | -$6,638.35 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 19 | PREAUTHORIZED DEBIT | -$8,853.61 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015JHIOQYS512R1 | |
| Aug 19 | AUTOMATIC TRANSFER | -$290.04 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 20 | AUTOMATIC TRANSFER | -$11,514.72 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 21 | PREAUTHORIZED DEBIT | -$521.05 |
| | Bill.com Payables ODP BUSINESS SOLUT IONS LLC Bill.com | |
| | 015ZEOXJON54JDA In v 31567825 | |
| Aug 21 | PREAUTHORIZED DEBIT | -$1,574.00 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015NOEDMBM54U2S | |
| Aug 21 | PREAUTHORIZED DEBIT | -$12,264.95 |
| | WI DEPT REVENUE TAXPAYMNT 240821 243765184 | |
| Aug 22 | PREAUTHORIZED DEBIT | -$672.00 |
| | Bill.com Payables Medisca Inc. B ill.com 015VTNPSCU 56BK6 Acct PETA52 | |
| | - Inv 03557765 | |

32889 0101914 0002-0004 00000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,344.81 |
| Aug 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015BUZXLFI 58BBM Acct PETA52<br>- Multiple invoice | -$1,280.00 |
| Aug 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,901.92 |
| Aug 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Stericycle Inc B ill.com 015LTDPTAB 5AV3U Acct<br>1005115 00 - Inv 800799328 | -$217.34 |
| Aug 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015QCVDYFX 5AIST Acct N513-01<br>9 - Inv PNRX-15174 | -$1,295.76 |
| Aug 26 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240826 2052028672 2220 | -$1,534.60 |
| Aug 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,626.07 |
| Aug 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015OVKSPMR5CHTK | -$372.00 |
| Aug 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,349.71 |
| Aug 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,147.78 |
| Aug 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables Spee-Dee Delivery Service Inc Bill.c om<br>015AVADARQ5GD3J Acct Shipper No | -$320.10 |
| Aug 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,177.54 |
| Aug 30 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015MUXZVLU5IG2R | -$4,646.12 |
| Aug 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,604.29 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Aug 01 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240801 650000011722645 | $8,909.80 |
| Aug 02 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $8,585.31 |
| Aug 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240802 650000011722645 | $8,048.11 |
| Aug 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240805 650000011722645 | $8,090.35 |
| Aug 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240806 650000011722645 | $11,448.83 |
| Aug 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240807 650000011722645 | $13,614.17 |
| Aug 08 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240808 650000011722645 | $8,521.25 |
| Aug 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240809 650000011722645 | $9,639.93 |
| Aug 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240812 650000011722645 | $9,772.41 |

32889 0101915 0003-0004 0000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

32889 0101916 0004-0004 0000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 13 | PREAUTHORIZED CREDIT | $14,132.26 |
| | HRTLAND PMT SYS TXNS/FEES 240813 650000011722645 | |
| Aug 14 | PREAUTHORIZED CREDIT | $11,241.36 |
| | HRTLAND PMT SYS TXNS/FEES 240814 650000011722645 | |
| Aug 15 | PREAUTHORIZED CREDIT | $114.37 |
| | National Veterin PAYMENTS 240815 95745 | |
| Aug 15 | PREAUTHORIZED CREDIT | $9,489.98 |
| | HRTLAND PMT SYS TXNS/FEES 240815 650000011722645 | |
| Aug 16 | PREAUTHORIZED CREDIT | $147.74 |
| | BLUEPEARL MANAGE CORP PYMNT 240816 600092948 | |
| Aug 16 | PREAUTHORIZED CREDIT | $7,571.64 |
| | HRTLAND PMT SYS TXNS/FEES 240816 650000011722645 | |
| Aug 19 | PREAUTHORIZED CREDIT | $9,143.65 |
| | HRTLAND PMT SYS TXNS/FEES 240819 650000011722645 | |
| Aug 20 | PREAUTHORIZED CREDIT | $11,514.72 |
| | HRTLAND PMT SYS TXNS/FEES 240820 650000011722645 | |
| Aug 21 | AUTOMATIC TRANSFER | $4,339.92 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 21 | PREAUTHORIZED CREDIT | $57.19 |
| | BLUEPEARL MANAGE CORP PYMNT 240821 600093125 | |
| Aug 21 | PREAUTHORIZED CREDIT | $9,962.89 |
| | HRTLAND PMT SYS TXNS/FEES 240821 650000011722645 | |
| Aug 22 | PREAUTHORIZED CREDIT | $11,016.81 |
| | HRTLAND PMT SYS TXNS/FEES 240822 650000011722645 | |
| Aug 23 | PREAUTHORIZED CREDIT | $11,181.92 |
| | HRTLAND PMT SYS TXNS/FEES 240823 650000011722645 | |
| Aug 26 | PREAUTHORIZED CREDIT | $8,673.77 |
| | HRTLAND PMT SYS TXNS/FEES 240826 650000011722645 | |
| Aug 27 | PREAUTHORIZED CREDIT | $10,721.71 |
| | HRTLAND PMT SYS TXNS/FEES 240827 650000011722645 | |
| Aug 28 | PREAUTHORIZED CREDIT | $10,147.78 |
| | HRTLAND PMT SYS TXNS/FEES 240828 650000011722645 | |
| Aug 29 | PREAUTHORIZED CREDIT | $109.61 |
| | National Veterin PAYMENTS 240829 108114 | |
| Aug 29 | PREAUTHORIZED CREDIT | $8,388.03 |
| | HRTLAND PMT SYS TXNS/FEES 240829 650000011722645 | |
| Aug 30 | PREAUTHORIZED CREDIT | $8,250.41 |
| | HRTLAND PMT SYS TXNS/FEES 240830 650000011722645 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jul 31 | $0.00 | Aug 08 | $0.00 | Aug 16 | $0.00 | Aug 26 | $0.00 |
| Aug 01 | $0.00 | Aug 09 | $0.00 | Aug 19 | $0.00 | Aug 27 | $0.00 |
| Aug 02 | $0.00 | Aug 12 | $0.00 | Aug 20 | $0.00 | Aug 28 | $0.00 |
| Aug 05 | $0.00 | Aug 13 | $0.00 | Aug 21 | $0.00 | Aug 29 | $0.00 |
| Aug 06 | $0.00 | Aug 14 | $0.00 | Aug 22 | $0.00 | Aug 30 | $0.00 |
| Aug 07 | $0.00 | Aug 15 | $0.00 | Aug 23 | $0.00 | | |

