# AUGUST 2024 BANK STATEMENTS


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2024 through August 30, 2024
Account Number: ██████████2027

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00000380 DDA 111 212 24424 NNNNNNNNNNN 1 000000000 67 0000

DR. IKE'S PHARMACARE LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

---

## CHECKING SUMMARY | Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |

Your service charges, fees and earnings credit have been calculated through account analysis.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



August 01, 2024 through August 30, 2024
Account Number: ████████**2027**

This Page Intentionally Left Blank



| | |
|---|---|
| **Last Statement:** | July 31, 2024 |
| **Statement Ending:** | August 30, 2024 |
| **Page:** | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



36346 TWS380WR083124040000 01 000000000 48 007

DR IKE'S PHARMACARE LLC
1433 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                    Account Number:    XXXXXX3134

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes. As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services. These changes are necessary to continue offering a high level of service and to accommodate rising operational costs. We value your business and appreciate your understanding.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/01/24** | **$25,049.00** |
| + Deposits and Credits (78) | $297,475.78 |
| - Withdrawals and Debits (31) | $322,042.28 |
| **Ending Balance as of 08/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $482.50 |
| Number of Days in Statement Period | 30 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Aug 01 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$28,920.41 |
| Aug 02 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,681.77 |
| Aug 05 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$209.12 |
| Aug 06 | PREAUTHORIZED DEBIT VANTIV_INTG_PYMT BILLNG Merch Bankcard 316 5269 Dr Ikes Pharm acare | -$473.75 |
| Aug 06 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$34,738.16 |
| Aug 07 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$48,337.35 |
| Aug 08 | PREAUTHORIZED DEBIT ROPER INDUSTRIES Payment 240808 | -$200.00 |
| Aug 08 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$56.74 |



36346 0116896 0001-0006 0000000000000000000

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| **2. Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| **3. List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |

The number above should match your checkbook balance

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX3134 |
| **Statement Date:** | 08/30/2024 |
| **Page :** | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 09 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240809 | -$76.72 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Private Eyes Scree ning Group Bill.co m<br>015VCHZBVH4R8PN Acct 50149 - Inv 2 | -$103.00 |
| Aug 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$15,999.52 |
| Aug 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015PUOQZNO4REFN | -$9,015.44 |
| Aug 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$19,422.27 |
| Aug 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$13,459.99 |
| Aug 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$23.93 |
| Aug 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medline Industries Bill.com 015ROCCJ CC4Z5S2 Acct<br>16950 36 - Inv 170328716 | -$51.17 |
| Aug 16 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 07/24 | -$482.50 |
| Aug 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,033.89 |
| Aug 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015EQROSHS50U8U | -$49,622.47 |
| Aug 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,270.10 |
| Aug 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,214.06 |
| Aug 22 | PREAUTHORIZED DEBIT<br>AMP SMART PURCHASE 240822 | -$63.66 |
| Aug 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$367.11 |
| Aug 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables ScriptPro USA Inc. Bill.com 015VHZRC TQ587F0 Acct<br>63645 - Inv 8662974 | -$864.00 |
| Aug 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables Infowerks B ill.com 015PWMQFND 59DPQ Inv 32614 | -$4,750.00 |
| Aug 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,800.29 |
| Aug 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,272.57 |
| Aug 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,335.81 |
| Aug 28 | PREAUTHORIZED DEBIT<br>AMP SMART PURCHASE 240828 | -$63.66 |
| Aug 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$26.57 |
| Aug 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$44,471.97 |
| Aug 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,116.78 |

36346 0116898 0002-0006 0000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3134 |
| **Statement Date:** | | 08/30/2024 |
| **Page :** | | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
|---|---|---|
| Aug 01 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $30.40 |
| Aug 01 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243549831*17 52578509\ | $1,133.22 |
| Aug 01 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909699109*13635696 42~ | $2,707.79 |
| Aug 02 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550561087*12<br>60076803*99999~ | $63.66 |
| Aug 02 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243526619*17 52578509\ | $575.01 |
| Aug 02 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243554057*17 52578509\ | $1,496.41 |
| Aug 02 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001396016*1540849 793*138607460702~ | $3,546.69 |
| Aug 05 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200363102*1 330567651*274117  \ | $4.71 |
| Aug 05 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $46.27 |
| Aug 05 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $158.14 |
| Aug 06 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Keysource Acquisit ions Bill.com 016L OUODZ3FQZ51<br>Acct # 00-0023899 - Multi | $0.20 |
| Aug 06 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550562270*12<br>60076803*99999~ | $1,068.59 |
| Aug 06 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Nordic Ice B ill.com 015ZUUOHCF 4M09Y Inv 265184 | $1,117.95 |
| Aug 06 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909713733*13635696 42~ | $8,141.50 |
| Aug 06 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007671591*14 31420563\ | $24,883.99 |
| Aug 06 | REMOTE DEPOSIT | $44,107.68 |
| Aug 07 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1407967*1043608530 ~ | $61.65 |
| Aug 07 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500354001*1752882 129*5649592\ | $2,043.06 |
| Aug 07 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243558440*17 52578509\ | $2,124.64 |
| Aug 08 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $256.74 |
| Aug 09 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440899459*22<br>60076803*99999~ | $14.15 |
| Aug 09 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243539170*17 52578509\ | $164.90 |
| Aug 09 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550563479*12<br>60076803*99999~ | $613.23 |
| Aug 09 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909736319*13635696 42~ | $1,529.85 |
| Aug 09 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001399985*1540849 793*138607460702~ | $3,722.04 |

36346 0116899 0003-0006 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX3134 |
| **Statement Date:** | 08/30/2024 |
| **Page :** | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 09 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243563025*17 52578509\ | $10,135.07 |
| Aug 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $9,015.44 |
| Aug 13 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200365362*1 330567651*274117  \ | $13.00 |
| Aug 13 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440901326*22<br>60076803*99999~ | $28.84 |
| Aug 13 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550564667*12<br>60076803*99999~ | $628.57 |
| Aug 13 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007684052*14 31420563\ | $18,751.86 |
| Aug 14 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200365833*1 330567651*274117  \ | $7.27 |
| Aug 14 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1411524*1043608530 ~ | $20.82 |
| Aug 14 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243567225*17 52578509\ | $6,374.68 |
| Aug 14 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500365244*1752882 129*5649592\ | $7,057.22 |
| Aug 15 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $23.93 |
| Aug 16 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550565901*12<br>60076803*99999~ | $57.15 |
| Aug 16 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440903184*22<br>60076803*99999~ | $277.36 |
| Aug 16 | PREAUTHORIZED CREDIT<br>AA FAMILY HOSPIC PAYROLL 240816 | $414.31 |
| Aug 16 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909750522*13635696 42~ | $545.04 |
| Aug 16 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001402954*1540849 793*138607460702~ | $1,145.20 |
| Aug 16 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243571539*17 52578509\ | $5,128.50 |
| Aug 19 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $49,024.14 |
| Aug 19 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $3.82 |
| Aug 19 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $119.06 |
| Aug 19 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200367320*1 330567651*274117  \ | $475.45 |
| Aug 20 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243575802*17 52578509\ | $29.35 |
| Aug 20 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550567099*12<br>60076803*99999~ | $732.08 |
| Aug 20 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909765245*13635696 42~ | $912.79 |
| Aug 20 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007696434*14 31420563\ | $5,595.88 |

36346 0116900 0004-0006 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX3134 |
| **Statement Date:** | 08/30/2024 |
| **Page :** | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

36346 0116901 0005-0006 0000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 21 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200368060*1 330567651*274117  \ | $35.84 |
| Aug 21 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500376961*1752882 129*5649592\ | $3,178.22 |
| Aug 22 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $430.38 |
| Aug 22 | REMOTE DEPOSIT | $5,941.39 |
| Aug 23 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550568326*12<br>60076803*99999~ | $103.50 |
| Aug 23 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243580032*17 52578509\ | $744.87 |
| Aug 23 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001406234*1540849 793*138607460702~ | $5,624.92 |
| Aug 26 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909786655*13635696 42~ | $6.04 |
| Aug 26 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2013414<br>*1341939227*000001 759*5649592\ | $17.59 |
| Aug 26 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200369263*1 330567651*274117  \ | $43.17 |
| Aug 26 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243584571*17 52578509\ | $490.57 |
| Aug 26 | PREAUTHORIZED CREDIT<br>5/3 BANKCARD SYS COMB. DEP. Worldpay COMB. DEP.    TER M 0000001<br>BATCH 0000000 | $715.20 |
| Aug 27 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909801409*13635696 42~ | $79.35 |
| Aug 27 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550569521*12<br>60076803*99999~ | $119.04 |
| Aug 27 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440908769*22<br>60076803*99999~ | $138.85 |
| Aug 27 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007709049*14 31420563\ | $2,998.57 |
| Aug 28 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1423676*1043608530 ~ | $89.57 |
| Aug 28 | REMOTE DEPOSIT | $1,603.20 |
| Aug 28 | REMOTE DEPOSIT | $42,601.46 |
| Aug 29 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243588415*17 52578509\ | $267.80 |
| Aug 29 | REMOTE DEPOSIT | $14,336.17 |
| Aug 30 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440910620*22<br>60076803*99999~ | $1.68 |
| Aug 30 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1421429*1043608530 ~ | $7.71 |
| Aug 30 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550570744*12<br>60076803*99999~ | $40.68 |
| Aug 30 | PREAUTHORIZED CREDIT<br>AMERICAN HERITAG DIRECT DEP 240830 | $51.70 |
| Aug 30 | PREAUTHORIZED CREDIT<br>OPTUMRX HCCLAIMPMT 121000243591093*17 52578509\ | $129.14 |
| Aug 30 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001408967*1540849 793*138607460702~ | $609.98 |



# WINTRUST BANK®

Account Number:                    XXXXXX3134
Statement Date:                    08/30/2024
Page :                             6 of 6

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Aug 30 | PREAUTHORIZED CREDIT | $939.89 |
| | MANAGED HEALTH C Payment 240830 31307 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Jul 31 | $25,049.00 | Aug 08 | $0.00 | Aug 16 | $0.00 | Aug 26 | $0.00 |
| Aug 01 | $0.00 | Aug 12 | $0.00 | Aug 20 | $0.00 | Aug 28 | $44,204.00 |
| Aug 02 | $0.00 | Aug 13 | $0.00 | Aug 21 | $0.00 | Aug 29 | $14,336.00 |
| Aug 05 | $0.00 | Aug 14 | $0.00 | Aug 22 | $5,941.00 | Aug 30 | $0.00 |
| Aug 06 | $44,108.00 | Aug 15 | $0.00 | Aug 23 | $0.00 | | |
| Aug 07 | $0.00 | | | | | | |

