# AUGUST 2024 BANK STATEMENTS



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2024 through August 30, 2024
Account Number: ████████ 7589



### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00001165 DDA 111 211  24424 NNNNNNNNNNN  1 000000000 63 0000

ENOVEX PHARMACY LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

## CHECKING SUMMARY   Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$9,121.23** |
| Deposits and Additions | 1 | 627.00 |
| Electronic Withdrawals | 1 | - 9,748.23 |
| **Ending Balance** | **2** | **$0.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/16 | Deposit   2118675217 | $627.00 |
| **Total Deposits and Additions** | | **$627.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/21 | Online Transfer To Chk ...2236 Transaction#: 21799498141 | $9,748.23 |
| **Total Electronic Withdrawals** | | **$9,748.23** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/16 | $9,748.23 |
| 08/21 | 0.00 |



August 01, 2024 through August 30, 2024

Account Number: ███████████ **7589**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | July 31, 2024 |
| **Statement Ending:** | August 30, 2024 |
| **Page:** | 1 of 4 |

34538 TWS380WR083124040000 01 000000000 47 005

ENOVEX PHARMACY LLC
1431 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:    XXXXXX3962

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

## Balance Summary

| | |
|---|---:|
| **Beginning Balance as of 08/01/24** | **$0.00** |
| + Deposits and Credits (26) | $100,555.84 |
| - Withdrawals and Debits (31) | $100,471.60 |
| **Ending Balance as of 08/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $84.24 |
| Number of Days in Statement Period | 30 |

## Debits

| Date | Description | Subtractions |
|---|---|---:|
| Aug 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240801 650000012526300 | -$2,608.40 |
| Aug 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,432.12 |
| Aug 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015MNMCOBB4GD70 | -$2,024.01 |
| Aug 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,764.41 |
| Aug 06 | PREAUTHORIZED DEBIT<br>VANTIV_INTG_PYMT BILLNG Merch Bankcard 316 5263 Enovex Pharma<br>cy | -$139.90 |
| Aug 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,505.58 |
| Aug 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,056.72 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



**WINTRUST BANK®**

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015CBVMSPR 4PFA7 Acct<br>UNIV91N - Inv 03546130 | -$298.00 |
| Aug 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,348.00 |
| Aug 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,522.41 |
| Aug 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015CQRKLAQ 4T2XZ Acct<br>UNIV91N - Inv 03548960 | -$155.00 |
| Aug 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015RYNPDWO4U9RZ | -$6,190.36 |
| Aug 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015NBHURCJ 4UVE2 Acct<br>UNIV91N - Inv 03550431 | -$946.00 |
| Aug 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,268.68 |
| Aug 15 | PREAUTHORIZED DEBIT<br>ATT Payment 240815 | -$214.00 |
| Aug 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,268.52 |
| Aug 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015KFQIRYA 4Z5VP Acct<br>UNIV91N - Inv 03554082 | -$720.00 |
| Aug 16 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 07/24 | -$84.24 |
| Aug 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,089.98 |
| Aug 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medtel Communicati ons Llc Bill.com 0<br>15MCPZKLE50UJN Inv MC64687 | -$338.71 |
| Aug 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$30,473.06 |
| Aug 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,211.91 |
| Aug 22 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240822 | -$126.22 |
| Aug 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015TWGQGNP568ZV | -$1,252.63 |
| Aug 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,748.22 |
| Aug 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables Whisk Cleaning Ser vices Inc Bill.com<br>015WWRJHCE587LF I nv 17467 | -$270.83 |
| Aug 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,954.90 |
| Aug 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,902.50 |
| Aug 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,546.73 |
| Aug 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,547.00 |
| Aug 30 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015FVOLOIQ 5IEZO Acct 12182 - Inv<br>I3324637 | -$373.35 |

34538 0109138 0002-0004 0000000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3962 |
| **Statement Date:** | | 08/30/2024 |
| **Page :** | | 3 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,173.45 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Aug 01 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240801 650000012526300 | $4,040.52 |
| Aug 02 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,385.89 |
| Aug 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240802 650000012526300 | $638.12 |
| Aug 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240805 650000012526300 | $3,065.38 |
| Aug 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240805 650000012526300 | $3,699.03 |
| Aug 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $139.90 |
| Aug 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240807 650000012526300 | $2,505.58 |
| Aug 08 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240808 650000012526300 | $2,056.72 |
| Aug 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240809 650000012526300 | $3,646.00 |
| Aug 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240812 650000012526300 | $2,205.20 |
| Aug 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240812 650000012526300 | $4,317.21 |
| Aug 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $6,345.36 |
| Aug 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240814 650000012526300 | $2,214.68 |
| Aug 15 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240815 650000012526300 | $2,482.52 |
| Aug 16 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240816 650000012526300 | $3,894.22 |
| Aug 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240819 650000012526300 | $4,077.00 |
| Aug 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240819 650000012526300 | $4,858.55 |
| Aug 19 | PREAUTHORIZED CREDIT<br>Mindbloom Inc. Receivable 026QAYXRB11C30V Mi ndbloom Inc. Bill. com<br>Inv MB043 | $21,876.22 |
| Aug 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240821 650000012526300 | $2,211.91 |
| Aug 22 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240822 650000012526300 | $4,127.07 |
| Aug 23 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240823 650000012526300 | $4,225.73 |
| Aug 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240826 650000012526300 | $1,892.50 |
| Aug 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240826 650000012526300 | $4,010.00 |
| Aug 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240828 650000012526300 | $3,546.73 |

34538 0109139 0003-0004 00000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 29 | PREAUTHORIZED CREDIT | $4,547.00 |
|  | HRTLAND PMT SYS TXNS/FEES 240829 650000012526300 | |
| Aug 30 | PREAUTHORIZED CREDIT | $2,546.80 |
|  | HRTLAND PMT SYS TXNS/FEES 240830 650000012526300 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jul 31 | $0.00 | Aug 08 | $0.00 | Aug 15 | $0.00 | Aug 23 | $0.00 |
| Aug 01 | $0.00 | Aug 09 | $0.00 | Aug 16 | $0.00 | Aug 26 | $0.00 |
| Aug 02 | $0.00 | Aug 12 | $0.00 | Aug 19 | $0.00 | Aug 28 | $0.00 |
| Aug 05 | $0.00 | Aug 13 | $0.00 | Aug 21 | $0.00 | Aug 29 | $0.00 |
| Aug 06 | $0.00 | Aug 14 | $0.00 | Aug 22 | $0.00 | Aug 30 | $0.00 |
| Aug 07 | $0.00 | | | | | | |

34538 0109140 0004-0004 00000000000000000

