# AUGUST 2024 BANK STATEMENTS



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2024 through August 30, 2024
**Account Number:** ▉▉▉▉▉▉8827

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000500 WBS 111 141 24424 NNNNNNNNNNN  1 000000000 C1 0000

ROSE PHARMACY SA LLC
DEBTOR IN POSSESSION
311 S WACKER DR SUITE 2640
CHICAGO IL 60606

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $7,913.84 |  |
| Deposits and Credits | 1 | $1,695.00 |  |
| Withdrawals and Debits | 1 | $9,608.84 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$0.00** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 08/13 | Deposit | $1,695.00 |
| **Total** |  | **$1,695.00** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 08/21 | Online Transfer To Chk ...2236 Transaction#: 21799507122 | $9,608.84 |
| **Total** |  | **$9,608.84** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 08/13 | $9,608.84 | 08/21 | $0.00 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



August 01, 2024 through August 30, 2024
**Account Number:** ███████████8827

Your service charges, fees and earnings credit have been calculated through account analysis.



| | |
|---|---|
| **Last Statement:** | July 31, 2024 |
| **Statement Ending:** | August 30, 2024 |
| **Page:** | 1 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

10167 TWS380WR083124040000 01 000000000 45 006



ROSE PHARMACY SA LLC
1420 KENSINGTON RD SUITE 102
OAK BROOK IL 60523-2144

### Customer Service

📱 **Customer Support:**
312-291-2900

🕐 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

💻 **Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:    XXXXXX3089

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/01/24** | **$0.00** |
| + Deposits and Credits (61) | $141,376.89 |
| - Withdrawals and Debits (30) | $141,283.05 |
| **Ending Balance as of 08/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $93.84 |
| Number of Days in Statement Period | 30 |

## Debits



| Date | Description | Subtractions |
|---|---|---|
| Aug 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240801 650000012921923 | -$536.36 |
| Aug 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,930.75 |
| Aug 02 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240802 ACH06108916 | -$24,356.03 |
| Aug 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,067.05 |
| Aug 06 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO BILL PAYMT 240806 | -$641.41 |
| Aug 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,740.18 |
| Aug 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,648.72 |
| Aug 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,359.11 |
| Aug 09 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240809 ACH06118931 | -$17,727.83 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX3089 |
| **Statement Date:** | 08/30/2024 |
| **Page :** | 2 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 12 | PREAUTHORIZED DEBIT | -$5,171.58 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016QSVYZC3FYRQR | |
| Aug 14 | AUTOMATIC TRANSFER | -$2,652.47 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 15 | AUTOMATIC TRANSFER | -$5,347.29 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 16 | PREAUTHORIZED DEBIT | -$13,179.93 |
| | MCKESSON DRUG AUTO ACH 240816 ACH06129839 | |
| Aug 16 | DEPOSIT RETURN ITEM | -$23.00 |
| | DDA Redp Debit 1392  NSF | |
| Aug 16 | MAINTENANCE FEE | -$93.84 |
| | ANALYSIS ACTIVITY  FOR 07/24 | |
| Aug 19 | PREAUTHORIZED DEBIT | -$329.95 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016TBBJQM3G9QXD | |
| Aug 19 | PREAUTHORIZED DEBIT | -$594.49 |
| | FDS, INC. Payment 240819 | |
| Aug 19 | AUTOMATIC TRANSFER | -$556.93 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 20 | DEPOSIT RETURN ITEM | -$23.00 |
| | DDA CB Debit 1392  NSF 2nd | |
| Aug 20 | AUTOMATIC TRANSFER | -$917.47 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 21 | AUTOMATIC TRANSFER | -$3,823.10 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 22 | PREAUTHORIZED DEBIT | -$101.65 |
| | ATT Payment 240822 | |
| Aug 22 | PREAUTHORIZED DEBIT | -$909.71 |
| | Bill.com Payables Cerner Corp c/o Or acle America Inc. Bill.com 016SJSYPW 3GFQDF Multiple in | |
| Aug 22 | AUTOMATIC TRANSFER | -$2,259.91 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 23 | PREAUTHORIZED DEBIT | -$4,750.00 |
| | Bill.com Payables Infowerks B ill.com 016WEMTAG3 GHQ1T Inv 32613 | |
| Aug 23 | PREAUTHORIZED DEBIT | -$17,916.43 |
| | MCKESSON DRUG AUTO ACH 240823 ACH06135842 | |
| Aug 26 | AUTOMATIC TRANSFER | -$3,233.62 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 27 | AUTOMATIC TRANSFER | -$3,447.07 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 28 | AUTOMATIC TRANSFER | -$2,981.15 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 29 | AUTOMATIC TRANSFER | -$1,738.15 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 30 | PREAUTHORIZED DEBIT | -$11,318.71 |
| | MCKESSON DRUG AUTO ACH 240830 ACH06149693 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Aug 01 | PREAUTHORIZED CREDIT | $3.60 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909688417*13635696 42~ | |
| Aug 01 | PREAUTHORIZED CREDIT | $2,463.51 |
| | ACCESS HEALTH ACCESS HEA 240801 0591657 | |

10167 0034253 0002-0005 0000000000000000





**WINTRUST**
**BANK**®

| Account Number: | XXXXXX3089 |
| Statement Date: | 08/30/2024 |
| Page : | 3 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Aug 02 | AUTOMATIC TRANSFER | $18,890.21 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 02 | PREAUTHORIZED CREDIT | $95.00 |
| | HRTLAND PMT SYS TXNS/FEES 240802 650000012921923 | |
| Aug 02 | PREAUTHORIZED CREDIT | $2,494.95 |
| | ACCESS HEALTH ACCESS HEA 240802 0591657 | |
| Aug 02 | PREAUTHORIZED CREDIT | $2,875.87 |
| | CA HCCLAIMPMT 7001397433*1540849 793*121502671102~ | |
| Aug 05 | PREAUTHORIZED CREDIT | $79.00 |
| | HRTLAND PMT SYS TXNS/FEES 240805 650000012921923 | |
| Aug 05 | PREAUTHORIZED CREDIT | $337.78 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2008526 *1341939227*000033 778*0591657\ | |
| Aug 05 | REMOTE DEPOSIT | $543.14 |
| Aug 05 | REMOTE DEPOSIT | $613.57 |
| Aug 05 | REMOTE DEPOSIT | $728.63 |
| Aug 05 | PREAUTHORIZED CREDIT | $1,060.21 |
| | HRTLAND PMT SYS TXNS/FEES 240805 650000012921923 | |
| Aug 05 | REMOTE DEPOSIT | $1,926.48 |
| Aug 05 | PREAUTHORIZED CREDIT | $4,590.24 |
| | ACCESS HEALTH ACCESS HEA 240805 0591657 | |
| Aug 06 | PREAUTHORIZED CREDIT | $569.59 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909702870*13635696 42~ | |
| Aug 07 | PREAUTHORIZED CREDIT | $22.00 |
| | HRTLAND PMT SYS TXNS/FEES 240807 650000012921923 | |
| Aug 07 | PREAUTHORIZED CREDIT | $1,626.72 |
| | ACCESS HEALTH ACCESS HEA 240807 0591657 | |
| Aug 08 | PREAUTHORIZED CREDIT | $3,359.11 |
| | ACCESS HEALTH ACCESS HEA 240808 0591657 | |
| Aug 09 | AUTOMATIC TRANSFER | $5,857.80 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 09 | PREAUTHORIZED CREDIT | $14.18 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909724986*13635696 42~ | |
| Aug 09 | PREAUTHORIZED CREDIT | $35.00 |
| | HRTLAND PMT SYS TXNS/FEES 240809 650000012921923 | |
| Aug 09 | PREAUTHORIZED CREDIT | $3,366.99 |
| | ACCESS HEALTH ACCESS HEA 240809 0591657 | |
| Aug 09 | PREAUTHORIZED CREDIT | $8,453.86 |
| | CA HCCLAIMPMT 7001398775*1540849 793*121502671102~ | |
| Aug 12 | AUTOMATIC TRANSFER | $3,102.16 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 12 | PREAUTHORIZED CREDIT | $5.04 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2010234 *1341939227*000000 504*0591657\ | |
| Aug 12 | PREAUTHORIZED CREDIT | $14.00 |
| | HRTLAND PMT SYS TXNS/FEES 240812 650000012921923 | |
| Aug 12 | PREAUTHORIZED CREDIT | $49.00 |
| | HRTLAND PMT SYS TXNS/FEES 240812 650000012921923 | |
| Aug 12 | PREAUTHORIZED CREDIT | $2,001.38 |
| | ACCESS HEALTH ACCESS HEA 240812 0591657 | |
| Aug 14 | PREAUTHORIZED CREDIT | $15.00 |
| | HRTLAND PMT SYS TXNS/FEES 240814 650000012921923 | |
| Aug 14 | REMOTE DEPOSIT | $52.03 |
| Aug 14 | REMOTE DEPOSIT | $517.00 |
| Aug 14 | PREAUTHORIZED CREDIT | $2,637.44 |
| | ACCESS HEALTH ACCESS HEA 240814 0591657 | |
| Aug 15 | PREAUTHORIZED CREDIT | $129.00 |
| | HRTLAND PMT SYS TXNS/FEES 240815 650000012921923 | |

10167 0034254 0003-0005 00000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 15 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240815 0591657 | $4,649.29 |
| Aug 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $4,885.09 |
| Aug 16 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909740277*13635696 42~ | $13.74 |
| Aug 16 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 1392  NSF | $23.00 |
| Aug 16 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001401526*1540849 793*121502671102~ | $1,832.29 |
| Aug 16 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240816 0591657 | $6,565.65 |
| Aug 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240819 650000012921923 | $104.00 |
| Aug 19 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2010982<br>*1341939227*000021 066*0591657\ | $210.66 |
| Aug 19 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240819 0591657 | $1,166.71 |
| Aug 20 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909754107*13635696 42~ | $2.65 |
| Aug 20 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240820 0591657 | $914.82 |
| Aug 21 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240821 0591657 | $3,823.10 |
| Aug 22 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240822 650000012921923 | $45.00 |
| Aug 22 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240822 0591657 | $3,226.27 |
| Aug 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $17,776.28 |
| Aug 23 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240823 0591657 | $2,131.14 |
| Aug 23 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001404764*1540849 793*121502671102~ | $2,759.01 |
| Aug 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240826 650000012921923 | $78.93 |
| Aug 26 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909776184*13635696 42~ | $192.28 |
| Aug 26 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2013575<br>*1341939227*000044 182*0591657\ | $441.82 |
| Aug 26 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240826 0591657 | $2,520.59 |
| Aug 27 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909790379*13635696 42~ | $256.86 |
| Aug 27 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240827 0591657 | $3,190.21 |
| Aug 28 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240828 0591657 | $2,981.15 |
| Aug 29 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240829 0591657 | $1,738.15 |
| Aug 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $5,397.82 |
| Aug 30 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001407369*1540849 793*121502671102~ | $1,956.49 |
| Aug 30 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240830 0591657 | $3,964.40 |

10167 0034255 0004-0005 0000000000000000000



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

**Account Number:** XXXXXX3089
**Statement Date:** 08/30/2024
**Page :** 5 of 5

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jul 31 | $0.00 | Aug 08 | $0.00 | Aug 19 | $23.00 | Aug 26 | $0.00 |
| Aug 01 | $0.00 | Aug 09 | $0.00 | Aug 20 | $0.00 | Aug 27 | $0.00 |
| Aug 02 | $0.00 | Aug 12 | $0.00 | Aug 21 | $0.00 | Aug 28 | $0.00 |
| Aug 05 | $3,812.00 | Aug 14 | $569.00 | Aug 22 | $0.00 | Aug 29 | $0.00 |
| Aug 06 | $0.00 | Aug 15 | $0.00 | Aug 23 | $0.00 | Aug 30 | $0.00 |
| Aug 07 | $0.00 | Aug 16 | $23.00 | | | | |

10167 0034256 0005-0005 0000000000000000

