# AUGUST 2024 BANK STATEMENTS



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2024 through August 30, 2024
**Account Number:** ▮▮▮▮▮▮8660

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000865 WBS 111 141 24424 NNNNNNNNNNN 1 000000000 C1 0000

ROSE PHARMACY SF LLC
DEBTOR IN POSSESSION
311 S WACKER DR SUITE 2640
CHICAGO IL 60606

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $222,490.01 | |
| Deposits and Credits | 18 | $113,087.39 | |
| Withdrawals and Debits | 1 | $266,477.96 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$69,099.44** | |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 08/01 | Orig CO Name:Radiant Hospice   Orig ID:1462800242 Desc Date:240801 CO Entry Descr:Payroll   Sec:PPD   Trace#:111000029819578 Eed:240801 Ind ID:0020695C95Ef676   Ind Name:Rose Pharmacy Trn: 2139819578Tc | $951.59 |
| 08/01 | Orig CO Name:Infinity Hospice   Orig ID:9200502235 Desc Date:240801 CO Entry Descr:ACH Pmt  Sec:PPD   Trace#:021000029819575 Eed:240801   Ind ID:11139943987   Ind Name:Rose Pharamcy Inv355-15521 Trn: 2139819575Tc | 431.32 |
| 08/05 | Orig CO Name:A1Kare Hospice &   Orig ID:1462800242 Desc Date:240805 CO Entry Descr:Payroll  Sec:PPD   Trace#:111000027629255 Eed:240805 Ind ID:0020808D8Ccce58   Ind Name:Cbc Pharma Holdco LLC Trn: 2157629255Tc | 287.99 |
| 08/07 | Orig CO Name:Trilogy Hospice   Orig ID:S941687665 Desc Date:240807 CO Entry Descr:Sender   Sec:CTX   Trace#:113000022108439 Eed:240807 Ind ID:734892494   Ind Name:0000Rose Pharmacy Onlne Trnsfr88871070 Trn: 2202108439Tc | 798.72 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 08/09 | Orig CO Name:A New Day Hospic        Orig ID:464277425  Desc Date:240809 CO Entry Descr:ACH        Sec:CCD    Trace#:026013573946857 Eed:240809 Ind ID:355-15813        Ind Name:Rose Pharmacy 1504721279 Trn: 2213946857Tc | 4,144.60 |
| 08/09 | Orig CO Name:Amazon Hospice I        Orig ID:9111111101 Desc Date:240809 CO Entry Descr:Direct Depsec:PPD    Trace#:051000013946855 Eed:240809 Ind ID:926633949930543        Ind Name:,Rose Pharmacy 1233236186        Kf Trn: 2213946855Tc | 697.15 |
| 08/13 | Deposit | 1,230.00 |
| 08/15 | Orig CO Name:Medonelc        Orig ID:1261769761 Desc Date:        CO Entry Descr:ACH Paymensec:CCD    Trace#:107005957249341 Eed:240815 Ind ID:804034        Ind Name:Rose Pharmacy Trn*1*100717*1261769761~ Trn: 2277249341Tc | 414.70 |
| 08/16 | Orig CO Name:Vienna Hospice A        Orig ID:A114339399 Desc Date:SD1700 CO Entry Descr:Payments  Sec:CCD Trace#:081009429824948 Eed:240816  Ind ID:Pharmacy Servic        Ind Name:Rose Pharmacy 1143393990 Trn: 2299824948Tc | 34,103.72 |
| 08/19 | Orig CO Name:Aa Family Hospic        Orig ID:1462800242 Desc Date:240819 CO Entry Descr:Payroll    Sec:PPD    Trace#:111000020842034 Eed:240819 Ind ID:002072789Cfc556        Ind Name:Rose Pharmacy Trn: 2290842034Tc | 416.22 |
| 08/21 | Real Time Payment Credit Recd From Aba/Contr Bnk-321171184  From: Bnf-Kent Cruz Ref: 16774067506 Info: Text-Rmtinf-Inv355-16059 Iid: 20240821021000089P1Bxop118041888100 Recd: 14:04:20 Trn: 0517651234Gd YOUR REF: 16774067506 | 511.94 |
| 08/23 | Orig CO Name:Burnet Hospice C        Orig ID:451783432  Desc Date:240823 CO Entry Descr:ACH        Sec:CCD    Trace#:026013579420518 Eed:240823 Ind ID:355-15812        Ind Name:Rose Pharmacy 1504721287 Trn: 2359420518Tc | 13,047.22 |
| 08/23 | Orig CO Name:Amazon Hospice I        Orig ID:9111111101 Desc Date:240823 CO Entry Descr:Direct Depsec:PPD    Trace#:051000019420516 Eed:240823 Ind ID:495073294965543        Ind Name:,Rose Pharmacy 1233236186        Kf Trn: 2359420516Tc | 1,374.93 |
| 08/27 | Orig CO Name:Starline Hospice        Orig ID:462693989  Desc Date:240827 CO Entry Descr:Rose Pharmsec:CCD    Trace#:122043603483049 Eed:240827  Ind ID:        Ind Name:Rose Pharmacy Inv355-16141        6417414 Trn: 2393483049Tc | 2,312.55 |
| 08/27 | Orig CO Name:Trilogy Hospice        Orig ID:S941687665 Desc Date:240827 CO Entry Descr:Sender    Sec:CTX    Trace#:113000025919051 Eed:240827 Ind ID:738491406        Ind Name:0000Rose Pharmacy Onlne Trnsfr88871070 Trn: 2405919051Tc | 1,061.08 |
| 08/28 | Orig CO Name:Infinity Hospice        Orig ID:9200502235 Desc Date:240828 CO Entry Descr:ACH Pmt    Sec:PPD    Trace#:021000029065638 Eed:240828  Ind ID:11142770418        Ind Name:Rose Pharamcy Inv355-15914 Trn: 2409065638Tc | 745.62 |
| 08/30 | Orig CO Name:Vienna Hospice A        Orig ID:A114339399 Desc Date:SD1700 CO Entry Descr:Payments  Sec:CCD Trace#:081009427395225 Eed:240830  Ind ID:Pharmacy Servic        Ind Name:Rose Pharmacy 1143393990 Trn: 2437395225Tc | 49,011.45 |
| 08/30 | Orig CO Name:Medonelc        Orig ID:1261769761 Desc Date:        CO Entry Descr:ACH Paymensec:CCD    Trace#:107005952084334 Eed:240830 Ind ID:808772        Ind Name:Rose Pharmacy Trn*1*100723*1261769761~ Trn: 2422084334Tc | 1,546.59 |



## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| **Total** | | **$113,087.39** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 08/21 | Online Transfer To Chk ...2236 Transaction#: 21799507694 | $266,477.96 |
| **Total** | | **$266,477.96** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 08/01 | $223,872.92 | 08/19 | $265,966.02 |
| 08/05 | $224,160.91 | 08/21 | $0.00 |
| 08/07 | $224,959.63 | 08/23 | $14,422.15 |
| 08/09 | $229,801.38 | 08/27 | $17,795.78 |
| 08/13 | $231,031.38 | 08/28 | $18,541.40 |
| 08/15 | $231,446.08 | 08/30 | $69,099.44 |
| 08/16 | $265,549.80 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank



| | |
|---|---|
| **Last Statement:** | July 31, 2024 |
| **Statement Ending:** | August 30, 2024 |
| **Page:** | 1 of 8 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22203 TWS380WR083124040000 01 000000000 45 009



ROSE PHARMACY SF LLC
1422 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

22203 0070603 0001-0008 0000000000000000

### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                                   Account Number:   XXXXXX8445

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/01/24** | **$37,194.00** |
| + Deposits and Credits (87) | $1,687,781.13 |
| - Withdrawals and Debits (70) | $1,675,558.66 |
| **Ending Balance as of 08/30/24** | **$49,085.29** |
| Analysis or Maintenance Fees for Period | $331.18 |
| Number of Days in Statement Period | 30 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Aug 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240801 650000012921873 | -$5,377.30 |
| Aug 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$33,441.08 |
| Aug 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables Parata Systems LLC Bill.com 016SRTUS Z3FLPO7 Acct<br>30055 1 - Inv IPSL019124 | -$72.77 |
| Aug 02 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240802 ACH06108980 | -$84,993.91 |
| Aug 02 | DEPOSIT RETURN ITEM<br>DDA CB Debit 710  Stop Payment | -$733.71 |
| Aug 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$27,491.45 |
| Aug 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$28,253.33 |
| Aug 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$83,255.12 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX8445 |
| **Statement Date:** | | 08/30/2024 |
| **Page :** | | 2 of 8 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22203 0070605 0002-0008 00000000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 08 | PREAUTHORIZED DEBIT<br>ROPER INDUSTRIES Payment 240808 | -$220.00 |
| Aug 08 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 2270  NSF | -$470.34 |
| Aug 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$205,948.63 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016ZSEOAK3FXYO A Acct 54267564 - | -$20.16 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016VJSMPE3FXYN M Acct 54267564 - | -$23.20 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016PIASXW3FXYN T Acct 54267564 - | -$30.11 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016ZGUSVF3FXYN Z Acct 54267564 - | -$30.27 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016UFPRGX3FXYN V Acct 54267564 - | -$31.59 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016LRGVFE3FXYN S Acct 54267564 - | -$33.75 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016WKNMDW3FXYN J Acct 54267564 - | -$57.13 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016OFENEH3FXYO 6 Acct 54267564 - | -$66.95 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016XVKTWO3FXYN U Acct 54267564 - | -$76.24 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016FJVKLU3FXYN O Acct 54267564 - | -$76.24 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016AAHFDG3FXYN Y Acct 54267564 - | -$109.35 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016UHHAWD3FXYO 5 Acct 54267564 - | -$125.06 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016WXNMBI3FXYO 9 Acct 54267564 - | -$139.01 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016NBSBQN3FXYO 1 Acct 54267564 - | -$142.81 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016STNSWB3FXYO 4 Acct 54267564 - | -$161.66 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016QJAGHU3FXYN R Acct 54267564 - | -$169.37 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016CDTBFT3FXYO B Acct 54267564 - | -$181.16 |





| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 08/30/2024 |
| **Page :** | 3 of 8 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016FBVEQZ3FXYO 0 Acct 54267564 - | -$185.33 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016ISVSFK3FXYN K Acct 54267564 - | -$201.43 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016CJHMOF3FXYO 2 Acct 54267564 - | -$205.28 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016UNTSBB3FXYO 8 Acct 54267564 - | -$208.46 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016DQOKOV3FXYO C Acct 54267564 - | -$230.13 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016ZNUELD3FXYO 7 Acct 54267564 - | -$294.07 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016DPWMZI3FXYN W Acct 54267564 - | -$330.60 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016XYOJRW3FXYO 3 Acct 54267564 - | -$347.16 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016SYHQQQ3FXYN X Acct 54267564 - | -$364.26 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016SMICGN3FXYN Q Acct 54267564 - | -$487.01 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016RZVPXW3FXYN N Acct 54267564 - | -$745.81 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016RLMLYJ3FXYN L Acct 54267564 - | -$1,003.59 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016UBVVPY3FXYN P Acct 54267564 - | -$2,710.16 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016TZZZVF3FWKS I Multiple invoice | -$12,850.65 |
| Aug 09 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240809 ACH06118994 | -$120,781.51 |
| Aug 09 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 7441  NSF | -$1,094.76 |
| Aug 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016LSGLSL3FYRQY | -$70,432.19 |
| Aug 12 | DEPOSIT RETURN ITEM<br>DDA CB Debit 2270  NSF 2nd | -$470.34 |
| Aug 13 | PREAUTHORIZED DEBIT<br>FRONTIER COMMUNI BILL PAY 240813 20255517821 | -$255.98 |
| Aug 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$28,340.30 |
| Aug 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Southern Californi a Shredding Bill.c om<br>016AAWYJF3G31QR Acct 3411 - Inv 2 | -$100.00 |



22203 0070606 0003-0008 00000000000000000



| | Account Number: | XXXXXX8445 |
|---|---|---|
| | Statement Date: | 08/30/2024 |
| | Page : | 4 of 8 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 14 | AUTOMATIC TRANSFER | -$21,865.64 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 15 | AUTOMATIC TRANSFER | -$151,291.28 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 16 | PREAUTHORIZED DEBIT | -$52.40 |
| | Bill.com Payables OmniSYS LLC B ill.com 016HQREFU3 G8ZLV Acct C-00723 6 - Inv OMN286562 | |
| Aug 16 | PREAUTHORIZED DEBIT | -$120.00 |
| | Bill.com Payables ALERT 360 B ill.com 016DGUJDA3 G8ZLU Inv 14576497 | |
| Aug 16 | PREAUTHORIZED DEBIT | -$142,764.19 |
| | MCKESSON DRUG AUTO ACH 240816 ACH06129903 | |
| Aug 16 | MAINTENANCE FEE | -$331.18 |
| | ANALYSIS ACTIVITY  FOR 07/24 | |
| Aug 19 | PREAUTHORIZED DEBIT | -$5,337.50 |
| | Bill.com Payables JMPC B ill.com 016LLBVCY3 G9QXE Multiple inv oices | |
| Aug 19 | AUTOMATIC TRANSFER | -$9,269.30 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 20 | AUTOMATIC TRANSFER | -$25,783.36 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 21 | PREAUTHORIZED DEBIT | -$676.00 |
| | REPUBLICSERVICES RSIBILLPAY 240821 | |
| Aug 21 | AUTOMATIC TRANSFER | -$18,668.52 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 22 | AUTOMATIC TRANSFER | -$1.09 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 23 | PREAUTHORIZED DEBIT | -$237.45 |
| | Bill.com Payables EnlivenHealth form erly FDS Amplicare Bill.com 016EGXQQ L3GHQ1V Inv IN1010 | |
| Aug 23 | PREAUTHORIZED DEBIT | -$101,753.75 |
| | MCKESSON DRUG AUTO ACH 240823 ACH06135904 | |
| Aug 26 | AUTOMATIC TRANSFER | -$2,118.36 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 27 | AUTOMATIC TRANSFER | -$47,774.86 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 28 | AUTOMATIC TRANSFER | -$23,586.46 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 29 | AUTOMATIC TRANSFER | -$287,531.23 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 30 | PREAUTHORIZED DEBIT | -$14,349.94 |
| | MCKESSON PLASMA AUTO ACH 240830 ACH06148920 | |
| Aug 30 | PREAUTHORIZED DEBIT | -$107,564.32 |
| | MCKESSON DRUG AUTO ACH 240830 ACH06149742 | |
| Aug 30 | DEPOSIT RETURN ITEM | -$527.40 |
| | DDA Redp Debit 1431  NSF | |
| Aug 30 | DEPOSIT RETURN ITEM | -$914.89 |
| | DDA Redp Debit 1434  NSF | |



## Credits

| Date | Description | Additions |
|---|---|---|
| Aug 01 | PREAUTHORIZED CREDIT | $722.11 |
| | MEDIMPACT DEBITS TRN*1*9200362277*1 330567651*433268 \ | |
| Aug 01 | PREAUTHORIZED CREDIT | $902.27 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909699041*13635696 42~ | |



| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 08/30/2024 |
| **Page :** | 5 of 8 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 02 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $67,334.33 |
| Aug 02 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550561081*12<br>60076803*99999~ | $1,934.20 |
| Aug 02 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001396232*1540849 793*142733835902~ | $16,531.86 |
| Aug 05 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2008370<br>*1341939227*000001 271*5641798\ | $12.71 |
| Aug 05 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200362943*1 330567651*433268 \ | $559.46 |
| Aug 05 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200363248*1 330567651*433268 \ | $2,592.70 |
| Aug 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240805 650000012921873 | $24,326.58 |
| Aug 06 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440897650*22<br>60076803*99999~ | $1.91 |
| Aug 06 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200363899*1 330567651*433268 \ | $66.42 |
| Aug 06 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550562265*12<br>60076803*99999~ | $522.56 |
| Aug 06 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909713657*13635696 42~ | $1,430.40 |
| Aug 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240806 650000012921873 | $6,137.11 |
| Aug 06 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007671575*14 31420563\ | $20,095.12 |
| Aug 06 | REMOTE DEPOSIT | $63,456.81 |
| Aug 07 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1407960*1043608530 ~ | $3,217.20 |
| Aug 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240807 650000012921873 | $8,143.85 |
| Aug 07 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500353955*1752882 129*5641798\ | $8,436.79 |
| Aug 07 | REMOTE DEPOSIT | $38,168.23 |
| Aug 07 | REMOTE DEPOSIT | $138,001.05 |
| Aug 08 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 2270  NSF | $470.34 |
| Aug 08 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240808 650000012921873 | $30,469.97 |
| Aug 09 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $128,858.52 |
| Aug 09 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04160936*143 1420563\ | $2.92 |
| Aug 09 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440899457*22<br>60076803*99999~ | $72.74 |
| Aug 09 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200364812*1 330567651*433268 \ | $223.96 |
| Aug 09 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550563473*12<br>60076803*99999~ | $469.66 |
| Aug 09 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 7441  NSF | $1,094.76 |



22203 0070608 0005-0008 00000000000000000000



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|----------:|
| Aug 09 | PREAUTHORIZED CREDIT | $2,805.99 |
| | HRTLAND PMT SYS TXNS/FEES 240809 650000012921873 | |
| Aug 09 | PREAUTHORIZED CREDIT | $3,952.86 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909736231*13635696 42~ | |
| Aug 09 | PREAUTHORIZED CREDIT | $7,127.62 |
| | CA HCCLAIMPMT 7001400129*1540849 793*142733835902~ | |
| Aug 12 | AUTOMATIC TRANSFER | $70,432.19 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 13 | PREAUTHORIZED CREDIT | $748.54 |
| | MEDIMPACT DEBITS TRN*1*9200365080*1 330567651*433268 \ | |
| Aug 13 | PREAUTHORIZED CREDIT | $1,409.06 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550564662*12 | |
| | 60076803*99999~ | |
| Aug 13 | PREAUTHORIZED CREDIT | $1,682.73 |
| | HRTLAND PMT SYS TXNS/FEES 240813 650000012921873 | |
| Aug 13 | PREAUTHORIZED CREDIT | $24,755.95 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007684035*14 31420563\ | |
| Aug 14 | PREAUTHORIZED CREDIT | $10.47 |
| | MEDIMPACT DEBITS TRN*1*9200366150*1 330567651*433268 \ | |
| Aug 14 | PREAUTHORIZED CREDIT | $230.15 |
| | NAVITUS HCCLAIMPMT 1411516*1043608530 ~ | |
| Aug 14 | REMOTE DEPOSIT | $1,433.83 |
| Aug 14 | PREAUTHORIZED CREDIT | $1,764.21 |
| | MEDIMPACT DEBITS TRN*1*9200365602*1 330567651*433268 \ | |
| Aug 14 | PREAUTHORIZED CREDIT | $19,960.77 |
| | CAREMARK HCCLAIMPMT 2500365200*1752882 129*5641798\ | |
| Aug 14 | REMOTE DEPOSIT | $61,467.26 |
| Aug 14 | REMOTE DEPOSIT | $86,990.95 |
| Aug 15 | PREAUTHORIZED CREDIT | $7.53 |
| | MEDIMPACT DEBITS TRN*1*9200366490*1 330567651*433268 \ | |
| Aug 15 | PREAUTHORIZED CREDIT | $1,391.75 |
| | NAVITUS HCCLAIMPMT 1409789*1043608530 ~ | |
| Aug 16 | AUTOMATIC TRANSFER | $130,099.75 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 16 | PREAUTHORIZED CREDIT | $47.84 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909750454*13635696 42~ | |
| Aug 16 | PREAUTHORIZED CREDIT | $625.21 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550565895*12 | |
| | 60076803*99999~ | |
| Aug 16 | PREAUTHORIZED CREDIT | $11,400.21 |
| | CA HCCLAIMPMT 7001403142*1540849 793*142733835902~ | |
| Aug 19 | PREAUTHORIZED CREDIT | $14,606.80 |
| | HRTLAND PMT SYS TXNS/FEES 240819 650000012921873 | |
| Aug 20 | PREAUTHORIZED CREDIT | $1,406.67 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550567093*12 | |
| | 60076803*99999~ | |
| Aug 20 | PREAUTHORIZED CREDIT | $2,101.11 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909765168*13635696 42~ | |
| Aug 20 | PREAUTHORIZED CREDIT | $22,275.58 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007696417*14 31420563\ | |
| Aug 21 | PREAUTHORIZED CREDIT | $1,697.96 |
| | NAVITUS HCCLAIMPMT 1419619*1043608530 ~ | |
| Aug 21 | PREAUTHORIZED CREDIT | $17,646.56 |
| | CAREMARK HCCLAIMPMT 2500376918*1752882 129*5641798\ | |
| Aug 22 | REMOTE DEPOSIT | $26,482.42 |
| Aug 22 | REMOTE DEPOSIT | $44,012.67 |
| Aug 23 | AUTOMATIC TRANSFER | $15,696.84 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

22203 0070609 0006-0008 00000000000000000000





| | **Account Number:** | XXXXXX8445 |
|---|---|---|
| | **Statement Date:** | 08/30/2024 |
| | **Page :** | 7 of 8 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 23 | PREAUTHORIZED CREDIT | $41.36 |
| | NORIDIAN DMEMAC HCCLAIMPMT 081517692343272*12 62326076~ | |
| Aug 23 | PREAUTHORIZED CREDIT | $77.41 |
| | PRIME THERAPEUTI HCCLAIMPMT 444444440906874*22 60076803*99999~ | |
| Aug 23 | PREAUTHORIZED CREDIT | $503.31 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04163772*143 1420563\ | |
| Aug 23 | PREAUTHORIZED CREDIT | $2,997.73 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550568320*12 60076803*99999~ | |
| Aug 23 | PREAUTHORIZED CREDIT | $12,180.55 |
| | CA HCCLAIMPMT 7001406381*1540849 793*142733835902~ | |
| Aug 26 | PREAUTHORIZED CREDIT | $21.83 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2013406 *1341939227*000002 183*5641798\ | |
| Aug 26 | PREAUTHORIZED CREDIT | $597.99 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909786579*13635696 42~ | |
| Aug 26 | PREAUTHORIZED CREDIT | $1,498.54 |
| | MEDIMPACT DEBITS TRN*1*9200369084*1 330567651*433268 \ | |
| Aug 27 | PREAUTHORIZED CREDIT | $77.41 |
| | PRIME THERAPEUTI HCCLAIMPMT 444444440908767*22 60076803*99999~ | |
| Aug 27 | PREAUTHORIZED CREDIT | $1,035.69 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550569515*12 60076803*99999~ | |
| Aug 27 | PREAUTHORIZED CREDIT | $3,161.91 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909801331*13635696 42~ | |
| Aug 27 | PREAUTHORIZED CREDIT | $43,499.85 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007709032*14 31420563\ | |
| Aug 28 | REMOTE DEPOSIT | $109.10 |
| Aug 28 | PREAUTHORIZED CREDIT | $801.99 |
| | MEDIMPACT DEBITS TRN*1*9200369889*1 330567651*433268 \ | |
| Aug 28 | PREAUTHORIZED CREDIT | $1,438.01 |
| | NAVITUS HCCLAIMPMT 1423669*1043608530 ~ | |
| Aug 28 | REMOTE DEPOSIT | $17,747.50 |
| Aug 28 | PREAUTHORIZED CREDIT | $21,345.71 |
| | CAREMARK HCCLAIMPMT 2500388428*1752882 129*5641798\ | |
| Aug 28 | REMOTE DEPOSIT | $67,972.10 |
| Aug 28 | REMOTE DEPOSIT | $85,319.05 |
| Aug 29 | PREAUTHORIZED CREDIT | $6.53 |
| | NORIDIAN DMEMAC HCCLAIMPMT 081517692403810*12 62326076~ | |
| Aug 29 | PREAUTHORIZED CREDIT | $116,377.70 |
| | HRTLAND PMT SYS TXNS/FEES 240829 650000012921873 | |
| Aug 30 | AUTOMATIC TRANSFER | $107,113.73 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 30 | REDEPOSIT RETURN CHK | $527.40 |
| | DDA Redp Credit 1431  NSF | |
| Aug 30 | REDEPOSIT RETURN CHK | $914.89 |
| | DDA Redp Credit 1434  NSF | |
| Aug 30 | PREAUTHORIZED CREDIT | $1,294.81 |
| | MEDIMPACT DEBITS TRN*1*9200370465*1 330567651*433268 \ | |
| Aug 30 | PREAUTHORIZED CREDIT | $2,154.21 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550570738*12 60076803*99999~ | |
| Aug 30 | PREAUTHORIZED CREDIT | $12,792.99 |
| | CA HCCLAIMPMT 7001406556*1540849 793*142733835902~ | |
| Aug 30 | REMOTE DEPOSIT | $47,643.81 |



22203 0070610 0007-0008 00000000000000000

# WINTRUST
## BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Jul 31 | $37,194.00 | Aug 08 | $470.34 | Aug 16 | $0.00 | Aug 26 | $0.00 |
| Aug 01 | $0.00 | Aug 09 | $1,565.10 | Aug 19 | $0.00 | Aug 27 | $0.00 |
| Aug 02 | $0.00 | Aug 12 | $1,094.76 | Aug 20 | $0.00 | Aug 28 | $171,147.00 |
| Aug 05 | $0.00 | Aug 13 | $1,094.76 | Aug 21 | $0.00 | Aug 29 | $0.00 |
| Aug 06 | $63,457.00 | Aug 14 | $150,986.76 | Aug 22 | $70,494.00 | Aug 30 | $49,085.29 |
| Aug 07 | $176,169.00 | Aug 15 | $1,094.76 | Aug 23 | $0.00 | | |

22203 0070611 0008-0008 0000000000000000

