# AUGUST 2024 BANK STATEMENTS





# MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

BAYBRIDGE PHARMACY, LLC
DEBTOR IN POSSESSION                  KZ03
DIST. DELAWARE - CASE# 24-11205 (TMH)  000030723
121 KENT AVE STE A
BROOKLYN NY  11249-3466

▶ Contact your Relationship Manager to discuss
  targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY   FOR PERIOD  AUGUST 01, 2024  -  AUGUST 30, 2024

| Commercial Checking 8427 | | BAYBRIDGE PHARMACY, LLC | |
|---|---|---|---|
| Previous Balance 07/31/24 | $1,077.49 | Number of Days in Cycle | 30 |
| 1 Deposits/Credits | $40,474.52 | Minimum Balance This Cycle | $1,077.49 |
| 1 Checks/Debits | ($40,474.52) | Average Collected Balance | $1,077.49 |
| Service Charges | $0.00 | | |
| Ending Balance 08/30/24 | $1,077.49 | | |

## ACCOUNT DETAIL   FOR PERIOD  AUGUST 01, 2024  -  AUGUST 30, 2024

**Commercial Checking 8427**                                  **BAYBRIDGE PHARMACY, LLC**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 08/20 | Adjustment credit 082024 | $40,474.52 | | $41,552.01 |
| 08/20 | Check    26888 | | $40,474.52 | $1,077.49 |
| **Total** | | $40,474.52 | $40,474.52 | |

**Commercial Checking 8427**                                  **BAYBRIDGE PHARMACY, LLC**

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 26888 | 08/20 | $40,474.52 | | | | | | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2024 Capital One. All rights reserved.



**Capital**One® **Bank**
Commercial Banking Group

## MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

CENTRAL PHARMACY LLC
DEBTOR IN POSSESSION                      K203
DIST. DELAWARE - CASE# 24-11206 (TMH) 000031601
121 KENT AVE
BROOKLYN NY  11249

‣ Contact your Relationship Manager to discuss
  targeted solutions for your evolving business needs.

ıll||ıₗ|ₗıₗₗₗₗₗₗₗₗ||ₗ|ₗₗₗ|ₗ|ₗ||||ₗ||ₗₗₗₗₗₗ|ₗ||||ıₗ

## ACCOUNT SUMMARY   FOR PERIOD AUGUST 01, 2024 - AUGUST 30, 2024

| Commercial Checking ████ 7281 | | | CENTRAL PHARMACY LLC |
|---|---|---|---|
| Previous Balance 07/31/24 | $990.24 | Number of Days in Cycle | 30 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | $990.24 |
| 0 Checks/Debits | $0.00 | Average Collected Balance | $990.24 |
| Service Charges | $0.00 | | |
| Ending Balance 08/30/24 | $990.24 | | |

## ACCOUNT DETAIL   FOR PERIOD AUGUST 01, 2024 - AUGUST 30, 2024

| Commercial Checking ████ 7281 | | | CENTRAL PHARMACY LLC |
|---|---|---|---|
| **Date** **Description** | **Deposits/Credits** | **Withdrawals/Debits** | **Resulting Balance** |
| 08/01 | | | $990.24 |
| No Account Activity this Statement Period | | | |
| 08/30 | | | $990.24 |
| **Total** | $0.00 | $0.00 | |
| No Items Processed | | | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2024 Capital One. All rights reserved.



MEMBER
**FDIC**
EQUAL HOUSING
LENDER



| | |
|---|---|
| **Last Statement:** | July 31, 2024 |
| **Statement Ending:** | August 30, 2024 |
| **Page:** | 1 of 2 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



28415 TWS380WR083124040000 01 000000000 45 003

BAYBRIDGE PHARMACY LLC
1425 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

📱 **Customer Support:**
312-291-2900

🕐 **Branch Hours of Operation:**
Mon-Fri  9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

🖥 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: | XXXXXX9021 |
|---|---|---|

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/01/24** | **$0.00** |
| + Deposits and Credits (3) | $953.94 |
| - Withdrawals and Debits (3) | $734.17 |
| **Ending Balance as of 08/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $219.77 |
| Number of Days in Statement Period | 30 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Aug 12 | PREAUTHORIZED DEBIT<br>CON ED OF NY CECONY 240812 91810050004 | -$90.27 |
| Aug 12 | PREAUTHORIZED DEBIT<br>CON ED OF NY CECONY 240812 35176050009 | -$249.78 |
| Aug 13 | PREAUTHORIZED DEBIT<br>GOTO COMMUNICATI GOTO/JIVE 240813 | -$394.12 |
| Aug 16 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 07/24 | -$219.77 |



## Credits

| Date | Description | Additions |
|---|---|---|
| Aug 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $340.05 |
| Aug 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $394.12 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Aug 16 | AUTOMATIC TRANSFER | $219.77 |
|  | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 |  |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Jul 31 | $0.00 | Aug 12 | $0.00 | Aug 13 | $0.00 | Aug 16 | $0.00 |

28415 0086845 0002-0002 00000000000000000

