# AUGUST 2024 BANK STATEMENTS



# WINTRUST
## BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | July 31, 2024 |
| **Statement Ending:** | August 30, 2024 |
| **Page:** | 1 of 6 |




### Customer Service

| | |
|---|---|
| 📱 | **Customer Support:** 312-291-2900 |
| 🕐 | **Branch Hours of Operation:** Mon-Fri   9:00 am - 5:00 pm Saturday 9:00 am - 1:00 pm |
| | **Customer Contact Center Hours:** Mon - Fri 7:00 am - 8:00 pm Saturday 7:00 am - 5:00 pm |
| 🖥️ | **Access Your Account Online:** www.wintrustbank.com |

22864 TWS380WR083124040000 01 000000000 45 007

CENTRAL PHARMACY LLC
1424 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

---

## COMMERCIAL CHECKING                              Account Number:        XXXXXX3163

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/01/24** | **$0.00** |
| + Deposits and Credits (55) | $210,263.26 |
| - Withdrawals and Debits (57) | $210,160.46 |
| **Ending Balance as of 08/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $102.80 |
| Number of Days in Statement Period | 30 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Aug 01 | PREAUTHORIZED DEBIT REAL VALUE P4788 cash c&d 240801 13-CENTPHARM | -$318.04 |
| Aug 01 | PREAUTHORIZED DEBIT ParMed XXXXXXXXXX 240801 2057205342 2220 | -$1,104.13 |
| Aug 01 | PREAUTHORIZED DEBIT HRTLAND PMT SYS TXNS/FEES 240801 650000012526458 | -$1,440.09 |
| Aug 01 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,695.43 |
| Aug 02 | PREAUTHORIZED DEBIT CARDINAL HEALTH, XXXXXXXXXX 240802 2052047286 2220 | -$473.72 |
| Aug 02 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,433.42 |
| Aug 05 | PREAUTHORIZED DEBIT Prescrip Sup0188 Daily AR 240805 10812 | -$204.02 |
| Aug 05 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,083.88 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3163 |
| **Statement Date:** | | 08/30/2024 |
| **Page :** | | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22864 0072402 0002-0006 00000000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 06 | PREAUTHORIZED DEBIT | -$24.54 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015QGNB DQL4K83O Acct FNY3 69700 - Inv 925122 | |
| Aug 06 | AUTOMATIC TRANSFER | -$2,547.50 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 07 | PREAUTHORIZED DEBIT | -$395.00 |
| | WELLGISTICS WELLGISTIC 240807 | |
| Aug 07 | AUTOMATIC TRANSFER | -$4,106.49 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 08 | PREAUTHORIZED DEBIT | -$2,767.00 |
| | CITY MEDRX LLC MONEY OWED 240808 | |
| Aug 08 | AUTOMATIC TRANSFER | -$9,560.48 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 09 | PREAUTHORIZED DEBIT | -$3,359.70 |
| | MASTERS DRUG COM AUTO ACH 240809 ACH06116981 | |
| Aug 09 | AUTOMATIC TRANSFER | -$4,831.96 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 12 | PREAUTHORIZED DEBIT | -$571.57 |
| | CON ED OF NY CECONY 240812 35484010000 | |
| Aug 12 | PREAUTHORIZED DEBIT | -$582.61 |
| | REPUBLIC PHARMAC CORP COLL 240812 FC7330424 | |
| Aug 12 | PREAUTHORIZED DEBIT | -$1,228.66 |
| | ParMed XXXXXXXXXX 240812 2057205342 2220 | |
| Aug 12 | PREAUTHORIZED DEBIT | -$24,194.03 |
| | CARDINAL HEALTH, XXXXXXXXXX 240812 2052047286 2220 | |
| Aug 13 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240813 | |
| Aug 13 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240813 | |
| Aug 13 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240813 | |
| Aug 13 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240813 | |
| Aug 13 | PREAUTHORIZED DEBIT | -$65.33 |
| | JLCCopyInc PURCHASE 240813 | |
| Aug 13 | PREAUTHORIZED DEBIT | -$78.39 |
| | JLCCopyInc PURCHASE 240813 | |
| Aug 13 | PREAUTHORIZED DEBIT | -$239.19 |
| | GOTO COMMUNICATI GOTO/JIVE 240813 | |
| Aug 13 | PREAUTHORIZED DEBIT | -$1,781.40 |
| | Akron Generics L SIGONFILE 240813 DYNJXN | |
| Aug 13 | PREAUTHORIZED DEBIT | -$16,604.14 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015RGZAJLF4U0BX | |
| Aug 14 | AUTOMATIC TRANSFER | -$1,736.76 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 15 | AUTOMATIC TRANSFER | -$13,861.42 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 16 | PREAUTHORIZED DEBIT | -$526.82 |
| | REAL VALUE P4788 cash c&d 240816 13-CENTPHARM | |
| Aug 16 | MAINTENANCE FEE | -$102.80 |
| | ANALYSIS ACTIVITY  FOR 07/24 | |
| Aug 16 | AUTOMATIC TRANSFER | -$7,161.82 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 19 | PREAUTHORIZED DEBIT | -$370.08 |
| | REAL VALUE P4788 cash c&d 240819 13-CENTPHARM | |
| Aug 19 | PREAUTHORIZED DEBIT | -$394.07 |
| | CARDINAL HEALTH, XXXXXXXXXX 240819 2052047286 2220 | |





| | |
|---|---|
| **Account Number:** | XXXXXX3163 |
| **Statement Date:** | 08/30/2024 |
| **Page :** | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 19 | PREAUTHORIZED DEBIT | -$3,942.84 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015OQGH WGH50PFP Acct FNY3 69700 - Inv 925101 | |
| Aug 19 | AUTOMATIC TRANSFER | -$2,552.78 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 20 | PREAUTHORIZED DEBIT | -$4,812.04 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015SHFH PAR52LZJ Acct FNY3 69700 - Multiple i | |
| Aug 21 | PREAUTHORIZED DEBIT | -$360.11 |
| | REAL VALUE P4788 cash c&d 240821 13-CENTPHARM | |
| Aug 21 | AUTOMATIC TRANSFER | -$803.47 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 22 | PREAUTHORIZED DEBIT | -$399.90 |
| | REAL VALUE P4788 cash c&d 240822 13-CENTPHARM | |
| Aug 22 | PREAUTHORIZED DEBIT | -$1,272.49 |
| | Bill.com Payables PioneerRx B ill.com 015PVNPSZF 568H1 Inv PNRX-146 332 | |
| Aug 22 | AUTOMATIC TRANSFER | -$10,065.29 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 23 | PREAUTHORIZED DEBIT | -$86.58 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015CFIV AZA586TV Acct FNY3 69700 - Inv 925557 | |
| Aug 23 | AUTOMATIC TRANSFER | -$10,761.12 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 26 | PREAUTHORIZED DEBIT | -$169.98 |
| | SPECTRUM SPECTRUM 240826 | |
| Aug 26 | PREAUTHORIZED DEBIT | -$333.14 |
| | REAL VALUE P4788 cash c&d 240826 13-CENTPHARM | |
| Aug 26 | PREAUTHORIZED DEBIT | -$1,182.16 |
| | ParMed XXXXXXXXXX 240826 2057205342 2220 | |
| Aug 26 | PREAUTHORIZED DEBIT | -$35,616.43 |
| | CARDINAL HEALTH, XXXXXXXXXX 240826 2052047286 2220 | |
| Aug 27 | PREAUTHORIZED DEBIT | -$1,176.00 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015ICBM ZCC5CFZT Acct FNY3 69700 - Multiple i | |
| Aug 27 | AUTOMATIC TRANSFER | -$4,272.87 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 28 | PREAUTHORIZED DEBIT | -$246.56 |
| | Prescrip Sup0188 Daily AR 240828 10812 | |
| Aug 28 | PREAUTHORIZED DEBIT | -$759.36 |
| | HRTLAND PMT SYS TXNS/FEES 240828 650000012526458 | |
| Aug 29 | PREAUTHORIZED DEBIT | -$117.30 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015GSHD CAF5GA53 Acct FNY3 69700 - Multiple i | |
| Aug 29 | PREAUTHORIZED DEBIT | -$392.47 |
| | REPUBLIC PHARMAC CORP COLL 240829 FC7330424 | |
| Aug 29 | AUTOMATIC TRANSFER | -$7,454.49 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 30 | AUTOMATIC TRANSFER | -$8,380.07 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Aug 01 | PREAUTHORIZED CREDIT | $1,009.72 |
| | LEADER DRUGSTORE CARDINALCP 240801 5832452 | |


22864 0072403 0003-0006 0000000000000000000



| Account Number: | XXXXXX3163 |
|---|---|
| Statement Date: | 08/30/2024 |
| Page : | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 01 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240801 650000012526458 | $1,047.97 |
| Aug 01 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074268505*11 41797357~ | $3,500.00 |
| Aug 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240802 650000012526458 | $1,137.23 |
| Aug 02 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240802 5832452 | $4,769.91 |
| Aug 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240805 650000012526458 | $1,513.75 |
| Aug 05 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240805 ST-F0G2L3D0V1L1 | $2,191.21 |
| Aug 05 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240805 5832452 | $2,582.94 |
| Aug 06 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240806 5832452 | $991.07 |
| Aug 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240806 650000012526458 | $1,580.97 |
| Aug 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240807 650000012526458 | $1,327.12 |
| Aug 07 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240807 5832452 | $3,174.37 |
| Aug 08 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240808 650000012526458 | $1,578.94 |
| Aug 08 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240808 5832452 | $3,322.22 |
| Aug 08 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074289527*11 41797357~ | $7,426.32 |
| Aug 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240809 650000012526458 | $938.38 |
| Aug 09 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240809 5832452 | $7,253.28 |
| Aug 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $16,569.86 |
| Aug 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240812 650000012526458 | $872.99 |
| Aug 12 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240812 ST-K5G7C7Y8Q7D2 | $2,113.29 |
| Aug 12 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240812 5832452 | $7,020.73 |
| Aug 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $16,273.17 |
| Aug 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240813 650000012526458 | $2,756.60 |
| Aug 14 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 61 Jun 16-30 2024 | $194.55 |
| Aug 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240814 650000012526458 | $1,542.21 |
| Aug 15 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240815 650000012526458 | $792.53 |
| Aug 15 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074308582*11 41797357~ | $13,068.89 |
| Aug 16 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240816 650000012526458 | $811.01 |
| Aug 16 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240816 5832452 | $6,980.43 |
| Aug 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240819 650000012526458 | $1,400.81 |



22864 0072404 0004-0006 0000000000000000000



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3163 |
| **Statement Date:** | | 08/30/2024 |
| **Page :** | | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 19 | PREAUTHORIZED CREDIT | $2,195.98 |
| | Prescription TRANSFER 240819 ST-V5F1W4V7J2Q4 | |
| Aug 19 | PREAUTHORIZED CREDIT | $3,662.98 |
| | LEADER DRUGSTORE CARDINALCP 240819 5832452 | |
| Aug 20 | AUTOMATIC TRANSFER | $2,999.07 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 20 | PREAUTHORIZED CREDIT | $732.43 |
| | LEADER DRUGSTORE CARDINALCP 240820 5832452 | |
| Aug 20 | PREAUTHORIZED CREDIT | $1,080.54 |
| | HRTLAND PMT SYS TXNS/FEES 240820 650000012526458 | |
| Aug 21 | PREAUTHORIZED CREDIT | $1,163.58 |
| | HRTLAND PMT SYS TXNS/FEES 240821 650000012526458 | |
| Aug 22 | PREAUTHORIZED CREDIT | $925.47 |
| | HRTLAND PMT SYS TXNS/FEES 240822 650000012526458 | |
| Aug 22 | PREAUTHORIZED CREDIT | $2,517.54 |
| | LEADER DRUGSTORE CARDINALCP 240822 5832452 | |
| Aug 22 | PREAUTHORIZED CREDIT | $8,294.67 |
| | NYS DOH HCCLAIMPMT 021300074327637*11 41797357~ | |
| Aug 23 | PREAUTHORIZED CREDIT | $961.28 |
| | HRTLAND PMT SYS TXNS/FEES 240823 650000012526458 | |
| Aug 23 | PREAUTHORIZED CREDIT | $9,886.42 |
| | LEADER DRUGSTORE CARDINALCP 240823 5832452 | |
| Aug 26 | AUTOMATIC TRANSFER | $30,948.07 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 26 | PREAUTHORIZED CREDIT | $1,184.55 |
| | HRTLAND PMT SYS TXNS/FEES 240826 650000012526458 | |
| Aug 26 | PREAUTHORIZED CREDIT | $2,215.88 |
| | Prescription TRANSFER 240826 ST-O4C3O5W4O4K0 | |
| Aug 26 | PREAUTHORIZED CREDIT | $2,953.21 |
| | LEADER DRUGSTORE CARDINALCP 240826 5832452 | |
| Aug 27 | PREAUTHORIZED CREDIT | $1,051.57 |
| | HRTLAND PMT SYS TXNS/FEES 240827 650000012526458 | |
| Aug 27 | PREAUTHORIZED CREDIT | $4,397.30 |
| | LEADER DRUGSTORE CARDINALCP 240827 5832452 | |
| Aug 28 | AUTOMATIC TRANSFER | $673.58 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 28 | PREAUTHORIZED CREDIT | $332.34 |
| | LEADER DRUGSTORE CARDINALCP 240828 5832452 | |
| Aug 29 | PREAUTHORIZED CREDIT | $594.14 |
| | LEADER DRUGSTORE CARDINALCP 240829 5832452 | |
| Aug 29 | PREAUTHORIZED CREDIT | $655.25 |
| | Monarch Specialt ePay brightscrip Period 62 Jul 1-15 2024 | |
| Aug 29 | PREAUTHORIZED CREDIT | $1,346.22 |
| | HRTLAND PMT SYS TXNS/FEES 240829 650000012526458 | |
| Aug 29 | PREAUTHORIZED CREDIT | $5,368.65 |
| | NYS DOH HCCLAIMPMT 021300074347807*11 41797357~ | |
| Aug 30 | PREAUTHORIZED CREDIT | $1,010.36 |
| | HRTLAND PMT SYS TXNS/FEES 240830 650000012526458 | |
| Aug 30 | PREAUTHORIZED CREDIT | $7,369.71 |
| | LEADER DRUGSTORE CARDINALCP 240830 5832452 | |



## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jul 31 | $0.00 | Aug 02 | $0.00 | Aug 06 | $0.00 | Aug 08 | $0.00 |
| Aug 01 | $0.00 | Aug 05 | $0.00 | Aug 07 | $0.00 | Aug 09 | $0.00 |

22864 0072405 0005-0006 00000000000000000000

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Daily Balances (Continued)

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Aug 12 | $0.00 | Aug 16 | $0.00 | Aug 22 | $0.00 | Aug 28 | $0.00 |
| Aug 13 | $0.00 | Aug 19 | $0.00 | Aug 23 | $0.00 | Aug 29 | $0.00 |
| Aug 14 | $0.00 | Aug 20 | $0.00 | Aug 26 | $0.00 | Aug 30 | $0.00 |
| Aug 15 | $0.00 | Aug 21 | $0.00 | Aug 27 | $0.00 | | |

22864 0072406 0006-0006 00000000000000000

