# AUGUST 2024 BANK STATEMENTS

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | July 31, 2024 |
| **Statement Ending:** | August 30, 2024 |
| **Page:** | 1 of 6 |



18032 TWS380WR083124040000 01 000000000 45 007

PRO PHARMACY LLC
1421 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

18032 0059589 0001-0006 000000000000000000

### Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                                    Account Number:    XXXXXX7307

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/01/24** | **$0.00** |
| + Deposits and Credits (57) | $227,883.08 |
| - Withdrawals and Debits (66) | $227,702.08 |
| **Ending Balance as of 08/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $181.00 |
| Number of Days in Statement Period | 30 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Aug 01 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240801 | -$758.14 |
| Aug 01 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240801 2057205344 2220 | -$1,237.67 |
| Aug 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240801 650000012526326 | -$1,774.23 |
| Aug 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$919.28 |
| Aug 02 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240802 2052047211 2220 | -$381.20 |
| Aug 02 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,129.94 |
| Aug 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c - 9679 Bill.com 016YXHJCE3FNZ9D<br>Ac ct FNY369679 - Inv | -$179.62 |
| Aug 05 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240805 | -$857.10 |



## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

## Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX7307 |
|---|---|---|
| | Statement Date: | 08/30/2024 |
| | Page : | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,411.45 |
| Aug 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,860.83 |
| Aug 07 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240807 10985 | -$316.08 |
| Aug 07 | PREAUTHORIZED DEBIT<br>LIPA DIRECTPAY 240807 0163401029 | -$504.20 |
| Aug 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,638.39 |
| Aug 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,992.21 |
| Aug 09 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240809 | -$723.85 |
| Aug 09 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 240809 ACH06113388 | -$2,405.79 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c - 9679 Bill.com<br>016KLMHSB3FWJQM Ac ct FNY369679 - Inv | -$6,326.00 |
| Aug 09 | PREAUTHORIZED DEBIT<br>CITY MEDRX LLC MONEY OWED 240809 | -$9,372.64 |
| Aug 12 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240812 10985 | -$154.14 |
| Aug 12 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240812 2057205344 2220 | -$2,918.61 |
| Aug 12 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240812 2052047211 2220 | -$15,066.14 |
| Aug 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,656.17 |
| Aug 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240813 | -$65.33 |
| Aug 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240813 | -$65.33 |
| Aug 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240813 | -$65.33 |
| Aug 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240813 | -$65.33 |
| Aug 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240813 | -$65.33 |
| Aug 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240813 | -$65.33 |
| Aug 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240813 | -$65.33 |
| Aug 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240813 | -$65.33 |
| Aug 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240813 | -$78.39 |
| Aug 13 | PREAUTHORIZED DEBIT<br>GOTO COMMUNICATI GOTO/JIVE 240813 | -$233.55 |
| Aug 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016IHYIES3G0ZQQ | -$22,372.57 |
| Aug 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com<br>016KSSENT3G31AQ In v 656660 | -$271.20 |
| Aug 14 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 240814 | -$335.88 |





| | |
|---|---|
| **Account Number:** | XXXXXX7307 |
| **Statement Date:** | 08/30/2024 |
| **Page :** | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,925.28 |
| Aug 15 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240815 10985 | -$235.71 |
| Aug 15 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 240815 | -$389.97 |
| Aug 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,983.43 |
| Aug 16 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 240816 | -$671.76 |
| Aug 16 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240816 | -$1,622.03 |
| Aug 16 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 07/24 | -$181.00 |
| Aug 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$14,229.48 |
| Aug 19 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240819 2052047211 2220 | -$305.03 |
| Aug 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016VQCYFO3G9QQZ | -$556.02 |
| Aug 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$23,917.98 |
| Aug 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables Alpine Health LLC Bill.com 016NPXYFD 3GBT95 Acct<br>530974 921 - Inv 21682169 | -$209.94 |
| Aug 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$392.14 |
| Aug 21 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240821 | -$323.38 |
| Aug 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$650.04 |
| Aug 22 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240822 | -$852.66 |
| Aug 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016YVCFNU3GFQ14 | -$1,670.77 |
| Aug 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,062.92 |
| Aug 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016QTZBZK3GHPPI | -$5,021.66 |
| Aug 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,724.78 |
| Aug 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com<br>016TMOSGC3GJVNA In v 659908 | -$280.41 |
| Aug 26 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240826 2057205344 2220 | -$286.02 |
| Aug 26 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240826 2052047211 2220 | -$19,685.98 |
| Aug 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,477.99 |
| Aug 28 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240828 | -$726.61 |
| Aug 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$754.65 |

18032 0059592 0003-0006 0000000000000000000





| | Account Number: | XXXXXX7307 |
|---|---|---|
| | Statement Date: | 08/30/2024 |
| | Page : | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 29 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 240829 | -$180.75 |
| Aug 29 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240829 | -$421.96 |
| Aug 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c - 9679 Bill.com<br>016XZDIOR3GQ21T Ac ct FNY369679 - Inv | -$2,586.35 |
| Aug 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,733.93 |
| Aug 30 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240830 10985 | -$157.19 |
| Aug 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,267.35 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Aug 01 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240801 5832705 | $1,039.76 |
| Aug 01 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240801 650000012526326 | $1,405.83 |
| Aug 01 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074268506*11 41797357~ | $2,243.73 |
| Aug 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240802 650000012526326 | $2,102.13 |
| Aug 02 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240802 5832705 | $6,409.01 |
| Aug 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240805 650000012526326 | $1,386.93 |
| Aug 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240805 650000012526326 | $2,003.46 |
| Aug 05 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240805 5832705 | $3,440.30 |
| Aug 05 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240805 ST-H9K9O0M3K9I7 | $12,617.48 |
| Aug 06 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240806 5832705 | $2,860.83 |
| Aug 07 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240807 5832705 | $2,199.50 |
| Aug 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240807 650000012526326 | $2,259.17 |
| Aug 08 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240808 5832705 | $42.39 |
| Aug 08 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240808 650000012526326 | $1,936.24 |
| Aug 08 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074289528*11 41797357~ | $5,013.58 |
| Aug 09 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $5,158.23 |
| Aug 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240809 650000012526326 | $1,921.91 |
| Aug 09 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240809 5832705 | $11,748.14 |
| Aug 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240812 650000012526326 | $1,352.12 |

18032 0059593 0004-0006 0000000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7307 |
| **Statement Date:** | | 08/30/2024 |
| **Page :** | | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240812 650000012526326 | $1,513.26 |
| Aug 12 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240812 5832705 | $4,390.79 |
| Aug 12 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240812 ST-X3M4F8Q6Y0E9 | $13,538.89 |
| Aug 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $23,207.15 |
| Aug 14 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 61 Jun 16-30 2024 | $240.40 |
| Aug 14 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240814 5832705 | $378.82 |
| Aug 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240814 650000012526326 | $1,913.14 |
| Aug 15 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240815 5832705 | $1,804.26 |
| Aug 15 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240815 650000012526326 | $2,294.38 |
| Aug 15 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074308583*11 41797357~ | $2,510.47 |
| Aug 16 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240816 650000012526326 | $1,750.16 |
| Aug 16 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240816 5832705 | $14,954.11 |
| Aug 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240819 650000012526326 | $1,542.88 |
| Aug 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240819 650000012526326 | $1,860.57 |
| Aug 19 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240819 5832705 | $8,025.16 |
| Aug 19 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240819 ST-B4V0X3K0A6O7 | $13,350.42 |
| Aug 20 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240820 5832705 | $602.08 |
| Aug 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240821 650000012526326 | $973.42 |
| Aug 22 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074327638*11 41797357~ | $692.24 |
| Aug 22 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240822 650000012526326 | $1,114.75 |
| Aug 22 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240822 5832705 | $3,779.36 |
| Aug 23 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240823 650000012526326 | $2,163.35 |
| Aug 23 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240823 5832705 | $8,583.09 |
| Aug 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $63.20 |
| Aug 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240826 650000012526326 | $1,200.07 |
| Aug 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240826 650000012526326 | $1,251.31 |
| Aug 26 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240826 5832705 | $3,637.38 |
| Aug 26 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240826 ST-P9V0J8K5R8U8 | $14,100.45 |
| Aug 27 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240827 5832705 | $2,477.99 |

18032 0059594 0005-0006 0000000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 28 | PREAUTHORIZED CREDIT | $212.14 |
| | LEADER DRUGSTORE CARDINALCP 240828 5832705 | |
| Aug 28 | PREAUTHORIZED CREDIT | $1,269.12 |
| | HRTLAND PMT SYS TXNS/FEES 240828 650000012526326 | |
| Aug 29 | PREAUTHORIZED CREDIT | $180.40 |
| | Monarch Specialt ePay brightscrip Period 62 Jul 1-15 2024 | |
| Aug 29 | PREAUTHORIZED CREDIT | $327.46 |
| | LEADER DRUGSTORE CARDINALCP 240829 5832705 | |
| Aug 29 | PREAUTHORIZED CREDIT | $1,804.21 |
| | HRTLAND PMT SYS TXNS/FEES 240829 650000012526326 | |
| Aug 29 | PREAUTHORIZED CREDIT | $4,610.92 |
| | NYS DOH HCCLAIMPMT 021300074347808*11 41797357~ | |
| Aug 30 | PREAUTHORIZED CREDIT | $192.22 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2014141 *1341939227*000019 222*5832705\ | |
| Aug 30 | PREAUTHORIZED CREDIT | $1,285.17 |
| | HRTLAND PMT SYS TXNS/FEES 240830 650000012526326 | |
| Aug 30 | PREAUTHORIZED CREDIT | $16,947.15 |
| | LEADER DRUGSTORE CARDINALCP 240830 5832705 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jul 31 | $0.00 | Aug 08 | $0.00 | Aug 16 | $0.00 | Aug 26 | $0.00 |
| Aug 01 | $0.00 | Aug 09 | $0.00 | Aug 19 | $0.00 | Aug 27 | $0.00 |
| Aug 02 | $0.00 | Aug 12 | $0.00 | Aug 20 | $0.00 | Aug 28 | $0.00 |
| Aug 05 | $0.00 | Aug 13 | $0.00 | Aug 21 | $0.00 | Aug 29 | $0.00 |
| Aug 06 | $0.00 | Aug 14 | $0.00 | Aug 22 | $0.00 | Aug 30 | $0.00 |
| Aug 07 | $0.00 | Aug 15 | $0.00 | Aug 23 | $0.00 | | |

