# AUGUST 2024
# BANK STATEMENTS

# WebsterBank®

**August 2024**

P.O. Box 191
Waterbury, CT 06720-0191

*Reporting Activity 08/01 - 08/31*          *Page 1 of 6*

### Contact Us

  Client Services    800.482.2220

  Mailing Address    P.O. Box 191
Waterbury, CT 06720-0191

Online Access    websterbank.com

JACOBS PILL INC
DBA THE HEALTHY CHOICE APOTHECARY
C/O OPTIO RX
225 S 6TH ST STE 3900
MINNEAPOLIS MN 55402-4622

## SUMMARY OF ACCOUNTS

| ACCOUNT TYPE | ACCOUNT NUMBER | ENDING BALANCE |
|---|---|---|
| **BASIC BUSINESS CHECKING** | **XXXXXX8186** | **$483,989.06** |

## BASIC BUSINESS CHECKING - XXXXXX8186

### Account Summary

| Date | Description | |
|---|---|---|
| 08/01/2024 | **Beginning Balance** | **$255,424.43** |
| | 4 Debit(s) this period | $9,391.24 |
| | 26 Credit(s) this period | $237,955.87 |
| 08/31/2024 | **Ending Balance** | **$483,989.06** |

### Interest Summary

| Description | |
|---|---|
| Interest Earned From 08/01/2024 Through 08/31/2024 | |
| Annual Percentage Yield Earned | 0.0000% |
| Interest Days | 31 |
| Interest Earned | $0.00 |
| Interest Paid This Period | $0.00 |
| Interest Paid Year-to-Date | $0.00 |
| Interest Withheld Year-to-Date | $0.00 |
| Average Ledger Balance | $370,670.37 |
| Average Available Balance | $370,670.37 |

### Transaction Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/01/2024 | Beginning Balance | | | $255,424.43 |
| 08/01/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $15,236.77 | $270,661.20 |
| 08/01/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | -$8,589.09 | | $262,072.11 |
| 08/02/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $7,553.46 | $269,625.57 |
| 08/02/2024 | CHECK #2045 | -$400.00 | | $269,225.57 |
| 08/05/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $9,905.21 | $279,130.78 |



**MEMBER FDIC**

THIS PAGE LEFT INTENTIONALLY BLANK

# WebsterBank®

### BASIC BUSINESS CHECKING - XXXXXX8186 (continued)

**Transaction Activity (continued)**

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/06/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $9,978.36 | $289,109.14 |
| 08/06/2024 | FULLSCRIPT     FS24080524 THE HEALTHY CHOICE APO ST-Z0Y2X0A7C5K4 | | $74.56 | $289,183.70 |
| 08/06/2024 | VANTIV_INTG_PYMT BILLNG Merch Bankcard 286809 The Heal | -$198.30 | | $288,985.40 |
| 08/07/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $11,054.55 | $300,039.95 |
| 08/08/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $12,077.05 | $312,117.00 |
| 08/09/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $8,923.86 | $321,040.86 |
| 08/12/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $12,469.96 | $333,510.82 |
| 08/13/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $12,504.91 | $346,015.73 |
| 08/13/2024 | FULLSCRIPT     FS24081224 THE HEALTHY CHOICE APO ST-F6E7N2X6M7N1 | | $86.96 | $346,102.69 |
| 08/14/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $13,064.56 | $359,167.25 |
| 08/15/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $12,706.37 | $371,873.62 |
| 08/16/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $7,501.91 | $379,375.53 |
| 08/19/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $7,534.17 | $386,909.70 |
| 08/20/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $8,310.18 | $395,219.88 |
| 08/20/2024 | FULLSCRIPT     FS24081924 THE HEALTHY CHOICE APO ST-V8L3O0R8Z8X4 | | $80.20 | $395,300.08 |
| 08/20/2024 | VERIZON        PAYMENTREC XXXXXXXXX0001 | -$203.85 | | $395,096.23 |
| 08/21/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $14,691.23 | $409,787.46 |
| 08/22/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $15,761.52 | $425,548.98 |
| 08/23/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $11,807.87 | $437,356.85 |
| 08/26/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $5,450.43 | $442,807.28 |
| 08/27/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $10,615.32 | $453,422.60 |
| 08/27/2024 | FULLSCRIPT     FS24082624 THE HEALTHY CHOICE APO ST-A7P8S4E0P8A9 | | $68.53 | $453,491.13 |

**Webster**Bank®

## BASIC BUSINESS CHECKING - XXXXXX8186 (continued)

### Transaction Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/28/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $8,514.93 | $462,006.06 |
| 08/29/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $11,154.68 | $473,160.74 |
| 08/30/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | | $10,828.32 | $483,989.06 |
| 08/31/2024 | Ending Balance | | | $483,989.06 |

### Debits

| Date | Description | Amount |
|---|---|---|
| 08/01/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | -$8,589.09 |
| 08/06/2024 | VANTIV_INTG_PYMT BILLNG Merch Bankcard 286809 The Heal | -$198.30 |
| 08/20/2024 | VERIZON        PAYMENTREC XXXXXXXXX0001 | -$203.85 |

### Credits

| Date | Description | Amount |
|---|---|---|
| 08/01/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $15,236.77 |
| 08/02/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $7,553.46 |
| 08/05/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $9,905.21 |
| 08/06/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $9,978.36 |
| 08/06/2024 | FULLSCRIPT     FS24080524 THE HEALTHY CHOICE APO ST-Z0Y2X0A7C5K4 | $74.56 |
| 08/07/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $11,054.55 |
| 08/08/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $12,077.05 |
| 08/09/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $8,923.86 |
| 08/12/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $12,469.96 |
| 08/13/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $12,504.91 |
| 08/13/2024 | FULLSCRIPT     FS24081224 THE HEALTHY CHOICE APO ST-F6E7N2X6M7N1 | $86.96 |
| 08/14/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $13,064.56 |
| 08/15/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $12,706.37 |
| 08/16/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $7,501.91 |
| 08/19/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $7,534.17 |

# Webster Bank

## BASIC BUSINESS CHECKING - XXXXXX8186 (continued)

### Credits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 08/20/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $8,310.18 |
| 08/20/2024 | FULLSCRIPT     FS24081924 THE HEALTHY CHOICE APO ST-V8L3O0R8Z8X4 | $80.20 |
| 08/21/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $14,691.23 |
| 08/22/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $15,761.52 |
| 08/23/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $11,807.87 |
| 08/26/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $5,450.43 |
| 08/27/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $10,615.32 |
| 08/27/2024 | FULLSCRIPT     FS24082624 THE HEALTHY CHOICE APO ST-A7P8S4E0P8A9 | $68.53 |
| 08/28/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $8,514.93 |
| 08/29/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $11,154.68 |
| 08/30/2024 | HRTLAND PMT SYS  TXNS/FEES THE HEALTHY CHOICE APO XXXXXXXXXXX2222 | $10,828.32 |

### Checks Cleared

| Check Number | Check Date | Check Amount |
|-------------:|------------|-------------:|
| 2045 | 08/02/2024 | $400.00 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|------|-------:|------|-------:|------|-------:|
| 07/31/2024 | $255,424.43 | 08/12/2024 | $333,510.82 | 08/22/2024 | $425,548.98 |
| 08/01/2024 | $262,072.11 | 08/13/2024 | $346,102.69 | 08/23/2024 | $437,356.85 |
| 08/02/2024 | $269,225.57 | 08/14/2024 | $359,167.25 | 08/26/2024 | $442,807.28 |
| 08/05/2024 | $279,130.78 | 08/15/2024 | $371,873.62 | 08/27/2024 | $453,491.13 |
| 08/06/2024 | $288,985.40 | 08/16/2024 | $379,375.53 | 08/28/2024 | $462,006.06 |
| 08/07/2024 | $300,039.95 | 08/19/2024 | $386,909.70 | 08/29/2024 | $473,160.74 |
| 08/08/2024 | $312,117.00 | 08/20/2024 | $395,096.23 | 08/30/2024 | $483,989.06 |
| 08/09/2024 | $321,040.86 | 08/21/2024 | $409,787.46 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|------|----------------------:|-------------------:|
| Total Returned Item Fees | $0.00 | $0.00 |
| Total Overdraft Fees | $0.00 | $0.00 |

**Webster**Bank®

THIS PAGE LEFT INTENTIONALLY BLANK



9801 W. Higgins, Box 32, Rosemont, IL 60018



17178 TWS380WR083124040000 01 000000000 45 002
HEALTHY CHOICE COMPOUNDING LLC
250 CLEARBROOK ROAD
ELMSFORD NY 10523-1305

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                    Account Number:    XXXXXX4854

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/01/24** | **$0.00** |
| + Deposits and Credits (1) | $74.00 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 08/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $74.00 |
| Number of Days in Statement Period | 31 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Aug 16 | MAINTENANCE FEE | -$74.00 |
| | ANALYSIS ACTIVITY  FOR 07/24 | |

### Credits

| Date | Description | Additions |
|---|---|---|
| Aug 16 | AUTOMATIC TRANSFER | $74.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

### Daily Balances



| Date | Balance | Date | Balance | | |
|---|---|---|---|---|---|
| Jul 31 | $0.00 | Aug 16 | $0.00 | | |

## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

## Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.