# AUGUST 2024 BANK STATEMENTS



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2024 through August 30, 2024
Account Number: ████████ 3681

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**



00003856 DDA 703 212 24424 NNNNNNNNNNN 1 000000000 61 0000

CONCIERGE PHARMACY LLC
DEBTOR IN POSSESSION
23215 HAWTHORNE BLVD STE B
TORRANCE CA 90505-3772

# CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$7,617.05** |
| Electronic Withdrawals | 2 | - 7,617.05 |
| **Ending Balance** | **2** | **$0.00** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/21 | Online Transfer To Chk ...2236 Transaction#: 21799500125 | $4,600.00 |
| 08/21 | Online Transfer To Chk ...2236 Transaction#: 21799519886 | 3,017.05 |
| **Total Electronic Withdrawals** | | **$7,617.05** |

Your service charges, fees and earnings credit have been calculated through account analysis.

# DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/21 | $0.00 |



August 01, 2024 through August 30, 2024

Account Number: ████████████3681

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



| | |
|---|---|
| **Last Statement:** | July 31, 2024 |
| **Statement Ending:** | August 30, 2024 |
| **Page:** | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



42192 TWS380WR083124040000 01 000000000 51 007
CONCIERGE PHARMACY LLC
1438 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service


**Customer Support:**
312-291-2900


**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm


**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                      Account Number:    XXXXXX0037

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/01/24** | **$0.00** |
| + Deposits and Credits (87) | $1,230,130.05 |
| - Withdrawals and Debits (33) | $1,229,985.33 |
| **Ending Balance as of 08/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $144.72 |
| Number of Days in Statement Period | 30 |

## Debits



| Date | Description | Subtractions |
|---|---|---|
| Aug 01 | PREAUTHORIZED DEBIT<br>CA DEPT TAX FEE CDTFA EPMT 240801 18459187 | -$429.00 |
| Aug 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240801 650000012405141 | -$1,292.20 |
| Aug 01 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240801 2057179851 2220 | -$16,856.40 |
| Aug 02 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240802 ACH06109503 | -$57,066.93 |
| Aug 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$21,871.76 |
| Aug 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016FCUUHY3FQ3V3 | -$122,413.74 |
| Aug 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$72,826.17 |
| Aug 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,278.86 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX0037 |
|---|---|---|
| | Statement Date: | 08/30/2024 |
| | Page : | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 09 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240809 ACH06122024 | -$91,327.93 |
| Aug 12 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO BILL PAYMT 240812 | -$932.08 |
| Aug 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$31,886.01 |
| Aug 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,744.81 |
| Aug 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$119,886.58 |
| Aug 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016CIGOKO3G52XI | -$40,498.20 |
| Aug 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 016WXYZ FC3G7EJC Acct<br>FCA3 69450 - Inv 925074 | -$32,605.19 |
| Aug 16 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240816 ACH06130606 | -$92,073.32 |
| Aug 16 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 07/24 | -$144.72 |
| Aug 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables JG Pharma Inc. B ill.com 016PBVJSS3 G9MYS Acct<br>7736370 - Inv 15326791 | -$2,480.94 |
| Aug 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$14,007.35 |
| Aug 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 016WNQF LN3GBOWF Acct<br>FCA3 69450 - Inv 925131 | -$1,675.80 |
| Aug 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$24,485.28 |
| Aug 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$121,986.08 |
| Aug 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016ZOGWQX3GFM2W | -$2,714.61 |
| Aug 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,481.80 |
| Aug 23 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240823 ACH06136487 | -$69,191.94 |
| Aug 26 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240826 2057179851 2220 | -$11,412.81 |
| Aug 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$13,064.33 |
| Aug 27 | PREAUTHORIZED DEBIT<br>OUTCOMES OPERAT Payment 240827 | -$399.00 |
| Aug 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$38,476.87 |
| Aug 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$70,073.21 |
| Aug 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 016FKNR QF3GPWWQ Acct<br>FCA3 69450 - Inv 925372 | -$1,607.20 |
| Aug 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$73,469.76 |
| Aug 30 | PREAUTHORIZED DEBIT<br>Bill.com Payables Virtus Pharmaceuti cals LLC Bill.com<br>016LYVVAF3GRYBK Ac ct 100531 - Inv 22 | -$9,310.00 |





| | Account Number: | XXXXXX0037 |
|---|---|---|
| | Statement Date: | 08/30/2024 |
| | Page : | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 30 | PREAUTHORIZED DEBIT | -$60,159.17 |
| | MCKESSON DRUG AUTO ACH 240830 ACH06150434 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Aug 01 | AUTOMATIC TRANSFER | $15,526.10 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 01 | PREAUTHORIZED CREDIT | $1,339.67 |
| | ACCESS HEALTH ACCESS HEA 240801 5663605 | |
| Aug 01 | PREAUTHORIZED CREDIT | $1,711.83 |
| | HRTLAND PMT SYS TXNS/FEES 240801 650000012405141 | |
| Aug 02 | AUTOMATIC TRANSFER | $22,294.57 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 02 | PREAUTHORIZED CREDIT | $1,565.23 |
| | HRTLAND PMT SYS TXNS/FEES 240802 650000012405141 | |
| Aug 02 | PREAUTHORIZED CREDIT | $2,786.58 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2007436 | |
| | *1341939227*000278 658*5663605\ | |
| Aug 02 | PREAUTHORIZED CREDIT | $4,811.03 |
| | ACCESS HEALTH ACCESS HEA 240802 5663605 | |
| Aug 02 | PREAUTHORIZED CREDIT | $25,609.52 |
| | CA HCCLAIMPMT 7001398526*1540849 793*195283134901~ | |
| Aug 05 | PREAUTHORIZED CREDIT | $1,468.70 |
| | HRTLAND PMT SYS TXNS/FEES 240805 650000012405141 | |
| Aug 05 | PREAUTHORIZED CREDIT | $1,573.25 |
| | HRTLAND PMT SYS TXNS/FEES 240805 650000012405141 | |
| Aug 05 | PREAUTHORIZED CREDIT | $8,321.39 |
| | Prescription TRANSFER 240805 ST-O2O9Z5L7C2L9 | |
| Aug 05 | PREAUTHORIZED CREDIT | $10,508.42 |
| | ACCESS HEALTH ACCESS HEA 240805 5663605 | |
| Aug 06 | AUTOMATIC TRANSFER | $92,452.15 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 06 | PREAUTHORIZED CREDIT | $596.66 |
| | CENTOR INC. REBATES 240806 | |
| Aug 06 | PREAUTHORIZED CREDIT | $929.94 |
| | ACCESS HEALTH ACCESS HEA 240806 5663605 | |
| Aug 06 | PREAUTHORIZED CREDIT | $1,271.80 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909713934*13635696 42~ | |
| Aug 06 | PREAUTHORIZED CREDIT | $27,163.19 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007671546*14 31420563\ | |
| Aug 07 | PREAUTHORIZED CREDIT | $1,018.57 |
| | HRTLAND PMT SYS TXNS/FEES 240807 650000012405141 | |
| Aug 07 | PREAUTHORIZED CREDIT | $1,066.76 |
| | ACCESS HEALTH ACCESS HEA 240807 5663605 | |
| Aug 07 | PREAUTHORIZED CREDIT | $70,740.84 |
| | CAREMARK HCCLAIMPMT 2500354133*1752882 129*5663605\ | |
| Aug 08 | PREAUTHORIZED CREDIT | $149.42 |
| | ACCESS HEALTH ACCESS HEA 240808 5663605 | |
| Aug 08 | PREAUTHORIZED CREDIT | $1,129.44 |
| | HRTLAND PMT SYS TXNS/FEES 240808 650000012405141 | |
| Aug 09 | AUTOMATIC TRANSFER | $49,123.80 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 09 | PREAUTHORIZED CREDIT | $24.44 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909736537*13635696 42~ | |





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX0037 |
| **Statement Date:** | | 08/30/2024 |
| **Page :** | | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 09 | PREAUTHORIZED CREDIT | $831.67 |
| | HRTLAND PMT SYS TXNS/FEES 240809 650000012405141 | |
| Aug 09 | PREAUTHORIZED CREDIT | $3,023.12 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2009131 | |
| | *1341939227*000302 312*5663605\ | |
| Aug 09 | PREAUTHORIZED CREDIT | $3,119.92 |
| | RXCROSSROADS BY HCCLAIMPMT 5646296*1203113620 \ | |
| Aug 09 | PREAUTHORIZED CREDIT | $7,564.48 |
| | ACCESS HEALTH ACCESS HEA 240809 5663605 | |
| Aug 09 | PREAUTHORIZED CREDIT | $27,640.50 |
| | CA HCCLAIMPMT 7001399801*1540849 793*195283134901~ | |
| Aug 12 | PREAUTHORIZED CREDIT | $1,386.01 |
| | HRTLAND PMT SYS TXNS/FEES 240812 650000012405141 | |
| Aug 12 | PREAUTHORIZED CREDIT | $1,887.79 |
| | HRTLAND PMT SYS TXNS/FEES 240812 650000012405141 | |
| Aug 12 | PREAUTHORIZED CREDIT | $8,325.93 |
| | Prescription TRANSFER 240812 ST-D1C8M1A6T7Y6 | |
| Aug 12 | PREAUTHORIZED CREDIT | $21,218.36 |
| | ACCESS HEALTH ACCESS HEA 240812 5663605 | |
| Aug 13 | PREAUTHORIZED CREDIT | $8,744.81 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007684006*14 31420563\ | |
| Aug 14 | PREAUTHORIZED CREDIT | $1,243.64 |
| | HRTLAND PMT SYS TXNS/FEES 240814 650000012405141 | |
| Aug 14 | PREAUTHORIZED CREDIT | $4,888.59 |
| | ACCESS HEALTH ACCESS HEA 240814 5663605 | |
| Aug 14 | PREAUTHORIZED CREDIT | $11,540.39 |
| | Monarch Specialt ePay brightscrip Period 61 Jun 16-30 2024 | |
| Aug 14 | PREAUTHORIZED CREDIT | $44,656.83 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909656943*13635696 42~ | |
| Aug 14 | PREAUTHORIZED CREDIT | $57,557.13 |
| | CAREMARK HCCLAIMPMT 2500365374*1752882 129*5663605\ | |
| Aug 15 | AUTOMATIC TRANSFER | $31,941.11 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 15 | PREAUTHORIZED CREDIT | $766.30 |
| | HRTLAND PMT SYS TXNS/FEES 240815 650000012405141 | |
| Aug 15 | PREAUTHORIZED CREDIT | $7,790.79 |
| | ACCESS HEALTH ACCESS HEA 240815 5663605 | |
| Aug 16 | AUTOMATIC TRANSFER | $82,837.37 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 16 | PREAUTHORIZED CREDIT | $1,476.46 |
| | MEDE AMERICA CDA HCCLAIMPMT 7199110*3205716594 *199999999\ | |
| Aug 16 | PREAUTHORIZED CREDIT | $1,511.36 |
| | HRTLAND PMT SYS TXNS/FEES 240816 650000012405141 | |
| Aug 16 | PREAUTHORIZED CREDIT | $12,314.18 |
| | ACCESS HEALTH ACCESS HEA 240816 5663605 | |
| Aug 16 | PREAUTHORIZED CREDIT | $26,683.86 |
| | CA HCCLAIMPMT 7001402782*1540849 793*195283134901~ | |
| Aug 19 | PREAUTHORIZED CREDIT | $1,217.53 |
| | HRTLAND PMT SYS TXNS/FEES 240819 650000012405141 | |
| Aug 19 | PREAUTHORIZED CREDIT | $1,378.14 |
| | HRTLAND PMT SYS TXNS/FEES 240819 650000012405141 | |
| Aug 19 | PREAUTHORIZED CREDIT | $6,150.07 |
| | Prescription TRANSFER 240819 ST-O2G1E2G9I7T4 | |
| Aug 19 | PREAUTHORIZED CREDIT | $7,742.55 |
| | ACCESS HEALTH ACCESS HEA 240819 5663605 | |
| Aug 20 | PREAUTHORIZED CREDIT | $1,968.49 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909765444*13635696 42~ | |

42192 0137586 0004-0006 0000000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX0037 |
| **Statement Date:** | 08/30/2024 |
| **Page :** | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 20 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007696388*14 31420563\ | $24,192.59 |
| Aug 21 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 240821 5663605 | $70.00 |
| Aug 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240821 650000012405141 | $1,189.01 |
| Aug 21 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240821 5663605 | $18,995.68 |
| Aug 21 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500377090*1752882 129*5663605\ | $101,731.39 |
| Aug 22 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240822 650000012405141 | $3,075.27 |
| Aug 22 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240822 5663605 | $3,121.14 |
| Aug 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $35,649.47 |
| Aug 23 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2012495<br>*1341939227*000062 073*5663605\ | $620.73 |
| Aug 23 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240823 650000012405141 | $833.57 |
| Aug 23 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5658273*1203113620 \ | $4,375.71 |
| Aug 23 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240823 5663605 | $11,641.22 |
| Aug 23 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001406126*1540849 793*195283134901~ | $16,071.24 |
| Aug 26 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909786838*13635696 42~ | $396.33 |
| Aug 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240826 650000012405141 | $1,127.95 |
| Aug 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240826 650000012405141 | $1,464.24 |
| Aug 26 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240826 ST-W5Z8Q9U5M4L1 | $9,307.47 |
| Aug 26 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240826 5663605 | $12,181.15 |
| Aug 27 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7200172*3205716594 *199999999\ | $50.00 |
| Aug 27 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909801606*13635696 42~ | $76.37 |
| Aug 27 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240827 5663605 | $13,962.09 |
| Aug 27 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007709003*14 31420563\ | $24,787.41 |
| Aug 28 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 240828 5663605 | $635.97 |
| Aug 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240828 650000012405141 | $1,545.67 |
| Aug 28 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240828 5663605 | $5,592.77 |
| Aug 28 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500388598*1752882 129*5663605\ | $62,298.80 |
| Aug 29 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240829 5663605 | $10.31 |
| Aug 29 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240829 650000012405141 | $1,095.44 |

42192 0137587 0005-0006 0000000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 29 | PREAUTHORIZED CREDIT | $17,487.85 |
| | Monarch Specialt ePay brightscrip Period 62 Jul 1-15 2024 | |
| Aug 29 | PREAUTHORIZED CREDIT | $56,483.36 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909722552*13635696 42~ | |
| Aug 30 | AUTOMATIC TRANSFER | $36,121.06 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 30 | PREAUTHORIZED CREDIT | $116.20 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2014126 | |
| | *1341939227*000001 162*5663605\ | |
| Aug 30 | PREAUTHORIZED CREDIT | $502.95 |
| | ACCESS HEALTH ACCESS HEA 240830 5663605 | |
| Aug 30 | PREAUTHORIZED CREDIT | $1,611.86 |
| | HRTLAND PMT SYS TXNS/FEES 240830 650000012405141 | |
| Aug 30 | PREAUTHORIZED CREDIT | $31,117.10 |
| | CA HCCLAIMPMT 7001408837*1540849 793*195283134901~ | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jul 31 | $0.00 | Aug 08 | $0.00 | Aug 16 | $0.00 | Aug 26 | $0.00 |
| Aug 01 | $0.00 | Aug 09 | $0.00 | Aug 19 | $0.00 | Aug 27 | $0.00 |
| Aug 02 | $0.00 | Aug 12 | $0.00 | Aug 20 | $0.00 | Aug 28 | $0.00 |
| Aug 05 | $0.00 | Aug 13 | $0.00 | Aug 21 | $0.00 | Aug 29 | $0.00 |
| Aug 06 | $0.00 | Aug 14 | $0.00 | Aug 22 | $0.00 | Aug 30 | $0.00 |
| Aug 07 | $0.00 | Aug 15 | $0.00 | Aug 23 | $0.00 | | |

