# AUGUST 2024 BANK STATEMENTS

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2024 through August 30, 2024
Account Number: ███████ 7201

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**



00005130 DDA 703 212 24424 NNNNNNNNNNN 1 000000000 61 0000

EASYCARE PHARMACY LLC
DEBTOR IN POSSESSION
7320 WOODLAKE AVE STE 100
WEST HILLS CA 91307-1493

## CHECKING SUMMARY  Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$3,423.41** |
| Electronic Withdrawals | 1 | - 3,423.41 |
| **Ending Balance** | 1 | **$0.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/21 | Online Transfer To Chk ...2236 Transaction#: 21799496618 | $3,423.41 |
| **Total Electronic Withdrawals** |  | **$3,423.41** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/21 | $0.00 |



August 01, 2024 through August 30, 2024
Account Number: ████████████**7201**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



| | |
|---|---|
| **Last Statement:** | July 31, 2024 |
| **Statement Ending:** | August 30, 2024 |
| **Page:** | 1 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



42440 TWS380WR083124040000 01 000000000 51 008

EASYCARE PHARMACY LLC
1439 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:    XXXXXX7617

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/01/24** | **$0.00** |
| + Deposits and Credits (96) | $1,064,406.85 |
| - Withdrawals and Debits (46) | $1,064,294.53 |
| **Ending Balance as of 08/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $112.32 |
| Number of Days in Statement Period | 30 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Aug 01 | PREAUTHORIZED DEBIT<br>CA DEPT TAX FEE CDTFA EPMT 240801 18438367 | -$1,175.00 |
| Aug 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240801 650000012411487 | -$1,244.27 |
| Aug 01 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240801 2057179829 2220 | -$4,568.18 |
| Aug 02 | PREAUTHORIZED DEBIT<br>ADT SECURITY SER ADTPAPACH 240802 | -$110.50 |
| Aug 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015TQPFNLA4G763 | -$35,050.74 |
| Aug 02 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240802 ACH06109544 | -$87,072.63 |
| Aug 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$29,024.19 |
| Aug 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016HQQYIX3FQ4ZK | -$1,830.24 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX7617 |
| **Statement Date:** | 08/30/2024 |
| **Page :** | 2 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Virtus Pharmaceuti cals LLC Bill.com<br>015NYBOFYP4K8C2 Ac ct 100533 - Inv 21 | -$9,310.00 |
| Aug 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ZOYSPPC4L5PR | -$37,501.08 |
| Aug 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$63,324.31 |
| Aug 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,332.86 |
| Aug 09 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 240809 ACH06114546 | -$190.19 |
| Aug 09 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240809 ACH06122269 | -$71,778.45 |
| Aug 12 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240812 2057179829 2220 | -$5,962.00 |
| Aug 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,206.77 |
| Aug 13 | PREAUTHORIZED DEBIT<br>OUTCOMES OPERAT Payment 240813 | -$349.00 |
| Aug 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$51,491.48 |
| Aug 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015HZANMPZ4VAUT | -$5,599.52 |
| Aug 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$75,594.21 |
| Aug 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,294.00 |
| Aug 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015OXLEMRW4YM1S | -$18,718.00 |
| Aug 16 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240816 ACH06130647 | -$75,383.08 |
| Aug 16 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 07/24 | -$112.32 |
| Aug 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015RXRE YPG50PK4 Acct<br>FCA3 69451 - Inv 925101 | -$1,324.68 |
| Aug 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$24,131.38 |
| Aug 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015MSNV IYL52M72 Acct<br>FCA3 69451 - Multiple i | -$6,401.77 |
| Aug 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,637.50 |
| Aug 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015MJHIZCA54NAX | -$1,587.00 |
| Aug 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$100,071.96 |
| Aug 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Deliver IT LLC B ill.com 015KZQHOXV 56G1C Acct<br>102974 - Inv 181670 | -$852.67 |
| Aug 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015ZDLPMPC 568Y5 Acct N505-59<br>5 - Inv PNRX-14677 | -$1,384.04 |

42440 0138203 0002-0007 00000000000000000





| | Account Number: | XXXXXX7617 |
|---|---|---|
| | Statement Date: | 08/30/2024 |
| | Page : | 3 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,182.71 |
| Aug 23 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240823 ACH06136526 | -$62,951.03 |
| Aug 26 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240826 2057179829 2220 | -$14,506.00 |
| Aug 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,729.67 |
| Aug 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables HCP Inc B ill.com 015HGMOZMX 5CXJ6 Acct 0301488 2 - Inv RE-1000087 | -$7,807.67 |
| Aug 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015QKHHCAP5CG9A | -$31,801.42 |
| Aug 28 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240828 | -$121.23 |
| Aug 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com 015MYLHPJM5EKHP I nv FE12539 | -$543.75 |
| Aug 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015XBSPQFQ5EER7 | -$13,449.20 |
| Aug 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$49,303.35 |
| Aug 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015FSOL ZIS5GAJ0 Acct FCA3 69451 - Inv 925372 | -$7,615.08 |
| Aug 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$15,588.94 |
| Aug 30 | PREAUTHORIZED DEBIT<br>Bill.com Payables Donald Iron works Bill.com 015QLIDVS E5IKK4 Multiple in voices | -$2,250.00 |
| Aug 30 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015FDAYPHJ5IEYP | -$13,839.83 |
| Aug 30 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240830 ACH06150475 | -$95,102.95 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Aug 01 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $5,413.62 |
| Aug 01 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240801 5661649 | $58.50 |
| Aug 01 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909699281*13635696 42~ | $75.11 |
| Aug 01 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240801 650000012411487 | $1,440.22 |
| Aug 02 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $75,333.51 |
| Aug 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240802 650000012411487 | $3,159.40 |
| Aug 02 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240802 5661649 | $6,662.83 |
| Aug 02 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001397429*1540849 793*118416673802~ | $37,078.13 |

42440 0138204 0003-0007 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX7617 |
| **Statement Date:** | 08/30/2024 |
| **Page :** | 4 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240805 650000012411487 | $729.38 |
| Aug 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240805 650000012411487 | $1,910.93 |
| Aug 05 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240805 ST-N4S6H7D9M7U3 | $4,704.98 |
| Aug 05 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240805 5661649 | $21,678.90 |
| Aug 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $31,154.34 |
| Aug 06 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7198474*3205716594 *199999999\ | $1,197.79 |
| Aug 06 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909713900*13635696 42~ | $1,693.43 |
| Aug 06 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240806 5661649 | $5,205.84 |
| Aug 06 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007671540*14 31420563\ | $9,389.92 |
| Aug 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240807 650000012411487 | $682.56 |
| Aug 07 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500354113*1752882 129*5661649\ | $62,641.75 |
| Aug 08 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240808 650000012411487 | $1,310.99 |
| Aug 08 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240808 5661649 | $6,021.87 |
| Aug 09 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $32,392.15 |
| Aug 09 | PREAUTHORIZED CREDIT<br>TRICARE-ONLY DOD REMIT TRN*1*03151746*143 1420563\ | $283.25 |
| Aug 09 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909736501*13635696 42~ | $828.65 |
| Aug 09 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04160961*143 1420563\ | $1,297.04 |
| Aug 09 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5646326*1203113620 \ | $1,894.94 |
| Aug 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240809 650000012411487 | $2,410.73 |
| Aug 09 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240809 5661649 | $8,042.74 |
| Aug 09 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001398761*1540849 793*118416673802~ | $24,819.14 |
| Aug 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240812 650000012411487 | $1,038.09 |
| Aug 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240812 650000012411487 | $2,427.92 |
| Aug 12 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240812 ST-K9T6H6N2K4Y0 | $5,415.46 |
| Aug 12 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240812 5661649 | $7,287.30 |
| Aug 13 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007684000*14 31420563\ | $7,422.96 |
| Aug 13 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt INCYTE B ill.com 015SGUQZJV 4TWRA Inv DMI10555<br>223 | $44,417.52 |
| Aug 14 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240814 5661649 | $1,503.24 |

42440 0138205 0004-0007 00000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7617 |
| **Statement Date:** | | 08/30/2024 |
| **Page :** | | 5 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240814 650000012411487 | $1,653.62 |
| Aug 14 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 61 Jun 16-30 2024 | $10,612.58 |
| Aug 14 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909656929*13635696 42~ | $16,040.12 |
| Aug 14 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500365354*1752882 129*5661649\ | $51,384.17 |
| Aug 15 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240815 650000012411487 | $2,123.20 |
| Aug 15 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240815 5661649 | $8,170.80 |
| Aug 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $23,898.72 |
| Aug 16 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909750671*13635696 42~ | $32.61 |
| Aug 16 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt GLS B ill.com 016FAGUYA3 G844F Acct 82502 - Inv 5239113-- bil | $36.23 |
| Aug 16 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt GLS B ill.com 016HIZWWN3 G844B Acct 82502 - Inv 5187933-- bil | $155.77 |
| Aug 16 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt GLS B ill.com 016TQCTYB3 G844J Acct 82502 - Multiple invoices | $186.08 |
| Aug 16 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240816 650000012411487 | $1,837.57 |
| Aug 16 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240816 5661649 | $11,374.53 |
| Aug 16 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7199853*3205716594 *199999999\ | $11,528.77 |
| Aug 16 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001401512*1540849 793*118416673802~ | $45,163.12 |
| Aug 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240819 650000012411487 | $1,370.31 |
| Aug 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240819 650000012411487 | $2,671.22 |
| Aug 19 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240819 ST-A7W0E2U3G3P7 | $4,179.10 |
| Aug 19 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240819 5661649 | $17,235.43 |
| Aug 20 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909765412*13635696 42~ | $4,244.33 |
| Aug 20 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007696382*14 31420563\ | $8,794.94 |
| Aug 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240821 650000012411487 | $3,393.18 |
| Aug 21 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240821 5661649 | $18,130.55 |
| Aug 21 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500377071*1752882 129*5661649\ | $80,135.23 |
| Aug 22 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240822 5661649 | $1,069.45 |
| Aug 22 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240822 650000012411487 | $1,488.52 |
| Aug 22 | PREAUTHORIZED CREDIT<br>MATCHRX ACH Paymen 240822 90130037 | $1,861.45 |

42440 0138206 0005-0007 00000000000000000





**WINTRUST BANK**®

| | |
|---|---|
| **Account Number:** | XXXXXX7617 |
| **Statement Date:** | 08/30/2024 |
| **Page :** | 6 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 23 | AUTOMATIC TRANSFER | $29,801.52 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 23 | PREAUTHORIZED CREDIT | $206.38 |
| | TRICARE-ONLY DOD REMIT TRN*1*03154197*143 1420563\ | |
| Aug 23 | PREAUTHORIZED CREDIT | $468.93 |
| | ACCESS HEALTH ACCESS HEA 240823 5661649 | |
| Aug 23 | PREAUTHORIZED CREDIT | $710.74 |
| | RXCROSSROADS BY HCCLAIMPMT 5658299*1203113620 \ | |
| Aug 23 | PREAUTHORIZED CREDIT | $948.81 |
| | HRTLAND PMT SYS TXNS/FEES 240823 650000012411487 | |
| Aug 23 | PREAUTHORIZED CREDIT | $2,765.34 |
| | MATCHRX ACH Paymen 240823 93702123 | |
| Aug 23 | PREAUTHORIZED CREDIT | $28,049.31 |
| | CA HCCLAIMPMT 7001404750*1540849 793*118416673802~ | |
| Aug 26 | PREAUTHORIZED CREDIT | $18.26 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909786804*13635696 42~ | |
| Aug 26 | PREAUTHORIZED CREDIT | $1,255.06 |
| | HRTLAND PMT SYS TXNS/FEES 240826 650000012411487 | |
| Aug 26 | PREAUTHORIZED CREDIT | $1,794.74 |
| | HRTLAND PMT SYS TXNS/FEES 240826 650000012411487 | |
| Aug 26 | PREAUTHORIZED CREDIT | $5,838.58 |
| | Prescription TRANSFER 240826 ST-T5G3I8Q6Z6T8 | |
| Aug 26 | PREAUTHORIZED CREDIT | $7,329.03 |
| | ACCESS HEALTH ACCESS HEA 240826 5661649 | |
| Aug 27 | AUTOMATIC TRANSFER | $24,070.52 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 27 | PREAUTHORIZED CREDIT | $50.81 |
| | ACCESS HEALTH ACCESS HEA 240827 5661649 | |
| Aug 27 | PREAUTHORIZED CREDIT | $100.00 |
| | MEDE AMERICA CDA HCCLAIMPMT 7200771*3205716594 *199999999\ | |
| Aug 27 | PREAUTHORIZED CREDIT | $1,406.43 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909801576*13635696 42~ | |
| Aug 27 | PREAUTHORIZED CREDIT | $13,981.33 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007708997*14 31420563\ | |
| Aug 28 | PREAUTHORIZED CREDIT | $435.55 |
| | MATCHRX ACH Paymen 240828 58673607 | |
| Aug 28 | PREAUTHORIZED CREDIT | $550.40 |
| | HRTLAND PMT SYS TXNS/FEES 240828 650000012411487 | |
| Aug 28 | PREAUTHORIZED CREDIT | $1,244.30 |
| | MATCHRX ACH Paymen 240828 63129498 | |
| Aug 28 | PREAUTHORIZED CREDIT | $3,444.98 |
| | MATCHRX ACH Paymen 240828 48860038 | |
| Aug 28 | PREAUTHORIZED CREDIT | $4,000.27 |
| | MATCHRX ACH Paymen 240828 17738018 | |
| Aug 28 | PREAUTHORIZED CREDIT | $4,145.03 |
| | ACCESS HEALTH ACCESS HEA 240828 5661649 | |
| Aug 28 | PREAUTHORIZED CREDIT | $49,597.00 |
| | CAREMARK HCCLAIMPMT 2500388581*1752882 129*5661649\ | |
| Aug 29 | PREAUTHORIZED CREDIT | $326.66 |
| | MATCHRX ACH Paymen 240829 50237934 | |
| Aug 29 | PREAUTHORIZED CREDIT | $2,237.01 |
| | HRTLAND PMT SYS TXNS/FEES 240829 650000012411487 | |
| Aug 29 | PREAUTHORIZED CREDIT | $2,250.00 |
| | Bill.com VoidPaymnt Donald Iron works Bill.com 015NZDVSB Z5HDL7 | |
| | Multiple in voices (details on | |
| Aug 29 | PREAUTHORIZED CREDIT | $3,098.23 |
| | TRIPLEFIN HCCLAIMPMT 0475015*3205716594 *199999999\ | |

42440 0138207 0006-0007 00000000000000000



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 29 | PREAUTHORIZED CREDIT | $4,884.03 |
| | Monarch Specialt ePay brightscrip Period 62 Jul 1-15 2024 | |
| Aug 29 | PREAUTHORIZED CREDIT | $10,408.09 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909722536*13635696 42~ | |
| Aug 30 | AUTOMATIC TRANSFER | $77,458.11 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 30 | PREAUTHORIZED CREDIT | $1,349.84 |
| | HRTLAND PMT SYS TXNS/FEES 240830 650000012411487 | |
| Aug 30 | PREAUTHORIZED CREDIT | $32,384.83 |
| | CA HCCLAIMPMT 7001407542*1540849 793*118416673802~ | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jul 31 | $0.00 | Aug 08 | $0.00 | Aug 16 | $0.00 | Aug 26 | $0.00 |
| Aug 01 | $0.00 | Aug 09 | $0.00 | Aug 19 | $0.00 | Aug 27 | $0.00 |
| Aug 02 | $0.00 | Aug 12 | $0.00 | Aug 20 | $0.00 | Aug 28 | $0.00 |
| Aug 05 | $0.00 | Aug 13 | $0.00 | Aug 21 | $0.00 | Aug 29 | $0.00 |
| Aug 06 | $0.00 | Aug 14 | $0.00 | Aug 22 | $0.00 | Aug 30 | $0.00 |
| Aug 07 | $0.00 | Aug 15 | $0.00 | Aug 23 | $0.00 | | |

