# AUGUST 2024 BANK STATEMENTS



**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 01, 2024 through August 30, 2024
Account Number: ████████ 2236

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**



00003861 DDA 703 212 24424 NNNNNNNNNNN  1 000000000 60 0000

PRIMECARE PHARMACY, LLC
DEBTOR IN POSSESSION
32144 AGOURA RD STE 101
WESTLAKE VILLAGE CA 91361-4037

## CHECKING SUMMARY   Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$168,439.03** |
| Deposits and Additions | 9 | 335,209.94 |
| Other Withdrawals, Fees & Charges | 1 | - 483,000.00 |
| **Ending Balance** | **10** | **$20,648.97** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/21 | Online Transfer From Chk ...8660 Transaction#: 21799507694 | $266,477.96 |
| 08/21 | Online Transfer From Chk ...5093 Transaction#: 21799531358 | 19,065.05 |
| 08/21 | Online Transfer From Chk ...9817 Transaction#: 21799522734 | 16,218.02 |
| 08/21 | Online Transfer From Chk ...7589 Transaction#: 21799498141 | 9,748.23 |
| 08/21 | Online Transfer From Chk ...8827 Transaction#: 21799507122 | 9,608.84 |
| 08/21 | Online Transfer From Chk ...3681 Transaction#: 21799500125 | 4,600.00 |
| 08/21 | Online Transfer From Chk ...7201 Transaction#: 21799496618 | 3,423.41 |
| 08/21 | Online Transfer From Chk ...5226 Transaction#: 21799506507 | 3,051.38 |
| 08/21 | Online Transfer From Chk ...3681 Transaction#: 21799519886 | 3,017.05 |
| **Total Deposits and Additions** | | **$335,209.94** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/21 | Withdrawal | $483,000.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$483,000.00** |



August 01, 2024 through August 30, 2024

Account Number: ███████████**2236**

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 08/21 | $20,648.97 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



| | |
|---|---|
| **Last Statement:** | July 31, 2024 |
| **Statement Ending:** | August 30, 2024 |
| **Page:** | 1 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



38127 TWS380WR083124040000 01 000000000 50 006

PRIMECARE PHARMACY LLC
1437 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                                    Account Number:    XXXXXX1761

*At Wintrust, we are committed to providing you with the best possible client experience and over the years, we have made a concerted effort to minimize pricing changes.  As part of our ongoing effort to enhance our technology, security, and innovation, effective September 1, 2024, we are increasing pricing for select treasury management services.  These changes are necessary to continue offering a high level of service and to accommodate rising operational costs.  We value your business and appreciate your understanding.*

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/01/24** | **$0.00** |
| + Deposits and Credits (62) | $1,153,283.46 |
| - Withdrawals and Debits (38) | $1,153,173.35 |
| **Ending Balance as of 08/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $110.11 |
| Number of Days in Statement Period | 30 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Aug 01 | PREAUTHORIZED DEBIT<br>CA DEPT TAX FEE CDTFA EPMT 240801 18516792 | -$570.00 |
| Aug 01 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240801 2057179792 2220 | -$1,843.21 |
| Aug 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables CityMedRx LLC B ill.com 015VQEOJCJ 4G8ET Acct 16197 - Multiple invoices | -$7,059.68 |
| Aug 02 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240802 ACH06109546 | -$93,233.27 |
| Aug 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,255.53 |
| Aug 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables The Shredders B ill.com 016BAZOGT3 FQITK Inv CINV-056 869 | -$40.00 |
| Aug 06 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240806 | -$151.22 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
|  | |
|  | |
|  | |
|  | |
| **Subtotal** | |
|  | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX1761 |
| **Statement Date:** | 08/30/2024 |
| **Page :** | 2 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015YPETRAA4LFMB | -$45,605.39 |
| Aug 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$59,214.28 |
| Aug 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,534.94 |
| Aug 09 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 240809 ACH06115306 | -$171.64 |
| Aug 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARCUTIS BIOTHERAPE UTICS INC Bill.com<br>015FFCRALR4PGD1 M ultiple invoices ( | -$23,938.20 |
| Aug 09 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240809 ACH06122272 | -$95,405.86 |
| Aug 12 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240812 2057179792 2220 | -$980.00 |
| Aug 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$19,071.67 |
| Aug 13 | PREAUTHORIZED DEBIT<br>OUTCOMES OPERAT Payment 240813 | -$349.00 |
| Aug 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$27,849.14 |
| Aug 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$135,800.37 |
| Aug 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables Virtus Pharmaceuti cals LLC Bill.com<br>015DBJFUTE4WMS4 In v 22073 | -$5,586.00 |
| Aug 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,091.47 |
| Aug 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Mayne Pharma - 783 B Bill.com 015QBML HJY4YN8W<br>Acct 1011 783B - Inv 2510006 | -$4,756.22 |
| Aug 16 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240816 ACH06130649 | -$67,135.57 |
| Aug 16 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 07/24 | -$110.11 |
| Aug 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medtel Communicati ons Llc Bill.com 0<br>15QNGLBGR510FY Inv MC64687 | -$327.47 |
| Aug 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$19,575.53 |
| Aug 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015TRUO OQC52N2T Acct<br>FCA3 69428 - Multiple i | -$7,317.32 |
| Aug 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$17,541.83 |
| Aug 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$90,316.58 |
| Aug 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Deliver It LLC B ill.com 015RVWYBXW 56U5K Inv<br>181701 | -$2,384.49 |
| Aug 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015EFRQWPA56APN | -$6,649.82 |
| Aug 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARCUTIS BIOTHERAPE UTICS INC Bill.com<br>015UYBAKMY58A36 I nv 14918 | -$16,597.20 |

38127 0124211 0002-0005 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX1761 |
| **Statement Date:** | 08/30/2024 |
| **Page :** | 3 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Aug 23 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240823 ACH06136528 | -$85,441.93 |
| Aug 26 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240826 2057179792 2220 | -$9,350.85 |
| Aug 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015KHAR IRQ5AIC6 Acct<br>FCA3 69428 - Inv 925171 | -$11,657.60 |
| Aug 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$29,463.38 |
| Aug 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARCUTIS BIOTHERAPE UTICS INC BIll.com<br>015OHQJILN5EFRC I nv 15166 | -$16,597.20 |
| Aug 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$81,465.85 |
| Aug 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$59,579.19 |
| Aug 30 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240830 ACH06150477 | -$87,264.45 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Aug 01 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,938.59 |
| Aug 01 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909699260*13635696 42~ | $474.62 |
| Aug 02 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $56,752.29 |
| Aug 02 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240802 5660801 | $4,504.88 |
| Aug 02 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001396253*1540849 793*140730146801~ | $39,035.78 |
| Aug 05 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240805 ST-C5U2K6B6Y7U8 | $6,001.90 |
| Aug 05 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240805 5660801 | $12,253.63 |
| Aug 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $27,129.91 |
| Aug 06 | PREAUTHORIZED CREDIT<br>CENTOR INC. REBATES 240806 | $384.61 |
| Aug 06 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7198457*3205716594 *199999999\ | $436.60 |
| Aug 06 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240806 5660801 | $893.02 |
| Aug 06 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007671566*14 31420563\ | $16,952.47 |
| Aug 07 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240807 5660801 | $1,989.42 |
| Aug 07 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500354102*1752882 129*5660801\ | $57,224.86 |
| Aug 08 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240808 5660801 | $1,534.94 |
| Aug 09 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $73,244.80 |
| Aug 09 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5646337*1203113620 \ | $226.19 |



38127 0124212 0003-0005 00000000000000000



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Aug 09 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909736481*13635696 42~ | $322.79 |
| Aug 09 | PREAUTHORIZED CREDIT<br>TRICARE-ONLY DOD REMIT TRN*1*03151744*143 1420563\ | $752.35 |
| Aug 09 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04160959*143 1420563\ | $943.25 |
| Aug 09 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240809 5660801 | $5,002.78 |
| Aug 09 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001400231*1540849 793*140730146801~ | $39,023.54 |
| Aug 12 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240812 ST-H8Z8Y7X7P9Z6 | $7,621.52 |
| Aug 12 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240812 5660801 | $12,430.15 |
| Aug 13 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240813 5660801 | $148.07 |
| Aug 13 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007684026*14 31420563\ | $28,050.07 |
| Aug 14 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240814 5660801 | $5,158.55 |
| Aug 14 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 61 Jun 16-30 2024 | $19,893.25 |
| Aug 14 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909656917*13635696 42~ | $42,085.10 |
| Aug 14 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500365343*1752882 129*5660801\ | $68,663.47 |
| Aug 15 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Qtopix Inc B ill.com 015YNEAESF 4YI2C Inv 000014 | $840.00 |
| Aug 15 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240815 5660801 | $7,837.47 |
| Aug 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $24,844.82 |
| Aug 16 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909750654*13635696 42~ | $433.40 |
| Aug 16 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7199834*3205716594 *199999999\ | $7,841.76 |
| Aug 16 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240816 5660801 | $12,985.69 |
| Aug 16 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001403197*1540849 793*140730146801~ | $25,896.23 |
| Aug 19 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240819 ST-R3V4E4E8F6G1 | $7,739.75 |
| Aug 19 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240819 5660801 | $12,163.25 |
| Aug 20 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007696408*14 31420563\ | $24,859.15 |
| Aug 21 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240821 5660801 | $6,902.74 |
| Aug 21 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500377060*1752882 129*5660801\ | $83,413.84 |
| Aug 22 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $9,034.31 |
| Aug 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $55,515.83 |
| Aug 23 | PREAUTHORIZED CREDIT<br>TRICARE-ONLY DOD REMIT TRN*1*03154196*143 1420563\ | $767.31 |
| Aug 23 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04163796*143 1420563\ | $1,789.40 |

38127 0124213 0004-0005 00000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

38127 0124214 0005-0005 00000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Aug 23 | PREAUTHORIZED CREDIT | $3,359.33 |
| | RXCROSSROADS BY HCCLAIMPMT 5658313*1203113620 \ | |
| Aug 23 | PREAUTHORIZED CREDIT | $11,189.84 |
| | ACCESS HEALTH ACCESS HEA 240823 5660801 | |
| Aug 23 | PREAUTHORIZED CREDIT | $29,417.42 |
| | CA HCCLAIMPMT 7001403860*1540849 793*140730146801~ | |
| Aug 26 | AUTOMATIC TRANSFER | $5,497.90 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 26 | REMOTE DEPOSIT | $2,998.27 |
| Aug 26 | PREAUTHORIZED CREDIT | $7,606.87 |
| | ACCESS HEALTH ACCESS HEA 240826 5660801 | |
| Aug 26 | PREAUTHORIZED CREDIT | $7,903.41 |
| | Prescription TRANSFER 240826 ST-D9V7L7U5I6W4 | |
| Aug 27 | PREAUTHORIZED CREDIT | $865.66 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909801560*13635696 42~ | |
| Aug 27 | PREAUTHORIZED CREDIT | $4,088.07 |
| | ACCESS HEALTH ACCESS HEA 240827 5660801 | |
| Aug 27 | PREAUTHORIZED CREDIT | $21,511.65 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007709023*14 31420563\ | |
| Aug 28 | PREAUTHORIZED CREDIT | $4,746.28 |
| | ACCESS HEALTH ACCESS HEA 240828 5660801 | |
| Aug 28 | PREAUTHORIZED CREDIT | $93,316.77 |
| | CAREMARK HCCLAIMPMT 2500388570*1752882 129*5660801\ | |
| Aug 29 | PREAUTHORIZED CREDIT | $17,675.84 |
| | Monarch Specialt ePay brightscrip Period 62 Jul 1-15 2024 | |
| Aug 29 | PREAUTHORIZED CREDIT | $41,903.35 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909722524*13635696 42~ | |
| Aug 30 | AUTOMATIC TRANSFER | $61,026.50 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Aug 30 | PREAUTHORIZED CREDIT | $26,237.95 |
| | CA HCCLAIMPMT 7001406569*1540849 793*140730146801~ | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jul 31 | $0.00 | Aug 08 | $0.00 | Aug 16 | $0.00 | Aug 26 | $2,998.00 |
| Aug 01 | $0.00 | Aug 09 | $0.00 | Aug 19 | $0.00 | Aug 27 | $0.00 |
| Aug 02 | $0.00 | Aug 12 | $0.00 | Aug 20 | $0.00 | Aug 28 | $0.00 |
| Aug 05 | $0.00 | Aug 13 | $0.00 | Aug 21 | $0.00 | Aug 29 | $0.00 |
| Aug 06 | $0.00 | Aug 14 | $0.00 | Aug 22 | $0.00 | Aug 30 | $0.00 |
| Aug 07 | $0.00 | Aug 15 | $0.00 | Aug 23 | $0.00 | | |

