**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 24-11188 (TMH)<br>)<br>) (Jointly Administered)<br>)<br>) Related Docket Nos.: 382, 388 and 453 |

**LOAN ADMIN CO'S RESERVATION OF RIGHTS**
**REGARDING INTERCREDITOR AND SUBORDINATION RIGHTS UNDER**
**THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION**

Loan Admin Co LLC ("Loan Admin Co"), by its undersigned counsel, files this Reservation of Rights (the "Reservation of Rights") with respect to the issues between the holders of the Seller Notes (through the Committee) and the Noteholders respecting their respective treatment under the Second Amended Joint Chapter 11 Plan of Reorganization (the "Plan") [Docket No. 382] (and any amendments thereto) filed by Optio Rx, LLC and its affiliated debtors (collectively, the "Debtors") and respectfully states the following:

**I.     PRELIMINARY STATEMENT**

Loan Admin Co supports entry of an order confirming the Plan at the Court's earliest convenience. In support of confirmation of the Plan, Loan Admin Co entered into a settlement with the Noteholders and separately entered into a settlement with the Committee for the benefit

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

1

of unsecured creditors holdings Allowed Claims in Classes 6 and 8 under the Plan. Loan Admin Co takes no position respecting which holders of Allowed Claims in Classes 6 and 8 are entitled to the proceeds of each settlement to which Loan Admin Co is party and believes that the Plan may be confirmed by the Court without resolving the instant dispute, leaving the parties to resolve or seek judicial intervention outside of this Court. Loan Admin Co files this Reservation of Rights out of an abundance of caution to reserve all rights Loan Admin Co holds under all documents and instruments to which Loan Admin Co is a party or from which Loan Admin Co benefits should the Plan not be confirmed or the Effective Date under the Plan not occur.

## II.   BACKGROUND AND PROCEDURAL HISTORY

1. On June 28, 2019, Loan Admin Co LLC, as Administrative Agent and Lead Arranger, entered into a certain credit agreement (the "Prepetition Credit Agreement") between CBC Pharma, the Borrower, the Credit Parties (as defined therein), and the Lenders.

2. On September 25, 2020, CBC Pharma, Optio Rx, the Noteholders, and Aves Management entered into a certain note purchase agreement (the "Note Purchase Agreement"), subject to the Subordination Agreement (as defined below).

3. On September 25, 2020, Loan Admin Co, as Administrative Agent, entered into a subordination agreement (the "Subordination Agreement"), dated as of September 25, 2020, with Aves Special Opportunities Fund I, L.P., Allstate Insurance Company, Cross Country Mortgage, LLC, and Siguler Guff (Optio Rx) Holdings, LLC as Subordinated Lender, Optio Rx as Borrower, Aves Management, LLC as Subordination Agent, and Loan Admin Co LLC, as Administrative Agent, subordinating the Noteholder Claims under the Note Purchase Agreement to the Prepetition Secured Obligations.

4. From time to time, Debtors entered into Seller Notes that include subordination provisions running in favor of Loan Admin Co.

5. On June 7, 2024 (the "Petition Date"), the Debtors filed voluntary petitions with the Court under chapter 11 of the Bankruptcy Code.

6. On June 10, 2024, the Debtors filed the Joint Chapter 11 Plan of Reorganization [Docket No. 20]. On July 29, 2024, the Debtors filed an amended Joint Chapter 11 Plan of Reorganization [Docket No. 257]. On September 10, 2024, Debtors filed a Second Amended Joint Chapter 11 Plan of Reorganization [Docket No. 348].

### III. RESERVATION OF RIGHTS

7. In the case the Plan is not confirmed, or is confirmed but the Effective Date does not occur, Loan Admin Co hereby reserves all rights, powers, privileges, and remedies available to it under any and all agreements, documents and instruments, including without limitation, to enforce all subordination agreements to which it is a party or from which it benefits and at its election deem the settlement agreement with the Noteholders null and void and the Settlement with the Committee null and void.

8. Loan Admin Co reserves the right to, among other things, complement, supplement, augment, alter or modify this Reservation of Rights and to join in responses filed by other parties and to adopt such arguments as its own.

9. Loan Admin Co further reserves all of its rights to object to the details of subsequent versions of the Plan or proposed confirmation order, and for other and further relief as appropriate.

[*Remainder of page intentionally left blank*]

**WHEREFORE**, Loan Admin Co respectfully requests entry of an Order acceptable to Lona Admin Co confirming the Plan and for such other relief as the Court shall deem just and proper.

| | |
|---|---|
| Dated: October 3, 2024<br>Wilmington, Delaware | **DLA PIPER LLP (US)**<br><br>  /s/  Stuart M. Brown<br>Stuart M. Brown (DE 4050)<br>Matthew S. Sarna (DE 6578)<br>1201 North Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: stuart.brown@us.dlapiper.com<br>            matthew.sarna@us.dlapiper.com<br><br>*Counsel to Loan Admin Co LLC* |