# EXHIBIT B

## TIMEKEEPER SUMMARY

## SUMMARY OF BILLING BY TIMEKEEPER

## For the Period from August 1, 2024 through August 31, 2024

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position at Saul Ewing | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Evan T. Miller | 2009 | Partner (2023)[1] | Bankruptcy | $680.00 | 37.60 | $25,568.00 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $715.00 | 44.50 | $31,817.50 |
| Adam H. Isenberg | 1988 | Partner (1999) | Bankruptcy | $795.00 | 3.80 | $3,021.00 |
| Turner N. Falk | 2014 | Associate (2022) | Bankruptcy | $430.00 | 36.60 | $15,738.00 |
| Jorge Garcia | 2017 | Associate (2020) | Bankruptcy | $450.00 | 13.70 | $6,165.00 |
| Nicholas Smargiassi | 2023 | Associate (2023) | Bankruptcy | $300.00 | 12.00 | $3,600.00 |
| Robyn E. Warren | N/A | Paraprofessional | Bankruptcy | $285.00 | 2.80 | $798.00 |
| Sean F. Kenny | N/A | Paraprofessional | Bankruptcy | $205.00 | 4.10 | $840.50 |
| Aida McLaughlin | N/A | Paraprofessional | Litigation | $210.00 | 0.50 | $105.00 |
| **TOTAL** | | | | | **155.60** | **$87,653.00** |

**Blended Hourly Rate: $563.32**

---

[1] Evan Miller joined Saul Ewing as a Partner in 2023. He was previously a director at his prior firm.