# EXHIBIT C

## DETAILED TIME ENTRIES BY CATEGORY

## SUMMARY OF BILLING BY CATEGORY

### For the Period from August 1, 2024 through August 31, 2024

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 5.50 | $1,841.50 |
| Claims Analysis, Objections, Proofs of Claim | 0.70 | $433.00 |
| Committee Matters | 16.60 | $9,512.00 |
| Fee/Employment Applications (Other Professionals) | 10.10 | $6,144.50 |
| Fee/Employment Applications (Saul Ewing) | 8.60 | $4,711.00 |
| Lien Review | 0.20 | $60.00 |
| Litigation: Contested Matters and Adversary Proceedings | 99.40 | $55,833.50 |
| Plan and Disclosure Statement | 8.00 | $4,855.50 |
| Preparation for and Attendance at Hearings | 6.50 | $4,262.00 |
| **TOTAL** | **155.60** | **$87,653.00** |



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4370785 |
| N/A - Committee N/A - Committee | Invoice Date | 09/30/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00002 |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Filing Fees | 50.00 |
| Westlaw Legal Research | 2,384.64 |
| CURRENT EXPENSES | 2,434.64 |
| TOTAL AMOUNT OF THIS INVOICE | 2,434.64 |



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4370786 |
| N/A - Committee N/A - Committee | Invoice Date | 09/30/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00004 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/24 | MGN | Correspondence to and from J. Garcia requesting update to critical date memorandum in light of hearing. | 0.20 | 143.00 |
| 08/01/24 | SFK | Analyze 2nd amended agenda. | 0.10 | 20.50 |
| 08/01/24 | SFK | Update hearing binder. | 0.20 | 41.00 |
| 08/05/24 | MGN | Prepare for and participate in weekly catch-up call with E. Miller, T. Falk, N. Smargiassi and J. Garcia to discuss strategy, settlement with the lenders and issues relating thereto. | 0.50 | 357.50 |
| 08/19/24 | MGN | Prepare for and participate in weekly internal meeting with T. Falk, J. Garcia, E. Miller and N. Smargiassi regarding status of case, arguing standing motion and preparing objection to plan. | 0.70 | 500.50 |
| 08/26/24 | SFK | Compile exhibit list pleading, exhibits PDF for Committee motion to prosecute liens. | 1.00 | 205.00 |
| 08/27/24 | SFK | Revise Committee exhibit list pleading per Evan Miller comments. | 0.20 | 41.00 |
| 08/27/24 | SFK | Revise Committee exhibits PDF per Evan Miller comments. | 0.30 | 61.50 |
| 08/28/24 | SFK | Prepare attorney binder for 8/29 hearing. | 0.40 | 82.00 |
| 08/28/24 | SFK | Prepare exhibit binders for Committee's exhibits for chambers and hearing. | 1.90 | 389.50 |
| | | TOTAL HOURS | 5.50 | |

391790     Optio Rx LLC - Official Committee of Unsecured Creditors                Invoice      4370786
00004      Case Administration                                                                  Page: 2
09/30/24

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Sean F. Kenny | 4.10 | at | 205.00 | = | 840.50 |
| Michelle G. Novick | 1.40 | at | 715.00 | = | 1,001.00 |
| | | | | CURRENT FEES | 1,841.50 |
| | | | TOTAL AMOUNT OF THIS INVOICE | | 1,841.50 |



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number     4370787 |
| N/A - Committee N/A - Committee | Invoice Date     09/30/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number     391790 |
| Northbrook, IL 60062 | Matter Number     00005 |

Re:  Claims Analysis, Objections, Proofs of Claim and Bar Date

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/16/24 | ETM | Review omnibus claims objection | 0.30 | 204.00 |
| 08/19/24 | MGN | Review Debtors' First Omnibus Objection to Claims for Voting Purposes. | 0.20 | 143.00 |
| 08/19/24 | TNF | Analysis of first omnibus claims objection | 0.20 | 86.00 |
| | | TOTAL HOURS | 0.70 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.20 | at | 430.00 | = | 86.00 |
| Evan T. Miller | 0.30 | at | 680.00 | = | 204.00 |
| Michelle G. Novick | 0.20 | at | 715.00 | = | 143.00 |
| | | | | CURRENT FEES | 433.00 |

TOTAL AMOUNT OF THIS INVOICE     433.00

161 North Clark, Suite 4200 ◆ Chicago, IL 60601 ◆ Phone: 312-876-7100 ◆ Fax: (312) 876-0288

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



www.saul.com

| | | | | |
|---|---|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | | | Invoice Number | 4370788 |
| N/A - Committee N/A - Committee | | | Invoice Date | 09/30/24 |
| 3701 Commercial Avenue, Suite 14 | | | Client Number | 391790 |
| Northbrook, IL 60062 | | | Matter Number | 00006 |

Re:   Committee Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/05/24 | AM | Prepare initial draft of First Monthly Fee Application; email to J. Garcia | 0.50 | 105.00 |
| 08/05/24 | MGN | Correspondence to the committee inquiring as to whether they want to have a meeting or postpone until hearing back from the lenders relating to settlement options and advising of bar date for individual creditors to file claims. | 0.40 | 286.00 |
| 08/05/24 | JG | Conference call w/ E. Miller, M. Novick, T. Falk, and N. Smargiassi re: status of case and related next steps | 0.50 | 225.00 |
| 08/05/24 | NS | Email to E. Miller and M. Novick re: rescheduling committee meeting | 0.10 | 30.00 |
| 08/05/24 | NS | Call with E. Miller, M. Novick, T. Falk, and J. Garcia re: committee updates | 0.50 | 150.00 |
| 08/05/24 | ETM | Prepare for and attend TC with MN/JG/TF/NS re weekly internal meeting | 0.60 | 408.00 |
| 08/06/24 | MGN | Correspondence to committee regarding status of settlement negotiations and postponing committee call. | 0.10 | 71.50 |
| 08/06/24 | JG | Review Motion to Enforce the Automatic Stay and for Related Relief to determine impact on client's rights | 0.50 | 225.00 |
| 08/06/24 | JG | Draft comprehensive overview to E. Miller re: Motion to Enforce the Automatic Stay and for Related Relief to determine impact on client's rights | 0.40 | 180.00 |
| 08/06/24 | ETM | Review motion to enforce stay | 0.50 | 340.00 |
| 08/12/24 | AHI | Email exchange with M. Novack re: lender negotiations | 0.10 | 79.50 |
| 08/13/24 | AHI | Conference with T. Falk re: DIP loan issues | 0.20 | 159.00 |

161 North Clark, Suite 4200 ♦ Chicago, IL 60601 ♦ Phone: 312-876-7100 ♦ Fax: (312) 876-0288

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

391790    Optio Rx LLC - Official Committee of Unsecured Creditors          Invoice        4370788
00006     Committee Matters                                                                Page: 2
09/30/24

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/14/24 | MGN | Multiple correspondence to and from the committee regarding status of company, financials, projections and related issues. | 0.40 | 286.00 |
| 08/14/24 | MGN | Multiple correspondence to and from R. Newman regarding same. | 0.20 | 143.00 |
| 08/14/24 | JG | Update critical date memo and related issues | 0.40 | 180.00 |
| 08/14/24 | TNF | Prepare committee summary of derivative standing issues | 0.20 | 86.00 |
| 08/19/24 | JG | Conference call w/ E. Miller, M. Novick, T. Falk, and N. Smargiassi re: status of case and related next steps | 0.50 | 225.00 |
| 08/19/24 | NS | Call with T. Falk, J. Garcia, E. Miller, and M. Novick re: committee updates and committee workflow | 0.50 | 150.00 |
| 08/19/24 | ETM | Prepare for and attend internal committee meeting | 0.70 | 476.00 |
| 08/20/24 | MGN | Prepare for and participate in committee call regarding update on the case, strategy and issues relating thereto. | 0.90 | 643.50 |
| 08/20/24 | ETM | Prepare for and attend weekly meeting with client | 1.00 | 680.00 |
| 08/20/24 | ETM | Review latest stay pleading | 0.30 | 204.00 |
| 08/22/24 | JG | Review Loan Admin Co's objection to UCC motion for derivative standing | 0.40 | 180.00 |
| 08/26/24 | JG | Review and analyze KEIP filed by Debtor | 0.70 | 315.00 |
| 08/26/24 | JG | Draft overview of KEIP and related issues to E. Miller and M. Novick | 1.30 | 585.00 |
| 08/26/24 | JG | Review Alvarez and Marsal KEIP analysis | 0.20 | 90.00 |
| 08/26/24 | ETM | EMs with RN/MN/JG re KEIP motion analysis | 0.50 | 340.00 |
| 08/27/24 | MGN | Multiple correspondence to E. Miller regarding upcoming committee call. | 0.40 | 286.00 |
| 08/27/24 | MGN | Prepare for and participate in conference call with the committee discussing standing challenge hearing, potential settlement alternatives, timing and Debtors' KEIP Motion. | 1.50 | 1,072.50 |
| 08/27/24 | MGN | Follow-up telephone conferences with the committee regarding same. | 0.60 | 429.00 |
| 08/27/24 | JG | Correspondence w/ Debtor's counsel re: KEIP motion and related issues | 0.20 | 90.00 |
| 08/27/24 | JG | Correspondence w/ E. Miller re: KEIP motion and related issues | 0.20 | 90.00 |
| 08/27/24 | ETM | Prepare for and attend UCC meeting and followup EMs/TCs re same and status of potential resolution | 0.90 | 612.00 |
| 08/30/24 | JG | Follow up correspondence w/ Debtor's counsel re: KEIP issues | 0.20 | 90.00 |

TOTAL HOURS          16.60

391790     Optio Rx LLC - Official Committee of Unsecured Creditors                Invoice        4370788
00006      Committee Matters                                                                     Page: 3
09/30/24

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.20 | at | 430.00 | = | 86.00 |
| Jorge Garcia | 5.50 | at | 450.00 | = | 2,475.00 |
| Adam H. Isenberg | 0.30 | at | 795.00 | = | 238.50 |
| Aida McLaughlin | 0.50 | at | 210.00 | = | 105.00 |
| Evan T. Miller | 4.50 | at | 680.00 | = | 3,060.00 |
| Michelle G. Novick | 4.50 | at | 715.00 | = | 3,217.50 |
| Nicholas Smargiassi | 1.10 | at | 300.00 | = | 330.00 |

CURRENT FEES     9,512.00

TOTAL AMOUNT OF THIS INVOICE     9,512.00



www.saul.com

| | | | | |
|---|---|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | | | Invoice Number | 4370789 |
| N/A - Committee N/A - Committee | | | Invoice Date | 09/30/24 |
| 3701 Commercial Avenue, Suite 14 | | | Client Number | 391790 |
| Northbrook, IL 60062 | | | Matter Number | 00010 |

Re:   Fee / Employment Applications (Saul Ewing)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/24 | MGN | Review Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses. | 0.30 | 214.50 |
| 08/02/24 | MGN | Telephone conference with J. Garcia regarding preparing monthly fee application and issues relating thereto. | 0.40 | 286.00 |
| 08/03/24 | MGN | Correspondence to and from J. Garcia regarding preparing fee application. | 0.10 | 71.50 |
| 08/05/24 | MGN | Correspondence to and from J. Garcia regarding revising invoices in preparation for filing monthly fee application. | 0.20 | 143.00 |
| 08/05/24 | JG | Further revisions to Saul Ewing first monthly fee application | 1.20 | 540.00 |
| 08/07/24 | MGN | Telephone conference with J. Garcia regarding reviewing invoices in preparation for preparing and filing fee application. | 0.20 | 143.00 |
| 08/12/24 | MGN | Multiple correspondence to and from J. Garcia regarding revising billing memos and finalizing draft of monthly fee application. | 0.50 | 357.50 |
| 08/12/24 | MGN | Correspondence to and from N. Montanez regarding same. | 0.20 | 143.00 |
| 08/13/24 | MGN | Correspondence to and from J. Garcia regarding revising invoices and finalizing fee application. | 0.20 | 143.00 |
| 08/14/24 | MGN | Multiple correspondence to and from J. Garcia regarding finalizing draft of Fee Application and monthly invoices. | 0.40 | 286.00 |
| 08/14/24 | JG | Revise first monthly fee application | 2.10 | 945.00 |
| 08/15/24 | MGN | Review Order Employing Saul Ewing as counsel to the creditors committee. | 0.10 | 71.50 |
| 08/15/24 | JG | Correspondence w/ M. Novick re: first monthly fee app | 0.20 | 90.00 |
| 08/22/24 | MGN | Telephone conference with E. Miller regarding attorneys' fees to | 0.20 | 143.00 |

391790   Optio Rx LLC - Official Committee of Unsecured Creditors         Invoice        4370789
00010    Fee / Employment Applications (Saul Ewing)                                       Page: 2
09/30/24

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| | | date and filing fee application. | | |
| 08/23/24 | MGN | Review Committees' time expended to date in response to request for information from S. Brown. | 0.20 | 143.00 |
| 08/29/24 | JG | Correspondence w/ M. Novick re: revisions to first monthly fee app | 0.20 | 90.00 |
| 08/29/24 | JG | Correspondence w/ M. Novick re: filing of final Saul Ewing fee application | 0.20 | 90.00 |
| 08/29/24 | ETM | EMs with MN re fee app queries | 0.20 | 136.00 |
| 08/30/24 | JG | Review and revise Saul Ewing first monthly fee application | 1.50 | 675.00 |
| | | TOTAL HOURS | 8.60 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Jorge Garcia | 5.40 | at | 450.00 | = | 2,430.00 |
| Evan T. Miller | 0.20 | at | 680.00 | = | 136.00 |
| Michelle G. Novick | 3.00 | at | 715.00 | = | 2,145.00 |
| | | | | CURRENT FEES | 4,711.00 |

TOTAL AMOUNT OF THIS INVOICE            4,711.00



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number    4370790 |
| N/A - Committee N/A - Committee | Invoice Date    09/30/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number    391790 |
| Northbrook, IL 60062 | Matter Number    00011 |

Re:    Fee / Employment Applications (Other Professionals)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/24 | MGN | Review correspondence form U.S. Trustee regarding issues with Alvarez & Marsal's employment application. | 0.20 | 143.00 |
| 08/01/24 | JG | Correspondence w/ E. Miller re: A&M retention issues | 0.20 | 90.00 |
| 08/05/24 | JG | Correspondence w/ UST re: A&M retention issues | 0.20 | 90.00 |
| 08/05/24 | ETM | EMs regarding retention queries with UST/DRs counsel/MN/JG/RN and review language re same | 0.70 | 476.00 |
| 08/06/24 | ETM | Further review of proposed A&M language | 0.30 | 204.00 |
| 08/07/24 | JG | Correspondence w/ A&M re: revisions to retention application | 0.20 | 90.00 |
| 08/07/24 | ETM | Further EMs with JG/RN re retention queries | 0.20 | 136.00 |
| 08/08/24 | JG | Correspondence w/ A&M re: revisions to retention application | 0.20 | 90.00 |
| 08/12/24 | JG | Correspondence w/ UST re: revisions to proposed order approving retention of A&M | 0.20 | 90.00 |
| 08/13/24 | JG | Correspondence w/ Debtors' counsel re: revisions to proposed order approving retention of A&M | 0.20 | 90.00 |
| 08/13/24 | JG | Correspondence w/ A&M re: further questions from UST regarding retention application | 0.20 | 90.00 |
| 08/13/24 | JG | Correspondence w/ UST re: further questions from UST regarding retention application | 0.20 | 90.00 |
| 08/14/24 | JG | Correspondence w/ UST re: revisions to proposed order approving retention of A&M | 0.20 | 90.00 |
| 08/15/24 | REW | Revise and finalize certification of counsel regarding Alvarez & Marsal retention application | 0.10 | 28.50 |

391790     Optio Rx LLC - Official Committee of Unsecured Creditors          Invoice      4370790
00011      Fee / Employment Applications (Other Professionals)                          Page: 2
09/30/24

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/15/24 | REW | Review and assemble exhibits for certification of counsel regarding Alvarez & Marsal retention application | 0.20 | 57.00 |
| 08/15/24 | REW | .pdf and electronic docketing of certification of counsel regarding Alvarez & Marsal retention application | 0.20 | 57.00 |
| 08/15/24 | REW | Prepare final revised order on Alvarez & Marsal retention application and upload to the Court | 0.10 | 28.50 |
| 08/15/24 | JG | Finalize COC for filing resolving UST and Debtors' informal objection to A&M retention application | 0.60 | 270.00 |
| 08/16/24 | JG | Review Order Authorizing Employment and Retention of Alvarez & Marsal | 0.20 | 90.00 |
| 08/23/24 | MGN | Review Debtors' KEIP Motion. | 0.20 | 143.00 |
| 08/23/24 | MGN | Correspondence to and from E. Miller summarizing same. | 0.30 | 214.50 |
| 08/25/24 | MGN | Review correspondence from R. Newman outlining KEIP issues. | 0.20 | 143.00 |
| 08/25/24 | MGN | Correspondence to and from E. Miller regarding same. | 0.10 | 71.50 |
| 08/27/24 | MGN | Review Debtors' KEIP Motion summaries in preparation for upcoming committee call. | 0.20 | 143.00 |
| 08/27/24 | MGN | Correspondence to and from J. Garcia regarding docketing objection deadline to the Debtors' KEIP Motion. | 0.10 | 71.50 |
| 08/29/24 | MGN | Multiple correspondence to and from R. Newman regarding finalizing and filing A&M's Fee Application. | 0.30 | 214.50 |
| 08/29/24 | MGN | Review A&M's Fee Application. | 0.40 | 286.00 |
| 08/29/24 | MGN | Multiple correspondence to and from R. Newman regarding voluntary deductions in A&M's fee application and itemizing same. | 0.20 | 143.00 |
| 08/29/24 | MGN | Multiple correspondence to E. Miller regarding reviewing and filing same. | 0.20 | 143.00 |
| 08/29/24 | MGN | Follow-up correspondence to and from R. Newman and J. Garcia regarding same. | 0.20 | 143.00 |
| 08/29/24 | JG | Correspondence w/ M. Novick re: filing of final Alvarez and Marsal fee application | 0.20 | 90.00 |
| 08/30/24 | MGN | Review fee application of A&M. | 0.30 | 214.50 |
| 08/30/24 | MGN | Correspondence to and from E. Miller regarding same. | 0.20 | 143.00 |
| 08/30/24 | MGN | Draft, review and revise fee application of Saul Ewing. | 0.90 | 643.50 |
| 08/30/24 | MGN | Telephone conference with J. Garcia regarding same. | 0.30 | 214.50 |
| 08/30/24 | MGN | Correspondence to E. Miller regarding same. | 0.20 | 143.00 |

391790    Optio Rx LLC - Official Committee of Unsecured Creditors    Invoice    4370790

00011    Fee / Employment Applications (Other Professionals)    Page: 3

09/30/24

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/30/24 | ETM | EMs with MN/RN re fee app (0.6) and review/revise same (0.4) | 1.00 | 680.00 |

TOTAL HOURS    10.10

**TIMEKEEPER TIME SUMMARY**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Jorge Garcia | 2.80 | at | 450.00 | = | 1,260.00 |
| Evan T. Miller | 2.20 | at | 680.00 | = | 1,496.00 |
| Michelle G. Novick | 4.50 | at | 715.00 | = | 3,217.50 |
| Robyn E. Warren | 0.60 | at | 285.00 | = | 171.00 |

CURRENT FEES    6,144.50

TOTAL AMOUNT OF THIS INVOICE    6,144.50



www.saul.com

| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4370791 |
| N/A - Committee N/A - Committee | Invoice Date | 09/30/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00013 |

Re:   Lien Review

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/24:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/16/24 | NS | Calls with M. Novick re: redaction of lien motion | 0.20 | 60.00 |
| | | TOTAL HOURS | 0.20 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Nicholas Smargiassi | 0.20 | at | 300.00 | = | 60.00 |
| | | | | CURRENT FEES | 60.00 |
| | | | | TOTAL AMOUNT OF THIS INVOICE | 60.00 |

161 North Clark, Suite 4200 ♦ Chicago, IL 60601 ♦ Phone: 312-876-7100 ♦ Fax: (312) 876-0288

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



www.saul.com

| | | | | |
|---|---|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | | | Invoice Number | 4370792 |
| N/A - Committee N/A - Committee | | | Invoice Date | 09/30/24 |
| 3701 Commercial Avenue, Suite 14 | | | Client Number | 391790 |
| Northbrook, IL 60062 | | | Matter Number | 00014 |

Re:   Litigation: Contested Matters and Adversary Proceedings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/02/24 | MGN | Multiple correspondence to and from E. Miller regarding standing challenge, timing, extension request and issues relating thereto. | 0.50 | 357.50 |
| 08/02/24 | MGN | Review standing challenge timing and issues. | 0.80 | 572.00 |
| 08/02/24 | MGN | Follow-up correspondence to and from E. Miller and T. Falk regarding same. | 0.20 | 143.00 |
| 08/03/24 | MGN | Correspondence to and from S. Brown and W. Chipman requesting extension of challenge period. | 0.30 | 214.50 |
| 08/03/24 | MGN | Correspondence to and from T. Falk regarding same. | 0.10 | 71.50 |
| 08/03/24 | MGN | Draft Committees' Motion for Standing. | 3.20 | 2,288.00 |
| 08/03/24 | TNF | Analysis of E. Miller and M. Novick correspondence re: challenge motion and timeline. | 0.20 | 86.00 |
| 08/03/24 | TNF | Correspondence with E. Miller and M. Novick re: challenge motion | 0.10 | 43.00 |
| 08/04/24 | MGN | Correspondence to and from E. Miller and T. Falk regarding agreed upon extension of challenge deadline. | 0.10 | 71.50 |
| 08/04/24 | TNF | Correspondence with M. Novick re: challenge standing motion | 0.10 | 43.00 |
| 08/04/24 | TNF | Analysis of M. Novick email re: challenge motion extension | 0.10 | 43.00 |
| 08/05/24 | MGN | Correspondence to T. Falk enclosing framework for standing objection. | 0.20 | 143.00 |
| 08/05/24 | MGN | Follow-up correspondence to and from T. Falk regarding same. | 0.10 | 71.50 |
| 08/05/24 | MGN | Telephone conference with E. Miller regarding reviewing appeal, order and ruling relating to Skin Medicinal litigation. | 0.20 | 143.00 |

391790   Optio Rx LLC - Official Committee of Unsecured Creditors   Invoice   4370792
00014    Litigation: Contested Matters and Adversary Proceedings    Page: 2
09/30/24

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/05/24 | ETM | EMs re status of litigation and settlement with MN/MB/RN | 0.20 | 136.00 |
| 08/06/24 | MGN | Telephone conference with E. Miller and T. Falk regarding executing Certification of Counsel regarding Challenge extension. | 0.20 | 143.00 |
| 08/06/24 | MGN | Review Certification of Counsel regarding Challenge extension. | 0.20 | 143.00 |
| 08/06/24 | MGN | Correspondence to and from T. Falk regarding same. | 0.10 | 71.50 |
| 08/06/24 | MGN | Review District Court litigation pleadings and docket (.5); correspondence to E. Miller summarizing status of District Court litigation and remanded proceedings to Judge Horan (.2) | 0.70 | 500.50 |
| 08/06/24 | TNF | Prepare certification extending challenge period | 0.70 | 301.00 |
| 08/06/24 | TNF | Correspondence with W. Chipman and S. Brown re: challenge extension | 0.20 | 86.00 |
| 08/06/24 | ETM | Review/EMs with MN re status of litigation | 0.20 | 136.00 |
| 08/06/24 | ETM | Review COC re challenge extension | 0.10 | 68.00 |
| 08/07/24 | MGN | Correspondence to and from T. Falk regarding filing Committee's Motion for Challenge and additional potential causes of action to set forth in Motion. | 0.20 | 143.00 |
| 08/07/24 | TNF | Correspondence with E. Miller and M. Novick re: claims against lien entity | 0.20 | 86.00 |
| 08/07/24 | TNF | Prepare committee standing motion | 0.60 | 258.00 |
| 08/07/24 | TNF | Correspondence with E. Miller re: causes of action against lender | 0.10 | 43.00 |
| 08/07/24 | TNF | Correspondence with M. Novick re: commercial tort claims | 0.10 | 43.00 |
| 08/07/24 | ETM | Prepare for and attend TC re potential settlement terms | 0.50 | 340.00 |
| 08/07/24 | ETM | Further EMs with TF/MN/WC/SB regarding challenge issues and scheduling same | 0.40 | 272.00 |
| 08/08/24 | MGN | Correspondence to and from E. Miller regarding standing challenge issues. | 0.20 | 143.00 |
| 08/08/24 | TNF | Prepare committee standing motion | 1.20 | 516.00 |
| 08/09/24 | MGN | Review correspondence from T. Falk regarding submitting certification of counsel regarding challenge period exception. | 0.20 | 143.00 |
| 08/09/24 | MGN | Telephone conference with T. Falk regarding same. | 0.30 | 214.50 |
| 08/09/24 | MGN | Correspondence to S. Brown, counsel to the Lenders, regarding same. | 0.10 | 71.50 |
| 08/09/24 | TNF | Email to S. Brown re: challenge tolling stipulation | 0.10 | 43.00 |
| 08/09/24 | TNF | Analysis of W. Chipman changes re: tolling stipulation | 0.10 | 43.00 |

391790     Optio Rx LLC - Official Committee of Unsecured Creditors     Invoice     4370792
00014     Litigation: Contested Matters and Adversary Proceedings     Page: 3
09/30/24

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/09/24 | TNF | Call with M. Novick re: challenge period | 0.20 | 86.00 |
| 08/09/24 | ETM | Further EMs re litigation deadline | 0.30 | 204.00 |
| 08/12/24 | AHI | Analysis of strategic issues re: avoidance action | 0.40 | 318.00 |
| 08/12/24 | MGN | Correspondence to and from T. Falk regarding lack of response from secured lenders and issues relating thereto. | 0.20 | 143.00 |
| 08/12/24 | MGN | Multiple correspondence to and from S. Brown, counsel to the secured lenders, regarding his agreement to extend challenge period. | 0.20 | 143.00 |
| 08/12/24 | MGN | Correspondence to T. Falk advising him to file stipulation extending challenge period. | 0.20 | 143.00 |
| 08/12/24 | MGN | Telephone call to B. Chipman regarding the filing challenge motion and issues relating thereto. | 0.10 | 71.50 |
| 08/12/24 | MGN | Follow-up correspondence to T. Falk regarding same. | 0.10 | 71.50 |
| 08/12/24 | MGN | Multiple correspondence to A. Isenberg regarding general unsecured creditors' position and strategy. | 0.30 | 214.50 |
| 08/12/24 | MGN | Follow-up correspondence to E. Miller regarding same. | 0.10 | 71.50 |
| 08/12/24 | MGN | Correspondence to and from S. Brown regarding scheduling a call to discuss the committee's settlement proposals. | 0.20 | 143.00 |
| 08/12/24 | MGN | Correspondence to and from A. Isenberg, E. Miller and T. Falk regarding same. | 0.10 | 71.50 |
| 08/12/24 | MGN | Correspondence to Judge Horan's clerk and E. Miller, W. Chipman and S. Brown confirming availability for hearing date for challenge motion. | 0.20 | 143.00 |
| 08/12/24 | MGN | Multiple correspondence to and from S. Brown regarding extension of challenge period. | 0.20 | 143.00 |
| 08/12/24 | MGN | Correspondence to A. Hrycak advising of status of hearing date relating to committee's standing motion. | 0.10 | 71.50 |
| 08/12/24 | TNF | Analysis of motion for standing hearing dates and call to court re: scheduling | 0.20 | 86.00 |
| 08/12/24 | TNF | Correspondence with M. Novick re: hearing scheduling | 0.10 | 43.00 |
| 08/12/24 | TNF | Call with A. Isenberg re: derivative standing motion | 0.40 | 172.00 |
| 08/12/24 | TNF | Correspondence with M. Novick re: derivative standing issues | 0.20 | 86.00 |
| 08/12/24 | TNF | Prepare motion for standing and avoidance complaint | 1.50 | 645.00 |
| 08/12/24 | TNF | Call with C. Santangelo re: challenge stipulation | 0.20 | 86.00 |
| 08/12/24 | TNF | Prepare finalized extension stipulation | 0.10 | 43.00 |

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/12/24 | TNF | Analysis of M. Novick correspondence re: challenge period | 0.20 | 86.00 |
| 08/12/24 | TNF | Prepare complaint against secured lender | 1.40 | 602.00 |
| 08/12/24 | ETM | EMs with TF/MN/AI/Chambers re hearing scheduling for potential litigation and preparation of complaint | 0.40 | 272.00 |
| 08/13/24 | AHI | Review of draft complaint | 0.10 | 79.50 |
| 08/13/24 | MGN | Correspondence to and from S. Brown, counsel to the Lenders, regarding scheduling a time to discuss counteroffer. | 0.10 | 71.50 |
| 08/13/24 | MGN | Correspondence to and from T. Falk regarding same. | 0.10 | 71.50 |
| 08/13/24 | MGN | Correspondence to P. Altman, G. Savino and their counsel advising them of rescheduled committee meeting given upcoming conference with S. Brown. | 0.20 | 143.00 |
| 08/13/24 | MGN | Prepare for and participate in telephone conference with S. Brown and T. Falk discussing challenge motion, deadline, complaint and settlement proposal. | 0.90 | 643.50 |
| 08/13/24 | MGN | Correspondence to and from E. Miller advising him of results of call with S. Brown. | 0.30 | 214.50 |
| 08/13/24 | MGN | Correspondence to and from A. Hrycak, Judge Horan's clerk, regarding date/time of hearing on challenge motion. | 0.10 | 71.50 |
| 08/13/24 | TNF | Correspondence with M. Novick re: lender negotiations | 0.10 | 43.00 |
| 08/13/24 | TNF | Call with M. Novick, S. Brown re: DIP challenges | 0.60 | 258.00 |
| 08/13/24 | TNF | Call with M. Novick re: complaint strategy | 0.40 | 172.00 |
| 08/13/24 | TNF | Prepare challenge complaint | 1.10 | 473.00 |
| 08/13/24 | TNF | Prepare motion for derivative standing | 0.40 | 172.00 |
| 08/13/24 | TNF | Analysis of M. Novick correspondence re: lender negotiations | 0.10 | 43.00 |
| 08/13/24 | ETM | Review of complaint and supporting documents and EMs with TF/MN re same (1.0); Ems with MN/AI/TF re status of discussions regarding same (0.5) | 1.50 | 1,020.00 |
| 08/14/24 | AHI | Review of draft complaint | 0.60 | 477.00 |
| 08/14/24 | AHI | Email from T. Falk re: comments to complaint | 0.10 | 79.50 |
| 08/14/24 | MGN | Draft, review and revise Motion of Official Committee of Unsecured Creditors for Entry of an Order Granting Derivative Standing. | 0.90 | 643.50 |
| 08/14/24 | MGN | Multiple correspondence to and from A. Isenberg and T. Falk regarding same. | 0.20 | 143.00 |
| 08/14/24 | MGN | Multiple correspondence to and from E. Miller regarding same. | 0.30 | 214.50 |

| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | | | Invoice | 4370792 |
| 00014 | Litigation: Contested Matters and Adversary Proceedings | | | | Page: 5 |
| 09/30/24 | | | | | |

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/14/24 | MGN | Correspondence to and from G. Savino regarding settlement alternatives between the committee and the lenders. | 0.10 | 71.50 |
| 08/14/24 | TNF | Prepare challenge complaint | 0.20 | 86.00 |
| 08/14/24 | TNF | Correspondence with A. Isenberg, M. Novick, E. Miller re: standing motion and complaint | 0.20 | 86.00 |
| 08/14/24 | TNF | Prepare standing motion for challenges | 1.50 | 645.00 |
| 08/14/24 | TNF | Analysis of M. Novick correspondence re: lender settlement potential | 0.20 | 86.00 |
| 08/14/24 | ETM | Review/revise draft complaint and motion and brief research re same (1.8) and EMs with MN/TF/AI/Committee re same (0.6) | 2.40 | 1,632.00 |
| 08/15/24 | REW | Telephone call with and correspondence with T. Falk re: standing motion | 0.20 | 57.00 |
| 08/15/24 | REW | Revise and finalize standing motion | 0.30 | 85.50 |
| 08/15/24 | REW | Revise and finalize draft complaint | 0.20 | 57.00 |
| 08/15/24 | REW | .pdf, electronic docketing and service of standing motion | 0.30 | 85.50 |
| 08/15/24 | MGN | Correspondence to the Committee regarding circulating standing motion for their review and approval. | 0.10 | 71.50 |
| 08/15/24 | MGN | Review and Revise Motion of Official Committee of Unsecured Creditors for Entry of an Order Granting Derivative Standing. | 1.30 | 929.50 |
| 08/15/24 | MGN | Multiple correspondence to and from T. Falk and E. Miller regarding revising and filing Motion of Official Committee of Unsecured Creditors for Entry of an Order Granting Derivative Standing. | 1.10 | 786.50 |
| 08/15/24 | MGN | Correspondence to and from the Committee enclosing Motion of Official Committee of Unsecured Creditors for Entry of an Order Granting Derivative Standing and responding to their questions regarding Motion, status of case and potential resolution with the lenders | 0.50 | 357.50 |
| 08/15/24 | MGN | Correspondence to and from B. Chipman regarding redacting bank account information in exhibit to standing motion. | 0.20 | 143.00 |
| 08/15/24 | MGN | Correspondence to and from E. Miller and P. Topper regarding same. | 0.20 | 143.00 |
| 08/15/24 | TNF | Prepare standing motion and challenge complaint against Loan Admin | 1.20 | 516.00 |
| 08/15/24 | TNF | Prepare finalized motion for standing and complaint | 0.30 | 129.00 |
| 08/15/24 | TNF | Correspondence with R. Warren re: challenge motion | 0.10 | 43.00 |
| 08/15/24 | TNF | Analysis of M. Novick correspondence with committee re: challenge motion and complaint | 0.10 | 43.00 |

391790      Optio Rx LLC - Official Committee of Unsecured Creditors          Invoice      4370792
00014       Litigation: Contested Matters and Adversary Proceedings                        Page: 6
09/30/24

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/15/24 | TNF | Finalize motion for derivative standing | 0.30 | 129.00 |
| 08/15/24 | TNF | Finalize challenge complaint | 0.30 | 129.00 |
| 08/15/24 | TNF | Analysis of committee member correspondence re: lender settlement parameters | 0.10 | 43.00 |
| 08/15/24 | ETM | Review/revise draft motion and complaint (2.9) and EMs with TF/MN/RW/client re same (0.4) | 3.30 | 2,244.00 |
| 08/16/24 | MGN | Multiple correspondence to and from R. Warren, E. Miller and N. Smarigassi regarding redacting two exhibits the challenge motion in light of bank account and tax information, restrict viewing and prepare motion to redact. | 0.80 | 572.00 |
| 08/16/24 | MGN | Correspondence to and from B. Chipman, counsel to the Debtor, regarding same. | 0.20 | 143.00 |
| 08/16/24 | NS | Emails with M. Novick, E. Miller, and R. Warren re: redaction of standing motion | 0.40 | 120.00 |
| 08/16/24 | NS | Review Committee standing motion and make redactions | 0.70 | 210.00 |
| 08/16/24 | NS | Email court re: withdraw of exhibit to committee standing motion | 0.10 | 30.00 |
| 08/18/24 | MGN | Correspondence to and from E. Miller regarding appearing at Skin Medicinal zoom hearing. | 0.20 | 143.00 |
| 08/18/24 | ETM | EMs with MN re status of litigation and next steps in same | 0.30 | 204.00 |
| 08/19/24 | NS | Draft notice of withdrawal of exhibits to Committee's standing motion | 0.40 | 120.00 |
| 08/19/24 | NS | Draft filing of redacted exhibits to Committee's standing Motion | 0.50 | 150.00 |
| 08/19/24 | NS | Email to E. Miller and M. Novick re: notice of filing redacted Committee standing motion and withdrawing exhibits | 0.20 | 60.00 |
| 08/19/24 | ETM | Review outstanding litigation issues and EMs with TF/MN/RN/client re same and next steps | 0.80 | 544.00 |
| 08/20/24 | MGN | Review R. Patel's Response to Motion to Enforce Stay. | 0.20 | 143.00 |
| 08/20/24 | MGN | Correspondence to and from E. Miller regarding preparing and arguing Standing Motion. | 0.10 | 71.50 |
| 08/20/24 | MGN | Review and revise Motion to Redact Annexes from Standing Motion. | 0.20 | 143.00 |
| 08/20/24 | NS | Review response of Rinku Patel to motion to enforce the automatic stay | 0.20 | 60.00 |
| 08/20/24 | NS | Draft motion to redact and replace annexes to Committee's standing motion | 1.60 | 480.00 |
| 08/20/24 | NS | Draft proposed order to motion to redact annexes to Committee's standing motion | 0.80 | 240.00 |

391790      Optio Rx LLC - Official Committee of Unsecured Creditors            Invoice      4370792
00014       Litigation: Contested Matters and Adversary Proceedings                          Page: 7
09/30/24

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/20/24 | NS | Draft certificate of service to motion to redact annexes to Committee's standing motion | 0.30 | 90.00 |
| 08/20/24 | NS | Create Exhibits to motion to redact and replace annexes to standing motion | 0.20 | 60.00 |
| 08/20/24 | NS | Review local rules re: motion to redact annexes to Committee's standing motion | 0.20 | 60.00 |
| 08/20/24 | NS | Draft notice of motion to redact and replace annexes to committee standing motion | 0.60 | 180.00 |
| 08/20/24 | NS | Email to E. Miller and M. Novick re: motion to redact annexes to Committee's standing motion | 0.10 | 30.00 |
| 08/20/24 | TNF | Meeting with A. Isenberg re: evidence for derivative standing motion | 0.20 | 86.00 |
| 08/20/24 | ETM | OC with WC and TC with MN re status of litigation and discussions re same | 0.30 | 204.00 |
| 08/21/24 | MGN | Correspondence to and from E. Miller regarding settlement discussions with S. Brown, Lenders' counsel. | 0.20 | 143.00 |
| 08/21/24 | MGN | Follow-up correspondence to and from E. Miller regarding same. | 0.20 | 143.00 |
| 08/21/24 | NS | Review M. Novick comments to motion to redact annexes to committee standing motion | 0.10 | 30.00 |
| 08/21/24 | TNF | Correspondence with M. Novick, E. Miller re: evidentiary support for motion for standing | 0.20 | 86.00 |
| 08/21/24 | ETM | EMs with TF re status of litigation and TC/EM with WC/MN re status of discussions | 0.50 | 340.00 |
| 08/22/24 | MGN | Telephone conference with E. Miller discussing settlement discussions with lenders and issues relating thereto. | 0.30 | 214.50 |
| 08/22/24 | MGN | Review Lenders' Objection to the Committee's Standing Motion. | 0.50 | 357.50 |
| 08/22/24 | MGN | Correspondence to and from T. Falk regarding same. | 0.30 | 214.50 |
| 08/22/24 | NS | Emails with T. Falk and M. Novick re: committee standing motion objection | 0.20 | 60.00 |
| 08/22/24 | TNF | Analysis of lender opposition to motion for standing | 0.50 | 215.00 |
| 08/22/24 | TNF | Correspondence with E. Miller, M. Novick re: standing motion argument | 0.10 | 43.00 |
| 08/22/24 | TNF | Analysis of debtor objection to standing | 0.30 | 129.00 |
| 08/22/24 | TNF | Prepare reply re: standing motion | 1.00 | 430.00 |
| 08/22/24 | ETM | EMs with SB re status of litigation and discussions re same (0.1) and EMs/TC with MN re same (0.4) | 0.50 | 340.00 |
| 08/22/24 | ETM | Brief review of standing objections | 0.40 | 272.00 |

391790      Optio Rx LLC - Official Committee of Unsecured Creditors          Invoice      4370792
00014       Litigation: Contested Matters and Adversary Proceedings                        Page: 8
09/30/24

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/23/24 | MGN | Correspondence to and from T. Falk regarding replying to the Lenders' objection to standing motion. | 0.20 | 143.00 |
| 08/23/24 | MGN | Correspondence to and from E. Miller regarding settlement discussions with S. Brown, counsel to the Lenders, current Committee fees to date and related issues. | 0.30 | 214.50 |
| 08/23/24 | MGN | Review Lenders' Objection to Committee's Standing Motion. | 0.30 | 214.50 |
| 08/23/24 | MGN | Review Debtors' Objection to Committee's Standing Motion. | 0.30 | 214.50 |
| 08/23/24 | MGN | Telephone conference with E. Miller discussing upcoming hearing on Committee's Standing Motion and strategy. | 0.50 | 357.50 |
| 08/23/24 | MGN | Review Debtors' Motion to Approve Settlement with Pharmacy Operator and walk-away settlement regarding same. | 0.20 | 143.00 |
| 08/23/24 | MGN | Correspondence to E. Miller, T. Falk and A. Isenberg requesting telephone call to discuss upcoming hearing on Committee's Standing Motion and strategy. | 0.20 | 143.00 |
| 08/23/24 | TNF | Prepare reply regarding derivative standing | 2.80 | 1,204.00 |
| 08/23/24 | TNF | Analysis of E. Miller and N. Smargiassi correspondence re: contested challenge motions | 0.10 | 43.00 |
| 08/23/24 | TNF | Correspondence with M. Novick re: hearing on motion for standing | 0.10 | 43.00 |
| 08/23/24 | TNF | Analysis of 9019 settlement motion | 0.20 | 86.00 |
| 08/23/24 | TNF | Prepare reply re: standing motion | 3.50 | 1,505.00 |
| 08/23/24 | ETM | Review objections and brief research re same (0.9) and multiple EMs/TC with MN/TF re same (0.5); Further EMs with SB re potential resolution issues (0.3) | 1.70 | 1,156.00 |
| 08/24/24 | MGN | Correspondence to and form E. Miller regarding issues with Lenders not agree to fund standing challenge fight and issues relating thereto. | 0.20 | 143.00 |
| 08/24/24 | NS | Conduct legal research re: committee standing motion | 1.10 | 330.00 |
| 08/24/24 | TNF | Prepare reply in support of motion | 1.40 | 602.00 |
| 08/24/24 | ETM | Review/research re outstanding objections | 1.50 | 1,020.00 |
| 08/25/24 | AHI | Analyze strategic issues re: hearing on motion for standing | 0.70 | 556.50 |
| 08/25/24 | MGN | Prepare for and participate in telephone conference with E. Miller, T. Falk and A. Isenberg in preparation for upcoming hearing on Committee's Standing Motion. | 0.80 | 572.00 |
| 08/25/24 | MGN | Correspondence to and from R. Newman regarding appearing at upcoming hearing on Committee's Standing Motion. | 0.20 | 143.00 |

Optio Rx LLC - Official Committee of Unsecured Creditors                    Invoice       4370792
Litigation: Contested Matters and Adversary Proceedings                                   Page: 9

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/25/24 | NS | Email to E. Miller and M. Novick re: Committee standing motion | 0.20 | 60.00 |
| 08/25/24 | TNF | Analysis of M. Novick, R. Newman correspondence re: lease valuations | 0.10 | 43.00 |
| 08/25/24 | TNF | Call with E. Miller, M. Novick, A. Isenberg re: standing hearing strategy and reply contents | 0.90 | 387.00 |
| 08/25/24 | ETM | Further review re litigation issues (2.1) and TC re same (0.8) | 2.90 | 1,972.00 |
| 08/26/24 | AHI | Email from E. Miller re: court order/opinion on standing and email to E. Miller re: same | 1.20 | 954.00 |
| 08/26/24 | AHI | Email to T. Falk re: issues on standing motion | 0.10 | 79.50 |
| 08/26/24 | AHI | Review of revisions to draft response - standing motion | 0.30 | 238.50 |
| 08/26/24 | REW | Revise and finalize reply in support of derivative motion | 0.30 | 85.50 |
| 08/26/24 | REW | Assemble exhibits for Miller declaration | 0.20 | 57.00 |
| 08/26/24 | REW | .pdf, electronic docketing and service of reply in support of derivative motion | 0.30 | 85.50 |
| 08/26/24 | MGN | Telephone conference with E. Miller regarding upcoming standing challenge hearing and filing Reply. | 0.20 | 143.00 |
| 08/26/24 | MGN | Review issues relating to upcoming standing challenge hearing. | 0.80 | 572.00 |
| 08/26/24 | MGN | Multiple correspondence to and from T. Falk regarding filing Reply and upcoming challenge hearing. | 0.30 | 214.50 |
| 08/26/24 | MGN | Multiple correspondence to and from E. Miller regarding same. | 0.40 | 286.00 |
| 08/26/24 | MGN | Correspondence to R. Newman enclosing Reply in support of Committee's request for standing. | 0.20 | 143.00 |
| 08/26/24 | MGN | Multiple correspondence to T. Falk regarding preparing and finalizing exhibit and witness lists. | 0.30 | 214.50 |
| 08/26/24 | MGN | Prepare for and attend conference call with E. Miller, T. Falk and R. Newman regarding upcoming challenge hearing, witnesses, exhibits and testimony. | 0.80 | 572.00 |
| 08/26/24 | NS | Emails from E. Miller, A. Isenberg, and T. Falk re: committee standing motion | 0.20 | 60.00 |
| 08/26/24 | NS | Conduct legal research re: evidentiary issues in committee standing motion | 1.80 | 540.00 |
| 08/26/24 | NS | Call with T. Falk, E. Miller, and M. Novick re: committee standing motion | 0.50 | 150.00 |
| 08/26/24 | TNF | Prepare reply in support of motion for standing | 3.00 | 1,290.00 |
| 08/26/24 | TNF | Correspondence with E. Miller, M. Novick re: exhibits and confidentiality | 0.20 | 86.00 |

391790     Optio Rx LLC - Official Committee of Unsecured Creditors      Invoice     4370792
00014      Litigation: Contested Matters and Adversary Proceedings                   Page: 10
09/30/24

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/26/24 | TNF | Call with A. Isenberg re: hearing strategy | 0.20 | 86.00 |
| 08/26/24 | TNF | Prepare final reply in support of standing motion | 0.40 | 172.00 |
| 08/26/24 | TNF | Correspondence with S. Kenny re: exhibit list for standing hearing | 0.20 | 86.00 |
| 08/26/24 | TNF | Call with E. Miller, M. Novick re: standing hearing strategy | 0.50 | 215.00 |
| 08/26/24 | TNF | Call with R. Newman, E. Miller, M. Novick re: standing motion and financials | 0.40 | 172.00 |
| 08/26/24 | ETM | Further review/revision re pleading for filing (0.7) and EMs with AI/MN/TF/NS/RN re same (0.3) | 1.00 | 680.00 |
| 08/27/24 | MGN | Telephone conference with E. Miller discussing upcoming standing challenge hearing and issues relating thereto. | 0.40 | 286.00 |
| 08/27/24 | MGN | Multiple correspondence to and from E. Miller regarding settlement authority and alternatives. | 0.30 | 214.50 |
| 08/27/24 | MGN | Follow-up telephone conference with E. Miller regarding same. | 0.30 | 214.50 |
| 08/27/24 | MGN | Review Debtors' Exhibit List in preparation for upcoming hearing. | 0.30 | 214.50 |
| 08/27/24 | MGN | Correspondence to T. Falk regarding upcoming hearing on standing challenge motion. | 0.20 | 143.00 |
| 08/27/24 | NS | Review Loan Admin Co's Motion to file sur-reply | 0.30 | 90.00 |
| 08/27/24 | TNF | Meeting with A. Isenberg re: standing hearing strategy | 0.20 | 86.00 |
| 08/27/24 | TNF | Call with S. Kenny re: exhibit list | 0.10 | 43.00 |
| 08/27/24 | TNF | Analysis of witness list for standing motion hearing | 0.10 | 43.00 |
| 08/27/24 | TNF | Analysis of witness and exhibit list, E. Miller correspondence with S. Brown re: same | 0.20 | 86.00 |
| 08/27/24 | TNF | Analysis of Debtor's witness and exhibit list re: standing motion | 0.10 | 43.00 |
| 08/27/24 | TNF | Analysis of Loan Admin surreply re: standing motion | 0.30 | 129.00 |
| 08/27/24 | ETM | Further review/prep for hearing (1.5) and review/revise draft exhibit list (0.5) and multiple EMs with MN/TF re same (0.7); further EMs/TCs with counsel re resolution and settlement of outstanding issues (0.6) | 2.70 | 1,836.00 |
| 08/28/24 | TNF | Analysis of M. Novick, E. Miller correspondence re: settlement | 0.20 | 86.00 |
| 08/28/24 | TNF | Email to E. Miller re: settlement terms and documentation | 0.10 | 43.00 |
| 08/28/24 | TNF | Call with A. Isenberg re: debtor settlement | 0.20 | 86.00 |
| 08/28/24 | TNF | Analysis of hearing agenda re: standing motion adjournment | 0.10 | 43.00 |

| | | | | |
|---|---|---|---|---|
| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | | Invoice | 4370792 |
| 00014 | Litigation: Contested Matters and Adversary Proceedings | | | Page: 11 |
| 09/30/24 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/28/24 | ETM | Further EMs/TCs with MN/SB/WC/TF re resolution and next steps in effectuating same | 0.50 | 340.00 |
| 08/29/24 | MGN | Correspondence to and from E. Miller regarding status of Skin Medicinal's adversary litigation. | 0.20 | 143.00 |
| | | TOTAL HOURS | 99.40 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 33.40 | at | 430.00 | = | 14,362.00 |
| Adam H. Isenberg | 3.50 | at | 795.00 | = | 2,782.50 |
| Evan T. Miller | 22.40 | at | 680.00 | = | 15,232.00 |
| Michelle G. Novick | 27.60 | at | 715.00 | = | 19,734.00 |
| Nicholas Smargiassi | 10.70 | at | 300.00 | = | 3,210.00 |
| Robyn E. Warren | 1.80 | at | 285.00 | = | 513.00 |
| | | | CURRENT FEES | | 55,833.50 |

TOTAL AMOUNT OF THIS INVOICE          55,833.50



www.saul.com

| Optio Rx LLC - Official Committee of Unsecured Creditors | | | Invoice Number | 4370793 |
| N/A - Committee N/A - Committee | | | Invoice Date | 09/30/24 |
| 3701 Commercial Avenue, Suite 14 | | | Client Number | 391790 |
| Northbrook, IL 60062 | | | Matter Number | 00016 |

Re:  Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/24:

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 08/01/24 | MGN | Attend hearing on approval of disclosure statement and solicitation package. | 0.60 | 429.00 |
| 08/02/24 | TNF | Analysis of E. Miller correspondence with S. Brown re: potential plan settlement | 0.10 | 43.00 |
| 08/02/24 | ETM | Final prep of solicitation letter and next steps re same (0.8) and EMs re same (0.2) | 1.00 | 680.00 |
| 08/05/24 | MGN | Correspondence to and from R. Newman discussing status of settlement. | 0.20 | 143.00 |
| 08/05/24 | TNF | Call with E. Miller, M. Novick re: plan and challenge extension process | 0.50 | 215.00 |
| 08/06/24 | TNF | Call with M. Novick re: challenge extension | 0.20 | 86.00 |
| 08/08/24 | ETM | Further EMs with opposing counsel and review case file/research re same | 0.90 | 612.00 |
| 08/12/24 | MGN | Correspondence to and from R. Newman regarding the debtors' financial projections. | 0.20 | 143.00 |
| 08/12/24 | MGN | Correspondence to E. Miller and A. Isenberg regarding objecting to Plan | 0.10 | 71.50 |
| 08/13/24 | MGN | Correspondence to and from R. Newman regarding the debtors' financials and projections. | 0.20 | 143.00 |
| 08/15/24 | MGN | Review distributions to class 6 and class 8 creditors | 0.20 | 143.00 |
| 08/15/24 | MGN | Correspondence to and from E. Miller regarding settlement distribution to class 6 and class 8 in preparation of providing information to the committee. | 0.20 | 143.00 |
| 08/19/24 | MGN | Correspondence to and from R. Newman regarding status of the | 0.10 | 71.50 |

391790      Optio Rx LLC - Official Committee of Unsecured Creditors                    Invoice      4370793
00016       Plan and Disclosure Statement                                                           Page: 2
09/30/24

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| | | debtors' financial projections. | | |
| 08/19/24 | TNF | Call with E. Miller, M. Novick, J. Garcia, N. Smargiassi re: plan objection and impact of lien challenge on plan | 0.50 | 215.00 |
| 08/20/24 | TNF | Prepare objection to confirmation | 1.30 | 559.00 |
| 08/27/24 | MGN | Correspondence to and from T. Falk regarding drafting and filing plan objection. | 0.10 | 71.50 |
| 08/27/24 | MGN | Correspondence to E. Miller regarding same. | 0.10 | 71.50 |
| 08/27/24 | MGN | Correspondence to S. Brown and B. Chipman requesting extension of deadline for committee to file plan objection. | 0.10 | 71.50 |
| 08/27/24 | TNF | Correspondence with E. Miller and M. Novick re: plan objection | 0.20 | 86.00 |
| 08/28/24 | MGN | Multiple correspondence with E. Miller and T. Falk regarding settlement. | 0.30 | 214.50 |
| 08/28/24 | MGN | Review Plan Supplement. | 0.30 | 214.50 |
| 08/28/24 | MGN | Forward Plan Supplement to Committee for their review. | 0.20 | 143.00 |
| 08/28/24 | MGN | Review Debtor's Motion to Reject Executory Contracts and related pleadings. | 0.20 | 143.00 |
| 08/28/24 | MGN | Correspondence to and from G. Savino regarding the Plan Supplement and whether Exhibit C is inclusive of prior rejected contracts. | 0.20 | 143.00 |

TOTAL HOURS      8.00

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|------|---|-------|
| Turner N. Falk | 2.80 | at | 430.00 | = | 1,204.00 |
| Evan T. Miller | 1.90 | at | 680.00 | = | 1,292.00 |
| Michelle G. Novick | 3.30 | at | 715.00 | = | 2,359.50 |

CURRENT FEES      4,855.50

TOTAL AMOUNT OF THIS INVOICE      4,855.50



www.saul.com

| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4370794 |
|---|---|---|
| N/A - Committee N/A - Committee | Invoice Date | 09/30/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00017 |

Re:   Preparation for and Attendance at Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/01/24 | ETM | Prepare for and attend hearing re solicitation and disclosure statement (2.4) and EMs with MN/WC re same (0.2) | 2.60 | 1,768.00 |
| 08/02/24 | ETM | Review/research re various litigation issues and EMs with MN/TF re same | 2.50 | 1,700.00 |
| 08/27/24 | REW | Revise and finalize Committee's exhibit list for August 29 hearing | 0.10 | 28.50 |
| 08/27/24 | REW | .pdf, electronic docketing and service of Committee's exhibit list for August 29 hearing | 0.30 | 85.50 |
| 08/29/24 | ETM | Attend 8/29 hearing | 1.00 | 680.00 |
| | | TOTAL HOURS | 6.50 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Evan T. Miller | 6.10 | at | 680.00 | = | 4,148.00 |
| Robyn E. Warren | 0.40 | at | 285.00 | = | 114.00 |
| | | | | CURRENT FEES | 4,262.00 |

TOTAL AMOUNT OF THIS INVOICE    4,262.00

161 North Clark, Suite 4200 ♦ Chicago, IL 60601 ♦ Phone: 312-876-7100 ♦ Fax: (312) 876-0288

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP