# EXHIBIT D

## EXPENSE SUMMARY

**Expense Summary**

**For the Period from August 1, 2024 through August 31, 2024**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Fees | Delaware Bankruptcy Court | $50.00 |
| Legal Research | Westlaw | $2,384.64 |
| **Total** | | **$2,434.64** |



www.saul.com

Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4370785
N/A - Committee N/A - Committee | Invoice Date | 09/30/24
3701 Commercial Avenue, Suite 14 | Client Number | 391790
Northbrook, IL 60062 | Matter Number | 00002

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

Filing Fees                                                                   50.00
Westlaw Legal Research                                               2,384.64

CURRENT EXPENSES          2,434.64

TOTAL AMOUNT OF THIS INVOICE          2,434.64