*Exhibit A*

*Optio Rx, LLC, et al.*
*Summary of Time Detail by Professional*
*August 1, 2024 through August 31, 2024*

| Professional | Position | Billing Rate | | Hours | | Fees |
|---|---|---|---|---|---|---|
| Newman, Rich | Managing Director | $ | 1,325 | 5.1 | $ | 6,757.50 |
| Brouwer, Matthew | Senior Director | | 1,000 | 5.1 | | 5,100.00 |
| Crump, Skye | Analyst | | 525 | 11.4 | | 5,985.00 |
| | | | | **21.6** | **$** | **17,842.50** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Less: Voluntary Reduction | | | | | | 1,683.00 |
| **Grand Total** | | | | | **$** | **16,159.50** |