*Exhibit B*

*Optio Rx, LLC, et al.*
*Summary of Time Detail by Project Category*
*August 1, 2024 through August 31, 2024*

| Project Category | | Hours | | Fees |
|---|---|---|---|---|
| Business Plan | | 0.7 | $ | 702.50 |
| Case Administration | | 2.3 | | 2,035.00 |
| Cash Budget | | 5.0 | | 3,245.00 |
| Court Attendance / Participation | | 0.4 | | 210.00 |
| Employee Matters | | 2.0 | | 1,862.50 |
| Fee Application | | 4.8 | | 2,757.50 |
| Financial & Operational Matters | | 2.7 | | 2,420.00 |
| General Correspondence with UCC & UCC Counsel | | 1.1 | | 1,457.50 |
| Plan of Reorganization / Disclosure Statement | | 1.6 | | 2,022.50 |
| Potential Avoidance Actions / Litigation Matters | | 1.0 | | 1,130.00 |
| | Total | **21.6** | $ | **17,842.50** |
| | | | | |
| Less: Voluntary Reduction | | | | 1,683.00 |
| **Grand Total** | | | $ | **16,159.50** |