*Exhibit C*

*Optio Rx, LLC, et al.*
*Time Detail by Project Category*
*August 1, 2024 through August 31, 2024*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Business Plan** | | | |
| Newman, Rich | 8/12/2024 | 0.1 | Correspond with UCC Counsel re: financial forecasts |
| Newman, Rich | 8/20/2024 | 0.2 | Participate on internal call (Brouwer, Newman, Crump) re: feasibility issues |
| Crump, Skye | 8/20/2024 | 0.2 | Participate on internal call (Brouwer, Newman, Crump) re: feasibility issues |
| Brouwer, Matthew | 8/20/2024 | 0.2 | Participate on internal call (Brouwer, Newman, Crump) re: feasibility issues |
| **Subtotal** | | **0.7** | |
| **Case Administration** | | | |
| Brouwer, Matthew | 8/19/2024 | 0.4 | Participate on internal call (Brouwer, Crump) re: case updates |
| Crump, Skye | 8/19/2024 | 0.4 | Participate on internal call (Brouwer, Crump) re: case updates |
| Newman, Rich | 8/26/2024 | 0.5 | Participate on internal call (Newman, Brouwer, Crump) re: case updates |
| Brouwer, Matthew | 8/26/2024 | 0.5 | Participate on internal call (Newman, Brouwer, Crump) re: case updates |
| Crump, Skye | 8/26/2024 | 0.5 | Participate on internal call (Newman, Brouwer, Crump) re: case updates |
| **Subtotal** | | **2.3** | |
| **Cash Budget** | | | |
| Brouwer, Matthew | 8/6/2024 | 0.2 | Review Debtors' weekly DIP budget variance reporting |
| Brouwer, Matthew | 8/6/2024 | 0.3 | Review updated DIP budget |
| Brouwer, Matthew | 8/7/2024 | 0.3 | Participate on internal call (Brouwer, Crump) re: updated DIP budget |
| Crump, Skye | 8/7/2024 | 0.3 | Participate on internal call (Brouwer, Crump) re: updated DIP budget |
| Crump, Skye | 8/7/2024 | 0.4 | Analyze updated DIP budget |
| Crump, Skye | 8/7/2024 | 1.5 | Prepare Committee presentation re: updated DIP budget |
| Crump, Skye | 8/9/2024 | 0.5 | Participate on call with Paladin re: updated DIP budget |
| Crump, Skye | 8/9/2024 | 0.4 | Analyze updated DIP budget |
| Crump, Skye | 8/9/2024 | 0.6 | Prepare analysis of updated DIP budget |
| Crump, Skye | 8/9/2024 | 0.2 | Correspond with A&M team re: updated DIP budget |
| Newman, Rich | 8/13/2024 | 0.3 | Review and comment on Debtors' weekly DIP budget variance reporting |
| **Subtotal** | | **5.0** | |
| **Court Attendance / Participation** | | | |
| Crump, Skye | 8/1/2024 | 0.3 | Attend disclosure statement hearing |
| Crump, Skye | 8/1/2024 | 0.1 | Correspond with A&M team re: disclosure statement hearing |
| **Subtotal** | | **0.4** | |
| **Employee Matters** | | | |
| Brouwer, Matthew | 8/23/2024 | 0.4 | Review KEIP motion |
| Crump, Skye | 8/23/2024 | 0.7 | Analyze KEIP Motion |
| Newman, Rich | 8/25/2024 | 0.3 | Review KEIP motion |

*Exhibit C*

*Optio Rx, LLC, et al.*
*Time Detail by Project Category*
*August 1, 2024 through August 31, 2024*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Newman, Rich | 8/25/2024 | 0.3 | Review diligence questions re: KEIP |
| Brouwer, Matthew | 8/26/2024 | 0.3 | Prepare diligence questions re: KEIP |
| **Subtotal** | | **2.0** | |

| **Fee Application** | | | |
|---|---|---|---|
| Brouwer, Matthew | 8/19/2024 | 0.2 | Review and comment on July fee application |
| Brouwer, Matthew | 8/20/2024 | 0.3 | Review and comment on July fee application |
| Crump, Skye | 8/23/2024 | 1.8 | Prepare July fee application |
| Crump, Skye | 8/25/2024 | 1.3 | Update July fee application |
| Crump, Skye | 8/27/2024 | 0.4 | Update July fee application |
| Crump, Skye | 8/30/2024 | 0.8 | Update July fee application |
| **Subtotal** | | **4.8** | |

| **Financial & Operational Matters** | | | |
|---|---|---|---|
| Newman, Rich | 8/19/2024 | 0.1 | Correspond with Committee members re: historical financials |
| Newman, Rich | 8/19/2024 | 0.1 | Correspond with Paladin re: historical financials |
| Brouwer, Matthew | 8/19/2024 | 0.2 | Review updated diligence request list |
| Newman, Rich | 8/20/2024 | 0.2 | Prepare for Committee call re: review of historical EBITDA bridge |
| Newman, Rich | 8/26/2024 | 0.1 | Review potential value of unencumbered assets to DIP loan |
| Crump, Skye | 8/26/2024 | 0.8 | Analyze July monthly operating reports |
| Crump, Skye | 8/26/2024 | 0.2 | Correspond with A&M team re: July monthly operating reports |
| Newman, Rich | 8/28/2024 | 0.1 | Participate on internal call (Newman, Brouwer) re: EBITDA bridge |
| Brouwer, Matthew | 8/28/2024 | 0.1 | Participate on internal call (Newman, Brouwer) re: EBITDA bridge |
| Brouwer, Matthew | 8/28/2024 | 0.3 | Prepare for call with Paladin and Debtor re: operating results |
| Brouwer, Matthew | 8/28/2024 | 0.5 | Participate on call with Paladin and Debtor re: operating results |
| **Subtotal** | | **2.7** | |

| **General Correspondence with UCC & UCC Counsel** | | | |
|---|---|---|---|
| Newman, Rich | 8/20/2024 | 0.5 | Participate on Committee call with UCC Counsel |
| Newman, Rich | 8/27/2024 | 0.6 | Participate on Committee call with UCC Counsel |
| **Subtotal** | | **1.1** | |

| **Plan of Reorganization / Disclosure Statement** | | | |
|---|---|---|---|
| Newman, Rich | 8/19/2024 | 0.1 | Correspond with UCC Counsel re: proposed settlement |
| Newman, Rich | 8/26/2024 | 0.2 | Review lender's motion re: objection to Committee's standing motion |
| Newman, Rich | 8/26/2024 | 0.3 | Review response from Committee to Debtor / lenders re: proposed settlement |

*Exhibit C*

*Optio Rx, LLC, et al.*
*Time Detail by Project Category*
*August 1, 2024 through August 31, 2024*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| Newman, Rich | 8/27/2024 | 0.2 | Participate on call with UCC Counsel re: proposed Committee settlement |
| Newman, Rich | 8/28/2024 | 0.5 | Review plan supplement |
| Brouwer, Matthew | 8/28/2024 | 0.3 | Review plan supplement |
| **Subtotal** | | **1.6** | |

| **Potential Avoidance Actions / Litigation Matters** | | | |
|---|---|---|---|
| Newman, Rich | 8/26/2024 | 0.4 | Participate on call with Committee counsel re: potential Committee testimony |
| Brouwer, Matthew | 8/26/2024 | 0.6 | Review draft reply re: granting derivative standing to the Committee to prosecute certain challenges |
| **Subtotal** | | **1.0** | |
| **Grand Total** | | **21.6** | |