*Exhibit D*

*Optio Rx, LLC, et al.*
*Expense Summary by Category*
*August 1, 2024 through August 31, 2024*

| Expense Category | | Total |
|---|---|---:|
| Miscellaneous | $ | 3.62 |
| Total | $ | 3.62 |