*Exhibit E*

*Optio Rx, LLC, et al.*
*Expense Detail by Category*
*August 1, 2024 through August 31, 2024*

| Category / Professional | Date | Expenses ($) | | Description |
|---|---|---|---|---|
| **Miscellaneous** | | | | |
| Newman, Rich | 8/12/2024 | $ | 3.62 | Wireless usage charges |
| **Grand Total** | | **$** | **3.62** | |