**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Optio Rx, LLC, *et al.*, | ) Case No. 24-11188 (TMH) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

**STATEMENT BAYBRIDGE PHARMACY CORP, CENTRAL PHARMACY CORP,**
**AND DELCO PHARMACY CORP REGARDINGINTERCREDITOR AND**
**SUBORDINATION RIGHTS UNDER THE PLAN**

Baybridge Pharmacy Corp, 121 Central Pharmacy Corp., Delco Pharmacy Corp. and PIA

Holdings, Inc. (the "Seller Noteholders"), by and through their undersigned counsel, respectfully

state as follows regarding the Ad Hoc Group's alleged intercreditor and subordination rights

contained within the Plan.

1.      The Seller Noteholders oppose the Ad Hoc Group's position on the substantive

issues at hand. The Seller Noteholders do not believe that the Ad Hoc Group has any rights to

enforce any subordination agreement contained within any of the applicable seller notes.

However, the Seller Noteholders also understand that this is not the correct time to advance those

argument since the focus rightfully should be on confirming the Debtor's Plan.

2.      The Seller Noteholders agree with the Ad Hoc Group that maintaining the status

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

quo until such time that the rights under the seller notes can be adjudicated by this Court is the prudent course of action and generally agree with the revisions to Section 4.10(b). The Seller Noteholders; however, has minor revisions to the Ad Hoc Group's language that is shown in the redlined attached hereto as Exhibit A and incorporated herein by reference.

3.      The Seller Noteholders reserve all rights, claims, and defenses regarding Plan and the seller notes to the fullest extent.

WHEREFORE, the Seller Noteholders request that this Court revise Section 4.10(b) of the Plan to incorporate the changes suggested in Exhibit A.

**FLASTER/GREENBERG P.C.**

Dated: October 3, 2024

*/s/ Damien Nicholas Tancredi*

Damien Nicholas Tancredi (DE No. 5395)
221 W. 10th Street, 4th Floor
Wilmington, DE 19801
(302) 351-1910
*damien.tancredi@flastergreenberg.com*
*Attorneys for Plaintiff*