**Formatted:** Normal

**Exhibit A**

**Ad Hoc Group's Proposed Plan Language**[1]

**Section 4.10. Cancellation and Surrender of Instruments and Agreements.**

(a) On the Effective Date, except for the purpose of evidencing a right to and allowing Holders of Claims and Interests to receive a distribution under the Plan or to the extent otherwise specifically provided for in the Plan, (i) all rights of any Holder of Interests in the Debtors, including options or warrants to purchase Interests, or obligating the Debtors to issue, transfer or sell Interests in the Debtors, shall be cancelled; and (ii) all Seller Notes, Notes and indentures of the Debtors shall cease to be effective and Aves Management LLC, as Administrative Agent under the Note Purchase Agreement shall not have any continuing duties or obligations thereunder and shall be discharged.

(b) Notwithstanding Section 4.10(a) or anything else to the contrary in the Plan or the Confirmation Order:

  (i) (A) any allegedly applicable intercreditor and subordination provisions of the Seller Notes shall remain in effect as between Aves Management, LLC ("Aves"), the Noteholders, and the Seller Noteholders, to the extent set forth in the applicable Seller Notes; (B) any applicable intercreditor and subordination rights of such parties thereunder shall remain in effect to the extent such rights are applicable; and (C) the Plan is without prejudice to any party's rights thereunder as to the distribution of their pro rata portion of the UCC Settlement Amount. For the avoidance of doubt, neither the Plan nor the Confirmation Order are a finding or determination that any such rights would apply to said distribution; and

  (ii) at least fourteen (14) days prior to the time of any distribution on account of a Seller Note Claim in Class 8, the applicable entity making such distribution (which may be the Debtors, their successors, or a trustee) shall provide notice in writing of such intended distribution, and the initial intended recipient thereof, to Aves and the applicable Holder of a Seller Note Claim, and either party may, ~~upon no less than~~ within fourteen (14) days' of receipt of the notice set forth in this paragraph ~~notice to the other party,~~ file an objection with respect to such distribution and request a hearing before the Bankruptcy Court. The failure of (A) either party to object shall result in a full and final waiver of such party's rights to object to the proposed distribution and (B) the party not designated as the initial intended recipient to respond to such objection with fourteen (14) days' notice shall result in a full and final waiver of such party's rights to the proposed distribution. Any distribution ~~subject to an objection~~ shall not be made until the later of: (1) the date such objection is resolved by agreement of the parties or order of the Bankruptcy Court; or (2) fourteen (14)

---

[1] For the avoidance of doubt, the Ad Hoc Group's proposed language solely encompasses sub paragraph (b) herein. The entirety of Section 4.10 of the Plan is included herein for reference.

days' following the Holder of a Seller Note Claim's receipt of the notice by entity making such distribution as described in this paragraph.