# EXHIBIT A

1        THE CLERK:  All rise.

2        THE COURT:  Please be seated.

3        Mr. Samis, hello.

4        MR. SAMIS:  Good afternoon.

5        THE COURT:  Good afternoon.

6        MR. SAMIS:  How are you?

7        THE COURT:  Good, thank you.

8        MR. SAMIS:  Your Honor, for the record, Chris

9 Samis from Potter Anderson & Corroon, here on behalf of the

10 Avis Note Group, also the Ad Hoc Mezzanine Group, I think, as

11 we've referred to them from time to time.

12        THE COURT:  Uh-huh.

13        MR. SAMIS:  Your Honor, I rise only to -- and we

14 asked for the residents.  There was related issues.  Going

15 into the late hours of yesterday, we were negotiating with

16 the senior lenders on some language that we wanted included

17 in Section 410 of the plan.  It deals with the cancellation

18 of the notes and the indentures; things you typically see in

19 a plan.  We wanted to make sure that our rights and the

20 mechanics under the relevant subordination agreements were

21 respected, as between us and the seller notes.  So we added a

22 parenthetical, or we're proposing agreed a parenthetical to

23 that paragraph.

24        I realized during the course of our discussions

25 that Mr. Miller had not yet seen it, so I wanted to go over

1  and make sure that the Committee had seen it.  I assume that

2  that means that the United States Trustee may not have seen

3  it either, so we would like to share that with them.

4        I do understand, obviously, there are going to

5  need to be some changes that are made to the confirmation

6  order and the plan, so those things are going to be

7  submitted, be as I understand it, after the hearing.  We will

8  have an opportunity to caucus about this language, but I

9  wanted to put it on the record now as to the fact that it was

10  there and why we were requesting it.

11        And I can read Your Honor where the parenthetical

12  would go, just so it's clear for the record.

13        THE COURT:  Please.  So it's going in 410?

14        MR. SAMIS:  410, Your Honor.

15        And it starts, that's the paragraph that starts,

16  "On the effective date, except..."

17        THE COURT:  Okay.  I'm there.

18        MR. SAMIS:  Okay.  If you skip all the way down,

19  Your Honor, past the second romanette, beginning, "All seller

20  notes..." --

21        THE COURT:  Uh-huh.

22        MR. SAMIS:  -- it would be at the end of that

23  clause where it says, "cease to be effective," the

24  parenthetical would start.  Parenthetical:

25        "Provided that the intercreditor and subordination

1   rights of Avis Management, LLC and the noteholders,

2   respecting the holders of the seller notes shall remain in

3   effect and enforceable against the applicable, non-debtor

4   parties thereunder and the provisions thereunder giving

5   effect to such rights, shall be given effect in the

6   distribution of the UCC settlement amount."

7            So that would be the parenthetical that we would

8   request, and the request, again, is to maintain the

9   distribution mechanic.  We don't want money flying all over

10  the place that would otherwise be upstreamed back to us if we

11  can avoid it.  So that's the idea.

12           THE COURT:  Okay.  Got it.

13           MR. SAMIS:  All right.  Thank you.

14           THE COURT:  Mr. Miller, welcome?

15           MR. MILLER:  Thank you, Your Honor.

16           For the record, Evan Miller of Saul Ewing, on

17  behalf of the Committee.  Just to be cumulative and add to

18  Mr. Samis' point, this is the first time we're seeing this

19  language.  I don't know yet, whether or not, it'll be

20  problematic.  I don't expect that it will be, but either way,

21  it's something that we need to take back to the Committee.

22  And I think given the additional edits that need to be made

23  to the plan anyway, we'll certainly be expeditious in getting

24  an answer on that.

25           THE COURT:  Understood.

1           And you and Mr. Lipshie have clients and you'll

2    have that opportunity to review.  And if there are any

3    problems with it, the debtors will alert the Court and we'll

4    address it.

5           MR. MILLER:  Thank you, Your Honor.

6           THE COURT:  Thank you.

7           MR. CHIPMAN:  So, Your Honor, with that, I believe

8    the debtor would respectfully request Your Honor confirm the

9    plan.  Obviously, we have to make --

10          THE COURT:  I think I've already done it, yeah.

11          MR. CHIPMAN:  -- a few revisions.  And we'll work

12   with the parties and get that submitted under certification

13   of counsel.

14          I did have one question.  If we're going to change

15   the plan, there's a couple of changes requested by the U.S.

16   Trustee.  There's one change that was just requested right

17   now by the noteholders and the lender.

18          Do you want me to file it on the docket and call

19   it the "third amended plan," would that make sense?  Or since

20   they're minor changes, do you want me to keep it as the

21   second amended plan?  I always ask, because do we want to --

22   I just didn't know, for those little changes, do we want to

23   make another amended plan?

24          THE COURT:  Yeah.

25          MR. CHIPMAN:  But I'm just getting some clarity