**Exhibit B**

**Committee's Proposed Plan Language**[1]

**Section 4.10. Cancellation and Surrender of Instruments and Agreements.**

(a) On the Effective Date, except for the purpose of evidencing a right to and allowing Holders of Claims and Interests to receive a distribution under the Plan or to the extent otherwise specifically provided for in the Plan, (i) all rights of any Holder of Interests in the Debtors, including options or warrants to purchase Interests, or obligating the Debtors to issue, transfer or sell Interests in the Debtors, shall be cancelled; and (ii) all Seller Notes, Notes and indentures of the Debtors shall cease to be effective and Aves Management LLC, as Administrative Agent under the Note Purchase Agreement shall not have any continuing duties or obligations thereunder and shall be discharged.

(b) Notwithstanding (i) Section 4.10(a) or anything else to the contrary in the Plan or the Confirmation Order, and (ii) that any distribution gifts on account of a Seller Note Claim in Class 8 shall be made to the applicable Seller Noteholder (x) in accordance with the procedure set forth in Plan Section 1.01 ("UCC Settlement Agreement" definition), and (y) at the same time and in the same manner as distribution gifts to other Classes under the Plan, nothing in the Plan nor the Confirmation Order shall constitute a finding or determination of any post-Effective Date, post-Distribution residual rights that may or may not remain as between Aves Management, LLC, the Noteholders, and the Seller Noteholders, or otherwise prejudice such parties' rights to assert or defend same in the appropriate jurisdiction under the terms of the applicable Seller Note.

---

[1] Similar to Exhibit A of AHG's Statement, the Committee's proposed language is encompassed entirely within subparagraph (b). The entirety of Section 4.10 of the Plan is included herein for context.