## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*[1] | Case No. 24-11188 (TMH) |
| Debtors. | (Joint Administered) |

## <u>AFFIDAVIT OF SERVICE</u>

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On September 30, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on Office of The U.S. Trustee for The District of Delaware, Attn: Jonathan W. Lipshie at jon.lipshie@usdoj.gov:

- **Monthly Operating Report for Case Number 24-11188 for the Month Ending: August 31, 2024** (Docket No. 426)

- **Monthly Operating Report for Case Number 24-11189 for the Month Ending: August 31, 2024** (Docket No. 427)

- **Monthly Operating Report for Case Number 24-11190 for the Month Ending: August 31, 2024** (Docket No. 428)

- **Monthly Operating Report for Case Number 24-11191 for the Month Ending: August 31, 2024** (Docket No. 429)

- **Monthly Operating Report for Case Number 24-11192 for the Month Ending: August 31, 2024** (Docket No. 430)

- **Monthly Operating Report for Case Number 24-11193 for the Month Ending: August 31, 2024** (Docket No. 431)

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compouding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

- **Monthly Operating Report for Case Number 24-11194 for the Month Ending: August 31, 2024** (Docket No. 432)

- **Monthly Operating Report for Case Number 24-11195 for the Month Ending: August 31, 2024** (Docket No. 433)

- **Monthly Operating Report for Case Number 24-11196 for the Month Ending: August 31, 2024** (Docket No. 434)

- **Monthly Operating Report for Case Number 24-11197 for the Month Ending: August 31, 2024** (Docket No. 435)

- **Monthly Operating Report for Case Number 24-11198 for the Month Ending: August 31, 2024** (Docket No. 436)

- **Monthly Operating Report for Case Number 24-11199 for the Month Ending: August 31, 2024** (Docket No. 437)

- **Monthly Operating Report for Case Number 24-11200 for the Month Ending: August 31, 2024** (Docket No. 438)

- **Monthly Operating Report for Case Number 24-11201 for the Month Ending: August 31, 2024** (Docket No. 439)

- **Monthly Operating Report for Case Number 24-11202 for the Month Ending: August 31, 2024 (**Docket No. 440)

- **Monthly Operating Report for Case Number 24-11203 for the Month Ending: August 31, 2024** (Docket No. 441)

- **Monthly Operating Report for Case Number 24-11204 for the Month Ending: August 31, 2024** (Docket No. 442)

- **Monthly Operating Report for Case Number 24-11205 for the Month Ending: August 31, 2024** (Docket No. 443)

- **Monthly Operating Report for Case Number 24-11206 for the Month Ending: August 31, 2024** (Docket No. 444)

- **Monthly Operating Report for Case Number 24-11207 for the Month Ending: August 31, 2024** (Docket No. 445)

- **Monthly Operating Report for Case Number 24-11208 for the Month Ending: August 31, 2024** (Docket No. 446)

- **Monthly Operating Report for Case Number 24-11209 for the Month Ending: August 31, 2024 (**Docket No. 447)

- **Monthly Operating Report for Case Number 24-11210 for the Month Ending: August 31, 2024** (Docket No. 448)

- **Monthly Operating Report for Case Number 24-11211 for the Month Ending: August 31, 2024** (Docket No. 449)

- **Monthly Operating Report for Case Number 24-11212 for the Month Ending: August 31, 2024** (Docket No. 450)

- **Monthly Operating Report for Case Number 24-11213 for the Month Ending: August 31, 2024** (Docket No. 451)

- **Monthly Operating Report for Case Number 24-11214 for the Month Ending: August 31, 2024** (Docket No. 452)

    In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: October 8, 2024

_____
Jerod McMillen

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 8th day of October, 2024, by Jerod McMillen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:_____

JESSIE DE GUZMAN
Notary Public · California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026