IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date: November 20, 2024, at 10:00 a.m. (Eastern Time)**<br>**Objection Deadline: October 23, 2024, at 4:00 p.m. (Eastern Time)** |

**MOTION OF DEBTORS FOR SUMMARY JUDGMENT
ON DEBTORS' OBJECTION TO MOTION OF SKIN MEDICINALS LLC
FOR ENTRY OF AN ORDER GRANTING AN ALLOWED ADMINISTRATIVE
EXPENSE PURSUANT TO SECTION 503(b) OF THE BANKRUPTCY CODE**

The above-captioned debtors and debtors in possession (the "**Debtors**") hereby move, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and Rules 7056 and 9014 of the Federal Rules of Bankruptcy Procedure, for an order granting summary judgment sustaining the *Debtors' Objection to Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense Pursuant to Section 503(B) of the Bankruptcy Code* [Docket No. 384] (the "**Objection**") objecting to the *Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code* [Docket No. 362] (the "**Administrative Claim**"). The grounds for this Motion are set out in the accompanying

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

Memorandum of Law which is incorporated by reference. The Debtors consent to the entry of a final order or judgment in this contested matter by the Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

| | |
|---|---|
| Dated: October 9, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP** |

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Email:          chipman@chipmanbrown.com
                carickhoff@chipmanbrown.com
                olivere@chipmanbrown.com
                root@chipmanbrown.com

Adam D. Cole, Esquire
**CHIPMAN BROWN CICERO & COLE, LLP**
501 Sixth Avenue, 15th Floor
New York, New York 10017
Telephone: (646) 685-8363
Email: cole@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*

—and—

**RICHARDS, LAYTON & FINGER, PA**
Jeffrey L. Moyer (#3309)
Chad M. Shandler (#3796)
Kelly E. Farnan (#4395)
Katharine L. Mowery (#5629)
Sara M. Metzler (#6509)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:     (302) 651-7700
Email:   moyer@rlf.com
            shandler@rlf.com
            farnan@rlf.com
            mowery@rlf.com
            metzler@rlf.com

*Special Litigation Counsel for Debtors and Debtors in Possession*

- 3 -

4891-3050-3910, v. 2