IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | Hearing Date: November 20, 2024, at 10:00 a.m. (Eastern Time)<br>Objection Deadline: October 23, 2024, at 4:00 p.m. (Eastern Time) |

**NOTICE OF MOTION OF DEBTORS FOR SUMMARY JUDGMENT
ON DEBTORS' OBJECTION TO MOTION OF SKIN MEDICINALS LLC
FOR ENTRY OF AN ORDER GRANTING AN ALLOWED ADMINISTRATIVE
EXPENSE PURSUANT TO SECTION 503(b) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on October 9, 2024, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Motion of Debtors for Summary Judgment on Debtors' Objection to Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion, must be filed on or before **October 23, 2024, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response on (a) counsel to the Debtors, *Chipman Brown Cicero & Cole, LLP*, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn*: William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com); David W. Carickhoff, Esquire (carickhoff@chipmanbrown.com); Mark D. Olivere, Esquire (olivere@chipmanbrown.com); and Alan M. Root, Esquire (root@chipmanbrown.com); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801 (*Attn*: Jonathan W. Lipshie, Esquire) (*Email:* jon.lipshie@usdoj.gov); (iii) counsel to the DIP

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

Lenders, *DLA Piper LLP (US)*, 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (*Attn*: Stuart Brown, Esquire) (*Email*: stuart.brown@dlapiper.com); and (iv) counsel to the Official Committee of Unsecured Creditors, *Saul Ewing LLP*, (a) 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Evan T. Miller (evan.miller@saul.com) and Nicholas Smargiassi (nicholas.smargiassi@saul.com), (b) 161 North Clark Street, Suite 4200, Chicago, Illinois 60601, Attn: Michelle G. Novick (michelle.novick@saul.com), and (c) 701 Brickell Avenue, Suite 1700, Miami, Florida 33131, Attn: Jorge Garcia (jorge.garcia@saul.com), so as to be **received no later than 4:00 p.m. (Eastern Time) on October 23, 2024.**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **November 20, 2024, at 10:00 a.m. (Eastern Time)** before the Honorable Thomas M. Horan, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 9, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Email:     chipman@chipmanbrown.com
      carickhoff@chipmanbrown.com
      olivere@chipmanbrown.com
      root@chipmanbrown.com

Adam D. Cole, Esquire
**CHIPMAN BROWN CICERO & COLE, LLP**
501 Sixth Avenue, 15th Floor
New York, New York 10017
Telephone: (646) 685-8363
Email: cole@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*

—and—

**RICHARDS, LAYTON & FINGER, PA**
Jeffrey L. Moyer (#3309)
Chad M. Shandler (#3796)
Kelly E. Farnan (#4395)
Katharine L. Mowery (#5629)
Sara M. Metzler (#6509)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Email:  moyer@rlf.com
          shandler@rlf.com
          farnan@rlf.com
          mowery@rlf.com
          metzler@rlf.com

*Special Litigation Counsel for Debtors and Debtors in Possession*

- 3 -

4872-9206-7309, v. 1