# EXHIBIT A

## Summary of Blended Rate

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | Billed<br>*Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed<br>*This Application* |
| Senior Partners | 6 | $653.00 | $705.84 |
| Junior Partners | 0 | $552.00 | N/A |
| Counsel | 0 | $565.00 | N/A |
| Senior Associates | 2 | $409.00 | $438.56 |
| Junior Associates | 1 | $336.00 | $336.00 |
| Paralegal | 0 | $284.00 | N/A |
| Other (Litigation, Support, Paraprofessional, Clerical) | 4 | $269.00 | $284.29 |
| **Aggregated:** | | **$504.00** | **$587.97** |

| | |
|---|---|
| Case Name: | Optio Rx, LLC, *et al.* |
| Case Number: | 24-11188 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 15, 2024 |
| Interim or Final: | Interim |