# EXHIBIT B

## Summary of Compensation Requested by Project Category

## SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Asset Disposition | 0.90 | $387.00 |
| Business Operations | 0.80 | $469.00 |
| Case Administration | 10.30 | $4,751.50 |
| Claims Analysis, Objections, Proofs of Claim | 0.70 | $433.00 |
| Committee Matters | 105.20 | $65,203.00 |
| Creditor Inquiries | 0.20 | $143.00 |
| Employee Benefits and Pensions | 0.20 | $143.00 |
| Fee/Employment Applications (Other Professionals) | 14.00 | $8,238.00 |
| Fee/Employment Applications (Saul Ewing) | 34.50 | $18,915.50 |
| Financing and Cash Collateral | 50.00 | $31,957.00 |
| Lien Review | 40.90 | $23,066.50 |
| Litigation: Contested Matters and Adversary Proceedings | 125.10 | $73,995.50 |
| Plan and Disclosure Statement | 98.80 | $56,371.5 |
| Preparation for and Attendance at Hearings | 8.90 | $5,696.50 |
| Relief from Stay and Adequate Assurance | 0.30 | $204.00 |
| Statements and Schedules | 38.30 | $20,941.00 |
| UST Reports, Meetings and Issues | 1.40 | $1,001.00 |
| **TOTAL** | **530.50** | **$311,916.00** |

| | |
|---|---|
| Case Name: | Optio Rx, LLC, *et al.* |
| Case Number: | 24-11188 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 15, 2024 |
| Interim or Final: | Interim |

52911989.3 10/15/2024

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 6 |
| Counsel | 0 |
| Associate | 3 |
| Paraprofessional | 4 |
| Other (Litigation, Support, Clerical) | 0 |

| | |
|---|---|
| Case Name: | Optio Rx, LLC., *et al.* |
| Case Number: | 24-11188 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 15, 2024 |
| Interim or Final: | Interim |