# EXHIBIT C

## Summary of Expense Reimbursement Requested by Category

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Fees | Delaware Bankruptcy Court | $150.00 |
| Legal Research | Westlaw | $3,960.72 |
| UCC Searches | Continental Corporate Services, Inc. | $2,977.00 |
| **Total** | | **$7,087.72** |

| | |
|---|---|
| Case Name: | Optio Rx, LLC, *et al.* |
| Case Number: | 24-11188 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | October 15, 2024 |
| Interim or Final: | Interim |

52911989.3 10/15/2024