**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE  DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| **OPTIO RX, LLC., et al.,** | ) | Case No. 24-11188 (TMH) |
|  | ) |  |
|  | ) | Jointly Administered |
| **Debtors.**[1] | ) |  |
|  | ) | **Objection Deadline: November 5, 2024 at 4:00 p.m.** |

**Hearing Date: November 20, 2024, at 10:00 a.m. (Eastern)**

**FIRST INTERIM FEE APPLICATION OF ALVAREZ & MARSAL NORTH
AMERICA, LLC FOR PAYMENT OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JUNE 27, 2024 THROUGH AUGUST 31, 2024**

| | |
|---|---|
| Name of Applicant: | <u>Alvarez & Marsal North America, LLC</u> |
| Authorized to Provide Professional Services to: | <u>Official Committee of Unsecured Creditors</u> |
| Date of Retention: | <u>*Effective nunc pro tunc to June 27, 2024*</u> |
| Period for which compensation and reimbursement is sought: | <u>June 27, 2024 through August 31, 2024</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$244,612.50</u> |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | <u>$10.51</u> |

This is a(n):  _____ Monthly    _x_ Interim    _____ Final Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro  Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

**Requested Payment Amount:**

| | | |
|---|---|---|
| Fees at 100% | $ | 244,612.50 |
| Expenses at 100% | | 10.51 |
| Total: | $ | 244,623.01 |

| Monthly Fee Applications during the First Interim Period | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date / Docket No. | Filing Period | Requested Fees | Requested Expenses | CNO Date/Docket | Approved Fees | Approved Expenses | Amount Paid | Amount Outstanding |
| 09/03/24 [360] | 06/27/24-07/31/24 | $228,453.00 | $6.89 | 09/26/24 [418] | $182,762.40 | $6.89 | $0.00 | $228,459.89 |
| 10/03/2024 [459] | 08/01/24-08/31/24 | $16,159.50 | $3.62 | * | * | * | $0.00 | $16,163.12 |
| **Total** | | **$244,612.50** | **$10.51** | | **$182,762.40** | **$6.89** | **$0.00** | **$244,623.01** |

| Objections to Monthly Fee Applications | | | |
|---|---|---|---|
| Date of Fee Application | Date of Objection | Total Fees Subject to Objection | Total Expenses Subject to Objection |
| 09/03/2024 | N/A | N/A | N/A |
| 10/03/2024 | N/A | N/A | N/A |

Note: "*" Reflects A&M's second monthly fee application, which was filed on 10/03/24. Approved amounts are omitted as the objection deadline has not yet passed.

**Summary of First Interim Application Fees & Expenses**

| Hours By Professional | | | | |
|---|---|---|---|---|
| **Professional** | **Position** | **Billing Rate** | **Hours** | **Fees** |
| Newman, Rich | Managing Director | $ 1,325 | 40.80 | $ 54,060.00 |
| Freitas, Mark | Managing Director | 1,100 | 5.60 | 6,160.00 |
| Brouwer, Matthew | Senior Director | 1,000 | 51.00 | 51,000.00 |
| Rogers, Seth | Senior Director | 825 | 17.60 | 14,520.00 |
| Porter, Nick | Associate | 525 | 80.40 | 42,210.00 |
| Patel, Kishan | Associate | 525 | 75.80 | 39,795.00 |
| Crump, Skye | Analyst | 525 | 107.70 | 56,542.50 |
| **Total** | | | **378.90** | **$ 264,287.50** |
| Less: Voluntary Reduction | | | | 19,675.00 |
| **Grand Total** | | | | **$ 244,612.50** |

| Hours by Project Category | | |
|---|---|---|
| **Project Category** | **Hours** | **Fees** |
| Business Plan | 122.00 | $ 69,182.50 |
| Case Administration | 4.30 | 4,295.00 |
| Cash Budget | 34.80 | 27,072.50 |
| Contracts | 11.90 | 7,577.50 |
| Court Attendance / Participation | 4.60 | 4,415.00 |
| Employee Matters | 2.00 | 1,862.50 |
| Fee Application | 4.80 | 2,757.50 |
| Financial & Operational Matters | 104.00 | 70,047.50 |
| Financing Matters (DIP, Exit, Other) | 7.00 | 7,990.00 |
| Firm Retention | 5.00 | 4,310.00 |
| General Correspondence with UCC & UCC Counsel | 9.40 | 11,645.00 |
| Intercompany Claims | 0.20 | 265.00 |
| Miscellaneous Motions | 7.00 | 5,657.50 |
| Plan of Reorganization / Disclosure Statement | 11.10 | 10,970.00 |
| Potential Avoidance Actions / Litigation Matters | 1.00 | 1,130.00 |
| SOFAs & SOALs | 41.50 | 28,492.50 |
| Valuation | 8.30 | 6,617.50 |
| **Total** | **378.90** | **$ 264,287.50** |
| Less: Voluntary Reduction | | 19,675.00 |
| **Grand Total** | | **$ 244,612.50** |

| Expenses by Category | |
|---|---|
| **Expense Category** | **Fees** |
| Miscellaneous | $ 10.51 |
| **Total** | **$ 10.51** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE  DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | )     Chapter 11 |
| | ) |
| **OPTIO RX, LLC., et al.,** | )     Case No. 24-11188 (TMH) |
| | ) |
| | )     Jointly Administered |
| **Debtors.**[1] | ) |
| | ) |

**FIRST INTERIM FEE APPLICATION OF ALVAREZ & MARSAL NORTH**
**AMERICA, LLC FOR PAYMENT OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO**
**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM JUNE 27, 2024 THROUGH AUGUST 31, 2024**

Alvarez & Marsal North America, LLC ("A&M"), financial advisor to the Official Committee of Unsecured Creditors (the

"Committee") appointed in the case of the above-captioned debtors (the "Debtors"), hereby submits its first interim application (the

"Application") for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as amended (the

"Bankruptcy Code") granting it interim compensation and reimbursement of expenses for the period from June 27, 2024 through August

31, 2024.  In support hereof, A&M respectfully represents as follows:

**I.  JURISDICTION, VENUE AND STATUTORY**
**PREDICATES FOR RELIEF SOUGHT**

1.      This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.  This is a core proceeding pursuant to 28

U.S.C. §157(b)(2)(A) and (B).  Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and

1409.  The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro  Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

## II. BACKGROUND

2.      On June 7, 2024 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of their businesses and operation of their properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      In accordance with the provisions of section 1102(b) of the Bankruptcy Code, on June 21, 2024, the United States Trustee appointed the Committee in the Debtors' cases [Docket No. 67]. Further, on June 25, 2024, the United States Trustee filed an amended appointment of the Committee, effective June 25, 2024. See amended Notice of Appointment of Committee of Unsecured Creditors [Docket No. 81].

4.      On August 16, 2024, this Court entered an order approving the retention of A&M as financial advisor to the Committee effective *nunc pro tunc* to June 27, 2024 [Docket No. 297].

5.      A&M has rendered services on behalf of the Committee for the period from June 27, 2024 through August 31, 2024 (the "Compensation Period") totaling 378.9 hours of professional time.

6.      The total sum due to A&M for professional services rendered on behalf of the Committee for the Compensation Period is $244,612.50.  A&M submits that the professional services it rendered on behalf of the Committee during this time were reasonable and necessary.

7.      A&M also expended costs on behalf of the Committee in the sum of $10.51 during the Compensation Period.

8.      The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, A&M hereby requests: (i) interim allowance of compensation for necessary and valuable professional services rendered to the Debtors in the sum of $244,612.50 and reimbursement of actual and necessary expenses incurred in the sum of $10.51 for the period from June 27, 2024 through August 31, 2024; (ii) payment representing 100% of total fees billed and 100% of the expenses incurred during the Compensation Period, as provided under the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [Docket No. 266]; and (iii) such other relief as this Court deems just and proper.


Dated:  October 15, 2024
        Chicago, IL

Respectfully submitted,

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

By: */s/ Richard Newman*
Richard Newman
540 W. Madison St., Suite 1800
Chicago, IL 60661
Telephone:  469.231.6780
rnewman@alvarezandmarsal.com
*Financial Advisor to the Official Committee of Unsecured Creditors*