## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Optio Rx, LLC, *et al.*,[1] | Case No. 24-11188 (TMH) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: November 5, 2024 at 4:00 p.m.**<br>**Hearing Date: November 20, 2024 at 10:00 a.m.**<br>**(Eastern)** |

## NOTICE OF FIRST INTERIM FEE APPLICATION OF
## ALVAREZ & MARSAL NORTH AMERICA, LLC,

**PLEASE TAKE NOTICE** that on October 15, 2024, the Official Committee of Unsecured Creditors of Optio RX, LLC, et al. (the "**Committee**") filed the *First Interim Fee Application of Alvarez & Marsal North America, LLC* ("**A&M**"), *Financial Advisor to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 27, 2024 through August 31, 2024* (the "**Fee Application**") with the Court. The Fee Application seeks the approval of payment for professional services rendered as financial advisor to the Committee in the amount of $244,612.50, together with reimbursement of disbursements in the amount of $10.51.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 266] and must be filed with the Clerk of the Bankruptcy Court and be served upon: (i) counsel to the Debtors, Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 N. Market Street, Suite 5400, Wilmington, Delaware 19801 (Attn: William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com); David W. Carickhoff, Esquire (carickhoff@chipmanbrown.com); Mark D. Olivere, Esquire (olivere@chipmanbrown.com); and Alan M. Root, Esquire (root@chipmanbrown.com)); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801 (Attn: Jonathan W. Lipshie, Esquire (jon.lipshie@usdoj.gov)); (iii) counsel to the DIP Lenders, DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (Attn: Stuart Brown, Esquire

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM Cicero & (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

(stuart.brown@dlapiper.com)); and (iv) counsel to the Committee, Saul Ewing LLP, (a) 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801 (Attn: Evan T. Miller, Esquire (evan.miller@saul.com) and Nicholas Smargiassi, Esquire (nicholas.smargiassi@saul.com), (b) 161 North Clark Street, Suite 4200, Chicago, Illinois 60601 (Attn: Michelle G. Novick, Esquire (michelle.novick@saul.com); and (c) 701 Brickell Avenue, Suite 1700, Miami, Florida 33131 (Attn: Jorge Garcia, Esquire (jorge.garcia@saul.com)), so as to actually be received by or before **November 5, 2024, 2024 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

       **PLEASE TAKE FURTHER NOTICE** that if any objections to the Fee Application are filed, and the parties are unable to reach a resolution thereof, a hearing on the Fee Application will be held before the Honorable Thomas M. Horan, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 3rd Floor, Courtroom 7, Wilmington, DE 19801.

       **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATION WITHOUT FURTHER NOTICE.**

Dated:  October 15, 2024
Wilmington, Delaware           **SAUL EWING LLP**

          */s/ Evan T. Miller*
          Evan T. Miller (DE Bar No. 5364)
          Nicholas Smargiassi (DE Bar No. 7265)
          1201 N. Market St, Suite 2300
          P.O. Box 1266
          Wilmington, DE 19899
          Telephone: (302) 421-6864
          evan.miller@saul.com
          nicholas.smargiassi@saul.com

          -and-

          Michelle G. Novick, Esq. (admitted *pro hac vice*)
          **SAUL EWING LLP**
          161 North Clark St., Suite 4200
          Chicago, IL 60601
          Telephone: (312) 876-7100
          michelle.novick@saul.com

          -and-

          Jorge Garcia (admitted *pro hac vice*)
          **SAUL EWING LLP**
          701 Brickell Avenue, Suite 1700
          Miami, FL 33131
          Telephone: (305) 428-4500
          jorge.garcia@saul.com

          *Counsel to the Official Committee of Unsecured*
          *Creditors of Optio Rx, LLC, et.al.*