# **<u>EXHIBIT A</u>**

**(Summary of Services Rendered)**

# EXHIBIT A

### COMPENSATION BY PROFESSIONAL FOR THE PERIOD
### SEPTEMBER 1, 2024 THROUGH AND INCLUDING SEPTEMBER 30, 2024

| Name of Professional Individual | Position, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Adam D. Cole | Partner; Member of the New York Bar since 1991 | $795.00 | 19.8 | $15,741.00 |
| David W. Carickhoff | Partner; Member of the Delaware and Pennsylvania Bars since 1998 | $720.00 | 10.4 | $7,488.00 |
| William E. Chipman, Jr. | Partner; Member of the Delaware Bar since 1999 | $850.00 | 69.7 | $59,245.00 |
| Mark D. Olivere | Partner; Member of the Delaware Bar since 2002 | $550.00 | 71.6 | $39,380.00 |
| Alan M. Root | Partner; Member of the Delaware Bar since 2010 | $525.00 | 3.2 | $1,680.00 |
| Mariska Suparman | Associate; Member of the Delaware Bar since 2023 | $350.00 | 10.4 | $3,640.00 |
| Michelle M. Dero | Paralegal | $300.00 | 41.3 | $12,390.00 |
| Renae M. Fusco | Paralegal | $300.00 | 1.0 | $300.00 |
| | | TOTAL: | 227.4 | $139,864.00 |
| | | ATTORNEY COMPENSATION: | | $127,174.00 |
| | | TOTAL ATTORNEY HOURS: | | 185.1 |
| | | BLENDED HOURLY RATE OF ALL TIMEKEEPERS: | | $615.06 |