# **<u>EXHIBIT C</u>**

**(Summary of Expenses)**

# **EXHIBIT C**

### EXPENSE SUMMARY FOR THE PERIOD
### SEPTEMBER 1, 2024 THROUGH AND INCLUDING SEPTEMBER 30, 2024

| EXPENSE CATEGORY | SERVICE PROVIDER (IF APPLICABLE) | TOTAL EXPENSES |
|---|---|---|
| E102 Outside Printing | DLS | $1,285.92 |
| E116 Trial Transcripts | Reliable | $118.80 |
| | | |
| | TOTAL: | $1,404.72 |

**Chipman Brown Cicero Cole, LLP**  
September 2024

EXPENSE SUMMARY

Invoice No. 16916  
Dated: October 9, 2024

| Date | Activity | Description | Expense |
|---|---|---|---|
| 09.11.2024 | E102 Outside Printing | DLS Discovery (Print Bind and Hand Delivery Services [Invoice No. 193083]) | $1,285.92 |
| | | **E102 TOTAL:** | **$1,285.92** |
| 09.13.2024 | E116 Trial Transcripts | Reliable (Transcript Copy [Invoice No. WL118957]) | $118.80 |
| | | **E116 TOTAL:** | **$118.80** |
| | | **TOTAL EXPENSES FOR SEPTEMBER 1, 2024 THROUGH SEPTEMBER 30, 2024:** | **$1,404.72** |