**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Optio Rx, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>Objection Deadline: November 6, 2024 at 4:00 p.m.<br>Hearing Date: Only if an objection is filed |

## NOTICE OF THIRD MONTHLY FEE APPLICATION OF SAUL EWING LLP

**PLEASE TAKE NOTICE** that on October 16, 2024, the Official Committee of Unsecured Creditors of Optio RX, LLC, *et al.* (the "**Committee**") filed its *Third Monthly Fee Application of Saul Ewing LLP* as *Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2024 through September 30, 2024* (the "**Fee Application**") with the Court. The Fee Application seeks the approval of payment for professional services rendered as counsel to the Committee in the amount of $62,336.50, together with reimbursement of disbursements in the amount of $0.00.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 266] and must be filed with the Clerk of the Bankruptcy Court and be served upon: (i) counsel to the Debtors, Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (Attn: William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com); David W. Carickhoff, Esquire (carickhoff@chipmanbrown.com); Mark D. Olivere, Esquire (olivere@chipmanbrown.com); and Alan M. Root, Esquire (root@chipmanbrown.com)); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801 (Attn: Jonathan W. Lipshie, Esquire (jon.lipshie@usdoj.gov)); (iii) counsel to the DIP Lenders, DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (Attn: Stuart Brown, Esquire (stuart.brown@dlapiper.com)); and (iv) counsel to the Committee, Saul Ewing LLP, (a) 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801 (Attn: Evan T. Miller, Esquire

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

53186468.5 10/16/2024

(evan.miller@saul.com) and Nicholas Smargiassi, Esquire (nicholas.smargiassi@saul.com), (b) 161 North Clark Street, Suite 4200, Chicago, Illinois 60601 (Attn: Michelle G. Novick, Esquire (michelle.novick@saul.com); and (c) 701 Brickell Avenue, Suite 1700, Miami, Florida 33131 (Attn: Jorge Garcia, Esquire (jorge.garcia@saul.com)), so as to actually be received by or before **November 6, 2024, 2024 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if any objections to the Fee Application are filed, and the parties are unable to reach a resolution thereof, a hearing on the Fee Application will be held before the Honorable Thomas M. Horan, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 3rd Floor, Courtroom 7, Wilmington, DE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATION WITHOUT FURTHER NOTICE.**

Dated: October 16, 2024
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Nicholas Smargiassi (DE Bar No. 7265)
1201 N. Market St, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6864
evan.miller@saul.com
nicholas.smargiassi@saul.com

-and-

Michelle G. Novick, Esq. (admitted *pro hac vice*)
**SAUL EWING LLP**
161 North Clark St., Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
michelle.novick@saul.com

-and-

Jorge Garcia (admitted *pro hac vice*)
**SAUL EWING LLP**
701 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 428-4500
jorge.garcia@saul.com

*Counsel to the Official Committee of Unsecured Creditors of Optio Rx, LLC, et.al.*