# EXHIBIT A

**SUMMARY OF BLENDED RATE**

10/16/2024

11

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed**<br>*Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed**<br>*This Application* |
| Senior Partners | 3 | $653.00 | $697.34 |
| Junior Partners | 0 | $552.00 | N/A |
| Counsel | 0 | $565.00 | N/A |
| Senior Associates | 2 | $409.00 | $438.54 |
| Junior Associates | 0 | $336.00 | N/A |
| Paralegal | 0 | $284.00 | N/A |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $269.00 | $205.00 |
| **Aggregated:** | | **$504.00** | **$628.39** |