# EXHIBIT B

## TIMEKEEPER SUMMARY

## SUMMARY OF BILLING BY TIMEKEEPER

### For the Period from September 1, 2024 through September 30, 2024

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position at Saul Ewing | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Evan T. Miller | 2009 | Partner (2023)[1] | Bankruptcy | $680.00 | 41.7 | $28,356.00 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $715.00 | 33.9 | $24,238.50 |
| Mark Minuti | 1988 | Partner (1997) | Bankruptcy | $905.00 | 0.6 | $543.00 |
| Turner N. Falk | 2014 | Associate (2022) | Bankruptcy | $430.00 | 11.0 | $4,730.00 |
| Jorge Garcia | 2017 | Associate (2020) | Bankruptcy | $450.00 | 8.2 | $3,690.00 |
| Sean F. Kenny | N/A | Paraprofessional | Bankruptcy | $205.00 | 3.8 | $779.00 |
| TOTAL | | | | | 99.2 | $62,336.50 |

**Blended Hourly Rate: $628.39**

---

[1] Evan Miller joined Saul Ewing as a Partner in 2023. He was previously a director at his prior firm.

53186468.5 10/16/2024