# EXHIBIT C

**DETAILED TIME ENTRIES BY CATEGORY**

## SUMMARY OF BILLING BY CATEGORY

### For the Period from September 1, 2024 through September 30, 2024

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Committee Matters | 1.4 | $994.00 |
| Employee Benefits and Pensions | 1.5 | $995.00 |
| Fee/Employment Applications (Other Professionals) | 5.3 | $2,762.50 |
| Fee/Employment Applications (Saul Ewing) | 13.4 | $7,243.00 |
| Litigation: Contested Matters and Adversary Proceedings | 2.0 | $1,377.50 |
| Plan and Disclosure Statement | 66.5 | $43,536.50 |
| Preparation for and Attendance at Hearings | 9.1 | $5,428.00 |
| **TOTAL** | **99.2** | **$62,336.50** |



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4376749 |
| N/A - Committee N/A - Committee | Invoice Date | 10/15/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00006 |

Re:   Committee Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/03/24 | MGN | Correspondence to and from E. Miller regarding cancelling committee call. | 0.10 | 71.50 |
| 09/03/24 | MGN | Correspondence to the Committee advising of the status of the KEIP Motion and Dr. Patel's Objection to the Plan. | 0.50 | 357.50 |
| 09/03/24 | ETM | EMs with UCC re status of meeting and next steps in case | 0.20 | 136.00 |
| 09/10/24 | MGN | Correspondence to and from E. Miller regarding upcoming committee call. | 0.10 | 71.50 |
| 09/24/24 | MGN | Review correspondence from G. Savino regarding Prepare for and participate in committee call regarding issues with plan confirmation and language requested by Aves. | 0.50 | 357.50 |
| | | TOTAL HOURS | 1.40 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Evan T. Miller | 0.20 | at | 680.00 | = | 136.00 |
| Michelle G. Novick | 1.20 | at | 715.00 | = | 858.00 |
| | | | CURRENT FEES | | 994.00 |

TOTAL AMOUNT OF THIS INVOICE    994.00



Federal Identification Number: 23-1416352

www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number 4376750 |
| N/A - Committee N/A - Committee | Invoice Date 10/15/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number 391790 |
| Northbrook, IL 60062 | Matter Number 00008 |

Re:   Employee Benefits and Pensions

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/03/24 | TNF | Analysis of E. Miller correspondence re: debtor, UST and committee positions on KEIP motion | 0.10 | 43.00 |
| 09/03/24 | ETM | EMs/TC with WC/UST/MN/RN re next steps in KEIP review | 0.50 | 340.00 |
| 09/04/24 | ETM | Review correspondence re KEIP and EMs with MN/UST/TF re same | 0.90 | 612.00 |
| | | TOTAL HOURS | 1.50 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.10 | at | 430.00 | = | 43.00 |
| Evan T. Miller | 1.40 | at | 680.00 | = | 952.00 |
| | | | | CURRENT FEES | 995.00 |

TOTAL AMOUNT OF THIS INVOICE    995.00



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4376752 |
| N/A - Committee N/A - Committee | Invoice Date | 10/15/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00011 |

Re:   Fee / Employment Applications (Other Professionals)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/03/24 | MGN | Multiple correspondence to and from E. Miller and S. Kenney in connection with filing monthly fee applications for Saul Ewing and Alvarez & Marsal. | 0.70 | 500.50 |
| 09/03/24 | MGN | Review Debtor's response to U.S. Trustee's KEIP Motion. | 0.20 | 143.00 |
| 09/03/24 | MGN | Multiple correspondence to and from E. Miller regarding same. | 0.20 | 143.00 |
| 09/03/24 | MGN | Correspondence to and from R. Newman regarding same. | 0.10 | 71.50 |
| 09/03/24 | ETM | Review/revise/finalize draft A&M app | 0.50 | 340.00 |
| 09/03/24 | SFK | Revise Committe's fee application declaration. | 0.10 | 20.50 |
| 09/03/24 | SFK | Draft notice for financial advisor's fee application. | 0.30 | 61.50 |
| 09/03/24 | SFK | Revise committee notice of fee application per comments. | 0.10 | 20.50 |
| 09/03/24 | SFK | Revise financial advisor's notice of fee application per comments. | 0.10 | 20.50 |
| 09/03/24 | SFK | PDF, electronic docketing of financial advisor's fee application. | 0.30 | 61.50 |
| 09/04/24 | MGN | Review correspondence to U.S. Trustee regarding KEIP Motion. | 0.20 | 143.00 |
| 09/04/24 | MGN | Correspondence to and from E. Miller regarding same. | 0.10 | 71.50 |
| 09/25/24 | JG | Draft CNO re: Alvarez and Marsal first fee application | 0.20 | 90.00 |
| 09/26/24 | SFK | PDF and electronically docket CNO for financial advisor's first monthly fee application. | 0.30 | 61.50 |
| 09/27/24 | MGN | Multiple correspondence to and from R. Newman regarding revising and filing Second Monthly Fee Application of Alvarez & Marsal. | 0.20 | 143.00 |

| | | | | |
|---|---|---|---|---|
| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | | Invoice | 4376752 |
| 00011 | Fee / Employment Applications (Other Professionals) | | | Page: 2 |
| 10/15/24 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/27/24 | JG | Correspondence w/ Alvarez and Marsal re: second fee application finalization | 0.20 | 90.00 |
| 09/30/24 | MGN | Review and revise Alvarez's & Marsal's fee application. | 0.20 | 143.00 |
| 09/30/24 | MGN | Correspondence to and from J. Garcia regarding same. | 0.20 | 143.00 |
| 09/30/24 | JG | Review and finalize Alvarez and Marsal second fee application | 1.10 | 495.00 |
| | | TOTAL HOURS | 5.30 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Jorge Garcia | 1.50 | at | 450.00 | = | 675.00 |
| Sean F. Kenny | 1.20 | at | 205.00 | = | 246.00 |
| Evan T. Miller | 0.50 | at | 680.00 | = | 340.00 |
| Michelle G. Novick | 2.10 | at | 715.00 | = | 1,501.50 |
| | | | CURRENT FEES | | 2,762.50 |
| | | | TOTAL AMOUNT OF THIS INVOICE | | 2,762.50 |



Federal Identification Number: 23-1416352

www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4376751 |
| N/A - Committee N/A - Committee | Invoice Date | 10/15/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00010 |

Re:   Fee / Employment Applications (Saul Ewing)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/03/24 | ETM | Final review/revisions to fee app (0.7) and multiple EMs/TC with SK/RW/MN re same (0.3) | 1.00 | 680.00 |
| 09/03/24 | SFK | PDF, electronic docketing of committee's fee application. | 0.30 | 61.50 |
| 09/03/24 | SFK | Compile exhibits, invoices for committee's fee application. | 0.40 | 82.00 |
| 09/04/24 | MGN | Correspondence to E. Miller inquiring as to whether he communicated 10% discount with S. Brown. | 0.20 | 143.00 |
| 09/11/24 | MGN | Correspondence to and from J. Garcia regarding revising fee application and timing to file same. | 0.20 | 143.00 |
| 09/12/24 | MGN | Correspondence to and from J. Garcia regarding revising and filing Saul Ewing's monthly fee application. | 0.20 | 143.00 |
| 09/12/24 | JG | Draft Saul Ewing second fee application | 3.20 | 1,440.00 |
| 09/25/24 | MGN | Telephone conference with E. Miller regarding filing CNO to get paid on SE's First Monthly Fee Application. | 0.10 | 71.50 |
| 09/25/24 | MGN | Correspondence to and from J. Garcia regarding same. | 0.10 | 71.50 |
| 09/25/24 | MGN | Correspondence to and from R. Newman regarding same and timing to file second monthly fee application. | 0.20 | 143.00 |
| 09/25/24 | JG | Draft CNO re: Saul Ewing first fee application | 0.20 | 90.00 |
| 09/26/24 | MGN | Review and revise CNOs for fee applications of Saul Ewing and Alvarez & Marsel. | 0.30 | 214.50 |
| 09/26/24 | MGN | Telephone conference with J. Garcia regarding same. | 0.20 | 143.00 |
| 09/26/24 | MGN | Draft, review and revise Second Monthly Fee Application for Saul Ewing. | 0.90 | 643.50 |

| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice | 4376751 |
| 00010 | Fee / Employment Applications (Saul Ewing) | | Page: 2 |
| 10/15/24 | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/26/24 | MGN | Correspondence to and from J. Garcia regarding same. | 0.20 | 143.00 |
| 09/26/24 | JG | Revise Saul Ewing second fee application | 1.20 | 540.00 |
| 09/26/24 | SFK | PDF and electronically docket CNO for Saul's first monthly fee application. | 0.30 | 61.50 |
| 09/27/24 | MGN | Review and revise Second Monthly Fee Application for Saul Ewing. | 0.50 | 357.50 |
| 09/27/24 | MGN | Correspondence to and from J. Garcia regarding same. | 0.20 | 143.00 |
| 09/27/24 | MGN | Correspondence to B. Chipman and S. Brown enclosing information for payment of Saul Ewing's outstanding invoices. | 0.20 | 143.00 |
| 09/27/24 | JG | Review and finalize Saul Ewing second fee application | 2.10 | 945.00 |
| 09/30/24 | MGN | Review and revise Saul Ewing's fee application. | 0.50 | 357.50 |
| 09/30/24 | MGN | Correspondence to and from J. Garcia regarding same. | 0.20 | 143.00 |
| 09/30/24 | ETM | Review/revise fee application and EMs with MN/SK/DF re same | 0.50 | 340.00 |
| | | TOTAL HOURS | 13.40 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Jorge Garcia | 6.70 | at | 450.00 | = | 3,015.00 |
| Sean F. Kenny | 1.00 | at | 205.00 | = | 205.00 |
| Evan T. Miller | 1.50 | at | 680.00 | = | 1,020.00 |
| Michelle G. Novick | 4.20 | at | 715.00 | = | 3,003.00 |
| | | | CURRENT FEES | | 7,243.00 |

| | TOTAL AMOUNT OF THIS INVOICE | 7,243.00 |



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4376753 |
| N/A - Committee N/A - Committee | Invoice Date | 10/15/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00014 |

Re:   Litigation: Contested Matters and Adversary Proceedings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/03/24 | MGN | Review Skin Medicinals' Motion for Administrative Claim. | 0.30 | 214.50 |
| 09/04/24 | ETM | Review latest filings in litigation and main case and EMs with WC/MN re same | 0.50 | 340.00 |
| 09/05/24 | ETM | Review of motion to extend re removal issues | 0.30 | 204.00 |
| 09/06/24 | ETM | Review latest filings in litigation | 0.40 | 272.00 |
| 09/09/24 | MGN | Review U.S. Trustee's Objection to Debtors' Motion for Entry for Order Extending Time for the Debtors to Comply with 11 USC § 345(b). | 0.20 | 143.00 |
| 09/25/24 | ETM | Review latest filings in litigation | 0.30 | 204.00 |
| | | TOTAL HOURS | 2.00 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Evan T. Miller | 1.50 | at | 680.00 | = | 1,020.00 |
| Michelle G. Novick | 0.50 | at | 715.00 | = | 357.50 |
| | | | | CURRENT FEES | 1,377.50 |

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | 1,377.50 |



Federal Identification Number: 23-1416352

www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number  4376754 |
| N/A - Committee N/A - Committee | Invoice Date  10/15/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number  391790 |
| Northbrook, IL 60062 | Matter Number  00016 |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 08/20/24 | MGN | Review correspondence to and from R. Newman, and corresponding attachments, regarding decline in EBITDA an issues relating thereto. | 0.40 | 286.00 |
| 09/03/24 | MGN | Review Dr. Patel's Objection to Plan. | 0.30 | 214.50 |
| 09/03/24 | MGN | Multiple correspondence to and from E. Miller regarding same. | 0.20 | 143.00 |
| 09/03/24 | MGN | Correspondence to and from E. Miller regarding extension of objection deadline while awaiting settlement documentation. | 0.10 | 71.50 |
| 09/03/24 | TNF | Analysis of E. Miller correspondence re: plan settlement structure | 0.10 | 43.00 |
| 09/04/24 | MGN | Correspondence to and from G. Savino regarding lack of receipt of settlement documents relating to lenders agreement with the unsecured creditors committee. | 0.20 | 143.00 |
| 09/04/24 | MGN | Review voting results in connection with plan confirmation. | 0.10 | 71.50 |
| 09/04/24 | TNF | Analysis of M. Novick correspondence re: plan objections | 0.10 | 43.00 |
| 09/04/24 | TNF | Analysis of plan voting report | 0.10 | 43.00 |
| 09/04/24 | TNF | Analysis of US Trustee objection to confirmation | 0.10 | 43.00 |
| 09/04/24 | ETM | Review latest update re voting breakdown (0.2); review plan objections and background to same (0.8) | 1.00 | 680.00 |
| 09/06/24 | MGN | Review revisions to plan. | 0.60 | 429.00 |
| 09/06/24 | MGN | Correspondence to E. Miller and T. Falk regarding same. | 0.20 | 143.00 |
| 09/06/24 | MGN | Review correspondence to and from G. Savino regarding pro rata split of unsecured creditors committee settlement between classes 6 and 8. | 0.10 | 71.50 |

| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice | 4376754 |
|---|---|---|---|
| 00016 | Plan and Disclosure Statement | | Page: 2 |
| 10/15/24 | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/06/24 | TNF | Prepare changes re: UCC consensual plan | 0.50 | 215.00 |
| 09/06/24 | TNF | Analysis of E. Miller correspondence re: plan changes | 0.10 | 43.00 |
| 09/06/24 | TNF | Correspondence with committee members re: plan changes | 0.20 | 86.00 |
| 09/06/24 | ETM | Review/revise draft revised plan (1.3) and EMs with MN re same (0.2) | 1.50 | 1,020.00 |
| 09/07/24 | ETM | EMs with client/MN re status of plan revisions and review doc for same | 0.50 | 340.00 |
| 09/08/24 | TNF | Prepare revised plan re: UCC comments | 0.20 | 86.00 |
| 09/08/24 | TNF | Correspondence with W. Chipman re: plan revisions | 0.10 | 43.00 |
| 09/08/24 | TNF | Analysis of W. Chipman and E. Miller correspondence re: plan releases | 0.10 | 43.00 |
| 09/08/24 | ETM | EMs with DRs cnsl/TF/MN re revised plan and review amended language for approval and submission | 0.90 | 612.00 |
| 09/09/24 | TNF | Analysis of E. Miller, W. Chipman correspondence re: plan release language | 0.10 | 43.00 |
| 09/09/24 | ETM | Multiple EMs/TCs with DRs cnsl re latest on plan revisions and next steps re same and review/revise draft plan accordingly | 1.30 | 884.00 |
| 09/10/24 | MGN | Correspondence to and from G. Savino regarding upcoming plan confirmation hearing. | 0.10 | 71.50 |
| 09/10/24 | MGN | Review Second Amended Plan and related pleadings in preparation for upcoming plan confirmation hearing. | 1.10 | 786.50 |
| 09/10/24 | TNF | Analysis of voting report | 0.10 | 43.00 |
| 09/10/24 | ETM | Review proposed confirmation order and latest pleadings i/c/w plan confirmation | 1.90 | 1,292.00 |
| 09/11/24 | TNF | Analysis of G. Savino correspondence re: plan settlement | 0.10 | 43.00 |
| 09/11/24 | ETM | Further EMs/TC with DRS cnsl re confirmation hearing (0.3) and filings i/c/w same and review latest filings related to confirmation (0.9) | 1.20 | 816.00 |
| 09/12/24 | MGN | Correspondence to and from E. Miller regarding appearing at confirmation hearing and issues relating thereto. | 0.20 | 143.00 |
| 09/12/24 | MGN | Review T. Horan's calendar in connection with upcoming confirmation hearing. | 0.20 | 143.00 |
| 09/12/24 | MGN | Correspondence to T. Falk regarding appearing at confirmation hearing. | 0.10 | 71.50 |
| 09/12/24 | ETM | Review various documents re confirmation and prep for same | 3.40 | 2,312.00 |
| 09/13/24 | MGN | Correspondence to and from E. Miller regarding appearing at | 0.10 | 71.50 |

| | | | | |
|---|---|---|---|---|
| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | | Invoice | 4376754 |
| 00016 | Plan and Disclosure Statement | | | Page: 3 |
| 10/15/24 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| | | confirmation hearing and issues relating thereto. | | |
| 09/13/24 | MGN | Telephone conference with E. Miller regarding same. | 0.30 | 214.50 |
| 09/13/24 | MGN | Prepare for and attend confirmation hearing. | 2.00 | 1,430.00 |
| 09/13/24 | MGN | Follow-up correspondence to E. Miller regarding same. | 0.20 | 143.00 |
| 09/13/24 | MGN | Follow-up correspondence to T. Falk regarding same. | 0.10 | 71.50 |
| 09/13/24 | MGN | Review follow-up correspondence regarding Aves proposed language to the modified plan. | 0.20 | 143.00 |
| 09/13/24 | TNF | Analysis of E. Miller correspondence re: plan settlements | 0.10 | 43.00 |
| 09/13/24 | TNF | Analysis of M. Novick email re: plan confirmation | 0.10 | 43.00 |
| 09/13/24 | ETM | Review new language raised at hearing (0.4) and EMs with MN re same (0.1) | 0.50 | 340.00 |
| 09/14/24 | MGN | Multiple correspondence to and from E. Miller and T. Falk regarding proposed revised language in the Amended Plan relating to payment between Aves Management and Seller Noteholders. | 0.40 | 286.00 |
| 09/14/24 | MGN | Review proposed language in Amended Plan, subordination language in seller notes and conflict between notes and proposed language by Aves to be inserted in the Amended Plan. | 1.10 | 786.50 |
| 09/14/24 | TNF | Analysis of E. Miller correspondence re: intercreditor issues in plan | 0.10 | 43.00 |
| 09/14/24 | TNF | Analysis of subordination clauses in seller notes and impact on Aves settlement | 0.40 | 172.00 |
| 09/14/24 | TNF | Analysis of M Novick correspondence re: plan reservation of Aves rights | 0.10 | 43.00 |
| 09/14/24 | TNF | Analysis of E. Miller correspondence re: plan language for Aves | 0.10 | 43.00 |
| 09/14/24 | ETM | Further research/review re new language (0.8) and EMs with TF/MN re same (0.4) | 1.20 | 816.00 |
| 09/15/24 | MGN | Multiple correspondence to and from E. Miller and T. Falk regarding proposed revised language in the Amended Plan relating to payment between Aves Management and Seller Noteholders. | 1.10 | 786.50 |
| 09/15/24 | MGN | Telephone conference with E. Miller and T. Falk regarding same. | 0.50 | 357.50 |
| 09/15/24 | MGN | Follow-up correspondence to and from E. Miller and S. Brown regarding scheduling call to discuss same. | 0.10 | 71.50 |
| 09/15/24 | TNF | Analysis of E. Miller and M. Novick correspondence re: subordination language | 0.30 | 129.00 |
| 09/15/24 | TNF | Call with M. Novick, E. Miller re: Aves settlement | 0.60 | 258.00 |

| | | | | |
|---|---|---|---|---|
| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | | Invoice | 4376754 |
| 00016 | Plan and Disclosure Statement | | | Page: 4 |
| 10/15/24 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/15/24 | ETM | Further EMs and TC with MN/TF re language discussion and review for same and prep for same (0.5); EMs/TC with DRs cnsl/Lenders' cnsl (0.5) | 1.10 | 748.00 |
| 09/16/24 | MGN | Correspondence to and from E. Miller regarding amended language proposed by Aves. | 0.20 | 143.00 |
| 09/16/24 | MGN | Correspondence to and from M. Sarna regarding same. | 0.10 | 71.50 |
| 09/16/24 | MGN | Telephone conference with M. Sarna regarding same. | 0.40 | 286.00 |
| 09/16/24 | MGN | Follow-up correspondence to and from E. Miller regarding same. | 0.10 | 71.50 |
| 09/16/24 | TNF | Analysis of M. Novick and E. Miller correspondence re: Aves plan language | 0.10 | 43.00 |
| 09/16/24 | ETM | Further EMs with MN/MS/SB re status of plan issues | 0.40 | 272.00 |
| 09/17/24 | MGN | Correspondence to and from M. Sarna regarding follow-up call to discuss additional proposed language in plan. | 0.20 | 143.00 |
| 09/17/24 | MGN | Telephone conference with C. Samis, counsel for Aves, regarding same. | 0.20 | 143.00 |
| 09/17/24 | MGN | Prepare for and attend meeting with committee discussing confirmation hearing and additional language requested by Aves in Amended Plan of Reorganization. | 1.00 | 715.00 |
| 09/17/24 | MGN | Follow-up correspondence to C. Samis regarding same. | 0.10 | 71.50 |
| 09/17/24 | ETM | Review latest on plan language issues and EMs re same | 0.50 | 340.00 |
| 09/18/24 | MGN | Telephone conference with C. Samis, counsel to Aves, and E. Miller regarding issues with revised language in the Plan. | 0.30 | 214.50 |
| 09/18/24 | MGN | Review jurisdiction and venue in seller notes and distribution to be paid to class 6 and class 8 creditors. | 1.20 | 858.00 |
| 09/18/24 | MGN | Multiple correspondence to and from E. Miller regarding same. | 0.40 | 286.00 |
| 09/18/24 | TNF | Analysis of E. Miller correspondence re: Aves reservation language | 0.20 | 86.00 |
| 09/18/24 | ETM | Research re plan issues (0.9) and EMs/TC with Mn/CS/Client re same (0.8) | 1.70 | 1,156.00 |
| 09/19/24 | MGN | Multiple correspondence to and from E. Miller and T. Falk regarding dispute with Aves regarding settlement with creditors committee and proposed language for plan. | 0.90 | 643.50 |
| 09/19/24 | MGN | Review proposed language and correspondence between E. Miller and counsel for Aves. | 0.40 | 286.00 |
| 09/19/24 | MGN | Review seller notes for subordination provisions. | 0.50 | 357.50 |
| 09/19/24 | MGN | Correspondence to and from E. Miller regarding same. | 0.20 | 143.00 |

| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice | 4376754 |
|---|---|---|---|
| 00016 | Plan and Disclosure Statement | | Page: 5 |
| 10/15/24 | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/19/24 | MGN | Telephone conference with T. Falk and G. Savino regarding discrepancy in the subordination clauses in Baybridge notes. | 0.30 | 214.50 |
| 09/19/24 | MGN | Telephone conference with E. Miller and T. Falk regarding same. | 0.20 | 143.00 |
| 09/19/24 | TNF | Analysis of Aves subordination issues | 0.30 | 129.00 |
| 09/19/24 | TNF | Analysis of subordination documents re: Aves issues | 0.10 | 43.00 |
| 09/19/24 | TNF | Analysis of seller notes re: subordination language | 0.20 | 86.00 |
| 09/19/24 | TNF | Analysis of E. Miller correspondence re: Aves | 0.10 | 43.00 |
| 09/19/24 | TNF | Analysis of P. Candle correspondence re: seller note subordination | 0.10 | 43.00 |
| 09/19/24 | TNF | Call with M. Novick re: Aves subordination | 0.40 | 172.00 |
| 09/19/24 | TNF | Correspondence with G. Savino re: subordination issues | 0.20 | 86.00 |
| 09/19/24 | TNF | Call with G. Savino re: Aves subordination | 0.30 | 129.00 |
| 09/19/24 | TNF | Call with E. Miller and M Novick re: plan reservation of rights language | 0.50 | 215.00 |
| 09/19/24 | ETM | Research/review re ongoing Plan language discussion (2.4) and multiple EMs/TC with MN/TF/CS/WC/SB re state of play and next steps (0.5) | 2.90 | 1,972.00 |
| 09/20/24 | TNF | Analysis of E. Miller and C. Samis correspondence re: Aves reservation | 0.20 | 86.00 |
| 09/20/24 | TNF | Call with E. Miller, P. Candel re: Aves reservation language | 0.70 | 301.00 |
| 09/20/24 | ETM | Prepare for and attend M&C re plan dispute (1.5) and multiple EMs/TCs with MN/TF/client re same (0.7) | 2.20 | 1,496.00 |
| 09/22/24 | ETM | Further review/EMs re language and EMs with MN/TF/PC/client re same | 1.40 | 952.00 |
| 09/23/24 | TNF | Analysis of Aves seller note language | 0.20 | 86.00 |
| 09/23/24 | TNF | Analysis of M. Novick changes to Aves plan language and correspondence with M. Novick and E. Miller re: same | 0.20 | 86.00 |
| 09/23/24 | TNF | Prepare revised plan language and correspondence with Aves counsel re: subordination language | 0.30 | 129.00 |
| 09/23/24 | TNF | Analysis of P. Candel correspondence re: plan language for Aves reservation | 0.10 | 43.00 |
| 09/23/24 | TNF | Correspondence with committee members re: plan language for Aves subordination issue | 0.20 | 86.00 |
| 09/23/24 | ETM | Further review/revision re plan revision language and next steps re same and EMs with P. Candel re same | 0.50 | 340.00 |

| | | | | |
|---|---|---|---|---|
| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | | Invoice | 4376754 |
| 00016 | Plan and Disclosure Statement | | | Page: 6 |
| 10/15/24 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/24/24 | TNF | Correspondence with Committee members re: Aves plan treatment | 0.10 | 43.00 |
| 09/24/24 | TNF | Correspondence with G. Savino re: Aves plan language | 0.10 | 43.00 |
| 09/24/24 | TNF | Call with M. Novick and E. Miller re: plan confirmation langauge | 0.40 | 172.00 |
| 09/24/24 | TNF | Meeting with Committee members, E. Miller, M. Novick, R. Newman re: subordination langauge | 0.70 | 301.00 |
| 09/25/24 | MGN | Correspondence to and from E. Miller regarding discussing settlement language and impasse with S. Brown and B. Chipman. | 0.20 | 143.00 |
| 09/25/24 | MGN | Correspondence to and from S. Brown regarding same. | 0.10 | 71.50 |
| 09/25/24 | MGN | Follow-up telephone conference with S. Brown regarding settlement language and committee's impasse regarding Aves position. | 0.20 | 143.00 |
| 09/25/24 | MGN | Telephone conference with the committee regarding same. | 0.50 | 357.50 |
| 09/25/24 | TNF | Analysis of E. Miller correspondence re: plan subordination language | 0.10 | 43.00 |
| 09/25/24 | TNF | Analysis of M. Novick correspondence re: secured lender position on Aves subordination | 0.10 | 43.00 |
| 09/25/24 | TNF | Call with Committee members re: plan treatment of Aves | 0.50 | 215.00 |
| 09/25/24 | ETM | Multiple EMs with MN/TF/client re status of plan language and prep for mtg with same | 1.40 | 952.00 |
| 09/27/24 | MGN | Review correspondence between E. Miller and C. Samis regarding revised language to insert in the plan to try to resolve impasse with Aves. | 0.20 | 143.00 |
| 09/27/24 | MGN | Multiple correspondence to and from E. Miller regarding upcoming status hearing regarding revised language to insert in the plan to try to resolve impasse with Aves. | 0.20 | 143.00 |
| 09/27/24 | MGN | Register for the upcoming status hearing and review agenda. | 0.10 | 71.50 |
| 09/27/24 | TNF | Analysis of E. Miller correspondence re: plan negotiations | 0.10 | 43.00 |
| 09/28/24 | MM | Telephone call with E. Miller, M. Novick and T. Falk re: plan / Committee settlement issues | 0.50 | 452.50 |
| 09/28/24 | MM | E-mails with E. Miller re: plan settlement | 0.10 | 90.50 |
| 09/28/24 | MGN | Review correspondence from P. Altman regarding impasse with Aves and potential resolution. | 0.20 | 143.00 |
| 09/28/24 | MGN | Telephone conference with E. Miller, M. Minuti and T. Falk regarding same. | 0.60 | 429.00 |
| 09/28/24 | MGN | Correspondence to and from P. Altman and G. Savino regarding scheduling a call to discuss impasse with Aves and potential | 0.20 | 143.00 |

| | | | | |
|---|---|---|---|---|
| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | | Invoice | 4376754 |
| 00016 | Plan and Disclosure Statement | | | Page: 7 |
| 10/15/24 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| | | resolution. | | |
| 09/28/24 | MGN | Telephone conference with P. Altman and G. Savino regarding same. | 0.50 | 357.50 |
| 09/28/24 | MGN | Follow-up correspondence to E. Miller regarding results of call with the committee. | 0.10 | 71.50 |
| 09/28/24 | MGN | Multiple correspondence to P. Altman enclosing registration information and agenda for upcoming status hearing. | 0.20 | 143.00 |
| 09/28/24 | TNF | Analysis of committee member correspondence re Aves plan treatment | 0.10 | 43.00 |
| 09/28/24 | TNF | Analysis of E. Miller and M. Minuti correspondence re plan settlement | 0.10 | 43.00 |
| 09/28/24 | TNF | Call with E. Miller, M. Novick, M. Minuti re status conference strategy | 0.50 | 215.00 |
| 09/28/24 | ETM | EMs/TCs with MN/TF/MM/CS/BC/SB re plan language issues and next steps re same | 1.50 | 1,020.00 |
| 09/29/24 | MGN | Review language in the Amended Plan and Supplement regarding settlement with the unsecured creditors committee. | 0.60 | 429.00 |
| 09/29/24 | MGN | Re-review language in the seller notes regarding subordination with Aves. | 0.40 | 286.00 |
| 09/29/24 | MGN | Telephone conference with E. Miller discussing upcoming status hearing regarding impasse with Aves and resolution of same .8 | 0.80 | 572.00 |
| 09/29/24 | MGN | Telephone conference with C. Samis and P. Candel, representing Aves, and E. Miller discussing impasse with Aves regarding language of the plan and issues relating thereto. | 0.80 | 572.00 |
| 09/29/24 | MGN | Follow-up correspondence to G. Savino regarding D. Tancredi appearing at the hearing on behalf of the seller noteholders. | 0.20 | 143.00 |
| 09/29/24 | MGN | Telephone conference with E. Miller regarding additional issues relating to the upcoming status hearing discussing impasse with Aves, language in the plan and arguments at hearing. | 0.40 | 286.00 |
| 09/29/24 | MGN | Correspondence to and from R. Nosek regarding appearing at the hearing on behalf of the seller noteholders. | 0.10 | 71.50 |
| 09/29/24 | MGN | Telephone conference with R. Nosek and E. Miller regarding upcoming hearing regarding Aves language and objection. | 0.70 | 500.50 |
| 09/29/24 | ETM | Prepare for/attend M&Cs with MN/TF/MM/CS/BC/SB/client re plan language issues and next steps re same and prepare presentation for 9/30 hearing and EMs with MN re same | 2.10 | 1,428.00 |
| 09/30/24 | MGN | Prepare for and participate in status hearing on dispute over language in Amended Plan proposed by Aves. | 1.00 | 715.00 |
| 09/30/24 | MGN | Correspondence to E. Miller regarding same. | 0.20 | 143.00 |
| 09/30/24 | MGN | Follow-up telephone conference with the Committee discussing | 0.40 | 286.00 |

| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice | 4376754 |
| 00016 | Plan and Disclosure Statement | | Page: 8 |
| 10/15/24 | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| | | same. | | |
| 09/30/24 | MGN | Follow-up correspondence to and from R. Nosek, counsel to the individual seller noteholders, regarding same. | 0.10 | 71.50 |
| 09/30/24 | MGN | Telephone conference with R. Nosek regarding same. | 0.20 | 143.00 |
| | | TOTAL HOURS | 66.50 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 10.90 | at | 430.00 | = | 4,687.00 |
| Evan T. Miller | 29.10 | at | 680.00 | = | 19,788.00 |
| Mark Minuti | 0.60 | at | 905.00 | = | 543.00 |
| Michelle G. Novick | 25.90 | at | 715.00 | = | 18,518.50 |
| | | | | CURRENT FEES | 43,536.50 |
| | | | | TOTAL AMOUNT OF THIS INVOICE | 43,536.50 |



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4376755 |
| N/A - Committee N/A - Committee | Invoice Date | 10/15/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00017 |

Re:   Preparation for and Attendance at Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/11/24 | SFK | Prepare Debtor's exhibits binder for attorney for September 13 hearing. | 0.80 | 164.00 |
| 09/11/24 | SFK | Prepare attorney hearing binder for September 13 hearing. | 0.80 | 164.00 |
| 09/13/24 | ETM | Prepare for and attend confirmation hearing | 3.70 | 2,516.00 |
| 09/27/24 | ETM | Multiple ems with DR's cnsl/LR's cnsl/Aves' cnsl/client/MN/TF re status of hearing on disputed issues (0.5) and prepare for same (1.5) | 2.00 | 1,360.00 |
| 09/30/24 | ETM | Prepare for and attend hearing re outstanding plan language (1.5) and attend follow-up call with client/MN re same (0.3) | 1.80 | 1,224.00 |
| | | TOTAL HOURS | 9.10 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Sean F. Kenny | 1.60 | at | 205.00 | = | 328.00 |
| Evan T. Miller | 7.50 | at | 680.00 | = | 5,100.00 |
| | | | CURRENT FEES | | 5,428.00 |
| | | | TOTAL AMOUNT OF THIS INVOICE | | 5,428.00 |

161 North Clark, Suite 4200 ◆ Chicago, IL 60601 ◆ Phone: 312-876-7100 ◆ Fax: (312) 876-0288

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP