IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 401** |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION
FOR ENTRY OF AN ORDER (I) AUTHORIZING (A) THE REJECTION
OF AN UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY,
AND (B) THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY
IN CONNECTION THEREWITH, EACH EFFECTIVE AS OF THE REJECTION
DATE, AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Debtors' Motion for Entry of an Order (I) Authorizing (A) the Rejection of an Unexpired Lease of Nonresidential Real Property, and (B) the Abandonment of Certain Personal Property in Connection Therewith, Each Effective as of the Rejection Date, and (II) Granting Related Relief* [Docket No. 401] (the "**Motion**") filed on September 13, 2024.    Pursuant to the notice of Motion, objections to the Motion were to be filed and served no later than September 27, 2024, at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**").    The undersigned further certifies that a review of the Court's docket in these cases

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows:  (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

reflects that no answer, objection, or other responsive pleading to the relief requested in the Motion has been filed.

**WHEREFORE**, the undersigned, on behalf of the Debtors, respectfully requests that the Court enter the form of order attached to the Motion, at the Court's earliest convenience.

| | |
|---|---|
| Dated: October 17, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>David W. Carickhoff (No. 3715)<br>Mark D. Olivere (No. 4291)<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0191<br>Email:  chipman@chipmanbrown.com<br>carickhoff@chipmanbrown.com<br>olivere@chipmanbrown.com<br>root@chipmanbrown.com<br><br>*Counsel for Debtors and*<br>*Debtors in Possession* |