IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 415** |

### CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY APPLICATION OF CHIPMAN BROWN CICERO & COLE, LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM AUGUST 1, 2024 THROUGH AND INCLUDING AUGUST 31, 2024

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection, or other responsive pleadings to the *Third Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2024 Through and Including August 31, 2024* [Docket No. 291] (the "**Application**"), filed on September 24, 2024.

The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Secondcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

Objections to the Application were required to be filed and served no later than October 15, 2024, at 4:00 p.m. (Eastern Time).

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 266] (the "**Interim Compensation Order**"), the Debtors are authorized and directed to pay Chipman Brown Cicero & Cole, LLP $141,083.48 (the sum of $139,529.20, which represents eighty percent (80%) of the fees for the period of July 1, 2024 through July 31, 2024 and the sum of $1,554.28, which represents one hundred percent (100%) of the expenses requested in the Fee Application for the same period) upon the filing of this certification and without the need of a court order.

Dated: October 17, 2024　　　　　　　　**CHIPMAN BROWN CICERO & COLE, LLP**
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　/s/ *William E. Chipman, Jr.*
　　　　　　　　　　　　　　　　　　　　William E. Chipman, Jr. (No. 3818)
　　　　　　　　　　　　　　　　　　　　David W. Carickhoff (No. 3715)
　　　　　　　　　　　　　　　　　　　　Mark D. Olivere (No. 4291)
　　　　　　　　　　　　　　　　　　　　Alan M. Root (No. 5427)
　　　　　　　　　　　　　　　　　　　　Hercules Plaza
　　　　　　　　　　　　　　　　　　　　1313 North Market Street, Suite 5400
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone:　(302) 295-0191
　　　　　　　　　　　　　　　　　　　　Email:　　　chipman@chipmanbrown.com
　　　　　　　　　　　　　　　　　　　　　　　　　carickhoff@chipmanbrown.com
　　　　　　　　　　　　　　　　　　　　　　　　　olivere@chipmanbrown.com
　　　　　　　　　　　　　　　　　　　　　　　　　root@chipmanbrown.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Debtors and*
　　　　　　　　　　　　　　　　　　　　*Debtors in Possession*