IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF FILING OF MODIFIED *SECOND AMENDED* JOINT CHAPTER 11 PLAN OF REORGANIZATION OF OPTIO RX, LLC, *et al.*

**PLEASE TAKE NOTICE** that on September 10, 2024, the Debtors filed the *Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 382] (the "**Second Amended Plan**").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider confirmation of the Second Amended Plan was held on September 13, 2024 (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that at the Hearing, the Court approved confirmation of the Second Amended Plan, subject to certain language (the "**Proposed Language**") being added at the request of the Ad Hoc Group of Mezz Lenders (the "**Ad Hoc Group**") related to intercreditor and subordination rights under the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Ad Hoc Group, Baybridge Pharmacy Corp, Central Pharmacy Corp, and Delco Pharmacy Corp (collectively, the "**Seller Noteholders**"),

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

- 2 -

Loan Admin Co LLC ("**Loan Admin Co**") and the Official Committee of Unsecured Creditors (the "**Committee**") ultimately reached an agreement on revised Proposed Language.

PLEASE TAKE FURTHER NOTICE that on October 17, 2024, the Debtors filed a modified *Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 480] (the "**Modified Second Amended Plan**") including the revised Proposed Language.

PLEASE TAKE FURTHER NOTICE that attached hereto as **Exhibit A** is a blackline of the Modified Second Amended Plan compared to the Second Amended Plan.

Dated: October 17, 2024
      Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:  (302) 295-0191
Facsimile:   (302) 295-0199
Email:  chipman@chipmanbrown.com
       carickhoff@chipmanbrown.com
       olivere@chipmanbrown.com
       root@chipmanbrown.com

*Counsel for Debtors and
Debtors in Possession*