IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 480** |

## CERTIFICATION OF COUNSEL REGARDING PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONFIRMING THE DEBTORS' *SECOND AMENDED* JOINT CHAPTER 11 PLAN OF REORGANIZATION OF OPTIO RX, LLC, *ET AL*.

The undersigned counsel for the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1.  On June 7, 2024, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), thereby commencing the above-captioned cases.

2.  On July 29, 2024, the Debtors filed the *Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 257]. On that same date, the Debtors filed the *Amended Disclosure Statement Relating to the Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 258].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

3. On September 10, 2024, the Debtors filed the *Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 382] (the "**Plan**").

4. Also on September 10, 2024, the Debtors filed the *Notice of Filing of Proposed Findings of Fact, Conclusions of Law and Order Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 388] (the "**Proposed Confirmation Order**").

5. A hearing to consider confirmation of the Plan was held on September 13, 2024 (the "**Hearing**"). At the Hearing, the Court approved confirmation of the Plan, subject to certain language (the "**Proposed Language**") being added at the request of the Ad Hoc Group of Mezz Lenders (the "**Ad Hoc Group**") related to intercreditor and subordination rights under the Plan.

6. The Ad Hoc Group, Baybridge Pharmacy Corp, Central Pharmacy Corp, and Delco Pharmacy Corp (the "**Seller Noteholders**"), and the Official Committee of Unsecured Creditors (the "**Committee**") were unable to reach an agreement on the Proposed Language. A status conference (the "**Status Conference**") was held on September 30, 2024 relating to the Proposed Language. At the Status Conference, the Court directed the parties to file brief statements regarding each party's position on the Proposed Language related to intercreditor and subordination rights under the Plan.

7. On October 1, 2024, the Ad Hoc Group filed the *Statement of the Ad Hoc Group of Mezz Lenders Regarding Intercreditor and Subordination Rights Under the Plan* [Docket No. 453].

8. On October 3, 2024, Loan Admin Co LLC ("**Loan Admin Co**"), filed *Loan Admin Co's Reservation of Rights Regarding Intercreditor and Subordination Rights Under the Second Amended Joint Chapter 11 Plan of Reorganization* [Docket No. 457] (the "**Reservation of Rights**").

9. Also on October 3, 2024, the Seller Noteholders filed the *Statement of Baybridge Pharmacy Corp, Central Pharmacy Corp, and Delco Pharmacy Corp Regarding Intercreditor and Subordination Rights Under the Plan* [Docket No. 460], and the Committee filed the *Response of the Creditors' Committee to the Statement of the Ad Hoc Group of Mezz Lenders Regarding Intercreditor and Subordination Rights Under the Plan* [Docket No. 461] (collectively, the "**Statements**").

10. Following the Hearing, the Status Conference, and the submission of the Reservation of Rights and the Statements, the parties worked together on revisions to the Proposed Language to be included in a modified plan (the "**Revised Proposed Language**").

11. The Debtors modified the Plan as directed by the Court at the Hearing and included the Revised Proposed Language. The Debtors filed the Plan, as revised, at Docket No. 480 (the "**Modified Plan**").

12. In the Modified Plan, the Debtors also added a defined term "Claims Objection Bar Date" which was inadvertently left out of the Plan.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Confirmation Order, attached hereto as **Exhibit A** at its earliest convenience, confirming the Modified Plan.

Dated: October 17, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:    chipman@chipmanbrown.com
        carickhoff@chipmanbrown.com
        olivere@chipmanbrown.com
        root@chipmanbrown.com

*Counsel for Debtors and*
*Debtors in Possession*