# **SCHEDULE 1**

4888-8381-8476, v. 1

## Lease[1]

| COUNTERPARTY NAME | COUNTERPARTY ADDRESS | DEBTOR COUNTERPARTY | CONTRACT DESCRIPTION | PROPERTY ADDRESS | REJECTION DATE |
|---|---|---|---|---|---|
| 119 Kent LLC and 119 Kent II LLC | 1274 49 Street Unit No. 443 Brooklyn, NY 11219 Attn: Cheskie Weisz  kentmgmt@gmail.com | Central Pharmacy, LLC | Commercial Lease | 121 Kent Avenue Brooklyn, NY | October 31, 2024 |

---

[1] The Lease listed herein include all amendments, modifications, and addenda thereto.