**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 23, 2024, AT 10:00 A.M. (EASTERN TIME)**

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.    RESOLVED MATTER(S):**

1. Debtors' Motion for Entry of an Order (I) Authorizing (A) the Rejection of an Unexpired Lease of Nonresidential Real Property, and (B) the Abandonment of Certain Personal Property in Connection Therewith, Each Effective as of the Rejection Date, and (II) Granting Related Relief, filed on September 13, 2024 [Docket No. 401].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

    Objection Deadline:    September 27, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

        A.    Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Authorizing (A) the Rejection of an Unexpired Lease of Nonresidential Real Property, and (B) the Abandonment of Certain Personal Property in Connection Therewith, Each Effective as of the Rejection Date, and (II) Granting Related Relief, filed on October 17, 2024 [Docket No. 478].

        B.    Order (I) Authorizing (A) the Rejection of an Unexpired Lease of Nonresidential Real Property, and (B) the Abandonment of Certain Personal Property in Connection Therewith, Each Effective as of the Rejection Date, and (II) Granting Related Relief, filed on October 17, 2024 [Docket No. 483].

    Status: The order has been entered.

## II. MATTER(S) FILED UNDER CERTIFICATE OF NO OBJECTION:

2. Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Extending the Time to File Notices of Removal of Related Proceedings, filed on September 5, 2024 [Docket No. 370].

    Objection Deadline:    September 26, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

        A.    Certificate of No Objection Regarding Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Extending the Time to File Notices of Removal of Related Proceedings, filed on October 21, 2024 [Docket No. 487].

    Status: A certificate of no objection has been filed. Therefore, no hearing is necessary unless otherwise requested by the Court.

## III. MATTER(S) GOING FORWARD:

3. Motion to Preserve Right to Perform Setoff, filed on September 19, 2024 [Docket No. 412].

    Objection Deadline:    October 3, 2024, at 4:00 p.m. (Eastern Time).

<u>Responses Received</u>:

i. Debtors' Limited Objection to Dr. Rinku Patel's Motion to Preserve Right to Perform Setoff, filed on October 3, 2024 [Docket No. 456].

<u>Related Pleadings</u>:    None.

Status: Counsel for Dr. Rinku Patel intends to file an agreed upon proposed order under certification of counsel prior to the hearing.

Dated: October 21, 2024  
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:    chipman@chipmanbrown.com
carickhoff@chipmanbrown.com
olivere@chipmanbrown.com
root@chipmanbrown.com

*Counsel for Debtors and*
*Debtors in Possession*

- 3 -

4888-1846-5520, v. 1