IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OPTIO RX, LLC; *et al.*,[1] | ) | Case No. 24-11188 (TMH) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No. 412** |
| | ) | |

**CERTIFICATION OF COUNSEL WITH RESPECT TO ORDER GRANTING
DR. RINKU PATEL'S MOTION FOR RIGHT TO PERFORM SETOFF**

Undersigned counsel for Dr. Rinku Patel ("*Dr. Patel*") hereby certifies as follows:

1. On September 19, 2024, Dr. Patel filed her *Motion to Preserve Right to Perform Setoff* [Docket No. 412] (the "*Motion*"). Objections to the Motion were due by October 3, 2024.

2. On October 3, 2024, the Debtors filed their Limited Objection to the Motion [Docket No. 456].

3. The Debtors and Dr. Patel have agreed to resolve the Debtors' Limited Objection through revisions to the form of order originally attached to the Motion, as reflected in the redlined version attached hereto as **Exhibit A**.

4. No other objections were received.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

5. Attached as **Exhibit B** is a clean copy of the revised proposed order (the "*Order*").

WHEREFORE, Dr. Patel respectfully requests that the Court enter the attached Order at its earliest convenience.

| | |
|---|---|
| Dated: October 21, 2024 | **GOLDSTEIN & MCCLINTOCK, LLLP** |
| | By: */s/ Maria Aprile Sawczuk* |
| | Maria Aprile Sawczuk, Esq. (Bar ID 3320) |
| | 501 Silverside Road, Suite 65 |
| | Wilmington, DE 19809 |
| | Telephone: (302) 444-6710 |
| | marias@goldmclaw.com |
| | |
| | *Counsel for Dr. Rinku Patel* |