**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered) |

**NOTICE OF *SECOND AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 23, 2024, AT 10:00 A.M. (EASTERN TIME)**

> **AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**I.     RESOLVED MATTER(S):**

1. Debtors' Motion for Entry of an Order (I) Authorizing (A) the Rejection of an Unexpired Lease of Nonresidential Real Property, and (B) the Abandonment of Certain Personal Property in Connection Therewith, Each Effective as of the Rejection Date, and (II) Granting Related Relief, filed on September 13, 2024 [Docket No. 401].

    Objection Deadline:      September 27, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:     None.

    Related Pleadings:

    A.    Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Authorizing (A) the Rejection of an Unexpired Lease of Nonresidential Real Property, and (B) the Abandonment of Certain Personal Property in Connection Therewith, Each Effective as of the Rejection Date,

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows:  (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2]   Amended items appear in **bold**.

        and (II) Granting Related Relief, filed on October 17, 2024 [Docket No. 478].

    B.    Order (I) Authorizing (A) the Rejection of an Unexpired Lease of Nonresidential Real Property, and (B) the Abandonment of Certain Personal Property in Connection Therewith, Each Effective as of the Rejection Date, and (II) Granting Related Relief, filed on October 17, 2024 [Docket No. 483].

Status: The order has been entered.

## II. MATTER(S) FILED UNDER CERTIFICATE OF NO OBJECTION:

2. Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Extending the Time to File Notices of Removal of Related Proceedings, filed on September 5, 2024 [Docket No. 370].

    Objection Deadline:    September 26, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:    None.

    Related Pleadings:

    A.    Certificate of No Objection Regarding Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Extending the Time to File Notices of Removal of Related Proceedings, filed on October 21, 2024 [Docket No. 487].

    **B.**    **Order Extending the Time to File Notices of Removal of Related Proceedings Pursuant to Federal Rule of Bankruptcy Procedure 9006(b), entered on October 22, 2024 [Docket No. 494].**

Status: **The order has been entered.**

## III. MATTER(S) GOING FORWARD:

3. Motion to Preserve Right to Perform Setoff, filed on September 19, 2024 [Docket No. 412].

    Objection Deadline:    October 3, 2024, at 4:00 p.m. (Eastern Time).

4893-3852-7218, v. 1

Responses Received:

i. Debtors' Limited Objection to Dr. Rinku Patel's Motion to Preserve Right to Perform Setoff, filed on October 3, 2024 [Docket No. 456].

Related Pleadings:

A. Certification of Counsel with Respect to Order Granting Dr. Rinku Patel's Motion for Right to Perform Setoff, filed on October 21, 2024 [Docket No. 490].

B. **Order Granting Dr. Rinku Patel's Motion for Right to Perform Setoff, filed on October 22, 2024 [Docket No. 493].**

Status: **The order has been entered**.

Dated: October 22, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   chipman@chipmanbrown.com
carickhoff@chipmanbrown.com
olivere@chipmanbrown.com
root@chipmanbrown.com

*Counsel for Debtors and
Debtors in Possession*