IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date: November 15, 2024, at 10:00 a.m. (Eastern Time)**<br>**Objection Deadline: November 8, 2024, at 4:00 p.m. (Eastern Time)** |

**NOTICE OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE PRIVATE SALE OF (a) SUBSTANTIALLY ALL OF THE ASSETS OF DEBTOR THE PET APOTHECARY, LLC AND (b) THE VETERINARY FILES AND RELATED ASSETS OF DEBTOR SBH MEDICAL, LLC, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AND (II) GRANTING OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE** that on October 22, 2024, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Private Sale of (A) Substantially All of the Assets of Debtor The Pet Apothecary, LLC and (B) the Veterinary Files and Related Assets of Debtor SBH Medical, LLC, Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion, must be filed on or before **November 8, 2024, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response on (a) counsel to the Debtors, *Chipman Brown Cicero & Cole, LLP*, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn*: William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com); David W. Carickhoff, Esquire (carickhoff@chipmanbrown.com); Mark D. Olivere, Esquire (olivere@chipmanbrown.com); and Alan M. Root, Esquire (root@chipmanbrown.com); (ii) the Office of the United States Trustee for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

the District of Delaware, 844 King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801 (*Attn*: Jonathan W. Lipshie, Esquire) (*Email:* jon.lipshie@usdoj.gov); (iii) counsel to the DIP Lenders, *DLA Piper LLP (US)*, 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (*Attn*: Stuart Brown, Esquire) (*Email*: stuart.brown@dlapiper.com); and (iv) counsel to the Official Committee of Unsecured Creditors, *Saul Ewing LLP*, (a) 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Evan T. Miller (evan.miller@saul.com) and Nicholas Smargiassi (nicholas.smargiassi@saul.com), (b) 161 North Clark Street, Suite 4200, Chicago, Illinois 60601, Attn: Michelle G. Novick (michelle.novick@saul.com), and (c) 701 Brickell Avenue, Suite 1700, Miami, Florida 33131, Attn: Jorge Garcia (jorge.garcia@saul.com), so as to be **received no later than 4:00 p.m. (Eastern Time) on November 8, 2024.**

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **November 15, 2024, at 10:00 a.m. (Eastern Time)** before the Honorable Thomas M. Horan, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 22, 2024
       Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   chipman@chipmanbrown.com
          carickhoff@chipmanbrown.com
          olivere@chipmanbrown.com
          root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*