## CERTIFICATE OF SERVICE

I, Matthew B. Harvey, do hereby certify that on October 23, 2024, I caused a copy of the foregoing to be served via email and CM/ECF on the parties listed in **Exhibit A**.

*/s/ Matthew B. Harvey*
Matthew B. Harvey (No. 5186)

## Exhibit A

| | |
|---|---|
| **CHIPMAN BROWN CICERO & COLE, LLP**<br>William E. Chipman, Jr.<br>David W. Carickhoff<br>Mark D. Olivere<br>Alan M. Root<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>chipman@chipmanbrown.com<br>carickhoff@chipmanbrown.com<br>olivere@chipmanbrown.com<br>root@chipmanbrown.com<br><br>*Counsel to the Debtors* | **DLA PIPER LLP**<br>Stuart Brown<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801<br>stuart.brown@dlapiper.com<br><br>*Counsel to the DIP Lenders* |
| **OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**<br>Jonathan W. Lipshie<br>J. Caleb Boggs Federal Building<br>844 North King Street<br>Suite 2207, Lock Box 35<br>Wilmington, Delaware 19801<br>jon.lipshie@usdoj.gov | **SAUL EWING LLP**<br>Evan T. Miller<br>Nicholas Smargiassi<br>Michelle G. Novick<br>Jorge Garcia<br>1201 North Market Street, Suite 2300<br>Wilmington, DE 19801<br>evan.miller@saul.com<br>Nicholas.smargiassi@saul.com<br>michelle.novick@saul.com<br>jorge.garcia@saul.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |