**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline: November 13, 2024, at 4:00 p.m. (Eastern Time)** |
| | **Hearing Date: November 20, 2024, at 10:00 a.m. (Eastern Time)** |

**FIRST INTERIM APPLICATION OF CHIPMAN BROWN CICERO & COLE, LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 7, 2024 THROUGH AND INCLUDING AUGUST 31, 2024**

| | |
|---|---|
| *Name of Applicant:* | Chipman Brown Cicero & Cole, LLP |
| *Authorized to Provide Professional Services to:* | Debtors and Debtors in Possession, Effective as of June 7, 2024 |
| *Period for Which Compensation and Reimbursement is Sought:* | June 7, 2024, through August 31, 2024 |
| *Amount of Compensation Sought as Actual, Reasonable and Necessary:* | $571,789.00 (80% = $457,431.20) |
| *Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:* | $6,808.01 |
| *Amount of Twenty Percent (20%) Holdback:* | $114,357.80 |

This is a(n) __√__ Interim _____ Monthly _____ Final Fee Application.

This is CBCC's first interim application.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

SUMMARY OF MONTHLY FEE APPLICATIONS FOR INTERIM PERIOD:

Prior Applications:

| DATE FILED | PERIOD COVERED | REQUESTED | | APPROVED | | HOLDBACK (20%) |
| --- | --- | --- | --- | --- | --- | --- |
| | | FEES (100%) | EXPENSES | FEES (80%) | EXPENSES | |
| 07.31.2024 [Docket No. 270] | 06.07.2024 — 06.30.2024 | $260,532.00 | $2,956.35 | $208,425.60 | $2,956.35 | $52,106.40 |
| 08.13.2024 [Docket No. 291] | 07.01.2024 — 07.31.2024 | $136,845.50 | $2,297.38 | $109,476.40 | $2,297.38 | $27,369.10 |
| 09.24.2024 [Docket No. 415] | 08.01.2024 — 08.31.2024 | $174,411.50 | $1,554.28 | $139,529.20 | $1,554.28 | $34,882.30 |
| | TOTAL: | $571,789.00 | $6,808.01 | $457,431.20 | $6,808.01 | $114,357.80 |

SUMMARY OF OBJECTIONS TO MONTHLY FEE APPLICATIONS:

No objections have been received.

# INTERIM APPLICATION SUMMARY

| | |
|---|---|
| NAME OF APPLICANT | Chipman Brown Cicero & Cole, LLP |
| NAME OF CLIENT | Debtors and Debtors in Possession |
| TIME PERIOD COVERED BY INTERIM APPLICATION | June 7, 2024, through and including August 31, 2024 |
| TOTAL COMPENSATION SOUGHT DURING APPLICATION PERIOD | $571,789.00 |
| TOTAL EXPENSES SOUGHT DURING APPLICATION PERIOD | $6,808.01 |
| PETITION DATE | June 7, 2024 |
| RETENTION DATE | June 7, 2024 |
| DATE OF ORDER APPROVING EMPLOYMENT | June 28, 2024 |
| TOTAL ALLOWED COMPENSATION PAID TO DATE | $317,902.00 |
| TOTAL ALLOWED EXPENSES PAID TO DATE | $5,253.73 |
| TOTAL COMPENSATION APPROVED BY INTERIM ORDER TO DATE | $0.00 |
| TOTAL EXPENSES APPROVED BY INTERIM ORDER TO DATE | $0.00 |
| BLENDED RATE IN THE INTERIM APPLICATION FOR ALL PARTNERS | $695.18 |
| BLENDED RATE IN THE INTERIM APPLICATION FOR ALL ATTORNEYS | $682.96 |
| BLENDED RATE IN THE INTERIM APPLICATION FOR ALL TIMEKEEPERS | $608.87 |

## CUMULATIVE SUMMARY OF COMPENSATION BY PROFESSIONAL FOR THE PERIOD JUNE 7, 2024, THROUGH AUGUST 31, 2024

| NAME OF PROFESSIONAL INDIVIDUAL | POSITION, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Adam D. Cole | Partner; Member of the New York Bar since 1991 | $795.00 | 28.0 | $22,260.00 |
| David W. Carickhoff | Partner; Member of the Delaware and Pennsylvania Bars since 1998 | $720.00 | 32.7 | $23,544.00 |
| William E. Chipman, Jr. | Partner; Member of the Delaware Bar since 1999 | $850.00 | 307.2 | $261,120.00 |
| Robert A. Weber | Partner; Member of the Delaware Bar since 2000 | $775.00 | 7.2 | $5,580.00 |
| Paul D. Brown | Partner; Member of the Delaware Bar since 2000 | $675.00 | 0.8 | $540.00 |
| Mark L. Desgrosseilliers | Partner; Member of the Delaware Bar since 2001 | $750.00 | 0.2 | $150.00 |
| Mark D. Olivere | Partner; Member of the Delaware Bar since 2002 | $550.00 | 344.9 | $189,695.00 |
| Alan M. Root | Partner; Member of the Delaware Bar since 2010 | $525.00 | 9.8 | $5,145.00 |
| Mariska Suparman | Associate; Member of the Delaware Bar since 2023 | $350.00 | 26.8 | $9,380.00 |
| Michelle M. Dero | Paralegal | $300.00 | 170.4 | $51,120.00 |
| Renae M. Fusco | Paralegal | $300.00 | 9.6 | $2,880.00 |
| Lauren Hitchens | Paralegal | $250.00 | 1.5 | $375.00 |
| | | **TOTAL:** | 939.1 | $571,789.00 |
| | | **ATTORNEY COMPENSATION:** | | $517,414.00 |
| | | **TOTAL ATTORNEY HOURS:** | | 757.6 |
| | | **BLENDED HOURLY RATE OF ALL TIMEKEEPERS:** | | $608.87 |

iv

4863-6047-1532, v. 3

**CUMULATIVE SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY FOR THE PERIOD JUNE 7, 2024, THROUGH AUGUST 31, 2024**

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---:|---:|
| B110 Case Administration | 189.2 | $104,448.00 |
| B120 Asset Analysis and Recovery | 0.0 | $0.00 |
| B130 Asset Disposition | 0.7 | 595.00 |
| B140 Relief from Stay/Adequate Protection Proceeding | 12.6 | $8,948.00 |
| B150 Meetings of and Communications with Creditors | 14.5 | $9,575.00 |
| B160 Fee/Employment Applications | 84.3 | $37,915.00 |
| B170 Fee/Employment Objections | 6.8 | $3,995.00 |
| B180 Avoidance Action Analysis | 0.0 | $0.00 |
| B185 Assumption/Rejection of Leases and Contracts | 24.9 | $13,006.50 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 196.6 | $128,870.50 |
| B195 Non-Working Travel | 0.0 | $0.00 |
| B200 Operations | 0.0 | $0.00 |
| B210 Business Operations | 87.3 | $47,450.00 |
| B220 Employee Benefits/Pension | 29.9 | $16,880.00 |
| B230 Financing/Cash Collateral | 64.0 | $45,993.50 |
| B240 Tax Issues | 1.5 | $637.50 |
| B250 Real Estate | 0.0 | $0.00 |
| B260 Board of Director Matters | 0.0 | $0.00 |
| B300 Claims and Plan | 0.0 | $0.00 |
| B310 Claims Administration and Objections | 16.5 | $8,730.00 |
| B320 Plan and Disclosure Statement (including business plan) | 210.3 | $144,745.00 |
| B400 Bankruptcy-Related Advice | 0.0 | $0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.0 | $0.00 |
| B420 Restructurings | 0.0 | $0.00 |
| **TOTAL:** | **939.1** | **$571,789.00** |

4863-6047-1532, v. 3

**CUMULATIVE EXPENSE SUMMARY FOR THE PERIOD
JUNE 7, 2024, THROUGH AUGUST 31, 2024**

| EXPENSE CATEGORY | SERVICE PROVIDER (IF APPLICABLE) | TOTAL EXPENSES |
|---|---|---|
| E101 Copying | In-House Copies | $56.10 |
| E102 Outside Printing | Reliable | $3,848.69 |
| E107 Delivery Services/Messengers | Reliable | $10.00 |
| E111 Meals | Urban Café; Wilma's | $170.80 |
| E115 Deposition Transcripts | Reliable | $37.80 |
| E116 Trial Transcripts | Reliable | $2,684.62 |
|  |  |  |
|  | **TOTAL:** | **$6,808.01** |

4863-6047-1532, v. 3

**COMPARABLE RATE DISCLOSURES**

The blended hourly rate for all CBCC nonbankruptcy timekeepers (including both attorneys and paralegals) (the "**Non-Bankruptcy Blended Rate**") during the twelve-month period beginning on July 31, 2023, and ending on July 31, 2024 (the "**Comparable Period**") was $514.00 per hour, and the blended hourly rate for all CBCC Delaware and New York bankruptcy timekeepers (including both attorneys and paralegals) (the "**Bankruptcy Blended Rate**") for the Comparable Period was $510.50 per hour.

The blended hourly rate for all CBCC timekeepers who billed to the Debtors during the Application Period was approximately $511.41 per hour (the "**Debtor Blended Hourly Rate**"). A detailed comparison of these rates follows:

|  | **DEBTORS' BLENDED BILLED RATE** | **NON-BANKRUPTCY BLENDED BILLED RATE** |
|---|---:|---:|
| Partners | $695.18 | $586.69 |
| Associates | $350.00 | $287.50 |
| Paralegals | $299.59 | $275.00 |

**BUDGET**

The budget for the period from June 7, 2024, through August 31, 2024, for CBCC was approximately $750,000.00.

| | |
|---|---|
| Actual Fees: | $571,789.00 |
| Actual Expenses: | $6,808.01 |
| Actual Total: | $578,597.01 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Objection Deadline: November 13, 2024, at 4:00 p.m. (Eastern Time)** |
| | **Hearing Date: November 20, 2024, at 10:00 a.m. (Eastern Time)** |

**FIRST INTERIM APPLICATION OF CHIPMAN BROWN
CICERO & COLE, LLP, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR THE PERIOD FROM
JUNE 7, 2024 THROUGH AND INCLUDING AUGUST 31, 2024**

Chipman Brown Cicero & Cole, LLP ("**CBCC**"), counsel to the debtors and debtors in possession (the "**Debtors**"), hereby submits its first interim application (the "**Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code §§ 101-1532 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 266] entered July 31, 2024 (the "**Interim Compensation Order**") for (i) the allowance of interim compensation for professional services performed by CBCC for the first interim period from June 7, 2024 through and including August 31, 2024 (the "**Compensation**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

Period") in the amount of $571,789.00 (the "**Interim Compensation Amount**"); and (ii) reimbursement of its actual and necessary expenses in the amount of $6,808.01 (the "**Interim Expense Amount**") incurred during the first Interim Period. In support of this Application, CBCC respectfully represents:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over the Debtor, its estate, and this matter under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding under 28 U.S.C. § 157(b).

2. Venue of this proceeding and this Application is proper in this district pursuant to 28 U.S.C. § 1408.

3. Pursuant to Local Rule 9013-1(f), CBCC consents to the entry of a final order by the Court in connection with this Application, to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

4. The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

A. **GENERAL BACKGROUND.**

1. On June 7, 2024 (the "**Petition Date**"), the Debtors commenced with the Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of the Bankruptcy Code. The Chapter 11 Cases are jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

2.      The Debtors are authorized to continue operating their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On June 21, 2024, the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed a creditors' committee (the "**Committee**") in these Chapter 11 Cases [Docket No. 67].[2] No trustee or examiner has been appointed in the Chapter 11 Cases.

4.      On July 31, 2024, the Court signed the Interim Compensation Order, authorizing certain professionals ("**Professionals**") to submit monthly applications for compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Interim Compensation Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtors are authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.

**B.    THE RETENTION OF CHIPMAN BROWN CICERO & COLE, LLP.**

5.      On June 28, 2024, the Debtors filed the *Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Chipman Brown Cicero & Cole, LLP as Counsel to the Debtors Effective as of the Petition Date* [Docket No. 116] (the "**Retention Application**").

6.      On July 29, 2024, the Court entered the *Order Authorizing the Retention and Employment of Chipman Brown Cicero & Cole, LLP as Counsel to the Debtors Effective as of the Petition Date* [Docket No. 252] (the "**Retention Order**").

---

[2]    The U.S. Trustee subsequently filed an *Amended Notice of Appointment of Creditors' Committee* [Docket Nos. 81 and 130].

## SUMMARY OF APPLICATION FOR THE COMPENSATION PERIOD

7. By this Application, and in accordance with the Interim Compensation Order, CBCC requests approval of the Interim Compensation Amount and the Interim Expense Amount for the Compensation Period.

8. The Retention Order authorizes the Debtors to compensate CBCC in accordance with the procedures set forth in Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Rules, and such other procedures as were to be fixed by order of the Court. On July 31, 2024, the Court entered the Interim Compensation Order, which established such procedures.

9. During the Compensation Period, CBCC performed the services for which it is seeking compensation from the Debtors and their estates. CBCC received no payment and no promises of payment from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between CBCC and any other person, other than members of the firm, for the sharing of compensation received for services rendered in these cases.

10. CBCC's monthly fee applications during the Compensation Period have been filed and served in accordance with the Interim Compensation Order. Each of the monthly fee applications is incorporated by reference as if fully set forth herein.

## RESPONSES TO FEE GUIDELINES QUESTIONNAIRE

| QUESTION | RESPONSE | EXPLANATION |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | No | N/A |
| If the fees sought in this fee application as compared to the fees budgeted for this time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | N/A | N/A |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No | N/A |

- 4 -

| QUESTION | RESPONSE | EXPLANATION |
|---|---|---|
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | No | N/A |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? | No | N/A |
| If the fee application includes any rate increases since retention:<br><br>i. Did your client review and approve those rate increases in advance?<br><br>ii. Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA formal Ethics Opinion 11-458? | N/A | N/A |

**RELIEF REQUESTED**

11. By the Application, CBCC requests that the Court approve payment of one hundred percent (100%) of the fees and expenses incurred by CBCC during the Compensation Period. Monthly fee applications for the Compensation Period detailing the time entries and expenses incurred were previously filed. In addition, CBCC requests that the Court authorize the Debtors to pay $114,357.80 representing the twenty percent (20%) "holdback" of fees.

12. All services for which compensation is requested by CBCC were performed for or on behalf of the Debtors. CBCC's services have been necessary and beneficial to the Debtors and their estates.

13. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, CBCC respectfully submits that the amount requested by CBCC is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, CBCC has reviewed the requirements of Local Rule 2016-2 and the Interim Compensation Order and believes that this Application together with the previously filed monthly fee applications comply with such Rule and order. To the extent that this

Application and the previously filed monthly fee applications fail to comply with Local Rule 2016-2 in any respect, CBCC submits that such non-compliance is non-material, and respectfully requests that such non-compliance be waived.

**WHEREFORE**, CBCC respectfully requests that the Court enter an order providing (i) that fees in the amount of $571,789.00, as compensation for necessary professional services rendered, and actual and necessary costs and expenses in the amount of $6,808.01 (for a total of $578,597.01) be allowed on an interim basis; (ii) that the Debtors are authorized and directed to pay to CBCC the Interim Compensation Amount and the Interim Expense Amount; and (iii) that CBCC be granted such further relief as may be just and proper.

Dated: October 23, 2024
      Wilmington, Delaware

Respectfully submitted,

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
**CHIPMAN BROWN CICERO & COLE, LLP**
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Facsimile:   (302) 295-0199
Email:  chipman@chipmanbrown.com
       carickhoff@chipmanbrown.com
       olivere@chipmanbrown.com
       root@chipmanbrown.com

*Counsel to the Debtors and Debtors in Possession*