# SEPTEMBER 2024 BANK STATEMENTS

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| Last Statement: | August 30, 2024 |
| Statement Ending: | September 30, 2024 |
| Page: | 1 of 16 |

35121 TWS380WR100124034339 01 000000000 49 017

OPTIO RX LLC
1432 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: | XXXXXX4516 |
|---|---|---|

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/31/24** | **$9,894,517.61** |
| + Deposits and Credits (188) | $5,381,961.90 |
| - Withdrawals and Debits (173) | $15,145,802.56 |
| **Ending Balance as of 09/30/24** | **$127,202.13** |
| Analysis or Maintenance Fees for Period | $3,474.82 |
| Number of Days in Statement Period | 31 |

## Debits



| Date | Description | Subtractions |
|---|---|---|
| Sep 03 | INTL WIRE TRANS OUT<br>FOREIGN ON LINE BA ACCT#3805444516 SONI BROTHERS OUTS<br>OURCING SOLUTIONS HDFC BANK LIMITED SBOS/22-23/001 | -$18,666.80 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Health Care Logist ics Bill.com 016GB WDAN3GUL7K<br>Acct 50 0959 - Inv 3095351 | -$60.00 |
| Sep 03 | PREAUTHORIZED DEBIT<br>ADT SECURITY SER ADTPAPACH 240902 | -$70.28 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables City of Crestview Bill.com 016LTRTDF 3GUM1B Acct<br>7507-4 392 - Inv 07/10/20 | -$134.20 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Med-Vet Internatio nal Bill.com 015ST WYSYX5KP3M<br>Acct 36 784 - Inv INV04506 | -$871.20 |
| Sep 03 | PREAUTHORIZED DEBIT<br>NinjaOne, LLC NinjaOne, 240903 ST-D3V1O3N3N2N9 | -$1,600.00 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015KVEZNCJ5LZI1 | -$2,547.57 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement |  |
| **Add** deposits made by you, but not shown on this statement. |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Subtotal** |  |
|  |  |
| 3. **List** total of checks outstanding |  |
| **Subtract** check total from above Subtotal |  |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 09/30/2024 |
| **Page :** | 2 of 16 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015WLJIEJP5M0GP | -$13,611.06 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016ZNLJLQ3GUNHJ | -$17,720.50 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015IQUQUFD5KQJA | -$21,468.46 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015CNXLKLG5LQYA | -$26,155.60 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$1,886.23 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$3,481.47 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | -$1,114.56 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | -$15,696.91 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | -$18,960.24 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$19,462.42 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$28,088.17 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$14,254.87 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | -$1,645.00 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$44,334.18 |
| Sep 04 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 GOT2MOVE JPMORGAN CHASE BANK, NA | -$6,959.50 |
| Sep 04 | PREAUTHORIZED DEBIT<br>ComEd PAYMENTS 240904 | -$169.24 |
| Sep 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015EBKVKNH5N3HQ | -$1,551.87 |
| Sep 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015QOMQABS 5O7AE Acct SBHM43 - Multiple invoice | -$2,600.00 |
| Sep 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 016EUIRZV3 GWR15 Multiple inv oices | -$7,736.81 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$1,096.87 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$50,132.29 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$11,157.10 |
| Sep 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 016DRKPPU3 GZI6X Acct HEA105 - Inv 03567516 | -$840.00 |
| Sep 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015UGEAUYI 5PQ7Z Acct SBHM43 - Multiple invoice | -$1,036.00 |

35121 0114163 0002-0016 0000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 09/30/2024 |
| **Page :** | 3 of 16 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015APJVNLJ5QG1N | -$2,611.70 |
| Sep 05 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 240905 0004215600 | -$799,249.54 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$1,787.09 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$139.90 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$1,243.91 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$5,297.81 |
| Sep 06 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 BREX INC JPMORGAN CHASE<br>BANK, NA | -$200,000.00 |
| Sep 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015KUYHYZU5S2U0 | -$144.80 |
| Sep 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015AFTHLVK5SNBF | -$927.57 |
| Sep 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016GWVYDU3H1YBA | -$1,276.08 |
| Sep 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015JIEUDQX5SKM3 | -$7,233.86 |
| Sep 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$2,458.19 |
| Sep 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$145,173.32 |
| Sep 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$55,413.86 |
| Sep 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$124,602.99 |
| Sep 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$89,273.39 |
| Sep 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$101,496.77 |
| Sep 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$118,852.52 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Culligan of Wheeli ng Bill.com 015OMF VGKG5WGOL<br>Acct 506 832 - Inv 0161036 | -$25.00 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015GKWVFAS 5UVS7 Acct<br>BRAUN60 - Inv 03583157 | -$130.00 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Eagle B ill.com 015ZFMMCVY 5WIBE Acct E10597 - Inv<br>348765 | -$255.00 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 016RUJBLC3 H4DUV Acct<br>HEA105 - Multiple invoice | -$560.00 |
| Sep 09 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 240909 0004215600 | -$3,767.78 |

35121 0114164 0003-0016 000000000000000000





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 09/30/2024 |
| | Page : | 4 of 16 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

35121 0114165 0004-0016 0000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015CWMGNWO5WI8M | -$19,240.17 |
| Sep 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$353.09 |
| Sep 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$1,158.18 |
| Sep 10 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 AMERISOURCE RECEIV ABLES<br>FINANCIAL C JPMORGAN CHASE BAN K, NA | -$125,000.00 |
| Sep 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015KDXRJIT5WNOL | -$4,106.17 |
| Sep 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016BATNYN3H6XUJ | -$6,129.28 |
| Sep 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015HYVTZKG5WV0F | -$37,196.34 |
| Sep 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ARTPRBD5WT08 | -$114,393.94 |
| Sep 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$12,874.38 |
| Sep 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | -$30,301.63 |
| Sep 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$5,980.23 |
| Sep 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$1,143.13 |
| Sep 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$1,034.88 |
| Sep 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$62,073.20 |
| Sep 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$261,856.22 |
| Sep 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$11,647.23 |
| Sep 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$69,015.08 |
| Sep 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 016UTUKCO3 H97GU Acct<br>HEA105 - Multiple invoice | -$216.00 |
| Sep 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015JTLEQXI 5ZGD7 Acct SBHM43<br>- Inv 03586531 | -$237.00 |
| Sep 11 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 240911 0004215600 | -$9,600.84 |
| Sep 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$343.08 |
| Sep 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | -$1,441.02 |
| Sep 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Med-Vet Internatio nal Bill.com 015CA RNILU60H18<br>Acct 36 784 - Inv INV04592 | -$285.60 |
| Sep 12 | PREAUTHORIZED DEBIT<br>ATT Payment 240912 064767004BDE9N | -$1,449.50 |





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 09/30/2024 |
| | Page : | 5 of 16 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Pioneer Rx B ill.com 015CFIJLFN 616N2 Multiple inv oices (details on | -$1,825.04 |
| Sep 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016LRVLHQ3HBG9O | -$2,184.17 |
| Sep 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables FRIER LEVITT B ill.com 015GIBGFJC 6115F Inv RETAINER | -$5,000.00 |
| Sep 12 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 240912 0004215600 | -$11,611.35 |
| Sep 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015FDNXJWG60IG1 | -$31,812.08 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX9021 | -$393.62 |
| Sep 13 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 SMC PHARMACY LLC J PMORGAN CHASE BANK , NA | -$7,230,000.00 |
| Sep 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015DREHBTA631JS | -$341.11 |
| Sep 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical S urgical Bill.com 0 15EJYOQHD62HR0 Acc t 61761076 - Inv 4 | -$590.46 |
| Sep 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016WCSQNZ3HDLYJ | -$2,455.45 |
| Sep 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Cardinal Health B ill.com 015PNILWDI 62FYL Acct 1111662 4 - Inv 7178791233 | -$5,952.46 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$94,748.67 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$1,765.85 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$8,862.77 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$49,957.40 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$21,695.19 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$8,525.12 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$394.85 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$296,571.84 |
| Sep 16 | INTL SERVICES TRAN<br>10001158 STB-PCM | -$2,555.56 |
| Sep 16 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 CARDINAL HEALTH, I NC. WELLS FARGO BA NK, NA | -$300,000.00 |
| Sep 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015WKNTKHV 654Z3 Acct SBHM43 - Multiple invoice | -$144.00 |
| Sep 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016AFBAHC 3HG8H6 Acct T1272 - Multiple invoice | -$364.16 |

35121 0114166 0005-0016 00000000000000000





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 09/30/2024 |
| | Page : | 6 of 16 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF  Enterprises I nc Bill.com 015VVB CZAB64LWC Acct<br>FOH 05718 - Inv 926074 | -$27,580.70 |
| Sep 17 | INTL SERVICES TRAN<br>10001158 STB-AMD | -$250.00 |
| Sep 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015MQWGTIE66ZZP | -$843.87 |
| Sep 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$614.48 |
| Sep 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$1,887.35 |
| Sep 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$499.28 |
| Sep 18 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 ANDA INC BANK OF A MERICA,<br>N.A., NY | -$59,141.65 |
| Sep 18 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 STRETTO BANC OF CA<br>LIFORNIA | -$214,711.10 |
| Sep 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 016ZOZREK3 HKD8W Acct<br>HEA105 - Inv 03588698 | -$72.00 |
| Sep 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015YLTKSVX 68TCX Acct<br>BRAUN60 - Inv 03590985 | -$146.00 |
| Sep 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015VZFONWT 69093 Acct<br>SBHM43 - Inv 03591708 | -$320.00 |
| Sep 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 08/24 | -$3,474.82 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7950 | -$74.00 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$826.84 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3810 | -$74.00 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4854 | -$74.00 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$61,107.62 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | -$3,173.64 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX5525 | -$81.35 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX9021 | -$209.96 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$470.04 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$486.77 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | -$74.32 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$274,489.57 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX2122 | -$74.00 |

35121 0114167 0006-0016 0000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 09/30/2024 |
| **Page :** | 7 of 16 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 016XLVMOS3 HM7ND Acct<br>HEA105 - Multiple invoice | -$618.00 |
| Sep 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015SMTXDML6ALFY | -$4,014.11 |
| Sep 19 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 240919 0004215600 | -$835,717.21 |
| Sep 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX5525 | -$350.00 |
| Sep 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$51.76 |
| Sep 20 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 H AND H JPMORGAN C HASE<br>BANK, NA | -$37,237.53 |
| Sep 20 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 FERRING PHARMACEUT ICALS<br>INC. BANK OF AMERICA, N.A., NY P.O IS 18471641 | -$178,869.25 |
| Sep 20 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 CARDINAL HEALTH, I NC.<br>WELLS FARGO BA NK, NA | -$300,000.00 |
| Sep 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016PFLYKY 3HNZ27 Acct<br>T1272 - Inv VW9766 | -$155.00 |
| Sep 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables Darmerica LLC B ill.com 016PKUAYK3 HO2JT Acct SBH<br>- 1 202 - Inv 64849 | -$2,498.74 |
| Sep 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015MKWJDZL6CCRY | -$6,207.41 |
| Sep 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015UEESWHK6CFYQ | -$12,417.69 |
| Sep 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$964.21 |
| Sep 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$96,128.95 |
| Sep 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$42,241.28 |
| Sep 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$81,790.86 |
| Sep 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$72,119.29 |
| Sep 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$2,435.08 |
| Sep 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$51,390.28 |
| Sep 23 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 240923 0004215600 | -$747.49 |
| Sep 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016PNYJEX 3HPV7D Acct<br>T1272 - Multiple invoice | -$1,013.35 |
| Sep 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$2,160.62 |
| Sep 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | -$5,088.32 |
| Sep 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$4,079.91 |

35121 0114168 0007-0016 0000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX4516 |
| **Statement Date:** | | 09/30/2024 |
| **Page :** | | 8 of 16 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 24 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$100,000.00 |
| Sep 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Culligan of Wheeli ng Bill.com 015YXC BJZW6GIP8 Acct 506 832 - Inv 0160038 | -$121.15 |
| Sep 24 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 240924 0004215600 | -$1,565.62 |
| Sep 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$3,501.30 |
| Sep 25 | CASH MGMT TRSFR DR<br>REF 2691009L FUNDS TRANSFER TO DEP XXXXXX7307 FROM | -$16,223.74 |
| Sep 25 | CASH MGMT TRSFR DR<br>REF 2691008L FUNDS TRANSFER TO DEP XXXXXX3163 FROM | -$21,198.96 |
| Sep 25 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$234,000.00 |
| Sep 25 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$483,000.00 |
| Sep 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015VGXSHJK6IF8G | -$1,189.00 |
| Sep 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$25,166.32 |
| Sep 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$876.32 |
| Sep 26 | CASH MGMT TRSFR DR<br>REF 2701254L FUNDS TRANSFER TO DEP XXXXXX0037 FROM | -$3,000.00 |
| Sep 26 | CASH MGMT TRSFR DR<br>REF 2701254L FUNDS TRANSFER TO DEP XXXXXX3476 FROM | -$5,100.00 |
| Sep 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 015RKCPUP U6KAC9 Acct T1730 - Inv VX6122 | -$26.00 |
| Sep 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015ZPHAFYV6LILS | -$23,785.52 |
| Sep 27 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$720,000.00 |
| Sep 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015CKTBCLM6M8BK | -$1,848.19 |
| Sep 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015ROKYKKL6M5RV | -$9,164.37 |
| Sep 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$823.38 |
| Sep 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$456.53 |
| Sep 30 | INTL WIRE TRANS OUT<br>FOREIGN ON LINE BA ACCT#3805444516 SONI BROTHERS OUTS OURCING SOLUTIONS HDFC BANK LIMITED SBOS/22-23/001 | -$24,475.67 |
| Sep 30 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$232,000.00 |
| Sep 30 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016BPPOEP 3HZ27D Multiple in voices | -$796.51 |

35121 0114169 0008-0016 0000000000000000





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 09/30/2024 |
| | Page : | 9 of 16 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$47.28 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $51,803.36 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $9,030.58 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $24,371.47 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $100,122.40 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $2,019.03 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $788.46 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $77,720.37 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $2,991.60 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $4,927.15 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $9,889.44 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $0.84 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $40,807.67 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $34,164.68 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $93,182.86 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $2,932.06 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $7,556.23 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $3,035.88 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $16,637.59 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $11,743.74 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $2,981.94 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $15,541.04 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $7,123.34 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $4,550.78 |
| Sep 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $12,930.09 |
| Sep 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $591.54 |

35121 0114170 0009-0016 0000000000000000





| | Account Number: | XXXXXX4516 |
| --- | --- | --- |
| | Statement Date: | 09/30/2024 |
| | Page : | 10 of 16 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
| --- | --- | --- |
| Sep 06 | AUTOMATIC TRANSFER | $9,491.39 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Sep 06 | AUTOMATIC TRANSFER | $10,720.28 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Sep 06 | AUTOMATIC TRANSFER | $4,823.35 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Sep 06 | AUTOMATIC TRANSFER | $24.18 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Sep 09 | AUTOMATIC TRANSFER | $16,887.75 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Sep 09 | AUTOMATIC TRANSFER | $39,440.20 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Sep 09 | AUTOMATIC TRANSFER | $128.73 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | |
| Sep 09 | AUTOMATIC TRANSFER | $5,650.09 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Sep 09 | AUTOMATIC TRANSFER | $7,808.94 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Sep 09 | AUTOMATIC TRANSFER | $5,672.92 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Sep 09 | AUTOMATIC TRANSFER | $23,329.88 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Sep 09 | AUTOMATIC TRANSFER | $29,982.34 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Sep 09 | AUTOMATIC TRANSFER | $28,720.87 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Sep 09 | AUTOMATIC TRANSFER | $23,598.08 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Sep 09 | AUTOMATIC TRANSFER | $76,792.32 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Sep 09 | PREAUTHORIZED CREDIT | $210.00 |
| | Bill.com VoidPaymnt Interim Healthcare of Cincinnati Inc Bill.com | |
| | 015LCYTZ SY5WG4K Acct SBH I | |
| Sep 10 | AUTOMATIC TRANSFER | $4,575.53 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Sep 10 | AUTOMATIC TRANSFER | $32,376.10 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Sep 10 | AUTOMATIC TRANSFER | $2,859.27 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | |
| Sep 10 | AUTOMATIC TRANSFER | $8,270.83 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Sep 10 | AUTOMATIC TRANSFER | $22,098.99 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Sep 11 | AUTOMATIC TRANSFER | $28.43 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Sep 11 | AUTOMATIC TRANSFER | $36,378.93 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Sep 11 | AUTOMATIC TRANSFER | $15,527.12 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Sep 11 | AUTOMATIC TRANSFER | $2,247.47 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Sep 11 | AUTOMATIC TRANSFER | $367.63 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Sep 11 | AUTOMATIC TRANSFER | $59,839.89 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Sep 11 | AUTOMATIC TRANSFER | $67,314.29 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |

35121 0114171 0010-0016 0000000000000000





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 09/30/2024 |
| | Page : | 11 of 16 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $47,964.28 |
| Sep 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $81,026.87 |
| Sep 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $159,157.39 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $213.64 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $2,490.63 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $174,900.02 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $291.47 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $5,841.55 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $8,481.07 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $2,508.48 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $14,202.00 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $2,374.17 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $4,865.92 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $6,743.97 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $4,864.99 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $18,203.05 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $1,214.01 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $25,111.70 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $12,361.12 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $9,278.67 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $2,161.00 |
| Sep 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $20,201.28 |
| Sep 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $21,273.93 |
| Sep 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $2,085.17 |
| Sep 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $7,438.11 |
| Sep 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $6,421.41 |
| Sep 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $3,091.56 |
| Sep 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $32,187.89 |
| Sep 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $37,593.63 |

35121 0114172 0011-0016 00000000000000000





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 09/30/2024 |
| | Page : | 12 of 16 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 16 | AUTOMATIC TRANSFER | $29,505.16 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Sep 16 | AUTOMATIC TRANSFER | $144,385.72 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Sep 16 | AUTOMATIC TRANSFER | $72,155.35 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Sep 16 | PREAUTHORIZED CREDIT | $100.00 |
| | Bill.com VoidPaymnt Interim Healthcare of Cincinnati Inc Bill.com | |
| | 015GKITG TV66L0U Acct SBH I | |
| Sep 17 | AUTOMATIC TRANSFER | $71,347.70 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Sep 17 | AUTOMATIC TRANSFER | $1,523.97 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Sep 17 | AUTOMATIC TRANSFER | $11,257.93 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Sep 17 | AUTOMATIC TRANSFER | $25,656.16 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Sep 17 | AUTOMATIC TRANSFER | $27,586.76 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Sep 17 | AUTOMATIC TRANSFER | $14,331.47 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Sep 17 | AUTOMATIC TRANSFER | $2,588.81 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Sep 17 | AUTOMATIC TRANSFER | $28,959.30 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Sep 18 | AUTOMATIC TRANSFER | $1,858.16 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Sep 18 | AUTOMATIC TRANSFER | $2,753.98 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Sep 18 | AUTOMATIC TRANSFER | $10,741.49 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Sep 18 | AUTOMATIC TRANSFER | $4,970.16 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Sep 18 | AUTOMATIC TRANSFER | $102,429.69 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Sep 18 | AUTOMATIC TRANSFER | $128,418.25 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Sep 18 | AUTOMATIC TRANSFER | $92,154.07 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Sep 18 | AUTOMATIC TRANSFER | $210,234.87 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Sep 19 | AUTOMATIC TRANSFER | $9.56 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Sep 19 | AUTOMATIC TRANSFER | $5,377.17 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Sep 19 | AUTOMATIC TRANSFER | $24,684.33 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Sep 19 | AUTOMATIC TRANSFER | $9,900.05 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Sep 19 | AUTOMATIC TRANSFER | $9,330.19 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Sep 19 | AUTOMATIC TRANSFER | $1,286.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Sep 19 | AUTOMATIC TRANSFER | $0.23 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Sep 19 | AUTOMATIC TRANSFER | $2,465.69 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |



35121 0114173 0012-0016 0000000000000000



| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 09/30/2024 |
| | Page : | 13 of 16 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 19 | AUTOMATIC TRANSFER | $8,126.19 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Sep 19 | AUTOMATIC TRANSFER | $6,626.34 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Sep 19 | AUTOMATIC TRANSFER | $7,674.92 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Sep 19 | AUTOMATIC TRANSFER | $16,082.44 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Sep 19 | DEPOSIT | $425,000.00 |
| Sep 20 | AUTOMATIC TRANSFER | $21,046.65 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Sep 20 | AUTOMATIC TRANSFER | $11,799.24 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Sep 20 | AUTOMATIC TRANSFER | $8,006.72 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Sep 20 | AUTOMATIC TRANSFER | $3,130.50 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Sep 20 | AUTOMATIC TRANSFER | $7,163.74 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Sep 23 | AUTOMATIC TRANSFER | $20,422.48 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Sep 23 | AUTOMATIC TRANSFER | $8,293.10 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Sep 23 | AUTOMATIC TRANSFER | $34,852.39 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Sep 23 | AUTOMATIC TRANSFER | $7,632.70 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Sep 23 | AUTOMATIC TRANSFER | $22,080.56 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Sep 23 | AUTOMATIC TRANSFER | $3,142.08 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Sep 23 | AUTOMATIC TRANSFER | $62,348.21 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Sep 24 | AUTOMATIC TRANSFER | $874.83 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Sep 24 | AUTOMATIC TRANSFER | $74,065.79 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Sep 24 | AUTOMATIC TRANSFER | $2,465.54 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Sep 24 | AUTOMATIC TRANSFER | $8,461.82 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Sep 24 | AUTOMATIC TRANSFER | $29,251.85 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Sep 24 | AUTOMATIC TRANSFER | $39,413.75 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Sep 24 | AUTOMATIC TRANSFER | $27,079.57 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Sep 24 | AUTOMATIC TRANSFER | $32,857.92 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Sep 25 | AUTOMATIC TRANSFER | $1.30 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Sep 25 | AUTOMATIC TRANSFER | $0.27 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Sep 25 | AUTOMATIC TRANSFER | $690.88 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Sep 25 | AUTOMATIC TRANSFER | $185.44 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | |

35121 0114174 0013-0016 0000000000000000





| | **Account Number:** | XXXXXX4516 |
|---|---|---|
| | **Statement Date:** | 09/30/2024 |
| | **Page :** | 14 of 16 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

35121 0114175 0014-0016 00000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 25 | CASH MGMT TRSFR CR | $3,225.28 |
| | REF 2691006L FUNDS TRANSFER FRM DEP XXXXXX3962 FROM | |
| Sep 25 | DEPOSIT | $5,000.00 |
| Sep 25 | CASH MGMT TRSFR CR | $10,773.61 |
| | REF 2691004L FUNDS TRANSFER FRM DEP XXXXXX1538 FROM | |
| Sep 25 | CASH MGMT TRSFR CR | $24,313.15 |
| | REF 2691009L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | |
| Sep 25 | CASH MGMT TRSFR CR | $58,715.09 |
| | REF 2691008L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | |
| Sep 25 | CASH MGMT TRSFR CR | $64,995.48 |
| | REF 2691003L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Sep 25 | CASH MGMT TRSFR CR | $92,371.95 |
| | REF 2691004L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | |
| Sep 25 | CASH MGMT TRSFR CR | $92,371.95 |
| | REF 2691005L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Sep 25 | CASH MGMT TRSFR CR | $169,521.45 |
| | REF 2691007L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |
| Sep 26 | AUTOMATIC TRANSFER | $41,704.17 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Sep 26 | AUTOMATIC TRANSFER | $1,006.64 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Sep 26 | AUTOMATIC TRANSFER | $13,838.12 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Sep 26 | AUTOMATIC TRANSFER | $25,166.32 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | |
| Sep 26 | AUTOMATIC TRANSFER | $21,829.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Sep 26 | AUTOMATIC TRANSFER | $1,298.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Sep 26 | AUTOMATIC TRANSFER | $1,627.82 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Sep 26 | AUTOMATIC TRANSFER | $520.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | |
| Sep 26 | AUTOMATIC TRANSFER | $130.32 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Sep 26 | AUTOMATIC TRANSFER | $512.41 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Sep 26 | AUTOMATIC TRANSFER | $24.58 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Sep 26 | AUTOMATIC TRANSFER | $7,957.99 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Sep 26 | WIRE TRANSFER IN | $200,000.00 |
| | INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF 24/09/26 | |
| Sep 27 | AUTOMATIC TRANSFER | $0.59 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Sep 27 | AUTOMATIC TRANSFER | $57.48 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Sep 27 | CASH MGMT TRSFR CR | $3,462.30 |
| | REF 2710841L FUNDS TRANSFER FRM DEP XXXXXX3962 FROM | |
| Sep 27 | CASH MGMT TRSFR CR | $6,321.15 |
| | REF 2710840L FUNDS TRANSFER FRM DEP XXXXXX3163 FROM | |
| Sep 27 | CASH MGMT TRSFR CR | $8,809.42 |
| | REF 2710845L FUNDS TRANSFER FRM DEP XXXXXX1538 FROM | |
| Sep 27 | CASH MGMT TRSFR CR | $25,634.00 |
| | REF 2710840L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Sep 27 | CASH MGMT TRSFR CR | $34,647.22 |
| | REF 2710845L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |





| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 09/30/2024 |
| **Page :** | 15 of 16 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 27 | CASH MGMT TRSFR CR<br>REF 2710840L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $37,379.98 |
| Sep 27 | CASH MGMT TRSFR CR<br>REF 2710844L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $50,801.92 |
| Sep 27 | CASH MGMT TRSFR CR<br>REF 2710844L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | $152,229.97 |
| Sep 27 | CASH MGMT TRSFR CR<br>REF 2710842L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $165,034.30 |
| Sep 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $314.07 |
| Sep 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $403.64 |
| Sep 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $53.39 |
| Sep 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $50.70 |
| Sep 30 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Interim Healthcare of Cincinnati Inc Bill.com<br>015ZCBKH BQ6QJ7M Acct SBH I | $240.00 |
| Sep 30 | CASH MGMT TRSFR CR<br>REF 2740928L FUNDS TRANSFER FRM DEP XXXXXX3163 FROM | $1,704.33 |
| Sep 30 | CASH MGMT TRSFR CR<br>REF 2740928L FUNDS TRANSFER FRM DEP XXXXXX3962 FROM | $5,562.00 |
| Sep 30 | CASH MGMT TRSFR CR<br>REF 2740931L FUNDS TRANSFER FRM DEP XXXXXX1538 FROM | $6,282.18 |
| Sep 30 | CASH MGMT TRSFR CR<br>REF 2740930L FUNDS TRANSFER FRM DEP XXXXXX7307 FROM | $18,440.55 |
| Sep 30 | CASH MGMT TRSFR CR<br>REF 2740927L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $19,511.50 |
| Sep 30 | CASH MGMT TRSFR CR<br>REF 2740926L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $24,858.94 |
| Sep 30 | CASH MGMT TRSFR CR<br>REF 2740929L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $25,126.04 |
| Sep 30 | CASH MGMT TRSFR CR<br>REF 2740927L FUNDS TRANSFER FRM DEP XXXXXX3134 FROM | $34,767.00 |
| Sep 30 | CASH MGMT TRSFR CR<br>REF 2740929L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $35,211.69 |
| Sep 30 | CASH MGMT TRSFR CR<br>REF 2740930L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $86,262.36 |
| Sep 30 | CASH MGMT TRSFR CR<br>REF 2740930L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | $89,943.49 |

## Daily Balances



| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Aug 30 | $9,894,517.61 | Sep 10 | $8,024,890.16 | Sep 17 | $1,227,541.36 | Sep 24 | $259,488.49 |
| Sep 03 | $9,828,015.70 | Sep 11 | $8,482,904.52 | Sep 18 | $1,162,020.35 | Sep 25 | $0.00 |
| Sep 04 | $10,013,104.12 | Sep 12 | $8,674,324.12 | Sep 19 | $837,832.38 | Sep 26 | $283,703.85 |
| Sep 05 | $9,273,000.77 | Sep 13 | $1,002,589.45 | Sep 20 | $4,523.66 | Sep 27 | $35,789.71 |
| Sep 06 | $8,464,728.25 | Sep 16 | $1,048,384.24 | Sep 23 | $150,205.49 | Sep 30 | $127,202.13 |
| Sep 09 | $8,697,461.15 | | | | | | |