# SEPTEMBER 2024 BANK STATEMENTS

# Corporate Business Account Statement


One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo MI 49009

Page 1 of 4
Account Number:  XX-XXXX-2731

**For the period   08/31/2024 to 09/30/2024**

BRAUN PHARMA LLC #24-11188
DEBTOR IN POSSESSION
1919 N CLYBOURN AVE
CHICAGO IL 60614-4903

Number of enclosures:    0
Tax ID Number: XX-XXX6643
☎ For Client Services:
   Call 1-800-669-1518

⌨ Visit us at PNC.com/treasury

## Account Summary Information
### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 355,841.06 | 1,397,974.98 | 41,842.57 | 1,711,973.47 |

### Deposits and Other Credits / Checks and Other Debits

| Description | Items | Amount | Description | Items | Amount |
|---|---|---|---|---|---|
| Deposits | 6 | 6,346.84 | Checks | 6 | 2,130.00 |
| National Lockbox | 0 | .00 | Returned Items | 0 | .00 |
| ACH Credits | 57 | 1,391,628.14 | ACH Debits | 6 | 39,543.12 |
| Funds Transfers In | 0 | .00 | Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 | Trade Services | 0 | .00 |
| Investments | 0 | .00 | Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 | Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 | Adjustments | 0 | .00 |
| Other Credits | 0 | .00 | Other Debits | 1 | 169.45 |
| Total | 63 | 1,397,974.98 | Total | 13 | 41,842.57 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 08/31 | 355,841.06 | 09/11 | 886,451.47 | 09/20 | 1,267,978.08 |
| 09/03 | 675,934.10 | 09/12 | 915,572.20 | 09/23 | 1,488,395.07 |
| 09/04 | 682,244.09 | 09/13 | 1,051,560.23 | 09/24 | 1,468,647.86 |
| 09/05 | 703,309.50 | 09/16 | 1,129,671.32 | 09/25 | 1,497,169.03 |
| 09/06 | 735,473.38 | 09/17 | 1,224,995.04 | 09/26 | 1,509,046.51 |
| 09/09 | 865,271.44 | 09/18 | 1,251,246.75 | 09/27 | 1,519,152.58 |
| 09/10 | 865,681.32 | 09/19 | 1,260,545.78 | 09/30 | 1,711,973.47 |

## Deposits and Other Credits
### Deposits
**6 transactions for a total of $6,346.84**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/12 | 1,629.84 | Deposit | 031794546 |
| 09/12 | 200.00 | Deposit | 031794548 |
| 09/18 | 4,350.00 | Deposit | 034898155 |
| 09/26 | 5.00 | Deposit | 034849136 |
| 09/26 | 100.00 | Deposit | 034849138 |
| 09/26 | 62.00 | Deposit | 034849140 |

# Corporate Business Account Statement

BRAUN PHARMA LLC #24-11188
DEBTOR IN POSSESSION

**For the period**    08/31/2024  to  09/30/2024
Account number:  XX-XXXX-2731
Page 2 of 4

---

## Deposits and Other Credits - *continued*

### ACH Credits                          57 transactions for a total of $1,391,628.14

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/03 | 182,352.44 | Corporate ACH Payments Winfertility, In | 00024243904133064 |
| 09/03 | 114,701.22 | Corporate ACH Corp Pay Reunite Rx Llc Braun | 00024243904377689 |
| 09/03 | 11,726.75 | Corporate ACH Receivable<br>Kbs, Inc. 026Nzvnoq121BP0 | 00024243904423800 |
| 09/03 | 131.09 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024243902491522 |
| 09/03 | 13,811.15 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024247905982604 |
| 09/03 | 6,081.21 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024247905447246 |
| 09/03 | 5,150.99 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024247906251108 |
| 09/04 | 6,159.41 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024247910464535 |
| 09/04 | 1,730.50 | Corporate ACH Hcclaimpmt Caremark Phm1481314 | 00024247909134392 |
| 09/05 | 1,413.02 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024248907358487 |
| 09/05 | 20,327.39 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024249900178113 |
| 09/06 | 1,094.51 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024249902113153 |
| 09/06 | 31,069.37 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024250904296031 |
| 09/09 | 87,356.59 | Corporate ACH Payments Winfertility, In | 00024250907214693 |
| 09/09 | 1,082.59 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024250906270878 |
| 09/09 | 24,961.11 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024253908487159 |
| 09/09 | 13,418.27 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024253908224222 |
| 09/09 | 2,979.50 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024253909147077 |
| 09/10 | 409.88 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024253911613109 |
| 09/11 | 2,897.80 | Corporate ACH Hcclaimpmt Caremark Phm1481314 | 00024254904488691 |
| 09/11 | 562.04 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024254905639197 |
| 09/11 | 17,375.31 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024255907436144 |
| 09/12 | 19,651.42 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024255909300016 |
| 09/12 | 7,639.47 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024256902112507 |
| 09/13 | 91,790.88 | Corporate ACH Payments Winfertility, In | 00024256905041461 |

ACH Credits continued on next page

# Corporate Business Account Statement

BRAUN PHARMA LLC #24-11188
DEBTOR IN POSSESSION

**For the period**   08/31/2024  to  09/30/2024
Account number:  XX-XXXX-2731
Page 3 of 4

---

## Deposits and Other Credits - continued

### ACH Credits   - continued

**57 transactions for a total of $1,391,628.14**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/13 | 42,133.27 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024257905806290 |
| 09/13 | 2,063.88 | Corporate ACH Braun Phar Birdiincrxinit Brau01 | 00024257906497315 |
| 09/16 | 16,727.33 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024260909736716 |
| 09/16 | 15,003.91 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024260910007717 |
| 09/16 | 12,267.46 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024260910728097 |
| 09/16 | 34,112.39 | Corporate ACH Braun Phar Birdiincrxinit Brau01 | 00024260911765364 |
| 09/17 | 329.99 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024260913401580 |
| 09/17 | 5.29 | Corporate ACH Hcclaimpmt<br>Argus Health Sys 909858305 | 00024260914628145 |
| 09/17 | 94,988.44 | Corporate ACH Corp Pay Reunite Rx Llc Braun | 00024261905851787 |
| 09/18 | 1,032.98 | Corporate ACH Hcclaimpmt Caremark Phm1481314 | 00024261907053028 |
| 09/18 | 20,868.73 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024262909925020 |
| 09/19 | 222.86 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024262911768346 |
| 09/19 | 9,076.17 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024263904157473 |
| 09/20 | 10,615.03 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024264907715076 |
| 09/23 | 147,150.53 | Corporate ACH Payments Winfertility, In | 00024264910329720 |
| 09/23 | 28,065.04 | Corporate ACH Receivable<br>Mindbloom Inc. 026Ynggfm133R40 | 00024264910542716 |
| 09/23 | 25.37 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024264909575510 |
| 09/23 | 21,662.39 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024267901384871 |
| 09/23 | 14,301.19 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024267902258126 |
| 09/23 | 9,212.47 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024267901258192 |
| 09/24 | 187.79 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024267904558947 |
| 09/25 | 2,121.37 | Corporate ACH Hcclaimpmt Caremark Phm1481314 | 00024268907061136 |
| 09/25 | 26,399.80 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024269909882258 |
| 09/26 | 355.67 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024269912394236 |

ACH Credits continued on next page

# Corporate Business Account Statement

BRAUN PHARMA LLC #24-11188
DEBTOR IN POSSESSION

**For the period**   08/31/2024  to  09/30/2024
Account number:   XX-XXXX-2731
Page 4 of 4

## Deposits and Other Credits - *continued*

### ACH Credits   - *continued*          57 transactions for a total of $1,391,628.14

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/26 | 11,354.81 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024270904773576 |
| 09/27 | 12,479.73 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024271908732537 |
| 09/30 | 137,792.53 | Corporate ACH Payments Winfertility, In | 00024271911787216 |
| 09/30 | 13,879.50 | Corporate ACH Receivable<br>Kbs, Inc. 026lslmjg13Gr1W | 00024271912026287 |
| 09/30 | 144.29 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024271910913920 |
| 09/30 | 19,644.84 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024274902843972 |
| 09/30 | 12,176.55 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024274903091601 |
| 09/30 | 9,352.63 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024274903758928 |

## Checks and Other Debits

### Checks and Substitute Checks          6 transactions for a total of $2,130.00

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/04 | 12500 | 150.00 | 015975398 | 09/04 | 12509 | 550.00 | 016056778 | 09/05 | 12502 | 500.00 | 017195464 |
| 09/04 | 12508 | 690.00 | 015992210 | 09/05 | 12498 | 175.00 | 017257213 | 09/11 | 12507 | 65.00 | 009419228 |

### ACH Debits          6 transactions for a total of $39,543.12

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/03 | 9,487.78 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024247905982692 |
| 09/03 | 4,374.03 | Corporate ACH XXXXXXXXXX<br>Cardinal Health, 2057202904 2220 | 00024243904388458 |
| 09/04 | 189.92 | ACH Debit 113100311 Comcast 8771300 3604520 | 00024247908979443 |
| 09/20 | 3,182.73 | Corporate ACH Epay Pioneerrx N495-070 | 00024263906973354 |
| 09/24 | 19,935.00 | Corporate ACH EDI Pymnts<br>Il Dept Of Reven 00000990169264 | 00024267905398213 |
| 09/27 | 2,373.66 | ACH Debit Payments Comed 5885905000 | 00024270905392251 |

### Other Debits          1 transaction for a total of $169.45

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/30 | 169.45 | Corporate Account Analysis Charge | 0000000000000071211 |

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018



4628 TWS380WR100124034339 02 000000000 53011 002
BRAUN PHARMA, LLC
1919 NORTH CLYBOURN AVENUE
CHICAGO IL 60614-4903

| Customer Service | |
|---|---|
| 📱 | **Customer Support:** 312-291-2900 |
| 🕐 | **Branch Hours of Operation:** Mon-Fri  9:00 am - 5:00 pm  Saturday 9:00 am - 1:00 pm |
| | **Customer Contact Center Hours:** Mon - Fri 7:00 am - 8:00 pm  Saturday 7:00 am - 5:00 pm |
| 🖥 | **Access Your Account Online:** www.wintrustbank.com |

---

| COMMERCIAL CHECKING | Account Number: | XXXXXX5525 |
|---|---|---|

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 09/01/24** | **$0.00** |
| + Deposits and Credits (2) | $431.35 |
| - Withdrawals and Debits (1) | $350.00 |
| **Ending Balance as of 09/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $81.35 |
| Number of Days in Statement Period | 30 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Sep 18 | MAINTENANCE FEE  ANALYSIS ACTIVITY  FOR 08/24 | -$81.35 |
| Sep 19 | WITHDRAWAL | -$350.00 |

## Credits



| Date | Description | Additions |
|---|---|---|
| Sep 18 | AUTOMATIC TRANSFER  TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $81.35 |
| Sep 19 | AUTOMATIC TRANSFER  TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $350.00 |

14628 0016644 0001-0002 0000000000000000

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

# WINTRUST BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Aug 31 | $0.00 | Sep 18 | $0.00 | Sep 19 | $0.00 |

