# SEPTEMBER 2024 BANK STATEMENTS



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 31, 2024 through September 30, 2024
Account Number: ████████████ 2027

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00000343 DDA 111 212 27524 NNNNNNNNNNN  1 000000000 67 0000

DR. IKE'S PHARMACARE LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

## CHECKING SUMMARY | Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |

Your service charges, fees and earnings credit have been calculated through account analysis.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



August 31, 2024 through September 30, 2024

Account Number: ████████████2027

This Page Intentionally Left Blank



| | |
|---|---|
| **Last Statement:** | August 30, 2024 |
| **Statement Ending:** | September 30, 2024 |
| **Page:** | 1 of 3 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



36379 TWS380WR100124034339 01 000000000 49 004
DR IKE'S PHARMACARE LLC
1433 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                Account Number:    XXXXXX3134

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/31/24** | **$0.00** |
| + Deposits and Credits (16) | $117,631.69 |
| - Withdrawals and Debits (19) | $117,144.92 |
| **Ending Balance as of 09/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $486.77 |
| Number of Days in Statement Period | 31 |

## Debits



| Date | Description | Subtractions |
|---|---|---|
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015KUTUILD5LZJU | -$28,088.17 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.84 |
| Sep 05 | PREAUTHORIZED DEBIT<br>VANTIV_INTG_PYMT BILLNG Merch Bankcard 316 5269 Dr Ikes Pharm acare | -$207.96 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$15,541.04 |
| Sep 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$24.18 |
| Sep 09 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240909 | -$196.22 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables GLS US B ill.com 015ZTFKXUK 5WHXL Acct 102746 - Multiple invoice | -$961.96 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| 2. **Enter** the Bank Balance shown on this statement |  |
|---|---|
| **Add** deposits made by you, but not shown on this statement. |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Subtotal** |  |
|  |  |
| 3. **List** total of checks outstanding |  |
| **Subtract** check total from above Subtotal |  |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX3134 |
| **Statement Date:** | 09/30/2024 |
| **Page :** | 2 of 3 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

36379 0119695 0002-0003 0000000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 10 | PREAUTHORIZED DEBIT | -$1,448.76 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015TFRQBXI5WP6Z | |
| Sep 11 | PREAUTHORIZED DEBIT | -$200.00 |
| | MANAGED HEALTH C Payment 240911 | |
| Sep 11 | AUTOMATIC TRANSFER | -$367.63 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 12 | AUTOMATIC TRANSFER | -$14,202.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 13 | PREAUTHORIZED DEBIT | -$49.09 |
| | Bill.com Payables Medline Industries Bill.com 015WYEAZ UI62GC4 Acct | |
| | 16950 36 - Inv 170330670 | |
| Sep 13 | DEPOSIT RETURN ITEM | -$3,758.74 |
| | DDA Redp Debit 1646  NSF | |
| Sep 13 | DEPOSIT RETURN ITEM | -$5,054.94 |
| | DDA Redp Debit 6939  NSF | |
| Sep 17 | DEPOSIT RETURN ITEM | -$5,054.94 |
| | DDA CB Debit 6939  NSF 2nd | |
| Sep 18 | MAINTENANCE FEE | -$486.77 |
| | ANALYSIS ACTIVITY  FOR 08/24 | |
| Sep 19 | AUTOMATIC TRANSFER | -$0.23 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 20 | AUTOMATIC TRANSFER | -$7,163.74 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 27 | AUTOMATIC TRANSFER | -$57.48 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 30 | CASH MGMT TRSFR DR | -$34,767.00 |
| | REF 2740927L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Sep 03 | AUTOMATIC TRANSFER | $28,088.17 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 04 | REMOTE DEPOSIT | $15,749.84 |
| Sep 06 | PREAUTHORIZED CREDIT | $24.18 |
| | PRIME THERAPEUTI HCCLAIMPMT 444444440914300*22 | |
| | 60076803*99999~ | |
| Sep 09 | AUTOMATIC TRANSFER | $1,158.18 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 10 | AUTOMATIC TRANSFER | $1,034.88 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 10 | PREAUTHORIZED CREDIT | $103.16 |
| | PRIME THERAPEUTI HCCLAIMPMT 444444440916190*22 | |
| | 60076803*99999~ | |
| Sep 10 | PREAUTHORIZED CREDIT | $310.72 |
| | CA HCCLAIMPMT 7001411586*1540849 793*138607460702~ | |
| Sep 11 | PREAUTHORIZED CREDIT | $566.86 |
| | OPTUMRX HCCLAIMPMT 121000243581974*17 52578509\ | |
| Sep 11 | REMOTE DEPOSIT | $14,202.77 |
| Sep 13 | AUTOMATIC TRANSFER | $8,862.77 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 13 | REDEPOSIT RETURN CHK | $3,758.74 |
| | DDA Redp Credit 1646  NSF | |
| Sep 13 | REDEPOSIT RETURN CHK | $5,054.94 |
| | DDA Redp Credit 6939  NSF | |





**Account Number:** XXXXXX3134
**Statement Date:** 09/30/2024
**Page :** 3 of 3

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Sep 18 | AUTOMATIC TRANSFER | $486.77 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 19 | REMOTE DEPOSIT | $3,405.23 |
| Sep 27 | PREAUTHORIZED CREDIT | $56.76 |
| | MANAGED HEALTH C Payment 240927 31307 | |
| Sep 27 | REMOTE DEPOSIT | $34,767.72 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Aug 30 | $0.00 | Sep 06 | $0.00 | Sep 12 | $0.00 | Sep 19 | $7,163.74 |
| Sep 03 | $0.00 | Sep 09 | $0.00 | Sep 13 | $8,813.68 | Sep 20 | $0.00 |
| Sep 04 | $15,749.00 | Sep 10 | $0.00 | Sep 17 | $3,758.74 | Sep 27 | $34,767.00 |
| Sep 05 | $0.00 | Sep 11 | $14,202.00 | Sep 18 | $3,758.74 | Sep 30 | $0.00 |

36379 0119696 0003-0003 00000000000000000000

