# SEPTEMBER 2024 BANK STATEMENTS



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 31, 2024 through September 30, 2024
Account Number: ████████0359

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**



00000658 DDA 111 212 27524 NNNNNNNNNNN  1 000000000 67 0000

H&H PHARMACY LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

## CHECKING SUMMARY   Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$21,303.88** |
| Deposits and Additions | 24 | 9,230,156.53 |
| Electronic Withdrawals | 2 | - 2,037,274.38 |
| **Ending Balance** | **26** | **$7,214,186.03** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/17 | Online Transfer From Chk ...5093 Transaction#: 22086723729 | $7,230,000.00 |
| 09/17 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD  Trace#:021000022586578 Eed:240917   Ind ID:015Mnnkysv68Oxs          Ind Name:Baybridge Pharmacy LLC Trn: 2612586578Tc | 0.93 |
| 09/18 | Orig CO Name:Bill.Com          Orig ID:4204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD  Trace#:121140390780438 Eed:240918   Ind ID:016Uoweff3Hkyor          Ind Name:Oakdell Compounding Ph Trn: 2620780438Tc | 0.94 |
| 09/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD  Trace#:021000020016278 Eed:240918   Ind ID:016Kippsb3Hlk22          Ind Name:Concierge Pharmacy LLC Trn: 2610016278Tc | 0.89 |
| 09/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD  Trace#:021000020016289 Eed:240918   Ind ID:015Yykyfkq69K18          Ind Name:Sbh Medical Ltd Trn: 2610016289Tc | 0.89 |
| 09/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD  Trace#:021000020016281 Eed:240918   Ind ID:016Kmvfxt3Hlk6Z          Ind Name:Rose Pharmacy Sf LLC Trn: 2610016281Tc | 0.86 |



# DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:     CO Entry Descr:Acctverifysec:CCD    Trace#:021000020016279 Eed:240918   Ind ID:016Nwwlbd3Hlk3B          Ind Name:Healthy Choice Compoun Trn: 2610016279Tc | 0.82 |
| 09/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:     CO Entry Descr:Acctverifysec:CCD    Trace#:021000020016272 Eed:240918   Ind ID:015Sysdspf69Dyp          Ind Name:Firstcare Pharmacy LLC Trn: 2610016272Tc | 0.72 |
| 09/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:     CO Entry Descr:Acctverifysec:CCD    Trace#:021000020016280 Eed:240918   Ind ID:016Vhbgsx3Hlk6O          Ind Name:Pro Pharmacy LLC Trn: 2610016280Tc | 0.59 |
| 09/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:     CO Entry Descr:Acctverifysec:CCD    Trace#:021000020016287 Eed:240918   Ind ID:015Kcjnhxw69K09          Ind Name:Optio Rx LLC Trn: 2610016287Tc | 0.58 |
| 09/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:     CO Entry Descr:Acctverifysec:CCD    Trace#:021000020016274 Eed:240918   Ind ID:015Mcbodyr69Dzm          Ind Name:Easycare Pharmacy LLC Trn: 2610016274Tc | 0.28 |
| 09/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:     CO Entry Descr:Acctverifysec:CCD    Trace#:021000020016283 Eed:240918   Ind ID:015Iflmiql69Jwt          Ind Name:Smc Pharmacy LLC Trn: 2610016283Tc | 0.24 |
| 09/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:     CO Entry Descr:Acctverifysec:CCD    Trace#:021000020016276 Eed:240918   Ind ID:015Lnxpovd69E5L          Ind Name:Enovex Pharmacy LLC Trn: 2610016276Tc | 0.18 |
| 09/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:     CO Entry Descr:Acctverifysec:CCD    Trace#:021000020016285 Eed:240918   Ind ID:015Hptqvgp69Jzt          Ind Name:Primecare Pharmacy LLC Trn: 2610016285Tc | 0.06 |
| 09/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:     CO Entry Descr:Acctverifysec:CCD    Trace#:021000020016270 Eed:240918   Ind ID:015Qpxlazd68Rpj          Ind Name:Central Pharmacy LLC Trn: 2610016270Tc | 0.01 |
| 09/19 | Deposit     1224192400 | 5,911.00 |
| 09/20 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0920Mmqfmp14001515 Trn: 0929881264Ff | 37,237.53 |
| 09/24 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0924Mmqfmp14000180 Trn: 0263311268Ff | 100,000.00 |
| 09/25 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0925Mmqfmp14000792 Trn: 0697121269Ff | 483,000.00 |
| 09/25 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0925Mmqfmp14000237 Trn: 0372581269Ff | 234,000.00 |
| 09/27 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0927Mmqfmp14000574 Trn: 0456131271Ff | 720,000.00 |
| 09/27 | | 0.01 |



August 31, 2024 through September 30, 2024
Account Number: ████████0359



## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Real Time Payment Credit Recd From Aba/Contr Bnk-021214891  From: Bnf-#Atv Brex Via Plaid Ref: 1A3A9488Ed534Ec9 Info: Text-  Iid: 20240927021214273P1B4Vxj54302981811 Recd: 10:15:11 Trn: 0401931271Gb | |
| 09/30 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0930Mmqfmp14002762 Trn: 1779381274Ff | 232,000.00 |
| 09/30 | Online Transfer From Chk ...8660 Transaction#: 22224216328 | 188,000.00 |
| **Total Deposits and Additions** | | **$9,230,156.53** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/26 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 0926Mmqfmp2L024429 Trn: 3371354270Es | $200,000.00 |
| 09/30 | Online Domestic Wire Transfer Via: Citibank Nyc/021000089 A/C: Loan Admin CO LLC Stamford CT 06902 US Ref:/Time/15:55 Imad: 0930Mmqfmp2M079773 Trn: 3943904274Es | 1,837,274.38 |
| **Total Electronic Withdrawals** | | **$2,037,274.38** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/17 | $7,251,304.81 |
| 09/18 | 7,251,311.87 |
| 09/19 | 7,257,222.87 |
| 09/20 | 7,294,460.40 |
| 09/24 | 7,394,460.40 |
| 09/25 | 8,111,460.40 |
| 09/26 | 7,911,460.40 |
| 09/27 | 8,631,460.41 |
| 09/30 | 7,214,186.03 |



August 31, 2024 through September 30, 2024

Account Number: ████████████**0359**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | August 30, 2024 |
| **Statement Ending:** | September 30, 2024 |
| **Page:** | 1 of 2 |




32715 TWS380WR100124034339 01 000000000 48 003

H&H PHARMACY LLC
1427 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:      XXXXXX4793

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/31/24** | **$0.00** |
| + Deposits and Credits (12) | $186,027.15 |
| - Withdrawals and Debits (11) | $185,557.11 |
| **Ending Balance as of 09/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $470.04 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Sep 04 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$1,096.87 |
| Sep 05 | PREAUTHORIZED DEBIT<br>VANTIV_INTG_PYMT BILLNG Merch Bankcard 316 5273 Dr Ikes Pharm<br>acy - 1 | -$139.90 |
| Sep 09 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$353.09 |
| Sep 10 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$5,980.23 |
| Sep 13 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$1,765.85 |
| Sep 17 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$499.28 |
| Sep 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 08/24 | -$470.04 |
| Sep 19 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$51.76 |

32715 0103938 0001-0002 00000000000000000

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|-------------:|
| Sep 25 | PREAUTHORIZED DEBIT<br>OPTIO RX LLC TRANSFER 240925 | -$150,000.00 |
| Sep 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$25,166.32 |
| Sep 27 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$456.53 |
| Sep 30 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$47.28 |

## Credits

| Date | Description | Additions |
|------|-------------|----------:|
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,096.87 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $139.90 |
| Sep 09 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $353.09 |
| Sep 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $5,980.23 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,765.85 |
| Sep 17 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $499.28 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $470.04 |
| Sep 19 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $51.76 |
| Sep 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $25,166.32 |
| Sep 25 | RETURN ITEM<br>OPTIO RX LLC TRANSFER 240925  CHECK | $150,000.00 |
| Sep 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $456.53 |
| Sep 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $47.28 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|------|--------:|
| Aug 30 | $0.00 | Sep 10 | $0.00 | Sep 18 | $0.00 | Sep 26 | $0.00 |
| Sep 04 | $0.00 | Sep 13 | $0.00 | Sep 19 | $0.00 | Sep 27 | $0.00 |
| Sep 05 | $0.00 | Sep 17 | $0.00 | Sep 25 | $25,166.32 | Sep 30 | $0.00 |
| Sep 09 | $0.00 | | | | | | |



32715 0103940 0002-0002 0000000000000000000