# SEPTEMBER 2024 BANK STATEMENTS

**CHASE** 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 31, 2024 through September 30, 2024

**Account Number:** ▓▓▓▓▓5093

### Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.

00004761 WBS 111 211 27524 NNNNNNNNNNN 1 000000000 C1 0000
SMC PHARMACY, LLC
DEBTOR IN POSSESSION
1908 SANTA MONICA BLVD SUITE 4
SANTA MONICA CA 90404

## Commercial Checking
## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $0.00 | |
| Deposits and Credits | 1 | $7,230,000.00 | |
| Withdrawals and Debits | 1 | $7,230,000.00 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$0.00** | |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 09/13 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=Smc Pharmacy, LLC Santa Monica CA 90404- US/Ac-▓▓▓▓7103 Rfb=O/B Wintrust Bk Imad: 0913Mmqfmp14001979 Trn: 1230931257Ff YOUR REF:  O/B WINTRUST BK | $7,230,000.00 |
| **Total** | | **$7,230,000.00** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 09/17 | Online Transfer To Chk ...0359 Transaction#: 22086723729 | $7,230,000.00 |
| **Total** | | **$7,230,000.00** |

\* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|----------------|------|----------------|
| 09/13 | $7,230,000.00 | 09/17 | $0.00 |

Your service charges, fees and earnings credit have been calculated through account analysis.



| | |
|---|---|
| **Last Statement:** | August 30, 2024 |
| **Statement Ending:** | September 30, 2024 |
| **Page:** | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



49477 TWS380WR100124034339 01 000000000 52 007

SMC PHARMACY LLC
1441 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

| COMMERCIAL CHECKING | Account Number:    XXXXXX7428 |
|---|---|

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/31/24** | **$0.00** |
| + Deposits and Credits (82) | $2,180,174.04 |
| - Withdrawals and Debits (46) | $2,180,006.95 |
| **Ending Balance as of 09/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $167.09 |
| Number of Days in Statement Period | 31 |

## Debits



| Date | Description | Subtractions |
|---|---|---|
| Sep 03 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240903 | -$211.22 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Gateway Hotel Sant a Monica Bill.com<br>015IOHPOTE5LGU5 In v June - Post | -$1,754.13 |
| Sep 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240903 650000012411180 | -$4,132.67 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015KPQWKBO5KQJP | -$48,935.74 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015MZCEYSI5MABP | -$125,404.23 |
| Sep 04 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3809277428 ARCUTIS BIOTHERAPE UTICS,<br>INC. SVB, A DIVISION OF FIRST CITIZ INVOCIE NUM | -$87,135.30 |

49477 0162007 0001-0006 0000000000000000000

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |

The number above should match your checkbook balance

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX7428 |
| **Statement Date:** | 09/30/2024 |
| **Page :** | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

49477 0162009 0002-0006 0000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015AJXUWZC 5N3I5 Acct 0001246 8 - Multiple invoi | -$618.23 |
| Sep 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015SKMVGCF 5O7DC Acct 0001246 8 - Multiple invoi | -$7,197.41 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$93,182.86 |
| Sep 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables Journey Medical Co rporation Bill.com 015MOYKMDN5QG3F A cct 7735891 - Inv | -$7,833.75 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,550.78 |
| Sep 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015SPEJJPE5SNCN | -$2,456.75 |
| Sep 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015CVMM DKE5S2UW Acct FCA3 69429 - Multiple i | -$27,580.63 |
| Sep 06 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240906 ACH06156272 | -$102,172.31 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Shred-It USA B ill.com 015OPHRPHM 5UY89 Acct 1318279 2 - Inv 8008080652 | -$68.55 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Oak Drugs Inc B ill.com 016QNXPYH3 H63VT Inv 217913 | -$381.36 |
| Sep 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$76,792.32 |
| Sep 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 240910 ACH06159742 | -$3,692.70 |
| Sep 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Virtus Pharmaceuti cals LLC Bill.com 015CLTMSUW5WKBQ Ac ct 100530 - Inv 22 | -$55,860.00 |
| Sep 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015RJQPLIE5WV28 | -$83,882.49 |
| Sep 11 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO BILL PAYMT 240911 | -$1,189.20 |
| Sep 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240911 2057179748 2220 | -$12,460.37 |
| Sep 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$159,157.39 |
| Sep 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Integral RX B ill.com 015ONTDRMR 6174V Inv 15623391 | -$270.00 |
| Sep 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015PTWYFPT 60IGK Acct N476-00 4 - Inv PNRX-15880 | -$2,416.79 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,203.05 |
| Sep 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Rx Balance Solutio n LLC Bill.com 015 JPHGXBX631KE Inv 1 9 | -$1,277.50 |
| Sep 13 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240913 ACH06171181 | -$415,367.91 |
| Sep 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015WQOV XRB64LWI Acct FCA3 69429 - Multiple i | -$23,935.68 |





| | |
|---|---|
| **Account Number:** | XXXXXX7428 |
| **Statement Date:** | 09/30/2024 |
| **Page :** | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$72,155.35 |
| Sep 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables Deliver-It LLC B ill.com 015OZOAVDT 66PF6 Acct<br>102850 - Inv 182188 | -$2,028.31 |
| Sep 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$28,959.30 |
| Sep 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 08/24 | -$167.09 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$210,234.87 |
| Sep 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,082.44 |
| Sep 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables Deliver-It LLC B ill.com 015CPQMSHS 6CFZX Acct<br>102850 - Inv 182309 | -$1,436.58 |
| Sep 20 | PREAUTHORIZED DEBIT<br>MCKESSON PLASMA AUTO ACH 240920 ACH06176248 | -$4,847.24 |
| Sep 20 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240920 ACH06177302 | -$70,983.48 |
| Sep 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$62,348.21 |
| Sep 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015XJJL NMC6GJRU Acct<br>FCA3 69429 - Inv 925947 | -$38,346.00 |
| Sep 25 | CASH MGMT TRSFR DR<br>REF 2691007L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$169,521.45 |
| Sep 25 | PREAUTHORIZED DEBIT<br>OUTCOMES OPERAT Payment 240925 | -$399.00 |
| Sep 26 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240926 2057179748 2220 | -$435.83 |
| Sep 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,957.99 |
| Sep 27 | CASH MGMT TRSFR DR<br>REF 2710845L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$34,647.22 |
| Sep 27 | PREAUTHORIZED DEBIT<br>ALMIRALL LLC CASH CONC 240927 | -$5,240.00 |
| Sep 30 | CASH MGMT TRSFR DR<br>REF 2740930L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$86,262.36 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $44,334.18 |
| Sep 03 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7202881*3205716594 *199999999\ | $3,919.52 |
| Sep 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240903 650000012411180 | $6,712.81 |
| Sep 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240903 650000012411180 | $8,226.68 |
| Sep 03 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240903 ST-L0A4T0H8B7Y6 | $34,698.76 |
| Sep 03 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007721745*14 31420563\ | $38,925.70 |



49477 0162010 0003-0006 0000000000000000000



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7428 |
| **Statement Date:** | | 09/30/2024 |
| **Page :** | | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240902 5640506 | $43,620.34 |
| Sep 04 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909815755*13635696 42~ | $18.31 |
| Sep 04 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909830174*13635696 42~ | $44.07 |
| Sep 04 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7204904*3205716594 *199999999\ | $1,019.52 |
| Sep 04 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240904 5640506 | $8,490.10 |
| Sep 04 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500399890*1752882 129*5640506\ | $178,561.80 |
| Sep 05 | PREAUTHORIZED CREDIT<br>TMESYS LLC CLAIM PMT 240905 5640506 | $144.34 |
| Sep 05 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240905 5640506 | $3,709.90 |
| Sep 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240905 650000012411180 | $8,530.29 |
| Sep 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $118,852.52 |
| Sep 06 | PREAUTHORIZED CREDIT<br>TRICARE-ONLY DOD REMIT TRN*1*03156666*143 1420563\ | $129.75 |
| Sep 06 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 240906 5640506 | $490.00 |
| Sep 06 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240906 5640506 | $5,693.42 |
| Sep 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240906 650000012411180 | $7,044.00 |
| Sep 09 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2017773<br>*1341939227*000000 924*5640506\ | $9.24 |
| Sep 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240909 650000012411180 | $6,589.93 |
| Sep 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240909 650000012411180 | $8,679.66 |
| Sep 09 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240909 ST-C4X8Z9M3E6T4 | $26,592.30 |
| Sep 09 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240909 5640506 | $35,371.10 |
| Sep 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $69,015.08 |
| Sep 10 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909852633*13635696 42~ | $7,274.08 |
| Sep 10 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001409097*1540849 793*151826562802~ | $30,061.83 |
| Sep 10 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007734116*14 31420563\ | $37,084.20 |
| Sep 11 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7205711*3205716594 *199999999\ | $620.03 |
| Sep 11 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240911 650000012411180 | $8,590.39 |
| Sep 11 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500411333*1752882 129*5640506\ | $163,596.54 |
| Sep 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240912 650000012411180 | $6,188.52 |
| Sep 12 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240912 5640506 | $14,701.32 |

49477 0162011 0004-0006 00000000000000000





| | Account Number: | XXXXXX7428 |
|---|---|---|
| | Statement Date: | 09/30/2024 |
| | Page : | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $296,571.84 |
| Sep 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240913 650000012411180 | $7,637.27 |
| Sep 13 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001414095*1540849 793*151826562802~ | $30,736.86 |
| Sep 13 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909773742*13635696 42~ | $81,699.44 |
| Sep 16 | PREAUTHORIZED CREDIT<br>INFINITY RX LLX ACH PAYMTS 251539195227146133 4 | $1,039.00 |
| Sep 16 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240916 650000012411180 | $4,641.62 |
| Sep 16 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240916 650000012411180 | $5,580.75 |
| Sep 16 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240916 ST-Y4C5M1I0J8S8 | $37,957.50 |
| Sep 16 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240916 5640506 | $46,872.16 |
| Sep 17 | PREAUTHORIZED CREDIT<br>EHO360, LLC PHCY PMT 240916 5640506 | $214.39 |
| Sep 17 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909867449*13635696 42~ | $1,543.72 |
| Sep 17 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007747049*14 31420563\ | $29,229.50 |
| Sep 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240918 650000012411180 | $7,471.30 |
| Sep 18 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240918 5640506 | $19,405.13 |
| Sep 18 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 38 Jul 16-31 2024 | $35,187.23 |
| Sep 18 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500422748*1752882 129*5640506\ | $148,338.30 |
| Sep 19 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909881552*13635696 42~ | $21.98 |
| Sep 19 | PREAUTHORIZED CREDIT<br>TMESYS LLC CLAIM PMT 240919 5640506 | $149.00 |
| Sep 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240919 650000012411180 | $5,618.00 |
| Sep 19 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240919 5640506 | $10,293.46 |
| Sep 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $51,390.28 |
| Sep 20 | PREAUTHORIZED CREDIT<br>TRICARE-ONLY DOD REMIT TRN*1*03159119*143 1420563\ | $280.79 |
| Sep 20 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2021672<br>*1341939227*000098 359*5640506\ | $983.59 |
| Sep 20 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04169422*143 1420563\ | $1,732.71 |
| Sep 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240920 650000012411180 | $5,742.68 |
| Sep 20 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001416818*1540849 793*151826562802~ | $17,137.25 |
| Sep 23 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240923 650000012411180 | $5,039.04 |
| Sep 23 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240923 650000012411180 | $7,578.60 |

49477 0162012 0005-0006 0000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 23 | PREAUTHORIZED CREDIT | $14,762.56 |
| | ACCESS HEALTH ACCESS HEA 240923 5640506 | |
| Sep 23 | PREAUTHORIZED CREDIT | $34,968.01 |
| | Prescription TRANSFER 240923 ST-X8P0N0W8T5V7 | |
| Sep 24 | AUTOMATIC TRANSFER | $3,501.30 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 24 | PREAUTHORIZED CREDIT | $652.13 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909903403*13635696 42~ | |
| Sep 24 | PREAUTHORIZED CREDIT | $13,184.23 |
| | ACCESS HEALTH ACCESS HEA 240924 5640506 | |
| Sep 24 | PREAUTHORIZED CREDIT | $21,008.20 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007759983*14 31420563\ | |
| Sep 24 | REMOTE DEPOSIT | $25,777.14 |
| Sep 25 | PREAUTHORIZED CREDIT | $608.14 |
| | ACCESS HEALTH ACCESS HEA 240925 5640506 | |
| Sep 25 | PREAUTHORIZED CREDIT | $5,063.17 |
| | HRTLAND PMT SYS TXNS/FEES 240925 650000012411180 | |
| Sep 25 | PREAUTHORIZED CREDIT | $138,472.14 |
| | CAREMARK HCCLAIMPMT 2500434073*1752882 129*5640506\ | |
| Sep 26 | PREAUTHORIZED CREDIT | $2,594.96 |
| | ACCESS HEALTH ACCESS HEA 240926 5640506 | |
| Sep 26 | PREAUTHORIZED CREDIT | $5,798.86 |
| | HRTLAND PMT SYS TXNS/FEES 240926 650000012411180 | |
| Sep 27 | PREAUTHORIZED CREDIT | $40.87 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909917950*13635696 42~ | |
| Sep 27 | PREAUTHORIZED CREDIT | $100.00 |
| | MEDE AMERICA CDA HCCLAIMPMT 7206640*3205716594 *199999999\ | |
| Sep 27 | PREAUTHORIZED CREDIT | $5,790.73 |
| | HRTLAND PMT SYS TXNS/FEES 240927 650000012411180 | |
| Sep 27 | PREAUTHORIZED CREDIT | $33,955.62 |
| | CA HCCLAIMPMT 7001417419*1540849 793*151826562802~ | |
| Sep 30 | PREAUTHORIZED CREDIT | $5,894.69 |
| | HRTLAND PMT SYS TXNS/FEES 240930 650000012411180 | |
| Sep 30 | PREAUTHORIZED CREDIT | $9,449.13 |
| | HRTLAND PMT SYS TXNS/FEES 240930 650000012411180 | |
| Sep 30 | PREAUTHORIZED CREDIT | $30,736.88 |
| | Prescription TRANSFER 240930 ST-B9W3C8U8Q9P9 | |
| Sep 30 | PREAUTHORIZED CREDIT | $40,181.66 |
| | ACCESS HEALTH ACCESS HEA 240930 5640506 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Aug 30 | $0.00 | Sep 10 | $0.00 | Sep 17 | $0.00 | Sep 24 | $25,777.00 |
| Sep 03 | $0.00 | Sep 11 | $0.00 | Sep 18 | $0.00 | Sep 25 | $0.00 |
| Sep 04 | $0.00 | Sep 12 | $0.00 | Sep 19 | $0.00 | Sep 26 | $0.00 |
| Sep 05 | $0.00 | Sep 13 | $0.00 | Sep 20 | $0.00 | Sep 27 | $0.00 |
| Sep 06 | $0.00 | Sep 16 | $0.00 | Sep 23 | $0.00 | Sep 30 | $0.00 |
| Sep 09 | $0.00 | | | | | | |

49477 0162013 0006-0006 0000000000000000000

