# SEPTEMBER 2024 BANK STATEMENTS



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**September 30, 2024**
**page 1 of 4**

 5934

1 13       T   968 00000 R EM AO
SBH MEDICAL LTD
GENERAL ACCOUNT
655 DEARBORN PARK LN
WORTHINGTON OH 43085-5766

*Questions or comments?*
*Call 1-800-821-2829*

---

**Commercial Transaction** ____5934
SBH MEDICAL LTD
GENERAL ACCOUNT

| | |
|---|---|
| Beginning balance 8-31-24 | $185,588.95 |
| 59 Additions | +598,512.38 |
| 8 Subtractions | -471,513.53 |
| **Ending balance 9-30-24** | **$312,587.80** |

## Additions

| Deposits Date | Serial # | Source | |
|---|---|---|---|
| 9-3 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | $8,545.98 |
| 9-3 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 7,046.62 |
| 9-3 | | Anthem Blue OH5Chcclaimpmttrn*1*3250117405*1311 | 1,686.55 |
| 9-3 | | Anthem Blue OH5Chcclaimpmttrn*1*3250117406*1311 | 1,375.70 |
| 9-3 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 399 | 335.91 |
| 9-4 | | Anthem Blue OH5Chcclaimpmttrn*1*3250227257*1311 | 1,404.92 |
| 9-5 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 10,706.20 |
| 9-5 | | Unitedhealthcarehcclaimpmttrn*1*Tz92271455*14 | 2,986.30 |
| 9-5 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 406 | 188.13 |
| 9-6 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 7,862.65 |
| 9-6 | | North Health Serck 22845 | 7,746.28 |
| 9-6 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 409 | 239.74 |
| 9-9 | | Anthem Blue OH5Chcclaimpmttrn*1*3250690548*1311 | 7,140.46 |
| 9-9 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 6,531.97 |
| 9-9 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 5,963.87 |
| 9-9 | | Anthem Blue OH5Fhcclaimpmttrn*1*3250690547*1311 | 3,376.60 |
| 9-9 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 60.90 |
| 9-10 | | Anthem Blue OH5Fhcclaimpmttrn*1*3250800684*1311 | 9,595.04 |
| 9-11 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 5,065.52 |
| 9-11 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 415 | 136.81 |
| 9-12 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 8,583.69 |
| 9-12 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 418 | 798.38 |
| 9-13 | | Anthem Blue OH5Fhcclaimpmttrn*1*3251177922*1311 | 18,652.06 |
| 9-13 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 8,551.66 |
| 9-16 | | Key Capture Deposit | 118,608.08 |

____5934 - 00101
4999

**Corporate Banking Statement**
**September 30, 2024**
**page 2 of 4**

█████ 5934

## Additions
*(con't)*

| Deposits | Date | Serial # | Source | |
|---|---|---|---|---|
| | 9-16 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 8,647.46 |
| | 9-16 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 8,427.12 |
| | 9-16 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 426 | 305.39 |
| | 9-16 | | Medsolutions    091324EFT 100964366 | 120.00 |
| | 9-16 | | Osu Physicians, Settlementacct 1614 - 7/15/24\ | 45.00 |
| | 9-17 | | Anthem Blue OH5Fhcclaimpmttrn*1*3251370113*1311 | 6,900.28 |
| | 9-18 | | Unicompmcopmts  Unicompmco | 27,287.92 |
| | 9-18 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 9,265.02 |
| | 9-18 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 428 | 565.30 |
| | 9-19 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 7,077.08 |
| | 9-19 | | Osu Physicians, Settlementacct 1686 - 7/24/24\ | 45.00 |
| | 9-20 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 6,842.19 |
| | 9-20 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 435 | 112.70 |
| | 9-20 | | Osu Physicians, Settlementacct 1633 - 7/18/24\ | 45.00 |
| | 9-23 | | Unicompmcopmts  Unicompmco | 54,575.84 |
| | 9-23 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 26,726.88 |
| | 9-23 | | Anthem Blue OH5Chcclaimpmttrn*1*3251854867*1311 | 8,284.76 |
| | 9-23 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 5,230.92 |
| | 9-24 | | Anthem Blue OH5Chcclaimpmttrn*1*3251963665*1311 | 3,426.22 |
| | 9-24 | | Script Care, Ltdach Paymentrn*1*0000590714*1760 | 63.73 |
| | 9-25 | | Unicompmcopmts  Unicompmco | 27,287.92 |
| | 9-25 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 6,714.85 |
| | 9-25 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 438 | 395.33 |
| | 9-26 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 7,053.29 |
| | 9-26 | | Anthem Blue OH5Chcclaimpmttrn*1*3252231853*1311 | 3,813.10 |
| | 9-26 | | Medsolutions    092524EFT 100968408 | 241.60 |
| | 9-27 | | North Health Serck 22845 | 17,414.00 |
| | 9-27 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 5,833.80 |
| | 9-27 | | Anthem Blue OH5Chcclaimpmttrn*1*3252351186*1311 | 177.80 |
| | 9-30 | | Key Capture Deposit | 99,296.50 |
| | 9-30 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 7,264.73 |
| | 9-30 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | 5,509.74 |
| | 9-30 | | Medvet Associatecoupa Pay Nte*Obi*Coupa Pay 463 | 190.89 |
| | 9-30 | | Osu Physicians, Settlementacct 1594 - 7/11/24*A | 135.00 |
| | | | **Total additions** | **$598,512.38** |

## Subtractions

**Paper Checks**          *\* check missing from sequence*

| Check | Date | Amount | | |
|---|---|---|---|---|
| 3049 | 9-19 | $425,000.00 | | |
| | | | **Paper Checks Paid** | **$425,000.00** |

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 9-3 | | Hrtland Pmt Sys Txns/Fees 650000012528306 | $6,081.42 |
| | 9-3 | | Att      Payment | 190.48 |
| | 9-3 | | Paymentech    Fee    5831947 | 25.00 |
| | 9-17 | | Debit Adjustment | 30,806.47 |



**Corporate Banking Statement**
**September 30, 2024**
**page 3 of 4**

5934

**Subtractions**

*(con't)*

| Withdrawals | Date | Serial # | Location | |
|---|---|---|---|---|
| | 9-19 | | Debit Adjustment | 2,075.00 |
| | 9-20 | | Att        Payment | 1,372.83 |
| | 9-24 | | 8013Ohio-Taxosutoh Salestx | 5,962.33 |
| | | | **Total subtractions** | **$471,513.53** |

**Fees and charges**      *See your Account Analysis statement for details.*

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

    KeyBank
    Customer Disputes
    NY-31-55-0228
    555 Patroon Creek Blvd
    Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM  SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A, P.O Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

5934 - 00101
4999

**page 4 of 4**

## BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ **Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

  **Enter into your check register and SUBTRACT:**

  - Checks or other deductions shown on our statement that you have *not* already entered.
  - The "Service charges", if any, shown on your statement.

  **Enter into your check register and ADD:**

  - Deposits or other credits shown on your statement that you have *not* already entered.
  - The "Interest earned" shown on your statement, if any.

❹ List from your check register any checks or other deductions that are *not* shown on your statement.

| Check #<br>or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL ➔ | $ |

❺ List any deposits from your check register that are *not* shown on your statement.

| Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| TOTAL ➔ | $ |

❻ **Enter ending balance shown on your statement.**

$

❼ **Add 5 and 6 and enter total here.**

$

❽ **Enter total from 4.**

$

❾ **Subtract 8 from 7 and enter difference here.**

$

This amount should agree with your check register balance.

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Corporate Banking Statement**
**September 30, 2024**
**page 1 of 2**

5942

13        T   968 00000 R EM AO

SBH MEDICAL, LTD.
PETTY CASH ACCOUNT
655 DEARBORN PARK LN
WORTHINGTON OH 43085-5766

*Questions or comments?*
*Call  1-800-821-2829*

Commercial Transaction       5942
SBH MEDICAL, LTD.
PETTY CASH ACCOUNT

| | |
|---|---|
| Beginning balance 8-31-24 | $4,871.90 |
| **Ending balance 9-30-24** | **$4,871.90** |

**Fees and charges**      *See your Account Analysis statement for details.*

5942 - 00101

5000

page 2 of 2

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth-in-Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

KeyBank
Customer Disputes
NY-31-55-0228
555 Patroon Creek Blvd
Albany, NY 12206

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | - Transfer to Savings Account |
| XFER FROM  SAV | - Transfer from Savings Account |
| XFER TO CKG | - Transfer to Checking Account |
| XFER FROM CKG | - Transfer from Checking Account |
| PMT TO CR CARD | - Payment to Credit Card |
| ADV CR CARD | - Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

### IMPORTANT LINE OF CREDIT INFORMATION

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O. Box 93885, Cleveland, OH 44101- 4825.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle.  To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non-financed fees and unpaid interest. This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101-4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶ Verify and check off in your check register** each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| **Check # or Date** | **Amount** | **Date** | **Amount** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➜ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |
| This amount should agree with your check register balance. |

| TOTAL ➜ | $ |
|---|---|

5942 - 00101
5000



**WINTRUST**
**BANK**®

9801 W. Higgins, Box 32, Rosemont, IL 60018

48641 TWS380WR100124034339 01 000000000 52 002
SBH MEDICAL LTD
655 DEARBORN PARK LANE
WORTHINGTON OH 43085-5766



| | |
|---|---|
| Last Statement: | August 31, 2024 |
| Statement Ending: | September 30, 2024 |
| Page: | 1 of 1 |

### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

| COMMERCIAL CHECKING | Account Number: | XXXXXX2122 |
|---|---|---|

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 09/01/24** | **$0.00** |
| + Deposits and Credits (1) | $74.00 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 09/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $74.00 |
| Number of Days in Statement Period | 30 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Sep 18 | MAINTENANCE FEE | -$74.00 |
| | ANALYSIS ACTIVITY  FOR 08/24 | |

### Credits

| Date | Description | Additions |
|---|---|---|
| Sep 18 | AUTOMATIC TRANSFER | $74.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

### Daily Balances

| Date | Balance | Date | Balance | | |
|---|---|---|---|---|---|
| Aug 31 | $0.00 | Sep 18 | $0.00 | | |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.