# SEPTEMBER 2024 BANK STATEMENTS

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 31, 2024 through September 30, 2024

**Account Number:** ███████8660

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000503 WBS 111 141 27524 NNNNNNNNNNN  1 000000000 C1 0000

ROSE PHARMACY SF LLC
DEBTOR IN POSSESSION
311 S WACKER DR SUITE 2640
CHICAGO IL 60606

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $69,099.44 |  |
| Deposits and Credits | 12 | $124,175.50 |  |
| Withdrawals and Debits | 1 | $188,000.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$5,274.94** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 09/06 | Orig CO Name:A New Day Hospic     Orig ID:464277425  Desc Date:240906 CO Entry Descr:ACH     Sec:CCD     Trace#:026013574491648 Eed:240906 Ind ID:355-16199          Ind Name:Rose Pharmacy 1504721279 Trn: 2494491648Tc | $5,186.47 |
| 09/06 | Orig CO Name:Amazon Hospice I     Orig ID:9111111101 Desc Date:240906 CO Entry Descr:Direct Depsec:PPD    Trace#:091000014491650 Eed:240906 Ind ID:255074551025543          Ind Name:,Rose Pharmacy 4100075043     Kf Trn: 2494491650Tc | 1,374.93 |
| 09/13 | Orig CO Name:Burnet Hospice C     Orig ID:451783432  Desc Date:240913 CO Entry Descr:ACH     Sec:CCD     Trace#:026013571120841 Eed:240913 Ind ID:355-16198          Ind Name:Rose Pharmacy 1504721287 Trn: 2561120841Tc | 14,976.41 |
| 09/17 | Book Transfer Credit B/O: Homeline Hospice Inc. Glendale CA 91203-3271 US Ref: Inv355-16005 Homeline Hospice Trn: 3286364261Es YOUR REF:  BOH OF 24/09/17 | 2,504.65 |
| 09/23 | Orig CO Name:Aa Family Hospic     Orig ID:1462800242 Desc Date:240923 CO Entry Descr:Payroll  Sec:PPD     Trace#:111000024531574 Eed:240923 Ind ID:002072789Cfc556          Ind Name:Rose Pharmacy Trn: 2644531574Tc | 847.52 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

 **CHASE**

August 31, 2024 through September 30, 2024
**Account Number:** ████████8660

## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 09/24 | Orig CO Name:Excelcare Hospic      Orig ID:1462800242 Desc Date:240924 CO Entry Descr:Payroll   Sec:PPD   Trace#:111000027047942 Eed:240924 Ind ID:0020807D570C598        Ind Name:Rose Pharmacy Trn: 2677047942Tc | 137.09 |
| 09/26 | Orig CO Name:Vienna Hospice A      Orig ID:A114339399 Desc Date:SD1700 CO Entry Descr:Payments  Sec:CCD Trace#:081009426899844 Eed:240926  Ind ID:                Ind Name:Rose Parmacy 1143393990 Trn: 2706899844Tc | 53,398.98 |
| 09/26 | Orig CO Name:Bank of America      Orig ID:941687665X Desc Date:240925 CO Entry Descr:Acctverifysec:CCD    Trace#:111000021617037 Eed:240926 Ind ID:B15Evwsqxy1O6Gs        Ind Name:Rose Pharmacy Trial/Random Deposit Trn: 2701617037Tc | 0.01 |
| 09/27 | Real Time Payment Credit Recd From Aba/Contr Bnk-321171184  From: Bnf-Kent Cruz Ref: 25602698752 Info: Text-Rmtinf-Inv355-16476 Iid: 20240927021000089P1Bxop118321530511 Recd: 14:32:16 Trn: 0642251271Gc  YOUR REF:  25602698752 | 796.37 |
| 09/27 | Orig CO Name:Bellerose Hospic      Orig ID:S941687665 Desc Date:240927 CO Entry Descr:Sender   Sec:CTX   Trace#:113000022508412 Eed:240927 Ind ID:745080638        Ind Name:0000Rose Pharmacy Onlne Trnsfr88871070 Trn: 2712508412Tc | 23,062.72 |
| 09/27 | Orig CO Name:Bellerose Hospic      Orig ID:S941687665 Desc Date:240927 CO Entry Descr:Sender   Sec:CTX   Trace#:113000022508411 Eed:240927 Ind ID:745081294        Ind Name:0000Rose Pharmacy Onlne Trnsfr88871070 Trn: 2712508411Tc | 19,498.70 |
| 09/27 | Orig CO Name:Progress Palliat      Orig ID:1462800242 Desc Date:240927 CO Entry Descr:Payroll   Sec:PPD    Trace#:111000028974459 Eed:240927 Ind ID:0020644881Da67E        Ind Name:Rose Pharmacy Sf LLC Trn: 2708974459Tc | 2,391.65 |
| **Total** | | **$124,175.50** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 09/30 | Online Transfer To Chk ...0359 Transaction#: 22224216328 | $188,000.00 |
| **Total** | | **$188,000.00** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 09/06 | $75,660.84 | 09/24 | $94,126.51 |
| 09/13 | $90,637.25 | 09/26 | $147,525.50 |
| 09/17 | $93,141.90 | 09/27 | $193,274.94 |
| 09/23 | $93,989.42 | 09/30 | $5,274.94 |

Your service charges, fees and earnings credit have been calculated through account analysis.

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | August 30, 2024 |
| **Statement Ending:** | September 30, 2024 |
| **Page:** | 1 of 6 |

22184 TWS380WR100124034339 01 000000000 45 007

ROSE PHARMACY SF LLC
1422 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

22184 0072814 0001-0006 0000000000000000000

## Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number:    XXXXXX8445 |
|---|---|

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/31/24** | **$49,085.29** |
| + Deposits and Credits (76) | $1,452,857.67 |
| - Withdrawals and Debits (52) | $1,501,608.77 |
| **Ending Balance as of 09/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $334.19 |
| Number of Days in Statement Period | 31 |

## Debits



| Date | Description | Subtractions |
|---|---|---|
| Sep 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240903 650000012921873 | -$5,159.18 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016ZAAVBN3GUQTQ | -$74,390.13 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$51,803.36 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$77,720.37 |
| Sep 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables RX Systems Inc B ill.com 016FTXOXK3 GZLQQ Acct<br>04423 - Inv 2209793 | -$1,800.00 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,556.23 |
| Sep 06 | PREAUTHORIZED DEBIT<br>MCKESSON PLASMA AUTO ACH 240906 ACH06154863 | -$75.00 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or  receipt is wrong or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.**  If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s).  We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX8445 |
|---|---|---|
| | Statement Date: | 09/30/2024 |
| | Page : | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables TTC Investment LLC Bill.com 016ZXXXG T3H223A Inv<br>RE-100 00873 | -$16,250.00 |
| Sep 06 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240906 ACH06155682 | -$131,925.16 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016GKNWNQ3H63V 8 Acct 54267564 - | -$15.65 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016HBIUSO3H63V 9 Acct 54267564 - | -$36.29 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016UFWIEW3H63V D Acct 54267564 - | -$86.30 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016FIKDKJ3H63V 7 Acct 54267564 - | -$91.92 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016JISJLC3H63V 2 Acct 54267564 - | -$114.35 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Private Eyes Scree ning Group Bill.co m<br>016LCDHYO3H63VB Inv 27834 | -$118.00 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016SCMPYP3H63V E Acct 54267564 - | -$166.39 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016IDFSAL3H63V 3 Acct 54267564 - | -$191.64 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016ZOBCID3H63V 5 Acct 54267564 - | -$329.16 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016SBAABN3H63V 6 Acct 54267564 - | -$374.75 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016FLASTW3H63V F Acct 54267564 - | -$557.21 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016SSBZUX3H63V 4 Acct 54267564 - | -$559.70 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016BQUPVY3H63V C Acct 54267564 - | -$846.17 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016ZCAFZG3H63V A Acct 54267564 - | -$935.94 |
| Sep 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$39,440.20 |
| Sep 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016XUUSTZ3H70YE | -$21,138.42 |
| Sep 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$32,376.10 |
| Sep 11 | PREAUTHORIZED DEBIT<br>MANAGED HEALTH C Payment 240911 | -$220.00 |
| Sep 11 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO BILL PAYMT 240911 | -$4,450.32 |

22184 0072816 0002-0006 0000000000000000000





| | Account Number: | XXXXXX8445 |
|---|---|---|
| | Statement Date: | 09/30/2024 |
| | Page : | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$36,378.93 |
| Sep 12 | PREAUTHORIZED DEBIT<br>FRONTIER COMMUNI BILL PAY 240912 20337341701 | -$255.98 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$174,900.02 |
| Sep 13 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240913 ACH06170704 | -$138,876.78 |
| Sep 13 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 6938  NSF | -$764.92 |
| Sep 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$21,273.93 |
| Sep 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables RX Systems Inc B ill.com 016FWROAD3 HIQVD Acct<br>04423 - Multiple invoices | -$750.00 |
| Sep 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$71,347.70 |
| Sep 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Bingodel B ill.com 016IRUBCM3 HKFIQ Inv 08/31/20 24 | -$73,676.11 |
| Sep 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 08/24 | -$334.19 |
| Sep 18 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 1774  NSF | -$2,586.25 |
| Sep 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$24,684.33 |
| Sep 20 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240920 ACH06176745 | -$139,848.43 |
| Sep 20 | DEPOSIT RETURN ITEM<br>DDA CB Debit 1774  NSF 2nd | -$2,586.25 |
| Sep 23 | PREAUTHORIZED DEBIT<br>REPUBLICSERVICES RSIBILLPAY 240923 | -$676.00 |
| Sep 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables RX Systems Inc B ill.com 016PQRWIR3 HPXW6 Acct<br>04423 - Inv 1375235 | -$1,500.00 |
| Sep 24 | PREAUTHORIZED DEBIT<br>MHA LONG TERM CA Payment 240924 | -$561.40 |
| Sep 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$74,065.79 |
| Sep 25 | CASH MGMT TRSFR DR<br>REF 2691009L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$24,313.15 |
| Sep 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables EnlivenHealth form erly FDS Amplicare Bill.com<br>016VFUVG P3HTJPI Inv IN1016 | -$250.53 |
| Sep 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,006.64 |
| Sep 27 | CASH MGMT TRSFR DR<br>REF 2710844L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$152,229.97 |
| Sep 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.59 |
| Sep 30 | CASH MGMT TRSFR DR<br>REF 2740930L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$89,943.49 |
| Sep 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$403.64 |

22184 0072817 0003-0006 0000000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
|------|-------------|-----------|
| Sep 03 | PREAUTHORIZED CREDIT | $22.36 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2015161 *1341939227*000002 236*5641798\ | |
| Sep 03 | PREAUTHORIZED CREDIT | $777.37 |
| | MEDIMPACT DEBITS TRN*1*9200371197*1 330567651*433268 \ | |
| Sep 03 | PREAUTHORIZED CREDIT | $3,116.70 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550571904*12 60076803*99999~ | |
| Sep 03 | PREAUTHORIZED CREDIT | $36,694.22 |
| | HRTLAND PMT SYS TXNS/FEES 240903 650000012921873 | |
| Sep 03 | PREAUTHORIZED CREDIT | $43,099.02 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007721756*14 31420563\ | |
| Sep 04 | PREAUTHORIZED CREDIT | $1,010.12 |
| | NAVITUS HCCLAIMPMT 1431721*1043608530 ~ | |
| Sep 04 | PREAUTHORIZED CREDIT | $3,308.05 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909815768*13635696 42~ | |
| Sep 04 | PREAUTHORIZED CREDIT | $23,665.29 |
| | CAREMARK HCCLAIMPMT 2500399899*1752882 129*5641798\ | |
| Sep 04 | PREAUTHORIZED CREDIT | $49,736.91 |
| | HRTLAND PMT SYS TXNS/FEES 240904 650000012921873 | |
| Sep 05 | PREAUTHORIZED CREDIT | $23.57 |
| | MEDIMPACT DEBITS TRN*1*9200371359*1 330567651*433268 \ | |
| Sep 05 | PREAUTHORIZED CREDIT | $9,332.66 |
| | HRTLAND PMT SYS TXNS/FEES 240905 650000012921873 | |
| Sep 06 | AUTOMATIC TRANSFER | $145,173.32 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 06 | PREAUTHORIZED CREDIT | $1,350.69 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04166617*143 1420563\ | |
| Sep 06 | REMOTE DEPOSIT | $1,645.02 |
| Sep 06 | PREAUTHORIZED CREDIT | $1,726.13 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550573112*12 60076803*99999~ | |
| Sep 09 | PREAUTHORIZED CREDIT | $6.25 |
| | CA DHCS MEDI-CAL HCCLAIMPMT 050364915*16802170 53~ | |
| Sep 09 | PREAUTHORIZED CREDIT | $116.93 |
| | MEDIMPACT DEBITS TRN*1*9200372346*1 330567651*433268 \ | |
| Sep 09 | PREAUTHORIZED CREDIT | $40,653.20 |
| | HRTLAND PMT SYS TXNS/FEES 240909 650000012921873 | |
| Sep 10 | PREAUTHORIZED CREDIT | $1.91 |
| | PRIME THERAPEUTI HCCLAIMPMT 444444440916187*22 60076803*99999~ | |
| Sep 10 | PREAUTHORIZED CREDIT | $13.04 |
| | NORIDIAN DMEMAC HCCLAIMPMT 081517692505110*12 62326076~ | |
| Sep 10 | PREAUTHORIZED CREDIT | $1,361.08 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909852648*13635696 42~ | |
| Sep 10 | PREAUTHORIZED CREDIT | $2,089.47 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550574311*12 60076803*99999~ | |
| Sep 10 | PREAUTHORIZED CREDIT | $3,418.03 |
| | MEDIMPACT DEBITS TRN*1*9200372673*1 330567651*433268 \ | |
| Sep 10 | PREAUTHORIZED CREDIT | $18,679.19 |
| | CA HCCLAIMPMT 7001409174*1540849 793*142733835902~ | |
| Sep 10 | PREAUTHORIZED CREDIT | $27,951.80 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007734127*14 31420563\ | |
| Sep 11 | PREAUTHORIZED CREDIT | $35.03 |
| | MEDIMPACT DEBITS TRN*1*9200373168*1 330567651*433268 \ | |
| Sep 11 | PREAUTHORIZED CREDIT | $1,440.86 |
| | NAVITUS HCCLAIMPMT 1435758*1043608530 ~ | |





| | Account Number: | XXXXXX8445 |
|---|---|---|
| | Statement Date: | 09/30/2024 |
| | Page : | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 11 | PREAUTHORIZED CREDIT | $15,425.65 |
| | HRTLAND PMT SYS TXNS/FEES 240911 650000012921873 | |
| Sep 11 | PREAUTHORIZED CREDIT | $21,954.93 |
| | CAREMARK HCCLAIMPMT 2500411342*1752882 129*5641798\ | |
| Sep 11 | REMOTE DEPOSIT | $58,214.97 |
| Sep 11 | REMOTE DEPOSIT | $119,133.81 |
| Sep 13 | AUTOMATIC TRANSFER | $94,748.67 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 13 | PREAUTHORIZED CREDIT | $10.14 |
| | NAVITUS HCCLAIMPMT 1433568*1043608530 ~ | |
| Sep 13 | REDEPOSIT RETURN CHK | $764.92 |
| | DDA Redp Credit 6938  NSF | |
| Sep 13 | PREAUTHORIZED CREDIT | $16,820.22 |
| | CA HCCLAIMPMT 7001411594*1540849 793*142733835902~ | |
| Sep 13 | PREAUTHORIZED CREDIT | $28,062.67 |
| | HRTLAND PMT SYS TXNS/FEES 240913 650000012921873 | |
| Sep 16 | PREAUTHORIZED CREDIT | $21,273.02 |
| | HRTLAND PMT SYS TXNS/FEES 240916 650000012921873 | |
| Sep 16 | REMOTE DEPOSIT | $39,192.91 |
| Sep 17 | PREAUTHORIZED CREDIT | $1,115.40 |
| | HRTLAND PMT SYS TXNS/FEES 240917 650000012921873 | |
| Sep 17 | PREAUTHORIZED CREDIT | $1,690.36 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909867460*13635696 42~ | |
| Sep 17 | PREAUTHORIZED CREDIT | $1,795.78 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550576702*12 | |
| | 60076803*99999~ | |
| Sep 17 | PREAUTHORIZED CREDIT | $28,304.16 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007747059*14 31420563\ | |
| Sep 18 | AUTOMATIC TRANSFER | $61,107.62 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 18 | PREAUTHORIZED CREDIT | $356.41 |
| | NAVITUS HCCLAIMPMT 1437347*1043608530 ~ | |
| Sep 18 | REDEPOSIT RETURN CHK | $2,586.25 |
| | DDA Redp Credit 1774  NSF | |
| Sep 18 | PREAUTHORIZED CREDIT | $15,132.52 |
| | CAREMARK HCCLAIMPMT 2500422757*1752882 129*5641798\ | |
| Sep 19 | PREAUTHORIZED CREDIT | $1,673.79 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909881564*13635696 42~ | |
| Sep 19 | REMOTE DEPOSIT | $21,184.06 |
| Sep 19 | PREAUTHORIZED CREDIT | $23,010.48 |
| | HRTLAND PMT SYS TXNS/FEES 240919 650000012921873 | |
| Sep 20 | AUTOMATIC TRANSFER | $96,128.95 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 20 | PREAUTHORIZED CREDIT | $43.44 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550577924*12 | |
| | 60076803*99999~ | |
| Sep 20 | PREAUTHORIZED CREDIT | $502.12 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04169424*143 1420563\ | |
| Sep 20 | PREAUTHORIZED CREDIT | $5,142.91 |
| | HRTLAND PMT SYS TXNS/FEES 240920 650000012921873 | |
| Sep 20 | PREAUTHORIZED CREDIT | $16,082.09 |
| | CA HCCLAIMPMT 7002129580*1540849 793*142733835902~ | |
| Sep 23 | AUTOMATIC TRANSFER | $2,160.62 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 23 | PREAUTHORIZED CREDIT | $15.38 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2023315 | |
| | *1341939227*000001 538*5641798\ | |

22184 0072819 0005-0006 0000000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

22184 0072820 0006-0006 000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Sep 24 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909903416*13635696 42~ | $743.41 |
| Sep 24 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550579127*12<br>60076803*99999~ | $2,249.14 |
| Sep 24 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007759994*14 31420563\ | $29,296.47 |
| Sep 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240924 650000012921873 | $42,338.17 |
| Sep 25 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1443738*1043608530 ~ | $854.86 |
| Sep 25 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240925 650000012921873 | $7,281.07 |
| Sep 25 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500434082*1752882 129*5641798\ | $16,427.75 |
| Sep 26 | REMOTE DEPOSIT | $41,097.48 |
| Sep 26 | REMOTE DEPOSIT | $46,066.16 |
| Sep 27 | PREAUTHORIZED CREDIT<br>NORIDIAN DMEMAC HCCLAIMPMT 081517692694789*12 62326076~ | $14.16 |
| Sep 27 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440925466*22<br>60076803*99999~ | $90.72 |
| Sep 27 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909917962*13635696 42~ | $129.81 |
| Sep 27 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550580334*12<br>60076803*99999~ | $2,030.98 |
| Sep 27 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001417577*1540849 793*142733835902~ | $14,229.97 |
| Sep 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240927 650000012921873 | $49,577.33 |
| Sep 27 | REMOTE DEPOSIT | $63,296.59 |
| Sep 30 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1442416*1043608530 ~ | $3.16 |
| Sep 30 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2025246<br>*1341939227*000001 909*5641798\ | $19.09 |
| Sep 30 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200378557*1 330567651*433268  \ | $403.64 |
| Sep 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240930 650000012921873 | $26,625.24 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Aug 30 | $49,085.29 | Sep 10 | $0.00 | Sep 17 | $764.92 | Sep 24 | $0.00 |
| Sep 03 | $1,442.29 | Sep 11 | $175,156.00 | Sep 18 | $3,351.17 | Sep 25 | $0.00 |
| Sep 04 | $1,442.29 | Sep 12 | $0.00 | Sep 19 | $24,535.17 | Sep 26 | $86,157.00 |
| Sep 05 | $1,442.29 | Sep 13 | $764.92 | Sep 20 | $0.00 | Sep 27 | $63,296.00 |
| Sep 06 | $3,087.29 | Sep 16 | $39,956.92 | Sep 23 | $0.00 | Sep 30 | $0.00 |
| Sep 09 | $0.00 | | | | | | |

