# SEPTEMBER 2024 BANK STATEMENTS



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

22841 TWS380WR100124034339 01 000000000 45 007
CENTRAL PHARMACY LLC
1424 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

| | |
|---|---|
| Last Statement: | August 30, 2024 |
| Statement Ending: | September 30, 2024 |
| Page: | 1 of 6 |

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number:    XXXXXX3163 |
|---|---|

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/31/24** | **$0.00** |
| + Deposits and Credits (52) | $222,720.90 |
| - Withdrawals and Debits (58) | $222,618.10 |
| **Ending Balance as of 09/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $102.80 |
| Number of Days in Statement Period | 31 |

## Debits



| Date | Description | Subtractions |
|---|---|---|
| Sep 03 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXX 240903 2052047286 2220 | -$420.36 |
| Sep 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240903 650000012526458 | -$1,431.42 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015ANIELTV5LR5A | -$21,221.94 |
| Sep 04 | PREAUTHORIZED DEBIT<br>CITY MEDRX LLC MONEY OWED 240904 | -$2,848.20 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,927.15 |
| Sep 05 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 240905 13-CENTPHARM | -$351.84 |
| Sep 05 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240905 FC7330424 | -$659.16 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,637.59 |
| Sep 06 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240906 10812 | -$203.16 |

## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

### Checks/Withdrawals Outstanding

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

## Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or  receipt is wrong or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.**  If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s).  We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.


## WINTRUST BANK®

| | |
|---|---|
| **Account Number:** | XXXXXX3163 |
| **Statement Date:** | 09/30/2024 |
| **Page :** | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,491.39 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240909 10812 | -$297.81 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015VZFW AUY5UDAI Acct<br>FNY3 69700 - Inv 925557 | -$1,034.88 |
| Sep 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,650.09 |
| Sep 10 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240910 10812 | -$357.30 |
| Sep 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ZUKCLAN5WOB1 | -$839.90 |
| Sep 10 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240910 FC7330424 | -$1,054.91 |
| Sep 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 240910 ACH06160220 | -$6,310.92 |
| Sep 10 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240910 2052047286 2220 | -$23,967.93 |
| Sep 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240911 | -$65.33 |
| Sep 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240911 | -$65.33 |
| Sep 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240911 | -$65.33 |
| Sep 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240911 | -$65.33 |
| Sep 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240911 | -$65.33 |
| Sep 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240911 | -$78.39 |
| Sep 11 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240911 10812 | -$230.77 |
| Sep 11 | PREAUTHORIZED DEBIT<br>Akron Generics L SIGONFILE 240911 RF8J2P | -$600.00 |
| Sep 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240911 2057205342 2220 | -$1,083.38 |
| Sep 12 | PREAUTHORIZED DEBIT<br>GOTO COMMUNICATI GOTO/JIVE 240912 | -$238.76 |
| Sep 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015RQHVKJH 60H51 Inv PNRX-154<br>579 | -$1,299.09 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,841.55 |
| Sep 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015FTJV BHI62G32 Acct<br>FNY3 69700 - Inv 926044 | -$123.29 |
| Sep 13 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240913 10812 | -$197.24 |
| Sep 13 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 240913 13-CENTPHARM | -$409.47 |
| Sep 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Journey Medical Co rporation Bill.com<br>015QSLYRVC62Z9D A cct 7739016 - Inv | -$3,525.96 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$12,361.12 |

22841 0074639 0002-0006 0000000000000000000





| | Account Number: | XXXXXX3163 |
|---|---|---|
| | Statement Date: | 09/30/2024 |
| | Page : | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015ESEU FGJ64L7D Acct<br>FNY3 69700 - Multiple i | -$2,047.00 |
| Sep 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,438.11 |
| Sep 17 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240917 2052047286 2220 | -$394.07 |
| Sep 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,523.97 |
| Sep 18 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240918 10812 | -$289.60 |
| Sep 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 08/24 | -$102.80 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,753.98 |
| Sep 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,900.05 |
| Sep 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$11,799.24 |
| Sep 23 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 240923 10812 | -$186.44 |
| Sep 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,293.10 |
| Sep 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015AIJR RXW6GIRV Acct<br>FNY3 69700 - Inv 926361 | -$24.54 |
| Sep 24 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 240924 | -$169.98 |
| Sep 24 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 240924 13-CENTPHARM | -$294.78 |
| Sep 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,465.54 |
| Sep 25 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240925 2052047286 2220 | -$22,631.13 |
| Sep 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.27 |
| Sep 26 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 240926 | -$495.00 |
| Sep 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$13,838.12 |
| Sep 27 | CASH MGMT TRSFR DR<br>REF 2710840L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$6,321.15 |
| Sep 27 | DEPOSIT RETURN ITEM<br>DDA CB Debit 9902094465  Stop Payment | -$936.00 |
| Sep 30 | CASH MGMT TRSFR DR<br>REF 2740928L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$1,704.33 |
| Sep 30 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240930 FC7330424 | -$675.92 |
| Sep 30 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015BAVX EGI6ODGC Acct<br>FNY3 69700 - Inv 926044 | -$4,414.16 |

22841 0074640 0003-0006 00000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3163 |
| **Statement Date:** | | 09/30/2024 |
| **Page :** | | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
|---|---|---|
| Sep 03 | AUTOMATIC TRANSFER | $15,696.91 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 03 | PREAUTHORIZED CREDIT | $1,387.60 |
| | HRTLAND PMT SYS TXNS/FEES 240903 650000012526458 | |
| Sep 03 | PREAUTHORIZED CREDIT | $2,081.69 |
| | Prescription TRANSFER 240903 ST-K3G0T8Z5G3U4 | |
| Sep 03 | PREAUTHORIZED CREDIT | $3,907.52 |
| | LEADER DRUGSTORE CARDINALCP 240903 5832452 | |
| Sep 04 | PREAUTHORIZED CREDIT | $1,407.95 |
| | HRTLAND PMT SYS TXNS/FEES 240904 650000012526458 | |
| Sep 04 | PREAUTHORIZED CREDIT | $6,367.40 |
| | LEADER DRUGSTORE CARDINALCP 240904 5832452 | |
| Sep 05 | PREAUTHORIZED CREDIT | $903.79 |
| | HRTLAND PMT SYS TXNS/FEES 240905 650000012526458 | |
| Sep 05 | PREAUTHORIZED CREDIT | $8,001.25 |
| | LEADER DRUGSTORE CARDINALCP 240905 5832452 | |
| Sep 05 | PREAUTHORIZED CREDIT | $8,743.55 |
| | NYS DOH HCCLAIMPMT 021300074366932*11 41797357~ | |
| Sep 06 | PREAUTHORIZED CREDIT | $950.39 |
| | HRTLAND PMT SYS TXNS/FEES 240906 650000012526458 | |
| Sep 06 | PREAUTHORIZED CREDIT | $8,744.16 |
| | LEADER DRUGSTORE CARDINALCP 240906 5832452 | |
| Sep 09 | PREAUTHORIZED CREDIT | $1,179.40 |
| | HRTLAND PMT SYS TXNS/FEES 240909 650000012526458 | |
| Sep 09 | PREAUTHORIZED CREDIT | $1,399.77 |
| | Prescription TRANSFER 240909 ST-C2A2A6P3G9K3 | |
| Sep 09 | PREAUTHORIZED CREDIT | $4,403.61 |
| | LEADER DRUGSTORE CARDINALCP 240909 5832452 | |
| Sep 10 | AUTOMATIC TRANSFER | $30,301.63 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 10 | PREAUTHORIZED CREDIT | $777.70 |
| | LEADER DRUGSTORE CARDINALCP 240910 5832452 | |
| Sep 10 | PREAUTHORIZED CREDIT | $1,451.63 |
| | HRTLAND PMT SYS TXNS/FEES 240910 650000012526458 | |
| Sep 11 | AUTOMATIC TRANSFER | $1,441.02 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 11 | PREAUTHORIZED CREDIT | $878.17 |
| | HRTLAND PMT SYS TXNS/FEES 240911 650000012526458 | |
| Sep 12 | PREAUTHORIZED CREDIT | $1,178.38 |
| | HRTLAND PMT SYS TXNS/FEES 240912 650000012526458 | |
| Sep 12 | PREAUTHORIZED CREDIT | $6,201.02 |
| | NYS DOH HCCLAIMPMT 021300074386184*11 41797357~ | |
| Sep 13 | PREAUTHORIZED CREDIT | $909.02 |
| | HRTLAND PMT SYS TXNS/FEES 240913 650000012526458 | |
| Sep 13 | PREAUTHORIZED CREDIT | $15,708.06 |
| | LEADER DRUGSTORE CARDINALCP 240913 5832452 | |
| Sep 16 | PREAUTHORIZED CREDIT | $668.06 |
| | HRTLAND PMT SYS TXNS/FEES 240916 650000012526458 | |
| Sep 16 | PREAUTHORIZED CREDIT | $1,545.19 |
| | Prescription TRANSFER 240916 ST-E6P2V7E1M6B8 | |
| Sep 16 | PREAUTHORIZED CREDIT | $7,271.86 |
| | LEADER DRUGSTORE CARDINALCP 240916 5832452 | |
| Sep 17 | PREAUTHORIZED CREDIT | $557.51 |
| | LEADER DRUGSTORE CARDINALCP 240917 5832452 | |
| Sep 17 | PREAUTHORIZED CREDIT | $1,360.53 |
| | HRTLAND PMT SYS TXNS/FEES 240917 650000012526458 | |
| Sep 18 | PREAUTHORIZED CREDIT | $1,058.72 |
| | HRTLAND PMT SYS TXNS/FEES 240918 650000012526458 | |

22841 0074641 0004-0006 0000000000000000000





| | |
|---|---|
| Account Number: | XXXXXX3163 |
| Statement Date: | 09/30/2024 |
| Page : | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 18 | PREAUTHORIZED CREDIT | $2,087.66 |
| | Monarch Specialt ePay brightscrip Period 38 Jul 16-31 2024 | |
| Sep 19 | PREAUTHORIZED CREDIT | $1,135.89 |
| | HRTLAND PMT SYS TXNS/FEES 240919 650000012526458 | |
| Sep 19 | PREAUTHORIZED CREDIT | $2,685.66 |
| | LEADER DRUGSTORE CARDINALCP 240919 5832452 | |
| Sep 19 | PREAUTHORIZED CREDIT | $6,078.50 |
| | NYS DOH HCCLAIMPMT 021300074405248*11 41797357~ | |
| Sep 20 | PREAUTHORIZED CREDIT | $1,169.07 |
| | HRTLAND PMT SYS TXNS/FEES 240920 650000012526458 | |
| Sep 20 | PREAUTHORIZED CREDIT | $10,630.17 |
| | LEADER DRUGSTORE CARDINALCP 240920 5832452 | |
| Sep 23 | PREAUTHORIZED CREDIT | $1,860.05 |
| | Prescription TRANSFER 240923 ST-N8X3W1A7Q3P4 | |
| Sep 23 | PREAUTHORIZED CREDIT | $1,970.01 |
| | HRTLAND PMT SYS TXNS/FEES 240923 650000012526458 | |
| Sep 23 | PREAUTHORIZED CREDIT | $4,649.48 |
| | LEADER DRUGSTORE CARDINALCP 240923 5832452 | |
| Sep 24 | PREAUTHORIZED CREDIT | $1,270.80 |
| | HRTLAND PMT SYS TXNS/FEES 240924 650000012526458 | |
| Sep 24 | PREAUTHORIZED CREDIT | $1,684.04 |
| | LEADER DRUGSTORE CARDINALCP 240924 5832452 | |
| Sep 25 | PREAUTHORIZED CREDIT | $521.11 |
| | LEADER DRUGSTORE CARDINALCP 240925 5832452 | |
| Sep 25 | PREAUTHORIZED CREDIT | $911.06 |
| | HRTLAND PMT SYS TXNS/FEES 240925 650000012526458 | |
| Sep 25 | DEPOSIT | $10,253.27 |
| Sep 25 | CASH MGMT TRSFR CR | $21,198.96 |
| | REF 2691008L FUNDS TRANSFER FRM DEP XXXXXX4516 FROM | |
| Sep 26 | PREAUTHORIZED CREDIT | $107.39 |
| | LEADER DRUGSTORE CARDINALCP 240926 5832452 | |
| Sep 26 | PREAUTHORIZED CREDIT | $1,171.60 |
| | HRTLAND PMT SYS TXNS/FEES 240926 650000012526458 | |
| Sep 26 | PREAUTHORIZED CREDIT | $2,801.13 |
| | NYS DOH HCCLAIMPMT 021300074425669*11 41797357~ | |
| Sep 27 | PREAUTHORIZED CREDIT | $1,113.29 |
| | HRTLAND PMT SYS TXNS/FEES 240927 650000012526458 | |
| Sep 27 | PREAUTHORIZED CREDIT | $6,143.86 |
| | LEADER DRUGSTORE CARDINALCP 240927 5832452 | |
| Sep 30 | PREAUTHORIZED CREDIT | $1,256.31 |
| | HRTLAND PMT SYS TXNS/FEES 240930 650000012526458 | |
| Sep 30 | PREAUTHORIZED CREDIT | $2,411.27 |
| | Prescription TRANSFER 240930 ST-O9I1J8A4V2Y6 | |
| Sep 30 | PREAUTHORIZED CREDIT | $3,126.83 |
| | LEADER DRUGSTORE CARDINALCP 240930 5832452 | |



## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Aug 30 | $0.00 | Sep 10 | $0.00 | Sep 17 | $0.00 | Sep 24 | $0.00 |
| Sep 03 | $0.00 | Sep 11 | $0.00 | Sep 18 | $0.00 | Sep 25 | $10,253.00 |
| Sep 04 | $0.00 | Sep 12 | $0.00 | Sep 19 | $0.00 | Sep 26 | $0.00 |
| Sep 05 | $0.00 | Sep 13 | $0.00 | Sep 20 | $0.00 | Sep 27 | $0.00 |
| Sep 06 | $0.00 | Sep 16 | $0.00 | Sep 23 | $0.00 | Sep 30 | $0.00 |
| Sep 09 | $0.00 | | | | | | |