# SEPTEMBER 2024 BANK STATEMENTS



|  |  |
|---|---|
| **Last Statement:** | August 30, 2024 |
| **Statement Ending:** | September 30, 2024 |
| **Page:** | 1 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

18004 TWS380WR100124034339 01 000000000 45 008



PRO PHARMACY LLC
1421 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri  9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: | XXXXXX7307 |
|---|---|---|

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/31/24** | **$0.00** |
| + Deposits and Credits (61) | $275,099.23 |
| - Withdrawals and Debits (59) | $274,917.91 |
| **Ending Balance as of 09/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $181.32 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Sep 03 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXX 240903 2052047211 2220 | -$325.03 |
| Sep 03 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240903 | -$1,290.15 |
| Sep 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240903 650000012526326 | -$1,734.77 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016VSZLVR3GUQD8 | -$20,400.25 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$788.46 |
| Sep 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables Integral RX B ill.com 016KNJYWA3 GZLD7 Acct 15345 -<br>Inv 15607915 | -$344.94 |
| Sep 05 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240905 | -$345.10 |
| Sep 05 | PREAUTHORIZED DEBIT<br>CITY MEDRX LLC MONEY OWED 240905 | -$5,743.11 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX7307 |
| **Statement Date:** | 09/30/2024 |
| **Page :** | 2 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016YPDWOA3H21LU | -$722.05 |
| Sep 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$12,930.09 |
| Sep 09 | PREAUTHORIZED DEBIT<br>LIPA DIRECTPAY 240909 0163401029 | -$488.23 |
| Sep 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,887.75 |
| Sep 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 240910 ACH06157201 | -$890.42 |
| Sep 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016SMCUMJ3H70GZ | -$1,187.29 |
| Sep 10 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240910 2052047211 2220 | -$10,850.12 |
| Sep 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240911 | -$65.33 |
| Sep 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240911 | -$65.33 |
| Sep 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240911 | -$65.33 |
| Sep 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240911 | -$65.33 |
| Sep 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240911 | -$65.33 |
| Sep 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240911 | -$65.33 |
| Sep 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240911 | -$65.33 |
| Sep 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240911 | -$65.33 |
| Sep 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 240911 | -$78.39 |
| Sep 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com<br>016OUSVEO3H99W5 In v 664128 | -$290.40 |
| Sep 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240911 2057205344 2220 | -$1,010.69 |
| Sep 12 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 240912 | -$105.00 |
| Sep 12 | PREAUTHORIZED DEBIT<br>GOTO COMMUNICATI GOTO/JIVE 240912 | -$233.51 |
| Sep 12 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240912 | -$530.17 |
| Sep 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016QADKLR3HBIZ6 | -$1,863.41 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,490.63 |
| Sep 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables TopRx, LLC B ill.com 016NCUOHP3 HDOK9 Acct<br>PRO103 - Inv 9469016 | -$248.10 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$25,111.70 |
| Sep 16 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 240916 | -$385.50 |

18004 0061469 0002-0007 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX7307 |
| **Statement Date:** | 09/30/2024 |
| **Page :** | 3 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$20,201.28 |
| Sep 17 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240917 2052047211 2220 | -$305.03 |
| Sep 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016PXRLCG3HIQA4 | -$2,620.68 |
| Sep 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 08/24 | -$181.32 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,858.16 |
| Sep 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables TopRx, LLC B ill.com 016ZALXHO3 HM9U7 Acct PRO103<br>- Inv 9478692 | -$296.08 |
| Sep 19 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 240919 13-PROPHRMCY | -$326.39 |
| Sep 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,377.17 |
| Sep 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables Language Line Serv ices Bill.com 016R KLMLU3HO25J<br>Inv 11 384305 | -$180.70 |
| Sep 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$21,046.65 |
| Sep 23 | PREAUTHORIZED DEBIT<br>OPTIMUM 7801 CABLE PMNT 240923 | -$354.13 |
| Sep 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$20,422.48 |
| Sep 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$874.83 |
| Sep 25 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 240925 2052047211 2220 | -$19,372.19 |
| Sep 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1.30 |
| Sep 26 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 240926 | -$303.00 |
| Sep 26 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240926 2057205344 2220 | -$1,968.02 |
| Sep 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$41,704.17 |
| Sep 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016JBHIBM3HX3H7 | -$7,943.36 |
| Sep 27 | DEPOSIT RETURN ITEM<br>DDA CB Debit 4364  Frozen/Blocked Acc | -$49.10 |
| Sep 27 | DEPOSIT RETURN ITEM<br>DDA CB Debit 475807  Stop Payment | -$211.83 |
| Sep 27 | DEPOSIT RETURN ITEM<br>DDA CB Debit 9901366718  Stop Payment | -$508.00 |
| Sep 27 | DEPOSIT RETURN ITEM<br>DDA CB Debit 76913763  Stop Payment | -$548.00 |
| Sep 27 | DEPOSIT RETURN ITEM<br>DDA CB Debit 9902088876  Stop Payment | -$1,846.00 |
| Sep 30 | CASH MGMT TRSFR DR<br>REF 2740930L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$18,440.55 |
| Sep 30 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 240930 | -$360.91 |

18004 0061470 0003-0007 00000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7307 |
| **Statement Date:** | | 09/30/2024 |
| **Page :** | | 4 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
|---|---|---|
| Sep 03 | AUTOMATIC TRANSFER | $3,481.47 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 03 | PREAUTHORIZED CREDIT | $923.33 |
| | HRTLAND PMT SYS TXNS/FEES 240903 650000012526326 | |
| Sep 03 | PREAUTHORIZED CREDIT | $2,017.08 |
| | HRTLAND PMT SYS TXNS/FEES 240903 650000012526326 | |
| Sep 03 | PREAUTHORIZED CREDIT | $3,700.58 |
| | LEADER DRUGSTORE CARDINALCP 240903 5832705 | |
| Sep 03 | PREAUTHORIZED CREDIT | $13,627.74 |
| | Prescription TRANSFER 240903 ST-L5R1J4A7E5U7 | |
| Sep 04 | PREAUTHORIZED CREDIT | $788.46 |
| | LEADER DRUGSTORE CARDINALCP 240904 5832705 | |
| Sep 05 | AUTOMATIC TRANSFER | $1,787.09 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 05 | PREAUTHORIZED CREDIT | $1,137.95 |
| | LEADER DRUGSTORE CARDINALCP 240905 5832705 | |
| Sep 05 | PREAUTHORIZED CREDIT | $1,361.43 |
| | NYS DOH HCCLAIMPMT 021300074366933*11 41797357~ | |
| Sep 05 | PREAUTHORIZED CREDIT | $2,146.68 |
| | HRTLAND PMT SYS TXNS/FEES 240905 650000012526326 | |
| Sep 06 | PREAUTHORIZED CREDIT | $1,542.56 |
| | HRTLAND PMT SYS TXNS/FEES 240906 650000012526326 | |
| Sep 06 | PREAUTHORIZED CREDIT | $12,109.58 |
| | LEADER DRUGSTORE CARDINALCP 240906 5832705 | |
| Sep 09 | PREAUTHORIZED CREDIT | $1,247.90 |
| | HRTLAND PMT SYS TXNS/FEES 240909 650000012526326 | |
| Sep 09 | PREAUTHORIZED CREDIT | $1,372.49 |
| | LEADER DRUGSTORE CARDINALCP 240909 5832705 | |
| Sep 09 | PREAUTHORIZED CREDIT | $1,725.26 |
| | HRTLAND PMT SYS TXNS/FEES 240909 650000012526326 | |
| Sep 09 | PREAUTHORIZED CREDIT | $13,030.33 |
| | Prescription TRANSFER 240909 ST-O8D6O2R0W5C1 | |
| Sep 10 | AUTOMATIC TRANSFER | $12,874.38 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 10 | PREAUTHORIZED CREDIT | $53.45 |
| | LEADER DRUGSTORE CARDINALCP 240910 5832705 | |
| Sep 11 | AUTOMATIC TRANSFER | $343.08 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 11 | PREAUTHORIZED CREDIT | $1,559.04 |
| | HRTLAND PMT SYS TXNS/FEES 240911 650000012526326 | |
| Sep 12 | PREAUTHORIZED CREDIT | $79.46 |
| | LEADER DRUGSTORE CARDINALCP 240912 5832705 | |
| Sep 12 | PREAUTHORIZED CREDIT | $1,391.65 |
| | HRTLAND PMT SYS TXNS/FEES 240912 650000012526326 | |
| Sep 12 | PREAUTHORIZED CREDIT | $3,751.61 |
| | NYS DOH HCCLAIMPMT 021300074386185*11 41797357~ | |
| Sep 13 | PREAUTHORIZED CREDIT | $1,885.65 |
| | HRTLAND PMT SYS TXNS/FEES 240913 650000012526326 | |
| Sep 13 | PREAUTHORIZED CREDIT | $23,474.15 |
| | LEADER DRUGSTORE CARDINALCP 240913 5832705 | |
| Sep 16 | PREAUTHORIZED CREDIT | $1,049.06 |
| | HRTLAND PMT SYS TXNS/FEES 240916 650000012526326 | |
| Sep 16 | PREAUTHORIZED CREDIT | $1,403.79 |
| | HRTLAND PMT SYS TXNS/FEES 240916 650000012526326 | |
| Sep 16 | PREAUTHORIZED CREDIT | $4,607.87 |
| | LEADER DRUGSTORE CARDINALCP 240916 5832705 | |
| Sep 16 | PREAUTHORIZED CREDIT | $13,526.06 |
| | Prescription TRANSFER 240916 ST-K6I5G9D3L6Y8 | |

18004 0061471 0004-0007 00000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7307 |
| **Statement Date:** | | 09/30/2024 |
| **Page :** | | 5 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 17 | AUTOMATIC TRANSFER | $1,887.35 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 17 | PREAUTHORIZED CREDIT | $1,038.36 |
| | LEADER DRUGSTORE CARDINALCP 240917 5832705 | |
| Sep 18 | PREAUTHORIZED CREDIT | $696.70 |
| | Monarch Specialt ePay brightscrip Period 38 Jul 16-31 2024 | |
| Sep 18 | PREAUTHORIZED CREDIT | $1,342.78 |
| | HRTLAND PMT SYS TXNS/FEES 240918 650000012526326 | |
| Sep 19 | PREAUTHORIZED CREDIT | $1,198.57 |
| | HRTLAND PMT SYS TXNS/FEES 240919 650000012526326 | |
| Sep 19 | PREAUTHORIZED CREDIT | $2,253.56 |
| | NYS DOH HCCLAIMPMT 021300074405249*11 41797357~ | |
| Sep 19 | PREAUTHORIZED CREDIT | $2,547.51 |
| | LEADER DRUGSTORE CARDINALCP 240919 5832705 | |
| Sep 20 | PREAUTHORIZED CREDIT | $67.76 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2022188 *1341939227*000006 776*5832705\ | |
| Sep 20 | PREAUTHORIZED CREDIT | $1,640.44 |
| | HRTLAND PMT SYS TXNS/FEES 240920 650000012526326 | |
| Sep 20 | PREAUTHORIZED CREDIT | $19,519.15 |
| | LEADER DRUGSTORE CARDINALCP 240920 5832705 | |
| Sep 23 | PREAUTHORIZED CREDIT | $1,503.22 |
| | HRTLAND PMT SYS TXNS/FEES 240923 650000012526326 | |
| Sep 23 | PREAUTHORIZED CREDIT | $1,929.68 |
| | HRTLAND PMT SYS TXNS/FEES 240923 650000012526326 | |
| Sep 23 | PREAUTHORIZED CREDIT | $4,830.30 |
| | LEADER DRUGSTORE CARDINALCP 240923 5832705 | |
| Sep 23 | PREAUTHORIZED CREDIT | $12,513.41 |
| | Prescription TRANSFER 240923 ST-S7H6L5S1G4A7 | |
| Sep 24 | PREAUTHORIZED CREDIT | $874.83 |
| | LEADER DRUGSTORE CARDINALCP 240924 5832705 | |
| Sep 25 | PREAUTHORIZED CREDIT | $1,164.75 |
| | HRTLAND PMT SYS TXNS/FEES 240925 650000012526326 | |
| Sep 25 | PREAUTHORIZED CREDIT | $1,983.70 |
| | LEADER DRUGSTORE CARDINALCP 240925 5832705 | |
| Sep 25 | DEPOSIT | $10,586.99 |
| Sep 25 | CASH MGMT TRSFR CR | $16,223.74 |
| | REF 2691009L FUNDS TRANSFER FRM DEP XXXXXX4516 FROM | |
| Sep 25 | DEPOSIT | $29,702.31 |
| Sep 26 | PREAUTHORIZED CREDIT | $329.68 |
| | LEADER DRUGSTORE CARDINALCP 240926 5832705 | |
| Sep 26 | PREAUTHORIZED CREDIT | $1,055.88 |
| | HRTLAND PMT SYS TXNS/FEES 240926 650000012526326 | |
| Sep 26 | PREAUTHORIZED CREDIT | $2,301.63 |
| | NYS DOH HCCLAIMPMT 021300074425671*11 41797357~ | |
| Sep 27 | AUTOMATIC TRANSFER | $823.38 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 27 | PREAUTHORIZED CREDIT | $1,055.73 |
| | HRTLAND PMT SYS TXNS/FEES 240927 650000012526326 | |
| Sep 27 | PREAUTHORIZED CREDIT | $9,227.18 |
| | LEADER DRUGSTORE CARDINALCP 240927 5832705 | |
| Sep 30 | PREAUTHORIZED CREDIT | $171.87 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2029570 *1341939227*000017 187*5832705\ | |
| Sep 30 | PREAUTHORIZED CREDIT | $289.87 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2028970 *1341939227*000028 987*5832705\ | |

18004 0061472 0005-0007 00000000000000000



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| Account Number: | XXXXXX7307 |
| Statement Date: | 09/30/2024 |
| Page : | 6 of 7 |

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240930 650000012526326 | $814.88 |
| Sep 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240930 650000012526326 | $1,592.25 |
| Sep 30 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 240930 5832705 | $3,459.23 |
| Sep 30 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240930 ST-Q9H3B0V3O3I8 | $12,473.36 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Aug 30 | $0.00 | Sep 10 | $0.00 | Sep 17 | $0.00 | Sep 24 | $0.00 |
| Sep 03 | $0.00 | Sep 11 | $0.00 | Sep 18 | $0.00 | Sep 25 | $40,288.00 |
| Sep 04 | $0.00 | Sep 12 | $0.00 | Sep 19 | $0.00 | Sep 26 | $0.00 |
| Sep 05 | $0.00 | Sep 13 | $0.00 | Sep 20 | $0.00 | Sep 27 | $0.00 |
| Sep 06 | $0.00 | Sep 16 | $0.00 | Sep 23 | $0.00 | Sep 30 | $0.00 |
| Sep 09 | $0.00 | | | | | | |

