# SEPTEMBER 2024 BANK STATEMENTS



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 31, 2024 through September 30, 2024
Account Number: ████████3681

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**



00003931 DDA 703 212 27524 NNNNNNNNNNNN 1 000000000 61 0000
CONCIERGE PHARMACY LLC
DEBTOR IN POSSESSION
23215 HAWTHORNE BLVD STE B
TORRANCE CA 90505-3772

## CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$0.00** |
| Deposits and Additions | 1 | 4,925.00 |
| **Ending Balance** | **1** | **$4,925.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/09 | Deposit | $4,925.00 |
| **Total Deposits and Additions** | | **$4,925.00** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/09 | $4,925.00 |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



# WINTRUST
## BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

42243 TWS380WR100124034339 01 000000000 52 006
CONCIERGE PHARMACY LLC
1438 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

| | |
|---|---|
| Last Statement: | August 30, 2024 |
| Statement Ending: | September 30, 2024 |
| Page: | 1 of 5 |

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number:    XXXXXX0037 |
|---|---|

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/31/24** | **$0.00** |
| + Deposits and Credits (76) | $1,346,129.30 |
| - Withdrawals and Debits (32) | $1,345,981.19 |
| **Ending Balance as of 09/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $148.11 |
| Number of Days in Statement Period | 31 |

## Debits



| Date | Description | Subtractions |
|---|---|---|
| Sep 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240903 650000012405141 | -$1,333.05 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016EFBXCN3GULWK | -$51,852.84 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,030.58 |
| Sep 04 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3806890037 ARCUTIS BIOTHERAPE UTICS,<br>INC. SVB, A DIVISION OF FIRST CITIZ INVOCIE NUM | -$107,881.80 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,123.34 |
| Sep 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016BKMFDF3H1WNS | -$32,036.28 |
| Sep 06 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240906 ACH06156435 | -$100,145.63 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
|  | |
|  | |
|  | |
|  | |
| **Subtotal** | |
|  | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or  receipt is wrong or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

   We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.**  If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s).  We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| Account Number: | XXXXXX0037 |
|---|---|
| Statement Date: | 09/30/2024 |
| Page : | 2 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 09 | AUTOMATIC TRANSFER | -$29,982.34 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 10 | PREAUTHORIZED DEBIT | -$299,816.15 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016GSBLCK3H6W2Z | |
| Sep 11 | PREAUTHORIZED DEBIT | -$672.57 |
| | SO CAL EDISON CO BILL PAYMT 240911 | |
| Sep 11 | PREAUTHORIZED DEBIT | -$11,393.06 |
| | ParMed XXXXXXXXXX 240911 2057179851 2220 | |
| Sep 11 | AUTOMATIC TRANSFER | -$67,314.29 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 12 | PREAUTHORIZED DEBIT | -$7,611.36 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016MNJPLO3HBE91 | |
| Sep 12 | AUTOMATIC TRANSFER | -$4,865.92 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 13 | PREAUTHORIZED DEBIT | -$105,609.99 |
| | MCKESSON DRUG AUTO ACH 240913 ACH06171351 | |
| Sep 16 | AUTOMATIC TRANSFER | -$37,593.63 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 17 | PREAUTHORIZED DEBIT | -$2,234.40 |
| | Bill.com Payables FFF Enterprises In c Bill.com 016OATC CY3HIM4I Acct FCA3 69450 - Inv 925859 | |
| Sep 17 | AUTOMATIC TRANSFER | -$27,586.76 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 18 | MAINTENANCE FEE | -$148.11 |
| | ANALYSIS ACTIVITY  FOR 08/24 | |
| Sep 18 | AUTOMATIC TRANSFER | -$128,418.25 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 19 | AUTOMATIC TRANSFER | -$8,126.19 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 20 | PREAUTHORIZED DEBIT | -$1,032.87 |
| | Bill.com Payables Deliver-It LLC B ill.com 016QESMFV3 HNWKY Acct 103286 - Inv 182360 | |
| Sep 20 | PREAUTHORIZED DEBIT | -$105,634.65 |
| | MCKESSON DRUG AUTO ACH 240920 ACH06177443 | |
| Sep 23 | PREAUTHORIZED DEBIT | -$22,391.24 |
| | Bill.com Payables FFF Enterprises In c Bill.com 016IWTZ EV3HPTQ4 Acct FCA3 69450 - Multiple i | |
| Sep 24 | AUTOMATIC TRANSFER | -$39,413.75 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 25 | CASH MGMT TRSFR DR | -$64,995.48 |
| | REF 2691003L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Sep 25 | PREAUTHORIZED DEBIT | -$399.00 |
| | OUTCOMES OPERAT Payment 240925 | |
| Sep 26 | PREAUTHORIZED DEBIT | -$4,529.15 |
| | ParMed XXXXXXXXXX 240926 2057179851 2220 | |
| Sep 26 | AUTOMATIC TRANSFER | -$130.32 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 27 | CASH MGMT TRSFR DR | -$25,634.00 |
| | REF 2710840L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Sep 27 | PREAUTHORIZED DEBIT | -$1,766.24 |
| | Bill.com Payables FFF Enterprises In c Bill.com 016WALC MI3HWXT1 Acct FCA3 69450 - Inv 926003 | |
| Sep 30 | CASH MGMT TRSFR DR | -$24,858.94 |
| | REF 2740926L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Sep 30 | PREAUTHORIZED DEBIT | -$14,567.12 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016ZNJGJA3HZ0TI | |

42243 0140621 0002-0005 00000000000000000





| | |
|---|---|
| Account Number: | XXXXXX0037 |
| Statement Date: | 09/30/2024 |
| Page : | 3 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
|---|---|---|
| Sep 03 | PREAUTHORIZED CREDIT | $962.07 |
| | HRTLAND PMT SYS TXNS/FEES 240903 650000012405141 | |
| Sep 03 | PREAUTHORIZED CREDIT | $1,522.32 |
| | HRTLAND PMT SYS TXNS/FEES 240903 650000012405141 | |
| Sep 03 | PREAUTHORIZED CREDIT | $1,842.51 |
| | MEDE AMERICA CDA HCCLAIMPMT 7201858*3205716594 *199999999\ | |
| Sep 03 | PREAUTHORIZED CREDIT | $8,560.61 |
| | Prescription TRANSFER 240903 ST-J8S9F0P0X9I7 | |
| Sep 03 | PREAUTHORIZED CREDIT | $16,748.84 |
| | ACCESS HEALTH ACCESS HEA 240902 5663605 | |
| Sep 03 | PREAUTHORIZED CREDIT | $32,580.12 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007721727*14 31420563\ | |
| Sep 04 | AUTOMATIC TRANSFER | $11,157.10 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 04 | PREAUTHORIZED CREDIT | $48.83 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909830455*13635696 42~ | |
| Sep 04 | PREAUTHORIZED CREDIT | $822.88 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909816010*13635696 42~ | |
| Sep 04 | PREAUTHORIZED CREDIT | $5,918.30 |
| | ACCESS HEALTH ACCESS HEA 240904 5663605 | |
| Sep 04 | PREAUTHORIZED CREDIT | $89,934.69 |
| | CAREMARK HCCLAIMPMT 2500400070*1752882 129*5663605\ | |
| Sep 05 | PREAUTHORIZED CREDIT | $819.04 |
| | HRTLAND PMT SYS TXNS/FEES 240905 650000012405141 | |
| Sep 05 | PREAUTHORIZED CREDIT | $6,304.30 |
| | ACCESS HEALTH ACCESS HEA 240905 5663605 | |
| Sep 06 | AUTOMATIC TRANSFER | $124,602.99 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 06 | PREAUTHORIZED CREDIT | $337.06 |
| | DREXI INC ACH 240906 5663605 | |
| Sep 06 | PREAUTHORIZED CREDIT | $1,820.51 |
| | HRTLAND PMT SYS TXNS/FEES 240906 650000012405141 | |
| Sep 06 | PREAUTHORIZED CREDIT | $5,421.35 |
| | ACCESS HEALTH ACCESS HEA 240906 5663605 | |
| Sep 09 | PREAUTHORIZED CREDIT | $875.53 |
| | HRTLAND PMT SYS TXNS/FEES 240909 650000012405141 | |
| Sep 09 | PREAUTHORIZED CREDIT | $1,729.26 |
| | HRTLAND PMT SYS TXNS/FEES 240909 650000012405141 | |
| Sep 09 | PREAUTHORIZED CREDIT | $1,965.65 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2017777 *1341939227*000196 565*5663605\ | |
| Sep 09 | PREAUTHORIZED CREDIT | $2,315.82 |
| | RXCROSSROADS BY HCCLAIMPMT 5670220*1203113620 \ | |
| Sep 09 | PREAUTHORIZED CREDIT | $7,537.89 |
| | Prescription TRANSFER 240909 ST-E6U6C1J8E7Z6 | |
| Sep 09 | PREAUTHORIZED CREDIT | $15,558.19 |
| | ACCESS HEALTH ACCESS HEA 240909 5663605 | |
| Sep 10 | AUTOMATIC TRANSFER | $261,856.22 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 10 | PREAUTHORIZED CREDIT | $383.86 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909852944*13635696 42~ | |
| Sep 10 | PREAUTHORIZED CREDIT | $11,871.91 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007734098*14 31420563\ | |
| Sep 10 | PREAUTHORIZED CREDIT | $25,704.16 |
| | CA HCCLAIMPMT 7001411453*1540849 793*195283134901~ | |
| Sep 11 | PREAUTHORIZED CREDIT | $1,347.18 |
| | HRTLAND PMT SYS TXNS/FEES 240911 650000012405141 | |

42243 0140622 0003-0005 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX0037 |
| **Statement Date:** | 09/30/2024 |
| **Page :** | 4 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 11 | PREAUTHORIZED CREDIT | $1,629.91 |
| | ACCESS HEALTH ACCESS HEA 240911 5663605 | |
| Sep 11 | PREAUTHORIZED CREDIT | $76,402.83 |
| | CAREMARK HCCLAIMPMT 2500411515*1752882 129*5663605\ | |
| Sep 12 | PREAUTHORIZED CREDIT | $1,937.34 |
| | HRTLAND PMT SYS TXNS/FEES 240912 650000012405141 | |
| Sep 12 | PREAUTHORIZED CREDIT | $10,539.94 |
| | ACCESS HEALTH ACCESS HEA 240912 5663605 | |
| Sep 13 | AUTOMATIC TRANSFER | $21,695.19 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 13 | PREAUTHORIZED CREDIT | $1,295.99 |
| | HRTLAND PMT SYS TXNS/FEES 240913 650000012405141 | |
| Sep 13 | PREAUTHORIZED CREDIT | $36,719.57 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909773847*13635696 42~ | |
| Sep 13 | PREAUTHORIZED CREDIT | $45,899.24 |
| | CA HCCLAIMPMT 7001413908*1540849 793*195283134901~ | |
| Sep 16 | PREAUTHORIZED CREDIT | $1,238.32 |
| | HRTLAND PMT SYS TXNS/FEES 240916 650000012405141 | |
| Sep 16 | PREAUTHORIZED CREDIT | $1,623.17 |
| | HRTLAND PMT SYS TXNS/FEES 240916 650000012405141 | |
| Sep 16 | PREAUTHORIZED CREDIT | $7,305.75 |
| | Prescription TRANSFER 240916 ST-J7W8S4X4E4I4 | |
| Sep 16 | PREAUTHORIZED CREDIT | $27,426.39 |
| | ACCESS HEALTH ACCESS HEA 240916 5663605 | |
| Sep 17 | PREAUTHORIZED CREDIT | $933.79 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909867717*13635696 42~ | |
| Sep 17 | PREAUTHORIZED CREDIT | $28,887.37 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007747031*14 31420563\ | |
| Sep 18 | PREAUTHORIZED CREDIT | $1,251.93 |
| | HRTLAND PMT SYS TXNS/FEES 240918 650000012405141 | |
| Sep 18 | PREAUTHORIZED CREDIT | $10,422.85 |
| | Monarch Specialt ePay brightscrip Period 38 Jul 16-31 2024 | |
| Sep 18 | PREAUTHORIZED CREDIT | $19,258.86 |
| | ACCESS HEALTH ACCESS HEA 240918 5663605 | |
| Sep 18 | PREAUTHORIZED CREDIT | $97,632.72 |
| | CAREMARK HCCLAIMPMT 2500422929*1752882 129*5663605\ | |
| Sep 19 | PREAUTHORIZED CREDIT | $21.14 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909881805*13635696 42~ | |
| Sep 19 | PREAUTHORIZED CREDIT | $2,525.26 |
| | HRTLAND PMT SYS TXNS/FEES 240919 650000012405141 | |
| Sep 19 | PREAUTHORIZED CREDIT | $5,579.79 |
| | ACCESS HEALTH ACCESS HEA 240919 5663605 | |
| Sep 20 | AUTOMATIC TRANSFER | $81,790.86 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 20 | PREAUTHORIZED CREDIT | $1,879.52 |
| | HRTLAND PMT SYS TXNS/FEES 240920 650000012405141 | |
| Sep 20 | PREAUTHORIZED CREDIT | $4,169.18 |
| | RXCROSSROADS BY HCCLAIMPMT 5682194*1203113620 \ | |
| Sep 20 | PREAUTHORIZED CREDIT | $18,827.96 |
| | CA HCCLAIMPMT 7001416482*1540849 793*195283134901~ | |
| Sep 23 | AUTOMATIC TRANSFER | $4,079.91 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 23 | PREAUTHORIZED CREDIT | $1,980.68 |
| | HRTLAND PMT SYS TXNS/FEES 240923 650000012405141 | |
| Sep 23 | PREAUTHORIZED CREDIT | $2,317.06 |
| | HRTLAND PMT SYS TXNS/FEES 240923 650000012405141 | |
| Sep 23 | PREAUTHORIZED CREDIT | $4,310.13 |
| | ACCESS HEALTH ACCESS HEA 240923 5663605 | |

42243 0140623 0004-0005 00000000000000000





| | |
|---|---|
| Account Number: | XXXXXX0037 |
| Statement Date: | 09/30/2024 |
| Page : | 5 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 23 | PREAUTHORIZED CREDIT | $9,703.46 |
| | Prescription TRANSFER 240923 ST-H5P0N1W4P7B8 | |
| Sep 24 | PREAUTHORIZED CREDIT | $380.97 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909903697*13635696 42~ | |
| Sep 24 | PREAUTHORIZED CREDIT | $11,488.80 |
| | ACCESS HEALTH ACCESS HEA 240924 5663605 | |
| Sep 24 | PREAUTHORIZED CREDIT | $27,543.98 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007759966*14 31420563\ | |
| Sep 25 | PREAUTHORIZED CREDIT | $2,862.70 |
| | HRTLAND PMT SYS TXNS/FEES 240925 650000012405141 | |
| Sep 25 | PREAUTHORIZED CREDIT | $3,441.29 |
| | ACCESS HEALTH ACCESS HEA 240925 5663605 | |
| Sep 25 | PREAUTHORIZED CREDIT | $59,090.49 |
| | CAREMARK HCCLAIMPMT 2500434253*1752882 129*5663605\ | |
| Sep 26 | PREAUTHORIZED CREDIT | $1,659.47 |
| | HRTLAND PMT SYS TXNS/FEES 240926 650000012405141 | |
| Sep 26 | CASH MGMT TRSFR CR | $3,000.00 |
| | REF 2701254L FUNDS TRANSFER FRM DEP XXXXXX4516 FROM | |
| Sep 27 | PREAUTHORIZED CREDIT | $458.00 |
| | MEDE AMERICA CDA HCCLAIMPMT 7206349*3205716594 *199999999\ | |
| Sep 27 | PREAUTHORIZED CREDIT | $1,411.73 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909918202*13635696 42~ | |
| Sep 27 | PREAUTHORIZED CREDIT | $1,522.83 |
| | HRTLAND PMT SYS TXNS/FEES 240927 650000012405141 | |
| Sep 27 | PREAUTHORIZED CREDIT | $24,007.68 |
| | CA HCCLAIMPMT 7001417223*1540849 793*195283134901~ | |
| Sep 30 | PREAUTHORIZED CREDIT | $1.48 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2028727 *1341939227*000000 148*5663605\ | |
| Sep 30 | PREAUTHORIZED CREDIT | $606.78 |
| | HRTLAND PMT SYS TXNS/FEES 240930 650000012405141 | |
| Sep 30 | PREAUTHORIZED CREDIT | $630.48 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2029554 *1341939227*000063 048*5663605\ | |
| Sep 30 | PREAUTHORIZED CREDIT | $1,099.69 |
| | HRTLAND PMT SYS TXNS/FEES 240930 650000012405141 | |
| Sep 30 | PREAUTHORIZED CREDIT | $5,718.41 |
| | Prescription TRANSFER 240930 ST-S7C8ZOO2W5N2 | |
| Sep 30 | PREAUTHORIZED CREDIT | $31,369.22 |
| | ACCESS HEALTH ACCESS HEA 240930 5663605 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Aug 30 | $0.00 | Sep 10 | $0.00 | Sep 17 | $0.00 | Sep 24 | $0.00 |
| Sep 03 | $0.00 | Sep 11 | $0.00 | Sep 18 | $0.00 | Sep 25 | $0.00 |
| Sep 04 | $0.00 | Sep 12 | $0.00 | Sep 19 | $0.00 | Sep 26 | $0.00 |
| Sep 05 | $0.00 | Sep 13 | $0.00 | Sep 20 | $0.00 | Sep 27 | $0.00 |
| Sep 06 | $0.00 | Sep 16 | $0.00 | Sep 23 | $0.00 | Sep 30 | $0.00 |
| Sep 09 | $0.00 | | | | | | |

