# SEPTEMBER 2024 BANK STATEMENTS


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 31, 2024 through September 30, 2024
Account Number: ████████9817

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**



00005107 DDA 703 212 27524 NNNNNNNNNNN 1 000000000 61 0000
FIRSTCARE PHARMACY LLC
DEBTOR IN POSSESSION
18555 VENTURA BLVD STE A
TARZANA CA 91356-4192

## CHECKING SUMMARY  Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| Deposits and Additions | 1 | 3,680.00 |
| **Ending Balance** | **1** | **$3,680.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | Deposit    1255904022 | $3,680.00 |
| **Total Deposits and Additions** | | **$3,680.00** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/18 | $3,680.00 |



August 31, 2024 through September 30, 2024

Account Number: ████████████**9817**

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



| | |
|---|---|
| Last Statement: | August 30, 2024 |
| Statement Ending: | September 30, 2024 |
| Page: | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



45904 TWS380WR100124034339 01 000000000 52 007
FIRSTCARE PHARMACY LLC
1440 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                                   Account Number:      XXXXXX3476

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/31/24** | **$0.00** |
| + Deposits and Credits (84) | $1,941,821.01 |
| - Withdrawals and Debits (46) | $1,941,711.17 |
| **Ending Balance as of 09/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $109.84 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Sep 03 | PREAUTHORIZED DEBIT<br>ATT Payment 240903 | -$85.60 |
| Sep 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240903 650000012411545 | -$1,504.68 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015NVZOLWO5LZNF | -$3,989.52 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Bonita Pharmaceuti cals LLC Bill.com<br>016ATOYYQ3GUMTH Mu ltiple invoices | -$10,872.99 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015BJPU JKU5KPJI Acct<br>FCA3 69452 - Multiple i | -$18,006.48 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$100,122.40 |
| Sep 04 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3808113476 ARCUTIS BIOTHERAPE UTICS,<br>INC. SVB, A DIVISION OF FIRST CITIZ INVOCIE NUM | -$87,135.30 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |

The number above should match your checkbook balance

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3476 |
| **Statement Date:** | | 09/30/2024 |
| **Page :** | | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

45904 0151113 0002-0006 0000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 04 | PREAUTHORIZED DEBIT<br>LADWP WEB PAY 240904 9301632956 | -$968.31 |
| Sep 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com 015SJXJVAB5N91Y<br>A cct 98 - Inv F2334 | -$1,581.25 |
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$34,164.68 |
| Sep 05 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 240905 | -$7,920.00 |
| Sep 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Deliver-It LLC B ill.com 015PNKYWFU 5S8JP Acct<br>102974 - Inv 181964 | -$3,378.68 |
| Sep 06 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240906 ACH06156477 | -$100,217.47 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables The Shredders B ill.com 016WUJRRY3 H63ML Inv CINV-<br>057 802 | -$132.00 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015DFOE LUX5UDFC Acct<br>FCA3 69452 - Inv 925574 | -$5,655.84 |
| Sep 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$23,598.08 |
| Sep 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015TRQW DAL5WJI6 Acct<br>FCA3 69452 - Inv 925717 | -$7,615.08 |
| Sep 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 240910 ACH06157764 | -$26,575.00 |
| Sep 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015SITPECN5WPQX | -$141,286.81 |
| Sep 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240911 2057179850 2220 | -$20,797.81 |
| Sep 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$81,026.87 |
| Sep 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Journey Medical Co rporation Bill.com<br>015PDQAHXI615BW A cct 7735894 - Inv | -$1,180.96 |
| Sep 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015PKUOARP 60HGK Acct N494-78<br>9 - Inv PNRX-15484 | -$2,403.03 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,864.99 |
| Sep 13 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240913 ACH06171399 | -$169,956.29 |
| Sep 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015VZXM NHD64LCM Acct<br>FCA3 69452 - Inv 925794 | -$9,872.04 |
| Sep 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$144,385.72 |
| Sep 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>015RAPNZPU68O4B A cct 98 - Inv F2337 | -$1,450.00 |
| Sep 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015ZXTL XJG66OKI Acct<br>FCA3 69452 - Multiple i | -$23,115.84 |
| Sep 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,588.81 |

45904 0151113 0002-0006 0000000000000000





| | Account Number: | XXXXXX3476 |
| --- | --- | --- |
| | Statement Date: | 09/30/2024 |
| | Page : | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
| --- | --- | --- |
| Sep 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Dermavant Sciences Inc Bill.com 015S FKVITZ68PTG<br>Inv 15 381103 | -$26,299.00 |
| Sep 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015IZNSDJA68VAY | -$413,056.86 |
| Sep 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 08/24 | -$109.84 |
| Sep 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Blupax Pharma B ill.com 015NEFOMTB 6AKEL Acct<br>4329CA1 855 - Inv 956460 | -$2,640.00 |
| Sep 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,674.92 |
| Sep 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables Deliver-It LLC B ill.com 015MOYKVES 6CDQ3 Acct<br>102974 - Inv 182361 | -$1,957.47 |
| Sep 20 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240920 ACH06177483 | -$105,199.00 |
| Sep 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015TLIOMDQ6EIVB | -$9,634.68 |
| Sep 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,142.08 |
| Sep 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$32,857.92 |
| Sep 25 | CASH MGMT TRSFR DR<br>REF 2691005L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$92,371.95 |
| Sep 25 | PREAUTHORIZED DEBIT<br>OUTCOMES OPERAT Payment 240925 | -$399.00 |
| Sep 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>015VGKZPPS6LIZ3 A cct 98 - Inv F2338 | -$1,463.25 |
| Sep 26 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240926 2057179850 2220 | -$8,291.94 |
| Sep 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$24.58 |
| Sep 27 | CASH MGMT TRSFR DR<br>REF 2710842L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$165,034.30 |
| Sep 30 | CASH MGMT TRSFR DR<br>REF 2740929L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$35,211.69 |

## Credits

| Date | Description | Additions |
| --- | --- | --- |
| Sep 03 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7204108*3205716594 *199999999\ | $93.73 |
| Sep 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240903 650000012411545 | $1,138.68 |
| Sep 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240903 650000012411545 | $1,466.58 |
| Sep 03 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240903 ST-Y6R7S3O3D8G6 | $12,028.55 |
| Sep 03 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007721751*14 31420563\ | $29,137.63 |
| Sep 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240902 5659771 | $90,716.50 |

45904 0151114 0003-0006 0000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX3476 |
| **Statement Date:** | 09/30/2024 |
| **Page :** | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 04 | PREAUTHORIZED CREDIT | $70.00 |
| | MEDE AMERICA CDA HCCLAIMPMT 7205245*3205716594 *199999999\ | |
| Sep 04 | PREAUTHORIZED CREDIT | $4,982.22 |
| | ACCESS HEALTH ACCESS HEA 240904 5659771 | |
| Sep 04 | PREAUTHORIZED CREDIT | $118,797.32 |
| | CAREMARK HCCLAIMPMT 2500400032*1752882 129*5659771\ | |
| Sep 05 | AUTOMATIC TRANSFER | $5,297.81 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 05 | PREAUTHORIZED CREDIT | $2.34 |
| | TMESYS LLC CLAIM PMT 240905 5659771 | |
| Sep 05 | PREAUTHORIZED CREDIT | $7.75 |
| | TMESYS LLC CLAIM PMT 240905 5659771 | |
| Sep 05 | PREAUTHORIZED CREDIT | $937.78 |
| | HRTLAND PMT SYS TXNS/FEES 240905 650000012411545 | |
| Sep 05 | PREAUTHORIZED CREDIT | $1,674.32 |
| | ACCESS HEALTH ACCESS HEA 240905 5659771 | |
| Sep 06 | AUTOMATIC TRANSFER | $101,496.77 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 06 | PREAUTHORIZED CREDIT | $40.00 |
| | DREXI INC ACH 240906 5659771 | |
| Sep 06 | PREAUTHORIZED CREDIT | $196.50 |
| | ACCESS HEALTH ACCESS HEA 240906 5659771 | |
| Sep 06 | PREAUTHORIZED CREDIT | $1,862.88 |
| | HRTLAND PMT SYS TXNS/FEES 240906 650000012411545 | |
| Sep 09 | PREAUTHORIZED CREDIT | $1,279.12 |
| | HRTLAND PMT SYS TXNS/FEES 240909 650000012411545 | |
| Sep 09 | PREAUTHORIZED CREDIT | $2,194.15 |
| | HRTLAND PMT SYS TXNS/FEES 240909 650000012411545 | |
| Sep 09 | PREAUTHORIZED CREDIT | $5,565.18 |
| | RXCROSSROADS BY HCCLAIMPMT 5670278*1203113620 \ | |
| Sep 09 | PREAUTHORIZED CREDIT | $8,857.54 |
| | Prescription TRANSFER 240909 ST-U2P6Y2Y9K9Y2 | |
| Sep 09 | PREAUTHORIZED CREDIT | $11,489.93 |
| | ACCESS HEALTH ACCESS HEA 240909 5659771 | |
| Sep 10 | AUTOMATIC TRANSFER | $11,647.23 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 10 | PREAUTHORIZED CREDIT | $36.64 |
| | ACCESS HEALTH ACCESS HEA 240910 5659771 | |
| Sep 10 | PREAUTHORIZED CREDIT | $23,998.53 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007734122*14 31420563\ | |
| Sep 10 | PREAUTHORIZED CREDIT | $139,794.49 |
| | CA HCCLAIMPMT 7004063392*1540849 793*198206820101~ | |
| Sep 11 | PREAUTHORIZED CREDIT | $645.66 |
| | MEDE AMERICA CDA HCCLAIMPMT 7206060*3205716594 *199999999\ | |
| Sep 11 | PREAUTHORIZED CREDIT | $1,412.05 |
| | HRTLAND PMT SYS TXNS/FEES 240911 650000012411545 | |
| Sep 11 | PREAUTHORIZED CREDIT | $2,780.97 |
| | ACCESS HEALTH ACCESS HEA 240911 5659771 | |
| Sep 11 | PREAUTHORIZED CREDIT | $96,986.00 |
| | CAREMARK HCCLAIMPMT 2500411475*1752882 129*5659771\ | |
| Sep 12 | PREAUTHORIZED CREDIT | $2,388.08 |
| | HRTLAND PMT SYS TXNS/FEES 240912 650000012411545 | |
| Sep 12 | PREAUTHORIZED CREDIT | $6,060.90 |
| | ACCESS HEALTH ACCESS HEA 240912 5659771 | |
| Sep 13 | AUTOMATIC TRANSFER | $394.85 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 13 | REMOTE DEPOSIT | $1,016.10 |

45904 0151115 0004-0006 00000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3476 |
| **Statement Date:** | | 09/30/2024 |
| **Page :** | | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

45904 0151116 0005-0006 000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 13 | PREAUTHORIZED CREDIT | $1,717.87 |
| | HRTLAND PMT SYS TXNS/FEES 240913 650000012411545 | |
| Sep 13 | REMOTE DEPOSIT | $12,568.56 |
| Sep 13 | PREAUTHORIZED CREDIT | $38,863.86 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909773814*13635696 42~ | |
| Sep 13 | REMOTE DEPOSIT | $91,396.89 |
| Sep 13 | PREAUTHORIZED CREDIT | $128,978.16 |
| | CA HCCLAIMPMT 7005048628*1540849 793*198206820101~ | |
| Sep 16 | PREAUTHORIZED CREDIT | $990.66 |
| | HRTLAND PMT SYS TXNS/FEES 240916 650000012411545 | |
| Sep 16 | PREAUTHORIZED CREDIT | $1,448.34 |
| | HRTLAND PMT SYS TXNS/FEES 240916 650000012411545 | |
| Sep 16 | PREAUTHORIZED CREDIT | $11,559.19 |
| | Prescription TRANSFER 240916 ST-C6G7U5H2R7W6 | |
| Sep 16 | PREAUTHORIZED CREDIT | $35,279.57 |
| | ACCESS HEALTH ACCESS HEA 240916 5659771 | |
| Sep 17 | PREAUTHORIZED CREDIT | $2,100.09 |
| | ACCESS HEALTH ACCESS HEA 240917 5659771 | |
| Sep 17 | PREAUTHORIZED CREDIT | $25,054.56 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007747055*14 31420563\ | |
| Sep 18 | AUTOMATIC TRANSFER | $274,489.57 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 18 | PREAUTHORIZED CREDIT | $1,143.88 |
| | HRTLAND PMT SYS TXNS/FEES 240918 650000012411545 | |
| Sep 18 | PREAUTHORIZED CREDIT | $3,271.26 |
| | ACCESS HEALTH ACCESS HEA 240918 5659771 | |
| Sep 18 | PREAUTHORIZED CREDIT | $12,417.30 |
| | Monarch Specialt ePay brightscrip Period 38 Jul 16-31 2024 | |
| Sep 18 | PREAUTHORIZED CREDIT | $148,143.69 |
| | CAREMARK HCCLAIMPMT 2500422889*1752882 129*5659771\ | |
| Sep 19 | PREAUTHORIZED CREDIT | $3.50 |
| | TMESYS LLC CLAIM PMT 240919 5659771 | |
| Sep 19 | PREAUTHORIZED CREDIT | $78.63 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909881745*13635696 42~ | |
| Sep 19 | PREAUTHORIZED CREDIT | $2,067.14 |
| | HRTLAND PMT SYS TXNS/FEES 240919 650000012411545 | |
| Sep 19 | PREAUTHORIZED CREDIT | $8,165.65 |
| | ACCESS HEALTH ACCESS HEA 240919 5659771 | |
| Sep 20 | AUTOMATIC TRANSFER | $2,435.08 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 20 | PREAUTHORIZED CREDIT | $1,549.00 |
| | HRTLAND PMT SYS TXNS/FEES 240920 650000012411545 | |
| Sep 20 | PREAUTHORIZED CREDIT | $2,273.21 |
| | RXCROSSROADS BY HCCLAIMPMT 5682246*1203113620 \ | |
| Sep 20 | PREAUTHORIZED CREDIT | $100,899.18 |
| | CA HCCLAIMPMT 7003087995*1540849 793*198206820101~ | |
| Sep 23 | PREAUTHORIZED CREDIT | $169.43 |
| | ACCESS HEALTH ACCESS HEA 240923 5659771 | |
| Sep 23 | PREAUTHORIZED CREDIT | $751.17 |
| | HRTLAND PMT SYS TXNS/FEES 240923 650000012411545 | |
| Sep 23 | PREAUTHORIZED CREDIT | $935.12 |
| | HRTLAND PMT SYS TXNS/FEES 240923 650000012411545 | |
| Sep 23 | PREAUTHORIZED CREDIT | $10,921.04 |
| | Prescription TRANSFER 240923 ST-R9E6O9I3C5V7 | |
| Sep 24 | PREAUTHORIZED CREDIT | $776.33 |
| | ACCESS HEALTH ACCESS HEA 240924 5659771 | |
| Sep 24 | PREAUTHORIZED CREDIT | $3,611.04 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909903628*13635696 42~ | |





| | |
|---|---|
| Account Number: | XXXXXX3476 |
| Statement Date: | 09/30/2024 |
| Page : | 6 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 24 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007759989*14 31420563\ | $28,470.55 |
| Sep 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $876.32 |
| Sep 25 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240925 650000012411545 | $1,197.64 |
| Sep 25 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240925 5659771 | $2,671.55 |
| Sep 25 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500434215*1752882 129*5659771\ | $87,876.55 |
| Sep 25 | RETURN ITEM<br>OUTCOMES OPERAT Payment 240925  CHECK | $399.00 |
| Sep 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240926 650000012411545 | $1,024.17 |
| Sep 26 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240926 5659771 | $3,405.49 |
| Sep 26 | CASH MGMT TRSFR CR<br>REF 2701254L FUNDS TRANSFER FRM DEP XXXXXX4516 FROM | $5,100.00 |
| Sep 27 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909918138*13635696 42~ | $29.83 |
| Sep 27 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7207027*3205716594 *199999999\ | $162.82 |
| Sep 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240927 650000012411545 | $943.11 |
| Sep 27 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240927 5659771 | $14,049.55 |
| Sep 27 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7005049275*1540849 793*198206820101~ | $149,848.99 |
| Sep 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240930 650000012411545 | $890.59 |
| Sep 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240930 650000012411545 | $1,448.20 |
| Sep 30 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2028712 *1341939227*000314 217*5659771\ | $3,142.17 |
| Sep 30 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240930 ST-W7W6G3C5Z0H9 | $10,317.38 |
| Sep 30 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240930 5659771 | $19,413.35 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Aug 30 | $0.00 | Sep 10 | $0.00 | Sep 17 | $0.00 | Sep 24 | $0.00 |
| Sep 03 | $0.00 | Sep 11 | $0.00 | Sep 18 | $0.00 | Sep 25 | $250.11 |
| Sep 04 | $0.00 | Sep 12 | $0.00 | Sep 19 | $0.00 | Sep 26 | $0.00 |
| Sep 05 | $0.00 | Sep 13 | $104,980.00 | Sep 20 | $0.00 | Sep 27 | $0.00 |
| Sep 06 | $0.00 | Sep 16 | $0.00 | Sep 23 | $0.00 | Sep 30 | $0.00 |
| Sep 09 | $0.00 | | | | | | |

