# SEPTEMBER 2024 BANK STATEMENTS


## CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 31, 2024 through September 30, 2024
Account Number: ▉▉▉▉▉▉ 7201

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**



00005205 DDA 703 212 27524 NNNNNNNNNNN 1 000000000 61 0000

EASYCARE PHARMACY LLC
DEBTOR IN POSSESSION
7320 WOODLAKE AVE STE 100
WEST HILLS CA 91307-1493

## CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$0.00** |
| Deposits and Additions | 1 | 3,268.33 |
| **Ending Balance** | **1** | **$3,268.33** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/27 | Deposit    1250784742 | $3,268.33 |
| **Total Deposits and Additions** |  | **$3,268.33** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/27 | $3,268.33 |



August 31, 2024 through September 30, 2024
Account Number: ███████████ **7201**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



| | |
|---|---|
| **Last Statement:** | August 30, 2024 |
| **Statement Ending:** | September 30, 2024 |
| **Page:** | 1 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



42495 TWS380WR100124034339 01 000000000 52 008

EASYCARE PHARMACY LLC
1439 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                    Account Number:    XXXXXX7617

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 08/31/24** | **$0.00** |
| + Deposits and Credits (90) | $881,326.71 |
| - Withdrawals and Debits (45) | $881,214.31 |
| **Ending Balance as of 09/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $112.40 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Sep 03 | PREAUTHORIZED DEBIT<br>ADT SECURITY SER ADTPAPACH 240902 | -$110.50 |
| Sep 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 240903 650000012411487 | -$1,333.99 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015LQJHGPQ5LZKG | -$5,212.54 |
| Sep 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015DGYZNID5KPGF | -$19,182.04 |
| Sep 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$24,371.47 |
| Sep 04 | WIRE TRANSFER OUT<br>BIB INITIATED OUTG ACCT#3806967617 ARCUTIS BIOTHERAPE UTICS,<br>INC. SVB, A DIVISION OF FIRST CITIZ INVOCIE NUM | -$29,045.10 |
| Sep 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>015DCMOPGN5N8JJ I nv FE12540 | -$743.75 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |

The number above should match your checkbook balance

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7617 |
| **Statement Date:** | | 09/30/2024 |
| **Page :** | | 2 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$40,807.67 |
| Sep 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables Forte Bio-Pharma L LC Bill.com 015MCG JJPY5PPAT<br>Acct 252 8744 - Inv 19799 | -$4,858.68 |
| Sep 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015BZCSSXB5SLBE | -$6,600.45 |
| Sep 06 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240906 ACH06156476 | -$88,584.08 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables GLS B ill.com 015OGMZXIV 5WHY0 Acct 82502 - Inv<br>5361769 | -$30.55 |
| Sep 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables The Shredders B ill.com 016GUSBIZ3 H63LO Inv CINV-<br>057 502 | -$133.00 |
| Sep 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$28,720.87 |
| Sep 10 | PREAUTHORIZED DEBIT<br>OUTCOMES OPERAT Payment 240910 | -$349.00 |
| Sep 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 240910 ACH06157748 | -$1,339.00 |
| Sep 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015SKCI FNX5WJG4 Acct<br>FCA3 69451 - Inv 925717 | -$10,120.80 |
| Sep 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015IYFLWHD5WPC4 | -$36,309.00 |
| Sep 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$22,098.99 |
| Sep 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 240911 2057179829 2220 | -$5,377.30 |
| Sep 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$47,964.28 |
| Sep 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015SVPKDPB 60HDQ Acct N505-59<br>5 - Inv PNRX-15517 | -$1,432.87 |
| Sep 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Donald Iron works Bill.com 015XKSQTV Q61SED<br>Multiple in voices | -$2,250.00 |
| Sep 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,743.97 |
| Sep 13 | PREAUTHORIZED DEBIT<br>MCKESSON DRUG AUTO ACH 240913 ACH06171398 | -$56,291.53 |
| Sep 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015WSHMYJQ64LBH | -$13,252.84 |
| Sep 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$29,505.16 |
| Sep 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$14,331.47 |
| Sep 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>015AYPBVOQ68UVP I nv FE12542 | -$575.00 |
| Sep 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 08/24 | -$112.40 |
| Sep 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$92,154.07 |

42495 0141278 0002-0007 00000000000000000





| Account Number: | XXXXXX7617 |
| Statement Date: | 09/30/2024 |
| Page : | 3 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Sep 19 | AUTOMATIC TRANSFER | -$6,626.34 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 20 | PREAUTHORIZED DEBIT | -$10,281.22 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015CNAQYBM6CDJD | |
| Sep 20 | PREAUTHORIZED DEBIT | -$93,541.41 |
| | MCKESSON DRUG AUTO ACH 240920 ACH06177482 | |
| Sep 23 | AUTOMATIC TRANSFER | -$22,080.56 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 24 | AUTOMATIC TRANSFER | -$27,079.57 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 25 | CASH MGMT TRSFR DR | -$58,715.09 |
| | REF 2691008L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Sep 25 | PREAUTHORIZED DEBIT | -$7,807.67 |
| | Bill.com Payables HCP Inc B ill.com 015ZQIURET 6IKO0 Acct 0301488 2 - | |
| | Inv RE-1000088 | |
| Sep 26 | PREAUTHORIZED DEBIT | -$911.73 |
| | ParMed XXXXXXXXXX 240926 2057179829 2220 | |
| Sep 26 | PREAUTHORIZED DEBIT | -$1,906.25 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015ZAEZVPA6LIV8 | |
| Sep 26 | AUTOMATIC TRANSFER | -$512.41 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Sep 27 | CASH MGMT TRSFR DR | -$37,379.98 |
| | REF 2710840L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Sep 27 | PREAUTHORIZED DEBIT | -$4,858.68 |
| | Bill.com Payables Forte Bio-Pharma L LC Bill.com 015DDB REDM6M6CW | |
| | Acct 252 8744 - Inv 19923 | |
| Sep 30 | CASH MGMT TRSFR DR | -$19,511.50 |
| | REF 2740927L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Sep 30 | PREAUTHORIZED DEBIT | -$121.23 |
| | SPECTRUM SPECTRUM 240930 | |
| Sep 30 | AUTOMATIC TRANSFER | -$50.70 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Sep 03 | PREAUTHORIZED CREDIT | $44.52 |
| | Bill.com VoidPaymnt GLS B ill.com 015SKMOXUN 5MYV2 Acct 82502 - Inv | |
| | 5287098 | |
| Sep 03 | PREAUTHORIZED CREDIT | $61.99 |
| | MATCHRX ACH Paymen 240903 81836840 | |
| Sep 03 | PREAUTHORIZED CREDIT | $1,821.88 |
| | HRTLAND PMT SYS TXNS/FEES 240903 650000012411487 | |
| Sep 03 | PREAUTHORIZED CREDIT | $2,038.04 |
| | HRTLAND PMT SYS TXNS/FEES 240903 650000012411487 | |
| Sep 03 | PREAUTHORIZED CREDIT | $2,328.40 |
| | MATCHRX ACH Paymen 240903 51827429 | |
| Sep 03 | PREAUTHORIZED CREDIT | $3,812.98 |
| | Prescription TRANSFER 240903 ST-P5R7N2I8R3H4 | |
| Sep 03 | PREAUTHORIZED CREDIT | $5,048.69 |
| | MEDE AMERICA CDA HCCLAIMPMT 7204217*3205716594 *199999999\ | |
| Sep 03 | PREAUTHORIZED CREDIT | $13,691.27 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007721721*14 31420563\ | |
| Sep 03 | PREAUTHORIZED CREDIT | $21,362.77 |
| | ACCESS HEALTH ACCESS HEA 240902 5661649 | |





| | Account Number: | XXXXXX7617 |
| --- | --- | --- |
| | Statement Date: | 09/30/2024 |
| | Page : | 4 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
| --- | --- | --- |
| Sep 04 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7205273*3205716594 *199999999\ | $50.00 |
| Sep 04 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909830421*13635696 42~ | $1,233.69 |
| Sep 04 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909815979*13635696 42~ | $1,663.07 |
| Sep 04 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240904 5661649 | $4,260.28 |
| Sep 04 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500400052*1752882 129*5661649\ | $63,389.48 |
| Sep 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,243.91 |
| Sep 05 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 240905 5661649 | $22.03 |
| Sep 05 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 240905 5661649 | $22.03 |
| Sep 05 | PREAUTHORIZED CREDIT<br>MATCHRX ACH Paymen 240905 77993224 | $227.36 |
| Sep 05 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240905 5661649 | $1,520.94 |
| Sep 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240905 650000012411487 | $1,822.41 |
| Sep 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $89,273.39 |
| Sep 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240906 650000012411487 | $1,395.46 |
| Sep 06 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240906 5661649 | $4,515.68 |
| Sep 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240909 650000012411487 | $1,317.80 |
| Sep 09 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5670249*1203113620 \ | $1,960.88 |
| Sep 09 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240909 ST-Z2X6W3D8H2Z4 | $2,978.17 |
| Sep 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240909 650000012411487 | $3,326.76 |
| Sep 09 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240909 5661649 | $19,300.81 |
| Sep 10 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240910 5661649 | $2.07 |
| Sep 10 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007734092*14 31420563\ | $3,861.49 |
| Sep 10 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Fix It Right B ill.com 015PFZSEEY 5YJEL Inv 682 | $12,056.04 |
| Sep 10 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001410065*1540849 793*118416673802~ | $54,297.19 |
| Sep 11 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7206093*3205716594 *199999999\ | $80.00 |
| Sep 11 | PREAUTHORIZED CREDIT<br>MATCHRX ACH Paymen 240911 23922255 | $909.84 |
| Sep 11 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240911 650000012411487 | $2,010.72 |
| Sep 11 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500411495*1752882 129*5661649\ | $50,341.02 |
| Sep 12 | PREAUTHORIZED CREDIT<br>MATCHRX ACH Paymen 240912 44561758 | $219.22 |
| Sep 12 | PREAUTHORIZED CREDIT<br>MATCHRX ACH Paymen 240912 22861433 | $717.39 |



42495 0141280 0004-0007 00000000000000000



| | Account Number: | XXXXXX7617 |
|---|---|---|
| | Statement Date: | 09/30/2024 |
| | Page : | 5 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 12 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Donald Iron works Bill.com 015CMADNG C61846 Inv 62 | $1,000.00 |
| Sep 12 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Donald Iron works Bill.com 015ITUYDU X61845 Inv 62 | $1,250.00 |
| Sep 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240912 650000012411487 | $1,813.69 |
| Sep 12 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240912 5661649 | $5,426.54 |
| Sep 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $8,525.12 |
| Sep 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240913 650000012411487 | $1,475.43 |
| Sep 13 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909773834*13635696 42~ | $12,698.85 |
| Sep 13 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001412897*1540849 793*118416673802~ | $33,592.13 |
| Sep 16 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240916 650000012411487 | $1,728.79 |
| Sep 16 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240916 650000012411487 | $2,514.87 |
| Sep 16 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240916 ST-T3K4Q5G7W0M0 | $4,081.59 |
| Sep 16 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240916 5661649 | $34,432.75 |
| Sep 17 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909867685*13635696 42~ | $89.58 |
| Sep 17 | PREAUTHORIZED CREDIT<br>MATCHRX ACH Paymen 240917 81497756 | $285.15 |
| Sep 17 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007747025*14 31420563\ | $13,956.74 |
| Sep 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240918 650000012411487 | $1,177.78 |
| Sep 18 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 38 Jul 16-31 2024 | $7,175.31 |
| Sep 18 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240918 5661649 | $12,499.28 |
| Sep 18 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500422909*1752882 129*5661649\ | $71,989.10 |
| Sep 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240919 650000012411487 | $847.85 |
| Sep 19 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Donald Iron works Bill.com 015ONACTX K6B8BF Inv 62 | $1,000.00 |
| Sep 19 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909881778*13635696 42~ | $1,267.77 |
| Sep 19 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240919 5661649 | $3,510.72 |
| Sep 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $72,119.29 |
| Sep 20 | PREAUTHORIZED CREDIT<br>TRICARE-ONLY DOD REMIT TRN*1*03159136*143 1420563\ | $206.38 |
| Sep 20 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04169451*143 1420563\ | $1,297.04 |
| Sep 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240920 650000012411487 | $1,813.12 |



42495 0141281 0005-0007 0000000000000000000



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7617 |
| **Statement Date:** | | 09/30/2024 |
| **Page :** | | 6 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Sep 20 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5682223*1203113620 \ | $2,061.24 |
| Sep 20 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001415636*1540849 793*118416673802~ | $26,325.56 |
| Sep 23 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240923 650000012411487 | $525.00 |
| Sep 23 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240923 650000012411487 | $1,640.81 |
| Sep 23 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240923 ST-D2I1W8U0Z3I7 | $6,328.82 |
| Sep 23 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240923 5661649 | $13,585.93 |
| Sep 24 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909903670*13635696 42~ | $577.81 |
| Sep 24 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007759960*14 31420563\ | $9,108.93 |
| Sep 24 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240924 5661649 | $17,392.83 |
| Sep 25 | PREAUTHORIZED CREDIT<br>MATCHRX ACH Paymen 240925 18291043 | $172.63 |
| Sep 25 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240925 650000012411487 | $2,145.41 |
| Sep 25 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240925 5661649 | $3,181.72 |
| Sep 25 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500434235*1752882 129*5661649\ | $61,023.00 |
| Sep 26 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 240926 5661649 | $22.03 |
| Sep 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240926 650000012411487 | $1,517.48 |
| Sep 26 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240926 5661649 | $1,790.88 |
| Sep 27 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7207062*3205716594 *199999999\ | $15.00 |
| Sep 27 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909918173*13635696 42~ | $224.34 |
| Sep 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240927 650000012411487 | $2,055.56 |
| Sep 27 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001418708*1540849 793*118416673802~ | $39,943.76 |
| Sep 30 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt GLS B ill.com 015APECULE 6QIUN Acct 82502 - Inv 5307371 | $50.70 |
| Sep 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240930 650000012411487 | $1,240.88 |
| Sep 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 240930 650000012411487 | $1,443.59 |
| Sep 30 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 240930 ST-H8X7K9C3V7G6 | $6,568.32 |
| Sep 30 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 240930 5661649 | $10,379.94 |



## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Aug 30 | $0.00 | Sep 03 | $0.00 | Sep 04 | $0.00 | Sep 05 | $0.00 |

42495 0141282 0006-0007 00000000000000000



Account Number:          XXXXXX7617
Statement Date:           09/30/2024
Page :                    7 of 7

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Daily Balances (Continued)

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Sep 06 | $0.00 | Sep 13 | $0.00 | Sep 19 | $0.00 | Sep 25 | $0.00 |
| Sep 09 | $0.00 | Sep 16 | $0.00 | Sep 20 | $0.00 | Sep 26 | $0.00 |
| Sep 10 | $0.00 | Sep 17 | $0.00 | Sep 23 | $0.00 | Sep 27 | $0.00 |
| Sep 11 | $0.00 | Sep 18 | $0.00 | Sep 24 | $0.00 | Sep 30 | $0.00 |
| Sep 12 | $0.00 | | | | | | |

