## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 496** |

**DECLARATION OF LEO LAFRANCO IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE PRIVATE SALE OF (A) SUBSTANTIALLY ALL OF THE ASSETS OF DEBTOR THE PET APOTHECARY, LLC AND (B) THE VETERINARY FILES AND RELATED ASSETS OF DEBTOR SBH MEDICAL, LLC, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AND (II) GRANTING OTHER RELATED RELIEF**

I, Leo LaFranco, hereby declare (this "**Declaration**") under penalty of perjury that the following is true to the best of my knowledge, information and belief:

1. I have been employed with Optio Rx, LLC ("**Optio Rx**" and together with certain of its affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "**Debtors**," or the "**Company**") since 2022, when I joined the Company to become its Chief Financial Officer ("**CFO**"). I hold a BBA in Accounting from the University of Notre Dame and an MBA from the University of Chicago, Booth School of Business. I am also a certified public accountant.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

2.     In my capacity as CFO of the Debtors, I am generally familiar with the Debtors' day-to-day operations, business and financial affairs, and books and records.  I am above 18 years of age, competent to testify, and authorized to submit this declaration on behalf of the Debtors.

3.     I submit this Declaration in support of the *Debtors' Motion for Entry of an Order (i) Authorizing the Private Sale of (a) Substantially All of the Assets of Debtor the Pet Apothecary, LLC and (b) The Veterinary Files and Related Assets of Debtor SBH Medical, LLC, Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (ii) Granting Other Related Relief* (the "**Motion**").[2]

4.     All facts set forth in this Declaration are based upon my own personal knowledge, and my review of relevant documents.

5.     Attached hereto as **<u>Exhibit A</u>** is a copy of the Debtors' Personally Identifiable Information policy (the **"Debtors' PII Policy"**) describing how the Debtors manage, store, transmit, and destroy PII in compliance with governing privacy regulations.

6.     The sales of the TPA Assets and the Subject SBH Assets(the **"Sales"**) to Purchaser, as contemplated in the Motion, will be conducted in a manner that fully complies with and follows the Debtors' PII Policy.

7.     More specifically, because the Sales are to an entity in the same line of business as The Pet Apothecary, LLC and SBH Medical, LLC, and the Personally Identifiable Information will be used in a manner consistent with the Debtors' PII Policy, the Sales fully comply with the Debtors' PII Policy.

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

8.      In light of the foregoing, the Sales will fully comply with the requirements of section 363 of the Bankruptcy Code and there is no requirement for the appointment of a consumer privacy ombudsman.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 25th day of October 2024.

OPTIO RX, LLC

BY:   /s/ Leo LaFranco
        Leo LaFranco
        Chief Financial Officer

- 3 -

4862-6428-8472, v. 1