# EXHIBIT A

**(PII Policy)**



# PII Management Policy - SOP

## DOCUMENT CONTROL

| Document Title | PII Management Policy SOP |
|---|---|
| Document Type | SOP (OPTIORX/PII/POLICY/DMP) |

© 2023- 2024 OptioRx LLC. All Rights Reserved. Confidential and Proprietary Materials of OptioRx LLC.



## PURPOSE:

This PII Management Policy outlines how Personally Identifiable Information (PII) is managed, stored, transmitted, and destroyed in compliance with USA privacy regulations. It is designed to protect individuals' privacy, minimize risks, and ensure compliance with legal and regulatory standards. This policy ensures compliance with legal frameworks such as:

- HIPAA: Governing the protection of patient and medical information, applicable to our healthcare and veterinary operations where health records and prescriptions are handled.
- CCPA: Providing California residents with the right to know how their PII is collected, used, and sold, and ensuring that OptioRx honors requests related to the sale or deletion of PII.
- FTC Guidelines: Ensuring transparency and fair use of consumer data in advertising, marketing, and e-commerce activities within OptioRx, including our online sales and service platforms.

## SCOPE:

This policy applies to all employees, contractors, vendors, and third-party service providers involved in collecting, handling, or managing PII within the organization. PII includes, but is not limited to, customer names, addresses, Social Security Numbers (SSNs), medical information, financial data, and any information that can uniquely identify an individual.

## What is PII?

Personally Identifiable Information (PII) is any information that can be used to identify an individual. This includes both direct identifiers (such as name, Social Security Number, passport number) and indirect identifiers (such as race, gender, or date of birth, when combined with other data).



## POLICY:

### 1. Data Collection and Consent Management:

- Data Mapping: The organization shall document all sources of PII, detailing what information is collected, how it is processed, and where it is stored.
- Consent: OptioRx collects PII with the explicit consent of individuals, and only for legitimate business purposes. We ensure transparency, so users understand how their PII will be used. Consent can be withdrawn by individuals at any time.

### 2. Data Classification and Access Controls:

- Data Classification: PII is classified as highly sensitive data and must be protected using strict access controls.
- Access Controls: Access to PII will be restricted to employees with a legitimate business need based on their job roles. Role-based access should be continuously monitored, updated, and enforced.
- Multi-Factor Authentication (MFA): All systems handling PII must utilize multi-factor authentication to prevent unauthorized access.

### 3. Sensitive vs Non-Sensitive PII

- Sensitive PII: This includes Social Security Numbers, biometric data (e.g., fingerprints), medical records, financial account numbers, and any data that could cause significant harm if exposed. OptioRx will implement stricter security controls for Sensitive PII, such as encryption and secure storage.
- Non-Sensitive PII: This includes full names, addresses, phone numbers, and email addresses. While non-sensitive PII may not cause direct harm on its own, OptioRx will still take measures to protect this data, especially when combined with other identifiers.



### 4. Safeguarding PII:

- Encryption: All PII, whether at rest or in transit, must be encrypted using industry-standard encryption protocols (AES-256) to ensure confidentiality and integrity.
- Data in Transit: Data in transit, especially when shared with third parties or over public networks, must be encrypted using secure communication channels (e.g., TLS/SSL).
- Access Controls: Limit access to PII based on job roles, using multi-factor authentication (MFA) to secure systems.
- Training: Ensure all employees receive regular training on PII handling and cybersecurity.
- Third-Party Monitoring: Ensure that third-party vendors handling PII are compliant with our data privacy policies and industry standards.

### 5. Data Minimization and Retention:

- Data Minimization: The organization shall only collect the minimum PII necessary for its legitimate business functions.
- Data Retention: PII will only be retained for the time necessary to fulfill its purpose, as outlined in the relevant laws and regulations. Once the retention period has lapsed, PII will be securely destroyed.

### 6. Data Destruction and Disposal:

- Data Destruction: PII that is no longer needed must be securely destroyed using approved methods such as digital shredding, degaussing, or hard drive destruction.
- Documentation of Disposal: All PII disposal activities must be documented, including the date, method, and responsible party involved.

### 7. Sale of PII

- OptioRx does not sell PII, except in the context of a business asset sale or a sale of patient/veterinary records. In such cases, the recipient must be in the same line of business and must use the PII in a manner consistent with the purposes for which it was originally provided.

© 2023- 2024 OptioRx LLC. All Rights Reserved. Confidential and Proprietary Materials of OptioRx LLC.



### 8. Third-Party Risk Management:

- Vendor Vetting: Any third-party service provider with access to PII must be vetted for compliance with relevant privacy regulations. Contracts must include provisions that ensure compliance with this policy.
- Ongoing Monitoring: The organization will continuously monitor and audit third-party vendors to ensure that they maintain the required security standards.

s

### 9. Employee Training:

- Regular Training: All employees, contractors, and vendors will undergo annual PII management and cybersecurity training to stay informed about best practices, breach response protocols, and privacy regulations.
- Specialized Training: Staff with access to PII will receive role-specific training, particularly on handling sensitive medical and financial information.

### 10. Data Breach Response Plan:

- Reporting: Any employee who suspects a breach involving PII must report it immediately to their supervisor or the Data Protection Officer (DPO).
- Investigation: Upon notification, the DPO will initiate an investigation to determine the scope and impact of the breach.
- Containment and Mitigation: Immediate steps will be taken to contain the breach, prevent further unauthorized access, and mitigate harm.
- Notifications: If the breach involves PII and poses a significant risk, affected individuals, regulators, and stakeholders will be notified within the legally mandated timeframe (e.g., 72 hours for HIPAA or GDPR-related incidents), and appropriate remediation steps will be communicated promptly.

### 11. Audits and Continuous Improvement:

- Regular Audits: Regular internal and third-party audits will be conducted to ensure ongoing compliance with this policy.
- Policy Review: This policy will be reviewed annually and updated to reflect changes in technology, regulations, or business operations.

© 2023- 2024 OptioRx LLC. All Rights Reserved. Confidential and Proprietary Materials of OptioRx LLC.

www.OptioRx.com



## 12. Privacy Impact Assessments (PIA):

- Privacy Impact Assessments (PIAs) will be conducted for all new projects involving PII, including any significant changes to existing data processing systems, vendor agreements, or business processes.
- PIAs will identify potential privacy risks and ensure privacy by design principles are embedded into all systems and workflows from the outset.

## 13. Enforcement

- Non-compliance with this policy by employees may result in disciplinary action, up to and including termination of employment, as well as legal consequences.
- For third-party vendors, failure to comply with this policy or applicable data protection laws will lead to immediate contract termination, potential legal action, and financial penalties, in accordance with contractual agreements and regulatory requirements.

# REVIEW & REVISION:

This policy will be reviewed annually or as needed to ensure its effectiveness, relevance, and alignment with changes in technology, regulatory requirements, and organizational needs. Amendments to this policy will be communicated to all relevant stakeholders accordingly.

# ACKNOWLEDGMENT:

By accessing and using the organization's data, employees acknowledge their understanding of an agreement to comply with the PII Management Policy.

© 2023- 2024 OptioRx LLC. All Rights Reserved. Confidential and Proprietary Materials of OptioRx LLC.

www.OptioRx.com