IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 496** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE PRIVATE SALE OF (A) SUBSTANTIALLY ALL OF THE ASSETS OF DEBTOR THE PET APOTHECARY, LLC AND (B) THE VETERINARY FILES AND RELATED ASSETS OF DEBTOR SBH MEDICAL, LLC, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND OTHER INTERESTS AND (II) GRANTING OTHER RELATED RELIEF**

The undersigned counsel for the above-captioned debtors and debtors in possession (the "**Debtors**") hereby certifies as follows:

1. On October 22, 2024, the Debtors filed the *Debtors' Motion for Entry of an Order (i) Authorizing the Private Sale of (a) Substantially All of the Assets of Debtor The Pet Apothecary, LLC and (b) the Veterinary Files and Related Assets of Debtor SBH Medical, LLC, Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (ii) Granting Other Related Relief* [Docket No. 496] (the "**Sale Motion**"). Attached to the Sale Motion was a proposed order (the "**Proposed Order**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

- 2 -

2. Pursuant to the notice of Sale Motion, objections to the Sale Motion were due on or before November 8, 2024, at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"). Prior to the Objection Deadline the Debtors received comments from Mixlab WI, LLC (the "**Purchaser**"). The Debtors have updated the form of Proposed Order to include the changes requested by the Purchaser.

3. The Debtors hereby submit a revised form of order (the "**Revised Order**"), attached hereto as **Exhibit A**, which reflects updates and changes to the Proposed Order from the Purchaser. The Revised Order has been reviewed and approved by the parties. Attached as **Exhibit B** is a blackline of the Revised Order against the Proposed Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Order, attached hereto as **Exhibit A** at its earliest convenience.

Dated: November 13, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
carickhoff@chipmanbrown.com
olivere@chipmanbrown.com
root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*