IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 15, 2024, AT 10:00 A.M. (EASTERN TIME)**

**AS THERE ARE NO MATTERS GOING FORWARD, THE HEARING IS CANCELLED AT THE DIRECTION OF THE COURT.**

I.  **MATTER(S) GOING FORWARD:**

1.  Debtors' Motion for Entry of an Order (I) Authorizing the Private Sale of (A) Substantially All of the Assets of Debtor The Pet Apothecary, LLC and (B) the Veterinary Files and Related Assets of Debtor SBH Medical, LLC, Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on October 22, 2024 [Docket No. 496].

    Objection Deadline:    November 8, 2024, at 4:00 p.m. (Eastern Time).

    Responses Received:

    i.  Informal comments to form of order received from Mixlab WI, LLC ("**Mixlab**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] All amended items will appear in **bold.**

- 2 -

Related Pleadings:

A. Notice of Filing of Asset Purchase Agreements, filed on November 13, 2024 [Docket No. 536].

B. Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Authorizing the Private Sale of (A) Substantially All of the Assets of Debtor The Pet Apothecary, LLC and (B) the Veterinary Files and Related Assets of Debtor SBH Medical, LLC, Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, filed on November 13, 2024 [Docket No. 537].

C. **Order (I) Authorizing the Private Sale of (A) Substantially All of the Assets of Debtor The Pet Apothecary, LLC and (B) the Veterinary Files and Related Assets of Debtor SBH Medical, LLC, Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief, entered on November 13, 2024 [Docket No. 539].**

Status: **The order has been entered. No hearing is necessary.**

Dated: November 13, 2024  
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0191
Email:           chipman@chipmanbrown.com
                 carickhoff@chipmanbrown.com
                 olivere@chipmanbrown.com
                 root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*