# EXHIBIT B

## TIMEKEEPER SUMMARY

## SUMMARY OF BILLING BY TIMEKEEPER

### For the Period from October 1, 2024 through October 31, 2024

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position at Saul Ewing | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Evan T. Miller | 2009 | Partner (2023)[1] | Bankruptcy | $680.00 | 15.6 | $10,608.00 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $715.00 | 23.5 | $16,802.50 |
| Mark Minuti | 1988 | Partner (1997) | Bankruptcy | $905.00 | 0.2 | $181.00 |
| Turner N. Falk | 2014 | Associate (2022) | Bankruptcy | $430.00 | 2.0 | $860.00 |
| Jorge Garcia | 2017 | Associate (2020) | Bankruptcy | $450.00 | 7.8 | $3,510.00 |
| Sean F. Kenny | N/A | Paraprofessional | Bankruptcy | $205.00 | 7.7 | $1,578.50 |
| TOTAL | | | | | 56.8 | $33,540.00 |

**Blended Hourly Rate: $590.49**

---

[1] Evan Miller joined Saul Ewing as a Partner in 2023. He was previously a director at his prior firm.