# EXHIBIT C

**DETAILED TIME ENTRIES BY CATEGORY**

## SUMMARY OF BILLING BY CATEGORY

### For the Period from October 1, 2024 through October 31, 2024

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 2.6 | $1,796.00 |
| Case Administration | 0.6 | $123.00 |
| Executory Contracts and Unexpired Leases | 0.3 | $204.00 |
| Fee/Employment Applications (Other Professionals) | 21.2 | $10,114.00 |
| Fee/Employment Applications (Saul Ewing) | 3.8 | $2,003.00 |
| Litigation: Contested Matters and Adversary Proceedings | 0.2 | $86.00 |
| Plan and Disclosure Statement | 28.1 | $19,214.00 |
| **TOTAL** | **56.8** | **$33,540.00** |



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4385621 |
| N/A - Committee N/A - Committee | Invoice Date | 11/15/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00001 |

Re:   Asset Disposition

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/22/24 | MGN | Review Debtors' Motion to Sell the Pet/Vet business. | 0.50 | 357.50 |
| 10/22/24 | MGN | Correspondence to and from G. Savino and P. Altman regarding same. | 0.20 | 143.00 |
| 10/25/24 | ETM | Review sale papers as filed by the Debtors and attendant declarations | 0.80 | 544.00 |
| 10/28/24 | ETM | Review sale motion for relevance to client and EMs with TF/MN re same | 0.50 | 340.00 |
| 10/31/24 | MGN | Correspondence to and from S. Kenny regarding docketing hearing and objection deadline relating to motion to sell pet and vet business | 0.10 | 71.50 |
| 10/31/24 | ETM | Review sale papers and substance of same (0.3) and EMs with MN/SK re same (0.2) | 0.50 | 340.00 |
| | | TOTAL HOURS | 2.60 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Evan T. Miller | 1.80 | at | 680.00 | = | 1,224.00 |
| Michelle G. Novick | 0.80 | at | 715.00 | = | 572.00 |
| | | | | CURRENT FEES | 1,796.00 |

TOTAL AMOUNT OF THIS INVOICE    1,796.00



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number 4385622 |
| N/A - Committee N/A - Committee | Invoice Date 11/15/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number 391790 |
| Northbrook, IL 60062 | Matter Number 00004 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/03/24 | SFK | Prepare exhibit cover slip for committee response to ad hoc group reservation of rights re plan per Attorney Evan Miller comments. | 0.10 | 20.50 |
| 10/03/24 | SFK | Analyze, PDF committee response to ad hoc group reservation of rights re plan. | 0.20 | 41.00 |
| 10/03/24 | SFK | Electronically docket committee's response to ad hoc group reservation of rights re plan. | 0.30 | 61.50 |
| | | TOTAL HOURS | 0.60 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Sean F. Kenny | 0.60 | at | 205.00 | = | 123.00 |
| | | | | CURRENT FEES | 123.00 |

TOTAL AMOUNT OF THIS INVOICE    123.00



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number 4385620 |
| N/A - Committee N/A - Committee | Invoice Date 11/15/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number 391790 |
| Northbrook, IL 60062 | Matter Number 00009 |

Re:   Executory Contracts and Unexpired Leases

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 09/13/24 | ETM | Review latest rejection motion | 0.30 | 204.00 |
| | | TOTAL HOURS | 0.30 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Evan T. Miller | 0.30 at | 680.00 = | 204.00 |
| | | CURRENT FEES | 204.00 |
| | | TOTAL AMOUNT OF THIS INVOICE | 204.00 |



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4385624 |
| N/A - Committee N/A - Committee | Invoice Date | 11/15/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00011 |

Re: Fee / Employment Applications (Other Professionals)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/24 | MGN | Review and revise fee application of Alvarez & Marsal. | 0.30 | 214.50 |
| 10/02/24 | MGN | Review and revise fee application of Alvarez & Marsal. | 0.30 | 214.50 |
| 10/02/24 | MGN | Correspondence to G. Savino and P. Altman enclosing fee application for their review and approval. | 0.20 | 143.00 |
| 10/02/24 | MGN | Finalize fee application for filing. | 0.20 | 143.00 |
| 10/03/24 | SFK | Update dates, objection deadline for Financial advisor's 2nd monthly fee application. | 0.20 | 41.00 |
| 10/03/24 | SFK | PDF, electronically docket Finacial Advisor's 2nd monthly fee application. | 0.30 | 61.50 |
| 10/10/24 | MGN | Correspondence to and from R. Newman regarding payment of A&M's First Monthly Fee Application. | 0.20 | 143.00 |
| 10/10/24 | MGN | Correspondence to B. Chipman and L. LeFranco regarding same. | 0.10 | 71.50 |
| 10/10/24 | MGN | Correspondence to R. Newman regarding finalizing and filing A&M's Third Monthly Fee Application and Interim Fee Application. | 0.20 | 143.00 |
| 10/14/24 | MGN | Review and review First Interim Fee Application of Alvarez & Marsal. | 0.30 | 214.50 |
| 10/14/24 | MGN | Correspondence to and from J. Garcia regarding same. | 0.20 | 143.00 |
| 10/15/24 | MGN | Review, revise and file First Interim Fee Application for Alvarez & Marsal. | 0.20 | 143.00 |
| 10/15/24 | MGN | Correspondence to and from E. Miller regarding same. | 0.20 | 143.00 |
| 10/15/24 | SFK | Draft notice of motion for financial advisor's 1st interim fee application. | 0.20 | 41.00 |

| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice | 4385624 |
| 00011 | Fee / Employment Applications (Other Professionals) | | Page: 2 |
| 11/15/24 | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/15/24 | SFK | Electronically docket financial advisor's 1st interim fee application. | 0.40 | 82.00 |
| 10/25/24 | SFK | Draft certification of no objection for A & M Financial advisor's 2nd monthly fee application. | 0.10 | 20.50 |
| 10/25/24 | SFK | Electronically docket certification of no objection for A & M Financial advisor's 2nd monthly fee application. | 0.20 | 41.00 |
| | | TOTAL HOURS | 3.80 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Sean F. Kenny | 1.40 | at | 205.00 | = | 287.00 |
| Michelle G. Novick | 2.40 | at | 715.00 | = | 1,716.00 |
| | | | | CURRENT FEES | 2,003.00 |

TOTAL AMOUNT OF THIS INVOICE        2,003.00



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4385623 |
| N/A - Committee N/A - Committee | Invoice Date | 11/15/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00010 |

Re: Fee / Employment Applications (Saul Ewing)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/24 | MGN | Review and revise fee application of Saul Ewing. | 0.50 | 357.50 |
| 10/01/24 | SFK | Analyze, revise Saul's 2nd monthly fee application. | 0.50 | 102.50 |
| 10/01/24 | SFK | Further revise draft of Saul's 2nd monthly fee application. | 0.40 | 82.00 |
| 10/02/24 | MGN | Review and revise fee application of Saul Ewing. | 0.40 | 286.00 |
| 10/02/24 | MGN | Correspondence to G. Savino and P. Altman enclosing fee application for their review and approval. | 0.20 | 143.00 |
| 10/02/24 | MGN | Finalize fee application for filing. | 0.20 | 143.00 |
| 10/03/24 | ETM | Review/revise draft fee app and EMs with SK/MN re same | 0.50 | 340.00 |
| 10/03/24 | SFK | Update Saul's 2nd monthly fee application with objection deadline, dates. | 0.20 | 41.00 |
| 10/03/24 | SFK | PDF, electronically docket Saul's 2nd monthly fee application. | 0.40 | 82.00 |
| 10/04/24 | MGN | Multiple correspondence with J. Garcia regarding timing to finalize and process monthly and interim fee applications for Saul Ewing. | 0.30 | 214.50 |
| 10/04/24 | JG | Draft first interim fee app | 1.90 | 855.00 |
| 10/04/24 | JG | Correspondence w/ M. Novick re: first interim fee app | 0.20 | 90.00 |
| 10/07/24 | MGN | Correspondence to and from J. Garcia regarding drafting SE's Third Monthly Fee Application and SE's Interim Fee Application. | 0.20 | 143.00 |
| 10/07/24 | MGN | Correspondence to and from B. Chipman and L. LaFranco regarding payment of SE's First Monthly Fee Application. | 0.20 | 143.00 |
| 10/07/24 | JG | Continue draft of first interim fee app | 2.30 | 1,035.00 |

| | | | | |
|---|---|---|---|---|
| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | | Invoice | 4385623 |
| 00010 | Fee / Employment Applications (Saul Ewing) | | | Page: 2 |
| 11/15/24 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/08/24 | MGN | Multiple correspondence to B. Chipman and L. LeFranco regarding payment of Saul Ewing's first monthly fee application. | 0.30 | 214.50 |
| 10/08/24 | MGN | Correspondence to and from E. Miller and M. Minuti regarding same. | 0.30 | 214.50 |
| 10/10/24 | MGN | Review and revise Saul Ewing's Third Monthly Fee Application. | 0.40 | 286.00 |
| 10/10/24 | MGN | Correspondence to and from J. Garcia regarding drafting and finalizing Saul Ewing's Interim Fee Application. | 0.30 | 214.50 |
| 10/13/24 | MGN | Multiple correspondence to and from J. Garcia regarding finalizing and filing Saul Ewing's First Interim Fee Application. | 0.20 | 143.00 |
| 10/13/24 | JG | Revise first interim fee application | 1.40 | 630.00 |
| 10/14/24 | MGN | Review procedures order. | 0.20 | 143.00 |
| 10/14/24 | MGN | Review and review First Interim Fee Application of Saul Ewing. | 0.50 | 357.50 |
| 10/14/24 | MGN | Correspondence to and from J. Garcia regarding same. | 0.20 | 143.00 |
| 10/14/24 | JG | Revise third monthly fee app | 1.30 | 585.00 |
| 10/14/24 | SFK | Revise Saul's 3rd monthly fee application. | 0.20 | 41.00 |
| 10/14/24 | SFK | Analyze, revise Saul's 3rd monthly fee application. | 0.70 | 143.50 |
| 10/15/24 | MGN | Review, revise and file First Interim Fee Application for Saul Ewing. | 0.40 | 286.00 |
| 10/15/24 | MGN | Correspondence to and from E. Miller regarding same. | 0.20 | 143.00 |
| 10/15/24 | JG | Revise first interim fee application | 0.70 | 315.00 |
| 10/15/24 | ETM | Further review/revisions re monthy/interim apps and EMs with SK/MN re instructions for same | 0.80 | 544.00 |
| 10/15/24 | SFK | Revise Saul's 3rd monthly fee application. | 0.90 | 184.50 |
| 10/15/24 | SFK | Analyze Saul's 1st interim fee application. | 0.20 | 41.00 |
| 10/15/24 | SFK | Electronically docket Saul's 1st interim fee application. | 0.40 | 82.00 |
| 10/15/24 | SFK | Finalize Saul's 1st interim fee per attorney Michelle Novick's comments. | 0.20 | 41.00 |
| 10/15/24 | SFK | Further revisions of Saul's 3rd monthly fee application per Attorney Evan Miller's comments. | 0.20 | 41.00 |
| 10/16/24 | MGN | Review and revise Third Monthly Fee Application. | 0.60 | 429.00 |
| 10/16/24 | ETM | Final review re fee app and EMs with BL/SK re same | 0.40 | 272.00 |
| 10/16/24 | SFK | Analyze, revise Saul's 3rd monthly fee application per Attorney Evan Miller comments. | 0.50 | 102.50 |

| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice | 4385623 |
| 00010 | Fee / Employment Applications (Saul Ewing) | | Page: 3 |
| 11/15/24 | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/16/24 | SFK | Finalize Saul's 3rd monthly fee application per Attorney Michelle Novick's comments. | 0.20 | 41.00 |
| 10/16/24 | SFK | Electronically docket Saul's 3rd monthly fee application. | 0.40 | 82.00 |
| 10/25/24 | ETM | Review case file/docket and EMs with SK re fee apps and review/revise CNOs for same and Ems with BC re same | 0.30 | 204.00 |
| 10/25/24 | SFK | Draft certification of no objection for Saul's 2nd monthly fee application. | 0.10 | 20.50 |
| 10/25/24 | SFK | Electronically docket certification of no objection for Saul's 2nd monthly fee application. | 0.20 | 41.00 |
| 10/30/24 | MGN | Saul Ewing Correspondence to and from W. Chipman inquiring regarding status of payment | 0.10 | 71.50 |

TOTAL HOURS   21.20

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Jorge Garcia | 7.80 | at | 450.00 | = | 3,510.00 |
| Sean F. Kenny | 5.70 | at | 205.00 | = | 1,168.50 |
| Evan T. Miller | 2.00 | at | 680.00 | = | 1,360.00 |
| Michelle G. Novick | 5.70 | at | 715.00 | = | 4,075.50 |

CURRENT FEES   10,114.00

TOTAL AMOUNT OF THIS INVOICE   10,114.00



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4385625 |
| N/A - Committee N/A - Committee | Invoice Date | 11/15/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00014 |

Re:   Litigation: Contested Matters and Adversary Proceedings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/02/24 | TNF | Analysis of committee response to Mezz lender brief | 0.20 | 86.00 |
| | | TOTAL HOURS | 0.20 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 0.20 | at | 430.00 | = | 86.00 |
| | | | | CURRENT FEES | 86.00 |
| | | | | TOTAL AMOUNT OF THIS INVOICE | 86.00 |



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4385626 |
| N/A - Committee N/A - Committee | Invoice Date | 11/15/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00016 |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/24 | MGN | Correspondence to and from E. Miller regarding drafting Response in Opposition not Statement of the Ad Hoc Group of Mezz Lenders Regarding Intercreditor and Subordination Rights under the Plan. | 0.30 | 214.50 |
| 10/01/24 | MGN | Draft Response in Opposition not Statement of the Ad Hoc Group of Mezz Lenders Regarding Intercreditor and Subordination Rights under the Plan. | 3.10 | 2,216.50 |
| 10/01/24 | TNF | Analysis of M. Novick correspondence re: Aves briefing on subordination | 0.10 | 43.00 |
| 10/01/24 | TNF | Analysis of Aves position brief | 0.20 | 86.00 |
| 10/01/24 | TNF | Analysis of M. Novick and E. Miller correspondence regarding Aves brief | 0.10 | 43.00 |
| 10/01/24 | ETM | Research re submission and review filing from Aves (1.0) and EMs with MN/TF re same (0.2) | 1.20 | 816.00 |
| 10/02/24 | MGN | Draft Response in Opposition to Statement of the Ad Hoc Group of Mezz Lenders Regarding Intercreditor and Subordination Rights under the Plan and prepare for and participate in status hearing on dispute over language in Amended Plan proposed by Aves. | 3.40 | 2,431.00 |
| 10/02/24 | MGN | Correspondence to and from E. Miller and T. Falk enclosing draft Response for their review and filing. | 0.20 | 143.00 |
| 10/02/24 | ETM | Review/research/revise re letter submission and EMs with client/MN re same | 3.40 | 2,312.00 |
| 10/03/24 | MGN | Review revised Response of Committee to Ad Hoc Group of Mezz Lenders' Statement of Rights under Plan. | 0.30 | 214.50 |
| 10/03/24 | MGN | Multiple correspondence to and from E. Miller regarding | 0.40 | 286.00 |

| | | | | |
|---|---|---|---|---|
| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | | Invoice | 4385626 |
| 00016 | Plan and Disclosure Statement | | | Page: 2 |
| 11/15/24 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| | | proposed settlement language with Aves and issues relating thereto. | | |
| 10/03/24 | MGN | Follow-up telephone conference with E. Miller regarding same. | 0.30 | 214.50 |
| 10/03/24 | MGN | Correspondence to and from G. Savino and P. Altman regarding scheduling a conference call to discuss settlement with Aves. | 0.20 | 143.00 |
| 10/03/24 | MGN | Attend zoom conference with G.Savino, P. Altman and E. Miller discussing settlement with Aves and language to be inserted into the Amended Plan. | 0.50 | 357.50 |
| 10/03/24 | TNF | Analysis of E. Mille correspondence with committee members re: plan confirmation brief | 0.10 | 43.00 |
| 10/03/24 | TNF | Analysis of E. Miller correspondence re: plan language on subordination | 0.10 | 43.00 |
| 10/03/24 | TNF | Analysis of M. Novick evaluation of potential plan language | 0.10 | 43.00 |
| 10/03/24 | ETM | Revise and finalize draft response and EMs with client/MN/TF re same (1.5); multiple EMs/TCs with MN/client re same and response (1.1) | 2.60 | 1,768.00 |
| 10/04/24 | MGN | Review revised and modified plan language and forward same to E. Miller with approval. | 0.20 | 143.00 |
| 10/04/24 | TNF | Analysis of E. Miller correspondence re: plan revision language | 0.10 | 43.00 |
| 10/04/24 | TNF | Analysis of Z. Peich correspondence re: proposed plan language | 0.10 | 43.00 |
| 10/04/24 | TNF | Analysis of E. Miller and Z. Piech correspondence re plan language | 0.10 | 43.00 |
| 10/04/24 | ETM | Further EMs with Aves counsel and n/h counsel and review revised language re same and EMs with MN re same | 0.70 | 476.00 |
| 10/08/24 | MM | Review of confirmation order language | 0.10 | 90.50 |
| 10/08/24 | MM | E-mails with E. Miller and M. Novick re: subordination issues | 0.10 | 90.50 |
| 10/08/24 | MGN | Review modified language to be inserted into the plan relating to Aves dispute with seller noteholders. | 0.20 | 143.00 |
| 10/08/24 | MGN | Correspondence to and from E. Miller regarding same. | 0.20 | 143.00 |
| 10/08/24 | ETM | Further review/revision re proposed language and Ems with MN/MM and OC with DF re same | 1.40 | 952.00 |
| 10/10/24 | MGN | Multiple correspondence to and from E. Miller regarding finalizing plan language and escrow. | 0.20 | 143.00 |
| 10/10/24 | MGN | Correspondence to B. Chipman regarding finalizing plan language and escrow. | 0.20 | 143.00 |
| 10/10/24 | MGN | Telephone conference with B. Chipman regarding same. | 0.20 | 143.00 |

| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice | 4385626 |
| 00016 | Plan and Disclosure Statement | | Page: 3 |
| 11/15/24 | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/10/24 | MGN | Telephone conference with R. Nosek regarding same. | 0.30 | 214.50 |
| 10/10/24 | MGN | Telephone conference with T. Vandell, at Stretto, regarding holding escrow and distribution to Class 6 and Class 8 creditors under the confirmed plan. | 0.20 | 143.00 |
| 10/10/24 | MGN | Correspondence to and from E. Miller regarding same. | 0.10 | 71.50 |
| 10/10/24 | MGN | Follow-up correspondence to and from T. Vandell at Stretto regarding same. | 0.20 | 143.00 |
| 10/10/24 | TNF | Analysis of W. Chipman correspondence re: plan confirmation language | 0.10 | 43.00 |
| 10/10/24 | ETM | Further EMs/TC with MN/DRs/Aves/Lender counsel/Stetto re status of settlement issue | 0.90 | 612.00 |
| 10/11/24 | MGN | Correspondence to and from P. Candel regarding revised language with Aves and holding funds pending distribution to creditors (.2); multiple correspondence to and from M. Wisbey, S. Cady, T. Vandell and Stretto team regarding holding funds pending dispute resolution, distribution and cost (.5) | 0.70 | 500.50 |
| 10/11/24 | ETM | Further EMs with Aves/Debtors/Lender/MN re status of settlement | 0.50 | 340.00 |
| 10/13/24 | TNF | Analysis of P. Candel correspondence re: disputed funds escrowing | 0.10 | 43.00 |
| 10/13/24 | ETM | EM re current status of settlement structure | 0.10 | 68.00 |
| 10/14/24 | MGN | Correspondence to and from P. Candel regarding escrow and issues relating thereto. | 0.20 | 143.00 |
| 10/14/24 | MGN | Correspondence to and from S. Cady at Stretto regarding setting up escrow for distribution to Class 6 and Class creditors. | 0.20 | 143.00 |
| 10/14/24 | MGN | Correspondence to and from E. Miller regarding same. | 0.10 | 71.50 |
| 10/14/24 | ETM | Further EMs re settlement of plan language | 0.30 | 204.00 |
| 10/15/24 | MGN | Correspondence to and from P. Candel regarding scheduling a call to discuss mechanics of distributions to Class 6 and Class 8 Creditors. | 0.10 | 71.50 |
| 10/15/24 | MGN | Follow-up correspondence to R. Nosek regarding same. | 0.10 | 71.50 |
| 10/15/24 | MGN | Prepare for and participate in conference call with R. Nosek, D. Tracerdi, B. Chipman, C. Samis and P. Candel discussing mechanics of escrow and distributions to Class 6 and Class 8 Creditors. | 0.50 | 357.50 |
| 10/15/24 | MGN | Review amended language relating to Aves dispute received from P. Candel. | 0.20 | 143.00 |
| 10/15/24 | TNF | Analysis of M. Novick, P. Candel correspondence re: disputed funds escrowing | 0.10 | 43.00 |

| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice | 4385626 |
| 00016 | Plan and Disclosure Statement | | Page: 4 |
| 11/15/24 | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/15/24 | TNF | Analysis of W. Chipman and S. Brown correspondence re: finalizing plan language | 0.10 | 43.00 |
| 10/16/24 | MGN | Correspondence to and from T. Vandell at Stretto regarding status of setting up escrow and resolution of dispute between seller notes and Aves. | 0.20 | 143.00 |
| 10/16/24 | ETM | Final review re revised plan docs and multiple EMs re same | 0.40 | 272.00 |
| 10/17/24 | MGN | Review Amended Plan and revised language, confirmation order and related pleadings. | 0.50 | 357.50 |
| 10/17/24 | MGN | Correspondence to G. Savino and P. Altman enclosing same. | 0.20 | 143.00 |
| 10/18/24 | MGN | Correspondence to and from G. Savino regarding Effective Date under the Plan. | 0.20 | 143.00 |
| 10/21/24 | MGN | Review the amended agenda for upcoming omnibus hearing (.1); correspondence to and from S. Kenney regarding appearing at the hearing (.1) | 0.20 | 143.00 |
| 10/21/24 | TNF | Analysis of confirmation order | 0.10 | 43.00 |
| 10/28/24 | TNF | Analysis of motion to sell and impact on committee position | 0.30 | 129.00 |
| 10/30/24 | MGN | Correspondence to and from P. Altman and G. Savino regarding status of distribution to the unsecured creditors under the confirmed plan (.2) Correspondence to and from W. Chipman regarding same (.1) | 0.30 | 214.50 |
| 10/31/24 | MGN | Correspondence to and from P. Altman regarding impact if the reorganized debtors cannot obtain pharmacy licenses .2 | 0.20 | 143.00 |
| | | TOTAL HOURS | 28.10 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Turner N. Falk | 1.80 | at | 430.00 | = | 774.00 |
| Evan T. Miller | 11.50 | at | 680.00 | = | 7,820.00 |
| Mark Minuti | 0.20 | at | 905.00 | = | 181.00 |
| Michelle G. Novick | 14.60 | at | 715.00 | = | 10,439.00 |
| | | | | CURRENT FEES | 19,214.00 |
| | | | | TOTAL AMOUNT OF THIS INVOICE | 19,214.00 |