IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | **Docket Nos. 472, 473, and 499** |

**CERTIFICATION OF COUNSEL REGARDING**
**INTERIM FEE APPLICATIONS OF PROFESSIONALS**

I, William E. Chipman, Jr., counsel for the above-captioned debtors and debtors in possession (the "**Debtors**"), hereby certify as follows:

1. The professionals (each a "**Professional**") employed in the Chapter 11 Cases of the Debtors, filed the following interim fee applications:

(A) First Interim Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period June 26, 2024 Through August 31, 2024, filed on October 15, 2024 [Docket No. 472].

(B) First Interim Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from June 27, 2024 Through August 31, 2024, filed on October 15, 2024 [Docket No. 473].

(C) First Interim Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from June 7, 2024 Through and Including

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

August 31, 2024, filed on October 23, 2024 [Docket No. 499] (collectively, the "**Fee Applications**").

2. Objections or responses, if any, to the Fee Applications were required to be filed and served by no later than 4:00 p.m. (*prevailing* Eastern Time) on November 5, 2024 for Docket Nos. 472 and 473 and November 13, 2024 for Docket No. 499. A hearing to consider the Fee Applications is scheduled to be held on November 20, 2024, at 10:00 a.m. (*prevailing* Eastern Time).

3. There were no formal or informal objections to the Fee Applications. The undersigned hereby submits the proposed form of omnibus order attached hereto as **Exhibit 1** (the "**Proposed Order**"), approving the Fee Applications.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit 1** at its earliest convenience.

Dated: November 18, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
carickhoff@chipmanbrown.com
olivere@chipmanbrown.com
root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*

4863-4088-3451, v. 1