# EXHIBIT A

**(Interim Fee Index)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>**Docket Nos. 472, 473, and 499** |

**INDEX REGARDING HEARING ON INTERIM FEE APPLICATIONS SCHEDULED
FOR NOVEMBER 20, 2024, AT 10:30 A.M. (*PREVAILING* EASTERN TIME)**

**I.    DEBTORS' PROFESSIONALS:**

*Chipman Brown Cicero & Cole, LLP*

1. First Interim Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from June 7, 2024 Through and Including August 31, 2024, filed on October 23, 2024 [Docket No. 499].

    (a) First Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from June 7, 2024 Through and Including June 30, 2024, filed on July 31, 2024 [Docket No. 270].

    (b) Second Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from July 1, 2024 Through and Including July 31, 2024, filed on August 13, 2024 [Docket No. 291].

    (c) Certificate of No Objection, filed on August 22, 2024 [Docket No. 334].

    (d) Certificate of No Objection, filed on September 16, 2024 [Docket No. 407].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

 (e) Third Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2024 Through and Including August 30, 2024, filed on September 24, 2024 [Docket No. 415].

 (f) *Amended* Certificate of No Objection, filed on September 30, 2024 [Docket No. 424].

 (g) Certificate of No Objection, filed on October 17, 2024 [Docket No. 479].

**II.**   **COMMITTEE PROFESSIONALS:**

*Saul Ewing LLP*

2.   First Interim Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period June 26, 2024 Through August 31, 2024, filed on October 15, 2024 [Docket No. 472].

 (a) First Monthly Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 26, 2024 Through July 31, 2024, filed on September 3, 2024 [Docket No. 361].

 (b) Certification of No Objection, filed on September 26, 2024 [Docket No. 417].

 (c) Second Monthly Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 Through August 31, 2024, filed on October 3, 2024 [Docket No. 458].

 (d) Certification of No Objection, filed on October 25, 2024 [Docket No. 529].

*Alvarez & Marsal North America, LLC*

3.   First Interim Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from June 27, 2024 Through August 31, 2024, filed on October 15, 2024 [Docket No. 473].

 (a) First Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from June 27, 2024 Through July 31, 2024, filed on September 3, 2024 [Docket No. 360].

 (b) Certification of No Objection, filed on September 26, 2024 [Docket No. 418].

- 2 -

4870-4441-8808, v. 1

(c)      Second Monthly Fee Application of Alvarez & Marsal North America, LLC for Payment of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2024 Through August 31, 2024, filed on October 3, 2024 [Docket No. 459].

(d)      Certification of No Objection, filed on October 25, 2024 [Docket No. 530].