# **<u>EXHIBIT A</u>**

**INTERIM FEE CHART**

# OPTIO RX, LLC
## INTERIM FEE APPLICATIONS

| PROFESSIONAL AND ROLE | DOCKET NO. | PERIOD COVERED | FEES APPROVED | EXPENSES APPROVED | TOTAL APPROVED |
|---|---|---|---|---|---|
| **DEBTORS' PROFESSIONALS:** | | | | | |
| Chipman Brown Cicero & Cole, LLP — Counsel to Debtors | 499 | 06.07.2024 — 08.31.2024 | $571,789.00 | $6,808.01 | $578,597.01 |
| **COMMITTEE PROFESSIONALS:** | | | | | |
| Saul Ewing LLP — Counsel to Committee | 472 | 06.26.2024 — 08.31.2024 | $311,916.00 | $7,087.72 | $319,003.72 |
| Alvarez & Marsal North America, LLC — Financial Advisor to Committee | 473 | 06.27.2024 — 08.31.2024 | $244,612.50 | $10.51 | $244,623.01 |