**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>Objection Deadline: December 10, 2024, at 4:00 p.m. (Eastern Time) |

**NOTICE OF FIFTH MONTHLY APPLICATION OF
CHIPMAN BROWN CICERO & COLE, LLP, FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS
AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
OCTOBER 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024**

PLEASE TAKE NOTICE that on November 19, 2024, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Fifth Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2024 Through and Including October 31, 2024* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Application, must be filed on or before **December 10, 2024, at 4:00 p.m. (*prevailing* Eastern Time)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that at the same time, you must serve a copy of the response on the following parties so as to be received on or before the Objection Deadline:

(a)   DEBTORS, 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062 (Attn: Leo LaFranco, Chief Financial Officer (llafranco@optiorx.com);

(b)   COUNSEL TO THE DEBTORS, *Chipman Brown Cicero & Cole LLP*, 1313 North Market Street, Suite 5400 Wilmington, Delaware 19801 (*Attn*: William E. Chipman, Jr., Esquire   (chipman@chipmanbrown.com);   David   W.   Carickhoff,   Esquire

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

(carickhoff@chipmanbrown.com);        Mark        D.        Olivere,        Esquire (olivere@chipmanbrown.com); and Alan M. Root, Esquire (root@chipmanbrown.com));

(c)    COUNSEL TO THE DIP LENDER, *DLA Piper LLP (US)*, 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (*Attn*: Stuart Brown, Esquire (stuart.brown@dlapiper.com);

(d)    COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *Saul Ewing LLP*, (a) 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801 (*Attn*: Evan T. Miller, Esquire (evan.miller@saul.com) and Nicholas Smargiassi, Esquire (nicholas.smargiassi@saul.com), (b) 161 North Clark Street, Suite 4200, Chicago, Illinois 60601 (*Attn*: Michelle G. Novick, Esquire (michelle.novick@saul.com); and (c) 701 Brickell Avenue, Suite 1700, Miami, Florida 33131 (*Attn*: Jorge Garcia, Esquire (jorge.garcia@saul.com); and

(e)    Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jon W. Lipshie, Esquire (jon.lipshie@usdoj.gov)).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Interim Compensation Order, if no objection to the Application is timely filed, served, and received by the Objection Deadline, CBCC may file a certificate of no objection (a "**CNO**") with the Court with respect to the fees and expenses requested in the Application.  Upon filing of a CNO, the Debtors will be authorized and directed to pay CBCC, without need for further order of the Court, an amount equal to the lesser of (i) eighty percent (80%) of the fees and one hundred percent (100%) of expenses requested in the Application or (ii) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application that are not subject to an objection.

Dated: November 19, 2024
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**


*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:        chipman@chipmanbrown.com
         carickhoff@chipmanbrown.com
         olivere@chipmanbrown.com
         root@chipmanbrown.com

*Counsel for Debtors and*
*Debtors in Possession*

4854-6758-3225, v. 1