# **<u>EXHIBIT A</u>**

**(Summary of Services Rendered)**

# EXHIBIT A

### COMPENSATION BY PROFESSIONAL FOR THE PERIOD
### OCTOBER 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024

| NAME OF PROFESSIONAL INDIVIDUAL | POSITION, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Adam D. Cole | Partner; Member of the New York Bar since 1991 | $795.00 | 13.6 | $10,812.00 |
| William E. Chipman, Jr. | Partner; Member of the Delaware Bar since 1999 | $850.00 | 36.5 | $31,025.00 |
| Mark D. Olivere | Partner; Member of the Delaware Bar since 2002 | $550.00 | 19.7 | $10,835.00 |
| Alan M. Root | Partner; Member of the Delaware Bar since 2010 | $525.00 | 0.2 | $105.00 |
| Mariska Suparman | Associate; Member of the Delaware Bar since 2023 | $350.00 | 0.3 | $105.00 |
| Michelle M. Dero | Paralegal | $300.00 | 29.3 | $8,790.00 |
| Lauren Hitchens | Paralegal | $250.00 | 0.3 | $75.00 |
| | | TOTAL: | 99.9 | $61,747.00 |
| | | ATTORNEY COMPENSATION: | | $52,882.00 |
| | | TOTAL ATTORNEY HOURS: | | 70.3 |
| | | BLENDED HOURLY RATE OF ALL TIMEKEEPERS: | | $618.09 |