# **EXHIBIT B**

**(Time Detail)**

# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| B110 Case Administration | 7.2 | $2,770.00 |
| B120 Asset Analysis and Recovery | 0.0 | $0.00 |
| B130 Asset Disposition | 20.1 | $15,530.00 |
| B140 Relief from Stay/Adequate Protection Proceeding | 0.4 | $340.00 |
| B150 Meetings of and Communications with Creditors | 2.1 | $1,245.00 |
| B160 Fee/Employment Applications | 15.3 | $6,610.00 |
| B170 Fee/Employment Objections | 0.0 | $0.00 |
| B180 Avoidance Action Analysis | 0.0 | $0.00 |
| B185 Assumption/Rejection of Leases and Contracts | 1.9 | $1,000.00 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 26.1 | $17,963.50 |
| B195 Non-Working Travel | 0.0 | $0.00 |
| B200 Operations | 0.0 | $0.00 |
| B210 Business Operations | 3.3 | $1,015.00 |
| B220 Employee Benefits/Pension | 0.0 | $0.00 |
| B230 Financing/Cash Collateral | 0.0 | $0.00 |
| B240 Tax Issues | 0.0 | $0.00 |
| B250 Real Estate | 0.0 | $0.00 |
| B260 Board of Director Matters | 0.0 | $0.00 |
| B300 Claims and Plan | 0.0 | $0.00 |
| B310 Claims Administration and Objections | 7.7 | $4,723.50 |
| B320 Plan and Disclosure Statement (including business plan) | 15.8 | $10,550.00 |
| B400 Bankruptcy-Related Advice | 0.0 | $0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.0 | $0.00 |
| B420 Restructurings | 0.0 | $0.00 |
| **TOTAL:** | **99.9** | **$61,747.00** |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10.01.2024 | Michelle M. Dero | B110 Case Administration | Review email message from G. Matthews, Reliable, attaching September 30 transcript (.1); Save and email same to CBCC and client teams and lenders' counsel (.1) | 0.20 | $300.00 | $60.00 |
| 10.01.2024 | Mark D. Olivere | B110 Case Administration | Consult with W. Chipman regarding case developments and status | 0.20 | $550.00 | $110.00 |
| 10.02.2024 | Michelle M. Dero | B110 Case Administration | Review email message from W. Chipman regarding October hearing date and reply to same | 0.10 | $300.00 | $30.00 |
| 10.08.2024 | Michelle M. Dero | B110 Case Administration | Review email message from W. Chipman regarding critical dates (.1); Review pleadings and update critical dates calendar (.1) | 0.20 | $300.00 | $60.00 |
| 10.09.2024 | Michelle M. Dero | B110 Case Administration | Emails with D. Gadson, Judge Horan's chambers, regarding November hearing date (.1); Emails with W. Chipman regarding same (.1); Prepare certification of counsel and proposed order (.2); Finalize and file *Certification of Counsel Regarding Scheduling of Omnibus Hearing Date* (.2) and upload proposed order (.1) | 0.70 | $300.00 | $210.00 |
| 10.16.2024 | Lauren Hitchens | B110 Case Administration | Prepare binder for Judge Horan | 0.30 | $250.00 | $75.00 |
| 10.16.2024 | Michelle M. Dero | B110 Case Administration | Review pleadings and prepare October 23 agenda notice | 0.30 | $300.00 | $90.00 |
| 10.16.2024 | Mark D. Olivere | B110 Case Administration | Emails with M. Dero and W. Chipman regarding draft October 23 hearing agenda and status of matters | 0.20 | $550.00 | $110.00 |
| 10.18.2024 | Michelle M. Dero | B110 Case Administration | Review email message from W. Chipman regarding private sale hearing (.1); Prepare certification of counsel and proposed order regarding same (.2); Finalize and file *Certification of Counsel Regarding Scheduling of Omnibus Hearing Date* (.2) and upload proposed order (.1); Calendar deadlines (.1) | 0.70 | $300.00 | $210.00 |
| 10.21.2024 | William E. Chipman, Jr. | B110 Case Administration | Review and revise draft hearing agenda and coordinate filing and service of same | 0.10 | $850.00 | $85.00 |
| 10.21.2024 | Michelle M. Dero | B110 Case Administration | Review email message from M. Olivere regarding removal extension motion (.1); Prepare certificate of no objection (.2); Finalize and file *Certificate of No Objection Regarding Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Extending the Time to File Notices of Removal of Related Proceedings* (.2) and upload proposed order (.1) | 0.60 | $300.00 | $180.00 |
| 10.21.2024 | Michelle M. Dero | B110 Case Administration | Update/revise October 23 agenda notice and email same to W. Chipman and M. Olivere for review/comment (.2); Finalize and file *Notice of Agenda of Matters Scheduled for Hearing on October 23, 2024* (.2); Email as-filed copy to chambers (.1); Organize pleadings and email same to DLS regarding preparation and delivery of binder to Judge Horan's chambers (.2); Emails with Stretto regarding service of agenda notice (.1) | 0.80 | $300.00 | $240.00 |
| 10.21.2024 | Michelle M. Dero | B110 Case Administration | Retrieve *Order Scheduling Omnibus Hearing Date* and email to Stretto regarding service of same | 0.10 | $300.00 | $30.00 |
| 10.21.2024 | Michelle M. Dero | B110 Case Administration | Prepare October 23 amended agenda notice and email same to W. Chipman for review/comment (.2); Finalize and file *Notice of Amended Agenda of Matters Scheduled for Hearing on October 23, 2024* (.2); Email as-filed copy to chambers (.1); Emails with Stretto regarding service of amended agenda notice (.1) | 0.60 | $300.00 | $180.00 |
| 10.21.2024 | Mark D. Olivere | B110 Case Administration | Review and comment on draft October 23 agenda and status of matters | 0.30 | $550.00 | $165.00 |
| 10.21.2024 | Mark D. Olivere | B110 Case Administration | Review status of removal extension motion and docket (.1); Review draft certificate of no objection for same (.1) | 0.20 | $550.00 | $110.00 |
| 10.21.2024 | Mark D. Olivere | B110 Case Administration | Emails with W. Chipman and M. Dero regarding amended agenda and status of matters for October 23 hearing (.1); Review draft of same (.1) | 0.20 | $550.00 | $110.00 |
| 10.22.2024 | William E. Chipman, Jr. | B110 Case Administration | Communications internally and with chambers regarding cancellation of hearing (.1); Review adn coordinate filing and service of agenda cancelling hearing (.1) | 0.20 | $850.00 | $170.00 |
| 10.22.2024 | Michelle M. Dero | B110 Case Administration | Retrieve *Order Extending the Time to File Notices of Removal of Related Proceedings* and calendar deadlines (.1); Emails with Stretto regarding service of order (.1) | 0.20 | $300.00 | $60.00 |
| 10.22.2024 | Michelle M. Dero | B110 Case Administration | Review email message from D. Gadson, Judge Horan's chambers, regarding canceling hearing (.1); Prepare, finalize and file *Notice of Second Amended Agenda of Matters Scheduled for Hearing on October 23, 2024* (.3); Emails with Stretto regarding service of amended agenda notice (.1) | 0.50 | $300.00 | $150.00 |
| 10.22.2024 | Mark D. Olivere | B110 Case Administration | Correspondence with chambers regarding entry of orders and hearing cancellation | 0.10 | $550.00 | $55.00 |

Chipman Brown Cicero Cole, LLP  
October 1, 2024 through October 31, 2024

Case 24-11188-TMH    Doc 548-3    Filed 11/19/24    Page 4 of 14  
TIME DETAIL

Invoice No. 17114  
Dated: November 13, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10.22.2024 | Mark D. Olivere | B110 Case Administration | Review and comment on draft amended agenda for October 23 hearing and oversee filing and service | 0.20 | $550.00 | $110.00 |
| 10.25.2024 | William E. Chipman, Jr. | B110 Case Administration | Communications with client (.1) and U.S. Trustee regarding U.S. Trustee fee invoices and related maters (.1) | 0.20 | $850.00 | $170.00 |
| | | | **B110 TOTAL:** | **7.20** | | **$2,770.00** |
| 10.15.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Telephone call with client regarding process for potential sale of assets | 0.20 | $850.00 | $170.00 |
| 10.16.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Review LOIs for sale of pet business operations and email client regarding same | 0.40 | $850.00 | $340.00 |
| 10.16.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Telephone call with client and counsel for DIP lenders regarding pet pharmacy asset sale | 0.40 | $850.00 | $340.00 |
| 10.16.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Begin drafting sale motion for pet pharmacy business assets | 1.90 | $850.00 | $1,615.00 |
| 10.16.2024 | Mark D. Olivere | B130 Asset Disposition | Correspondence with W. Chipman regarding private sale motion | 0.20 | $550.00 | $110.00 |
| 10.16.2024 | Alan M. Root | B130 Asset Disposition | Communications with W. Chipman regarding private sale motion | 0.20 | $525.00 | $105.00 |
| 10.17.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Drafting private sale motion and order for veterinary business assets | 4.10 | $850.00 | $3,485.00 |
| 10.17.2024 | Michelle M. Dero | B130 Asset Disposition | Review email message from W. Chipman to client team regarding private sale motion and review J. Johnston's reply | 0.10 | $300.00 | $30.00 |
| 10.17.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Telephone call with purchaser's counsel regarding sale of pet pharmacy business (.3); Revise sale order and sale motion and forward same to purchaser's counsel for review (.4) | 0.70 | $850.00 | $595.00 |
| 10.17.2024 | Mark D. Olivere | B130 Asset Disposition | Emails with client regarding draft sale motion | 0.10 | $550.00 | $55.00 |
| 10.18.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Revise Draft Private Sale Motion with information provided by client on sale process and revise exhibits. | 0.30 | $850.00 | $255.00 |
| 10.18.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Multiple revisions to sale motion for Pet Pharmacy assets (.9); Review and revise purchaser revised LOIs (.5); Multiple telephone calls and emails with client regarding same (1.1); Multiple telephone calls and emails with counsel for purchaser regarding same (.5); Obtain hearing date from court (.4) | 3.40 | $850.00 | $2,890.00 |
| 10.18.2024 | Michelle M. Dero | B130 Asset Disposition | Review email messages between W. Chipman, L. LaFranco, J. Johnston and others regarding private sale motion LOIs | 0.10 | $300.00 | $30.00 |
| 10.18.2024 | Mark D. Olivere | B130 Asset Disposition | Correspondence with client regarding draft private sale motion | 0.20 | $550.00 | $110.00 |
| 10.21.2024 | Michelle M. Dero | B130 Asset Disposition | Emails regarding private sale status | 0.10 | $300.00 | $30.00 |
| 10.21.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Multiple communications with client (.5); counsel for lenders (.4) and counsel for purchaser (.3) regarding LOIs for pet pharmacy sale; Revise and send LOIs to counsel for Purchaser (.4) | 1.60 | $850.00 | $1,360.00 |
| 10.22.2024 | Michelle M. Dero | B130 Asset Disposition | Review emails regarding status of private sale motion signatures (.1); Prepare comparison of private sale motion and email same to W. Chipman (.1) | 0.20 | $300.00 | $60.00 |
| 10.22.2024 | Michelle M. Dero | B130 Asset Disposition | Review email message from W. Chipman attaching LOIs (.1); Prepare notice of motion (.2); Update private sale motion per comments (.1); Email message to W. Chipman regarding signature pages for LOIs (.1) | 0.50 | $300.00 | $150.00 |
| 10.22.2024 | Michelle M. Dero | B130 Asset Disposition | Review email messages between A. Glover and W. Chipman regarding LOIs and save same (.1); Finalize and file *Debtors' Motion for Order (I) Authorizing Private Sale of (A) Substantially All of the Assets of Debtor The Pet Apothecary, LLC and (B) the Veterinary Files and Related Assets of Debtor SBH Medical, LLC Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief* (.2); Emails with Stretto regarding service of motion (.1); Calendar deadlines (.1) | 0.50 | $300.00 | $150.00 |
| 10.22.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Numerous communications with purchasers counsel regarding finalization of LOIs (.4); Obtain signature pages for LOIs (.3); Communications with client regarding same (.3); Revise form of order (.2); Final review, revisions and coordinate filing and service of pet pharmacy sale motion (.5) | 1.70 | $850.00 | $1,445.00 |

Chipman Brown Cicero Cole, LLP  
October 1, 2024 through October 31, 2024

TIME DETAIL

Invoice No. 17114  
Dated: November 13, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10.22.2024 | Mark D. Olivere | B130 Asset Disposition | Consult regarding noticing and service issues for sale motion | 0.20 | $550.00 | $110.00 |
| 10.22.2024 | Mark D. Olivere | B130 Asset Disposition | Correspondence with Stretto regarding service details for private sale motion | 0.20 | $550.00 | $110.00 |
| 10.23.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Telephone call with U.S. Trustee regarding personally identifiable information and company policies (.1); Communications with client regarding same (.4) | 0.50 | $850.00 | $425.00 |
| 10.23.2024 | Mark D. Olivere | B130 Asset Disposition | Correspondence with client regarding U.S. Trustee's comments to pet pharmacy sale | 0.10 | $550.00 | $55.00 |
| 10.24.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Communications with client regarding PII policy (.3); Review policy and forward to U.S. Trustee (.2) | 0.50 | $850.00 | $425.00 |
| 10.25.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Communications with U.S. Trustee regarding PII issue (.2); Communications with client and counsel for lenders regarding same (.2); Draft declaration resolving U.S. Trustee's issues (.4); Circulate same to client and U.S. Trustee for review and comment (.1) | 0.90 | $850.00 | $765.00 |
| 10.25.2024 | Michelle M. Dero | B130 Asset Disposition | Review email messages between W. Chipman and L. LaFranco regarding declaration (.1); Emails with W. Chipman regarding exhibit (.1); Finalize and file *LaFranco Declaration in Support of Debtors' Motion for Order (I) Authorizing Private Sale of (A) Substantially All of the Assets of Debtor The Pet Apothecary, LLC and (B) Veterinary Files and Related Assets of Debtor SBH Medical, LLC Free and Clear of All Liens, Claims, Encumbrances and Other Interests and (II) Granting Other Related Relief* (.2); Emails with Stretto regarding service of declaration (.1) | 0.50 | $300.00 | $150.00 |
| 10.25.2024 | Mark D. Olivere | B130 Asset Disposition | Review LaFranco declaration in support of private sale | 0.30 | $550.00 | $165.00 |
| | | | **B130 TOTAL:** | **20.10** | | **$15,530.00** |
| 10.03.2024 | William E. Chipman, Jr. | B140 Relief from Stay/Adequate Protection Proceedings | Telephone call with Patel's counsel regarding sanctions payment and forward email request from Patel's counsel to client and DIP lenders' counsel | 0.20 | $850.00 | $170.00 |
| 10.21.2024 | William E. Chipman, Jr. | B140 Relief from Stay/Adequate Protection Proceedings | Communications with counsel for Patel and lenders regarding comments to set-off preservation order | 0.20 | $850.00 | $170.00 |
| | | | **B140 TOTAL:** | **0.40** | | **$340.00** |
| 10.08.2024 | Mark D. Olivere | B150 Meetings of and Communications with Creditors | Correspondence with Texas Comptroller regarding franchise tax and plan issues | 0.20 | $550.00 | $110.00 |
| 10.17.2024 | William E. Chipman, Jr. | B150 Meetings of and Communications with Creditors | Communications with client regarding Wells Fargo lease payment issue | 0.20 | $850.00 | $170.00 |
| 10.18.2024 | Mark D. Olivere | B150 Meetings of and Communications with Creditors | Emails with Teas Attorney General regarding status of confirmation order and franchise tax reports | 0.20 | $550.00 | $110.00 |
| 10.21.2024 | Mark D. Olivere | B150 Meetings of and Communications with Creditors | Correspondence with client and Texas Attorney General regarding outstanding filings | 0.20 | $550.00 | $110.00 |
| 10.21.2024 | Mark D. Olivere | B150 Meetings of and Communications with Creditors | Review correspondence and draft stipulation concerning setoff rights | 0.20 | $550.00 | $110.00 |
| 10.22.2024 | William E. Chipman, Jr. | B150 Meetings of and Communications with Creditors | Communications with Wells Fargo and client related to lease issues | 0.10 | $850.00 | $85.00 |
| 10.22.2024 | Mark D. Olivere | B150 Meetings of and Communications with Creditors | Correspondence with counsel for landlord regarding case status and distribution details | 0.40 | $550.00 | $220.00 |
| 10.22.2024 | Mark D. Olivere | B150 Meetings of and Communications with Creditors | Review in response to landlord inquiry and consult with W. Chipman on same | 0.30 | $550.00 | $165.00 |
| 10.28.2024 | Mark D. Olivere | B150 Meetings of and Communications with Creditors | Correspondence with counsel for Baybridge regarding draft setoff stipulation and effective date status | 0.20 | $550.00 | $110.00 |

Chipman Brown Cicero Cole, LLP
October 1, 2024 through October 31, 2024

Case 24-11188-TMH    Doc 548-3    Filed 11/19/24    Page 6 of 14
TIME DETAIL

Invoice No. 17114
Dated: November 13, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10.30.2024 | Mark D. Olivere | B150 Meetings of and Communications with Creditors | Follow-up email with counsel for Baybridge regarding draft setoff stipulation | 0.10 | $550.00 | $55.00 |
| | | | **B150 TOTAL:** | **2.10** | | **$1,245.00** |
| 10.03.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Retrieve Saul Ewing's second monthly application and email same to CBCC team and calendar deadlines | 0.10 | $300.00 | $30.00 |
| 10.03.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Begin preparation of CBCC's September monthly application, including exhibits | 1.00 | $300.00 | $300.00 |
| 10.03.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Email with M. Dero regarding September fee application | 0.10 | $550.00 | $55.00 |
| 10.03.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Review Saul Ewing and A&M's monthly fee applications | 0.30 | $550.00 | $165.00 |
| 10.04.2024 | William E. Chipman, Jr. | B160 Fee/Employment Applications | Review Committee counsel's second monthly fee application | 0.30 | $850.00 | $255.00 |
| 10.04.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Begin preparation of CBCC's first interim application, including review of monthly applications | 1.50 | $300.00 | $450.00 |
| 10.07.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Prepare CBCC's first interim application and related pleadings and email same to W. Chipman and M. Olivere for review/comment | 2.00 | $300.00 | $600.00 |
| 10.07.2024 | William E. Chipman, Jr. | B160 Fee/Employment Applications | Revisions to CBCC's first interim fee application | 0.80 | $850.00 | $680.00 |
| 10.07.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Correspondence with M. Dero and W. Chipman regarding CBCC's first interim fee application | 0.20 | $550.00 | $110.00 |
| 10.09.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Prepare CBCC's fourth monthly application, including attachments and email same to W. Chipman and M. Olivere for review/comment | 2.00 | $300.00 | $600.00 |
| 10.09.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Correspondence with M. Dero regarding CBCC's fourth monthly fee application | 0.20 | $550.00 | $110.00 |
| 10.10.2024 | William E. Chipman, Jr. | B160 Fee/Employment Applications | Review and revise CBCC's fourth monthly fee application | 0.70 | $850.00 | $595.00 |
| 10.10.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review email message from W. Chipman regarding comments to exhibits to CBCC's fourth monthly application (.1); Update/revise exhibits and corresponding information in application (.4) | 0.50 | $300.00 | $150.00 |
| 10.10.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review email message from W. Chipman regarding certificate of no objection status concerning A&M's monthly applications | 0.10 | $300.00 | $30.00 |
| 10.10.2024 | William E. Chipman, Jr. | B160 Fee/Employment Applications | Communications with client regarding A&M's fees and expenses (.1); Locate and forward to client certificate of no objection for A&M's first monthly fee application (.2) | 0.30 | $850.00 | $255.00 |
| 10.10.2024 | William E. Chipman, Jr. | B160 Fee/Employment Applications | Review revisions to CBCC's fourth monthly fee application | 0.30 | $850.00 | $255.00 |
| 10.10.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Consult with W. Chipman and M. Dero regarding draft CBCC's September fee application and exhibits | 0.20 | $550.00 | $110.00 |
| 10.11.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Consult with W. Chipman regarding draft CBCC's September fee application | 0.10 | $550.00 | $55.00 |
| 10.15.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Retrieve *First Interim Fee Application of Saul Ewing Counsel to Official Committee of Unsecured Creditors for June 26, 2024 to August 31, 2024* and email same to CBCC team (.1) and calendar deadlines (.1) | 0.20 | $300.00 | $60.00 |
| 10.15.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Retrieve *First Interim Fee Application of Alvarez & Marsal North America LLC for June 27, 2024 to August 31, 2024* and email same to CBCC team (.1) and calendar deadlines (.1) | 0.20 | $300.00 | $60.00 |
| 10.15.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Finalize and file *Fourth Monthly Application of Chipman Brown Cicero & Cole LLP for September 2024* (.2); Emails with Stretto regarding service (.1); Calendar deadlines (.1) | 0.40 | $300.00 | $120.00 |
| 10.15.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Review Committee professionals' first interim fee applications | 0.30 | $550.00 | $165.00 |
| 10.16.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Prepare certificate of no objection regarding CBCC's third monthly application | 0.20 | $300.00 | $60.00 |

Chipman Brown Cicero Cole, LLP  
October 1, 2024 through October 31, 2024

TIME DETAIL

Invoice No. 17114  
Dated: November 13, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10.17.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Finalize and file *Certificate of No Objection to Third Monthly Application of Chipman Brown Cicero & Cole, LLP for August 2024* | 0.20 | $300.00 | $60.00 |
| 10.17.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Correspondence with M. Dero re: CNO for CBCC 3rd monthly fee app | 0.10 | $550.00 | $55.00 |
| 10.18.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Emails with W. Chipman regarding CBCC's first interim application (.1); Update/revise CBCC's first interim application and related notice (.2) | 0.30 | $300.00 | $90.00 |
| 10.18.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Review and comment on draft CBCC's interim fee application | 0.50 | $550.00 | $275.00 |
| 10.21.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Update CBCC's first interim application and notice | 0.20 | $300.00 | $60.00 |
| 10.21.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Consult with W. Chipman and M. Dero regarding interim fee application revisions | 0.10 | $550.00 | $55.00 |
| 10.21.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Follow up email with W. Chipman regarding CBCC's first interim fee applicatioon | 0.10 | $550.00 | $55.00 |
| 10.23.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review email message from W. Chipman regarding interim application (.1); Update interim application and notice (.1); Finalize and file *First Interim Application of Chipman Brown Cicero & Cole, LLP for June 7, 2024 Through August 31, 2024* (.2); Emails with Stretto regarding service of interim application (.1); Calendar deadlines (.1) | 0.60 | $300.00 | $180.00 |
| 10.23.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Correspondence with M. Dero regarding interim application filing and service | 0.10 | $550.00 | $55.00 |
| 10.24.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review email message from M. Olivere regarding fee applications (.1); Email message to L. LaFranco attaching monthly applications filed to date (.2) | 0.30 | $300.00 | $90.00 |
| 10.24.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Telephone call with client regarding estate professionals fee applications | 0.20 | $550.00 | $110.00 |
| 10.24.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Consult with M. Dero and oversee circulation of estate professional fee applications to client | 0.20 | $550.00 | $110.00 |
| 10.28.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review email messages between W. Chipman and L. LaFranco and reply to same attaching interim applications | 0.10 | $300.00 | $30.00 |
| 10.29.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Prepare certificate of no objection regarding CBCC's fourth monthly application and email same to W. Chipman and M. Olivere | 0.20 | $300.00 | $60.00 |
| 10.30.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Consult with M. Dero regading certificate of no objection for fourth monthly fee application | 0.10 | $550.00 | $55.00 |
| | | | **B160 TOTAL:** | 15.30 | | $6,610.00 |
| 10.02.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Review response status and draft certificate of no objection for lease rejection motion (.1); Email with M. Dero on same (.1) | 0.20 | $550.00 | $110.00 |
| 10.03.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Emails with W. Chipman regarding certificate of no objection concerning Central lease rejection motion (.1); Update certificate of no objection and email same to with proposed order to DIP lenders' counsel for review (.1) | 0.20 | $300.00 | $60.00 |
| 10.03.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Correspondence with W. Chipman and M. Dero regarding status of lease rejection motion | 0.10 | $550.00 | $55.00 |
| 10.11.2024 | William E. Chipman, Jr. | B185 Assumption/Rejection of Leases and Contracts | Communications with Wells Fargo and client regarding lease payments | 0.10 | $850.00 | $85.00 |
| 10.16.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Emails with W. Chipman regarding objection status concerning Central Pharmacy lease | 0.10 | $300.00 | $30.00 |
| 10.17.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Review emails from M. Olivere and W. Chipman regarding objection status (.1); Revise schedule 1 for uploading (.1); Finalize and file *Certificate of No Objection regarding Debtors' Motion for Order (I) Authorizing (A) Rejection of Unexpired Lease of Nonresidential Real Property and (B) Abandonment of Certain Personal Property in Connection Therewith and (II) Granting Related Relief* (.2) and upload proposed order (.1) | 0.50 | $300.00 | $150.00 |

Chipman Brown Cicero Cole, LLP  
October 1, 2024 through October 31, 2024

Case 24-11188-TMH    Doc 548-3    Filed 11/19/24    Page 8 of 14  
TIME DETAIL

Invoice No. 17114  
Dated: November 13, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10.17.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Retrieve *Order (I) Authorizing (A) Rejection of Unexpired Lease of Nonresidential Real Property and (B) Abandonment of Certain Personal Property in Connection Therewith Each Effective as of the Rejection Date and (II) Granting Related Relief* and emails to Stretto regarding service of same | 0.10 | $300.00 | $30.00 |
| 10.17.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Email with W. Chipman regarding certificate of no objection for motion to reject nonresidential lease | 0.10 | $550.00 | $55.00 |
| 10.29.2024 | William E. Chipman, Jr. | B185 Assumption/Rejection of Leases and Contracts | Review emails and line documents (.3); Communications with client regarding lien on SBH lease that was assumed by Debtors under the Plan (.2) | 0.50 | $850.00 | $425.00 |
| | | | **B185 TOTAL:** | **1.90** | | **$1,000.00** |
| 10.01.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review draft response to Patel's motion for setoff | 0.40 | $550.00 | $220.00 |
| 10.01.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review W. Chipman's comments to draft objection to Patel's setoff motion | 0.20 | $550.00 | $110.00 |
| 10.02.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Analysis of Skin Medicinals' reply in support of motion to withdraw reference | 0.50 | $550.00 | $275.00 |
| 10.03.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve K. Farnan's letter to Judge Noreika requesting oral argument and email same to CBCC team | 0.10 | $300.00 | $30.00 |
| 10.03.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review letter to Judge Noreika regarding oral argument | 0.20 | $550.00 | $110.00 |
| 10.03.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Update research and revisions to Skin Medicinals' summary judgment motion | 1.40 | $795.00 | $1,113.00 |
| 10.04.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review as filed Debtors' limited objection to Patel's motion for setoff | 0.20 | $550.00 | $110.00 |
| 10.04.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with A. Cole regarding Debtors' motion for summary judgment on Skin Medicinals' administrative claim | 0.20 | $850.00 | $170.00 |
| 10.04.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve Skin Medicinals LLC's Letter to the Honorable Maryellen Noreika Regarding October 3, 2024 Letter from Optio Rx LLC Regarding Request for Oral Argument and email same to CBCC and client teams and DIP lenders' counsel | 0.10 | $300.00 | $30.00 |
| 10.04.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Chipman regarding summary judgment motion regarding Skin Medicinals' administrative expense request | 0.20 | $795.00 | $159.00 |
| 10.04.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Revisions to summary judgment motion on Skin Medicinals' administrative expense claim | 1.40 | $795.00 | $1,113.00 |
| 10.04.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review Skin Medicinals' letter to Judge Noreika | 0.20 | $550.00 | $110.00 |
| 10.07.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and forward revised draft motion for summary judgment related to Skin Medicinals' claims | 0.40 | $850.00 | $340.00 |
| 10.07.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with client regarding Patel's proposal (.1); Respond to email proposal from Patel's counsel on payment of sanctions (.1) | 0.20 | $850.00 | $170.00 |
| 10.07.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Review DIP lenders' counsel's comments to revised motion for summary judgment | 0.20 | $850.00 | $170.00 |
| 10.07.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with K. Farnan regarding comments to motion for summary judgment and related issues | 0.30 | $850.00 | $255.00 |

Chipman Brown Cicero Cole, LLP  
October 1, 2024 through October 31, 2024

Case 24-11188-TMH    Doc 548-3    Filed 11/19/24    Page 9 of 14
TIME DETAIL

Invoice No. 17114  
Dated: November 13, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10.07.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with A. Cole and forward preliminary injunction hearing transcripts and preliminary injunction order | 0.30 | $850.00 | $255.00 |
| 10.07.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Revisions to Skin Medicinals' summary judgment motion | 1.50 | $795.00 | $1,192.50 |
| 10.07.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with W. Chipman regarding summary judgment issues | 0.20 | $795.00 | $159.00 |
| 10.08.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Review email message from A. Cole regarding motion and memorandum of law in support of summary judgment motion (.1); Save same cleanup and run tables (.5); Revise summary judgment motion to add additional caption parties (.1); Review email message from W. Chipman attaching exhibits and save same (.2); Email message to D. Gadson and A. Hrycak Judge Horan's chambers regarding mid-November hearing date (.1) | 1.00 | $300.00 | $300.00 |
| 10.08.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Attention to obtaining hearing date for summary judgment motion | 0.20 | $850.00 | $170.00 |
| 10.08.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Final revisions to motion for summary judgment motion compile supporting declaration and documents | 2.60 | $795.00 | $2,067.00 |
| 10.08.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Review numerous comments from counsel for DIP lenders and RLF team to summary judgment motion and confer with A. Cole regarding revisions (.5); Review bankruptcy rules regarding timing and deadlines (.4) | 0.90 | $850.00 | $765.00 |
| 10.08.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with Patel's counsel regarding sanctions payment; Obtain and send wire instructions from client to Patel's counsel | 0.20 | $850.00 | $170.00 |
| 10.08.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Review email message from W. Chipman regarding memorandum of law in support of summary judgment motion (.1); Prepare blackline comparison and email to same (.1) | 0.20 | $300.00 | $60.00 |
| 10.09.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Obtain and circulate hearing date for motion for summary judgment (.2); Final review of motion and memorandum of law for summary judgment and coordinate filing and service of same (.4) | 0.60 | $850.00 | $510.00 |
| 10.09.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Update notice of motion motion for summary judgment memorandum of law and Cole declaration (.2); Finalize and file (i) *Motion for Summary Judgment on Debtors' Objection to Motion of Skin Medicinals LLC for Order Granting an Allowed Administrative Expense* (.2); (ii) *Memorandum of Law in Support of Motion for Summary Judgment* (.2); (iii) *Cole Declaration in Support of Debtors' Motion for Summary Judgment* (.2); Emails with Stretto regarding service of same (.1); Calendar deadlines (.1) | 1.20 | $300.00 | $360.00 |
| 10.09.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review motion for summary judgment memorandum of law and related documents for Skin Medicinals' administrative claim | 1.00 | $550.00 | $550.00 |
| 10.10.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Review email message from W. Chipman regarding service of summary judgment pleadings (.1); Email message to Stretto regarding same (.1) | 0.20 | $300.00 | $60.00 |
| 10.21.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Review email messages between W. Chipman and M. Sawczuk regarding filing certification of counsel concerning Dr. Patel's setoff motion | 0.10 | $300.00 | $30.00 |
| 10.21.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve *Certification of Counsel with Respect to Order Granting Dr. Rinku Patel's Motion for Right to Perform Setoff* | 0.10 | $300.00 | $30.00 |
| 10.22.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve *Order Granting Dr. Rinku Patel's Motion for Right to Perform Setoff* | 0.10 | $300.00 | $30.00 |
| 10.23.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve *Skin Medicinals LLC's Response to Optio Rx's Motion for Summary Judgment on its Objection to Skin Medicinals' Motion for an Allowed Administrative Expense* and email same to CBCC and client teams and DIP lenders' counsel | 0.10 | $300.00 | $30.00 |
| 10.23.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Review Response of Skin Medicinals' to Motion for Summary Judgment | 0.50 | $850.00 | $425.00 |
| 10.25.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Review complaint filed by S. Chitmany and draft email regarding stay violation and request to dismiss the case against the Debtor | 0.50 | $850.00 | $425.00 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10.25.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve *Joint Interim Status Report* and email same to CBCC and client teams and DIP lenders' counsel | 0.10 | $300.00 | $30.00 |
| 10.25.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Analysis of litigation from former employee and consult on same | 0.40 | $550.00 | $220.00 |
| 10.25.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review joint interim status report in Skin Medicinals' adversary | 0.20 | $550.00 | $110.00 |
| 10.29.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Review email message from M. Olivere regarding notice of suggestion concerning Chitmany Minnesota employment matter (.1); Prepare notice of suggestion of bankruptcy (.2); Research regarding case information (.3); Email message to M. Olivere regarding same (.1) | 0.70 | $300.00 | $210.00 |
| 10.29.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Correspondence with counsel for Chitmany re: stay violation and dismissal of litigation (.2) and review notice of dismissal (.1) | 0.30 | $550.00 | $165.00 |
| 10.29.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Analysis and consult regarding mechanics' lien issue | 0.50 | $550.00 | $275.00 |
| 10.29.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Correspondence with Stretto regarding service and notice issues for mechanics lien party | 0.20 | $550.00 | $110.00 |
| 10.31.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Research regarding matters and cases raised in Skin Medicinals' response to motion for summary judgment. | 1.40 | $795.00 | $1,113.00 |
| 10.31.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Draft reply memorandum in further support of motion for summary judgment regarding Skin Medicinals' administrative claim | 4.60 | $795.00 | $3,657.00 |
| | | | **B190 TOTAL:** | **26.10** | | **$17,963.50** |
| 10.23.2024 | Michelle M. Dero | B210 Business Operations | Download and update September monthly operating reports (1.0) Download bank statements for each Debtor and prepare redactions (1.2); Finalize and file Monthly Operating Report for Month Ending September 30 2024 for each Debtor; Emails with Stretto regarding service of monthly operating reports to U.S. Trustee (1.0) | 3.20 | $300.00 | $960.00 |
| 10.24.2024 | Mark D. Olivere | B210 Business Operations | Correspondence with M. Dero regarding September monthly operating reports | 0.10 | $550.00 | $55.00 |
| | | | **B210 TOTAL:** | **3.30** | | **$1,015.00** |
| 10.01.2024 | Mariska Suparman | B310 Claims Administration and Objections | Run redline to drafts of limited objection to Patel's motion for setoff | 0.30 | $350.00 | $105.00 |
| 10.03.2024 | Michelle M. Dero | B310 Claims Administration and Objections | Review email message from S. Brown regarding comments to objection (.1); Finalize and file *Debtors' Limited Objection to Dr. Rinku Patel's Motion to Preserve Right to Perform Setoff* (.2); Emails with Stretto regarding service of same (.1) | 0.50 | $300.00 | $150.00 |
| 10.03.2024 | William E. Chipman, Jr. | B310 Claims Administration and Objections | Communications with client regarding Patel claims | 0.20 | $850.00 | $170.00 |
| 10.03.2024 | Mark D. Olivere | B310 Claims Administration and Objections | Consult regarding Patel claim and analysis | 0.40 | $550.00 | $220.00 |
| 10.07.2024 | William E. Chipman, Jr. | B310 Claims Administration and Objections | Telephone call with DIP lenders regarding Patel's claim and related issues | 0.10 | $850.00 | $85.00 |
| 10.07.2024 | William E. Chipman, Jr. | B310 Claims Administration and Objections | Telephone call with counsel for Patel regarding potential global resolution | 0.20 | $850.00 | $170.00 |
| 10.07.2024 | Mark D. Olivere | B310 Claims Administration and Objections | Correspondence with W. Chipman regarding claim objections | 0.10 | $550.00 | $55.00 |
| 10.07.2024 | Mark D. Olivere | B310 Claims Administration and Objections | Begin reviewing claim and details for objection | 0.50 | $550.00 | $275.00 |
| 10.08.2024 | William E. Chipman, Jr. | B310 Claims Administration and Objections | Telephone call with counsel for Patel regarding settlement counteroffer (.1); Email client and counsel for DIP lenders regarding same (.1) | 0.20 | $850.00 | $170.00 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10.08.2024 | Mark D. Olivere | B310 Claims Administration and Objections | Claim analysis and begin draft objection | 1.50 | $550.00 | $825.00 |
| 10.10.2024 | Mark D. Olivere | B310 Claims Administration and Objections | Consult with A. Cole regarding summary judgment motion for Skin Medicinals' administrative claim | 0.30 | $550.00 | $165.00 |
| 10.16.2024 | Mark D. Olivere | B310 Claims Administration and Objections | Correspondence with Stretto and W. Chipman regarding claims summary and details (.2); Review of same (.2) | 0.40 | $550.00 | $220.00 |
| 10.17.2024 | William E. Chipman, Jr. | B310 Claims Administration and Objections | Review email from Patel's counsel and proposed Patel setoff order and respond to same (.1); Forward same to counsel for DIP lenders and revise form of order (.2) | 0.30 | $850.00 | $255.00 |
| 10.21.2024 | William E. Chipman, Jr. | B310 Claims Administration and Objections | Communications with client regarding mechanics lien just filed by Vernick related to SBH Medical Ltd. (.1); Forward lien information to M. Olivere and A. Root (.1) | 0.20 | $850.00 | $170.00 |
| 10.21.2024 | Mark D. Olivere | B310 Claims Administration and Objections | Review, research and consult regarding SBH Medical Mechanic's lien | 0.70 | $550.00 | $385.00 |
| 10.21.2024 | Mark D. Olivere | B310 Claims Administration and Objections | Correspondence with Stretto regarding notice details for mechanic's lien claimant | 0.20 | $550.00 | $110.00 |
| 10.23.2024 | William E. Chipman, Jr. | B310 Claims Administration and Objections | Review letter from Markel regarding Evanston Insurance denial of coverage letter (.3); Forward same to client (.1); Telephone call with counsel for Markel, E. Shukis, regarding same (.2) | 0.60 | $850.00 | $510.00 |
| 10.23.2024 | William E. Chipman, Jr. | B310 Claims Administration and Objections | Communications with client regarding Markel letter | 0.20 | $850.00 | $170.00 |
| 10.23.2024 | Adam D. Cole | B310 Claims Administration and Objections | Review Skin Medicinals' opposition to motion for summary judgment | 0.30 | $795.00 | $238.50 |
| 10.25.2024 | Mark D. Olivere | B310 Claims Administration and Objections | Review Skin Medicinals' response in opposition to motion for summary judgment | 0.50 | $550.00 | $275.00 |
| | | | **B310 TOTAL:** | **7.70** | | **$4,723.50** |
| 10.15.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with counsel for Committee, Aves and Seller Noteholders regarding final language for Plan | 0.50 | $850.00 | $425.00 |
| 10.17.2024 | Mark D. Olivere | B320 Plan and Disclosure Statement (including Business Plan) | Correspondence regarding certification of counsel for proposed confirmation order and related plan filings | 0.20 | $550.00 | $110.00 |
| 10.18.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Communications with counsel for the Texas Comptroller regarding plan confirmation and language issues (.2); Communicate with client regarding status of tax returns (.1) | 0.30 | $850.00 | $255.00 |
| 10.01.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Revisions to draft limited objection to Patel's motion to preserve set-off rights against Debtors under the plan | 1.20 | $850.00 | $1,020.00 |
| 10.01.2024 | Mark D. Olivere | B320 Plan and Disclosure Statement (including Business Plan) | Review transcript from September 30 status conference | 0.40 | $550.00 | $220.00 |
| 10.01.2024 | Mark D. Olivere | B320 Plan and Disclosure Statement (including Business Plan) | Email from counsel for Ad Hoc Group regarding service details for Seller Noteholders | 0.10 | $550.00 | $55.00 |
| 10.02.2024 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Retrieve *Statement of the Ad Hoc Group of Mezz Lenders Regarding Intercreditor and Subordination Rights Under the Plan* and email same to CBCC and client teams and DIP lenders' counsel | 0.10 | $300.00 | $30.00 |
| 10.02.2024 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Review email messages between L. Akkerman and W. Chipman regarding seller noteholders (.1); Review seller notes and September 30 transcript and reply to same regarding counsel (.1) | 0.20 | $300.00 | $60.00 |
| 10.02.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Review AVES language submission related to plan language over subordination dispute | 0.20 | $850.00 | $170.00 |
| 10.02.2024 | Mark D. Olivere | B320 Plan and Disclosure Statement (including Business Plan) | Review statement of Ad Hoc Group regarding subordination rights | 0.50 | $550.00 | $275.00 |

Chipman Brown Cicero Cole, LLP  
October 1, 2024 through October 31, 2024

TIME DETAIL

Invoice No. 17114  
Dated: November 13, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10.03.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with counsel for DIP lenders regarding plan language issues and related matters | 0.20 | $850.00 | $170.00 |
| 10.03.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Review and comment on Loan Admin Co's reservation of rights regarding subordination rights under plan | 0.10 | $850.00 | $85.00 |
| 10.03.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Confer with M. Olivere regarding claims objection bar date and review plan and confirmation order | 0.20 | $850.00 | $170.00 |
| 10.03.2024 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Review email message from W. Countryman attaching Loan Admin Co's reservation of rights regarding second amended plan and emails with W. Chipman regarding same; Emails with Stretto regarding service of reservation of rights (.1) | 0.20 | $300.00 | $60.00 |
| 10.03.2024 | Mark D. Olivere | B320 Plan and Disclosure Statement (including Business Plan) | Review Loan Admin Co's reservation of rights regarding intercreditor and subordination rights under plan | 0.20 | $550.00 | $110.00 |
| 10.03.2024 | Mark D. Olivere | B320 Plan and Disclosure Statement (including Business Plan) | Emails with Stretto regarding service of papers for intercreditor dispute | 0.10 | $550.00 | $55.00 |
| 10.03.2024 | Mark D. Olivere | B320 Plan and Disclosure Statement (including Business Plan) | Consult with W. Chipman regarding claims objections and plan provisions for same | 0.40 | $550.00 | $220.00 |
| 10.04.2024 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Retrieve the following pleadings and email same to CBCC and client teams and DIP lenders' counsel: (1) *Statement of Baybridge Pharmacy Corp, Central Pharmacy Corp and Delco Pharmacy Corp Regarding Intercreditor/Subordination Rights Under Plan* ; and (2) *Response of Creditors' Committee to Statement of the Ad Hoc Group of Mezz Lenders Regarding Intercreditor/Subordination Rights Under the Plan* | 0.20 | $300.00 | $60.00 |
| 10.04.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Communications with counsel for United States on behalf of HHS regarding language included in confirmation order | 0.20 | $850.00 | $170.00 |
| 10.04.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Review Seller Noteholders response to AVES proposed language (.1); Forward all three filing to chambers (.1) | 0.20 | $850.00 | $170.00 |
| 10.04.2024 | Mark D. Olivere | B320 Plan and Disclosure Statement (including Business Plan) | Emails with counsel for IRS and HHS regarding confirmation order status and language insert | 0.20 | $550.00 | $110.00 |
| 10.04.2024 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Emails with W. Chipman regarding modified plan confirmation order and certification of counsel (.1); Update certification of counsel and email same to W. Chipman and M. Olivere for review/comment (.3) | 0.40 | $300.00 | $120.00 |
| 10.04.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Review Committee's submission to the court related to the subordination and intercreditor issues | 0.20 | $850.00 | $170.00 |
| 10.04.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Drafting certification of counsel for entry of confirmation order to approve plan as revised | 0.40 | $850.00 | $340.00 |
| 10.04.2024 | Mark D. Olivere | B320 Plan and Disclosure Statement (including Business Plan) | Review statement of Baybridge, *et al.* and response of Committee regarding intercreditor and subordination rights under plan | 0.50 | $550.00 | $275.00 |
| 10.04.2024 | Mark D. Olivere | B320 Plan and Disclosure Statement (including Business Plan) | Review and finalize certification of counsel confirmation order and plan for filing | 0.40 | $550.00 | $220.00 |
| 10.07.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Review proposed language to resolve Aves and Seller Noteholder's dispute (.1); Email counsel for DIP lender regarding same (.1) | 0.20 | $850.00 | $170.00 |
| 10.07.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Respond to clients' question related to plan and confirmation issues | 0.40 | $850.00 | $340.00 |
| 10.08.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Review DIP lenders' proposed revisions to plan language resolving issues between Seller Noteholders and Aves (.2); Communications with counsel for DIP lenders regarding same (.1); Communications with counsel for Aves regarding same (.2) | 0.50 | $850.00 | $425.00 |
| 10.10.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Communications with counsel for Committee Aves and DIP lenders regarding status of language resolution and related matters | 0.20 | $850.00 | $170.00 |

Chipman Brown Cicero Cole, LLP
October 1, 2024 through October 31, 2024

TIME DETAIL

Invoice No. 17114
Dated: November 13, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 10.15.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Email correspondence with chambers regarding plan language issue between Aves and Seller Noteholders (.1); Communications with DIP lenders' counsel regarding same (.1); Communications with Aves counsel and Committee counsel regarding same (.1) | 0.30 | $850.00 | $255.00 |
| 10.15.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with client regarding status of plan language issue and related matters | 0.20 | $850.00 | $170.00 |
| 10.15.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Communications with U.S. Trustee regarding update on effective date timing | 0.10 | $850.00 | $85.00 |
| 10.16.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Review revised language related to subordination issues, run a redline and send to client and counsel for DIP lenders | 0.40 | $850.00 | $340.00 |
| 10.16.2024 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Emails with W. Chipman regarding submissions concerning subordination treatment in plan (.1); Organize pleadings and email to L. Hitchens regarding preparation of binder for Judge Horan (.2) | 0.30 | $300.00 | $90.00 |
| 10.16.2024 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Review email message from W. Chipman attaching Exhibit A plan language (.1); Save and prepare comparison for W. Chipman (.1) | 0.20 | $300.00 | $60.00 |
| 10.16.2024 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Review email message from W. Chipman regarding plan and prepare comparison and email to same | 0.20 | $300.00 | $60.00 |
| 10.16.2024 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Review email message from W. Chipman regarding updates to plan (.1); Revise/update signature page and tables (.1); Prepare comparison and email same to W. Chipman (.2) | 0.40 | $300.00 | $120.00 |
| 10.16.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Multiple communications with counsel for Aves (.3), counsel for Committee (.1), counsel for DIP lenders (.6), counsel for Seller Noteholders (.2) and U.S. Trustee (.1) regarding revised plan language related to the subordination agreements between the Seller Noteholders and Aves; Revise plan and certification of counsel (.5); Circulate revised plan to all parties in interest (.3) | 2.10 | $850.00 | $1,785.00 |
| 10.17.2024 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Review email message from W. Chipman regarding finalizing confirmation pleadings (.1); Prepare notice of filing blackline of second amended plan (.1) and review W. Chipman's comments (.1); Finalize and file *Second Amended Joint Chapter 11 Plan of Reorganization* (.2); Update notice certification of counsel and confirmation order with docket information (.1); Finalize and file *Notice of Filing of Modified Second Amended Joint Chapter 11 Plan of Reorganization* (.2); Finalize and file *Certification of Counsel Regarding Proposed Findings of Fact Conclusions of Law and Order Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization* (.2) and upload proposed order (.1); Email pleadings to chambers (.1) | 1.20 | $300.00 | $360.00 |
| 10.17.2024 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Retrieve *Findings of Fact Conclusions of Law and Order Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization* and email same to CBCC and client teams and DIP lenders' counsel (.1); Emails with Stretto regarding service of same (.1) | 0.20 | $300.00 | $60.00 |
| 10.17.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Finalize certification of counsel and notice of filing modified second amended plan and coordinate filing and service of same | 0.90 | $850.00 | $765.00 |
| 10.17.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Review as entered confirmation order and have same circulated to client and counsel for DIP lenders | 0.20 | $850.00 | $170.00 |
| | | | **B320 TOTAL:** | **15.80** | | **$10,550.00** |
| | | | **TOTAL FEES FOR OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024:** | **99.90** | | **$61,747.00** |

| Chipman Brown Cicero Cole, LLP | SUMMARY OF PROFESSIONALS | | Invoice No. 17114 |
| October 1, 2024 through October 31, 2024 | AND HOURS | | Dated: November 13, 2024 |

| Timekeeper | Position | Hours | Rate | Total |
|---|---|---|---|---|
| William E. Chipman, Jr. | Partner | 36.50 | $850.00 | $31,025.00 |
| Adam D. Cole | Partner | 13.60 | $795.00 | $10,812.00 |
| Mark D. Olivere | Partner | 19.70 | $550.00 | $10,835.00 |
| Alan M. Root | Partner | 0.20 | $525.00 | $105.00 |
| Mariska Suparman | Associate | 0.30 | $350.00 | $105.00 |
| Michelle M. Dero | Paralegal | 29.30 | $300.00 | $8,790.00 |
| Lauren Hitchens | Paralegal | 0.30 | $250.00 | $75.00 |
| | **TOTAL:** | **99.90** | | **$61,747.00** |