# **<u>EXHIBIT C</u>**

**(Summary of Expenses)**

# EXHIBIT C

### EXPENSE SUMMARY FOR THE PERIOD
### OCTOBER 1, 2024 THROUGH AND INCLUDING OCTOBER 31, 2024

| EXPENSE CATEGORY | SERVICE PROVIDER (IF APPLICABLE) | TOTAL EXPENSES |
|---|---|---|
| E101 Copying | In-House Copies | $7.30 |
| E102 Outside Printing | DLS Discovery | $47.46 |
| E112 Court Fees | Pay.Gov | $199.00 |
| E116 Trial Transcripts | Reliable | $160.80 |
| | | |
| | TOTAL: | $414.56 |

Chipman Brown Cicero Cole, LLP
October 1, 2024 through October 31, 2024
EXPENSE SUMMARY
Invoice No. 17114
Dated: November 13, 2024

| Date | Activity | Description | Expense |
|---|---|---|---|
| 10.02.2024 | E101 Copying | In-House Copies (Regarding 30 B/W Copies at 10¢ Per Page) | $3.00 |
| 10.16.2024 | E101 Copying | In-House Copies (Regarding 43 B/W Copies at 10¢ Per Page Regarding Binder Assembly) | $4.30 |
| | | E101 TOTAL: | $7.30 |
| 10.21.2024 | E102 Outside Printing | DLS Discovery (Regarding Printing, Binding, and delivery [Invoice No. 194511]) | $47.46 |
| | | E102 TOTAL: | $47.46 |
| 10.22.2024 | E112 Court fees | Pay.Gov (Regarding Filing Fee for Private Sale Motion [Tracking ID A11852802; Approval Code 512215]) | $199.00 |
| | | E112 TOTAL: | $199.00 |
| 10.03.2024 | E116 Trial transcripts | Reliable (Regarding Daily Transcript [Invoice No. WL119318]) | $160.80 |
| | | E116 TOTAL: | $160.80 |
| | | **TOTAL EXPENSES FOR OCTOBER 1, 2024 THROUGH OCTOBER 31, 2024:** | **$414.56** |