# SIGN-IN SHEET

**CASE NAME:** Optio Rx
**CASE NO:** 24-11188

**COURTROOM LOCATION:** 4
**DATE:** 11/20/2024 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| William Chapman | Chapman Brown Cicero & Cole LLP | Debtors |
| Alan Cole | " | " |
| Kelly Farnan | Richards Layton & Finger | " |
| Rachel K. Hogan | Hogan McDaniel | Visto Apostilo |
| Matt Tabasco | MWAT | Skin Medicinals |
| Matt Harvey | MWAT | " |
| Annie Gordon Kelly | Kaplan & Grady | " |
| Paige Topper | Committee Saul Ewing | Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Optio Rx
24-11188

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Levi | Akkerman | Potter Anderson & Corroon | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Ryan | Bennett | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Peter | Cancel | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| L. Katherine | Good | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Lauren | Huber | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Maria | Kotsiras | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Zak | Piech | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Christopher | Samis | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Ben | David | Optio Rx, LLC | Debtors | Video and Audio |
| Michelle | Dero | Chipman Brown Cicero & Cole, LLP | Debtors | Audio Only |
| Jarlath | Johnston | Bentley Associates L.P. | Debtors | Video and Audio |
| Leo | LaFranco | Optio Rx, LLC | Debtors | Video and Audio |
| Mark | Olivere | Chipman Brown Cicero & Cole, LLP | Debtors | Video and Audio |
| Barry | Best | MCCP | Loan Admin Co LLC | Video and Audio |
| Stuart | Brown | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Aditi | Budhia | CION Investments | Loan Admin Co LLC | Video and Audio |
| Jon | Finch | MCCP | Loan Admin Co LLC | Video and Audio |
| Carolyn | Fox | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Jeff | Kelly | MCCP | Loan Admin Co LLC | Video and Audio |
| Jamie | Knox | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Brian | Mulligan | CION Investments | Loan Admin Co LLC | Video and Audio |
| Jonathan | Tunis | MCCP | Loan Admin Co LLC | Video and Audio |
| Rick | Archer | Law360 | | Audio Only |
| Skye | Crump | | | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Melissa | Romano | | | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Catherine | Yepsen | PCCA | | Audio Only |
| David | Zubkis | | | Audio Only |