# SUPPORTING DOCUMENTATION

## (October 2024)



**CHASE** ⬥

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2024 through October 31, 2024
Account Number: ▮▮▮▮▮▮▮▮▮2027

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**



00000349 DDA 111 212 30624 NNNNNNNNNNN 1 000000000 67 0000

DR. IKE'S PHARMACARE LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

## CHECKING SUMMARY  Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| **Ending Balance** | 0 | $0.00 |

Your service charges, fees and earnings credit have been calculated through account analysis.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



October 01, 2024 through October 31, 2024
Account Number: ████████████**2027**

This Page Intentionally Left Blank



| | |
|---|---|
| **Last Statement:** | September 30, 2024 |
| **Statement Ending:** | October 31, 2024 |
| **Page:** | 1 of 3 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



36414 TWS380WR110124080707 01 000000000 49 004
DR IKE'S PHARMACARE LLC
1433 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: XXXXXX3134 |
|---|---|

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/24** | **$0.00** |
| + Deposits and Credits (19) | $57,163.63 |
| - Withdrawals and Debits (20) | $56,660.36 |
| **Ending Balance as of 10/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $503.27 |
| Number of Days in Statement Period | 31 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Oct 01 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015UAGMIBI6SMM6 | -$3,768.01 |
| Oct 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.99 |
| Oct 02 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 1003  NSF | -$1,102.45 |
| Oct 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$233.67 |
| Oct 07 | PREAUTHORIZED DEBIT<br>VANTIV_INTG_PYMT BILLNG Merch Bankcard 316 5269 Dr Ikes Pharm<br>acare | -$141.15 |
| Oct 07 | DEPOSIT RETURN ITEM<br>DDA CB Debit 1003  NSF 2nd | -$1,102.45 |
| Oct 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$678.85 |
| Oct 09 | PREAUTHORIZED DEBIT<br>MANAGED HEALTH C Payment 241009 | -$200.00 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |

| |
|---|
| The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX3134 |
| **Statement Date:** | 10/31/2024 |
| **Page :** | 2 of 3 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Oct 10 | AUTOMATIC TRANSFER | -$123.09 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 11 | AUTOMATIC TRANSFER | -$17,548.41 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 15 | DEPOSIT RETURN ITEM | -$6,587.19 |
| | DDA Redp Debit 1443  NSF | |
| Oct 16 | DEPOSIT RETURN ITEM | -$5,611.14 |
| | DDA Redp Debit 1184  NSF | |
| Oct 17 | MAINTENANCE FEE | -$503.27 |
| | ANALYSIS ACTIVITY  FOR 09/24 | |
| Oct 17 | DEPOSIT RETURN ITEM | -$6,587.19 |
| | DDA CB Debit 1443  NSF 2nd | |
| Oct 17 | AUTOMATIC TRANSFER | -$1,662.73 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 18 | AUTOMATIC TRANSFER | -$243.96 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 21 | DEPOSIT RETURN ITEM | -$5,611.14 |
| | DDA CB Debit 1184  NSF 2nd | |
| Oct 22 | PREAUTHORIZED DEBIT | -$363.49 |
| | Bill.com Payables California Departm ent of Tax and Fee Administration Bi | |
| | ll.com 015XXCRPRH7 | |
| Oct 29 | AUTOMATIC TRANSFER | -$0.45 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 30 | AUTOMATIC TRANSFER | -$2,295.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 31 | AUTOMATIC TRANSFER | -$2,799.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Oct 01 | CASH MGMT TRSFR CR | $3,769.00 |
| | REF 2750754L FUNDS TRANSFER FRM DEP XXXXXX4516 FROM | |
| Oct 02 | AUTOMATIC TRANSFER | $1,079.40 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 02 | PREAUTHORIZED CREDIT | $23.05 |
| | CAREMARK HCCLAIMPMT 2500445921*1752882 129*5649592\ | |
| Oct 02 | REDEPOSIT RETURN CHK | $1,102.45 |
| | DDA Redp Credit 1003  NSF | |
| Oct 04 | PREAUTHORIZED CREDIT | $233.15 |
| | MANAGED HEALTH C Payment 241004 31307 | |
| Oct 04 | REMOTE DEPOSIT | $820.52 |
| Oct 09 | AUTOMATIC TRANSFER | $200.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 10 | PREAUTHORIZED CREDIT | $122.76 |
| | MEDE AMERICA CDA HCCLAIMPMT 7207811*3205716594 *199999999\ | |
| Oct 10 | REMOTE DEPOSIT | $17,472.33 |
| Oct 11 | PREAUTHORIZED CREDIT | $76.41 |
| | MANAGED HEALTH C Payment 241011 31307 | |
| Oct 15 | AUTOMATIC TRANSFER | $6,587.19 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 15 | REDEPOSIT RETURN CHK | $6,587.19 |
| | DDA Redp Credit 1443  NSF | |
| Oct 16 | AUTOMATIC TRANSFER | $5,611.08 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 16 | REMOTE DEPOSIT | $2,166.06 |

36414 0118639 0002-0003 00000000000000000





| | Account Number: | XXXXXX3134 |
|---|---|---|
| | Statement Date: | 10/31/2024 |
| | Page : | 3 of 3 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 16 | REDEPOSIT RETURN CHK | $5,611.14 |
| | DDA Redp Credit 1184  NSF | |
| Oct 18 | PREAUTHORIZED CREDIT | $243.96 |
| | MANAGED HEALTH C Payment 241018 31307 | |
| Oct 22 | AUTOMATIC TRANSFER | $363.49 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 29 | REMOTE DEPOSIT | $2,295.45 |
| Oct 30 | REMOTE DEPOSIT | $2,799.00 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Sep 30 | $0.00 | Oct 09 | $0.00 | Oct 16 | $14,364.33 | Oct 22 | $0.00 |
| Oct 01 | $0.00 | Oct 10 | $17,472.00 | Oct 17 | $5,611.14 | Oct 29 | $2,295.00 |
| Oct 02 | $1,102.45 | Oct 11 | $0.00 | Oct 18 | $5,611.14 | Oct 30 | $2,799.00 |
| Oct 04 | $1,922.45 | Oct 15 | $6,587.19 | Oct 21 | $0.00 | Oct 31 | $0.00 |
| Oct 07 | $0.00 | | | | | | |

36414 0118640 0003-0003 00000000000000000

