# **SUPPORTING DOCUMENTATION**

## **(October 2024)**


**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2024 through October 31, 2024
Account Number: ▓▓▓▓▓▓▓▓0359



**CUSTOMER SERVICE INFORMATION**

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000997 DDA 111 212 30624 NNNNNNNNNNN 1 000000000 67 0000

H&H PHARMACY LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

## CHECKING SUMMARY   Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$7,214,186.03** |
| Deposits and Additions | 26 | 7,633,209.41 |
| Electronic Withdrawals | 61 | - 9,577,811.33 |
| **Ending Balance** | **87** | **$5,269,584.11** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Bill.Com Ref: Bac01Jjylnjzcnp4 Info: Text-  Iid: 20241001021000021P1Brjpc06080014900 Recd: 14:02:06 Trn: 0636550275GA | $0.86 |
| 10/01 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Bill.Com Ref: Bac01Gaqawkvfhf4 Info: Text-  Iid: 20241001021000021P1Brjpc08800027528 Recd: 14:07:00 Trn: 0645130275Gc | 0.61 |
| 10/01 | Real Time Payment Credit Recd From Aba/Contr Bnk-021214891  From: Bnf-#Ace Brex Via Plaid Ref: A64Dd178F00E40F7 Info: Text-  Iid: 20241001021214273P1B09l766416281009 Recd: 14:44:30 Trn: 0688830275Gd | 0.01 |
| 10/01 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD     Trace#:021000028227726 Eed:241001   Ind ID:015Zoiixej6T22N          Ind Name:DR Ikes Pharmacare LLC Trn: 2758227726Tc | 0.87 |
| 10/01 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD     Trace#:021000028227730 Eed:241001   Ind ID:015Vfnxrry6T29R          Ind Name:Crestview Pharmacy LLC Trn: 2758227730Tc | 0.27 |
| 10/01 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD     Trace#:021000028227724 Eed:241001   Ind | 0.22 |



# DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | ID:015Rstuywy6T0U1    Ind Name:H&H Pharmacy LLC Trn: 2758227724Tc | |
| 10/01 | Orig CO Name:Bill.Com    Orig ID:2204895317 Desc Date:    CO Entry Descr:Acctverifysec:CCD Trace#:021000028227728 Eed:241001  Ind ID:015Hpkcktd6T293    Ind Name:Braun Pharma LLC Trn: 2758227728Tc | 0.03 |
| 10/02 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1002Mmqfmp14000705 Trn: 0568151276Ff | 600,000.00 |
| 10/02 | Orig CO Name:Bill.Com    Orig ID:2204895317 Desc Date:    CO Entry Descr:Acctverifysec:CCD Trace#:021000021319891 Eed:241002  Ind ID:015Xomrjsg6T4Rh    Ind Name:Hemacare Plus LLC Trn: 2751319891Tc | 0.76 |
| 10/02 | Orig CO Name:Bill.Com    Orig ID:2204895317 Desc Date:    CO Entry Descr:Acctverifysec:CCD Trace#:021000021319893 Eed:241002  Ind ID:015Hjfqjkh6T4W3    Ind Name:The Pet Apothecary LLC Trn: 2751319893Tc | 0.25 |
| 10/07 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1007Mmqfmp14000653 Trn: 0634841281Ff | 340,000.00 |
| 10/07 | Deposit    2123860403 | 6,450.00 |
| 10/09 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1009Mmqfmp14000250 Trn: 0336791283Ff | 300,000.00 |
| 10/10 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1010Mmqfmp14001756 Trn: 1109591284Ff | 200,000.00 |
| 10/15 | Deposit    2113949354 | 3,525,000.00 |
| 10/16 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1016Mmqfmp14001646 Trn: 1132521290Ff | 700,000.00 |
| 10/18 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1018Mmqfmp14001974 Trn: 1025541292Ff | 300,000.00 |
| 10/21 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1021Mmqfmp14001388 Trn: 0953631295Ff | 300,000.00 |
| 10/24 | Online Transfer From Chk ...8660 Transaction#: 22482264778 | 70,000.00 |
| 10/24 | Online Transfer From Chk ...2236 Transaction#: 22482263779 | 25,000.00 |
| 10/24 | Online Transfer From Chk ...5093 Transaction#: 22482254660 | 7,000.00 |
| 10/25 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1025Mmqfmp14000760 Trn: 0586281299Ff | 246,000.00 |
| 10/29 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1029Mmqfmp14000787 Trn: 0615381303Ff | 450,000.00 |
| 10/29 | | 0.53 |



October 01, 2024 through October 31, 2024

Account Number: ████████0359

## DEPOSITS AND ADDITIONS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Orig CO Name:Bill.Com    Orig ID:2204895317 Desc Date:    CO Entry Descr:Acctverifysec:CCD    Trace#:021000027187276 Eed:241029    Ind ID:015Jcfttvj7Vvyi    Ind Name:Primecare Pharmacy LLC Trn: 3027187276Tc | |
| 10/30 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1030Mmqfmp14001078 Trn: 0731381304Ff | 560,000.00 |
| 10/31 | Deposit    2119244616 | 3,755.00 |
| **Total Deposits and Additions** | | **$7,633,209.41** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Online Domestic Wire Transfer Via: Citibank Nyc/021000089 A/C: Loan Admin CO Stamford CT 06902 US Ref:/Time/21:02 Imad: 1001Mmqfmp2K000856 Trn: 3943704274Es | $613,192.36 |
| 10/01 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Mckesson Corporation Irving TX 75039 US Ref: 830211 Primecare Pharmacy Imad: 1001Mmqfmp2M023501 Trn: 3549144275Es | 94,291.64 |
| 10/01 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Mckesson Corporation Irving TX 75039 US Ref: 207161 Rose Pharmacy Sf Imad: 1001Mmqfmp2K023451 Trn: 3549164275Es | 132,419.44 |
| 10/01 | Online Domestic Wire Transfer Via: Wsfs Wilm DE/031100102 A/C: Chipman Brown Cicero And Cole Llp Wilmington DE 19801 US Ref: Second Fee Application July Imad: 1001Mmqfmp2N023648 Trn: 3549384275Es | 111,773.78 |
| 10/01 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Mckesson Corporation Irving TX 75039 US Ref: 830205 Firstcare Pharmacy Imad: 1001Mmqfmp2L023597 Trn: 3549344275Es | 91,544.94 |
| 10/01 | Online Domestic Wire Transfer Via: Wsfs Wilm DE/031100102 A/C: Chipman Brown Cicero And Cole Llp Wilmington DE 19801 US Ref: First Fee Application June Imad: 1001Mmqfmp2K023471 Trn: 3549554275Es | 211,381.95 |
| 10/01 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Mckesson Corporation Irving TX 75039 US Ref: 830200 Easycare Pharmacy Imad: 1001Mmqfmp2N023664 Trn: 3549194275Es | 89,691.92 |
| 10/01 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Mckesson Corporation Irving TX 75039 US Ref: 614398 Smc Pharmacy Imad: 1001Mmqfmp2L023613 Trn: 3550614275Es | 72,675.36 |
| 10/01 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Mckesson Corporation Irving TX 75039 US Ref: 83020 8545 Firstcare Pharmacy Imad: 1001Mmqfmp2K023485 Trn: 3549554275Es | 2,287.30 |
| 10/01 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Mckesson Corporation Irving TX 75039 US Ref: 807646 Concierge Pharmacy Imad: 1001Mmqfmp2M023579 Trn: 3549894275Es | 119,453.06 |
| 10/01 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1001Mmqfmp2M023581 Trn: 3550574275Es | 1,066,000.00 |
| 10/01 | Orig CO Name:Bill.Com    Orig ID:2204895317 Desc Date:    CO Entry Descr:Acctverifysec:CCD    Trace#:021000022424231 Eed:241001    Ind ID:015Zoiixej6T22N    Ind Name:DR Ikes Pharmacare LLC Trn: 2752424231Tc | 0.87 |
| 10/01 | Orig CO Name:Bill.Com    Orig ID:2204895317 Desc Date:    CO Entry Descr:Acctverifysec:CCD    Trace#:021000022424235 Eed:241001    Ind ID:015Vfnxrry6T29R    Ind Name:Crestview Pharmacy LLC Trn: 2752424235Tc | 0.27 |



October 01, 2024 through October 31, 2024
Account Number: ███████0359

# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/01 | Orig CO Name:Bill.Com           Orig ID:2204895317 Desc Date:        CO Entry Descr:Acctverifysec:CCD   Trace#:021000022424229 Eed:241001    Ind ID:015Rstuywy6T0U1           Ind Name:H&H Pharmacy LLC Trn: 2752424229Tc | 0.22 |
| 10/01 | Orig CO Name:Bill.Com           Orig ID:2204895317 Desc Date:        CO Entry Descr:Acctverifysec:CCD   Trace#:021000022424233 Eed:241001    Ind ID:015Hpkcktd6T293           Ind Name:Braun Pharma LLC Trn: 2752424233Tc | 0.03 |
| 10/02 | Orig CO Name:Bill.Com           Orig ID:2204895317 Desc Date:        CO Entry Descr:Acctverifysec:CCD   Trace#:021000024270339 Eed:241002    Ind ID:015Xomrjsg6T4Rh           Ind Name:Hemacare Plus LLC Trn: 2764270339Tc | 0.76 |
| 10/02 | Orig CO Name:Bill.Com           Orig ID:2204895317 Desc Date:        CO Entry Descr:Acctverifysec:CCD   Trace#:021000024270341 Eed:241002    Ind ID:015Hjfqjkh6T4W3           Ind Name:The Pet Apothecary LLC Trn: 2764270341Tc | 0.25 |
| 10/03 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1003Mmqfmp2L014813 Trn: 3256364277Es | 776,000.00 |
| 10/03 | Orig CO Name:Optio Rx LLC        Orig ID:9121145349 Desc Date:        CO Entry Descr:Transfer Sec:CCD   Trace#:121145347248178 Eed:241003   Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 2777248178Tc | 10,000.00 |
| 10/04 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000018040575 Eed:241004    Ind ID:ACH06197666           Ind Name:Firstcare Pharmacy Trn: 2788040575Tc | 125,098.16 |
| 10/04 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000018040571 Eed:241004    Ind ID:ACH06197071           Ind Name:Rose Pharmacy Sf Trn: 2788040571Tc | 116,928.48 |
| 10/04 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000018040572 Eed:241004    Ind ID:ACH06197488           Ind Name:Smc Pharmacy Trn: 2788040572Tc | 115,124.03 |
| 10/04 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000018040573 Eed:241004    Ind ID:ACH06197626           Ind Name:Concierge Pharmacy Trn: 2788040573Tc | 92,497.80 |
| 10/04 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000018040574 Eed:241004    Ind ID:ACH06197665           Ind Name:Easycare Pharmacy Trn: 2788040574Tc | 91,785.22 |
| 10/04 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000018040576 Eed:241004    Ind ID:ACH06197667           Ind Name:Primecare Pharmacy Trn: 2788040576Tc | 70,327.09 |
| 10/07 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Mckesson Corporation Irving TX 75039 US Imad: 1007Mmqfmp2L030333 Trn: 3681384281Es | 1,837.84 |
| 10/07 | Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Bpi Labs LLC Largo FL 33777 US Ref:/Time/15:27 Imad: 1007Mmqfmp2M030474 Trn: 3714424281Es | 50,350.00 |
| 10/07 | Online Domestic Wire Transfer Via: Pncbank Phil/031000053 A/C: Saul Ewing Llp Chicago IL 60601 US Imad: 1007Mmqfmp2K034663 Trn: 3828964281Es | 179,410.40 |
| 10/11 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1011Mmqfmp2K022842 Trn: 3402994285Es | 832,250.00 |
| 10/11 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000013698615 Eed:241011    Ind ID:ACH06213177           Ind Name:Smc Pharmacy Trn: 2853698615Tc | 327,927.31 |
| 10/11 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000013698617 Eed:241011    Ind ID:ACH06213378           Ind Name:Easycare Pharmacy Trn: 2853698617Tc | 129,434.67 |
| 10/11 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000013698619 Eed:241011    Ind ID:ACH06213380           Ind Name:Primecare Pharmacy Trn: 2853698619Tc | 110,841.46 |



October 01, 2024 through October 31, 2024

Account Number: ████████0359

# ELECTRONIC WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/11 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000013698614 Eed:241011   Ind ID:ACH06212700        Ind Name:Rose Pharmacy Sf Trn: 2853698614Tc | 103,007.00 |
| 10/11 | Orig CO Name:Optio Rx LLC        Orig ID:9121145349 Desc Date:        CO Entry Descr:Transfer Sec:CCD   Trace#:121145343698612 Eed:241011   Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 2853698612Tc | 100,000.00 |
| 10/11 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000013698618 Eed:241011   Ind ID:ACH06213379        Ind Name:Firstcare Pharmacy Trn: 2853698618Tc | 85,456.24 |
| 10/11 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000013698616 Eed:241011   Ind ID:ACH06213340        Ind Name:Concierge Pharmacy Trn: 2853698616Tc | 38,954.58 |
| 10/17 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1017Mmqfmp2K016059 Trn: 3244794291Es | 450,000.00 |
| 10/17 | Online Domestic Wire Transfer A/C: Alvarez & Marsal North America, Llcnew York NY 10022-1615 US Trn: 3245094291Es | 182,769.29 |
| 10/18 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000013143671 Eed:241018   Ind ID:ACH06219836        Ind Name:Rose Pharmacy Sf Trn: 2923143671Tc | 116,587.99 |
| 10/18 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000013143675 Eed:241018   Ind ID:ACH06220514        Ind Name:Firstcare Pharmacy Trn: 2923143675Tc | 106,302.85 |
| 10/18 | Orig CO Name:Optio Rx LLC        Orig ID:9121145349 Desc Date:        CO Entry Descr:Transfer Sec:CCD   Trace#:121145343143669 Eed:241018   Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 2923143669Tc | 100,000.00 |
| 10/18 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000013143676 Eed:241018   Ind ID:ACH06220515        Ind Name:Primecare Pharmacy Trn: 2923143676Tc | 82,222.58 |
| 10/18 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000013143673 Eed:241018   Ind ID:ACH06220474        Ind Name:Concierge Pharmacy Trn: 2923143673Tc | 75,189.16 |
| 10/18 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000013143674 Eed:241018   Ind ID:ACH06220513        Ind Name:Easycare Pharmacy Trn: 2923143674Tc | 63,631.07 |
| 10/18 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000013143672 Eed:241018   Ind ID:ACH06220332        Ind Name:Smc Pharmacy Trn: 2923143672Tc | 53,824.85 |
| 10/22 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1022Mmqfmp2L042470 Trn: 3407314296Es | 300,000.00 |
| 10/23 | Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Bpi Labs LLC Largo FL 33777 US Ref:/Time/10:32 Imad: 1023Mmqfmp2L029674 Trn: 3229774297Es | 194,850.00 |
| 10/25 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000018037465 Eed:241025   Ind ID:ACH06232286        Ind Name:Smc Pharmacy Trn: 2998037465Tc | 194,608.31 |
| 10/25 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000018037464 Eed:241025   Ind ID:ACH06230306        Ind Name:Rose Pharmacy Sf Trn: 2998037464Tc | 136,868.40 |
| 10/25 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000018037468 Eed:241025   Ind ID:ACH06233687        Ind Name:Firstcare Pharmacy Trn: 2998037468Tc | 106,598.43 |
| 10/25 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000018037467 Eed:241025   Ind ID:ACH06233686        Ind Name:Easycare Pharmacy Trn: 2998037467Tc | 104,189.02 |



October 01, 2024 through October 31, 2024
Account Number: ████████0359

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/25 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000018037466 Eed:241025   Ind ID:ACH06233427          Ind Name:Concierge Pharmacy Trn: 2998037466Tc | 88,098.88 |
| 10/25 | Orig CO Name:Optio Rx LLC         Orig ID:9121145349 Desc Date:       CO Entry Descr:Transfer  Sec:CCD    Trace#:121145348037462 Eed:241025   Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 2998037462Tc | 75,000.00 |
| 10/25 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000018037469 Eed:241025   Ind ID:ACH06233689          Ind Name:Primecare Pharmacy Trn: 2998037469Tc | 62,428.93 |
| 10/29 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:       CO Entry Descr:Acctverifysec:CCD    Trace#:021000028167761 Eed:241029   Ind ID:015Jcfttvj7Vvyi          Ind Name:Primecare Pharmacy LLC Trn: 3038167761Tc | 0.53 |
| 10/31 | Online Domestic Wire Transfer A/C: Alvarez & Marsal North America, Llcnew York NY 10022-1615 US Trn: 3367084305Es | 12,934.84 |
| 10/31 | Online Domestic Wire Transfer Via: Fifth Third Bk NA/042000314 A/C: Avm Group Cleveland OH 44113 US Ref:/Time/10:43 Imad: 1031Mmqfmp2L032394 Trn: 3367534305Es | 129,465.49 |
| 10/31 | Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Cardinal Health Inc Dublin OH 43017 US Ref:/Time/10:44 Imad: 1031Mmqfmp2K031741 Trn: 3368044305Es | 300,000.00 |
| 10/31 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Mckesson Corporation Irving TX 75039 US Imad: 1031Mmqfmp2L032416 Trn: 3368054305Es | 4,739.24 |
| 10/31 | Online Domestic Wire Transfer Via: Pncbank Phil/031000053 A/C: Saul Ewing Llp Chicago IL 60601 US Imad: 1031Mmqfmp2L032500 Trn: 3371114305Es | 72,557.04 |
| 10/31 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1031Mmqfmp2N032382 Trn: 3371404305Es | 603,000.00 |
| **Total Electronic Withdrawals** | | **$9,577,811.33** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 10/01 | $4,609,475.76 | 10/17 | 6,290,926.19 |
| 10/02 | 5,209,475.76 | 10/18 | 5,993,167.69 |
| 10/03 | 4,423,475.76 | 10/21 | 6,293,167.69 |
| 10/04 | 3,811,714.98 | 10/22 | 5,993,167.69 |
| 10/07 | 3,926,566.74 | 10/23 | 5,798,317.69 |
| 10/09 | 4,226,566.74 | 10/24 | 5,900,317.69 |
| 10/10 | 4,426,566.74 | 10/25 | 5,378,525.72 |
| 10/11 | 2,698,695.48 | 10/29 | 5,828,525.72 |
| 10/15 | 6,223,695.48 | 10/30 | 6,388,525.72 |
| 10/16 | 6,923,695.48 | 10/31 | 5,269,584.11 |



October 01, 2024 through October 31, 2024

Account Number: ██████████0359



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



October 01, 2024 through October 31, 2024
Account Number: ██████████0359

This Page Intentionally Left Blank



9801 W. Higgins, Box 32, Rosemont, IL 60018

| | Last Statement: | September 30, 2024 |
|---|---|---|
| | Statement Ending: | October 31, 2024 |
| | Page: | 1 of 2 |

32749 TWS380WR110124080707 01 000000000 48 003



H&H PHARMACY LLC
1427 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                    Account Number:   XXXXXX4793

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/24** | **$0.00** |
| + Deposits and Credits (6) | $4,837.32 |
| - Withdrawals and Debits (5) | $4,309.03 |
| **Ending Balance as of 10/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $528.29 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Oct 03 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$3,365.96 |
| Oct 04 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$590.94 |
| Oct 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 09/24 | -$528.29 |
| Oct 23 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$292.36 |
| Oct 29 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$27.14 |
| Oct 30 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$32.63 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



**Account Number:** XXXXXX4793
**Statement Date:** 10/31/2024
**Page :** 2 of 2

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
|------|-------------|-----------|
| Oct 03 | AUTOMATIC TRANSFER | $3,365.96 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 04 | AUTOMATIC TRANSFER | $590.94 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 18 | AUTOMATIC TRANSFER | $528.29 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 24 | AUTOMATIC TRANSFER | $292.36 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 29 | AUTOMATIC TRANSFER | $27.14 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 30 | AUTOMATIC TRANSFER | $32.63 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Sep 30 | $0.00 | Oct 17 | -$528.29 | Oct 23 | -$292.36 | Oct 29 | $0.00 |
| Oct 03 | $0.00 | Oct 18 | $0.00 | Oct 24 | $0.00 | Oct 30 | $0.00 |
| Oct 04 | $0.00 | | | | | | |

