# **SUPPORTING DOCUMENTATION**

### **(October 2024)**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2024 through October 31, 2024
**Account Number:** ▮▮▮▮5093

___

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00004739 WBS 111 211 30624 NNNNNNNNNNN 1 000000000 C1 0000
SMC PHARMACY, LLC
DEBTOR IN POSSESSION
1908 SANTA MONICA BLVD SUITE 4
SANTA MONICA CA 90404

## Commercial Checking
## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $0.00 | |
| Deposits and Credits | 4 | $14,633.00 | |
| Withdrawals and Debits | 2 | $11,653.08 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$2,979.92** | |

## Deposits and Credits

| Ledger Date | Description | | Amount |
|---|---|---|---|
| 10/09 | Deposit | 1192 | $4,500.00 |
| 10/09 | Deposit | 1190 | 4,129.00 |
| 10/09 | Deposit | 1191 | 3,316.00 |
| 10/09 | Deposit | 1193 | 2,688.00 |
| **Total** | | | **$14,633.00** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 10/16 | Online Domestic Wire Transfer Via: Pncbank Phil/031000053 A/C: Saul Ewing Llp Chicago IL 60601 US Imad: 1016Mmqfmp2L033210 Trn: 3671864290Es YOUR REF: CML OF 24/10/16 | $4,653.08 |
| 10/24 | Online Transfer To Chk ...0359 Transaction#: 22482254660 | 7,000.00 |
| **Total** | | **$11,653.08** |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



October 01, 2024 through October 31, 2024
**Account Number:** ████████5093

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|---------------:|------|---------------:|
| 10/09 | $14,633.00 | 10/24 | $2,979.92 |
| 10/16 | $9,979.92 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.



| | |
|---|---|
| **Last Statement:** | September 30, 2024 |
| **Statement Ending:** | October 31, 2024 |
| **Page:** | 1 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



49588 TWS380WR110124080707 01 000000000 52 008

SMC PHARMACY LLC
1441 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                    Account Number:    XXXXXX7428

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/24** | **$0.00** |
| + Deposits and Credits (100) | $2,843,692.74 |
| - Withdrawals and Debits (48) | $2,832,179.66 |
| **Ending Balance as of 10/31/24** | **$11,346.00** |
| Analysis or Maintenance Fees for Period | $167.08 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Oct 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241001 650000012411180 | -$3,077.32 |
| Oct 01 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015BHBUZAP6SN8I | -$333,744.12 |
| Oct 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.13 |
| Oct 02 | CASH MGMT TRSFR DR<br>REF 2761000L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$197,410.00 |
| Oct 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables CityMedRx LLC B ill.com 015RLXWFSW 6T41M Acct<br>16192 - Inv S171398 | -$848.76 |
| Oct 02 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO BILL PAYMT 241002 | -$1,240.86 |
| Oct 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables CityMedRx LLC B ill.com 015YDITJZV 6U1YU Acct<br>16192 - Multiple invoices | -$12,166.72 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7428 |
| **Statement Date:** | | 10/31/2024 |
| **Page :** | | 2 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

49588 0161802 0002-0007 00000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Oct 02 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.11 |
| Oct 03 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 241003 | -$211.22 |
| Oct 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$11,131.04 |
| Oct 04 | CASH MGMT TRSFR DR<br>REF 2780834L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$37,225.00 |
| Oct 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.96 |
| Oct 07 | CASH MGMT TRSFR DR<br>REF 2811121L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$78,032.00 |
| Oct 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.95 |
| Oct 08 | CASH MGMT TRSFR DR<br>REF 2820753L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$13,993.61 |
| Oct 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015POWX MYR71XG0 Acct<br>FCA3 69429 - Multiple i | -$16,891.56 |
| Oct 09 | CASH MGMT TRSFR DR<br>REF 2830833L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$169,397.79 |
| Oct 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.42 |
| Oct 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 241010 ACH06203676 | -$3,943.69 |
| Oct 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$24,618.78 |
| Oct 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Shred-It USA B ill.com 016PZYFLY3 IHX7D Acct<br>1318279 2 - Inv 8008373354 | -$68.55 |
| Oct 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015CRAJXSK797R7 | -$431,375.65 |
| Oct 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015YKPJEIA 7AXMR Acct<br>SMCPH90 N - Multiple invoi | -$959.00 |
| Oct 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015AJYMCFW7A0CD | -$58,687.92 |
| Oct 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$19,511.96 |
| Oct 16 | CASH MGMT TRSFR DR<br>REF 2901454L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$176,775.20 |
| Oct 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 09/24 | -$167.08 |
| Oct 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$105,058.48 |
| Oct 18 | CASH MGMT TRSFR DR<br>REF 2920543L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$53,993.92 |
| Oct 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015QVWS NRJ7HV1J Acct<br>FCA3 69429 - Inv 926839 | -$1,324.68 |
| Oct 21 | CASH MGMT TRSFR DR<br>REF 2950850L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$80,706.77 |
| Oct 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,510.00 |
| Oct 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$45,742.53 |





| | |
|---|---|
| **Account Number:** | XXXXXX7428 |
| **Statement Date:** | 10/31/2024 |
| **Page :** | 3 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Oct 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015EJHNFNR7OD33 | -$166,824.51 |
| Oct 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Journey Medical Co rporation Bill.com<br>015DQOOPRQ7Q4XZ A cct 7735891 - Inv | -$6,821.11 |
| Oct 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$11,116.76 |
| Oct 25 | CASH MGMT TRSFR DR<br>REF 2991040L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$98,663.00 |
| Oct 25 | PREAUTHORIZED DEBIT<br>OUTCOMES OPERAT Payment 241025 | -$399.00 |
| Oct 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015CQNJQGA7RVTA | -$20,032.81 |
| Oct 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables 1908 Santa Monica LLC Bill.com 015MC LXOWY7TV3E<br>Acct SM C Pharmacy Rent - | -$10,494.88 |
| Oct 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$84,609.69 |
| Oct 29 | CASH MGMT TRSFR DR<br>REF 3030927L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$126,520.00 |
| Oct 29 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO DIRECTPAY 241029 700896293380 | -$957.76 |
| Oct 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015UUYN NUH7VTSS Acct<br>FCA3 69429 - Inv 927661 | -$1,324.68 |
| Oct 30 | CASH MGMT TRSFR DR<br>REF 3041132L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$225,180.83 |
| Oct 30 | PREAUTHORIZED DEBIT<br>CA DEPT TAX FEE CDTFA EPMT 241030 19457396 | -$1,723.00 |
| Oct 30 | PREAUTHORIZED DEBIT<br>ALMIRALL LLC CASH CONC 241030 | -$2,800.00 |
| Oct 30 | PREAUTHORIZED DEBIT<br>Bill.com Payables ICS Direct B ill.com 015JOGDHQI 7XPF5 Acct 5101718<br>54 - Inv DMI105900 | -$177,670.00 |
| Oct 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,391.93 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Oct 01 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241001 5640506 | $26,459.43 |
| Oct 01 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007772948*14 31420563\ | $53,372.05 |
| Oct 01 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909838803*13635696 42~ | $111,397.09 |
| Oct 01 | CASH MGMT TRSFR CR<br>REF 2750756L FUNDS TRANSFER FRM DEP XXXXXX4516 FROM | $145,593.00 |
| Oct 02 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909932735*13635696 42~ | $169.62 |
| Oct 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241002 650000012411180 | $1,913.83 |
| Oct 02 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241002 5640506 | $8,156.58 |



49588 0161803 0003-0007 00000000000000000



| | **Account Number:** | XXXXXX7428 |
| | **Statement Date:** | 10/31/2024 |
| | **Page :** | 4 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|----------:|
| Oct 02 | PREAUTHORIZED CREDIT | $25,547.78 |
| | Monarch Specialt ePay brightscrip Period 64 Aug 1-15 2024 | |
| Oct 02 | PREAUTHORIZED CREDIT | $175,878.64 |
| | CAREMARK HCCLAIMPMT 2500445868*1752882 129*5640506\ | |
| Oct 03 | PREAUTHORIZED CREDIT | $5,054.88 |
| | ACCESS HEALTH ACCESS HEA 241003 5640506 | |
| Oct 03 | PREAUTHORIZED CREDIT | $6,287.18 |
| | HRTLAND PMT SYS TXNS/FEES 241003 650000012411180 | |
| Oct 03 | REMOTE DEPOSIT | $6,906.20 |
| Oct 04 | PREAUTHORIZED CREDIT | $366.33 |
| | ACCESS HEALTH ACCESS HEA 241004 5640506 | |
| Oct 04 | PREAUTHORIZED CREDIT | $742.35 |
| | TRICARE-ONLY DOD REMIT TRN*1*03161793*431 420563 \ | |
| Oct 04 | PREAUTHORIZED CREDIT | $6,222.30 |
| | HRTLAND PMT SYS TXNS/FEES 241004 650000012411180 | |
| Oct 04 | PREAUTHORIZED CREDIT | $22,988.98 |
| | CA HCCLAIMPMT 7001422172*1540849 793*151826562802~ | |
| Oct 07 | PREAUTHORIZED CREDIT | $42.18 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909947379*13635696 42~ | |
| Oct 07 | PREAUTHORIZED CREDIT | $538.64 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2030702 *1341939227*000053 864*5640506\ | |
| Oct 07 | PREAUTHORIZED CREDIT | $1,480.00 |
| | DERMCARE MANAGEM PAYMENTJNL 241007 SBC00164 | |
| Oct 07 | PREAUTHORIZED CREDIT | $4,825.12 |
| | HRTLAND PMT SYS TXNS/FEES 241007 650000012411180 | |
| Oct 07 | PREAUTHORIZED CREDIT | $5,909.82 |
| | HRTLAND PMT SYS TXNS/FEES 241007 650000012411180 | |
| Oct 07 | PREAUTHORIZED CREDIT | $32,100.54 |
| | Prescription TRANSFER 241007 ST-K4G4D2Q4L9Q6 | |
| Oct 07 | PREAUTHORIZED CREDIT | $33,136.65 |
| | ACCESS HEALTH ACCESS HEA 241007 5640506 | |
| Oct 08 | REMOTE DEPOSIT | $605.00 |
| Oct 08 | PREAUTHORIZED CREDIT | $673.80 |
| | ACCESS HEALTH ACCESS HEA 241008 5640506 | |
| Oct 08 | PREAUTHORIZED CREDIT | $30,211.37 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007785861*14 31420563\ | |
| Oct 09 | PREAUTHORIZED CREDIT | $6,039.07 |
| | HRTLAND PMT SYS TXNS/FEES 241009 650000012411180 | |
| Oct 09 | REMOTE DEPOSIT | $8,376.42 |
| Oct 09 | PREAUTHORIZED CREDIT | $13,752.02 |
| | ACCESS HEALTH ACCESS HEA 241009 5640506 | |
| Oct 09 | PREAUTHORIZED CREDIT | $149,001.70 |
| | CAREMARK HCCLAIMPMT 2500457385*1752882 129*5640506\ | |
| Oct 10 | PREAUTHORIZED CREDIT | $920.42 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909969570*13635696 42~ | |
| Oct 10 | PREAUTHORIZED CREDIT | $2,010.37 |
| | MEDE AMERICA CDA HCCLAIMPMT 7207808*3205716594 *199999999\ | |
| Oct 10 | PREAUTHORIZED CREDIT | $2,305.01 |
| | DREXI INC ACH 241010 5640506 | |
| Oct 10 | PREAUTHORIZED CREDIT | $6,501.12 |
| | ACCESS HEALTH ACCESS HEA 241010 5640506 | |
| Oct 10 | PREAUTHORIZED CREDIT | $8,449.55 |
| | HRTLAND PMT SYS TXNS/FEES 241010 650000012411180 | |
| Oct 11 | AUTOMATIC TRANSFER | $379,113.70 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 11 | PREAUTHORIZED CREDIT | $5,194.20 |
| | HRTLAND PMT SYS TXNS/FEES 241011 650000012411180 | |

49588 0161804 0004-0007 00000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7428 |
| **Statement Date:** | | 10/31/2024 |
| **Page :** | | 5 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 11 | PREAUTHORIZED CREDIT | $33,137.02 |
| | CA HCCLAIMPMT 7001424754*1540849 793*151826562802~ | |
| Oct 15 | PREAUTHORIZED CREDIT | $6,759.65 |
| | HRTLAND PMT SYS TXNS/FEES 241015 650000012411180 | |
| Oct 15 | PREAUTHORIZED CREDIT | $8,302.97 |
| | HRTLAND PMT SYS TXNS/FEES 241015 650000012411180 | |
| Oct 15 | PREAUTHORIZED CREDIT | $23,805.16 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007799022*14 31420563\ | |
| Oct 15 | PREAUTHORIZED CREDIT | $26,294.42 |
| | ACCESS HEALTH ACCESS HEA 241014 5640506 | |
| Oct 15 | PREAUTHORIZED CREDIT | $27,995.96 |
| | Prescription TRANSFER 241015 ST-Q1B0F2I8B8S1 | |
| Oct 16 | PREAUTHORIZED CREDIT | $8.27 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909984626*13635696 42~ | |
| Oct 16 | PREAUTHORIZED CREDIT | $1,726.50 |
| | INFINITY RX LLX ACH PAYMTS 564657864976310489 9 | |
| Oct 16 | PREAUTHORIZED CREDIT | $5,621.66 |
| | HRTLAND PMT SYS TXNS/FEES 241016 650000012411180 | |
| Oct 16 | PREAUTHORIZED CREDIT | $8,744.70 |
| | ACCESS HEALTH ACCESS HEA 241016 5640506 | |
| Oct 16 | PREAUTHORIZED CREDIT | $25,745.73 |
| | Monarch Specialt ePay brightscrip period 65 Aug 16-31 2024 | |
| Oct 16 | PREAUTHORIZED CREDIT | $134,928.34 |
| | CAREMARK HCCLAIMPMT 2500468767*1752882 129*5640506\ | |
| Oct 17 | PREAUTHORIZED CREDIT | $657.26 |
| | DREXI INC ACH 241017 5640506 | |
| Oct 17 | PREAUTHORIZED CREDIT | $9,160.94 |
| | HRTLAND PMT SYS TXNS/FEES 241017 650000012411180 | |
| Oct 17 | PREAUTHORIZED CREDIT | $19,529.52 |
| | ACCESS HEALTH ACCESS HEA 241017 5640506 | |
| Oct 17 | PREAUTHORIZED CREDIT | $75,877.84 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909889812*13635696 42~ | |
| Oct 18 | AUTOMATIC TRANSFER | $1,384.68 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 18 | PREAUTHORIZED CREDIT | $133.91 |
| | TRICARE-ONLY DOD REMIT TRN*1*03202177*143 1420563\ | |
| Oct 18 | PREAUTHORIZED CREDIT | $149.00 |
| | TMESYS LLC CLAIM PMT 241018 5640506 | |
| Oct 18 | PREAUTHORIZED CREDIT | $1,732.71 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04202538*143 1420563\ | |
| Oct 18 | PREAUTHORIZED CREDIT | $7,622.96 |
| | HRTLAND PMT SYS TXNS/FEES 241018 650000012411180 | |
| Oct 18 | PREAUTHORIZED CREDIT | $10,842.93 |
| | ACCESS HEALTH ACCESS HEA 241018 5640506 | |
| Oct 18 | PREAUTHORIZED CREDIT | $33,452.41 |
| | CA HCCLAIMPMT 7001426750*1540849 793*151826562802~ | |
| Oct 21 | PREAUTHORIZED CREDIT | $898.03 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909999209*13635696 42~ | |
| Oct 21 | PREAUTHORIZED CREDIT | $2,510.00 |
| | DERMCARE MANAGEM PAYMENTJNL 241021 SBC00164 | |
| Oct 21 | PREAUTHORIZED CREDIT | $5,872.16 |
| | HRTLAND PMT SYS TXNS/FEES 241021 650000012411180 | |
| Oct 21 | PREAUTHORIZED CREDIT | $7,047.68 |
| | HRTLAND PMT SYS TXNS/FEES 241021 650000012411180 | |
| Oct 21 | PREAUTHORIZED CREDIT | $29,028.39 |
| | Prescription TRANSFER 241021 ST-L8W8G5V7T2M5 | |
| Oct 21 | PREAUTHORIZED CREDIT | $37,860.51 |
| | ACCESS HEALTH ACCESS HEA 241021 5640506 | |

49588 0161805 0005-0007 00000000000000000





| | | |
|---|---|---|
| Account Number: | XXXXXX7428 | |
| Statement Date: | 10/31/2024 | |
| Page : | 6 of 7 | |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 22 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241022 5640506 | $8,379.46 |
| Oct 22 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007811566*14 31420563\ | $37,363.07 |
| Oct 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $30,677.00 |
| Oct 23 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241023 5640506 | $137.12 |
| Oct 23 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 241023 5640506 | $310.00 |
| Oct 23 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241023 650000012411180 | $13,400.54 |
| Oct 23 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500480225*1752882 129*5640506\ | $122,299.85 |
| Oct 24 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241024 5640506 | $3,698.76 |
| Oct 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241024 650000012411180 | $5,684.26 |
| Oct 24 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910020838*13635696 42~ | $8,554.85 |
| Oct 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $20,032.81 |
| Oct 25 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2036539<br>*1341939227*000136 895*5640506\ | $1,368.95 |
| Oct 25 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241025 650000012411180 | $7,315.45 |
| Oct 25 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241025 5640506 | $8,213.02 |
| Oct 25 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001427888*1540849 793*151826562802~ | $82,164.58 |
| Oct 28 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2037579<br>*1341939227*000053 282*5640506\ | $532.82 |
| Oct 28 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7209160*3205716594 *199999999\ | $3,921.35 |
| Oct 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241028 650000012411180 | $6,444.64 |
| Oct 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241028 650000012411180 | $12,908.44 |
| Oct 28 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241028 ST-U3C5F8T5N8M3 | $34,876.75 |
| Oct 28 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241028 5640506 | $36,420.57 |
| Oct 29 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,324.38 |
| Oct 29 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910035463*13635696 42~ | $585.61 |
| Oct 29 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241029 5640506 | $1,015.74 |
| Oct 29 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007824924*14 31420563\ | $36,322.54 |
| Oct 29 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909955986*13635696 42~ | $89,554.17 |
| Oct 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $177,670.00 |
| Oct 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241030 650000012411180 | $5,646.34 |





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7428 |
| **Statement Date:** | | 10/31/2024 |
| **Page :** | | 7 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 30 | PREAUTHORIZED CREDIT | $13,608.22 |
| | ACCESS HEALTH ACCESS HEA 241030 5640506 | |
| Oct 30 | PREAUTHORIZED CREDIT | $22,406.88 |
| | Monarch Specialt ePay brightscrip Sep 1- 15 2024 | |
| Oct 30 | PREAUTHORIZED CREDIT | $188,042.39 |
| | CAREMARK HCCLAIMPMT 2500491738*1752882 129*5640506\ | |
| Oct 31 | PREAUTHORIZED CREDIT | $6,860.81 |
| | HRTLAND PMT SYS TXNS/FEES 241031 650000012411180 | |
| Oct 31 | PREAUTHORIZED CREDIT | $9,530.89 |
| | ACCESS HEALTH ACCESS HEA 241031 5640506 | |
| Oct 31 | REMOTE DEPOSIT | $11,346.23 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Sep 30 | $0.00 | Oct 08 | $605.00 | Oct 17 | $0.00 | Oct 25 | $0.00 |
| Oct 01 | $0.00 | Oct 09 | $8,376.00 | Oct 18 | $0.00 | Oct 28 | $0.00 |
| Oct 02 | $0.00 | Oct 10 | $0.00 | Oct 21 | $0.00 | Oct 29 | $0.00 |
| Oct 03 | $6,906.00 | Oct 11 | -$13,999.28 | Oct 22 | $0.00 | Oct 30 | $0.00 |
| Oct 04 | $0.00 | Oct 15 | $0.00 | Oct 23 | $0.00 | Oct 31 | $11,346.00 |
| Oct 07 | $0.00 | Oct 16 | $0.00 | Oct 24 | $0.00 | | |

49588 0161807 0007-0007 0000000000000000

