# SUPPORTING DOCUMENTATION

**(October 2024)**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2024 through October 31, 2024
**Account Number:** ███████5226

---

**Customer Service Information**

If you have any questions about your
statement, please contact your
Customer Service Professional.

00004740 WBS 111 211 30624 NNNNNNNNNNNN  1 000000000 C1 0000

ROSE PHARMACY RM LLC
DEBTOR IN POSSESSION
12540 MCCANN DR
SANTA FE SPGS CA 90670-3337

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $0.00 |  |
| Deposits and Credits | 0 | $0.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$0.00** |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

\* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | September 30, 2024 |
| **Statement Ending:** | October 31, 2024 |
| **Page:** | 1 of 2 |

22752 TWS380WR110124080707 01 000000000 45 003

ROSE PHARMACY RM LLC
1423 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number:    XXXXXX4801 |
|---|---|

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/24** | **$0.00** |
| + Deposits and Credits (8) | $116,627.50 |
| - Withdrawals and Debits (10) | $110,465.12 |
| **Ending Balance as of 10/31/24** | **$6,083.26** |
| Analysis or Maintenance Fees for Period | $79.12 |
| Number of Days in Statement Period | 31 |

## Debits



| Date | Description | Subtractions |
|---|---|---|
| Oct 01 | CASH MGMT TRSFR DR<br>REF 2750758L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$2,057.00 |
| Oct 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241001 650000012557651 | -$500.00 |
| Oct 01 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016XWWKJS3I21K5 | -$1,556.31 |
| Oct 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.69 |
| Oct 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.50 |
| Oct 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,135.00 |
| Oct 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016UCXYFJ3IHX16 | -$816.68 |
| Oct 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 09/24 | -$79.12 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| Account Number: | XXXXXX4801 |
| Statement Date: | 10/31/2024 |
| Page : | 2 of 2 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Oct 29 | AUTOMATIC TRANSFER | -$50.68 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 30 | CASH MGMT TRSFR DR | -$98,265.00 |
| | REF 3041131L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Oct 31 | DEPOSIT RETURN ITEM | -$6,083.26 |
| | DDA Redp Debit 1162  NSF | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Oct 01 | CASH MGMT TRSFR CR | $4,114.00 |
| | REF 2750759L FUNDS TRANSFER FRM DEP XXXXXX4516 FROM | |
| Oct 09 | REMOTE DEPOSIT | $1,135.50 |
| Oct 11 | AUTOMATIC TRANSFER | $816.68 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 18 | AUTOMATIC TRANSFER | $79.12 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 28 | REMOTE DEPOSIT | $50.00 |
| Oct 29 | REMOTE DEPOSIT | $98,265.68 |
| Oct 31 | AUTOMATIC TRANSFER | $6,083.26 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 31 | REDEPOSIT RETURN CHK | $6,083.26 |
| | DDA Redp Credit 1162  NSF | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Sep 30 | $0.00 | Oct 10 | $0.00 | Oct 18 | $0.00 | Oct 30 | $0.00 |
| Oct 01 | $0.00 | Oct 11 | $0.00 | Oct 28 | $50.00 | Oct 31 | $6,083.26 |
| Oct 09 | $1,135.00 | Oct 17 | -$79.12 | Oct 29 | $98,265.00 | | |

