# SUPPORTING DOCUMENTATION

### (October 2024)



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2024 through October 31, 2024
**Account Number:** ███████8660

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000855 WBS 111 141 30624 NNNNNNNNNN 1 000000000 C1 0000

ROSE PHARMACY SF LLC
DEBTOR IN POSSESSION
311 S WACKER DR SUITE 2640
CHICAGO IL 60606

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $5,274.94 |  |
| Deposits and Credits | 18 | $84,601.08 |  |
| Withdrawals and Debits | 1 | $70,000.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$19,876.02** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 10/01 | Orig CO Name:Mlife Hospice, I    Orig ID:9200502235 Desc Date:241001 CO Entry Descr:ACH Pmt   Sec:CCD    Trace#:021000024396757 Eed:241001   Ind ID:11146475702         Ind Name:Rose Pharmacy Invoice 355-16470 Trn: 2744396757Tc | $2,113.16 |
| 10/01 | Orig CO Name:Bank of America    Orig ID:941687665X Desc Date:240930 CO Entry Descr:Sb Billpaysec:CCD    Trace#:111000020585873 Eed:241001 Ind ID:B15Amcdbdg1Ooof        Ind Name:Rose Pharmacy Passionate Hospice And Palliative C Are I Sb Bill Pay B15Amcdbdg1Ooof A Trn: 2750585873Tc | 1,693.39 |
| 10/01 | Orig CO Name:Mlife Hospice, I    Orig ID:9200502235 Desc Date:241001 CO Entry Descr:ACH Pmt   Sec:CCD    Trace#:021000024396759 Eed:241001   Ind ID:11146475698         Ind Name:Rose Pharmacy Invoice 355-14631 Trn: 2744396759Tc | 1,529.81 |
| 10/02 | Orig CO Name:Bank of America    Orig ID:941687665X Desc Date:241001 CO Entry Descr:Sb Billpaysec:CCD    Trace#:111000029462087 Eed:241002 Ind ID:B15Boxnfje1Ov27        Ind Name:Rose Pharmacy Passionate Hospice And Palliative C Are I Sb Bill Pay B15Boxnfje1Ov27 A Trn: 2769462087Tc | 2,378.53 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



October 01, 2024 through October 31, 2024
**Account Number:** ████████8660

## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 10/02 | Orig CO Name:Bank of America     Orig ID:941687665X Desc Date:241001 CO Entry Descr:Sb Billpaysec:CCD   Trace#:111000029462089 Eed:241002 Ind ID:B15Klqqmlb1Ov26     Ind Name:Rose Pharmacy Passionate Hospice And Palliative C Are I Sb Bill Pay B15Klqqmlb1Ov26 A Trn: 2769462089Tc | 2,066.27 |
| 10/04 | Orig CO Name:A New Day Hospic     Orig ID:464277425  Desc Date:241004 CO Entry Descr:ACH    Sec:CCD    Trace#:026013576112770 Eed:241004 Ind ID:355-16621       Ind Name:Rose Pharmacy 1504721279 Trn: 2776112770Tc | 4,827.38 |
| 10/04 | Orig CO Name:Trilogy Hospice     Orig ID:S941687665 Desc Date:241004 CO Entry Descr:Sender    Sec:CTX   Trace#:113000020436820 Eed:241004 Ind ID:746248912       Ind Name:0000Rose Pharmacy Onlne Trnsfr88871070 Trn: 2780436820Tc | 1,084.77 |
| 10/07 | Orig CO Name:Bellerose Hospic     Orig ID:S941687665 Desc Date:241007 CO Entry Descr:Sender    Sec:CTX   Trace#:113000025882999 Eed:241007 Ind ID:747251534        Ind Name:0000Rose Pharmacy Onlne Trnsfr88871070 Trn: 2815882999Tc | 22,861.42 |
| 10/15 | Orig CO Name:Starline Hospice     Orig ID:462693989  Desc Date:241015 CO Entry Descr:Rose Pharmsec:CCD   Trace#:122043601790705 Eed:241015   Ind ID:                 Ind Name:Rose Pharmacy Inv355-15810                        6417414 Trn: 2851790705Tc | 1,699.97 |
| 10/18 | Book Transfer Credit B/O: Homeline Hospice Inc. Glendale CA 91203-3271 US Trn: 3130124292Es YOUR REF:  BOH OF 24/10/18 | 5,546.37 |
| 10/18 | Orig CO Name:Burnet Hospice C     Orig ID:451783432  Desc Date:241018 CO Entry Descr:ACH    Sec:CCD    Trace#:026013577227701 Eed:241018 Ind ID:355-16623       Ind Name:Rose Pharmacy 1504721287 Trn: 2917227701Tc | 14,815.80 |
| 10/22 | Orig CO Name:Starline Hospice     Orig ID:462693989  Desc Date:241022 CO Entry Descr:Rose Pharmsec:CCD   Trace#:122043603384302 Eed:241022   Ind ID:               Ind Name:Rose Pharmacy Inv#355-16564 $3034.37-Cm355-01399  $22.90 6417414 Trn: 2953384302Tc | 3,011.47 |
| 10/23 | Orig CO Name:Honest Health CA     Orig ID:9200502235 Desc Date:241023 CO Entry Descr:ACH Pmt  Sec:PPD   Trace#:021000020952721 Eed:241023   Ind ID:11149141183     Ind Name:Rose Pharmacy Honest Hospice  August24 Trn: 2960952721Tc | 5,300.03 |
| 10/24 | Orig CO Name:Trilogy Hospice     Orig ID:S941687665 Desc Date:241024 CO Entry Descr:Sender    Sec:CTX   Trace#:113000022310880 Eed:241024 Ind ID:750019434        Ind Name:0000Rose Pharmacy Onlne Trnsfr88871070 Trn: 2982310880Tc | 1,067.15 |
| 10/24 | Orig CO Name:Bank of America     Orig ID:941687665X Desc Date:241023 CO Entry Descr:Sb Billpaysec:CCD    Trace#:111000022310882 Eed:241024 Ind ID:B15Rvlycpe1R3D3     Ind Name:Rose Pharmacy Passionate Hospice And Palliative C Are I Sb Bill Pay B15Rvlycpe1R3D3 A Trn: 2982310882Tc | 523.42 |
| 10/25 | Orig CO Name:Lira Hospice, IN     Orig ID:9200502235 Desc Date:241025 CO Entry Descr:ACH Pmt  Sec:PPD   Trace#:021000024086112 Eed:241025   Ind ID:11149147253     Ind Name:Rose Pharamcy 355-16309 Trn: 2984086112Tc | 379.80 |
| 10/29 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Angels Hospice Corporation CA 91709 Ref: Chase Nyc/Ctr/Bnf=Rose Pharmacy Sf LLC Chicago IL 60606- US/Ac-0000000 07163 Rfb=Ow0005060676633 Obi=Paym Ent Angels Hospice Bbi=/Chgs/USD0,0 0/ Imad: 1029l1B7033R001346 Trn: 0106021303Ff YOUR REF:  OW00005060676633 | 5,000.00 |



October 01, 2024 through October 31, 2024
**Account Number:** ███████████8660

## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 10/31 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-All Family Hospice Inc Ref: 11150256725 Info: Text-  Iid: 20241031021000021P1Brjpc02320116096 Recd: 14:55:11 Trn: 0636610305Gc YOUR REF:  11150256725 | 8,702.34 |
| **Total** | | **$84,601.08** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 10/24 | Online Transfer To Chk ...0359 Transaction#: 22482264778 | $70,000.00 |
| **Total** | | **$70,000.00** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 10/01 | $10,611.30 | 10/22 | $68,903.28 |
| 10/02 | $15,056.10 | 10/23 | $74,203.31 |
| 10/04 | $20,968.25 | 10/24 | $5,793.88 |
| 10/07 | $43,829.67 | 10/25 | $6,173.68 |
| 10/15 | $45,529.64 | 10/29 | $11,173.68 |
| 10/18 | $65,891.81 | 10/31 | $19,876.02 |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank



| | |
|---|---|
| **Last Statement:** | September 30, 2024 |
| **Statement Ending:** | October 31, 2024 |
| **Page:** | 1 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22161 TWS380WR110124080707 01 000000000 45 008

ROSE PHARMACY SF LLC
1422 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

 

### Customer Service

 **Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number:    XXXXXX8445 |
|---|---|

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/24** | **$0.00** |
| + Deposits and Credits (87) | $1,344,698.37 |
| - Withdrawals and Debits (55) | $1,344,459.95 |
| **Ending Balance as of 10/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $238.42 |
| Number of Days in Statement Period | 31 |

## Debits



| Date | Description | Subtractions |
|---|---|---|
| Oct 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241001 650000012921873 | -$7,115.06 |
| Oct 01 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016YCHHSX3I21KH | -$100,510.16 |
| Oct 01 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 2144  NSF | -$2,579.95 |
| Oct 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$118.19 |
| Oct 02 | CASH MGMT TRSFR DR<br>REF 2760959L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$53,082.00 |
| Oct 02 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO BILL PAYMT 241002 | -$5,368.17 |
| Oct 02 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.43 |
| Oct 03 | DEPOSIT RETURN ITEM<br>DDA CB Debit 2144  NSF 2nd | -$2,579.95 |

## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| **2. Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| **3. List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

### Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | Account Number: | XXXXXX8445 |
| | | Statement Date: | 10/31/2024 |
| | | Page : | 2 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|-------------:|
| Oct 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$19.05 |
| Oct 04 | CASH MGMT TRSFR DR<br>REF 2780834L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$49,055.00 |
| Oct 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2.14 |
| Oct 07 | CASH MGMT TRSFR DR<br>REF 2811120L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$102,480.00 |
| Oct 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$738.66 |
| Oct 08 | CASH MGMT TRSFR DR<br>REF 2820752L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$52,694.44 |
| Oct 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016FMEMPA3IBVY U Multiple invoice | -$6,273.02 |
| Oct 08 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 1148  NSF | -$5,300.03 |
| Oct 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.91 |
| Oct 09 | CASH MGMT TRSFR DR<br>REF 2830832L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$93,723.71 |
| Oct 09 | PREAUTHORIZED DEBIT<br>MANAGED HEALTH C Payment 241009 | -$220.00 |
| Oct 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.85 |
| Oct 10 | CASH MGMT TRSFR DR<br>REF 2840735L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$215,575.44 |
| Oct 10 | DEPOSIT RETURN ITEM<br>DDA CB Debit 5580  Refer to Maker | -$1,000.00 |
| Oct 10 | DEPOSIT RETURN ITEM<br>DDA CB Debit 9286  Refer to Maker | -$2,473.28 |
| Oct 10 | DEPOSIT RETURN ITEM<br>DDA CB Debit 1148  NSF 2nd | -$5,300.03 |
| Oct 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1.21 |
| Oct 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016BWOEJS3IHX1A | -$102,689.95 |
| Oct 11 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 50720  NSF | -$60.14 |
| Oct 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$30,421.09 |
| Oct 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables Southern Californi a Shredding Bill.c om<br>016IVYGOM3IJZ4U Acct 3411 - Inv 2 | -$100.00 |
| Oct 15 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 4116  NSF | -$916.96 |
| Oct 15 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 4690  NSF | -$3,578.38 |
| Oct 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$19,194.61 |
| Oct 16 | CASH MGMT TRSFR DR<br>REF 2901453L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$23,880.39 |
| Oct 16 | PREAUTHORIZED DEBIT<br>FRONTIER COMMUNI BILL PAY 241016 20424866801 | -$255.98 |
| Oct 16 | DEPOSIT RETURN ITEM<br>DDA CB Debit 50720  NSF 2nd | -$60.14 |



22161 0071227 0002-0007 0000000000000000



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|-------------:|
| Oct 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2.63 |
| Oct 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 09/24 | -$238.42 |
| Oct 17 | DEPOSIT RETURN ITEM<br>DDA CB Debit 4690  NSF 2nd | -$3,578.38 |
| Oct 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$61,116.68 |
| Oct 18 | CASH MGMT TRSFR DR<br>REF 2920543L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$41,421.00 |
| Oct 18 | DEPOSIT RETURN ITEM<br>DDA CB Debit 4116  NSF 2nd | -$916.96 |
| Oct 18 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 100289  NSF | -$8,549.30 |
| Oct 21 | CASH MGMT TRSFR DR<br>REF 2950850L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$44,794.08 |
| Oct 22 | PREAUTHORIZED DEBIT<br>REPUBLICSERVICES RSIBILLPAY 241022 | -$676.00 |
| Oct 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$23,038.30 |
| Oct 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016IIRKLT3IWMNT | -$3,044.06 |
| Oct 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$15,450.51 |
| Oct 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016WQRANP3IYNT3 | -$302.93 |
| Oct 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$36,199.00 |
| Oct 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables RX Systems Inc B ill.com 016UMEWRF3 J0GIX Acct 04423 - Inv 2211090 | -$1,800.00 |
| Oct 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,490.31 |
| Oct 28 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO DIRECTPAY 241028 700896544671 | -$3,233.32 |
| Oct 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016PTQGUC3J2D8D | -$20,070.50 |
| Oct 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$59,298.48 |
| Oct 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$24,335.68 |
| Oct 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$90,772.51 |



## Credits

| Date | Description | Additions |
|------|-------------|----------:|
| Oct 01 | PREAUTHORIZED CREDIT<br>NORIDIAN DMEMAC HCCLAIMPMT 081517692714024*12 62326076~ | $13.04 |
| Oct 01 | PREAUTHORIZED CREDIT<br>MEDIMPACT DEBITS TRN*1*9200379210*1 330567651*433268  \ | $117.75 |
| Oct 01 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550581523*12 60076803*99999~ | $725.64 |



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 01 | REDEPOSIT RETURN CHK | $2,579.95 |
| | DDA Redp Credit 2144  NSF | |
| Oct 01 | PREAUTHORIZED CREDIT | $32,349.38 |
| | HRTLAND PMT SYS TXNS/FEES 241001 650000012921873 | |
| Oct 01 | PREAUTHORIZED CREDIT | $32,953.55 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007772959*14 31420563\ | |
| Oct 01 | CASH MGMT TRSFR CR | $44,164.00 |
| | REF 2750756L FUNDS TRANSFER FRM DEP XXXXXX4516 FROM | |
| Oct 02 | PREAUTHORIZED CREDIT | $1,842.32 |
| | NAVITUS HCCLAIMPMT 1445597*1043608530 ~ | |
| Oct 02 | PREAUTHORIZED CREDIT | $3,200.03 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909932747*13635696 42~ | |
| Oct 02 | PREAUTHORIZED CREDIT | $14,078.41 |
| | CAREMARK HCCLAIMPMT 2500445877*1752882 129*5641798\ | |
| Oct 02 | PREAUTHORIZED CREDIT | $39,329.84 |
| | HRTLAND PMT SYS TXNS/FEES 241002 650000012921873 | |
| Oct 03 | PREAUTHORIZED CREDIT | $19.05 |
| | MEDIMPACT DEBITS TRN*1*9200379867*1 330567651*433268 \ | |
| Oct 04 | PREAUTHORIZED CREDIT | $2.92 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04172458*431 420563 \ | |
| Oct 04 | PREAUTHORIZED CREDIT | $1,346.92 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550582755*12 | |
| | 60076803*99999~ | |
| Oct 04 | REMOTE DEPOSIT | $2,031.85 |
| Oct 04 | PREAUTHORIZED CREDIT | $14,335.84 |
| | CA HCCLAIMPMT 7001419695*1540849 793*142733835902~ | |
| Oct 04 | REMOTE DEPOSIT | $18,923.20 |
| Oct 04 | PREAUTHORIZED CREDIT | $33,369.44 |
| | HRTLAND PMT SYS TXNS/FEES 241004 650000012921873 | |
| Oct 04 | REMOTE DEPOSIT | $80,600.97 |
| Oct 07 | PREAUTHORIZED CREDIT | $738.66 |
| | MEDIMPACT DEBITS TRN*1*9200380438*1 330567651*433268 \ | |
| Oct 07 | PREAUTHORIZED CREDIT | $926.00 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909947392*13635696 42~ | |
| Oct 08 | PREAUTHORIZED CREDIT | $1,917.83 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550583928*12 | |
| | 60076803*99999~ | |
| Oct 08 | REDEPOSIT RETURN CHK | $5,300.03 |
| | DDA Redp Credit 1148  NSF | |
| Oct 08 | PREAUTHORIZED CREDIT | $20,055.95 |
| | HRTLAND PMT SYS TXNS/FEES 241008 650000012921873 | |
| Oct 08 | PREAUTHORIZED CREDIT | $42,293.71 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007785872*14 31420563\ | |
| Oct 08 | REMOTE DEPOSIT | $62,826.91 |
| Oct 09 | PREAUTHORIZED CREDIT | $1,479.17 |
| | NAVITUS HCCLAIMPMT 1454214*1043608530 ~ | |
| Oct 09 | PREAUTHORIZED CREDIT | $13,735.94 |
| | HRTLAND PMT SYS TXNS/FEES 241009 650000012921873 | |
| Oct 09 | PREAUTHORIZED CREDIT | $15,902.60 |
| | CAREMARK HCCLAIMPMT 2500457394*1752882 129*5641798\ | |
| Oct 09 | REMOTE DEPOSIT | $82,390.62 |
| Oct 09 | REMOTE DEPOSIT | $85,433.23 |
| Oct 10 | PREAUTHORIZED CREDIT | $1,957.78 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909969587*13635696 42~ | |
| Oct 10 | REMOTE DEPOSIT | $20,741.91 |
| Oct 10 | PREAUTHORIZED CREDIT | $49,267.94 |
| | HRTLAND PMT SYS TXNS/FEES 241010 650000012921873 | |
| Oct 10 | REMOTE DEPOSIT | $81,757.30 |





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX8445 |
| **Statement Date:** | | 10/31/2024 |
| **Page :** | | 5 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 11 | REDEPOSIT RETURN CHK | $60.14 |
| | DDA Redp Credit 50720  NSF | |
| Oct 11 | PREAUTHORIZED CREDIT | $1,034.98 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550585145*12 | |
| | 60076803*99999~ | |
| Oct 11 | PREAUTHORIZED CREDIT | $4,698.54 |
| | HRTLAND PMT SYS TXNS/FEES 241011 650000012921873 | |
| Oct 11 | PREAUTHORIZED CREDIT | $24,939.66 |
| | CA HCCLAIMPMT 7001422275*1540849 793*142733835902~ | |
| Oct 15 | PREAUTHORIZED CREDIT | $1.12 |
| | NORIDIAN DMEMAC HCCLAIMPMT 081517692846870*12 62326076~ | |
| Oct 15 | PREAUTHORIZED CREDIT | $33.76 |
| | NAVITUS HCCLAIMPMT 1452938*1043608530 ~ | |
| Oct 15 | PREAUTHORIZED CREDIT | $795.91 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550586358*12 | |
| | 60076803*99999~ | |
| Oct 15 | REDEPOSIT RETURN CHK | $916.96 |
| | DDA Redp Credit 4116  NSF | |
| Oct 15 | PREAUTHORIZED CREDIT | $1,014.12 |
| | HRTLAND PMT SYS TXNS/FEES 241015 650000012921873 | |
| Oct 15 | REDEPOSIT RETURN CHK | $3,578.38 |
| | DDA Redp Credit 4690  NSF | |
| Oct 15 | PREAUTHORIZED CREDIT | $21,945.04 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007799033*14 31420563\ | |
| Oct 16 | PREAUTHORIZED CREDIT | $19.22 |
| | NAVITUS HCCLAIMPMT 1456063*1043608530 ~ | |
| Oct 16 | PREAUTHORIZED CREDIT | $157.99 |
| | HRTLAND PMT SYS TXNS/FEES 241016 650000012921873 | |
| Oct 16 | PREAUTHORIZED CREDIT | $6,158.51 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909984643*13635696 42~ | |
| Oct 16 | PREAUTHORIZED CREDIT | $17,802.65 |
| | CAREMARK HCCLAIMPMT 2500468776*1752882 129*5641798\ | |
| Oct 16 | REMOTE DEPOSIT | $60,611.63 |
| Oct 17 | PREAUTHORIZED CREDIT | $743.53 |
| | HRTLAND PMT SYS TXNS/FEES 241017 650000012921873 | |
| Oct 17 | REMOTE DEPOSIT | $6,991.56 |
| Oct 17 | REMOTE DEPOSIT | $22,572.01 |
| Oct 18 | AUTOMATIC TRANSFER | $8,547.56 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 18 | PREAUTHORIZED CREDIT | $0.91 |
| | PRIME THERAPEUTI HCCLAIMPMT 444444440936807*22 | |
| | 60076803*99999~ | |
| Oct 18 | PREAUTHORIZED CREDIT | $38.23 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550587605*12 | |
| | 60076803*99999~ | |
| Oct 18 | REMOTE DEPOSIT | $496.94 |
| Oct 18 | PREAUTHORIZED CREDIT | $1,023.24 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04202540*143 1420563\ | |
| Oct 18 | REDEPOSIT RETURN CHK | $8,549.30 |
| | DDA Redp Credit 100289  NSF | |
| Oct 18 | PREAUTHORIZED CREDIT | $10,796.42 |
| | CA HCCLAIMPMT 7001426830*1540849 793*142733835902~ | |
| Oct 21 | PREAUTHORIZED CREDIT | $5,301.77 |
| | HRTLAND PMT SYS TXNS/FEES 241021 650000012921873 | |
| Oct 21 | PREAUTHORIZED CREDIT | $38,996.31 |
| | HRTLAND PMT SYS TXNS/FEES 241021 650000012921873 | |

22161 0071230 0005-0007 00000000000000000





| | Account Number: | XXXXXX8445 |
|---|---|---|
| | Statement Date: | 10/31/2024 |
| | Page : | 6 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 22 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550588809*12<br>60076803*99999~ | $1,187.98 |
| Oct 22 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007811577*14 31420563\ | $22,526.32 |
| Oct 23 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1457961*1043608530 ~ | $41.13 |
| Oct 23 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500480234*1752882 129*5641798\ | $18,453.44 |
| Oct 24 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910020852*13635696 42~ | $32.99 |
| Oct 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241024 650000012921873 | $36,468.94 |
| Oct 25 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550590040*12<br>60076803*99999~ | $163.74 |
| Oct 25 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001427968*1540849 793*142733835902~ | $11,577.27 |
| Oct 28 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $289.34 |
| Oct 28 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2037582<br>*1341939227*000001 274*5641798\ | $12.74 |
| Oct 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241028 650000012921873 | $23,001.06 |
| Oct 28 | REMOTE DEPOSIT | $35,688.68 |
| Oct 29 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241029 650000012921873 | $153.98 |
| Oct 29 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910035474*13635696 42~ | $860.77 |
| Oct 29 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550591255*12<br>60076803*99999~ | $1,746.28 |
| Oct 29 | REMOTE DEPOSIT | $11,502.60 |
| Oct 29 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007824935*14 31420563\ | $20,848.85 |
| Oct 30 | CREDIT MEMO<br>CK 6389 FROM RICHARD JAMES DEP 9-26 PROCESSED FOR 3527.20 CK<br>WRITTEN FOR 3528.20 | $1.00 |
| Oct 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241030 650000012921873 | $136.13 |
| Oct 30 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1464518*1043608530 ~ | $1,583.51 |
| Oct 30 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500491747*1752882 129*5641798\ | $11,112.71 |
| Oct 30 | REMOTE DEPOSIT | $90,675.33 |
| Oct 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241031 650000012921873 | $19.00 |
| Oct 31 | PREAUTHORIZED CREDIT<br>SCRIPT CARE, LTD ACH Paymen TRN*1*0000595521*1 760295598~ | $78.51 |



## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Sep 30 | $0.00 | Oct 02 | $2,579.95 | Oct 04 | $101,554.00 | Oct 08 | $68,126.03 |
| Oct 01 | $2,579.95 | Oct 03 | $0.00 | Oct 07 | $0.00 | Oct 09 | $173,123.03 |

# WINTRUST
## BANK®

**Account Number:**    XXXXXX8445
**Statement Date:**    10/31/2024
**Page :**    7 of 7

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Daily Balances (Continued)

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Oct 10 | $102,498.00 | Oct 17 | $30,479.96 | Oct 23 | $8,549.30 | Oct 29 | $11,502.00 |
| Oct 11 | $60.14 | Oct 18 | $9,045.30 | Oct 24 | $8,549.30 | Oct 30 | $90,675.00 |
| Oct 15 | $4,555.48 | Oct 21 | $8,549.30 | Oct 25 | $0.00 | Oct 31 | $0.00 |
| Oct 16 | $65,106.34 | Oct 22 | $8,549.30 | Oct 28 | $35,688.00 | | |

22161 0071232 0007-0007 00000000000000000

