# <u>SUPPORTING DOCUMENTATION</u>

## (October 2024)



**WINTRUST**
**BANK**®

9801 W. Higgins, Box 32, Rosemont, IL 60018



22823 TWS380WR110124080707 01 000000000 45 007
CENTRAL PHARMACY LLC
1424 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

| | |
|---|---|
| **Last Statement:** | September 30, 2024 |
| **Statement Ending:** | October 31, 2024 |
| **Page:** | 1 of 6 |

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:    XXXXXX3163

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/24** | **$0.00** |
| + Deposits and Credits (59) | $259,290.93 |
| - Withdrawals and Debits (53) | $259,175.06 |
| **Ending Balance as of 10/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $115.87 |
| Number of Days in Statement Period | 31 |

## Debits



| Date | Description | Subtractions |
|---|---|---|
| Oct 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241001 650000012526458 | -$1,340.35 |
| Oct 01 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015UBHMCFD6SMII | -$19,534.29 |
| Oct 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.10 |
| Oct 02 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 241002 10812 | -$164.64 |
| Oct 02 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241002 2052047286 2220 | -$394.07 |
| Oct 02 | PREAUTHORIZED DEBIT<br>CITY MEDRX LLC MONEY OWED 241002 | -$9,486.00 |
| Oct 03 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 241003 10812 | -$188.64 |
| Oct 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,360.47 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| 2. **Enter** the Bank Balance shown on this statement |  |
|---|---|
| **Add** deposits made by you, but not shown on this statement. |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Subtotal** |  |
|  |  |
| 3. **List** total of checks outstanding |  |
| **Subtract** check total from above Subtotal |  |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX3163 |
|---|---|---|
| | Statement Date: | 10/31/2024 |
| | Page : | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Oct 04 | CASH MGMT TRSFR DR<br>REF 2780830L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$12,446.00 |
| Oct 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.38 |
| Oct 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,896.36 |
| Oct 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015LGIO PNG71WDX Acct<br>FNY3 69700 - Inv 926361 | -$942.64 |
| Oct 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,072.66 |
| Oct 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$890.39 |
| Oct 10 | PREAUTHORIZED DEBIT<br>CON ED OF NY CECONY 241010 61872196524 | -$997.59 |
| Oct 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015CLVJEYA 75U5D Inv PNRX-162<br>225 | -$1,322.39 |
| Oct 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 241010 ACH06204032 | -$4,943.19 |
| Oct 10 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241010 2052047286 2220 | -$30,480.38 |
| Oct 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241011 | -$65.33 |
| Oct 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241011 | -$65.33 |
| Oct 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241011 | -$65.33 |
| Oct 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241011 | -$65.33 |
| Oct 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241011 | -$65.33 |
| Oct 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241011 | -$78.39 |
| Oct 11 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 241011 13-CENTPHARM | -$432.93 |
| Oct 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 241011 2057205342 2220 | -$1,473.90 |
| Oct 11 | PREAUTHORIZED DEBIT<br>Akron Generics L SIGONFILE 241011 GVDP7P | -$1,782.00 |
| Oct 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015TFQBBFL78U55 | -$5,942.19 |
| Oct 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,323.35 |
| Oct 15 | PREAUTHORIZED DEBIT<br>GOTO COMMUNICATI GOTO/JIVE 241015 | -$238.27 |
| Oct 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015RKFNRDK79Z4Q | -$6,305.93 |
| Oct 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,961.70 |
| Oct 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,531.39 |
| Oct 17 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241017 2052047286 2220 | -$394.07 |
| Oct 17 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 241017 13-CENTPHARM | -$538.36 |





| Account Number: | XXXXXX3163 |
| Statement Date: | 10/31/2024 |
| Page : | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22823 0073071 0003-0006 000000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|-------------:|
| Oct 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 09/24 | -$115.87 |
| Oct 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$13,178.58 |
| Oct 18 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 241018 13-CENTPHARM | -$308.67 |
| Oct 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015JAMV FUG7HAMQ Acct<br>FNY3 69700 - Inv 926821 | -$1,783.60 |
| Oct 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$13,954.47 |
| Oct 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,083.36 |
| Oct 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015PBQZDST7MPN5 | -$35,973.86 |
| Oct 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015VVHD RSB7NCA4 Acct<br>FNY3 69700 - Inv 927559 | -$24.54 |
| Oct 23 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 241023 10812 | -$223.80 |
| Oct 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,914.85 |
| Oct 24 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 241024 | -$169.98 |
| Oct 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,453.25 |
| Oct 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Wis International Bill.com 015WALPTO B7R60L Inv 01-<br>1131 568 | -$260.00 |
| Oct 25 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241025 2052047286 2220 | -$25,568.18 |
| Oct 28 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 241028 2057205342 2220 | -$1,238.49 |
| Oct 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Forest Equities In c Bill.com 015KNXZ GRC7TSZS Acct<br>121 Kent Ave - Inv RE- | -$10,458.47 |
| Oct 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015XOGS PYC7V8VK Acct<br>FNY3 69700 - Inv 927371 | -$1,129.78 |
| Oct 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$684.63 |
| Oct 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,976.88 |



## Credits

| Date | Description | Additions |
|------|-------------|----------:|
| Oct 01 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241001 650000012526458 | $1,551.14 |
| Oct 01 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241001 5832452 | $3,669.60 |
| Oct 01 | CASH MGMT TRSFR CR<br>REF 2750753L FUNDS TRANSFER FRM DEP XXXXXX4516 FROM | $15,654.00 |
| Oct 02 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $4,460.23 |



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3163 |
| **Statement Date:** | | 10/31/2024 |
| **Page :** | | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 02 | PREAUTHORIZED CREDIT | $650.25 |
| | Monarch Specialt ePay brightscrip Period 64 Aug 1-15 2024 | |
| Oct 02 | PREAUTHORIZED CREDIT | $1,202.96 |
| | HRTLAND PMT SYS TXNS/FEES 241002 650000012526458 | |
| Oct 02 | PREAUTHORIZED CREDIT | $3,731.27 |
| | LEADER DRUGSTORE CARDINALCP 241002 5832452 | |
| Oct 03 | PREAUTHORIZED CREDIT | $272.68 |
| | LEADER DRUGSTORE CARDINALCP 241003 5832452 | |
| Oct 03 | PREAUTHORIZED CREDIT | $1,388.77 |
| | HRTLAND PMT SYS TXNS/FEES 241003 650000012526458 | |
| Oct 03 | PREAUTHORIZED CREDIT | $7,887.66 |
| | NYS DOH HCCLAIMPMT 021300074445467*11 41797357~ | |
| Oct 04 | PREAUTHORIZED CREDIT | $964.62 |
| | HRTLAND PMT SYS TXNS/FEES 241004 650000012526458 | |
| Oct 04 | PREAUTHORIZED CREDIT | $11,481.76 |
| | LEADER DRUGSTORE CARDINALCP 241004 5832452 | |
| Oct 07 | PREAUTHORIZED CREDIT | $815.75 |
| | HRTLAND PMT SYS TXNS/FEES 241007 650000012526458 | |
| Oct 07 | PREAUTHORIZED CREDIT | $1,996.79 |
| | Prescription TRANSFER 241007 ST-W4K1K0N1P4K0 | |
| Oct 07 | PREAUTHORIZED CREDIT | $4,083.82 |
| | LEADER DRUGSTORE CARDINALCP 241007 5832452 | |
| Oct 08 | PREAUTHORIZED CREDIT | $512.79 |
| | LEADER DRUGSTORE CARDINALCP 241008 5832452 | |
| Oct 08 | PREAUTHORIZED CREDIT | $1,502.51 |
| | HRTLAND PMT SYS TXNS/FEES 241008 650000012526458 | |
| Oct 09 | PREAUTHORIZED CREDIT | $890.39 |
| | HRTLAND PMT SYS TXNS/FEES 241009 650000012526458 | |
| Oct 10 | AUTOMATIC TRANSFER | $28,399.49 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 10 | PREAUTHORIZED CREDIT | $626.85 |
| | HRTLAND PMT SYS TXNS/FEES 241010 650000012526458 | |
| Oct 10 | PREAUTHORIZED CREDIT | $1,059.36 |
| | LEADER DRUGSTORE CARDINALCP 241010 5832452 | |
| Oct 10 | PREAUTHORIZED CREDIT | $7,657.85 |
| | NYS DOH HCCLAIMPMT 021300074464872*11 41797357~ | |
| Oct 11 | PREAUTHORIZED CREDIT | $1,073.33 |
| | HRTLAND PMT SYS TXNS/FEES 241011 650000012526458 | |
| Oct 11 | PREAUTHORIZED CREDIT | $14,286.08 |
| | LEADER DRUGSTORE CARDINALCP 241011 5832452 | |
| Oct 15 | PREAUTHORIZED CREDIT | $872.19 |
| | HRTLAND PMT SYS TXNS/FEES 241015 650000012526458 | |
| Oct 15 | PREAUTHORIZED CREDIT | $1,370.78 |
| | HRTLAND PMT SYS TXNS/FEES 241015 650000012526458 | |
| Oct 15 | PREAUTHORIZED CREDIT | $1,482.18 |
| | Prescription TRANSFER 241015 ST-N4V2G5U4X3Z3 | |
| Oct 15 | PREAUTHORIZED CREDIT | $5,780.75 |
| | LEADER DRUGSTORE CARDINALCP 241015 5832452 | |
| Oct 16 | PREAUTHORIZED CREDIT | $929.91 |
| | HRTLAND PMT SYS TXNS/FEES 241016 650000012526458 | |
| Oct 16 | PREAUTHORIZED CREDIT | $1,094.98 |
| | Monarch Specialt ePay brightscrip period 65 Aug 16-31 2024 | |
| Oct 16 | PREAUTHORIZED CREDIT | $1,506.50 |
| | LEADER DRUGSTORE CARDINALCP 241016 5832452 | |
| Oct 17 | PREAUTHORIZED CREDIT | $979.87 |
| | HRTLAND PMT SYS TXNS/FEES 241017 650000012526458 | |
| Oct 17 | PREAUTHORIZED CREDIT | $1,937.55 |
| | LEADER DRUGSTORE CARDINALCP 241017 5832452 | |

22823 0073072 0004-0006 00000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

22823 0073073 0005-0006 0000000000000000

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|----------:|
| Oct 17 | PREAUTHORIZED CREDIT | $11,309.46 |
|  | NYS DOH HCCLAIMPMT 021300074484255*11 41797357~ |  |
| Oct 18 | PREAUTHORIZED CREDIT | $942.25 |
|  | HRTLAND PMT SYS TXNS/FEES 241018 650000012526458 |  |
| Oct 18 | PREAUTHORIZED CREDIT | $15,104.49 |
|  | LEADER DRUGSTORE CARDINALCP 241018 5832452 |  |
| Oct 21 | PREAUTHORIZED CREDIT | $552.46 |
|  | HRTLAND PMT SYS TXNS/FEES 241021 650000012526458 |  |
| Oct 21 | PREAUTHORIZED CREDIT | $1,836.30 |
|  | Prescription TRANSFER 241021 ST-B3M1Y6X4W6C4 |  |
| Oct 21 | PREAUTHORIZED CREDIT | $4,694.60 |
|  | LEADER DRUGSTORE CARDINALCP 241021 5832452 |  |
| Oct 22 | AUTOMATIC TRANSFER | $34,368.21 |
|  | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 |  |
| Oct 22 | PREAUTHORIZED CREDIT | $270.13 |
|  | LEADER DRUGSTORE CARDINALCP 241022 5832452 |  |
| Oct 22 | PREAUTHORIZED CREDIT | $1,335.52 |
|  | HRTLAND PMT SYS TXNS/FEES 241022 650000012526458 |  |
| Oct 23 | PREAUTHORIZED CREDIT | $1,023.95 |
|  | LEADER DRUGSTORE CARDINALCP 241023 5832452 |  |
| Oct 23 | PREAUTHORIZED CREDIT | $1,139.24 |
|  | HRTLAND PMT SYS TXNS/FEES 241023 650000012526458 |  |
| Oct 24 | PREAUTHORIZED CREDIT | $786.29 |
|  | LEADER DRUGSTORE CARDINALCP 241024 5832452 |  |
| Oct 24 | PREAUTHORIZED CREDIT | $1,286.70 |
|  | HRTLAND PMT SYS TXNS/FEES 241024 650000012526458 |  |
| Oct 24 | PREAUTHORIZED CREDIT | $8,550.24 |
|  | NYS DOH HCCLAIMPMT 021300074503995*11 41797357~ |  |
| Oct 25 | AUTOMATIC TRANSFER | $16,616.87 |
|  | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 |  |
| Oct 25 | PREAUTHORIZED CREDIT | $1,110.53 |
|  | HRTLAND PMT SYS TXNS/FEES 241025 650000012526458 |  |
| Oct 25 | PREAUTHORIZED CREDIT | $8,100.78 |
|  | LEADER DRUGSTORE CARDINALCP 241025 5832452 |  |
| Oct 28 | AUTOMATIC TRANSFER | $3,456.35 |
|  | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 |  |
| Oct 28 | PREAUTHORIZED CREDIT | $1,347.52 |
|  | HRTLAND PMT SYS TXNS/FEES 241028 650000012526458 |  |
| Oct 28 | PREAUTHORIZED CREDIT | $1,542.82 |
|  | Prescription TRANSFER 241028 ST-W1B0A5M0K1L5 |  |
| Oct 28 | PREAUTHORIZED CREDIT | $5,350.27 |
|  | LEADER DRUGSTORE CARDINALCP 241028 5832452 |  |
| Oct 29 | AUTOMATIC TRANSFER | $1,026.90 |
|  | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 |  |
| Oct 29 | PREAUTHORIZED CREDIT | $102.88 |
|  | LEADER DRUGSTORE CARDINALCP 241029 5832452 |  |
| Oct 30 | PREAUTHORIZED CREDIT | $110.04 |
|  | LEADER DRUGSTORE CARDINALCP 241030 5832452 |  |
| Oct 30 | PREAUTHORIZED CREDIT | $574.59 |
|  | Monarch Specialt ePay brightscrip Sep 1- 15 2024 |  |
| Oct 31 | PREAUTHORIZED CREDIT | $4,976.88 |
|  | NYS DOH HCCLAIMPMT 021300074523832*11 41797357~ |  |



# WINTRUST
### BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

22823 0073074 0006-0006 0000000000000000

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Sep 30 | $0.00 | Oct 08 | $0.00 | Oct 17 | $0.00 | Oct 25 | $0.00 |
| Oct 01 | $0.00 | Oct 09 | $0.00 | Oct 18 | $0.00 | Oct 28 | $0.00 |
| Oct 02 | $0.00 | Oct 10 | $0.00 | Oct 21 | $0.00 | Oct 29 | $0.00 |
| Oct 03 | $0.00 | Oct 11 | $0.00 | Oct 22 | $0.00 | Oct 30 | $0.00 |
| Oct 04 | $0.00 | Oct 15 | $0.00 | Oct 23 | $0.00 | Oct 31 | $0.00 |
| Oct 07 | $0.00 | Oct 16 | $0.00 | Oct 24 | $0.00 | | |

