# SUPPORTING DOCUMENTATION

## (October 2024)



| | |
|---|---|
| **Last Statement:** | September 30, 2024 |
| **Statement Ending:** | October 31, 2024 |
| **Page:** | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

17961 TWS380WR110124080707 01 000000000 45 007

PRO PHARMACY LLC
1421 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:    XXXXXX7307

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/24** | **$0.00** |
| + Deposits and Credits (64) | $321,872.33 |
| - Withdrawals and Debits (60) | $321,637.34 |
| **Ending Balance as of 10/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $234.99 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Oct 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241001 650000012526326 | -$1,511.97 |
| Oct 01 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c - 9679 Bill.com 016JOIGJC3I1G6N<br>Ac ct FNY369679 - Mul | -$6,449.31 |
| Oct 01 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016VLBPHM3I21H9 | -$24,792.59 |
| Oct 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.62 |
| Oct 02 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241002 2052047211 2220 | -$305.03 |
| Oct 02 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 241002 | -$336.40 |
| Oct 02 | PREAUTHORIZED DEBIT<br>CITY MEDRX LLC MONEY OWED 241002 | -$7,948.08 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX7307 |
|---|---|---|
| | Statement Date: | 10/31/2024 |
| | Page : | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Oct 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables ICS Direct B ill.com 016MMXBMT3 I3NRC Inv<br>DMI10601 671 | -$11,104.38 |
| Oct 03 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 241003 | -$358.34 |
| Oct 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016UJBMZL3I5M3Q | -$1,357.47 |
| Oct 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,431.91 |
| Oct 04 | CASH MGMT TRSFR DR<br>REF 2780834L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$13,665.00 |
| Oct 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.49 |
| Oct 07 | CASH MGMT TRSFR DR<br>REF 2811122L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$19,511.00 |
| Oct 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.82 |
| Oct 08 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 241008 10985 | -$191.62 |
| Oct 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c - 9679 Bill.com 016ZRFENY3IBVGM<br>Ac ct FNY369679 - Inv | -$343.00 |
| Oct 08 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 241008 | -$350.09 |
| Oct 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$134.02 |
| Oct 09 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 241009 10985 | -$156.07 |
| Oct 09 | PREAUTHORIZED DEBIT<br>LIPA DIRECTPAY 241009 0163401029 | -$478.25 |
| Oct 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,324.65 |
| Oct 10 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 241010 10985 | -$150.12 |
| Oct 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 241010 ACH06201027 | -$1,742.83 |
| Oct 10 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241010 2052047211 2220 | -$26,779.21 |
| Oct 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241011 | -$65.33 |
| Oct 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241011 | -$65.33 |
| Oct 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241011 | -$65.33 |
| Oct 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241011 | -$65.33 |
| Oct 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241011 | -$65.33 |
| Oct 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241011 | -$65.33 |
| Oct 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241011 | -$65.33 |
| Oct 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241011 | -$65.33 |
| Oct 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241011 | -$78.39 |



17961 0059940 0002-0006 0000000000000000000



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Oct 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 241011 2057205344 2220 | -$1,217.15 |
| Oct 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016WJYGLL3IHWO4 | -$23,657.49 |
| Oct 15 | PREAUTHORIZED DEBIT<br>GOTO COMMUNICATI GOTO/JIVE 241015 | -$233.97 |
| Oct 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com<br>016PPHPRH3IJYTL In v 673251 | -$255.68 |
| Oct 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$19,632.49 |
| Oct 16 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 241016 | -$995.17 |
| Oct 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,263.99 |
| Oct 17 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241017 2052047211 2220 | -$305.03 |
| Oct 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 09/24 | -$234.99 |
| Oct 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,186.11 |
| Oct 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,944.34 |
| Oct 21 | CASH MGMT TRSFR DR<br>REF 2950849L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$17,787.72 |
| Oct 22 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 241022 | -$373.02 |
| Oct 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016IQTVQF3IUW5M | -$3,359.67 |
| Oct 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016CJGXVV3IWMAW | -$35,651.24 |
| Oct 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016ENFWRC3IYNGP | -$4,102.21 |
| Oct 25 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 241025 10985 | -$113.43 |
| Oct 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Wis International Bill.com 016JFHQJR 3J0G5Y Inv 01-<br>1131 568 | -$260.00 |
| Oct 25 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241025 2052047211 2220 | -$24,944.28 |
| Oct 28 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 241028 2057205344 2220 | -$510.30 |
| Oct 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,280.33 |
| Oct 29 | PREAUTHORIZED DEBIT<br>OPTIMUM 7801 CABLE PMNT 241029 | -$124.76 |
| Oct 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c - 9679 Bill.com 016EZGGUL3J40IR<br>Ac ct FNY369679 - Mul | -$3,122.32 |
| Oct 30 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 241030 | -$352.72 |
| Oct 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,955.64 |

17961 0059941 0003-0006 00000000000000000





| | Account Number: | XXXXXX7307 |
| --- | --- | --- |
| | Statement Date: | 10/31/2024 |
| | Page : | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
| --- | --- | --- |
| Oct 31 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 241031 13-PROPHRMCY | -$301.59 |
| Oct 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,682.39 |

## Credits

| Date | Description | Additions |
| --- | --- | --- |
| Oct 01 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241001 5832705 | $2,674.49 |
| Oct 01 | CASH MGMT TRSFR CR<br>REF 2750758L FUNDS TRANSFER FRM DEP XXXXXX4516 FROM | $30,080.00 |
| Oct 02 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $17,569.65 |
| Oct 02 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241002 5832705 | $155.36 |
| Oct 02 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 64 Aug 1-15 2024 | $530.78 |
| Oct 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241002 650000012526326 | $1,438.10 |
| Oct 03 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241003 5832705 | $34.14 |
| Oct 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241003 650000012526326 | $1,307.45 |
| Oct 03 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074445469*11 41797357~ | $8,806.13 |
| Oct 04 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241004 650000012526326 | $1,297.56 |
| Oct 04 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241004 5832705 | $12,367.93 |
| Oct 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241007 650000012526326 | $923.67 |
| Oct 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241007 650000012526326 | $1,459.57 |
| Oct 07 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241007 5832705 | $2,234.92 |
| Oct 07 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241007 ST-G1B4G9C3J2A2 | $14,893.66 |
| Oct 08 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241008 5832705 | $1,018.73 |
| Oct 09 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241009 5832705 | $51.17 |
| Oct 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241009 650000012526326 | $1,907.80 |
| Oct 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $26,114.37 |
| Oct 10 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241010 5832705 | $1,056.24 |
| Oct 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241010 650000012526326 | $1,501.55 |
| Oct 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $9,392.46 |
| Oct 11 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241011 650000012526326 | $1,010.57 |
| Oct 11 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241011 5832705 | $15,072.64 |

17961 0059942 0004-0006 0000000000000000





| | Account Number: | XXXXXX7307 |
|---|---|---|
| | Statement Date: | 10/31/2024 |
| | Page : | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 15 | PREAUTHORIZED CREDIT | $934.72 |
| | HRTLAND PMT SYS TXNS/FEES 241015 650000012526326 | |
| Oct 15 | PREAUTHORIZED CREDIT | $1,620.52 |
| | HRTLAND PMT SYS TXNS/FEES 241015 650000012526326 | |
| Oct 15 | PREAUTHORIZED CREDIT | $4,752.30 |
| | LEADER DRUGSTORE CARDINALCP 241015 5832705 | |
| Oct 15 | PREAUTHORIZED CREDIT | $12,814.60 |
| | Prescription TRANSFER 241015 ST-P1X2L6Y2M9R2 | |
| Oct 16 | PREAUTHORIZED CREDIT | $77.38 |
| | Monarch Specialt ePay brightscrip period 65 Aug 16-31 2024 | |
| Oct 16 | PREAUTHORIZED CREDIT | $1,432.49 |
| | LEADER DRUGSTORE CARDINALCP 241016 5832705 | |
| Oct 16 | PREAUTHORIZED CREDIT | $1,749.29 |
| | HRTLAND PMT SYS TXNS/FEES 241016 650000012526326 | |
| Oct 17 | PREAUTHORIZED CREDIT | $513.01 |
| | LEADER DRUGSTORE CARDINALCP 241017 5832705 | |
| Oct 17 | PREAUTHORIZED CREDIT | $1,342.74 |
| | HRTLAND PMT SYS TXNS/FEES 241017 650000012526326 | |
| Oct 17 | PREAUTHORIZED CREDIT | $5,870.38 |
| | NYS DOH HCCLAIMPMT 021300074484257*11 41797357~ | |
| Oct 18 | PREAUTHORIZED CREDIT | $1,504.32 |
| | HRTLAND PMT SYS TXNS/FEES 241018 650000012526326 | |
| Oct 18 | PREAUTHORIZED CREDIT | $15,440.02 |
| | LEADER DRUGSTORE CARDINALCP 241018 5832705 | |
| Oct 21 | PREAUTHORIZED CREDIT | $1,250.32 |
| | HRTLAND PMT SYS TXNS/FEES 241021 650000012526326 | |
| Oct 21 | PREAUTHORIZED CREDIT | $1,555.46 |
| | HRTLAND PMT SYS TXNS/FEES 241021 650000012526326 | |
| Oct 21 | PREAUTHORIZED CREDIT | $2,812.54 |
| | LEADER DRUGSTORE CARDINALCP 241021 5832705 | |
| Oct 21 | PREAUTHORIZED CREDIT | $12,169.40 |
| | Prescription TRANSFER 241021 ST-C3G2I4L1W7B5 | |
| Oct 22 | AUTOMATIC TRANSFER | $3,017.98 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 22 | PREAUTHORIZED CREDIT | $714.71 |
| | LEADER DRUGSTORE CARDINALCP 241022 5832705 | |
| Oct 23 | PREAUTHORIZED CREDIT | $994.35 |
| | LEADER DRUGSTORE CARDINALCP 241023 5832705 | |
| Oct 23 | PREAUTHORIZED CREDIT | $1,816.02 |
| | HRTLAND PMT SYS TXNS/FEES 241023 650000012526326 | |
| Oct 24 | AUTOMATIC TRANSFER | $33,862.65 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 24 | PREAUTHORIZED CREDIT | $45.79 |
| | LEADER DRUGSTORE CARDINALCP 241024 5832705 | |
| Oct 24 | PREAUTHORIZED CREDIT | $1,384.37 |
| | HRTLAND PMT SYS TXNS/FEES 241024 650000012526326 | |
| Oct 24 | PREAUTHORIZED CREDIT | $1,650.27 |
| | NYS DOH HCCLAIMPMT 021300074503996*11 41797357~ | |
| Oct 25 | AUTOMATIC TRANSFER | $11,302.57 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 25 | PREAUTHORIZED CREDIT | $93.04 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2036565 *1341939227*000009 304*5832705\ | |
| Oct 25 | PREAUTHORIZED CREDIT | $1,495.30 |
| | HRTLAND PMT SYS TXNS/FEES 241025 650000012526326 | |
| Oct 25 | PREAUTHORIZED CREDIT | $12,426.80 |
| | LEADER DRUGSTORE CARDINALCP 241025 5832705 | |

17961 0059943 0005-0006 00000000000000000





| | |
|---|---|
| Account Number: | XXXXXX7307 |
| Statement Date: | 10/31/2024 |
| Page : | 6 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241028 650000012526326 | $716.01 |
| Oct 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241028 650000012526326 | $851.80 |
| Oct 28 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241028 5832705 | $3,526.43 |
| Oct 28 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241028 ST-I6B2A6V0C4S4 | $13,696.39 |
| Oct 29 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $2,730.03 |
| Oct 29 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241029 5832705 | $517.05 |
| Oct 30 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241030 5832705 | $413.10 |
| Oct 30 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Sep 1- 15 2024 | $845.37 |
| Oct 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241030 650000012526326 | $2,049.89 |
| Oct 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241031 650000012526326 | $1,475.26 |
| Oct 31 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241031 5832705 | $2,117.38 |
| Oct 31 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074523833*11 41797357~ | $5,391.34 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Sep 30 | $0.00 | Oct 08 | $0.00 | Oct 17 | $0.00 | Oct 25 | $0.00 |
| Oct 01 | $0.00 | Oct 09 | $0.00 | Oct 18 | $0.00 | Oct 28 | $0.00 |
| Oct 02 | $0.00 | Oct 10 | $0.00 | Oct 21 | $0.00 | Oct 29 | $0.00 |
| Oct 03 | $0.00 | Oct 11 | $0.00 | Oct 22 | $0.00 | Oct 30 | $0.00 |
| Oct 04 | $0.00 | Oct 15 | $0.00 | Oct 23 | -$32,840.87 | Oct 31 | $0.00 |
| Oct 07 | $0.00 | Oct 16 | $0.00 | Oct 24 | $0.00 | | |

17961 0059944 0006-0006 000000000000000000

