# SUPPORTING DOCUMENTATION

## (October 2024)

# Frost
**P.O. Box 1600 San Antonio, Texas 78296 Member FDIC**

```
                                          STATEMENT ISSUED
                                             10-31-2024

                                          Page 1 of 9
```

>>>
**OAKDELL COMPOUNDING PHARMACY LLC**
**7220 LOUIS PASTEUR DRIVE STE 176**
**SAN ANTONIO TX 78229**

                                              0

October is Cybersecurity Awareness Month. Keep alert by
changing your passwords, avoiding phishing scams and
safeguarding your data. Your online safety begins with you.

## ANALYZED CHECKING : ACCOUNT NO. ███████ 7730

| BALANCE LAST STATEMENT | DEPOSITS NO. | AMOUNT | WITHDRAWALS NO. | AMOUNT | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| 249,508.00 | 77 | 357,781.97 | 27 | 394,557.47 | 212,732.50 |

-------------------------------------------- DEPOSITS/CREDITS --------------------------------------------

| DATE | TRANSACTION | AMOUNT | DATE | TRANSACTION | AMOUNT |
|---|---|---|---|---|---|
| 10-01 | DEPOSIT | 11.53 | 10-01 | DEPOSIT | 7,982.26 |
| 10-02 | DEPOSIT | 48.07 | 10-02 | DEPOSIT | 110.33 |
| 10-02 | DEPOSIT | 265.71 | 10-03 | DEPOSIT | 44.54 |
| 10-03 | DEPOSIT | 108.31 | 10-03 | DEPOSIT | 120.00 |
| 10-04 | DEPOSIT | 105.98 | 10-04 | DEPOSIT | 263.63 |
| 10-04 | DEPOSIT | 380.00 | 10-07 | DEPOSIT | 19.67 |
| 10-07 | DEPOSIT | 298.68 | 10-08 | DEPOSIT | 52,374.67 |
| 10-11 | DEPOSIT | 19.34 | 10-11 | DEPOSIT | 50.55 |
| 10-11 | DEPOSIT | 206.68 | 10-11 | DEPOSIT | 258.05 |
| 10-11 | DEPOSIT | 790.58 | 10-15 | DEPOSIT | 140.38 |
| 10-15 | DEPOSIT | 154.35 | 10-15 | DEPOSIT | 319.54 |
| 10-15 | DEPOSIT | 351.26 | 10-15 | DEPOSIT | 8,763.31 |
| 10-16 | DEPOSIT | 53.08 | 10-16 | DEPOSIT | 65.57 |
| 10-17 | DEPOSIT | 488.33 | 10-17 | DEPOSIT | 25,146.00 |
| 10-18 | DEPOSIT | 18.90 | 10-18 | DEPOSIT | 32.99 |
| 10-21 | DEPOSIT | 214.91 | 10-21 | DEPOSIT | 241.84 |
| 10-22 | DEPOSIT | 7.82 | 10-22 | DEPOSIT | 1,489.90 |
| 10-23 | DEPOSIT | 136.80 | 10-23 | DEPOSIT | 317.13 |
| 10-24 | DEPOSIT | 5.69 | 10-24 | DEPOSIT | 271.94 |
| 10-25 | DEPOSIT | 13.21 | 10-25 | DEPOSIT | 332.27 |
| 10-28 | DEPOSIT | 137.43 | 10-28 | DEPOSIT | 284.93 |
| 10-28 | DEPOSIT | 307.66 | 10-29 | DEPOSIT | 88.75 |
| 10-29 | DEPOSIT | 20,170.68 | 10-30 | DEPOSIT | 77.92 |
| 10-30 | DEPOSIT | 383.16 | 10-31 | DEPOSIT | 63.01 |
| 10-31 | DEPOSIT | 412.64 | | | |

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 10-01 | 5,295.05 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-02 | 9,219.03 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-03 | 13,390.24 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-04 | 8,688.88 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-07 | 2,838.96 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-07 | 7,476.61 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-08 | 10,224.24 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-09 | 8,733.68 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-10 | 10,380.11 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-11 | 10,098.02 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-15 | 4,037.11 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-15 | 5,529.90 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-15 | 11,542.54 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-16 | 5,710.89 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-17 | 10,840.78 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-18 | 10,980.11 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-21 | 2,049.44 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-21 | 10,416.70 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-22 | 16,729.03 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-23 | 6,575.10 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-24 | 11,518.65 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-25 | 11,261.41 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 10-28 | 14.00 | ELECTRONIC DEPOSIT | Bill.com VoidPaymnt 016JLGHOZ3J2QH5 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.

**Please notify us of any changes of address immediately. To change your address, follow these instructions:**

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____    Account Number _____
Account Number _____    Account Number _____
Account Number _____    Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement.

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

| Worksheet | | Check Number/ Other Debits | Amount |
|---|---|---|---|
| 1. Enter balance shown on front of statement | $ _____ | | |
| 2. Subtract Line A (Checks / other debits not shown on this statement) | - $ _____ | | |
| 3. Subtotal | $ _____ | | |
| 4. Add Deposits / other credits not shown on statement | + $ _____ | | |
| 5. **Your Account Balance** | $ _____ | | |
| 6. Enter Your checkbook balance | $ _____ | | |
| 7. Subtract any bank charges that have not been entered in your checkbook | - $ _____ | | |
| 8. Subtotal | $ _____ | | |
| 9. Add any interest or other credits appearing on your statement that have not been entered in your checkbook | + $ _____ | | |
| 10. **Adjusted Checkbook Balance** | $ _____ | Total (Line A) | |

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and other Disclosures.

![Frost logo] **Frost**

P.O. Box 1600 San Antonio, Texas 78296 Member FDIC

**OAKDELL COMPOUNDING PHARMACY LLC**

## ANALYZED CHECKING : ACCOUNT NO. ████ 7730                    (CONTINUED)

------------------------------------ DEPOSITS/CREDITS ------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|------|--------|-------------|-------------|
| 10-28 | 2,242.33 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 10-28 | 7,028.33 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 10-29 | 11,397.46 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 10-30 | 11,886.16 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 10-31 | 7,727.23 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |

------------------------------------ CHECKS PAID ------------------------------------

| DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT | DATE | CHECK | AMOUNT |
|------|-------|--------|------|-------|--------|------|-------|--------|
| 10-16 | 1600  # | 275,000.00 | | | | | | |

# RECEIVED ELECTRONICALLY AS AN IMAGE OF THE ORIGINAL CHECK

------------------------------------ OTHER WITHDRAWALS/DEBITS ------------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|------|--------|-------------|-------------|
| 10-01 | 5,055.99 | ELECTRONIC DEBIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 10-01 | 39,858.71 | ELECTRONIC DEBIT | Bill.com          Payables  016FCXBPJ3I212H |
| 10-02 | 125.10 | ELECTRONIC DEBIT | BANKCARD          MTHLY DISC 000923700126490 |
| 10-02 | 3,550.05 | ELECTRONIC DEBIT | MCKESSON MED SUR MMS ACH   000000002809257 |
| 10-02 | 32,473.18 | ELECTRONIC DEBIT | Bill.com          Payables  016TNBLMD3I3N0D |
| 10-03 | 621.30 | ELECTRONIC DEBIT | Bill.com          Payables  016TWFSNT3I5LTQ |
| 10-04 | 3,794.65 | ELECTRONIC DEBIT | MCKESSON DRUG     AUTO ACH  ACH06197300 |
| 10-11 | 20.00 | ELECTRONIC DEBIT | Celero-PIGATEWAY PREAUTHPMT 99545514 |
| 10-11 | 1,275.16 | ELECTRONIC DEBIT | WEBFILE TAX PYMT DD        902/77045495 |
| 10-11 | 1,742.14 | ELECTRONIC DEBIT | MCKESSON DRUG     AUTO ACH  ACH06212969 |
| 10-11 | 12,316.74 | ELECTRONIC DEBIT | Bill.com          Payables  016TERDQT3IHVW3 |
| 10-15 | 729.93 | ELECTRONIC DEBIT | Bill.com          Payables  016UZVRJU3IJYP8 |
| 10-16 | 53.41 | ELECTRONIC DEBIT | ATT              Payment   665126001CSR1Y |
| 10-16 | 1,077.08 | ELECTRONIC DEBIT | Bill.com          Payables  016WAHCWG3IM8ZV |
| 10-17 | 586.57 | ELECTRONIC DEBIT | Bill.com          Payables  016ADKCXS3IOHK4 |
| 10-17 | 29.61 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 10-18 | 698.71 | ELECTRONIC DEBIT | Bill.com          Payables  016KZFXNI3IQRWM |
| 10-18 | 1,010.05 | ELECTRONIC DEBIT | MCKESSON DRUG     AUTO ACH  ACH06220142 |
| 10-21 | 143.50 | ELECTRONIC DEBIT | MARSHALL SHREDDI SALE |
| 10-22 | 16.20 | ELECTRONIC DEBIT | Bill.com          Payables  016ZNHID3IUVCS |
| 10-23 | 1,032.72 | ELECTRONIC DEBIT | CITY PUBLIC SRV  CPS WEBPMT 003004962472 |
| 10-23 | 1,612.76 | ELECTRONIC DEBIT | CITY PUBLIC SRV  CPS WEBPMT 003004962471 |
| 10-23 | 5,626.13 | ELECTRONIC DEBIT | Bill.com          Payables  016PWVNOJ3IWJS7 |
| 10-24 | 605.49 | ELECTRONIC DEBIT | Bill.com          Payables  016FIEDKO3IYNPG |
| 10-25 | 1,732.30 | ELECTRONIC DEBIT | Bill.com          Payables  016TAQWKU3J0GE7 |
| 10-25 | 3,577.72 | ELECTRONIC DEBIT | MCKESSON DRUG     AUTO ACH  ACH06231093 |
| 10-29 | 212.27 | ELECTRONIC DEBIT | WEX INC          FLEET DEBI 9100007907913 |

------------------------------------ DAILY BALANCE ------------------------------------

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 09-30 | 249,508.00 | 10-07 | 220,716.50 | 10-15 | 328,606.84 |
| 10-01 | 217,882.14 | 10-08 | 283,315.41 | 10-16 | 58,305.89 |
| 10-02 | 191,396.95 | 10-09 | 292,049.09 | 10-17 | 94,164.82 |
| 10-03 | 204,438.74 | 10-10 | 302,429.20 | 10-18 | 103,488.06 |
| 10-04 | 210,082.58 | 10-11 | 298,498.38 | 10-21 | 116,267.45 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.

# Frost

P.O. Box 1600 San Antonio, Texas 78296 Member FDIC

FOR INFORMATION CALL
210-220-5111 OR 1-800-513-7678

STATEMENT ISSUED
10-31-2024

Page 4 of 9

**OAKDELL COMPOUNDING PHARMACY LLC**

---

ANALYZED CHECKING :   ACCOUNT NO. ███████7730                      (CONTINUED)

---

------------------------------- DAILY BALANCE ----------------------------------------

| DATE | BALANCE | | DATE | BALANCE | | DATE | BALANCE |
|------|---------|---|------|---------|---|------|---------|
| 10-22 | 134,478.00 | | 10-25 | 150,723.08 | | 10-30 | 204,529.62 |
| 10-23 | 133,235.42 | | 10-28 | 160,737.76 | | 10-31 | 212,732.50 |
| 10-24 | 144,426.21 | | 10-29 | 192,182.38 | | | |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.



**Last Statement:** September 30, 2024
**Statement Ending:** October 31, 2024
**Page:** 1 of 1

9801 W. Higgins, Box 32, Rosemont, IL 60018

6664 TWS380WR110124080707 01 000000000 44 002



OAKDELL COMPOUNDING PHARMACY LLC
7220 LOUIS PASTEUR DRIVE SUITE 168
SAN ANTONIO TX 78229-4535

## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: | XXXXXX7950 |
|---|---|---|

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/24** | **$0.00** |
| + Deposits and Credits (1) | $74.00 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 10/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $74.00 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Oct 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 09/24 | -$74.00 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Oct 17 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $74.00 |

## Daily Balances

| Date | Balance | Date | Balance | | |
|---|---|---|---|---|---|
| Sep 30 | $0.00 | Oct 17 | $0.00 | | |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or  receipt is wrong or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.**  If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s).  We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.