# SUPPORTING DOCUMENTATION

**(October 2024)**



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2024 through October 31, 2024
Account Number: ████████3681



### CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00003801 DDA 703 212 30624 NNNNNNNNNNNN 1 000000000 61 0000

CONCIERGE PHARMACY LLC
DEBTOR IN POSSESSION
23215 HAWTHORNE BLVD STE B
TORRANCE CA 90505-3772

## CHECKING SUMMARY | Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $4,925.00 |
| **Ending Balance** | 0 | $4,925.00 |

Your service charges, fees and earnings credit have been calculated through account analysis.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



October 01, 2024 through October 31, 2024
Account Number: ███████████3681

This Page Intentionally Left Blank



**WINTRUST BANK®**

9801 W. Higgins, Box 32, Rosemont, IL 60018



42293 TWS380WR110124080707 01 000000000 52 007
CONCIERGE PHARMACY LLC
1438 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

| | |
|---|---|
| **Last Statement:** | September 30, 2024 |
| **Statement Ending:** | October 31, 2024 |
| **Page:** | 1 of 6 |

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number:    XXXXXX0037 |
|---|---|

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/24** | **$0.00** |
| + Deposits and Credits (89) | $1,650,203.79 |
| - Withdrawals and Debits (38) | $1,650,047.27 |
| **Ending Balance as of 10/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $156.52 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Oct 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241001 650000012405141 | -$1,304.10 |
| Oct 01 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016GKNXXN3I2147 | -$202,153.02 |
| Oct 02 | CASH MGMT TRSFR DR<br>REF 2760957L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$116,820.00 |
| Oct 02 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO BILL PAYMT 241002 | -$592.02 |
| Oct 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables CityMedRx LLC B ill.com 016CVNRTK3 I3JNH Acct<br>16187 - Inv S171830 | -$3,024.00 |
| Oct 02 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.03 |
| Oct 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,561.50 |
| Oct 04 | CASH MGMT TRSFR DR<br>REF 2780830L FUNDS TRANSFER TO DEP XXXXXX4516 FROM 37774 | -$37,774.00 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX0037 |
| **Statement Date:** | | 10/31/2024 |
| **Page :** | | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Oct 04 | PREAUTHORIZED DEBIT | -$1,324.15 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 016NBBASH3I7EVN | |
| Oct 04 | AUTOMATIC TRANSFER | -$0.26 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 07 | CASH MGMT TRSFR DR | -$26,414.00 |
| | REF 2811122L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Oct 07 | PREAUTHORIZED DEBIT | -$9,934.08 |
| | Bill.com Payables FFF Enterprises In c Bill.com 016LTDG SP3I9JHZ Acct | |
| | FCA3 69450 - Multiple i | |
| Oct 07 | AUTOMATIC TRANSFER | -$0.37 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 08 | PREAUTHORIZED DEBIT | -$18,252.99 |
| | Bill.com Payables FFF Enterprises In c Bill.com 016IDYU RX3IBQ52 Acct | |
| | FCA3 69450 - Inv 926449 | |
| Oct 09 | CASH MGMT TRSFR DR | -$91,642.95 |
| | REF 2830830L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Oct 10 | AUTOMATIC TRANSFER | -$3,165.88 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 11 | PREAUTHORIZED DEBIT | -$295,630.34 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 016RQBOQX3IHRXN | |
| Oct 15 | AUTOMATIC TRANSFER | -$56,152.52 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 16 | CASH MGMT TRSFR DR | -$94,564.03 |
| | REF 2901452L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Oct 17 | MAINTENANCE FEE | -$156.52 |
| | ANALYSIS ACTIVITY  FOR 09/24 | |
| Oct 17 | AUTOMATIC TRANSFER | -$46,714.88 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 18 | CASH MGMT TRSFR DR | -$44,824.00 |
| | REF 2920541L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Oct 18 | PREAUTHORIZED DEBIT | -$29,152.06 |
| | Bill.com Payables Forte Bio-Pharma L LC Bill.com 016FUA KWQ3IQNEX | |
| | Acct 257 1192 - Inv 20062 | |
| Oct 21 | CASH MGMT TRSFR DR | -$30,588.00 |
| | REF 2950847L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Oct 22 | PREAUTHORIZED DEBIT | -$12,089.75 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016LEERYV3IUQIO | |
| Oct 22 | PREAUTHORIZED DEBIT | -$126,804.28 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016HIHXOZ3IV7J1 | |
| Oct 23 | AUTOMATIC TRANSFER | -$119,085.49 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 24 | AUTOMATIC TRANSFER | -$5,798.58 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 25 | CASH MGMT TRSFR DR | -$31,555.41 |
| | REF 2991034L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Oct 25 | PREAUTHORIZED DEBIT | -$399.00 |
| | OUTCOMES OPERAT Payment 241025 | |
| Oct 25 | PREAUTHORIZED DEBIT | -$5,060.40 |
| | Bill.com Payables FFF Enterprises In c Bill.com 016DBOS AM3J0C2Y Acct | |
| | FCA3 69450 - Inv 927181 | |
| Oct 28 | PREAUTHORIZED DEBIT | -$5,552.72 |
| | Bill.com Payables Armitra Properties Inc Bill.com 016B TBQJO3J28M1 Inv | |
| | RE -10000901 | |
| Oct 28 | PREAUTHORIZED DEBIT | -$11,182.28 |
| | ParMed XXXXXXXXXX 241028 2057179851 2220 | |



42293 0139952 0002-0006 00000000000000000000



| | Account Number: | XXXXXX0037 |
|---|---|---|
| | Statement Date: | 10/31/2024 |
| | Page : | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Oct 28 | AUTOMATIC TRANSFER | -$19,494.38 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 29 | CASH MGMT TRSFR DR | -$72,286.32 |
| | REF 3030925L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Oct 29 | PREAUTHORIZED DEBIT | -$3,044.93 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 016NLEGZX3J3V9X | |
| Oct 30 | CASH MGMT TRSFR DR | -$110,812.53 |
| | REF 3041131L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Oct 30 | PREAUTHORIZED DEBIT | -$373.00 |
| | CA DEPT TAX FEE CDTFA EPMT 241030 19238213 | |
| Oct 31 | AUTOMATIC TRANSFER | -$11,919.02 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Oct 01 | PREAUTHORIZED CREDIT | $7,404.92 |
| | ACCESS HEALTH ACCESS HEA 241001 5663605 | |
| Oct 01 | PREAUTHORIZED CREDIT | $21,157.30 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007772930*14 31420563\ | |
| Oct 01 | PREAUTHORIZED CREDIT | $63,474.80 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909838919*13635696 42~ | |
| Oct 01 | CASH MGMT TRSFR CR | $111,420.10 |
| | REF 2750753L FUNDS TRANSFER FRM DEP XXXXXX4516 FROM | |
| Oct 02 | PREAUTHORIZED CREDIT | $1,034.70 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909933021*13635696 42~ | |
| Oct 02 | PREAUTHORIZED CREDIT | $1,676.96 |
| | HRTLAND PMT SYS TXNS/FEES 241002 650000012405141 | |
| Oct 02 | PREAUTHORIZED CREDIT | $2,842.59 |
| | ACCESS HEALTH ACCESS HEA 241002 5663605 | |
| Oct 02 | PREAUTHORIZED CREDIT | $12,506.30 |
| | Monarch Specialt ePay brightscrip Period 64 Aug 1-15 2024 | |
| Oct 02 | PREAUTHORIZED CREDIT | $102,375.50 |
| | CAREMARK HCCLAIMPMT 2500446050*1752882 129*5663605\ | |
| Oct 03 | PREAUTHORIZED CREDIT | $932.32 |
| | HRTLAND PMT SYS TXNS/FEES 241003 650000012405141 | |
| Oct 03 | PREAUTHORIZED CREDIT | $3,629.18 |
| | ACCESS HEALTH ACCESS HEA 241003 5663605 | |
| Oct 04 | PREAUTHORIZED CREDIT | $1,214.32 |
| | HRTLAND PMT SYS TXNS/FEES 241004 650000012405141 | |
| Oct 04 | PREAUTHORIZED CREDIT | $2,368.53 |
| | RXCROSSROADS BY HCCLAIMPMT 5694107*1203113620 \ | |
| Oct 04 | PREAUTHORIZED CREDIT | $3,972.53 |
| | ACCESS HEALTH ACCESS HEA 241004 5663605 | |
| Oct 04 | PREAUTHORIZED CREDIT | $31,543.03 |
| | CA HCCLAIMPMT 7001421985*1540849 793*195283134901~ | |
| Oct 07 | PREAUTHORIZED CREDIT | $14.76 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909947648*13635696 42~ | |
| Oct 07 | PREAUTHORIZED CREDIT | $332.76 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2031504 | |
| | *1341939227*000033 276*5663605\ | |
| Oct 07 | PREAUTHORIZED CREDIT | $1,176.02 |
| | HRTLAND PMT SYS TXNS/FEES 241007 650000012405141 | |
| Oct 07 | PREAUTHORIZED CREDIT | $1,611.45 |
| | HRTLAND PMT SYS TXNS/FEES 241007 650000012405141 | |





| | |
|---|---|
| **Account Number:** | XXXXXX0037 |
| **Statement Date:** | 10/31/2024 |
| **Page :** | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 07 | PREAUTHORIZED CREDIT | $6,933.64 |
| | Prescription TRANSFER 241007 ST-M5W6D4H4J6T2 | |
| Oct 07 | PREAUTHORIZED CREDIT | $26,279.82 |
| | ACCESS HEALTH ACCESS HEA 241007 5663605 | |
| Oct 08 | AUTOMATIC TRANSFER | $2,204.26 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 08 | PREAUTHORIZED CREDIT | $5.00 |
| | ACCESS HEALTH ACCESS HEA 241008 5663605 | |
| Oct 08 | PREAUTHORIZED CREDIT | $16,043.73 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007785843*14 31420563\ | |
| Oct 09 | PREAUTHORIZED CREDIT | $1,365.75 |
| | HRTLAND PMT SYS TXNS/FEES 241009 650000012405141 | |
| Oct 09 | PREAUTHORIZED CREDIT | $3,795.79 |
| | ACCESS HEALTH ACCESS HEA 241009 5663605 | |
| Oct 09 | PREAUTHORIZED CREDIT | $86,481.41 |
| | CAREMARK HCCLAIMPMT 2500457568*1752882 129*5663605\ | |
| Oct 10 | PREAUTHORIZED CREDIT | $55.97 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909969874*13635696 42~ | |
| Oct 10 | PREAUTHORIZED CREDIT | $107.06 |
| | DREXI INC ACH 241010 5663605 | |
| Oct 10 | PREAUTHORIZED CREDIT | $651.94 |
| | HRTLAND PMT SYS TXNS/FEES 241010 650000012405141 | |
| Oct 10 | PREAUTHORIZED CREDIT | $850.30 |
| | MEDE AMERICA CDA HCCLAIMPMT 7207344*3205716594 *199999999\ | |
| Oct 10 | PREAUTHORIZED CREDIT | $1,500.61 |
| | ACCESS HEALTH ACCESS HEA 241010 5663605 | |
| Oct 11 | AUTOMATIC TRANSFER | $263,398.92 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 11 | PREAUTHORIZED CREDIT | $620.73 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2031967 *1341939227*000062 073*5663605\ | |
| Oct 11 | PREAUTHORIZED CREDIT | $2,508.13 |
| | HRTLAND PMT SYS TXNS/FEES 241011 650000012405141 | |
| Oct 11 | PREAUTHORIZED CREDIT | $29,102.56 |
| | CA HCCLAIMPMT 7001424545*1540849 793*195283134901~ | |
| Oct 15 | PREAUTHORIZED CREDIT | $1,346.09 |
| | HRTLAND PMT SYS TXNS/FEES 241015 650000012405141 | |
| Oct 15 | PREAUTHORIZED CREDIT | $2,117.93 |
| | HRTLAND PMT SYS TXNS/FEES 241015 650000012405141 | |
| Oct 15 | PREAUTHORIZED CREDIT | $8,771.42 |
| | Prescription TRANSFER 241015 ST-W9X3W1Z1B4B0 | |
| Oct 15 | PREAUTHORIZED CREDIT | $15,056.37 |
| | ACCESS HEALTH ACCESS HEA 241014 5663605 | |
| Oct 15 | PREAUTHORIZED CREDIT | $28,860.71 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007799004*14 31420563\ | |
| Oct 16 | PREAUTHORIZED CREDIT | $1,018.42 |
| | HRTLAND PMT SYS TXNS/FEES 241016 650000012405141 | |
| Oct 16 | PREAUTHORIZED CREDIT | $1,859.19 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909984922*13635696 42~ | |
| Oct 16 | PREAUTHORIZED CREDIT | $7,984.78 |
| | Monarch Specialt ePay brightscrip period 65 Aug 16-31 2024 | |
| Oct 16 | PREAUTHORIZED CREDIT | $9,316.23 |
| | ACCESS HEALTH ACCESS HEA 241016 5663605 | |
| Oct 16 | PREAUTHORIZED CREDIT | $74,385.41 |
| | CAREMARK HCCLAIMPMT 2500468948*1752882 129*5663605\ | |
| Oct 17 | PREAUTHORIZED CREDIT | $214.12 |
| | DREXI INC ACH 241017 5663605 | |

42293 0139954 0004-0006 0000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX0037 |
| **Statement Date:** | | 10/31/2024 |
| **Page :** | | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 17 | PREAUTHORIZED CREDIT | $1,381.17 |
| | HRTLAND PMT SYS TXNS/FEES 241017 650000012405141 | |
| Oct 17 | PREAUTHORIZED CREDIT | $18,864.54 |
| | ACCESS HEALTH ACCESS HEA 241017 5663605 | |
| Oct 17 | PREAUTHORIZED CREDIT | $26,411.57 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909889921*13635696 42~ | |
| Oct 18 | AUTOMATIC TRANSFER | $29,151.25 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 18 | PREAUTHORIZED CREDIT | $1,510.02 |
| | HRTLAND PMT SYS TXNS/FEES 241018 650000012405141 | |
| Oct 18 | PREAUTHORIZED CREDIT | $2,021.16 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2034527 *1341939227*000202 116*5663605\ | |
| Oct 18 | PREAUTHORIZED CREDIT | $15,008.56 |
| | ACCESS HEALTH ACCESS HEA 241018 5663605 | |
| Oct 18 | PREAUTHORIZED CREDIT | $26,285.07 |
| | CA HCCLAIMPMT 7001426553*1540849 793*195283134901~ | |
| Oct 21 | PREAUTHORIZED CREDIT | $1,730.90 |
| | HRTLAND PMT SYS TXNS/FEES 241021 650000012405141 | |
| Oct 21 | PREAUTHORIZED CREDIT | $1,847.24 |
| | RXCROSSROADS BY HCCLAIMPMT 5705899*1203113620 \ | |
| Oct 21 | PREAUTHORIZED CREDIT | $1,977.98 |
| | HRTLAND PMT SYS TXNS/FEES 241021 650000012405141 | |
| Oct 21 | PREAUTHORIZED CREDIT | $7,564.78 |
| | Prescription TRANSFER 241021 ST-I6U9U8B6E6X6 | |
| Oct 21 | PREAUTHORIZED CREDIT | $17,467.10 |
| | ACCESS HEALTH ACCESS HEA 241021 5663605 | |
| Oct 22 | AUTOMATIC TRANSFER | $107,175.57 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 22 | PREAUTHORIZED CREDIT | $4,456.62 |
| | ACCESS HEALTH ACCESS HEA 241022 5663605 | |
| Oct 22 | PREAUTHORIZED CREDIT | $27,261.84 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007811548*14 31420563\ | |
| Oct 23 | PREAUTHORIZED CREDIT | $337.06 |
| | DREXI INC ACH 241023 5663605 | |
| Oct 23 | PREAUTHORIZED CREDIT | $2,761.94 |
| | HRTLAND PMT SYS TXNS/FEES 241023 650000012405141 | |
| Oct 23 | PREAUTHORIZED CREDIT | $12,001.85 |
| | ACCESS HEALTH ACCESS HEA 241023 5663605 | |
| Oct 23 | PREAUTHORIZED CREDIT | $103,984.64 |
| | CAREMARK HCCLAIMPMT 2500480407*1752882 129*5663605\ | |
| Oct 24 | PREAUTHORIZED CREDIT | $1,767.23 |
| | HRTLAND PMT SYS TXNS/FEES 241024 650000012405141 | |
| Oct 24 | PREAUTHORIZED CREDIT | $4,031.35 |
| | ACCESS HEALTH ACCESS HEA 241024 5663605 | |
| Oct 25 | AUTOMATIC TRANSFER | $5,060.40 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 25 | PREAUTHORIZED CREDIT | $586.99 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2036544 *1341939227*000058 699*5663605\ | |
| Oct 25 | PREAUTHORIZED CREDIT | $1,738.96 |
| | HRTLAND PMT SYS TXNS/FEES 241025 650000012405141 | |
| Oct 25 | PREAUTHORIZED CREDIT | $4,181.67 |
| | ACCESS HEALTH ACCESS HEA 241025 5663605 | |
| Oct 25 | PREAUTHORIZED CREDIT | $25,446.79 |
| | CA HCCLAIMPMT 7001427598*1540849 793*195283134901~ | |
| Oct 28 | PREAUTHORIZED CREDIT | $1,021.14 |
| | MEDE AMERICA CDA HCCLAIMPMT 7208824*3205716594 *199999999\ | |

42293 0139955 0005-0006 0000000000000000





**Account Number:** XXXXXX0037
**Statement Date:** 10/31/2024
**Page :** 6 of 6

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241028 650000012405141 | $1,075.00 |
| Oct 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241028 650000012405141 | $1,086.36 |
| Oct 28 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241028 ST-I0A0Z1A1H1H4 | $6,475.82 |
| Oct 28 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241028 5663605 | $26,571.06 |
| Oct 29 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $3,044.93 |
| Oct 29 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910035742*13635696 42~ | $3,377.53 |
| Oct 29 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007824906*14 31420563\ | $16,998.58 |
| Oct 29 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909956101*13635696 42~ | $51,910.21 |
| Oct 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241030 650000012405141 | $1,303.59 |
| Oct 30 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241030 5663605 | $1,545.57 |
| Oct 30 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Sep 1- 15 2024 | $4,613.33 |
| Oct 30 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500491918*1752882 129*5663605\ | $103,723.04 |
| Oct 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241031 650000012405141 | $1,589.29 |
| Oct 31 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241031 5663605 | $10,329.73 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Sep 30 | $0.00 | Oct 08 | $0.00 | Oct 17 | $0.00 | Oct 25 | $0.00 |
| Oct 01 | $0.00 | Oct 09 | $0.00 | Oct 18 | $0.00 | Oct 28 | $0.00 |
| Oct 02 | $0.00 | Oct 10 | $0.00 | Oct 21 | $0.00 | Oct 29 | $0.00 |
| Oct 03 | $0.00 | Oct 11 | $0.00 | Oct 22 | $0.00 | Oct 30 | $0.00 |
| Oct 04 | $0.00 | Oct 15 | $0.00 | Oct 23 | $0.00 | Oct 31 | $0.00 |
| Oct 07 | $0.00 | Oct 16 | $0.00 | Oct 24 | $0.00 | | |

