# SUPPORTING DOCUMENTATION

## (October 2024)


JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2024 through October 31, 2024
Account Number: ████████ 2236

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00003807 DDA 703 212 30624 NNNNNNNNNNN 1 000000000 60 0000

PRIMECARE PHARMACY, LLC
DEBTOR IN POSSESSION
32144 AGOURA RD STE 101
WESTLAKE VILLAGE CA 91361-4037



# CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$20,648.97** |
| Deposits and Additions | 1 | 6,925.00 |
| Electronic Withdrawals | 2 | - 25,038.29 |
| **Ending Balance** | **3** | **$2,535.68** |

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/17 | Deposit | $6,925.00 |
| **Total Deposits and Additions** | | **$6,925.00** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | Orig CO Name:Hrtland Pmt Sys      Orig ID:Wfbehps001 Desc Date:      CO Entry Descr:Txns/Fees Sec:CCD    Trace#:091000014239569 Eed:241002  Ind ID:650000012411073        Ind Name:Primecare Pharmacy Trn: 2764239569Tc | $38.29 |
| 10/24 | Online Transfer To Chk ...0359 Transaction#: 22482263779 | 25,000.00 |
| **Total Electronic Withdrawals** | | **$25,038.29** |

Your service charges, fees and earnings credit have been calculated through account analysis.



October 01, 2024 through October 31, 2024
Account Number: ████████ 2236

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 10/02 | $20,610.68 |
| 10/17 | 27,535.68 |
| 10/24 | 2,535.68 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



| | |
|---|---|
| **Last Statement:** | September 30, 2024 |
| **Statement Ending:** | October 31, 2024 |
| **Page:** | 1 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



38190 TWS380WR110124080707 01 000000000 51 006
PRIMECARE PHARMACY LLC
1437 KENSINGTON RD SUITE 102
OAK BROOK IL 60523



## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                         Account Number:    XXXXXX1761

*Effective 11/07/2024, all Wintrust Community Banks will be upgraded to be eligible to receive FedNow payments sent through the FedNow® network . FedNow payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each FedNow payment credited to a business account. For further assistance, please contact your account officer.*

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 10/01/24** | **$0.00** |
| + Deposits and Credits (59) | $1,545,586.80 |
| - Withdrawals and Debits (39) | $1,545,477.14 |
| **Ending Balance as of 10/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $109.66 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Oct 01 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015SPQY LUH6QNP7 Acct FCA3 69428 - Inv 926096 | -$2,914.06 |
| Oct 01 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015HZMXCMB6SN54 | -$254,026.26 |
| Oct 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.45 |
| Oct 02 | CASH MGMT TRSFR DR<br>REF 2760959L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$91,698.00 |
| Oct 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables CityMedRx LLC B ill.com 015TEFTQJB 6U1KR Acct 16197 - Inv S173570 | -$2,347.90 |
| Oct 02 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.63 |
| Oct 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,763.51 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX1761 |
| **Statement Date:** | 10/31/2024 |
| **Page :** | 2 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Oct 04 | CASH MGMT TRSFR DR<br>REF 2780833L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$22,180.00 |
| Oct 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015MSTY FIC6XGWB Acct<br>FCA3 69428 - Inv 926184 | -$441.56 |
| Oct 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables Deliver It LLC B ill.com 015OZRLGRW 6Y1F0 Inv<br>182874 | -$1,806.46 |
| Oct 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.58 |
| Oct 07 | CASH MGMT TRSFR DR<br>REF 2811121L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$44,062.00 |
| Oct 07 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 241007 | -$151.22 |
| Oct 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.03 |
| Oct 08 | CASH MGMT TRSFR DR<br>REF 2820752L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$21,013.14 |
| Oct 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015MNBW FGG71XC2 Acct<br>FCA3 69428 - Inv 926344 | -$4,067.79 |
| Oct 09 | CASH MGMT TRSFR DR<br>REF 2830831L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$76,897.98 |
| Oct 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,641.77 |
| Oct 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables The Shredders B ill.com 016ZXOQBO3 IHWO1 Inv<br>CINV-059 211 | -$40.00 |
| Oct 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015SPHSLFT797L4 | -$293,709.69 |
| Oct 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015YMXU EXK7A07I Acct<br>FCA3 69428 - Multiple i | -$37,120.50 |
| Oct 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$679.20 |
| Oct 16 | CASH MGMT TRSFR DR<br>REF 2901453L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$100,680.00 |
| Oct 16 | PREAUTHORIZED DEBIT<br>OUTCOMES OPERAT Payment 241015 | -$349.00 |
| Oct 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.66 |
| Oct 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 09/24 | -$109.66 |
| Oct 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$31,315.32 |
| Oct 18 | CASH MGMT TRSFR DR<br>REF 2920542L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$34,124.00 |
| Oct 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.80 |
| Oct 21 | CASH MGMT TRSFR DR<br>REF 2950849L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$23,512.89 |
| Oct 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$31,596.79 |
| Oct 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015LZYEWUF7OCYX | -$131,259.96 |
| Oct 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$39,233.84 |

38190 0126122 0002-0005 00000000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX1761 |
| **Statement Date:** | | 10/31/2024 |
| **Page :** | | 3 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Oct 28 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 241028 2057179792 2220 | -$595.10 |
| Oct 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$28,951.73 |
| Oct 29 | CASH MGMT TRSFR DR<br>REF 3030927L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$67,400.00 |
| Oct 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables ICS Direct B ill.com 015OMTEARQ 7W6XW Acct<br>5101718 54 - Inv DMI106342 | -$88,390.86 |
| Oct 30 | PREAUTHORIZED DEBIT<br>CA DEPT TAX FEE CDTFA EPMT 241030 19288829 | -$510.00 |
| Oct 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$100,536.86 |
| Oct 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,456.60 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Oct 01 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241001 5660801 | $15,290.00 |
| Oct 01 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007772950*14 31420563\ | $19,807.19 |
| Oct 01 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 909838892*13635696 42~ | $37,292.58 |
| Oct 01 | CASH MGMT TRSFR CR<br>REF 2750757L FUNDS TRANSFER FRM DEP XXXXXX4516 FROM | $184,551.00 |
| Oct 02 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241002 5660801 | $1,079.28 |
| Oct 02 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 64 Aug 1-15 2024 | $18,879.68 |
| Oct 02 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500446019*1752882 129*5660801\ | $74,087.57 |
| Oct 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241003 5660801 | $3,763.51 |
| Oct 04 | PREAUTHORIZED CREDIT<br>TRICARE-ONLY DOD REMIT TRN*1*03161813*431 420563 \ | $360.10 |
| Oct 04 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241004 5660801 | $957.22 |
| Oct 04 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5694148*1203113620 \ | $1,216.48 |
| Oct 04 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04172478*431 420563 \ | $2,901.61 |
| Oct 04 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001419786*1540849 793*140730146801~ | $18,993.19 |
| Oct 07 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241007 ST-R3F3Y0H0Z6W9 | $8,083.29 |
| Oct 07 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241007 5660801 | $36,129.96 |
| Oct 08 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241008 5660801 | $332.23 |
| Oct 08 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007785863*14 31420563\ | $24,748.70 |
| Oct 09 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241009 5660801 | $6,418.11 |



38190 0126123 0003-0005 0000000000000000000



| | Account Number: | XXXXXX1761 |
|---|---|---|
| | Statement Date: | 10/31/2024 |
| | Page : | 4 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 09 | PREAUTHORIZED CREDIT | $70,479.87 |
| | CAREMARK HCCLAIMPMT 2500457537*1752882 129*5660801\ | |
| Oct 10 | PREAUTHORIZED CREDIT | $518.98 |
| | MEDE AMERICA CDA HCCLAIMPMT 7208492*3205716594 *199999999\ | |
| Oct 10 | PREAUTHORIZED CREDIT | $2,122.79 |
| | ACCESS HEALTH ACCESS HEA 241010 5660801 | |
| Oct 11 | AUTOMATIC TRANSFER | $254,406.30 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 11 | PREAUTHORIZED CREDIT | $39,343.39 |
| | CA HCCLAIMPMT 7001422330*1540849 793*140730146801~ | |
| Oct 15 | PREAUTHORIZED CREDIT | $6,087.55 |
| | Prescription TRANSFER 241015 ST-P8E4J0L3S1G9 | |
| Oct 15 | PREAUTHORIZED CREDIT | $7,408.97 |
| | ACCESS HEALTH ACCESS HEA 241014 5660801 | |
| Oct 15 | PREAUTHORIZED CREDIT | $24,303.18 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007799024*14 31420563\ | |
| Oct 16 | PREAUTHORIZED CREDIT | $3,714.58 |
| | ACCESS HEALTH ACCESS HEA 241016 5660801 | |
| Oct 16 | PREAUTHORIZED CREDIT | $20,752.63 |
| | Monarch Specialt ePay brightscrip period 65 Aug 16-31 2024 | |
| Oct 16 | PREAUTHORIZED CREDIT | $76,562.45 |
| | CAREMARK HCCLAIMPMT 2500468917*1752882 129*5660801\ | |
| Oct 17 | PREAUTHORIZED CREDIT | $3,801.43 |
| | ACCESS HEALTH ACCESS HEA 241017 5660801 | |
| Oct 17 | PREAUTHORIZED CREDIT | $27,623.55 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909889895*13635696 42~ | |
| Oct 18 | PREAUTHORIZED CREDIT | $774.29 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04202568*143 1420563\ | |
| Oct 18 | PREAUTHORIZED CREDIT | $5,442.85 |
| | ACCESS HEALTH ACCESS HEA 241018 5660801 | |
| Oct 18 | PREAUTHORIZED CREDIT | $27,907.66 |
| | CA HCCLAIMPMT 7001426858*1540849 793*140730146801~ | |
| Oct 21 | REMOTE DEPOSIT | $15.00 |
| Oct 21 | PREAUTHORIZED CREDIT | $889.43 |
| | RXCROSSROADS BY HCCLAIMPMT 5705937*1203113620 \ | |
| Oct 21 | REMOTE DEPOSIT | $1,364.00 |
| Oct 21 | PREAUTHORIZED CREDIT | $5,837.89 |
| | Prescription TRANSFER 241021 ST-Y5A9A3U5L3R0 | |
| Oct 21 | PREAUTHORIZED CREDIT | $16,785.57 |
| | ACCESS HEALTH ACCESS HEA 241021 5660801 | |
| Oct 22 | PREAUTHORIZED CREDIT | $4,843.17 |
| | ACCESS HEALTH ACCESS HEA 241022 5660801 | |
| Oct 22 | PREAUTHORIZED CREDIT | $25,374.62 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007811568*14 31420563\ | |
| Oct 23 | PREAUTHORIZED CREDIT | $2,204.68 |
| | ACCESS HEALTH ACCESS HEA 241023 5660801 | |
| Oct 23 | PREAUTHORIZED CREDIT | $84,237.52 |
| | CAREMARK HCCLAIMPMT 2500480377*1752882 129*5660801\ | |
| Oct 24 | AUTOMATIC TRANSFER | $39,705.83 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 24 | PREAUTHORIZED CREDIT | $775.65 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910021059*13635696 42~ | |
| Oct 24 | PREAUTHORIZED CREDIT | $4,336.28 |
| | ACCESS HEALTH ACCESS HEA 241024 5660801 | |
| Oct 25 | PREAUTHORIZED CREDIT | $2,403.01 |
| | ACCESS HEALTH ACCESS HEA 241025 5660801 | |
| Oct 25 | PREAUTHORIZED CREDIT | $36,830.83 |
| | CA HCCLAIMPMT 7001427978*1540849 793*140730146801~ | |

38190 0126124 0004-0005 00000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX1761 |
| **Statement Date:** | | 10/31/2024 |
| **Page :** | | 5 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Oct 28 | PREAUTHORIZED CREDIT | $840.77 |
| | MEDE AMERICA CDA HCCLAIMPMT 7209661*3205716594 *199999999\ | |
| Oct 28 | PREAUTHORIZED CREDIT | $8,784.78 |
| | Prescription TRANSFER 241028 ST-Y1F8V8A1L9U9 | |
| Oct 28 | PREAUTHORIZED CREDIT | $19,921.28 |
| | ACCESS HEALTH ACCESS HEA 241028 5660801 | |
| Oct 29 | AUTOMATIC TRANSFER | $88,390.42 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Oct 29 | PREAUTHORIZED CREDIT | $14.01 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910035690*13635696 42~ | |
| Oct 29 | PREAUTHORIZED CREDIT | $22,839.81 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007824926*14 31420563\ | |
| Oct 29 | PREAUTHORIZED CREDIT | $44,546.62 |
| | ARGUS HEALTH SYS HCCLAIMPMT 909956071*13635696 42~ | |
| Oct 30 | PREAUTHORIZED CREDIT | $6,679.39 |
| | ACCESS HEALTH ACCESS HEA 241030 5660801 | |
| Oct 30 | PREAUTHORIZED CREDIT | $18,989.61 |
| | Monarch Specialt ePay brightscrip Sep 1- 15 2024 | |
| Oct 30 | PREAUTHORIZED CREDIT | $75,377.86 |
| | CAREMARK HCCLAIMPMT 2500491889*1752882 129*5660801\ | |
| Oct 31 | PREAUTHORIZED CREDIT | $7,456.60 |
| | ACCESS HEALTH ACCESS HEA 241031 5660801 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Sep 30 | $0.00 | Oct 08 | $0.00 | Oct 17 | $0.00 | Oct 25 | $0.00 |
| Oct 01 | $0.00 | Oct 09 | $0.00 | Oct 18 | $0.00 | Oct 28 | $0.00 |
| Oct 02 | $0.00 | Oct 10 | $0.00 | Oct 21 | $1,379.00 | Oct 29 | $0.00 |
| Oct 03 | $0.00 | Oct 11 | $0.00 | Oct 22 | $0.00 | Oct 30 | $0.00 |
| Oct 04 | $0.00 | Oct 15 | $0.00 | Oct 23 | -$44,817.76 | Oct 31 | $0.00 |
| Oct 07 | $0.00 | Oct 16 | $0.00 | Oct 24 | $0.00 | | |

