**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>OPTIO RX, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188-TMH<br><br>(Jointly Administered)<br><br>**Re: D.I. 362, 384, 468, 469, 470, 498, 544** |

**CERTIFICATION OF COUNSEL REGARDING ORDER DENYING WITHOUT PREJUDICE MOTION OF DEBTORS FOR SUMMARY JUDGMENT ON DEBTORS' OBJECTION TO MOTION OF SKIN MEDICINALS LLC FOR ENTRY OF AN ORDER GRANTING AN ALLOWED ADMINISTRATIVE EXPENSE PURSUANT TO SECTION 503(b) OF THE BANKRUPTCY CODE**

The undersigned counsel to Skin Medicinals LLC (the "Skin Medicinals") hereby certifies as follows:

1. On September 4, 2024, Skin Medicinals filed the *Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code* [D.I. 362].

2. On September 10, 2024, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed their *Debtors' Objection to Motion of Skin*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

*Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code* [D.I. 384].

3.  On October 9, 2024, the Debtors filed the *Motion of Debtors for Summary Judgment on Debtors' Objection to Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code* [D.I. 468] (the "Motion"), to which Skin Medicinals responded [D.I. 498].

4.  On November 20, 2024, the Court held a hearing to consider the Motion (the "Hearing") where the Court denied the Motion without prejudice.

5.  In accordance with the Court's ruling on the record at the Hearing, a proposed form of order denying the Motion without prejudice is attached hereto as **Exhibit A** (the "Proposed Order").

6.  The Debtors have reviewed the Proposed Order and do not object to its entry.

WHEREFORE, Skin Medicinals respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

[*Signature page to follow*]

| | |
|---|---|
| Dated: November 27, 2024<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Austin T. Park*<br>Matthew B. Harvey (No. 5186)<br>Matthew O. Talmo (No. 6333)<br>Austin T. Park (No. 7247)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: mharvey@morrisnichols.com<br>         mtalmo@morrisnichols.com<br>         apark@morrisnichols.com<br><br>- and -<br><br>**KAPLAN & GRADY LLC**<br><br>Howard Kaplan, Esq. (admitted *pro hac vice*)<br>Jed W. Glickstein, Esq. (admitted *pro hac vice*)<br>Annie Garau Kelly, Esq.<br>2071 N. Southport Ave., Ste. 205<br>Chicago, IL 60614<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>Email: howard@kaplangrady.com<br>         jglickstein@kaplangrady.com<br>         annie@kaplangrady.com<br><br>*Counsel for Skin Medicinals LLC* |