**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Hearing Date: January 9, 2025, at 11:00 a.m. (Eastern Time)**<br>**Objection Deadline: December 16, 2024, at 4:00 p.m. (Eastern Time)** |

**NOTICE OF DEBTORS' MOTION PURSUANT TO FEDERAL RULE**
**OF BANKRUPTCY PROCEDURE 9006(b) FOR AN ORDER FURTHER EXTENDING**
**THE TIME TO FILE NOTICES OF REMOVAL OF RELATED PROCEEDINGS**

**PLEASE TAKE NOTICE** that on December 2, 2024, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Further Extending the Time to File Notices of Removal of Related Proceedings* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion, must be filed on or before **December 16, 2024, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response on (i) counsel to the Debtors, *Chipman Brown Cicero & Cole, LLP*, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn*: William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com); David W. Carickhoff, Esquire (carickhoff@chipmanbrown.com); Mark D. Olivere, Esquire (olivere@chipmanbrown.com); and Alan M. Root, Esquire (root@chipmanbrown.com); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801 (*Attn*: Jonathan W. Lipshie, Esquire) (*Email:* jon.lipshie@usdoj.gov); and (iii) counsel to the DIP Lenders, *DLA Piper LLP (US)*, 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (*Attn*: Stuart Brown, Esquire) (*Email*: stuart.brown@dlapiper.com); and (iv) counsel to the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

Official Committee of Unsecured Creditors, *Saul Ewing LLP*, (a) 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Evan T. Miller (evan.miller@saul.com) and Nicholas Smargiassi (nicholas.smargiassi@saul.com), (b) 161 North Clark Street, Suite 4200, Chicago, Illinois 60601, Attn: Michelle G. Novick (michelle.novick@saul.com), and (c) 701 Brickell Avenue, Suite 1700, Miami, Florida 33131, Attn: Jorge Garcia (jorge.garcia@saul.com), so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **January 9, 2025, at 11:00 a.m. (Eastern Time)** before the Honorable Thomas M. Horan, in the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  December 2, 2024  
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

   */s/ William E. Chipman, Jr.*  
William E. Chipman, Jr. (No. 3818)  
David W. Carickhoff (No. 3715)  
Mark D. Olivere (No. 4291)  
Alan M. Root (No. 5427)  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone: (302) 295-0191  
Email: chipman@chipmanbrown.com  
       carickhoff@chipmanbrown.com  
       olivere@chipmanbrown.com  
       root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*