# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered) |
| SKIN MEDICINALS LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OPTIO RX, LLC, BEN DAVID, ARUN SURESH KUMAR, and LISA BASSETT IPPOLITO,<br><br>　　　　　Defendants. | Adversary No. 24-50079 (TMH) |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR STATUS CONFERENCE ON DECEMBER 4, 2024, AT 11:30 A.M. (EASTERN TIME)

> **THIS PROCEEDING WILL BE CONDUCTED REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] All amended items will appear in **bold**.

**I.   STATUS CONFERENCE.**

1.   *Skin Medicinals LLC v. Optio Rx, LLC, Ben David, Arun Suresh Kumar, and Lisa Bassett Ippolito*, Adversary No. 24-50079 (TMH).

   Related Pleadings:

   A.   **[SEALED]** Complaint, filed on June 17, 2024 [Adv. Docket No. 3].

   B.   Plaintiff Skin Medicinal LLC's Motion for Temporary Restraining Order and Preliminary Injunction, filed on June 17, 2024 [Adv. Docket No. 4].

   C.   **[SEALED]** Plaintiff Skin Medicinals LLC's Memorandum in Support of its Motion for Temporary Restraining Order and Preliminary Injunction, filed on June 17, 2024 [Adv. Docket No. 5].

   D.   **[SEALED]** Declaration of Howard Kaplan in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, filed on June 17, 2024 [Adv. Docket No. 6].

   E.   **[SEALED]** Defendant Optio Rx, LLC's Answering Brief in Opposition to Plaintiff's Motion for Preliminary Injunction, filed on June 27, 2024 [Adv. Docket No. 23].

   F.   **[SEALED]** Declaration of Bret Phillps in Support of Defendants' Opposition to Motion for Preliminary Injunction, filed on June 27, 2024 [Adv. Docket No. 24].

   G.   **[SEALED]** Declaration of Dr. Erika M. Ruddie, Pharm.D. in Support of Defendants' Opposition to Motion for Preliminary Injunction, filed on June 27, 2024 [Adv. Docket No. 25].

   H.   **[SEALED]** Declaration of Ara M. Metzler, filed on June 27, 2024 [Adv. Docket No. 26].

   I.   **[SEALED]** Declaration of Leo LaFranco in Support of Defendants' Opposition to Motion for Preliminary Injunction, filed on June 27, 2024 [Adv. Docket No. 27].

   J.   Plaintiff Skin Medicinals LLC's Reply in Support of its Motion for Temporary Restraining Order and Preliminary Injunction, filed on July 1, 2024 [Adv. Docket No. 38].

   K.   **[SEALED]** *Supplemental* Declaration of Howard Kaplan in Support of Plaintiff's Motion for Preliminary Injunction, filed on July 1, 2024 [Adv. Docket No. 39].

L. Order Denying Preliminary Injunction, entered on July 15, 2024 [Adv. Docket No. 58].

M. Notice of Appeal, filed on July 17, 2024 [Adv. Docket No. 59].

N. Plaintiff Skin Medicinals LLC's Motion for Leave to File Interlocutory Appeal, filed on July 17, 2024 [Adv. Docket No. 61].

O. Supplemental Ruling Denying Skin Medicinals LLC's Motion for Preliminary Injunction, entered on August 13, 2024 [Adv. Docket No. 80].

P. Order Denying Preliminary Injunction, entered on August 16, 2024 [Adv. Docket No. 85].

Q. Scheduling Order, entered on September 3, 2024 [Adv. Docket No. 108].

R. Joint Interim Status Report, filed on October 25, 2024 [Adv. Docket No. 127].

S. Order Approving Stipulated Protective Order, entered on November 14, 2024 [Adv. Docket No. 131].

T. Skin Medicinals LLC's Letter to the Honorable Thomas M. Horan, filed on November 26, 2024 [Adv. Docket No. 132].

U. **Optio Rx, LLC's Letter to the Honorable Thomas M. Horan, filed on December 3, 2024 [Adv. Docket No. 134].**

Status: This matter will go forward.

Dated: December 3, 2024
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

／s／ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:        chipman@chipmanbrown.com
              carickhoff@chipmanbrown.com
              olivere@chipmanbrown.com
              root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*