Skin Medicinals v. Optio Rx
24-50079

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Levi | Akkerman | Potter Anderson & Corroon | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Ryan | Bennett | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Peter | Candel | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| L. Katherine | Good | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Lauren | Huber | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Maria | Kotsiras | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Zak | Piech | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Christopher | Samis | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Mark | Olivere | Chipman Brown Cicero & Cole, LLP | Debtors | Video and Audio |
| William | Chipman | Chipman Brown Cicero & Cole, LLP | Debtors | Video and Audio |
| Ben | David | Optio Rx, LLC | Debtors | Video and Audio |
| Michelle | Dero | Chipman Brown Cicero & Cole, LLP | Debtors | Audio Only |
| Kelly | Farnan | Richards, Layton & Finger, P.A. | Debtors | Video and Audio |
| Zachary | Javorsky | Richards, Layton & Finger | Debtors | Video and Audio |
| Jarlath | Johnston | Bentley Associates L.P. | Debtors | Video and Audio |
| Leo | LaFranco | Optio Rx, LLC | Debtors | Video and Audio |
| Katharine | Mowery | Richards, Layton & Finger, P.A. | Debtors | Video and Audio |
| Daniel | Barksdale | Kennedys CMK LLP | Defendants Ben David, Arun Suresh | Video and Audio |
| Daniel | Hogan | HoganMcDaniel | Lisa Ippolito | Video and Audio |
| Barry | Best | MCCP | Loan Admin Co LLC | Video and Audio |
| Stuart | Brown | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Aditi | Budhia | CION Investments | Loan Admin Co LLC | Video and Audio |
| Jon | Finch | MCCP | Loan Admin Co LLC | Video and Audio |
| Carolyn | Fox | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Jeff | Kelly | MCCP | Loan Admin Co LLC | Video and Audio |
| Jamie | Knox | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Brian | Mulligan | CION Investments | Loan Admin Co LLC | Video and Audio |
| Matthew | Sarna | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Jonathan | Tunis | MCCP | Loan Admin Co LLC | Video and Audio |
| Annie | Garau Kelly | Kaplan & Grady | Skin Medicinals LLC | Video and Audio |
| Jed | Glickstein | Kaplan & Grady | Skin Medicinals LLC | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Skin Medicinals LLC | Video and Audio |
| Howard | Kaplan | Kaplan & Grady | Skin Medicinals LLC | Video and Audio |

Skin Medicinals v. Optio Rx
24-50079

| | | | |
|---|---|---|---|
| Austin | Park | Morris Nichols Arsht and Tunnell | Skin Medicinals LLC | Video and Audio |
| Matthew | Talmo | Morris, Nichols Arsht & Tunnell LLP | Skin Medicinals LLC | Video and Audio |
| Annie | Garau Kelly | Kaplan & Grady | Skin Medicinals LLC | Video and Audio |
| Jed | Glickstein | Kaplan & Grady | Skin Medicinals LLC | Video and Audio |
| Howard | Kaplan | Kaplan & Grady | Skin Medicinals LLC | Video and Audio |
| Austin | Park | Morris Nichols Arsht and Tunnell | Skin Medicinals LLC | Video and Audio |
| Matthew | Talmo | Morris, Nichols Arsht & Tunnell LLP | Skin Medicinals LLC | Video and Audio |
| Jonathan | Lipshie | DOJ-Ust | UST | Video and Audio |
| Michael | Tomback | | | Audio Only |
| Taylor | Harrison | | | Audio Only |