**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| OPTIO RX, LLC | § | |
| | § | CASE NO. 24-11188-TMH |
| DEBTOR | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NOS. 1 AND 154**

NOW COMES Bexar County and notifies the Court and all other parties that it withdraws its claim number 1 (amount $13,534.54 for estimated 2024 taxes) and claim number 154 (amount $13,249.14 for actual 2024 taxes) which claims were filed with the claims' agent in Oakdell Compounding Pharmacy, LLC, Case No. 24-11210. Bexar County filed claim number 1 on June 20, 2024 and filed amended claim number 154 on October 23, 2024. The tax debt to subject to Bexar County's proof of claim is paid in full. Bexar County desires to withdraw its proof of claims filed herein based upon the reasons stated above.

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By:   __/s/ Don Stecker__
      David G. Aelvoet (SBN 00786959)
      Don Stecker (SBN 19095300)

      Attorney for Bexar County

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Bexar County Proof of Claim Nos. 1 and 154 was served this 11th day of December, 2024 by Electronic Mail and/or by First Class Mail upon the following:

Debtor:
    Optio Rx, LLC
    3701 Commercial Avenue
    Suite 14
    Northbrook, Il 60062

Attorney for Debtor:
    William E. Chipman, Jr.
    Chipman Brown Cicero & Cole, LLP
    Hercules Plaza
    1313 North Market Street
    Suite 5400
    Wilmington, DE 19801

U.S. Trustee:
    Office of the United States Trustee
    J. Caleb Boggs Federal Building
    844 King Street, Suite 2207
    Lockbox 35
    Wilmington, DE 19801

                                                  __/s/ Don Stecker__
                                                Don Stecker