IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No.** |

**ORDER SETTING HEARING AND OBJECTION DEADLINE WITH RESPECT TO THE OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER: (I) AUTHORIZING AND CONFIRMING THE ASSUMPTION OF NON-RESIDENTIAL REAL PROPERTY LEASES, (B) FIXING CURE COSTS WITH RESPECT THERETO, AND (II) GRANTING RELATED RELIEF**

Upon the Motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") to Set Hearing and Objection Deadline with Respect to *Omnibus Motion of the Debtors for Entry of an Order: (I) Authorizing and Confirming the Assumption of Non-Residential Real Property Leases, (B) Fixing Cure Costs with Respect Thereto, and (II) Granting Related Relief* (the "**Omnibus Motion**");[2] and upon consideration of the Motion and all pleadings related thereto; and due and proper notice of the Motion having been given under the circumstances; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] All capitalized terms used but not defined herein shall have the meanings given them in the Motion.

157 and 1334, and that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that the relief requested is in the best interests of the Debtors, their estates, and their creditors; and after due deliberation thereon, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Omnibus Motion shall be heard on _____, 2024, at _____ (*prevailing* Eastern Time).

3. Responses or objections to the Omnibus Motion must be filed and served on counsel to the Debtors no later than _____ (*prevailing* Eastern Time) on _____ _____, 2024.

4. The Debtors shall serve a copy of this Order and the notice of hearing of the Omnibus Motion upon (a) the lease counterparties by electronic mail and first-class mail; (b) counsel to the U.S. Trustee, by electronic mail and hand-delivery, and (c) all other parties entitled to notice under Local Rule 2002-1, by regular, U.S. mail.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

4921-6476-4677, v. 2