**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | Hearing Date: December 30, 2024, at 11:00 a.m. (Eastern Time)<br>Objection Deadline: December 23, 2024, at 4:00 p.m. (Eastern Time) |

**NOTICE OF HEARING REGARDING OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER: (I) AUTHORIZING AND CONFIRMING THE ASSUMPTION OF NON-RESIDENTIAL REAL PROPERTY LEASES, (B) FIXING CURE COSTS WITH RESPECT THERETO, AND (II) GRANTING RELATED RELIEF**

> YOUR RIGHTS MAY BE AFFECTED. THIS IS AN OMNIBUS MOTION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 6006(f). PARTIES RECEIVING THIS MOTION SHOULD LOCATE THEIR NAMES AND THEIR LEASE(S) LISTED ON SCHEDULE 1 TO THE PROPOSED ORDER (EXHIBIT A TO THE MOTION). YOU MAY OBTAIN A COPY OF THE MOTION FREE OF CHARGE ON THE WEBSITE OF THE DEBTORS' NOTICING AND CLAIMS AGENT AT HTTPS://CASES.STRETTO.COM/OPTIORX/ OR BY CONTACTING ANY OF THE COUNSEL BELOW.

**PLEASE TAKE NOTICE** that on December 13, 2024, the above-captioned debtors and debtors-in-possession (the "**Debtors**") filed the *Omnibus Motion of the Debtors for Entry of an Order: (I) Authorizing and Confirming the Assumption of Non-Residential Real Property Leases, (B) Fixing Cure Costs with Respect Thereto, and (II) Granting Related Relief* [Docket No. 600] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). The Debtors also filed the *Debtors' Motion to Expedite Hearing and Objection Deadline with Respect to Omnibus Motion of the Debtors for Entry of an Order: (I) Authorizing*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

*and Confirming the Assumption of Non-Residential Real Property Leases, (B) Fixing Cure Costs with Respect Thereto, and (II) Granting Related Relief* [Docket No. 601] (the "**Motion to Expedite**").

**PLEASE TAKE FURTHER NOTICE** that the Court entered the *Order Setting Hearing and Objection Deadline with Respect to the Omnibus Motion of the Debtors for Entry of an Order: (I) Authorizing and Confirming the Assumption of Non-Residential Real Property Leases, (B) Fixing Cure Costs with Respect Thereto, and (II) Granting Related Relief* [Docket No. 602] (the "**Order**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, responses, if any, to the Motion, must be filed on or before **December 23, 2024, at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must serve a copy of the response on (a) counsel to the Debtors, *Chipman Brown Cicero & Cole, LLP*, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (*Attn*: William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com); David W. Carickhoff, Esquire (carickhoff@chipmanbrown.com); Mark D. Olivere, Esquire (olivere@chipmanbrown.com); and Alan M. Root, Esquire (root@chipmanbrown.com); (ii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801 (*Attn*: Jonathan W. Lipshie, Esquire) (*Email:* jon.lipshie@usdoj.gov); (iii) counsel to the DIP Lenders, *DLA Piper LLP (US)*, 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (*Attn*: Stuart Brown, Esquire) (*Email*: stuart.brown@dlapiper.com); and (iv) counsel to the Official Committee of Unsecured Creditors, *Saul Ewing LLP*, (a) 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801, Attn: Evan T. Miller (evan.miller@saul.com) and Nicholas Smargiassi (nicholas.smargiassi@saul.com), (b) 161 North Clark Street, Suite 4200, Chicago, Illinois 60601, Attn: Michelle G. Novick (michelle.novick@saul.com), and (c) 701 Brickell Avenue, Suite 1700, Miami, Florida 33131, Attn: Jorge Garcia (jorge.garcia@saul.com), so as to be **received no later than 4:00 p.m. (Eastern Time) on December 23, 2024.**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **December 30, 2024, at 11:00 a.m. (Eastern Time)** before the Honorable Thomas M. Horan, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: December 13, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>David W. Carickhoff (No. 3715)<br>Mark D. Olivere (No. 4291)<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:    (302) 295-0191<br>Email:    chipman@chipmanbrown.com<br>            carickhoff@chipmanbrown.com<br>            olivere@chipmanbrown.com<br>            root@chipmanbrown.com<br><br>*Counsel for Debtors and*<br>*Debtors in Possession* |

4909-2530-1254, v. 2