IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 588** |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' MOTION
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9006(b)
FOR AN ORDER FURTHER EXTENDING THE TIME TO FILE NOTICES
OF REMOVAL OF RELATED PROCEEDINGS**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Further Extending the Time to File Notices of Removal of Related Proceedings* [Docket No. 588] (the "**Motion**") filed on December 2, 2024. Pursuant to the notice of the Motion, objections to the Motion were to be filed and served no later than December 16, 2024, at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**"). The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the relief requested in the Motion has been filed.

**WHEREFORE**, the undersigned, on behalf of the Debtors, respectfully requests that the Court enter the form of order attached to the Motion, at the Court's earliest convenience.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

| | |
|---|---|
| Dated: December 17, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>David W. Carickhoff (No. 3715)<br>Mark D. Olivere (No. 4291)<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 295-0191<br>Email:   chipman@chipmanbrown.com<br>             carickhoff@chipmanbrown.com<br>             olivere@chipmanbrown.com<br>             root@chipmanbrown.com<br><br>*Counsel for Debtors and*<br>*Debtors in Possession* |