**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re:

Optio Rx, LLC, et al.,

Debtors.

Chapter 11

Case No. 24-11188 (TMH) – Objection to Debtor's Second Omnibus Motion to reject Executory Contracts

(Jointly Administered)

**RESPONSE TO MOTION FOR REJECTION OF EXECUTORY CONTRACTS**

**To: The Honorable Judge Thomas M. Horan Chambers, United States Bankruptcy Judge:**

I, **Pouya Farzadfar**, President of FirstCare Pharmacy, EasyCare Pharmacy, and PrimeCare Pharmacy, hereby submit this response to the Motion filed by Optio Rx, LLC (the "Debtors") seeking to reject certain executory contracts, including my contract, as outlined in the related docket.

1. **Background**

    I entered into my agreement with the Debtors on or about January 8, 2020. Currently, I serve as the Pharmacy Liaison for the company, crucial for ensuring that both prescribers and patients are satisfied with the level of care they receive and that patient care is not disrupted.

2. My annual salary is **$200,000**, and I am eligible for a bonus of up to $100,000 based on performance metrics.

3. In my role, I address questions, provide consultations on specialty and dangerous drugs, and, most importantly, focus on maintaining steady sales and revenue.

4. Additionally, I have four weeks of paid vacation and paid time off for **Jewish holidays**.

5. **I am also entitled to a severance package equivalent to 12 months of my base salary.**

6. Furthermore, I receive various benefits under this contract, which are essential for my overall compensation and well-being.

**2. Objection to the Motion**

I respectfully request that the Court deny the Debtors' motion to reject my contract for the following reasons:

- **Failure to Provide Specific Justification**: The motion fails to provide specific justification for rejecting my agreement. It does not demonstrate how the rejection aligns with the best interests of the estate or the creditors, nor does it meet the required "business judgment" standard under 11 U.S.C. § 365(a).

- **Uniqueness of My Role**: My position is not only unique but also critical to the continuity of Optio Rx. I possess specialized knowledge and relationships that are vital for maintaining operational stability. My

expertise allows me to navigate the complexities of pharmacy operations and ensure high standards of patient care.

- **Value of the Contract**: The contract provides essential services critical to the Debtors' operational continuity. Rejecting this contract would disrupt ongoing business processes and negatively impact stakeholders.

- **Impact on Business Continuity**: Losing me as the founder of these pharmacies would significantly interrupt business operations, as prescribers often resist changes in personnel. This disruption would dramatically affect the company's performance and patient care, leading to dissatisfaction among both prescribers and patients.

- **Fairness and Equity**: As a former executive, I have invested substantial time and resources into the success of the Debtors. The rejection of my contract would not only undermine my contributions but also set a precedent that could adversely affect other stakeholders.

- **Potential for Resolution**: I believe that there is potential for negotiation or modification of the contract terms that could be beneficial for both parties. I urge the Court to consider an alternative approach that preserves the contract while addressing the Debtors' concerns.

### 3. Request for Severance Protection
In the event that the Court accepts the motion to reject my contract, I formally request that my severance package, which is equivalent to 12 months of my base salary, remains in effect and is honored.

### 4. Hearing Attendance
I would like to formally request permission to attend the hearing scheduled for **January 9, 2025,** to present my case and address any questions the Court may have regarding my response.

### 5. Conclusion
In light of the above points, I respectfully request that the Court deny the Motion to reject my contract. I am willing to engage in discussions with the Debtors to find a mutually agreeable solution that serves the best interests of all parties involved.

Thank you for your consideration.

**Respectfully submitted,**

**Pouya Farzadfar**

1702 South Robertson Blvd #332

Los Angeles, CA 90035

Pouya18@gmail.com

(818) 605-4422 CELL

12/10/2024

To: **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

824 North Market Street, 3rd floor

Wilmington, Delaware 19801

Attention: The Honorable Judge Thomas M. Horan Chambers, United States Bankruptcy Judge