# EXHIBIT A

## SUMMARY OF BLENDED RATE

12/19/2024

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | Billed<br>*Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed<br>*This Application* |
| Senior Partners | 2 | $653.00 | $701.45 |
| Junior Partners | 0 | $552.00 | N/A |
| Counsel | 0 | $565.00 | N/A |
| Senior Associates | 2 | $409.00 | $450.70 |
| Junior Associates | 0 | $336.00 | N/A |
| Paralegal | 0 | $284.00 | N/A |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $269.00 | $205.00 |
| **Aggregated:** | | | |