# EXHIBIT B

## TIMEKEEPER SUMMARY

**SUMMARY OF BILLING BY TIMEKEEPER**

**For the Period from November 1, 2024 through November 30, 2024**

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position at Saul Ewing | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Evan T. Miller | 2009 | Partner (2023)[1] | Bankruptcy | $680.00 | 3.6 | $2,448.00 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $715.00 | 5.7 | $4,075.50 |
| Paige N. Topper | 2017 | Associate | Bankruptcy | $450.00 | 3.5 | $1,575.00 |
| Jorge Garcia | 2017 | Associate | Bankruptcy | $450.00 | 3.6 | $1,620.00 |
| Sean F. Kenny | N/A | Paraprofessional | Bankruptcy | $205.00 | 2.5 | $512.50 |
| **TOTAL** | | | | | **18.9** | **$10,231.00** |

**Blended Hourly Rate: $541.32**

---

[1] Evan Miller joined Saul Ewing as a Partner in 2023. He was previously a director at his prior firm.