# EXHIBIT C

**DETAILED TIME ENTRIES BY CATEGORY**

## SUMMARY OF BILLING BY CATEGORY

### For the Period from November 1, 2024 through November 30, 2024

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.2 | $770.00 |
| Fee/Employment Applications (Other Professionals) | 0.2 | $143.00 |
| Fee/Employment Applications (Saul Ewing) | 12.9 | $6,903.50 |
| Litigation: Contested Matters and Adversary Proceedings | 1.3 | $929.50 |
| Preparation for and Attendance at Hearings | 3.3 | $1,485.00 |
| **TOTAL** | **18.9** | **$10,231.00** |



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4393606 |
| N/A - Committee N/A - Committee | Invoice Date | 12/19/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00004 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/18/24 | ETM | Review status of hearing and EMs with MN/JG/TF re same and attendance | 0.50 | 340.00 |
| 11/19/24 | PNT | Call with E. Miller re: November 20 hearing. | 0.10 | 45.00 |
| 11/19/24 | PNT | Further call with E. Miller re: Optio hearing. | 0.10 | 45.00 |
| 11/19/24 | ETM | EMs/TC with PT/MN re status of case and hearing attendance/open issues | 0.50 | 340.00 |
| | | TOTAL HOURS | 1.20 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Evan T. Miller | 1.00 | at | 680.00 | = | 680.00 |
| Paige N. Topper | 0.20 | at | 450.00 | = | 90.00 |
| | | | | CURRENT FEES | 770.00 |

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | 770.00 |



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number 4393607 |
| N/A - Committee N/A - Committee | Invoice Date 12/19/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number 391790 |
| Northbrook, IL 60062 | Matter Number 00011 |

Re: Fee / Employment Applications (Other Professionals)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/13/24 | MGN | Correspondence to and from E. Miller regarding inserting footnote into proposed order on Alvarez & Marsal's Fee Application. | 0.10 | 71.50 |
| 11/13/24 | MGN | Correspondence to and from R. Newman regarding same. | 0.10 | 71.50 |
| | | TOTAL HOURS | 0.20 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Michelle G. Novick | 0.20 at | 715.00 = | 143.00 |
| | | CURRENT FEES | 143.00 |

TOTAL AMOUNT OF THIS INVOICE    143.00



www.saul.com

| | | | | |
|---|---|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | | | Invoice Number | 4393605 |
| N/A - Committee N/A - Committee | | | Invoice Date | 12/19/24 |
| 3701 Commercial Avenue, Suite 14 | | | Client Number | 391790 |
| Northbrook, IL 60062 | | | Matter Number | 00010 |

Re:   Fee / Employment Applications (Saul Ewing)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/24 | ETM | EMs with MN/JM re fee application | 0.10 | 68.00 |
| 11/03/24 | MGN | Correspondence to J. Garcia requesting that he prepare Third Monthly Fee Application. | 0.20 | 143.00 |
| 11/03/24 | JG | Correspondence w/ M. Novick re: Saul Ewing fee application | 0.20 | 90.00 |
| 11/05/24 | MGN | Correspondence to and from S. Kenny regarding filing CNO for Saul Ewing's Interim Fee Application. | 0.20 | 143.00 |
| 11/07/24 | JG | Draft Saul Ewing fee application | 2.10 | 945.00 |
| 11/07/24 | SFK | Draft certification of no objection for Saul's 3rd monthly fee application. | 0.30 | 61.50 |
| 11/07/24 | SFK | PDF, electronically docket certification of no objection for Saul's 3rd monthly fee application. | 0.30 | 61.50 |
| 11/11/24 | MGN | Correspondence to J. Garcia regarding completing Saul Ewing's Fourth Fee Application. | 0.20 | 143.00 |
| 11/12/24 | MGN | Correspondence to and from J. Garcia regarding finalizing fee application for filing. | 0.10 | 71.50 |
| 11/12/24 | JG | Finalize draft of Saul Ewing fee application | 1.30 | 585.00 |
| 11/13/24 | MGN | Correspondence to and from E. Miller regarding inserting footnote into proposed order on Saul Ewing's Fee Application. | 0.10 | 71.50 |
| 11/13/24 | ETM | Review plan and draft interim fee order and draft language for inclusion in same and EMs with MN/RN/DRs cnsl re same | 1.40 | 952.00 |
| 11/14/24 | MGN | Draft, review and revise Saul Ewing's Fourth Monthly Fee Application. | 0.50 | 357.50 |
| 11/14/24 | MGN | Correspondence to and from E. Miller regarding inserting | 0.10 | 71.50 |

| | | | | |
|---|---|---|---|---|
| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | | Invoice | 4393605 |
| 00010 | Fee / Employment Applications (Saul Ewing) | | | Page: 2 |
| 12/19/24 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| | | footnote into interim fee order reflecting funds to be paid to UCC Settlement Agreement. | | |
| 11/14/24 | MGN | Correspondence to W. Chipman regarding same. | 0.10 | 71.50 |
| 11/14/24 | ETM | Review interim fee submission and EMs with MN/BC/JG re same | 0.40 | 272.00 |
| 11/14/24 | SFK | Analyze, revise Saul's 4th monthly fee application. | 1.00 | 205.00 |
| 11/15/24 | MGN | Review, revise and file Saul Ewing's Fourth Monthly Fee Application. | 0.40 | 286.00 |
| 11/15/24 | ETM | Final review re fee app and EMs with MN/SK re same | 0.50 | 340.00 |
| 11/15/24 | SFK | Finalize Saul's 4th monthly fee application for attorney review. | 0.40 | 82.00 |
| 11/15/24 | SFK | Revise Saul's 4th monthly fee application per Michelle Novick's comments. | 0.10 | 20.50 |
| 11/15/24 | SFK | Electronically docket Saul's 4th monthly fee application | 0.40 | 82.00 |
| 11/22/24 | ETM | TC with MN re status of fees and escrow re same | 0.20 | 136.00 |
| 11/25/24 | MGN | Telephone conference with S. Kenny regarding creating a spreadsheet of amounts due and to be paid pursuant to approved fee applications | 0.40 | 286.00 |
| 11/25/24 | MGN | Multiple correspondence to S. Kenny regarding same | 0.30 | 214.50 |
| 11/26/24 | MGN | Multiple telephone conferences with S. Kenny regarding fees yet to be received by OptioRx, creating spreadsheet and related issues | 0.60 | 429.00 |
| 11/26/24 | MGN | Multiple correspondence to and from S. Kenny regarding same | 0.40 | 286.00 |
| 11/27/24 | MGN | Multiple correspondence to and from S. Kenny regarding fees yet to be received by OptioRx and related issues | 0.50 | 357.50 |
| 11/27/24 | MGN | Correspondence to and from E. Miller regarding same | 0.10 | 71.50 |
| | | TOTAL HOURS | 12.90 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Jorge Garcia | 3.60 | at | 450.00 | = | 1,620.00 |
| Sean F. Kenny | 2.50 | at | 205.00 | = | 512.50 |
| Evan T. Miller | 2.60 | at | 680.00 | = | 1,768.00 |
| Michelle G. Novick | 4.20 | at | 715.00 | = | 3,003.00 |
| | | | | CURRENT FEES | 6,903.50 |
| | | | | TOTAL AMOUNT OF THIS INVOICE | 6,903.50 |

| | | | |
|---|---|---|---|
| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice | 4393605 |
| 00010 | Fee / Employment Applications (Saul Ewing) | | Page: 3 |
| 12/19/24 | | | |



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4393608 |
| N/A - Committee N/A - Committee | Invoice Date | 12/19/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00014 |

Re:   Litigation: Contested Matters and Adversary Proceedings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/18/24 | MGN | Correspondence to T. Falk regarding same | 0.10 | 71.50 |
| 11/18/24 | MGN | Correspondence to and from E. Miller regarding appearing at upcoming hearing on Skin Medicinal's request for payment of administrative claim ; correspondence to T. Falk regarding same | 0.20 | 143.00 |
| 11/19/24 | MGN | Correspondence to B. Chipman regarding status of effective date of plan | 0.10 | 71.50 |
| 11/19/24 | MGN | Telephone conference with E. Miller and P. Topper regarding appearing at upcoming hearing on Skin Medicinal's request for payment of administrative claim | 0.20 | 143.00 |
| 11/19/24 | MGN | Review pleadings related to Skin Medicinal's Motion for Administrative Claim and forward same to P. Topper | 0.50 | 357.50 |
| 11/19/24 | MGN | Correspondence to and from E. Miller regarding attending hearing on Skin Medicinal's request for payment of administrative claim | 0.10 | 71.50 |
| 11/20/24 | MGN | Correspondence to and from P. Topper regarding results of hearing on Skin Medicinal's request for payment of administrative claim | 0.10 | 71.50 |
| | | TOTAL HOURS | 1.30 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Michelle G. Novick | 1.30 | at | 715.00 | = | 929.50 |
| | | | | CURRENT FEES | 929.50 |

161 North Clark, Suite 4200 ♦ Chicago, IL 60601 ♦ Phone: 312-876-7100 ♦ Fax: (312) 876-0288

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

| | | | |
|---|---|---|---|
| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice | 4393608 |
| 00014 | Litigation: Contested Matters and Adversary Proceedings | | Page: 2 |
| 12/19/24 | | | |

TOTAL AMOUNT OF THIS INVOICE     929.50



| | | | | Federal Identification Number: 23-1416352 |
| --- | --- | --- | --- | --- |
| | | | | www.saul.com |

| | | |
| --- | --- | --- |
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4393609 |
| N/A - Committee N/A - Committee | Invoice Date | 12/19/24 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00017 |

Re:   Preparation for and Attendance at Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/24:

| Date | Tkpr | Description | Hours | Value |
| --- | --- | --- | --- | --- |
| 11/19/24 | PNT | Review summary judgment motions and administrative expense claim motions in advance of November 20 hearing. | 1.70 | 765.00 |
| 11/20/24 | PNT | Attend November 20 hearing. | 1.50 | 675.00 |
| 11/20/24 | PNT | Email to E. Miller and M. Novick re: summary of November 20 hearing. | 0.10 | 45.00 |
| | | TOTAL HOURS | 3.30 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Paige N. Topper | 3.30 | at | 450.00 | = | 1,485.00 |
| | | | | CURRENT FEES | 1,485.00 |

| | |
| --- | --- |
| TOTAL AMOUNT OF THIS INVOICE | 1,485.00 |

161 North Clark, Suite 4200 ◆ Chicago, IL 60601 ◆ Phone: 312-876-7100 ◆ Fax: (312) 876-0288

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP