# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

**In re:**
Optio Rx, LLC, et al.,
Debtors.

**Chapter 11**
Case No. 24-11188 (TMH)
Objection to Debtors' Second Omnibus Motion to Reject Executory Contracts

---

**To the Honorable Thomas M. Horan, United States Bankruptcy Judge:**

I, **Payam Tizabgar**, an individual and counterparty to the employment agreement with SMC Pharmacy LLC (the "Debtor"), respectfully submit this objection to the Debtors' Second Omnibus Motion to Reject Executory Contracts (the "Motion"), as filed on **December 2, 2024**, Docket No. **589**. I request that the Court deny the Debtors' Motion with respect to my employment agreement, or in the alternative, preserve my rights to assert claims resulting from the rejection of the agreement.

---

## BACKGROUND

1. On or about **January 8, 2020**, I entered into an employment agreement (the "Agreement") with SMC Pharmacy LLC. Under the Agreement, I serve as **President** of SMC Pharmacy LLC, reporting to the CEO of Optio Rx, LLC. My role has since expanded to include the additional title of **Vice President of Pharma**.
2. My compensation under the Agreement includes:
   - **Annual Base Salary**: $250,000, reflecting my promotion and additional title as Vice President of Pharma, in addition to my role as President of SMC Pharmacy LLC.
   - **Bonus Eligibility**: Up to 20% of the base salary based on performance.
   - **Benefits**: Participation in health benefits and paid time off policies, including:
     - **Four weeks of paid vacation annually**, and
     - **Paid time off for Jewish holidays**, as specified in the Agreement.
3. The Agreement specifies a term of employment of five years, expiring on **January 8, 2025**, unless terminated earlier under its terms. It also includes provisions for **12 months' severance** in the event of a termination without cause.
4. Under my leadership, **SMC Pharmacy has consistently been and remains the most profitable division of the company**. My role as President has been integral to this success, and I believe my continued leadership is critical to maintaining this performance, which is essential to the Debtors' reorganization efforts.

5. I received notice of the Motion on **December 9, 2024**, via mail. As I have no prior experience with bankruptcy proceedings, I have been actively seeking legal representation in Delaware but have not yet secured an attorney.
6. I intend to attend the hearing on this Motion, scheduled for **January 9, 2025**, to address the matter personally.

---

## OBJECTIONS TO THE MOTION

1. **Failure to Meet Burden for Rejection**:
   - The Debtors have not demonstrated that the rejection of my Agreement is necessary or beneficial to the estate. My services as President and Vice President of Pharma are critical to maintaining SMC Pharmacy's profitability and stability, which directly contribute to the company's success.
   - The Motion fails to provide specific justification for rejecting my Agreement, not meeting the "business judgment" standard required under 11 U.S.C. § 365(a).
2. **Harm from Rejection**:
   - Rejection of my Agreement would result in significant harm, including the loss of guaranteed compensation, health benefits, and the forfeiture of contractual Jewish holidays.
   - I am entitled to severance of **12 months' base salary** under Section 15(b) of the Agreement in the event of a termination without cause.
3. **Impact on Reorganization**:
   - SMC Pharmacy's profitability is a key component of the company's ability to reorganize successfully. Disrupting its leadership risks undermining its performance during this critical time.
4. **Preservation of Claims**:
   - If the Court approves the rejection, I request explicit acknowledgment of my right to assert claims for all amounts owed under the Agreement, including severance, unpaid wages, and benefits.
5. **Constructive Termination**:
   - The rejection of the Agreement amounts to a **constructive termination** under Section 15(f), entitling me to severance and benefits as provided for a termination without cause.

---

## CONCLUSION

For the foregoing reasons, I respectfully request that the Court:

1. Deny the Debtors' Motion to reject my employment agreement; or
2. In the alternative, preserve my right to assert claims for damages arising from the rejection of the Agreement, including severance, unpaid wages, and benefits.

Dated: 12/10/2024
**Respectfully submitted,**
**Payam Tizabgar**
381 N. Bonhill Road
Los Angeles, CA 90049
Email: payamtizabgar@aol.com
Phone: 310.259.0304

United States Bankruptcy Court for the District of Delaware

824 North Market Street, 3rd Floor

Wilmington, Delaware 19801

Att: **The Honorable Judge Thomas M. Horan Chambers, United States Bankruptcy Judge:**