# EXHIBIT A

(Summary of Services Rendered)

# EXHIBIT A

### COMPENSATION BY PROFESSIONAL FOR THE PERIOD
### NOVEMBER 1, 2024 THROUGH AND INCLUDING NOVEMBER 30, 2024

| Name of Professional Individual | Position, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Adam D. Cole | Partner; Member of the New York Bar since 1991 | $795.00 | 13.9 | $11,050.50 |
| David W. Carickhoff | Partner; Member of the Delaware Bar since 1999 | $720.00 | 0.4 | $288.00 |
| William E. Chipman, Jr. | Partner; Member of the Delaware Bar since 1999 | $850.00 | 16.6 | $14,110.00 |
| Mark D. Olivere | Partner; Member of the Delaware Bar since 2002 | $550.00 | 10.7 | $5,885.00 |
| Michelle M. Dero | Paralegal | $300.00 | 21.1 | $6,330.00 |
| Renae Fusco | Paralegal | $300.00 | 0.7 | $210.00 |
| | | **TOTAL:** | 63.4 | $37,873.50 |
| | | **ATTORNEY COMPENSATION:** | | $31,333.50 |
| | | **TOTAL ATTORNEY HOURS:** | | 41.6 |
| | | **BLENDED HOURLY RATE OF ALL TIMEKEEPERS:** | | $597.31 |