# EXHIBIT B

**(Time Detail)**

# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---:|---:|
| B110 Case Administration | 8.3 | $2,990.00 |
| B120 Asset Analysis and Recovery | 0.0 | $0.00 |
| B130 Asset Disposition | 7.9 | $5,270.00 |
| B140 Relief from Stay/Adequate Protection Proceeding | 0.0 | $0.00 |
| B150 Meetings of and Communications with Creditors | 1.4 | $920.00 |
| B160 Fee/Employment Applications | 11.1 | $4,845.00 |
| B170 Fee/Employment Objections | 0.0 | $0.00 |
| B180 Avoidance Action Analysis | 0.0 | $0.00 |
| B185 Assumption/Rejection of Leases and Contracts | 2.8 | $1,590.00 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 26.1 | $19,430.50 |
| B195 Non-Working Travel | 0.0 | $0.00 |
| B200 Operations | 0.0 | $0.00 |
| B210 Business Operations | 4.0 | $1,530.00 |
| B220 Employee Benefits/Pension | 0.0 | $0.00 |
| B230 Financing/Cash Collateral | 0.0 | $0.00 |
| B240 Tax Issues | 0.0 | $0.00 |
| B250 Real Estate | 0.0 | $0.00 |
| B260 Board of Director Matters | 0.0 | $0.00 |
| B300 Claims and Plan | 0.0 | $0.00 |
| B310 Claims Administration and Objections | 1.2 | $788.00 |
| B320 Plan and Disclosure Statement (including business plan) | 0.6 | $510.00 |
| B400 Bankruptcy-Related Advice | 0.0 | $0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.0 | $0.00 |
| B420 Restructurings | 0.0 | $0.00 |
| **TOTAL:** | **63.4** | **$37,873.50** |

Chipman Brown Cicero Cole, LLP
November 1, 2024 through November 30, 2024

Case 24-11188-TMH    Doc 611-3    Filed 12/20/24    Page 3 of 9
TIME DETAIL

Invoice No. 17331
Dated: December 6, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 11.11.2024 | Michelle M. Dero | B110 Case Administration | Review calendar regarding certain deadlines (.1); Prepare agenda notice for November 15 hearing on private sale motion (.2) and email same to W. Chipman and M. Olivere for review/comment (.1) | 0.40 | $300.00 | $120.00 |
| 11.11.2024 | Mark D. Olivere | B110 Case Administration | Review draft agenda for November 5 hearing and comments to same | 0.20 | $550.00 | $110.00 |
| 11.11.2024 | Michelle M. Dero | B110 Case Administration | Review email message from W. Chipman regarding comments to November 15 agenda notice and save same | 0.10 | $300.00 | $30.00 |
| 11.12.2024 | Mark D. Olivere | B110 Case Administration | Review case status and critical dates | 0.30 | $550.00 | $165.00 |
| 11.13.2024 | Michelle M. Dero | B110 Case Administration | Update agenda notice and add hyperlinks (.2); Finalize and file *Notice of Agenda of Matters Scheduled for Hearing on November 15, 2024* (.2); Email message to chambers attaching agenda notice and related pleadings (.1); Organize pleadings and emails with DLS regarding preparation of binders for delivery to Judge Horan (.2) | 0.60 | $300.00 | $180.00 |
| 11.13.2024 | Michelle M. Dero | B110 Case Administration | Emails with D. Gadson Judge Horan's chambers regarding canceling hearing (.1); Prepare *amended* agenda notice canceling hearing (.1); Finalize and file *Notice of Amended Agenda of Matters Scheduled for Hearing on November 15, 2024* (.2); Emails with Stretto regarding service of same (.1) | 0.50 | $300.00 | $150.00 |
| 11.13.2024 | Mark D. Olivere | B110 Case Administration | Review and comment on draft agenda for November 15 hearing | 0.20 | $550.00 | $110.00 |
| 11.13.2024 | Mark D. Olivere | B110 Case Administration | Review draft amended agenda for November 15 hearing | 0.10 | $550.00 | $55.00 |
| 11.14.2024 | Michelle M. Dero | B110 Case Administration | Review email message from A. Cole regarding pro hac motion and reply to same (.1); Prepare pro hac motion and email to A. Cole for review/comment (.2); Finalize and file *Motion and Order for Admission Pro Hac Vice of A. Cole* (.2) and upload proposed order (.1) | 0.60 | $300.00 | $180.00 |
| 11.15.2024 | Mark D. Olivere | B110 Case Administration | Emails with M. Dero regarding November 20 agenda | 0.10 | $550.00 | $55.00 |
| 11.17.2024 | Michelle M. Dero | B110 Case Administration | Review docket and prepare agenda notice for November 20 hearing and email same to W. Chipman and M. Olivere | 0.40 | $300.00 | $120.00 |
| 11.18.2024 | Michelle M. Dero | B110 Case Administration | Emails with W. Chipman and A. Cole regarding exhibits list (.1); Prepare Debtors' exhibits list for November 20 hearing and email same to W. Chipman and A. Cole (.3) | 0.40 | $300.00 | $120.00 |
| 11.18.2024 | Michelle M. Dero | B110 Case Administration | Review email message from W. Chipman regarding no exhibits list and addition to agenda notice (.1); Update agenda notice and add hyperlinks (.2); Finalize and file *Notice of Agenda of Matters Scheduled for Hearing on November 20, 2024* (.2); Organize pleadings and email same to DLS for binder preparation (.2); Email as-filed copy to D. Gadson, Judge Horan's chambers (.1) | 0.80 | $300.00 | $240.00 |
| 11.18.2024 | Michelle M. Dero | B110 Case Administration | Emails with J. McMillen, Stretto, regarding service of agenda notice and reply memorandum of law | 0.10 | $300.00 | $30.00 |
| 11.18.2024 | Mark D. Olivere | B110 Case Administration | Review and comment on draft November 20 agenda | 0.20 | $550.00 | $110.00 |
| 11.19.2024 | Michelle M. Dero | B110 Case Administration | Register L. LaFranco, J. Johnston and B. David to appear *via* Zoom at November 20 hearing | 0.20 | $300.00 | $60.00 |
| 11.20.2024 | Michelle M. Dero | B110 Case Administration | Attend today's hearing regarding motion for summary judgment | 1.00 | $300.00 | $300.00 |
| 11.26.2024 | Michelle M. Dero | B110 Case Administration | Review email message from G. Matthews, Reliable, attaching November 20 transcript (.1); Save and email same to CBCC and client teams and DIP lenders' counsel (.1) | 0.20 | $300.00 | $60.00 |
| 11.26.2024 | Michelle M. Dero | B110 Case Administration | Review email messages between W. Chipman and M. Olivere regarding December and January hearing dates (.1); Email message to chambers requesting dates (.1); Emails with D. Gadson, Judge Horan's chambers and W. Chipman regarding no December availability, January date (.1); Prepare certification of counsel and proposed order scheduling omnibus hearing date (.2) | 0.50 | $300.00 | $150.00 |
| 11.26.2024 | Michelle M. Dero | B110 Case Administration | Review email message from I. Willoughby, Clerk's Office, regarding monthly operating report for Dr. Ike's PharmaCare (.1); Review monthly operating report and email to same (.1); Emails with Stretto regarding service of same (.1) | 0.30 | $300.00 | $90.00 |
| 11.26.2024 | Mark D. Olivere | B110 Case Administration | Review transcript from November 20 hearing | 0.30 | $550.00 | $165.00 |
| 11.26.2024 | Mark D. Olivere | B110 Case Administration | Email with D. Hogan regarding hearing dates and scheduling issues | 0.10 | $550.00 | $55.00 |
| 11.26.2024 | Mark D. Olivere | B110 Case Administration | Emails with W. Chipman and M. Dero regarding critical dates and scheduling | 0.20 | $550.00 | $110.00 |
| 11.26.2024 | Mark D. Olivere | B110 Case Administration | Emails with M. Dero regarding January hearing dates | 0.10 | $550.00 | $55.00 |
| 11.27.2024 | Michelle M. Dero | B110 Case Administration | Retrieve *Order Scheduling Omnibus Hearing Date* and calendar deadlines (.1); Emails with Stretto regarding service of same (.1) | 0.20 | $300.00 | $60.00 |
| 11.27.2024 | Mark D. Olivere | B110 Case Administration | Review draft agenda for December 4 hearing | 0.20 | $550.00 | $110.00 |

Chipman Brown Cicero Cole, LLP  
November 1, 2024 through November 30, 2024

Case 24-11188-TMH    Doc 611-3    Filed 12/20/24    Page 4 of 9

TIME DETAIL

Invoice No. 17331  
Dated: December 6, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| | | | **B110 TOTAL:** | **8.30** | | **$2,990.00** |
| 11.05.2024 | Renae Fusco | B130 Asset Disposition | Run blackline of sale order | 0.30 | $300.00 | $90.00 |
| 11.06.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Telephone call with counsel for purchaser regarding MixLab sale order and related issues | 0.30 | $850.00 | $255.00 |
| 11.06.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Telephone call with client regarding status of mark-up of veterinary sale APAs | 0.10 | $850.00 | $85.00 |
| 11.07.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Review revised form of private sale order and email purchaser's counsel regarding same (.2); Forward order to counsel for lenders and client for review and approval (.1); Communications with client regarding same (.1) | 0.40 | $850.00 | $340.00 |
| 11.08.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Telephone calls with client regarding status of APAs and related matters for private sale | 0.30 | $850.00 | $255.00 |
| 11.11.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Review private sale motion (.2) and draft notice of filing APAs for both sales (.2) | 0.40 | $850.00 | $340.00 |
| 11.11.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Telephone call with lenders' counsel regarding status of comments on sale order and APAs | 0.20 | $850.00 | $170.00 |
| 11.11.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Communications with M. Dero regarding certification of counsel for revised sale order (.1); Review draft certification of counsel for revised sale order (.1) | 0.20 | $850.00 | $170.00 |
| 11.11.2024 | Michelle M. Dero | B130 Asset Disposition | Review email messages between W. Chipman and L. Hitchens regarding notice of filing of Asset Purchase Agreement (.1); Emails with W. Chipman regarding private sale motion (.1); Prepare certification of counsel regarding revised private sale order (.2) | 0.40 | $300.00 | $120.00 |
| 11.11.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Review and revise draft hearing agenda for private sale motion | 0.20 | $850.00 | $170.00 |
| 11.12.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Communications with Stoel Rives and client regarding status of APAs and related issues | 0.20 | $850.00 | $170.00 |
| 11.13.2024 | Michelle M. Dero | B130 Asset Disposition | Emails with W. Chipman regarding status of Asset Purchase Agreements, filing revised sale order and timing of agenda notice | 0.20 | $300.00 | $60.00 |
| 11.13.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Multiple communications with purchaser's counsel regarding sale order and process (.6); Communications with client and lender's counsel regarding same (.7); Review form of certification of counsel (.1); Review form of notice of filing APAs (.1); Review and revise draft hearing agenda (.2); Coordinate filing and service of same (.4); Email correspondence with chambers regarding same (.1) | 2.20 | $850.00 | $1,870.00 |
| 11.13.2024 | William E. Chipman, Jr. | B130 Asset Disposition | Communications with purchaser's counsel regarding typo in purchaser's form of order (.2); Review revisions and have blackline created (.2); Communications with chambers regarding same (.1) | 0.50 | $850.00 | $425.00 |
| 11.13.2024 | Michelle M. Dero | B130 Asset Disposition | Emails with W. Chipman regarding private sale Asset Purchase Agreements (.1); Save same and prepare for filing (.1); Finalize and file *Notice of Filing of Asset Purchase Agreements* (.2); Update private sale order; Finalize and file *Certification of Counsel Regarding Debtors' Motion for Order (I) Authorizing Private Sale of (A) Substantially All of the Assets of Debtor The Pet Apothecary LLC and (B) the Veterinary Files and Related Assets of Debtor SBH Medical LLC Free and Clear of All Liens Claims Encumbrances and Other Interests and (II) Granting Other Related Relief* and upload proposed order (.3) | 0.70 | $300.00 | $210.00 |
| 11.13.2024 | Michelle M. Dero | B130 Asset Disposition | Review email message from R. Harris with further comments to private sale order (.1); Emails with W. Chipman regarding same (.1); Update proposed order and prepare blackline comparison (.2); Upload revised proposed order (.1) | 0.50 | $300.00 | $150.00 |
| 11.13.2024 | Michelle M. Dero | B130 Asset Disposition | Retrieve *Order (I) Authorizing Private Sale of (A) Substantially All of the Assets of the Debtor The Pet Apothecary LLC and (B) the Veterinary Files and Related Assets of Debtor SBH Medical LLC Free and Clear of All Liens Claims Encumbrances and Other Interests and (II) Granting Other Related Relief* and email same to W. Chipman for circulation (.1); Emails with Stretto regarding service of order (.1) | 0.20 | $300.00 | $60.00 |
| 11.13.2024 | Mark D. Olivere | B130 Asset Disposition | Correspondence regarding asset purchase agreement and sale order submissions for private sale | 0.20 | $550.00 | $110.00 |
| 11.13.2024 | Mark D. Olivere | B130 Asset Disposition | Review revised sale order and redline and certification of counsel for same and oversee filing | 0.30 | $550.00 | $165.00 |
| 11.13.2024 | Mark D. Olivere | B130 Asset Disposition | Review private sale order entry | 0.10 | $550.00 | $55.00 |
| | | | **B130 TOTAL:** | **7.90** | | **$5,270.00** |
| 11.14.2024 | Mark D. Olivere | B150 Meetings of and Communications with Creditors | Inquiry from creditor on claim status | 0.20 | $550.00 | $110.00 |
| 11.15.2024 | William E. Chipman, Jr. | B150 Meetings of and Communications with Creditors | Communications with counsel for Forest Equities, Inc. and Bayridge Funding Inc. regarding status of proof of claim (.2); Communications with Stretto regarding same (.1) | 0.30 | $850.00 | $255.00 |
| 11.15.2024 | Mark D. Olivere | B150 Meetings of and Communications with Creditors | Correspondence with counsel for Forest Equities and Bayridge Funding regarding status of proofs of claim (.1); Follow-up with Stretto on same (.1) | 0.20 | $550.00 | $110.00 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 11.18.2024 | William E. Chipman, Jr. | B150 Meetings of and Communications with Creditors | Communications with counsel for Forest Equities, Inc. and Bayridge Funding Inc. and Stretto regarding copies of as-filed proofs of claim | 0.20 | $850.00 | $170.00 |
| 11.18.2024 | Mark D. Olivere | B150 Meetings of and Communications with Creditors | Emails with counsel for Forest Equities regarding status of claims | 0.10 | $550.00 | $55.00 |
| 11.19.2024 | Mark D. Olivere | B150 Meetings of and Communications with Creditors | Correspondence with Stretto and counsel for Forest Equities and Bayridge Funding regarding proofs of claim | 0.10 | $550.00 | $55.00 |
| 11.25.2024 | Mark D. Olivere | B150 Meetings of and Communications with Creditors | Email with counsel for Baybridge Pharmacy regarding update setoff stipulation | 0.10 | $550.00 | $55.00 |
| 11.26.2024 | Mark D. Olivere | B150 Meetings of and Communications with Creditors | Emails with counsel for Baybridge Pharmacy regarding certification of counsel and stipulation for setoff | 0.20 | $550.00 | $110.00 |
| | | | **B150 TOTAL:** | **1.40** | | **$920.00** |
| 11.06.2024 | Renae Fusco | B160 Fee/Employment Applications | Search docket regarding CBCC's certificate of no objection and email to M Olivere regarding same | 0.20 | $300.00 | $60.00 |
| 11.06.2024 | Renae Fusco | B160 Fee/Employment Applications | Edit certificate of no objection regarding CBCC's fourth fee application; Efile same | 0.20 | $300.00 | $60.00 |
| 11.06.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Correspondence with Committee counsel regarding professional interim fee order; Attention to response status and certificate of no objection deadline | 0.20 | $550.00 | $110.00 |
| 11.06.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Review response status and certificate of no objection for CBCC's fourth monthly fee application and oversee filing | 0.20 | $550.00 | $110.00 |
| 11.11.2024 | William E. Chipman, Jr. | B160 Fee/Employment Applications | Communications with counsel for Committee (.1) and client regarding fee applications (.1) | 0.20 | $850.00 | $170.00 |
| 11.11.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Correspondence with M. Dero regarding CBCC's October fee application | 0.20 | $550.00 | $110.00 |
| 11.11.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Begin index for first interim applications | 0.30 | $300.00 | $90.00 |
| 11.12.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Continue preparation of interim fee index for November 20 hearing (.5); Prepare omnibus order approving interim applications and chart (.5) | 1.00 | $300.00 | $300.00 |
| 11.12.2024 | William E. Chipman, Jr. | B160 Fee/Employment Applications | Review index for November 20 hearing on interim fee applications (.2); Review and forward proposed omnibus order to counsel for Committee (.1) | 0.30 | $850.00 | $255.00 |
| 11.12.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Correspondence with M. Dero regarding interim fee order | 0.10 | $550.00 | $55.00 |
| 11.13.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Add hyperlinks to index regarding interim fee applications (.2); Organize index and all first interim fee related pleadings and email same to chambers (.3); Emails with DLS regarding preparation and delivery of interim fee binders to Judge Horan's chambers (.1) | 0.60 | $300.00 | $180.00 |
| 11.13.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Begin preparation of CBCC's fifth monthly application and related exhibits | 2.00 | $300.00 | $600.00 |
| 11.14.2024 | William E. Chipman, Jr. | B160 Fee/Employment Applications | Review and comment on CBCC's fifth monthly fee application | 0.50 | $850.00 | $425.00 |
| 11.14.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review emails from M. Olivere and W. Chipman regarding updating footnote in CBCC's fifth monthly application (.1): Revise/update monthly application and organize application and time/expense detail for distribution to clients and DIP lenders' counsel to review (.2); Review email message from W. Chipman regarding language to add to interim fee order (.1); Revise/update omnibus order approving first interim applications (.2) | 0.60 | $300.00 | $180.00 |
| 11.14.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Review and comment on draft CBCC's fifth monthly fee application and exhibits | 0.40 | $550.00 | $220.00 |
| 11.15.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Retrieve *Fourth Monthly Fee Application of Saul Ewing LLP for October 2024* and calendar deadlines | 0.10 | $300.00 | $30.00 |
| 11.15.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Review Committee's October monthly fee application | 0.20 | $550.00 | $110.00 |
| 11.17.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Prepare certification of counsel regarding omnibus order approving first interim applications and email same to W. Chipman and M. Olivere | 0.30 | $300.00 | $90.00 |
| 11.18.2024 | William E. Chipman, Jr. | B160 Fee/Employment Applications | Review certification of counsel for first interim fee applications (.1); Review draft hearing agenda (.1); Review omnibus interim fee order (.1); Review index of interim fee applications (.1) and coordinate filing and service of same (.1) | 0.50 | $850.00 | $425.00 |
| 11.18.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Update omnibus interim fee order (.1); Finalize and file *Certification of Counsel Regarding Interim Fee Applications of Professionals* (.2) and upload proposed order (.1) | 0.40 | $300.00 | $120.00 |
| 11.18.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Review and revise draft omnibus interim fee order and certification of counsel for same | 0.40 | $550.00 | $220.00 |
| 11.19.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Emails with A. Hrycak, Judge Horan's chambers, regarding questions concerning certain time entries (.1); Retrieve *Omnibus Order Granting Interim Fee Applications* (.1); Emails with Stretto regarding service of same (.1) | 0.30 | $300.00 | $90.00 |

Chipman Brown Cicero Cole, LLP
November 1, 2024 through November 30, 2024

TIME DETAIL

Invoice No. 17331
Dated: December 6, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 11.19.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review email message from W. Chipman regarding monthly application (.1); Update fifth monthly application and notice (.2); Finalize and file *Fifth Monthly Application of Chipman Brown Cicero & Cole LLP for October 2024* (.2); Emails with Stretto regarding service of application (.1); Calendar deadlines (.1) | 0.70 | $300.00 | $210.00 |
| 11.19.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Review order granting interim fee applications and oversee service | 0.20 | $550.00 | $110.00 |
| 11.19.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Oversee filing and service of CBCC's fifth monthly fee application | 0.20 | $550.00 | $110.00 |
| 11.22.2024 | William E. Chipman, Jr. | B160 Fee/Employment Applications | Telephone call with client regarding Stoel Rives ordinary course professional payments (.1); Review and send ordinary course professional order and instructions on payment process to client (.2) | 0.30 | $850.00 | $255.00 |
| 11.26.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Begin review/revisions to exhibit to monthly application | 0.50 | $300.00 | $150.00 |
| | | | **B160 TOTAL:** | **11.10** | | **$4,845.00** |
| 11.27.2024 | William E. Chipman, Jr. | B185 Assumption/Rejection of Leases and Contracts | Communications with client regarding rejection of two employment agreements (.2); Review draft and coordinate filing and service of same (.3) | 0.50 | $850.00 | $425.00 |
| 11.27.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Review email messages between W. Chipman and M. Olivere regarding second omnibus rejection motion (.1); Prepare notice of motion (.2); Update title of motion (.1) | 0.40 | $300.00 | $120.00 |
| 11.27.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Correspondence with client and W. Chipman regarding contracts for rejection and details | 0.30 | $550.00 | $165.00 |
| 11.27.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Review employment contracts for rejection and draft omnibus rejection motion and order | 1.40 | $550.00 | $770.00 |
| 11.27.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Follow-up emails with W. Chipman and lenders' counsel regarding rejection motion | 0.20 | $550.00 | $110.00 |
| | | | **B185 TOTAL:** | **2.80** | | **$1,590.00** |
| 11.01.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Draft reply memorandum in further support of summary judgment regarding Skin Medicinals' administrative claim | 5.10 | $795.00 | $4,054.50 |
| 11.01.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and comment on draft confidentiality order | 0.30 | $795.00 | $238.50 |
| 11.03.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and comment on draft reply in support of motion for summary judgment | 0.50 | $850.00 | $425.00 |
| 11.03.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Revisions to reply in support of summary judgment regarding Skin Medicinals' administrative claim | 1.20 | $795.00 | $954.00 |
| 11.07.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Review revised draft protective order for Skin Medicinals' adversary proceeding | 0.20 | $850.00 | $170.00 |
| 11.08.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Correspondence with counsel for Baybridge regarding draft setoff stipulation | 0.20 | $550.00 | $110.00 |
| 11.11.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with RLF team regarding disputed protective order and chambers procedures related to same | 0.20 | $850.00 | $170.00 |
| 11.11.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Review comments to summary judgment motion reply from lenders' counsel | 0.30 | $850.00 | $255.00 |
| 11.11.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review comments and email on Baybridge's proposed setoff stipulation | 0.20 | $550.00 | $110.00 |
| 11.12.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Review communications and revised draft protective order from counsel for SM | 0.10 | $850.00 | $85.00 |
| 11.14.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Multiple communications with counsel for DIP lenders (.2) RLF team (.1) and internally (.1) regarding reply to motion for summary judgment | 0.40 | $850.00 | $340.00 |
| 11.14.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Review email message from W. Chipman attaching draft reply in support of Debtors' motion for summary judgement (.1); Prepare blackline comparison for same (.1) | 0.20 | $300.00 | $60.00 |

Chipman Brown Cicero Cole, LLP
November 1, 2024 through November 30, 2024

TIME DETAIL

Invoice No. 17331
Dated: December 6, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 11.14.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and revise updated draft reply to motion for summary judgment (.5); Have blackline ran (.1) and forward same to RLF team client and lenders for final review (.2) | 0.80 | $850.00 | $680.00 |
| 11.14.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Review comments and revisions to reply in further support of motion for summary judgment against Skin Medicinals | 1.10 | $795.00 | $874.50 |
| 11.17.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Review reply brief in support of motion for summary judgment, revise and add tables | 0.60 | $300.00 | $180.00 |
| 11.17.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Review comments and final review and revisions to reply memorandum | 1.00 | $795.00 | $795.00 |
| 11.18.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Final review and revisions to reply to motion for summary judgment on objection to Skin Medicinals' motion for allowance of administrative expense claim | 0.60 | $850.00 | $510.00 |
| 11.18.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Final review of reply memorandum of law and update tables (.2); Finalize and file *Reply Memorandum of Law in Further Support of Motion for Summary Judgment on Debtors' Objection to Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense* (.2) | 0.40 | $300.00 | $120.00 |
| 11.18.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Organize additional pleadings/proofs of claim for copying (.1) and emails with S. Williams, DLS, regarding same (.1) | 0.20 | $300.00 | $60.00 |
| 11.18.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with independent director regarding motion for summary judgment and plan effective date issues | 0.60 | $850.00 | $510.00 |
| 11.18.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Review email message from A. Cole and reply to same attaching summary judgment related pleadings | 0.10 | $300.00 | $30.00 |
| 11.18.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Consult with W. Chipman and A. Cole regarding November 20 hearing and witness/exhibits list | 0.20 | $550.00 | $110.00 |
| 11.18.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Emails with counsel for Baybridge Pharmacy regarding draft stipulation | 0.10 | $550.00 | $55.00 |
| 11.19.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Preparation for November 20 hearing and consult with A. Cole on same | 0.40 | $550.00 | $220.00 |
| 11.19.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Review motion documents and prepare for hearing on motion for summary judgment regarding Skin Medicinals | 2.50 | $795.00 | $1,987.50 |
| 11.20.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Prepare for and attend hearing on motion for summary judgment | 2.10 | $850.00 | $1,785.00 |
| 11.20.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Attend November 20 hearing | 1.00 | $550.00 | $550.00 |
| 11.20.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Consult with A. Cole as follow-up to November 20 hearing and motion for summary judgment | 0.40 | $550.00 | $220.00 |
| 11.20.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Prepare for and attend hearing on Skin Medicinals' summary judgment motion | 2.40 | $795.00 | $1,908.00 |
| 11.22.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with client and DLA team regarding Markel coverage disclaimer | 0.20 | $850.00 | $170.00 |
| 11.26.2024 | Adam D. Cole | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with S. Brown K. Farnan, J. Knox and W. Chipman regarding strategy issues | 0.30 | $795.00 | $238.50 |
| 11.26.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with DLA and RLF regarding Skin Medicinals litigation and related matters | 0.30 | $850.00 | $255.00 |
| 11.26.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with counsel for DIP lenders and RLF regarding Skin Medicinals litigation issues | 0.60 | $850.00 | $510.00 |
| 11.27.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Multiple communications with counsel for DIP lenders and Skin Medicinals regarding form of order denying summary judgment without prejudice | 0.30 | $850.00 | $255.00 |
| 11.27.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with Skin Medicinals counsel chambers and RLF team regarding hearing on December 4 and related matters | 0.20 | $850.00 | $170.00 |

Chipman Brown Cicero Cole, LLP  
November 1, 2024 through November 30, 2024  

TIME DETAIL

Invoice No. 17331  
Dated: December 6, 2024

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 11.27.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve *Certification of Counsel Regarding Order Denying Without Prejudice Debtors' Motion for Summary Judgment on Debtors' Objection to Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense* and email same to CBCC team | 0.10 | $300.00 | $30.00 |
| 11.27.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve *Order Denying Without Prejudice Debtors' Motion for Summary Judgment on Objection to Motion of Skin Medicinals LLC for Order Granting Allowed Administrative Expense* and email same to CBCC and client teams and DIP lenders' counsel | 0.10 | $300.00 | $30.00 |
| 11.27.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve Skin Medicinals November 26 letter to Judge Horan regarding scheduling deadlines (.1); Review email messages between D. Gadson, Judge Horan's chambers, and Skin Medicinals' counsel regarding status conference (.1); Prepare agenda notice for December 4 hearing and email same to W. Chipman and M. Olivere for review/comment (.2); Calendar deadlines including deadline to respond to letter (.1) | 0.50 | $300.00 | $150.00 |
| 11.27.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review certification of counsel for order denying motion for summary judgment | 0.10 | $550.00 | $55.00 |
| | | | **B190 TOTAL:** | **26.10** | | **$19,430.50** |
| 11.25.2024 | William E. Chipman, Jr. | B210 Business Operations | Email correspondence with U.S. Trustee and client regarding Sterling bank account status | 0.10 | $850.00 | $85.00 |
| 11.25.2024 | Michelle M. Dero | B210 Business Operations | Emails with W. Chipman regarding October monthly operating reports (.1); Begin finalizing monthly operating reports (.3) | 0.40 | $300.00 | $120.00 |
| 11.26.2024 | Michelle M. Dero | B210 Business Operations | Continue finalizing October monthly operating reports redact bank statements (1.0); Review data file (.1); Emails with W. Chipman regarding monthly operating reports for Pet Apothecary entities and email R. Strickland requesting same (.2); Finalize and file October monthly operating reports (1.0) | 2.30 | $300.00 | $690.00 |
| 11.26.2024 | William E. Chipman, Jr. | B210 Business Operations | Communications with U.S. Trustee and client regarding Sterling bank account status | 0.20 | $850.00 | $170.00 |
| 11.26.2024 | William E. Chipman, Jr. | B210 Business Operations | Multiple communications with client regarding quarterly fees | 0.30 | $850.00 | $255.00 |
| 11.27.2024 | Michelle M. Dero | B210 Business Operations | Review Dr. Ike's October monthly operating report (.1); Prepare notice of withdrawal regarding Dr. Ike's October monthly operating report (.1); Revise monthly operating report to fix caption error (.1); Finalize and file *Notice of Withdrawal* (.2); Finalize and file corrected October monthly operating report for Dr. Ike's (.2) | 0.70 | $300.00 | $210.00 |
| | | | **B210 TOTAL:** | **4.00** | | **$1,530.00** |
| 11.06.2024 | William E. Chipman, Jr. | B310 Claims Administration and Objections | Communications with counsel for DIP lenders regarding priority claims | 0.20 | $850.00 | $170.00 |
| 11.06.2024 | Mark D. Olivere | B310 Claims Administration and Objections | Correspondence with counsel for lenders regarding Dr Patel's claim and review of same | 0.30 | $550.00 | $165.00 |
| 11.12.2024 | Mark D. Olivere | B310 Claims Administration and Objections | Correspondence with Paladin regarding administrative bar date | 0.20 | $550.00 | $110.00 |
| 11.18.2024 | David Carickhoff | B310 Claims Administration and Objections | Review summary judgment brief opposing Skin Medicinals administrative expense claim | 0.40 | $720.00 | $288.00 |
| 11.25.2024 | Mark D. Olivere | B310 Claims Administration and Objections | Consult with W. Chipman regarding claims register | 0.10 | $550.00 | $55.00 |
| | | | **B310 TOTAL:** | **1.20** | | **$788.00** |
| 11.05/2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Respond to communications from Noteholders' counsel regarding timing of effective date | 0.10 | $850.00 | $85.00 |
| 11.19.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Communications with counsel for Committee regarding status of effective date (.1); Communications with client regarding same (.1) | 0.20 | $850.00 | $170.00 |
| 11.19.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Communications with client regarding status of license transfers for effective date | 0.20 | $850.00 | $170.00 |
| 11.25.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Communications with Kirkland regarding effective date | 0.10 | $850.00 | $85.00 |
| | | | **B320 TOTAL:** | **0.60** | | **$510.00** |
| | | | **TOTAL FEES FOR NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024:** | **63.40** | | **$37,873.50** |

| Timekeeper | Position | Hours | Rate | Total |
|---|---|---|---|---|
| Adam D. Cole | Partner | 13.90 | $795.00 | $11,050.50 |
| David W. Carickhoff | Partner | 0.40 | $720.00 | $288.00 |
| William E. Chipman, Jr. | Partner | 16.60 | $850.00 | $14,110.00 |
| Mark D. Olivere | Partner | 10.70 | $550.00 | $5,885.00 |
| Michelle M. Dero | Paralegal | 21.10 | $300.00 | $6,330.00 |
| Renae Fusco | Paralegal | 0.70 | $300.00 | $210.00 |
| | **TOTAL:** | **63.40** | | **$37,873.50** |