# EXHIBIT C

(Summary of Expenses)

# EXHIBIT C

### EXPENSE SUMMARY FOR THE PERIOD
### NOVEMBER 1, 2024 THROUGH AND INCLUDING NOVEMBER 30, 2024

| EXPENSE CATEGORY | SERVICE PROVIDER (IF APPLICABLE) | TOTAL EXPENSES |
|---|---|---|
| E102 Outside Printing | DLS Discovery | $281.10 |
| E110 Out-of-Town Travel | Residence Inn; Amtrak | $379.39 |
| E116 Trial Transcripts | Reliable | $235.80 |
| | TOTAL: | $896.29 |

Chipman Brown Cicero Cole, LLP  
November 1, 2024 through November 30, 2024

**EXPENSE SUMMARY**

Invoice No. 17331  
Dated: December 6, 2024

| Date | Activity | Description | Expense |
|---|---|---|---|
| 11.18.2024 | E102 Outside Printing | DLS Discovery (Regarding Litigation Prints, Binding, Court Delivery [Invoice No. 195350]) | $281.10 |
| | | **E102 TOTAL:** | **$281.10** |
| 11.19.2024 | E110 Out-of-Town Travel | Residence Inn Wilmington Delaware (November 19, 2024; Regarding Overnight Stay for A. Cole) | $181.39 |
| 11.19.2024 | E110 Out-of-Town Travel | Amtrak (Regarding Travel from New York to Delaware on November 19, 2024 by A. Cole) | $99.00 |
| 11.20.2024 | E110 Out-of-Town Travel | Amtrak (Regarding Travel from Delaware to New York on November 20, 2024 by A. Cole) | $99.00 |
| | | **E110 TOTAL:** | **$379.39** |
| 11.20.2024 | E116 Trial Transcripts | Reliable (Transcript Services [Invoice No. WL120532]) | $235.80 |
| | | **E116 TOTAL:** | **$235.80** |
| | | **TOTTAL EXPENSES FOR NOVEMBER 1, 2024 THROUGH NOVEMBER 30, 2024:** | **$896.29** |