# SUPPORTING DOCUMENTATION

## (November 2024)



**WINTRUST BANK**®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | October 31, 2024 |
| **Statement Ending:** | November 29, 2024 |
| **Page:** | 1 of 15 |

35216 TWS380WR113024032758 01 000000000 49 016

OPTIO RX LLC
1432 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

35216 0108223 0001-0015 000000000000000000

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri  9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING    Account Number:    XXXXXX4516

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/24** | **$100,414.29** |
| + Deposits and Credits (178) | $8,267,575.32 |
| - Withdrawals and Debits (151) | $8,777,747.46 |
| **Ending Balance as of 11/29/24** | **-$415,111.95** |
| Analysis or Maintenance Fees for Period | $5,354.10 |
| Number of Days in Statement Period | 29 |

### Checks
### * Indicates a break in check sequence
### R-Check has been returned

| Date | Check# | | Amount | Date | Check# | Amount | Date | Check# | Amount |
|------|--------|---|--------|------|--------|--------|------|--------|--------|
| Nov 12 | 1016 | | $1,540.00 | Nov 08 | 1021 | $255.00 | Nov 12 | 1023 | $130.00 |
| Nov 26 | 1020 | * | $583.00 | Nov 12 | 1022 | $900.00 | | | |

### Debits

| Date | Description | Subtractions |
|------|-------------|--------------|
| Nov 01 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 FERRING PHARMACEUT ICALS INC. BANK OF AMERICA, N.A., NY P.O IS 18471641 | -$185,931.75 |
| Nov 01 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$200,000.00 |
| Nov 01 | PREAUTHORIZED DEBIT<br>NinjaOne, LLC NinjaOne, 241101 ST-M4W8R7V9H8Y0 | -$1,600.00 |
| Nov 01 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016YLYAPS3J9N98 | -$1,849.39 |
| Nov 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$779.00 |
| Nov 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | -$1,667.82 |
| Nov 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$2,582.53 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 11/29/2024 |
| | Page : | 2 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$1,102.59 |
| Nov 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | -$1,645.00 |
| Nov 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$455.00 |
| Nov 04 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$250,000.00 |
| Nov 04 | PREAUTHORIZED DEBIT<br>ADT SECURITY SER ADTPAPACH 241103 | -$70.28 |
| Nov 04 | PREAUTHORIZED DEBIT<br>ComEd PAYMENTS 241104 | -$122.76 |
| Nov 04 | PREAUTHORIZED DEBIT<br>ATT Payment 241102 874496002EPAYA | -$2,697.06 |
| Nov 05 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 BILL.COM JPMORGAN CHASE BANK, NA PRO PHARMACY R29 - CO RPORATE CUSTOMER A | -$3,101.20 |
| Nov 05 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$220,000.00 |
| Nov 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 016BCJGUX3 JE512 Acct 4648 - Multiple invoices | -$1,506.50 |
| Nov 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$290.63 |
| Nov 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$139.90 |
| Nov 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$139.90 |
| Nov 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$915.00 |
| Nov 06 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$440,000.00 |
| Nov 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016KWCOXL 3JG17P Acct T1272 - Inv VY9627 | -$115.00 |
| Nov 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Stateline Masonry Waterproofing Bill .com 015CLXUUCF88J Y3 Inv 6 | -$16,000.00 |
| Nov 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$60,290.07 |
| Nov 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$105.12 |
| Nov 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016EHJYND 3JHZZ5 Acct T1272 - Inv VZ0376 | -$517.00 |
| Nov 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$0.10 |
| Nov 08 | CHECK  1021 | -$255.00 |
| Nov 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016LTGHAK 3JJSRA Acct T1272 - Multiple invoice | -$533.82 |
| Nov 08 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 241108 0004215600 | -$1,662.81 |
| Nov 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016FEWJII3JKDU0 | -$30,633.56 |



35216 0108225 0002-0015 000000000000000000



| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 11/29/2024 |
| | Page : | 3 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015YJWNPZU8EF8G | -$31,533.94 |
| Nov 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$542.03 |
| Nov 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$11,957.15 |
| Nov 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$327,609.47 |
| Nov 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$126,453.46 |
| Nov 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$169,259.42 |
| Nov 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$385,505.66 |
| Nov 12 | CHECK  1016 | -$1,540.00 |
| Nov 12 | CHECK  1022 | -$900.00 |
| Nov 12 | CHECK  1023 | -$130.00 |
| Nov 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015ODNYTVN 8FF74 Inv<br>A183021 | -$585.00 |
| Nov 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015EWDWMMK8GHND | -$3,718.94 |
| Nov 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015USPRHET8GHOL | -$66,801.78 |
| Nov 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | -$27,594.66 |
| Nov 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX9021 | -$392.56 |
| Nov 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$2,225.76 |
| Nov 13 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 ADMINISTAFF COMPAN IES<br>INC. DBA INSP BANK OF AMERICA, N .A., NY OPTIO RX W | -$51,265.41 |
| Nov 13 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE<br>BANK, NA | -$335,000.00 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 016SEFVPD3 JO0VE Acct HEA105<br>- Inv 03643701 | -$735.00 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015QVVYGXF8I0A5 | -$3,476.03 |
| Nov 13 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 241113 0004215600 | -$8,369.52 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015SKKPTJT8I357 | -$114,955.88 |
| Nov 14 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 WFMHC GOLDEN BEAR OWNER<br>LLC MANUFACT URERS & TRADERS TR UST | -$82,169.06 |
| Nov 14 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE<br>BANK, NA | -$240,000.00 |
| Nov 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Pioneer Rx B ill.com 015QRKXVQE 8K5AL Multiple inv<br>oices (details on | -$1,810.85 |





| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 11/29/2024 |
| **Page :** | 4 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

35216 0108227 0004-0015 0000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016HWLCHL3JQC61 | -$2,025.04 |
| Nov 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015JIIKHVL8K5XU | -$2,063.03 |
| Nov 14 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 241114 0004215600 | -$759,898.11 |
| Nov 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$603.27 |
| Nov 15 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 MAYER BROWN LLP, C LIENT TRUST ACCOU BANK OF AMERICA, N .A., NY JOHNSTON R | -$34,326.00 |
| Nov 15 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$265,000.00 |
| Nov 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015QPWGOTE8MD1J | -$419.12 |
| Nov 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016UAITZK 3JSV3M Multiple in voices | -$635.62 |
| Nov 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015FFAROGU 8MCBW Inv M18173 | -$2,950.00 |
| Nov 15 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 241115 0004215600 | -$7,344.38 |
| Nov 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015XIUPGSK8M9Y8 | -$8,218.15 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$1,725.94 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$110,812.06 |
| Nov 18 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 COBBS ALLEN CAPITA L DBA CAC SPECIAL SYNOVUS BANK | -$37,621.00 |
| Nov 18 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$210,000.00 |
| Nov 18 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 241118 0004215600 | -$0.30 |
| Nov 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 016ADUPHF3 JV0BC Acct 4648 - Inv I3349200 | -$82.84 |
| Nov 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015VGIITIX 8O67C Inv A183940 | -$190.00 |
| Nov 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 10/24 | -$5,354.10 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7950 | -$74.00 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$118.51 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3810 | -$74.00 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4854 | -$74.00 |





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|-------------|
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | -$108.27 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX5525 | -$81.99 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX9021 | -$209.36 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$591.72 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$526.05 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$113.57 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | -$74.33 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$11,326.08 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$851.32 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$32,565.71 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX2122 | -$74.00 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$604.25 |
| Nov 19 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 FERRING PHARMACEUT ICALS<br>INC. BANK OF AMERICA, N.A., NY P.O IS 1115202AN | -$126,217.53 |
| Nov 19 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 241119 0004215600 | -$706.32 |
| Nov 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 016HMCVCI3 JX2U0 Acct HEA105<br>- Multiple invoice | -$911.00 |
| Nov 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical S urgical Bill.com 0<br>15FFYCTHY8QFU8 Acc t 61761076 - Inv 5 | -$1,596.48 |
| Nov 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015UZDEPJP8RGU6 | -$2,355.07 |
| Nov 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$4.40 |
| Nov 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | -$4,251.80 |
| Nov 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$670.00 |
| Nov 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$158,962.65 |
| Nov 20 | INTL WIRE TRANS OUT<br>FOREIGN ON LINE BA ACCT#3805444516 SONI BROTHERS OUTS<br>OURCING SOLUTIONS HDFC BANK LIMITED SBOS/22-23/001 | -$48,259.08 |
| Nov 20 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 AMERISOURCE RECEIV ABLES<br>FINANCIAL C JPMORGAN CHASE BAN K, NA | -$75,000.00 |
| Nov 20 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE<br>BANK, NA | -$400,000.00 |
| Nov 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016GZZBRX 3JYQGE Acct<br>T1272 - Inv VZ5081 | -$340.00 |

35216 0108228 0005-0015 0000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX4516 |
| **Statement Date:** | | 11/29/2024 |
| **Page :** | | 6 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015ZGGMMSZ 8SEPH Inv<br>M18193 | -$453.00 |
| Nov 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables VP Mechanical B ill.com 015FMBXRQV 8SVS5 Acct<br>0005150 - Inv 30375 | -$1,173.33 |
| Nov 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015YZFQPEN8SG0D | -$2,504.99 |
| Nov 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$2,000.34 |
| Nov 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$855.84 |
| Nov 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016OFIQZY3K0SHO | -$1,132.03 |
| Nov 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ZLSYCHL8U529 | -$1,481.19 |
| Nov 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015VSMHAOR8U5QU | -$6,327.02 |
| Nov 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015DTVMLAT8UU9E | -$6,790.10 |
| Nov 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | -$5,403.66 |
| Nov 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$51.55 |
| Nov 22 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 BPI LABS LLC WELLS FARGO<br>BANK, NA OP TIO RX PREPAY | -$256,100.00 |
| Nov 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables U.S. Trustees B ill.com 015SYUMCVM 8X3O3 Acct 111-<br>24- 11194 - Multiple i | -$499.15 |
| Nov 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016HFZSCR 3K2G15 Acct<br>T1272 - Multiple invoice | -$1,050.00 |
| Nov 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015UHAWBUZ8W6TW | -$36,760.40 |
| Nov 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$9,310.00 |
| Nov 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$3,308.00 |
| Nov 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables GoodRx Inc B ill.com 015NQLHAEQ 8Y9KZ Inv<br>INV15323 | -$66.45 |
| Nov 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables APF fbo Amotec Inc . Bill.com 015GTFR DTY8Y9WI Inv<br>15303 7 | -$415.00 |
| Nov 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015RWILWJZ8YRCY | -$18,264.55 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$2,511.82 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$95.94 |

35216 0108229 0006-0015 000000000000000





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 11/29/2024 |
| | Page : | 7 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$4,726.98 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$1,794.46 |
| Nov 26 | CHECK  1020 | -$583.00 |
| Nov 26 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE<br>BANK, NA | -$120,000.00 |
| Nov 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015WYBMIYD 90E7K Acct<br>BRAUN60 - Inv 03659303 | -$133.00 |
| Nov 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables United Delivery Se rvice Bill.com 015 NBAPISH91PGN<br>Acct 554 - Multiple inv | -$898.04 |
| Nov 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016LHUNEM3K7194 | -$22,442.66 |
| Nov 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015JZVQHKD91ZUL | -$26,904.35 |
| Nov 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015BSXGJAN91ZZI | -$110,872.70 |
| Nov 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$16,911.34 |
| Nov 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | -$961.12 |
| Nov 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$17,534.77 |
| Nov 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$120,246.98 |
| Nov 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$176,737.26 |
| Nov 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$39,802.91 |
| Nov 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$375,031.68 |
| Nov 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$376,143.01 |
| Nov 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015HWYZMAG93IRU | -$2,354.91 |
| Nov 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Piramal Critical C are INC Bill.com 0<br>15BOKHSMM92GN8 Inv 81792 | -$3,565.00 |
| Nov 29 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE<br>BANK, NA | -$500,000.00 |
| Nov 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015AWHCACD 95FFX Acct<br>BRAUN60 - Inv 03660289 | -$271.00 |
| Nov 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015LIQWKHR95I7P | -$2,954.69 |
| Nov 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015RBPYNBP 95HQG Multiple<br>inv oices | -$3,710.00 |

35216 0108230 0007-0015 0000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX4516 |
| **Statement Date:** | | 11/29/2024 |
| **Page :** | | 8 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 29 | PREAUTHORIZED DEBIT | -$14,333.46 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015TCTGZBV94P8T | |
| Nov 29 | PREAUTHORIZED DEBIT | -$750,383.06 |
| | ASF, DBA Insperi PAYROLL 241129 0004215600 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Nov 01 | AUTOMATIC TRANSFER | $13,130.66 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Nov 01 | AUTOMATIC TRANSFER | $0.97 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Nov 01 | AUTOMATIC TRANSFER | $1,864.71 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Nov 01 | AUTOMATIC TRANSFER | $810.53 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Nov 01 | AUTOMATIC TRANSFER | $33,109.97 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Nov 01 | CASH MGMT TRSFR CR | $43,949.57 |
| | REF 3061222L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Nov 01 | CASH MGMT TRSFR CR | $51,709.01 |
| | REF 3061222L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | |
| Nov 01 | CASH MGMT TRSFR CR | $52,794.42 |
| | REF 3061221L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | |
| Nov 01 | CASH MGMT TRSFR CR | $56,082.85 |
| | REF 3061221L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |
| Nov 01 | CASH MGMT TRSFR CR | $135,119.93 |
| | REF 3061221L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Nov 04 | AUTOMATIC TRANSFER | $2,236.81 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Nov 04 | AUTOMATIC TRANSFER | $4,914.50 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Nov 04 | AUTOMATIC TRANSFER | $0.27 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Nov 04 | CASH MGMT TRSFR CR | $9,916.96 |
| | REF 3090830L FUNDS TRANSFER FRM DEP XXXXXX1538 FROM | |
| Nov 04 | CASH MGMT TRSFR CR | $14,135.90 |
| | REF 3090827L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | |
| Nov 04 | CASH MGMT TRSFR CR | $16,309.40 |
| | REF 3090829L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | |
| Nov 04 | CASH MGMT TRSFR CR | $22,925.36 |
| | REF 3090828L FUNDS TRANSFER FRM DEP XXXXXX7307 FROM | |
| Nov 04 | CASH MGMT TRSFR CR | $27,100.67 |
| | REF 3090828L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | |
| Nov 04 | CASH MGMT TRSFR CR | $32,771.21 |
| | REF 3090826L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Nov 04 | CASH MGMT TRSFR CR | $63,863.05 |
| | REF 3090827L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Nov 04 | CASH MGMT TRSFR CR | $65,724.46 |
| | REF 3090829L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |
| Nov 05 | AUTOMATIC TRANSFER | $689.66 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Nov 05 | AUTOMATIC TRANSFER | $363.54 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |

35216 0108231 0008-0015 00000000000000000





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 11/29/2024 |
| | Page : | 9 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

35216 0108232 0009-0015 0000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Nov 05 | CASH MGMT TRSFR CR<br>REF 3100859L FUNDS TRANSFER FRM DEP XXXXXX1538 FROM | $12,515.24 |
| Nov 05 | CASH MGMT TRSFR CR<br>REF 3100857L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $16,576.07 |
| Nov 05 | CASH MGMT TRSFR CR<br>REF 3100857L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $19,498.96 |
| Nov 05 | CASH MGMT TRSFR CR<br>REF 3100858L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | $27,786.18 |
| Nov 05 | CASH MGMT TRSFR CR<br>REF 3100857L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $29,148.88 |
| Nov 05 | CASH MGMT TRSFR CR<br>REF 3100858L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $48,384.54 |
| Nov 05 | CASH MGMT TRSFR CR<br>REF 3100859L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $75,477.48 |
| Nov 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $2,547.48 |
| Nov 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $167.02 |
| Nov 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $1,972.00 |
| Nov 06 | CASH MGMT TRSFR CR<br>REF 3110915L FUNDS TRANSFER FRM DEP XXXXXX1538 FROM | $9,887.31 |
| Nov 06 | CASH MGMT TRSFR CR<br>REF 3110913L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $63,294.57 |
| Nov 06 | CASH MGMT TRSFR CR<br>REF 3110913L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $76,720.65 |
| Nov 06 | CASH MGMT TRSFR CR<br>REF 3110914L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $88,746.36 |
| Nov 06 | CASH MGMT TRSFR CR<br>REF 3110912L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $89,996.52 |
| Nov 06 | CASH MGMT TRSFR CR<br>REF 3110914L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $184,641.53 |
| Nov 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $1,880.00 |
| Nov 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $539.34 |
| Nov 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $1,346.21 |
| Nov 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $2,783.99 |
| Nov 07 | CASH MGMT TRSFR CR<br>REF 3121406L FUNDS TRANSFER FRM DEP XXXXXX7307 FROM | $3,547.04 |
| Nov 07 | CASH MGMT TRSFR CR<br>REF 3121405L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $5,034.56 |
| Nov 07 | CASH MGMT TRSFR CR<br>REF 3121405L FUNDS TRANSFER FRM DEP XXXXXX3163 FROM | $5,753.35 |
| Nov 07 | CASH MGMT TRSFR CR<br>REF 3121407L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $8,970.46 |
| Nov 07 | CASH MGMT TRSFR CR<br>REF 3121406L FUNDS TRANSFER FRM DEP XXXXXX1538 FROM | $9,920.95 |
| Nov 07 | CASH MGMT TRSFR CR<br>REF 3121407L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | $15,781.39 |
| Nov 08 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $17,356.91 |
| Nov 08 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $44,525.93 |
| Nov 08 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $788.82 |





| | **Account Number:** | XXXXXX4516 |
| | **Statement Date:** | 11/29/2024 |
| | **Page :** | 10 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

35216 0108233 0010-0015 00000000000000000

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|----------:|
| Nov 08 | AUTOMATIC TRANSFER | $2,241.42 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Nov 08 | AUTOMATIC TRANSFER | $6,901.21 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Nov 08 | AUTOMATIC TRANSFER | $0.39 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Nov 08 | AUTOMATIC TRANSFER | $41,799.67 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Nov 08 | CASH MGMT TRSFR CR | $53,762.02 |
| | REF 3130915L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Nov 08 | CASH MGMT TRSFR CR | $57,039.03 |
| | REF 3130917L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | |
| Nov 08 | WIRE TRANSFER IN | $825,000.00 |
| | INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF 24/11/08 | |
| Nov 12 | AUTOMATIC TRANSFER | $749.73 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Nov 12 | AUTOMATIC TRANSFER | $16,193.47 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Nov 12 | AUTOMATIC TRANSFER | $3,153.80 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Nov 12 | AUTOMATIC TRANSFER | $15,616.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Nov 12 | AUTOMATIC TRANSFER | $41,890.16 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Nov 12 | AUTOMATIC TRANSFER | $18,134.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Nov 12 | AUTOMATIC TRANSFER | $53,951.43 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Nov 12 | CASH MGMT TRSFR CR | $59,865.91 |
| | REF 3171053L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Nov 12 | CASH MGMT TRSFR CR | $64,102.31 |
| | REF 3171054L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Nov 12 | CASH MGMT TRSFR CR | $139,854.60 |
| | REF 3171054L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | |
| Nov 13 | AUTOMATIC TRANSFER | $15.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Nov 13 | AUTOMATIC TRANSFER | $1,261.17 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Nov 13 | AUTOMATIC TRANSFER | $1,041.17 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Nov 13 | AUTOMATIC TRANSFER | $2,362.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Nov 13 | AUTOMATIC TRANSFER | $92,516.73 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Nov 13 | AUTOMATIC TRANSFER | $55,698.62 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Nov 13 | AUTOMATIC TRANSFER | $103,082.82 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Nov 13 | AUTOMATIC TRANSFER | $121,494.51 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Nov 14 | AUTOMATIC TRANSFER | $42,189.73 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Nov 14 | AUTOMATIC TRANSFER | $8,624.24 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Nov 14 | AUTOMATIC TRANSFER | $520.75 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 11/29/2024 |
| | Page : | 11 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Nov 14 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $65,738.92 |
| Nov 14 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $62,408.03 |
| Nov 14 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $102,103.32 |
| Nov 14 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Ubiquiti Labs B ill.com 016XBBLOR3 JR1ZO Multiple<br>inv oices (details on | $30.00 |
| Nov 14 | WIRE TRANSFER IN<br>INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF<br>24/11/14 | $240,000.00 |
| Nov 14 | WIRE TRANSFER IN<br>INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF<br>24/11/14 | $462,000.00 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $9,689.67 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $15,019.09 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $24,328.39 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $9,518.92 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $1,674.00 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $8,452.96 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $11,747.39 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $1,457.97 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $9,913.23 |
| Nov 15 | CASH MGMT TRSFR CR<br>REF 3200733L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $233,477.33 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $22,472.13 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $994.28 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $3,501.39 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $7,519.91 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $6,112.39 |
| Nov 18 | CASH MGMT TRSFR CR<br>REF 3230958L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $29,609.95 |
| Nov 18 | CASH MGMT TRSFR CR<br>REF 3231154L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | $30,090.17 |
| Nov 18 | CASH MGMT TRSFR CR<br>REF 3231155L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $30,319.39 |
| Nov 18 | CASH MGMT TRSFR CR<br>REF 3230959L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $30,883.81 |
| Nov 18 | CASH MGMT TRSFR CR<br>REF 3230959L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $35,238.15 |
| Nov 18 | CASH MGMT TRSFR CR<br>REF 3230958L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $75,247.48 |

35216 0108234 0011-0015 00000000000000000





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 11/29/2024 |
| | Page : | 12 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

35216 0108235 0012-0015 0000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Nov 19 | AUTOMATIC TRANSFER | $608.08 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Nov 19 | AUTOMATIC TRANSFER | $31,292.88 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Nov 19 | AUTOMATIC TRANSFER | $11,705.96 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Nov 19 | AUTOMATIC TRANSFER | $50,872.44 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Nov 19 | AUTOMATIC TRANSFER | $26,203.67 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Nov 19 | AUTOMATIC TRANSFER | $7,501.02 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Nov 19 | PREAUTHORIZED CREDIT | $16,000.00 |
| | Bill.com VoidPaymnt Stateline Masonry Waterproofing Bill .com | |
| | 015NYXRZMV8R3 89 Inv 6 | |
| Nov 19 | CASH MGMT TRSFR CR | $130,670.92 |
| | REF 3241624L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Nov 20 | AUTOMATIC TRANSFER | $1.14 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Nov 20 | AUTOMATIC TRANSFER | $8,911.35 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Nov 20 | AUTOMATIC TRANSFER | $0.98 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Nov 20 | CASH MGMT TRSFR CR | $25,907.27 |
| | REF 3250910L FUNDS TRANSFER FRM DEP XXXXXX3962 FROM | |
| Nov 20 | CASH MGMT TRSFR CR | $41,707.71 |
| | REF 3250912L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | |
| Nov 20 | CASH MGMT TRSFR CR | $54,851.11 |
| | REF 3250910L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | |
| Nov 20 | CASH MGMT TRSFR CR | $74,405.18 |
| | REF 3250911L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | |
| Nov 20 | CASH MGMT TRSFR CR | $84,655.46 |
| | REF 3250911L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Nov 20 | CASH MGMT TRSFR CR | $97,898.03 |
| | REF 3250910L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Nov 20 | CASH MGMT TRSFR CR | $161,944.19 |
| | REF 3250913L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |
| Nov 21 | AUTOMATIC TRANSFER | $5,422.05 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Nov 21 | AUTOMATIC TRANSFER | $25,491.56 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Nov 21 | AUTOMATIC TRANSFER | $3,604.80 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Nov 21 | AUTOMATIC TRANSFER | $1,887.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Nov 21 | AUTOMATIC TRANSFER | $4,654.53 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Nov 21 | AUTOMATIC TRANSFER | $5,053.02 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Nov 21 | AUTOMATIC TRANSFER | $4,119.04 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Nov 21 | AUTOMATIC TRANSFER | $2,383.83 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Nov 21 | AUTOMATIC TRANSFER | $13,076.15 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Nov 22 | AUTOMATIC TRANSFER | $23,461.82 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |





| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 11/29/2024 |
| **Page :** | 13 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

35216 0108236 0013-0015 00000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Nov 22 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $18,014.54 |
| Nov 22 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $598.37 |
| Nov 22 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $7,763.29 |
| Nov 22 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $3,484.36 |
| Nov 22 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $14,258.92 |
| Nov 22 | CASH MGMT TRSFR CR<br>REF 3271201L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $21,945.00 |
| Nov 22 | CASH MGMT TRSFR CR<br>REF 3271523L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $43,942.29 |
| Nov 22 | CASH MGMT TRSFR CR<br>REF 3271201L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $44,319.53 |
| Nov 22 | CASH MGMT TRSFR CR<br>REF 3271202L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $102,721.54 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $5,479.88 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $654.49 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $7,147.75 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $6,680.68 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $26,762.65 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $32,303.25 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $1,572.14 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $97,508.17 |
| Nov 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $289.06 |
| Nov 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $36,886.46 |
| Nov 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $300.00 |
| Nov 26 | WIRE TRANSFER IN<br>INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF<br>24/11/26 | $1,240,000.00 |
| Nov 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $2,754.16 |
| Nov 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $25,181.32 |
| Nov 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $45.15 |
| Nov 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $11,741.54 |
| Nov 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $3,452.00 |
| Nov 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $68,653.25 |
| Nov 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $81,978.28 |





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Nov 27 | AUTOMATIC TRANSFER | $72,330.94 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Nov 27 | AUTOMATIC TRANSFER | $109,262.78 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Nov 27 | AUTOMATIC TRANSFER | $138,971.07 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Nov 27 | DEPOSIT | $6,000.00 |
| Nov 29 | AUTOMATIC TRANSFER | $18,833.78 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Nov 29 | AUTOMATIC TRANSFER | $17,749.49 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Nov 29 | AUTOMATIC TRANSFER | $10,030.71 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Nov 29 | AUTOMATIC TRANSFER | $8,215.13 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Nov 29 | AUTOMATIC TRANSFER | $5,083.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Nov 29 | AUTOMATIC TRANSFER | $13.64 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Nov 29 | AUTOMATIC TRANSFER | $26,461.63 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Nov 29 | AUTOMATIC TRANSFER | $88,776.89 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Nov 29 | AUTOMATIC TRANSFER | $26,576.22 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Nov 29 | AUTOMATIC TRANSFER | $9,998.01 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Nov 29 | AUTOMATIC TRANSFER | $34,818.46 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Oct 31 | $100,414.29 | Nov 07 | $159,233.18 | Nov 15 | $84,888.46 | Nov 22 | $73,026.21 |
| Nov 01 | $91,373.83 | Nov 08 | $122,702.26 | Nov 18 | $56,162.11 | Nov 25 | $223,260.02 |
| Nov 04 | $98,382.32 | Nov 12 | $432,324.97 | Nov 19 | $35,341.83 | Nov 26 | $95,532.72 |
| Nov 05 | $102,729.74 | Nov 13 | $295,995.15 | Nov 20 | $55,037.67 | Nov 27 | $609,983.30 |
| Nov 06 | $104,192.99 | Nov 14 | $191,040.78 | Nov 21 | $99,544.10 | Nov 29 | -$415,111.95 |

35216 0108237 0014-0015 0000000000000000

