# SUPPORTING DOCUMENTATION

## (November 2024)



| | |
|---|---|
| **Last Statement:** | October 31, 2024 |
| **Statement Ending:** | November 29, 2024 |
| **Page:** | 1 of 3 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



33020 TWS380WR113024032758 01 000000000 48 004
THE PET APOTHECARY LLC
1428 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                    Account Number:    XXXXXX1538

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/24** | **$0.00** |
| + Deposits and Credits (25) | $197,586.21 |
| - Withdrawals and Debits (30) | $197,077.49 |
| **Ending Balance as of 11/29/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $508.72 |
| Number of Days in Statement Period | 29 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Nov 01 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015KURZSXU81FU4 | -$1,956.46 |
| Nov 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241101 650000011722645 | -$5,352.17 |
| Nov 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$810.53 |
| Nov 04 | CASH MGMT TRSFR DR<br>REF 3090830L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$9,916.96 |
| Nov 05 | CASH MGMT TRSFR DR<br>REF 3100859L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$12,515.24 |
| Nov 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables ODP BUSINESS SOLUT IONS LLC Bill.com<br>015CSOKIED868FV In v 32500591 | -$189.42 |
| Nov 06 | CASH MGMT TRSFR DR<br>REF 3110915L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$9,887.31 |
| Nov 07 | CASH MGMT TRSFR DR<br>REF 3121406L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$9,920.95 |
| Nov 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,901.21 |
| Nov 12 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 241112 | -$241.73 |
| Nov 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015UFJJDDR8GHPO | -$3,701.60 |
| Nov 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,193.47 |



## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check additions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

### Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX1538 |
| **Statement Date:** | | 11/29/2024 |
| **Page :** | | 2 of 3 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015BRMTAYR8I6EY | -$10,657.46 |
| Nov 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,041.17 |
| Nov 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,624.24 |
| Nov 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables Spee-Dee Delivery Service Inc Bill.c om<br>015JPIWZYK8MDOK Acct Shipper No | -$345.10 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,518.92 |
| Nov 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015FCHYGOE 8ONCT Acct N513-01<br>9 - Inv PNRX-17532 | -$1,312.18 |
| Nov 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 10/24 | -$508.72 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,519.91 |
| Nov 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$11,705.96 |
| Nov 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables ODP BUSINESS SOLUT IONS LLC Bill.com<br>015ITBFZIE8SHIB In v 32705570 | -$1,064.41 |
| Nov 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,911.35 |
| Nov 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015DRXPDTD8U6M1 | -$1,603.20 |
| Nov 21 | PREAUTHORIZED DEBIT<br>WI DEPT REVENUE TAXPAYMNT 241121 1901727776 | -$11,525.92 |
| Nov 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,763.29 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,147.75 |
| Nov 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ZOWKAGX9207C | -$10,396.02 |
| Nov 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$11,741.54 |
| Nov 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables Spee-Dee Delivery Service Inc Bill.c om<br>015ZWWDEJE95IQ0 Acct Shipper No | -$396.89 |
| Nov 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,215.13 |



## Credits

| Date | Description | Additions |
|---|---|---|
| Nov 01 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241101 650000011722645 | $8,119.16 |
| Nov 04 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241104 650000011722645 | $9,916.96 |
| Nov 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241105 650000011722645 | $12,704.66 |



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX1538 |
| **Statement Date:** | | 11/29/2024 |
| **Page :** | | 3 of 3 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Nov 06 | PREAUTHORIZED CREDIT | $9,887.31 |
| | HRTLAND PMT SYS TXNS/FEES 241106 650000011722645 | |
| Nov 07 | PREAUTHORIZED CREDIT | $9,920.95 |
| | HRTLAND PMT SYS TXNS/FEES 241107 650000011722645 | |
| Nov 08 | PREAUTHORIZED CREDIT | $6,901.21 |
| | HRTLAND PMT SYS TXNS/FEES 241108 650000011722645 | |
| Nov 12 | PREAUTHORIZED CREDIT | $8,557.98 |
| | HRTLAND PMT SYS TXNS/FEES 241112 650000011722645 | |
| Nov 12 | PREAUTHORIZED CREDIT | $11,578.82 |
| | HRTLAND PMT SYS TXNS/FEES 241112 650000011722645 | |
| Nov 13 | PREAUTHORIZED CREDIT | $11,698.63 |
| | HRTLAND PMT SYS TXNS/FEES 241113 650000011722645 | |
| Nov 14 | PREAUTHORIZED CREDIT | $8,624.24 |
| | HRTLAND PMT SYS TXNS/FEES 241114 650000011722645 | |
| Nov 15 | PREAUTHORIZED CREDIT | $109.61 |
| | National Veterin PAYMENTS 241115 179424 | |
| Nov 15 | PREAUTHORIZED CREDIT | $181.32 |
| | MVP7142 MVP 241115 V001134 | |
| Nov 15 | PREAUTHORIZED CREDIT | $9,573.09 |
| | HRTLAND PMT SYS TXNS/FEES 241115 650000011722645 | |
| Nov 18 | PREAUTHORIZED CREDIT | $9,340.81 |
| | HRTLAND PMT SYS TXNS/FEES 241116 650000011722645 | |
| Nov 19 | PREAUTHORIZED CREDIT | $11,705.96 |
| | HRTLAND PMT SYS TXNS/FEES 241119 650000011722645 | |
| Nov 20 | PREAUTHORIZED CREDIT | $9,975.76 |
| | HRTLAND PMT SYS TXNS/FEES 241120 650000011722645 | |
| Nov 21 | AUTOMATIC TRANSFER | $5,403.66 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 21 | PREAUTHORIZED CREDIT | $7,725.46 |
| | HRTLAND PMT SYS TXNS/FEES 241121 650000011722645 | |
| Nov 22 | PREAUTHORIZED CREDIT | $7,763.29 |
| | HRTLAND PMT SYS TXNS/FEES 241122 650000011722645 | |
| Nov 25 | PREAUTHORIZED CREDIT | $7,147.75 |
| | HRTLAND PMT SYS TXNS/FEES 241123 650000011722645 | |
| Nov 26 | AUTOMATIC TRANSFER | $961.12 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 26 | PREAUTHORIZED CREDIT | $9,434.90 |
| | HRTLAND PMT SYS TXNS/FEES 241126 650000011722645 | |
| Nov 27 | PREAUTHORIZED CREDIT | $95.05 |
| | BLUEPEARL MANAGE CORP PYMNT 241127 600098311 | |
| Nov 27 | PREAUTHORIZED CREDIT | $11,646.49 |
| | HRTLAND PMT SYS TXNS/FEES 241127 650000011722645 | |
| Nov 29 | PREAUTHORIZED CREDIT | $8,612.02 |
| | HRTLAND PMT SYS TXNS/FEES 241128 650000011722645 | |

## Daily Balances



| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Oct 31 | $0.00 | Nov 07 | $0.00 | Nov 15 | $0.00 | Nov 22 | $0.00 |
| Nov 01 | $0.00 | Nov 08 | $0.00 | Nov 18 | $0.00 | Nov 25 | $0.00 |
| Nov 04 | $0.00 | Nov 12 | $0.00 | Nov 19 | $0.00 | Nov 26 | $0.00 |
| Nov 05 | $0.00 | Nov 13 | $0.00 | Nov 20 | $0.00 | Nov 27 | $0.00 |
| Nov 06 | $0.00 | Nov 14 | $0.00 | Nov 21 | $0.00 | Nov 29 | $0.00 |

33020 0093931 0003-0003 0000000000000000000