# SUPPORTING DOCUMENTATION

## (November 2024)


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2024 through November 29, 2024
Account Number: ▮▮▮▮▮▮▮▮7589

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**



00001346 DDA 111 211 33524 NNNNNNNNNNN 1 000000000 63 0000

ENOVEX PHARMACY LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

## CHECKING SUMMARY
Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$464.00** |
| Deposits and Additions | 1 | 60.00 |
| **Ending Balance** | 1 | **$524.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/12 | Deposit      2124537665 | $60.00 |
| **Total Deposits and Additions** |  | **$60.00** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/12 | $524.00 |



November 01, 2024 through November 29, 2024
Account Number: ████████ 7589

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



9801 W. Higgins, Box 32, Rosemont, IL 60018

34663 TWS380WR113024032758 01 000000000 48 005
ENOVEX PHARMACY LLC
1431 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                               Account Number:    XXXXXX3962

### Balance Summary

| | |
|---|---:|
| **Beginning Balance as of 11/01/24** | **$0.00** |
| + Deposits and Credits (28) | $109,533.40 |
| - Withdrawals and Debits (30) | $109,437.96 |
| **Ending Balance as of 11/29/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $95.44 |
| Number of Days in Statement Period | 29 |

## Debits

| Date | Description | Subtractions |
|---|---|---:|
| Nov 01 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015RBTTKGO 81DLO Acct 12182 - Inv I3347657 | -$461.70 |
| Nov 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241101 650000012526300 | -$2,414.89 |
| Nov 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,914.50 |
| Nov 05 | PREAUTHORIZED DEBIT<br>VANTIV_INTG_PYMT BILLNG Merch Bankcard 316 5263 Enovex Pharmacy | -$139.90 |
| Nov 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,972.00 |
| Nov 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,880.00 |
| Nov 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015PBMVOLR8EFCA | -$14,449.15 |
| Nov 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015ZMMJHOB 8FFXB Inv A183496 | -$950.00 |
| Nov 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,153.80 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015JALAOCF 8HDU9 Inv A183804 | -$240.00 |
| Nov 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,362.00 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| Account Number: | XXXXXX3962 |
|---|---|
| Statement Date: | 11/29/2024 |
| Page : | 2 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015AGOUHZL8JYA8 | -$1,771.26 |
| Nov 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$520.75 |
| Nov 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015VYJBUJP 8LYIA Inv<br>A156882 | -$190.00 |
| Nov 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015EPWUHCC 8MAQY Inv<br>A184070 | -$190.00 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,674.00 |
| Nov 18 | PREAUTHORIZED DEBIT<br>ATT Payment 241116 | -$214.00 |
| Nov 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 10/24 | -$95.44 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,112.39 |
| Nov 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015VQOSUFX 8Q9J6 Multiple<br>inv oices | -$670.00 |
| Nov 20 | CASH MGMT TRSFR DR<br>REF 3250910L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$25,907.27 |
| Nov 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015GFECYIA 8U2UU Inv<br>A185405 | -$240.00 |
| Nov 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,887.00 |
| Nov 22 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 241122 | -$151.22 |
| Nov 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,484.36 |
| Nov 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015VADSIRR 8Y8M6 Inv<br>184091 | -$422.32 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,680.68 |
| Nov 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ZPUSRJG91PQG | -$17,534.77 |
| Nov 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,452.00 |
| Nov 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015JAZWJRJ 95G72 Acct<br>UNIV91N - Multiple invoic | -$315.00 |
| Nov 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,083.00 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Nov 01 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,102.59 |
| Nov 01 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241101 650000012526300 | $1,774.00 |

34663 0106141 0002-0004 0000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX3962 |
| **Statement Date:** | 11/29/2024 |
| **Page :** | 3 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Nov 04 | PREAUTHORIZED CREDIT | $2,065.00 |
| | HRTLAND PMT SYS TXNS/FEES 241104 650000012526300 | |
| Nov 04 | PREAUTHORIZED CREDIT | $2,849.50 |
| | HRTLAND PMT SYS TXNS/FEES 241104 650000012526300 | |
| Nov 05 | AUTOMATIC TRANSFER | $139.90 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 06 | PREAUTHORIZED CREDIT | $1,972.00 |
| | HRTLAND PMT SYS TXNS/FEES 241106 650000012526300 | |
| Nov 07 | PREAUTHORIZED CREDIT | $1,880.00 |
| | HRTLAND PMT SYS TXNS/FEES 241107 650000012526300 | |
| Nov 08 | AUTOMATIC TRANSFER | $11,957.15 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 08 | PREAUTHORIZED CREDIT | $2,492.00 |
| | HRTLAND PMT SYS TXNS/FEES 241108 650000012526300 | |
| Nov 12 | PREAUTHORIZED CREDIT | $1,921.00 |
| | HRTLAND PMT SYS TXNS/FEES 241112 650000012526300 | |
| Nov 12 | PREAUTHORIZED CREDIT | $2,182.80 |
| | HRTLAND PMT SYS TXNS/FEES 241112 650000012526300 | |
| Nov 13 | PREAUTHORIZED CREDIT | $2,602.00 |
| | HRTLAND PMT SYS TXNS/FEES 241113 650000012526300 | |
| Nov 14 | PREAUTHORIZED CREDIT | $15.00 |
| | Bill.com VoidPaymnt Ubiquiti Labs B ill.com 015YEJYUYA 8L6Z5 Inv 55813C13 -0069 | |
| Nov 14 | PREAUTHORIZED CREDIT | $2,277.01 |
| | HRTLAND PMT SYS TXNS/FEES 241114 650000012526300 | |
| Nov 15 | PREAUTHORIZED CREDIT | $2,054.00 |
| | HRTLAND PMT SYS TXNS/FEES 241115 650000012526300 | |
| Nov 18 | PREAUTHORIZED CREDIT | $2,312.45 |
| | HRTLAND PMT SYS TXNS/FEES 241117 650000012526300 | |
| Nov 18 | PREAUTHORIZED CREDIT | $4,109.38 |
| | HRTLAND PMT SYS TXNS/FEES 241116 650000012526300 | |
| Nov 19 | AUTOMATIC TRANSFER | $670.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 20 | PREAUTHORIZED CREDIT | $2,891.24 |
| | HRTLAND PMT SYS TXNS/FEES 241120 650000012526300 | |
| Nov 20 | PREAUTHORIZED CREDIT | $23,016.03 |
| | Mindbloom Inc. Receivable 026DXPUIW161QHO Mi ndbloom Inc. Bill. com Inv MB052 | |
| Nov 21 | PREAUTHORIZED CREDIT | $2,127.00 |
| | HRTLAND PMT SYS TXNS/FEES 241121 650000012526300 | |
| Nov 22 | PREAUTHORIZED CREDIT | $3,635.58 |
| | HRTLAND PMT SYS TXNS/FEES 241122 650000012526300 | |
| Nov 25 | PREAUTHORIZED CREDIT | $2,085.00 |
| | HRTLAND PMT SYS TXNS/FEES 241124 650000012526300 | |
| Nov 25 | PREAUTHORIZED CREDIT | $5,018.00 |
| | HRTLAND PMT SYS TXNS/FEES 241123 650000012526300 | |
| Nov 26 | AUTOMATIC TRANSFER | $17,534.77 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 27 | PREAUTHORIZED CREDIT | $3,452.00 |
| | HRTLAND PMT SYS TXNS/FEES 241127 650000012526300 | |
| Nov 29 | PREAUTHORIZED CREDIT | $1,885.00 |
| | HRTLAND PMT SYS TXNS/FEES 241129 650000012526300 | |
| Nov 29 | PREAUTHORIZED CREDIT | $3,513.00 |
| | HRTLAND PMT SYS TXNS/FEES 241128 650000012526300 | |

34663 0106142 0003-0004 00000000000000000



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Oct 31 | $0.00 | Nov 07 | $0.00 | Nov 15 | $0.00 | Nov 22 | $0.00 |
| Nov 01 | $0.00 | Nov 08 | $0.00 | Nov 18 | $0.00 | Nov 25 | $0.00 |
| Nov 04 | $0.00 | Nov 12 | $0.00 | Nov 19 | $0.00 | Nov 26 | $0.00 |
| Nov 05 | $0.00 | Nov 13 | $0.00 | Nov 20 | $0.00 | Nov 27 | $0.00 |
| Nov 06 | $0.00 | Nov 14 | $0.00 | Nov 21 | $0.00 | Nov 29 | $0.00 |

34663 0106143 0004-0004 00000000000000000

