# SUPPORTING DOCUMENTATION

## (November 2024)



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2024 through November 29, 2024

Account Number: ▮▮▮▮▮▮▮▮ 0359



### CUSTOMER SERVICE INFORMATION

If you have any questions about your statement, please contact your Customer Service Professional.

00001124 DDA 111 212 33524 NNNNNNNNNNN 1 000000000 67 0000

H&H PHARMACY LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

## CHECKING SUMMARY   Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $5,269,584.11 |
| Deposits and Additions | 12 | 2,775,000.97 |
| Electronic Withdrawals | 46 | - 6,372,860.01 |
| Ending Balance | 58 | $1,671,725.07 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/01 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1101Mmqfmp14002414 Trn: 1443861306Ff | $200,000.00 |
| 11/04 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1104Mmqfmp14000427 Trn: 0444651309Ff | 250,000.00 |
| 11/05 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1105Mmqfmp14000459 Trn: 0467881310Ff | 220,000.00 |
| 11/05 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD    Trace#:021000020489873 Eed:241105   Ind ID:015Xvielfc88Dv4          Ind Name:Braun Pharma LLC Trn: 3100489873Tc | 0.97 |
| 11/06 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1106Mmqfmp14000357 Trn: 0427961311Ff | 440,000.00 |
| 11/08 | Online Transfer From Chk ...8660 Transaction#: 22652612594 | 95,000.00 |

Page 1 of 6



November 01, 2024 through November 29, 2024
Account Number: ███████0359

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/13 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1113Mmqfmp14000515 Trn: 0523461318Ff | 335,000.00 |
| 11/14 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1114Mmqfmp14000281 Trn: 0396761319Ff | 240,000.00 |
| 11/15 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1115Mmqfmp14001349 Trn: 0860141320Ff | 265,000.00 |
| 11/18 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1118Mmqfmp14000810 Trn: 0737471323Ff | 210,000.00 |
| 11/20 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1120Mmqfmp14001126 Trn: 0813991325Ff | 400,000.00 |
| 11/26 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1126Mmqfmp14000611 Trn: 0566271331Ff | 120,000.00 |
| **Total Deposits and Additions** | | **$2,775,000.97** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/01 | Orig CO Name:Mckesson Drug       Orig ID:9991000900 Desc Date:     CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000014017989 Eed:241101   Ind ID:ACH06241615           Ind Name:Smc Pharmacy Trn: 3064017989Tc | $126,797.22 |
| 11/01 | Orig CO Name:Mckesson Drug       Orig ID:9991000900 Desc Date:     CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000014017991 Eed:241101   Ind ID:ACH06241805           Ind Name:Easycare Pharmacy Trn: 3064017991Tc | 103,898.57 |
| 11/01 | Orig CO Name:Mckesson Drug       Orig ID:9991000900 Desc Date:     CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000014017992 Eed:241101   Ind ID:ACH06241806           Ind Name:Firstcare Pharmacy Trn: 3064017992Tc | 72,257.79 |
| 11/01 | Orig CO Name:Mckesson Drug       Orig ID:9991000900 Desc Date:     CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000014017990 Eed:241101   Ind ID:ACH06241764           Ind Name:Concierge Pharmacy Trn: 3064017990Tc | 69,643.38 |
| 11/01 | Orig CO Name:Mckesson Drug       Orig ID:9991000900 Desc Date:     CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000014017993 Eed:241101   Ind ID:ACH06241807           Ind Name:Primecare Pharmacy Trn: 3064017993Tc | 62,144.05 |
| 11/01 | Orig CO Name:Optio Rx LLC       Orig ID:9121145349 Desc Date:     CO Entry Descr:Transfer  Sec:CCD   Trace#:121145344017987 Eed:241101   Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 3064017987Tc | 50,000.00 |
| 11/04 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Mckesson Corporation Irving TX 75039 US Imad: 1104Mmqfmp2L022524 Trn: 3580754309Es | 56,005.50 |
| 11/05 | Orig CO Name:Bill.Com       Orig ID:2204895317 Desc Date:     CO Entry Descr:Acctverifysec:CCD   Trace#:021000023922195 Eed:241105   Ind ID:015Xvielfc88Dv4         Ind Name:Braun Pharma LLC Trn: 3103922195Tc | 0.97 |
| 11/06 | Online Domestic Wire Transfer A/C: Bingodel LLC Santa Fe Springs CA 90670-3337 US Trn: 3301634311Es | 68,460.16 |



November 01, 2024 through November 29, 2024

Account Number: ██████████0359



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/06 | Orig CO Name:Bill.Com         Orig ID:1204895317 Desc Date:     CO Entry Descr:Payables  Sec:CCD   Trace#:021000020156216 Eed:241106   Ind ID:015Aefpjqe89267         Ind Name:Braun Pharma LLC              Pcca Bill.Com 015Aefpjq E89267 Acct 13290 - Inv I3353598 Trn: 3110156216Tc | 54.15 |
| 11/07 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Anda Inc Atlanta GA 30374 US Ref: Account 540986 Smc Pharmacy Imad: 1107Mmqfmp2L034094 Trn: 3654494312Es | 43,865.08 |
| 11/07 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Anda Inc Atlanta GA 30374 US Ref: Account 540971 Firstcare Pharmacy Imad: 1107Mmqfmp2N033973 Trn: 3654744312Es | 120,879.27 |
| 11/08 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1108Mmqfmp2M025984 Trn: 3541984313Es | 825,000.00 |
| 11/08 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000019495427 Eed:241108   Ind ID:ACH06247538          Ind Name:Smc Pharmacy Trn: 3139495427Tc | 220,335.15 |
| 11/08 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000019495426 Eed:241108   Ind ID:ACH06247132          Ind Name:Rose Pharmacy Sf Trn: 3139495426Tc | 180,276.67 |
| 11/08 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000019495430 Eed:241108   Ind ID:ACH06247715          Ind Name:Firstcare Pharmacy Trn: 3139495430Tc | 107,466.55 |
| 11/08 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000019495431 Eed:241108   Ind ID:ACH06247716          Ind Name:Primecare Pharmacy Trn: 3139495431Tc | 86,190.54 |
| 11/08 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000019495428 Eed:241108   Ind ID:ACH06247677          Ind Name:Concierge Pharmacy Trn: 3139495428Tc | 77,125.86 |
| 11/08 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000019495429 Eed:241108   Ind ID:ACH06247714          Ind Name:Easycare Pharmacy Trn: 3139495429Tc | 73,725.86 |
| 11/08 | Orig CO Name:Optio Rx LLC       Orig ID:9121145349 Desc Date:       CO Entry Descr:Transfer  Sec:CCD   Trace#:121145349495424 Eed:241108   Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 3139495424Tc | 50,000.00 |
| 11/14 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1114Mmqfmp2K020784 Trn: 3335474319Es | 462,000.00 |
| 11/14 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1114Mmqfmp2M028124 Trn: 3514344319Es | 240,000.00 |
| 11/15 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000017609733 Eed:241115   Ind ID:ACH06262831          Ind Name:Rose Pharmacy Sf Trn: 3207609733Tc | 97,923.05 |
| 11/15 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000017609736 Eed:241115   Ind ID:ACH06263606          Ind Name:Easycare Pharmacy Trn: 3207609736Tc | 85,567.92 |
| 11/15 | Orig CO Name:Optio Rx LLC       Orig ID:9121145349 Desc Date:       CO Entry Descr:Transfer  Sec:CCD   Trace#:121145347609731 Eed:241115   Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 3207609731Tc | 75,000.00 |
| 11/15 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000017609734 Eed:241115   Ind ID:ACH06263375          Ind Name:Smc Pharmacy Trn: 3207609734Tc | 62,739.37 |
| 11/15 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000017609735 Eed:241115   Ind ID:ACH06263564          Ind Name:Concierge Pharmacy Trn: 3207609735Tc | 31,641.16 |
| 11/15 | Orig CO Name:Mckesson Drug      Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000017609737 Eed:241115   Ind ID:ACH06263607          Ind Name:Firstcare Pharmacy Trn: 3207609737Tc | 110,572.39 |



November 01, 2024 through November 29, 2024

Account Number: ███████0359

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/15 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000017609738 Eed:241115   Ind ID:ACH06263608          Ind Name:Primecare Pharmacy Trn: 3207609738Tc | 49,292.06 |
| 11/22 | Online Domestic Wire Transfer Via: Wsfs Wilm DE/031100102 A/C: Chipman Brown Cicero And Cole Llp Wilmington DE 19801 US Imad: 1122Mmqfmp2M032107 Trn: 3671914327Es | 368,737.20 |
| 11/22 | Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Top Pro Construction And Masonry Arlington Heights IL 60005 US Ref:/Time/16:19 Imad: 1122Mmqfmp2N033510 Trn: 3705894327Es | 16,000.00 |
| 11/22 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000016154806 Eed:241122   Ind ID:ACH06269792          Ind Name:Easycare Pharmacy Trn: 3276154806Tc | 107,878.11 |
| 11/22 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000016154804 Eed:241122   Ind ID:ACH06269599          Ind Name:Smc Pharmacy Trn: 3276154804Tc | 100,271.03 |
| 11/22 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000016154805 Eed:241122   Ind ID:ACH06269753          Ind Name:Concierge Pharmacy Trn: 3276154805Tc | 93,178.22 |
| 11/22 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000016154803 Eed:241122   Ind ID:ACH06269048          Ind Name:Rose Pharmacy Sf Trn: 3276154803Tc | 87,167.62 |
| 11/22 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000016154807 Eed:241122   Ind ID:ACH06269793          Ind Name:Firstcare Pharmacy Trn: 3276154807Tc | 83,872.24 |
| 11/22 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000016154808 Eed:241122   Ind ID:ACH06269794          Ind Name:Primecare Pharmacy Trn: 3276154808Tc | 69,171.36 |
| 11/25 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Mckesson Corporation Irving TX 75039 US Imad: 1125Mmqfmp2K029951 Trn: 3644084330Es | 4,739.24 |
| 11/25 | Orig CO Name:Optio Rx LLC    Orig ID:9121145349 Desc Date:    CO Entry Descr:Transfer  Sec:CCD   Trace#:121145342345211 Eed:241125   Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 3302345211Tc | 75,000.00 |
| 11/26 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1126Mmqfmp2M030315 Trn: 3569434331Es | 1,240,000.00 |
| 11/29 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000012042556 Eed:241129   Ind ID:ACH06283958          Ind Name:Smc Pharmacy Trn: 3342042556Tc | 111,288.15 |
| 11/29 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000012042558 Eed:241129   Ind ID:ACH06284146          Ind Name:Easycare Pharmacy Trn: 3342042558Tc | 103,686.18 |
| 11/29 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000012042559 Eed:241129   Ind ID:ACH06284147          Ind Name:Firstcare Pharmacy Trn: 3342042559Tc | 85,558.32 |
| 11/29 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000012042555 Eed:241129   Ind ID:ACH06283381          Ind Name:Rose Pharmacy Sf Trn: 3342042555Tc | 76,961.81 |
| 11/29 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000012042557 Eed:241129   Ind ID:ACH06284106          Ind Name:Concierge Pharmacy Trn: 3342042557Tc | 70,720.87 |
| 11/29 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000012042560 Eed:241129   Ind ID:ACH06284148          Ind Name:Primecare Pharmacy Trn: 3342042560Tc | 69,766.94 |

**Total Electronic Withdrawals** **$6,372,860.01**



November 01, 2024 through November 29, 2024

Account Number: ████████0359

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE  | AMOUNT         | DATE  | AMOUNT       |
|-------|----------------|-------|--------------|
| 11/01 | $4,984,843.10  | 11/15 | 3,705,722.36 |
| 11/04 | 5,178,837.60   | 11/18 | 3,915,722.36 |
| 11/05 | 5,398,837.60   | 11/20 | 4,315,722.36 |
| 11/06 | 5,770,323.29   | 11/22 | 3,389,446.58 |
| 11/07 | 5,605,578.94   | 11/25 | 3,309,707.34 |
| 11/08 | 4,080,458.31   | 11/26 | 2,189,707.34 |
| 11/13 | 4,415,458.31   | 11/29 | 1,671,725.07 |
| 11/14 | 3,953,458.31   |       |              |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



November 01, 2024 through November 29, 2024

Account Number: ███████████0359

This Page Intentionally Left Blank