# SUPPORTING DOCUMENTATION

## (November 2024)



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2024 through November 29, 2024
**Account Number:** ████████5093

---

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00005370 WBS 111 211  33524 NNNNNNNNNNN  1 000000000 C1 0000
SMC PHARMACY, LLC
DEBTOR IN POSSESSION
1908 SANTA MONICA BLVD SUITE 4
SANTA MONICA CA 90404

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $2,979.92 | |
| Deposits and Credits | 1 | $3,284.00 | |
| Withdrawals and Debits | 4 | $1,924.12 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$4,339.80** | |

## Deposits and Credits

| Ledger Date | Description | | Amount |
|---|---|---|---|
| 11/21 | Deposit | 1194 | $3,284.00 |
| **Total** | | | **$3,284.00** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 11/12 | Service Fee | $510.69 |
| 11/12 | Service Fee | 509.73 |
| 11/12 | Service Fee | 489.73 |
| 11/12 | Service Fee | 413.97 |
| **Total** | | **$1,924.12** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 11/12 | $1,055.80 | 11/21 | $4,339.80 |

\* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



November 01, 2024 through November 29, 2024

**Account Number:** ████████████5093

Your service charges, fees and earnings credit have been calculated through account analysis.



| | |
|---|---|
| **Last Statement:** | October 31, 2024 |
| **Statement Ending:** | November 29, 2024 |
| **Page:** | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

49764 TWS380WR113024032758 01 000000000 51 007
SMC PHARMACY LLC
1441 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

49764 0156937 0001-0006 0000000000000000000

### Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                     Account Number:     XXXXXX7428

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/24** | **$11,346.00** |
| + Deposits and Credits (82) | $2,306,049.39 |
| - Withdrawals and Debits (40) | $2,317,208.86 |
| **Ending Balance as of 11/29/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $186.53 |
| Number of Days in Statement Period | 29 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Nov 01 | CASH MGMT TRSFR DR<br>REF 3061221L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$56,082.85 |
| Nov 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241101 650000012411180 | -$4,659.07 |
| Nov 04 | CASH MGMT TRSFR DR<br>REF 3090829L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$65,724.46 |
| Nov 04 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 241104 | -$211.22 |
| Nov 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.27 |
| Nov 05 | CASH MGMT TRSFR DR<br>REF 3100859L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$75,477.48 |
| Nov 06 | CASH MGMT TRSFR DR<br>REF 3110914L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$184,641.53 |
| Nov 07 | CASH MGMT TRSFR DR<br>REF 3121407L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$8,970.46 |
| Nov 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015CRJPLAE8EFH0 | -$440,713.63 |
| Nov 12 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 241112 ACH06251624 | -$2,041.74 |
| Nov 12 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 241112 2057179748 2220 | -$2,236.33 |
| Nov 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015IWOOOOS8FI72 | -$59,802.84 |
| Nov 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$53,951.43 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or  receipt is wrong or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.**  If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s).  We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX7428 |
|---|---|---|
| | Statement Date: | 11/29/2024 |
| | Page : | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 13 | PREAUTHORIZED DEBIT | -$39,033.52 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015KDLLAHS8I3CO | |
| Nov 13 | AUTOMATIC TRANSFER | -$121,494.51 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 14 | PREAUTHORIZED DEBIT | -$2,206.16 |
| | Bill.com Payables PioneerRx B ill.com 015FNMYRZE 8JZYL Acct N476-00 4 - Inv PNRX-17450 | |
| Nov 14 | AUTOMATIC TRANSFER | -$102,103.32 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 15 | PREAUTHORIZED DEBIT | -$4,316.17 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015RLDDRMK8MD2E | |
| Nov 15 | AUTOMATIC TRANSFER | -$9,913.23 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 18 | CASH MGMT TRSFR DR | -$75,247.48 |
| | REF 3230958L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Nov 18 | PREAUTHORIZED DEBIT | -$418.50 |
| | INFINITY RX LLX ACH PAYMTS 128580128873333749 | |
| Nov 18 | MAINTENANCE FEE | -$186.53 |
| | ANALYSIS ACTIVITY  FOR 10/24 | |
| Nov 19 | PREAUTHORIZED DEBIT | -$12,433.10 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015SYQUAZE8QFXH | |
| Nov 19 | PREAUTHORIZED DEBIT | -$82,986.00 |
| | Bill.com Payables ARCUTIS BIOTHERAPE UTICS INC Bill.com 015KFJGOXZ8R0NV M ultiple invoices | |
| Nov 19 | AUTOMATIC TRANSFER | -$7,501.02 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 20 | CASH MGMT TRSFR DR | -$161,944.19 |
| | REF 3250913L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Nov 21 | PREAUTHORIZED DEBIT | -$1,878.42 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015UIFKJFB8U5RX | |
| Nov 21 | AUTOMATIC TRANSFER | -$13,076.15 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 22 | PREAUTHORIZED DEBIT | -$2,649.36 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015CTTM WMR8W6UA Acct FCA3 69429 - Inv 927894 | |
| Nov 22 | AUTOMATIC TRANSFER | -$14,258.92 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 25 | AUTOMATIC TRANSFER | -$97,508.17 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 26 | PREAUTHORIZED DEBIT | -$399.00 |
| | OUTCOMES OPERAT Payment 241126 | |
| Nov 26 | PREAUTHORIZED DEBIT | -$1,305.53 |
| | ParMed XXXXXXXXXX 241126 2057179748 2220 | |
| Nov 26 | PREAUTHORIZED DEBIT | -$409,615.18 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015ZAIADCG91ZZN | |
| Nov 27 | PREAUTHORIZED DEBIT | -$280.00 |
| | ALMIRALL LLC CASH CONC 241127 | |
| Nov 27 | PREAUTHORIZED DEBIT | -$864.98 |
| | SO CAL EDISON CO DIRECTPAY 241127 700896293380 | |
| Nov 27 | PREAUTHORIZED DEBIT | -$2,356.90 |
| | Bill.com Payables Rx Balance Solutio n LLC Bill.com 015 PEKJHKQ93ITU Inv 2 8 | |
| Nov 27 | AUTOMATIC TRANSFER | -$138,971.07 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

49764 0156939 0002-0006 0000000000000000





| | Account Number: | XXXXXX7428 |
|---|---|---|
| | Statement Date: | 11/29/2024 |
| | Page : | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 29 | PREAUTHORIZED DEBIT | -$2,295.45 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015RMDOVWV95I9L | |
| Nov 29 | PREAUTHORIZED DEBIT | -$22,820.76 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015KCEB TJD94R4I | |
| | Multiple invoices | |
| Nov 29 | AUTOMATIC TRANSFER | -$34,818.46 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Nov 01 | PREAUTHORIZED CREDIT | $31.50 |
| | INFINITY RX LLX ACH PAYMTS 375151990874860899 6 | |
| Nov 01 | PREAUTHORIZED CREDIT | $204.36 |
| | EHO360, LLC PHCY PMT 241031 5640506 | |
| Nov 01 | PREAUTHORIZED CREDIT | $5,646.91 |
| | HRTLAND PMT SYS TXNS/FEES 241101 650000012411180 | |
| Nov 01 | PREAUTHORIZED CREDIT | $21,235.23 |
| | ACCESS HEALTH ACCESS HEA 241101 5640506 | |
| Nov 01 | PREAUTHORIZED CREDIT | $22,277.92 |
| | CA HCCLAIMPMT 7001430815*1540849 793*151826562802~ | |
| Nov 04 | PREAUTHORIZED CREDIT | $4.80 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2039583 | |
| | *1341939227*000000 048*5640506\ | |
| Nov 04 | PREAUTHORIZED CREDIT | $922.32 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2038545 | |
| | *1341939227*000092 232*5640506\ | |
| Nov 04 | REMOTE DEPOSIT | $4,208.27 |
| Nov 04 | PREAUTHORIZED CREDIT | $5,559.03 |
| | HRTLAND PMT SYS TXNS/FEES 241104 650000012411180 | |
| Nov 04 | PREAUTHORIZED CREDIT | $8,096.63 |
| | HRTLAND PMT SYS TXNS/FEES 241104 650000012411180 | |
| Nov 04 | PREAUTHORIZED CREDIT | $22,950.18 |
| | ACCESS HEALTH ACCESS HEA 241104 5640506 | |
| Nov 04 | PREAUTHORIZED CREDIT | $28,402.72 |
| | Prescription TRANSFER 241104 ST-X7D0T6H2E7D6 | |
| Nov 05 | PREAUTHORIZED CREDIT | $8,378.15 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910064380*13635696 42~ | |
| Nov 05 | PREAUTHORIZED CREDIT | $13,316.72 |
| | ACCESS HEALTH ACCESS HEA 241105 5640506 | |
| Nov 05 | PREAUTHORIZED CREDIT | $49,574.61 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007838543*14 31420563\ | |
| Nov 06 | PREAUTHORIZED CREDIT | $6,503.73 |
| | HRTLAND PMT SYS TXNS/FEES 241106 650000012411180 | |
| Nov 06 | PREAUTHORIZED CREDIT | $7,631.43 |
| | ACCESS HEALTH ACCESS HEA 241106 5640506 | |
| Nov 06 | PREAUTHORIZED CREDIT | $170,506.37 |
| | CAREMARK HCCLAIMPMT 2500503254*1752882 129*5640506\ | |
| Nov 07 | PREAUTHORIZED CREDIT | $3,159.10 |
| | ACCESS HEALTH ACCESS HEA 241107 5640506 | |
| Nov 07 | PREAUTHORIZED CREDIT | $5,811.36 |
| | HRTLAND PMT SYS TXNS/FEES 241107 650000012411180 | |
| Nov 08 | AUTOMATIC TRANSFER | $385,505.66 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

49764 0156940 0003-0006 0000000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7428 |
| **Statement Date:** | | 11/29/2024 |
| **Page :** | | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Nov 08 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241108 650000012411180 | $7,684.27 |
| Nov 08 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001437229*1540849 793*151826562802~ | $22,426.71 |
| Nov 08 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241108 5640506 | $25,096.99 |
| Nov 12 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910087205*13635696 42~ | $667.50 |
| Nov 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241112 650000012411180 | $7,208.05 |
| Nov 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241112 650000012411180 | $8,052.26 |
| Nov 12 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241112 ST-X3K9A3D0U2P9 | $24,911.33 |
| Nov 12 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241111 5640506 | $29,694.49 |
| Nov 12 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007852214*14 31420563\ | $47,498.71 |
| Nov 13 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241113 5640506 | $2,169.53 |
| Nov 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241113 650000012411180 | $8,669.26 |
| Nov 13 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500514614*1752882 129*5640506\ | $149,689.24 |
| Nov 14 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241114 5640506 | $758.63 |
| Nov 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241114 650000012411180 | $5,796.67 |
| Nov 14 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 67 Sep 16-30 2024 | $20,834.24 |
| Nov 14 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910007725*13635696 42~ | $76,919.94 |
| Nov 15 | PREAUTHORIZED CREDIT<br>TRICARE-ONLY DOD REMIT TRN*1*03207542*143 1420563\ | $17.41 |
| Nov 15 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7211459*3205716594 *199999999\ | $685.12 |
| Nov 15 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04208705*143 1420563\ | $1,864.05 |
| Nov 15 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241115 5640506 | $4,266.70 |
| Nov 15 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241115 650000012411180 | $7,396.12 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $604.25 |
| Nov 18 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910101929*13635696 42~ | $729.13 |
| Nov 18 | REMOTE DEPOSIT | $4,957.47 |
| Nov 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241117 650000012411180 | $6,253.24 |
| Nov 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241116 650000012411180 | $8,562.66 |
| Nov 18 | REMOTE DEPOSIT | $17,734.31 |
| Nov 18 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241118 ST-O7Q8S6L5D3N5 | $26,390.74 |
| Nov 18 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241118 5640506 | $33,311.71 |
| Nov 19 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241119 5640506 | $376.24 |





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7428 |
| **Statement Date:** | | 11/29/2024 |
| **Page :** | | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Nov 19 | PREAUTHORIZED CREDIT | $8,984.14 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910116682*13635696 42~ | |
| Nov 19 | PREAUTHORIZED CREDIT | $27,069.51 |
| | CA HCCLAIMPMT 7001442457*1540849 793*151826562802~ | |
| Nov 19 | PREAUTHORIZED CREDIT | $43,799.23 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007865860*14 31420563\ | |
| Nov 20 | PREAUTHORIZED CREDIT | $837.26 |
| | DREXI INC ACH 241120 5640506 | |
| Nov 20 | PREAUTHORIZED CREDIT | $4,363.84 |
| | ACCESS HEALTH ACCESS HEA 241120 5640506 | |
| Nov 20 | PREAUTHORIZED CREDIT | $6,494.73 |
| | HRTLAND PMT SYS TXNS/FEES 241120 650000012411180 | |
| Nov 20 | PREAUTHORIZED CREDIT | $150,248.36 |
| | CAREMARK HCCLAIMPMT 2500526101*1752882 129*5640506\ | |
| Nov 21 | REMOTE DEPOSIT | $329.15 |
| Nov 21 | PREAUTHORIZED CREDIT | $6,434.74 |
| | HRTLAND PMT SYS TXNS/FEES 241121 650000012411180 | |
| Nov 21 | PREAUTHORIZED CREDIT | $8,519.68 |
| | ACCESS HEALTH ACCESS HEA 241121 5640506 | |
| Nov 22 | PREAUTHORIZED CREDIT | $137.51 |
| | ACCESS HEALTH ACCESS HEA 241122 5640506 | |
| Nov 22 | PREAUTHORIZED CREDIT | $6,400.08 |
| | HRTLAND PMT SYS TXNS/FEES 241122 650000012411180 | |
| Nov 22 | PREAUTHORIZED CREDIT | $10,041.69 |
| | CA HCCLAIMPMT 7001443497*1540849 793*151826562802~ | |
| Nov 25 | PREAUTHORIZED CREDIT | $1,608.57 |
| | MEDE AMERICA CDA HCCLAIMPMT 7212808*3205716594 *199999999\ | |
| Nov 25 | PREAUTHORIZED CREDIT | $5,593.55 |
| | HRTLAND PMT SYS TXNS/FEES 241123 650000012411180 | |
| Nov 25 | PREAUTHORIZED CREDIT | $6,981.18 |
| | HRTLAND PMT SYS TXNS/FEES 241124 650000012411180 | |
| Nov 25 | PREAUTHORIZED CREDIT | $37,350.80 |
| | Prescription TRANSFER 241125 ST-P5U2D3P9H6D1 | |
| Nov 25 | PREAUTHORIZED CREDIT | $45,974.07 |
| | ACCESS HEALTH ACCESS HEA 241125 5640506 | |
| Nov 26 | AUTOMATIC TRANSFER | $376,143.01 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 26 | PREAUTHORIZED CREDIT | $533.33 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910138328*13635696 42~ | |
| Nov 26 | PREAUTHORIZED CREDIT | $34,643.37 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007879566*14 31420563\ | |
| Nov 27 | PREAUTHORIZED CREDIT | $142.72 |
| | MEDE AMERICA CDA HCCLAIMPMT 7214400*3205716594 *199999999\ | |
| Nov 27 | PREAUTHORIZED CREDIT | $1,456.50 |
| | ACCESS HEALTH ACCESS HEA 241127 5640506 | |
| Nov 27 | PREAUTHORIZED CREDIT | $3,244.68 |
| | DREXI INC ACH 241127 5640506 | |
| Nov 27 | PREAUTHORIZED CREDIT | $7,645.15 |
| | HRTLAND PMT SYS TXNS/FEES 241127 650000012411180 | |
| Nov 27 | PREAUTHORIZED CREDIT | $129,983.90 |
| | CAREMARK HCCLAIMPMT 2500537592*1752882 129*5640506\ | |
| Nov 29 | PREAUTHORIZED CREDIT | $533.41 |
| | TRICARE-ONLY DOD REMIT TRN*1*03210257*143 1420563\ | |
| Nov 29 | PREAUTHORIZED CREDIT | $6,703.56 |
| | HRTLAND PMT SYS TXNS/FEES 241129 650000012411180 | |
| Nov 29 | PREAUTHORIZED CREDIT | $9,162.59 |
| | HRTLAND PMT SYS TXNS/FEES 241128 650000012411180 | |

49764 0156942 0005-0006 0000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Nov 29 | PREAUTHORIZED CREDIT | $17,052.06 |
|  | ACCESS HEALTH ACCESS HEA 241128 5640506 |  |
| Nov 29 | PREAUTHORIZED CREDIT | $26,483.05 |
|  | Monarch Specialt ePay brightscrip Period 68 Oct 1-15 2024 |  |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Oct 31 | $11,346.00 | Nov 07 | $0.00 | Nov 15 | $0.00 | Nov 22 | $0.00 |
| Nov 01 | $0.00 | Nov 08 | $0.00 | Nov 18 | $22,691.00 | Nov 25 | $0.00 |
| Nov 04 | $4,208.00 | Nov 12 | $0.00 | Nov 19 | $0.00 | Nov 26 | $0.00 |
| Nov 05 | $0.00 | Nov 13 | $0.00 | Nov 20 | $0.00 | Nov 27 | $0.00 |
| Nov 06 | $0.00 | Nov 14 | $0.00 | Nov 21 | $329.00 | Nov 29 | $0.00 |

49764 0156943 0006-0006 00000000000000000000

