# SUPPORTING DOCUMENTATION

## (November 2024)



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2024 through November 29, 2024
**Account Number:** ▆▆▆▆▆▆8660

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000882 WBS 111 141 33524 NNNNNNNNNNN 1 000000000 C1 0000
ROSE PHARMACY SF LLC
DEBTOR IN POSSESSION
311 S WACKER DR SUITE 2640
CHICAGO IL 60606

## Commercial Checking

### Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $19,876.02 |  |
| Deposits and Credits | 17 | $118,598.27 |  |
| Withdrawals and Debits | 1 | $95,000.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$43,474.29** |  |

### Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 11/06 | Orig CO Name:Bellerose Hospic     Orig ID:S941687665 Desc Date:241106 CO Entry Descr:Sender    Sec:CTX    Trace#:113000022779028 Eed:241106 Ind ID:753192962         Ind Name:0000Rose Pharmacy Onlne Trnsfr88871070 Trn: 3112779028Tc | $20,647.60 |
| 11/07 | Orig CO Name:Vienna Hospice A     Orig ID:A114339399 Desc Date:241107 CO Entry Descr:Payments  Sec:CCD    Trace#:081009428186310 Eed:241107   Ind ID:          Ind Name:Rose Parmacy 1143393990 Trn: 3118186310Tc | 52,045.92 |
| 11/07 | Orig CO Name:Progress Palliat     Orig ID:1462800242 Desc Date:241107 CO Entry Descr:Payroll   Sec:PPD    Trace#:111000028186308 Eed:241107 Ind ID:0020644881Da67E         Ind Name:Rose Pharmacy Sf LLC Trn: 3118186308Tc | 2,554.25 |
| 11/07 | Orig CO Name:Starline Hospice     Orig ID:462693989  Desc Date:241107 CO Entry Descr:Rose Pharmsec:CCD    Trace#:122043608186312 Eed:241107   Ind ID:          Ind Name:Rose Pharmacy Inv#355-16978 $2443.31 -Cm355-01408  $50.28 6417414 Trn: 3118186312Tc | 2,393.03 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 11/08 | Orig CO Name:Humble Hearts Ho      Orig ID:9200502235 Desc Date:241108 CO Entry Descr:ACH Pmt  Sec:CCD    Trace#:021000023031770 Eed:241108  Ind ID:11151094192        Ind Name:Rose Pharmacy Humble Hearts Hospice (Inv #355-160 13 & 355-16423 &355-16849) Trn: 3123031770Tc | 1,293.56 |
| 11/12 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Infinity Hospice And Palliative Car Ref: 11151340808 Info: Text-  Iid: 20241110021000021P1Brjpc02800042074 Recd: 12:31:40 Trn: 0352200315Gd YOUR REF:  11151340808 | 1,052.15 |
| 11/15 | Orig CO Name:Medonelc         Orig ID:1261769761 Desc Date:      CO Entry Descr:ACH Paymensec:CCD    Trace#:107005957072217 Eed:241115 Ind ID:837593              Ind Name:Rose Pharmacy Trn*1*100754*1261769761~ Trn: 3197072217Tc | 99.34 |
| 11/18 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Mlife Hospice, Inc Ref: 11152203396 Info: Text-  Iid: 20241118021000021P1Brjpc04160097033 Recd: 13:42:09 Trn: 0563711323Gb YOUR REF:  11152203396 | 2,943.00 |
| 11/21 | Deposit | 644.00 |
| 11/22 | Orig CO Name:Burnet Hospice C      Orig ID:451783432  Desc Date:241122 CO Entry Descr:ACH      Sec:CCD    Trace#:026013572340930 Eed:241122 Ind ID:355-17076        Ind Name:Rose Pharmacy 1504721287 Trn: 3262340930Tc | 13,484.43 |
| 11/22 | Orig CO Name:Aa Family Hospic      Orig ID:1462800242 Desc Date:241122 CO Entry Descr:Payroll  Sec:PPD    Trace#:111000024017221 Eed:241122 Ind ID:002072789Cfc556        Ind Name:Rose Pharmacy Trn: 3274017221Tc | 1,281.00 |
| 11/26 | Orig CO Name:Honest Health CA      Orig ID:9200502235 Desc Date:241126 CO Entry Descr:ACH Pmt  Sec:PPD    Trace#:021000021575800 Eed:241126  Ind ID:11153050799            Ind Name:Rose Pharmacy Sept N Oct Inv Trn: 3301575677Tc | 9,767.30 |
| 11/26 | Orig CO Name:Infinity Hospice      Orig ID:9200502235 Desc Date:241126 CO Entry Descr:ACH Pmt  Sec:PPD    Trace#:021000021575675 Eed:241126  Ind ID:11152896299        Ind Name:Rose Pharamcy Trn: 3301575675Tc | 1,052.15 |
| 11/27 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Angelical Hospice Ref: 11153427831 Info: Text-  Iid: 20241127021000021P1Brjpc09600113778 Recd: 14:14:38 Trn: 0644800332GA YOUR REF:  11153427831 | 2,663.96 |
| 11/29 | Orig CO Name:A New Day Hospic      Orig ID:464277425  Desc Date:241129 CO Entry Descr:ACH      Sec:CCD    Trace#:026013571345036 Eed:241129 Ind ID:355-17077          Ind Name:Rose Pharmacy 1504721279 Trn: 3321345036Tc | 4,582.61 |
| 11/29 | Orig CO Name:Trilogy Hospice      Orig ID:S941687665 Desc Date:241129 CO Entry Descr:Sender  Sec:CTX    Trace#:113000020983068 Eed:241129 Ind ID:756602826          Ind Name:0000Rose Pharmacy Onlne Trnsfr88871070 Trn: 3340983068Tc | 1,857.78 |
| 11/29 | Orig CO Name:Bank of America      Orig ID:9416876142 Desc Date:      CO Entry Descr:Sb Billpaysec:CCD    Trace#:111000020983070 Eed:241129  Ind ID:B15Mlxqpuu1V317        Ind Name:Rose Pharmacy Trn: 3340983070Tc | 236.19 |
| **Total** | | **$118,598.27** |



November 01, 2024 through November 29, 2024

**Account Number:** ███████8660

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 11/08 | Online Transfer To Chk ...0359 Transaction#: 22652612594 | $95,000.00 |
| **Total** | | **$95,000.00** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 11/06 | $40,523.62 | 11/21 | $8,548.87 |
| 11/07 | $97,516.82 | 11/22 | $23,314.30 |
| 11/08 | $3,810.38 | 11/26 | $34,133.75 |
| 11/12 | $4,862.53 | 11/27 | $36,797.71 |
| 11/15 | $4,961.87 | 11/29 | $43,474.29 |
| 11/18 | $7,904.87 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank



**WINTRUST BANK**®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | October 31, 2024 |
| **Statement Ending:** | November 29, 2024 |
| **Page:** | 1 of 8 |

22157 TWS380WR113024032758 01 000000000 45 009

ROSE PHARMACY SF LLC
1422 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

22157 0068626 0001-0008 00000000000000000000

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                           Account Number:   XXXXXX8445

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/24** | **$0.00** |
| + Deposits and Credits (89) | $845,298.93 |
| - Withdrawals and Debits (81) | $844,899.34 |
| **Ending Balance as of 11/29/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $399.59 |
| Number of Days in Statement Period | 29 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Nov 01 | CASH MGMT TRSFR DR<br>REF 3061222L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$51,709.01 |
| Nov 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241101 650000012921873 | -$8,151.55 |
| Nov 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.97 |
| Nov 04 | CASH MGMT TRSFR DR<br>REF 3090829L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$16,309.40 |
| Nov 05 | CASH MGMT TRSFR DR<br>REF 3100858L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$27,786.18 |
| Nov 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016CYDQMH3JG3VW | -$73,122.16 |
| Nov 07 | CASH MGMT TRSFR DR<br>REF 3121407L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$15,781.39 |
| Nov 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016KCQBFK3JJWC Y Multiple invoice | -$1,979.19 |
| Nov 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$44,525.93 |
| Nov 12 | CASH MGMT TRSFR DR<br>REF 3171054L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$139,854.60 |
| Nov 12 | PREAUTHORIZED DEBIT<br>MANAGED HEALTH C Payment 241112 | -$220.00 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016GODLDO3JNBY R Acct 54267564 - | -$22.56 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX8445 |
|---|---|---|
| | Statement Date: | 11/29/2024 |
| | Page : | 2 of 8 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22157 0068628 0002-0008 0000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016IIHGHU3JNBY 3 Acct 54267564 - | -$23.75 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016DKLXEF3JNBY L Acct 54267564 - | -$38.12 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016EYAXFP3JNBY 9 Acct 54267564 - | -$40.20 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016RNFZYF3JNBY X Acct 54267564 - | -$45.37 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016MRHKYV3JNBZ 0 Acct 54267564 - | -$50.32 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016YFNBCQ3JNBY Z Acct 54267564 - | -$54.36 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables ALERT 360 B ill.com 016JPNCET3 JNBXX Inv 15295024 | -$60.00 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016XFVHWI3JNBX Y Acct 54267564 - | -$61.19 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016ZMRECB3JNBY Q Acct 54267564 - | -$73.51 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016VETAFI3JNBY 7 Acct 54267564 - | -$74.41 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016MROXQH3JNBY V Acct 54267564 - | -$79.45 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016TWVBWA3JNBY O Acct 54267564 - | -$97.90 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016JZOXGH3JNBY S Acct 54267564 - | -$140.71 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016POTUWM3JNBY G Acct 54267564 - | -$149.90 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016LESLBY3JNBY J Acct 54267564 - | -$157.05 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016TJPYWD3JNBY T Acct 54267564 - | -$166.11 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016JQFMOE3JNBY Y Acct 54267564 - | -$178.73 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables CSC B ill.com 016EAOOSD3 JNBY8 Inv 83345125 | -$200.00 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016RAESBO3JNBY 1 Acct 54267564 - | -$201.35 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016CLVATT3JNBY 2 Acct 54267564 - | -$204.14 |





**WINTRUST BANK®**

| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 11/29/2024 |
| **Page :** | 3 of 8 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016PEPRXM3JNBY B Acct 54267564 - | -$229.48 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016SDQILV3JNBY N Acct 54267564 - | -$241.60 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016RIRDKS3JNBY 5 Acct 54267564 - | -$250.77 |
| Nov 13 | PREAUTHORIZED DEBIT<br>FRONTIER COMMUNI BILL PAY 241113 20499628621 | -$255.98 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016GHMFTK3JNBY W Acct 54267564 - | -$274.42 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016OVSOID3JNBY F Acct 54267564 - | -$275.76 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016TIDHWY3JNBY I Acct 54267564 - | -$296.82 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016VADGOG3JNBY 4 Acct 54267564 - | -$392.23 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016MFVEWW3JNBY C Acct 54267564 - | -$458.29 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016PYVHHR3JNBY 0 Acct 54267564 - | -$517.71 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016AVURKU3JNBY K Acct 54267564 - | -$585.72 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016RWBYWZ3JNBY P Acct 54267564 - | -$617.98 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016OTIXVJ3JNBY H Acct 54267564 - | -$638.70 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016JSXSXP3JNBX Z Acct 54267564 - | -$710.30 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016BRMPPA3JNBY M Acct 54267564 - | -$731.38 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016ASSFMN3JNBY D Acct 54267564 - | -$764.52 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016ITCWPR3JNBY 6 Acct 54267564 - | -$1,090.29 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016CUMOUP3JNBY E Acct 54267564 - | -$1,259.02 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016WDXDIH3JNBY U Acct 54267564 - | -$1,733.76 |

22157 0068629 0003-0008 00000000000000000000





| | | Account Number: | XXXXXX8445 |
|---|---|---|---|
| | | Statement Date: | 11/29/2024 |
| | | Page : | 4 of 8 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com 016XHVZAD3JNBY A Acct 54267564 - | -$1,832.98 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016CXQLZQ3JO5JS | -$9,033.34 |
| Nov 13 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 1794  NSF | -$4,437.86 |
| Nov 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,261.17 |
| Nov 14 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 1030  NSF | -$710.30 |
| Nov 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$42,189.73 |
| Nov 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables Southern Californi a Shredding Bill.c om 016SEQWDH3JSXXR Acct 3411 - Inv 2 | -$100.00 |
| Nov 15 | DEPOSIT RETURN ITEM<br>DDA CB Debit 1794  NSF 2nd | -$4,437.86 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$15,019.09 |
| Nov 18 | CASH MGMT TRSFR DR<br>REF 3231154L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$30,090.17 |
| Nov 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 10/24 | -$399.59 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$994.28 |
| Nov 19 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 1690  NSF | -$603.71 |
| Nov 19 | DEPOSIT RETURN ITEM<br>DDA CB Debit 1030  NSF 2nd | -$710.30 |
| Nov 19 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 290  NSF | -$1,925.85 |
| Nov 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$31,292.88 |
| Nov 20 | CASH MGMT TRSFR DR<br>REF 3250912L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$41,707.71 |
| Nov 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1.14 |
| Nov 21 | PREAUTHORIZED DEBIT<br>REPUBLICSERVICES RSIBILLPAY 241121 | -$676.00 |
| Nov 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016OLZWZD3K0VRV | -$6,688.53 |
| Nov 21 | DEPOSIT RETURN ITEM<br>DDA CB Debit 290  NSF 2nd | -$1,925.85 |
| Nov 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$25,491.56 |
| Nov 22 | DEPOSIT RETURN ITEM<br>DDA CB Debit 1327  Closed Account | -$2,223.87 |
| Nov 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,014.54 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,479.88 |
| Nov 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016ZPZATO3K71OU | -$116,653.44 |

22157 0068630 0004-0008 00000000000000000000





| | Account Number: | XXXXXX8445 |
|---|---|---|
| | Statement Date: | 11/29/2024 |
| | Page : | 5 of 8 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22157 0068631 0005-0008 0000000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 26 | AUTOMATIC TRANSFER | -$36,886.46 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 27 | PREAUTHORIZED DEBIT | -$2,375.79 |
| | SO CAL EDISON CO DIRECTPAY 241127 700896544671 | |
| Nov 27 | AUTOMATIC TRANSFER | -$25,181.32 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 29 | PREAUTHORIZED DEBIT | -$6,320.00 |
| | Bill.com Payables TTC Investment LLC Bill.com 016CDLTH R3KAQE8 Inv 0111 | |
| Nov 29 | AUTOMATIC TRANSFER | -$17,749.49 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Nov 01 | PREAUTHORIZED CREDIT | $36.44 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04205618*143 1420563\ | |
| Nov 01 | PREAUTHORIZED CREDIT | $623.68 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550592516*12 60076803*99999~ | |
| Nov 01 | PREAUTHORIZED CREDIT | $3,225.77 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910049582*13635696 42~ | |
| Nov 01 | REMOTE DEPOSIT | $13,892.97 |
| Nov 01 | PREAUTHORIZED CREDIT | $14,360.20 |
| | CA HCCLAIMPMT 7001430934*1540849 793*142733835902~ | |
| Nov 01 | PREAUTHORIZED CREDIT | $41,614.47 |
| | HRTLAND PMT SYS TXNS/FEES 241101 650000012921873 | |
| Nov 04 | PREAUTHORIZED CREDIT | $34.00 |
| | HRTLAND PMT SYS TXNS/FEES 241104 650000012921873 | |
| Nov 04 | PREAUTHORIZED CREDIT | $411.98 |
| | HRTLAND PMT SYS TXNS/FEES 241104 650000012921873 | |
| Nov 04 | PREAUTHORIZED CREDIT | $1,971.42 |
| | HRTLAND PMT SYS TXNS/FEES 241104 650000012921873 | |
| Nov 05 | PREAUTHORIZED CREDIT | $209.77 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550593725*12 60076803*99999~ | |
| Nov 05 | PREAUTHORIZED CREDIT | $460.01 |
| | HRTLAND PMT SYS TXNS/FEES 241105 650000012921873 | |
| Nov 05 | PREAUTHORIZED CREDIT | $642.85 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910064393*13635696 42~ | |
| Nov 05 | PREAUTHORIZED CREDIT | $26,473.55 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007838554*14 31420563\ | |
| Nov 06 | AUTOMATIC TRANSFER | $60,290.07 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 06 | PREAUTHORIZED CREDIT | $107.24 |
| | NAVITUS HCCLAIMPMT 1468140*1043608530 ~ | |
| Nov 06 | PREAUTHORIZED CREDIT | $6,215.21 |
| | CAREMARK HCCLAIMPMT 2500503263*1752882 129*5641798\ | |
| Nov 06 | PREAUTHORIZED CREDIT | $6,509.64 |
| | HRTLAND PMT SYS TXNS/FEES 241106 650000012921873 | |
| Nov 07 | PREAUTHORIZED CREDIT | $13.04 |
| | NORIDIAN DMEMAC HCCLAIMPMT 081517693104829*12 62326076~ | |
| Nov 07 | PREAUTHORIZED CREDIT | $15,768.35 |
| | HRTLAND PMT SYS TXNS/FEES 241107 650000012921873 | |





| | Account Number: | XXXXXX8445 |
|---|---|---|
| | Statement Date: | 11/29/2024 |
| | Page : | 6 of 8 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Nov 08 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550594995*12<br>60076803*99999~ | $1,949.14 |
| Nov 08 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241108 650000012921873 | $20,452.73 |
| Nov 08 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001437355*1540849 793*142733835902~ | $24,101.85 |
| Nov 08 | REMOTE DEPOSIT | $25,082.64 |
| Nov 08 | REMOTE DEPOSIT | $71,970.76 |
| Nov 12 | PREAUTHORIZED CREDIT<br>NORIDIAN DMEMAC HCCLAIMPMT 081517693127297*12 62326076~ | $1.12 |
| Nov 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241112 650000012921873 | $143.00 |
| Nov 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241112 650000012921873 | $471.03 |
| Nov 12 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910087220*13635696 42~ | $1,101.55 |
| Nov 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241112 650000012921873 | $1,109.88 |
| Nov 12 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550596208*12<br>60076803*99999~ | $1,830.00 |
| Nov 12 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1472573*1043608530 ~ | $2,208.33 |
| Nov 12 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007852225*14 31420563\ | $36,157.69 |
| Nov 13 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 1794  NSF | $4,437.86 |
| Nov 13 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500514623*1752882 129*5641798\ | $13,170.36 |
| Nov 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241113 650000012921873 | $16,838.59 |
| Nov 13 | REMOTE DEPOSIT | $42,515.26 |
| Nov 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241114 650000012921873 | $385.03 |
| Nov 14 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 1030  NSF | $710.30 |
| Nov 15 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1469998*1043608530 ~ | $0.52 |
| Nov 15 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200391716*1 330567651*433268<br>\ | $822.21 |
| Nov 15 | REMOTE DEPOSIT | $7,305.29 |
| Nov 15 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241115 650000012921873 | $14,295.76 |
| Nov 15 | REMOTE DEPOSIT | $20,807.31 |
| Nov 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241116 650000012921873 | $5.53 |
| Nov 18 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200392790*1 330567651*433268<br>\ | $1,393.87 |
| Nov 18 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910101943*13635696 42~ | $1,972.64 |
| Nov 19 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550598669*12<br>60076803*99999~ | $434.06 |
| Nov 19 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 1690  NSF | $603.71 |

22157 0068632 0006-0008 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 11/29/2024 |
| **Page :** | 7 of 8 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---:|
| Nov 19 | PREAUTHORIZED CREDIT | $1,524.33 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910116699*13635696 42~ | |
| Nov 19 | REDEPOSIT RETURN CHK | $1,925.85 |
| | DDA Redp Credit 290  NSF | |
| Nov 19 | PREAUTHORIZED CREDIT | $11,345.34 |
| | CA HCCLAIMPMT 7001442536*1540849 793*142733835902~ | |
| Nov 19 | PREAUTHORIZED CREDIT | $20,518.71 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007865871*14 31420563\ | |
| Nov 20 | PREAUTHORIZED CREDIT | $2.79 |
| | MEDIMPACT HEALTH DEBITS TRN*1*9200393228*1 330567651*433268 \ | |
| Nov 20 | PREAUTHORIZED CREDIT | $795.88 |
| | NAVITUS HCCLAIMPMT 1474158*1043608530 ~ | |
| Nov 20 | PREAUTHORIZED CREDIT | $9,727.43 |
| | CAREMARK HCCLAIMPMT 2500526110*1752882 129*5641798\ | |
| Nov 20 | REMOTE DEPOSIT | $13,203.78 |
| Nov 20 | REMOTE DEPOSIT | $18,699.36 |
| Nov 20 | PREAUTHORIZED CREDIT | $31,181.61 |
| | HRTLAND PMT SYS TXNS/FEES 241120 650000012921873 | |
| Nov 21 | PREAUTHORIZED CREDIT | $1.78 |
| | MEDIMPACT HEALTH DEBITS TRN*1*9200393436*1 330567651*433268 \ | |
| Nov 21 | PREAUTHORIZED CREDIT | $952.31 |
| | HRTLAND PMT SYS TXNS/FEES 241121 650000012921873 | |
| Nov 22 | PREAUTHORIZED CREDIT | $15.78 |
| | MEDIMPACT HEALTH DEBITS TRN*1*9200394035*1 330567651*433268 \ | |
| Nov 22 | PREAUTHORIZED CREDIT | $1,994.46 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550599901*12 60076803*99999~ | |
| Nov 22 | PREAUTHORIZED CREDIT | $7,855.01 |
| | CA HCCLAIMPMT 7001443577*1540849 793*142733835902~ | |
| Nov 22 | PREAUTHORIZED CREDIT | $10,373.16 |
| | HRTLAND PMT SYS TXNS/FEES 241122 650000012921873 | |
| Nov 25 | PREAUTHORIZED CREDIT | $5.49 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2044192 *1341939227*000000 549*5641798\ | |
| Nov 25 | PREAUTHORIZED CREDIT | $207.00 |
| | HRTLAND PMT SYS TXNS/FEES 241124 650000012921873 | |
| Nov 25 | PREAUTHORIZED CREDIT | $5,266.19 |
| | HRTLAND PMT SYS TXNS/FEES 241123 650000012921873 | |
| Nov 25 | REMOTE DEPOSIT | $9,777.40 |
| Nov 25 | REMOTE DEPOSIT | $105,781.80 |
| Nov 26 | PREAUTHORIZED CREDIT | $51.13 |
| | SCRIPT CARE, LTD ACH Paymen TRN*1*0000598162*1 760295598~ | |
| Nov 26 | PREAUTHORIZED CREDIT | $150.15 |
| | PRIME THERAPEUTI HCCLAIMPMT 444444440957860*22 60076803*99999~ | |
| Nov 26 | PREAUTHORIZED CREDIT | $186.62 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550601117*12 60076803*99999~ | |
| Nov 26 | REMOTE DEPOSIT | $937.81 |
| Nov 26 | PREAUTHORIZED CREDIT | $1,235.86 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910138337*13635696 42~ | |
| Nov 26 | PREAUTHORIZED CREDIT | $1,434.83 |
| | MEDIMPACT HEALTH DEBITS TRN*1*9200394815*1 330567651*433268 \ | |

22157 0068633 0007-0008 0000000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Nov 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241126 650000012921873 | $15,216.00 |
| Nov 26 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007879578*14 31420563\ | $19,102.79 |
| Nov 27 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200395335*1 330567651*433268 \ | $7.63 |
| Nov 27 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910152931*13635696 42~ | $578.94 |
| Nov 27 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200395845*1 330567651*433268 \ | $606.67 |
| Nov 27 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1478376*1043608530 ~ | $1,556.93 |
| Nov 27 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500537601*1752882 129*5641798\ | $11,906.72 |
| Nov 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241127 650000012921873 | $11,963.22 |
| Nov 29 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1475946*1043608530 ~ | $0.02 |
| Nov 29 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440959768*22 60076803*99999~ | $19.69 |
| Nov 29 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04211721*143 1420563\ | $23.56 |
| Nov 29 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550602350*12 60076803*99999~ | $1,848.46 |
| Nov 29 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241128 650000012921873 | $8,419.36 |
| Nov 29 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241129 650000012921873 | $13,758.40 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Oct 31 | $0.00 | Nov 07 | $0.00 | Nov 15 | $28,822.30 | Nov 22 | $603.71 |
| Nov 01 | $13,892.00 | Nov 08 | $97,052.00 | Nov 18 | $710.30 | Nov 25 | $116,161.71 |
| Nov 04 | $0.00 | Nov 12 | $0.00 | Nov 19 | $2,529.56 | Nov 26 | $937.00 |
| Nov 05 | $0.00 | Nov 13 | $46,952.86 | Nov 20 | $34,431.56 | Nov 27 | $0.00 |
| Nov 06 | $0.00 | Nov 14 | $5,148.16 | Nov 21 | $603.71 | Nov 29 | $0.00 |

22157 0068634 0008-0008 00000000000000000

