# SUPPORTING DOCUMENTATION

## (November 2024)

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| Last Statement: | October 31, 2024 |
| Statement Ending: | November 29, 2024 |
| Page: | 1 of 4 |



22823 TWS380WR113024032758 01 000000000 45 005

CENTRAL PHARMACY LLC
1424 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

22823 0070386 0001-0004 00000000000000000

  

## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:    XXXXXX3163

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/24** | **$0.00** |
| + Deposits and Credits (25) | $116,646.55 |
| - Withdrawals and Debits (33) | $116,534.79 |
| **Ending Balance as of 11/29/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $111.76 |
| Number of Days in Statement Period | 29 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Nov 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241101 650000012526458 | -$1,256.66 |
| Nov 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,864.71 |
| Nov 04 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241104 2052047286 2220 | -$420.36 |
| Nov 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,236.81 |
| Nov 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$363.54 |
| Nov 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$167.02 |
| Nov 07 | CASH MGMT TRSFR DR<br>REF 3121405L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$5,753.35 |
| Nov 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015UOKM PIA8AEFQ Acct FNY3 69700 - Inv 927559 | -$1,337.70 |
| Nov 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,241.42 |
| Nov 12 | PREAUTHORIZED DEBIT<br>GOTO COMMUNICATI GOTO/JIVE 241112 | -$28.62 |
| Nov 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables CSC B ill.com 015PDDORVF 8GHIC Acct 8298031 - Inv 83345092 | -$400.00 |
| Nov 12 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 241112 2057205342 2220 | -$798.72 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3163 |
| **Statement Date:** | | 11/29/2024 |
| **Page :** | | 2 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 12 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 241112 ACH06251895 | -$2,246.95 |
| Nov 12 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241112 2052047286 2220 | -$26,997.70 |
| Nov 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241113 | -$65.33 |
| Nov 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241113 | -$65.33 |
| Nov 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241113 | -$65.33 |
| Nov 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241113 | -$65.33 |
| Nov 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241113 | -$78.39 |
| Nov 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241113 | -$165.33 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015XGUGAKX8HMX8 | -$20,642.23 |
| Nov 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015LOQMRWV 8K2O5 Inv PNRX-<br>169 582 | -$1,267.67 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$24,328.39 |
| Nov 18 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241118 2052047286 2220 | -$394.04 |
| Nov 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 10/24 | -$111.76 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,501.39 |
| Nov 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ORIOBMD8RGYB | -$1,416.00 |
| Nov 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015FWBJ YLA8Q8I8 Acct<br>FNY3 69700 - Inv 927867 | -$3,172.95 |
| Nov 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Wis International Bill.com 015RACJKE D8U24B Inv 01-<br>1133 810 | -$260.00 |
| Nov 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,604.80 |
| Nov 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$598.37 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$654.49 |
| Nov 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$45.15 |
| Nov 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,030.71 |



## Credits

| Date | Description | Additions |
|---|---|---|
| Nov 01 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241101 5832452 | $3,121.37 |

22823 0070388 0002-0004 00000000000000000



| | |
|---|---|
| **Account Number:** | XXXXXX3163 |
| **Statement Date:** | 11/29/2024 |
| **Page :** | 3 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Nov 04 | PREAUTHORIZED CREDIT | $69.55 |
| | Prescription TRANSFER 241104 ST-J9Z6Q6T5A3P2 | |
| Nov 04 | PREAUTHORIZED CREDIT | $2,587.62 |
| | LEADER DRUGSTORE CARDINALCP 241104 5832452 | |
| Nov 05 | PREAUTHORIZED CREDIT | $363.54 |
| | LEADER DRUGSTORE CARDINALCP 241105 5832452 | |
| Nov 06 | PREAUTHORIZED CREDIT | $167.02 |
| | LEADER DRUGSTORE CARDINALCP 241106 5832452 | |
| Nov 07 | PREAUTHORIZED CREDIT | $1,267.94 |
| | LEADER DRUGSTORE CARDINALCP 241107 5832452 | |
| Nov 07 | PREAUTHORIZED CREDIT | $5,823.11 |
| | NYS DOH HCCLAIMPMT 021300074542617*11 41797357~ | |
| Nov 08 | PREAUTHORIZED CREDIT | $2,241.42 |
| | LEADER DRUGSTORE CARDINALCP 241108 5832452 | |
| Nov 12 | AUTOMATIC TRANSFER | $27,594.66 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 12 | PREAUTHORIZED CREDIT | $2,877.33 |
| | LEADER DRUGSTORE CARDINALCP 241112 5832452 | |
| Nov 13 | PREAUTHORIZED CREDIT | $2,846.83 |
| | LEADER DRUGSTORE CARDINALCP 241113 5832452 | |
| Nov 14 | PREAUTHORIZED CREDIT | $125.00 |
| | Monarch Specialt ePay brightscrip Period 67 Sep 16-30 2024 | |
| Nov 14 | PREAUTHORIZED CREDIT | $1,036.89 |
| | NYS DOH HCCLAIMPMT 021300074561375*11 41797357~ | |
| Nov 15 | PREAUTHORIZED CREDIT | $9,133.93 |
| | LEADER DRUGSTORE CARDINALCP 241115 5832452 | |
| Nov 15 | PREAUTHORIZED CREDIT | $33,600.68 |
| | Mayne Pharma, In EDI PYMNTS 241115 10305387-202411 | |
| Nov 18 | PREAUTHORIZED CREDIT | $4,007.19 |
| | LEADER DRUGSTORE CARDINALCP 241118 5832452 | |
| Nov 19 | AUTOMATIC TRANSFER | $4,251.80 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 19 | PREAUTHORIZED CREDIT | $337.15 |
| | LEADER DRUGSTORE CARDINALCP 241119 5832452 | |
| Nov 21 | PREAUTHORIZED CREDIT | $441.79 |
| | LEADER DRUGSTORE CARDINALCP 241121 5832452 | |
| Nov 21 | PREAUTHORIZED CREDIT | $3,423.01 |
| | NYS DOH HCCLAIMPMT 021300074579953*11 41797357~ | |
| Nov 22 | PREAUTHORIZED CREDIT | $598.37 |
| | LEADER DRUGSTORE CARDINALCP 241122 5832452 | |
| Nov 25 | PREAUTHORIZED CREDIT | $654.49 |
| | LEADER DRUGSTORE CARDINALCP 241125 5832452 | |
| Nov 27 | PREAUTHORIZED CREDIT | $44.26 |
| | LEADER DRUGSTORE CARDINALCP 241127 5832452 | |
| Nov 27 | DEPOSIT | $7,834.89 |
| Nov 29 | PREAUTHORIZED CREDIT | $2,196.71 |
| | Monarch Specialt ePay brightscrip Period 68 Oct 1-15 2024 | |



## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Oct 31 | $0.00 | Nov 07 | $0.00 | Nov 15 | $0.00 | Nov 22 | $0.00 |
| Nov 01 | $0.00 | Nov 08 | $0.00 | Nov 18 | $0.00 | Nov 25 | $0.00 |
| Nov 04 | $0.00 | Nov 12 | $0.00 | Nov 19 | $0.00 | Nov 27 | $7,834.00 |
| Nov 05 | $0.00 | Nov 13 | -$18,300.44 | Nov 21 | $0.00 | Nov 29 | $0.00 |
| Nov 06 | $0.00 | Nov 14 | -$18,406.22 | | | | |