# SUPPORTING DOCUMENTATION

## (November 2024)



| | |
|---|---|
| | **Last Statement:** October 31, 2024 |
| | **Statement Ending:** November 29, 2024 |
| | **Page:** 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

17935 TWS380WR113024032758 01 000000000 45 007

PRO PHARMACY LLC
1421 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: XXXXXX7307 |
|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/24** | **$0.00** |
| + Deposits and Credits (51) | $252,191.64 |
| - Withdrawals and Debits (55) | $251,996.63 |
| **Ending Balance as of 11/29/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $195.01 |
| Number of Days in Statement Period | 29 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Nov 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241101 650000012526326 | -$1,596.20 |
| Nov 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$13,130.66 |
| Nov 04 | CASH MGMT TRSFR DR<br>REF 3090828L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$22,925.36 |
| Nov 04 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241104 2052047211 2220 | -$325.39 |
| Nov 04 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 241104 | -$922.02 |
| Nov 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$689.66 |
| Nov 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,547.48 |
| Nov 07 | CASH MGMT TRSFR DR<br>REF 3121406L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$3,547.04 |
| Nov 07 | PREAUTHORIZED DEBIT<br>LIPA DIRECTPAY 241107 0163401029 | -$354.00 |
| Nov 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c - 9679 Bill.com 016UKUSJG3JJW1T<br>Ac ct FNY369679 - Inv | -$3,650.60 |
| Nov 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$17,356.91 |
| Nov 12 | PREAUTHORIZED DEBIT<br>GOTO COMMUNICATI GOTO/JIVE 241112 | -$234.15 |
| Nov 12 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 241112 2057205344 2220 | -$360.00 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX7307 |
| **Statement Date:** | 11/29/2024 |
| **Page :** | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 12 | PREAUTHORIZED DEBIT<br>CITY MEDRX LLC MONEY OWED 241112 | -$2,752.01 |
| Nov 12 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 241112 ACH06248148 | -$2,975.51 |
| Nov 12 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241112 2052047211 2220 | -$15,234.95 |
| Nov 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$749.73 |
| Nov 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241113 | -$65.33 |
| Nov 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241113 | -$65.33 |
| Nov 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241113 | -$65.33 |
| Nov 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241113 | -$65.33 |
| Nov 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241113 | -$65.33 |
| Nov 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241113 | -$65.33 |
| Nov 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241113 | -$65.33 |
| Nov 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241113 | -$65.33 |
| Nov 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241113 | -$78.39 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com<br>016BUPHVI3JNBV9 In v 678410 | -$251.76 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables CSC B ill.com 016CZBGQW3 JNBVA Acct 8298031 - Inv<br>83345635 | -$400.00 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Integral RX B ill.com 016KTSWNR3 JNBVB Acct 15345 -<br>Multiple invoices | -$591.38 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016KSGWKE3JO4YU | -$19,377.27 |
| Nov 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 016UUUNBE3 JQEWJ Inv PNRX-173<br>951 | -$1,499.21 |
| Nov 15 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 241115 | -$162.99 |
| Nov 15 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 241115 | -$180.00 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$9,689.67 |
| Nov 18 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241118 2052047211 2220 | -$304.35 |
| Nov 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 10/24 | -$195.01 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$22,472.13 |
| Nov 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$608.08 |
| Nov 20 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 241120 | -$324.70 |



17935 0057669 0002-0006 00000000000000000



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7307 |
| **Statement Date:** | | 11/29/2024 |
| **Page :** | | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 20 | PREAUTHORIZED DEBIT | -$3,500.00 |
| | Bill.com Payables PioneerRx B ill.com 016YUGRRR3 JYSQ5 Inv PNRX-175 900 | |
| Nov 21 | PREAUTHORIZED DEBIT | -$495.01 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016HZRJTE3K0VLJ | |
| Nov 21 | AUTOMATIC TRANSFER | -$5,422.05 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 22 | PREAUTHORIZED DEBIT | -$302.45 |
| | REAL VALUE P4788 cash c&d 241122 13-PROPHRMCY | |
| Nov 22 | AUTOMATIC TRANSFER | -$23,461.82 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 25 | PREAUTHORIZED DEBIT | -$666.16 |
| | REPUBLIC PHARMAC CORP COLL 241125 | |
| Nov 25 | PREAUTHORIZED DEBIT | -$6,100.35 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016GDQPGH3K4M46 | |
| Nov 25 | PREAUTHORIZED DEBIT | -$25,257.83 |
| | CARDINAL HEALTH, XXXXXXXXXX 241125 2052047211 2220 | |
| Nov 26 | PREAUTHORIZED DEBIT | -$1,044.81 |
| | ParMed XXXXXXXXXX 241126 2057205344 2220 | |
| Nov 26 | PREAUTHORIZED DEBIT | -$16,958.78 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016ZGUJSW3K71K8 | |
| Nov 27 | PREAUTHORIZED DEBIT | -$251.73 |
| | Bill.com Payables Integral RX B ill.com 016KZAFLV3 K8N4B Acct 15345 - Inv 15840243 | |
| Nov 27 | PREAUTHORIZED DEBIT | -$370.76 |
| | REPUBLIC PHARMAC CORP COLL 241127 | |
| Nov 27 | AUTOMATIC TRANSFER | -$2,754.16 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 29 | PREAUTHORIZED DEBIT | -$114.64 |
| | OPTIMUM 7801 CABLE PMNT 241129 | |
| Nov 29 | PREAUTHORIZED DEBIT | -$257.67 |
| | REAL VALUE P4788 cash c&d 241129 13-PROPHRMCY | |
| Nov 29 | PREAUTHORIZED DEBIT | -$390.39 |
| | REPUBLIC PHARMAC CORP COLL 241129 | |
| Nov 29 | AUTOMATIC TRANSFER | -$18,833.78 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Nov 01 | PREAUTHORIZED CREDIT | $1,760.68 |
| | HRTLAND PMT SYS TXNS/FEES 241101 650000012526326 | |
| Nov 01 | PREAUTHORIZED CREDIT | $12,966.18 |
| | LEADER DRUGSTORE CARDINALCP 241101 5832705 | |
| Nov 04 | PREAUTHORIZED CREDIT | $1,691.60 |
| | HRTLAND PMT SYS TXNS/FEES 241104 650000012526326 | |
| Nov 04 | PREAUTHORIZED CREDIT | $2,003.94 |
| | HRTLAND PMT SYS TXNS/FEES 241104 650000012526326 | |
| Nov 04 | PREAUTHORIZED CREDIT | $5,129.70 |
| | LEADER DRUGSTORE CARDINALCP 241104 5832705 | |
| Nov 04 | PREAUTHORIZED CREDIT | $15,347.53 |
| | Prescription TRANSFER 241104 ST-I6E5G5K2M2I7 | |
| Nov 05 | PREAUTHORIZED CREDIT | $689.66 |
| | LEADER DRUGSTORE CARDINALCP 241105 5832705 | |



17935 0057670 0003-0006 0000000000000000



| Account Number: | XXXXXX7307 |
| Statement Date: | 11/29/2024 |
| Page : | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|----------:|
| Nov 06 | PREAUTHORIZED CREDIT | $66.06 |
| | LEADER DRUGSTORE CARDINALCP 241106 5832705 | |
| Nov 06 | PREAUTHORIZED CREDIT | $2,481.42 |
| | HRTLAND PMT SYS TXNS/FEES 241106 650000012526326 | |
| Nov 07 | PREAUTHORIZED CREDIT | $1,904.75 |
| | NYS DOH HCCLAIMPMT 021300074542618*11 41797357~ | |
| Nov 07 | PREAUTHORIZED CREDIT | $1,996.29 |
| | HRTLAND PMT SYS TXNS/FEES 241107 650000012526326 | |
| Nov 08 | PREAUTHORIZED CREDIT | $2,732.63 |
| | HRTLAND PMT SYS TXNS/FEES 241108 650000012526326 | |
| Nov 08 | PREAUTHORIZED CREDIT | $18,274.88 |
| | LEADER DRUGSTORE CARDINALCP 241108 5832705 | |
| Nov 12 | PREAUTHORIZED CREDIT | $2,003.52 |
| | HRTLAND PMT SYS TXNS/FEES 241112 650000012526326 | |
| Nov 12 | PREAUTHORIZED CREDIT | $2,085.63 |
| | HRTLAND PMT SYS TXNS/FEES 241112 650000012526326 | |
| Nov 12 | PREAUTHORIZED CREDIT | $4,085.32 |
| | LEADER DRUGSTORE CARDINALCP 241112 5832705 | |
| Nov 12 | PREAUTHORIZED CREDIT | $14,131.88 |
| | Prescription TRANSFER 241112 ST-B7G5S4E5S7R7 | |
| Nov 13 | PREAUTHORIZED CREDIT | $1,824.40 |
| | HRTLAND PMT SYS TXNS/FEES 241113 650000012526326 | |
| Nov 13 | PREAUTHORIZED CREDIT | $5,142.19 |
| | LEADER DRUGSTORE CARDINALCP 241113 5832705 | |
| Nov 14 | PREAUTHORIZED CREDIT | $30.00 |
| | Bill.com VoidPaymnt Ubiquiti Labs B ill.com 016NINEEO3 JR234 Multiple inv oices (details on | |
| Nov 14 | PREAUTHORIZED CREDIT | $205.00 |
| | Monarch Specialt ePay brightscrip Period 67 Sep 16-30 2024 | |
| Nov 14 | PREAUTHORIZED CREDIT | $2,335.82 |
| | HRTLAND PMT SYS TXNS/FEES 241114 650000012526326 | |
| Nov 14 | PREAUTHORIZED CREDIT | $2,675.48 |
| | NYS DOH HCCLAIMPMT 021300074561376*11 41797357~ | |
| Nov 15 | PREAUTHORIZED CREDIT | $1,569.45 |
| | HRTLAND PMT SYS TXNS/FEES 241115 650000012526326 | |
| Nov 15 | PREAUTHORIZED CREDIT | $18,970.97 |
| | LEADER DRUGSTORE CARDINALCP 241115 5832705 | |
| Nov 18 | PREAUTHORIZED CREDIT | $1,185.11 |
| | HRTLAND PMT SYS TXNS/FEES 241117 650000012526326 | |
| Nov 18 | PREAUTHORIZED CREDIT | $2,011.77 |
| | HRTLAND PMT SYS TXNS/FEES 241116 650000012526326 | |
| Nov 18 | PREAUTHORIZED CREDIT | $4,635.02 |
| | LEADER DRUGSTORE CARDINALCP 241118 5832705 | |
| Nov 18 | PREAUTHORIZED CREDIT | $15,139.59 |
| | Prescription TRANSFER 241118 ST-V1X9O6R5B5I7 | |
| Nov 19 | PREAUTHORIZED CREDIT | $608.08 |
| | LEADER DRUGSTORE CARDINALCP 241119 5832705 | |
| Nov 20 | AUTOMATIC TRANSFER | $2,000.34 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 20 | PREAUTHORIZED CREDIT | $1,824.36 |
| | HRTLAND PMT SYS TXNS/FEES 241120 650000012526326 | |
| Nov 21 | PREAUTHORIZED CREDIT | $1,470.47 |
| | HRTLAND PMT SYS TXNS/FEES 241121 650000012526326 | |
| Nov 21 | PREAUTHORIZED CREDIT | $4,446.59 |
| | NYS DOH HCCLAIMPMT 021300074579954*11 41797357~ | |
| Nov 22 | PREAUTHORIZED CREDIT | $2,475.15 |
| | HRTLAND PMT SYS TXNS/FEES 241122 650000012526326 | |

17935 0057671 0004-0006 00000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Nov 22 | PREAUTHORIZED CREDIT | $21,289.12 |
| | LEADER DRUGSTORE CARDINALCP 241122 5832705 | |
| Nov 25 | AUTOMATIC TRANSFER | $2,511.82 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 25 | PREAUTHORIZED CREDIT | $1,740.00 |
| | HRTLAND PMT SYS TXNS/FEES 241124 650000012526326 | |
| Nov 25 | PREAUTHORIZED CREDIT | $2,601.31 |
| | HRTLAND PMT SYS TXNS/FEES 241123 650000012526326 | |
| Nov 25 | PREAUTHORIZED CREDIT | $9,907.11 |
| | LEADER DRUGSTORE CARDINALCP 241125 5832705 | |
| Nov 25 | PREAUTHORIZED CREDIT | $15,264.10 |
| | Prescription TRANSFER 241125 ST-P3R6S4K2W7K6 | |
| Nov 26 | AUTOMATIC TRANSFER | $16,911.34 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 26 | PREAUTHORIZED CREDIT | $1,092.25 |
| | LEADER DRUGSTORE CARDINALCP 241126 5832705 | |
| Nov 27 | PREAUTHORIZED CREDIT | $266.90 |
| | LEADER DRUGSTORE CARDINALCP 241127 5832705 | |
| Nov 27 | PREAUTHORIZED CREDIT | $3,109.62 |
| | HRTLAND PMT SYS TXNS/FEES 241127 650000012526326 | |
| Nov 27 | DEPOSIT | $8,056.13 |
| Nov 29 | PREAUTHORIZED CREDIT | $450.78 |
| | Monarch Specialt ePay brightscrip Period 68 Oct 1-15 2024 | |
| Nov 29 | PREAUTHORIZED CREDIT | $713.35 |
| | LEADER DRUGSTORE CARDINALCP 241129 5832705 | |
| Nov 29 | PREAUTHORIZED CREDIT | $1,898.49 |
| | HRTLAND PMT SYS TXNS/FEES 241129 650000012526326 | |
| Nov 29 | PREAUTHORIZED CREDIT | $2,813.78 |
| | HRTLAND PMT SYS TXNS/FEES 241128 650000012526326 | |
| Nov 29 | PREAUTHORIZED CREDIT | $5,664.08 |
| | NYS DOH HCCLAIMPMT 021300074600036*11 41797357~ | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Oct 31 | $0.00 | Nov 07 | $0.00 | Nov 15 | $0.00 | Nov 22 | $0.00 |
| Nov 01 | $0.00 | Nov 08 | $0.00 | Nov 18 | $0.00 | Nov 25 | $0.00 |
| Nov 04 | $0.00 | Nov 12 | $0.00 | Nov 19 | $0.00 | Nov 26 | $0.00 |
| Nov 05 | $0.00 | Nov 13 | -$14,254.85 | Nov 20 | $0.00 | Nov 27 | $8,056.00 |
| Nov 06 | $0.00 | Nov 14 | -$10,507.76 | Nov 21 | $0.00 | Nov 29 | $0.00 |

