# SUPPORTING DOCUMENTATION

## (November 2024)

# Frost

P.O. Box 1600 San Antonio, Texas 78296 Member FDIC

FOR QUESTIONS CALL
210-220-5111 OR 1-800-513-7678

STATEMENT ISSUED
11-29-2024

Page 1 of 9

>>>

**OAKDELL COMPOUNDING PHARMACY LLC**
**7220 LOUIS PASTEUR DRIVE STE 176**
**SAN ANTONIO TX 78229**

0

We're here to help you protect yourself from fraudsters.
If you notice unusual activity on your account or for more
information call us 24/7 at (800)513-7678.

## ANALYZED CHECKING : ACCOUNT NO. ████████ 7730

| BALANCE LAST STATEMENT | DEPOSITS | | WITHDRAWALS | | BALANCE THIS STATEMENT |
|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | |
| 212,732.50 | 97 | 300,982.18 | 29 | 142,335.16 | 371,379.52 |

---------------------------------------- DEPOSITS/CREDITS ----------------------------------------

| DATE | TRANSACTION | AMOUNT | DATE | TRANSACTION | AMOUNT |
|---|---|---|---|---|---|
| 11-01 | DEPOSIT | 3.67 | 11-01 | DEPOSIT | 365.54 |
| 11-04 | DEPOSIT | 12.54 | 11-04 | DEPOSIT | 111.76 |
| 11-04 | DEPOSIT | 163.94 | 11-05 | DEPOSIT | 28.25 |
| 11-05 | DEPOSIT | 319.00 | 11-05 | DEPOSIT | 404.33 |
| 11-06 | DEPOSIT | 30.35 | 11-06 | DEPOSIT | 225.42 |
| 11-07 | DEPOSIT | 139.92 | 11-08 | DEPOSIT | 2,856.82 |
| 11-12 | DEPOSIT | 98.78 | 11-12 | DEPOSIT | 219.82 |
| 11-12 | DEPOSIT | 270.59 | 11-12 | DEPOSIT | 625.76 |
| 11-14 | DEPOSIT | 11.61 | 11-14 | DEPOSIT | 128.87 |
| 11-14 | DEPOSIT | 239.16 | 11-14 | DEPOSIT | 871.89 |
| 11-14 | DEPOSIT | 60,650.00 | 11-15 | DEPOSIT | 43.26 |
| 11-15 | DEPOSIT | 512.33 | 11-18 | DEPOSIT | 18.99 |
| 11-18 | DEPOSIT | 26.92 | 11-18 | DEPOSIT | 228.26 |
| 11-19 | DEPOSIT | 44.56 | 11-19 | DEPOSIT | 317.67 |
| 11-20 | DEPOSIT | 104.13 | 11-20 | DEPOSIT | 207.47 |
| 11-20 | DEPOSIT | 564.09 | 11-20 | DEPOSIT | 565.05 |
| 11-20 | DEPOSIT | 1,686.40 | 11-20 | DEPOSIT | 3,322.40 |
| 11-20 | DEPOSIT | 4,210.46 | 11-20 | DEPOSIT | 7,368.80 |
| 11-21 | DEPOSIT | 24.06 | 11-21 | DEPOSIT | 29.97 |
| 11-22 | DEPOSIT | 47.31 | 11-22 | DEPOSIT | 112.80 |
| 11-25 | DEPOSIT | 88.20 | 11-25 | DEPOSIT | 115.30 |
| 11-25 | DEPOSIT | 423.76 | 11-25 | DEPOSIT | 6,938.00 |
| 11-26 | DEPOSIT | 177.05 | 11-26 | DEPOSIT | 235.48 |
| 11-27 | DEPOSIT | 120.03 | 11-27 | DEPOSIT | 127.63 |
| 11-27 | DEPOSIT | 689.00 | 11-27 | DEPOSIT | 4.99 |
| 11-29 | DEPOSIT | 156.02 | | | |

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 11-01 | 9,792.37 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 11-04 | 5,102.13 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 11-04 | 8,676.69 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 11-05 | 8,388.50 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 11-06 | 6,720.29 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 11-07 | 4,907.11 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 11-08 | 15,771.09 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 11-12 | 3,187.29 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 11-12 | 4,532.12 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 11-12 | 9,649.04 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 11-13 | 505.98 | ELECTRONIC DEPOSIT | Bill.com        VoidPaymnt 016XMHQLK3JOUV9 |
| 11-13 | 6,417.18 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 11-14 | 9,316.73 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS TXNS/FEES 650000012553072 |
| 11-15 | 175.00 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 175.00 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 194.40 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 274.40 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 274.40 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 274.40 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 274.40 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 277.40 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 339.20 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.

**Please notify us of any changes of address immediately. To change your address follow these instructions:**

1) Make changes to the address information shown on the front of this statement.

2) List all accounts which should be updated including Checking, Savings, Money Market, CDs and Loans.

Account Number _____     Account Number _____
Account Number _____     Account Number _____
Account Number _____     Account Number _____

Signature _____

3) Clip and return to the bank and address listed on the front of this statement.

## How to balance your checkbook:

This worksheet will help you balance your checkbook. Before you begin, you'll need your checkbook register, your statement and any outstanding transactions not entered in your register.

| Worksheet | | Check Number/ Other Debits | Amount |
|---|---|---|---|
| 1. Enter balance shown on front of statement | $ _____ | | |
| | | | |
| 2. Subtract Line A (Checks / other debits not shown on this statement) | - $ _____ | | |
| | | | |
| | | | |
| 3. Subtotal | $ _____ | | |
| 4. Add Deposits / other credits not shown on statement | + $ _____ | | |
| | | | |
| 5. **Your Account Balance** | $ _____ | | |
| | | | |
| 6. Enter Your checkbook balance | $ _____ | | |
| | | | |
| 7. Subtract any bank charges that have not been entered in your checkbook | - $ _____ | | |
| | | | |
| | | | |
| 8. Subtotal | $ _____ | | |
| 9. Add any interest or other credits appearing on your statement that have not been entered in your checkbook | + $ _____ | | |
| | | | |
| | | | |
| 10. **Adjusted Checkbook Balance** | $ _____ | Total (Line A) | |

1. Be sure your checkbook register is complete. Verify that all outstanding transactions have been entered in your register.

2. Compare the check information on the front of the statement with your checkbook register. In your register, mark all the checks, ATM withdrawals or other debits on your statement to indicate that the funds have been withdrawn from your account. List any checks or other debits that are in your register, but not on your statement in the space provided above.

3. In your register, mark all deposits and other credits on your statement to indicate that the funds have been credited to your account. Write any deposits or other credits that are in your register, but not on your statement on Line 4.

4. To verify your statement balance, complete the worksheet above. Your account balance (Line 5) should match your adjusted checkbook balance figure (Line 10). If these balances are different, check the addition in your checkbook and review each step in the balancing procedure.

**Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and other Disclosures.**

# Frost

P.O. Box 1600 San Antonio, Texas 78296 Member FDIC

Case 24-11188-TMH   Doc 634-1   Filed 12/24/24   Page 4 of 7

FOR INFORMATION CALL
210-220-5111 OR 1-800-513-7678

STATEMENT ISSUED
11-29-2024

Page 3 of 9

OAKDELL COMPOUNDING PHARMACY LLC

**ANALYZED CHECKING :  ACCOUNT NO.  ███7730                    (CONTINUED)**

------------------------------ DEPOSITS/CREDITS ------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 11-15 | 379.20 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 379.20 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 379.20 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 528.80 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 528.80 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 528.80 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 528.80 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 528.80 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 588.80 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 718.40 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 718.40 | ELECTRONIC DEPOSIT | HEALTH HUMAN SVC INV-PAYMTS 17423875370000 |
| 11-15 | 12,058.83 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 11-18 | 5,517.71 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 11-18 | 10,566.71 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 11-19 | 6,268.44 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 11-20 | 132.10 | ELECTRONIC DEPOSIT | Bill.com         VoidPaymnt 016RSWYLU3JZCPB |
| 11-20 | 6,777.79 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 11-21 | 6,459.15 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 11-22 | 7,567.21 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 11-25 | 1,975.05 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 11-25 | 5,676.26 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 11-26 | 16,079.17 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 11-27 | 16,646.98 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 11-29 | 7,956.05 | ELECTRONIC DEPOSIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |

------------------------------ OTHER WITHDRAWALS/DEBITS ------------------------------

| DATE | AMOUNT | TRANSACTION | DESCRIPTION |
|---|---|---|---|
| 11-01 | 2,353.59 | ELECTRONIC DEBIT | MCKESSON DRUG    AUTO ACH   ACH06241410 |
| 11-01 | 4,666.55 | ELECTRONIC DEBIT | Bill.com         Payables   016MJCJGU3J9QBK |
| 11-01 | 5,927.14 | ELECTRONIC DEBIT | HRTLAND PMT SYS  TXNS/FEES  650000012553072 |
| 11-04 | 48.00 | ELECTRONIC DEBIT | HRTLAND PMT SYS  Chargeback 650000012553072 |
| 11-04 | 125.10 | ELECTRONIC DEBIT | BANKCARD         MTHLY DISC 000923700126490 |
| 11-04 | 3,864.29 | ELECTRONIC DEBIT | MCKESSON MED SUR MMS ACH    000000002837514 |
| 11-08 | 2,344.01 | ELECTRONIC DEBIT | MCKESSON DRUG    AUTO ACH   ACH06247340 |
| 11-08 | 21,828.58 | ELECTRONIC DEBIT | Bill.com         Payables   016EFFAR03JJVTK |
| 11-08 | 24,214.89 | ELECTRONIC DEBIT | Bill.com         Payables   016AURNUQ3JKEA3 |
| 11-12 | 1,302.31 | ELECTRONIC DEBIT | WEBFILE TAX PYMT DD         902/77377225 |
| 11-12 | 2,420.00 | ELECTRONIC DEBIT | Bill.com         Payables   016WNPKNF3JLYR8 |
| 11-13 | 14.00 | ELECTRONIC DEBIT | Bill.com         Payables   016VIQPAH3J03XJ |
| 11-13 | 577.60 | ELECTRONIC DEBIT | P I SERVICES LLC PAYMENTS |
| 11-14 | 1,274.57 | ELECTRONIC DEBIT | Bill.com         Payables   016HUDBRG3JQEZ5 |
| 11-15 | 1,403.39 | ELECTRONIC DEBIT | MCKESSON DRUG    AUTO ACH   ACH06263129 |
| 11-15 | 8,233.96 | ELECTRONIC DEBIT | Bill.com         Payables   016HEFSFV3JSXT3 |
| 11-18 | 53.43 | ELECTRONIC DEBIT | ATT              Payment    424830001CSR1D |
| 11-19 | 143.50 | ELECTRONIC DEBIT | MARSHALL SHREDDI SALE |
| 11-19 | 211.00 | ELECTRONIC DEBIT | Bill.com         Payables   016XHNSD83JX4VZ |
| 11-19 | 50.06 | ANALYSIS CHARGE | ACCOUNT ACTIVITY FOR PREVIOUS BILLING PERIOD |
| 11-20 | 642.10 | ELECTRONIC DEBIT | Bill.com         Payables   016QTZDWF3JYT4Z |
| 11-21 | 1,064.96 | ELECTRONIC DEBIT | CITY PUBLIC SRV  CPS WEBPMT 003004962472 |
| 11-21 | 1,740.36 | ELECTRONIC DEBIT | CITY PUBLIC SRV  CPS WEBPMT 003004962471 |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit Account Agreement and Other Disclosures.

FOR INFORMATION CALL
210-220-5111 OR 1-800-513-7678

**Frost**
P.O. Box 1600 San Antonio, Texas 78296 Member FDIC

STATEMENT ISSUED
11-29-2024

Page 4 of 9

OAKDELL COMPOUNDING PHARMACY LLC

ANALYZED CHECKING :   ACCOUNT NO. ▇▇▇▇7730                    (CONTINUED)
------------------------------------ OTHER WITHDRAWALS/DEBITS ------------------------------------

| DATE  | AMOUNT    | TRANSACTION      | DESCRIPTION   |            |                  |
|-------|-----------|------------------|---------------|------------|------------------|
| 11-21 | 2,236.12  | ELECTRONIC DEBIT | Bill.com      | Payables   | 016YBXVRW3K0VPQ  |
| 11-22 | 4,536.45  | ELECTRONIC DEBIT | MCKESSON DRUG | AUTO ACH   | ACH06269359      |
| 11-26 | 41,243.35 | ELECTRONIC DEBIT | Bill.com      | Payables   | 016GGHLC03K709C  |
| 11-27 | 238.13    | ELECTRONIC DEBIT | WEX INC       | FLEET DEBI | 9100007907913    |
| 11-27 | 1,039.30  | ELECTRONIC DEBIT | Bill.com      | Payables   | 016ZNDUHW3K8M10  |
| 11-29 | 3,240.41  | ELECTRONIC DEBIT | MCKESSON DRUG | AUTO ACH   | ACH06283743      |
| 11-29 | 5,298.01  | ELECTRONIC DEBIT | Bill.com      | Payables   | 016PMKCEU3KAPFX  |

--------------------------------------- DAILY BALANCE ---------------------------------------

| DATE  | BALANCE    | | DATE  | BALANCE    | | DATE  | BALANCE    |
|-------|------------|-|-------|------------|-|-------|------------|
| 10-31 | 212,732.50 | | 11-12 | 226,241.16 | | 11-21 | 361,838.88 |
| 11-01 | 209,946.80 | | 11-13 | 232,572.72 | | 11-22 | 365,029.75 |
| 11-04 | 219,976.47 | | 11-14 | 302,516.41 | | 11-25 | 380,246.32 |
| 11-05 | 229,116.55 | | 11-15 | 313,539.28 | | 11-26 | 355,494.67 |
| 11-06 | 236,092.61 | | 11-18 | 329,844.44 | | 11-27 | 371,800.88 |
| 11-07 | 241,139.64 | | 11-19 | 336,070.55 | | 11-29 | 371,379.52 |
| 11-08 | 211,380.07 | | 11-20 | 360,367.14 | |       |            |

Please examine your bank statement upon receipt and report any differences or irregularities as specified in the Deposit
Account Agreement and Other Disclosures.



| | |
|---|---|
| **Last Statement:** | October 31, 2024 |
| **Statement Ending:** | November 30, 2024 |
| **Page:** | 1 of 1 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



6629 TWS380WR113024032758 01 000000000 44 002
OAKDELL COMPOUNDING PHARMACY LLC
7220 LOUIS PASTEUR DRIVE SUITE 168
SAN ANTONIO TX 78229-4535

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING

**Account Number:    XXXXXX7950**

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/24** | **$0.00** |
| + Deposits and Credits (1) | $74.00 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 11/30/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $74.00 |
| Number of Days in Statement Period | 30 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Nov 18 | MAINTENANCE FEE | -$74.00 |
| | ANALYSIS ACTIVITY  FOR 10/24 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Nov 18 | AUTOMATIC TRANSFER | $74.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Daily Balances



| Date | Balance | Date | Balance |
|---|---|---|---|
| Oct 31 | $0.00 | Nov 18 | $0.00 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement |  |
|---|---|
| **Add** deposits made by you, but not shown on this statement. |  |
|  |  |
|  |  |
|  |  |
| **Subtotal** |  |
|  |  |
| 3. **List** total of checks outstanding |  |
| **Subtract** check total from above Subtotal |  |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.