# SUPPORTING DOCUMENTATION

## (November 2024)



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2024 through November 29, 2024
Account Number: ████████9817

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**



00005479 DDA 703 212  33524 NNNNNNNNNNN  1 000000000 61 0000

FIRSTCARE PHARMACY LLC
DEBTOR IN POSSESSION
18555 VENTURA BLVD STE A
TARZANA CA 91356-4192

## CHECKING SUMMARY  Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $3,680.00 |
| **Ending Balance** | 0 | $3,680.00 |

Your service charges, fees and earnings credit have been calculated through account analysis.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is
incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or
error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new
accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it
takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is
incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit
account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank



| | |
|---|---|
| **Last Statement:** | October 31, 2024 |
| **Statement Ending:** | November 29, 2024 |
| **Page:** | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



46144 TWS380WR113024032758 01 000000000 51 007
FIRSTCARE PHARMACY LLC
1440 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                    Account Number:    XXXXXX3476

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/24** | **$0.00** |
| + Deposits and Credits (79) | $2,088,886.43 |
| - Withdrawals and Debits (37) | $2,088,772.03 |
| **Ending Balance as of 11/29/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $114.40 |
| Number of Days in Statement Period | 29 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Nov 01 | CASH MGMT TRSFR DR<br>REF 3061221L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$135,119.93 |
| Nov 01 | PREAUTHORIZED DEBIT<br>LADWP WEB PAY 241101 9301632956 | -$708.23 |
| Nov 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241101 650000012411545 | -$1,537.23 |
| Nov 04 | CASH MGMT TRSFR DR<br>REF 3090827L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$63,863.05 |
| Nov 04 | PREAUTHORIZED DEBIT<br>ATT Payment 241103 | -$85.60 |
| Nov 05 | CASH MGMT TRSFR DR<br>REF 3100857L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$19,498.96 |
| Nov 06 | CASH MGMT TRSFR DR<br>REF 3110913L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$76,720.65 |
| Nov 07 | CASH MGMT TRSFR DR<br>REF 3121405L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$5,034.56 |
| Nov 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015GNTUUMQ8EFCQ | -$328,922.10 |
| Nov 12 | CASH MGMT TRSFR DR<br>REF 3171054L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$64,102.31 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Oak Drugs Inc B ill.com 016ZULNEW3 JNBCM Inv<br>195991 | -$294.00 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>015QIEGSQB8HS3D A cct 98 - Inv F2345 | -$907.50 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | Account Number: | XXXXXX3476 |
| --- | --- | --- | --- |
| | | Statement Date: | 11/29/2024 |
| | | Page : | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
| --- | --- | --- |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Oak Drugs Inc B ill.com 016WBNNHS3 JNBCL Multiple inv oices | -$1,931.76 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Blupax Pharma B ill.com 015CPIIHCD 8HDX1 Acct 4329CA1 855 - Inv 975554 | -$4,840.00 |
| Nov 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$103,082.82 |
| Nov 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015UULIXPJ 8JYDX Acct N494-78 9 - Inv PNRX-17145 | -$2,218.20 |
| Nov 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$62,408.03 |
| Nov 15 | CASH MGMT TRSFR DR<br>REF 3200733L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$233,477.33 |
| Nov 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,457.97 |
| Nov 18 | CASH MGMT TRSFR DR<br>REF 3230959L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$30,883.81 |
| Nov 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015IOTNUDO8O8DX | -$32,451.31 |
| Nov 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 10/24 | -$114.40 |
| Nov 19 | CASH MGMT TRSFR DR<br>REF 3241624L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$130,670.92 |
| Nov 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com 015NAGRIEO8QWW8 A cct 98 - Inv F2346 | -$892.50 |
| Nov 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Virtus Pharmaceuti cals LLC Bill.com 015ETKQTYL8Q9Y0 Ac ct 100532 - Inv 23 | -$9,310.00 |
| Nov 20 | CASH MGMT TRSFR DR<br>REF 3250911L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$84,655.46 |
| Nov 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015IEGJDUK8U30I | -$4,179.95 |
| Nov 22 | CASH MGMT TRSFR DR<br>REF 3271202L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$102,721.54 |
| Nov 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015VRBJCOG8W64F | -$3,308.00 |
| Nov 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Castleborn Investm ents Bill.com 015K KSXIRW8YS4J Inv RE -10000913 | -$6,718.75 |
| Nov 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015HZFSJBH8Y8OE | -$21,164.00 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,572.14 |
| Nov 26 | PREAUTHORIZED DEBIT<br>OUTCOMES OPERAT Payment 241126 | -$399.00 |
| Nov 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015TQTGFED91PWQ | -$405,041.55 |
| Nov 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Blupax Pharma B ill.com 015IKSOPDR 93FDU Acct 4329CA1 855 - Multiple inv | -$2,544.00 |

46144 0146302 0002-0006 0000000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3476 |
| **Statement Date:** | | 11/29/2024 |
| **Page :** | | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 27 | AUTOMATIC TRANSFER | -$109,262.78 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 29 | PREAUTHORIZED DEBIT | -$26,788.08 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015DWYO LUM95GAM Acct | |
| | FCA3 69452 - Multiple i | |
| Nov 29 | AUTOMATIC TRANSFER | -$9,998.01 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Nov 01 | PREAUTHORIZED CREDIT | $126.09 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910049755*13635696 42~ | |
| Nov 01 | PREAUTHORIZED CREDIT | $490.90 |
| | HRTLAND PMT SYS TXNS/FEES 241101 650000012411545 | |
| Nov 01 | PREAUTHORIZED CREDIT | $1,110.21 |
| | RXCROSSROADS BY HCCLAIMPMT 5717770*1203113620 \ | |
| Nov 01 | PREAUTHORIZED CREDIT | $18,285.11 |
| | ACCESS HEALTH ACCESS HEA 241101 5659771 | |
| Nov 01 | PREAUTHORIZED CREDIT | $117,353.08 |
| | CA HCCLAIMPMT 7004067069*1540849 793*198206820101~ | |
| Nov 04 | PREAUTHORIZED CREDIT | $819.28 |
| | HRTLAND PMT SYS TXNS/FEES 241104 650000012411545 | |
| Nov 04 | PREAUTHORIZED CREDIT | $1,046.50 |
| | HRTLAND PMT SYS TXNS/FEES 241104 650000012411545 | |
| Nov 04 | PREAUTHORIZED CREDIT | $10,678.75 |
| | Prescription TRANSFER 241104 ST-Q7I9U0M1T0C6 | |
| Nov 04 | PREAUTHORIZED CREDIT | $51,404.12 |
| | ACCESS HEALTH ACCESS HEA 241104 5659771 | |
| Nov 05 | PREAUTHORIZED CREDIT | $185.44 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910064596*13635696 42~ | |
| Nov 05 | PREAUTHORIZED CREDIT | $480.67 |
| | ACCESS HEALTH ACCESS HEA 241105 5659771 | |
| Nov 05 | PREAUTHORIZED CREDIT | $18,832.85 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007838549*14 31420563\ | |
| Nov 06 | PREAUTHORIZED CREDIT | $528.68 |
| | ACCESS HEALTH ACCESS HEA 241106 5659771 | |
| Nov 06 | PREAUTHORIZED CREDIT | $2,167.77 |
| | HRTLAND PMT SYS TXNS/FEES 241106 650000012411545 | |
| Nov 06 | PREAUTHORIZED CREDIT | $74,024.20 |
| | CAREMARK HCCLAIMPMT 2500503398*1752882 129*5659771\ | |
| Nov 07 | AUTOMATIC TRANSFER | $0.10 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 07 | PREAUTHORIZED CREDIT | $12.49 |
| | TMESYS LLC CLAIM PMT 241107 5659771 | |
| Nov 07 | PREAUTHORIZED CREDIT | $1,332.54 |
| | HRTLAND PMT SYS TXNS/FEES 241107 650000012411545 | |
| Nov 07 | PREAUTHORIZED CREDIT | $3,689.43 |
| | ACCESS HEALTH ACCESS HEA 241107 5659771 | |
| Nov 08 | AUTOMATIC TRANSFER | $169,259.42 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 08 | PREAUTHORIZED CREDIT | $387.56 |
| | HRTLAND PMT SYS TXNS/FEES 241108 650000012411545 | |
| Nov 08 | PREAUTHORIZED CREDIT | $8,491.41 |
| | ACCESS HEALTH ACCESS HEA 241108 5659771 | |

46144 0146303 0003-0006 0000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX3476 |
| **Statement Date:** | 11/29/2024 |
| **Page :** | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

46144 0146304 0004-0006 0000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Nov 08 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7004067942*1540849 793*198206820101~ | $150,783.71 |
| Nov 12 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2041422<br>*1341939227*000002 549*5659771\ | $25.49 |
| Nov 12 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910087444*13635696 42~ | $731.27 |
| Nov 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241112 650000012411545 | $1,249.58 |
| Nov 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241112 650000012411545 | $1,493.75 |
| Nov 12 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241111 5659771 | $9,579.30 |
| Nov 12 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241112 ST-Z6T9J6W5S4B4 | $11,258.13 |
| Nov 12 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007852220*14 31420563\ | $39,764.79 |
| Nov 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241113 650000012411545 | $699.64 |
| Nov 13 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241113 5659771 | $2,273.35 |
| Nov 13 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500514757*1752882 129*5659771\ | $108,083.09 |
| Nov 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241114 650000012411545 | $696.65 |
| Nov 14 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241114 5659771 | $1,463.45 |
| Nov 14 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 67 Sep 16-30 2024 | $16,033.65 |
| Nov 14 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910007794*13635696 42~ | $46,432.48 |
| Nov 15 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7211902*3205716594 *199999999\ | $475.66 |
| Nov 15 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241115 650000012411545 | $1,457.97 |
| Nov 15 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241115 5659771 | $19,020.64 |
| Nov 15 | PREAUTHORIZED CREDIT<br>Mayne Pharma, In EDI PYMNTS 241115 10305386-202411 | $213,981.03 |
| Nov 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $32,565.71 |
| Nov 18 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910102117*13635696 42~ | $824.92 |
| Nov 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241116 650000012411545 | $942.46 |
| Nov 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241117 650000012411545 | $1,224.72 |
| Nov 18 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5729438*1203113620 \ | $3,218.40 |
| Nov 18 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241118 ST-W0S0Y7O2R6J8 | $7,644.33 |
| Nov 18 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241118 5659771 | $17,028.98 |
| Nov 19 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910116904*13635696 42~ | $2,617.13 |
| Nov 19 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007865866*14 31420563\ | $23,901.34 |





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3476 |
| **Statement Date:** | | 11/29/2024 |
| **Page :** | | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Nov 19 | PREAUTHORIZED CREDIT | $114,354.95 |
| | CA HCCLAIMPMT 7003093571*1540849 793*198206820101~ | |
| Nov 20 | PREAUTHORIZED CREDIT | $1,357.40 |
| | HRTLAND PMT SYS TXNS/FEES 241120 650000012411545 | |
| Nov 20 | PREAUTHORIZED CREDIT | $83,298.06 |
| | CAREMARK HCCLAIMPMT 2500526242*1752882 129*5659771\ | |
| Nov 21 | AUTOMATIC TRANSFER | $51.55 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 21 | PREAUTHORIZED CREDIT | $11.38 |
| | TMESYS LLC CLAIM PMT 241121 5659771 | |
| Nov 21 | PREAUTHORIZED CREDIT | $940.86 |
| | HRTLAND PMT SYS TXNS/FEES 241121 650000012411545 | |
| Nov 21 | PREAUTHORIZED CREDIT | $3,176.16 |
| | ACCESS HEALTH ACCESS HEA 241121 5659771 | |
| Nov 22 | AUTOMATIC TRANSFER | $3,308.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 22 | PREAUTHORIZED CREDIT | $173.86 |
| | ACCESS HEALTH ACCESS HEA 241122 5659771 | |
| Nov 22 | PREAUTHORIZED CREDIT | $741.63 |
| | HRTLAND PMT SYS TXNS/FEES 241122 650000012411545 | |
| Nov 22 | PREAUTHORIZED CREDIT | $101,806.05 |
| | CA HCCLAIMPMT 7003093978*1540849 793*198206820101~ | |
| Nov 25 | PREAUTHORIZED CREDIT | $775.39 |
| | HRTLAND PMT SYS TXNS/FEES 241124 650000012411545 | |
| Nov 25 | PREAUTHORIZED CREDIT | $1,628.61 |
| | HRTLAND PMT SYS TXNS/FEES 241123 650000012411545 | |
| Nov 25 | PREAUTHORIZED CREDIT | $1,690.00 |
| | MEDE AMERICA CDA HCCLAIMPMT 7213563*3205716594 *199999999\ | |
| Nov 25 | PREAUTHORIZED CREDIT | $9,941.61 |
| | Prescription TRANSFER 241125 ST-R7W1P9J1Z6X8 | |
| Nov 25 | PREAUTHORIZED CREDIT | $15,419.28 |
| | ACCESS HEALTH ACCESS HEA 241125 5659771 | |
| Nov 26 | AUTOMATIC TRANSFER | $375,031.68 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 26 | PREAUTHORIZED CREDIT | $13.55 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910138522*13635696 42~ | |
| Nov 26 | PREAUTHORIZED CREDIT | $1,219.14 |
| | ACCESS HEALTH ACCESS HEA 241126 5659771 | |
| Nov 26 | PREAUTHORIZED CREDIT | $29,176.18 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007879572*14 31420563\ | |
| Nov 27 | PREAUTHORIZED CREDIT | $1,280.13 |
| | MEDE AMERICA CDA HCCLAIMPMT 7214965*3205716594 *199999999\ | |
| Nov 27 | PREAUTHORIZED CREDIT | $1,538.68 |
| | HRTLAND PMT SYS TXNS/FEES 241127 650000012411545 | |
| Nov 27 | PREAUTHORIZED CREDIT | $2,322.69 |
| | ACCESS HEALTH ACCESS HEA 241127 5659771 | |
| Nov 27 | PREAUTHORIZED CREDIT | $3,738.71 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910153124*13635696 42~ | |
| Nov 27 | PREAUTHORIZED CREDIT | $102,926.57 |
| | CAREMARK HCCLAIMPMT 2500537737*1752882 129*5659771\ | |
| Nov 29 | PREAUTHORIZED CREDIT | $1,252.78 |
| | HRTLAND PMT SYS TXNS/FEES 241128 650000012411545 | |
| Nov 29 | PREAUTHORIZED CREDIT | $1,402.12 |
| | HRTLAND PMT SYS TXNS/FEES 241129 650000012411545 | |
| Nov 29 | PREAUTHORIZED CREDIT | $12,691.68 |
| | ACCESS HEALTH ACCESS HEA 241128 5659771 | |
| Nov 29 | PREAUTHORIZED CREDIT | $21,439.51 |
| | Monarch Specialt ePay brightscrip Period 68 Oct 1-15 2024 | |

46144 0146305 0005-0006 00000000000000000



# WINTRUST BANK®

| Account Number: | XXXXXX3476 |
| Statement Date: | 11/29/2024 |
| Page : | 6 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Oct 31 | $0.00 | Nov 07 | $0.00 | Nov 15 | $0.00 | Nov 22 | $0.00 |
| Nov 01 | $0.00 | Nov 08 | $0.00 | Nov 18 | $0.00 | Nov 25 | $0.00 |
| Nov 04 | $0.00 | Nov 12 | $0.00 | Nov 19 | $0.00 | Nov 26 | $0.00 |
| Nov 05 | $0.00 | Nov 13 | $0.00 | Nov 20 | $0.00 | Nov 27 | $0.00 |
| Nov 06 | $0.00 | Nov 14 | $0.00 | Nov 21 | $0.00 | Nov 29 | $0.00 |

46144 0146306 0006-0006 0000000000000000

