# SUPPORTING DOCUMENTATION

## (November 2024)


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2024 through November 29, 2024

Account Number: ▆▆▆▆▆▆ **7201**

### CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**



00005594 DDA 703 212 33524 NNNNNNNNNNN 1 000000000 61 0000

EASYCARE PHARMACY LLC
DEBTOR IN POSSESSION
7320 WOODLAKE AVE STE 100
WEST HILLS CA 91307-1493

## CHECKING SUMMARY   Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3,268.33** |
| Deposits and Additions | 2 | 14,606.81 |
| **Ending Balance** | **2** | **$17,875.14** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/26 | Deposit | 2120270494 | $13,606.81 |
| 11/27 | Deposit | 2120230092 | 1,000.00 |
| **Total Deposits and Additions** | | | **$14,606.81** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/26 | $16,875.14 |
| 11/27 | 17,875.14 |



November 01, 2024 through November 29, 2024

Account Number: ███████████**7201**

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



| | |
|---|---|
| **Last Statement:** | October 31, 2024 |
| **Statement Ending:** | November 29, 2024 |
| **Page:** | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

42653 TWS380WR113024032758 01 000000000 51 007



EASYCARE PHARMACY LLC
1439 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                    Account Number:    XXXXXX7617

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/24** | **$0.00** |
| + Deposits and Credits (82) | $831,034.71 |
| - Withdrawals and Debits (37) | $830,919.11 |
| **Ending Balance as of 11/29/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $115.60 |
| Number of Days in Statement Period | 29 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Nov 01 | CASH MGMT TRSFR DR<br>REF 3061221L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$52,794.42 |
| Nov 01 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241101 650000012411487 | -$1,436.40 |
| Nov 04 | CASH MGMT TRSFR DR<br>REF 3090827L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$14,135.90 |
| Nov 04 | PREAUTHORIZED DEBIT<br>ADT SECURITY SER ADTPAPACH 241103 | -$110.50 |
| Nov 05 | CASH MGMT TRSFR DR<br>REF 3100857L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$16,576.07 |
| Nov 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>015KUHIEAG86D2K I nv FE12549 | -$915.00 |
| Nov 06 | CASH MGMT TRSFR DR<br>REF 3110913L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$63,294.57 |
| Nov 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,783.99 |
| Nov 08 | CASH MGMT TRSFR DR<br>REF 3130917L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$57,039.03 |
| Nov 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015UWBRSQQ8EFB8 | -$126,453.46 |
| Nov 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Oak Drugs Inc B ill.com 016BRWOLD3 JLU9V Inv<br>228142 | -$619.14 |
| Nov 12 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 241112 ACH06249605 | -$2,900.56 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX7617 |
|---|---|---|
| | Statement Date: | 11/29/2024 |
| | Page : | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 12 | AUTOMATIC TRANSFER | -$18,134.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 13 | PREAUTHORIZED DEBIT | -$349.00 |
| | OUTCOMES OPERAT Payment 241113 | |
| Nov 13 | PREAUTHORIZED DEBIT | -$802.50 |
| | Bill.com Payables American Flyer Dis tribution Bill.com 015BRUEQGY8HR0Z I nv FE12550 | |
| Nov 13 | AUTOMATIC TRANSFER | -$55,698.62 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 14 | PREAUTHORIZED DEBIT | -$11,099.42 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015HBNRELO8JY8U | |
| Nov 15 | PREAUTHORIZED DEBIT | -$604.24 |
| | Bill.com Payables Blupax Pharma B ill.com 015NORCMOC 8MAO1 Acct 4479CA7 320 - Multiple inv | |
| Nov 15 | AUTOMATIC TRANSFER | -$11,747.39 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 18 | CASH MGMT TRSFR DR | -$35,238.15 |
| | REF 3230959L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Nov 18 | PREAUTHORIZED DEBIT | -$735.72 |
| | Bill.com Payables JG Pharma Inc. B ill.com 015SQOGCSI 8O7YU Acct 7735919 - Inv 15625225 | |
| Nov 18 | MAINTENANCE FEE | -$115.60 |
| | ANALYSIS ACTIVITY  FOR 10/24 | |
| Nov 19 | PREAUTHORIZED DEBIT | -$547.50 |
| | Bill.com Payables American Flyer Dis tribution Bill.com 015QNMBKAG8QWJ6 I nv FE12551 | |
| Nov 19 | PREAUTHORIZED DEBIT | -$32,338.21 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015JZVVCVZ8RH2T | |
| Nov 19 | AUTOMATIC TRANSFER | -$26,203.67 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 20 | CASH MGMT TRSFR DR | -$54,851.11 |
| | REF 3250910L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Nov 20 | PREAUTHORIZED DEBIT | -$855.84 |
| | Bill.com Payables Blupax Pharma B ill.com 015LEFTYJE 8SA9X Acct 4479CA7 320 - Inv 977511 | |
| Nov 21 | PREAUTHORIZED DEBIT | -$619.14 |
| | OAKDRUGSINC PURCHASE 241121 EASYCARE PHARMA | |
| Nov 21 | PREAUTHORIZED DEBIT | -$17,685.05 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015SCXQTBE8U2RP | |
| Nov 21 | AUTOMATIC TRANSFER | -$2,383.83 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 22 | CASH MGMT TRSFR DR | -$44,319.53 |
| | REF 3271201L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Nov 22 | PREAUTHORIZED DEBIT | -$9,310.00 |
| | Bill.com Payables Virtus Pharmaceuti cals LLC Bill.com 015BMNFKZQ8W621 Ac ct 100533 - Inv 23 | |
| Nov 25 | PREAUTHORIZED DEBIT | -$7,807.67 |
| | Bill.com Payables HCP Inc B ill.com 015KJWDOFS 8YS0R Acct 0301488 2 - Inv RE-1000091 | |
| Nov 25 | PREAUTHORIZED DEBIT | -$9,872.04 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015KVEF TJH8Y8L1 Acct FCA3 69451 - Inv 927985 | |
| Nov 26 | PREAUTHORIZED DEBIT | -$51,629.05 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015IHLTZPK91PPS | |





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7617 |
| **Statement Date:** | | 11/29/2024 |
| **Page :** | | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Nov 27 | AUTOMATIC TRANSFER | -$72,330.94 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 29 | PREAUTHORIZED DEBIT | -$121.23 |
| | SPECTRUM SPECTRUM 241129 | |
| Nov 29 | AUTOMATIC TRANSFER | -$26,576.22 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Nov 01 | PREAUTHORIZED CREDIT | $1,088.01 |
| | HRTLAND PMT SYS TXNS/FEES 241101 650000012411487 | |
| Nov 01 | PREAUTHORIZED CREDIT | $1,799.47 |
| | TRICARE-ONLY DOD REMIT TRN*1*03204838*143 1420563\ | |
| Nov 01 | PREAUTHORIZED CREDIT | $1,983.57 |
| | RXCROSSROADS BY HCCLAIMPMT 5717745*1203113620 \ | |
| Nov 01 | PREAUTHORIZED CREDIT | $9,690.85 |
| | ACCESS HEALTH ACCESS HEA 241101 5661649 | |
| Nov 01 | PREAUTHORIZED CREDIT | $39,668.92 |
| | CA HCCLAIMPMT 7001432140*1540849 793*118416673802~ | |
| Nov 04 | PREAUTHORIZED CREDIT | $1,157.61 |
| | HRTLAND PMT SYS TXNS/FEES 241104 650000012411487 | |
| Nov 04 | PREAUTHORIZED CREDIT | $1,937.26 |
| | HRTLAND PMT SYS TXNS/FEES 241104 650000012411487 | |
| Nov 04 | PREAUTHORIZED CREDIT | $4,258.23 |
| | Prescription TRANSFER 241104 ST-M2I6G3D5E5J8 | |
| Nov 04 | PREAUTHORIZED CREDIT | $6,893.30 |
| | ACCESS HEALTH ACCESS HEA 241104 5661649 | |
| Nov 05 | AUTOMATIC TRANSFER | $915.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 05 | PREAUTHORIZED CREDIT | $1,744.69 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910064636*13635696 42~ | |
| Nov 05 | PREAUTHORIZED CREDIT | $4,324.74 |
| | ACCESS HEALTH ACCESS HEA 241105 5661649 | |
| Nov 05 | PREAUTHORIZED CREDIT | $10,506.64 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007838518*14 31420563\ | |
| Nov 06 | PREAUTHORIZED CREDIT | $951.65 |
| | ACCESS HEALTH ACCESS HEA 241106 5661649 | |
| Nov 06 | PREAUTHORIZED CREDIT | $1,325.90 |
| | HRTLAND PMT SYS TXNS/FEES 241106 650000012411487 | |
| Nov 06 | PREAUTHORIZED CREDIT | $61,017.02 |
| | CAREMARK HCCLAIMPMT 2500503419*1752882 129*5661649\ | |
| Nov 07 | PREAUTHORIZED CREDIT | $100.00 |
| | ACCESS HEALTH ACCESS HEA 241107 5661649 | |
| Nov 07 | PREAUTHORIZED CREDIT | $2,683.99 |
| | HRTLAND PMT SYS TXNS/FEES 241107 650000012411487 | |
| Nov 08 | AUTOMATIC TRANSFER | $126,453.46 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 08 | PREAUTHORIZED CREDIT | $776.21 |
| | MATCHRX ACH Paymen 241108 57421040 | |
| Nov 08 | PREAUTHORIZED CREDIT | $912.20 |
| | HRTLAND PMT SYS TXNS/FEES 241108 650000012411487 | |
| Nov 08 | PREAUTHORIZED CREDIT | $14,555.06 |
| | ACCESS HEALTH ACCESS HEA 241108 5661649 | |
| Nov 08 | PREAUTHORIZED CREDIT | $40,795.56 |
| | CA HCCLAIMPMT 7001435971*1540849 793*118416673802~ | |





| | |
|---|---|
| **Account Number:** | XXXXXX7617 |
| **Statement Date:** | 11/29/2024 |
| **Page :** | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Nov 12 | PREAUTHORIZED CREDIT | $29.95 |
| | Bill.com VoidPaymnt GLS B ill.com 015EGLCFDA 8GQ7X Acct 82502 - Inv 5320324 | |
| Nov 12 | PREAUTHORIZED CREDIT | $792.14 |
| | HRTLAND PMT SYS TXNS/FEES 241112 650000012411487 | |
| Nov 12 | PREAUTHORIZED CREDIT | $1,230.91 |
| | HRTLAND PMT SYS TXNS/FEES 241112 650000012411487 | |
| Nov 12 | PREAUTHORIZED CREDIT | $2,221.66 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910087491*13635696 42~ | |
| Nov 12 | PREAUTHORIZED CREDIT | $3,558.49 |
| | Prescription TRANSFER 241112 ST-X7G9G9K9S6Q0 | |
| Nov 12 | PREAUTHORIZED CREDIT | $3,983.00 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007852189*14 31420563\ | |
| Nov 12 | PREAUTHORIZED CREDIT | $9,837.55 |
| | ACCESS HEALTH ACCESS HEA 241111 5661649 | |
| Nov 13 | PREAUTHORIZED CREDIT | $1,696.07 |
| | ACCESS HEALTH ACCESS HEA 241113 5661649 | |
| Nov 13 | PREAUTHORIZED CREDIT | $1,950.29 |
| | HRTLAND PMT SYS TXNS/FEES 241113 650000012411487 | |
| Nov 13 | PREAUTHORIZED CREDIT | $53,203.76 |
| | CAREMARK HCCLAIMPMT 2500514777*1752882 129*5661649\ | |
| Nov 14 | AUTOMATIC TRANSFER | $603.27 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 14 | PREAUTHORIZED CREDIT | $4.19 |
| | ACCESS HEALTH ACCESS HEA 241114 5661649 | |
| Nov 14 | PREAUTHORIZED CREDIT | $535.93 |
| | HRTLAND PMT SYS TXNS/FEES 241114 650000012411487 | |
| Nov 14 | PREAUTHORIZED CREDIT | $2,706.05 |
| | Monarch Specialt ePay brightscrip Period 67 Sep 16-30 2024 | |
| Nov 14 | PREAUTHORIZED CREDIT | $7,249.98 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910007818*13635696 42~ | |
| Nov 15 | PREAUTHORIZED CREDIT | $1,297.04 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04208737*143 1420563\ | |
| Nov 15 | PREAUTHORIZED CREDIT | $2,382.79 |
| | HRTLAND PMT SYS TXNS/FEES 241115 650000012411487 | |
| Nov 15 | PREAUTHORIZED CREDIT | $8,671.80 |
| | ACCESS HEALTH ACCESS HEA 241115 5661649 | |
| Nov 18 | AUTOMATIC TRANSFER | $851.32 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 18 | PREAUTHORIZED CREDIT | $309.15 |
| | RXCROSSROADS BY HCCLAIMPMT 5729413*1203113620 \ | |
| Nov 18 | PREAUTHORIZED CREDIT | $1,668.67 |
| | HRTLAND PMT SYS TXNS/FEES 241117 650000012411487 | |
| Nov 18 | PREAUTHORIZED CREDIT | $2,213.25 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910102157*13635696 42~ | |
| Nov 18 | PREAUTHORIZED CREDIT | $3,055.29 |
| | HRTLAND PMT SYS TXNS/FEES 241116 650000012411487 | |
| Nov 18 | PREAUTHORIZED CREDIT | $4,731.27 |
| | Prescription TRANSFER 241118 ST-Z6G3G8H3L3L8 | |
| Nov 18 | PREAUTHORIZED CREDIT | $23,260.52 |
| | ACCESS HEALTH ACCESS HEA 241118 5661649 | |
| Nov 19 | PREAUTHORIZED CREDIT | $751.69 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910116943*13635696 42~ | |
| Nov 19 | PREAUTHORIZED CREDIT | $9,408.00 |
| | Bill.com VoidPaymnt ChartwellRx B ill.com 015SVPIOFG 8R3EU Inv 149191 | |
| Nov 19 | PREAUTHORIZED CREDIT | $10,121.00 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007865835*14 31420563\ | |



42653 0134312 0004-0006 00000000000000000000



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Nov 19 | PREAUTHORIZED CREDIT | $38,808.69 |
| | CA HCCLAIMPMT 7001441097*1540849 793*118416673802~ | |
| Nov 20 | AUTOMATIC TRANSFER | $855.84 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 20 | PREAUTHORIZED CREDIT | $1,084.51 |
| | HRTLAND PMT SYS TXNS/FEES 241120 650000012411487 | |
| Nov 20 | PREAUTHORIZED CREDIT | $1,862.11 |
| | ACCESS HEALTH ACCESS HEA 241120 5661649 | |
| Nov 20 | PREAUTHORIZED CREDIT | $51,904.49 |
| | CAREMARK HCCLAIMPMT 2500526262*1752882 129*5661649\ | |
| Nov 21 | PREAUTHORIZED CREDIT | $1,910.58 |
| | HRTLAND PMT SYS TXNS/FEES 241121 650000012411487 | |
| Nov 21 | PREAUTHORIZED CREDIT | $18,777.44 |
| | ACCESS HEALTH ACCESS HEA 241121 5661649 | |
| Nov 22 | AUTOMATIC TRANSFER | $9,310.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 22 | PREAUTHORIZED CREDIT | $22.03 |
| | DREXI INC ACH 241122 5661649 | |
| Nov 22 | PREAUTHORIZED CREDIT | $1,682.22 |
| | HRTLAND PMT SYS TXNS/FEES 241122 650000012411487 | |
| Nov 22 | PREAUTHORIZED CREDIT | $42,615.28 |
| | CA HCCLAIMPMT 7001444782*1540849 793*118416673802~ | |
| Nov 25 | AUTOMATIC TRANSFER | $1,794.46 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 25 | PREAUTHORIZED CREDIT | $1,367.38 |
| | HRTLAND PMT SYS TXNS/FEES 241124 650000012411487 | |
| Nov 25 | PREAUTHORIZED CREDIT | $1,590.86 |
| | HRTLAND PMT SYS TXNS/FEES 241123 650000012411487 | |
| Nov 25 | PREAUTHORIZED CREDIT | $1,968.22 |
| | MEDE AMERICA CDA HCCLAIMPMT 7213620*3205716594 *199999999\ | |
| Nov 25 | PREAUTHORIZED CREDIT | $2,416.54 |
| | ACCESS HEALTH ACCESS HEA 241125 5661649 | |
| Nov 25 | PREAUTHORIZED CREDIT | $8,542.25 |
| | Prescription TRANSFER 241125 ST-V2B8E3T2I7I7 | |
| Nov 26 | AUTOMATIC TRANSFER | $39,802.91 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 26 | PREAUTHORIZED CREDIT | $1,094.79 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910138561*13635696 42~ | |
| Nov 26 | PREAUTHORIZED CREDIT | $10,731.35 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007879542*14 31420563\ | |
| Nov 27 | PREAUTHORIZED CREDIT | $909.83 |
| | MEDE AMERICA CDA HCCLAIMPMT 7215014*3205716594 *199999999\ | |
| Nov 27 | PREAUTHORIZED CREDIT | $1,038.23 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910153165*13635696 42~ | |
| Nov 27 | PREAUTHORIZED CREDIT | $1,457.47 |
| | MATCHRX ACH Paymen 241127 34790613 | |
| Nov 27 | PREAUTHORIZED CREDIT | $1,777.04 |
| | HRTLAND PMT SYS TXNS/FEES 241127 650000012411487 | |
| Nov 27 | PREAUTHORIZED CREDIT | $3,391.97 |
| | ACCESS HEALTH ACCESS HEA 241127 5661649 | |
| Nov 27 | PREAUTHORIZED CREDIT | $63,756.40 |
| | CAREMARK HCCLAIMPMT 2500537757*1752882 129*5661649\ | |
| Nov 29 | PREAUTHORIZED CREDIT | $1,502.05 |
| | HRTLAND PMT SYS TXNS/FEES 241129 650000012411487 | |
| Nov 29 | PREAUTHORIZED CREDIT | $2,641.38 |
| | HRTLAND PMT SYS TXNS/FEES 241128 650000012411487 | |
| Nov 29 | PREAUTHORIZED CREDIT | $2,817.40 |
| | TRICARE-ONLY DOD REMIT TRN*1*03210283*143 1420563\ | |

42653 0134313 0005-0006 0000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Nov 29 | PREAUTHORIZED CREDIT | $8,440.46 |
| | Monarch Specialt ePay brightscrip Period 68 Oct 1-15 2024 | |
| Nov 29 | PREAUTHORIZED CREDIT | $11,296.16 |
| | ACCESS HEALTH ACCESS HEA 241128 5661649 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Oct 31 | $0.00 | Nov 07 | $0.00 | Nov 15 | $0.00 | Nov 22 | $0.00 |
| Nov 01 | $0.00 | Nov 08 | $0.00 | Nov 18 | $0.00 | Nov 25 | $0.00 |
| Nov 04 | $0.00 | Nov 12 | $0.00 | Nov 19 | $0.00 | Nov 26 | $0.00 |
| Nov 05 | $0.00 | Nov 13 | $0.00 | Nov 20 | $0.00 | Nov 27 | $0.00 |
| Nov 06 | $0.00 | Nov 14 | $0.00 | Nov 21 | $0.00 | Nov 29 | $0.00 |

42653 0134314 0006-0006 0000000000000000000

