# SUPPORTING DOCUMENTATION

## (November 2024)



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2024 through November 29, 2024
Account Number: ██████████ 2236



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00003787 DDA 703 212  33524 NNNNNNNNNNN  1 000000000 60 0000

PRIMECARE PHARMACY, LLC
DEBTOR IN POSSESSION
32144 AGOURA RD STE 101
WESTLAKE VILLAGE CA 91361-4037

## CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$2,535.68** |
| Electronic Withdrawals | 1 | - 16.01 |
| **Ending Balance** | **1** | **$2,519.67** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | Orig CO Name:Hrtland Pmt Sys      Orig ID:Wfbehps001 Desc Date:      CO | $16.01 |
|  | Entry Descr:Txns/Fees Sec:CCD    Trace#:091000018766866 Eed:241104   Ind |  |
|  | ID:650000012411073        Ind Name:Primecare Pharmacy Trn: 3098766866Tc |  |
| **Total Electronic Withdrawals** |  | **$16.01** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/04 | $2,519.67 |



November 01, 2024 through November 29, 2024
Account Number: ███████████ **2236**

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



| | |
|---|---|
| **Last Statement:** | October 31, 2024 |
| **Statement Ending:** | November 29, 2024 |
| **Page:** | 1 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

38249 TWS380WR113024032758 01 000000000 50 005



PRIMECARE PHARMACY LLC
1437 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

38249 0120442 0001-0004 00000000000000000000

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: | XXXXXX1761 |
|---|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/24** | **$0.00** |
| + Deposits and Credits (52) | $1,063,836.18 |
| - Withdrawals and Debits (29) | $1,063,722.61 |
| **Ending Balance as of 11/29/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $113.57 |
| Number of Days in Statement Period | 29 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Nov 01 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$33,109.97 |
| Nov 04 | CASH MGMT TRSFR DR<br>REF 3090828L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$27,100.67 |
| Nov 05 | CASH MGMT TRSFR DR<br>REF 3100858L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$48,384.54 |
| Nov 06 | CASH MGMT TRSFR DR<br>REF 3110914L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$88,746.36 |
| Nov 06 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 241106 | -$151.22 |
| Nov 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$539.34 |
| Nov 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$41,799.67 |
| Nov 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables CSC B ill.com 015GMWQMEV 8GHO1 Inv 83346045 | -$200.00 |
| Nov 12 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 241112 2057179792 2220 | -$1,276.67 |
| Nov 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$41,890.16 |
| Nov 13 | PREAUTHORIZED DEBIT<br>OUTCOMES OPERAT Payment 241113 | -$349.00 |
| Nov 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015QRAFUYE8I1JG | -$260,188.32 |
| Nov 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015PBDSOMC 8K5JP Acct N506.27<br>4 - Inv PNRX-17394 | -$1,286.34 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| | **Account Number:** | XXXXXX1761 |
| | **Statement Date:** | 11/29/2024 |
| | **Page :** | 2 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|-------------:|
| Nov 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables Wis International Bill.com 015UYAIGW I8MCOE Inv 01-1133 083 | -$260.00 |
| Nov 18 | CASH MGMT TRSFR DR<br>REF 3231155L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$30,319.39 |
| Nov 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 10/24 | -$113.57 |
| Nov 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015UABA EMV8QF51 Acct FCA3 69428 - Multiple i | -$5,158.76 |
| Nov 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARCUTIS BIOTHERAPE UTICS INC Bill.com 015FDLSPWO8QZTT I nv 24570 | -$16,597.20 |
| Nov 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$50,872.44 |
| Nov 20 | CASH MGMT TRSFR DR<br>REF 3250911L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$74,405.18 |
| Nov 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015YGJWNGH 8U5DI Inv 184107 | -$2,652.00 |
| Nov 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,053.02 |
| Nov 22 | CASH MGMT TRSFR DR<br>REF 3271523L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$43,942.29 |
| Nov 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015DNMU SXE8W6PS Acct FCA3 69428 - Multiple i | -$912.88 |
| Nov 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$26,762.65 |
| Nov 26 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 241126 2057179792 2220 | -$932.88 |
| Nov 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015ZHNHGKH91ZX8 | -$155,062.46 |
| Nov 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Mayne Pharma - 783 B Bill.com 015IQAU JSM93IC1 Acct 1011 783B - Multiple in | -$10,654.32 |
| Nov 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$68,653.25 |
| Nov 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$26,461.63 |

## Credits

| Date | Description | Additions |
|------|-------------|----------:|
| Nov 01 | PREAUTHORIZED CREDIT<br>TRICARE-ONLY DOD REMIT TRN*1*03204837*143 1420563\ | $1,799.47 |
| Nov 01 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5717757*1203113620 \ | $2,851.42 |
| Nov 01 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241101 5660801 | $11,539.35 |
| Nov 01 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001430992*1540849 793*140730146801~ | $16,919.73 |
| Nov 04 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241104 ST-Z0K6M4J5X6F7 | $6,761.41 |



38249 0120444 0002-0004 0000000000000000



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX1761 |
| **Statement Date:** | | 11/29/2024 |
| **Page :** | | 3 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Nov 04 | PREAUTHORIZED CREDIT | $20,339.26 |
| | ACCESS HEALTH ACCESS HEA 241104 5660801 | |
| Nov 05 | PREAUTHORIZED CREDIT | $4,515.11 |
| | ACCESS HEALTH ACCESS HEA 241105 5660801 | |
| Nov 05 | PREAUTHORIZED CREDIT | $43,869.43 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007838545*14 31420563\ | |
| Nov 06 | PREAUTHORIZED CREDIT | $6,131.55 |
| | ACCESS HEALTH ACCESS HEA 241106 5660801 | |
| Nov 06 | PREAUTHORIZED CREDIT | $82,766.03 |
| | CAREMARK HCCLAIMPMT 2500503407*1752882 129*5660801\ | |
| Nov 07 | PREAUTHORIZED CREDIT | $539.34 |
| | ACCESS HEALTH ACCESS HEA 241107 5660801 | |
| Nov 08 | PREAUTHORIZED CREDIT | $16,444.97 |
| | ACCESS HEALTH ACCESS HEA 241108 5660801 | |
| Nov 08 | PREAUTHORIZED CREDIT | $25,354.70 |
| | CA HCCLAIMPMT 7001437397*1540849 793*140730146801~ | |
| Nov 12 | PREAUTHORIZED CREDIT | $692.04 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910087467*13635696 42~ | |
| Nov 12 | PREAUTHORIZED CREDIT | $5,093.62 |
| | Prescription TRANSFER 241112 ST-O8A2W4O8J9P5 | |
| Nov 12 | PREAUTHORIZED CREDIT | $13,071.31 |
| | ACCESS HEALTH ACCESS HEA 241111 5660801 | |
| Nov 12 | PREAUTHORIZED CREDIT | $24,509.86 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007852216*14 31420563\ | |
| Nov 13 | PREAUTHORIZED CREDIT | $5,288.86 |
| | ACCESS HEALTH ACCESS HEA 241113 5660801 | |
| Nov 13 | PREAUTHORIZED CREDIT | $76,687.14 |
| | CAREMARK HCCLAIMPMT 2500514766*1752882 129*5660801\ | |
| Nov 14 | PREAUTHORIZED CREDIT | $214.16 |
| | ACCESS HEALTH ACCESS HEA 241114 5660801 | |
| Nov 14 | PREAUTHORIZED CREDIT | $28,051.82 |
| | Monarch Specialt ePay brightscrip Period 67 Sep 16-30 2024 | |
| Nov 14 | PREAUTHORIZED CREDIT | $31,018.85 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910007807*13635696 42~ | |
| Nov 15 | AUTOMATIC TRANSFER | $110,812.06 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 15 | PREAUTHORIZED CREDIT | $356.71 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04208735*143 1420563\ | |
| Nov 15 | PREAUTHORIZED CREDIT | $9,654.06 |
| | ACCESS HEALTH ACCESS HEA 241115 5660801 | |
| Nov 18 | AUTOMATIC TRANSFER | $113.57 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Nov 18 | PREAUTHORIZED CREDIT | $13.02 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910102137*13635696 42~ | |
| Nov 18 | PREAUTHORIZED CREDIT | $1,108.36 |
| | RXCROSSROADS BY HCCLAIMPMT 5729424*1203113620 \ | |
| Nov 18 | PREAUTHORIZED CREDIT | $6,706.33 |
| | Prescription TRANSFER 241118 ST-Q2L5P8C4C2H3 | |
| Nov 18 | PREAUTHORIZED CREDIT | $22,491.68 |
| | ACCESS HEALTH ACCESS HEA 241118 5660801 | |
| Nov 19 | PREAUTHORIZED CREDIT | $25.00 |
| | ACCESS HEALTH ACCESS HEA 241119 5660801 | |
| Nov 19 | PREAUTHORIZED CREDIT | $1,441.94 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910116924*13635696 42~ | |
| Nov 19 | PREAUTHORIZED CREDIT | $32,008.57 |
| | CA HCCLAIMPMT 7001442477*1540849 793*140730146801~ | |
| Nov 19 | PREAUTHORIZED CREDIT | $39,152.89 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007865862*14 31420563\ | |

38249 0120445 0003-0004 0000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Nov 20 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241120 5660801 | $4,301.76 |
| Nov 20 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500526251*1752882 129*5660801\ | $70,103.42 |
| Nov 21 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241121 5660801 | $7,705.02 |
| Nov 22 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001443679*1540849 793*140730146801~ | $44,855.17 |
| Nov 25 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7213588*3205716594 *199999999\ | $90.00 |
| Nov 25 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241125 ST-I5U3V6N4G0N7 | $5,838.55 |
| Nov 25 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241125 5660801 | $20,834.10 |
| Nov 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $120,246.98 |
| Nov 26 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241126 5660801 | $512.42 |
| Nov 26 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910138541*13635696 42~ | $1,398.97 |
| Nov 26 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007879568*14 31420563\ | $33,836.97 |
| Nov 27 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7214987*3205716594 *199999999\ | $773.39 |
| Nov 27 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241127 5660801 | $1,638.63 |
| Nov 27 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500537746*1752882 129*5660801\ | $76,895.55 |
| Nov 29 | PREAUTHORIZED CREDIT<br>TRICARE-ONLY DOD REMIT TRN*1*03210281*143 1420563\ | $255.27 |
| Nov 29 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04211744*143 1420563\ | $3,614.87 |
| Nov 29 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241128 5660801 | $9,736.71 |
| Nov 29 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 68 Oct 1-15 2024 | $12,854.78 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Oct 31 | $0.00 | Nov 07 | $0.00 | Nov 15 | $0.00 | Nov 22 | $0.00 |
| Nov 01 | $0.00 | Nov 08 | $0.00 | Nov 18 | $0.00 | Nov 25 | $0.00 |
| Nov 04 | $0.00 | Nov 12 | $0.00 | Nov 19 | $0.00 | Nov 26 | $0.00 |
| Nov 05 | $0.00 | Nov 13 | -$178,561.32 | Nov 20 | $0.00 | Nov 27 | $0.00 |
| Nov 06 | $0.00 | Nov 14 | -$120,562.83 | Nov 21 | $0.00 | Nov 29 | $0.00 |

