**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket Nos. 600 and 603** |

**CERTIFICATE OF NO OBJECTION REGARDING OMNIBUS MOTION
OF THE DEBTORS FOR ENTRY OF AN ORDER: (I) AUTHORIZING AND
CONFIRMING THE ASSUMPTION OF NON-RESIDENTIAL REAL PROPERTY
LEASES, (B) FIXING CURE COSTS WITH RESPECT THERETO,
AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Omnibus Motion of the Debtors for Entry of an Order: (I) Authorizing and Confirming the Assumption of Non-Residential Real Property Leases, (B) Fixing Cure Costs with Respect Thereto, and (II) Granting Related Relief* [Docket No. 600] (the "**Motion**") filed on December 13, 2024.  Pursuant to the notice of the Motion [Docket No. 603], objections to the Motion were to be filed and served no later than December 23, 2024, at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**").  The undersigned further certifies that a review of the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the relief requested in the Motion has been filed.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows:  (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

**WHEREFORE**, the undersigned, on behalf of the Debtors, respectfully requests that the

Court enter the form of order attached hereto as **Exhibit A**, at the Court's earliest convenience.

Dated:  December 24, 2024
        Wilmington, Delaware

                                        **CHIPMAN BROWN CICERO & COLE, LLP**

                                        */s/ Mark D. Olivere*

William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:        chipman@chipmanbrown.com
                carickhoff@chipmanbrown.com
                olivere@chipmanbrown.com
                root@chipmanbrown.com

*Counsel for Debtors and*
*Debtors in Possession*

4909-9163-4185, v. 2