# SCHEDULE 1

## Nonresidential Real Property Leases to be Assumed

| COUNTERPARTY | DEBTOR | PROPERTY ADDRESS | CURE COST |
|---|---|---|---|
| Amitra Properties<br>23211 Hawthorne Boulevard, Suite 300<br>Torrance, California 90505<br>Attn:  Arun Bhumitra<br>Email:   arun@arjay.net | Concierge Pharmacy | 23215 Hawthorne Boulevard #8<br>Torrance, California | $0.00 |
| Castleborn Investments<br>18555 Ventura Boulevard, Unit E<br>Los Angeles, California 90069<br>Attn:  Peyman Ghasri | FirstCare Pharmacy | 18555 Ventura Boulevard, Suite A<br>Los Angeles, California 90069 | $0.00 |
| Eujodo<br>9601 McAllister Freeway, Suite 100<br>San Antonio, Texas 78216<br>Attn:  Tiffany Garcia<br>Email:   tiffany_garcia@jll.com | Oakdell Compounding Pharmacy | 7220 Louis Pasteur Drive, Suite 168<br>San Antonio, Texas | $0.00 |
| Garrett Realty & Development Inc.<br>2211 North Elston Avenue, Suite 308<br>Chicago, Illnois 60614<br>Attn:  Jon Figlioli<br>Email:   jfiglioli@garrettrealtyinc.com | Braun Pharmacare | 1919 North Clybourn Avenue<br>Chicago, Illinois | $0.00 |

| COUNTERPARTY | DEBTOR | PROPERTY ADDRESS | CURE COST |
|---|---|---|---|
| Healthpeak (formerly HCP, Inc.)<br>3000 Meridian Boulevard, Suite 203<br>Sherman Oaks, California 91403<br>Attn:   Asset Manager | EasyCare Pharmacy | 7320 Woodlake Avenue, Suite 200<br>West Hills, California 91307 | $0.00 |
| Lilymac Co c/o Friedman Management Company<br>26711 Northwestern Highway, Suite 125<br>Southfield, Michigan 48033<br>Attn:   Angelique Gabriel | SBH Medical | 7654 Crosswoods Drive<br>Columbus, Ohio | $0.00 |
| Mack-Cali Realty Associates LLC<br>100 Clearbrook Road<br>Elmsford, New York 10523<br>Attn: Jeff Warner<br>Email:   jwarner@rmcdev.com | Healthy Choice Compounding | 250 Clearbrook Road<br>Elmsford, New York | $0.00 |
| Pet Properties<br>8040 North Links Way<br>Fox Point, Wisconsin 53217<br>Attn:   Jeff Langer<br>Email:   jeff.langer@outlook.com | The Pet Apothecary | 407 West Silver Spring Drive, Glendale<br>Milwaukee, Wisconsin | $0.00 |
| Rush Properties<br>One Barstow Road, Suite P-3<br>Great Neck, New York 11021<br>Attn:   Bill Angelowitz<br>Email:   bill@rpmcny.com | Pro Pharmacy | 71 East Old Country Road<br>Hicksville, New York | $0.00 |

4920-0383-7705, v.1

| COUNTERPARTY | DEBTOR | PROPERTY ADDRESS | CURE COST |
|---|---|---|---|
| Stevenson Real Estate Services<br>1111 North Brand Boulevard, Suite 250<br>Glendale, California 91202<br>Attn:  Randy Stevenson<br>Email:  randys@stevensonrealestate.com | Enovex Pharmacy | 1111 North Brand Boulevard<br>Unit M&N<br>Glendale, California | $0.00 |
| TTC Investment, LLC<br>12540 McCann Drive<br>Santa Fe Springs, California 90670 | Rose Pharmacy SF | 12540 McCann Drive<br>Santa Fe Springs, California 90670 | $0.00 |
| Westlake Medical Center<br>951 Westlake Boulevard, Suite 101<br>Westlake Village, California 91361<br>Attn:   Rick Principe | Primecare Pharmacy | 32144 Agoura Road #101<br>Westlake Village, California | $0.00 |
| White Medical Center<br>Attn:  Rick Schwartz | SMC Pharmacy | 1908 Santa Monica Boulevard #4<br>Santa Monica, California 90404 | $0.00 |

4920-0383-7705, v.1