IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 30, 2024, AT 11:00 A.M. (EASTERN TIME)**

> **AS THERE ARE NO MATTERS SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**I.    RESOLVED MATTER(S):**

1. Omnibus Motion of the Debtors for Entry of an Order: (I) Authorizing and Confirming the Assumption of Non-Residential Real Property Leases, (B) Fixing Cure Costs with Respect Thereto, and (II) Granting Related Relief, filed on December 13, 2024 [Docket No. 600].

   Objection Deadline:    December 23, 2024, at 4:00 p.m. (Eastern Time).

   Responses Received:    None.

   Related Pleadings:

   A.    Debtors' Motion to Expedite Hearing and Objection Deadline with Respect to Omnibus Motion of the Debtors for Entry of an Order: (I) Authorizing and Confirming the Assumption of Non-Residential Real Property Leases,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

    (B) Fixing Cure Costs with Respect Thereto, and (II) Granting Related Relief, filed on December 13, 2024 [Docket No. 601].

B. Order Setting Hearing and Objection Deadline with Respect to the Omnibus Motion of the Debtors for Entry of an Order: (I) Authorizing and Confirming the Assumption of Non-Residential Real Property Leases, (B) Fixing Cure Costs with Respect Thereto, and (II) Granting Related Relief, filed on December 13, 2024 [Docket No. 602].

C. Notice of Hearing Regarding Omnibus Motion of the Debtors for Entry of an Order: (I) Authorizing and Confirming the Assumption of Non-Residential Real Property Leases, (B) Fixing Cure Costs with Respect Thereto, and (II) Granting Related Relief, filed on December 13, 2024 [Docket No. 603].

D. Certificate of No Objection, filed on December 24, 2024 [Docket No. 639].

E. Order Granting Omnibus Motion of the Debtors for Entry of an Order: (I) Authorizing and Confirming the Assumption of Non-Residential Real Property Leases, (B) Fixing Cure Costs with Respect Thereto, and (II) Granting Related Relief, entered on December 26, 2024 [Docket No. 640].

Status: The order has been entered.

Dated: December 26, 2024
   Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

   */s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  chipman@chipmanbrown.com
     carickhoff@chipmanbrown.com
     olivere@chipmanbrown.com
     root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*