UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*[1] | Case No. 24-11188 (TMH) |
| Debtors. | (Joint Administered) |

**AFFIDAVIT OF SERVICE**

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On December 18, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Further Extending the Time for the Debtors to File Notices of Removal of Related Proceedings Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)** (Docket No. 607)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: December 26, 2024

_Jerod McMillen_
Jerod McMillen

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 26th day of December 2024 by Jerod McMillen.

_Kerrie Lynne Darby_
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compouding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

## Signature Certificate

Reference number: YH6EV-Y2FBA-BMIF3-XBWGG

| Signer | Timestamp | Signature |
|---|---|---|
| **Jerod McMillen**<br>Email: jerod.mcmillen@stretto.com | | |
| Sent:<br>Viewed:<br>Signed: | 26 Dec 2024 21:26:38 UTC<br>26 Dec 2024 21:26:42 UTC<br>26 Dec 2024 21:27:11 UTC | *Jerod McMillen* |
| **Recipient Verification:**<br>✓Email verified<br>✓Personally Known | <br>26 Dec 2024 21:26:42 UTC<br>26 Dec 2024 21:26:21 UTC | IP address: 13.59.247.86<br>Location: Columbus, United States |
| **Kerrie Darby**<br>Email: kerrie.darby@stretto.com | | |
| Sent:<br>Viewed:<br>Signed: | 26 Dec 2024 21:26:38 UTC<br>26 Dec 2024 21:32:34 UTC<br>26 Dec 2024 21:32:39 UTC | *Kerrie Lynne Darby* |
| **Recipient Verification:**<br>✓Email verified | <br>26 Dec 2024 21:32:34 UTC | IP address: 3.13.12.74<br>Location: Columbus, United States |

Document notarized online using audio-video communication on:
26 Dec 2024 21:32:39 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

