# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF CHIPMAN BROWN CICERO & COLE, LLP'S ANNUAL RATE INCREASE

**PLEASE TAKE NOTICE** that on June 28, 2024, the Debtors filed an application [Docket No. 116] (the "**Application**") to employ and retain Chipman Brown Cicero & Cole, LLP ("**CBCC**") as counsel for the Debtors in the Chapter 11 Cases. On July 29, 2024, the Court entered an order [Docket No. 252] granting the Application and authorizing the Debtors to employ and retain CBCC as counsel for the Debtors.

**PLEASE TAKE FURTHER NOTICE** as described in the Application, CBCC's hourly rates are reviewed and revised from time to time and are subject to periodic adjustment. In the ordinary course of CBCC's business and in keeping with CBCC's established billing practices and procedures, CBCC's standard billing rates will be adjusted firm-wide on January 1, 2025. Specifically, CBCC's standard billing rates that will take effect on January 1, 2025 for lawyers

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

and paraprofessionals in the Bankruptcy & Corporate Restructuring Department who may work on matters related to the Chapter 11 Cases are as follows:

| PROFESSIONAL | PREVIOUS HOURLY RATE [*SEE* DOCKET NO. 116] | HOURLY RATE AS OF JANUARY 1, 2025 |
|---|---|---|
| William E. Chipman, Jr., Partner | $850.00 | $950.00 |
| David W. Carickhoff, Partner | $720.00 | $795.00 |
| Mark D. Olivere, Partner | $550.00 | $600.00 |
| Alan M. Root, Partner | $525.00 | $600.00 |
| Mariska Suparman | $350.00 | $395.00 |
| Michelle M. Dero, Paralegal | $300.00 | $350.00 |
| Renae Fusco, Paralegal | $300.00 | $350.00 |

Dated: December 28, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:    chipman@chipmanbrown.com
        carickhoff@chipmanbrown.com
        olivere@chipmanbrown.com
        root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*