IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPTIO RX, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188-TMH<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>**January 21, 2025, at 4:00 p.m. (ET)**<br><br>**Hearing Date:**<br>**January 29, 2025, at 2:00 p.m. (ET)** |

### NOTICE OF PLAINTIFF SKIN MEDICINALS' MOTION FOR LEAVE TO FILE AMENDED PROOFS OF CLAIM

**PLEASE TAKE NOTICE** that on January 7, 2025, Skin Medicinals LLC ("Skin Medicinals") filed the *Plaintiff Skin Medicinals' Motion for Leave to File Amended Proofs of Claim* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court on or before **January 21, 2025, at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel to Skin Medicinals.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **January 29, 2025, at 2:00 p.m. (ET)** before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd floor, Wilmington, Delaware 19801.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

**PLEASE TAKE FURTHER NOTICE** THAT ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE PROCEDURES ABOVE WILL BE CONSIDERED BY THE COURT AT SUCH HEARING.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: January 7, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Matthew O. Talmo*<br>Matthew B. Harvey (No. 5186)<br>Matthew O. Talmo (No. 6333)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: mharvey@morrisnichols.com<br>         mtalmo@morrisnichols.com<br><br>- and -<br><br>**KAPLAN & GRADY LLC**<br>Howard Kaplan, Esq. (admitted *pro hac vice*)<br>Jed W. Glickstein, Esq. (admitted *pro hac vice*)<br>Annie Garau Kelly, Esq.<br>2071 N. Southport Ave., Ste. 205<br>Chicago, IL 60614<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>Email: howard@kaplangrady.com<br>         jglickstein@kaplangrady.com<br>         annie@kaplangrady.com<br><br>*Counsel for Skin Medicinals LLC* |