# **EXHIBIT A**

# **(Summary of Services Rendered)**

# EXHIBIT A

**COMPOSITION BY PROFESSIONAL FOR THE PERIOD
JUNE 19, 2024 THROUGH AND INCLUDING NOVEMBER 30, 2024**

| Name of Professional Individual | Position, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kelly E. Farnan | Director; Member of the Delaware Bar since 2003 | $1,050 | 163.7 | $171,885.00 |
| Paul N. Heath | Director; Member of the Delaware Bar since 1998 | $1,250 | 1.7 | $2,125.00 |
| Michael J. Merchant | Director; Member of the Delaware Bar since 1999 | $1,250 | 2.0 | $2,500.00 |
| Katharine L. Mowery | Director; Member of the Delaware Bar since 2011 | $995 | 121.0 | $120,395.00 |
| Jeffrey L. Moyer | Director; Member of the Delaware Bar since 1994 | $1,095 | 156.9 | $171,805.50 |
| Chad M. Shandler | Director; Member of the Delaware Bar since 1999 | $1,050 | 146.5 | $153,825.00 |
| Amanda R. Steele | Director; Member of the Delaware Bar since 2010 | $1,095 | 0.9 | $985.50 |
| Jessica E. Blau | Associate; Member of the Delaware Bar since 2023 | $525 | 157.6 | $82,740.00 |
| Nicholas A. Franchi | Associate; Member of the Delaware Bar since 2024 | $525 | 0.7 | $367.50 |
| Zachary J. Javorsky | Associate; Member of the Delaware Bar since 2022 | $575 | 16.3 | $9,372.50 |
| Edmond S. Kim | Associate; Member of the Delaware Bar since 2022 | $625 | 102.7 | $64,187.50 |
| Sara M. Metzler | Associate; Member of the Delaware Bar since 2018 | $775 | 122.9 | $95,247.50 |
| David T. Queroli | Associate; Member of the Delaware Bar since 2016 | $825 | 32.4 | $26,730.00 |
| Alexander R. Steiger | Associate; Member of the Delaware Bar since 2023 | $625 | 1.1 | $687.50 |
| Jose L. Hood | Paralegal | $395 | 12.2 | $4,819.00 |
| Sherill M. Marasigan | Paralegal | $395 | 3.4 | $1,343.00 |

| Name of Professional Individual | Position, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| LeeAnn Scavina | Paralegal | $395 | 1.4 | $553.00 |
| Rebecca V. Speaker | Paralegal | $395 | 13.1 | $5,174.50 |
| Barbara J. Witters | Paralegal | $395 | 2.2 | $869.00 |
| Gregory J. Nequist | Trial Support Specialist | $395 | 1.2 | $474.00 |
| Sean F. Quigley | Trial Support Specialist | $395 | 11.3 | $4,463.50 |
| Carlos B. Terreforte | Trial Support Specialist | $395 | 0.4 | $158.00 |
| Linda Loveless | Case Management Assistant | $295 | 2.5 | $737.50 |
| Patricianne Stewart | Case Management Assistant | $295 | 0.2 | $59.00 |
| | | **TOTAL:** | 1,074.3 | $921,504.00 |
| | | **Attorney Compensation:** | | $902,853.50 |
| | | **Total Attorney Hours:** | | 1,026.40 |
| | | **Blended Hourly Rate of All Timekeepers:** | | $879.63 |

4929-5645-2876, v. 1