# **EXHIBIT C**

# **(Summary of Expenses)**

# EXHIBIT C

### EXPENSE SUMMARY FOR THE PERIOD
### JUNE 19, 2024 THROUGH AND INCLUDING NOVEMBER 30, 2024

| EXPENSE CATEGORY | SERVICE PROVIDER (IF APPLICABLE) | TOTAL EXPENSES |
|---|---|---|
| Facsimile | | $0.00 |
| Conference Calling | | $0.00 |
| Long Distance Telephone | | $0.00 |
| In-House Reproduction (Duplication/Printing) | Duplicating and Printing: 4334 pages @ $.10 pg. | $433.40 |
| Outside Reproduction | | $1,124.60 |
| Legal Research | Pacer, Bloomberg | $39,267.40 |
| Filing/Court Fees | | $0.00 |
| Court Reporting | Reliable | $1,831.75 |
| Travel Expenses | | $0.00 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | | $94.16 |
| Postage | | $72.51 |
| Binding | | $0.00 |
| Business Meals | | $0.00 |
| Document Retrieval | PACER | $75.10 |
| RL&F Service Corp | | $0.00 |
| Professional Services | | $12,082.50 |
| Overtime | | $0.00 |
| Room Rental | | $0.00 |
| Equipment Rental | | $0.00 |
| Stationery Supplies | | $0.00 |
| | TOTAL: | $54,981.42 |

4929-5645-2876, v. 1