IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

CERTIFICATION OF COUNSEL REGARDING
STIPULATION CONCERNING SETOFF RIGHTS

I, Damien Nicholas Tancredi, counsel for Baybridge Pharmacy Corp, 121 Central Pharmacy Corp., Delco Pharmacy Corp., Greg Savino ("Savino") and Jordana Siegel ("Siegel") (collectively, the "Seller Parties") herby certifies and states as follows:

1.  On June 7, 2024 (the "Petition Date"), the above captioned debtors (the "Debtors") commenced the Chapter 11 Cases under chapter 11 of the Bankruptcy Code. The Chapter 11 Cases are jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

2. Prior to the Petition Date, the Seller Parties and certain of the Debtors entered into an Asset Purchase Agreement, dated December 28, 2019, and related agreements, including a promissory note, as amended.

3. On September 10, 2024, the Debtors filed the Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al. [Docket No. 382] (as may be subsequently amended or modified, the "Plan").

4. The Plan provides for Retained Causes of Action[2] by the Debtors.

5. The Plan also includes Savino and Siegel within the exclusion from the Plan's definition of Released Parties; and Schedule B to the Plan Supplement includes a Schedule of Retained Causes of Action which list Savino and Siegel.

6. The Seller Parties believe that they each or all have claims as against one or more of the Debtors, with the Debtors asserting various rights, claims and defenses thereto.

7. The Debtors believe that they each or all have claims as against one or more of the Seller Parties, with the Seller Parties asserting various rights, claims and defenses thereto.

8. The Seller Parties and the Debtors agreed to the execution of the Stipulation Concerning Setoff Rights attached to the proposed Order as Exhibit 1 in order to preserve the parties' rights and to obviate the need for the Seller Parties to file a motion to preserve such setoff rights, if any, as currently required under the Plan.

9. The Seller Parties request that this Court enter the attached order to effectuate the terms of the Stipulation executed by the Seller Parties and the Debtors.

---

[2] Capitalized terms not otherwise defined herein shall have the same definitions as assigned in the Plan.

4772609 v1

10. Each of the Parties has been provided with a copy of this Certification of Counsel and the attached proposed Order and has expressed his/her/its desire to have the proposed Order entered by this Court.

Dated: January 7, 2025             **FLASTER/GREENBERG P.C.**

*/s/ Damien Nicholas Tancredi*
Damien Nicholas Tancredi (DE No. 5395)
221 W. 10th Street, Fourth Floor
Wilmington, DE 19801
(215) 587-5675
damien.tancredi@flastergreenberg.com

4772609 v1