# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## STIPULATION CONCERNING SETOFF RIGHTS

Baybridge Pharmacy Corp, 121 Central Pharmacy Corp., Delco Pharmacy Corp., Greg Savino ("**Savino**") and Jordana Siegel ("**Siegel**") (collectively, the "**Seller Parties**"), and the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on June 7, 2024 (the "**Petition Date**"), the Debtors commenced the Chapter 11 Cases under chapter 11 of the Bankruptcy Code. The Chapter 11 Cases are jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b); and

WHEREAS, prior to the Petition Date, the Seller Parties and certain of the Debtors entered into an Asset Purchase Agreement, dated December 28, 2019, and related agreements, including a promissory note, as amended; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

WHEREAS, on September 10, 2024, the Debtors filed the Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al. [Docket No. 382] (as may be subsequently amended or modified, the "Plan"); and

WHEREAS, the Plan provides for Retained Causes of Action[2] by the Debtors; and

WHEREAS, the Plan also includes Savino and Siegel within the exclusion from the Plan's definition of Released Parties; and Schedule B to the Plan Supplement includes a Schedule of Retained Causes of Action which list Savino and Siegel; and

WHEREAS, the Seller Parties believe that they each or all have claims as against one or more of the Debtors, with the Debtors asserting various rights, claims and defenses thereto; and

WHEREAS, the Debtors believe that they each or all have claims as against one or more of the Seller Parties, with the Seller Parties asserting various rights, claims and defenses thereto; and

WHEREAS, the aforementioned rights, claims and defenses may include certain setoff rights, and the entry into this stipulation is solely to obviate the need for the Seller Parties to file a motion to preserve such setoff rights, if any, as currently required under the Plan.

NOW THEREFORE, in consideration of the mutual benefits to be derived and the conditions and promises herein contained, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Seller Parties and the Debtors, intending to be legally bound hereby, agree as follows:

1. To the extent any specific Debtor or Debtors have pre-petition claims against one or more of the Seller Parties, and to the extent one or more of the Seller Parties have pre-petition

---

[2] Capitalized terms not otherwise defined herein shall have the same definitions as assigned in the Plan.

counterclaims against those same entities having such pre-petition claims, the Seller Parties' setoff rights under section 553 of the Bankruptcy Code are preserved.

2. The preservation of setoff rights under paragraph 1 above, if any, remains subject to all other rights, claims and defenses of the Debtors and the Seller Parties.

3. Each Party hereto expressly acknowledges and agrees this resolution is made for the purpose of avoiding expenses associated with litigating any issues related to the preservation of setoff rights, if any, being addressed herein, and that the Parties individually and collectively deny any wrongdoing or liability and make no admissions.

4. Each signatory to this Agreement represents and warrants that he or she has authority to enter into this Agreement on behalf of the Party he or she represents and can bind that Party hereto, subject to the provisions contemplated in this Agreement.

5. Subject to the entry of the Order, the Parties intend this Agreement to be legally binding upon and shall inure to the benefit of each of them and their respective successors, assigns, executors, administrators, heirs, and estates.

6. The recitals set forth at the beginning of this Agreement are incorporated by reference and made a part of this Agreement. This Agreement constitutes the entire agreement and understanding of the Parties and supersedes all prior negotiations and/or agreements, proposed or otherwise, written or oral, concerning the subject matter hereof. Furthermore, no modification of this Agreement shall be binding unless in writing and signed by each of the Parties hereto.

7. This Agreement may be executed by the Parties in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

Dated: January 7, 2025
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
      carickhoff@chipmanbrown.com
      olivere@chipmanbrown.com
      root@chipmanbrown.com

*Counsel to Debtors and Debtors in Possession*

**FLASTER/GREENBERG P.C.**

*/s/ Damien Nicholas Tancredi*
Damien Nicholas Tancredi (DE No. 5395)
221 W. 10th Street, Fourth Floor
Wilmington, DE 19801
(215) 587-5675
Email: damien.tancredi@flastergreenberg.com

*Counsel to Baybridge Pharmacy Corp, 121 Central Pharmacy Corp., Delco Pharmacy Corp., Greg Savino and Jordana Siegel*