IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 9, 2025, AT 11:00 A.M. (EASTERN TIME)[3]**

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I. RESOLVED MATTER(S):**

1. Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Further Extending the Time to File Notices of Removal of Related Proceedings, filed on December 2, 2024 [Docket No. 588].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] All amended items appear in **bold.**

[3] *Please Note*: **The hearing will be held on the Third Floor in Court Room 7.**

Objection Deadline:       December 16, 2024, at 4:00 p.m. (Eastern Time).

Responses Received:       None.

Related Pleadings:

- A. Certificate of No Objection Regarding Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Further Extending the Time to File Notices of Removal of Related Proceedings, filed on December 17, 2024 [Docket No. 604].

- B. *Amended* Certificate of No Objection Regarding Debtors' Motion Pursuant to Federal Rule of Bankruptcy Procedure 9006(b) for an Order Further Extending the Time to File Notices of Removal of Related Proceedings, filed on December 18, 2024 [Docket No. 606].

- C. Order Further Extending the Time to File Notices of Removal of Related Proceedings, entered on December 18, 2024 [Docket No. 607].

Status: The order has been entered.

## II. MATTER(S) GOING FORWARD:

2. Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date, filed on December 2, 2024 [Docket No. 589].

   Objection Deadline:       December 16, 2024, at 4:00 p.m. (Eastern Time).

   Responses Received:

   - i. Response to Motion for Rejection of Executory Contracts of Pouya Farzadfar, filed on December 18, 2024 [Docket No. 608].

   - ii. Objection to Debtors' Second Omnibus Motion to Reject Executory Contracts of Payam Tizabgar, filed on December 20, 2024 [Docket No. 610].

   Related Pleadings:

   - A. Reply in Support of Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date, filed on January 6, 2025 [Docket No. 651].

   - B. Declaration of Leo LaFranco in Support of Reply in Support of Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date, filed on January 6, 2025 [Docket No. 652].

Status: This matter will go forward.

| | |
|---|---|
| Dated: January 8, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>David W. Carickhoff (No. 3715)<br>Mark D. Olivere (No. 4291)<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 295-0191<br>Email:   chipman@chipmanbrown.com<br>carickhoff@chipmanbrown.com<br>olivere@chipmanbrown.com<br>root@chipmanbrown.com<br><br>*Counsel for Debtors and Debtors in Possession* |