IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

### CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION BETWEEN AND AMONG DEBTORS AND AMERISOURCEBERGEN DRUG CORPORATION REGARDING SETOFFS, CREDITS AND RELATED RELIEF

The undersigned hereby certifies as follows:

1. On October 17, 2024, the Debtors filed a modified *Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 480] (the "**Modified Second Amended Plan**").

2. On October 17, 2024, the Court entered *Findings of Fact, Conclusions of Law and Order Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC, et al.* [Docket No. 484] (the **"Confirmation Order"**). The Modified Second Amended Plan has not yet gone effective, as not all conditions precedent to the effective date have occurred as of the date hereof.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

3. Prior to the Petition Date, AmerisourceBergen Drug Corporation ("**ABDC**") provided the Debtors with certain products and supplies, under terms which, in the ordinary course of business generated debits and credits. Pre-petition, in the ordinary course of their business, the Parties would effectuate setoffs of debits and credits, as appropriate. If credits exceeded debits, the Debtors could use those credits to purchase new products. If debits exceeded credits, the Debtors would pay ABDC the net amount of the debits.

4. Post-petition, the Parties have continued to do business in the ordinary course generating debits and credits and would like to continue their practice of setting off debits and credits in the ordinary course of business, consistent with pre-petition practice.

5. To avoid any potential issues regarding the applicability of the automatic stay, with respect to prepetition or post-petition set-offs, the Parties have entered into the *Stipulation Between and Among Debtors and AmerisourceBergen Drug Corporation Regarding Setoffs, Credits and Related Relief* (the "**Stipulation**").

6. The Debtors have prepared a proposed form of order (the "**Proposed Order**") approving the Stipulation attached hereto as **Exhibit 1**.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit 1**, approving the Stipulation attached thereto as Exhibit A, at the Court's earliest convenience.

4913-2487-3997, v. 2

- 3 -

|  |  |
|---|---|
| Dated: January 8, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>David W. Carickhoff (No. 3715)<br>Mark D. Olivere (No. 4291)<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:     (302) 295-0191<br>Email:              chipman@chipmanbrown.com<br>                         carickhoff@chipmanbrown.com<br>                         olivere@chipmanbrown.com<br>                         root@chipmanbrown.com<br><br>*Counsel for Debtors and Debtors in Possession* |