# SIGN-IN SHEET

**CASE NAME:** Optio Rx
**CASE NO:** 24-11188

**COURTROOM LOCATION:** 7
**DATE:** 1/9/2024 at 11:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Evan Miller | Saul Ewing | Committee |
| William Chapman | Chapman Brown Cicero & Cole | Debtors |
| | | |
| | | |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Optio Rx
24-11188

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Levi | Akkerman | Potter Anderson & Corroon | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Ryan | Bennett | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Peter | Candel | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| L. Katherine | Good | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Lauren | Huber | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Maria | Kotsiras | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Zak | Piech | Kirkland & Ellis LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Christopher | Samis | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Ben | David | Optio Rx, LLC | Debtors | Video and Audio |
| Michelle | Dero | Chipman Brown Cicero & Cole, LLP | Debtors | Audio Only |
| Jarlath | Johnston | Bentley Associates L.P. | Debtors | Video and Audio |
| Leo | LaFranco | Optio Rx, LLC | Debtors | Video and Audio |
| Mark | Olivere | Chipman Brown Cicero & Cole, LLP | Debtors | Video and Audio |
| pouya | farazdfar | Optio Rx | Defendant | Video and Audio |
| Jed | Glickstein | Kaplan & Grady | Interested Party | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell | Interested party | Video and Audio |
| Howard | Kaplan | Kaplan & Grady | Interested Party | Video and Audio |
| Annie | Kely | Kaplan & Grady | Interested party | Video and Audio |
| Austin | Park | Morris Nichols Arsht & Tunnell | Interested Party | Video and Audio |
| Matthew | Talmo | Morris Nichols | Interested party | Video and Audio |
| Barry | Best | MCCP | Loan Admin Co LLC | Video and Audio |
| Stuart | Brown | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Aditi | Budhia | CION Investments | Loan Admin Co LLC | Video and Audio |
| Jon | Finch | MCCP | Loan Admin Co LLC | Video and Audio |
| Carolyn | Fox | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Jeff | Kelly | MCCP | Loan Admin Co LLC | Video and Audio |
| Jamie | Knox | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Brian | Mulligan | CION Investments | Loan Admin Co LLC | Video and Audio |
| Matthew | Sarna | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Jonathan | Tunis | MCCP | Loan Admin Co LLC | Video and Audio |
| Payam | Tizabgar | | Payam Tizabgar Myself | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Michael | Tomback | | | |