# **EXHIBIT 1**

**(List of Contracts)**

# Contracts[1]

| # | NON-DEBTOR COUNTERPARTY | DEBTOR COUNTERPARTY | NON-DEBTOR COUNTERPARTY ADDRESS | DESCRIPTION OF AGREEMENT |
|---|---|---|---|---|
| 1 | Farzadfar, Pouya | Firstcare Pharmacy LLC | [Address on File] | Employment Agreement dated as of January 8, 2020 |
| 2 | Tizabgar, Payam | SMC Pharmacy LLC | [Address on File] | Employment Agreement dated as of January 8, 2020 |

---

[1] The Contracts listed herein include all amendments, modifications, and addenda thereto.