# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 659** |

## ORDER APPROVING STIPULATION BETWEEN AND AMONG DEBTORS AND AMERISOURCEBERGEN DRUG CORPORATION REGARDING SETOFFS, CREDITS AND RELATED RELIEF

This matter coming before the Court upon the *Stipulation Between and Among Debtors and AmerisourceBergen Drug Corporation Regarding Setoffs, Credits and Related Relief* ("the "**Stipulation**")[2], and the Court having reviewed the Stipulation,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation attached hereto as **Exhibit A** is APPROVED in its entirety.

2. The parties to the Stipulation are hereby authorized to take all actions necessary or appropriate to effectuate and implement the Stipulation.

3. The Parties are authorized to allow the use of setoffs and credits among themselves, including any pre-petition setoffs and credits. To the extent the automatic stay applies to such

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Stipulation.

usage, stay relief is hereby granted and no other or further order shall be required to authorize such further usage.

4. The Court shall retain jurisdiction to (i) enforce and implement the terms and provisions of the Stipulation and (ii) resolve any disputes arising under or in connection with the Stipulation. Furthermore, the Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

5. The Stipulation shall become effective immediately upon entry of this Order.

**Dated: January 9th, 2025**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**

4903-4916-5834, v. 1