IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Related Docket No. 611** |

# CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY APPLICATION OF CHIPMAN BROWN CICERO & COLE, LLP, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM NOVEMBER 1, 2024 THROUGH AND INCLUDING NOVEMBER 30, 2024

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection, or other responsive pleadings to the *Sixth Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from November 1, 2024 Through and Including November 30, 2024* [Docket No. 611] (the "**Application**"), filed on December 20, 2024.

The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Secondcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

Objections to the Application were required to be filed and served no later than January 10, 2025, at 4:00 p.m. (Eastern Time).

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 266] (the "**Interim Compensation Order**"), the Debtors are authorized and directed to pay Chipman Brown Cicero & Cole, LLP $31,195.09 (the sum of $30,298.80, which represents eighty percent (80%) of the fees for the period of November 1, 2024 through November 30, 2024 and the sum of $896.29, which represents one hundred percent (100%) of the expenses requested in the Fee Application for the same period) upon the filing of this certification and without the need of a court order.

Dated: January 13, 2025
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   chipman@chipmanbrown.com
        carickhoff@chipmanbrown.com
        olivere@chipmanbrown.com
        root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*