# **EXHIBIT A**

(Summary of Services Rendered)

# EXHIBIT A

### COMPENSATION BY PROFESSIONAL FOR THE PERIOD
### DECEMBER 1, 2024 THROUGH AND INCLUDING DECEMBER 31, 2024

| NAME OF PROFESSIONAL INDIVIDUAL | POSITION, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| David W. Carickhoff | Partner; Member of the Delaware Bar since 1999 | $720.00 | 3.2 | $2,304.00 |
| William E. Chipman, Jr. | Partner; Member of the Delaware Bar since 1999 | $850.00 | 11.6 | $9,860.00 |
| Mark D. Olivere | Partner; Member of the Delaware Bar since 2002 | $550.00 | 31.8 | $17,490.00 |
| Aaron Bach | Associate; Member of the Delaware Bar since 2024 | $350.00 | 4.7 | $1,645.00 |
| Alison Maser | Associate; Member of the Delaware Bar since 2024 | $350.00 | 5.5 | $1,925.00 |
| Michelle M. Dero | Paralegal | $300.00 | 29.3 | $8,790.00 |
| | | **TOTAL:** | 86.1 | $42,014.00 |
| | | **ATTORNEY COMPENSATION:** | | $33,224.00 |
| | | **TOTAL ATTORNEY HOURS:** | | 56.8 |
| | | **BLENDED HOURLY RATE OF ALL TIMEKEEPERS:** | | $487.97 |