# **EXHIBIT B**

(Time Detail)

# EXHIBIT B

## COMPENSATION BY PROJECT CATEGORY

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---:|---:|
| B110 Case Administration | 14.1 | $6,910.00 |
| B120 Asset Analysis and Recovery | 0.0 | $0.00 |
| B130 Asset Disposition | 0.0 | $0.00 |
| B140 Relief from Stay/Adequate Protection Proceeding | 2.8 | $2,016.00 |
| B150 Meetings of and Communications with Creditors | 0.3 | $225.00 |
| B160 Fee/Employment Applications | 8.2 | $2,685.00 |
| B170 Fee/Employment Objections | 0.0 | $0.00 |
| B180 Avoidance Action Analysis | 0.0 | $0.00 |
| B185 Assumption/Rejection of Leases and Contracts | 43.3 | $21,715.00 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 6.7 | $3,660.00 |
| B195 Non-Working Travel | 0.0 | $0.00 |
| B200 Operations | 0.0 | $0.00 |
| B210 Business Operations | 4.1 | $1,398.00 |
| B220 Employee Benefits/Pension | 0.0 | $0.00 |
| B230 Financing/Cash Collateral | 0.0 | $0.00 |
| B240 Tax Issues | 0.0 | $0.00 |
| B250 Real Estate | 0.0 | $0.00 |
| B260 Board of Director Matters | 0.0 | $0.00 |
| B300 Claims and Plan | 0.0 | $0.00 |
| B310 Claims Administration and Objections | 4.2 | $1,595.00 |
| B320 Plan and Disclosure Statement (including business plan) | 2.4 | $1,810.00 |
| B400 Bankruptcy-Related Advice | 0.0 | $0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.0 | $0.00 |
| B420 Restructurings | 0.0 | $0.00 |
| **TOTAL:** | **86.1** | **$42,014.00** |

Case 24-11188-TMH    Doc 671-3    Filed 01/15/25    Page 3 of 14

Chipman Brown Cicero Cole, LLP  
December 1, 2024 through December 31, 2024

TIME DETAIL

Invoice No. 17530  
Dated: January 15, 2025

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12.02.2024 | Michelle M. Dero | B110 Case Administration | Emails with M. Olivere and W. Chipman regarding extension of removal deadline (.1); Prepare notice of motion and motion further extending removal deadline (.5) and email same to W. Chipman and M. Olivere for review/comment (.1) | 0.70 | $300.00 | $210.00 |
| 12.02.2024 | William E. Chipman, Jr. | B110 Case Administration | Communications internally, with RLF and MNAT teams regarding hearing agenda | 0.30 | $850.00 | $255.00 |
| 12.02.2024 | William E. Chipman, Jr. | B110 Case Administration | Review revise and coordinate filing and service of status conference hearing agenda | 0.40 | $850.00 | $340.00 |
| 12.02.2024 | Michelle M. Dero | B110 Case Administration | Emails with W. Chipman and M. Olivere regarding whether December 4 hearing is live or *via* Zoom and fix agenda notice (.2); Email message to chambers regarding same (.1); Emails with DLS regarding binders (.1); Upload pleadings for DLS (.2); Emails with W. Chipman regarding agenda notice (.1); Review pleadings in adversary matter and update agenda notice per W. Chipman's comments and add links (.4); Review email message from K. Farnan regarding agenda notice (.1); Finalize and file *Notice of Agenda of Matters Scheduled for Hearing on December 4, 2024* in main and adversary cases (.3); Emails with DLS attaching as-filed agenda notice and additional pleadings for binders (.2); Emails with Stretto regarding service of agenda notice (.1); Email as-filed copy to Judge Horan's chambers (.1) | 1.90 | $300.00 | $570.00 |
| 12.02.2024 | William E. Chipman, Jr. | B110 Case Administration | Review and revise draft removal extension motion (.3); Communications internally and with counsel for DIP lenders and client regarding same (.2); Coordinate filing and service of same (.2) | 0.70 | $850.00 | $595.00 |
| 12.02.2024 | Michelle M. Dero | B110 Case Administration | Review email message from W. Chipman regarding comments to second motion to extend removal deadline (.1); Revise same (.2) | 0.30 | $300.00 | $90.00 |
| 12.02.2024 | Michelle M. Dero | B110 Case Administration | Finalize and file *Debtors' Motion for Order Further Extending Time to File Notices of Removal of Related Proceedings* (.2); Emails with Stretto regarding service of same (.1); Calendar deadlines (.1) | 0.40 | $300.00 | $120.00 |
| 12.02.2024 | Mark D. Olivere | B110 Case Administration | Emails with W. Chipman and M. Dero regarding removal deadline extension and draft motion | 0.20 | $550.00 | $110.00 |
| 12.02.2024 | Mark D. Olivere | B110 Case Administration | Correspondence with W. Chipman and M. Dero regarding December 4 agenda (.1); Review and comment on same (.1) | 0.20 | $550.00 | $110.00 |
| 12.02.2024 | Mark D. Olivere | B110 Case Administration | Further revisions to draft December 4 agenda | 0.10 | $550.00 | $55.00 |
| 12.02.2024 | Mark D. Olivere | B110 Case Administration | Review motion to further extend removal deadline and oversee filing | 0.30 | $550.00 | $165.00 |
| 12.03.2024 | William E. Chipman, Jr. | B110 Case Administration | Communications with chambers and internally regarding amended agenda for status conference | 0.20 | $850.00 | $170.00 |
| 12.03.2024 | William E. Chipman, Jr. | B110 Case Administration | Review and coordinate filing and service of amended agenda for status conference | 0.10 | $850.00 | $85.00 |
| 12.03.2024 | Michelle M. Dero | B110 Case Administration | Prepare amended agenda notice for December 4 hearing and email same to W. Chipman and M. Olivere for review/comment | 0.20 | $300.00 | $60.00 |
| 12.03.2024 | Michelle M. Dero | B110 Case Administration | Finalize and file *Notice of Amended Agenda of Matters Scheduled for Hearing on December 4, 2024* (main/adversary dockets) (.2); Emails with Stretto regarding service of same (.1) | 0.30 | $300.00 | $90.00 |
| 12.04.2024 | William E. Chipman, Jr. | B110 Case Administration | Telephone call with client regarding case status and process moving forward | 0.70 | $850.00 | $595.00 |
| 12.04.2024 | Mark D. Olivere | B110 Case Administration | Preparation for December 4 hearing | 0.80 | $550.00 | $440.00 |
| 12.04.2024 | Mark D. Olivere | B110 Case Administration | Consult with M. Dero regarding corrected hearing time and amended agenda | 0.20 | $550.00 | $110.00 |
| 12.04.2024 | Mark D. Olivere | B110 Case Administration | Review draft second amended agenda and oversee filing and service of same | 0.20 | $550.00 | $110.00 |
| 12.04.2024 | Mark D. Olivere | B110 Case Administration | Email to K. Farnan regarding December 4 hearing | 0.10 | $550.00 | $55.00 |

Chipman Brown Cicero Cole, LLP
December 1, 2024 through December 31, 2024

TIME DETAIL

Invoice No. 17530
Dated: January 15, 2025

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12.04.2024 | Mark D. Olivere | B110 Case Administration | Email to W. Chipman with follow-up on December 4 hearing | 0.20 | $550.00 | $110.00 |
| 12.10.2024 | William E. Chipman, Jr. | B110 Case Administration | Communications with client regarding questions from former director regarding bankruptcy cases | 0.20 | $850.00 | $170.00 |
| 12.10.2024 | Mark D. Olivere | B110 Case Administration | Review notice of intent to take deposition of MCCP Investment Partners | 0.10 | $550.00 | $55.00 |
| 12.17.2024 | Michelle M. Dero | B110 Case Administration | Prepare certificate of no objection regarding second removal extension motion and update proposed order | 0.20 | $300.00 | $60.00 |
| 12.17.2024 | Michelle M. Dero | B110 Case Administration | Review docket and prepare December 30 agenda notice and email same to W. Chipman and M. Olivere | 0.30 | $300.00 | $90.00 |
| 12.17.2024 | Michelle M. Dero | B110 Case Administration | Finalize and file *Certificate of No Objection Regarding Debtors' Motion for Order Further Extending Time to File Notices of Removal of Related Proceedings* (.2) and upload proposed order (.1) | 0.30 | $300.00 | $90.00 |
| 12.17.2024 | Mark D. Olivere | B110 Case Administration | Review draft certificate of no objection for removal extension and response status | 0.10 | $550.00 | $55.00 |
| 12.17.2024 | Mark D. Olivere | B110 Case Administration | Review and comment on draft agenda for December 30 hearing | 0.20 | $550.00 | $110.00 |
| 12.18.2024 | Michelle M. Dero | B110 Case Administration | Review email message from D. Gadson, Judge Horan's chambers, regarding certificate of no objection and proposed order regarding removal extension (.1); Prepare *amended* certificate of no objection attaching proposed order as exhibit (.1); Finalize and file *Amended Certificate of No Objection Regarding Debtors' Motion for Order Further Extending the Time to File Notices of Removal of Related Proceedings* (.2); Email as-filed copy to D. Gadson (.1) | 0.50 | $300.00 | $150.00 |
| 12.18.2024 | Michelle M. Dero | B110 Case Administration | Retrieve *Order Further Extending Time to File Notices of Removal of Related Proceedings* and calendar deadlines (.1); Emails with Stretto regarding service of order (.1) | 0.20 | $300.00 | $60.00 |
| 12.18.2024 | Mark D. Olivere | B110 Case Administration | Consult with M. Dero regarding amended certificate of no objection for removal extension motion | 0.10 | $550.00 | $55.00 |
| 12.19.2024 | Mark D. Olivere | B110 Case Administration | Consult with W. Chipman and M. Dero regarding critical dates and extension to claims objection deadline | 0.20 | $550.00 | $110.00 |
| 12.19.2024 | Mark D. Olivere | B110 Case Administration | Planning for and consult with A. Bach regarding extension to claim objection deadline and reply to motion to reject | 0.40 | $550.00 | $220.00 |
| 12.19.2024 | Mark D. Olivere | B110 Case Administration | Email with M. Dero regarding submission of pro se objection to Clerk's Office for docketing | 0.10 | $550.00 | $55.00 |
| 12.19.2024 | Mark D. Olivere | B110 Case Administration | Emails regarding draft notice of rate increase (.1) and review draft of same (.1) | 0.20 | $550.00 | $110.00 |
| 12.20.2024 | Mark D. Olivere | B110 Case Administration | Emails and consult with M. Dero regarding contacting clerk and docketing pro se objection | 0.20 | $550.00 | $110.00 |
| 12.20.2024 | Mark D. Olivere | B110 Case Administration | Review critical dates and consult with M. Dero on status and extensions | 0.40 | $550.00 | $220.00 |
| 12.22.2024 | Mark D. Olivere | B110 Case Administration | Emails with W. Chipman regarding critical dates | 0.10 | $550.00 | $55.00 |
| 12.24.2024 | Mark D. Olivere | B110 Case Administration | Emails with M. Dero regarding monthly operating reports | 0.10 | $550.00 | $55.00 |
| 12.26.2024 | Michelle M. Dero | B110 Case Administration | Update agenda notice and email same to W. Chipman and M. Olivere (.2); Finalize and file *Notice of Agenda of Matters Scheduled for Hearing on December 30, 2024* (.2); Emails with Stretto regarding service of agenda notice and order (.1) | 0.50 | $300.00 | $150.00 |
| 12.26.2024 | Mark D. Olivere | B110 Case Administration | Emails with M. Dero regarding agenda for December 30 hearing (.1); Review and comment on draft of same (.1) | 0.20 | $550.00 | $110.00 |
| 12.26.2024 | Mark D. Olivere | B110 Case Administration | Email from chambers regarding order entry and permission to cancel December 30 hearing | 0.10 | $550.00 | $55.00 |
| 12.26.2024 | Mark D. Olivere | B110 Case Administration | Review revised draft December 30 agenda cancelling hearing and oversee filing | 0.20 | $550.00 | $110.00 |

Chipman Brown Cicero Cole, LLP
December 1, 2024 through December 31, 2024

TIME DETAIL

Invoice No. 17530
Dated: January 15, 2025

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12.27.2024 | Michelle M. Dero | B110 Case Administration | Review email message from W. Chipman and reply to same regarding upcoming hearing dates | 0.10 | $300.00 | $30.00 |
| 12.30.2024 | Michelle M. Dero | B110 Case Administration | Review email messages between W. Chipman and A. Park regarding hearing date concerning Skin Medicinals' motion to amend proofs of claim (.1); Prepare certification of counsel and proposed order regarding January 29 hearing (.1); Finalize and file *Certification of Counsel Regarding Scheduling of Omnibus Hearing Date* (.2) and upload proposed order (.1) | 0.50 | $300.00 | $150.00 |
| 12.30.2024 | Michelle M. Dero | B110 Case Administration | Retrieve *Order Scheduling Omnibus Hearing Date* and emails with Stretto regarding service of same | 0.10 | $300.00 | $30.00 |
| | | | **B110 TOTAL:** | **14.10** | | **$6,910.00** |
| 12.26.2024 | David Carickhoff | B140 Relief from Stay/Adequate Protection Proceedings | Draft stipulation and proposed order regarding stay relief to effect setoffs and credits (2.1); Communications with counsel for Cencora W. Chipman and L. LaFranco regarding same (.3) | 2.40 | $720.00 | $1,728.00 |
| 12.31.2024 | David Carickhoff | B140 Relief from Stay/Adequate Protection Proceedings | Review and analyze AmerisourceBergen comments to proposed stipulation regarding setoffs and credits (.3); Email with W. Chipman regarding same (.1) | 0.40 | $720.00 | $288.00 |
| | | | **B140 TOTAL:** | **2.80** | | **$2,016.00** |
| 12.12.2024 | William E. Chipman, Jr. | B150 Meetings of and Communications with Creditors | Telephone call with counsel for ACAP/MB Almanor regarding plan issues | 0.20 | $850.00 | $170.00 |
| 12.18.2024 | Mark D. Olivere | B150 Meetings of and Communications with Creditors | Emails with counsel for Baybridge regarding revised stipulation | 0.10 | $550.00 | $55.00 |
| | | | **B150 TOTAL:** | **0.30** | | **$225.00** |
| 12.02.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Continued review/revisions to exhibit to monthly application | 0.50 | $300.00 | $150.00 |
| 12.04.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Emails with M. Dero regarding November monthly fee application | 0.10 | $550.00 | $55.00 |
| 12.06.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Prepare CBCC's sixth monthly application and related exhibits | 1.50 | $300.00 | $450.00 |
| 12.11.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Prepare certificate of no objection regarding CBCC's fifth monthly application | 0.20 | $300.00 | $60.00 |
| 12.11.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Review draft certificate of no objection for CBCC's fifth monthly fee application and response status | 0.20 | $550.00 | $110.00 |
| 12.12.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Finalize and file *Certificate of No Objection to Fifth Monthly Application of Chipman Brown Cicero & Cole, LLP for October 2024* | 0.20 | $300.00 | $60.00 |
| 12.12.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Email with M. Dero regarding certificate of no objection for CBCC's fifth monthly fee application | 0.10 | $550.00 | $55.00 |
| 12.16.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Prepare notice of CBCC's 2025 rate increase and email same to W. Chipman for review/comment | 0.20 | $300.00 | $60.00 |
| 12.16.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review email message from W. Chipman regarding outstanding fees certificates of no objection (.1) and reply to same attaching requested documentation (.1) | 0.20 | $300.00 | $60.00 |
| 12.19.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review email message from W. Chipman attaching revised notice of rate change and save same | 0.10 | $300.00 | $30.00 |
| 12.19.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review Saul Ewing's fifth monthly application and calendar deadline | 0.10 | $300.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Chipman Brown Cicero Cole, LLP | | | TIME DETAIL | | | Invoice No. 17530 |
| December 1, 2024 through December 31, 2024 | | | | | | Dated: January 15, 2025 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12.20.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Emails with M. Olivere and W. Chipman regarding CBCC's November application (.1); Finalize and file *Sixth Monthly Application of Chipman Brown Cicero & Cole, LLP for November 2024* (.2); Emails with Stretto regarding service of monthly application (.1); Calendar deadlines (.1) | 0.50 | $300.00 | $150.00 |
| 12.20.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Review CBCC's November fee application and oversee filing | 0.30 | $550.00 | $165.00 |
| 12.20.2024 | Mark D. Olivere | B160 Fee/Employment Applications | Review Saul Ewing's fifth monthly fee application | 0.20 | $550.00 | $110.00 |
| 12.28.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Finalize and file *Notice of Chipman Brown Cicero & Cole, LLP's Annual Rate Increase* (.2); Emails with Stretto regarding service of same (.1) | 0.30 | $300.00 | $90.00 |
| 12.31.2024 | Michelle M. Dero | B160 Fee/Employment Applications | Review fourth fifth and sixth monthly applications and prepare CBCC's second interim application and related exhibits and email same to W. Chipman and M. Olivere for review/comment | 3.50 | $300.00 | $1,050.00 |
| | | | **B160 TOTAL:** | **8.20** | | **$2,685.00** |
| 12.02.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Review calendar and email to W. Chipman and M. Olivere regarding extending 364(d)(4) deadline | 0.10 | $300.00 | $30.00 |
| 12.02.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Review email messages between W. Chipman and M. Olivere regarding employment contract rejection motion | 0.10 | $300.00 | $30.00 |
| 12.02.2024 | William E. Chipman, Jr. | B185 Assumption/Rejection of Leases and Contracts | Final review and revisions to second omnibus motion to reject executory contracts (.4) and communications with client and counsel for DIP lenders regarding same (.2) | 0.60 | $850.00 | $510.00 |
| 12.02.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Review email messages between M. Olivere and W. Chipman regarding rejection motion (.1); Emails with M. Olivere regarding contact information for contract counterparties (.1); Finalize and file *Debtors' Second Omnibus Motion for Order Authorizing Debtors to Reject Certain Executory Contracts Effective as of the Rejection Date* (.2); Emails with Stretto regarding service of same (.1); Calendar deadlines (.1) | 0.60 | $300.00 | $180.00 |
| 12.02.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Revisions to second omnibus rejection motion and oversee filing and service | 0.70 | $550.00 | $385.00 |
| 12.02.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Consult with W. Chipman regarding second omnibus rejection motion | 0.20 | $550.00 | $110.00 |
| 12.03.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Emails with W. Chipman regarding extension of deadline (.1); Prepare notice of motion motion and proposed order further extending 365(d)(4) deadline and email same to W. Chipman and M. Olivere for review/comment (.5) | 0.60 | $300.00 | $180.00 |
| 12.03.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Emails with W. Chipman and M. Dero regarding extension of 365(d)(4) deadline | 0.10 | $550.00 | $55.00 |
| 12.03.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Emails with M. Dero regarding 365(d)(4) deadline | 0.20 | $550.00 | $110.00 |
| 12.04.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Review email messages between M. Olivere and W. Chipman regarding 365(d)(4) deadline (.1); Review email message from M. Olivere regarding certification of counsel and omnibus order extending 365(d)(4) and reply to same attaching research (.1); Prepare (i) stipulation extending deadline to assume/reject (ii) proposed order and (iii) certification of counsel and email same to M. Olivere for review/comment (.5) | 0.70 | $300.00 | $210.00 |
| 12.04.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Planning and preparation regarding further extension of 365(d)(4) deadline | 3.20 | $550.00 | $1,760.00 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12.06.2024 | William E. Chipman, Jr. | B185 Assumption/Rejection of Leases and Contracts | Telephone call with client and M. Olivere regarding lease assumption and rejection issues | 0.40 | $850.00 | $340.00 |
| 12.06.2024 | William E. Chipman, Jr. | B185 Assumption/Rejection of Leases and Contracts | Research on assumption and rejection of executory contracts and unexpired leases | 1.20 | $850.00 | $1,020.00 |
| 12.06.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Telephone call with client and W. Chipman regarding lease assumption issues (.4) and review in preparation of same (.1) | 0.50 | $550.00 | $275.00 |
| 12.06.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Email with W. Chipman regarding 365(d)(4) research | 0.20 | $550.00 | $110.00 |
| 12.07.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Consult with W. Chipman regarding lease assumption issues and review research on same | 0.30 | $550.00 | $165.00 |
| 12.08.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Consult with W. Chipman regarding lease assumption issues | 0.20 | $550.00 | $110.00 |
| 12.09.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Research regarding omnibus motion to assume nonresidential leases and email same to M. Olivere | 0.20 | $300.00 | $60.00 |
| 12.09.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Prepare motion and proposed order to assume leases lease schedule and email same to M. Olivere for review/comment | 1.00 | $300.00 | $300.00 |
| 12.09.2024 | Aaron Bach | B185 Assumption/Rejection of Leases and Contracts | Research related to lease rejection | 0.10 | $350.00 | $35.00 |
| 12.09.2024 | William E. Chipman, Jr. | B185 Assumption/Rejection of Leases and Contracts | Review Judge Kaplan's opinion on lease assumption | 0.20 | $850.00 | $170.00 |
| 12.09.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Review email message from M. Olivere regarding revisions to chart of leases (.1); Update/revise chart of leases (.4) and add to body of motion (.1); Emails with M. Olivere regarding expedited motion (.1); Review email message from W. Chipman with comments to motion and save same (.1); Prepare motion and proposed order to expedite and email same to M. Olivere for review/comment (.5) | 1.30 | $300.00 | $390.00 |
| 12.09.2024 | William E. Chipman, Jr. | B185 Assumption/Rejection of Leases and Contracts | Review and revise draft motion to assume leases and circulate same to client for review and comment | 1.20 | $850.00 | $1,020.00 |
| 12.09.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Research in support of draft and revise motion to assume leases proposed order and exhibit (4.4); Consult with W. Chipman on assumption and timing issues (.4) | 4.80 | $550.00 | $2,640.00 |
| 12.09.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Planning regarding motion to expedite for assumption motion (.4); Begin preparation of same (.3) | 0.70 | $550.00 | $385.00 |
| 12.10.2024 | Aaron Bach | B185 Assumption/Rejection of Leases and Contracts | Review lease schedules | 0.50 | $350.00 | $175.00 |
| 12.10.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Review email message from M. Olivere attaching motion to assume leases (.1); Save and update same (.1) | 0.20 | $300.00 | $60.00 |
| 12.10.2024 | William E. Chipman, Jr. | B185 Assumption/Rejection of Leases and Contracts | Telephone call with client regarding assumption of leases and related matters | 0.20 | $850.00 | $170.00 |
| 12.10.2024 | William E. Chipman, Jr. | B185 Assumption/Rejection of Leases and Contracts | Communications with chambers regarding hearing date for motion to assume contracts | 0.20 | $850.00 | $170.00 |

Chipman Brown Cicero Cole, LLP

December 1, 2024 through December 31, 2024

Case 24-11188-TMH   Doc 671-3   Filed 01/15/25   Page 8 of 14

TIME DETAIL

Invoice No. 17530

Dated: January 15, 2025

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12.10.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Consult with A. Bach regarding review and updates to schedule 1 to motion to assume | 0.20 | $550.00 | $110.00 |
| 12.10.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Emails with chambers regarding hearing date for motion to assume | 0.20 | $550.00 | $110.00 |
| 12.10.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Review updates to draft motion to assume leases | 0.10 | $550.00 | $55.00 |
| 12.11.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Correspondence with chambers regarding hearing availability for assumption motion | 0.10 | $550.00 | $55.00 |
| 12.11.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Consult with W. Chipman regarding assumption motion | 0.20 | $550.00 | $110.00 |
| 12.11.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Draft motion to expedite assumption motion | 1.30 | $550.00 | $715.00 |
| 12.12.2024 | William E. Chipman, Jr. | B185 Assumption/Rejection of Leases and Contracts | Revise draft motion to expedite for omnibus assumption motion | 0.50 | $850.00 | $425.00 |
| 12.12.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Consult with W. Chipman regarding motion to assume leases and motion to expedite | 0.30 | $550.00 | $165.00 |
| 12.12.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Review comments to draft motion to assume and motion to expedite and revise further | 1.50 | $550.00 | $825.00 |
| 12.12.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Email to U.S. Trustee and Committee counsel regarding motion to assume and motion to expedite | 0.30 | $550.00 | $165.00 |
| 12.13.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Review email message from M. Olivere attaching motion to expedite (.1); Save and update/revise same (.1) | 0.20 | $300.00 | $60.00 |
| 12.13.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Review email message from M. Olivere regarding omnibus motion to assume leases and motion to expedite (.1); Revise same (.1); Finalize and file (1) *Debtors' Omnibus Motion for Order: (I) Authorizing/Confirming Assumption of Non-Residential Real Property Leases, (B) Fixing Cure Costs with Respect Thereto, and (II) Granting Related Relief* (.2); and (2) *Debtors' Motion to Expedite Hearing and Objection Deadline with Respect to Omnibus Motion for Order: (I) Authorizing/Confirming Assumption of Non-Residential Real Property Leases, (B) Fixing Cure Costs with Respect Thereto and (II) Granting Related Relief* (.2) and upload proposed order (.1); Email message to chambers regarding same (.1) | 0.80 | $300.00 | $240.00 |
| 12.13.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Review email message from D. Gadson, Judge Horan's chambers, regarding expedited hearing date and objection deadline (.1); Update proposed order accordingly (.1) and upload proposed order (.1); Prepare notice of hearing and email same to M. Olivere for review/comment (.2); Retrieve *Order Approving Debtors' Motion to Expedite Hearing and Objection Deadline with Respect to Omnibus Motion for Order: (I) Authorizing/ Confirming Assumption of Non-Residential Real Property Leases, (B) Fixing Cure Costs with Respect Thereto, and (II) Granting Related Relief* (.1) and update notice (.1); Finalize and file *Notice of Hearing Regarding Omnibus Motion for Order: (I) Authorizing/Confirming Assumption of Non-Residential Real Property Leases, (B) Fixing Cure Costs with Respect Thereto, and (II) Granting Related Relief* (.2); Emails with Stretto regarding service of pleadings (.1); Calendar deadlines (.1) | 1.10 | $300.00 | $330.00 |
| 12.13.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Emails with W. Chipman and lenders' counsel regarding motion to assume and motion to expediate | 0.20 | $550.00 | $110.00 |
| 12.13.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Revise and finalize draft motion to assume and motion to expedite in preparation of filing (.4); Oversee filing of same (.1) | 0.50 | $550.00 | $275.00 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12.13.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Review email from Committee counsel regarding motion to expedite | 0.10 | $550.00 | $55.00 |
| 12.13.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Review and comment on updated order for motion to expedite and oversee submission to chambers | 0.30 | $550.00 | $165.00 |
| 12.13.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Consult with M. Dero regarding hearing notice and service (.1); Review draft hearing notice on motion to assume and oversee filing and service (.2) | 0.30 | $550.00 | $165.00 |
| 12.17.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Prepare certificate of no objection regarding second omnibus rejection motion and update proposed order (.2) Review email message from W. Chipman regarding informal comments (.1) | 0.30 | $300.00 | $90.00 |
| 12.17.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Consult with W. Chipman and M. Dero regarding second omnibus rejection motion | 0.20 | $550.00 | $110.00 |
| 12.18.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Retrieve *Response to Debtors' Second Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Executory Contracts* | 0.10 | $300.00 | $30.00 |
| 12.19.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Review email message from M. Olivere regarding P. Farzadfar's objection to second omnibus rejection motion and reply to same attaching underlying pleadings | 0.10 | $300.00 | $30.00 |
| 12.19.2024 | Alison Maser | B185 Assumption/Rejection of Leases and Contracts | Draft reply in support of rejection motion and declaration to reply | 4.50 | $350.00 | $1,575.00 |
| 12.19.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Review email message from A. Maser regarding reply to contract rejection motion (.1); Research regarding replies specific to employment agreement rejection (.3) | 0.40 | $300.00 | $120.00 |
| 12.19.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Consult with W. Chipman regarding motion to reject and reply in support | 0.20 | $550.00 | $110.00 |
| 12.19.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Consult with A. Maser regarding reply in support of motion to reject and declaration in support | 0.40 | $550.00 | $220.00 |
| 12.20.2024 | Aaron Bach | B185 Assumption/Rejection of Leases and Contracts | Review and revise reply in support of rejection of contracts and corresponding declaration | 0.60 | $350.00 | $210.00 |
| 12.20.2024 | Alison Maser | B185 Assumption/Rejection of Leases and Contracts | Draft reply in support of rejection motion and declaration to reply | 1.00 | $350.00 | $350.00 |
| 12.20.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Review correspondence from counsel for Central Pharmacy regarding lease status | 0.10 | $550.00 | $55.00 |
| 12.23.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Prepare certificate of no objection regarding omnibus assumption motion (.2) and update proposed order and email same to W. Chipman and M. Olivere (.1) | 0.30 | $300.00 | $90.00 |
| 12.23.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Correspondence with lenders' counsel regarding status of lease assumption motion | 0.10 | $550.00 | $55.00 |
| 12.23.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Emails within firm re: status of responses and CNO for assumption motion (.1); review docket for response status (.1); review and comment on draft CNO and order for same (.1) | 0.30 | $550.00 | $165.00 |
| 12.24.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Review email message from M. Olivere regarding comments to certificate of no objection regarding omnibus assumption and save same | 0.10 | $300.00 | $30.00 |

Chipman Brown Cicero Cole, LLP  
December 1, 2024 through December 31, 2024

Case 24-11188-TMH    Doc 671-3    Filed 01/15/25    Page 10 of 14  
TIME DETAIL

Invoice No. 17530  
Dated: January 15, 2025

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12.24.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Finalize and file *Certificate of No Objection Regarding Debtors' Omnibus Motion for Order: (I) Authorizing/Confirming Assumption of Non-Residential Real Property Leases, (B) Fixing Cure Costs with Respect Thereto, and (II) Granting Related Relief* (.2) and upload proposed order (.1) | 0.30 | $300.00 | $90.00 |
| 12.24.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Email with M. Dero regarding revised certificate of no objection for assumption motion | 0.10 | $550.00 | $55.00 |
| 12.24.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Review docket and response status and oversee filing of certificate of no objection for assumption motion | 0.20 | $550.00 | $110.00 |
| 12.24.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Consult with W. Chipman regarding reply in support of rejection motion | 0.20 | $550.00 | $110.00 |
| 12.26.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Emails messages with A. Hrycak regarding omnibus assumption motion and proposed order (.1); Retrieve *Order Granting Debtors' Omnibus Motion for Order: (I) Authorizing and Confirming the Assumption of Non-Residential Real Property Leases, (B) Fixing Cure Costs with Respect Thereto, and (II) Granting Related Relief* (.1) | 0.20 | $300.00 | $60.00 |
| 12.27.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Draft and revise reply in support of second omnibus rejection motion and declaration in support | 2.40 | $550.00 | $1,320.00 |
| 12.27.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Emails with client regarding draft reply to rejection motion | 0.20 | $550.00 | $110.00 |
| 12.30.2024 | Michelle M. Dero | B185 Assumption/Rejection of Leases and Contracts | Emails with M. Olivere regarding deadline to file reply in support of rejection motion | 0.10 | $300.00 | $30.00 |
| 12.30.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Consult with W. Chipman regarding reply in support of motion to reject | 0.20 | $550.00 | $110.00 |
| 12.30.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Confer with M. Dero regarding reply deadline | 0.10 | $550.00 | $55.00 |
| 12.31.2024 | William E. Chipman, Jr. | B185 Assumption/Rejection of Leases and Contracts | Review and forward revised reply to Pouya Farzadfar and Payam Tizabgar's responses to contract rejection motion to counsel for DIP lenders and client | 0.30 | $850.00 | $255.00 |
| 12.31.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Revisions to draft reply in support of motion to reject and declaration in support | 1.40 | $550.00 | $770.00 |
| 12.31.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Emails with client regarding draft reply to rejection motion and hearing on same | 0.10 | $550.00 | $55.00 |
| 12.31.2024 | Mark D. Olivere | B185 Assumption/Rejection of Leases and Contracts | Follow-up emails with client regarding draft reply to motion to reject | 0.10 | $550.00 | $55.00 |
| | | | **B185 TOTAL:** | **43.30** | | **$21,715.00** |
| 12.02.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Review draft response letter on extension of deadline for amendment of pleadings from RLF in the Skin Medicinals matter | 0.20 | $850.00 | $170.00 |
| 12.02.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Consult with W. Chipman regarding December 4 status conference in Skin Medicinals' adversary proceeding | 0.10 | $550.00 | $55.00 |
| 12.03.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve Optio Rx's letter to Judge Horan regarding scheduling order and email same to W. Chipman and M. Olivere | 0.10 | $300.00 | $30.00 |

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12.03.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Review email message from W. Chipman regarding delivering amended agenda notice and Optio Rx's letter to chambers (.1); Forward email to W. Chipman concerning sending as-filed amended agenda notice to chambers (.1); Emails with J. Low, DLS, regarding delivery of two (2) copies of amended agenda notice and letter to Judge Horan's chambers (.1) | 0.30 | $300.00 | $90.00 |
| 12.03.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Register K. Mowery to appear *via* Zoom at December 4 status conference | 0.10 | $300.00 | $30.00 |
| 12.03.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Consult with W. Chipman and RLF regarding December 4 hearing (.2); Review letter submissions for same (.5) | 0.70 | $550.00 | $385.00 |
| 12.03.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review draft amended agenda for December 4 hearing | 0.10 | $550.00 | $55.00 |
| 12.04.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Emails with M. Olivere and D. Gadson regarding start time of today's hearing (.1); Prepare second *amended* agenda notice correcting hearing time (.2); Finalize and file *Notice of Second Amended Agenda of Matters Scheduled for Hearing on December 4, 2024* (.2); Effectuate email service of amended agenda notice (.1); Email as-filed copy to D. Gadson and A. Hrycak, Judge Horan's chambers (.1) | 0.70 | $300.00 | $210.00 |
| 12.04.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Attend December 4 hearing | 0.20 | $550.00 | $110.00 |
| 12.09.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Calendar updated deadlines regarding amended scheduling order | 0.20 | $300.00 | $60.00 |
| 12.09.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with RLF regarding update on Skin Medicinals' litigation | 0.50 | $850.00 | $425.00 |
| 12.09.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve *Motion to Withdraw as Attorney for Lisa Bassett Ippolito* and email same to CBCC team | 0.10 | $300.00 | $30.00 |
| 12.09.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review motion to withdraw as Ippolito's counsel | 0.20 | $550.00 | $110.00 |
| 12.10.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve *Skin Medicinals' Notice of Intent to Serve Subpoena in a Bankruptcy Case on MCCP Investment Partners L.P.* and email same to W. Chipman and M. Olivere | 0.10 | $300.00 | $30.00 |
| 12.11.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Review (i) *OptioRx's Notice of Intent to Serve Subpoenas for Document Production/Deposition Upon eComm Cartel LLC* and (ii) *OptioRx's Notice of Intent to Serve Subpoena for Document Production Upon Waud Capital Partners LLC* and calendar deadlines | 0.20 | $300.00 | $60.00 |
| 12.17.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve the following pleadings and email same to W. Chipman A. Cole and M. Olivere: (1) *Notice of Service of Subpoena on Waud Capital Partners LLC*; (2) *Notice of Substitution of Counsel for Defendant Ippolito*; and (3) *Optio Rx's Notice of Intent to Serve Subpoenas Upon eComm Cartel LLC* | 0.10 | $300.00 | $30.00 |
| 12.17.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review notice of substitution of counsel notice of intent to serve subpoenas in Skin Medicinals' adversary proceeding | 0.20 | $550.00 | $110.00 |
| 12.18.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Review email message from M. Olivere regarding pleadings related to motion for summary judgment and reply to same attaching requested documents | 0.20 | $300.00 | $60.00 |
| 12.20.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve *Notice of Withdrawal of Motion for Leave to Withdraw as Counsel* and email same to W. Chipman, A. Cole and M. Olivere | 0.10 | $300.00 | $30.00 |
| 12.20.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review notice of withdrawal of motion to withdraw as counsel in Skin Medicinals' adversary proceeding | 0.10 | $550.00 | $55.00 |

Chipman Brown Cicero Cole, LLP  
December 1, 2024 through December 31, 2024

Case 24-11188-TMH    Doc 671-3    Filed 01/15/25    Page 12 of 14

TIME DETAIL

Invoice No. 17530  
Dated: January 15, 2025

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12.23.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with RLF regarding amended Skin Medicinals' complaint and related issues | 0.40 | $850.00 | $340.00 |
| 12.23.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Telephone call with independent director regarding Skin Medicinals' amended complaint | 0.20 | $850.00 | $170.00 |
| 12.24.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Review email regarding Cencora credits due to Optio (.1)  Telephone call with client regarding same and draft email to D. Carickhoff regarding need for stipulation (.1) | 0.20 | $850.00 | $170.00 |
| 12.24.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Review letter to Judge Horan (.1) and motion to amend complaint filed by Skin Medicinals (.2) | 0.30 | $850.00 | $255.00 |
| 12.24.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve the following pleadings and email same to CBCC and client teams and lenders' counsel: (1) *Plaintiff Skin Medicinals LLC's Motion for Leave to File Amended Complaint* ; and (2) *Plaintiff Skin Medicinals LLC's Letter to Judge Horan* | 0.20 | $300.00 | $60.00 |
| 12.26.2024 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with client regarding Skin Medicinals' litigation and related matters | 0.20 | $850.00 | $170.00 |
| 12.27.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review Plaintiff Skin Medicinals' motion to amend complaint and letter | 0.40 | $550.00 | $220.00 |
| 12.27.2024 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve Debtors' letter to Judge Horan regarding *Skin Medicinal's Motion for Leave to Amend Complaint* and email same to W. Chipman and M. Olivere | 0.10 | $300.00 | $30.00 |
| 12.27.2024 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review letter to court regarding Skin Medicinals' motion to amend complaint | 0.20 | $550.00 | $110.00 |
| | | | **B190 TOTAL:** | **6.70** | | **$3,660.00** |
| 12.23.2024 | Michelle M. Dero | B210 Business Operations | Review email message from R. Stricklin regarding November monthly operating reports (.1); Download same (.1) | 0.20 | $300.00 | $60.00 |
| 12.23.2024 | David Carickhoff | B210 Business Operations | Communications with counsel for Cencora, W. Chipman and L. LaFranco regarding amounts owed among parties and related issues | 0.40 | $720.00 | $288.00 |
| 12.24.2024 | Michelle M. Dero | B210 Business Operations | Finalize November monthly operating reports  redact bank statements  organize and electronically file November monthly operating reports; Emails with Stretto regarding service of same on U.S. Trustee; Download as-filed monthly operating reports and upload to share file for distribution | 3.50 | $300.00 | $1,050.00 |
| | | | **B210 TOTAL:** | **4.10** | | **$1,398.00** |
| 12.18.2024 | Michelle M. Dero | B310 Claims Administration and Objections | Email message to W. Chipman and M. Olivere regarding deadline to file claims objections | 0.10 | $300.00 | $30.00 |
| 12.18.2024 | Mark D. Olivere | B310 Claims Administration and Objections | Email with M. Dero regarding critical dates and extension to claim objection deadline | 0.10 | $550.00 | $55.00 |
| 12.19.2024 | Michelle M. Dero | B310 Claims Administration and Objections | Email message to A. Maser and A. Bach regarding need to extend claims objection deadline | 0.10 | $300.00 | $30.00 |
| 12.19.2024 | Aaron Bach | B310 Claims Administration and Objections | Draft/revise motion to extend claims objection deadline | 3.50 | $350.00 | $1,225.00 |
| 12.19.2024 | Mark D. Olivere | B310 Claims Administration and Objections | Emails with W. Chipman and A. Bach regarding motion to extend claims objection deadline draft | 0.10 | $550.00 | $55.00 |
| 12.20.2024 | Michelle M. Dero | B310 Claims Administration and Objections | Emails with M. Olivere regarding claims objection deadline | 0.10 | $300.00 | $30.00 |

Chipman Brown Cicero Cole, LLP  
December 1, 2024 through December 31, 2024

TIME DETAIL

Invoice No. 17530  
Dated: January 15, 2025

| Date | Professional | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 12.30.2024 | William E. Chipman, Jr. | B310 Claims Administration and Objections | Communications with counsel for DIP lenders regarding Skin Medicinals' amended proof of claim and scheduled hearing (.1); Review certification of counsel and order approving hearing (.1) | 0.20 | $850.00 | $170.00 |
| | | | **B310 TOTAL:** | **4.20** | | **$1,595.00** |
| 12.02.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Communications with client and U.S. Trustee regarding status of effective date | 0.20 | $850.00 | $170.00 |
| 12.03.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with client regarding license transfer issues and effective date | 0.50 | $850.00 | $425.00 |
| 12.04.2024 | Mark D. Olivere | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with W. Chipman regarding case and effective date status | 0.20 | $550.00 | $110.00 |
| 12.06.2024 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Review email message from W. Chipman and reply to same attaching confirmation order second amended plan and plan supplement | 0.10 | $300.00 | $30.00 |
| 12.06.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Review plan support agreement and communications with client regarding plan treatment of lenders | 0.40 | $850.00 | $340.00 |
| 12.06.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with counsel for lenders regarding plan effective date issues | 0.30 | $850.00 | $255.00 |
| 12.09.2024 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with client and lender's counsel regarding effective date issues | 0.40 | $850.00 | $340.00 |
| 12.19.2024 | Mark D. Olivere | B320 Plan and Disclosure Statement (including Business Plan) | Emails with Stretto regarding status of effective date | 0.20 | $550.00 | $110.00 |
| 12.27.2024 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Review email message from M. Olivere and reply to same attaching disclosure statement and solicitation procedures order | 0.10 | $300.00 | $30.00 |
| | | | **B320 TOTAL:** | **2.40** | | **$1,810.00** |
| | | | **TOTAL FEES FOR DECEMBER 1, 2024 THROUGH DECEMBER 31, 2024:** | **86.10** | | **$42,014.00** |

| Timekeeper | Position | Hours | Rate | Total |
|---|---|---|---|---|
| David W. Carickhoff | Partner | 3.20 | $720.00 | $2,304.00 |
| William E. Chipman, Jr. | Partner | 11.60 | $850.00 | $9,860.00 |
| Mark D. Olivere | Partner | 31.80 | $550.00 | $17,490.00 |
| Aaron Bach | Associate | 4.70 | $350.00 | $1,645.00 |
| Alison Maser | Associate | 5.50 | $350.00 | $1,925.00 |
| Michelle M. Dero | Paralegal | 29.30 | $300.00 | $8,790.00 |
| | | **TOTAL:** | **86.10** | **$42,014.00** |