IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Optio Rx, LLC, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br>(Jointly Administered)<br><br>**Related D.I.: 200** |

### NOTICE OF SAUL EWING LLP'S
### ANNUAL RATE INCREASE

**PLEASE TAKE NOTICE** that on July 10, 2024, the Official Committee of Unsecured Creditors (the "**Committee**") filed an application [D.I. 200] (the "**Application**") to employ and retain Saul Ewing LLP ("**Saul Ewing**") as counsel for the Committee in the Chapter 11 Cases. On July 26, 2024, the Court entered an order [D.I. 244] granting the Application and authorizing the Committee to employ and retain Saul Ewing as counsel for the Committee.

**PLEASE TAKE FURTHER NOTICE** that as described in the Application, Saul Ewing's hourly rates are reviewed and revised from time to time and are subject to periodic adjustment. In the ordinary course of Saul Ewing's business and in keeping with Saul Ewing's established billing practices and procedures, Saul Ewing's standard billing rates were adjusted firm-wide on January 1, 2025 and took effect on January 1, 2025, for the lawyers and paraprofessionals in the Bankruptcy & Corporate Restructuring Department who may work on matters related to these Chapter 11 cases as

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

follows:

| PROFESSIONAL | PREVIOUS HOURLY RATE [See D.I. 200] | HOURLY RATE AS OF JANUARY 1, 2025 |
|---|---|---|
| Evan T. Miller, Partner | $680.00 | $735.00 |
| Michelle G. Novick, Partner | $715.00 | $770.00 |
| Turner N. Falk, Associate | $430.00 | $485.00 |
| Jorge Garcia, Associate | $450.00 | $505.00 |
| Nicholas Smargiassi, Associate | $300.00 | $355.00 |
| Robyn E. Warren, Paraprofessional | $285.00 | $310.00 |
| Aida McLaughlin, Paraprofessional | $210.00 | $225.00 |
| Sean F. Kenny, Paraprofessional | $205.00 | $220.00 |

Dated: January 23, 2025
      Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
Nicholas Smargiassi (No. 7265)
1201 N. Market St, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
nicholas.smargiassi@saul.com

-and-

Michelle G. Novick, Esq. (admitted *pro hac vice*)
**SAUL EWING LLP**
161 North Clark St., Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
michelle.novick@saul.com

*Counsel to the Official Committee of Unsecured Creditors of Optio Rx, LLC, et.al.*