IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPTIO RX, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188-TMH<br><br>(Jointly Administered) |

**ORDER GRANTING PLAINTIFF SKIN MEDICINALS' MOTION
FOR LEAVE TO FILE AMENDED PROOFS OF CLAIM**

Upon consideration of the *Plaintiff Skin Medicinals' Motion for Leave to File Amended Proofs of Claim* (the "Motion") for entry of an order granting it leave to amend the Proofs of Claim submitted in the chapter 11 cases of Optio Rx, LLC and its affiliated debtors and debtors in possession (the "Debtors");[2] and it appearing that due and adequate notice of the Motion have been given under the circumstances, and that no other or further notice need be given; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and this Court having determined that the relief requested in the Motion is appropriate; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1.    The Motion is GRANTED.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

[2] Undefined terms used herein shall have the meanings ascribed to them in the Motion.

2

2. Skin Medicinals is granted leave to amend the Proofs of Claim by submitting amended proofs of claim against each Debtor in the form of the Amended Proof of Claim Form.

3. The amended Proofs of Claim shall be deemed timely filed.

4. Entry of this Order is without prejudice to the right of the Plaintiff to seek leave to further amend its proofs of claim against each of the Debtors.

5. This Order shall be effective and enforceable immediately upon its entry.

6. Skin Medicinals is authorized to take all steps necessary or appropriate to carry out this Order.

**Dated: January 27th, 2025**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**