IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 29, 2025, AT 2:00 P.M. (EASTERN TIME)

> **AS THERE ARE NO MATTERS GOING FORWARD,
> THE HEARING IS CANCELLED AT THE DIRECTION OF THE COURT.**

**I.   RESOLVED MATTER(S):**

1. Plaintiff Skin Medicinals' Motion for Leave to File Amended Proofs of Claim, filed on January 7, 2025 [Docket No. 654].

   Objection Deadline:      January 21, 2025, at 4:00 p.m. (Eastern Time).

   Responses Received:      None.

   Related Pleadings:

   A. Certificate of No Objection Regarding Plaintiff Skin Medicinals' Motion for Leave to File Amended Proofs of Claim, filed on January 24, 2025 [Docket No. 680].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

B.    Order Granting Plaintiff Skin Medicinals' Motion for Leave to File Amended Proofs of Claim, entered on January 27, 2025 [Docket No. 681].

Status: The order has been entered. No hearing is necessary.

Dated: January 27, 2025
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   chipman@chipmanbrown.com
          carickhoff@chipmanbrown.com
          olivere@chipmanbrown.com
          root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*

4932-2521-6786, v. 1