# EXHIBIT B

## TIMEKEEPER SUMMARY

## SUMMARY OF BILLING BY TIMEKEEPER

### For the Period from December 1, 2024 through December 31, 2024

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position at Saul Ewing | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Evan T. Miller | 2009 | Partner (2023)[1] | Bankruptcy | $680.00 | 3.8 | $2,584.00 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $715.00 | 4.8 | $3,432.00 |
| Jorge Garcia | 2017 | Associate | Bankruptcy | $450.00 | 1.5 | $675.00 |
| Aida McLaughlin | N/A | Paraprofessional | Litigation and Bankruptcy | $210.00 | 1.5 | $315.00 |
| Sean F. Kenny | N/A | Paraprofessional | Bankruptcy | $205.00 | 1.8 | $369.00 |
| **TOTAL** | | | | | **13.4** | **$7,375.00** |

**Blended Hourly Rate: $550.37**

---

[1] Evan Miller joined Saul Ewing as a Partner in 2023. He was previously a director at his prior firm.

53690570.2 01/27/2025