# EXHIBIT C

**DETAILED TIME ENTRIES BY CATEGORY**

## SUMMARY OF BILLING BY CATEGORY

### For the Period from December 1, 2024 through December 31, 2024

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (Other Professionals) | 0.2 | $143.00 |
| Fee/Employment Applications (Saul Ewing) | 9.8 | $4,906.00 |
| Litigation: Contested Matters and Adversaries | 0.1 | $71.50 |
| Preparation for and Attendance at Hearings | 0.4 | $272.00 |
| Executory Contracted and Unexpired Leases | 2.9 | $1,982.50 |
| **TOTAL** | **13.4** | **$7,375.00** |



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4399301 |
| N/A - Committee N/A - Committee | Invoice Date | 01/22/25 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00011 |

Re: Fee / Employment Applications (Other Professionals)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/05/24 | MGN | Telephone conference with R. Newman regarding A&M fee applications and payment. | 0.10 | 71.50 |
| 12/05/24 | MGN | Telephone conference with W. Chipman regarding same. | 0.10 | 71.50 |
| | | TOTAL HOURS | 0.20 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Michelle G. Novick | 0.20 | at | 715.00 | = | 143.00 |
| | | | | CURRENT FEES | 143.00 |
| | | | | TOTAL AMOUNT OF THIS INVOICE | 143.00 |



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number 4399300 |
| N/A - Committee N/A - Committee | Invoice Date 01/22/25 |
| 3701 Commercial Avenue, Suite 14 | Client Number 391790 |
| Northbrook, IL 60062 | Matter Number 00010 |

Re: Fee / Employment Applications (Saul Ewing)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/02/24 | MGN | Correspondence to and from E. Miller regarding requesting payment and issues relating thereto. | 0.20 | 143.00 |
| 12/02/24 | ETM | EMs w/MN re status of fees | 0.20 | 136.00 |
| 12/04/24 | MGN | Correspondence to B. Chipman regarding payment of Saul Ewing's fees owed to date. | 0.20 | 143.00 |
| 12/05/24 | MGN | Correspondence to and from E. Miller regarding payment of outstanding fees to Saul Ewing. | 0.20 | 143.00 |
| 12/05/24 | MGN | Telephone conference with W. Chipman regarding same. | 0.30 | 214.50 |
| 12/05/24 | MGN | Follow-up correspondence to and from E. Miller regarding same. | 0.10 | 71.50 |
| 12/05/24 | ETM | EMs re status of fees with MN | 0.10 | 68.00 |
| 12/09/24 | MGN | Review November invoices. | 0.50 | 357.50 |
| 12/09/24 | MGN | Correspondence to J. Garcia requesting his review of invoices and preparation of fifth monthly fee application. | 0.20 | 143.00 |
| 12/09/24 | MGN | Review and revise CNO regarding Saul Ewing's Fourth Monthly Fee Application and file same. | 0.20 | 143.00 |
| 12/09/24 | MGN | Correspondence to and from S. Kenney regarding same. | 0.10 | 71.50 |
| 12/09/24 | MGN | Correspondence to L. LeFranco regarding status of payment of outstanding fees to Saul Ewing. | 0.20 | 143.00 |
| 12/09/24 | SFK | Draft Certification of no Objection for Saul's 4th Monthly Fee Application. | 0.20 | 41.00 |
| 12/09/24 | SFK | Apply Michelle Novick's track changes to Certification of no objection for Saul's 4th Monthly Fee Application. | 0.10 | 20.50 |

| | | | | |
|---|---|---|---|---|
| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | | Invoice | 4399300 |
| 00010 | Fee / Employment Applications (Saul Ewing) | | | Page: 2 |
| 01/22/25 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/09/24 | SFK | Electronically docket Saul's 4th Monthly Fee Application. | 0.30 | 61.50 |
| 12/10/24 | MGN | Correspondence to and from L. LeFranco and B. Chipman regarding payment of Saul Ewing's fees owed to date. | 0.20 | 143.00 |
| 12/13/24 | AM | Prepare fifth fee application; email communication with accounting regarding final numbers for fee application; email to J. Garcia | 1.50 | 315.00 |
| 12/13/24 | JG | Draft Saul Ewing's fifth monthly fee app | 1.50 | 675.00 |
| 12/16/24 | MGN | Review and revise Saul Ewing's Fifth Monthly Fee Application. | 0.60 | 429.00 |
| 12/16/24 | MGN | Correspondence to and from J. Garcia regarding reviewing fee application and invoices in preparation for filing same. | 0.20 | 143.00 |
| 12/17/24 | MGN | Correspondence to and from J. Garcia and S. Kenney regarding finalizing and filing Saul Ewing's Fifth Fee Application. | 0.30 | 214.50 |
| 12/17/24 | ETM | Review fee app papers and EMs with JG/MN/SK re same | 0.30 | 204.00 |
| 12/17/24 | SFK | Revise time entries in Saul's 5th fee application. | 0.20 | 41.00 |
| 12/19/24 | MGN | Review, revise and file Fifth Monthly Fee Application. | 0.50 | 357.50 |
| 12/19/24 | ETM | Review fee app papers and EMs with JG/MN/SK re same | 0.20 | 136.00 |
| 12/19/24 | SFK | Electronically docket Saul's 5th fee application. | 0.40 | 82.00 |
| 12/19/24 | SFK | Revise Saul's 5th fee application. | 0.60 | 123.00 |
| 12/30/24 | MGN | Correspondence to and from E. Miller regarding filing Notice of Change of Hourly Rates. | 0.10 | 71.50 |
| 12/30/24 | MGN | Correspondence to and from J. Garcia regarding same. | 0.10 | 71.50 |
| | | TOTAL HOURS | 9.80 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Jorge Garcia | 1.50 | at | 450.00 | = | 675.00 |
| Sean F. Kenny | 1.80 | at | 205.00 | = | 369.00 |
| Aida McLaughlin | 1.50 | at | 210.00 | = | 315.00 |
| Evan T. Miller | 0.80 | at | 680.00 | = | 544.00 |
| Michelle G. Novick | 4.20 | at | 715.00 | = | 3,003.00 |
| | | | | CURRENT FEES | 4,906.00 |
| | | | | TOTAL AMOUNT OF THIS INVOICE | 4,906.00 |



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number 4399302 |
| N/A - Committee N/A - Committee | Invoice Date 01/22/25 |
| 3701 Commercial Avenue, Suite 14 | Client Number 391790 |
| Northbrook, IL 60062 | Matter Number 00014 |

Re: Litigation: Contested Matters and Adversary Proceedings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/02/24 | MGN | Correspondence to and from E. Miller and S. Kenny regarding attending upcoming hearing on Skin Medicinal's adversary proceeding. | 0.10 | 71.50 |
| | | TOTAL HOURS | 0.10 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Michelle G. Novick | 0.10 | at | 715.00 | = | 71.50 |
| | | | | CURRENT FEES | 71.50 |
| | | | | TOTAL AMOUNT OF THIS INVOICE | 71.50 |



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number  4399303 |
| N/A - Committee N/A - Committee | Invoice Date  01/22/25 |
| 3701 Commercial Avenue, Suite 14 | Client Number  391790 |
| Northbrook, IL 60062 | Matter Number  00017 |

Re:   Preparation for and Attendance at Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/02/24 | ETM | Review agenda for relevance and Ems with SK/MN re same | 0.20 | 136.00 |
| 12/03/24 | ETM | Review agenda for relevance | 0.10 | 68.00 |
| 12/04/24 | ETM | Review agenda for relevance | 0.10 | 68.00 |
| | | TOTAL HOURS | 0.40 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Evan T. Miller | 0.40 | at | 680.00 | = | 272.00 |
| | | | | CURRENT FEES | 272.00 |

TOTAL AMOUNT OF THIS INVOICE          272.00



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4399299 |
| N/A - Committee N/A - Committee | Invoice Date | 01/22/25 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00009 |

Re:   Executory Contracts and Unexpired Leases

FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/24:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/02/24 | ETM | Review motions for relevance | 0.30 | 204.00 |
| 12/12/24 | ETM | Review assumption notice | 0.50 | 340.00 |
| 12/13/24 | MGN | Review Motion to Assume Contracts in light of inability to timely effectuate plan. | 0.30 | 214.50 |
| 12/13/24 | ETM | Review assumption papers and EMs with MN re same | 0.40 | 272.00 |
| 12/14/24 | ETM | EMs with MN re outstanding motion and substance of same | 0.20 | 136.00 |
| 12/20/24 | ETM | Review objection for relevance to mtn | 0.30 | 204.00 |
| 12/24/24 | ETM | Review docket and status of case and EMs with client re same | 0.90 | 612.00 |
| | | TOTAL HOURS | 2.90 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Evan T. Miller | 2.60 | at | 680.00 | = | 1,768.00 |
| Michelle G. Novick | 0.30 | at | 715.00 | = | 214.50 |
| | | | CURRENT FEES | | 1,982.50 |

TOTAL AMOUNT OF THIS INVOICE    1,982.50