# EXHIBIT D

## EXPENSE SUMMARY

53690570.2 01/27/2025

**Expense Summary**

**For the Period from December 1, 2024 Through December 31, 2024**

| Expenses | | |
|---|---|---|
| **Expense Category** | **Service Provider (if applicable)** | **Total Expenses** |
| Legal Research | PACER | $13.20 |
| **Total** | | **$13.20** |



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number 4399298 |
| N/A - Committee N/A - Committee | Invoice Date 01/22/25 |
| 3701 Commercial Avenue, Suite 14 | Client Number 391790 |
| Northbrook, IL 60062 | Matter Number 00002 |

Re:    Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Pacer Research      13.20

CURRENT EXPENSES      13.20

TOTAL AMOUNT OF THIS INVOICE      13.20