Skin Medicinals v. Optio Rx
24-11188/24-50079

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Lauren | Eastburn | Potter Anderson & Corroon LLP | Ad Hoc Group of Mezz Lenders | Video and Audio |
| Jarlath | Johnston | Bentley Associates L.P. | Debtors | Video and Audio |
| Jeff | Kelly | MCCP Investment Partners | Debtors | Video and Audio |
| Leo | LaFranco | Optio Rx, LLC | Debtors | Video and Audio |
| Katharine | Mowery | Richards, Layton & Finger, P.A. | Debtors | Video and Audio |
| Jeffrey | Moyer | Richards, Layton & Finger, P.A. | Debtors | Video and Audio |
| Mark | Olivere | Chipman Brown Cicero & Cole, LLP | Debtors | Video and Audio |
| Chad | Shandler | Richards, Layton & Finger, P.A. | Debtors | Video and Audio |
| Jonathan | Tunis | MCCP Investment Partners | Debtors | Video and Audio |
| Barry | Best | MCCP Investment Partners | Debtors | Video and Audio |
| William | Chipman | Chipman Brown Cicero & Cole, LLP | Debtors | Video and Audio |
| Ben | David | Optio Rx, LLC | Debtors | Video and Audio |
| Michelle | Dero | Chipman | Debtors | Video and Audio |
| Kelly | Farnan | Richards, Layton & Finger, P.A. | Debtors | Video and Audio |
| Matthew | Nelson | Kennedys CMK LLP | Defendant Ben David, Defendant Arun Suresh Kum | Video and Audio |
| Joseph | Barsalona II | Pashman Stein Walder Hayden, P.C. | Lisa Bassett Ippolito | Video and Audio |
| Katherine | Beilin | PASHMAN STEIN WALDER HAYDEN, P.C. | Lisa Bassett Ippolito | Video and Audio |
| David | Cinotti | Pashman Stein Walder Hayden | Lisa Bassett Ippolito | Video and Audio |
| Stuart | Brown | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Aditi | Budhia | CION Investments | Loan Admin Co LLC | Video and Audio |
| Jon | Finch | MCCP | Loan Admin Co LLC | Video and Audio |
| Carolyn | Fox | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Jamie | Knox | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Brian | Mulligan | CION Investments | Loan Admin Co LLC | Video and Audio |
| Matthew | Sarna | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Zachary | Javorsky | Richards, Layton & Finger | Optio Rx | Video and Audio |
| David | Queroli | Richards, Layton & Finger | Optio Rx | Video and Audio |
| Jed | Glickstein | Kaplan & Grady | Skin Medicinals LLC | Video and Audio |
| Howard | Kaplan | Kaplan & Grady | Skin Medicinals LLC | Video and Audio |
| Matthew | Talmo | Morris, Nichols Arsht & Tunnell LLP | Skin Medicinals LLC | Video and Audio |
| Terah | Tollner | Kaplan & Grady | Skin Medicinals LLC | Video and Audio |
| Annie | Garau Kelly | Kaplan & Grady | Skin Medicinals LLC | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Skin Medicinals LLC | Video and Audio |

| Austin | Park | Morris Nichols Arsht and Tunnell | Skin Medicinals LLC | Video and Audio | |
|---|---|---|---|---|---|
| Uday | Gorrepati | | | Audio Only | |
| Taylor | Harrison | | | Audio Only | |
| Michael | Tomback | | | Audio Only | |