IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Related Docket No. 693** |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing dates in the above-captioned proceeding:

- February 20, 2025, at 3:00 p.m. (*prevailing* Eastern Time) (Fifth Floor, Court Room 5) (Omnibus Hearing)

- March 26, 2025, at 10:00 a.m. (*prevailing* Eastern Time) (Third Floor, Court Room 7) (Omnibus/Interim Fee Hearing)

*[Signature: Thomas M. Horan]*

**Dated: February 3rd, 2025**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**