# SUPPORTING DOCUMENTATION

## (December 2024)



| | |
|---|---|
| **Last Statement:** | November 29, 2024 |
| **Statement Ending:** | December 31, 2024 |
| **Page:** | 1 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



49577 TWS380WR010125045859 01 000000000 50 016
OPTIO RX LLC
1432 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:        XXXXXX4516

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/30/24** | **-$415,111.95** |
| + Deposits and Credits (175) | $10,613,772.91 |
| - Withdrawals and Debits (165) | $10,090,639.09 |
| **Ending Balance as of 12/31/24** | **$102,684.23** |
| Analysis or Maintenance Fees for Period | $5,337.64 |
| Number of Days in Statement Period | 32 |

### Checks

**\* Indicates a break in check sequence**
**R-Check has been returned**

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | | Amount |
|------|--------|--------|------|--------|--------|------|--------|---|--------|
| Dec 17 | 1002 | $700.00 | Dec 18 | 1005 | $150.00 | Dec 20 | 1009 | * | $260.00 |
| Dec 18 | 1003 | $690.00 | Dec 27 | 1006 | $2,000.00 | Dec 26 | 1025 | * | $450.00 |
| Dec 30 | 1004 | $360.00 | Dec 30 | 1007 | $300.00 | | | | |

### Debits

| Date | Description | Subtractions |
|------|-------------|-------------|
| Dec 02 | PREAUTHORIZED DEBIT<br>ADT SECURITY SER ADTPAPACH 241202 | -$70.28 |
| Dec 02 | PREAUTHORIZED DEBIT<br>Deluxe Small Bus EDI/ACH 241128 17082001428835 | -$146.28 |
| Dec 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ZZWANUB974NU | -$696.20 |
| Dec 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables Eagle B ill.com 015ODKSMBI 97CR8 Acct E10597 - Inv<br>351722 | -$1,040.00 |
| Dec 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016KXDKHW3KCVNC | -$1,206.09 |
| Dec 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015DOKLGEF 97BL9 Acct 13290 -<br>Multiple invoices | -$1,214.46 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |

The number above should match your checkbook balance

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX4516 |
| **Statement Date:** | | 12/31/2024 |
| **Page :** | | 2 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015LFRGNQQ 973OL Acct 13290 - Multiple invoices | -$1,286.87 |
| Dec 02 | PREAUTHORIZED DEBIT<br>NinjaOne, LLC NinjaOne, 241202 ST-X4T1K1Q7S0O0 | -$1,644.00 |
| Dec 02 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 1151  NSF | -$6,000.00 |
| Dec 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Med-Vet Internatio nal Bill.com 015CB OWADZ98WME Acct 36 784 - Inv INV05470 | -$165.16 |
| Dec 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016UIACIF3KF24D | -$996.57 |
| Dec 03 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 241203 0004215600 | -$35,600.56 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$525.00 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | -$625.00 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | -$941.94 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$686.92 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | -$1,142.88 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$6,969.88 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | -$1,645.00 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$2,827.92 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$1,147.54 |
| Dec 04 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$2,350,000.00 |
| Dec 04 | PREAUTHORIZED DEBIT<br>ComEd PAYMENTS 241204 | -$97.69 |
| Dec 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 016LTBBRQ3 KGOBY Multiple inv oices | -$9,199.99 |
| Dec 05 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 AMERISOURCE RECEIV ABLES FINANCIAL C JPMORGAN CHASE BAN K, NA | -$40,000.00 |
| Dec 05 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$300,000.00 |
| Dec 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015HAXXGEI 9DI7Z Inv M18318 | -$166.00 |
| Dec 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 016SBJVLC3 KIODN Acct HEA105 - Multiple invoice | -$657.00 |
| Dec 05 | PREAUTHORIZED DEBIT<br>ATT Payment 241205 860245001EPAYH | -$1,364.71 |
| Dec 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$139.90 |
| Dec 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$3,714.90 |

49577 0149001 0002-0015 00000000000000000





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 12/31/2024 |
| | Page : | 3 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 05 | AUTOMATIC TRANSFER | -$139.90 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Dec 05 | AUTOMATIC TRANSFER | -$63,000.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Dec 05 | AUTOMATIC TRANSFER | -$4,858.68 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Dec 06 | PREAUTHORIZED DEBIT | -$208.41 |
| | Bill.com Payables ODP BUSINESS SOLUT IONS LLC Bill.com 015SARDCUK9FBGV In v 32897370 | |
| Dec 06 | PREAUTHORIZED DEBIT | -$14,975.97 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015OASDBOF9F9KO | |
| Dec 06 | PREAUTHORIZED DEBIT | -$34,675.11 |
| | ASF, DBA Insperi PAYROLL 241206 0004215600 | |
| Dec 06 | AUTOMATIC TRANSFER | -$497.81 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | |
| Dec 06 | AUTOMATIC TRANSFER | -$746.55 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Dec 06 | AUTOMATIC TRANSFER | -$12,711.72 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Dec 06 | AUTOMATIC TRANSFER | -$40,312.18 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Dec 06 | AUTOMATIC TRANSFER | -$6,198.36 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Dec 06 | AUTOMATIC TRANSFER | -$6,928.16 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Dec 09 | PREAUTHORIZED DEBIT | -$585.00 |
| | Bill.com Payables ARL Bio Pharma B ill.com 015SKQFHCD 9HJWG Inv A187332 | |
| Dec 09 | PREAUTHORIZED DEBIT | -$851.21 |
| | Bill.com Payables Letco Medical LLC Bill.com 016CBCXNF 3KMRMA Multiple in voices | |
| Dec 09 | AUTOMATIC TRANSFER | -$338.88 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Dec 09 | AUTOMATIC TRANSFER | -$200.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Dec 10 | WIRE TRANSFER OUT | -$146,600.00 |
| | IBB WIRE TRANSFER ACCT#3805444516 BPI LABS LLC WELLS FARGO BANK, NA PO ORX24009 | |
| Dec 10 | WIRE TRANSFER OUT | -$160,000.00 |
| | IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | |
| Dec 10 | PREAUTHORIZED DEBIT | -$210.25 |
| | Bill.com Payables Telovox Leasing B ill.com 016QSUDSD3 KOWEX Acct 1383503 - Inv 83256507 | |
| Dec 10 | PREAUTHORIZED DEBIT | -$4,089.94 |
| | ASF, DBA Insperi PAYROLL 241210 0004215600 | |
| Dec 10 | AUTOMATIC TRANSFER | -$14,463.55 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Dec 10 | AUTOMATIC TRANSFER | -$305.27 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Dec 10 | AUTOMATIC TRANSFER | -$21,373.68 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Dec 10 | AUTOMATIC TRANSFER | -$21,632.60 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Dec 11 | PREAUTHORIZED DEBIT | -$306.95 |
| | Bill.com Payables Med-Vet Internatio nal Bill.com 015WC IUWVE9LRRP Acct 36 784 - Inv INV05561 | |

49577 0149002 0003-0015 0000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX4516 |
| **Statement Date:** | | 12/31/2024 |
| **Page :** | | 4 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015ULIGFDJ 9LQCD Acct 13290 - Multiple invoices | -$1,174.16 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015RDAYIRW 9LSMT Inv M18352 | -$2,200.00 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016GAVXFL3KQSAX | -$5,114.25 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015FTNXZEL9LVMV | -$10,325.22 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015HXBTSUG9LQW2 | -$15,175.96 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015BIAZMIQ9M2WX | -$49,591.99 |
| Dec 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$48,417.43 |
| Dec 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$79,640.14 |
| Dec 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | -$1,741.52 |
| Dec 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$3,037.02 |
| Dec 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$200,132.21 |
| Dec 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$160,932.34 |
| Dec 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$37,070.90 |
| Dec 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$253,240.75 |
| Dec 12 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$550,000.00 |
| Dec 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables United Delivery Se rvice Bill.com 015 OLIXNKX9OI17 Acct 554 - Multiple inv | -$766.24 |
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX9021 | -$392.44 |
| Dec 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 016BVYDJK3 KUIEB Inv PNRX-179 407 | -$1,247.24 |
| Dec 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Pioneer Rx B ill.com 015GBMTIYK 9PPM9 Multiple inv oices | -$1,871.05 |
| Dec 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Cardinal Health B ill.com 015HFYAXIA 9PO82 Acct 1111662 4 - Inv 7182245065 | -$7,733.52 |
| Dec 13 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 241213 0004215600 | -$744,916.67 |
| Dec 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$2,166.52 |
| Dec 16 | INTL SERVICES TRAN<br>10001158 ACC-ARP | -$2,527.78 |



49577 0149003 0004-0015 0000000000000000



| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 5 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 16 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$575,000.00 |
| Dec 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$218.00 |
| Dec 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$6,384.72 |
| Dec 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$237.75 |
| Dec 17 | CHECK  1002 | -$700.00 |
| Dec 17 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 ANDA INC BANK OF A MERICA, N.A., NY | -$57,614.45 |
| Dec 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016OIIQHH3KYQ5S | -$256.26 |
| Dec 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015BIPIXLR 9U1JA Inv A188697 | -$585.00 |
| Dec 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 11/24 | -$5,337.64 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7950 | -$74.00 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$76.48 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3810 | -$74.00 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4854 | -$74.00 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | -$94.91 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | -$110.69 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX5525 | -$81.35 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX9021 | -$209.32 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$492.44 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | -$1,994.89 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$2,136.88 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$469.34 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$10,690.19 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | -$74.32 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$13,611.71 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$15,311.08 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$1,580.36 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX2122 | -$74.00 |

49577 0149004 0005-0015 0000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX4516 |
| **Statement Date:** | | 12/31/2024 |
| **Page :** | | 6 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 17 | AUTOMATIC TRANSFER | -$56,333.23 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Dec 18 | CHECK  1003 | -$690.00 |
| Dec 18 | CHECK  1005 | -$150.00 |
| Dec 18 | WIRE TRANSFER OUT | -$650,000.00 |
| | IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | |
| Dec 18 | PREAUTHORIZED DEBIT | -$1,864.74 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016ZCMIMI3L0IPD | |
| Dec 18 | PREAUTHORIZED DEBIT | -$9,100.67 |
| | Bill.com Payables Cardinal Health B ill.com 015IWCQKJB 9WAU3 Acct 1111662 4 - Inv 7182388090 | |
| Dec 19 | PREAUTHORIZED DEBIT | -$98.00 |
| | Bill.com Payables Medisca Inc. B ill.com 015RILHSNX 9Y96K Acct BRAUN60 - Inv 03679015 | |
| Dec 19 | PREAUTHORIZED DEBIT | -$831.00 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016GAKCAO3L2JBC | |
| Dec 19 | AUTOMATIC TRANSFER | -$600.23 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Dec 19 | AUTOMATIC TRANSFER | -$2,851.76 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Dec 19 | AUTOMATIC TRANSFER | -$3,453.14 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Dec 19 | AUTOMATIC TRANSFER | -$10,049.87 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Dec 19 | AUTOMATIC TRANSFER | -$10,340.15 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Dec 20 | CHECK  1009 | -$260.00 |
| Dec 20 | WIRE TRANSFER OUT | -$300,000.00 |
| | IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | |
| Dec 20 | PREAUTHORIZED DEBIT | -$585.00 |
| | Bill.com Payables ARL Bio Pharma B ill.com 015YZDUFDL A07NA Inv A189792 | |
| Dec 20 | AUTOMATIC TRANSFER | -$1,304.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Dec 20 | AUTOMATIC TRANSFER | -$6,473.04 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Dec 20 | AUTOMATIC TRANSFER | -$4,370.02 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Dec 23 | INTL WIRE TRANS OUT | -$22,039.47 |
| | FOREIGN ON LINE BA ACCT#3805444516 SONI BROTHERS OUTS OURCING SOLUTIONS HDFC BANK LIMITED SBOS/22-23/001 | |
| Dec 23 | PREAUTHORIZED DEBIT | -$133.39 |
| | Bill.com Payables Culligan of Wheeli ng Bill.com 015WDF LHACA2MVT Acct 506 832 - Inv 0163700 | |
| Dec 23 | PREAUTHORIZED DEBIT | -$223.99 |
| | Bill.com Payables Ortho Molecular Pr oducts Inc Bill.co m 016NDTZVH3L6NER Acct HCA914 - Inv | |
| Dec 24 | WIRE TRANSFER OUT | -$30,101.39 |
| | IBB WIRE TRANSFER ACCT#3805444516 FERRING PHARMACEUT ICALS INC. BANK OF AMERICA, N.A., NY P.O IS 18471641 | |
| Dec 24 | WIRE TRANSFER OUT | -$200,000.00 |
| | IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | |





| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 7 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 24 | WIRE TRANSFER OUT | -$225,000.00 |
| | IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | |
| Dec 26 | CHECK  1025 | -$450.00 |
| Dec 26 | PREAUTHORIZED DEBIT | -$95.00 |
| | Bill.com Payables Orkin- National Ac counts Bill.com 01 5RBNOJJRA7ABE Acct 02062834 - Inv 02 | |
| Dec 26 | PREAUTHORIZED DEBIT | -$470.11 |
| | Bill.com Payables PCCA B ill.com 015RBUJRXK A7ADO Acct 10597 - Inv I3363719 | |
| Dec 26 | PREAUTHORIZED DEBIT | -$11,171.11 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015KEIXDCWA7B4G | |
| Dec 26 | PREAUTHORIZED DEBIT | -$55,896.93 |
| | THE HANOVER INSU BILLPAY 241226 THE HANOVER INS | |
| Dec 26 | PREAUTHORIZED DEBIT | -$60,886.66 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015AQFFHSKA7LPD | |
| Dec 26 | PREAUTHORIZED DEBIT | -$75,133.94 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015HHBIVTEA7JUZ | |
| Dec 26 | AUTOMATIC TRANSFER | -$28,896.31 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Dec 26 | AUTOMATIC TRANSFER | -$89,265.24 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Dec 26 | AUTOMATIC TRANSFER | -$90.02 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Dec 26 | AUTOMATIC TRANSFER | -$43,736.44 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Dec 26 | AUTOMATIC TRANSFER | -$138,423.59 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Dec 27 | CHECK  1006 | -$2,000.00 |
| Dec 27 | PREAUTHORIZED DEBIT | -$330.00 |
| | Bill.com Payables Medisca Inc. B ill.com 015WFQPPUS A9QN6 Acct SBHM43 - Inv 03689972 | |
| Dec 27 | PREAUTHORIZED DEBIT | -$53,795.09 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015EJZUXETA9Q4B | |
| Dec 27 | PREAUTHORIZED DEBIT | -$720,673.71 |
| | ASF, DBA Insperi PAYROLL 241227 0004215600 | |
| Dec 27 | AUTOMATIC TRANSFER | -$4,392.95 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Dec 27 | AUTOMATIC TRANSFER | -$165.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Dec 27 | AUTOMATIC TRANSFER | -$470.31 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Dec 30 | CHECK  1004 | -$360.00 |
| Dec 30 | CHECK  1007 | -$300.00 |
| Dec 30 | WIRE TRANSFER OUT | -$330,000.00 |
| | IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | |
| Dec 30 | PREAUTHORIZED DEBIT | -$151.20 |
| | Bill.com Payables Links Medical Prod ucts Inc Bill.com 015HCOJPDUABDPJ In v 369023 | |
| Dec 30 | PREAUTHORIZED DEBIT | -$2,786.64 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015WUFLTMTABDPI | |
| Dec 30 | AUTOMATIC TRANSFER | -$58.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | |

49577 0149006 0007-0015 0000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 8 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$51,855.41 |
| Dec 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$51,160.51 |
| Dec 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$5,099.99 |
| Dec 31 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE<br>BANK, NA | -$610,000.00 |
| Dec 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables FRIER LEVITT B ill.com 015IVGSIHE AD1MU Inv<br>207905 | -$3,273.00 |
| Dec 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables LABEQUIP LIMITED B ill.com 016ZNNZCR3 LG72I<br>Multiple inv oices | -$14,385.72 |
| Dec 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$234.18 |
| Dec 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$101.46 |
| Dec 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$1,299.99 |
| Dec 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$607.08 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Dec 02 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $25,324.23 |
| Dec 02 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $34,020.82 |
| Dec 02 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $54,348.41 |
| Dec 02 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $63,124.65 |
| Dec 02 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $13,130.56 |
| Dec 02 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $114,077.45 |
| Dec 02 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $135,394.90 |
| Dec 02 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Cynthia Arrington - Employee Reimbur sement<br>Bill.com 01 6ZMDCUN3KDFHK Inv | $8.91 |
| Dec 02 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 1151  NSF | $6,000.00 |
| Dec 02 | WIRE TRANSFER IN<br>INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF<br>24/12/02 | $100,000.00 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $2,181.97 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $34,526.87 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $4,726.98 |



49577 0149007 0008-0015 0000000000000000



| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 9 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 03 | AUTOMATIC TRANSFER | $0.31 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Dec 03 | AUTOMATIC TRANSFER | $16,135.53 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Dec 03 | AUTOMATIC TRANSFER | $21,736.39 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Dec 03 | CASH MGMT TRSFR CR | $37,063.00 |
| | REF 3380733L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | |
| Dec 03 | CASH MGMT TRSFR CR | $39,609.70 |
| | REF 3380732L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Dec 03 | CASH MGMT TRSFR CR | $52,476.28 |
| | REF 3380732L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |
| Dec 04 | AUTOMATIC TRANSFER | $1,570.25 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Dec 04 | AUTOMATIC TRANSFER | $209.81 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Dec 04 | AUTOMATIC TRANSFER | $2,340.95 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Dec 04 | AUTOMATIC TRANSFER | $4,452.45 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Dec 04 | CASH MGMT TRSFR CR | $10,225.38 |
| | REF 3391133L FUNDS TRANSFER FRM DEP XXXXXX1538 FROM | |
| Dec 04 | CASH MGMT TRSFR CR | $10,669.66 |
| | REF 3391132L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | |
| Dec 04 | CASH MGMT TRSFR CR | $62,896.76 |
| | REF 3391131L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | |
| Dec 04 | CASH MGMT TRSFR CR | $81,955.90 |
| | REF 3391130L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | |
| Dec 04 | CASH MGMT TRSFR CR | $115,520.40 |
| | REF 3391130L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Dec 04 | CASH MGMT TRSFR CR | $139,487.73 |
| | REF 3391131L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Dec 04 | CASH MGMT TRSFR CR | $235,000.00 |
| | REF 3391132L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |
| Dec 04 | WIRE TRANSFER IN | $1,563,100.00 |
| | INCOMING WIRE - CH ACCT#3805444516 MIXLAB WI LLC PURC HASE | |
| | PRICE LESS ES CROW 2412041950507 59 | |
| Dec 05 | AUTOMATIC TRANSFER | $11,487.49 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Dec 05 | AUTOMATIC TRANSFER | $16,427.63 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Dec 05 | AUTOMATIC TRANSFER | $63.54 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Dec 05 | CASH MGMT TRSFR CR | $30,007.07 |
| | REF 3400818L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | |
| Dec 05 | CASH MGMT TRSFR CR | $33,867.49 |
| | REF 3400819L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | |
| Dec 05 | CASH MGMT TRSFR CR | $39,348.89 |
| | REF 3400817L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Dec 05 | CASH MGMT TRSFR CR | $60,440.90 |
| | REF 3400819L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |
| Dec 05 | CASH MGMT TRSFR CR | $63,000.00 |
| | REF 3400944L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Dec 05 | CASH MGMT TRSFR CR | $83,792.70 |
| | REF 3400818L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Dec 06 | AUTOMATIC TRANSFER | $19,801.95 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |





| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 10 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $2,005.01 |
| Dec 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $1,225.28 |
| Dec 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $3,571.20 |
| Dec 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $12,404.61 |
| Dec 06 | WIRE TRANSFER IN<br>INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF<br>24/12/06 | $150,000.00 |
| Dec 09 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $5,742.85 |
| Dec 09 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $8,743.72 |
| Dec 09 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $15,479.07 |
| Dec 09 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $17,533.55 |
| Dec 09 | CASH MGMT TRSFR CR<br>REF 3440809L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $25,617.80 |
| Dec 09 | CASH MGMT TRSFR CR<br>REF 3440809L FUNDS TRANSFER FRM DEP XXXXXX7307 FROM | $29,986.50 |
| Dec 09 | CASH MGMT TRSFR CR<br>REF 3440808L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $31,181.77 |
| Dec 09 | CASH MGMT TRSFR CR<br>REF 3440808L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $56,577.10 |
| Dec 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $21,678.95 |
| Dec 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $77,377.13 |
| Dec 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $41,960.52 |
| Dec 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $103,131.91 |
| Dec 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $2,150.12 |
| Dec 11 | WIRE TRANSFER IN<br>INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF<br>24/12/11 | $770,000.00 |
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $8,815.77 |
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $35.15 |
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $114.31 |
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $1,387.53 |
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $2,464.50 |
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $54.53 |
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $60.33 |
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $27,105.88 |
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $62.10 |

49577 0149009 0010-0015 0000000000000000





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 12/31/2024 |
| | Page : | 11 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $10.76 |
| Dec 12 | CASH MGMT TRSFR CR<br>REF 3471629L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $49,400.00 |
| Dec 12 | CASH MGMT TRSFR CR<br>REF 3471619L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $61,700.00 |
| Dec 12 | CASH MGMT TRSFR CR<br>REF 3471627L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $76,800.00 |
| Dec 12 | CASH MGMT TRSFR CR<br>REF 3471626L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $144,500.00 |
| Dec 12 | CASH MGMT TRSFR CR<br>REF 3471619L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | $176,600.00 |
| Dec 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $0.26 |
| Dec 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $81,533.65 |
| Dec 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $8,580.22 |
| Dec 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $14,350.97 |
| Dec 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $1,698.47 |
| Dec 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $39,730.68 |
| Dec 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $32,975.33 |
| Dec 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $55,959.49 |
| Dec 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $98,298.86 |
| Dec 13 | WIRE TRANSFER IN<br>INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF<br>24/12/13 | $425,000.00 |
| Dec 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $25.00 |
| Dec 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $27,114.07 |
| Dec 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $20,851.88 |
| Dec 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $6,017.30 |
| Dec 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $0.56 |
| Dec 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $0.33 |
| Dec 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $0.52 |
| Dec 16 | CASH MGMT TRSFR CR<br>REF 3511000L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $58,532.00 |
| Dec 16 | CASH MGMT TRSFR CR<br>REF 3511001L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $72,011.00 |
| Dec 16 | CASH MGMT TRSFR CR<br>REF 3511001L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $84,258.00 |
| Dec 16 | CASH MGMT TRSFR CR<br>REF 3511000L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $101,066.00 |
| Dec 16 | CASH MGMT TRSFR CR<br>REF 3511002L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $213,269.00 |



49577 0149010 0011-0015 0000000000000000



| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 12 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $1,991.20 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $314.82 |
| Dec 17 | CASH MGMT TRSFR CR<br>REF 3521116L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | $25,366.28 |
| Dec 17 | CASH MGMT TRSFR CR<br>REF 3521115L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $33,248.36 |
| Dec 17 | CASH MGMT TRSFR CR<br>REF 3521116L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $33,279.31 |
| Dec 17 | CASH MGMT TRSFR CR<br>REF 3521115L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $35,924.29 |
| Dec 17 | CASH MGMT TRSFR CR<br>REF 3521115L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $39,522.67 |
| Dec 17 | CASH MGMT TRSFR CR<br>REF 3521114L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $43,131.46 |
| Dec 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $5,190.44 |
| Dec 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $0.78 |
| Dec 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $690.45 |
| Dec 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $50.00 |
| Dec 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $2,705.50 |
| Dec 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $0.18 |
| Dec 18 | CASH MGMT TRSFR CR<br>REF 3530903L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | $14,703.58 |
| Dec 18 | CASH MGMT TRSFR CR<br>REF 3530902L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $62,759.86 |
| Dec 18 | CASH MGMT TRSFR CR<br>REF 3530903L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $81,537.26 |
| Dec 18 | CASH MGMT TRSFR CR<br>REF 3530901L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $103,809.11 |
| Dec 18 | CASH MGMT TRSFR CR<br>REF 3530902L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $157,917.69 |
| Dec 18 | CASH MGMT TRSFR CR<br>REF 3530904L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $197,802.57 |
| Dec 19 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $5,759.12 |
| Dec 19 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $104,435.15 |
| Dec 19 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $1,891.00 |
| Dec 19 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $2,789.00 |
| Dec 19 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $22,394.22 |
| Dec 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $19,336.81 |
| Dec 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $18,345.04 |
| Dec 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $75.00 |
| Dec 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $2,639.51 |

49577 0149011 0012-0015 0000000000000000





| | Account Number: | XXXXXX4516 |
| --- | --- | --- |
| | Statement Date: | 12/31/2024 |
| | Page : | 13 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
| --- | --- | --- |
| Dec 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $9,252.05 |
| Dec 20 | CASH MGMT TRSFR CR<br>REF 3550757L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $16,764.56 |
| Dec 20 | CASH MGMT TRSFR CR<br>REF 3550758L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $24,639.39 |
| Dec 20 | CASH MGMT TRSFR CR<br>REF 3550758L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $29,154.22 |
| Dec 20 | CASH MGMT TRSFR CR<br>REF 3550757L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $76,067.88 |
| Dec 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $22,721.57 |
| Dec 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $3,134.94 |
| Dec 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $25,108.47 |
| Dec 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $10,380.74 |
| Dec 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $30,556.64 |
| Dec 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $10,928.64 |
| Dec 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $57,434.40 |
| Dec 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $84,927.40 |
| Dec 23 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Links Medical Prod ucts Inc Bill.com<br>015GUPIXAUA4X9U In v 369023 | $151.20 |
| Dec 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $1,292.62 |
| Dec 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $21,447.75 |
| Dec 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $34,739.03 |
| Dec 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $51,468.65 |
| Dec 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $30,507.95 |
| Dec 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $46,862.99 |
| Dec 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $102,314.54 |
| Dec 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $0.70 |
| Dec 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $2,696.00 |
| Dec 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $59,466.06 |
| Dec 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $59,949.14 |
| Dec 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $67,525.85 |
| Dec 26 | WIRE TRANSFER IN<br>INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF<br>24/12/26 | $250,000.00 |
| Dec 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $28,463.78 |

49577 0149012 0013-0015 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 14 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 27 | AUTOMATIC TRANSFER | $1,348.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Dec 27 | AUTOMATIC TRANSFER | $9,407.06 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Dec 27 | AUTOMATIC TRANSFER | $9,386.26 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Dec 27 | AUTOMATIC TRANSFER | $732.91 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Dec 27 | AUTOMATIC TRANSFER | $1,426.88 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Dec 27 | WIRE TRANSFER IN | $730,000.00 |
| | INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF 24/12/27 | |
| Dec 30 | AUTOMATIC TRANSFER | $19,817.69 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Dec 30 | AUTOMATIC TRANSFER | $18,733.07 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Dec 30 | AUTOMATIC TRANSFER | $3,938.80 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Dec 30 | AUTOMATIC TRANSFER | $53,976.49 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Dec 30 | AUTOMATIC TRANSFER | $49,854.62 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Dec 30 | CASH MGMT TRSFR CR | $66,796.77 |
| | REF 3651106L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Dec 30 | CASH MGMT TRSFR CR | $95,679.65 |
| | REF 3651105L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |
| Dec 30 | CASH MGMT TRSFR CR | $136,693.95 |
| | REF 3651105L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Dec 31 | AUTOMATIC TRANSFER | $477.46 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Dec 31 | AUTOMATIC TRANSFER | $51,191.97 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Dec 31 | CASH MGMT TRSFR CR | $80,398.94 |
| | REF 3661025L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | |
| Dec 31 | CASH MGMT TRSFR CR | $94,823.57 |
| | REF 3661024L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | |
| Dec 31 | CASH MGMT TRSFR CR | $107,549.44 |
| | REF 3661023L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Dec 31 | CASH MGMT TRSFR CR | $121,654.15 |
| | REF 3661024L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Dec 31 | CASH MGMT TRSFR CR | $178,011.96 |
| | REF 3661025L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |

## Daily Balances



| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Nov 29 | -$415,111.95 | Dec 09 | $325,363.74 | Dec 17 | $146,530.61 | Dec 24 | $160,698.65 |
| Dec 02 | $117,013.80 | Dec 10 | $200,836.96 | Dec 18 | $111,892.62 | Dec 26 | $95,821.05 |
| Dec 03 | $272,196.46 | Dec 11 | $104,886.24 | Dec 19 | $220,936.96 | Dec 27 | $94,758.88 |
| Dec 04 | $140,328.07 | Dec 12 | $102,838.42 | Dec 20 | $104,219.36 | Dec 30 | $98,478.17 |
| Dec 05 | $64,722.69 | Dec 13 | $103,031.35 | Dec 23 | $327,166.51 | Dec 31 | $102,684.23 |
| Dec 06 | $136,476.47 | Dec 16 | $101,808.76 | | | | |