# SUPPORTING DOCUMENTATION

## (December 2024)

# Corporate Business Account Statement



**PNC BANK**
One Financial Parkway
Locator Z1-Yb42-03-1
Kalamazoo MI 49009

Page 1 of 5
Account Number:  XX-XXXX-2731

**For the period   11/30/2024 to 12/31/2024**

BRAUN PHARMA LLC #24-11188
DEBTOR IN POSSESSION
1919 N CLYBOURN AVE
CHICAGO IL 60614-4903

Number of enclosures:    0
Tax ID Number: XX-XXX6643
☎ For Client Services:
     Call 1-800-669-1518

⌨ Visit us at PNC.com/treasury

## Account Summary Information

### Balance Summary

| Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|
| 1,637,908.72 | 1,202,715.21 | 2,275,201.60 | 565,422.33 |

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 5 | 1,170.00 |
| National Lockbox | 0 | .00 |
| ACH Credits | 60 | 1,201,545.21 |
| Funds Transfers In | 0 | .00 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Credits | 0 | .00 |
| Total | 65 | 1,202,715.21 |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 1 | 1,900,000.00 |
| Returned Items | 0 | .00 |
| ACH Debits | 9 | 375,054.74 |
| Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Debits | 1 | 146.86 |
| Total | 11 | 2,275,201.60 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 11/30 | 1,637,908.72 | 12/11 | 136,216.50 | 12/20 | 622,012.17 |
| 12/02 | 1,645,944.79 | 12/12 | 157,084.81 | 12/23 | 681,563.09 |
| 12/03 | 1,746,559.91 | 12/13 | 335,540.48 | 12/24 | 648,686.32 |
| 12/04 | 1,767,041.31 | 12/16 | 360,851.24 | 12/26 | 420,750.90 |
| 12/05 | 1,775,667.85 | 12/17 | 450,797.00 | 12/27 | 420,772.58 |
| 12/06 | 1,956,106.14 | 12/18 | 461,008.97 | 12/30 | 478,556.29 |
| 12/09 | 2,002,939.70 | 12/19 | 473,943.91 | 12/31 | 565,422.33 |
| 12/10 | 1,982,428.86 | | | | |

## Deposits and Other Credits

### Deposits                5 transactions for a total of $1,170.00

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/06 | 440.00 | Deposit | 036556546 |
| 12/06 | 300.00 | Deposit | 036556548 |
| 12/06 | 150.00 | Deposit | 036556550 |
| 12/26 | 180.00 | Deposit | 031089665 |
| 12/26 | 100.00 | Deposit | 031089667 |

# Corporate Business Account Statement

BRAUN PHARMA LLC #24-11188
DEBTOR IN POSSESSION

**For the period**   11/30/2024  to  12/31/2024
Account number:  XX-XXXX-2731
Page 2 of 5

---

## Deposits and Other Credits - *continued*

### ACH Credits

**60 transactions for a total of $1,201,545.21**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/02 | 309.47 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024334910968407 |
| 12/02 | 16,446.21 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024337803584779 |
| 12/02 | 8,286.37 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024337803770769 |
| 12/03 | 92,502.00 | Corporate ACH Corp Pay Reunite Rx Llc<br>Braun | 00024337908842701 |
| 12/03 | 8,113.12 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024337908790948 |
| 12/04 | 16,758.29 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024338807432871 |
| 12/04 | 2,433.82 | Corporate ACH Hcclaimpmt Caremark<br>Phm1481314 | 00024338902858969 |
| 12/04 | 1,479.21 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024338904206855 |
| 12/05 | 7,056.25 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024339809210341 |
| 12/05 | 1,570.29 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024339908821095 |
| 12/06 | 52,095.06 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024340810988901 |
| 12/06 | 126,951.43 | Corporate ACH Payments Winfertility, In | 00024340904460701 |
| 12/06 | 501.80 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024340903355599 |
| 12/09 | 9,524.09 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024341802783276 |
| 12/09 | 13,949.25 | Corporate ACH Receivable<br>Kbs, Inc. 026Razpce16V0As | 00024341908586251 |
| 12/09 | 127.69 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024341907555187 |
| 12/09 | 14,858.87 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024344804898757 |
| 12/09 | 8,373.66 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024344805072508 |
| 12/10 | 2,627.75 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024344913018320 |
| 12/11 | 53,787.64 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024345808238753 |
| 12/12 | 10,218.08 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024346809990324 |
| 12/12 | 8,240.02 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024346911057605 |
| 12/12 | 2,410.21 | Corporate ACH Hcclaimpmt Caremark<br>Phm1481314 | 00024345908132349 |
| 12/13 | 12,269.36 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024347801671136 |

ACH Credits continued on next page

# Corporate Business Account Statement

BRAUN PHARMA LLC #24-11188
DEBTOR IN POSSESSION

**For the period   11/30/2024  to  12/31/2024**
Account number:  XX-XXXX-2731
Page 3 of 5

---

## Deposits and Other Credits - *continued*

### ACH Credits   - *continued*                 60 transactions for a total of $1,201,545.21

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/13 | 124,792.81 | Corporate ACH Payments Winfertility, In | 00024347906698605 |
| 12/13 | 41,393.50 | Corporate ACH Cash Disb Birdiincrxinit Brau01 | 00024347906420794 |
| 12/16 | 5,158.37 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024348803488498 |
| 12/16 | 1,530.60 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024348909878033 |
| 12/16 | 12,118.56 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024351805789540 |
| 12/16 | 6,503.23 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024351805961144 |
| 12/17 | 89,790.90 | Corporate ACH Corp Pay Reunite Rx Llc Braun | 00024351905660073 |
| 12/17 | 154.86 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024351905684353 |
| 12/18 | 8,836.20 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024352809167745 |
| 12/18 | 2,507.42 | Corporate ACH Hcclaimpmt Caremark Phm1481314 | 00024352909463247 |
| 12/18 | 273.45 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024352910502364 |
| 12/19 | 10,996.87 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024353810908069 |
| 12/19 | 1,938.07 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024353904591561 |
| 12/20 | 40,849.29 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024354802606683 |
| 12/20 | 109,460.33 | Corporate ACH Payments Winfertility, In | 00024354910133120 |
| 12/23 | 5,980.29 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024355804387106 |
| 12/23 | 21,324.93 | Corporate ACH Receivable<br>Mindbloom Inc. 026Edzqcg17Kczd | 00024355904338292 |
| 12/23 | 38.25 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024355903195344 |
| 12/23 | 26,770.37 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024358806560774 |
| 12/23 | 5,542.08 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024358806669311 |
| 12/24 | 2,037.43 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024358909028543 |
| 12/24 | 98.80 | Corporate ACH Hcclaimpmt Caremark Phm1481314 | 00024355904083080 |
| 12/26 | 30,227.18 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024359809638120 |
| 12/26 | 32,230.38 | Corporate ACH Payments Winfertility, In | 00024359904862475 |
| 12/26 | 889.08 | Corporate ACH Hcclaimpmt Caremark Phm1481314 | 00024359902163348 |

ACH Credits continued on next page

# Corporate Business Account Statement

BRAUN PHARMA LLC #24-11188
DEBTOR IN POSSESSION

**For the period**   11/30/2024  to  12/31/2024
Account number:  XX-XXXX-2731
Page 4 of 5

---

## Deposits and Other Credits *- continued*

### ACH Credits   *- continued*

**60 transactions for a total of $1,201,545.21**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/26 | 1,728.15 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024361810425536 |
| 12/27 | 21.68 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024361908624725 |
| 12/30 | 29,335.52 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024362802956522 |
| 12/30 | 78.05 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024362903119893 |
| 12/30 | 28,055.72 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024365804770020 |
| 12/30 | 2,980.00 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024365804942257 |
| 12/31 | 13,949.25 | Corporate ACH Receivable<br>Kbs, Inc. 026Rctoot17Vvz3 | 00024365911087335 |
| 12/31 | 6,703.18 | Corporate ACH Cardinalcp<br>Leader Drugstore 1481314 | 00024365909143953 |
| 12/31 | 874.74 | Corporate ACH Hcclaimpmt Caremark<br>Phm1481314 | 00024362904049262 |
| 12/31 | 263.65 | Corporate ACH Payments Winfertility, In | 00024365910730989 |
| 12/31 | 65,222.08 | Corporate ACH Corp Pay Reunite Rx Llc<br>Braun | 00024366904222796 |

---

## Checks and Other Debits

### Checks and Substitute Checks

**1 transaction for a total of $1,900,000.00**

| Date posted | Check number | Amount | Reference number |
|---|---|---|---|
| 12/11 | 12513 | 1,900,000.00 | 017738137 |

### ACH Debits

**9 transactions for a total of $375,054.74**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/02 | 17,005.98 | Corporate ACH Txns/Fees<br>Hrtland Pmt Sys 650000011702126 | 00024337803593961 |
| 12/04 | 189.92 | ACH Debit 113100311 Comcast 8771300<br>4753955 | 00024338902908133 |
| 12/10 | 23,138.59 | Corporate ACH XXXXXXXXXX<br>Cardinal Health, 2057202904 2220 | 00024344914310716 |
| 12/18 | 1,405.10 | Corporate ACH Cable Svcs Comcast Corp<br>0123013 | 00024352909356700 |
| 12/20 | 2,241.36 | Corporate ACH Epay Pioneerrx N495-070 | 00024354910569445 |
| 12/23 | 105.00 | Corporate ACH Chargeback<br>Hrtland Pmt Sys 650000011702126 | 00024358806525601 |
| 12/24 | 35,013.00 | Corporate ACH EDI Pymnts<br>Il Dept Of Reven 00000977274544 | 00024358910037413 |
| 12/26 | 293,290.21 | Corporate ACH XXXXXXXXXX<br>Cardinal Health, 2057202904 2220 | 00024359905279572 |
| 12/30 | 2,665.58 | ACH Debit Payments Comed 5885905000 | 00024362901852759 |

# Corporate Business Account Statement

BRAUN PHARMA LLC #24-11188
DEBTOR IN POSSESSION

**For the period**    **11/30/2024** to **12/31/2024**
Account number:  XX-XXXX-2731
Page 5 of 5

---

## Checks and Other Debits - *continued*

**Other Debits**                                    **1 transaction for a total of $146.86**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 12/31 | 146.86 | Corporate Account Analysis Charge | 0000000000000071170 |

# WINTRUST BANK®

| | |
|---|---|
| | **Last Statement:** November 30, 2024 |
| | **Statement Ending:** December 31, 2024 |
| | **Page:** 1 of 1 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

175 TWS380WR010125045859 02 000000000 54472 001

BRAUN PHARMA, LLC
1919 NORTH CLYBOURN AVENUE
CHICAGO IL 60614-4903

### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:    XXXXXX5525

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 12/01/24** | **$0.00** |
| + Deposits and Credits (1) | $81.35 |
| - Withdrawals and Debits (0) | $0.00 |
| **Ending Balance as of 12/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $81.35 |
| Number of Days in Statement Period | 31 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Dec 17 | MAINTENANCE FEE ANALYSIS ACTIVITY  FOR 11/24 | -$81.35 |

### Credits

| Date | Description | Additions |
|---|---|---|
| Dec 17 | AUTOMATIC TRANSFER TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $81.35 |

### Daily Balances



| Date | Balance | Date | Balance | | |
|---|---|---|---|---|---|
| Nov 30 | $0.00 | Dec 17 | $0.00 | | |

## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| **TOTAL** |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check additions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.