# SUPPORTING DOCUMENTATION

## (December 2024)



| | |
|---|---|
| **Last Statement:** | November 29, 2024 |
| **Statement Ending:** | December 31, 2024 |
| **Page:** | 1 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



46972 TWS380WR010125045859 01 000000000 49 005
THE PET APOTHECARY LLC
1428 KENSINGTON RD SUITE 102
OAK BROOK IL 60523



### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:    XXXXXX1538

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/30/24** | **$0.00** |
| + Deposits and Credits (16) | $51,045.11 |
| - Withdrawals and Debits (26) | $50,539.59 |
| **Ending Balance as of 12/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $505.52 |
| Number of Days in Statement Period | 32 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Dec 02 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241201 650000011722645 | -$4,847.58 |
| Dec 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015MLUCEDB97D1K | -$12,354.85 |
| Dec 04 | CASH MGMT TRSFR DR<br>REF 3391133L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$10,225.38 |
| Dec 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$63.54 |
| Dec 06 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241206 650000011722645 | -$52.95 |
| Dec 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015OHLIZPM9FBWW | -$693.60 |
| Dec 09 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS CHARGEBACK 241209 650000011722645 | -$74.13 |
| Dec 09 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241207 650000011722645 | -$264.75 |
| Dec 10 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241210 650000011722645 | -$63.54 |
| Dec 10 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 241210 | -$241.73 |
| Dec 11 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241211 650000011722645 | -$34.23 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables First Veterinary S upply Bill.com 015 CNFTWME9M4G1<br>Acct R2109 - Multiple i | -$1,707.29 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX1538 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 2 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 12 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241212 650000011722645 | -$52.95 |
| Dec 12 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS CHARGEBACK 241212 650000011722645 | -$78.73 |
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,387.53 |
| Dec 13 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241213 650000011722645 | -$78.73 |
| Dec 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Aramark Refreshmen t Services, LLC Bi ll.com<br>015NYUSBJS9 PQBM Inv 10961584 | -$104.97 |
| Dec 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Spee-Dee Delivery Service Inc Bill.c om<br>015XNDOWAS9QFI5 Acct Shipper No | -$378.52 |
| Dec 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$14,350.97 |
| Dec 17 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241217 650000011722645 | -$52.95 |
| Dec 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015OSCUJLA 9U3GR Acct N513-01<br>9 - Inv PNRX-18246 | -$1,327.22 |
| Dec 17 | DEPOSIT RETURN ITEM<br>DDA CB Debit 995714  Stop Payment | -$109.20 |
| Dec 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 11/24 | -$505.52 |
| Dec 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Spee-Dee Delivery Service Inc Bill.c om<br>015RDKZPTL9YK15 Acct Shipper No | -$258.40 |
| Dec 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables ODP BUSINESS SOLUT IONS LLC Bill.com<br>015VXTOJGA9Y6BI In v 33069434 | -$341.83 |
| Dec 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables Jan-Pro of Milwauk ee Bill.com 015QLR ZLSPA0AHV<br>Acct 187 - Inv 176540 | -$1,304.00 |
| Dec 26 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241225 650000011722645 | -$90.02 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Dec 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241130 650000011722645 | $6,536.44 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,142.88 |
| Dec 03 | PREAUTHORIZED CREDIT<br>National Veterin PAYMENTS 241203 192322 | $94.95 |
| Dec 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241203 650000011722645 | $9,428.16 |
| Dec 04 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241204 650000011722645 | $10,225.38 |
| Dec 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241205 650000011722645 | $63.54 |
| Dec 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $746.55 |
| Dec 09 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $338.88 |

46972 0138710 0002-0004 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX1538 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 3 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 10 | AUTOMATIC TRANSFER | $305.27 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 11 | AUTOMATIC TRANSFER | $1,741.52 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 12 | DEPOSIT | $16,375.21 |
| Dec 13 | PREAUTHORIZED CREDIT | $57.19 |
| | BLUEPEARL MANAGE CORP PYMNT 241213 600099013 | |
| Dec 17 | AUTOMATIC TRANSFER | $1,994.89 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 19 | AUTOMATIC TRANSFER | $600.23 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 20 | AUTOMATIC TRANSFER | $1,304.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 26 | AUTOMATIC TRANSFER | $90.02 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Nov 29 | $0.00 | Dec 05 | $0.00 | Dec 11 | $0.00 | Dec 19 | $0.00 |
| Dec 02 | -$10,665.99 | Dec 06 | $0.00 | Dec 12 | $14,856.00 | Dec 20 | $0.00 |
| Dec 03 | $0.00 | Dec 09 | $0.00 | Dec 13 | $0.00 | Dec 26 | $0.00 |
| Dec 04 | $0.00 | Dec 10 | $0.00 | Dec 17 | $0.00 | | |

46972 0138711 0003-0004 00000000000000000

