# SUPPORTING DOCUMENTATION

## (December 2024)



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 30, 2024 through December 31, 2024
Account Number: ██████████7589

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**



00001244 DDA 111211 00125 NNNNNNNNNNN 1 000000000 63 0000

ENOVEX PHARMACY LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

## CHECKING SUMMARY     Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$524.00** |
| Deposits and Additions | 1 | 1,707.98 |
| **Ending Balance** | 1 | **$2,231.98** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/20 | Deposit    2124636343 | $1,707.98 |
| **Total Deposits and Additions** | | **$1,707.98** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/20 | $2,231.98 |



November 30, 2024 through December 31, 2024

Account Number: ███████████ 7589

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

# WINTRUST
### BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

**Last Statement:** November 29, 2024
**Statement Ending:** December 31, 2024
**Page:** 1 of 4

48928 TWS380WR010125045859 01 000000000 49 005

ENOVEX PHARMACY LLC
1431 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service


**Customer Support:**
312-291-2900


**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm


**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                 Account Number:   XXXXXX3962

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/30/24** | **$0.00** |
| + Deposits and Credits (26) | $89,776.36 |
| - Withdrawals and Debits (32) | $89,675.48 |
| **Ending Balance as of 12/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $100.88 |
| Number of Days in Statement Period | 32 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Dec 02 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241201 650000012526300 | -$2,389.94 |
| Dec 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015MDTFWPJ97BWH | -$4,579.94 |
| Dec 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,340.95 |
| Dec 05 | PREAUTHORIZED DEBIT<br>VANTIV_INTG_PYMT BILLNG Merch Bankcard 316 5263 Enovex Pharma<br>cy | -$139.90 |
| Dec 05 | PREAUTHORIZED DEBIT<br>Bill.com Payables BAXTER HEALTHCARE CORP Bill.com 015E<br>MUWSZI9DD6A Inv 83 144851 | -$5,786.67 |
| Dec 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015FZCJJTX 9FA2P Multiple<br>inv oices | -$380.00 |
| Dec 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,571.20 |
| Dec 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,743.72 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Paper Recycling an d Shredding Specia lists Bill.com<br>015 KGUPONP9LQI2 Acct | -$80.00 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015IKDGJXP9LXDZ | -$5,382.92 |



**BALANCE YOUR ACCOUNT**

1. Check off (✔) checks appearing on your statement. Those checks not checked off (✔) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX3962 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 2 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015OGXNFXF 9NP70 Inv<br>M18362 | -$190.00 |
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,464.50 |
| Dec 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015XSWWTEK 9PONI Inv PNRX-178<br>089 | -$944.53 |
| Dec 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,698.47 |
| Dec 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015ADFWMNN 9SG71 Acct<br>UNIV91N - Multiple invoic | -$133.80 |
| Dec 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,017.30 |
| Dec 17 | PREAUTHORIZED DEBIT<br>ATT Payment 241217 | -$214.00 |
| Dec 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015RBSJGHV 9UJVA Acct<br>UNIV91N - Inv 03677630 | -$1,822.00 |
| Dec 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 11/24 | -$100.88 |
| Dec 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015DHIGNPJ 9WCIF Inv<br>A189798 | -$430.00 |
| Dec 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,705.50 |
| Dec 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015YTKDJCQ 9YBDA Inv<br>A189902 | -$570.00 |
| Dec 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,891.00 |
| Dec 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables Whisk Cleaning Ser vices Inc Bill.com<br>015EXPMSCVA0896 I nv 18086 | -$270.83 |
| Dec 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,639.51 |
| Dec 23 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 241223 | -$151.22 |
| Dec 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015WJFMXLQ A2NIC Inv<br>184877 | -$359.32 |
| Dec 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$25,108.47 |
| Dec 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015MFHNTGX A7BO0 Multiple<br>inv oices | -$570.00 |
| Dec 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,696.00 |
| Dec 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015FCJMOJY A9I6T Acct<br>UNIV91N - Inv 03690108 | -$165.00 |
| Dec 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,938.80 |
| Dec 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015NFKKNRE AD0FN Acct<br>UNIV91N - Inv 03692567 | -$1,299.99 |

48928 0146589 0002-0004 00000000000000000





| | Account Number: | XXXXXX3962 |
| --- | --- | --- |
| | Statement Date: | 12/31/2024 |
| | Page : | 3 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
| --- | --- | --- |
| Dec 03 | AUTOMATIC TRANSFER | $6,969.88 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 04 | PREAUTHORIZED CREDIT | $2,340.95 |
| | HRTLAND PMT SYS TXNS/FEES 241204 650000012526300 | |
| Dec 05 | AUTOMATIC TRANSFER | $3,714.90 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 05 | PREAUTHORIZED CREDIT | $2,211.67 |
| | HRTLAND PMT SYS TXNS/FEES 241205 650000012526300 | |
| Dec 06 | PREAUTHORIZED CREDIT | $3,951.20 |
| | HRTLAND PMT SYS TXNS/FEES 241206 650000012526300 | |
| Dec 09 | PREAUTHORIZED CREDIT | $2,967.02 |
| | HRTLAND PMT SYS TXNS/FEES 241208 650000012526300 | |
| Dec 09 | PREAUTHORIZED CREDIT | $5,776.70 |
| | HRTLAND PMT SYS TXNS/FEES 241207 650000012526300 | |
| Dec 11 | AUTOMATIC TRANSFER | $3,037.02 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 11 | PREAUTHORIZED CREDIT | $2,425.90 |
| | HRTLAND PMT SYS TXNS/FEES 241211 650000012526300 | |
| Dec 12 | PREAUTHORIZED CREDIT | $2,654.50 |
| | HRTLAND PMT SYS TXNS/FEES 241212 650000012526300 | |
| Dec 13 | PREAUTHORIZED CREDIT | $2,643.00 |
| | HRTLAND PMT SYS TXNS/FEES 241213 650000012526300 | |
| Dec 16 | PREAUTHORIZED CREDIT | $2,681.10 |
| | HRTLAND PMT SYS TXNS/FEES 241215 650000012526300 | |
| Dec 16 | PREAUTHORIZED CREDIT | $3,470.00 |
| | HRTLAND PMT SYS TXNS/FEES 241214 650000012526300 | |
| Dec 17 | AUTOMATIC TRANSFER | $2,136.88 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 18 | PREAUTHORIZED CREDIT | $3,135.50 |
| | HRTLAND PMT SYS TXNS/FEES 241218 650000012526300 | |
| Dec 19 | PREAUTHORIZED CREDIT | $2,461.00 |
| | HRTLAND PMT SYS TXNS/FEES 241219 650000012526300 | |
| Dec 20 | PREAUTHORIZED CREDIT | $2,910.34 |
| | HRTLAND PMT SYS TXNS/FEES 241220 650000012526300 | |
| Dec 23 | PREAUTHORIZED CREDIT | $1,769.00 |
| | HRTLAND PMT SYS TXNS/FEES 241222 650000012526300 | |
| Dec 23 | PREAUTHORIZED CREDIT | $3,657.00 |
| | HRTLAND PMT SYS TXNS/FEES 241221 650000012526300 | |
| Dec 23 | PREAUTHORIZED CREDIT | $20,193.01 |
| | Mindbloom Inc. Receivable 026CVLAYK17KJQZ Mi ndbloom Inc. Bill. com | |
| | Inv MB055 | |
| Dec 26 | PREAUTHORIZED CREDIT | $160.00 |
| | HRTLAND PMT SYS TXNS/FEES 241226 650000012526300 | |
| Dec 26 | PREAUTHORIZED CREDIT | $3,106.00 |
| | HRTLAND PMT SYS TXNS/FEES 241225 650000012526300 | |
| Dec 27 | AUTOMATIC TRANSFER | $165.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 30 | PREAUTHORIZED CREDIT | $1,539.80 |
| | HRTLAND PMT SYS TXNS/FEES 241229 650000012526300 | |
| Dec 30 | PREAUTHORIZED CREDIT | $2,399.00 |
| | HRTLAND PMT SYS TXNS/FEES 241228 650000012526300 | |
| Dec 31 | AUTOMATIC TRANSFER | $1,299.99 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

48928 0146590 0003-0004 00000000000000000



# WINTRUST
## BANK®

| | |
|---|---|
| **Account Number:** | XXXXXX3962 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 4 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Nov 29 | $0.00 | Dec 06 | $0.00 | Dec 16 | $0.00 | Dec 23 | $0.00 |
| Dec 02 | -$6,969.88 | Dec 09 | $0.00 | Dec 17 | $0.00 | Dec 26 | $0.00 |
| Dec 03 | $0.00 | Dec 11 | $0.00 | Dec 18 | $0.00 | Dec 27 | $0.00 |
| Dec 04 | $0.00 | Dec 12 | $0.00 | Dec 19 | $0.00 | Dec 30 | $0.00 |
| Dec 05 | $0.00 | Dec 13 | $0.00 | Dec 20 | $0.00 | Dec 31 | $0.00 |

48928 0146591 0004-0004 00000000000000000

