# SUPPORTING DOCUMENTATION

### (December 2024)



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 30, 2024 through December 31, 2024
Account Number: ████████0359

## CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**



00001168 DDA 111212 00125 NNNNNNNNNNN 1 000000000 67 0000

H&H PHARMACY LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

## CHECKING SUMMARY | Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$1,671,725.07** |
| Deposits and Additions | 36 | 11,392,009.68 |
| Electronic Withdrawals | 85 | - 9,341,151.68 |
| **Ending Balance** | **121** | **$3,722,583.07** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1203Mmqfmp14001043 Trn: 0843761338Ff | $500,000.00 |
| 12/04 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1204Mmqfmp14001455 Trn: 1072121339Ff | 2,350,000.00 |
| 12/05 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1205Mmqfmp14000623 Trn: 0526351340Ff | 300,000.00 |
| 12/10 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1210Mmqfmp14000652 Trn: 0568301345Ff | 160,000.00 |
| 12/10 | Orig CO Name:Bill.Com       Orig ID:2204895317 Desc Date:    CO Entry Descr:Acctverifysec:CCD    Trace#:021000020934413 Eed:241210   Ind ID:015Nrtwfse9Kdr4       Ind Name:Optio Rx LLC Trn: 3440934413Tc | 0.70 |
| 12/11 | Deposit    2115807548 | 4,500,000.00 |



## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/11 | Deposit      2131280511 | 7,000.00 |
| 12/11 | Online Transfer From Chk ...8660 Transaction#: 23012096529 | 120,000.00 |
| 12/11 | Online Transfer From Chk ...7201 Transaction#: 23012097952 | 15,000.00 |
| 12/12 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1212Mmqfmp14001813 Trn: 1293081477Ff | 550,000.00 |
| 12/12 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD Trace#:021000023630067 Eed:241212   Ind ID:015Rcxfzzu9Plrb          Ind Name:Easycare Pharmacy LLC Trn: 3473630067Tc | 0.81 |
| 12/12 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD Trace#:021000023630069 Eed:241212   Ind ID:015Hnucnwl9Plzt          Ind Name:Primecare Pharmacy LLC Trn: 3473630069Tc | 0.41 |
| 12/16 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1216Mmqfmp14001140 Trn: 0896461351Ff | 575,000.00 |
| 12/17 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD Trace#:021000025661776 Eed:241217   Ind ID:015Geybdgg9W6A8          Ind Name:Firstcare Pharmacy LLC Trn: 3525661776Tc | 0.25 |
| 12/18 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1218Mmqfmp14001672 Trn: 1129321353Ff | 650,000.00 |
| 12/18 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Bill.Com Ref: Bac01Joeramvndt4 Info: Text-  Iid: 20241218021000021P1Brjpc02800064385 Recd: 11:24:01 Trn: 0428920353Ge | 0.69 |
| 12/18 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Bill.Com Ref: Bac01Btmvfsbfga4 Info: Text-  Iid: 20241218021000021P1Brjpc01120147192 Recd: 16:30:03 Trn: 0740701353Ge | 0.57 |
| 12/18 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Bill.Com Ref: Bac01Plwoqrqjnv4 Info: Text-  Iid: 20241218021000021P1Brjpc02800149477 Recd: 16:51:57 Trn: 0763601353GA | 0.45 |
| 12/18 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Bill.Com Ref: Bac01Ifnzywofeh4 Info: Text-  Iid: 20241218021000021P1Brjpc02800123266 Recd: 15:28:56 Trn: 0665410353Gd | 0.30 |
| 12/18 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Bill.Com Ref: Bac01Crdbqwurep4 Info: Text-  Iid: 20241218021000021P1Brjpc04880118832 Recd: 15:15:09 Trn: 0650100353Gd | 0.15 |
| 12/18 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Bill.Com Ref: Bac01Rugfbtkfsl4 Info: Text-  Iid: 20241218021000021P1Brjpc04880041959 Recd: 09:36:00 Trn: 0359921353Ge | 0.07 |
| 12/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD Trace#:021000026492830 Eed:241218   Ind ID:015Lvoprzz9W8L7          Ind Name:Smc Pharmacy LLC Trn: 3526492830Tc | 0.63 |
| 12/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD Trace#:021000029680977 Eed:241218   Ind ID:015Ptifpsq9Y1Gh          Ind Name:Central Pharmacy LLC Trn: 3539680977Tc | 0.36 |
| 12/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD Trace#:021000029680979 Eed:241218   Ind | 0.17 |



November 30, 2024 through December 31, 2024
Account Number: ▮▮▮▮▮▮0359

# DEPOSITS AND ADDITIONS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | ID:015Pudweev9Y1H8        Ind Name:Enovex Pharmacy LLC Trn: 3539680979Tc | |
| 12/19 | Orig CO Name:Bill.Com        Orig ID:2204895317 Desc Date:        CO Entry Descr:Acctverifysec:CCD        Trace#:021000022680099 Eed:241219   Ind ID:015Nxetpvn9Yyfy        Ind Name:Sbh Medical Ltd Trn: 3532680099Tc | 0.78 |
| 12/20 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1220Mmqfmp14002485 Trn: 1509051355Ff | 300,000.00 |
| 12/24 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1224Mmqfmp14000512 Trn: 0549821359Ff | 225,000.00 |
| 12/24 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1224Mmqfmp14001003 Trn: 0896471359Ff | 200,000.00 |
| 12/24 | Real Time Transfer Recd From Aba/Contr Bnk-322271627 From: Bnf-Bill.Com Ref: Bac01Dwuqvhafqd4 Info: Text- Iid: 20241224021000021P1Brjpc07360053218 Recd: 10:37:06 Trn: 0407081359Ge | 0.95 |
| 12/24 | Real Time Transfer Recd From Aba/Contr Bnk-322271627 From: Bnf-Bill.Com Ref: Bac01Qsduroulvm4 Info: Text- Iid: 20241224021000021P1Brjpc07360051626 Recd: 10:30:09 Trn: 0403680359Gd | 0.93 |
| 12/24 | Real Time Transfer Recd From Aba/Contr Bnk-322271627 From: Bnf-Bill.Com Ref: Bac01Sequeanrsq4 Info: Text- Iid: 20241224021000021P1Brjpc01680068328 Recd: 11:41:09 Trn: 0468800359Gc | 0.45 |
| 12/24 | Real Time Transfer Recd From Aba/Contr Bnk-322271627 From: Bnf-Bill.Com Ref: Bac01Ahbnctdikb4 Info: Text- Iid: 20241224021000021P1Brjpc02400065801 Recd: 11:30:04 Trn: 0461020359Gb | 0.11 |
| 12/24 | Real Time Transfer Recd From Aba/Contr Bnk-322271627 From: Bnf-Bill.Com Ref: Bac01Miaycelkbq4 Info: Text- Iid: 20241224021000021P1Brjpc01680070209 Recd: 11:49:06 Trn: 0481130359Gb | 0.08 |
| 12/26 | Real Time Transfer Recd From Aba/Contr Bnk-322271627 From: Bnf-Bill.Com Ref: Bac01Crexdmlfvf4 Info: Text- Iid: 20241226021000021P1Brjpc01680053986 Recd: 11:47:06 Trn: 0322181361Gc | 0.82 |
| 12/30 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1230Mmqfmp14002912 Trn: 1023331365Ff | 330,000.00 |
| 12/31 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 1231Mmqfmp14001549 Trn: 1289211366Ff | 610,000.00 |

**Total Deposits and Additions**                                              **$11,392,009.68**



November 30, 2024 through December 31, 2024
Account Number: ████████0359

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/02 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1202Mmqfmp2K027153 Trn: 3667734337Es | $100,000.00 |
| 12/03 | Orig CO Name:Optio Rx LLC    Orig ID:9121145349 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:121145347033894 Eed:241203 Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 3387033894Tc | 80,000.00 |
| 12/05 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Ferring Pharmaceuticals Inc Parsippany NJ 07054 US Imad: 1205Mmqfmp2N028915 Trn: 3578004340Es | 132,694.71 |
| 12/06 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1206Mmqfmp2N018184 Trn: 3359234341Es | 150,000.00 |
| 12/06 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH Sec:CCD Trace#:091000013255991 Eed:241206 Ind ID:ACH06289977    Ind Name:Smc Pharmacy Trn: 3413255991Tc | 220,841.61 |
| 12/06 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH Sec:CCD Trace#:091000013255994 Eed:241206 Ind ID:ACH06290172    Ind Name:Firstcare Pharmacy Trn: 3413255994Tc | 87,945.51 |
| 12/06 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH Sec:CCD Trace#:091000013255990 Eed:241206 Ind ID:ACH06289439    Ind Name:Rose Pharmacy Sf Trn: 3413255990Tc | 85,293.37 |
| 12/06 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH Sec:CCD Trace#:091000013255995 Eed:241206 Ind ID:ACH06290173    Ind Name:Primecare Pharmacy Trn: 3413255995Tc | 79,312.26 |
| 12/06 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH Sec:CCD Trace#:091000013255992 Eed:241206 Ind ID:ACH06290130    Ind Name:Concierge Pharmacy Trn: 3413255992Tc | 75,807.09 |
| 12/06 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH Sec:CCD Trace#:091000013255993 Eed:241206 Ind ID:ACH06290171    Ind Name:Easycare Pharmacy Trn: 3413255993Tc | 68,736.29 |
| 12/06 | Orig CO Name:Optio Rx LLC    Orig ID:9121145349 Desc Date:    CO Entry Descr:Transfer Sec:CCD Trace#:121145343255988 Eed:241206 Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 3413255988Tc | 50,000.00 |
| 12/10 | Online Domestic Wire Transfer Via: Pncbank Phil/031000053 A/C: Saul Ewing Llp Chicago IL 60601 US Imad: 1210Mmqfmp2L023095 Trn: 3420314345Es | 113,218.40 |
| 12/10 | Orig CO Name:Bill.Com    Orig ID:2204895317 Desc Date:    CO Entry Descr:Acctverifysec:CCD Trace#:021000029987641 Eed:241210 Ind ID:015Nrtwfse9Kdr4    Ind Name:Optio Rx LLC Trn: 3459987641Tc | 0.70 |
| 12/11 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1211Mmqfmp2L025206 Trn: 3452524346Es | 770,000.00 |
| 12/11 | Orig CO Name:Bill.Com    Orig ID:1204895317 Desc Date:    CO Entry Descr:Payables Sec:CCD Trace#:021000026414490 Eed:241211 Ind ID:015Dbgqcfp9M1ND    Ind Name:Optio Rx LLC    Lastpass US Lp Bill.Com 015Dbgqcf P9M1ND Inv Inv-811-3023319137 Trn: 3466414490Tc | 7,200.00 |
| 12/12 | Orig CO Name:Bill.Com    Orig ID:2204895317 Desc Date:    CO Entry Descr:Acctverifysec:CCD Trace#:021000026169878 Eed:241212 Ind ID:015Rcxfzzu9Plrb    Ind Name:Easycare Pharmacy LLC Trn: 3476169878Tc | 0.81 |
| 12/12 | Orig CO Name:Bill.Com    Orig ID:2204895317 Desc Date:    CO Entry Descr:Acctverifysec:CCD Trace#:021000026169880 Eed:241212 Ind ID:015Hnucnwl9Plzt    Ind Name:Primecare Pharmacy LLC Trn: 3476169880Tc | 0.41 |
| 12/13 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1213Mmqfmp2K020349 Trn: 3450874348Es | 425,000.00 |
| 12/13 | Orig CO Name:Mckesson Drug    Orig ID:9991000900 Desc Date:    CO Entry Descr:Auto ACH Sec:CCD Trace#:091000015118265 Eed:241213 Ind ID:ACH06304712    Ind Name:Smc Pharmacy Trn: 3485118265Tc | 116,752.04 |



November 30, 2024 through December 31, 2024

Account Number: ███████0359

# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 12/13 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000015118267 Eed:241213   Ind ID:ACH06304918          Ind Name:Easycare Pharmacy Trn: 3485118267Tc | 89,189.32 |
| 12/13 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000015118268 Eed:241213   Ind ID:ACH06304919          Ind Name:Firstcare Pharmacy Trn: 3485118268Tc | 85,764.75 |
| 12/13 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000015118264 Eed:241213   Ind ID:ACH06304193          Ind Name:Rose Pharmacy Sf Trn: 3485118264Tc | 78,617.58 |
| 12/13 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000015118269 Eed:241213   Ind ID:ACH06304920          Ind Name:Primecare Pharmacy Trn: 3485118269Tc | 66,554.98 |
| 12/13 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000015118266 Eed:241213   Ind ID:ACH06304873          Ind Name:Concierge Pharmacy Trn: 3485118266Tc | 58,092.63 |
| 12/13 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000025118261 Eed:241213   Ind ID:015Cpyffzt9Pzjz        Ind Name:Primecare Pharmacy LLC    Multiple Payments Bill.Com Payables  015Cpyffzt9Pzjz  Trn: 3485118261Tc | 7,735.00 |
| 12/13 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000025118258 Eed:241213   Ind ID:015Ieqvcux9Puxk        Ind Name:Easycare Pharmacy LLC    Multiple Payments Bill.Com Payables  015Ieqvcux9Puxk  Trn: 3485118258Tc | 2,762.50 |
| 12/16 | Orig CO Name:Optio Rx LLC        Orig ID:9121145349 Desc Date:        CO Entry Descr:Transfer  Sec:CCD    Trace#:121145349746168 Eed:241216   Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 3519746168Tc | 75,000.00 |
| 12/17 | Orig CO Name:Bill.Com        Orig ID:2204895317 Desc Date:        CO Entry Descr:Acctverifysec:CCD    Trace#:021000028545548 Eed:241217   Ind ID:015Geybdgg9W6A8          Ind Name:Firstcare Pharmacy LLC Trn: 3528545548Tc | 0.25 |
| 12/18 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000022837644 Eed:241218   Ind ID:015Xycjxul9Wh6Z          Ind Name:Optio Rx LLC        Multiple Payments Bill.Com Payables  015Xycjxul9Wh6Z  Trn: 3532837644Tc | 64,825.47 |
| 12/18 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000022837641 Eed:241218   Ind ID:015Mbsnhvk9Wau2        Ind Name:Braun Pharma LLC        Multiple Payments Bill.Com Payables 015Mbsnhvk9Wau2  Trn: 3532837641Tc | 11,676.82 |
| 12/18 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000022837638 Eed:241218   Ind ID:015Tnkixvm9Y1Ts        Ind Name:Braun Pharma LLC        Pcca Bill.Com 015Tnkixv M9Y1Ts Multiple Invoices Trn: 3532837638Tc | 6,736.26 |
| 12/18 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000022837631 Eed:241218   Ind ID:015Tuvgrym9Y0Tp        Ind Name:Optio Rx LLC        Frier Levitt Bill.Com 015Tuvgry M9Y0Tp Multiple Invoices Trn: 3532837631Tc | 4,065.57 |
| 12/18 | Orig CO Name:Bill.Com        Orig ID:2204895317 Desc Date:        CO Entry Descr:Acctverifysec:CCD    Trace#:021000022837629 Eed:241218   Ind ID:015Lvoprzz9W8L7          Ind Name:Smc Pharmacy LLC Trn: 3532837629Tc | 0.63 |
| 12/18 | Orig CO Name:Bill.Com        Orig ID:2204895317 Desc Date:        CO Entry Descr:Acctverifysec:CCD    Trace#:021000022837634 Eed:241218   Ind ID:015Ptifpsq9Y1Gh          Ind Name:Central Pharmacy LLC Trn: 3532837634Tc | 0.36 |





November 30, 2024 through December 31, 2024

Account Number: ▧▧▧▧ )359

# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/18 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD    Trace#:021000022837636 Eed:241218   Ind ID:015Pudweev9Y1H8          Ind Name:Envovex Pharmacy LLC Trn: 3532837636Tc | 0.17 |
| 12/19 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000021972999 Eed:241219   Ind ID:015Sfkkcfl9Zj0Y          Ind Name:Smc Pharmacy LLC      Multiple Payments Bill.Com Payables  015Sfkkcfl9Zj0Y Trn: 3541972999Tc | 370,456.28 |
| 12/19 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000021972976 Eed:241219   Ind ID:015Blycikt9Yu8L          Ind Name:Firstcare Pharmacy LLC     Multiple Payments Bill.Com Payables  015Blycikt9Yu8L Trn: 3541972976Tc | 206,381.41 |
| 12/19 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000021972987 Eed:241219   Ind ID:015Xvnkpax9Z2Nn          Ind Name:Primecare Pharmacy LLC     Multiple Payments Bill.Com Payables  015Xvnkpax9Z2Nn Trn: 3541972987Tc | 111,168.56 |
| 12/19 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000021972973 Eed:241219   Ind ID:015Thkobtva06CR          Ind Name:Sbh Medical Ltd      Multiple Payments Bill.Com Payables  015Thkobtva06CR Trn: 3541972973Tc | 23,477.94 |
| 12/19 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000021972984 Eed:241219   Ind ID:015Vyuceja9Yb7O          Ind Name:Easycare Pharmacy LLC     Multiple Payments Bill.Com Payables  015Vyuceja9Yb7O Trn: 3541972984Tc | 14,728.66 |
| 12/19 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000021972990 Eed:241219   Ind ID:015Orkvwzu9Z8Pm          Ind Name:Smc Pharmacy LLC      All Security Networks Bill.Com 015O Rkvwzu9Z8Pm Inv Proposal - 12/14/20 24 Trn: 3541972990Tc | 5,120.00 |
| 12/19 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000021972981 Eed:241219   Ind ID:015Zhldqat9Y96J          Ind Name:Braun Pharma LLC      Multiple Payments Bill.Com Payables  015Zhldqat9Y96J Trn: 3541972981Tc | 2,328.97 |
| 12/19 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000021972993 Eed:241219   Ind ID:015Zrupfmv9Zhn3          Ind Name:Central Pharmacy LLC     Multiple Payments Bill.Com Payables  015Zrupfmv9Zhn3 Trn: 3541972993Tc | 1,784.35 |
| 12/19 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000021972996 Eed:241219   Ind ID:015Bfylyqo9Zhv2          Ind Name:Envovex Pharmacy LLC      Medtel Communications LLC Bill.Com  015Bfylyqo9Zhv2 Inv Mc72375 Trn: 3541972996Tc | 359.89 |
| 12/19 | Orig CO Name:Bill.Com          Orig ID:2204895317 Desc Date:      CO Entry Descr:Acctverifysec:CCD    Trace#:021000021972979 Eed:241219   Ind ID:015Nxetpvn9Yyfy          Ind Name:Sbh Medical Ltd Trn: 3541972979Tc | 0.78 |
| 12/20 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000017431590 Eed:241220   Ind ID:ACH06311232          Ind Name:Smc Pharmacy Trn: 3557431590Tc | 142,098.18 |
| 12/20 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000017431593 Eed:241220   Ind ID:ACH06311402          Ind Name:Firstcare Pharmacy Trn: 3557431593Tc | 118,909.29 |
| 12/20 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000017431589 Eed:241220   Ind ID:ACH06310650          Ind Name:Rose Pharmacy Sf Trn: 3557431589Tc | 113,113.17 |
| 12/20 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000027431583 Eed:241220   Ind ID:015Zejgduwa0MS4          Ind Name:Sbh Medical Ltd      Multiple Payments Bill.Com Payables  015Zejgduwa0MS4 Trn: 3557431583Tc | 108,073.67 |



# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/20 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000017431592 Eed:241220   Ind ID:ACH06311401        Ind Name:Easycare Pharmacy Trn: 3557431592Tc | 100,317.07 |
| 12/20 | Orig CO Name:Optio Rx LLC        Orig ID:9121145349 Desc Date:      CO Entry Descr:Transfer Sec:CCD   Trace#:121145347431581 Eed:241220   Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 3557431581Tc | 100,000.00 |
| 12/20 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000017431591 Eed:241220   Ind ID:ACH06311363        Ind Name:Concierge Pharmacy Trn: 3557431591Tc | 94,048.12 |
| 12/20 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000017431594 Eed:241220   Ind ID:ACH06311403        Ind Name:Primecare Pharmacy Trn: 3557431594Tc | 81,666.08 |
| 12/20 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000027431586 Eed:241220   Ind ID:015Tlwcusza0Mv1        Ind Name:Smc Pharmacy LLC        Multiple Payments Bill.Com Payables  015Tlwcusza0Mv1 Trn: 3557431586Tc | 2,069.73 |
| 12/20 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000027431596 Eed:241220   Ind ID:015Svpapela173G        Ind Name:Central Pharmacy LLC        Cogent Waste Solutions Bill.Com 015 Svpapela173G Inv 1941706 Trn: 3557431596Tc | 199.83 |
| 12/23 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000029806231 Eed:241223   Ind ID:015Idkogiga3Rd0        Ind Name:Sbh Medical Ltd        Multiple Payments Bill.Com Payables  015Idkogiga3Rd0 Trn: 3589806231Tc | 17,126.10 |
| 12/23 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000029806234 Eed:241223   Ind ID:015Iqpwsisa3Gqs        Ind Name:Enovex Pharmacy LLC        Multiple Payments Bill.Com Payables  015Iqpwsisa3Gqs Trn: 3589806234Tc | 10,109.99 |
| 12/23 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000029806237 Eed:241223   Ind ID:015Csqdctxa3IV2        Ind Name:Smc Pharmacy LLC        Medisca Inc. Bill.Com 015Csqdct Xa3IV2 Acct Smcph90N - Inv 03684421 Trn: 3589806237Tc | 309.00 |
| 12/24 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000023313447 Eed:241224   Ind ID:015Zlyeqhla7Adn        Ind Name:Sbh Medical Ltd        Multiple Payments Bill.Com Payables  015Zlyeqhla7Adn Trn: 3593313447Tc | 21,195.97 |
| 12/24 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000023313444 Eed:241224   Ind ID:015Qbtpmvva79Q3        Ind Name:Sbh Medical Ltd        Mckesson Medical Surgical Bill.Com  015Qbtpmvva79Q3 Acct 61761076 - Inv  57589952 Trn: 3593313444Tc | 60.30 |
| 12/26 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1226Mmqfmp2M020195 Trn: 3376714361Es | 250,000.00 |
| 12/26 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000025389084 Eed:241226   Ind ID:015Vhkxjeya7Lpc        Ind Name:Sbh Medical Ltd        Multiple Payments Bill.Com Payables  015Vhkxjeya7Lpc Trn: 3615389084Tc | 43,356.53 |
| 12/26 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000025389063 Eed:241226   Ind ID:015Vdfumuva7P43        Ind Name:Braun Pharma LLC        Multiple Payments Bill.Com Payables  015Vdfumuva7P43 Trn: 3615389063Tc | 18,159.15 |
| 12/26 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD    Trace#:021000025389075 Eed:241226   Ind ID:015Dxxljala7Quv        Ind Name:Smc Pharmacy LLC        Multiple Payments Bill.Com Payables  015Dxxljala7Quv Trn: 3615389075Tc | 12,062.45 |





# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/26 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD   Trace#:021000025389069 Eed:241226     Ind ID:015Lqalwxwa7PO8        Ind Name:Firstcare Pharmacy LLC      Castleborn Investments Bill.Com 015 Lqalwxwa7PO8 Inv Re-10000927 Trn: 3615389069Tc | 6,718.75 |
| 12/26 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD   Trace#:021000025389066 Eed:241226     Ind ID:015Lmeplvda7Pli        Ind Name:Enovex Pharmacy LLC        Medisca Inc. Bill.Com 015Lmeplv Da7Pli Multiple Invoices Trn: 3615389066Tc | 2,600.98 |
| 12/26 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD   Trace#:021000025389078 Eed:241226     Ind ID:015Mgzsfjva7Juy        Ind Name:Optio Rx LLC        U.S. Trustees Bill.Com 015Mgzsfj VA7Juy Acct 111-24-11188 - Inv 111- 24-11188 Trn: 3615389078Tc | 630.00 |
| 12/26 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD   Trace#:021000025389072 Eed:241226     Ind ID:015Sarvxcia7Qtw        Ind Name:Sbh Medical Ltd        Amneal Pharmaceuticals Bill.Com 015 Sarvxcia7Qtw Inv 14175 Trn: 3615389072Tc | 320.00 |
| 12/26 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD   Trace#:021000025389081 Eed:241226     Ind ID:015Xpnlqyka7Kfj        Ind Name:Primecare Pharmacy LLC        Mojgan Mobini Bill.Com 015Xpnlqy Ka7Kfj Inv 13 Trn: 3615389081Tc | 260.00 |
| 12/27 | Online Domestic Wire Transfer Via: Wsfs Wilm DE/031100102 A/C: Chipman Brown Cicero And Cole Llp Wilmington DE 19801 US Imad: 1227Mmqfmp2N028423 Trn: 3566214362Es | 49,812.16 |
| 12/27 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 1227Mmqfmp2M028268 Trn: 3582694362Es | 730,000.00 |
| 12/27 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD   Trace#:021000021972019 Eed:241227     Ind ID:016Faedih3Lcnr3        Ind Name:Concierge Pharmacy LLC        Ics Direct Bill.Com 016Faedih 3Lcnr3 Multiple Invoices Trn: 3621972019Tc | 220,977.16 |
| 12/27 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000011972007 Eed:241227   Ind ID:ACH06325138        Ind Name:Smc Pharmacy Trn: 3621972007Tc | 153,910.85 |
| 12/27 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000011972009 Eed:241227   Ind ID:ACH06325371        Ind Name:Easycare Pharmacy Trn: 3621972009Tc | 111,355.94 |
| 12/27 | Orig CO Name:Optio Rx LLC        Orig ID:9121145349 Desc Date:      CO Entry Descr:Transfer  Sec:CCD   Trace#:121145341972001 Eed:241227   Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 3621972001Tc | 100,000.00 |
| 12/27 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000011972006 Eed:241227   Ind ID:ACH06324511        Ind Name:Rose Pharmacy Sf Trn: 3621972006Tc | 97,651.38 |
| 12/27 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000011972010 Eed:241227   Ind ID:ACH06325372        Ind Name:Firstcare Pharmacy Trn: 3621972010Tc | 92,525.24 |
| 12/27 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000011972011 Eed:241227   Ind ID:ACH06325373        Ind Name:Primecare Pharmacy Trn: 3621972011Tc | 87,433.91 |
| 12/27 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:      CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000011972008 Eed:241227   Ind ID:ACH06325327        Ind Name:Concierge Pharmacy Trn: 3621972008Tc | 83,929.24 |
| 12/27 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables  Sec:CCD   Trace#:021000021972003 Eed:241227     Ind ID:015Aoletdza9E95        Ind Name:Firstcare Pharmacy LLC        Ics Direct Bill.Com 015Aoletd Za9E95 Acct 510171854 - Inv Dmi1065 7962 Trn: 3621972003Tc | 66,293.15 |



November 30, 2024 through December 31, 2024

Account Number: ▮▮▮▮0359

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/27 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables Sec:CCD    Trace#:021000021972016 Eed:241227    Ind ID:016Ujgkmu3Lcqcn        Ind Name:Healthy Choice Compoun     Multiple Payments Bill.Com Payables 016Ujgkmu3Lcqcn Trn: 3621972016Tc | 15,575.73 |
| 12/27 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables Sec:CCD    Trace#:021000021972013 Eed:241227    Ind ID:016Qrinkl3Lcsd3        Ind Name:Pro Pharmacy LLC         Ubiquiti Labs Bill.Com 016Qrinkl 3Lcsd3 Inv 55813C13-0068 Trn: 3621972013Tc | 15.00 |
| 12/30 | Online Domestic Wire Transfer Via: Citibank Nyc/021000089 A/C: Loan Admin CO LLC Stamford CT 06902 US Ref:/Time/13:22 Imad: 1230Mmqfmp2L031332 Trn: 3724294365Es | 1,807,042.04 |
| 12/30 | Online Domestic Wire Transfer Via: Citibank Nyc/021000089 A/C: Loan Admin CO Stamford CT 06902 US Ref:/Time/13:24 Imad: 1230Mmqfmp2M030962 Trn: 3731294365Es | 630,789.34 |
| 12/31 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables Sec:CCD    Trace#:021000027331376 Eed:241231    Ind ID:015Weiyxrtacv4N        Ind Name:Sbh Medical Ltd          Right Way Medical Bill.Com 015Weiyx Rtacv4N Acct 10544 - Inv Inv3149840 3 Trn: 3667331376Tc | 803.85 |
| **Total Electronic Withdrawals** | | **$9,341,151.68** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 12/02 | $1,571,725.07 | 12/17 | 7,722,207.03 |
| 12/03 | 1,991,725.07 | 12/18 | 8,284,905.14 |
| 12/04 | 4,341,725.07 | 12/19 | 7,549,099.08 |
| 12/05 | 4,509,030.36 | 12/20 | 6,988,603.94 |
| 12/06 | 3,691,094.23 | 12/23 | 6,961,058.85 |
| 12/10 | 3,737,875.83 | 12/24 | 7,364,805.10 |
| 12/11 | 7,602,675.83 | 12/26 | 7,030,698.06 |
| 12/12 | 8,152,675.83 | 12/27 | 5,221,218.30 |
| 12/13 | 7,222,207.03 | 12/30 | 3,113,386.92 |
| 12/16 | 7,722,207.03 | 12/31 | 3,722,583.07 |





**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



9801 W. Higgins, Box 32, Rosemont, IL 60018



46718 TWS380WR010125045859 01 000000000 49 003

H&H PHARMACY LLC
1427 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri    9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                    Account Number:    XXXXXX4793

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/30/24** | **$0.00** |
| + Deposits and Credits (7) | $2,194.53 |
| - Withdrawals and Debits (7) | $1,702.09 |
| **Ending Balance as of 12/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $492.44 |
| Number of Days in Statement Period | 32 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Dec 02 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$60.00 |
| Dec 03 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$626.92 |
| Dec 05 | PREAUTHORIZED DEBIT<br>VANTIV_INTG_PYMT BILLNG Merch Bankcard 316 5273 Dr Ikes Pharm acy - 1 | -$139.90 |
| Dec 06 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$497.81 |
| Dec 16 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$218.00 |
| Dec 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 11/24 | -$492.44 |
| Dec 30 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$58.00 |
| Dec 31 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$101.46 |



## Credits

| Date | Description | Additions |
|---|---|---|
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $686.92 |
| Dec 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $139.90 |

46718 0137758 0001-0002 0000000000000000

## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

### Checks/Withdrawals Outstanding

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

### Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



9801 W. Higgins, Box 32, Rosemont, IL 60018

46718 0137760 0002-0002 000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 06 | AUTOMATIC TRANSFER | $497.81 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 16 | AUTOMATIC TRANSFER | $218.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 17 | AUTOMATIC TRANSFER | $492.44 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 30 | AUTOMATIC TRANSFER | $58.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 31 | AUTOMATIC TRANSFER | $101.46 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Nov 29 | $0.00 | Dec 05 | $0.00 | Dec 16 | $0.00 | Dec 30 | $0.00 |
| Dec 02 | -$60.00 | Dec 06 | $0.00 | Dec 17 | $0.00 | Dec 31 | $0.00 |
| Dec 03 | $0.00 | | | | | | |

