# SUPPORTING DOCUMENTATION

## (December 2024)

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 30, 2024 through December 31, 2024

**Account Number:** ▮▮▮▮▮5093

## Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00005298 WBS 111211 00125 NNNNNNNNNNN 1 000000000 C1 0000
SMC PHARMACY, LLC
DEBTOR IN POSSESSION
1908 SANTA MONICA BLVD SUITE 4
SANTA MONICA CA 90404

## Commercial Checking
## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $4,339.80 |  |
| Deposits and Credits | 0 | $0.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$4,339.80** |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no
change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to
the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account
(including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or
availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank

# WINTRUST
### BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | November 29, 2024 |
| **Statement Ending:** | December 31, 2024 |
| **Page:** | 1 of 7 |

70086 TWS380WR010125045859 01 000000000 53 008

SMC PHARMACY LLC
1441 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

70086 0215297 0001-0007 000000000000000000000000000

## Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

---

| COMMERCIAL CHECKING | Account Number: | XXXXXX7428 |
|---|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/30/24** | **$0.00** |
| + Deposits and Credits (105) | $2,465,587.02 |
| - Withdrawals and Debits (47) | $2,461,568.79 |
| **Ending Balance as of 12/31/24** | **$3,845.00** |
| Analysis or Maintenance Fees for Period | $173.23 |
| Number of Days in Statement Period | 32 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Dec 02 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241201 650000012411180 | -$3,659.00 |
| Dec 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015WIVFOEN97CRV | -$7,319.54 |
| Dec 02 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$135,394.90 |
| Dec 03 | CASH MGMT TRSFR DR<br>REF 3380732L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$52,476.28 |
| Dec 03 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 241203 | -$211.22 |
| Dec 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015QOQB XYX99KW2 Acct<br>FCA3 69429 - Inv 928194 | -$1,147.54 |
| Dec 04 | CASH MGMT TRSFR DR<br>REF 3391132L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$235,000.00 |
| Dec 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015XNWDVJD 9BIOV Acct 0001246 8 -<br>Multiple invoi | -$2,431.09 |
| Dec 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,452.45 |
| Dec 05 | CASH MGMT TRSFR DR<br>REF 3400819L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$60,440.90 |
| Dec 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015IBCYRAL 9FBHJ Acct<br>102850 - Inv 184339 | -$1,645.79 |



## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |

The number above should match your checkbook balance

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

## Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX7428 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 2 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$12,404.61 |
| Dec 09 | CASH MGMT TRSFR DR<br>REF 3440808L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$56,577.10 |
| Dec 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Shred-It USA B ill.com 015RZQWVMV 9JMO6 Acct<br>1318279 2 - Inv 8008983734 | -$68.55 |
| Dec 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 241210 ACH06294470 | -$4,812.58 |
| Dec 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$103,131.91 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015UCVHZDB9LQWB | -$741.09 |
| Dec 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 241211 2057179748 2220 | -$1,316.02 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015NJBJWRL9M2ZN | -$263,724.06 |
| Dec 12 | CASH MGMT TRSFR DR<br>REF 3471626L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$144,500.00 |
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10.76 |
| Dec 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015REQABAO9QEXO | -$1,994.82 |
| Dec 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015UGDFDZL9PPXK | -$37,415.47 |
| Dec 16 | CASH MGMT TRSFR DR<br>REF 3511002L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$213,269.00 |
| Dec 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015ADSQSQW 9SI1W Acct<br>SMCPH90 N - Inv 03676196 | -$238.00 |
| Dec 17 | CASH MGMT TRSFR DR<br>REF 3521114L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$43,131.46 |
| Dec 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015QJJJZXQ 9ULP1 Acct<br>SMCPH90 N - Inv 03677519 | -$300.00 |
| Dec 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables Virtus Pharmaceuti cals LLC Bill.com 015EFSJOIG9U33Z<br>Ac ct 100530 - Inv 23 | -$55,860.00 |
| Dec 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 11/24 | -$173.23 |
| Dec 18 | CASH MGMT TRSFR DR<br>REF 3530904L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$197,802.57 |
| Dec 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015RTWHMSA9YIB5 | -$1,874.80 |
| Dec 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$22,394.22 |
| Dec 20 | CASH MGMT TRSFR DR<br>REF 3550758L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$24,639.39 |
| Dec 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015MNOM UTFA09YW Acct<br>FCA3 69429 - Multiple i | -$5,267.52 |
| Dec 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$84,927.40 |



70086 0215299 0002-0007 0000000000000000



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7428 |
| **Statement Date:** | | 12/31/2024 |
| **Page :** | | 3 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$102,314.54 |
| Dec 26 | PREAUTHORIZED DEBIT<br>ALMIRALL LLC CASH CONC 241226 | -$160.00 |
| Dec 26 | PREAUTHORIZED DEBIT<br>OUTCOMES Payment 241226 | -$399.00 |
| Dec 26 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 241226 2057179748 2220 | -$2,066.22 |
| Dec 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015FDJCRYSA7LQX | -$268,109.93 |
| Dec 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015CYNHQFX A9QP8 Acct<br>SMCPH90 N - Inv 03690003 | -$5,099.99 |
| Dec 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015LLFJ XSJA9240 Acct<br>FCA3 69429 - Multiple i | -$21,216.44 |
| Dec 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,426.88 |
| Dec 30 | CASH MGMT TRSFR DR<br>REF 3651105L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$95,679.65 |
| Dec 30 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO DIRECTPAY 241230 700896293380 | -$796.35 |
| Dec 30 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015NCPCQJI ABDQH Acct<br>SMCPH90 N - Inv 03691364 | -$5,099.99 |
| Dec 31 | CASH MGMT TRSFR DR<br>REF 3661025L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$178,011.96 |
| Dec 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015WCNXINQ AD24A Acct<br>SMCPH90 N - Multiple invoi | -$607.80 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Dec 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241201 650000012411180 | $3,844.86 |
| Dec 02 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241202 5640506 | $21,522.62 |
| Dec 02 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241202 ST-X7F4B5O3A8A6 | $23,341.83 |
| Dec 02 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910073311*13635696 42~ | $97,664.13 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,147.54 |
| Dec 03 | PREAUTHORIZED CREDIT<br>INFINITY RX LLX ACH PAYMTS 639105974041662611 5 | $968.00 |
| Dec 03 | PREAUTHORIZED CREDIT<br>EHO360, LLC PHCY PMT 241202 5640506 | $1,592.85 |
| Dec 03 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910167693*13635696 42~ | $2,970.63 |
| Dec 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241203 5640506 | $17,783.70 |
| Dec 03 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007893308*14 31420563\ | $29,372.32 |
| Dec 04 | REMOTE DEPOSIT | $5,977.24 |





| | |
|---|---|
| Account Number: | XXXXXX7428 |
| Statement Date: | 12/31/2024 |
| Page : | 4 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 04 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241204 5640506 | $7,812.92 |
| Dec 04 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241204 650000012411180 | $11,329.65 |
| Dec 04 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500549010*1752882 129*5640506\ | $222,740.73 |
| Dec 05 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910181981*13635696 42~ | $458.31 |
| Dec 05 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241205 5640506 | $1,177.68 |
| Dec 05 | PREAUTHORIZED CREDIT<br>CENTOR INC. REBATES 241205 | $2,056.95 |
| Dec 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241205 650000012411180 | $8,018.57 |
| Dec 05 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001445589*1540849 793*151826562802~ | $42,752.39 |
| Dec 06 | PREAUTHORIZED CREDIT<br>DERMCARE MANAGEM PAYMENTJNL 241206 SBC00164 | $725.00 |
| Dec 06 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2047002<br>*1341939227*000151 251*5640506\ | $1,512.51 |
| Dec 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241206 650000012411180 | $3,207.50 |
| Dec 06 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241206 5640506 | $8,605.39 |
| Dec 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241207 650000012411180 | $5,574.51 |
| Dec 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241208 650000012411180 | $8,238.33 |
| Dec 09 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241209 5640506 | $15,449.98 |
| Dec 09 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241209 ST-E3V9J7G7P9R4 | $27,314.28 |
| Dec 10 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910203558*13635696 42~ | $6,269.78 |
| Dec 10 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241210 5640506 | $7,474.36 |
| Dec 10 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500559165*1752882 129*5640506\ | $25,627.12 |
| Dec 10 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001449461*1540849 793*151826562802~ | $29,146.10 |
| Dec 10 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007906317*14 31420563\ | $39,495.68 |
| Dec 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $253,240.75 |
| Dec 11 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 241211 5640506 | $265.00 |
| Dec 11 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241211 5640506 | $1,182.49 |
| Dec 11 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241211 650000012411180 | $5,192.17 |
| Dec 11 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7215427*3205716594 *199999999\ | $5,900.76 |
| Dec 12 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241212 5640506 | $4,297.74 |
| Dec 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241212 650000012411180 | $13,679.22 |

70086 0215301 0004-0007 00000000000000000





| | Account Number: | XXXXXX7428 |
|---|---|---|
| | Statement Date: | 12/31/2024 |
| | Page : | 5 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 12 | PREAUTHORIZED CREDIT | $126,533.80 |
| | CAREMARK HCCLAIMPMT 2500568667*1752882 129*5640506\ | |
| Dec 13 | AUTOMATIC TRANSFER | $2,166.52 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 13 | PREAUTHORIZED CREDIT | $4.99 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2050509 *1341939227*000000 499*5640506\ | |
| Dec 13 | PREAUTHORIZED CREDIT | $6.09 |
| | TRICARE-ONLY DOD REMIT TRN*1*03213038*143 1420563\ | |
| Dec 13 | PREAUTHORIZED CREDIT | $1,732.71 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04214806*143 1420563\ | |
| Dec 13 | PREAUTHORIZED CREDIT | $2,164.95 |
| | ACCESS HEALTH ACCESS HEA 241213 5640506 | |
| Dec 13 | REMOTE DEPOSIT | $4,184.78 |
| Dec 13 | PREAUTHORIZED CREDIT | $9,994.54 |
| | HRTLAND PMT SYS TXNS/FEES 241213 650000012411180 | |
| Dec 13 | PREAUTHORIZED CREDIT | $23,339.71 |
| | CA HCCLAIMPMT 7001450702*1540849 793*151826562802~ | |
| Dec 16 | AUTOMATIC TRANSFER | $237.75 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 16 | PREAUTHORIZED CREDIT | $1,069.61 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2051526 *1341939227*000106 961*5640506\ | |
| Dec 16 | PREAUTHORIZED CREDIT | $4,561.96 |
| | HRTLAND PMT SYS TXNS/FEES 241215 650000012411180 | |
| Dec 16 | PREAUTHORIZED CREDIT | $6,635.06 |
| | HRTLAND PMT SYS TXNS/FEES 241214 650000012411180 | |
| Dec 16 | PREAUTHORIZED CREDIT | $40,846.67 |
| | Prescription TRANSFER 241216 ST-M5H1Q8L5H0E8 | |
| Dec 16 | PREAUTHORIZED CREDIT | $71,803.99 |
| | ACCESS HEALTH ACCESS HEA 241216 5640506 | |
| Dec 16 | PREAUTHORIZED CREDIT | $84,167.96 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910125313*13635696 42~ | |
| Dec 17 | AUTOMATIC TRANSFER | $56,333.23 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 17 | PREAUTHORIZED CREDIT | $513.20 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910218580*13635696 42~ | |
| Dec 17 | PREAUTHORIZED CREDIT | $15,670.22 |
| | ACCESS HEALTH ACCESS HEA 241217 5640506 | |
| Dec 17 | PREAUTHORIZED CREDIT | $26,948.04 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007920115*14 31420563\ | |
| Dec 18 | PREAUTHORIZED CREDIT | $6,905.39 |
| | ACCESS HEALTH ACCESS HEA 241218 5640506 | |
| Dec 18 | PREAUTHORIZED CREDIT | $8,653.03 |
| | HRTLAND PMT SYS TXNS/FEES 241218 650000012411180 | |
| Dec 18 | PREAUTHORIZED CREDIT | $16,723.30 |
| | Monarch Specialt ePay brightscrip Period 69 Oct 16-31 2024 | |
| Dec 18 | PREAUTHORIZED CREDIT | $165,520.85 |
| | CAREMARK HCCLAIMPMT 2500580054*1752882 129*5640506\ | |
| Dec 19 | PREAUTHORIZED CREDIT | $390.00 |
| | MEDE AMERICA CDA HCCLAIMPMT 7216362*3205716594 *199999999\ | |
| Dec 19 | PREAUTHORIZED CREDIT | $7,148.11 |
| | HRTLAND PMT SYS TXNS/FEES 241219 650000012411180 | |
| Dec 19 | PREAUTHORIZED CREDIT | $7,712.33 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910232804*13635696 42~ | |
| Dec 19 | PREAUTHORIZED CREDIT | $9,018.58 |
| | ACCESS HEALTH ACCESS HEA 241219 5640506 | |

70086 0215302 0005-0007 00000000000000000





| | Account Number: | XXXXXX7428 |
|---|---|---|
| | Statement Date: | 12/31/2024 |
| | Page : | 6 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 20 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $4,370.02 |
| Dec 20 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2052353<br>*1341939227*000043 786*5640506\ | $437.86 |
| Dec 20 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241220 5640506 | $526.11 |
| Dec 20 | PREAUTHORIZED CREDIT<br>DERMCARE MANAGEM PAYMENTJNL 241220 SBC00164 | $897.50 |
| Dec 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241220 650000012411180 | $6,281.75 |
| Dec 20 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001453270*1540849 793*151826562802~ | $17,393.67 |
| Dec 23 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241221 650000012411180 | $6,833.13 |
| Dec 23 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241222 650000012411180 | $6,933.20 |
| Dec 23 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241223 5640506 | $31,733.69 |
| Dec 23 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241223 ST-L9Y7M7I8U9Z5 | $39,427.38 |
| Dec 24 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910254786*13635696 42~ | $2,158.64 |
| Dec 24 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241224 5640506 | $14,260.08 |
| Dec 24 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500590124*1752882 129*5640506\ | $26,404.10 |
| Dec 24 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007933966*14 31420563\ | $59,491.72 |
| Dec 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $138,423.59 |
| Dec 26 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910269366*13635696 42~ | $715.29 |
| Dec 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241226 650000012411180 | $3,944.42 |
| Dec 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241225 650000012411180 | $5,188.11 |
| Dec 26 | REMOTE DEPOSIT | $6,313.44 |
| Dec 26 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241225 5640506 | $9,412.91 |
| Dec 26 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500599656*1752882 129*5640506\ | $113,050.39 |
| Dec 27 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241227 5640506 | $64.93 |
| Dec 27 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04217773*143 1420563\ | $96.37 |
| Dec 27 | PREAUTHORIZED CREDIT<br>TRICARE-ONLY DOD REMIT TRN*1*03215725*143 1420563\ | $202.16 |
| Dec 27 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 70 Nov 1-15 2024 | $21,066.85 |
| Dec 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $5,099.99 |
| Dec 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241228 650000012411180 | $6,010.11 |
| Dec 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241229 650000012411180 | $6,055.67 |
| Dec 30 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241230 ST-P7G8Y4Q3A4W5 | $16,819.23 |

70086 0215303 0006-0007 00000000000000000





| | |
|---|---|
| Account Number: | XXXXXX7428 |
| Statement Date: | 12/31/2024 |
| Page : | 7 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 30 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001456871*1540849 793*151826562802~ | $30,544.77 |
| Dec 30 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241230 5640506 | $37,046.22 |
| Dec 31 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $607.08 |
| Dec 31 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 241231 5640506 | $520.26 |
| Dec 31 | REMOTE DEPOSIT | $3,845.72 |
| Dec 31 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007947833*14 31420563\ | $11,519.82 |
| Dec 31 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241231 5640506 | $27,285.15 |
| Dec 31 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500609772*1752882 129*5640506\ | $49,943.79 |
| Dec 31 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910190090*13635696 42~ | $88,742.94 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Nov 29 | $0.00 | Dec 09 | $0.00 | Dec 17 | $0.00 | Dec 24 | $0.00 |
| Dec 02 | $0.00 | Dec 10 | $0.00 | Dec 18 | $0.00 | Dec 26 | $6,313.00 |
| Dec 03 | $0.00 | Dec 11 | $0.00 | Dec 19 | $0.00 | Dec 27 | $0.00 |
| Dec 04 | $5,977.00 | Dec 12 | $0.00 | Dec 20 | $0.00 | Dec 30 | $0.00 |
| Dec 05 | $0.00 | Dec 13 | $4,184.00 | Dec 23 | $0.00 | Dec 31 | $3,845.00 |
| Dec 06 | $0.00 | Dec 16 | $0.00 | | | | |

70086 0215304 0007-0007 00000000000000000

