# SUPPORTING DOCUMENTATION

## (December 2024)

# CHASE 

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 30, 2024 through December 31, 2024

**Account Number:** ███████3660

## Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.

00000496 WBS 111141 00125 NNNNNNNNNN 1 000000000 C1 0000

ROSE PHARMACY SF LLC
DEBTOR IN POSSESSION
311 S WACKER DR SUITE 2640
CHICAGO IL 60606

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $43,474.29 |  |
| Deposits and Credits | 10 | $104,962.70 |  |
| Withdrawals and Debits | 1 | $120,000.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$28,436.99** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/03 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-All Family Hospice Inc Ref: 11153835614 Info: Text-  Iid: 20241203021000021P1Brjpc08720008952 Recd: 01:34:37 Trn: 0250861338Gb  YOUR REF: 11153835614 | $2,213.33 |
| 12/04 | Orig CO Name:Bellerose Hospic    Orig ID:S941687665 Desc Date:241204 CO Entry Descr:Sender   Sec:CTX   Trace#:113000029410644 Eed:241204 Ind ID:758635366          Ind Name:0000Rose Pharmacy Onlne Trnsfr88871070 Trn: 3399410644Tc | 24,080.99 |
| 12/05 | Orig CO Name:Vienna Hospice A    Orig ID:A114339399 Desc Date:SD1700 CO Entry Descr:Payments  Sec:CCD Trace#:081009420453469 Eed:241205  Ind ID:Pharmacy Servic        Ind Name:Rose Pharmacy 1143393990 Trn: 3400453469Tc | 53,518.81 |
| 12/13 | Orig CO Name:A New Day Hospic    Orig ID:464277425  Desc Date:241213 CO Entry Descr:ACH      Sec:CCD   Trace#:026013574477875 Eed:241213 Ind ID:355-17485          Ind Name:Rose Pharmacy 1504721279 Trn: 3474477875Tc | 4,826.61 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



November 30, 2024 through December 31, 2024

**Account Number:** ████████8660

## Deposits and Credits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 12/13 | Orig CO Name:Medonelc        Orig ID:1261769761 Desc Date:      CO Entry Descr:ACH Paymensec:CCD    Trace#:107005954477872 Eed:241213 Ind ID:848464        Ind Name:Rose Pharmacy Trn*1*100766*1261769761~ Trn: 3474477872Tc | 713.31 |
| 12/20 | Orig CO Name:Burnet Hospice C      Orig ID:451783432  Desc Date:241220 CO Entry Descr:ACH      Sec:CCD    Trace#:026013570815068 Eed:241220 Ind ID:355-174874        Ind Name:Rose Pharmacy 1504721287 Trn: 3540815068Tc | 15,399.00 |
| 12/20 | Orig CO Name:Aa Family Hospic      Orig ID:1462800242 Desc Date:241220 CO Entry Descr:Payroll  Sec:PPD    Trace#:111000020815070 Eed:241220 Ind ID:002072789Cfc556      Ind Name:Rose Pharmacy Trn: 3540815070Tc | 2,585.47 |
| 12/31 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-American Heritage Hospice, Inc. Ref: 11157189291 Info: Text-  Iid: 20241231021000021P1Brjpc02640175936 Recd: 18:05:39 Trn: 0918501366Ge YOUR REF:  11157189291 | 939.99 |
| 12/31 | Orig CO Name:Medonelc        Orig ID:1261769761 Desc Date:      CO Entry Descr:ACH Paymensec:CCD    Trace#:107005957752295 Eed:241231 Ind ID:854633        Ind Name:Rose Pharmacy Trn*1*100772*1261769761~ Trn: 3657752295Tc | 456.93 |
| 12/31 | Orig CO Name:Excelcare Hospic      Orig ID:1462800242 Desc Date:241231 CO Entry Descr:Payroll  Sec:PPD    Trace#:111000027752298 Eed:241231 Ind ID:0020807D570C598      Ind Name:Rose Pharmacy Trn: 3657752298Tc | 228.26 |
| **Total** | | **$104,962.70** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 12/11 | Online Transfer To Chk ...0359 Transaction#: 23012096529 | $120,000.00 |
| **Total** | | **$120,000.00** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 12/03 | $45,687.62 | 12/13 | $8,827.34 |
| 12/04 | $69,768.61 | 12/20 | $26,811.81 |
| 12/05 | $123,287.42 | 12/31 | $28,436.99 |
| 12/11 | $3,287.42 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.



| | |
|---|---|
| **Last Statement:** | November 29, 2024 |
| **Statement Ending:** | December 31, 2024 |
| **Page:** | 1 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

29982 TWS380WR010125045859 01 000000000 46 008

ROSE PHARMACY SF LLC
1422 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service


**Customer Support:**
312-291-2900


**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm


**Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                    Account Number:    XXXXXX8445

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/30/24** | **$0.00** |
| + Deposits and Credits (93) | $913,861.67 |
| - Withdrawals and Debits (52) | $841,476.68 |
| **Ending Balance as of 12/31/24** | **$71,981.00** |
| Analysis or Maintenance Fees for Period | $403.99 |
| Number of Days in Statement Period | 32 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Dec 02 | PREAUTHORIZED DEBIT | -$5,272.60 |
| | HRTLAND PMT SYS TXNS/FEES 241201 650000012921873 | |
| Dec 02 | AUTOMATIC TRANSFER | -$34,020.82 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 03 | AUTOMATIC TRANSFER | -$34,526.87 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 04 | CASH MGMT TRSFR DR | -$10,669.66 |
| | REF 3391132L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Dec 04 | AUTOMATIC TRANSFER | -$209.81 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 05 | AUTOMATIC TRANSFER | -$16,427.63 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 06 | AUTOMATIC TRANSFER | -$2,005.01 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 09 | PREAUTHORIZED DEBIT | -$200.00 |
| | MANAGED HEALTH C Payment 241209 | |
| Dec 09 | AUTOMATIC TRANSFER | -$5,742.85 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 10 | PREAUTHORIZED DEBIT | -$15,058.40 |
| | Bill.com Payables McKesson Medical-S urgical, Inc Bill. com 016NQRNXZ3KOZW R Multiple invoice | |
| Dec 10 | AUTOMATIC TRANSFER | -$21,678.95 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 11 | PREAUTHORIZED DEBIT | -$60.00 |
| | Bill.com Payables ALERT 360 B ill.com 016GHJMBR3 KQ93B Inv 15790660 | |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX8445 |
|---|---|---|
| | Statement Date: | 12/31/2024 |
| | Page : | 2 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016OGKPRL3KQ93 8 Acct 54267564 - | -$93.28 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016XWPRGL3KQ93 I Acct 54267564 - | -$126.14 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016DDTTNJ3KQ93 E Acct 54267564 - | -$151.87 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016ISSNOZ3KQ93 9 Acct 54267564 - | -$195.20 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Private Eyes Scree ning Group Bill.co m<br>016AZVSLF3KQ93F Inv 29253 | -$203.00 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016RPHYRJ3KQ93 G Acct 54267564 - | -$228.36 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016KMDWIQ3KQ93 C Acct 54267564 - | -$333.31 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016KPDNSX3KQ93 D Acct 54267564 - | -$549.85 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016RDBQYW3KQ93 A Acct 54267564 - | -$765.80 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016EYXJUL3KQ93 H Acct 54267564 - | -$1,350.16 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016AZQMCG3KQUOI | -$77,906.11 |
| Dec 12 | CASH MGMT TRSFR DR<br>REF 3471619L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$176,600.00 |
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$35.15 |
| Dec 13 | PREAUTHORIZED DEBIT<br>FRONTIER COMMUNI BILL PAY 241213 20578971081 | -$255.98 |
| Dec 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016LJUHLD3KULKR | -$2,339.23 |
| Dec 13 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 2219  NSF | -$1,355.00 |
| Dec 13 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 2117  NSF | -$2,532.38 |
| Dec 13 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 4021  NSF | -$4,366.18 |
| Dec 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,580.22 |
| Dec 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$20,851.88 |
| Dec 17 | CASH MGMT TRSFR DR<br>REF 3521116L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$25,366.28 |
| Dec 17 | DEPOSIT RETURN ITEM<br>DDA CB Debit 566  Closed Account | -$70.40 |
| Dec 17 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 114  NSF | -$340.00 |





**WINTRUST**
**BANK**®

| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 3 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 11/24 | -$403.99 |
| Dec 17 | DEPOSIT RETURN ITEM<br>DDA CB Debit 4021  NSF 2nd | -$4,366.18 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$314.82 |
| Dec 18 | CASH MGMT TRSFR DR<br>REF 3530903L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$14,703.58 |
| Dec 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.78 |
| Dec 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$104,435.15 |
| Dec 20 | PREAUTHORIZED DEBIT<br>MHA LONG TERM CA Payment 241220 | -$643.44 |
| Dec 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,345.04 |
| Dec 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables EnlivenHealth form erly FDS Amplicare Bill.com<br>016KISZW M3L6R2G Inv IN1041 | -$250.53 |
| Dec 23 | PREAUTHORIZED DEBIT<br>REPUBLICSERVICES RSIBILLPAY 241223 | -$676.00 |
| Dec 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,134.94 |
| Dec 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$21,447.75 |
| Dec 26 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO DIRECTPAY 241226 700896544671 | -$2,251.22 |
| Dec 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016IXDQZO3LB1R4 | -$96,271.79 |
| Dec 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables RX Systems Inc B ill.com 016GCDWIQ3 LCSL0 Acct<br>04423 - Inv 2212770 | -$4,800.00 |
| Dec 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,733.07 |
| Dec 31 | CASH MGMT TRSFR DR<br>REF 3661025L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$80,398.94 |
| Dec 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables Hughes Network Sys tem, LLC Bill.com<br>016WGOIDK3LGCNT In v B1-427410934 | -$235.07 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Dec 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241202 650000012921873 | $6,751.39 |
| Dec 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241130 650000012921873 | $32,542.03 |
| Dec 03 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200397003*1 330567651*433268<br>\ | $9.93 |
| Dec 03 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550603584*12<br>60076803*99999~ | $62.86 |
| Dec 03 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910167705*13635696 42~ | $795.13 |



29982 0090893 0003-0007 00000000000000000



| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 4 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 03 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200396196*1 330567651*433268<br>\ | $2,490.49 |
| Dec 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241203 650000012921873 | $7,526.58 |
| Dec 03 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007893320*14 31420563\ | $23,641.88 |
| Dec 04 | PREAUTHORIZED CREDIT<br>SCRIPT CARE, LTD ACH Paymen TRN*1*0000598647*1 760295598~ | $25.39 |
| Dec 04 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200397410*1 330567651*433268<br>\ | $209.81 |
| Dec 04 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1483235*1043608530 ~ | $621.76 |
| Dec 04 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241204 650000012921873 | $730.92 |
| Dec 04 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500549019*1752882 129*5641798\ | $9,291.59 |
| Dec 05 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910181994*13635696 42~ | $1,584.02 |
| Dec 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241205 650000012921873 | $7,121.66 |
| Dec 05 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001445782*1540849 793*142733835902~ | $7,721.95 |
| Dec 06 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550604850*12<br>60076803*99999~ | $368.30 |
| Dec 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241206 650000012921873 | $1,636.71 |
| Dec 09 | PREAUTHORIZED CREDIT<br>NORIDIAN DMEMAC HCCLAIMPMT 081517693405893*12 62326076~ | $13.04 |
| Dec 09 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2048347<br>*1341939227*000001 739*5641798\ | $17.39 |
| Dec 09 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200398603*1 330567651*433268<br>\ | $855.59 |
| Dec 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241207 650000012921873 | $5,056.83 |
| Dec 10 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440965529*22<br>60076803*99999~ | $70.40 |
| Dec 10 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500559171*1752882 129*5641798\ | $330.90 |
| Dec 10 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550605955*12<br>60076803*99999~ | $616.58 |
| Dec 10 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910203574*13635696 42~ | $1,519.54 |
| Dec 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241210 650000012921873 | $5,335.14 |
| Dec 10 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001449613*1540849 793*142733835902~ | $12,172.82 |
| Dec 10 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007906329*14 31420563\ | $16,691.97 |
| Dec 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $79,640.14 |



29982 0090894 0004-0007 00000000000000000



| | Account Number: | XXXXXX8445 |
| --- | --- | --- |
| | Statement Date: | 12/31/2024 |
| | Page : | 5 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

29982 0090895 0005-0007 00000000000000000000

## Credits (Continued)

| Date | Description | Additions |
| --- | --- | --- |
| Dec 11 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241211 650000012921873 | $2,321.71 |
| Dec 11 | REMOTE DEPOSIT | $9,998.09 |
| Dec 11 | REMOTE DEPOSIT | $62,868.30 |
| Dec 11 | REMOTE DEPOSIT | $78,720.84 |
| Dec 12 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200399417*1 330567651*433268<br>\ | $97.74 |
| Dec 12 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1487436*1043608530 ~ | $1,133.62 |
| Dec 12 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500568676*1752882 129*5641798\ | $7,586.35 |
| Dec 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241212 650000012921873 | $16,231.44 |
| Dec 13 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04214808*143 1420563\ | $23.56 |
| Dec 13 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440967438*22<br>60076803*99999~ | $77.41 |
| Dec 13 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200400197*1 330567651*433268<br>\ | $99.89 |
| Dec 13 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550607215*12<br>60076803*99999~ | $396.64 |
| Dec 13 | REMOTE DEPOSIT | $801.74 |
| Dec 13 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 2219  NSF | $1,355.00 |
| Dec 13 | REMOTE DEPOSIT | $2,494.21 |
| Dec 13 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 2117  NSF | $2,532.38 |
| Dec 13 | REMOTE DEPOSIT | $3,101.52 |
| Dec 13 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 4021  NSF | $4,366.18 |
| Dec 13 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001450857*1540849 793*142733835902~ | $18,810.02 |
| Dec 16 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550608440*12<br>60076803*99999~ | $2,203.38 |
| Dec 16 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241214 650000012921873 | $12,272.50 |
| Dec 17 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 114  NSF | $340.00 |
| Dec 17 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200401387*1 330567651*433268<br>\ | $718.81 |
| Dec 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241217 650000012921873 | $1,695.87 |
| Dec 17 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910218595*13635696 42~ | $1,981.79 |
| Dec 17 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007920127*14 31420563\ | $22,099.02 |
| Dec 18 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1490162*1043608530 ~ | $934.88 |
| Dec 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241218 650000012921873 | $1,573.64 |
| Dec 18 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500580063*1752882 129*5641798\ | $12,195.06 |





**WINTRUST BANK®**

| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 6 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 18 | REMOTE DEPOSIT | $14,228.35 |
| Dec 18 | REMOTE DEPOSIT | $31,433.27 |
| Dec 18 | REMOTE DEPOSIT | $57,923.16 |
| Dec 19 | PREAUTHORIZED CREDIT | $149.38 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910232814*13635696 42~ | |
| Dec 19 | PREAUTHORIZED CREDIT | $701.77 |
| | MEDIMPACT HEALTH DEBITS TRN*1*9200401560*1 330567651*433268 \ | |
| Dec 20 | PREAUTHORIZED CREDIT | $1.12 |
| | NORIDIAN DMEMAC HCCLAIMPMT 081517693534052*12 62326076~ | |
| Dec 20 | PREAUTHORIZED CREDIT | $1,415.13 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550609725*12 60076803*99999~ | |
| Dec 20 | PREAUTHORIZED CREDIT | $13,684.85 |
| | CA HCCLAIMPMT 7001453496*1540849 793*142733835902~ | |
| Dec 23 | PREAUTHORIZED CREDIT | $880.41 |
| | MEDIMPACT HEALTH DEBITS TRN*1*9200402915*1 330567651*433268 \ | |
| Dec 23 | PREAUTHORIZED CREDIT | $3,181.06 |
| | HRTLAND PMT SYS TXNS/FEES 241221 650000012921873 | |
| Dec 24 | PREAUTHORIZED CREDIT | $21.43 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550610970*12 60076803*99999~ | |
| Dec 24 | PREAUTHORIZED CREDIT | $45.50 |
| | HRTLAND PMT SYS TXNS/FEES 241224 650000012921873 | |
| Dec 24 | PREAUTHORIZED CREDIT | $606.44 |
| | CAREMARK HCCLAIMPMT 2500590132*1752882 129*5641798\ | |
| Dec 24 | PREAUTHORIZED CREDIT | $636.30 |
| | MEDIMPACT HEALTH DEBITS TRN*1*9200403423*1 330567651*433268 \ | |
| Dec 24 | PREAUTHORIZED CREDIT | $1,184.32 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910254798*13635696 42~ | |
| Dec 24 | PREAUTHORIZED CREDIT | $1,241.73 |
| | NAVITUS HCCLAIMPMT 1502517*1043608530 ~ | |
| Dec 24 | PREAUTHORIZED CREDIT | $17,372.03 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007933978*14 31420563\ | |
| Dec 26 | AUTOMATIC TRANSFER | $89,265.24 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 26 | PREAUTHORIZED CREDIT | $109.30 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910269377*13635696 42~ | |
| Dec 26 | PREAUTHORIZED CREDIT | $9,148.47 |
| | CAREMARK HCCLAIMPMT 2500599665*1752882 129*5641798\ | |
| Dec 27 | AUTOMATIC TRANSFER | $4,392.95 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 27 | PREAUTHORIZED CREDIT | $87.81 |
| | PRIME THERAPEUTI HCCLAIMPMT 444444440974965*22 60076803*99999~ | |
| Dec 27 | PREAUTHORIZED CREDIT | $319.24 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550612250*12 60076803*99999~ | |
| Dec 30 | PREAUTHORIZED CREDIT | $7,232.71 |
| | CA HCCLAIMPMT 7001457701*1540849 793*142733835902~ | |
| Dec 30 | PREAUTHORIZED CREDIT | $11,500.17 |
| | HRTLAND PMT SYS TXNS/FEES 241228 650000012921873 | |
| Dec 30 | REMOTE DEPOSIT | $59,171.19 |
| Dec 31 | AUTOMATIC TRANSFER | $234.18 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

29982 0090896 0006-0007 00000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 31 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1509565*1043608530 ~ | $547.54 |
| Dec 31 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550613523*12<br>60076803*99999~ | $704.97 |
| Dec 31 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200404452*1 330567651*433268<br>\ | $1,717.55 |
| Dec 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241231 650000012921873 | $5,574.13 |
| Dec 31 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007947846*14 31420563\ | $12,683.75 |
| Dec 31 | REMOTE DEPOSIT | $26,954.71 |
| Dec 31 | REMOTE DEPOSIT | $45,027.18 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Nov 29 | $0.00 | Dec 09 | $0.00 | Dec 17 | $4,227.38 | Dec 24 | $0.00 |
| Dec 02 | $0.00 | Dec 10 | $0.00 | Dec 18 | $107,811.38 | Dec 26 | $0.00 |
| Dec 03 | $0.00 | Dec 11 | $151,586.00 | Dec 19 | $4,227.38 | Dec 27 | $0.00 |
| Dec 04 | $0.00 | Dec 12 | $0.00 | Dec 20 | $340.00 | Dec 30 | $59,171.00 |
| Dec 05 | $0.00 | Dec 13 | $14,629.56 | Dec 23 | $340.00 | Dec 31 | $71,981.00 |
| Dec 06 | $0.00 | Dec 16 | $8,253.56 | | | | |

29982 0090897 0007-0007 00000000000000000000

