# SUPPORTING DOCUMENTATION

## (December 2024)



| | Last Statement: | November 29, 2024 |
|---|---|---|
| | Statement Ending: | December 31, 2024 |
| | Page: | 1 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22939 TWS380WR010125045859 01 000000000 46 008

PRO PHARMACY LLC
1421 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

22939 0072815 0001-0007 0000000000000000

## Customer Service


**Customer Support:**
312-291-2900


**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm


**Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                    Account Number:    XXXXXX7307

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/30/24** | **$0.00** |
| + Deposits and Credits (56) | $440,910.43 |
| - Withdrawals and Debits (59) | $440,704.87 |
| **Ending Balance as of 12/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $205.56 |
| Number of Days in Statement Period | 32 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Dec 02 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241202 2052047211 2220 | -$305.03 |
| Dec 02 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241201 650000012526326 | -$1,883.35 |
| Dec 02 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$25,324.23 |
| Dec 03 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 241203 | -$385.76 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,181.97 |
| Dec 04 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 241204 | -$346.75 |
| Dec 04 | PREAUTHORIZED DEBIT<br>CITY MEDRX LLC MONEY OWED 241204 | -$2,861.88 |
| Dec 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,570.25 |
| Dec 05 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 241205 13-PROPHRMCY | -$348.35 |
| Dec 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$11,487.49 |
| Dec 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Alpine Health LLC Bill.com 016LASPAK 3KKQW6 Acct<br>530974 921 - Inv 21693367 | -$139.96 |
| Dec 06 | PREAUTHORIZED DEBIT<br>LIPA DIRECTPAY 241206 0163401029 | -$353.69 |
| Dec 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$19,801.95 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
|  | |
|  | |
|  | |
|  | |
| **Subtotal** | |
|  | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check additions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7307 |
| **Statement Date:** | | 12/31/2024 |
| **Page :** | | 2 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22939 0072817 0002-0007 0000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 09 | CASH MGMT TRSFR DR<br>REF 3440809L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$29,986.50 |
| Dec 09 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 241209 | -$1,104.88 |
| Dec 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c - 9679 Bill.com<br>016ZWRZJN3KOZF3 Ac ct FNY369679 - Inv | -$2,468.01 |
| Dec 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 241210 ACH06290802 | -$3,449.07 |
| Dec 10 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241210 2052047211 2220 | -$26,687.34 |
| Dec 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241211 | -$65.33 |
| Dec 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241211 | -$65.33 |
| Dec 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241211 | -$65.33 |
| Dec 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241211 | -$65.33 |
| Dec 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241211 | -$65.33 |
| Dec 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241211 | -$65.33 |
| Dec 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241211 | -$65.33 |
| Dec 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241211 | -$65.33 |
| Dec 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 241211 | -$78.39 |
| Dec 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 241211 2057205344 2220 | -$537.97 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016UMXVYP3KQUGD | -$35,663.86 |
| Dec 12 | PREAUTHORIZED DEBIT<br>GOTO COMMUNICATI GOTO/JIVE 241212 | -$234.48 |
| Dec 12 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 241211 13-PROPHRMCY | -$485.41 |
| Dec 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,815.77 |
| Dec 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$81,533.65 |
| Dec 16 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 241216 | -$1,680.71 |
| Dec 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$27,114.07 |
| Dec 17 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 241217 2052047211 2220 | -$305.03 |
| Dec 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c - 9679 Bill.com<br>016SCRCAJ3KYSZQ Ac ct FNY369679 - Inv | -$538.87 |
| Dec 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 11/24 | -$205.56 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,991.20 |
| Dec 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,190.44 |





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7307 |
| **Statement Date:** | | 12/31/2024 |
| **Page :** | | 3 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 19 | PREAUTHORIZED DEBIT | -$235.80 |
| | Bill.com Payables Language Line Serv ices Bill.com 016B TKMOE3L2MDL Inv 11 45926 | |
| Dec 19 | PREAUTHORIZED DEBIT | -$724.64 |
| | REAL VALUE P4788 cash c&d 241218 13-PROPHRMCY | |
| Dec 19 | AUTOMATIC TRANSFER | -$5,759.12 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 20 | AUTOMATIC TRANSFER | -$19,336.81 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 23 | PREAUTHORIZED DEBIT | -$257.08 |
| | Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com 016ZSRLTI3L6QTP In v 690000 | |
| Dec 23 | PREAUTHORIZED DEBIT | -$895.27 |
| | REPUBLIC PHARMAC CORP COLL 241223 | |
| Dec 23 | AUTOMATIC TRANSFER | -$22,721.57 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 24 | AUTOMATIC TRANSFER | -$1,292.62 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 26 | PREAUTHORIZED DEBIT | -$773.30 |
| | Bill.com Payables Integral RX B ill.com 016HPEXCI3 LAH7F Acct 15345 - Multiple invoices | |
| Dec 26 | PREAUTHORIZED DEBIT | -$19,238.47 |
| | CARDINAL HEALTH, XXXXXXXXXX 241226 2052047211 2220 | |
| Dec 26 | PREAUTHORIZED DEBIT | -$21,681.31 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016TNDWJB3LB1GV | |
| Dec 27 | PREAUTHORIZED DEBIT | -$301.66 |
| | REAL VALUE P4788 cash c&d 241227 13-PROPHRMCY | |
| Dec 27 | AUTOMATIC TRANSFER | -$28,463.78 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 30 | PREAUTHORIZED DEBIT | -$114.64 |
| | OPTIMUM 7801 CABLE PMNT 241230 | |
| Dec 30 | PREAUTHORIZED DEBIT | -$336.59 |
| | REAL VALUE P4788 cash c&d 241230 13-PROPHRMCY | |
| Dec 30 | PREAUTHORIZED DEBIT | -$1,170.90 |
| | Bill.com Payables FFF Enterprises In c - 9679 Bill.com 016XUQSRK3LEJT5 Ac ct FNY369679 - Inv | |
| Dec 30 | PREAUTHORIZED DEBIT | -$1,379.77 |
| | REPUBLIC PHARMAC CORP COLL 241230 | |
| Dec 30 | AUTOMATIC TRANSFER | -$19,817.69 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 31 | PREAUTHORIZED DEBIT | -$347.44 |
| | REAL VALUE P4788 cash c&d 241231 13-PROPHRMCY | |
| Dec 31 | AUTOMATIC TRANSFER | -$477.46 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |



## Credits

| Date | Description | Additions |
|---|---|---|
| Dec 02 | PREAUTHORIZED CREDIT | $1,771.49 |
| | HRTLAND PMT SYS TXNS/FEES 241201 650000012526326 | |
| Dec 02 | PREAUTHORIZED CREDIT | $10,452.70 |
| | LEADER DRUGSTORE CARDINALCP 241202 5832705 | |
| Dec 02 | PREAUTHORIZED CREDIT | $15,288.42 |
| | Prescription TRANSFER 241202 ST-L5A0P7I2E3J4 | |



| Account Number: | XXXXXX7307 |
| Statement Date: | 12/31/2024 |
| Page : | 4 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22939 0072819 0004-0007 00000000000000000

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Dec 03 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241203 5832705 | $2,567.73 |
| Dec 04 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241204 5832705 | $2,153.08 |
| Dec 04 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241204 650000012526326 | $2,625.80 |
| Dec 05 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241205 5832705 | $651.47 |
| Dec 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241205 650000012526326 | $2,312.40 |
| Dec 05 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074619351*11 41797357~ | $8,871.97 |
| Dec 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241206 650000012526326 | $2,566.61 |
| Dec 06 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241206 5832705 | $17,728.99 |
| Dec 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241208 650000012526326 | $1,479.94 |
| Dec 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241207 650000012526326 | $2,992.11 |
| Dec 09 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241209 5832705 | $9,179.26 |
| Dec 09 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241209 ST-V9S5D5H6I6C1 | $17,440.07 |
| Dec 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $14,463.55 |
| Dec 10 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241210 5832705 | $2,402.66 |
| Dec 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $48,417.43 |
| Dec 11 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241211 650000012526326 | $1,910.22 |
| Dec 11 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241211 5832705 | $2,213.42 |
| Dec 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241212 650000012526326 | $2,481.69 |
| Dec 12 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241212 5832705 | $2,795.66 |
| Dec 12 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074663196*11 41797357~ | $4,258.31 |
| Dec 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241213 650000012526326 | $2,939.33 |
| Dec 13 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241213 5832705 | $16,095.10 |
| Dec 13 | PREAUTHORIZED CREDIT<br>Mayne Pharma, In EDI PYMNTS 241213 10305415-202412 | $62,499.22 |
| Dec 16 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241215 650000012526326 | $2,098.96 |
| Dec 16 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 241214 650000012526326 | $2,607.77 |
| Dec 16 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241216 5832705 | $8,395.34 |
| Dec 16 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241216 ST-M6H6L4F0K9P4 | $15,692.71 |
| Dec 17 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 241217 5832705 | $3,040.66 |
| Dec 18 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 69 Oct 16-31 2024 | $443.26 |





**WINTRUST** BANK®

| Account Number: | XXXXXX7307 |
| Statement Date: | 12/31/2024 |
| Page : | 5 of 7 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|----------:|
| Dec 18 | PREAUTHORIZED CREDIT | $1,218.58 |
| | LEADER DRUGSTORE CARDINALCP 241218 5832705 | |
| Dec 18 | PREAUTHORIZED CREDIT | $3,528.60 |
| | HRTLAND PMT SYS TXNS/FEES 241218 650000012526326 | |
| Dec 19 | PREAUTHORIZED CREDIT | $2,371.90 |
| | HRTLAND PMT SYS TXNS/FEES 241219 650000012526326 | |
| Dec 19 | PREAUTHORIZED CREDIT | $4,347.66 |
| | NYS DOH HCCLAIMPMT 021300074682430*11 41797357~ | |
| Dec 20 | PREAUTHORIZED CREDIT | $2,263.19 |
| | HRTLAND PMT SYS TXNS/FEES 241220 650000012526326 | |
| Dec 20 | PREAUTHORIZED CREDIT | $17,073.62 |
| | LEADER DRUGSTORE CARDINALCP 241220 5832705 | |
| Dec 23 | PREAUTHORIZED CREDIT | $2,678.95 |
| | HRTLAND PMT SYS TXNS/FEES 241221 650000012526326 | |
| Dec 23 | PREAUTHORIZED CREDIT | $3,644.07 |
| | LEADER DRUGSTORE CARDINALCP 241223 5832705 | |
| Dec 23 | PREAUTHORIZED CREDIT | $3,811.92 |
| | HRTLAND PMT SYS TXNS/FEES 241222 650000012526326 | |
| Dec 23 | PREAUTHORIZED CREDIT | $13,738.98 |
| | Prescription TRANSFER 241223 ST-X9O3O3P4T9Q8 | |
| Dec 24 | PREAUTHORIZED CREDIT | $1,292.62 |
| | LEADER DRUGSTORE CARDINALCP 241224 5832705 | |
| Dec 26 | AUTOMATIC TRANSFER | $28,896.31 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 26 | PREAUTHORIZED CREDIT | $741.04 |
| | HRTLAND PMT SYS TXNS/FEES 241226 650000012526326 | |
| Dec 26 | PREAUTHORIZED CREDIT | $1,936.51 |
| | HRTLAND PMT SYS TXNS/FEES 241225 650000012526326 | |
| Dec 26 | PREAUTHORIZED CREDIT | $5,012.04 |
| | LEADER DRUGSTORE CARDINALCP 241226 5832705 | |
| Dec 26 | PREAUTHORIZED CREDIT | $5,106.57 |
| | NYS DOH HCCLAIMPMT 021300074708565*11 41797357~ | |
| Dec 26 | DEPOSIT | $12,512.61 |
| Dec 27 | PREAUTHORIZED CREDIT | $469.08 |
| | Monarch Specialt ePay brightscrip Period 70 Nov 1-15 2024 | |
| Dec 27 | PREAUTHORIZED CREDIT | $15,784.36 |
| | LEADER DRUGSTORE CARDINALCP 241227 5832705 | |
| Dec 30 | PREAUTHORIZED CREDIT | $2,485.39 |
| | HRTLAND PMT SYS TXNS/FEES 241229 650000012526326 | |
| Dec 30 | PREAUTHORIZED CREDIT | $3,049.68 |
| | HRTLAND PMT SYS TXNS/FEES 241228 650000012526326 | |
| Dec 30 | PREAUTHORIZED CREDIT | $4,775.92 |
| | LEADER DRUGSTORE CARDINALCP 241230 5832705 | |
| Dec 30 | PREAUTHORIZED CREDIT | $12,508.60 |
| | Prescription TRANSFER 241230 ST-D2F3Z3D5T5O6 | |
| Dec 31 | PREAUTHORIZED CREDIT | $824.90 |
| | LEADER DRUGSTORE CARDINALCP 241231 5832705 | |



## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|--------:|------|--------:|------|--------:|------|--------:|
| Nov 29 | $0.00 | Dec 06 | $0.00 | Dec 13 | $0.00 | Dec 20 | $0.00 |
| Dec 02 | $0.00 | Dec 09 | $0.00 | Dec 16 | $0.00 | Dec 23 | $0.00 |
| Dec 03 | $0.00 | Dec 10 | -$15,738.21 | Dec 17 | $0.00 | Dec 24 | $0.00 |
| Dec 04 | $0.00 | Dec 11 | $0.00 | Dec 18 | $0.00 | Dec 26 | $12,512.00 |
| Dec 05 | $0.00 | Dec 12 | $0.00 | Dec 19 | $0.00 | Dec 27 | $0.00 |

22939 0072820 0005-0007 00000000000000000

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7307 |
| **Statement Date:** | | 12/31/2024 |
| **Page :** | | 6 of 7 |

## Daily Balances (Continued)

| Date | Balance | Date | Balance | | |
|---|---|---|---|---|---|
| Dec 30 | $0.00 | Dec 31 | $0.00 | | |

22939 0072821 0006-0007 00000000000000000

