# SUPPORTING DOCUMENTATION

## (December 2024)

 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 30, 2024 through December 31, 2024
Account Number: ████████9817



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00005398 DDA 703212 00125 NNNNNNNNNNN 1 000000000 61 0000
FIRSTCARE PHARMACY LLC
DEBTOR IN POSSESSION
18555 VENTURA BLVD STE A
TARZANA CA 91356-4192

## CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3,680.00** |
| Deposits and Additions | 2 | 14,783.59 |
| Other Withdrawals, Fees & Charges | 1 | - 30.00 |
| **Ending Balance** | **3** | **$18,433.59** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/19 | Deposit      1255062958 | $13,245.46 |
| 12/20 | Deposit      1264138774 | 1,538.13 |
| **Total Deposits and Additions** | | **$14,783.59** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/24 | Deposited Item Returned      Refer To Maker 099010082 | # | $30.00 |
| | of Items00001Ck#:0001371920          Dep Amt0000153813 | | |
| | Dep Date122024Ck Amt0000003000 | | |
| **Total Other Withdrawals, Fees & Charges** | | | **$30.00** |

Your service charges, fees and earnings credit have been calculated through account analysis.



November 30, 2024 through December 31, 2024
Account Number: ███████9817

## DAILY ENDING BALANCE

| DATE | AMOUNT |
| --- | --- |
| 12/19 | $16,925.46 |
| 12/20 | 18,463.59 |
| 12/24 | 18,433.59 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

64674 TWS380WR010125045859 01 000000000 53 007

FIRSTCARE PHARMACY LLC
1440 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

| | |
|---|---|
| **Last Statement:** | November 29, 2024 |
| **Statement Ending:** | December 31, 2024 |
| **Page:** | 1 of 6 |

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

| **COMMERCIAL CHECKING** | **Account Number:** | **XXXXXX3476** |
|---|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/30/24** | **$0.00** |
| + Deposits and Credits (91) | $1,661,633.52 |
| - Withdrawals and Debits (42) | $1,661,508.16 |
| **Ending Balance as of 12/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $125.36 |
| Number of Days in Statement Period | 32 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Dec 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com 015KNIWWWF97REV A cct 98 - Inv F2348 | -$1,185.00 |
| Dec 02 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 241201 650000012411545 | -$1,226.71 |
| Dec 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables CityMedRx LLC B ill.com 015KMWOIMK 97BY3 Acct 16193 - Inv S178018 | -$6,600.00 |
| Dec 02 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$114,077.45 |
| Dec 03 | CASH MGMT TRSFR DR<br>REF 3380732L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$39,609.70 |
| Dec 03 | PREAUTHORIZED DEBIT<br>ATT Payment 241203 | -$85.60 |
| Dec 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015IRUN QOF99J9P Acct FCA3 69452 - Inv 928239 | -$2,827.92 |
| Dec 04 | CASH MGMT TRSFR DR<br>REF 3391131L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$139,487.73 |
| Dec 05 | CASH MGMT TRSFR DR<br>REF 3400818L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$83,792.70 |
| Dec 05 | PREAUTHORIZED DEBIT<br>LADWP WEB PAY 241205 9301632956 | -$533.50 |
| Dec 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015APNL YTN9FA5A Acct FCA3 69452 - Multiple i | -$8,258.20 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX3476 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 09 | CASH MGMT TRSFR DR | -$25,617.80 |
| | REF 3440809L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Dec 10 | PREAUTHORIZED DEBIT | -$16,493.94 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015QATE WQL9JLTT Acct FCA3 69452 - Inv 928443 | |
| Dec 10 | PREAUTHORIZED DEBIT | -$108,295.87 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015DWJCLTI9JRO3 | |
| Dec 11 | PREAUTHORIZED DEBIT | -$44,985.80 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015DGNSBXY9LXO7 | |
| Dec 12 | CASH MGMT TRSFR DR | -$76,800.00 |
| | REF 3471627L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Dec 12 | PREAUTHORIZED DEBIT | -$306.00 |
| | Bill.com Payables Blupax Pharma B ill.com 015RATZUAU 9NPAI Acct 4329CA1 855 - Inv 984761 | |
| Dec 12 | AUTOMATIC TRANSFER | -$62.10 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 13 | PREAUTHORIZED DEBIT | -$4,730.67 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015CWBXGVP9POQ5 | |
| Dec 13 | AUTOMATIC TRANSFER | -$98,298.86 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 16 | CASH MGMT TRSFR DR | -$72,011.00 |
| | REF 3511001L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Dec 16 | AUTOMATIC TRANSFER | -$0.52 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 17 | CASH MGMT TRSFR DR | -$39,522.67 |
| | REF 3521115L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Dec 17 | PREAUTHORIZED DEBIT | -$1,455.00 |
| | Bill.com Payables American Flyer Dis tribution Bill.com 015IOZKJWK9U7ZR A cct 98 - Inv F2350 | |
| Dec 17 | MAINTENANCE FEE | -$125.36 |
| | ANALYSIS ACTIVITY  FOR 11/24 | |
| Dec 18 | CASH MGMT TRSFR DR | -$157,917.69 |
| | REF 3530902L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Dec 19 | PREAUTHORIZED DEBIT | -$18,849.03 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015MPVUYRP9Y49Y | |
| Dec 20 | CASH MGMT TRSFR DR | -$76,067.88 |
| | REF 3550757L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Dec 20 | PREAUTHORIZED DEBIT | -$6,473.04 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015RKBI TSTA08CH Acct FCA3 69452 - Multiple i | |
| Dec 23 | PREAUTHORIZED DEBIT | -$94.00 |
| | Bill.com Payables The Shredders B ill.com 015YEWVCHD A2NLE Inv CINV-061 345 | |
| Dec 23 | AUTOMATIC TRANSFER | -$57,434.40 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 24 | AUTOMATIC TRANSFER | -$46,862.99 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 26 | PREAUTHORIZED DEBIT | -$399.00 |
| | OUTCOMES Payment 241226 | |
| Dec 26 | PREAUTHORIZED DEBIT | -$19,191.54 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015OAIIFDWA7H85 | |
| Dec 26 | AUTOMATIC TRANSFER | -$67,525.85 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |



64674 0199534 0002-0006 0000000000000000



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3476 |
| **Statement Date:** | | 12/31/2024 |
| **Page :** | | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 27 | PREAUTHORIZED DEBIT | -$14,186.48 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015DMXX RNIA91DS Acct FCA3 69452 - Inv 928785 | |
| Dec 27 | AUTOMATIC TRANSFER | -$732.91 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 30 | CASH MGMT TRSFR DR | -$136,693.95 |
| | REF 3651105L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Dec 30 | PREAUTHORIZED DEBIT | -$43.91 |
| | Bill.com Payables GENERAL LOGISTICS SYSTEMS US, INC Bi ll.com 015NLJUGSMA BI5Y Acct 81012 - | |
| Dec 30 | PREAUTHORIZED DEBIT | -$170.00 |
| | Bill.com Payables Reyna Sanchez B ill.com 015OZJVJCX ABI5Z Acct 98 - In v R2273 | |
| Dec 30 | PREAUTHORIZED DEBIT | -$1,155.00 |
| | Bill.com Payables American Flyer Dis tribution Bill.com 015EBGAIVCABI60 A cct 98 - Inv F2351 | |
| Dec 30 | PREAUTHORIZED DEBIT | -$49,791.60 |
| | Bill.com Payables ARCUTIS BIOTHERAPE UTICS INC BIll.com 015YEIXGQLABI5X I nv 27283 | |
| Dec 31 | CASH MGMT TRSFR DR | -$121,654.15 |
| | REF 3661024L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Dec 02 | PREAUTHORIZED CREDIT | $4,423.76 |
| | RXCROSSROADS BY HCCLAIMPMT 5741163*1203113620 \ | |
| Dec 02 | PREAUTHORIZED CREDIT | $11,811.22 |
| | Prescription TRANSFER 241202 ST-Q0X6X0U2Z7M4 | |
| Dec 02 | PREAUTHORIZED CREDIT | $12,630.74 |
| | ACCESS HEALTH ACCESS HEA 241202 5659771 | |
| Dec 02 | PREAUTHORIZED CREDIT | $40,130.40 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910073388*13635696 42~ | |
| Dec 02 | PREAUTHORIZED CREDIT | $54,093.04 |
| | Bill.com VoidPaymnt Mayne Pharma B ill.com 015WQYOJCQ 98OW3 Acct 1011128 B - Multiple invoi | |
| Dec 03 | AUTOMATIC TRANSFER | $2,827.92 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 03 | PREAUTHORIZED CREDIT | $14.50 |
| | INFINITY RX LLX ACH PAYMTS 826447826686301304 9 | |
| Dec 03 | PREAUTHORIZED CREDIT | $1,509.42 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910167908*13635696 42~ | |
| Dec 03 | PREAUTHORIZED CREDIT | $1,971.67 |
| | ACCESS HEALTH ACCESS HEA 241203 5659771 | |
| Dec 03 | PREAUTHORIZED CREDIT | $36,199.71 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007893314*14 31420563\ | |
| Dec 04 | PREAUTHORIZED CREDIT | $2,431.78 |
| | HRTLAND PMT SYS TXNS/FEES 241204 650000012411545 | |
| Dec 04 | PREAUTHORIZED CREDIT | $7,808.88 |
| | ACCESS HEALTH ACCESS HEA 241204 5659771 | |
| Dec 04 | PREAUTHORIZED CREDIT | $129,247.07 |
| | CAREMARK HCCLAIMPMT 2500549151*1752882 129*5659771\ | |
| Dec 05 | PREAUTHORIZED CREDIT | $855.94 |
| | HRTLAND PMT SYS TXNS/FEES 241205 650000012411545 | |
| Dec 05 | PREAUTHORIZED CREDIT | $994.89 |
| | CENTOR INC. REBATES 241205 | |





| | Account Number: | XXXXXX3476 |
|---|---|---|
| | Statement Date: | 12/31/2024 |
| | Page : | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 05 | PREAUTHORIZED CREDIT | $1,166.73 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910182179*13635696 42~ | |
| Dec 05 | PREAUTHORIZED CREDIT | $2,675.55 |
| | ACCESS HEALTH ACCESS HEA 241205 5659771 | |
| Dec 05 | PREAUTHORIZED CREDIT | $78,633.09 |
| | CA HCCLAIMPMT 7003094994*1540849 793*198206820101~ | |
| Dec 06 | AUTOMATIC TRANSFER | $6,928.16 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 06 | PREAUTHORIZED CREDIT | $20.70 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2047011 | |
| | *1341939227*000000 207*5659771\ | |
| Dec 06 | PREAUTHORIZED CREDIT | $1,309.34 |
| | HRTLAND PMT SYS TXNS/FEES 241206 650000012411545 | |
| Dec 09 | PREAUTHORIZED CREDIT | $921.56 |
| | HRTLAND PMT SYS TXNS/FEES 241207 650000012411545 | |
| Dec 09 | PREAUTHORIZED CREDIT | $953.32 |
| | HRTLAND PMT SYS TXNS/FEES 241208 650000012411545 | |
| Dec 09 | PREAUTHORIZED CREDIT | $10,292.41 |
| | ACCESS HEALTH ACCESS HEA 241209 5659771 | |
| Dec 09 | PREAUTHORIZED CREDIT | $13,450.51 |
| | Prescription TRANSFER 241209 ST-R8D0O7I6A9M9 | |
| Dec 10 | AUTOMATIC TRANSFER | $21,632.60 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 10 | PREAUTHORIZED CREDIT | $7.45 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910203784*13635696 42~ | |
| Dec 10 | PREAUTHORIZED CREDIT | $16,035.44 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007906323*14 31420563\ | |
| Dec 10 | PREAUTHORIZED CREDIT | $87,114.32 |
| | CA HCCLAIMPMT 7002140180*1540849 793*198206820101~ | |
| Dec 11 | AUTOMATIC TRANSFER | $37,070.90 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 11 | PREAUTHORIZED CREDIT | $40.00 |
| | DREXI INC ACH 241211 5659771 | |
| Dec 11 | PREAUTHORIZED CREDIT | $181.89 |
| | ACCESS HEALTH ACCESS HEA 241211 5659771 | |
| Dec 11 | PREAUTHORIZED CREDIT | $874.73 |
| | HRTLAND PMT SYS TXNS/FEES 241211 650000012411545 | |
| Dec 11 | PREAUTHORIZED CREDIT | $6,818.28 |
| | MEDE AMERICA CDA HCCLAIMPMT 7215686*3205716594 *199999999\ | |
| Dec 12 | PREAUTHORIZED CREDIT | $1,542.03 |
| | ACCESS HEALTH ACCESS HEA 241212 5659771 | |
| Dec 12 | PREAUTHORIZED CREDIT | $1,551.94 |
| | HRTLAND PMT SYS TXNS/FEES 241212 650000012411545 | |
| Dec 12 | PREAUTHORIZED CREDIT | $74,074.13 |
| | CAREMARK HCCLAIMPMT 2500568807*1752882 129*5659771\ | |
| Dec 13 | PREAUTHORIZED CREDIT | $159.37 |
| | RXCROSSROADS BY HCCLAIMPMT 5752766*1203113620 \ | |
| Dec 13 | PREAUTHORIZED CREDIT | $272.94 |
| | ACCESS HEALTH ACCESS HEA 241213 5659771 | |
| Dec 13 | PREAUTHORIZED CREDIT | $1,403.31 |
| | HRTLAND PMT SYS TXNS/FEES 241213 650000012411545 | |
| Dec 13 | PREAUTHORIZED CREDIT | $101,193.91 |
| | CA HCCLAIMPMT 7003095766*1540849 793*198206820101~ | |
| Dec 16 | PREAUTHORIZED CREDIT | $813.32 |
| | HRTLAND PMT SYS TXNS/FEES 241214 650000012411545 | |
| Dec 16 | PREAUTHORIZED CREDIT | $948.87 |
| | HRTLAND PMT SYS TXNS/FEES 241215 650000012411545 | |





| | Account Number: | XXXXXX3476 |
|---|---|---|
| | Statement Date: | 12/31/2024 |
| | Page : | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 16 | PREAUTHORIZED CREDIT | $9,507.12 |
| | Prescription TRANSFER 241216 ST-B7R4X6D7O7D7 | |
| Dec 16 | PREAUTHORIZED CREDIT | $21,839.94 |
| | ACCESS HEALTH ACCESS HEA 241216 5659771 | |
| Dec 16 | PREAUTHORIZED CREDIT | $38,902.27 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910125386*13635696 42~ | |
| Dec 17 | AUTOMATIC TRANSFER | $1,580.36 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 17 | PREAUTHORIZED CREDIT | $2,856.71 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910218811*13635696 42~ | |
| Dec 17 | PREAUTHORIZED CREDIT | $6,843.94 |
| | ACCESS HEALTH ACCESS HEA 241217 5659771 | |
| Dec 17 | PREAUTHORIZED CREDIT | $29,822.02 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007920121*14 31420563\ | |
| Dec 18 | PREAUTHORIZED CREDIT | $1,412.20 |
| | HRTLAND PMT SYS TXNS/FEES 241218 650000012411545 | |
| Dec 18 | PREAUTHORIZED CREDIT | $2,703.56 |
| | ACCESS HEALTH ACCESS HEA 241218 5659771 | |
| Dec 18 | PREAUTHORIZED CREDIT | $23,274.72 |
| | Monarch Specialt ePay brightscrip Period 69 Oct 16-31 2024 | |
| Dec 18 | PREAUTHORIZED CREDIT | $130,527.21 |
| | CAREMARK HCCLAIMPMT 2500580196*1752882 129*5659771\ | |
| Dec 19 | AUTOMATIC TRANSFER | $10,340.15 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 19 | PREAUTHORIZED CREDIT | $10.57 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910232980*13635696 42~ | |
| Dec 19 | PREAUTHORIZED CREDIT | $11.25 |
| | TMESYS LLC CLAIM PMT 241219 5659771 | |
| Dec 19 | PREAUTHORIZED CREDIT | $12.49 |
| | TMESYS LLC CLAIM PMT 241219 5659771 | |
| Dec 19 | PREAUTHORIZED CREDIT | $538.13 |
| | MEDE AMERICA CDA HCCLAIMPMT 7216905*3205716594 *199999999\ | |
| Dec 19 | PREAUTHORIZED CREDIT | $1,641.09 |
| | HRTLAND PMT SYS TXNS/FEES 241219 650000012411545 | |
| Dec 19 | PREAUTHORIZED CREDIT | $6,295.35 |
| | ACCESS HEALTH ACCESS HEA 241219 5659771 | |
| Dec 20 | AUTOMATIC TRANSFER | $6,473.04 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 20 | PREAUTHORIZED CREDIT | $745.19 |
| | HRTLAND PMT SYS TXNS/FEES 241220 650000012411545 | |
| Dec 20 | PREAUTHORIZED CREDIT | $75,322.69 |
| | CA HCCLAIMPMT 7002141962*1540849 793*198206820101~ | |
| Dec 23 | PREAUTHORIZED CREDIT | $973.46 |
| | HRTLAND PMT SYS TXNS/FEES 241222 650000012411545 | |
| Dec 23 | PREAUTHORIZED CREDIT | $1,443.40 |
| | HRTLAND PMT SYS TXNS/FEES 241221 650000012411545 | |
| Dec 23 | PREAUTHORIZED CREDIT | $13,148.61 |
| | Prescription TRANSFER 241223 ST-P6N2Q4E3Q6Q6 | |
| Dec 23 | PREAUTHORIZED CREDIT | $41,962.93 |
| | ACCESS HEALTH ACCESS HEA 241223 5659771 | |
| Dec 24 | PREAUTHORIZED CREDIT | $15.00 |
| | MEDE AMERICA CDA HCCLAIMPMT 7217682*3205716594 *199999999\ | |
| Dec 24 | PREAUTHORIZED CREDIT | $2,924.52 |
| | ACCESS HEALTH ACCESS HEA 241224 5659771 | |
| Dec 24 | PREAUTHORIZED CREDIT | $4,125.04 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910255011*13635696 42~ | |
| Dec 24 | PREAUTHORIZED CREDIT | $9,741.66 |
| | CAREMARK HCCLAIMPMT 2500590249*1752882 129*5659771\ | |

64674 0199537 0005-0006 00000000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX3476 |
| **Statement Date:** | 12/31/2024 |
| **Page :** | 6 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 24 | PREAUTHORIZED CREDIT | $30,056.77 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007933972*14 31420563\ | |
| Dec 26 | PREAUTHORIZED CREDIT | $12.27 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910269553*13635696 42~ | |
| Dec 26 | PREAUTHORIZED CREDIT | $758.18 |
| | HRTLAND PMT SYS TXNS/FEES 241226 650000012411545 | |
| Dec 26 | PREAUTHORIZED CREDIT | $1,315.54 |
| | HRTLAND PMT SYS TXNS/FEES 241225 650000012411545 | |
| Dec 26 | PREAUTHORIZED CREDIT | $12,152.61 |
| | ACCESS HEALTH ACCESS HEA 241225 5659771 | |
| Dec 26 | PREAUTHORIZED CREDIT | $72,877.79 |
| | CAREMARK HCCLAIMPMT 2500599797*1752882 129*5659771\ | |
| Dec 27 | PREAUTHORIZED CREDIT | $25.40 |
| | ACCESS HEALTH ACCESS HEA 241227 5659771 | |
| Dec 27 | PREAUTHORIZED CREDIT | $14,893.99 |
| | Monarch Specialt ePay brightscrip Period 70 Nov 1-15 2024 | |
| Dec 30 | AUTOMATIC TRANSFER | $51,160.51 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 30 | PREAUTHORIZED CREDIT | $674.60 |
| | HRTLAND PMT SYS TXNS/FEES 241228 650000012411545 | |
| Dec 30 | PREAUTHORIZED CREDIT | $1,264.95 |
| | HRTLAND PMT SYS TXNS/FEES 241229 650000012411545 | |
| Dec 30 | PREAUTHORIZED CREDIT | $7,111.32 |
| | RXCROSSROADS BY HCCLAIMPMT 5764345*1203113620 \ | |
| Dec 30 | PREAUTHORIZED CREDIT | $7,310.39 |
| | Prescription TRANSFER 241230 ST-A6X7Q0G2H4G9 | |
| Dec 30 | PREAUTHORIZED CREDIT | $23,185.27 |
| | ACCESS HEALTH ACCESS HEA 241230 5659771 | |
| Dec 30 | PREAUTHORIZED CREDIT | $97,147.42 |
| | CA HCCLAIMPMT 7002143506*1540849 793*198206820101~ | |
| Dec 31 | PREAUTHORIZED CREDIT | $22,319.81 |
| | ACCESS HEALTH ACCESS HEA 241231 5659771 | |
| Dec 31 | PREAUTHORIZED CREDIT | $29,743.99 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007947840*14 31420563\ | |
| Dec 31 | PREAUTHORIZED CREDIT | $30,149.31 |
| | CAREMARK HCCLAIMPMT 2500609891*1752882 129*5659771\ | |
| Dec 31 | PREAUTHORIZED CREDIT | $39,441.04 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910190163*13635696 42~ | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Nov 29 | $0.00 | Dec 09 | $0.00 | Dec 17 | $0.00 | Dec 24 | $0.00 |
| Dec 02 | $0.00 | Dec 10 | $0.00 | Dec 18 | $0.00 | Dec 26 | $0.00 |
| Dec 03 | $0.00 | Dec 11 | $0.00 | Dec 19 | $0.00 | Dec 27 | $0.00 |
| Dec 04 | $0.00 | Dec 12 | $0.00 | Dec 20 | $0.00 | Dec 30 | $0.00 |
| Dec 05 | $0.00 | Dec 13 | $0.00 | Dec 23 | $0.00 | Dec 31 | $0.00 |
| Dec 06 | $0.00 | Dec 16 | $0.00 | | | | |

