# SUPPORTING DOCUMENTATION

## (December 2024)


JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 30, 2024 through December 31, 2024
Account Number: ████████2236



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your statement, please contact your Customer Service Professional.**

00003853 DDA 703212 00125 NNNNNNNNNNN 1 000000000 60 0000

PRIMECARE PHARMACY, LLC
DEBTOR IN POSSESSION
32144 AGOURA RD STE 101
WESTLAKE VILLAGE CA 91361-4037

## CHECKING SUMMARY   Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | $2,519.67 |
| **Ending Balance** | 0 | $2,519.67 |

Your service charges, fees and earnings credit have been calculated through account analysis.

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



November 30, 2024 through December 31, 2024

Account Number ██████████ 2236

This Page Intentionally Left Blank



**Last Statement:** November 29, 2024
**Statement Ending:** December 31, 2024
**Page:** 1 of 5

9801 W. Higgins, Box 32, Rosemont, IL 60018



53209 TWS380WR010125045859 01 000000000 51 006
PRIMECARE PHARMACY LLC
1437 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

53209 0163125 0001-0005 0000000000000000000

<table>
<tr><td colspan="2"><strong>Customer Service</strong></td></tr>
</table>

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                    Account Number:    XXXXXX1761

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/30/24** | **$0.00** |
| + Deposits and Credits (60) | $1,116,941.24 |
| - Withdrawals and Debits (33) | $1,116,784.00 |
| **Ending Balance as of 12/31/24** | **$0.00** |
| Analysis or Maintenance Fees for Period | $157.24 |
| Number of Days in Statement Period | 32 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Dec 02 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$54,348.41 |
| Dec 03 | CASH MGMT TRSFR DR<br>REF 3380733L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$37,063.00 |
| Dec 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$0.31 |
| Dec 04 | CASH MGMT TRSFR DR<br>REF 3391131L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$62,896.76 |
| Dec 05 | CASH MGMT TRSFR DR<br>REF 3400819L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$33,867.49 |
| Dec 06 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 241206 | -$151.22 |
| Dec 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015PVCREYW9FBAS | -$15,173.78 |
| Dec 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$15,479.07 |
| Dec 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015YGVAOXG9JWN0 | -$144,258.33 |
| Dec 11 | PREAUTHORIZED DEBIT<br>OUTCOMES OPERAT Payment 241211 | -$349.00 |
| Dec 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 241211 2057179792 2220 | -$426.61 |
| Dec 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015MOQZEMP9M2AP | -$132,026.76 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX1761 |
| **Statement Date:** | | 12/31/2024 |
| **Page :** | | 2 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 12 | CASH MGMT TRSFR DR | -$49,400.00 |
| | REF 3471629L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Dec 12 | PREAUTHORIZED DEBIT | -$1,019.84 |
| | Bill.com Payables JG Pharma Inc. B ill.com 015IHOIHBO 9NQ6S Acct 7735921 - Inv 15708713 | |
| Dec 12 | AUTOMATIC TRANSFER | -$54.53 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 13 | PREAUTHORIZED DEBIT | -$1,315.82 |
| | Bill.com Payables PioneerRx B ill.com 015HSYOXAE 9PPRO Acct N506.27 4 - Inv PNRX-18333 | |
| Dec 13 | AUTOMATIC TRANSFER | -$39,730.68 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 16 | CASH MGMT TRSFR DR | -$84,258.00 |
| | REF 3511001L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Dec 16 | PREAUTHORIZED DEBIT | -$6,385.08 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015ZRBU LED9RY2X Acct FCA3 69428 - Multiple i | |
| Dec 17 | CASH MGMT TRSFR DR | -$33,279.31 |
| | REF 3521116L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Dec 17 | PREAUTHORIZED DEBIT | -$660.91 |
| | Bill.com Payables PioneerRx B ill.com 015DUXMGZH 9UCQ9 Acct N506.27 4 - Inv PNRX-18384 | |
| Dec 17 | PREAUTHORIZED DEBIT | -$9,872.04 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015JPSS CLL9U2YC Acct FCA3 69428 - Inv 928579 | |
| Dec 17 | MAINTENANCE FEE | -$157.24 |
| | ANALYSIS ACTIVITY FOR 11/24 | |
| Dec 18 | CASH MGMT TRSFR DR | -$81,537.26 |
| | REF 3530903L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Dec 19 | PREAUTHORIZED DEBIT | -$5,364.36 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015UWEWLQX9Y5KV | |
| Dec 20 | AUTOMATIC TRANSFER | -$9,252.05 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 23 | PREAUTHORIZED DEBIT | -$43.00 |
| | Bill.com Payables The Shredders B ill.com 015ADTPOTL A2P2N Inv CINV-061 507 | |
| Dec 23 | AUTOMATIC TRANSFER | -$10,380.74 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 24 | AUTOMATIC TRANSFER | -$34,739.03 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 26 | PREAUTHORIZED DEBIT | -$859.80 |
| | ParMed XXXXXXXXXX 241226 2057179792 2220 | |
| Dec 26 | PREAUTHORIZED DEBIT | -$94,383.69 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015BAQQCADA7KFK | |
| Dec 27 | AUTOMATIC TRANSFER | -$9,407.06 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 30 | AUTOMATIC TRANSFER | -$53,976.49 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Dec 31 | CASH MGMT TRSFR DR | -$94,823.57 |
| | REF 3661024L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |





| | Account Number: | XXXXXX1761 |
|---|---|---|
| | Statement Date: | 12/31/2024 |
| | Page : | 3 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
|---|---|---|
| Dec 02 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5741150*1203113620 \ | $918.34 |
| Dec 02 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241202 ST-W4I5I1A8V5B7 | $5,465.97 |
| Dec 02 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241202 5660801 | $7,889.28 |
| Dec 02 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910073398*13635696 42~ | $40,074.82 |
| Dec 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241203 5660801 | $4,912.84 |
| Dec 03 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007893310*14 31420563\ | $32,150.47 |
| Dec 04 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241204 5660801 | $5,148.85 |
| Dec 04 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500549160*1752882 129*5660801\ | $57,747.91 |
| Dec 05 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001445999*1540849 793*140730146801~ | $33,867.49 |
| Dec 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $12,711.72 |
| Dec 06 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241206 5660801 | $2,613.28 |
| Dec 09 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241209 ST-P2S0K2X2A4D7 | $5,451.97 |
| Dec 09 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241209 5660801 | $10,027.10 |
| Dec 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $21,373.68 |
| Dec 10 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910203806*13635696 42~ | $8.94 |
| Dec 10 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241210 5660801 | $2,353.96 |
| Dec 10 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001449800*1540849 793*140730146801~ | $13,149.89 |
| Dec 10 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007906319*14 31420563\ | $28,737.31 |
| Dec 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $200,132.21 |
| Dec 11 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241211 5660801 | $2,395.34 |
| Dec 11 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7215696*3205716594 *199999999\ | $8,909.37 |
| Dec 12 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241212 5660801 | $168.29 |
| Dec 12 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500568816*1752882 129*5660801\ | $50,306.08 |
| Dec 13 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5752751*1203113620 \ | $902.36 |
| Dec 13 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04214836*143 1420563\ | $943.25 |
| Dec 13 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241213 5660801 | $2,747.47 |
| Dec 13 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001451031*1540849 793*140730146801~ | $36,453.42 |
| Dec 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $6,384.72 |
| Dec 16 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241216 ST-E5R1D7V4H0F7 | $6,200.90 |





**Account Number:** XXXXXX1761
**Statement Date:** 12/31/2024
**Page :** 4 of 5

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 16 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241216 5660801 | $37,311.72 |
| Dec 16 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910125395*13635696 42~ | $40,745.74 |
| Dec 17 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $10,690.19 |
| Dec 17 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910218832*13635696 42~ | $560.19 |
| Dec 17 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241217 5660801 | $9,414.97 |
| Dec 17 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007920117*14 31420563\ | $23,304.15 |
| Dec 18 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241218 5660801 | $2,361.41 |
| Dec 18 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 69 Oct 16-31 2024 | $22,324.00 |
| Dec 18 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500580205*1752882 129*5660801\ | $56,851.85 |
| Dec 19 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $2,851.76 |
| Dec 19 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910232997*13635696 42~ | $22.80 |
| Dec 19 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7216925*3205716594 *199999999\ | $1,103.32 |
| Dec 19 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241219 5660801 | $1,386.48 |
| Dec 20 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001453669*1540849 793*140730146801~ | $9,252.05 |
| Dec 23 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241223 5660801 | $2,506.45 |
| Dec 23 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241223 ST-D7E4Y2U9Q7X8 | $7,917.29 |
| Dec 24 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7217691*3205716594 *199999999\ | $35.02 |
| Dec 24 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241224 5660801 | $2,334.69 |
| Dec 24 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007933968*14 31420563\ | $32,369.32 |
| Dec 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $43,736.44 |
| Dec 26 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241225 5660801 | $1,408.30 |
| Dec 26 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500599806*1752882 129*5660801\ | $50,098.75 |
| Dec 27 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 70 Nov 1-15 2024 | $9,407.06 |
| Dec 30 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5764332*1203113620 \ | $1,085.51 |
| Dec 30 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 241230 ST-U8C6B2Q2F5X1 | $6,270.12 |
| Dec 30 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 241230 5660801 | $18,490.68 |
| Dec 30 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001455951*1540849 793*140730146801~ | $28,130.18 |
| Dec 31 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500609900*1752882 129*5660801\ | $9,711.24 |
| Dec 31 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007947835*14 31420563\ | $25,831.13 |

53209 0163129 0004-0005 00000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Dec 31 | PREAUTHORIZED CREDIT | $26,573.55 |
| | ACCESS HEALTH ACCESS HEA 241231 5660801 | |
| Dec 31 | PREAUTHORIZED CREDIT | $32,707.65 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910190172*13635696 42~ | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Nov 29 | $0.00 | Dec 09 | $0.00 | Dec 17 | $0.00 | Dec 24 | $0.00 |
| Dec 02 | $0.00 | Dec 10 | -$78,634.55 | Dec 18 | $0.00 | Dec 26 | $0.00 |
| Dec 03 | $0.00 | Dec 11 | $0.00 | Dec 19 | $0.00 | Dec 27 | $0.00 |
| Dec 04 | $0.00 | Dec 12 | $0.00 | Dec 20 | $0.00 | Dec 30 | $0.00 |
| Dec 05 | $0.00 | Dec 13 | $0.00 | Dec 23 | $0.00 | Dec 31 | $0.00 |
| Dec 06 | $0.00 | Dec 16 | $0.00 | | | | |

53209 0163130 0005-0005 0000000000000000000

