IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPTIO RX, LLC, *et al.*,[1]<br><br>Debtors. | Jointly administered<br><br>Chapter 11<br>Case Nos. 24-11188 (TMH), *et seq.* |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED
ORDER APPROVING STIPULATION BY AND AMONG THE
DEBTORS AND CARDINAL HEALTH REGARDING SET OFF RIGHTS**

Adam Hiller, counsel for Cardinal Health 110, LLC and Cardinal Health 112, LLC (together, "Cardinal Health"), hereby certifies as follows:

1. On February 10, 2025, Cardinal Health and the debtors Central Pharmacy, LLC, Easycare Pharmacy LLC, Firstcare Pharmacy LLC, Pro Pharmacy, LLC and SMC Pharmacy LLC (together, the "Debtors") entered into the Stipulation Between The Debtors And Cardinal Health 110, LLC And Cardinal Health 112, LLC Granting Limited Stay Relief And Permitting Set-Off Of Credits

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

attached hereto as **Exhibit A-1** (the "Stipulation"). A form of proposed order approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order").

2.  Counsel for the Debtors, William Chipman, has indicated to me that the Debtors consent to the entry of the Proposed Order as an order of the Court.

3.  Cardinal Health requests that the Court enter the Proposed Order as an order of the Court at the Court's convenience.

Dated: February 10, 2025
       Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC

 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

*Attorney for Cardinal Health*