IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>OPTIO RX, LLC, *et al.*,[1]<br><br>Debtors. | Jointly administered<br><br>Chapter 11<br>Case Nos. 24-11188 (TMH), *et seq.* |

## ORDER APPROVING STIPULATION BY AND AMONG THE
## DEBTORS AND CARDINAL HEALTH REGARDING SET OFF RIGHTS

Upon consideration of the Certification of Counsel and the Stipulation attached hereto as **Exhibit A-1** (the "Stipulation"), and the Court having jurisdiction over the issuance of the relief mutually requested by the Parties[2] to the Stipulation; and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved in its entirety.

2. The Parties are authorized and empowered to take all actions necessary to implement the Stipulation.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

-2-

      3.      This Order shall be effective immediately and enforceable upon its entry.

      4.      The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.