IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re<br><br>OPTIO RX, LLC, *et al.*,[1]<br><br>Debtors. | Jointly administered<br><br>Chapter 11<br>Case Nos. 24-11188 (TMH), *et seq.* |

### STIPULATION BETWEEN THE DEBTORS AND CARDINAL HEALTH 110, LLC AND CARDINAL HEALTH 112, LLC GRANTING LIMITED STAY RELIEF AND PERMITTING SET-OFF OF CREDITS

Debtors Central Pharmacy, LLC, Easycare Pharmacy LLC, Firstcare Pharmacy LLC, Pro Pharmacy, LLC and SMC Pharmacy LLC (together, the "Debtors"), and Cardinal Health 110, LLC and Cardinal Health 112, LLC (together, "Cardinal Health" and, together with the Debtors, the "Parties"), through their respective undersigned counsel, hereby stipulate and agree as follows:

### RECITALS

WHEREAS, on June 7, 2024 (the "Petition Date"), the Debtors each filed a voluntary petition with the United States Bankruptcy Court for the District of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

Delaware for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, prior to the Petition Date, the Parties entered into that certain Prime Vendor Agreement, dated as of May 2017, and those certain credit applications, pursuant to which the Debtors purchased pharmaceutical products from Cardinal Health; and

WHEREAS, on August 6, 2024, Cardinal Health filed ten (10) proofs, five (5) of which describe certain pre-petition trade credits (the "Pre-Petition Credits") due to the Debtors, which are subject to setoff against Cardinal Health's pre-petition unsecured claims ("Prepetition Claims").

## AGREEMENT

NOW, THEREFORE, the Debtors and Cardinal Health hereby stipulate and agree as follows:

1. The automatic stay imposed by Section 362(a) of the Bankruptcy Code is modified for the express and limited purpose of allowing the following setoffs:

| Debtor Name | Cardinal Health Entity | Claim No. | Unsecured Claim Amount | Prepetition Trade Credit for Setoff | Remaining Allowed Unsecured Claim |
|---|---|---|---|---|---|
| Central Pharmacy, LLC | Cardinal Health 110, LLC | 80 | $3,107.13 | $1,192.49 | $1,914.64 |
| EasyCare Pharmacy, LLC | Cardinal Health 110, LLC | 82 | $5,845.47 | $30,416.22 | $0.00 |
| FirstCare Pharmacy, LLC | Cardinal Health 110, LLC | 88 | $7,222.41 | $14,453.33 | $0.00 |
| SMC Pharmacy LLC | Cardinal Health 110, LLC | 98 | $34,298.35 | $2,613.47 | $31,684.88 |
| Pro Pharmacy, LLC | Cardinal Health 110, LLC | 100 | $1,828.58 | $1,330.99 | $497.59 |

2. Debtors' claims agent shall reduce the Claims, after set-off as described above in decretal paragraph 1, and update Debtors' claims register accordingly.

3. This Stipulation and Order shall be effective immediately upon the Court's entry thereof and the fourteen (14) day stay period set forth in Federal Rule of Bankruptcy Procedure 4001(a) is waived.

4. The Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to the terms and provisions of this Stipulation and

Order.

**AGREED TO:**

Dated: February 10, 2025
Wilmington, Delaware

        CHIPMAN BROWN CICERO & COLE, LLP

        **/s/ William E. Chipman, Jr.**
        William E. Chipman, Jr. (No. 3818)
        David W. Carickhoff (No. 3715)
        Mark D. Olivere (No. 4291)
        Alan M. Root (No. 5427)
        Hercules Plaza
        313 North Market Street, Suite 5400
        Wilmington, Delaware 19801
        Telephone: (302) 295-0191
        Email: chipman@chipmanbrown.com
                carickhoff@chipmanbrown.com
                olivere@chipmanbrown.com
                root@chipmanbrown.com

        *Counsel to Debtors and*
        *Debtors in Possession*

Dated: February 10, 2025
Wilmington, Delaware

        HILLER LAW, LLC

        **/s/ Adam Hiller**
        Adam Hiller (DE No. 4105)
        300 Delaware Avenue, Suite 210, #227
        Wilmington, Delaware 19801
        Telephone: (302) 442-7677
        Email: ahiller@adamhillerlaw.com

-5-

-and-

Scott A. Zuber, Esq.
Terri Jane Freedman, Esq.
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
Phone: 973.530.1500
Email: szuber@csglaw.com
       tfreedman@csglaw.com

*Attorneys for Cardinal Health 110, LLC and Cardinal Health 112, LLC*