# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Optio Rx, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 12, 2025 at 4:00 p.m.**<br>**Hearing Date: March 26, 2025, at 10:00 a.m. (Eastern)** |

## SUMMARY COVER SHEET TO THE SECOND INTERIM FEE APPLICATION OF SAUL EWING LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2024 THROUGH NOVEMBER 30, 2024

| Name of Applicant: | Saul Ewing LLP |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Optio Rx, LLC, *et al.* |
| Period for which compensation and reimbursement is sought | *Start:* September 1, 2024<br>*End:* November 30, 2024 |
| Total compensation sought this period | $106,107.50 |
| Total expenses sought this period | $0.00 |
| Petition date | June 7, 2024 |
| Date of retention | June 26, 2024 |
| Date of order approving employment | July 26, 2024 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

| | |
|---|---|
| Total compensation approved by interim orders to date | $311,916.00 |
| Total expenses approved by interim orders to date | $6,775.72 |
| Total allowed compensation paid to date | $311,916.00 |
| Total allowed expenses paid to date | $6,775.72 |
| Blended rate in this interim application for all partners | $699.14 |
| Blended rate in this interim application for all attorneys | $641.63 |
| Blended rate in this application for all timekeepers | $606.68 |
| Compensation sought in this application already paid pursuant to monthly compensation orders but not yet allowed | $49,869.20 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in this application | 7 |
| If applicable, number of professionals in this application not included in staffing plan approved by client | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 4 |
| Are rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

This is an: ___ monthly     **X** interim     ___ final application.

Prior Applications:

| Date and Docket No. | Filing Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Fees/ Expenses | CNO Date and Docket No. |
|---|---|---|---|---|---|---|---|
| 10/16/2024 D.I. 475 | 09/01/2024 through 09/30/2024 | $62,336.50 | N/A | $49,869.20 | N/A | $12,467.30 | 11/07/2024 D.I. 535 |
| 11/15/2024 D.I. 543 | 10/01/2024 Through 10/31/2024 | $33,540.00 | N/A | $26,832.00 | N/A | $6,708.00 | 12/09/2024 D.I. 596 |
| 12/19/2024 D.I. 609 | 11/01/2024 Through 11/30/2024 | $10,231.00 | N/A | $8,184.80 | N/A | $2,046.20 | 1/10/2024 D.I. 666 |
| | **TOTAL** | **$106,107.50** | **$0.00** | **$84,886.00** | **$0.00** | **$21,221.50** | |

| Objections to Monthly Fee Applications | | | |
|---|---|---|---|
| **Date of Fee Application** | **Date of Objection** | **Total Fees Subject to Objection** | **Total Expenses Subject to Objection** |
| 10/16/2024 | No Objection Filed | $0.00 | $0.00 |
| 11/15/2024 | No Objection Filed | $0.00 | $0.00 |
| 12/19/2024 | No Objection Filed | $0.00 | $0.00 |

3

**SUMMARY OF BILLING BY TIMEKEEPER
FOR SECOND INTERIM FEE APPLICATION**

**For the Period SEPTEMBER 1, 2024 THROUGH NOVEMBER 30, 2024**

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position at Saul Ewing | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Evan T. Miller | 2009 | Partner (2023)[2] | Bankruptcy | $680.00 | 60.9 | $41,412.00 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $715.00 | 63.1 | $45,116.50 |
| Mark Minuti | 1988 | Partner (1997) | Bankruptcy | $905.00 | 0.8 | $724.00 |
| Turner N. Falk | 2014 | Associate (2022) | Bankruptcy | $430.00 | 13.0 | $5,590.00 |
| Paige N. Topper | 2017 | Associate (2023) | Bankruptcy | $450.00 | 3.5 | $1,575.00 |
| Jorge Garcia | 2017 | Associate (2020) | Bankruptcy | $450.00 | 19.6 | $8,820.00 |
| Sean F. Kenny | N/A | Paraprofessional | Bankruptcy | $205.00 | 14.0 | $2,870.00 |
| **TOTAL** | | | | | **174.9** | **$106,107.50** |

Attorney Compensation: $103,237.50

Total Attorney Hours: 160.90

Blended Hourly Rate for Attorneys: $641.63

Blended Hourly Rate for All Professionals: $606.68

---

[2] Evan Miller joined Saul Ewing as a Partner in 2023. He was previously a director at his prior firm.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Optio Rx, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 12, 2025 at 4:00 p.m.**<br>**Hearing Date: March 26, 2025, at 10:00 a.m. (Eastern)** |

## SECOND INTERIM FEE APPLICATION OF SAUL EWING LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2024 THROUGH NOVEMBER 30, 2024

Saul Ewing LLP ("**Saul Ewing**"), counsel to the Official Committee (the "**Committee**") of Unsecured Creditors of Optio Rx, LLC, Inc., *et al.* (the "**Debtors**"), hereby submits its Second Interim fee application (the "**Second Interim Fee Application**") for allowance of compensation for professional services rendered and reimbursement of actual and necessary expenses incurred for the period September 1, 2024 through November 30, 2024 (the "**Application Period**").

## INTRODUCTION

1. On June 7, 2024 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

2. The Debtors continue to operate their business as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No request has been made for the appointment of a trustee or an examiner.

3. On June 21, 2024, the United States Trustee for the District of Delaware (the "**U.S. Trustee**") appointed the Committee pursuant to Bankruptcy Code section 1102. The *Notice of Appointment of Committee of Unsecured Creditors* was filed on June 21, 2024 [D.I. 67], followed by the *Amended Notice of Appointment of Creditors' Committee* filed on June 25, 2024 [D.I. 81], and a second *Amended Notice of Appointment of Creditors' Committee* filed on July 1, 2024 [D.I. 103].

4. On July 31, 2024, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 266] (the "**Interim Compensation Order**"), which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in the Chapter 11 cases.

## RETENTION OF SAUL EWING

5. On July 26, 2024, this Court entered the *Order Authorizing and Approving the Employment and Retention of Saul Ewing LLP as Counsel to the Official Committee of Unsecured Creditors, Effective as of June 26, 2024* [D.I. 244].

## PROFESSIONAL SERVICES RENDERED

6. Pursuant to the Interim Compensation Order, Saul Ewing submits this Second Interim Fee Application, seeking interim approval and allowance of compensation in the amount of $106,107.50, and actual and necessary expenses in the amount of $0.00 incurred during the interim period from September 1, 2024 through November 30, 2024.

**ADDITIONAL DISCLOSURES AND REPRESENTATIONS**

7. Saul Ewing's hourly rates for bankruptcy services are comparable to the hourly rates charged in complex chapter 11 cases by comparably skilled bankruptcy attorneys. In addition, Saul Ewing's hourly rates for bankruptcy services are comparable to the rates charged by the firm, and by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required. Saul Ewing's blended hourly rates for attorneys and paraprofessionals for all sections of the firm, excluding the Bankruptcy and Restructuring section, for the prior calendar year were as set forth on the attached **Exhibit A**.

8. Saul Ewing's summary of compensation requested by project category for the Application Period is set forth on the attached **Exhibit B**.

9. Saul Ewing's summary of expense reimbursement requested by category for the Application Period is set forth on the attached **Exhibit C**.

10. Saul Ewing maintains a flat fee contract with Westlaw. As a general matter, and in the present case, Saul Ewing charges all clients (bankruptcy and non-bankruptcy) on whose behalf legal research is undertaken the amount that Westlaw charges to regular users (i.e. users that do not maintain flat fee contracts) on a basis that is tied to the actual length of usage for each research session; however, Saul Ewing then applies a 50% discount to the amounts charged to its clients. In applying such discounted charges to its clients, Saul Ewing passes the benefits of the flat fee arrangement on to its clients while also maintaining a revenue neutral arrangement under its contract with Westlaw; specifically, Saul Ewing does not derive a profit from such legal research charges.

11. To the best of Saul Ewing's knowledge, this Second Interim Fee Application complies with sections 330 and 331 of the Bankruptcy Code, Del. Bankr. L.R. 2016-2, the Interim Compensation Order, and the UST's *Guidelines for Reviewing Applications for Compensation. and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013* (the "**Revised UST Guidelines**").

12. During the Application Period, Saul Ewing did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services pertaining to this engagement.

13. None of the professionals included in this Second Interim Fee Application varied their hourly rate based on the geographical location of the bankruptcy case.

14. This Second Interim Fee Application does not include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices.

15. This Second Interim Fee Application does not include time or fees for reviewing time records to redact any privileged or other confidential information.

16. In accordance with Section 504 of the Bankruptcy Code and Fed. R. Bankr. P. 2016(a), no agreement or understanding exists between Saul Ewing and any other person for the sharing of compensation received or to be received for services rendered in or in connection with this case.

17. No agreement or understanding prohibited by 18 U.S.C. § 155 has been or will be made by Saul Ewing.

18. Notice of this Second Interim Fee Application has been provided in accordance with the Interim Compensation Order. Saul Ewing submits that no other or further notice need be provided.

19. Without limiting the generality of the foregoing, Saul Ewing reserves its right to submit future monthly fee applications, interim fee applications, and final fee applications, including, without limitation, fee applications seeking final allowance of all amounts sought to be paid or reimbursed herein and in respect of any amounts held back pursuant to the Interim Compensation Order or otherwise.

**WHEREFORE**, Saul Ewing respectfully requests that the Court enter an Order (i) granting the Second Interim Fee Application and authorizing interim allowance of compensation in the amount of $106,107.50 for professional services rendered on behalf of the Committee and reimbursement for actual and necessary expenses in the amount of $0.00, which represents 100% of the total fees and costs incurred by counsel to the Committee during the Application Period as provided under the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [D.I. 266]; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: February 19, 2025
Wilmington, Delaware

                                      **SAUL EWING LLP**

                                      */s/ Evan T. Miller*
                                      Evan T. Miller (DE Bar No. 5364)
                                      Nicholas Smargiassi (DE Bar No. 7265)
                                      1201 N. Market St, Suite 2300
                                      P.O. Box 1266
                                      Wilmington, DE 19899
                                      Telephone: (302) 421-6864
                                      evan.miller@saul.com
                                      nicholas.smargiassi@saul.com

-and-

Michelle G. Novick, Esq. (admitted *pro hac vice*)
**SAUL EWING LLP**
161 North Clark St., Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
michelle.novick@saul.com
*Counsel to the Official Committee of Unsecured Creditors of Optio Rx, LLC, et.al.*

6