# EXHIBIT B

## Summary of Compensation Requested by Project Category

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Asset Disposition | 2.6 | $1,796.00 |
| Case Administration | 1.8 | $893.00 |
| Committee Matters | 1.4 | $994.00 |
| Employee Benefits and Pensions | 1.5 | $995.00 |
| Fee/Employment Applications (Other Professionals) | 26.7 | $13,019.50 |
| Fee/Employment Applications (Saul Ewing) | 30.1 | $16,149.50 |
| Litigation: Contested Matters and Adversary Proceedings | 3.5 | $2,393.00 |
| Plan and Disclosure Statement | 94.6 | $62,750.50 |
| Preparation for and Attendance at Hearings | 12.4 | $6,913.00 |
| Executory Contracts and Unexpired Leases | 0.3 | $204.00 |
| **TOTAL** | **174.9** | **$106,107.50** |

| | |
|---|---|
| Case Name: | Optio Rx, LLC, *et al.* |
| Case Number: | 24-11188 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | February 19, 2025 |
| Interim or Final: | Interim - Second |

-2-

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter during the Interim Period |
|---|---|
| Partner | 3 |
| Counsel | 0 |
| Associate | 3 |
| Paraprofessional | 1 |
| Other (Litigation, Support, Clerical) | 0 |

| | |
|---|---|
| Case Name: | Optio Rx, LLC., *et al.* |
| Case Number: | 24-11188 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | February 19, 2025 |
| Interim or Final: | Interim |