## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 692** |

### ORDER GRANTING FIRST AND FINAL APPLICATION OF PALADIN MANAGEMENT GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 7, 2024 TO AND INCLUDING SEPTEMBER 14, 2024

Upon the application (the "**Final Fee Application**")[2] of Paladin Management Group, LLC ("**Paladin**") for final approval and allowance of compensation for services rendered and reimbursement of expenses incurred as financial advisor for the Debtors for the period from June 7, 2024 to and including September 14, 2024 (the "**Final Compensation Period**"); and the Court having reviewed the Final Fee Application; and all applicable requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules having been satisfied; and the compensation earned and expenses incurred by Paladin during the Final Compensation Period having been actual, reasonable and necessary; and sufficient notice of the Final Fee Application having been

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2]    All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Final Fee Application.

provided such that no other or further notice is required; and all persons with standing having been afforded an opportunity to be heard on the Final Fee Application at a hearing held to consider approval thereof; and after due deliberation thereon and good and sufficient cause appearing therefor,

     **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.     The Application is GRANTED as set forth herein.

2.     Paladin is allowed compensation for professional services rendered during the Final Compensation Period on a final basis in the amount of $331,029.50.

3.     Paladin is allowed reimbursement of expenses incurred during the Final Compensation Period in connection with its services to the Debtors on a final basis in the amount of $10,276.73.

4.     The Debtors are authorized and directed to pay Paladin the foregoing amounts, less any amounts previously paid to Paladin on account of its fees and expenses (including application of any remaining dollar amount of any prepetition expense advance).

5.     The Court shall retain exclusive jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

6.     This Order shall be effective immediately upon entry.