# SUPPORTING DOCUMENTATION

## (January 2025)



**WINTRUST**
**BANK**®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | December 31, 2024 |
| **Statement Ending:** | January 31, 2025 |
| **Page:** | 1 of 14 |

35360 TWS380WR020125030646 01 000000000 48 015
OPTIO RX LLC
1432 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

35360 0109403 0001-0014 00000000000000000

### Customer Service


**Customer Support:**
312-291-2900


**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm


**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING

**Account Number:    XXXXXX4516**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 01/01/25** | **$102,684.23** |
| + Deposits and Credits (159) | $7,762,010.95 |
| - Withdrawals and Debits (147) | $7,769,035.37 |
| **Ending Balance as of 01/31/25** | **$90,308.86** |
| Analysis or Maintenance Fees for Period | $5,350.95 |
| Number of Days in Statement Period | 31 |

---

### Checks

**\* Indicates a break in check sequence**
**R-Check has been returned**

| Date | Check# | Amount | Date | Check# | Amount | Date | Check# | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Jan 06 | 1023 | $1,000.00 | Jan 03 | 1025 | $1,034.00 | Jan 22 | 1027 | | $1,034.00 |
| Jan 03 | 1024 | $1,034.00 | Jan 22 | 1026 | $1,034.00 | Jan 31 | 1031 | * | $500.00 |

---

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Jan 02 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$580,000.00 |
| Jan 02 | PREAUTHORIZED DEBIT<br>ADT SECURITY SER ADTPAPACH 250102 | -$70.28 |
| Jan 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015OTHAAGV AEN48 Acct 13290 - Inv I3379085 | -$233.70 |
| Jan 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables Anda Inc B ill.com 016IMMNMIF3 LI86S Multiple inv oices | -$331.31 |
| Jan 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables Eagle B ill.com 015BPZTLZN AF0U0 Inv 353174 | -$975.00 |
| Jan 02 | PREAUTHORIZED DEBIT<br>ATT Payment 250102 496803001EPAYJ | -$1,348.53 |
| Jan 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015XRWMQIX AEJ0V Acct 13290 - Multiple invoices | -$1,436.25 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 01/31/2025 |
| | Page : | 2 of 14 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 02 | PREAUTHORIZED DEBIT | -$1,644.00 |
| | NinjaOne, LLC NinjaOne, 250102 ST-E4K2X2L4F5U1 | |
| Jan 02 | PREAUTHORIZED DEBIT | -$7,168.30 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015SVVGNIAAF14I | |
| Jan 02 | AUTOMATIC TRANSFER | -$770.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Jan 02 | AUTOMATIC TRANSFER | -$870.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | |
| Jan 02 | AUTOMATIC TRANSFER | -$725.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | |
| Jan 02 | AUTOMATIC TRANSFER | -$3,277.21 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Jan 02 | AUTOMATIC TRANSFER | -$1,971.84 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Jan 02 | AUTOMATIC TRANSFER | -$1,645.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | |
| Jan 03 | CHECK  1024 | -$1,034.00 |
| Jan 03 | CHECK  1025 | -$1,034.00 |
| Jan 03 | WIRE TRANSFER OUT | -$104,212.61 |
| | IBB WIRE TRANSFER ACCT#3805444516 FERRING PHARMACEUT ICALS | |
| | INC. BANK OF AMERICA, N.A., NY P.O IS 01022025AN | |
| Jan 03 | PREAUTHORIZED DEBIT | -$95.73 |
| | ComEd PAYMENTS 250103 | |
| Jan 03 | PREAUTHORIZED DEBIT | -$2,744.39 |
| | ASF, DBA Insperi PAYROLL 250103 0004215600 | |
| Jan 03 | AUTOMATIC TRANSFER | -$2,988.59 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Jan 03 | AUTOMATIC TRANSFER | -$211.72 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | |
| Jan 03 | AUTOMATIC TRANSFER | -$1,766.24 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Jan 03 | AUTOMATIC TRANSFER | -$15,503.40 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Jan 06 | CHECK  1023 | -$1,000.00 |
| Jan 06 | PREAUTHORIZED DEBIT | -$2,337.65 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 016WTBWLB3LLZ2B | |
| Jan 06 | AUTOMATIC TRANSFER | -$657.69 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Jan 07 | WIRE TRANSFER OUT | -$440,000.00 |
| | IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE | |
| | BANK, NA | |
| Jan 07 | AUTOMATIC TRANSFER | -$12,322.96 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Jan 07 | AUTOMATIC TRANSFER | -$139.90 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Jan 07 | AUTOMATIC TRANSFER | -$139.90 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Jan 07 | AUTOMATIC TRANSFER | -$14,567.12 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Jan 07 | AUTOMATIC TRANSFER | -$1,957.98 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Jan 08 | WIRE TRANSFER OUT | -$220,000.00 |
| | IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE | |
| | BANK, NA | |
| Jan 08 | WIRE TRANSFER OUT | -$306,100.00 |
| | IBB WIRE TRANSFER ACCT#3805444516 BPI LABS LLC WELLS FARGO | |
| | BANK, NA OP TIO RX PREPAY | |

35360 0109405 0002-0014 0000000000000000





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 01/31/2025 |
| | Page : | 3 of 14 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Stericycle, Inc. - 7205 Bill.com 015 ZKZJUDUAOI8L<br>Acct 1000937205 - Inv 8 | -$1,318.28 |
| Jan 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ZXENCONAPPN7 | -$8,534.81 |
| Jan 09 | PREAUTHORIZED DEBIT<br>OFFICEFURNITUREW WEBPAYMENT 250109 | -$21,156.72 |
| Jan 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$14,661.84 |
| Jan 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$71,528.81 |
| Jan 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables WIS International Bill.com 015JFJZEG AAR7JE Inv 01-<br>1137 169 | -$1,040.00 |
| Jan 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015DFWMPPRAQCRJ | -$14,478.70 |
| Jan 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016FFQRRC3LTB2R | -$37,799.71 |
| Jan 10 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 250110 0004215600 | -$837,600.04 |
| Jan 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$28,364.43 |
| Jan 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | -$2,302.23 |
| Jan 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$87.00 |
| Jan 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$39,766.92 |
| Jan 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$153,818.71 |
| Jan 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 016FPHRJV3 LV7J0 Inv PNRX-187<br>409 | -$1,234.54 |
| Jan 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015XPZUQLCAU5PP | -$67,736.20 |
| Jan 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$93,888.72 |
| Jan 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$98.33 |
| Jan 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$5,565.83 |
| Jan 14 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 AMERISOURCE RECEIV ABLES<br>FINANCIAL C JPMORGAN CHASE BAN K, NA | -$70,000.00 |
| Jan 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 016DWSOZE3 LX4R1 Acct<br>HEA105 - Multiple invoice | -$880.00 |
| Jan 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015SBCPEQRAVIRN | -$36,492.51 |
| Jan 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | -$28.12 |
| Jan 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX9021 | -$393.32 |

35360 0109406 0003-0014 0000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 4 of 14 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$823.44 |
| Jan 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$5,592.95 |
| Jan 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$7,264.91 |
| Jan 15 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE<br>BANK, NA | -$875,000.00 |
| Jan 15 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 016BRTACV3 LYXW0 Acct<br>HEA105 - Multiple invoice | -$109.00 |
| Jan 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$1,897.00 |
| Jan 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016OLOGIG3M0VQK | -$3,989.99 |
| Jan 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Cardinal Health B ill.com 015SEIJBKW AYV3K Acct<br>1111662 4 - Inv 7183420087 | -$12,949.45 |
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$17,317.64 |
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$7,317.12 |
| Jan 17 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016DDYKLJ 3M2HBQ Acct<br>T1272 - Multiple invoice | -$1,584.54 |
| Jan 17 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 250117 0004215600 | -$8,978.10 |
| Jan 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 12/24 | -$5,350.95 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7950 | -$74.00 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$76.82 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3810 | -$74.00 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4854 | -$74.00 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | -$72.51 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | -$89.67 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX5525 | -$81.35 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX9021 | -$209.32 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$492.45 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | -$534.25 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$454.15 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | -$74.92 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX2122 | -$74.00 |

35360 0109407 0004-0014 00000000000000000





# WINTRUST BANK®

| Account Number: | XXXXXX4516 |
| Statement Date: | 01/31/2025 |
| Page : | 5 of 14 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 21 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 FERRING PHARMACEUT ICALS INC. BANK OF AMERICA, N.A., NY P.O IS 01172025NB | -$137,012.82 |
| Jan 21 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$250,000.00 |
| Jan 21 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$280,000.00 |
| Jan 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$12,430.00 |
| Jan 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | -$63.54 |
| Jan 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$4,023.50 |
| Jan 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$4,936.02 |
| Jan 22 | CHECK  1026 | -$1,034.00 |
| Jan 22 | CHECK  1027 | -$1,034.00 |
| Jan 22 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$330,000.00 |
| Jan 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Med-Vet Internatio nal Bill.com 015DB IDRQEB56M7 Acct 36 784 - Inv INV05979 | -$405.69 |
| Jan 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$24.00 |
| Jan 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$868.00 |
| Jan 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$787.17 |
| Jan 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$1,638.64 |
| Jan 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables CSC B ill.com 015LFZQUVS B7OJR Acct 8298031 - Inv 86117447392 | -$180.00 |
| Jan 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016UUUUUV 3M89DN Acct T1272 - Inv W20077 | -$374.93 |
| Jan 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$32.38 |
| Jan 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$29,766.75 |
| Jan 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015POXIKYFB9X32 | -$10,879.01 |
| Jan 24 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 250124 0004215600 | -$767,246.57 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | -$284.61 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$29.69 |
| Jan 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015AXNMHFYBCU7Q | -$13,267.25 |
| Jan 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 016QUVINS3MBZ5X | -$18,873.25 |

35360 0109408 0005-0014 0000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX4516 |
| **Statement Date:** | | 01/31/2025 |
| **Page :** | | 6 of 14 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 27 | PREAUTHORIZED DEBIT | -$27,935.95 |
| | THE HANOVER INSU BILLPAY 250127 THE HANOVER INS | |
| Jan 27 | PREAUTHORIZED DEBIT | -$65,616.25 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015QEJDVLEBD2W2 | |
| Jan 27 | AUTOMATIC TRANSFER | -$35,191.95 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Jan 27 | AUTOMATIC TRANSFER | -$58,241.49 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Jan 27 | AUTOMATIC TRANSFER | -$10,098.41 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Jan 27 | AUTOMATIC TRANSFER | -$98,611.48 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Jan 27 | AUTOMATIC TRANSFER | -$22,783.02 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Jan 27 | AUTOMATIC TRANSFER | -$239,650.98 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Jan 28 | WIRE TRANSFER OUT | -$325,000.00 |
| | IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | |
| Jan 28 | PREAUTHORIZED DEBIT | -$104.47 |
| | Bill.com Payables ProShred Security Bill.com 016UBBMAZ 3MDULH Inv 1641144 | |
| Jan 28 | PREAUTHORIZED DEBIT | -$2,151.87 |
| | Bill.com Payables OP Consulting LLC Bill.com 015LJMFKL XBFJFR Inv 12/13/2 024  12/19/2024 | |
| Jan 28 | PREAUTHORIZED DEBIT | -$17,999.15 |
| | Bill.com Payables 1901 Clybourn LLC Bill.com 015SDTSHX DBEVAX Acct 1919 N Clybourn, Suite 1 | |
| Jan 28 | AUTOMATIC TRANSFER | -$675.02 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | |
| Jan 29 | CASH MGMT TRSFR DR | -$2,000.00 |
| | REF 0291249L FUNDS TRANSFER TO DEP XXXXXX7950 FROM | |
| Jan 29 | INTL WIRE TRANS OUT | -$19,514.47 |
| | FOREIGN ON LINE BA ACCT#3805444516 SONI BROTHERS OUTS OURCING SOLUTIONS HDFC BANK LIMITED SBOS/24-25/010 | |
| Jan 29 | WIRE TRANSFER OUT | -$400,000.00 |
| | IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | |
| Jan 29 | PREAUTHORIZED DEBIT | -$810.00 |
| | Bill.com Payables Letco Medical LLC Bill.com 016BXLRDK 3MFIMJ Acct T1272 - Multiple invoice | |
| Jan 29 | AUTOMATIC TRANSFER | -$48.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | |
| Jan 29 | AUTOMATIC TRANSFER | -$1,845.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Jan 29 | AUTOMATIC TRANSFER | -$459.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Jan 30 | WIRE TRANSFER OUT | -$120,000.00 |
| | IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | |
| Jan 30 | PREAUTHORIZED DEBIT | -$793.96 |
| | Bill.com Payables Waste Management B ill.com 015AGDCPTL BI3NQ Acct 8388669 3007 - Inv 2275814 | |
| Jan 30 | AUTOMATIC TRANSFER | -$138.33 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | |
| Jan 30 | AUTOMATIC TRANSFER | -$860.05 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |



35360 0109409 0006-0014 0000000000000000



| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 7 of 14 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 31 | CHECK  1031 | -$500.00 |
| Jan 31 | WIRE TRANSFER OUT | -$150,000.00 |
| | IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | |
| Jan 31 | PREAUTHORIZED DEBIT | -$1,038.41 |
| | Bill.com Payables PCCA B ill.com 015CHUXVPT BK5N5 Acct 13290 - Multiple invoices | |
| Jan 31 | PREAUTHORIZED DEBIT | -$1,508.33 |
| | Bill.com Payables Anda Inc B ill.com 016DTWOFL3 MIWQA Multiple inv oices | |
| Jan 31 | PREAUTHORIZED DEBIT | -$15,531.54 |
| | ASF, DBA Insperi PAYROLL 250131 0004215600 | |
| Jan 31 | PREAUTHORIZED DEBIT | -$17,496.03 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015TXKJORABKPFA | |
| Jan 31 | AUTOMATIC TRANSFER | -$17,550.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX5525 | |
| Jan 31 | AUTOMATIC TRANSFER | -$43.96 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | |
| Jan 31 | AUTOMATIC TRANSFER | -$27,858.85 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Jan 31 | AUTOMATIC TRANSFER | -$3,362.26 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Jan 31 | AUTOMATIC TRANSFER | -$10,264.44 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Jan 31 | AUTOMATIC TRANSFER | -$950.76 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Jan 31 | AUTOMATIC TRANSFER | -$10,816.88 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Jan 31 | AUTOMATIC TRANSFER | -$11,131.59 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jan 02 | AUTOMATIC TRANSFER | $5,546.01 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Jan 02 | AUTOMATIC TRANSFER | $1,402.12 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Jan 02 | AUTOMATIC TRANSFER | $6,000.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Jan 02 | CASH MGMT TRSFR CR | $68,900.19 |
| | REF 0020924L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | |
| Jan 02 | CASH MGMT TRSFR CR | $70,387.13 |
| | REF 0020927L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | |
| Jan 02 | CASH MGMT TRSFR CR | $84,581.93 |
| | REF 0020928L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | |
| Jan 02 | CASH MGMT TRSFR CR | $86,204.22 |
| | REF 0020923L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Jan 02 | CASH MGMT TRSFR CR | $104,464.25 |
| | REF 0020924L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Jan 02 | CASH MGMT TRSFR CR | $179,203.63 |
| | REF 0020928L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |
| Jan 03 | AUTOMATIC TRANSFER | $18,621.44 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |



35360 0109410 0007-0014 00000000000000000



| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 01/31/2025 |
| | Page : | 8 of 14 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

35360 0109411 0008-0014 00000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $4,675.27 |
| Jan 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $7,048.27 |
| Jan 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $15,823.24 |
| Jan 03 | CASH MGMT TRSFR CR<br>REF 0031000L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $6,706.54 |
| Jan 03 | CASH MGMT TRSFR CR<br>REF 0031001L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $15,901.78 |
| Jan 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $20,897.96 |
| Jan 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $2,885.61 |
| Jan 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $5,181.08 |
| Jan 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $20,386.20 |
| Jan 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $6,609.27 |
| Jan 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $11,443.00 |
| Jan 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $29,785.54 |
| Jan 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $78,922.30 |
| Jan 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $20,516.29 |
| Jan 07 | CASH MGMT TRSFR CR<br>REF 0070843L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $64,027.32 |
| Jan 07 | CASH MGMT TRSFR CR<br>REF 0070844L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $70,771.33 |
| Jan 07 | CASH MGMT TRSFR CR<br>REF 0070845L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $87,128.56 |
| Jan 07 | CASH MGMT TRSFR CR<br>REF 0070844L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $112,031.79 |
| Jan 08 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $64.02 |
| Jan 08 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $3,096.34 |
| Jan 08 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $9,931.94 |
| Jan 08 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $2,703.56 |
| Jan 08 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $50,484.89 |
| Jan 08 | CASH MGMT TRSFR CR<br>REF 0080733L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $76,417.20 |
| Jan 08 | CASH MGMT TRSFR CR<br>REF 0080732L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $83,926.24 |
| Jan 08 | CASH MGMT TRSFR CR<br>REF 0080732L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $128,870.30 |
| Jan 08 | CASH MGMT TRSFR CR<br>REF 0080733L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $169,634.93 |
| Jan 09 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $2.00 |
| Jan 09 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $6,301.70 |





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX4516 |
| **Statement Date:** | | 01/31/2025 |
| **Page :** | | 9 of 14 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Jan 09 | AUTOMATIC TRANSFER | $6,358.85 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Jan 09 | AUTOMATIC TRANSFER | $1,952.29 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Jan 09 | AUTOMATIC TRANSFER | $18,792.63 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Jan 10 | AUTOMATIC TRANSFER | $258.34 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | |
| Jan 10 | AUTOMATIC TRANSFER | $15,797.46 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Jan 10 | AUTOMATIC TRANSFER | $5,979.39 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Jan 10 | AUTOMATIC TRANSFER | $14,252.68 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Jan 10 | AUTOMATIC TRANSFER | $51,193.21 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Jan 10 | WIRE TRANSFER IN | $1,100,000.00 |
| | INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF 25/01/10 | |
| Jan 13 | AUTOMATIC TRANSFER | $17,979.96 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Jan 13 | AUTOMATIC TRANSFER | $4,786.27 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Jan 13 | AUTOMATIC TRANSFER | $11,669.88 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Jan 13 | AUTOMATIC TRANSFER | $15,256.75 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Jan 13 | AUTOMATIC TRANSFER | $11,271.72 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Jan 13 | WIRE TRANSFER IN | $125,000.00 |
| | INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF 25/01/13 | |
| Jan 14 | AUTOMATIC TRANSFER | $578.39 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Jan 14 | AUTOMATIC TRANSFER | $54,113.68 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Jan 14 | AUTOMATIC TRANSFER | $22,705.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Jan 14 | AUTOMATIC TRANSFER | $25,934.90 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Jan 14 | AUTOMATIC TRANSFER | $6,376.81 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Jan 15 | AUTOMATIC TRANSFER | $4,180.35 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Jan 15 | AUTOMATIC TRANSFER | $2,154.50 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Jan 15 | CASH MGMT TRSFR CR | $20,470.74 |
| | REF 0151046L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | |
| Jan 15 | CASH MGMT TRSFR CR | $77,628.99 |
| | REF 0151045L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | |
| Jan 15 | CASH MGMT TRSFR CR | $144,952.73 |
| | REF 0151044L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Jan 15 | CASH MGMT TRSFR CR | $152,591.55 |
| | REF 0151046L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | |
| Jan 15 | CASH MGMT TRSFR CR | $185,704.61 |
| | REF 0151045L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Jan 15 | CASH MGMT TRSFR CR | $296,497.79 |
| | REF 0151046L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |



35360 0109412 0009-0014 0000000000000000



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX4516 |
| **Statement Date:** | | 01/31/2025 |
| **Page :** | | 10 of 14 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

35360 0109413 0010-0014 00000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $14,939.08 |
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $6,012.78 |
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | $0.98 |
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | $526.09 |
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $3,142.25 |
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $12,536.87 |
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $16,013.99 |
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $11,477.26 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $14,684.87 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $38,637.37 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $2,221.78 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $40,951.85 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $29,484.26 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $34,057.68 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $54,676.44 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $25,361.93 |
| Jan 21 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $17,770.12 |
| Jan 21 | CASH MGMT TRSFR CR<br>REF 0211525L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | $44,432.49 |
| Jan 21 | CASH MGMT TRSFR CR<br>REF 0211524L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $48,006.49 |
| Jan 21 | CASH MGMT TRSFR CR<br>REF 0211522L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $55,408.04 |
| Jan 21 | CASH MGMT TRSFR CR<br>REF 0211523L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $68,515.41 |
| Jan 21 | CASH MGMT TRSFR CR<br>REF 0211523L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $73,979.53 |
| Jan 21 | CASH MGMT TRSFR CR<br>REF 0211524L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $132,250.73 |
| Jan 22 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $5,840.09 |
| Jan 22 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $24,320.81 |
| Jan 22 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $3,185.78 |
| Jan 22 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $31,807.81 |
| Jan 22 | CASH MGMT TRSFR CR<br>REF 0221200L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $39,713.93 |
| Jan 22 | CASH MGMT TRSFR CR<br>REF 0221156L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $69,574.75 |





**WINTRUST**
**BANK**®

| | |
|---|---|
| Account Number: | XXXXXX4516 |
| Statement Date: | 01/31/2025 |
| Page : | 11 of 14 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 22 | CASH MGMT TRSFR CR<br>REF 0221159L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $79,391.82 |
| Jan 22 | CASH MGMT TRSFR CR<br>REF 0221157L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $79,946.24 |
| Jan 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $18,415.98 |
| Jan 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $10,225.54 |
| Jan 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $516.91 |
| Jan 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $3,346.68 |
| Jan 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $3,576.26 |
| Jan 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $3,569.24 |
| Jan 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $12,794.14 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | $63.36 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $10,662.01 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $11,755.69 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $2,882.60 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $3,779.62 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $4,457.31 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $6,524.55 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $6,392.49 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $16,059.71 |
| Jan 24 | WIRE TRANSFER IN<br>INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF<br>25/01/24 | $700,000.00 |
| Jan 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3810 | $3,539.60 |
| Jan 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $148.80 |
| Jan 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $0.94 |
| Jan 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $28,707.48 |
| Jan 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $777.75 |
| Jan 27 | DEPOSIT | $8,070.95 |
| Jan 27 | WIRE TRANSFER IN<br>INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF<br>25/01/27 | $565,000.00 |
| Jan 28 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $3,381.03 |
| Jan 28 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $44,661.26 |

35360 0109414 0011-0014 0000000000000000





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 01/31/2025 |
| | Page : | 12 of 14 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 28 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | $3,970.62 |
| Jan 28 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $76.00 |
| Jan 28 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $14,755.62 |
| Jan 28 | CASH MGMT TRSFR CR<br>REF 0281333L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $34,113.35 |
| Jan 28 | CASH MGMT TRSFR CR<br>REF 0281331L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $60,837.42 |
| Jan 28 | CASH MGMT TRSFR CR<br>REF 0281333L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $68,493.29 |
| Jan 28 | CASH MGMT TRSFR CR<br>REF 0281331L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $94,344.58 |
| Jan 29 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7950 | $316.53 |
| Jan 29 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $3,918.64 |
| Jan 29 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $1.43 |
| Jan 29 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $26,477.04 |
| Jan 29 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $0.70 |
| Jan 29 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $33,523.81 |
| Jan 29 | CASH MGMT TRSFR CR<br>REF 0291248L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | $35,232.15 |
| Jan 29 | CASH MGMT TRSFR CR<br>REF 0291248L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $41,685.87 |
| Jan 29 | CASH MGMT TRSFR CR<br>REF 0291246L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $55,898.96 |
| Jan 29 | CASH MGMT TRSFR CR<br>REF 0291246L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $63,892.24 |
| Jan 29 | CASH MGMT TRSFR CR<br>REF 0291246L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $166,020.19 |
| Jan 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $1,883.13 |
| Jan 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $1,608.05 |
| Jan 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | $2,995.00 |
| Jan 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $2,911.76 |
| Jan 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $6,369.44 |
| Jan 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $4,330.14 |
| Jan 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $4,881.33 |
| Jan 30 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $22,258.55 |
| Jan 30 | CASH MGMT TRSFR CR<br>REF 0300919L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | $92,213.61 |
| Jan 31 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $8,945.16 |
| Jan 31 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $24,078.67 |

35360 0109415 0012-0014 00000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 31 | AUTOMATIC TRANSFER | $35.64 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | |
| Jan 31 | CASH MGMT TRSFR CR | $30,358.66 |
| | REF 0311211L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Jan 31 | CASH MGMT TRSFR CR | $32,587.81 |
| | REF 0311212L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | |
| Jan 31 | CASH MGMT TRSFR CR | $32,655.24 |
| | REF 0311213L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |
| Jan 31 | CASH MGMT TRSFR CR | $45,097.45 |
| | REF 0311212L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | |
| Jan 31 | CASH MGMT TRSFR CR | $65,138.59 |
| | REF 0311212L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Dec 31 | $102,684.23 | Jan 09 | $18,792.63 | Jan 17 | $348,721.97 | Jan 27 | $120,812.27 |
| Jan 02 | $106,907.29 | Jan 10 | $91,015.97 | Jan 21 | $100,618.90 | Jan 28 | $99,514.93 |
| Jan 03 | $46,093.15 | Jan 13 | $108,456.93 | Jan 22 | $98,608.63 | Jan 29 | $101,806.02 |
| Jan 06 | $139,286.47 | Jan 14 | $96,690.46 | Jan 23 | $120,699.32 | Jan 30 | $119,464.69 |
| Jan 07 | $103,556.20 | Jan 15 | $103,865.72 | Jan 24 | $104,836.78 | Jan 31 | $90,308.86 |
| Jan 08 | $102,585.62 | Jan 16 | $126,940.82 | | | | |

35360 0109416 0013-0014 00000000000000000

