# SUPPORTING DOCUMENTATION

## (January 2025)



Printed from Chase Connect

# Reports

## ENOVEX PHARMACY LLC

---

Account

Enovex (...7589)

---

Showing 1 of 1 transaction

Filtered by:

All transactions      Jan 1, 2025 To Jan 31, 2025

---

| Date | Description | Account | Transaction type | Amount | Balance |
|------|-------------|---------|------------------|--------|---------|
| Jan 14, 2025 | DEPOSIT ID NUMBER 481363 | Enovex (...7589) | Deposit | $170.00 | $2,401.98 |

You've reached the end of your activity.



| | |
|---|---|
| **Last Statement:** | December 31, 2024 |
| **Statement Ending:** | January 31, 2025 |
| **Page:** | 1 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

34815 TWS380WR020125030646 01 000000000 47 005

ENOVEX PHARMACY LLC
1431 KENSINGTON RD SUITE 102
OAK BROOK IL 60523




## Customer Service



**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri    9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

| COMMERCIAL CHECKING | Account Number:  XXXXXX3962 |
|---|---|

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 01/01/25** | **$0.00** |
| + Deposits and Credits (29) | $135,657.27 |
| - Withdrawals and Debits (32) | $135,547.33 |
| **Ending Balance as of 01/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $109.94 |
| Number of Days in Statement Period | 31 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Jan 02 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250101 650000012526300 | -$2,384.88 |
| Jan 02 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,402.12 |
| Jan 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,181.08 |
| Jan 07 | PREAUTHORIZED DEBIT<br>VANTIV_INTG_PYMT BILLNG Merch Bankcard 316 5263 Enovex Pharma<br>cy | -$139.90 |
| Jan 08 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015VDGXWYF AMPEW Inv<br>185352 | -$739.44 |
| Jan 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,703.56 |
| Jan 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015RZVMKQAAPPZC | -$17,610.84 |
| Jan 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015FFQCPET AR8NY Acct<br>UNIV91N - Inv 03698686 | -$87.00 |
| Jan 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015YOTLVZC AT7ZZ Inv PNRX-187<br>168 | -$985.73 |
| Jan 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,786.27 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



9801 W. Higgins, Box 32, Rosemont, IL 60018

| Account Number: | XXXXXX3962 |
| --- | --- |
| Statement Date: | 01/31/2025 |
| Page : | 2 of 4 |

## Debits (Continued)

| Date | Description | Subtractions |
| --- | --- | --- |
| Jan 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015LOTTZVNAV387 | -$823.44 |
| Jan 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,154.50 |
| Jan 16 | PREAUTHORIZED DEBIT<br>ATT Payment 250116 | -$214.00 |
| Jan 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015SMPLXIC AYWW0 Acct<br>UNIV91N - Multiple invoic | -$677.00 |
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,142.25 |
| Jan 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 12/24 | -$109.94 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,221.78 |
| Jan 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medline Industries Bill.com 015PCDJX IJB2XCJ Acct<br>17044 62 - Multiple invo | -$8,630.29 |
| Jan 22 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 250122 | -$151.22 |
| Jan 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,185.78 |
| Jan 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015HEYDZCWB7P5Z | -$1,411.29 |
| Jan 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$516.91 |
| Jan 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015LPDFAZO B9XNO Inv<br>185727 | -$37.40 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,882.60 |
| Jan 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015JJJIZRCBD1OS | -$14,630.16 |
| Jan 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables Paper Recycling an d Shredding Specia lists Bill.com<br>015 SWWOQUABGOBH Acct | -$80.00 |
| Jan 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables Franchise Tax Boar d Bill.com 015BDSW BNGBGOBJ<br>Acct 2019 07010049 FEIN 83-3 | -$600.00 |
| Jan 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables LICENSE PROTECTION SERVICES LLC Bill .com<br>015OMLJAGSBGO BI Inv 683 | -$689.00 |
| Jan 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$26,477.04 |
| Jan 30 | PREAUTHORIZED DEBIT<br>Bill.com Payables BAXTER HEALTHCARE CORP Bill.com 015R<br>HAQKQCBIMLQ Inv 83 389528 | -$20.95 |
| Jan 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,608.05 |
| Jan 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015FHADMBQBK67P | -$2,582.85 |
| Jan 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015CDBWLPNBKQ5R | -$26,790.00 |

34815 0107334 0002-0004 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX3962 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 3 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
|---|---|---|
| Jan 02 | PREAUTHORIZED CREDIT | $1,817.00 |
| | HRTLAND PMT SYS TXNS/FEES 250102 650000012526300 | |
| Jan 02 | PREAUTHORIZED CREDIT | $1,970.00 |
| | HRTLAND PMT SYS TXNS/FEES 250101 650000012526300 | |
| Jan 06 | PREAUTHORIZED CREDIT | $2,002.38 |
| | HRTLAND PMT SYS TXNS/FEES 250105 650000012526300 | |
| Jan 06 | PREAUTHORIZED CREDIT | $3,178.70 |
| | HRTLAND PMT SYS TXNS/FEES 250104 650000012526300 | |
| Jan 07 | AUTOMATIC TRANSFER | $139.90 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 08 | PREAUTHORIZED CREDIT | $3,443.00 |
| | HRTLAND PMT SYS TXNS/FEES 250108 650000012526300 | |
| Jan 09 | AUTOMATIC TRANSFER | $14,661.84 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 09 | PREAUTHORIZED CREDIT | $2,949.00 |
| | HRTLAND PMT SYS TXNS/FEES 250109 650000012526300 | |
| Jan 10 | AUTOMATIC TRANSFER | $87.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 13 | PREAUTHORIZED CREDIT | $2,097.00 |
| | HRTLAND PMT SYS TXNS/FEES 250112 650000012526300 | |
| Jan 13 | PREAUTHORIZED CREDIT | $3,675.00 |
| | HRTLAND PMT SYS TXNS/FEES 250111 650000012526300 | |
| Jan 14 | AUTOMATIC TRANSFER | $823.44 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 15 | PREAUTHORIZED CREDIT | $2,154.50 |
| | HRTLAND PMT SYS TXNS/FEES 250115 650000012526300 | |
| Jan 16 | PREAUTHORIZED CREDIT | $4,033.25 |
| | HRTLAND PMT SYS TXNS/FEES 250116 650000012526300 | |
| Jan 17 | PREAUTHORIZED CREDIT | $2,331.72 |
| | HRTLAND PMT SYS TXNS/FEES 250117 650000012526300 | |
| Jan 21 | AUTOMATIC TRANSFER | $4,023.50 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 21 | PREAUTHORIZED CREDIT | $1,965.50 |
| | HRTLAND PMT SYS TXNS/FEES 250119 650000012526300 | |
| Jan 21 | PREAUTHORIZED CREDIT | $2,641.29 |
| | HRTLAND PMT SYS TXNS/FEES 250118 650000012526300 | |
| Jan 22 | PREAUTHORIZED CREDIT | $3,337.00 |
| | HRTLAND PMT SYS TXNS/FEES 250122 650000012526300 | |
| Jan 23 | PREAUTHORIZED CREDIT | $1,928.20 |
| | HRTLAND PMT SYS TXNS/FEES 250123 650000012526300 | |
| Jan 24 | PREAUTHORIZED CREDIT | $2,920.00 |
| | HRTLAND PMT SYS TXNS/FEES 250124 650000012526300 | |
| Jan 27 | AUTOMATIC TRANSFER | $10,098.41 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 27 | PREAUTHORIZED CREDIT | $2,075.00 |
| | HRTLAND PMT SYS TXNS/FEES 250126 650000012526300 | |
| Jan 27 | PREAUTHORIZED CREDIT | $2,456.75 |
| | HRTLAND PMT SYS TXNS/FEES 250125 650000012526300 | |
| Jan 29 | PREAUTHORIZED CREDIT | $1,872.00 |
| | HRTLAND PMT SYS TXNS/FEES 250129 650000012526300 | |
| Jan 29 | PREAUTHORIZED CREDIT | $25,974.04 |
| | Mindbloom Inc. Receivable 026PYMWJP1947CH Mi ndbloom Inc. Bill. com Inv MB058 | |
| Jan 30 | PREAUTHORIZED CREDIT | $1,629.00 |
| | HRTLAND PMT SYS TXNS/FEES 250130 650000012526300 | |
| Jan 31 | AUTOMATIC TRANSFER | $27,858.85 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |



34815 0107335 0003-0004 00000000000000000



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Jan 31 | PREAUTHORIZED CREDIT | $1,514.00 |
| | HRTLAND PMT SYS TXNS/FEES 250131 650000012526300 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Dec 31 | $0.00 | Jan 09 | $0.00 | Jan 16 | $0.00 | Jan 24 | $0.00 |
| Jan 02 | $0.00 | Jan 10 | $0.00 | Jan 17 | $0.00 | Jan 27 | $0.00 |
| Jan 06 | $0.00 | Jan 13 | $0.00 | Jan 21 | $0.00 | Jan 29 | $0.00 |
| Jan 07 | $0.00 | Jan 14 | $0.00 | Jan 22 | $0.00 | Jan 30 | $0.00 |
| Jan 08 | $0.00 | Jan 15 | $0.00 | Jan 23 | $0.00 | Jan 31 | $0.00 |

34815 0107336 0004-0004 00000000000000000

