# SUPPORTING DOCUMENTATION

## (January 2025)


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2025 through January 31, 2025
Account Number: ▓▓▓▓▓▓▓▓0359



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00001212 DDA 111 212 03225 NNNNNNNNNNN 1 000000000 67 0000

H&H PHARMACY LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

# CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$3,722,583.07** |
| Deposits and Additions | 17 | 5,952,800.00 |
| Electronic Withdrawals | 77 | - 6,326,851.51 |
| **Ending Balance** | **94** | **$3,348,531.56** |

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/02 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0102Mmqfmp14001350 Trn: 0930421002Ff | $580,000.00 |
| 01/07 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0107Mmqfmp14000324 Trn: 0370831007Ff | 440,000.00 |
| 01/08 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0108Mmqfmp14000594 Trn: 0586191008Ff | 220,000.00 |
| 01/08 | Deposit    2131330652 | 3,800.00 |
| 01/13 | Online Transfer From Chk ...7201 Transaction#: 23372889362 | 17,000.00 |
| 01/13 | Online Transfer From Chk ...3681 Transaction#: 23372871558 | 6,000.00 |
| 01/15 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0115Mmqfmp14001163 Trn: 0831581015Ff | 875,000.00 |
| 01/21 |  | 280,000.00 |



January 01, 2025 through January 31, 2025
Account Number: ████████0359

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0121Mmqfmp14001782 Trn: 1442841021Ff | |
| 01/21 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0121Mmqfmp14000943 Trn: 0956621021Ff | 250,000.00 |
| 01/22 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0122Mmqfmp14000949 Trn: 0793791022Ff | 330,000.00 |
| 01/28 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0128Mmqfmp14001051 Trn: 0796911028Ff | 325,000.00 |
| 01/29 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0129Mmqfmp14001592 Trn: 0893491029Ff | 400,000.00 |
| 01/30 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0130Mmqfmp14001400 Trn: 0744931030Ff | 120,000.00 |
| 01/30 | Deposit     2129377493 | 1,850,000.00 |
| 01/30 | Online Transfer From Chk ...8660 Transaction#: 23551954516 | 73,000.00 |
| 01/30 | Online Transfer From Chk ...9817 Transaction#: 23551926005 | 33,000.00 |
| 01/31 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0131Mmqfmp14001862 Trn: 1094631031Ff | 150,000.00 |
| **Total Deposits and Additions** | | **$5,952,800.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/02 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables  Sec:CCD     Trace#:021000023748585 Eed:250102   Ind ID:015Hrkivmeaekma          Ind Name:Smc Pharmacy LLC          Citymedrx LLC Bill.Com 015Hrkivm Eaekma Multiple Invoices Trn: 0023748585Tc | $6,366.39 |
| 01/02 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables  Sec:CCD     Trace#:021000023748579 Eed:250102   Ind ID:015Qbvjewraekgr          Ind Name:Primecare Pharmacy LLC          Citymedrx LLC Bill.Com 015Qbvjew Raekgr Acct 16197 - Inv S181282 Trn: 0023748579Tc | 420.00 |
| 01/02 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables  Sec:CCD     Trace#:021000023748582 Eed:250102   Ind ID:015Uinssksaeklu          Ind Name:Sbh Medical Ltd          Amneal Pharmaceuticals Bill.Com 015 Uinssksaeklu Inv 14223 Trn: 0023748582Tc | 320.00 |
| 01/03 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD     Trace#:091000010284532 Eed:250103   Ind ID:ACH06331410          Ind Name:Firstcare Pharmacy Trn: 0030284532Tc | 145,896.48 |
| 01/03 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD     Trace#:091000010284533 Eed:250103   Ind ID:ACH06331411          Ind Name:Primecare Pharmacy Trn: 0030284533Tc | 82,146.26 |



January 01, 2025 through January 31, 2025
Account Number: ▊▊▊▊▊▊0359

# ELECTRONIC WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/03 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD     Trace#:091000010284531 Eed:250103  Ind ID:ACH06331409          Ind Name:Easycare Pharmacy Trn: 0030284531Tc | 71,305.82 |
| 01/03 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD     Trace#:091000010284529 Eed:250103  Ind ID:ACH06330725          Ind Name:Rose Pharmacy Sf Trn: 0030284529Tc | 59,581.59 |
| 01/03 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD     Trace#:091000010284530 Eed:250103  Ind ID:ACH06331370          Ind Name:Concierge Pharmacy Trn: 0030284530Tc | 59,305.86 |
| 01/03 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables  Sec:CCD     Trace#:021000020284520 Eed:250103  Ind ID:015Ttefbzxagiyi       Ind Name:Braun Pharma LLC       Cardinal Health Bill.Com 015Ttefbz Xagiyi Acct 11116624 - Inv 71829434 70 : 0030284520Tc | 15,040.24 |
| 01/03 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables  Sec:CCD     Trace#:021000020284526 Eed:250103  Ind ID:016Kjzwvn3Llg3N       Ind Name:Sbh Medical Ltd       Labequip Limited Bill.Com 016Kjzwvn 3Llg3N Inv S01135 Trn: 0030284526Tc | 10,079.33 |
| 01/03 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables  Sec:CCD     Trace#:021000020284523 Eed:250103  Ind ID:015Dwbckcxagjd0       Ind Name:Enovex Pharmacy LLC       Arl Bio Pharma Bill.Com 015Dwbckc Xagjd0 Inv A191891 Trn: 0030284523Tc | 190.00 |
| 01/06 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Mckesson Corporation Irving TX 75039 US Imad: 0106Mmqfmp2L025316 Trn: 3583295006Es | 408,260.44 |
| 01/06 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables  Sec:CCD     Trace#:021000020950112 Eed:250106  Ind ID:015Tvpmnvbairjn       Ind Name:Sbh Medical Ltd       Fff  Enterprises Inc Bill.Com 015Tv Pmnvbairjn Acct Foh05718 - Inv 9291 8226 Trn: 0060950112Tc | 4,319.68 |
| 01/06 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables  Sec:CCD     Trace#:021000020950109 Eed:250106  Ind ID:015Ggcpcbyaiqs9       Ind Name:Braun Pharma LLC       Arl Bio Pharma Bill.Com 015Ggcpcb Yaiqs9 Inv A191477 Trn: 0060950109Tc | 585.00 |
| 01/07 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables  Sec:CCD     Trace#:021000028499202 Eed:250107  Ind ID:015Uuuflqcakpr8       Ind Name:Easycare Pharmacy LLC       Forte Bio-Pharma LLC Bill.Com 015Uu Uflqcakpr8 Acct 2528744 - Inv 20747 Trn: 0078499202Tc | 4,606.00 |
| 01/08 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD     Trace#:091000010126785 Eed:250108  Ind ID:1412916274          Ind Name:Firstcare Pharmacy Trn: 0080126785Tc | 33,160.19 |
| 01/08 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD     Trace#:091000010126784 Eed:250108  Ind ID:1412916269          Ind Name:Concierge Pharmacy Trn: 0080126784Tc | 26,863.76 |
| 01/08 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD     Trace#:091000010126783 Eed:250108  Ind ID:1412916264          Ind Name:Rose Pharmacy Sf Trn: 0080126783Tc | 19,070.08 |
| 01/09 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:       CO Entry Descr:Payables  Sec:CCD     Trace#:021000024289158 Eed:250109  Ind ID:015Sfrntzaaoih0       Ind Name:Easycare Pharmacy LLC       Forte Bio-Pharma LLC Bill.Com 015Sf Rntzaaoih0 Acct 2528744 - Inv 20765 Trn: 0094289158Tc | 17,005.37 |
| 01/10 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 0110Mmqfmp2N022024 Trn: 3413075010Es | 1,100,000.00 |
| 01/10 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:       CO Entry Descr:Auto ACH  Sec:CCD     Trace#:091000013663879 Eed:250110  Ind ID:1412918068          Ind Name:Rose Pharmacy Sf Trn: 0103663879Tc | 79,546.54 |



January 01, 2025 through January 31, 2025
Account Number: ███████████0359

# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/10 | Orig CO Name:Optio Rx LLC          Orig ID:9121145349 Desc Date:      CO Entry Descr:Transfer  Sec:CCD   Trace#:121145343663877 Eed:250110   Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 0103663877Tc | 50,000.00 |
| 01/10 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000013663881 Eed:250110   Ind ID:1412918070          Ind Name:Concierge Pharmacy Trn: 0103663881Tc | 48,352.25 |
| 01/10 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000013663882 Eed:250110   Ind ID:1412918071          Ind Name:Firstcare Pharmacy Trn: 0103663882Tc | 40,334.43 |
| 01/10 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000013663880 Eed:250110   Ind ID:1412919097          Ind Name:Smc Pharmacy Trn: 0103663880Tc | 310.58 |
| 01/13 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 0113Mmqfmp2K029717 Trn: 3589105013Es | 125,000.00 |
| 01/13 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Anda Inc Atlanta GA 30374 US Imad: 0113Mmqfmp2N030876 Trn: 3605465013Es | 102,660.44 |
| 01/15 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000019485913 Eed:250115   Ind ID:1412930540          Ind Name:Easycare Pharmacy Trn: 0159485913Tc | 110,507.17 |
| 01/15 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000019485916 Eed:250115   Ind ID:1412930541          Ind Name:Primecare Pharmacy Trn: 0159485916Tc | 71,050.56 |
| 01/15 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000019485912 Eed:250115   Ind ID:1412930114          Ind Name:Concierge Pharmacy Trn: 0159485912Tc | 20,691.68 |
| 01/15 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000019485910 Eed:250115   Ind ID:1412930109          Ind Name:Rose Pharmacy Sf Trn: 0159485910Tc | 17,444.21 |
| 01/15 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000019485915 Eed:250115   Ind ID:1412930269          Ind Name:Primecare Pharmacy Trn: 0159485915Tc | 15,732.96 |
| 01/15 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000019485914 Eed:250115   Ind ID:1412930266          Ind Name:Firstcare Pharmacy Trn: 0159485914Tc | 6,640.68 |
| 01/15 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000019485911 Eed:250115   Ind ID:1412930112          Ind Name:Smc Pharmacy Trn: 0159485911Tc | 5,212.80 |
| 01/17 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables Sec:CCD   Trace#:021000021444073 Eed:250117   Ind ID:015HvjIsssb0Tb1          Ind Name:Primecare Pharmacy LLC       Fff Enterprises Inc Bill.Com 015Hvj Lsssb0Tb1 Multiple Invoices Trn: 0161444073Tc | 23,490.12 |
| 01/17 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000011849071 Eed:250117   Ind ID:1412932856          Ind Name:Firstcare Pharmacy Trn: 0171849071Tc | 64,169.11 |
| 01/17 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000011849068 Eed:250117   Ind ID:1412932850          Ind Name:Rose Pharmacy Sf Trn: 0171849068Tc | 55,903.23 |
| 01/17 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000011849070 Eed:250117   Ind ID:1412932854          Ind Name:Concierge Pharmacy Trn: 0171849070Tc | 53,303.45 |
| 01/17 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000011849072 Eed:250117   Ind ID:1412932857          Ind Name:Primecare Pharmacy Trn: 0171849072Tc | 30,850.52 |
| 01/17 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000011849069 Eed:250117   Ind ID:1412932853          Ind Name:Smc Pharmacy Trn: 0171849069Tc | 22,893.23 |



January 01, 2025 through January 31, 2025
Account Number: ▆▆▆▆▆▆0359

# ELECTRONIC WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/21 | Orig CO Name:Optio Rx LLC        Orig ID:9121145349 Desc Date:      CO Entry Descr:Transfer Sec:CCD   Trace#:121145347884031 Eed:250121   Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 0217884031Tc | 50,000.00 |
| 01/21 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables Sec:CCD   Trace#:021000027884028 Eed:250121   Ind ID:016Ihyddr3M48B3       Ind Name:Concierge Pharmacy LLC      All Security Networks Bill.Com 016I Hyddr3M48B3 Inv 100440 Trn: 0217884028Tc | 5,720.00 |
| 01/21 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables Sec:CCD   Trace#:021000027884033 Eed:250121   Ind ID:015Pudiymgb3F3K       Ind Name:Firstcare Pharmacy LLC      Donald Iron Works Bill.Com 015Pudiy Mgb3F3K Multiple Invoices Trn: 0217884033Tc | 5,100.00 |
| 01/22 | Online Domestic Wire Transfer Via: Hsbc USA/021001088 A/C: Letco Medical LLC Decatur IL 35601 US Imad: 0122Mmqfmp2K031538 Trn: 3617285022Es | 31,875.00 |
| 01/22 | Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Bpi Labs LLC Largo FL 33777 US Ref:/Time/17:10 Imad: 0122Mmqfmp2N032485 Trn: 3619935022Es | 362,600.00 |
| 01/22 | Orig CO Name:Mckesson Drug         Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH Sec:CCD    Trace#:091000011573672 Eed:250122   Ind ID:1412938101          Ind Name:Smc Pharmacy Trn: 0221573672Tc | 280,921.83 |
| 01/22 | Orig CO Name:Mckesson Drug         Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH Sec:CCD    Trace#:091000011573674 Eed:250122   Ind ID:1412938108          Ind Name:Easycare Pharmacy Trn: 0221573674Tc | 243,734.09 |
| 01/22 | Orig CO Name:Mckesson Drug         Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH Sec:CCD    Trace#:091000011573676 Eed:250122   Ind ID:1412938110          Ind Name:Primecare Pharmacy Trn: 0221573676Tc | 124,548.76 |
| 01/22 | Orig CO Name:Mckesson Drug         Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH Sec:CCD    Trace#:091000011573673 Eed:250122   Ind ID:1412938104          Ind Name:Concierge Pharmacy Trn: 0221573673Tc | 113,900.57 |
| 01/22 | Orig CO Name:Mckesson Drug         Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH Sec:CCD    Trace#:091000011573675 Eed:250122   Ind ID:1412938109          Ind Name:Firstcare Pharmacy Trn: 0221573675Tc | 112,615.76 |
| 01/22 | Orig CO Name:Mckesson Drug         Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH Sec:CCD    Trace#:091000011573671 Eed:250122   Ind ID:1412938099          Ind Name:Rose Pharmacy Sf Trn: 0221573671Tc | 71,331.91 |
| 01/22 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables Sec:CCD   Trace#:021000021573665 Eed:250122   Ind ID:015Pzcnwcyb7Nau       Ind Name:Pro Pharmacy LLC       Integral Rx Bill.Com 015Pzcnwc Yb7Nau Acct 15345 - Inv 15978190 Trn: 0221573665Tc | 761.14 |
| 01/22 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables Sec:CCD   Trace#:021000021573668 Eed:250122   Ind ID:015Qvlbzvcb5I0F       Ind Name:Sbh Medical Ltd       Medisca Inc. Bill.Com 015Qvlbzv Cb5I0F Acct Sbhm43 - Inv 03673402 Trn: 0221573668Tc | 115.00 |
| 01/23 | Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: American Flyer Distribution Castaic CA 91384 US Ref:/Time/14:36 Imad: 0123Mmqfmp2K027860 Trn: 3442415023Es | 2,400.00 |
| 01/23 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:      CO Entry Descr:Payables Sec:CCD   Trace#:021000027410378 Eed:250123   Ind ID:015Dhnvbowb89A3       Ind Name:Pro Pharmacy LLC       Integral Rx Bill.Com 015Dhnvbo Wb89A3 Acct 15345 - Inv 15864390 Trn: 0237410378Tc | 439.23 |
| 01/24 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 0124Mmqfmp2M023499 Trn: 3414035024Es | 700,000.00 |
| 01/27 | Online Domestic Wire Transfer Via: Synovus Bank/061100606 A/C: Cobb Allen Capital Dba Cac Specialtbirmingham AL 35223 US Imad: 0127Mmqfmp2L032095 Trn: 3672175027Es | 17,330.00 |
| 01/27 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 0127Mmqfmp2M031468 Trn: 3677985027Es | 565,000.00 |



January 01, 2025 through January 31, 2025
Account Number: ████████0359

# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/27 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000012408085 Eed:250127    Ind ID:1412948413          Ind Name:Rose Pharmacy Sf Trn: 0272408085Tc | 104,199.34 |
| 01/29 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000016215242 Eed:250129    Ind ID:ACH06369624          Ind Name:Smc Pharmacy Trn: 0296215242Tc | 139,179.87 |
| 01/29 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000016215245 Eed:250129    Ind ID:ACH06369730          Ind Name:Firstcare Pharmacy Trn: 0296215245Tc | 85,650.22 |
| 01/29 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000016215241 Eed:250129    Ind ID:ACH06369533          Ind Name:Rose Pharmacy Sf Trn: 0296215241Tc | 80,615.29 |
| 01/29 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000016215246 Eed:250129    Ind ID:ACH06369731          Ind Name:Primecare Pharmacy Trn: 0296215246Tc | 74,525.28 |
| 01/29 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000016215244 Eed:250129    Ind ID:ACH06369729          Ind Name:Easycare Pharmacy Trn: 0296215244Tc | 50,634.74 |
| 01/29 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000016215243 Eed:250129    Ind ID:ACH06369710          Ind Name:Concierge Pharmacy Trn: 0296215243Tc | 45,935.97 |
| 01/30 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000022510574 Eed:250130    Ind ID:016Urwnuk3Mieeh          Ind Name:Oakdell Compounding Ph        Aldinger Company Bill.Com 016Urwnuk 3Mieeh Acct 02718 - Inv 110449 Trn: 0302510574Tc | 4,378.71 |
| 01/30 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000022510570 Eed:250130    Ind ID:016Uvnxwd3Mieej          Ind Name:Oakdell Compounding Ph        Infusystem, Inc. Bill.Com 016Uvnxwd 3Mieej Inv Inv1060457 Trn: 0302510570Tc | 1,035.40 |
| 01/30 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000022510578 Eed:250130    Ind ID:016Seayia3Mieef          Ind Name:Oakdell Compounding Ph        Wm Corporate Services, Inc. Bill.CO M 016Seayia3Mieef Inv 8814332-0007- 1 Trn: 0302510578Tc | 482.25 |
| 01/30 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000022510588 Eed:250130    Ind ID:016Jfkmid3Mieea          Ind Name:Oakdell Compounding Ph        Pcca Bill.Com 016Jfkmid 3Mieea Acct 11304-3 - Inv I3384803 Trn: 0302510588Tc | 389.31 |
| 01/30 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000022510572 Eed:250130    Ind ID:016Gqgqbj3Mieei          Ind Name:Oakdell Compounding Ph        Total Pharmacy Supply Bill.Com 016G Qgqbj3Mieei Inv 257834 Trn: 0302510572Tc | 286.36 |
| 01/30 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000022510582 Eed:250130    Ind ID:016Cuufyg3Mieed          Ind Name:Oakdell Compounding Ph        Letco Medical, LLC Bill.Com 016Cuuf Yg3Mieed Acct Tfq94 - Inv W22735 Trn: 0302510582Tc | 193.00 |
| 01/30 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000022510584 Eed:250130    Ind ID:016Mhmfrm3Mieec          Ind Name:Oakdell Compounding Ph        Private Eyes Bill.Com 016Mhmfrm 3Mieec Inv 29723 Trn: 0302510584Tc | 188.00 |
| 01/30 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000022510590 Eed:250130    Ind ID:016Cziyoc3Miee9          Ind Name:Oakdell Compounding Ph        Pcca Bill.Com 016Cziyoc 3Miee9 Acct 11304-3 - Inv I3361315 Trn: 0302510590Tc | 182.40 |



January 01, 2025 through January 31, 2025
Account Number: ██████████0359

## ELECTRONIC WITHDRAWALS *(continued)*



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/30 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD   Trace#:021000022510576 Eed:250130     Ind ID:016Rbagei3Mieeg          Ind Name:Oakdell Compounding Ph     Acute Care Pharmaceuticals Bill.Com  016Rbagei3Mieeg Acct 0000212234 -  Inv IN0520 Trn: 0302510576Tc | 164.23 |
| 01/30 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD   Trace#:021000022510586 Eed:250130     Ind ID:016Yoozsx3Mieeb          Ind Name:Oakdell Compounding Ph          Pcca Bill.Com 016Yoozsx 3Mieeb Acct 11304-3 - Inv I3386226 Trn: 0302510586Tc | 163.97 |
| 01/30 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD   Trace#:021000022510580 Eed:250130     Ind ID:016Btigdi3Mieee          Ind Name:Oakdell Compounding Ph          Pcca Bill.Com 016Btigdi 3Mieee Acct 11304-3 - Inv I3385392 Trn: 0302510580Tc | 163.40 |
| 01/31 | Orig CO Name:Bill.Com          Orig ID:3204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD   Trace#:121140393510672 Eed:250131     Ind ID:016Kotvsf3Mj1Pn          Ind Name:Oakdell Compounding Ph     Multiple Payments Bill.Com Payables  016Kotvsf3Mj1Pn Trn: 0313510672Tc | 41,474.03 |
| **Total Electronic Withdrawals** | | **$6,326,851.51** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 01/02 | $4,295,476.68 | 01/21 | 3,324,946.62 |
| 01/03 | 3,851,931.10 | 01/22 | 2,312,542.56 |
| 01/06 | 3,438,765.98 | 01/23 | 2,309,703.33 |
| 01/07 | 3,874,159.98 | 01/24 | 1,609,703.33 |
| 01/08 | 4,018,865.95 | 01/27 | 923,173.99 |
| 01/09 | 4,001,860.58 | 01/28 | 1,248,173.99 |
| 01/10 | 2,683,316.78 | 01/29 | 1,171,632.62 |
| 01/13 | 2,478,656.34 | 01/30 | 3,240,005.59 |
| 01/15 | 3,106,376.28 | 01/31 | 3,348,531.56 |
| 01/17 | 2,855,766.62 | | |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



| | |
|---|---|
| **Last Statement:** | December 31, 2024 |
| **Statement Ending:** | January 31, 2025 |
| **Page:** | 1 of 2 |



32976 TWS380WR020125030646 01 000000000 47 003

H&H PHARMACY LLC
1427 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                    Account Number:    XXXXXX4793

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 01/01/25** | **$0.00** |
| + Deposits and Credits (9) | $1,695.55 |
| - Withdrawals and Debits (8) | $1,203.10 |
| **Ending Balance as of 01/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $492.45 |
| Number of Days in Statement Period | 31 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Jan 03 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$211.72 |
| Jan 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 12/24 | -$492.45 |
| Jan 22 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$24.00 |
| Jan 23 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$32.38 |
| Jan 24 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$29.69 |
| Jan 28 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$675.02 |
| Jan 29 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$48.00 |
| Jan 30 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$138.33 |
| Jan 31 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$43.96 |

### Credits

| Date | Description | Additions |
|---|---|---|
| Jan 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $211.72 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX4793 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 2 of 2 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

32976 0099816 0002-0002 0000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 17 | AUTOMATIC TRANSFER | $492.45 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 22 | AUTOMATIC TRANSFER | $24.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 23 | AUTOMATIC TRANSFER | $32.38 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 24 | AUTOMATIC TRANSFER | $29.69 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 28 | AUTOMATIC TRANSFER | $675.02 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 29 | AUTOMATIC TRANSFER | $48.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 30 | AUTOMATIC TRANSFER | $138.33 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 31 | AUTOMATIC TRANSFER | $43.96 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Dec 31 | $0.00 | Jan 22 | $0.00 | Jan 28 | $0.00 | Jan 30 | $0.00 |
| Jan 03 | $0.00 | Jan 23 | $0.00 | Jan 29 | $0.00 | Jan 31 | $0.00 |
| Jan 17 | $0.00 | Jan 24 | $0.00 | | | | |

