# SUPPORTING DOCUMENTATION

## (January 2025)

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | December 31, 2024 |
| **Statement Ending:** | January 31, 2025 |
| **Page:** | 1 of 6 |

50128 TWS380WR020125030646 01 000000000 50 007

SMC PHARMACY LLC
1441 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number:  XXXXXX7428 |
|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 01/01/25** | **$3,845.00** |
| + Deposits and Credits (89) | $1,673,178.91 |
| - Withdrawals and Debits (44) | $1,666,286.41 |
| **Ending Balance as of 01/31/25** | **$10,552.00** |
| Analysis or Maintenance Fees for Period | $185.50 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jan 02 | CASH MGMT TRSFR DR<br>REF 0020928L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$179,203.63 |
| Jan 02 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 250102 | -$211.22 |
| Jan 02 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250101 650000012411180 | -$3,591.58 |
| Jan 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015EXORRCGAGV6B | -$1,974.13 |
| Jan 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$15,823.24 |
| Jan 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015YMVXBKK AIRJV Acct 0001246 8 -<br>Multiple invoi | -$234.65 |
| Jan 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015DWDRMAM AJ0YC Acct 0001246 8 -<br>Multiple invoi | -$7,526.30 |
| Jan 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$29,785.54 |
| Jan 07 | CASH MGMT TRSFR DR<br>REF 0070845L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$87,128.56 |
| Jan 08 | CASH MGMT TRSFR DR<br>REF 0080733L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$169,634.93 |
| Jan 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Shred-It USA B ill.com 015TKEFEKN AOJ82 Acct<br>1318279 2 - Inv 8009274064 | -$68.55 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7428 |
| **Statement Date:** | | 01/31/2025 |
| **Page :** | | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|-------------:|
| Jan 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,792.63 |
| Jan 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015BLFOFZQAQE5V | -$2,509.22 |
| Jan 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 250110 ACH06339231 | -$4,390.02 |
| Jan 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$51,193.21 |
| Jan 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015VOEZZFFASLC7 | -$2,136.99 |
| Jan 13 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250113 2057179748 2220 | -$4,060.42 |
| Jan 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015SWYPQFAAU5PW | -$52,011.16 |
| Jan 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Virtus Pharmaceuti cals LLC Bill.com<br>015MLQOYOCAUMWT Ac ct 100530 - Inv 23 | -$37,240.00 |
| Jan 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,376.81 |
| Jan 15 | CASH MGMT TRSFR DR<br>REF 0151046L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$296,497.79 |
| Jan 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Covap Inc. B ill.com 016MFNFAM3 M0YCQ Inv 411562 | -$261.24 |
| Jan 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015XWBIKORAZCAU | -$1,571.00 |
| Jan 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015HGPT IRVAYSCF Acct<br>FCA3 69429 - Multiple i | -$39,880.44 |
| Jan 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 12/24 | -$185.50 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$25,361.93 |
| Jan 21 | CASH MGMT TRSFR DR<br>REF 0211524L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$132,250.73 |
| Jan 22 | CASH MGMT TRSFR DR<br>REF 0221159L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$79,391.82 |
| Jan 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$12,794.14 |
| Jan 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015VJXCDMH B9ZDQ Acct<br>102850 - Inv 185835 | -$1,189.45 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,059.71 |
| Jan 27 | PREAUTHORIZED DEBIT<br>OUTCOMES Payment 250127 | -$399.00 |
| Jan 27 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250127 2057179748 2220 | -$1,251.01 |
| Jan 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015FNSEMLXBD2WI | -$87,228.44 |
| Jan 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$777.75 |
| Jan 28 | PREAUTHORIZED DEBIT<br>ALMIRALL LLC CASH CONC 250128 | -$40.00 |

50128 0159606 0002-0006 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX7428 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables 1908 Santa Monica LLC Bill.com 015FW TMIUGBF1R9<br>Acct SM C Pharmacy Rent - | -$13,401.00 |
| Jan 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015ZGGV UCVBE45S Acct<br>FCA3 69429 - Multiple i | -$36,757.49 |
| Jan 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$14,755.62 |
| Jan 29 | CASH MGMT TRSFR DR<br>REF 0291246L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$166,020.19 |
| Jan 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015TZDNYGD BGUHA Acct<br>SMCPH90 N - Multiple invoi | -$459.00 |
| Jan 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$22,258.55 |
| Jan 31 | CASH MGMT TRSFR DR<br>REF 0311213L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$32,655.24 |
| Jan 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables CityMedRx LLC B ill.com 015XXKRDJT BK7OP Acct<br>16192 - Multiple invoices | -$5,405.76 |
| Jan 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015VWUOOSCBKS7H | -$5,726.32 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jan 02 | PREAUTHORIZED CREDIT<br>INFINITY RX LLX ACH PAYMTS 562016134039406539 5 | $49.50 |
| Jan 02 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910284157*13635696 42~ | $1,873.04 |
| Jan 02 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250101 5640506 | $3,388.58 |
| Jan 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250102 650000012411180 | $4,952.34 |
| Jan 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250101 650000012411180 | $8,456.91 |
| Jan 02 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500008288*1752882 129*5640506\ | $160,441.06 |
| Jan 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250103 5640506 | $17,797.37 |
| Jan 06 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2057060<br>*1341939227*000000 403*5640506\ | $4.03 |
| Jan 06 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7218246*3205716594 *199999999\ | $40.01 |
| Jan 06 | REMOTE DEPOSIT | $129.46 |
| Jan 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250104 650000012411180 | $5,143.68 |
| Jan 06 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250106 5640506 | $6,775.13 |
| Jan 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250105 650000012411180 | $7,236.33 |
| Jan 06 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250106 ST-M3R0E9N7K8Z5 | $18,346.85 |



50128 0159607 0003-0006 0000000000000000000



| | |
|---|---|
| **Account Number:** | XXXXXX7428 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

50128 0159608 0004-0006 000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 07 | PREAUTHORIZED CREDIT | $5,988.65 |
| | ACCESS HEALTH ACCESS HEA 250107 5640506 | |
| Jan 07 | PREAUTHORIZED CREDIT | $21,453.18 |
| | CA HCCLAIMPMT 7001458486*1540849 793*151826562802~ | |
| Jan 07 | PREAUTHORIZED CREDIT | $59,557.73 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007961078*14 31420563\ | |
| Jan 08 | PREAUTHORIZED CREDIT | $475.00 |
| | DREXI INC ACH 250108 5640506 | |
| Jan 08 | PREAUTHORIZED CREDIT | $1,758.44 |
| | ACCESS HEALTH ACCESS HEA 250108 5640506 | |
| Jan 08 | PREAUTHORIZED CREDIT | $9,046.21 |
| | HRTLAND PMT SYS TXNS/FEES 250108 650000012411180 | |
| Jan 08 | PREAUTHORIZED CREDIT | $158,355.28 |
| | CAREMARK HCCLAIMPMT 2500019096*1752882 129*5640506\ | |
| Jan 09 | PREAUTHORIZED CREDIT | $5,601.77 |
| | HRTLAND PMT SYS TXNS/FEES 250109 650000012411180 | |
| Jan 09 | PREAUTHORIZED CREDIT | $13,259.41 |
| | ACCESS HEALTH ACCESS HEA 250109 5640506 | |
| Jan 10 | PREAUTHORIZED CREDIT | $115.51 |
| | TRICARE-ONLY DOD REMIT TRN*1*03218539*143 1420563\ | |
| Jan 10 | PREAUTHORIZED CREDIT | $1,732.71 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04220821*143 1420563\ | |
| Jan 10 | PREAUTHORIZED CREDIT | $2,900.77 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2057761 | |
| | *1341939227*000290 077*5640506\ | |
| Jan 10 | PREAUTHORIZED CREDIT | $6,348.39 |
| | HRTLAND PMT SYS TXNS/FEES 250110 650000012411180 | |
| Jan 10 | PREAUTHORIZED CREDIT | $14,717.09 |
| | CA HCCLAIMPMT 7001460751*1540849 793*151826562802~ | |
| Jan 10 | PREAUTHORIZED CREDIT | $32,277.98 |
| | ACCESS HEALTH ACCESS HEA 250110 5640506 | |
| Jan 13 | AUTOMATIC TRANSFER | $5,565.83 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 13 | PREAUTHORIZED CREDIT | $5,782.93 |
| | HRTLAND PMT SYS TXNS/FEES 250111 650000012411180 | |
| Jan 13 | REMOTE DEPOSIT | $7,158.76 |
| Jan 13 | PREAUTHORIZED CREDIT | $7,705.75 |
| | HRTLAND PMT SYS TXNS/FEES 250112 650000012411180 | |
| Jan 13 | PREAUTHORIZED CREDIT | $9,370.33 |
| | ACCESS HEALTH ACCESS HEA 250113 5640506 | |
| Jan 13 | PREAUTHORIZED CREDIT | $29,782.97 |
| | Prescription TRANSFER 250113 ST-U5L4C1B2I4S5 | |
| Jan 14 | PREAUTHORIZED CREDIT | $1,847.40 |
| | ACCESS HEALTH ACCESS HEA 250114 5640506 | |
| Jan 14 | PREAUTHORIZED CREDIT | $34,611.41 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007974962*14 31420563\ | |
| Jan 15 | PREAUTHORIZED CREDIT | $10,958.80 |
| | HRTLAND PMT SYS TXNS/FEES 250115 650000012411180 | |
| Jan 15 | PREAUTHORIZED CREDIT | $14,304.60 |
| | ACCESS HEALTH ACCESS HEA 250115 5640506 | |
| Jan 15 | PREAUTHORIZED CREDIT | $19,853.11 |
| | Monarch Specialt ePay brightscrip period 71 Nov 16-30 2024 | |
| Jan 15 | PREAUTHORIZED CREDIT | $20,132.06 |
| | MEDE AMERICA CDA HCCLAIMPMT 7219223*3205716594 *199999999\ | |
| Jan 15 | PREAUTHORIZED CREDIT | $109,378.59 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910241099*13635696 42~ | |
| Jan 15 | PREAUTHORIZED CREDIT | $121,870.63 |
| | CAREMARK HCCLAIMPMT 2500030324*1752882 129*5640506\ | |





| | |
|---|---|
| **Account Number:** | XXXXXX7428 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $7,317.12 |
| Jan 16 | PREAUTHORIZED CREDIT<br>INFINITY RX LLX ACH PAYMTS 490393743961858107 3 | $429.00 |
| Jan 16 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910334735*13635696 42~ | $7,425.26 |
| Jan 16 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250116 650000012411180 | $9,528.08 |
| Jan 16 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250116 5640506 | $17,013.22 |
| Jan 17 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250117 5640506 | $5,255.73 |
| Jan 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250117 650000012411180 | $5,827.85 |
| Jan 17 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001464738*1540849 793*151826562802~ | $14,463.85 |
| Jan 21 | PREAUTHORIZED CREDIT<br>DERMCARE MANAGEM PAYMENTJNL 250121 SBC00164 | $1,837.50 |
| Jan 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250118 650000012411180 | $5,410.00 |
| Jan 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250119 650000012411180 | $7,909.57 |
| Jan 21 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250121 ST-N6B5U9X1R1J5 | $30,604.54 |
| Jan 21 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007989773*14 31420563\ | $37,856.09 |
| Jan 21 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250120 5640506 | $48,633.03 |
| Jan 22 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910348956*13635696 42~ | $896.47 |
| Jan 22 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250122 5640506 | $1,526.01 |
| Jan 22 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250122 650000012411180 | $8,238.90 |
| Jan 22 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500041635*1752882 129*5640506\ | $68,730.44 |
| Jan 23 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250123 5640506 | $5,387.26 |
| Jan 23 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250123 650000012411180 | $7,406.88 |
| Jan 24 | PREAUTHORIZED CREDIT<br>TRICARE-ONLY DOD REMIT TRN*1*03221252*143 1420563\ | $215.12 |
| Jan 24 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910370418*13635696 42~ | $292.94 |
| Jan 24 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250124 5640506 | $7,129.72 |
| Jan 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250124 650000012411180 | $9,611.38 |
| Jan 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250125 650000012411180 | $5,808.99 |
| Jan 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250126 650000012411180 | $9,819.58 |
| Jan 27 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250127 ST-O8C5M0E7S4F8 | $32,549.10 |
| Jan 27 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250127 5640506 | $41,478.53 |
| Jan 28 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910384879*13635696 42~ | $2,492.15 |



50128 0159609 0005-0006 0000000000000000000



| | |
|---|---|
| **Account Number:** | XXXXXX7428 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 6 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

50128 0159610 0006-0006 000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 28 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250128 5640506 | $3,247.66 |
| Jan 28 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001467233*1540849 793*151826562802~ | $26,598.14 |
| Jan 28 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008004614*14 31420563\ | $32,616.16 |
| Jan 29 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $459.00 |
| Jan 29 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250129 5640506 | $2,797.81 |
| Jan 29 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250129 650000012411180 | $6,474.89 |
| Jan 29 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910322213*13635696 42~ | $25,704.73 |
| Jan 29 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 72 Dec 01-15 2024 | $29,960.02 |
| Jan 29 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500053037*1752882 129*5640506\ | $101,082.74 |
| Jan 30 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 250130 5640506 | $575.00 |
| Jan 30 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250130 5640506 | $7,622.55 |
| Jan 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250130 650000012411180 | $14,061.00 |
| Jan 31 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $11,131.59 |
| Jan 31 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250131 5640506 | $3,429.48 |
| Jan 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250131 650000012411180 | $6,444.15 |
| Jan 31 | REMOTE DEPOSIT | $10,552.49 |
| Jan 31 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001470492*1540849 793*151826562802~ | $22,781.61 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Dec 31 | $3,845.00 | Jan 09 | $0.00 | Jan 17 | $0.00 | Jan 27 | $0.00 |
| Jan 02 | $0.00 | Jan 10 | $0.00 | Jan 21 | $0.00 | Jan 28 | $0.00 |
| Jan 03 | $0.00 | Jan 13 | $7,158.00 | Jan 22 | $0.00 | Jan 29 | $0.00 |
| Jan 06 | $129.00 | Jan 14 | $0.00 | Jan 23 | $0.00 | Jan 30 | $0.00 |
| Jan 07 | $0.00 | Jan 15 | $0.00 | Jan 24 | $0.00 | Jan 31 | $10,552.00 |
| Jan 08 | $0.00 | Jan 16 | $0.00 | | | | |





**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2025 through January 31, 2025
**Account Number:** ▉▉▉▉▉5093

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00005314 WBS 111 211 03225 NNNNNNNNNNN 1 000000000 C1 0000

SMC PHARMACY, LLC
DEBTOR IN POSSESSION
1908 SANTA MONICA BLVD SUITE 4
SANTA MONICA CA 90404

## Commercial Checking
## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $4,339.80 |  |
| Deposits and Credits | 0 | $0.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$4,339.80** |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank