# SUPPORTING DOCUMENTATION

## (January 2025)



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2025 through January 31, 2025
**Account Number:** ▮▮▮▮▮08660

---

**Customer Service Information**

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000492 WBS 111 141 03225 NNNNNNNNNNN 1 000000000 C1 0000
ROSE PHARMACY SF LLC
DEBTOR IN POSSESSION
311 S WACKER DR SUITE 2640
CHICAGO IL 60606

## Commercial Checking
## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $28,436.99 |  |
| Deposits and Credits | 10 | $68,281.85 |  |
| Withdrawals and Debits | 1 | $73,000.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$23,718.84** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 01/13 | Orig CO Name:Vienna Hospice A    Orig ID:A114339399 Desc Date:250113 CO Entry Descr:Payments  Sec:CCD    Trace#:081009421095006 Eed:250113  Ind ID:Pharmacy Servic    Ind Name:Rose Pharmacy 1143393990 Trn: 0131095006Tc | $40,000.00 |
| 01/15 | Orig CO Name:American Heritag    Orig ID:2311299990 Desc Date:250115 CO Entry Descr:Payroll  Sec:PPD    Trace#:041000120139780 Eed:250115 Ind ID:193383290514049    Ind Name:Rose Pharmacy Sf LLC, 182643151325004 Trn: 0140139780Tc | 939.99 |
| 01/15 | Orig CO Name:Medonelc    Orig ID:1261769761 Desc Date:    CO Entry Descr:ACH Paymensec:CCD    Trace#:107005950139777 Eed:250115 Ind ID:859391    Ind Name:Rose Pharmacy Trn*1*100777*1261769761~ Trn: 0140139777Tc | 289.98 |
| 01/22 | Orig CO Name:Starline Hospice    Orig ID:462693989  Desc Date:250122 CO Entry Descr:Rose Pharmsec:CCD    Trace#:122043607775278 Eed:250122  Ind ID:    Ind Name:Rose Pharmacy Inv#355-174511 $3696.74-Cm355-01449  $83.29= 6417414 Trn: 0217775278Tc | 3,613.45 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error or in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.



January 01, 2025 through January 31, 2025
**Account Number:** ██████████8660

## Deposits and Credits  *(continued)*

| Ledger Date | Description | Amount |
| --- | --- | ---: |
| 01/24 | Fedwire Credit Via: Wells Fargo Bank, N.A./121000248 B/O: Aurora Spring Hospice Care, Inc CA 92408 Ref: Chase Nyc/Ctr/Bnf=Rose Pharmacy Sf LLC Chicago IL 60606- US/Ac-0000000 07163 Rfb=Ow00005325276712 Obi=Auro Ra Spring Hospice Care 90957157 61 Bbi=/Chgs/USD0,00/ Imad: 0124I1B7032R002393 Trn: 0135201024Ff YOUR REF:  OW00005325276712 | 158.42 |
| 01/24 | Orig CO Name:Aa Family Hospic      Orig ID:1462800242 Desc Date:250124 CO Entry Descr:Payroll  Sec:PPD    Trace#:111000025393398 Eed:250124 Ind ID:002072789Cfc556      Ind Name:Rose Pharmacy Trn: 0235393398Tc | 2,438.00 |
| 01/28 | Orig CO Name:Healing Hands Ho      Orig ID:1462800242 Desc Date:250128 CO Entry Descr:Payroll  Sec:PPD    Trace#:111000029801210 Eed:250128 Ind ID:002074092B68700      Ind Name:Rose Pharmacy Trn: 0279801210Tc | 204.65 |
| 01/31 | Orig CO Name:Burnet Hospice C      Orig ID:451783432  Desc Date:250131 CO Entry Descr:ACH      Sec:CCD    Trace#:026013571047381 Eed:250131 Ind ID:355-17869      Ind Name:Rose Pharmacy 1504721287 Trn: 0301047381Tc | 19,694.48 |
| 01/31 | Orig CO Name:American Heritag      Orig ID:2311299990 Desc Date:250131 CO Entry Descr:Payroll  Sec:PPD    Trace#:041000121047383 Eed:250131 Ind ID:214677811071259      Ind Name:Rose Pharmacy Sf LLC, 182643311325003 Trn: 0301047383Tc | 929.21 |
| 01/31 | Orig CO Name:Medonelc      Orig ID:1261769761 Desc Date:      CO Entry Descr:ACH Paymensec:CCD    Trace#:107005951047378 Eed:250131 Ind ID:865801      Ind Name:Rose Pharmacy Trn*1*100785*1261769761~ Trn: 0301047378Tc | 13.67 |
| **Total** | | **$68,281.85** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
| --- | --- | ---: |
| 01/30 | Online Transfer To Chk ...0359 Transaction#: 23551954516 | $73,000.00 |
| **Total** | | **$73,000.00** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
| --- | ---: | --- | ---: |
| 01/13 | $68,436.99 | 01/28 | $76,081.48 |
| 01/15 | $69,666.96 | 01/30 | $3,081.48 |
| 01/22 | $73,280.41 | 01/31 | $23,718.84 |
| 01/24 | $75,876.83 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

# CHASE CONNECT℠

Printed from Chase Connect

## Reports

### ROSE PHARMACY SF LLC

Account

Rose SF (...8660)

Showing 11 of 11 transactions

Filtered by:

All transactions      Jan 1, 2025 To Jan 31, 2025

| Date | Description | Account | Transaction type | Amount | Balance |
|------|-------------|---------|------------------|--------|---------|
| Jan 31, 2025 | ORIG CO NAME:MEDONELC ORIG ID:1261769761 DESC DATE: CO ENTRY DESCR:ACH PaymenSEC:CCD TRACE#:107005951047378 EED:250131 IND ID:865801 IND NAME:ROSE PHARMACY TRN*1*100785*1261769761~ TRN: 0301047378TC | Rose SF (...8660) | ACH credit | **$13.67** | $23,718.84 |
| Jan 31, 2025 | ORIG CO NAME:AMERICAN HERITAG ORIG ID:2311299990 DESC DATE:250131 CO ENTRY DESCR:PAYROLL SEC:PPD TRACE#:041000121047383 EED:250131 IND ID:214677811071259 IND NAME:ROSE PHARMACY SF LLC, 182643311325003 TRN: 0301047383TC | Rose SF (...8660) | ACH credit | **$929.21** | $23,705.17 |

| Date | Description | Account | Transaction type | Amount | Balance |
|------|-------------|---------|------------------|--------|---------|
| Jan 31, 2025 | ORIG CO NAME:BURNET HOSPICE C ORIG ID:451783432 DESC DATE:250131 CO ENTRY DESCR:ACH SEC:CCD TRACE#:026013571047381 EED:250131 IND ID:355-17869 IND NAME:ROSE PHARMACY 1504721287 TRN: 0301047381TC | Rose SF (...8660) | ACH credit | $19,694.48 | $22,775.96 |
| Jan 30, 2025 | Online Transfer to CHK ...0359 transaction#: 23551954516 01/30 | Rose SF (...8660) | Account transfer | -$73,000.00 | $3,081.48 |
| Jan 28, 2025 | ORIG CO NAME:HEALING HANDS HO ORIG ID:1462800242 DESC DATE:250128 CO ENTRY DESCR:PAYROLL SEC:PPD TRACE#:111000029801210 EED:250128 IND ID:002074092B68700 IND NAME:ROSE PHARMACY TRN: 0279801210TC | Rose SF (...8660) | ACH credit | $204.65 | $76,081.48 |
| Jan 24, 2025 | ORIG CO NAME:AA FAMILY HOSPIC ORIG ID:1462800242 DESC DATE:250124 CO ENTRY DESCR:PAYROLL SEC:PPD TRACE#:111000025393398 EED:250124 IND ID:002072789CFC556 IND NAME:ROSE PHARMACY TRN: 0235393398TC | Rose SF (...8660) | ACH credit | $2,438.00 | $75,876.83 |

| Date | Description | Account | Transaction type | Amount | Balance |
|------|-------------|---------|------------------|--------|---------|
| Jan 24, 2025 | FEDWIRE CREDIT VIA: WELLS FARGO BANK, N.A./121000248 B/O: AURORA SPRING HOSPICE CARE, INC CA 92408 REF: CHASE NYC/CTR/BNF=ROSE PHARMACY SF LLC CHICAGO IL 60606- US/AC-0000000 07163 RFB=OW00005325276712 OBI=AURO RA SPRING HOSPICE CARE 90957157 61 BBI=/CHGS/USD0,00/ IMAD: 0124I1B7032R002393 TRN: 0135201024FF | Rose SF (...8660) | Incoming wire transfer | **$158.42** | $73,438.83 |
| Jan 22, 2025 | ORIG CO NAME:STARLINE HOSPICE ORIG ID:462693989 DESC DATE:250122 CO ENTRY DESCR:ROSE PHARMSEC:CCD TRACE#:122043607775278 EED:250122 IND ID: IND NAME:ROSE PHARMACY INV#355-174511 $3696.74-CM355-01449 $83.29= 6417414 TRN: 0217775278TC | Rose SF (...8660) | ACH credit | **$3,613.45** | $73,280.41 |
| Jan 15, 2025 | ORIG CO NAME:MEDONELC ORIG ID:1261769761 DESC DATE: CO ENTRY DESCR:ACH PaymenSEC:CCD TRACE#:107005950139777 EED:250115 IND ID:859391 IND NAME:ROSE PHARMACY TRN*1*100777*1261769761~ TRN: 0140139777TC | Rose SF (...8660) | ACH credit | **$289.98** | $69,666.96 |

| Date | Description | Account | Transaction type | Amount | Balance |
|------|-------------|---------|------------------|--------|---------|
| Jan 15, 2025 | ORIG CO NAME:AMERICAN HERITAG ORIG ID:2311299990 DESC DATE:250115 CO ENTRY DESCR:PAYROLL SEC:PPD TRACE#:041000120139780 EED:250115 IND ID:193383290514049 IND NAME:ROSE PHARMACY SF LLC, 182643151325004 TRN: 0140139780TC | Rose SF (...8660) | ACH credit | $939.99 | $69,376.98 |
| Jan 13, 2025 | ORIG CO NAME:VIENNA HOSPICE A ORIG ID:A114339399 DESC DATE:250113 CO ENTRY DESCR:PAYMENTS SEC:CCD TRACE#:081009421095006 EED:250113 IND ID:PHARMACY SERVIC IND NAME:ROSE PHARMACY 1143393990 TRN: 0131095006TC | Rose SF (...8660) | ACH credit | $40,000.00 | $68,436.99 |

You've reached the end of your activity.

# WINTRUST
## BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

22188 TWS380WR020125030646 01 000000000 45 007

ROSE PHARMACY SF LLC
1422 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING
### Account Number:    XXXXXX8445

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 01/01/25** | **$71,981.00** |
| + Deposits and Credits (100) | $804,648.26 |
| - Withdrawals and Debits (36) | $876,281.12 |
| **Ending Balance as of 01/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $348.14 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jan 02 | CASH MGMT TRSFR DR | -$84,581.93 |
| | REF 0020928L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Jan 02 | PREAUTHORIZED DEBIT | -$2,703.17 |
| | HRTLAND PMT SYS TXNS/FEES 250101 650000012921873 | |
| Jan 02 | DEPOSIT RETURN ITEM | -$1,034.90 |
| | DDA Redp Debit 2015  NSF | |
| Jan 03 | DEPOSIT RETURN ITEM | -$12,715.14 |
| | DDA Redp Debit 2324  NSF | |
| Jan 06 | DEPOSIT RETURN ITEM | -$1,034.90 |
| | DDA CB Debit 2015  NSF 2nd | |
| Jan 06 | AUTOMATIC TRANSFER | -$2,885.61 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 07 | AUTOMATIC TRANSFER | -$78,922.30 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 08 | PREAUTHORIZED DEBIT | -$200.00 |
| | MANAGED HEALTH C Payment 250108 | |
| Jan 08 | DEPOSIT RETURN ITEM | -$12,715.14 |
| | DDA CB Debit 2324  NSF 2nd | |
| Jan 08 | AUTOMATIC TRANSFER | -$9,931.94 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 09 | PREAUTHORIZED DEBIT | -$20,874.24 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 016IWVYWH3LROJL | |
| Jan 09 | AUTOMATIC TRANSFER | -$6,358.85 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



# WINTRUST BANK®

| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22188 0069149 0002-0006 000000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 10 | PREAUTHORIZED DEBIT | -$2,624.96 |
| | Bill.com Payables Wis International Bill.com 016TYXGOM 3LTE17 Inv 01-1137 169 | |
| Jan 10 | AUTOMATIC TRANSFER | -$15,797.46 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 13 | PREAUTHORIZED DEBIT | -$4,035.91 |
| | Bill.com Payables PioneerRx B ill.com 016CJPGWF3 LV9RF Inv PNRX-190 734 | |
| Jan 13 | PREAUTHORIZED DEBIT | -$92,726.69 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016YPDVXN3LVO2W | |
| Jan 14 | PREAUTHORIZED DEBIT | -$255.98 |
| | FRONTIER COMMUNI BILL PAY 250114 20660543491 | |
| Jan 14 | AUTOMATIC TRANSFER | -$54,113.68 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 15 | CASH MGMT TRSFR DR | -$20,470.74 |
| | REF 0151046L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Jan 16 | AUTOMATIC TRANSFER | -$6,012.78 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 17 | MAINTENANCE FEE | -$348.14 |
| | ANALYSIS ACTIVITY  FOR 12/24 | |
| Jan 17 | AUTOMATIC TRANSFER | -$38,637.37 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 21 | CASH MGMT TRSFR DR | -$44,432.49 |
| | REF 0211525L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Jan 21 | PREAUTHORIZED DEBIT | -$12,430.00 |
| | Bill.com Payables Parata Systems LLC Bill.com 016MTLLG E3M4CJC Acct 30055 1 - Inv MTN0000124 | |
| Jan 22 | PREAUTHORIZED DEBIT | -$676.00 |
| | REPUBLICSERVICES RSIBILLPAY 250122 | |
| Jan 22 | AUTOMATIC TRANSFER | -$24,320.81 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 23 | AUTOMATIC TRANSFER | -$10,225.54 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 24 | PREAUTHORIZED DEBIT | -$250.53 |
| | Bill.com Payables EnlivenHealth form erly FDS Amplicare Bill.com 016EACUJ T3MA8CP Inv IN1048 | |
| Jan 24 | AUTOMATIC TRANSFER | -$11,755.69 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 27 | PREAUTHORIZED DEBIT | -$2,385.25 |
| | SO CAL EDISON CO DIRECTPAY 250127 700896544671 | |
| Jan 27 | PREAUTHORIZED DEBIT | -$86,413.50 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016WKNQJX3MC29A | |
| Jan 28 | PREAUTHORIZED DEBIT | -$18,570.50 |
| | Bill.com Payables Multiple Payments Bill.com Payables 016RKTYLV3MDXLJ | |
| Jan 28 | AUTOMATIC TRANSFER | -$44,661.26 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 29 | CASH MGMT TRSFR DR | -$35,232.15 |
| | REF 0291248L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Jan 29 | AUTOMATIC TRANSFER | -$1.43 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 30 | CASH MGMT TRSFR DR | -$92,213.61 |
| | REF 0300919L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Jan 31 | AUTOMATIC TRANSFER | -$24,078.67 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX8445 |
| **Statement Date:** | | 01/31/2025 |
| **Page :** | | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
|---|---|---|
| Jan 02 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200405402*1 330567651*433268<br>\ | $30.60 |
| Jan 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250102 650000012921873 | $62.00 |
| Jan 02 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910284171*13635696 42~ | $598.45 |
| Jan 02 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 2015  NSF | $1,034.90 |
| Jan 02 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500008297*1752882 129*5641798\ | $5,068.07 |
| Jan 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250101 650000012921873 | $10,579.88 |
| Jan 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $2,988.59 |
| Jan 03 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440978850*22<br>60076803*99999~ | $77.41 |
| Jan 03 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550614867*12<br>60076803*99999~ | $177.25 |
| Jan 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250103 650000012921873 | $9,471.89 |
| Jan 03 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 2324  NSF | $12,715.14 |
| Jan 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250106 650000012921873 | $10.00 |
| Jan 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250105 650000012921873 | $18.24 |
| Jan 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250104 650000012921873 | $35.78 |
| Jan 06 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910298436*13635696 42~ | $1,126.27 |
| Jan 06 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200405864*1 330567651*433268<br>\ | $1,694.31 |
| Jan 06 | REMOTE DEPOSIT | $4,930.23 |
| Jan 06 | REMOTE DEPOSIT | $50,429.78 |
| Jan 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250107 650000012921873 | $101.03 |
| Jan 07 | PREAUTHORIZED CREDIT<br>SCRIPT CARE, LTD ACH Paymen TRN*1*0000602878*1 760295598~ | $180.68 |
| Jan 07 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200406462*1 330567651*433268<br>\ | $670.87 |
| Jan 07 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550616031*12<br>60076803*99999~ | $1,304.18 |
| Jan 07 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001458730*1540849 793*142733835902~ | $3,724.38 |
| Jan 07 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007961092*14 31420563\ | $17,582.16 |
| Jan 08 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1511022*1043608530 ~ | $689.46 |
| Jan 08 | REMOTE DEPOSIT | $4,273.68 |
| Jan 08 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500019105*1752882 129*5641798\ | $9,441.31 |
| Jan 08 | REMOTE DEPOSIT | $21,276.49 |

22188 0069150 0003-0006 0000000000000000000





| | Account Number: | XXXXXX8445 |
|---|---|---|
| | Statement Date: | 01/31/2025 |
| | Page : | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250109 650000012921873 | $18.24 |
| Jan 09 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200407110*1 330567651*433268<br>\ | $149.88 |
| Jan 09 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910313323*13635696 42~ | $1,515.97 |
| Jan 10 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440982729*22<br>60076803*99999~ | $19.89 |
| Jan 10 | REMOTE DEPOSIT | $43.25 |
| Jan 10 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04220823*143 1420563\ | $695.09 |
| Jan 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250110 650000012921873 | $731.79 |
| Jan 10 | REMOTE DEPOSIT | $2,670.50 |
| Jan 10 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550617292*12<br>60076803*99999~ | $2,683.10 |
| Jan 10 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001460985*1540849 793*142733835902~ | $14,291.80 |
| Jan 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $93,888.72 |
| Jan 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250111 650000012921873 | $7.96 |
| Jan 13 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2058684<br>*1341939227*000001 618*5641798\ | $16.18 |
| Jan 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250112 650000012921873 | $136.74 |
| Jan 14 | PREAUTHORIZED CREDIT<br>NORIDIAN DMEMAC HCCLAIMPMT 081517690103534*12 62326076~ | $6.53 |
| Jan 14 | PREAUTHORIZED CREDIT<br>NAVITUS HEALTH S ACHPAYMENT 250114 292 | $26.71 |
| Jan 14 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200407965*1 330567651*433268<br>\ | $1,337.40 |
| Jan 14 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007974975*14 31420563\ | $22,094.19 |
| Jan 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250114 650000012921873 | $30,904.83 |
| Jan 15 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1512866*1043608530 ~ | $9.49 |
| Jan 15 | PREAUTHORIZED CREDIT<br>NAVITUS HCCLAIMPMT 1514364*1043608530 ~ | $292.68 |
| Jan 15 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200408453*1 330567651*433268<br>\ | $602.67 |
| Jan 15 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250115 650000012921873 | $4,086.86 |
| Jan 15 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500030332*1752882 129*5641798\ | $15,479.04 |
| Jan 16 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910334744*13635696 42~ | $647.00 |
| Jan 16 | PREAUTHORIZED CREDIT<br>MEDIMPACT HEALTH DEBITS TRN*1*9200409174*1 330567651*433268<br>\ | $912.99 |

22188 0069151 0004-0006 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 16 | PREAUTHORIZED CREDIT | $4,451.18 |
| | HRTLAND PMT SYS TXNS/FEES 250116 650000012921873 | |
| Jan 16 | REMOTE DEPOSIT | $9,017.77 |
| Jan 16 | REMOTE DEPOSIT | $22,325.84 |
| Jan 17 | PREAUTHORIZED CREDIT | $8.22 |
| | HRTLAND PMT SYS TXNS/FEES 250117 650000012921873 | |
| Jan 17 | PREAUTHORIZED CREDIT | $445.66 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550619706*12 | |
| | 60076803*99999~ | |
| Jan 17 | PREAUTHORIZED CREDIT | $2,029.03 |
| | NAVITUS HEALTH S ACHPAYMENT 250117 482 | |
| Jan 17 | PREAUTHORIZED CREDIT | $5,160.05 |
| | CA HCCLAIMPMT 7001464973*1540849 793*142733835902~ | |
| Jan 17 | REMOTE DEPOSIT | $23,710.55 |
| Jan 21 | AUTOMATIC TRANSFER | $12,430.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 21 | PREAUTHORIZED CREDIT | $120.40 |
| | HRTLAND PMT SYS TXNS/FEES 250119 650000012921873 | |
| Jan 21 | PREAUTHORIZED CREDIT | $291.97 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550620906*12 | |
| | 60076803*99999~ | |
| Jan 21 | PREAUTHORIZED CREDIT | $20,310.12 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007989787*14 31420563\ | |
| Jan 22 | PREAUTHORIZED CREDIT | $0.24 |
| | NAVITUS HEALTH S ACHPAYMENT 250122 666 | |
| Jan 22 | PREAUTHORIZED CREDIT | $986.61 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910348969*13635696 42~ | |
| Jan 22 | PREAUTHORIZED CREDIT | $2,173.69 |
| | NAVITUS HCCLAIMPMT 1516066*1043608530 ~ | |
| Jan 22 | PREAUTHORIZED CREDIT | $7,131.62 |
| | HRTLAND PMT SYS TXNS/FEES 250122 650000012921873 | |
| Jan 22 | PREAUTHORIZED CREDIT | $14,704.65 |
| | CAREMARK HCCLAIMPMT 2500041644*1752882 129*5641798\ | |
| Jan 23 | PREAUTHORIZED CREDIT | $77.23 |
| | SCRIPT CARE, LTD ACH Paymen TRN*1*0000604405*1 760295598~ | |
| Jan 23 | PREAUTHORIZED CREDIT | $10,148.31 |
| | HRTLAND PMT SYS TXNS/FEES 250123 650000012921873 | |
| Jan 24 | PREAUTHORIZED CREDIT | $649.04 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550622127*12 | |
| | 60076803*99999~ | |
| Jan 24 | PREAUTHORIZED CREDIT | $792.35 |
| | NAVITUS HEALTH S ACHPAYMENT 200215\ | |
| Jan 24 | PREAUTHORIZED CREDIT | $2,364.32 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910370428*13635696 42~ | |
| Jan 24 | REMOTE DEPOSIT | $5,020.21 |
| Jan 24 | PREAUTHORIZED CREDIT | $8,089.18 |
| | HRTLAND PMT SYS TXNS/FEES 250124 650000012921873 | |
| Jan 24 | REMOTE DEPOSIT | $14,054.12 |
| Jan 27 | AUTOMATIC TRANSFER | $58,241.49 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 27 | PREAUTHORIZED CREDIT | $36.30 |
| | HRTLAND PMT SYS TXNS/FEES 250126 650000012921873 | |
| Jan 27 | PREAUTHORIZED CREDIT | $11,557.37 |
| | HRTLAND PMT SYS TXNS/FEES 250125 650000012921873 | |
| Jan 27 | REMOTE DEPOSIT | $21,686.59 |
| Jan 28 | PREAUTHORIZED CREDIT | $42.63 |
| | PRIME THERAPEUTI HCCLAIMPMT 444444440992024*22 | |
| | 60076803*99999~ | |

22188 0069152 0005-0006 00000000000000000000





| | Account Number: | XXXXXX8445 |
|---|---|---|
| | Statement Date: | 01/31/2025 |
| | Page : | 6 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 28 | PREAUTHORIZED CREDIT | $261.47 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910384892*13635696 42~ | |
| Jan 28 | PREAUTHORIZED CREDIT | $360.13 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550623354*12 | |
| | 60076803*99999~ | |
| Jan 28 | PREAUTHORIZED CREDIT | $9,762.02 |
| | HRTLAND PMT SYS TXNS/FEES 250128 650000012921873 | |
| Jan 28 | PREAUTHORIZED CREDIT | $10,189.08 |
| | CA HCCLAIMPMT 7001467479*1540849 793*142733835902~ | |
| Jan 28 | PREAUTHORIZED CREDIT | $20,930.43 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008004628*14 31420563\ | |
| Jan 29 | PREAUTHORIZED CREDIT | $120.95 |
| | NAVITUS HCCLAIMPMT 1519621*1043608530 ~ | |
| Jan 29 | REMOTE DEPOSIT | $5,106.77 |
| Jan 29 | PREAUTHORIZED CREDIT | $7,369.78 |
| | CAREMARK HCCLAIMPMT 2500053046*1752882 129*5641798\ | |
| Jan 29 | PREAUTHORIZED CREDIT | $27,741.42 |
| | HRTLAND PMT SYS TXNS/FEES 250129 650000012921873 | |
| Jan 29 | REMOTE DEPOSIT | $68,898.66 |
| Jan 30 | PREAUTHORIZED CREDIT | $18,209.61 |
| | HRTLAND PMT SYS TXNS/FEES 250130 650000012921873 | |
| Jan 31 | PREAUTHORIZED CREDIT | $5.91 |
| | NAVITUS HCCLAIMPMT 1517672*1043608530 ~ | |
| Jan 31 | PREAUTHORIZED CREDIT | $626.94 |
| | NAVITUS HEALTH S ACHPAYMENT 201205\ | |
| Jan 31 | PREAUTHORIZED CREDIT | $1,477.76 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550624582*12 | |
| | 60076803*99999~ | |
| Jan 31 | PREAUTHORIZED CREDIT | $10,196.63 |
| | CA HCCLAIMPMT 7001470731*1540849 793*142733835902~ | |
| Jan 31 | PREAUTHORIZED CREDIT | $11,771.43 |
| | HRTLAND PMT SYS TXNS/FEES 250131 650000012921873 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Dec 31 | $71,981.00 | Jan 09 | $0.00 | Jan 17 | $23,710.00 | Jan 27 | $21,686.00 |
| Jan 02 | $1,034.90 | Jan 10 | $2,713.00 | Jan 21 | $0.00 | Jan 28 | $0.00 |
| Jan 03 | $13,750.04 | Jan 13 | $0.00 | Jan 22 | $0.00 | Jan 29 | $74,004.00 |
| Jan 06 | $68,074.14 | Jan 14 | $0.00 | Jan 23 | $0.00 | Jan 30 | $0.00 |
| Jan 07 | $12,715.14 | Jan 15 | $0.00 | Jan 24 | $18,963.00 | Jan 31 | $0.00 |
| Jan 08 | $25,549.00 | Jan 16 | $31,342.00 | | | | |

