# SUPPORTING DOCUMENTATION

## (January 2025)



9801 W. Higgins, Box 32, Rosemont, IL 60018



17930 TWS380WR020125030646 01 000000000 45 007

PRO PHARMACY LLC
1421 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

| COMMERCIAL CHECKING | Account Number: | XXXXXX7307 |
|---|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 01/01/25** | **$0.00** |
| + Deposits and Credits (55) | $307,126.46 |
| - Withdrawals and Debits (70) | $306,924.89 |
| **Ending Balance as of 01/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $201.57 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jan 02 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXX 250102 2052047211 2220 | -$325.39 |
| Jan 02 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 250102 | -$620.19 |
| Jan 02 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250101 650000012526326 | -$2,021.94 |
| Jan 02 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,546.01 |
| Jan 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,621.44 |
| Jan 06 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250106 13-PROPHRMCY | -$132.92 |
| Jan 06 | PREAUTHORIZED DEBIT<br>LIPA DIRECTPAY 250106 0163401029 | -$375.88 |
| Jan 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$20,897.96 |
| Jan 07 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 250107 | -$1,325.30 |
| Jan 07 | PREAUTHORIZED DEBIT<br>CITY MEDRX LLC MONEY OWED 250107 | -$2,339.76 |
| Jan 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c - 9679 Bill.com<br>016HDKXNO3LO3GQ Ac ct FNY369679 - Mul | -$9,238.78 |
| Jan 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,096.34 |
| Jan 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,301.70 |



## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

### Checks/Withdrawals Outstanding

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

## Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



9801 W. Higgins, Box 32, Rosemont, IL 60018

| | Account Number: | XXXXXX7307 |
|---|---|---|
| | Statement Date: | 01/31/2025 |
| | Page : | 2 of 6 |

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015GFIRVLNAQ9D1 | -$964.29 |
| Jan 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 250110 ACH06335132 | -$4,414.12 |
| Jan 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015IBBUUAIAQOUA | -$9,879.96 |
| Jan 10 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 250110 2052047211 2220 | -$28,366.87 |
| Jan 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250113 | -$65.33 |
| Jan 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250113 | -$65.33 |
| Jan 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250113 | -$65.33 |
| Jan 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250113 | -$65.33 |
| Jan 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250113 | -$65.33 |
| Jan 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250113 | -$65.33 |
| Jan 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250113 | -$65.33 |
| Jan 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250113 | -$65.33 |
| Jan 13 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250113 | -$78.39 |
| Jan 13 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250113 2057205344 2220 | -$195.54 |
| Jan 13 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 250113 | -$257.88 |
| Jan 13 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 250113 | -$606.66 |
| Jan 13 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 250113 10985 | -$616.32 |
| Jan 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 016YBUFDD3 LV9HQ Inv PNRX-190<br>172 | -$1,795.16 |
| Jan 13 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250113 13-PROPHRMCY | -$1,895.21 |
| Jan 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$17,979.96 |
| Jan 14 | PREAUTHORIZED DEBIT<br>GOTO COMMUNICATI GOTO/JIVE 250114 | -$235.22 |
| Jan 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c - 9679 Bill.com 016KCWXKE3LX72I<br>Ac ct FNY369679 - Inv | -$441.56 |
| Jan 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$578.39 |
| Jan 15 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 250115 10985 | -$322.71 |
| Jan 15 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,180.35 |
| Jan 16 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250116 13-PROPHRMCY | -$382.01 |

17930 0058066 0002-0006 0000000000000000





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|-------------:|
| Jan 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015QAFDBEVAZBX5 | -$1,196.29 |
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$14,939.08 |
| Jan 17 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 250117 2052047211 2220 | -$305.90 |
| Jan 17 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250117 13-PROPHRMCY | -$310.53 |
| Jan 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 12/24 | -$201.57 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$14,684.87 |
| Jan 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Alpine Health LLC Bill.com 015YOSLUY RB37ZB Acct<br>530974 921 - Inv 21697797 | -$139.96 |
| Jan 21 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250121 13-PROPHRMCY | -$322.83 |
| Jan 21 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 250121 | -$1,201.09 |
| Jan 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$17,770.12 |
| Jan 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Language Line Serv ices Bill.com 015L LDUANFB5863<br>Inv 11 485253 | -$406.63 |
| Jan 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,840.09 |
| Jan 23 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 250123 10985 | -$164.76 |
| Jan 23 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250123 13-PROPHRMCY | -$323.67 |
| Jan 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,415.98 |
| Jan 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com<br>015GIEJBEZB9Z5P In v 696702 | -$295.77 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$10,662.01 |
| Jan 27 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 250127 | -$167.94 |
| Jan 27 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250127 13-PROPHRMCY | -$1,648.38 |
| Jan 27 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250127 2057205344 2220 | -$1,649.68 |
| Jan 27 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 250127 | -$2,042.16 |
| Jan 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015HIVUNBJBD2Q1 | -$16,592.47 |
| Jan 27 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 250127 2052047211 2220 | -$33,648.85 |
| Jan 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,381.03 |
| Jan 29 | PREAUTHORIZED DEBIT<br>OPTIMUM 7801 CABLE PMNT 250129 | -$114.65 |
| Jan 29 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 250129 10985 | -$245.26 |





**WINTRUST BANK®**

| | |
|---|---|
| Account Number: | XXXXXX7307 |
| Statement Date: | 01/31/2025 |
| Page : | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com 015ZFYBIIRBG8T2 In v 697546 | -$261.00 |
| Jan 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,918.64 |
| Jan 30 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250130 13-PROPHRMCY | -$697.09 |
| Jan 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,883.13 |
| Jan 31 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 250131 10985 | -$193.02 |
| Jan 31 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,945.16 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jan 02 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250102 5832705 | $943.61 |
| Jan 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250102 650000012526326 | $1,440.81 |
| Jan 02 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074727844*11 41797357~ | $2,472.89 |
| Jan 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250101 650000012526326 | $3,656.22 |
| Jan 03 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250103 5832705 | $18,621.44 |
| Jan 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250105 650000012526326 | $2,084.08 |
| Jan 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250104 650000012526326 | $2,382.52 |
| Jan 06 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250106 5832705 | $5,406.13 |
| Jan 06 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250106 ST-Q6I0P1V6E1M8 | $11,534.03 |
| Jan 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $12,322.96 |
| Jan 07 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250107 5832705 | $580.88 |
| Jan 08 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250108 650000012526326 | $3,096.34 |
| Jan 09 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250109 5832705 | $356.01 |
| Jan 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250109 650000012526326 | $2,835.54 |
| Jan 09 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074747302*11 41797357~ | $3,110.15 |
| Jan 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $28,364.43 |
| Jan 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250110 650000012526326 | $1,945.42 |
| Jan 10 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250110 5832705 | $13,315.39 |
| Jan 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250112 650000012526326 | $2,070.50 |

17930 0058068 0004-0006 0000000000000000000





| | Account Number: | XXXXXX7307 |
|---|---|---|
| | Statement Date: | 01/31/2025 |
| | Page : | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250111 650000012526326 | $2,915.05 |
| Jan 13 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250113 5832705 | $6,121.72 |
| Jan 13 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250113 ST-L5Q4M5I9U5N0 | $12,840.49 |
| Jan 14 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250114 5832705 | $1,255.17 |
| Jan 15 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip period 71 Nov 16-30 2024 | $70.00 |
| Jan 15 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250115 5832705 | $183.18 |
| Jan 15 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250115 650000012526326 | $4,249.88 |
| Jan 16 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250116 650000012526326 | $3,364.28 |
| Jan 16 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074765554*11 41797357~ | $6,441.56 |
| Jan 16 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250116 5832705 | $6,711.54 |
| Jan 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250117 650000012526326 | $2,626.20 |
| Jan 17 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250117 5832705 | $12,876.67 |
| Jan 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250119 650000012526326 | $1,505.31 |
| Jan 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250118 650000012526326 | $1,993.80 |
| Jan 21 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250121 5832705 | $4,088.31 |
| Jan 21 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250121 ST-Y8Q6K9X8L3P1 | $11,846.58 |
| Jan 22 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250122 650000012526326 | $2,745.63 |
| Jan 22 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250122 5832705 | $3,501.09 |
| Jan 23 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250123 650000012526326 | $2,836.93 |
| Jan 23 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074783783*11 41797357~ | $16,067.48 |
| Jan 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250124 650000012526326 | $2,429.84 |
| Jan 24 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250124 5832705 | $8,527.94 |
| Jan 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $35,191.95 |
| Jan 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250126 650000012526326 | $2,130.57 |
| Jan 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250125 650000012526326 | $2,375.64 |
| Jan 27 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250127 5832705 | $4,829.00 |
| Jan 27 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250127 ST-C3N5O8M0D8P9 | $11,222.32 |
| Jan 28 | Bill.com VoidPaymnt Wintrust Bank B ill.com 016DCNLFQ3 MEC1N Inv<br>09162024 -- bill.com Check | $181.32 |





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 28 | PREAUTHORIZED CREDIT | $3,199.71 |
| | LEADER DRUGSTORE CARDINALCP 250128 5832705 | |
| Jan 29 | PREAUTHORIZED CREDIT | $264.12 |
| | Monarch Specialt ePay brightscrip Period 72 Dec 01-15 2024 | |
| Jan 29 | PREAUTHORIZED CREDIT | $820.59 |
| | LEADER DRUGSTORE CARDINALCP 250129 5832705 | |
| Jan 29 | PREAUTHORIZED CREDIT | $3,454.84 |
| | HRTLAND PMT SYS TXNS/FEES 250129 650000012526326 | |
| Jan 30 | PREAUTHORIZED CREDIT | $494.71 |
| | LEADER DRUGSTORE CARDINALCP 250130 5832705 | |
| Jan 30 | PREAUTHORIZED CREDIT | $2,085.51 |
| | HRTLAND PMT SYS TXNS/FEES 250130 650000012526326 | |
| Jan 31 | PREAUTHORIZED CREDIT | $1,613.95 |
| | HRTLAND PMT SYS TXNS/FEES 250131 650000012526326 | |
| Jan 31 | PREAUTHORIZED CREDIT | $7,524.23 |
| | LEADER DRUGSTORE CARDINALCP 250131 5832705 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Dec 31 | $0.00 | Jan 09 | $0.00 | Jan 17 | $0.00 | Jan 27 | $0.00 |
| Jan 02 | $0.00 | Jan 10 | $0.00 | Jan 21 | $0.00 | Jan 28 | $0.00 |
| Jan 03 | $0.00 | Jan 13 | $0.00 | Jan 22 | $0.00 | Jan 29 | $0.00 |
| Jan 06 | $0.00 | Jan 14 | $0.00 | Jan 23 | $0.00 | Jan 30 | $0.00 |
| Jan 07 | $0.00 | Jan 15 | $0.00 | Jan 24 | $0.00 | Jan 31 | $0.00 |
| Jan 08 | $0.00 | Jan 16 | $0.00 | | | | |

17930 0058070 0006-0006 00000000000000000

