# SUPPORTING DOCUMENTATION

## (January 2025)

# CHASE CONNECT℠

Printed from Chase Connect

# Reports

## Concierge Pharmacy LLC

Account

## Concirege
## (...3681)

Showing 1 of 1 transaction

Filtered by:

All transactions     Jan 1, 2025 To Jan 31, 2025

| Date | Description | Account | Transaction type | Amount | Balance |
|------|-------------|---------|------------------|--------|---------|
| Jan 13, 2025 | Online Transfer to CHK ...0359 transaction#: 2337287155801/13 | Concirege (...3681) | Account transfer | -$6,000.00 | $2,515.00 |

You've reached the end of your activity.



| | |
|---|---|
| **Last Statement:** | December 31, 2024 |
| **Statement Ending:** | January 31, 2025 |
| **Page:** | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



42575 TWS380WR020125030646 01 000000000 50 007

CONCIERGE PHARMACY LLC
1438 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                          Account Number:    XXXXXX0037

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 01/01/25** | **$0.00** |
| + Deposits and Credits (88) | $1,027,358.98 |
| - Withdrawals and Debits (34) | $1,027,126.69 |
| **Ending Balance as of 01/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $232.29 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jan 02 | CASH MGMT TRSFR DR<br>REF 0020923L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$86,204.22 |
| Jan 02 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250101 650000012405141 | -$1,310.52 |
| Jan 03 | CASH MGMT TRSFR DR<br>REF 0031000L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$6,706.54 |
| Jan 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 016MJVA QO3LK65C Acct<br>FCA3 69450 - Inv 928905 | -$1,766.24 |
| Jan 06 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO DIRECTPAY 250106 700896571246 | -$334.46 |
| Jan 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$20,386.20 |
| Jan 07 | CASH MGMT TRSFR DR<br>REF 0070843L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$64,027.32 |
| Jan 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016UBTEMK3LNYPF | -$14,567.12 |
| Jan 08 | CASH MGMT TRSFR DR<br>REF 0080732L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$83,926.24 |
| Jan 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016OIHEPE3LS1BM | -$125,598.85 |
| Jan 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$14,252.68 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX0037 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 016HBTHGJ3 LV659 Acct N506-27<br>3 - Inv PNRX-18680 | -$1,404.30 |
| Jan 13 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250113 2057179851 2220 | -$3,606.18 |
| Jan 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$15,256.75 |
| Jan 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$25,934.90 |
| Jan 15 | CASH MGMT TRSFR DR<br>REF 0151044L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$144,952.73 |
| Jan 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Wis International Bill.com 016TXDAVN 3M0U0A Inv 01-<br>1137 661 | -$1,150.76 |
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,013.99 |
| Jan 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 12/24 | -$232.29 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$29,484.26 |
| Jan 21 | CASH MGMT TRSFR DR<br>REF 0211522L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$55,408.04 |
| Jan 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 016ADIX MT3M48B5 Acct<br>FCA3 69450 - Inv 929188 | -$4,936.02 |
| Jan 22 | CASH MGMT TRSFR DR<br>REF 0221156L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$69,574.75 |
| Jan 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 016PNZQNN3 M6DOW Acct<br>103286 - Inv 185599 | -$868.00 |
| Jan 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,576.26 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,457.31 |
| Jan 27 | PREAUTHORIZED DEBIT<br>OUTCOMES Payment 250127 | -$399.00 |
| Jan 27 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250127 2057179851 2220 | -$3,048.90 |
| Jan 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016FPFRYC3MBXR2 | -$58,232.48 |
| Jan 28 | CASH MGMT TRSFR DR<br>REF 0281331L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$60,837.42 |
| Jan 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016FLGSXL3MDSPI | -$6,012.75 |
| Jan 29 | CASH MGMT TRSFR DR<br>REF 0291246L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$55,898.96 |
| Jan 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,369.44 |
| Jan 31 | CASH MGMT TRSFR DR<br>REF 0311211L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$30,358.66 |
| Jan 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 016UHFP TP3MIVKR Acct<br>FCA3 69450 - Multiple i | -$10,264.44 |



42575 0135075 0002-0006 00000000000000000



| | |
|---|---|
| **Account Number:** | XXXXXX0037 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits

| Date | Description | Additions |
|---|---|---|
| Jan 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250101 650000012405141 | $1,368.65 |
| Jan 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250102 650000012405141 | $1,475.66 |
| Jan 02 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910284456*13635696 42~ | $2,612.91 |
| Jan 02 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250101 5663605 | $6,954.60 |
| Jan 02 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500008467*1752882 129*5663605\ | $75,102.92 |
| Jan 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,766.24 |
| Jan 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250103 5663605 | $6,706.54 |
| Jan 06 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910298673*13635696 42~ | $48.30 |
| Jan 06 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7217959*3205716594 *199999999\ | $65.00 |
| Jan 06 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2057064<br>*1341939227*000063 916*5663605\ | $639.16 |
| Jan 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250104 650000012405141 | $870.30 |
| Jan 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250105 650000012405141 | $1,019.70 |
| Jan 06 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250106 ST-N1Z0M5C0A1H2 | $7,729.51 |
| Jan 06 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250106 5663605 | $10,348.69 |
| Jan 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $14,567.12 |
| Jan 07 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250107 5663605 | $401.19 |
| Jan 07 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001460470*1540849 793*195283134901~ | $27,070.92 |
| Jan 07 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007961058*14 31420563\ | $36,555.21 |
| Jan 08 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 250108 5663605 | $444.12 |
| Jan 08 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250108 650000012405141 | $1,221.82 |
| Jan 08 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250108 5663605 | $10,801.90 |
| Jan 08 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500019275*1752882 129*5663605\ | $71,458.40 |
| Jan 09 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $71,528.81 |
| Jan 09 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910313601*13635696 42~ | $713.72 |
| Jan 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250109 650000012405141 | $1,804.39 |
| Jan 09 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250109 5663605 | $7,194.27 |
| Jan 10 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5775572*1203113620 \ | $822.58 |
| Jan 10 | PREAUTHORIZED CREDIT<br>ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2057766<br>*1341939227*000133 642*5663605\ | $1,336.42 |

42575 0135076 0003-0006 0000000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX0037 |
| **Statement Date:** | | 01/31/2025 |
| **Page :** | | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250110 650000012405141 | $1,440.24 |
| Jan 10 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250110 5663605 | $23,874.69 |
| Jan 10 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001462835*1540849 793*195283134901~ | $31,136.41 |
| Jan 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250112 650000012405141 | $1,623.79 |
| Jan 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250111 650000012405141 | $2,162.75 |
| Jan 13 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250113 ST-N8G0B9R6K9J1 | $7,988.89 |
| Jan 13 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250113 5663605 | $8,491.80 |
| Jan 14 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007974942*14 31420563\ | $25,934.90 |
| Jan 15 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250115 650000012405141 | $1,396.73 |
| Jan 15 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250115 5663605 | $5,048.11 |
| Jan 15 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip period 71 Nov 16-30 2024 | $10,349.56 |
| Jan 15 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7218960*3205716594 *199999999\ | $15,407.87 |
| Jan 15 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910241207*13635696 42~ | $55,695.24 |
| Jan 15 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500030500*1752882 129*5663605\ | $57,055.22 |
| Jan 16 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250116 650000012405141 | $2,757.42 |
| Jan 16 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250116 5663605 | $14,407.33 |
| Jan 17 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7219938*3205716594 *199999\ | $20.00 |
| Jan 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250117 650000012405141 | $1,000.08 |
| Jan 17 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250117 5663605 | $5,225.14 |
| Jan 17 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001464240*1540849 793*195283134901~ | $23,471.33 |
| Jan 21 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $4,936.02 |
| Jan 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250118 650000012405141 | $1,314.08 |
| Jan 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250119 650000012405141 | $1,926.04 |
| Jan 21 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250121 ST-Z3G9Y3D4C4N7 | $7,254.85 |
| Jan 21 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007989755*14 31420563\ | $18,263.85 |
| Jan 21 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250120 5663605 | $26,649.22 |
| Jan 22 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $868.00 |
| Jan 22 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910349234*13635696 42~ | $135.65 |
| Jan 22 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250122 5663605 | $635.20 |

42575 0135077 0004-0006 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX0037 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 22 | PREAUTHORIZED CREDIT | $910.13 |
| | HRTLAND PMT SYS TXNS/FEES 250122 650000012405141 | |
| Jan 22 | PREAUTHORIZED CREDIT | $67,893.77 |
| | CAREMARK HCCLAIMPMT 2500041809*1752882 129*5663605\ | |
| Jan 23 | PREAUTHORIZED CREDIT | $1,381.62 |
| | HRTLAND PMT SYS TXNS/FEES 250123 650000012405141 | |
| Jan 23 | PREAUTHORIZED CREDIT | $2,194.64 |
| | ACCESS HEALTH ACCESS HEA 250123 5663605 | |
| Jan 24 | PREAUTHORIZED CREDIT | $1,702.65 |
| | HRTLAND PMT SYS TXNS/FEES 250124 650000012405141 | |
| Jan 24 | PREAUTHORIZED CREDIT | $2,754.66 |
| | ACCESS HEALTH ACCESS HEA 250124 5663605 | |
| Jan 27 | AUTOMATIC TRANSFER | $22,783.02 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 27 | PREAUTHORIZED CREDIT | $1,467.67 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2061505 | |
| | *1341939227*000146 767*5663605\ | |
| Jan 27 | PREAUTHORIZED CREDIT | $1,757.52 |
| | HRTLAND PMT SYS TXNS/FEES 250125 650000012405141 | |
| Jan 27 | PREAUTHORIZED CREDIT | $1,792.47 |
| | HRTLAND PMT SYS TXNS/FEES 250126 650000012405141 | |
| Jan 27 | PREAUTHORIZED CREDIT | $4,821.44 |
| | RXCROSSROADS BY HCCLAIMPMT 5786923*1203113620 \ | |
| Jan 27 | PREAUTHORIZED CREDIT | $8,885.57 |
| | Prescription TRANSFER 250127 ST-C3I7O9Z3B8B0 | |
| Jan 27 | PREAUTHORIZED CREDIT | $20,172.69 |
| | ACCESS HEALTH ACCESS HEA 250127 5663605 | |
| Jan 28 | PREAUTHORIZED CREDIT | $857.04 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910385151*13635696 42~ | |
| Jan 28 | PREAUTHORIZED CREDIT | $2,626.51 |
| | ACCESS HEALTH ACCESS HEA 250128 5663605 | |
| Jan 28 | PREAUTHORIZED CREDIT | $17,787.13 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008004596*14 31420563\ | |
| Jan 28 | PREAUTHORIZED CREDIT | $45,579.49 |
| | CA HCCLAIMPMT 7001466800*1540849 793*195283134901~ | |
| Jan 29 | PREAUTHORIZED CREDIT | $1,522.63 |
| | HRTLAND PMT SYS TXNS/FEES 250129 650000012405141 | |
| Jan 29 | PREAUTHORIZED CREDIT | $3,075.33 |
| | ACCESS HEALTH ACCESS HEA 250129 5663605 | |
| Jan 29 | PREAUTHORIZED CREDIT | $8,184.52 |
| | Monarch Specialt ePay brightscrip Period 72 Dec 01-15 2024 | |
| Jan 29 | PREAUTHORIZED CREDIT | $9,232.45 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910322327*13635696 42~ | |
| Jan 29 | PREAUTHORIZED CREDIT | $33,884.03 |
| | CAREMARK HCCLAIMPMT 2500053217*1752882 129*5663605\ | |
| Jan 30 | PREAUTHORIZED CREDIT | $230.00 |
| | DREXI INC ACH 250130 5663605 | |
| Jan 30 | PREAUTHORIZED CREDIT | $475.66 |
| | MEDE AMERICA CDA HCCLAIMPMT 7220758*3205716594 *199999999\ | |
| Jan 30 | PREAUTHORIZED CREDIT | $1,021.52 |
| | HRTLAND PMT SYS TXNS/FEES 250130 650000012405141 | |
| Jan 30 | PREAUTHORIZED CREDIT | $4,642.26 |
| | ACCESS HEALTH ACCESS HEA 250130 5663605 | |
| Jan 31 | AUTOMATIC TRANSFER | $10,264.44 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 31 | PREAUTHORIZED CREDIT | $65.04 |
| | ALPHA SCRIP CORP PAY 250130 CONCIERGE | |

42575 0135078 0005-0006 00000000000000000 42575 0135078 0005-0006





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250131 650000012405141 | $1,406.70 |
| Jan 31 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250131 5663605 | $3,765.43 |
| Jan 31 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001469733*1540849 793*195283134901~ | $25,121.49 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Dec 31 | $0.00 | Jan 09 | -$44,357.66 | Jan 17 | $0.00 | Jan 27 | $0.00 |
| Jan 02 | $0.00 | Jan 10 | $0.00 | Jan 21 | $0.00 | Jan 28 | $0.00 |
| Jan 03 | $0.00 | Jan 13 | $0.00 | Jan 22 | $0.00 | Jan 29 | $0.00 |
| Jan 06 | $0.00 | Jan 14 | $0.00 | Jan 23 | $0.00 | Jan 30 | $0.00 |
| Jan 07 | $0.00 | Jan 15 | $0.00 | Jan 24 | $0.00 | Jan 31 | $0.00 |
| Jan 08 | $0.00 | Jan 16 | $0.00 | | | | |

42575 0135079 0006-0006 00000000000000000

