# SUPPORTING DOCUMENTATION

## (January 2025)



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2025 through January 31, 2025
Account Number: ████████9817

**CUSTOMER SERVICE INFORMATION**

If you have any questions about your
statement, please contact your
Customer Service Professional.



00005340 DDA 703 212 03225 NNNNNNNNNNN 1 000000000 61 0000
FIRSTCARE PHARMACY LLC
DEBTOR IN POSSESSION
18555 VENTURA BLVD STE A
TARZANA CA 91356-4192

## CHECKING SUMMARY  Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$18,433.59** |
| Deposits and Additions | 2 | 20,265.24 |
| Electronic Withdrawals | 2 | - 35,375.00 |
| **Ending Balance** | **4** | **$3,323.83** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/16 | Deposit    1263824976 | $3,227.91 |
| 01/28 | Deposit    1263774548 | 17,037.33 |
| **Total Deposits and Additions** | | **$20,265.24** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/16 | Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: American Flyer Distribution Castaic CA 91384 US Ref:/Time/15:48 Imad: 0116Mmqfmp2L031396 Trn: 3570975016Es | $2,375.00 |
| 01/30 | Online Transfer To Chk ...0359 Transaction#: 23551926005 | 33,000.00 |
| **Total Electronic Withdrawals** | | **$35,375.00** |

Your service charges, fees and earnings credit have been calculated through account analysis.



January 01, 2025 through January 31, 2025
Account Number: ▮▮▮▮▮9817

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 01/16 | $19,286.50 |
| 01/28 | 36,323.83 |
| 01/30 | 3,323.83 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | December 31, 2024 |
| **Statement Ending:** | January 31, 2025 |
| **Page:** | 1 of 6 |

46424 TWS380WR020125030646 01 000000000 50 007

FIRSTCARE PHARMACY LLC
1440 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

46424 0148411 0001-0006 0000000000000000000

---

## Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

---

| COMMERCIAL CHECKING | Account Number:    XXXXXX3476 |
|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 01/01/25** | **$0.00** |
| + Deposits and Credits (89) | $1,622,813.72 |
| - Withdrawals and Debits (37) | $1,622,681.45 |
| **Ending Balance as of 01/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $132.27 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jan 02 | CASH MGMT TRSFR DR<br>REF 0020924L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$104,464.25 |
| Jan 02 | PREAUTHORIZED DEBIT<br>ATT Payment 250102 | -$85.60 |
| Jan 02 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250101 650000012411545 | -$1,233.39 |
| Jan 03 | CASH MGMT TRSFR DR<br>REF 0031001L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$15,901.78 |
| Jan 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015RBWC IFBAGJF4 Acct<br>FCA3 69452 - Multiple i | -$15,503.40 |
| Jan 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>015XNDMXXHAJOJH A cct 98 - Inv F2352 | -$1,072.50 |
| Jan 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015FCMKBQZ AIVNI Acct<br>102974 - Inv 185239 | -$1,941.07 |
| Jan 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$11,443.00 |
| Jan 07 | CASH MGMT TRSFR DR<br>REF 0070844L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$112,031.79 |
| Jan 07 | PREAUTHORIZED DEBIT<br>LADWP WEB PAY 250107 9301632956 | -$549.28 |
| Jan 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>015RQIJDXYAKUYV A cct 98 - Inv F2353 | -$1,957.50 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check additions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX3476 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 08 | CASH MGMT TRSFR DR | -$128,870.30 |
| | REF 0080732L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Jan 09 | PREAUTHORIZED DEBIT | -$226,724.24 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015UYCAPHNAPYZO | |
| Jan 10 | PREAUTHORIZED DEBIT | -$11,557.92 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015WAXJ LEQAQD6Q Acct | |
| | FCA3 69452 - Inv 928996 | |
| Jan 13 | PREAUTHORIZED DEBIT | -$754.38 |
| | ParMed XXXXXXXXXX 250113 2057179850 2220 | |
| Jan 13 | PREAUTHORIZED DEBIT | -$18,362.06 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015LWYQXNFASKTW | |
| Jan 14 | PREAUTHORIZED DEBIT | -$34,652.40 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015NJOX KBFAUMFI | |
| | Multiple invoices | |
| Jan 15 | CASH MGMT TRSFR DR | -$185,704.61 |
| | REF 0151045L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Jan 16 | PREAUTHORIZED DEBIT | -$30,608.08 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015KTSX OCNAYRHU Acct | |
| | FCA3 69452 - Multiple i | |
| Jan 17 | PREAUTHORIZED DEBIT | -$6,519.74 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015FKMM FXVB0SXA Acct | |
| | FCA3 69452 - Inv 929170 | |
| Jan 17 | MAINTENANCE FEE | -$132.27 |
| | ANALYSIS ACTIVITY FOR 12/24 | |
| Jan 17 | AUTOMATIC TRANSFER | -$54,676.44 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 21 | CASH MGMT TRSFR DR | -$73,979.53 |
| | REF 0211523L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Jan 22 | CASH MGMT TRSFR DR | -$79,946.24 |
| | REF 0221157L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Jan 22 | PREAUTHORIZED DEBIT | -$1,638.64 |
| | Bill.com Payables DI Overnite, LLC B ill.com 015IJDKJLT B5757 Acct | |
| | 102974 - Inv 185600 | |
| Jan 23 | AUTOMATIC TRANSFER | -$3,569.24 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 24 | PREAUTHORIZED DEBIT | -$2,827.92 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015YHXU DOXB9XRB Acct | |
| | FCA3 69452 - Inv 929235 | |
| Jan 24 | AUTOMATIC TRANSFER | -$6,392.49 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 27 | PREAUTHORIZED DEBIT | -$399.00 |
| | OUTCOMES Payment 250127 | |
| Jan 27 | PREAUTHORIZED DEBIT | -$263,883.66 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015OOYFKSBBD1QH | |
| Jan 28 | CASH MGMT TRSFR DR | -$94,344.58 |
| | REF 0281331L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Jan 28 | PREAUTHORIZED DEBIT | -$6,718.75 |
| | Bill.com Payables Castleborn Investm ents Bill.com 015W UJUWVYBEX7I | |
| | Inv RE -10000976 | |
| Jan 29 | CASH MGMT TRSFR DR | -$41,685.87 |
| | REF 0291248L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Jan 29 | PREAUTHORIZED DEBIT | -$1,845.00 |
| | Bill.com Payables American Flyer Dis tribution Bill.com | |
| | 015TOWBNURBGDYN A cct 98 - Inv F2361 | |

46424 0148413 0002-0006 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX3476 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 30 | AUTOMATIC TRANSFER | -$4,881.33 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 31 | CASH MGMT TRSFR DR | -$65,138.59 |
| | REF 0311212L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Jan 31 | PREAUTHORIZED DEBIT | -$3,975.72 |
| | Bill.com Payables CityMedRx LLC B ill.com 015VLECFZS BKQ9B Acct | |
| | 16193 - Multiple invoices | |
| Jan 31 | PREAUTHORIZED DEBIT | -$6,841.16 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015VXRVIXBBK6AV | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jan 02 | PREAUTHORIZED CREDIT | $910.69 |
| | HRTLAND PMT SYS TXNS/FEES 250101 650000012411545 | |
| Jan 02 | PREAUTHORIZED CREDIT | $960.93 |
| | HRTLAND PMT SYS TXNS/FEES 250102 650000012411545 | |
| Jan 02 | PREAUTHORIZED CREDIT | $1,665.65 |
| | ACCESS HEALTH ACCESS HEA 250101 5659771 | |
| Jan 02 | PREAUTHORIZED CREDIT | $2,207.42 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910284384*13635696 42~ | |
| Jan 02 | PREAUTHORIZED CREDIT | $100,038.55 |
| | CAREMARK HCCLAIMPMT 2500008429*1752882 129*5659771\ | |
| Jan 03 | AUTOMATIC TRANSFER | $15,503.40 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 03 | PREAUTHORIZED CREDIT | $15,901.78 |
| | ACCESS HEALTH ACCESS HEA 250103 5659771 | |
| Jan 06 | PREAUTHORIZED CREDIT | $105.76 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910298608*13635696 42~ | |
| Jan 06 | PREAUTHORIZED CREDIT | $240.02 |
| | MEDE AMERICA CDA HCCLAIMPMT 7218715*3205716594 *199999999\ | |
| Jan 06 | PREAUTHORIZED CREDIT | $646.42 |
| | HRTLAND PMT SYS TXNS/FEES 250104 650000012411545 | |
| Jan 06 | PREAUTHORIZED CREDIT | $1,694.36 |
| | HRTLAND PMT SYS TXNS/FEES 250105 650000012411545 | |
| Jan 06 | PREAUTHORIZED CREDIT | $4,468.28 |
| | ACCESS HEALTH ACCESS HEA 250106 5659771 | |
| Jan 06 | PREAUTHORIZED CREDIT | $7,301.73 |
| | Prescription TRANSFER 250106 ST-T8I2J9A5J8I1 | |
| Jan 07 | AUTOMATIC TRANSFER | $1,957.98 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 07 | PREAUTHORIZED CREDIT | $1,536.25 |
| | ACCESS HEALTH ACCESS HEA 250107 5659771 | |
| Jan 07 | PREAUTHORIZED CREDIT | $36,864.48 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007961086*14 31420563\ | |
| Jan 07 | PREAUTHORIZED CREDIT | $74,179.86 |
| | CA HCCLAIMPMT 7002143800*1540849 793*198206820101~ | |
| Jan 08 | PREAUTHORIZED CREDIT | $15.17 |
| | ACCESS HEALTH ACCESS HEA 250108 5659771 | |
| Jan 08 | PREAUTHORIZED CREDIT | $40.00 |
| | DREXI INC ACH 250108 5659771 | |
| Jan 08 | PREAUTHORIZED CREDIT | $1,306.84 |
| | HRTLAND PMT SYS TXNS/FEES 250108 650000012411545 | |
| Jan 08 | PREAUTHORIZED CREDIT | $127,508.29 |
| | CAREMARK HCCLAIMPMT 2500019237*1752882 129*5659771\ | |





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Jan 09 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250109 5659771 | $997.19 |
| Jan 09 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910313531*13635696 42~ | $1,370.00 |
| Jan 09 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250109 650000012411545 | $1,692.03 |
| Jan 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $153,818.71 |
| Jan 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250110 650000012411545 | $1,143.00 |
| Jan 10 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5775617*1203113620 \ | $2,638.00 |
| Jan 10 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250110 5659771 | $17,284.06 |
| Jan 10 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001462575*1540849 793*198206820101~ | $59,339.17 |
| Jan 13 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $98.33 |
| Jan 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250111 650000012411545 | $833.04 |
| Jan 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250112 650000012411545 | $1,710.16 |
| Jan 13 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250113 5659771 | $7,816.05 |
| Jan 13 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250113 ST-V9Z4G3I2E5U2 | $8,658.86 |
| Jan 14 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $7,264.91 |
| Jan 14 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007974969*14 31420563\ | $27,387.49 |
| Jan 15 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250115 650000012411545 | $917.21 |
| Jan 15 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250115 5659771 | $2,287.18 |
| Jan 15 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip period 71 Nov 16-30 2024 | $23,236.78 |
| Jan 15 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7219644*3205716594 *199999999\ | $28,615.72 |
| Jan 15 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910241169*13635696 42~ | $51,168.69 |
| Jan 15 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500030464*1752882 129*5659771\ | $79,479.12 |
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $17,317.64 |
| Jan 16 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910334929*13635696 42~ | $802.15 |
| Jan 16 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250116 650000012411545 | $3,428.65 |
| Jan 16 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250116 5659771 | $9,059.64 |
| Jan 17 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7220549*3205716594 *199999999\ | $65.00 |
| Jan 17 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250117 650000012411545 | $1,937.03 |
| Jan 17 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250117 5659771 | $2,013.93 |

46424 0148415 0004-0006 00000000000000000





| | Account Number: | XXXXXX3476 |
| --- | --- | --- |
| | Statement Date: | 01/31/2025 |
| | Page : | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
| --- | --- | --- |
| Jan 17 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Donald Iron Works Bill.com 015ELGYQX CB2WEZ<br>Multiple in voices (details on | $5,100.00 |
| Jan 17 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001463792*1540849 793*198206820101~ | $52,212.49 |
| Jan 21 | PREAUTHORIZED CREDIT<br>TMESYS LLC CLAIM PMT 250121 5659771 | $3.50 |
| Jan 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250118 650000012411545 | $1,210.63 |
| Jan 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250119 650000012411545 | $2,734.98 |
| Jan 21 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250121 ST-B8D1G8B0A1L9 | $8,607.19 |
| Jan 21 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250120 5659771 | $26,920.49 |
| Jan 21 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007989781*14 31420563\ | $34,502.74 |
| Jan 22 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,638.64 |
| Jan 22 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910349167*13635696 42~ | $31.66 |
| Jan 22 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250122 5659771 | $227.78 |
| Jan 22 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250122 650000012411545 | $917.37 |
| Jan 22 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500041773*1752882 129*5659771\ | $78,769.43 |
| Jan 23 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250123 650000012411545 | $1,644.54 |
| Jan 23 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250123 5659771 | $1,924.70 |
| Jan 24 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910370596*13635696 42~ | $17.76 |
| Jan 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250124 650000012411545 | $1,465.80 |
| Jan 24 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250124 5659771 | $7,736.85 |
| Jan 27 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $239,650.98 |
| Jan 27 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5786974*1203113620 \ | $222.37 |
| Jan 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250125 650000012411545 | $891.65 |
| Jan 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250126 650000012411545 | $1,915.21 |
| Jan 27 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250127 ST-F0D7X2M3D9S8 | $9,663.86 |
| Jan 27 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250127 5659771 | $11,938.59 |
| Jan 28 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910385084*13635696 42~ | $478.21 |
| Jan 28 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250128 5659771 | $1,699.49 |
| Jan 28 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008004622*14 31420563\ | $25,866.06 |
| Jan 28 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001466575*1540849 793*198206820101~ | $73,019.57 |

46424 0148416 0005-0006 0000000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX3476 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 6 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 29 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,845.00 |
| Jan 29 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250129 650000012411545 | $1,536.10 |
| Jan 29 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250129 5659771 | $1,848.18 |
| Jan 29 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910322289*13635696 42~ | $16,473.06 |
| Jan 29 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 72 Dec 01-15 2024 | $21,828.53 |
| Jan 30 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7221250*3205716594 *199999999\ | $490.66 |
| Jan 30 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250130 5659771 | $2,061.85 |
| Jan 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250130 650000012411545 | $2,328.82 |
| Jan 31 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $10,816.88 |
| Jan 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250131 650000012411545 | $1,202.08 |
| Jan 31 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250131 5659771 | $3,591.56 |
| Jan 31 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001469558*1540849 793*198206820101~ | $60,344.95 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Dec 31 | $0.00 | Jan 09 | -$222,665.02 | Jan 17 | $0.00 | Jan 27 | $0.00 |
| Jan 02 | $0.00 | Jan 10 | $0.00 | Jan 21 | $0.00 | Jan 28 | $0.00 |
| Jan 03 | $0.00 | Jan 13 | $0.00 | Jan 22 | $0.00 | Jan 29 | $0.00 |
| Jan 06 | $0.00 | Jan 14 | $0.00 | Jan 23 | $0.00 | Jan 30 | $0.00 |
| Jan 07 | $0.00 | Jan 15 | $0.00 | Jan 24 | $0.00 | Jan 31 | $0.00 |
| Jan 08 | $0.00 | Jan 16 | $0.00 | | | | |

46424 0148417 0006-0006 00000000000000000

