# SUPPORTING DOCUMENTATION

## (January 2025)



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2025 through January 31, 2025
Account Number:                 7201



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00005454 DDA 703 212 03225 NNNNNNNNNNN 1 000000000 61 0000

EASYCARE PHARMACY LLC
DEBTOR IN POSSESSION
7320 WOODLAKE AVE STE 100
WEST HILLS CA 91307-1493

# CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$17,289.42** |
| Deposits and Additions | 2 | 5,057.10 |
| Electronic Withdrawals | 1 | - 17,000.00 |
| **Ending Balance** | **3** | **$5,346.52** |

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07 | Deposit    1250884576 | $2,136.72 |
| 01/23 | Deposit | 2,920.38 |
| **Total Deposits and Additions** | | **$5,057.10** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/13 | Online Transfer To Chk ...0359 Transaction#: 23372889362 | $17,000.00 |
| **Total Electronic Withdrawals** | | **$17,000.00** |

Your service charges, fees and earnings credit have been calculated through account analysis.

# DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/07 | $19,426.14 |
| 01/13 | 2,426.14 |
| 01/23 | 5,346.52 |



January 01, 2025 through January 31, 2025

Account Number: ███████████ **7201**

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | December 31, 2024 |
| **Statement Ending:** | January 31, 2025 |
| **Page:** | 1 of 6 |

42828 TWS380WR020125030646 01 000000000 50 007

EASYCARE PHARMACY LLC
1439 KENSINGTON RD SUITE 102
OAK BROOK IL 60523




## Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                                    Account Number:    XXXXXX7617

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 01/01/25** | **$0.00** |
| + Deposits and Credits (82) | $709,657.09 |
| - Withdrawals and Debits (41) | $709,530.02 |
| **Ending Balance as of 01/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $127.07 |
| Number of Days in Statement Period | 31 |

---

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jan 02 | CASH MGMT TRSFR DR<br>REF 0020924L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$68,900.19 |
| Jan 02 | PREAUTHORIZED DEBIT<br>ADT SECURITY SER ADTPAPACH 250102 | -$110.50 |
| Jan 02 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250101 650000012411487 | -$1,199.27 |
| Jan 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,048.27 |
| Jan 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,609.27 |
| Jan 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com 015XVEJYFTAKUIX<br>I nv FE12557 | -$810.00 |
| Jan 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Virtus Pharmaceuti cals LLC Bill.com<br>015SIPPZMHAKPR9 Ac ct 100533 - Inv 23 | -$9,310.00 |
| Jan 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$20,516.29 |
| Jan 08 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$50,484.89 |
| Jan 09 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015NCCKVZOAPPYS | -$94,181.62 |
| Jan 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015FUZTTGXAT7YR | -$2,014.06 |




**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



**WINTRUST**
**BANK**®

| | |
|---|---|
| Account Number: | XXXXXX7617 |
| Statement Date: | 01/31/2025 |
| Page : | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 13 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250113 2057179829 2220 | -$3,188.71 |
| Jan 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$11,271.72 |
| Jan 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015YVKM ZIWAUMCL Acct<br>FCA3 69451 - Multiple i | -$18,819.39 |
| Jan 15 | CASH MGMT TRSFR DR<br>REF 0151045L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$77,628.99 |
| Jan 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Wis International Bill.com 015AYJHBQ AAYWRB Inv 01-<br>1137 661 | -$1,040.00 |
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$11,477.26 |
| Jan 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 12/24 | -$127.07 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$34,057.68 |
| Jan 21 | CASH MGMT TRSFR DR<br>REF 0211524L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$48,006.49 |
| Jan 22 | CASH MGMT TRSFR DR<br>REF 0221200L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$39,713.93 |
| Jan 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015XTSNHZL B571E Acct<br>102974 - Inv 185714 | -$787.17 |
| Jan 23 | PREAUTHORIZED DEBIT<br>MATCHRX ACH Collec 250123 43259501 | -$25.00 |
| Jan 23 | PREAUTHORIZED DEBIT<br>Bill.com Payables Forte Bio-Pharma L LC Bill.com 015BKI RYCHB7P3Y<br>Acct 252 8744 - Inv 20852 | -$34,010.74 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,524.55 |
| Jan 27 | PREAUTHORIZED DEBIT<br>OUTCOMES Payment 250127 | -$349.00 |
| Jan 27 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250127 2057179829 2220 | -$1,417.68 |
| Jan 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015SZSYIWBBCUY8 | -$6,650.59 |
| Jan 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$28,707.48 |
| Jan 28 | CASH MGMT TRSFR DR<br>REF 0281333L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$34,113.35 |
| Jan 28 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 250128 | -$121.23 |
| Jan 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables HCP Inc B ill.com 015VPHJOFG BEWRA Acct 0301488 2<br>- Inv RE-1000097 | -$8,003.52 |
| Jan 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Virtus Pharmaceuti cals LLC Bill.com<br>015VSFSAFGBE358 Ac ct 100533 - Inv 23 | -$9,310.00 |
| Jan 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables GENERAL LOGISTICS SYSTEMS US, INC Bi ll.com<br>015MPCYBIIB GDJL Acct 82502 - | -$62.16 |
| Jan 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables LICENSE PROTECTION SERVICES LLC Bill .com<br>015HWXPPARBGD JJ Inv 683 | -$489.00 |

42828 0135715 0002-0006 00000000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7617 |
| **Statement Date:** | | 01/31/2025 |
| **Page :** | | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>015TJMGIRKBGDJK I nv FE12556 | -$540.00 |
| Jan 29 | PREAUTHORIZED DEBIT<br>Bill.com Payables American Flyer Dis tribution Bill.com<br>015MVBUVHFBGDJI I nv FE12561 | -$637.50 |
| Jan 29 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$33,523.81 |
| Jan 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,330.14 |
| Jan 31 | CASH MGMT TRSFR DR<br>REF 0311212L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$32,587.81 |
| Jan 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables CityMedRx LLC B ill.com 015YDZRTDV BKQ3C Acct<br>16190 - Inv S183478 | -$383.76 |
| Jan 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables CityMedRx LLC B ill.com 015QQGQGDU BK65T Acct<br>16190 - Inv S183098 | -$567.00 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jan 02 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250101 5661649 | $838.43 |
| Jan 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250101 650000012411487 | $1,124.70 |
| Jan 02 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250102 650000012411487 | $1,734.14 |
| Jan 02 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910284425*13635696 42~ | $2,908.67 |
| Jan 02 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500008449*1752882 129*5661649\ | $63,604.02 |
| Jan 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250103 5661649 | $7,048.27 |
| Jan 06 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt GENERAL LOGISTICS SYSTEMS US, INC Bi ll.com<br>015HBLPDRGA KLYW Acct 82502 - | $25.50 |
| Jan 06 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7218757*3205716594 *199999999\ | $366.01 |
| Jan 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250104 650000012411487 | $1,459.87 |
| Jan 06 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250106 ST-B7L1M2G8T0Q1 | $1,831.78 |
| Jan 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250105 650000012411487 | $2,926.11 |
| Jan 07 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007961051*14 31420563\ | $11,496.47 |
| Jan 07 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001458634*1540849 793*118416673802~ | $19,139.82 |
| Jan 08 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250108 5661649 | $589.60 |
| Jan 08 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250108 650000012411487 | $1,936.13 |
| Jan 08 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500019256*1752882 129*5661649\ | $47,959.16 |

42828 0135716 0003-0006 0000000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7617 |
| **Statement Date:** | | 01/31/2025 |
| **Page :** | | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 09 | PREAUTHORIZED CREDIT | $1,243.78 |
| | HRTLAND PMT SYS TXNS/FEES 250109 650000012411487 | |
| Jan 09 | PREAUTHORIZED CREDIT | $3,702.80 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910313568*13635696 42~ | |
| Jan 09 | PREAUTHORIZED CREDIT | $7,544.32 |
| | ACCESS HEALTH ACCESS HEA 250109 5661649 | |
| Jan 10 | AUTOMATIC TRANSFER | $39,766.92 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 10 | PREAUTHORIZED CREDIT | $1,315.05 |
| | HRTLAND PMT SYS TXNS/FEES 250110 650000012411487 | |
| Jan 10 | PREAUTHORIZED CREDIT | $1,617.65 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04220853*143 1420563\ | |
| Jan 10 | PREAUTHORIZED CREDIT | $1,991.56 |
| | TRICARE-ONLY DOD REMIT TRN*1*03218558*143 1420563\ | |
| Jan 10 | PREAUTHORIZED CREDIT | $2,004.28 |
| | RXCROSSROADS BY HCCLAIMPMT 5775596*1203113620 \ | |
| Jan 10 | PREAUTHORIZED CREDIT | $5,597.58 |
| | ACCESS HEALTH ACCESS HEA 250110 5661649 | |
| Jan 10 | PREAUTHORIZED CREDIT | $29,397.68 |
| | CA HCCLAIMPMT 7001460687*1540849 793*118416673802~ | |
| Jan 13 | PREAUTHORIZED CREDIT | $927.27 |
| | HRTLAND PMT SYS TXNS/FEES 250111 650000012411487 | |
| Jan 13 | PREAUTHORIZED CREDIT | $970.06 |
| | HRTLAND PMT SYS TXNS/FEES 250112 650000012411487 | |
| Jan 13 | PREAUTHORIZED CREDIT | $2,569.50 |
| | ACCESS HEALTH ACCESS HEA 250113 5661649 | |
| Jan 13 | PREAUTHORIZED CREDIT | $12,007.66 |
| | Prescription TRANSFER 250113 ST-F8B0A9A0B1T5 | |
| Jan 14 | AUTOMATIC TRANSFER | $5,592.95 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 14 | PREAUTHORIZED CREDIT | $13,226.44 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007974935*14 31420563\ | |
| Jan 15 | PREAUTHORIZED CREDIT | $2,573.70 |
| | HRTLAND PMT SYS TXNS/FEES 250115 650000012411487 | |
| Jan 15 | PREAUTHORIZED CREDIT | $3,099.50 |
| | Monarch Specialt ePay brightscrip period 71 Nov 16-30 2024 | |
| Jan 15 | PREAUTHORIZED CREDIT | $9,541.25 |
| | ACCESS HEALTH ACCESS HEA 250115 5661649 | |
| Jan 15 | PREAUTHORIZED CREDIT | $10,019.67 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910241193*13635696 42~ | |
| Jan 15 | PREAUTHORIZED CREDIT | $19,456.70 |
| | MEDE AMERICA CDA HCCLAIMPMT 7219675*3205716594 *199999999\ | |
| Jan 15 | PREAUTHORIZED CREDIT | $32,938.17 |
| | CAREMARK HCCLAIMPMT 2500030483*1752882 129*5661649\ | |
| Jan 16 | PREAUTHORIZED CREDIT | $1,726.91 |
| | HRTLAND PMT SYS TXNS/FEES 250116 650000012411487 | |
| Jan 16 | PREAUTHORIZED CREDIT | $10,790.35 |
| | ACCESS HEALTH ACCESS HEA 250116 5661649 | |
| Jan 17 | PREAUTHORIZED CREDIT | $272.82 |
| | ACCESS HEALTH ACCESS HEA 250117 5661649 | |
| Jan 17 | PREAUTHORIZED CREDIT | $625.10 |
| | MEDE AMERICA CDA HCCLAIMPMT 7220584*3205716594 *199999999\ | |
| Jan 17 | PREAUTHORIZED CREDIT | $3,228.02 |
| | HRTLAND PMT SYS TXNS/FEES 250117 650000012411487 | |
| Jan 17 | PREAUTHORIZED CREDIT | $30,058.81 |
| | CA HCCLAIMPMT 7001464881*1540849 793*118416673802~ | |
| Jan 21 | PREAUTHORIZED CREDIT | $2,039.25 |
| | HRTLAND PMT SYS TXNS/FEES 250119 650000012411487 | |

42828 0135717 0004-0006 00000000000000000





| | |
|---|---|
| Account Number: | XXXXXX7617 |
| Statement Date: | 01/31/2025 |
| Page : | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

42828 0135718 0005-0006 00000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250118 650000012411487 | $3,761.18 |
| Jan 21 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250121 ST-S5Y4O4Y1J8J9 | $8,123.63 |
| Jan 21 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*007989748*14 31420563\ | $10,452.73 |
| Jan 21 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250120 5661649 | $23,629.70 |
| Jan 22 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $787.17 |
| Jan 22 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250122 5661649 | $224.25 |
| Jan 22 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250122 650000012411487 | $1,080.38 |
| Jan 22 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500041791*1752882 129*5661649\ | $38,409.30 |
| Jan 23 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $29,766.75 |
| Jan 23 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 250123 5661649 | $24.82 |
| Jan 23 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250123 5661649 | $1,122.87 |
| Jan 23 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250123 650000012411487 | $3,121.30 |
| Jan 24 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250124 5661649 | $474.40 |
| Jan 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250124 650000012411487 | $1,893.11 |
| Jan 24 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910370625*13635696 42~ | $4,157.04 |
| Jan 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250126 650000012411487 | $1,485.23 |
| Jan 27 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5786950*1203113620 \ | $1,576.39 |
| Jan 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250125 650000012411487 | $1,855.87 |
| Jan 27 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250127 ST-D8J1S2C8G3D0 | $4,382.48 |
| Jan 27 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250127 5661649 | $27,824.78 |
| Jan 28 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250128 5661649 | $6,687.58 |
| Jan 28 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008004589*14 31420563\ | $9,523.43 |
| Jan 28 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001466937*1540849 793*118416673802~ | $35,337.09 |
| Jan 29 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250129 5661649 | $1,546.04 |
| Jan 29 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250129 650000012411487 | $1,682.81 |
| Jan 29 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910322311*13635696 42~ | $4,009.98 |
| Jan 29 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 72 Dec 01-15 2024 | $4,407.75 |
| Jan 29 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500053199*1752882 129*5661649\ | $23,605.89 |
| Jan 30 | PREAUTHORIZED CREDIT<br>DREXI INC ACH 250130 5661649 | $19.82 |



# WINTRUST BANK®

| | |
|---|---|
| **Account Number:** | XXXXXX7617 |
| **Statement Date:** | 01/31/2025 |
| **Page :** | 6 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 30 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt GENERAL LOGISTICS SYSTEMS US, INC Bi ll.com<br>015OJYXLBPB K1GS Acct 82502 - | $58.35 |
| Jan 30 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7221275*3205716594 *199999999\ | $431.05 |
| Jan 30 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250130 5661649 | $1,473.57 |
| Jan 30 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250130 650000012411487 | $2,347.35 |
| Jan 31 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $950.76 |
| Jan 31 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250131 5661649 | $2,034.32 |
| Jan 31 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250131 650000012411487 | $2,875.19 |
| Jan 31 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001470197*1540849 793*118416673802~ | $27,678.30 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Dec 31 | $0.00 | Jan 09 | -$81,690.72 | Jan 17 | $0.00 | Jan 27 | $0.00 |
| Jan 02 | $0.00 | Jan 10 | $0.00 | Jan 21 | $0.00 | Jan 28 | $0.00 |
| Jan 03 | $0.00 | Jan 13 | $0.00 | Jan 22 | $0.00 | Jan 29 | $0.00 |
| Jan 06 | $0.00 | Jan 14 | $0.00 | Jan 23 | $0.00 | Jan 30 | $0.00 |
| Jan 07 | $0.00 | Jan 15 | $0.00 | Jan 24 | $0.00 | Jan 31 | $0.00 |
| Jan 08 | $0.00 | Jan 16 | $0.00 | | | | |

