# SUPPORTING DOCUMENTATION

## (January 2025)

# CHASE CONNECT℠

Printed from Chase Connect

## Reports

## Primecare Pharmacy, LLC

Account

## PrimeCare
(...2236)

Showing 2 of 2 transactions

Filtered by:

All transactions      Jan 1, 2025 To Jan 31, 2025

| Date | Description | Account | Transaction type | Amount | Balance |
|------|-------------|---------|------------------|--------|---------|
| Jan 23, 2025 | DEPOSIT | PrimeCare (...2236) | Deposit | **$4,611.00** | $7,081.54 |
| Jan 2, 2025 | ORIG CO NAME:HRTLAND PMT SYS ORIG ID:WFBEHPS001 DESC DATE: CO ENTRY DESCR:TXNS/FEES SEC:CCD TRACE#:043305133715143 EED:250102 IND ID:650000012411073 IND NAME:PRIMECARE PHARMACY TRN: 0023715143TC | PrimeCare (...2236) | ACH debit | -$49.13 | $2,470.54 |

You've reached the end of your activity.



**WINTRUST**
**BANK**®

9801 W. Higgins, Box 32, Rosemont, IL 60018



38367 TWS380WR020125030646 01 000000000 49 006
PRIMECARE PHARMACY LLC
1437 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

| | |
|---|---|
| **Last Statement:** | December 31, 2024 |
| **Statement Ending:** | January 31, 2025 |
| **Page:** | 1 of 5 |

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                 Account Number:    XXXXXX1761

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 01/01/25** | **$0.00** |
| + Deposits and Credits (55) | $954,365.35 |
| - Withdrawals and Debits (32) | $954,242.96 |
| **Ending Balance as of 01/31/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $122.39 |
| Number of Days in Statement Period | 31 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Jan 02 | CASH MGMT TRSFR DR<br>REF 0020927L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$70,387.13 |
| Jan 02 | PREAUTHORIZED DEBIT<br>Bill.com Payables CityMedRx LLC B ill.com 015FIJFTHX AEKGS Acct<br>16197 - Multiple invoices | -$1,971.84 |
| Jan 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$4,675.27 |
| Jan 06 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 250106 | -$151.22 |
| Jan 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015XCUAVID AJ0BT Inv<br>185368 | -$2,151.19 |
| Jan 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015JLNI QOQAIRHJ Acct<br>FCA3 69428 - Multiple i | -$7,317.32 |
| Jan 07 | CASH MGMT TRSFR DR<br>REF 0070844L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$70,771.33 |
| Jan 08 | CASH MGMT TRSFR DR<br>REF 0080733L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$76,417.20 |
| Jan 09 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,952.29 |
| Jan 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015KZOWOBAAQOTJ | -$49,784.93 |
| Jan 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,979.39 |



## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

### Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX1761 |
| **Statement Date:** | | 01/31/2025 |
| **Page :** | | 2 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Jan 13 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250113 2057179792 2220 | -$1,037.83 |
| Jan 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015QRYLOQD ASL9E Acct N506.27<br>4 - Inv PNRX-18992 | -$1,248.22 |
| Jan 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$11,669.88 |
| Jan 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$22,705.00 |
| Jan 15 | CASH MGMT TRSFR DR<br>REF 0151046L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$152,591.55 |
| Jan 16 | PREAUTHORIZED DEBIT<br>Bill.com Payables Wis International Bill.com 015ZESSQK XAZBWD Inv<br>01-1137 661 | -$1,040.00 |
| Jan 16 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$12,536.87 |
| Jan 17 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 12/24 | -$122.39 |
| Jan 17 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$40,951.85 |
| Jan 21 | CASH MGMT TRSFR DR<br>REF 0211523L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$68,515.41 |
| Jan 22 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ONCJDXZB5860 | -$2,294.60 |
| Jan 22 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$31,807.81 |
| Jan 23 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,346.68 |
| Jan 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,779.62 |
| Jan 27 | PREAUTHORIZED DEBIT<br>OUTCOMES Payment 250127 | -$349.00 |
| Jan 27 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250127 2057179792 2220 | -$899.63 |
| Jan 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015JWGLVRVBD2PX | -$124,152.90 |
| Jan 28 | CASH MGMT TRSFR DR<br>REF 0281333L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$68,493.29 |
| Jan 29 | CASH MGMT TRSFR DR<br>REF 0291246L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$63,892.24 |
| Jan 30 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,911.76 |
| Jan 31 | CASH MGMT TRSFR DR<br>REF 0311212L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$45,097.45 |
| Jan 31 | PREAUTHORIZED DEBIT<br>Bill.com Payables CityMedRx LLC B ill.com 015IMPQPCP BKRYW Acct<br>16197 - Inv S183689 | -$3,362.26 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Jan 02 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,971.84 |



38367 0121630 0002-0005 0000000000000000000



| | Account Number: | XXXXXX1761 |
|---|---|---|
| | Statement Date: | 01/31/2025 |
| | Page : | 3 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

38367 0121631 0003-0005 0000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 02 | PREAUTHORIZED CREDIT | $34.37 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910284406*13635696 42~ | |
| Jan 02 | PREAUTHORIZED CREDIT | $794.52 |
| | ACCESS HEALTH ACCESS HEA 250101 5660801 | |
| Jan 02 | PREAUTHORIZED CREDIT | $69,558.24 |
| | CAREMARK HCCLAIMPMT 2500008438*1752882 129*5660801\ | |
| Jan 03 | PREAUTHORIZED CREDIT | $4,675.27 |
| | ACCESS HEALTH ACCESS HEA 250103 5660801 | |
| Jan 06 | AUTOMATIC TRANSFER | $657.69 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 06 | PREAUTHORIZED CREDIT | $35.02 |
| | MEDE AMERICA CDA HCCLAIMPMT 7218735*3205716594 *199999999\ | |
| Jan 06 | PREAUTHORIZED CREDIT | $2,619.40 |
| | ACCESS HEALTH ACCESS HEA 250106 5660801 | |
| Jan 06 | PREAUTHORIZED CREDIT | $6,307.62 |
| | Prescription TRANSFER 250106 ST-B2W3H7N4F6X2 | |
| Jan 07 | PREAUTHORIZED CREDIT | $3,864.19 |
| | ACCESS HEALTH ACCESS HEA 250107 5660801 | |
| Jan 07 | PREAUTHORIZED CREDIT | $27,461.66 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007961081*14 31420563\ | |
| Jan 07 | PREAUTHORIZED CREDIT | $39,445.48 |
| | CA HCCLAIMPMT 7001459004*1540849 793*140730146801~ | |
| Jan 08 | PREAUTHORIZED CREDIT | $5,167.50 |
| | ACCESS HEALTH ACCESS HEA 250108 5660801 | |
| Jan 08 | PREAUTHORIZED CREDIT | $71,249.70 |
| | CAREMARK HCCLAIMPMT 2500019245*1752882 129*5660801\ | |
| Jan 09 | PREAUTHORIZED CREDIT | $502.00 |
| | ACCESS HEALTH ACCESS HEA 250109 5660801 | |
| Jan 09 | PREAUTHORIZED CREDIT | $1,450.29 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910313551*13635696 42~ | |
| Jan 10 | PREAUTHORIZED CREDIT | $1,234.12 |
| | TRICARE-ONLY DOD REMIT TRN*1*03218556*143 1420563\ | |
| Jan 10 | PREAUTHORIZED CREDIT | $9,755.76 |
| | ACCESS HEALTH ACCESS HEA 250110 5660801 | |
| Jan 10 | PREAUTHORIZED CREDIT | $44,774.44 |
| | CA HCCLAIMPMT 7001461243*1540849 793*140730146801~ | |
| Jan 13 | PREAUTHORIZED CREDIT | $6,109.54 |
| | Prescription TRANSFER 250113 ST-W1G5I3Q0G9B8 | |
| Jan 13 | PREAUTHORIZED CREDIT | $7,846.39 |
| | ACCESS HEALTH ACCESS HEA 250113 5660801 | |
| Jan 14 | PREAUTHORIZED CREDIT | $22,705.00 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007974964*14 31420563\ | |
| Jan 15 | PREAUTHORIZED CREDIT | $10,082.11 |
| | MEDE AMERICA CDA HCCLAIMPMT 7219655*3205716594 *199999999\ | |
| Jan 15 | PREAUTHORIZED CREDIT | $11,775.63 |
| | Monarch Specialt ePay brightscrip period 71 Nov 16-30 2024 | |
| Jan 15 | PREAUTHORIZED CREDIT | $15,187.04 |
| | ACCESS HEALTH ACCESS HEA 250115 5660801 | |
| Jan 15 | PREAUTHORIZED CREDIT | $32,286.26 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910241180*13635696 42~ | |
| Jan 15 | PREAUTHORIZED CREDIT | $83,260.51 |
| | CAREMARK HCCLAIMPMT 2500030473*1752882 129*5660801\ | |
| Jan 16 | PREAUTHORIZED CREDIT | $13,576.87 |
| | ACCESS HEALTH ACCESS HEA 250116 5660801 | |
| Jan 17 | PREAUTHORIZED CREDIT | $4,340.64 |
| | ACCESS HEALTH ACCESS HEA 250117 5660801 | |
| Jan 17 | PREAUTHORIZED CREDIT | $36,733.60 |
| | CA HCCLAIMPMT 7001465232*1540849 793*140730146801~ | |





| | |
|---|---|
| Account Number: | XXXXXX1761 |
| Statement Date: | 01/31/2025 |
| Page : | 4 of 5 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Jan 21 | PREAUTHORIZED CREDIT | $7,549.58 |
| | Prescription TRANSFER 250121 ST-G1B2E9G4I5T9 | |
| Jan 21 | PREAUTHORIZED CREDIT | $26,722.50 |
| | ACCESS HEALTH ACCESS HEA 250120 5660801 | |
| Jan 21 | PREAUTHORIZED CREDIT | $34,243.33 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*007989776*14 31420563\ | |
| Jan 22 | PREAUTHORIZED CREDIT | $98.97 |
| | ACCESS HEALTH ACCESS HEA 250122 5660801 | |
| Jan 22 | PREAUTHORIZED CREDIT | $34,003.44 |
| | CAREMARK HCCLAIMPMT 2500041781*1752882 129*5660801\ | |
| Jan 23 | PREAUTHORIZED CREDIT | $3,346.68 |
| | ACCESS HEALTH ACCESS HEA 250123 5660801 | |
| Jan 24 | PREAUTHORIZED CREDIT | $818.35 |
| | TRICARE-ONLY DOD REMIT TRN*1*03221270*143 1420563\ | |
| Jan 24 | PREAUTHORIZED CREDIT | $1,159.15 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04223767*143 1420563\ | |
| Jan 24 | PREAUTHORIZED CREDIT | $1,802.12 |
| | ACCESS HEALTH ACCESS HEA 250124 5660801 | |
| Jan 27 | AUTOMATIC TRANSFER | $98,611.48 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 27 | PREAUTHORIZED CREDIT | $9,135.76 |
| | Prescription TRANSFER 250127 ST-Y6E9N4I3A3W7 | |
| Jan 27 | PREAUTHORIZED CREDIT | $17,654.29 |
| | ACCESS HEALTH ACCESS HEA 250127 5660801 | |
| Jan 28 | PREAUTHORIZED CREDIT | $2.79 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910385101*13635696 42~ | |
| Jan 28 | PREAUTHORIZED CREDIT | $1,539.55 |
| | ACCESS HEALTH ACCESS HEA 250128 5660801 | |
| Jan 28 | PREAUTHORIZED CREDIT | $21,841.18 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008004617*14 31420563\ | |
| Jan 28 | PREAUTHORIZED CREDIT | $45,109.77 |
| | CA HCCLAIMPMT 7001467746*1540849 793*140730146801~ | |
| Jan 29 | PREAUTHORIZED CREDIT | $334.75 |
| | ACCESS HEALTH ACCESS HEA 250129 5660801 | |
| Jan 29 | PREAUTHORIZED CREDIT | $14,363.83 |
| | Monarch Specialt ePay brightscrip Period 72 Dec 01-15 2024 | |
| Jan 29 | PREAUTHORIZED CREDIT | $16,725.21 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910322300*13635696 42~ | |
| Jan 29 | PREAUTHORIZED CREDIT | $32,468.45 |
| | CAREMARK HCCLAIMPMT 2500053188*1752882 129*5660801\ | |
| Jan 30 | PREAUTHORIZED CREDIT | $35.02 |
| | MEDE AMERICA CDA HCCLAIMPMT 7221258*3205716594 *199999999\ | |
| Jan 30 | PREAUTHORIZED CREDIT | $2,876.74 |
| | ACCESS HEALTH ACCESS HEA 250130 5660801 | |
| Jan 31 | AUTOMATIC TRANSFER | $3,362.26 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Jan 31 | PREAUTHORIZED CREDIT | $2,533.31 |
| | ACCESS HEALTH ACCESS HEA 250131 5660801 | |
| Jan 31 | PREAUTHORIZED CREDIT | $42,564.14 |
| | CA HCCLAIMPMT 7001470679*1540849 793*140730146801~ | |



## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Dec 31 | $0.00 | Jan 03 | $0.00 | Jan 07 | $0.00 | Jan 09 | $0.00 |
| Jan 02 | $0.00 | Jan 06 | $0.00 | Jan 08 | $0.00 | Jan 10 | $0.00 |

38367 0121632 0004-0005 00000000000000000

**WINTRUST** BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

38367 0121633 0005-0005 00000000000000000

## Daily Balances (Continued)

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jan 13 | $0.00 | Jan 17 | $0.00 | Jan 24 | $0.00 | Jan 29 | $0.00 |
| Jan 14 | $0.00 | Jan 21 | $0.00 | Jan 27 | $0.00 | Jan 30 | $0.00 |
| Jan 15 | $0.00 | Jan 22 | $0.00 | Jan 28 | $0.00 | Jan 31 | $0.00 |
| Jan 16 | $0.00 | Jan 23 | $0.00 | | | | |

