# EXHIBIT A

**SUMMARY OF BLENDED RATE**

**BILLING DISCLOSURES FOR SAUL EWING LLP**

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 2 | $682 | $746.67 |
| Junior Partners | 0 | $570 | N/A |
| Counsel | 0 | $576 | N/A |
| Senior Associates | 0 | $428 | N/A |
| Junior Associates | 0 | $343 | N/A |
| Paralegal | 0 | $298 | N/A |
| Other (Litigation, Support, Paraprofessional, Clerical) | 2 | $283 | $221.60 |
| **Aggregated:** | | **$553.00** | **$562.50** |