# EXHIBIT B

**TIMEKEEPER SUMMARY**

## SUMMARY OF BILLING BY TIMEKEEPER

### For the Period from January 1, 2025 through January 31, 2025

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position at Saul Ewing | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Evan T. Miller | 2009 | Partner (2023)[1] | Bankruptcy | $735.00 | 5.8 | $4,263.00 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $770.00 | 2.9 | $2,233.00 |
| Aida McLaughlin | N/A | Paraprofessional | Litigation and Bankruptcy | $225.00 | 1.5 | $337.50 |
| Sean F. Kenny | N/A | Paraprofessional | Bankruptcy | $220.00 | 3.2 | $704.00 |
| TOTAL | | | | | 13.4 | **$7,537.50** |

**Blended Hourly Rate: $562.50**

---

[1] Evan Miller joined Saul Ewing as a Partner in 2023. He was previously a director at his prior firm.