# EXHIBIT C

**DETAILED TIME ENTRIES BY CATEGORY**

## SUMMARY OF BILLING BY CATEGORY

### For the Period from January 1, 2025 through January 31, 2025

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (Saul Ewing) | 7.2 | $3,107.00 |
| Preparation for and Attendance at Hearings | 5.6 | $3,968.50 |
| Litigation: Contested Matters and Adversary Proceedings | 0.6 | $462.00 |
| **TOTAL** | **13.4** | **$7,537.50** |



www.saul.com

Optio Rx LLC - Official Committee of Unsecured Creditors  Invoice Number   4405983
N/A - Committee N/A - Committee                          Invoice Date     02/28/25
3701 Commercial Avenue, Suite 14                         Client Number    391790
Northbrook, IL 60062                                     Matter Number    00010

Re:   Fee / Employment Applications (Saul Ewing)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/03/25 | MGN | Correspondence to and from J. Garcia regarding preparing Sixth Monthly Fee Application. | 0.20 | 154.00 |
| 01/08/25 | AM | Draft notice of rate increase; email to J. Garcia | 0.30 | 67.50 |
| 01/09/25 | ETM | Review fee app filing and EMs with SK/MN re same | 0.30 | 220.50 |
| 01/09/25 | SFK | Draft Certification of No Objection for Saul's 5th Monthly Fee Application. | 0.20 | 44.00 |
| 01/10/25 | AM | Draft sixth interim fee application; e-mails with accounting regarding fee breakdowns; e-mail to J. Garcia | 1.20 | 270.00 |
| 01/10/25 | SFK | Electronically docket Certification of No Objection for Saul's 5th Monthly Fee Application. | 0.20 | 44.00 |
| 01/21/25 | MGN | Review and revise change of rate pleading. | 0.20 | 154.00 |
| 01/21/25 | MGN | Review Saul Ewing's Sixth Monthly Fee Application. | 0.30 | 231.00 |
| 01/22/25 | MGN | Review and revise Sixth Monthly Fee Application. | 0.40 | 308.00 |
| 01/22/25 | ETM | Various EMs re status of fee app and rates and EMs with MN/SK re same | 0.40 | 294.00 |
| 01/22/25 | SFK | Analyze, revise Saul's Notice of yearly rate changes. | 0.40 | 88.00 |
| 01/22/25 | SFK | Analyze, revise Saul's 6th Monthly Fee Application. | 0.60 | 132.00 |
| 01/22/25 | SFK | Further revisions of Saul's 6th Monthly Fee Application. | 0.50 | 110.00 |
| 01/23/25 | MGN | Review and revise Saul Ewing's fees Sixth Monthly Fee Application to be filed with the court. | 0.10 | 77.00 |
| 01/23/25 | MGN | Multiple correspondence to S. Kenney and E. Miller regarding | 0.10 | 77.00 |

| 391790   | Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice | 4405983 |
| 00010    | Fee / Employment Applications (Saul Ewing) |         | Page: 2 |
| 02/28/25 |                                          |         |         |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| | | same. | | |
| 01/24/25 | MGN | Further revisions to Saul Ewing's Sixth Monthly Fee Application. | 0.50 | 385.00 |
| 01/27/25 | SFK | Revise, finalize Saul's 6th Monthly Fee Application. | 0.20 | 44.00 |
| 01/27/25 | SFK | Prepare final PDFS of Saul's 6th Monthly Fee Application for Evan Miller approval. | 0.20 | 44.00 |
| 01/29/25 | SFK | Finalize Saul's 6th Monthly Fee Application. | 0.10 | 22.00 |
| 01/29/25 | SFK | Prepare final PDFS of Saul's 6th Monthly Fee Application for Evan Miller approval. | 0.10 | 22.00 |
| 01/29/25 | SFK | Electronically docket Saul's 6th Monthly Fee Application. | 0.40 | 88.00 |
| 01/31/25 | MGN | Multiple telephone conferences with S. Kenney regarding status of outstanding amounts due and paid. | 0.30 | 231.00 |
| | | TOTAL HOURS | 7.20 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Sean F. Kenny | 2.90 | at | 220.00 | = | 638.00 |
| Aida McLaughlin | 1.50 | at | 225.00 | = | 337.50 |
| Evan T. Miller | 0.70 | at | 735.00 | = | 514.50 |
| Michelle G. Novick | 2.10 | at | 770.00 | = | 1,617.00 |
| | | | | CURRENT FEES | 3,107.00 |
| | | | | TOTAL AMOUNT OF THIS INVOICE | 3,107.00 |



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4405985 |
| N/A - Committee N/A - Committee | Invoice Date | 02/28/25 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00017 |

Re:   Preparation for and Attendance at Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/07/25 | ETM | Review status of open items for hearing and supporting docs re same | 1.00 | 735.00 |
| 01/07/25 | ETM | Review settlement package and EMs with MN re same | 0.40 | 294.00 |
| 01/08/25 | MGN | Correspondence to and from E. Miller regarding appearing at omnibus hearing in Optio and issues relating thereto. | 0.20 | 154.00 |
| 01/08/25 | ETM | Prepare for/review docs ahead of 1/9 hearing | 1.30 | 955.50 |
| 01/08/25 | SFK | Prepare Attorney Hearing binder for 1/9 Omnibus hearing. | 0.30 | 66.00 |
| 01/09/25 | ETM | Prepare for and attend 1/9 hearing | 2.40 | 1,764.00 |
| | | TOTAL HOURS | 5.60 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Sean F. Kenny | 0.30 | at | 220.00 | = | 66.00 |
| Evan T. Miller | 5.10 | at | 735.00 | = | 3,748.50 |
| Michelle G. Novick | 0.20 | at | 770.00 | = | 154.00 |
| | | | CURRENT FEES | | 3,968.50 |

TOTAL AMOUNT OF THIS INVOICE    3,968.50



www.saul.com

| | | | | | |
|---|---|---|---|---|---|
| Invoice Date: | 02/28/25 | Invoice No.: | 4405985 | Client/Matter No.: | 391790.00017 |

For professional services rendered through 01/31/25

| | | |
|---|---|---|
| Professional Charges | $ | 3,968.50 |
| **TOTAL AMOUNT DUE FOR THIS INVOICE** | **$** | **3,968.50** |

161 North Clark, Suite 4200 ◆ Chicago, IL 60601 ◆ Phone: 312-876-7100 ◆ Fax: (312) 876-0288

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4405984 |
| N/A - Committee N/A - Committee | Invoice Date | 02/20/25 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00014 |

Re:   Litigation: Contested Matters and Adversary Proceedings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/07/25 | MGN | Review Stipulation Concerning Setoff Rights for G. Savino and Baybridge Pharmacy. | 0.10 | 77.00 |
| 01/07/25 | MGN | Correspondence to E. Miller regarding same. | 0.10 | 77.00 |
| 01/10/25 | MGN | Review docket and pleadings in connection with correspondence from P. Altman. | 0.20 | 154.00 |
| 01/10/25 | MGN | Correspondence to and from P. Altman regarding same. | 0.20 | 154.00 |
| | | TOTAL HOURS | 0.60 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Michelle G. Novick | 0.60 at | 770.00 = | 462.00 |
| | | CURRENT FEES | 462.00 |

TOTAL AMOUNT OF THIS INVOICE    462.00