# **EXHIBIT B**

## **(Declaration)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF LEO LAFRANCO IN SUPPORT OF DEBTORS'
SECOND OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)**

I, Leo LaFranco, declare under penalty of perjury as follows:

1. I have been employed with Optio Rx, LLC ("**Optio Rx**" and together with certain of its affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "**Debtors**," or the "**Company**") since 2022, when I joined the Company to become its Chief Financial Officer ("**CFO**"). I hold a BBA in Accounting from the University of Notre Dame and an MBA from the University of Chicago, Booth School of Business. I am also a certified public accountant.

2. I submit this declaration (the "**Declaration**") in support of the *Debtors' Second Omnibus Objection to Claims* (Non-*Substantive*) (the "**Objection**").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

3. I have read the Objection and am directly, or by and through the Debtors' personnel or agents, familiar with the information contained herein, the Proposed Order, and the Schedules attached thereto.

4. The Debtors (through me or one of the Debtors' employees, agents or counsel) spent considerable time reviewing and reconciling the proofs of claim filed or pending against the Debtors in these cases, including the Disputed Claims that are the subject of the Objection. The Debtors reviewed and analyzed the Disputed Claims in good faith utilizing due diligence by the appropriate personnel, including a review of the Debtors' books and records (the "**Books and Records**"). These efforts resulted in the identification of the Disputed Claims that are the subject of the Objection.

5. The information contained in **Schedules 1, 2 and 3** to the Proposed Order and in the Objection itself is true and correct to the best of my knowledge, information, and belief.

6. The Disputed Claims that are listed on Schedules 1, 2 and 3 consist of certain claims for which I submit the Debtors have no liability. These claims generally fall into one of the following categories (each as defined below): (1) Amended Claims (Schedule 1); (2) Duplicate Claims (Schedule 2); and (3) Late Filed Claims (Schedule 3).

7. Amended Claims. The Debtors have reviewed the Disputed Claims on **Schedule 1** to the Proposed Order (the "**Amended Claim**") and have determined that such claims have been amended and superseded by a subsequently filed proof of claim identified under the column titled "Remaining Claim Number" on **Schedule 1** to the Proposed Order (the "**Surviving Claim**"). The Amended Claim, thus, no longer represents a valid claim against an estate of the Debtors and should be disallowed. By filing the Surviving Claims, the claimants modified the liability originally identified in the Amended Claims. As noted in the Objection and Schedule 1, and

subject to any other applicable objections stated herein, the Amended Claims should be disallowed and expunged in favor of the indicated surviving claim.

8.  Duplicate Claims.  The claims identified under the column titled "Duplicate Claim to be Disallowed" on **Schedule 2** to the Proposed Order (the "**Duplicate Claims**") duplicates at least one other Proof of Claim filed against the Debtors by the same claimant in the same amount that the Debtors believe relates to the same subject matter. Creditors are not entitled to multiple recoveries for a single liability against any single debtor.  If the Duplicate Claims are not disallowed and expunged, the parties that filed these Proofs of Claim would receive an excessive recovery to the detriment of other creditors in these cases.  As noted in the Objection and Schedule 2, and subject to any other applicable objections stated herein, the Duplicate Claims should be disallowed and expunged in favor of the indicated surviving claim.

9.  Late Filed Claims.  The Bar Date Order required proofs of claim to be actually received on or before the applicable Bar Date.  The claims listed on **Schedule 3** to the Proposed Order (the "**Late Filed Claims**") were filed after the applicable Bar Date.  The holders of Late Filed Claims received notice of the Bar Date Order, and the Bar Date, and a warning that any claimant who failed to timely file a proof of claim would not be eligible to receive a distribution on account of their asserted claims.  Accordingly, I believe that no liability exists as to the Late Filed Claims and should be disallowed in their entirety.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 14, 2025                             **OPTIO RX, LLC**

                                        By:     */s/ Leo LaFranco*
                                                Leo LaFranco
                                                Chief Financial Officer

4873-9437-7604, v. 1