**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | Hearing Date: April 30, 2025, at 11:00 a.m. (Eastern Time)<br>Objection Deadline: April 4, 2025, at 4:00 p.m. (Eastern Time) |

**NOTICE OF DEBTORS' SECOND (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 502, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1**

> **PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAME IDENTIFIED ON SCHEDULES 1-3 ATTACHED HERETO**

**PLEASE TAKE NOTICE** that, on March 14, 2025, the debtors and debtors-in-possession in the above-captioned cases (the "**Debtors**") filed the *Debtors' Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1* (the "**Omnibus Objection**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that each claimant that has filed a claim that is affected by the Omnibus Objection is receiving a copy of the Omnibus Objection. Affected

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

**claimants should read the Omnibus Objection and <u>Schedules 1-3</u> thereto which detail the claims subject to the Omnibus Objection and the grounds for such objections**.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to oppose the relief requested in the Omnibus Objection must file a response to the Omnibus Objection with the Clerk of the Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and serve a copy of the response upon the following so as to be received on or before **April 4, 2025, at 4:00 p.m. (*prevailing* Eastern Time)**:

(a) COUNSEL TO THE DEBTORS, *Chipman Brown Cicero & Cole, LLP*, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801, Attn: William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com); and Mark D. Olivere, Esquire (olivere@chipmanbrown.com);

(b) COUNSEL TO THE DIP LENDER, *DLA Piper LLP (US)*, 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (*Attn*: Stuart Brown, Esquire (stuart.brown@dlapiper.com);

(c) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *Saul Ewing LLP*, (a) 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801 (*Attn*: Evan T. Miller, Esquire (evan.miller@saul.com) and Nicholas Smargiassi, Esquire (nicholas.smargiassi@saul.com), (b) 161 North Clark Street, Suite 4200, Chicago, Illinois 60601 (*Attn*: Michelle G. Novick, Esquire (michelle.novick@saul.com); and (c) 701 Brickell Avenue, Suite 1700, Miami, Florida 33131 (*Attn*: Jorge Garcia, Esquire (jorge.garcia@saul.com); and

(d) Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jon W. Lipshie, Esquire (jon.lipshie@usdoj.gov)) (collectively, the "**Notice Parties**"). <u>*Only those responses timely filed with the Court and received by the Notice Parties will be considered by the Court*</u>.

**PLEASE TAKE FURTHER NOTICE** that any response to the Omnibus Objection that is filed with the Court must contain at a minimum the following:

(a) a caption setting forth the name of the Court, the name of the Debtor, the case number and the title of the Omnibus Objection to which the Response is directed;

(b) the name of the claimant and description of the basis for the amount of the Disputed Claims;

(c) a concise statement setting forth the reasons that the Disputed Claims should not be reclassified, disallowed and/or expunged as requested in this Omnibus Objection, including, but not limited to, the specific factual and legal bases upon which the claimant will rely in opposing the Omnibus Objection;

(d) all documentation or other evidence in support of the Disputed Claims, not previously filed with the Court with the claimant's proof of claim, upon which the claimant will rely in opposing the Omnibus Objection at the Hearing;

(e) the name, address, telephone number and fax number of the person(s) (which may be the claimant or his/her/its legal representative) to whom counsel for the Debtors should serve a reply to the Response and who possesses authority to reconcile, settle, or otherwise resolve the Omnibus Objection to the Disputed Claim on behalf of the claimant.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**Claims Hearing**") on the Omnibus Objection will he held on **April 30, 2025, at 11:00 a.m. (*prevailing* Eastern Time)** before the Honorable Thomas M. Horan at 824 Market Street, Third Floor, Court Room 7, Wilmington, Delaware 19801, if a response is filed.

**PLEASE TAKE FURTHER NOTICE** that the Claims Hearing may be continued from time to time upon written notice to you or as declared orally at the Claims Hearing.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OMNIBUS OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 14, 2025
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: chipman@chipmanbrown.com
olivere@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*

4904-7286-2755, v. 1