# **EXHIBIT B**

## **(Declaration)**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

### DECLARATION OF LEO LAFRANCO IN SUPPORT OF DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

I, Leo LaFranco, declare under penalty of perjury as follows:

1. I have been employed with Optio Rx, LLC ("**Optio Rx**" and together with certain of its affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "**Debtors**," or the "**Company**") since 2022, when I joined the Company to become its Chief Financial Officer ("**CFO**"). I hold a BBA in Accounting from the University of Notre Dame and an MBA from the University of Chicago, Booth School of Business. I am also a certified public accountant.

2. I submit this declaration (the "**Declaration**") in support of the *Debtors' Third Omnibus Objection to Claims* (*Substantive*) (the "**Objection**").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

3. I have read the Objection and am directly, or by and through the Debtors' personnel or agents, familiar with the information contained herein, the Proposed Order, and the Schedule attached thereto.

4. The Debtors (through me or one of the Debtors' employees, agents or counsel) spent considerable time reviewing and reconciling the proofs of claim filed or pending against the Debtors in these cases, including the Disputed Claims that are the subject of the Objection. The Debtors reviewed and analyzed the Disputed Claims in good faith utilizing due diligence by the appropriate personnel, including a review of the Debtors' books and records (the "**Books and Records**"). These efforts resulted in the identification of the Disputed Claims that are the subject of the Objection.

5. The information contained in **Schedule 1** to the Proposed Order and in the Objection itself is true and correct to the best of my knowledge, information, and belief.

6. Books and Records Claims. The Disputed Claims that are identified on **Schedule 1** consist of various claims that have no basis in the Debtors' books and records (the "**Books and Records Claims**"). Based upon a review of the Debtors' Books and Records, and the Books and Records Claims, I have determined that the Books and Records Claims have either already been satisfied, or that the Debtors do not have any liability as there is no amount due and owing thereunder. Accordingly, I do not believe the Debtors have any liability with respect to the Books and Records Claims and the Books and Records Claims listed on Schedule 1 should be disallowed and expunged in their entirety or otherwise modified as reflected on Schedule 1.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 14, 2025                                           **OPTIO RX, LLC**

                                                       By:    */s/ Leo LaFranco*
                                                                    Leo LaFranco
                                                                    Chief Financial Officer