**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' FIRST NOTICE OF SATISFIED CLAIMS**

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE
THEIR NAMES AND THEIR FULLY SATISFIED CLAIM IDENTIFIED
ON EXHIBIT A ATTACHED HERETO**

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession (the "**Debtors**"), by and through their undersigned counsel, hereby file this notice (the "**Notice**") identifying certain claims (the "**Fully Satisfied Claims**") that have been satisfied in full by, among other things, post-petition payments by agreement or post-petition payments with the holders of the applicable claims, or the assumption and cure of certain contracts and leases. A list of the Fully Satisfied Claims is attached hereto as **Exhibit A**. In support of this Notice, the Debtors respectfully represent as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy, LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

## BACKGROUND

A. **GENERAL BACKGROUND.**

1. On June 7, 2024 (the "**Petition Date**"), the Debtors commenced with the Court voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended and applicable hereto, the "**Bankruptcy Code**").

2. The Debtors continue to operate their businesses and manage their properties as debtors and debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.

3. On June 24, 2024, the Debtors filed the *Motion for Entry of an Order (I) Approving Debtors' Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to the Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Plan* [Docket No. 76].

4. On August 1, 2024, the Court entered the *Order (I) Approving Amended Disclosure Statement, (II) Determining Dates, Procedures, and Forms Applicable to Solicitation Process, (III) Establishing Vote Tabulation Procedures, and (IV) Establishing Objection Deadline and Scheduling Hearing to Consider Confirmation of the Amended Plan* [Docket No. 276].

5. On October 17, 2024, the Court entered the *Findings of Fact, Conclusions of Law and Order Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, et al.* [Docket No. 484].

B. **THE DEBTORS' SCHEDULES.**

6. On July 3, 2024, the Debtors filed their respective schedules of assets and liabilities and statements of financial affairs [Docket Nos. 141 through 194] (collectively, the "**Schedules**").

C.   **PROOFS OF CLAIM AND BAR DATES.**

7.   On June 26, 2024, the Court entered the *Order Pursuant to Bankruptcy Rule 3003(c)(3) and Local Rule 2002-1(e) Establishing Bar Dates and Related Procedures for Filing Proofs of Claim (Including for Administrative Expense Claims Arising Under Section 503(b)(9) of the Bankruptcy Code) and Approving the Form and Manner of Notice Thereof* [Docket No. 104], (i) requiring any person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts), other than a governmental unit, to file a proof of claim based on prepetition claims against the Debtors, including a claim entitled to priority under section 503(b)(9) of the Bankruptcy Code, on or prior to August 7, 2024, at 5:00 p.m. (*prevailing* Eastern Time), and (ii) establishing December 4, 2024, at 5:00 p.m. (*prevailing* Eastern Time) as the deadline by which any governmental unit (as such term is defined in section 101(27) of the Bankruptcy Code) was required to file a proof of claim based on prepetition claims against the Debtors.

**CLAIMS SATISFIED AFTER THE PETITION DATE**

8.   The Debtors have reviewed, or caused their professionals to review, the Debtors' books and records, the Debtors' Schedules, the filed proofs of claims, and the filings in these Chapter 11 Cases, and have determined that the Fully Satisfied Claims listed on **Exhibit A** have been satisfied in full by agreement or post-petition payments with the holders of the applicable claims, or the assumption and cure of certain contracts and leases, as detailed on **Exhibit A**.

9.   Accordingly, the Debtors intend to have Stretto, the Court-appointed claims agent, designate on the claims register in these Chapter 11 Cases that the Fully Satisfied Claims have been previously satisfied as provide for herein and on **Exhibit A** attached hereto. The Debtors are serving this Notice on all parties holding the Fully Satisfied Claims and providing such parties with an opportunity to object to the Debtors' position that such amounts have been satisfied in full.

10. **ANY PARTY DISPUTING THE DEBTORS' POSITION THAT A PARTICULAR FULLY SATISFIED CLAIM HAS BEEN SATISFIED AS PROVIDED FOR HEREIN AND ON <u>EXHIBIT A</u> ATTACHED HERETO MUST FILE A WRITTEN RESPONSE WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, THIRD FLOOR, WILMINGTON, DELAWARE 19801, ON OR BEFORE <u>MARCH 28, 2025, AT 4:00 P.M. (EASTERN TIME)</u> AND SERVE SUCH RESPONSE ON THE UNDERSIGNED COUNSEL TO THE DEBTORS.**

11. The Debtors will then make a reasonable effort to review the Fully Satisfied Claim with the claimant to determine whether any asserted amounts were, in fact, not satisfied. In the event that the parties are unable to reach a resolution, the Debtors anticipate that a hearing will be held on the matter at the next omnibus date of <u>**April 30, 2025, at 11:00 a.m. (Eastern Time)**</u>.

12. Questions concerning this Notice should be directed to the undersigned counsel for the Debtors. Claimants should not contact the Clerk of the Court to discuss the merits of their Fully Satisfied Claims or this Notice.

<u>**RESERVATION OF RIGHTS**</u>

13. The Debtors reserve any and all rights to amend, supplement, or otherwise modify this Notice and the Schedules and to file additional notices of this nature and objections to claims with respect to any and all claims filed, and amounts scheduled in these Chapter 11 Cases. The Debtors also reserve any and all rights, claims, and defenses with respect to any and all of the Fully Satisfied Claims, and nothing included in or omitted from this Notice is intended or should be construed as (i) an admission as to the validity of any claim, (ii) a waiver of the Debtors' rights to dispute any claim on any grounds, (iii) a promise or requirement to pay any claim, (iv) an implication or admission that any claim is of a type referenced or defined herein or therein, (v) a

- 5 -

waiver or limitation of any of the Debtors' rights under the Bankruptcy Code or applicable law, or (vi) a waiver of any party's rights to assert that any other party is in breach or default of any agreement.

Dated: March 14, 2025
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

   */s/ Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:
    chipman@chipmanbrown.com
    olivere@chipmanbrown.com

*Counsel for Debtors and*
*Debtors in Possession*