# **EXHIBIT A**

# **(Satisfied Claims)**

| Name of Claimant | Debtor | Claim or Schedule Number | Claimed Amount | Reason for Objection |
|---|---|---|---|---|
| Amneal Pharmaceuticals | SBH Medical LLC | 2649227 | $7,040.00 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Arrive-On-Time Delivery | Oakdell Compounding Pharmacy, LLC | 2649216 | $560.80 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Bingodel | Rose Pharmacy SA LLC | 2649234 | $1,486.96 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Bingodel | Rose Pharmacy RM LLC | 2649229 | $5,748.74 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Bingodel | Rose Pharmacy RM LLC | 2649214 | $65,867.13 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Bonita Pharmaceuticals | SMC Pharmacy LLC | 20 | $2,538.00 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Bonita Pharmaceuticals | Concierge Pharmacy LLC | 22 | $4,886.99 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |

i

| Name of Claimant | Debtor | Claim or Schedule Number | Claimed Amount | Reason for Objection |
|---|---|---|---|---|
| Breezeline | SBH Medical LLC | 2649358 | $701.68 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Columbus Specialty Nursing LLC | SBH Medical LLC | 2649399 | $1,635.00 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Deliver It - 103030 | EasyCare Pharmacy LLC | 2649308 | $822.63 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Deliver It - 103030 | Concierge Pharmacy LLC | 2649342 | $835.25 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Deliver It - 103030 | FirstCare Pharmacy LLC | 2649265 | $1,921.13 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Deliver It - 103030 | SMC Pharmacy LLC | 2649374 | $1,934.41 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Deliver It - 103030 | Enovex Pharmacy LLC | 2649226 | $2,385.55 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |

| Name of Claimant | Debtor | Claim or Schedule Number | Claimed Amount | Reason for Objection |
|---|---|---|---|---|
| Deliver IT LLC – 3284 | PrimeCare Pharmacy, LLC | 2649325 | $2,475.07 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Euler Hermes, Agent for ANDA, INC. | FirstCare Pharmacy LLC | 144 | $169,417.00 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| FDS Inc. – 2518 | PrimeCare Pharmacy, LLC | 2649228 | $718.27 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| FFF Enterprises Inc. - 5718 | Central Pharmacy, LLC | 2649233 | $5,390.69 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| FFF Enterprises Inc. - 5718 | Pro Pharmacy, LLC | 2649269 | $12,047.62 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| FFF Enterprises Inc. - 5718 | Concierge Pharmacy LLC | 2649282 | $14,962.19 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| FFF Enterprises Inc. - 5718 | SBH Medical LLC | 2649320 | $37,611.58 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |

| NAME OF CLAIMANT | DEBTOR | CLAIM OR SCHEDULE NUMBER | CLAIMED AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| FFF Enterprises Inc. - 5718 | PrimeCare Pharmacy, LLC | 2649367 | $46,652.65 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| FFF Enterprises Inc. - 5718 | SMC Pharmacy LLC | 2649402 | $51,052.68 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| FFF Enterprises Inc. - 5718 | EasyCare Pharmacy LLC | 2649273 | $65,241.87 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| FFF Enterprises Inc. - 5718 | FirstCare Pharmacy LLC | 2649382 | $141,512.06 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Forte Bio-Pharma LLC | EasyCare Pharmacy LLC | 2649237 | $29,152.06 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| GLS - 2502 | Dr. Ike's PharmaCare LLC | 2649283 | $592.13 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| INCYTE | EasyCare Pharmacy LLC | 2649280 | $44,417.52 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |

| Name of Claimant | Debtor | Claim or Schedule Number | Claimed Amount | Reason for Objection |
|---|---|---|---|---|
| Jones Lang LaSalle, LP, Inc. | Oakdell Compounding Pharmacy, LLC | 2649332 | $20,665.96 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Journey Medical Corporation – 5891 | Pro Pharmacy, LLC | 2649392 | $2,648.10 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Mayne Pharma - 128B | Concierge Pharmacy LLC | 2649208 | $32,204.10 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Mayne Pharma - 128B | EasyCare Pharmacy LLC | 2649349 | $34,812.08 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Mayne Pharma - 128B | FirstCare Pharmacy LLC | 2649210 | $39,078.90 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Mayne Pharma - 128B | PrimeCare Pharmacy, LLC | 2649241 | $54,915.41 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Mayne Pharma - 128B | SMC Pharmacy LLC | 2649313 | $69,533.64 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |

| Name of Claimant | Debtor | Claim or Schedule Number | Claimed Amount | Reason for Objection |
|---|---|---|---|---|
| Medisca - Ikes91N | EasyCare Pharmacy LLC | 2649240 | $26.00 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Medisca - Ikes91N | Healthy Choice Compounding LLC | 2649250 | $33.00 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Medisca - Ikes91N | SMC Pharmacy LLC | 2649376 | $1,600.60 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Medtronic Usa Inc – 7654 | SBH Medical LLC | 2649281 | $2,000.00 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| PAAS National LLC | Optio Rx, LLC | 2649338 | $17,089.00 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| PCCA - Professional Compounding Centers of America | The Pet Apothecary, LLC | 2649246 | $160.75 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| PCCA - Professional Compounding Centers of America | Braun Pharma, LLC | 2649296 | $1,042.72 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |

| NAME OF CLAIMANT | DEBTOR | CLAIM OR SCHEDULE NUMBER | CLAIMED AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|
| PCCA - Professional Compounding Centers of America | SMC Pharmacy LLC | 2649406 | $1,096.30 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| PCCA - Professional Compounding Centers of America | SBH Medical LLC | 2649256 | $1,190.67 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| PCCA - Professional Compounding Centers of America | Healthy Choice Compounding LLC | 2649306 | $1,341.86 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| PCCA - Professional Compounding Centers of America | Oakdell Compounding Pharmacy, LLC | 2649380 | $3,512.91 | The Debtors' books and records indicate that this claim has been satisfied post-petition in accordance with one of the Debtors' First Day Orders. |
| Pharmacy Automation Supplies | Rose Pharmacy SF LLC | 2649398 | $5,616.00 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Progressive Medical, Inc. | Oakdell Compounding Pharmacy, LLC | 2649303 | $4,256.52 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Virtus Pharmaceuticals LLC | Central Pharmacy, LLC | 2649319 | $2,744.00 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |

| Name of Claimant | Debtor | Claim or Schedule Number | Claimed Amount | Reason for Objection |
|---|---|---|---|---|
| Virtus Pharmaceuticals LLC | EasyCare Pharmacy LLC | 2649211 | $5,586.00 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |
| Virtus Pharmaceuticals LLC | FirstCare Pharmacy LLC | 2649230 | $9,310.00 | The Debtors' books and records indicate that this claim has been satisfied post-petition. |