UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*[1] | Case No. 24-11188 (TMH) |
| Debtors. | (Joint Administered) |

**AMENDED SCHEDULE E/F: GENERAL UNSECURED CLAIMS FOR SMC PHARMACY LLC (CASE NO. 24-11198)**

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compouding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216).  The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

| Fill in this information to identify the case: |
|---|
| Debtor name: SMC Pharmacy LLC |
| United States Bankruptcy Court for the: District of Delaware |
| Case number: 24-11198 |

✓ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

✓ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

2.1

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:
11 U.S.C. § 507(a) (_)

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

$0.00

# Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

Aves Management LLC, 150 North Riverside Plaza, Suite 5200, Chicago, IL, 60606

**Date or dates debt was incurred**
09/25/2020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Mezzanine Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$75,965,870.00

**3.2**

Bonita Pharmaceuticals, 6380 Commerce Dr, Westland, MI, 60614

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,283.00

**3.3**

BSD Construction, Inc., 110 Moores Rd, Mandeville, LA, 70471

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,670.74

| 3.4 | Concierge Pharmacy LLC, 23215 Hawthorne Boulevard, Suite B, Torrance, CA 90505 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,183.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>Various | **Basis for the claim:**<br>Intercompany Payable | |
| | | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.5 | Deliver It - 103030, PO Box 846819, Los Angeles, CA, 90084-6819 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,934.41 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>Various | **Basis for the claim:**<br>Trade Vendor | |
| | | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.6 | EasyCare Pharmacy LLC, 7320 Woodlake Avenue, Suite A, West Hills, CA, 91307 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $330,725.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>Various | **Basis for the claim:**<br>Intercompany Payable | |
| | | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.7 | FDS Inc - 2518, P.O. Box 201231, Dallas, TX, 75320-1231 | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $813.98 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>Various | **Basis for the claim:**<br>Trade Vendor | |
| | | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.8 | FFF Enterprises Inc - 5718, PO Box 840150, Los Angeles, CA, 90084-0150 | $51,052.68 |

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.9 | FirstCare Pharmacy LLC, 18555 Ventura Boulevard, Suite A, Tarzana, CA, 91356 | $34,864.00 |

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| | | |
|---|---|---|
| 3.10 | Journey Medical Corporation - 5891, 9237 East Via de Ventura, Scottsdale, AZ, 85258 | $413.26 |

**Date or dates debt was incurred**
Various
AMENDED - MARKED DISPUTED

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.11 | Mayne Pharma - 128B, PO Box 603644, Charlotte, NC, 28260-3644 | $69,533.64 |

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.12**

Medisca - IKES91N, PO Box 2592, Plattsburgh, NY, 12901

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $1,600.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.13**

Optio Rx, LLC, 3701 Commercial Avenue, Suite 14, Northbrook, IL, 60062

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $1,145,109.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☐ No
☑ Yes

**3.14**

PCCA - Professional Compounding Centers of America, PO Box 734687, Dallas, TX, 75373-4687

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $1,096.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15**

Ramtin Ghavami

**Date or dates debt was incurred**

As of the petition filing date, the claim is: $467.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.16 | Resilia Pharmaceuticals, Inc, 50 Glenlake Parkway Ne, Atlanta, GA, 30328 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $195.00 |

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.17 | Virtus Pharmaceuticals LLC, PO Box 947177, Atlanta, GA, 30394-7177 | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☑ Disputed | $55,860.00 |

**Date or dates debt was incurred**
Various
AMENDED - MARKED DISPUTED

**Basis for the claim:**
Trade Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line _____ ☐ Not listed. Explain _____ | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $77,710,672.11 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $77,710,672.11 |

| Fill in this information to identify the case: |
|---|
| Debtor name: SMC Pharmacy LLC |
| United States Bankruptcy Court for the: District of Delaware |
| Case number: 24-11198 |

☑ Check if this is an amended filing

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule*    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 03/14/2025 | /s/ Leo LaFranco |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Leo LaFranco |
| | Printed name |
| | Chief Financial Officer |
| | Position or relationship to debtor |