IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | **Related Docket No. 171** |

**NOTICE OF (I) CERTAIN AMENDMENTS TO SCHEDULE E/F
FOR ROSE PHARMACY SA LLC AND (II) AMENDED SCHEDULES BAR DATE FOR
AFFECTED PARTY TO FILE PROOF OF CLAIM**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

Pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure, the debtors and debtors in possession (the "**Debtors**") in the above-captioned Chapter 11 Cases, hereby provide notice (this "**Notice**") that, as set forth below, debtor Rose Pharmacy SA LLC has amended its Schedule E/F.

**ORIGINAL SCHEDULES**

On July 3, 2024, the Debtors filed the *Schedules of Assets and Liabilities for Rose Pharmacy SA LLC (Case No. 24-11203)* [Docket No. 171] (the "**Schedules**") with the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60061.

## AMENDED SCHEDULES

The Debtor hereby amends Schedule E/F to mark the claim of Cerner Corp c/o Oracle America Inc. [Part 3.3] as Disputed (the "**Amended Schedules**"). The Amended Schedules are attached hereto as **Exhibit A**. Except for the Amended Schedules, no changes have been made to the Schedules since they were originally filed. The Amended Schedules are hereby incorporated into, and comprise an integral part of, the Schedules.

## AMENDED SCHEDULES BAR DATE

On June 26, 2024, the Court entered an order [Docket No. 104] (the "**Bar Date Order**") establishing certain bar dates in these Chapter 11 Cases. Also on June 26, 2024, the Debtors filed the *Notice of Deadline for the Filing of Proofs of Claim, Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code* [Docket No. 105] (the "**Bar Date Notice**"). In light of the amendment made to Schedule E/F, the creditor(s) affected by such amendment (the "**Affected Party**") must file a Proof of Claim by no later than April 4, 2025, at 5:00 p.m. (*prevailing* Eastern Time) (the "**Amended Schedules Bar Date**").

The Affected Party need not submit a Proof of Claim by the Amended Schedules Bar Date if any such party has already filed a valid Proof of Claim prior to the General Bar Date. Furthermore, the Affected Party need not submit a Proof of Claim if any such party does not dispute the amount or characterization of its claim as listed in the Amended Schedules.

Along with this Notice, Stretto ("**Stretto**"), the Debtors' claims and noticing agent, is serving on the Affected Party a copy of the Bar Date Notice and the Amended Schedules.

- 2 -

4909-4957-6233, v.1

- 3 -

## RESERVATION OF RIGHTS

The Debtors reserve their rights to dispute, or to assert offsets or defenses against, any filed claim or any claim listed or reflected in the Amended Schedules as to the nature, amount, liability, classification, or otherwise. The Debtors reserve all rights to further amend or supplement the Amended Schedules. In addition, nothing contained in this Notice shall preclude the Debtors from objecting to any claim, whether scheduled or filed, on any and all grounds.

Dated: March 14, 2025　　　　　　　　　**CHIPMAN BROWN CICERO & COLE, LLP**
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　 */s/ Mark D. Olivere*
　　　　　　　　　　　　　　　　　　　　William E. Chipman, Jr. (No. 3818)
　　　　　　　　　　　　　　　　　　　　Mark D. Olivere (No. 4291)
　　　　　　　　　　　　　　　　　　　　Hercules Plaza
　　　　　　　　　　　　　　　　　　　　1313 North Market Street, Suite 5400
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　Telephone:　(302) 295-0191
　　　　　　　　　　　　　　　　　　　　Email:　　　chipman@chipmanbrown.com
　　　　　　　　　　　　　　　　　　　　　　　　　 olivere@chipmanbrown.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Debtors and*
　　　　　　　　　　　　　　　　　　　　*Debtors in Possession*