IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OPTIO RX, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Re: D.I. 362** |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Skin Medicinals LLC ("Skin Medicinals"), hereby withdraws the *Motion of Skin Medicinals LLC for Entry of an Order Granting an Allowed Administrative Expense Pursuant to Section 503(b) of the Bankruptcy Code* [D.I. 362]. The withdrawal is without prejudice as of the date of filing but shall automatically convert to a withdrawal with prejudice on the date that Optio Rx, LLC complies with its obligations in Paragraph 3 of the *Settlement Agreement and Mutual Release*, filed at docket number 200-1 in Adversary No. 24-50079.

*[Signature Page Follows]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

| | |
|---|---|
| Dated: March 17, 2025<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Austin T. Park*<br>Matthew B. Harvey (No. 5186)<br>Matthew O. Talmo (No. 6333)<br>Austin T. Park (No. 7247)<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: mharvey@morrisnichols.com<br>         mtalmo@morrisnichols.com<br>         apark@morrisnichols.com<br><br>- and -<br><br>**KAPLAN & GRADY LLC**<br><br>Howard Kaplan, Esq. (admitted *pro hac vice*)<br>Jed W. Glickstein, Esq. (admitted *pro hac vice*)<br>Annie Garau Kelly, Esq.<br>2071 N. Southport Ave., Ste. 205<br>Chicago, IL 60614<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>Email: howard@kaplangrady.com<br>         jglickstein@kaplangrady.com<br>         annie@kaplangrady.com<br><br>*Counsel for Skin Medicinals LLC* |