**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | **Docket Nos. 729 and 731** |

**CERTIFICATION OF COUNSEL REGARDING
INTERIM FEE APPLICATIONS OF PROFESSIONALS**

I, William E. Chipman, Jr., counsel for the above-captioned debtors and debtors in possession (the "**Debtors**"), hereby certify as follows:

1. The professionals (each a "**Professional**") employed in the Chapter 11 Cases of the Debtors, filed the following interim fee applications:

(A) Second Interim Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2024 Through and Including November 30, 2024, filed on February 13, 2025 [Docket No. 729]; and

(B) Second Interim Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2024 Through November 30, 2024, filed on February 19, 2025 [Docket No. 731] (collectively, the "**Fee Applications**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

2.       Objections or responses, if any, to the Fee Applications were required to be filed and served by no later than 4:00 p.m. (*prevailing* Eastern Time) on March 6, 2025 for Docket No. 729 and March 12, 2025 for Docket No. 731. A hearing to consider the Fee Applications is scheduled to be held on March 26, 2025, at 10:00 a.m. (*prevailing* Eastern Time).

3.       There were no formal or informal objections to the Fee Applications. The undersigned hereby submits the proposed form of omnibus order attached hereto as **Exhibit 1** (the "**Proposed Order**"), approving the Fee Applications.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit 1** at its earliest convenience.

Dated:  March 18, 2025
        Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:        chipman@chipmanbrown.com
              carickhoff@chipmanbrown.com
              olivere@chipmanbrown.com
              root@chipmanbrown.com

*Counsel for Debtors and
Debtors in Possession*

4924-2298-9603, v. 1