# EXHIBIT A

**(Summary of Services Rendered)**

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL FOR THE PERIOD
### JANUARY 1, 2025 THROUGH AND INCLUDING FEBRUARY 28, 2025

| NAME OF PROFESSIONAL INDIVIDUAL | POSITION, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| David W. Carickhoff | Partner; Member of the Delaware Bar since 1999 | $795.00 | 0.6 | $477.00 |
| William E. Chipman, Jr. | Partner; Member of the Delaware Bar since 1999 | $950.00 | 33.2 | $31,540.00 |
| Mark D. Olivere | Partner; Member of the Delaware Bar since 2002 | $600.00 | 31.9 | $19,140.00 |
| Aaron J. Bach | Associate; Member of the Delaware Bar since 2024 | $400.00 | 5.1 | $2,040.00 |
| Alison R. Maser | Associate; Member of the Delaware Bar since 2024 | $400.00 | 6.3 | $2,520.00 |
| Michelle M. Dero | Paralegal | $350.00 | 35.4 | $12,390.00 |
| Renae M. Fusco | Paralegal | $350.00 | 0.5 | $175.00 |
| Lauren Hitchens | Paralegal | $325.00 | 0.2 | $64.00 |
| | | TOTAL: | 113.2 | $68,347.00 |
| | | ATTORNEY COMPENSATION: | | $55,717.00 |
| | | TOTAL ATTORNEY HOURS: | | 77.1 |
| | | BLENDED HOURLY RATE OF ALL TIMEKEEPERS: | | $603.77 |