# EXHIBIT C

**(Summary of Expenses)**

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD
### JANUARY 1, 2025 THROUGH AND INCLUDING FEBRUARY 28, 2025

| EXPENSE CATEGORY | SERVICE PROVIDER (IF APPLICABLE) | TOTAL EXPENSES |
|---|---|---|
| E101 Copying | In-House Copies | $44.00 |
| E102 Outside Printing | DLS Discovery; Reliable | $2,056.44 |
| E106 Online Research | PACER | $144.10 |
| E107 Delivery Services/Messengers | DLS Discovery | $7.50 |
| E116 Trial Transcripts | Reliable | $320.80 |
| | | |
| | TOTAL: | $2,572.84 |

**Chipman Brown Cicero Cole, LLP**
**January 1, 2025 through February 28, 2025**

**Expense Summary**

**Invoice No. 18050**
**Dated: March 17, 2025**

| Date | Activity | Description | Expense |
|---|---|---|---|
| 01.07.2025 | E101 Copying | In-House Copies (440 B/W Copies) | $44.00 |
| | | **E101 TOTAL:** | **$44.00** |
| 01.07.2025 | E102 Outside Printing | DLS Discovery (Printing, Binding, Court Delivery [Invoice No. 196689]) | $84.70 |
| 01.21.2025 | E102 Outside Printing | DLS Discovery (Printing Services, Tabbing, Binding, Court Delivery [Invoice No. 197295]) | $1,717.51 |
| 01.22.2025 | E107 Delivery Services/Messengers | DLS Discovery (Printing Services and Court Delivery [Invoice No. 197296]) | $35.00 |
| 01.22.2025 | E102 Outside Printing | DLS Discovery (Printing Services and Court Delivery [Invoice No. 197297]) | $134.08 |
| 01.31.2025 | E102 Outside Printing | Reliable (Services from December 11, 2024 [Invoice No. WL120765]) | $85.15 |
| | | **E102 TOTAL:** | **$2,056.44** |
| 01.09.2025 | E106 Online Research | PACER (10.01.24 to 12.31.24) | $144.10 |
| | | **E106 TOTAL:** | **$144.10** |
| 02.11.2025 | E107 Delivery Services/Messengers | Reliable (Hand Delivery to Judge [Invoice No. WL121905]) | $7.50 |
| | | **E107 TOTAL:** | **$7.50** |
| 01.09.2025 | E116 Trial Transcripts | Reliable (Transcript Services for January 9, 2025 [Invoice No. WL121328]) | $269.70 |
| 02.05.2025 | E116 Trial Transcripts | Reliable (Daily Transcript Services [Invoice No. WL121785]) | $51.10 |

**Chipman Brown Cicero Cole, LLP**
**January 1, 2025 through February 28, 2025**

**Expense Summary**

**Invoice No. 18050**
**Dated: March 17, 2025**

| | | | |
|---|---|---|---|
| | | **E116 TOTAL:** | **$320.80** |
| | | | |
| | | **TOTAL EXPENSES FOR JANUARY 1, 2025 THROUGH FEBRUARY 28, 2025:** | **$2,572.84** |
| | | | |