# EXHIBIT B

**TIMEKEEPER SUMMARY**

**SUMMARY OF BILLING BY TIMEKEEPER**

**For the Period from February 1, 2025 through February 28, 2025**

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position at Saul Ewing | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Evan T. Miller | 2009 | Partner (2023)[1] | Bankruptcy | $735.00 | 1.5 | $1,102.50 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $770.00 | 3.0 | $2,310.00 |
| Sean F. Kenny | N/A | Paraprofessional | Bankruptcy | $220.00 | 5.0 | $1,100.00 |
| TOTAL | | | | | 9.5 | $4,512.50 |

**Blended Hourly Rate: $475.00**

---

[1] Evan Miller joined Saul Ewing as a Partner in 2023. He was previously a director at his prior firm.