# EXHIBIT C

**DETAILED TIME ENTRIES BY CATEGORY**

## SUMMARY OF BILLING BY CATEGORY

### For the Period from February 1, 2025 through February 28, 2025

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications (Saul Ewing) | 7.9 | $3,319.00 |
| Preparation for and Attendance at Hearings | 0.6 | $441.00 |
| Litigation: Contested Matters and Adversary Proceedings | 0.5 | $367.50 |
| Plan and Disclosure Statement | 0.5 | $385.00 |
| **TOTAL** | **9.5** | **$4,512.50** |



www.saul.com

Optio Rx LLC - Official Committee of Unsecured Creditors  
N/A - Committee N/A - Committee  
3701 Commercial Avenue, Suite 14  
Northbrook, IL 60062

| | |
|---|---|
| Invoice Number | 4411241 |
| Invoice Date | 03/12/25 |
| Client Number | 391790 |
| Matter Number | 00010 |

Re:  Fee / Employment Applications (Saul Ewing)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/06/25 | MGN | Correspondence to and from S. Kenny regarding preparing Second Interim Fee Application. | 0.20 | 154.00 |
| 02/06/25 | MGN | Follow-up telephone conference with S. Kenny regarding same. | 0.30 | 231.00 |
| 02/06/25 | SFK | Draft Saul Ewing's 2nd Interim Fee Application. | 2.10 | 462.00 |
| 02/18/25 | MGN | Review and revise Saul Ewing's Second Interim Fee Application in preparation for filing same. | 1.00 | 770.00 |
| 02/19/25 | MGN | Correspondence to S. Kenny regarding finalizing and filing Saul Ewing's Second Interim Fee Application. | 0.40 | 308.00 |
| 02/19/25 | MGN | Follow-up correspondence to and from S. Kenney regarding preparing Saul Ewing's Seventh Monthly Fee Application. | 0.10 | 77.00 |
| 02/19/25 | ETM | Final review re interim app | 0.40 | 294.00 |
| 02/19/25 | SFK | Revise Saul's 2nd Interim Fee Application. | 0.30 | 66.00 |
| 02/19/25 | SFK | Prepare blackline of Saul's 2nd Interim Fee Application. | 0.10 | 22.00 |
| 02/19/25 | SFK | Finalize, prepare final PDF of Saul's 2nd Interim Fee Application for Evan Miller approval. | 0.20 | 44.00 |
| 02/19/25 | SFK | Electronically docket Saul's 2nd Interim Fee Application. | 0.40 | 88.00 |
| 02/19/25 | SFK | Draft Certification of no Objection for Saul's 6th Monthly Fee Application. | 0.20 | 44.00 |
| 02/20/25 | MGN | Correspondence to and from S. Kenny and N. Montanez regarding finalizing invoices in preparation for Saul Ewing's Seventh Monthly Fee Application. | 0.20 | 154.00 |
| 02/20/25 | SFK | Electronically docket Certification of no Objection for Saul's 6th Monthly Fee Application. | 0.20 | 44.00 |

| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | | Invoice | 4411241 |
| 00010 | Fee / Employment Applications (Saul Ewing) | | | Page: 2 |
| 03/12/25 | | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/24/25 | SFK | Draft Saul's 7th Monthly Fee App. | 1.50 | 330.00 |
| 02/28/25 | MGN | Correspondence to S. Kenny requesting draft of Seventh Monthly Fee Application, review spreadsheet and amounts owed in preparation for sending same to B. Chipman. | 0.30 | 231.00 |
| | | TOTAL HOURS | 7.90 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Sean F. Kenny | 5.00 | at | 220.00 | = | 1,100.00 |
| Evan T. Miller | 0.40 | at | 735.00 | = | 294.00 |
| Michelle G. Novick | 2.50 | at | 770.00 | = | 1,925.00 |
| | | | CURRENT FEES | | 3,319.00 |
| | | | TOTAL AMOUNT OF THIS INVOICE | | 3,319.00 |



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number 4411244 |
| N/A - Committee N/A - Committee | Invoice Date 03/12/25 |
| 3701 Commercial Avenue, Suite 14 | Client Number 391790 |
| Northbrook, IL 60062 | Matter Number 00017 |

Re:   Preparation for and Attendance at Hearing

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/21/25 | ETM | EMs re status of pending hearing | 0.10 | 73.50 |
| 01/29/25 | ETM | Review latest agenda and EMs with SK/MN re same | 0.20 | 147.00 |
| 02/19/25 | ETM | Review latest hearing status and EMs with client/MN re same | 0.30 | 220.50 |
| | | TOTAL HOURS | 0.60 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Evan T. Miller | 0.60 | at | 735.00 | = | 441.00 |
| | | | | CURRENT FEES | 441.00 |

TOTAL AMOUNT OF THIS INVOICE     441.00



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number 4411242 |
| N/A - Committee N/A - Committee | Invoice Date 03/12/25 |
| 3701 Commercial Avenue, Suite 14 | Client Number 391790 |
| Northbrook, IL 60062 | Matter Number 00014 |

Re: Litigation: Contested Matters and Adversary Proceedings

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/21/25 | ETM | Review settlement mtn and EMs with DRs cnsl/MN re same | 0.50 | 367.50 |
| | | TOTAL HOURS | 0.50 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Evan T. Miller | 0.50 | at | 735.00 | = | 367.50 |
| | | | | CURRENT FEES | 367.50 |
| | | | | TOTAL AMOUNT OF THIS INVOICE | 367.50 |



www.saul.com

| | | |
|---|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number | 4411243 |
| N/A - Committee N/A - Committee | Invoice Date | 03/12/25 |
| 3701 Commercial Avenue, Suite 14 | Client Number | 391790 |
| Northbrook, IL 60062 | Matter Number | 00016 |

Re:   Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/19/25 | MGN | Correspondence to and from P. Altman regarding status of confirmed plan. | 0.20 | 154.00 |
| 02/25/25 | MGN | Correspondence to B. Chipman inquiring as to the status of the confirmed plan. | 0.10 | 77.00 |
| 02/27/25 | MGN | Correspondence to and from B. Chipman regarding status of confirmed plan and effective date. | 0.10 | 77.00 |
| 02/27/25 | MGN | Correspondence to and from P. Altman advising of same. | 0.10 | 77.00 |
| | | TOTAL HOURS | 0.50 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Michelle G. Novick | 0.50 | at | 770.00 | = | 385.00 |
| | | | | CURRENT FEES | 385.00 |

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | 385.00 |

161 North Clark, Suite 4200 ◆ Chicago, IL 60601 ◆ Phone: 312-876-7100 ◆ Fax: (312) 876-0288

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP