IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Steven Lovett, hereby certify that on the 19th day of March, 2025, the following documents:

1. *Motion of the Debtors for Leave to File Lake Objection to First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024*; and

2. *Objection of the Debtors to the First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

were served via CM/ECF upon parties registered to receive CM/ECF notifications in the above-referenced cases, and via email upon counsel to Paladin Management Group, LLC.

Dated:  March 19, 2025  Respectfully submitted,

 /s/ Steven T. Lovett
STEVEN T. LOVETT
steve.lovett@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

2

128303484.1 0082862-00006