**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF (I) ENTRY OF FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONFIRMING THE DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION AND (II) EFFECTIVE DATE**

PLEASE TAKE NOTICE that an order (the "**Confirmation Order**") of the Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, confirming and approving the *Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC* [Docket No. 480] (including all exhibits thereto and as the same may be amended, modified, or supplemented from time to time, the "**Plan**") was entered on October 17, 2024 [Docket No. 484].

PLEASE TAKE FURTHER NOTICE that, all conditions precedent to effectiveness pursuant to Article VIII, Section 8.01 of the Plan have been satisfied or waived, as of March 21, 2025. Therefore, March 21, 2025, is the Effective Date of the Plan.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding on, among others, the Debtors, all Holders of Claims and Equity Interests (irrespective of whether such Claims or Equity Interests are impaired under the Plan or whether the Holders of such Claims have voted to accept or reject the Plan), and any and all non-Debtor parties to executory contracts and unexpired leases with the Debtors, as provided in the Plan.

PLEASE TAKE FURTHER NOTICE all final requests for payment of Professional Fee Claims (the "**Final Fee Applications**") must be filed no later than **May 5, 2025** (*i.e.*, forty-five (45) days after the Effective Date). The procedures for processing Final Fee Applications are set forth in the Plan. If a Professional does not timely submit a Final Fee Application, such Professional shall be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

forever barred from seeking payment of such Professional Fee Claim from the Debtors, the Post-Effective Date Debtors, or their Estates.

**PLEASE TAKE FURTHER NOTICE** that requests for payment of Administrative Expense Claims (other than Professional Fee Claims) against the Debtors that arose, accrued or otherwise became due and payable at any time after June 7, 2024, but on or before the Effective Date (the "**Supplemental Administrative Expense Period**") must be filed with the Bankruptcy Court and served on the Debtors, no later than **May 5, 2025** (*i.e.* forty-five (45) days after the Effective Date) (the "**Supplemental Administrative Expense Bar Date**"). Holders of Administrative Expense Claims that arose, accrued, or otherwise became due during the Supplemental Administrative Expense Period that do not file requests for the allowance and payment thereof on or before the Administrative Expense Bar Date shall forever be barred from asserting such Administrative Expense Claims against the Debtors. Unless the Debtors, or any other party in interest objects to an Administrative Expense Claim, such Administrative Expense Claim shall be deemed Allowed in the amount requested. In the event that the Debtors, or any other party in interest objects to an Administrative Expense Claim, and the Administrative Expense Claim is not otherwise resolved, the Bankruptcy Court shall determine the Allowed amount of such Administrative Expense Claim.

**PLEASE TAKE FURTHER NOTICE** that as set forth in Article V of the Plan, all Executory Contracts and Unexpired Leases that have not been rejected are assumed as of the Effective Date. If the rejection by the Debtors, pursuant to the Plan, of an Executory Contract or Unexpired Leases gives rise to a Claim, a Proof of Claim must be filed with the Solicitation Agent by regular mail, overnight mail, courier service, hand delivery, or in person to Optio Rx, LLC, c/o Stretto, 410 Exchange, Suite 100, Irvine, California 92602, or complete the electronic Proof of Claim Form (an "**Electronic Proof of Claim**") available online at https://cases.stretto.com/OptioRx/, no later than **April 20, 2025** (*i.e.*, thirty (30) days after the Effective Date). Please note that the Clerk's office is not permitted to give legal advice. Any Proofs of claim not filed and served within such time periods will be forever barred from assertion against the Debtors and their Estates.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Rule 2002, after the Effective Date, to continue to receive notices pursuant to Bankruptcy Rule 2002 all Creditors and other parties in interest must file a renewed notice of appearance with the Bankruptcy Court requesting receipt of documents pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan are available for review without charge at the website maintained by Stretto, the Claims and Noticing Agent, https://cases.stretto.com/OptioRx/info.

| | |
|---|---|
| Dated: March 21, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>David W. Carickhoff (No. 3715)<br>Mark D. Olivere (No. 4291)<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 295-0191<br>Email:  chipman@chipmanbrown.com<br>  carickhoff@chipmanbrown.com<br>  olivere@chipmanbrown.com<br>  root@chipmanbrown.com<br><br>*Counsel for Debtors and*<br>*Debtors in Possession* |

- 3 -

4927-4132-8417, v. 2