IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. Docket Nos. 692, 793** |

**PALADIN MANAGEMENT GROUP, LLC'S WITNESS AND EXHIBIT
LIST FOR HEARING ON MARCH 26, 2025 AT 10:00 A.M. (ET)**

Paladin Management Group, LLC (the "Paladin") hereby submits this witness and exhibit list in connection with the hearing on the *First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024* [Docket No. 692] (the "Fee Application") scheduled for **March 26, 2025 at 10:00 a.m. (ET)**, before the Honorable Thomas M. Horan, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 5th Floor, Courtroom No. 4, Wilmington, Delaware 19801 (the "Hearing").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

**WITNESSES**

Paladin designates the following person as potential witnesses in connection with the Fee Application:

(1)  T. Scott Avila, Paladin Managing Partner – Mr. Avila may testify regarding the Debtors' retention of Paladin as financial advisor, the services Paladin provided to the Debtors as financial advisor and Paladin's fees.

(2)  Paula Sosamon, Paladin Director – Ms. Sosamon may testify regarding the Debtors' retention of Paladin as financial advisor, the services Paladin provided to the Debtors as financial advisor and Paladin's fees.

Paladin also cross designates all witnesses designated by any other party and reserves the right to call any necessary rebuttal or impeachment witnesses.

**EXHIBITS**

Paladin designates the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Paladin Management Group, LLC as Financial Advisor to the Debtors Effective as of the Petition Date | 118 |
| 2. | Order Authorizing the Employment and Retention of Paladin Management Group, LLC as Financial Advisor to the Debtors Effective as of the Petition Date | 254 |
| 3. | Email from Aileen Daversa to Paula Sosamon dated June 30, 2024 | N/A |
| 4. | Paladin Fee Application | 692 |

Paladin also cross designates all exhibits designated by any other party and reserves the right to use additional exhibits for rebuttal or impeachment purposes. Paladin reserves the right to amend or supplement this witness and exhibit list prior to the Hearing.

| | |
|---|---|
| Dated: March 21, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>Mary F. Caloway  (DE Bar No. 3059)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>           mcaloway@pszjlaw.com<br><br>*Counsel to Paladin Management Group, LLC* |