**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING**
**SCHEDULED FOR MARCH 26, 2025, AT 10:00 A.M. (EASTERN TIME)**

Optio Rx, LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 bankruptcy case (the "**Chapter 11 Cases**"), hereby files their Witness and Exhibit List for Hearing scheduled for March 26, 2025, at 10:00 a.m. (Eastern Time) (the "**Hearing**") as follows:

**DEBTORS' WITNESSES**

The Debtors designate the following individuals who may be called as a witness:

(a)   Leo LaFranco

   i.   Mr. LaFranco is the Chief Financial Officer of Debtors.

   ii.  Mr. LaFranco will testify regarding the *Objection to First and Final Application of Paladin Management Group, LLC, for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June*

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

*7, 2024 to and Including September 14, 2024*, filed on March 20, 2025 [Docket No. 793].

(b) Any witness listed by any other party;

(c) Rebuttal witnesses as necessary; and

(d) The Debtors reserve the right to cross-examine any witness called by any other party.

## **EXHIBITS**

| EXHIBIT NO. | DESCRIPTION | DOCKET NO. (IF AVAILABLE) |
|---|---|---|
| | *In Re: Optio Rx, LLC, Case No. 24-11188 (TMH)* | |
| 1. | Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Paladin Management Group, LLC as Financial Advisor to the Debtors Effective as of the Petition Date | Docket No. 118 |
| 2. | Order Authorizing the Employment and Retention of Paladin Management Group, LLC as Financial Advisor to the Debtors Effective as of the Petition Date | Docket No. 254 |
| 3. | First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024 | Docket No. 692 |
| 4. | Motion for Leave to File Late Objection to First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024 | Docket No. 791 |
| 5. | Objection to First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024 | Docket No. 793 |
| 6. | Any document or pleading filed in the above-captioned Chapter 11 Cases | |
| 7. | Any exhibit necessary for impeachment and/or rebuttal purposes | |
| 8. | Any exhibit identified or offered by any other party | |

- 3 -

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witness and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

Dated: March 21, 2025

Respectfully submitted,

*/s/ Steven T. Lovett*
STEVEN T. LOVETT
steve.lovett@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone:     503.224.3380
Facsimile:      503.220.2480

*Counsel for Debtors and
Debtors in Possession*