# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MARCH 26, 2025, AT 10:00 A.M. (EASTERN TIME)[2]

**THIS PROCEEDING WILL BE CONDUCTED REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.   RESOLVED MATTER(S):**

1. Motion of the Debtors for Entry of an Order Approving Settlement Agreement Between the Debtors, Ben David, Arun Suresh Kumar, Lisa Bassett Ippolito and Skin Medicinals LLC, filed on February 21, 2025 [Docket No. 736; Adv. Docket No. 196].

   Objection Deadline:   March 7, 2025, at 4:00 p.m. (Eastern Time).

   Responses Received:  None.

   Related Pleadings:

   A.   Certificate of No Objection Regarding Motion of the Debtors for Entry of an Order Approving Settlement Agreement Between the Debtors, Ben David,

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows:  (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2]   *Please Note*: The hearing will be held on the Third Floor in Court Room 7.

    Arun Suresh Kumar, Lisa Bassett Ippolito and Skin Medicinals LLC, filed on March 10, 2025 [Docket No. 768; Adv. Docket No. 199].

  B. Order Approving Settlement Agreement Between the Debtors, Ben David, Arun Suresh Kumar, Lisa Bassett Ippolito and Skin Medicinals LLC, entered on March 11, 2025 [Docket No. 769; Adv. Docket No. 200].

Status: The order has been entered. Therefore, no hearing is necessary.

## II. MATTER(S) UNDER CERTIFICATION OF COUNSEL:

2. First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, filed on February 3, 2025 [Docket No. 692].

Objection Deadline: March 26, 2025, at 10:00 a.m. (Eastern Time).

Responses Received:

 i. Motion of the Debtors for Leave to File Late Objection to First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, filed on March 19, 2025 [Docket No. 791].

 ii. Order Granting the Debtors Leave to File Late Objection to First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, entered on March 20, 2025 [Docket No. 792].

 iii. Objection to First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, filed on March 20, 2025 [Docket No. 793].

Related Pleadings:

 (a) Certification of No Objection Regarding First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, filed on February 25, 2025 [Docket No. 738].

 (b) *Withdrawal of* Certification of No Objection Regarding First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and

for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, filed on March 12, 2025 [Docket No. 772].

Status: This matter has been resolved. The Debtors will be submitting a revised proposed form of order under certification of counsel.

### III. INTERIM FEE APPLICATIONS:

3. Second Interim Fee Applications of Professionals [Docket Nos. 729 and 731]. *See* **Exhibit A** attached hereto.

   Objection Deadline: March 6, 2025 and March 12, 2025, at 4:00 p.m. (Eastern Time).

   Responses Received: None.

   Related Pleadings:

   A. Certification of Counsel Regarding Interim Fee Applications of Professionals, filed on March 18, 2025 [Docket No. 788].

Status: A proposed form of omnibus order has been filed under certification of counsel. Therefore, no hearing is required unless requested by the Court.

Dated: March 24, 2025  
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ William E. Chipman, Jr.*
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:   (302) 295-0191
Email:   chipman@chipmanbrown.com
         carickhoff@chipmanbrown.com
         olivere@chipmanbrown.com
         root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*