Optio Rx 24-11188
March 24, 2025

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Daniel | Brogan | Benesch, Friedlander, Coplan & Aronoff LLP | Debtor | Video and Audio |
| William | Chipman | Chipman Brown Cicero & Cole, LLP | Debtors | Video and Audio |
| Ben | David | Optio Rx, LLC | Debtors | Video and Audio |
| Michelle | Dero | Chipman Brown Cicero & Cole, LLP | Debtors | Audio Only |
| Jarlath | Johnston | Bentley Associates L.P. | Debtors | Video and Audio |
| Leo | LaFranco | Optio Rx, LLC | Debtors | Video and Audio |
| Steven | Lovett | Stoel Rives LLP | Debtors | Video and Audio |
| Mark | Olivere | Chipman Brown Cicero & Cole, LLP | Debtors | Video and Audio |
| Jonathan | Tunis | MCCP Investment Partners | Debtors | Video and Audio |
| Lauren | Eastburn | Potter Anderson & Corroon LLP | Interested Party | Video and Audio |
| Jamie | Knox | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Matthew | Sarna | DLA Piper LLP (US) | Loan Admin Co LLC | Video and Audio |
| Evan | Miller | Saul Ewing LLP | Official Committee of Unsecured Creditors of | Video and Audio |
| Scott | Avila | Paladin Management Group | Paladin Management Group | Video and Audio |
| Mary | Caloway | | Paladin Management Group | Video and Audio |
| Laura | Jones | Pachulski Stang Ziehl & Jones | Paladin Management Group | Video and Audio |
| Maxim | Litvak | Pachulski Stang Ziehl & Jones | Paladin Management Group | Video and Audio |
| Paula | Sosamon | Paladin Management Group | Paladin Management Group | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | SM | Video and Audio |
| Jonathan | Lipshie | DOJ-Ust | ust | Video and Audio |
| Stuart | Brown | DLA Piper LLP (US) | | Video and Audio |
| Jessica | Steinhagen | | | Audio Only |