# EXHIBIT A

## INTERIM FEE CHART

**OPTIO RX, LLC**

**INTERIM FEE APPLICATIONS**

| PROFESSIONAL AND ROLE | DOCKET NO. | PERIOD COVERED | FEES APPROVED | EXPENSES APPROVED | TOTAL APPROVED |
|---|---|---|---|---|---|
| **DEBTORS' PROFESSIONALS:** | | | | | |
| Chipman Brown Cicero & Cole, LLP Counsel to Debtors | 729 | 09.01.2024 — 11.30.2024 | $239,484.50 | $2,715.57 | $242,200.07 |
| **COMMITTEE PROFESSIONALS:** | | | | | |
| Saul Ewing LLP Counsel to Committee | 731 | 09.01.2024 — 11.30.2024 | $106,107.50 | $0.00 | $106,107.50 |