# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.* | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

## AD HOC GROUP OF MEZZ LENDERS' NOTICE OF STATEMENT OF CLAIM

The Ad Hoc Group of Mezz Lenders (the "Ad Hoc Group"),[2] through its counsel, respectfully states the following:

**PLEASE TAKE NOTICE** that, on October 17, 2024, the United Stats Bankruptcy Court for the District of Delaware (the "Court") entered an order confirming and approving the *Second Amended Joint Chapter 11 Plan of Reorganization of Optio Rx, LLC* [Docket No. 480] (including all exhibits thereto and as the same may be amended, modified, or supplemented from time to time, the "Plan"). On March 21, 2025, the Plan went effective (the "Effective Date"). *See* Docket No. 797.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] The Ad Hoc Group comprises all Noteholders within Class 7 of the Plan (as defined herein). Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such term in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 4.10(b) of the Plan, on the Effective Date, the Debtors were to fund the UCC Settlement Amount into escrow with Flagstar Bank, as the Escrow Agent (the "Escrow"). In accordance with Section 4.10(b) of the Plan, Aves Management, LLC ("Aves") hereby files its statement of claim, setting forth that Aves is entitled to the entirety of the Escrow to which any holder of a Seller Note may seek. The legal support for such entitlement is set forth in the *Statement of the Ad Hoc Group of Mezz Lenders Regarding Intercreditor and Subordination Rights under the Plan* [Docket No. 453], attached hereto as **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 4.10(b) of the Plan, each individual holder of a Seller Note **shall have fourteen (14) days from the date hereof (*i.e.*, April 8, 2025)** to object to Aves' claim hereunder. Pursuant to Section 4.10(b) of the Plan, in the event that an individual holder of a Seller Note fails to file such an objection, then Aves shall be entitled to such holder's potential distribution from the Escrow on account of its Seller Note.

[*Signature Page Follows*]

| | |
|---|---|
| Dated: March 25, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Maria Kotsiras*<br>Christopher M. Samis (No. 4909)<br>L. Katherine Good (No. 5101)<br>Maria Kotsiras (No. 6840)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email: csamis@potteranderson.com<br>         kgood@potteranderson.com<br>         mkotsiras@potteranderson.com<br><br>- and -<br><br>Ryan Blaine Bennett, P.C. (admitted *pro hac vice*)<br>Peter A. Candel (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Email:  ryan.bennett@kirkland.com<br>          peter.candel@kirkland.com<br><br>*Counsel for the Ad Hoc Group* |