## <u>CERTIFICATE OF SERVICE</u>

I, Maria Kotsiras, do hereby certify that on March 25, 2025, a copy of the foregoing

**Ad Hoc Group of Mezz Lenders' Notice of Statement of Claims** was served on the parties listed

on the attached service list in manners indicated.

*/s/ Maria Kotsiras*
Maria Kotsiras (No. 6840)

# SERVICE LIST

Optio Rx, LLC
c/o Chipman Brown Cicero & Cole, LLP
Attn: William E. Chipman, Jr., David Carickhoff, Mark D.
Olivere and Alan M. Root
1313 N. Market Street, Suite 5400
Wilmington, DE 19801
Email: chipman@chipmanbrown.com;
carickhoff@chipmanbrown.com; olivere@chipmanbrown.com;
root@chipmanbrown.com

Loan Admin Co LLC
c/o DLA Piper LLP
Attn: Stuart M. Brown & Matthew S. Sarna
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Email: stuart.brown@us.dlapiper.com;
matthew.sarna@us.dlapiper.com
**Via Email**

Bexar County
c/o Linebarger Goggan Blair & Sampson, LLP
Attn: Don Stecker
112 E Pecan St, Ste 2200
San Antonio, TX 78205
Email: sanantonio.bankruptcy@lgbs.com
**Via Email**

Cardinal Health 110, LLC and Cardinal Health 112, LLC
c/o Chiesa Shahinian & Giantomasi PC
Attn: Scott A. Zuber & Terri Jane Freedman
105 Eisenhower Parkway
Roseland, NJ 07068
Email: szuber@csglaw.com; tfreedman@csglaw.com
**Via Email**

Cardinal Health 110, LLC & Cardinal Health 112, LLC
c/o Hiller Law, LLC
Attn: Adam Hiller
300 Delaware Avenue, Suite 210, #227
Wilmington, DE 19801
Email: ahiller@adamhillerlaw.com
**Via Email**

Professional Compounding Centers of America, Inc. ("PCCA")
Attn: Manfredo Thibau, Ken Barrow, & Michelle Biggs
9901 S Wilcrest Dr
Houston, TX 77099
Email: mthibau@pccarx.com; kbarrow@pccarx.com;
cyepsen@pccarx.com
**Via Email**

Pareto Optio LLC
c/o Ice Miller LLP
Attn: Louis T DeLucia & Alyson M Fiedler
1500 Broadway, Suite 2900
New York, NY 10036
Email: louis.delucia@icemiller.com;
alyson.fiedler@icemiller.com
**Via Email**

Counsel to the Committee of Unsecured Creditors
c/o Saul Ewing LLP
Attn: Turner N. Falk
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Email: turner.falk@saul.com
**Via Email**

NYIP Owner II LLC
c/o Eckert Seamans Cherin & Mellott, LLC
Attn: Tara L. Lattomus
222 Delaware Ave, Suite 700
Wilmington, DE 19801
Email: tlattomus@eckertseamans.com
**Via Email**

NYIP Owner II LLC
c/o Eckert Seamans Cherin & Mellot LLC
Attn: Nicholas Pasalides
10 Bank Street, Suite 700
White Plains, NY 10606
Email: npasalides@eckertseamans.com
**Via Email**

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
**Via First-Class Mail**

H&H Pharmacy, Inc. (dba Dr. Ike's Pharmacy)
Attn: Ayk Dzhragatspanyan
16662 Pineridge Dr
Granada Hills, CA 91344-1848
**Via First-Class Mail**

the Office of the United States Department of Health and
Human Services.
200 Independence Avenue, S.W
Washington, DC 20201
**Via First-Class Mail**

Securities And Exchange Commission
Attn: Lara Shalov Mehraban
100 Pearl St, Suite 20-100
New York, NY 10004-2616
Email: nyrobankruptcy@sec.gov
**Via Email**

Internal Revenue Service
550 Main St, #10
Cincinnati, OH 45999-0039
**Via First-Class Mail**

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
**Via First-Class Mail**

US Attorney's Office for the District of DE
Attn: David C. Weiss
1313 N Market Street
PO Box 2046
Wilmington, DE 19801
**Via First-Class Mail**

Baybridge
Attn: Greg Savino
1981 Marcus Ave, Ste C129
New Hyde Park, NY 11042
Email: greg.savino@yahoo.com
**Via Email**

Securities And Exchange Commission
Attn: Andrew Calamari, Regional Director
200 Vesey Street, Suite 400 Brookfield Place
New York Regional Office
New York, NY 10281-1022
Email: nyrobankruptcy@sec.gov
**Via Email**

Office of The U.S. Trustee for The District of Delaware
Attn: Andrew R. Vara & Jonathan W. Lipshie
844 N King St #2207
Lockbox 35
Wilmington, DE 19801
Email: jon.lipshie@usdoj.gov
**Via Email**

Baybridge Pharmacy Corp / 121 Central Pharmacy Corp /
Delco Pharmacy Corp
c/o Barclay Damon LLP
Attn: Linda J. Clark
80 State Street
Albany, NY 12207
Email: lclark@barclaydamon.com
**Via Email**

Robert Hirsh, Elizabeth Buller and Salo Inc.
5202 Sand Lake Ct
Sarasota, FL 34238-4005
**Via First-Class Mail**

Skin Medicinals LLC
c/o Morris, Nichols, Arsht, & Tunnell LLP
Attn: Matthew B. Harvey & Matthew O. Talmo
1201 North Market Street, 16th Floor
Wilmington, DE 19819801
Email: mharvey@morrisnichols.com;
mtalmo@morrisnichols.com; apark@morrisnichols.com
**Via Email**

PIA Holdings, Inc.
Attn: Phil Altman
8973 Lakes Blvd
West Palm Beach, FL 33412
Email: wholerx@msn.com
**Via Email**

Official Committee of Unsecured Creditors
c/o Saul Ewing LLP
Attn: Evan T. Miller & Nicholas Smargiassi
1201 N Market St, Suite 2300
Wilmington, DE 19899
Email: evan.miller@saul.com; nicholas.smargiassi@saul.com
**Via Email**

Ben David & Arun Surseh Kumar
c/o Kennedys CMK LLP
Attn: Marc S. Casarino & Katie Barksdale
222 Delaware Avenue, Suite 710
Wilmington, DE 19801
Email: marc.casarino@kennedyslaw.com;
katie.barksdale@kennedyslaw.com
**Via Email**

Elizabeth Buller
Email: esbuller61@gmail.com
**Via Email**

PIA Holdings Inc.
150 W. End Avenue, Apt. 24L
New York, NY 10023-5748
**Via First-Class Mail**

BHM Capital, Inc.
116 N. Fredon Blvd.
Crestview, FL 32536
**Via First-Class Mail**

Baybridge Pharmacy, LLC
20848 Cross Island Parkway
Bayside, NY 11360
**Via First-Class Mail**

Official Committee of Unsecured Creditors
c/o Saul Ewing LLP
Attn: Michelle G. Novick
161 North Clark St, Suite 4200
Chicago, IL 60601
Email: michelle.novick@saul.com

Skin Medicinals LLC
c/o Kaplan & Grady LLC
Attn: Howard Kaplan, Jed W. Glickstein, & Annie Garau Kelly
2071 N Southport Ave, Ste 205
Chicago, IL 60614
Email: howard@kaplangrady.com;
jglickstein@kaplangrady.com; annie@kaplangrady.com
**Via Email**

Robert Hirsh, Elizabeth Buller and Salo Inc.
c/o Salo Inc.
Attn: Christine S. Oswald
300 W. Wilson Bridge Rd.
Worthington, OH 43085
**Via First-Class Mail**

PIA Holdings Inc.
250 Clearbrook Road
Elmsford, NY 10523
**Via First-Class Mail**

Baybridge Pharmacy Corp / 121 Central Pharmacy Corp /
Delco Pharmacy Corp
c/o Barclay Damon LLP
Attn: Raymond N. McCabe
200 Delaware Avenue, Suite 1200
Buffalo, NY 14202
Email: rmccabe@barclaydamon.com
**Via Email**

OCPLP, Inc.
Attn: John Jeffrey Carson
31120 Knotty Grove
Boerne, TX 78015
Email: crocea411@yahoo.com
**Via Email**

Official Committee of Unsecured Creditors
c/o Saul Ewing LLP
Attn: Jorge Garcia
701 Brickell Avenue, Suite 1700
Miami, FL 33131
Email: jorge.garcia@saul.com
**Via Email**

Paladin Management Group, LLC
c/o Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones & Mary F. Caloway
919 N Market St, 17th Fl
Wilmington, DE 19899-8705
Email: ljones@pszjlaw.com; mcaloway@pszjlaw.com
**Via Email**

Robert Hirsh
Email: hirshrj@aol.com
**Via Email**

PIA Holdings Inc.
Attn: Phil Altman
8973 Lakes Blvd.
West Palm Beach, FL 33412-1553
**Via First-Class Mail**

Baybridge Pharmacy Corp / 121 Central Pharmacy Corp /
Delco Pharmacy Corp
c/o Certilman Balin Adler & Hyman, LLP
Attn: Robert D. Nosek
90 Merrick Avenue
East Meadow, NY 11554
Email: rnosek@certilmanbalin.com
**Via Email**

2