IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON MARCH 26, 2025, AT 10:00 A.M. (EASTERN TIME)**

**AS THERE ARE NO MATTERS GOING FORWARD, THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

I.  **RESOLVED MATTER(S):**

1.  Motion of the Debtors for Entry of an Order Approving Settlement Agreement Between the Debtors, Ben David, Arun Suresh Kumar, Lisa Bassett Ippolito and Skin Medicinals LLC, filed on February 21, 2025 [Docket No. 736; Adv. Docket No. 196].

    Objection Deadline:   March 7, 2025, at 4:00 p.m. (Eastern Time).

    Responses Received:  None.

    Related Pleadings:

    A.   Certificate of No Objection Regarding Motion of the Debtors for Entry of an Order Approving Settlement Agreement Between the Debtors, Ben David, Arun Suresh Kumar, Lisa Bassett Ippolito and Skin Medicinals LLC, filed on March 10, 2025 [Docket No. 768; Adv. Docket No. 199].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] Amended items will appear in **bold**.

      B.      Order Approving Settlement Agreement Between the Debtors, Ben David, Arun Suresh Kumar, Lisa Bassett Ippolito and Skin Medicinals LLC, entered on March 11, 2025 [Docket No. 769; Adv. Docket No. 200].

    Status: The order has been entered. Therefore, no hearing is necessary.

## II.    MATTER(S) UNDER CERTIFICATION OF COUNSEL:

2.    First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, filed on February 3, 2025 [Docket No. 692].

    Objection Deadline:    March 26, 2025, at 10:00 a.m. (Eastern Time).

    Responses Received:

      i.    Motion of the Debtors for Leave to File Late Objection to First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, filed on March 19, 2025 [Docket No. 791].

      ii.    Order Granting the Debtors Leave to File Late Objection to First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, entered on March 20, 2025 [Docket No. 792].

      iii.    Objection to First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, filed on March 20, 2025 [Docket No. 793].

    Related Pleadings:

      A.    Certification of No Objection Regarding First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, filed on February 25, 2025 [Docket No. 738].

    B.    *Withdrawal of* Certification of No Objection Regarding First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, filed on March 12, 2025 [Docket No. 772].

    C.    **Certification of Counsel Regarding First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, filed on March 24, 2025 [Docket No. 804].**

    D.    **Order Granting First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and including September 14, 2024, entered on March 25, 2025 [Docket No. 806].**

Status: **The order has been entered. Therefore, no hearing is necessary.**

**III.**    **INTERIM FEE APPLICATIONS:**

3.    Second Interim Fee Applications of Professionals [Docket Nos. 729 and 731]. *See* **Exhibit A** attached hereto.

Objection Deadline:    March 6, 2025 and March 12, 2025, at 4:00 p.m. (Eastern Time).

Responses Received:  None.

Related Pleadings:

    A.    Certification of Counsel Regarding Interim Fee Applications of Professionals, filed on March 18, 2025 [Docket No. 788].

    B.    **Omnibus Order Granting Interim Fee Applications, entered on March 25, 2025 [Docket No. 805].**

Status: **The order has been entered. Therefore, no hearing is necessary.**

| | |
|---|---|
| Dated: March 25, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ William E. Chipman, Jr.*<br>William E. Chipman, Jr. (No. 3818)<br>David W. Carickhoff (No. 3715)<br>Mark D. Olivere (No. 4291)<br>Alan M. Root (No. 5427)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Email: chipman@chipmanbrown.com<br>carickhoff@chipmanbrown.com<br>olivere@chipmanbrown.com<br>root@chipmanbrown.com<br><br>*Counsel for Debtors and Debtors in Possession* |

- 4 -

4901-6743-4542, v. 1