**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[3] | **Docket Nos. 692, 729, and 731** |

**INDEX REGARDING HEARING ON INTERIM AND FINAL FEE APPLICATIONS SCHEDULED FOR MARCH 26, 2025, AT 10:30 A.M. (*PREVAILING* EASTERN TIME)**

**I.    DEBTORS' PROFESSIONALS:**

*Chipman Brown Cicero & Cole, LLP*

1.  Second Interim Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2024 Through and Including November 30, 2024, filed on February 13, 2025 [Docket No. 729].

    (a)  Fourth Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2024 Through and Including September 30, 2024, filed on October 15, 2024 [Docket No. 474].

    (b)  Certificate of No Objection Regarding Fourth Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2024 Through and Including September 30, 2024, filed on November 6, 2024 [Docket No. 534].

    (c)  Fifth Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and

---

[3]  The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

          Debtors in Possession for the Period from October 1, 2024 Through and Including October 31, 2024, filed on November 19, 2024 [Docket No. 548].

    (d)    Certificate of No Objection Regarding Fifth Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from October 1, 2024 Through and Including October 31, 2024, filed on December 12, 2024 [Docket No. 598].

    (e)    Sixth Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from November 1, 2024 Through and Including November 30, 2024, filed on December 20, 2024 [Docket No. 611].

    (f)    Certificate of No Objection Regarding Sixth Monthly Application of Chipman Brown Cicero & Cole, LLP, for Compensation and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period from November 1, 2024 Through and Including November 30, 2024, filed on January 13, 2025 [Docket No. 669].

**II.    COMMITTEE PROFESSIONALS:**

*Saul Ewing LLP*

2.    Second Interim Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2024 Through November 30, 2024, filed on February 19, 2025 [Docket No. 731].

    (a)    Third Monthly Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2024 Through September 30, 2024, filed on October 16, 2024 [Docket No. 475].

    (b)    Certification of No Objection Regarding Third Monthly Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2024 Through September 30, 2024, filed on November 7, 2024 [Docket No. 535].

    (c)    Fourth Monthly Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 Through October 31, 2024, filed on November 15, 2024 [Docket No. 543].

    (d)    Certification of No Objection Regarding Fourth Monthly Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors,

        for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2024 Through October 31, 2024, filed on December 9, 2024 [Docket No. 596].

(e)    Fifth Monthly Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 Through November 30, 2024, filed on December 19, 2024 [Docket No. 609].

(f)    Certification of No Objection Regarding Fifth Monthly Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 Through November 30, 2024, filed on January 10, 2025 [Docket No. 666].

### III. ADDITIONAL DEBTORS' PROFESSIONAL(S):

*Paladin Management Group, LLC*

3.    First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, filed on February 3, 2025 [Docket No. 692].

(a)    Certification of No Objection Regarding First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, filed on February 25, 2025 [Docket No. 738].

(b)    *Withdrawal of* Certification of No Objection Regarding First and Final Application of Paladin Management Group, LLC for Compensation for Services Rendered and for Reimbursement of Expenses as Financial Advisor to the Debtors and Debtors in Possession for the Period from June 7, 2024 to and Including September 14, 2024, filed on March 12, 2025 [Docket No. 772]..