# SUPPORTING DOCUMENTATION

## (February 2025)



**WINTRUST BANK®**

| | |
|---|---|
| **Last Statement:** | January 31, 2025 |
| **Statement Ending:** | February 28, 2025 |
| **Page:** | 1 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



35462 TWS380WR030125030535 01 000000000 49 016

OPTIO RX LLC
1432 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

---

### Customer Service


**Customer Support:**
312-291-2900


**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm


**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:    XXXXXX4516

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 02/01/25** | **$90,308.86** |
| + Deposits and Credits (133) | $6,877,493.58 |
| - Withdrawals and Debits (174) | $6,685,475.86 |
| **Ending Balance as of 02/28/25** | **$277,085.72** |
| Analysis or Maintenance Fees for Period | $5,240.86 |
| Number of Days in Statement Period | 28 |

---

## Checks
### * Indicates a break in check sequence
### R-Check has been returned

| Date | Check# | Amount | Date | Check# | | Amount | Date | Check# | Amount |
|------|--------|--------|------|--------|--|--------|------|--------|--------|
| Feb 03 | 1022 | $420.00 | Feb 28 | 1038 | * | $30.00 | Feb 10 | 1039 | $580.00 |

---

## Debits

| Date | Description | Subtractions |
|------|-------------|-------------|
| Feb 03 | CHECK  1022 | -$420.00 |
| Feb 03 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 FERRING PHARMACEUT ICALS INC. BANK OF AMERICA, N.A., NY P.O IS 18471641 | -$131,615.18 |
| Feb 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015HHHXOGH BMLWZ Acct BRAUN60 - Inv 03719258 | -$16.00 |
| Feb 03 | PREAUTHORIZED DEBIT<br>ADT SECURITY SER ADTPAPACH 250203 | -$70.28 |
| Feb 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016AJGAEE 3ML1UJ Acct T1272 - Multiple invoice | -$659.88 |
| Feb 03 | PREAUTHORIZED DEBIT<br>ATT Payment 250202 540328002EPAYO | -$1,348.53 |
| Feb 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$525.00 |
| Feb 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$5,986.82 |

## BALANCE YOUR ACCOUNT

1. Check off (✔) checks appearing on your statement. Those checks not checked off (✔) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |

The number above should match your checkbook balance

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

### Important Information

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX4516 |
| **Statement Date:** | | 02/28/2025 |
| **Page :** | | 2 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 03 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | -$625.00 |
| Feb 03 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | -$725.00 |
| Feb 03 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | -$178.50 |
| Feb 03 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$25.00 |
| Feb 03 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | -$1,645.00 |
| Feb 03 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$138,208.41 |
| Feb 03 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$3,807.54 |
| Feb 03 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$7,885.68 |
| Feb 03 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$75.00 |
| Feb 04 | PREAUTHORIZED DEBIT Bill.com Payables VP Mechanical B ill.com 015EDTKIEJ BP3X1 Acct 0005150 - Inv 30797 | -$745.00 |
| Feb 04 | PREAUTHORIZED DEBIT Bill.com Payables PCCA B ill.com 016EENPAA3 MN7OV Multiple inv oices | -$4,807.74 |
| Feb 04 | PREAUTHORIZED DEBIT Bill.com Payables Chicago Constructi ons Bill.com 015JZ MNXLGBPX2F Inv 167 4 | -$17,550.00 |
| Feb 04 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$246.94 |
| Feb 04 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$3,496.00 |
| Feb 04 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$26,946.13 |
| Feb 05 | WIRE TRANSFER OUT IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$430,000.00 |
| Feb 05 | PREAUTHORIZED DEBIT ComEd PAYMENTS 250205 | -$118.73 |
| Feb 05 | PREAUTHORIZED DEBIT Bill.com Payables Multiple Payments Bill.com Payables 016JAONOQ3MP1Z2 | -$16,766.82 |
| Feb 05 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$3,288.37 |
| Feb 05 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$139.90 |
| Feb 05 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$6,780.03 |
| Feb 06 | PREAUTHORIZED DEBIT ASF, DBA Insperi PAYROLL 250206 0004215600 | -$50.80 |
| Feb 06 | PREAUTHORIZED DEBIT Bill.com Payables Multiple Payments Bill.com Payables 015QJVKJEABUGLF | -$3,225.82 |
| Feb 06 | PREAUTHORIZED DEBIT Bill.com Payables Multiple Payments Bill.com Payables 016JSLKFL3MQY3O | -$3,841.77 |
| Feb 06 | PREAUTHORIZED DEBIT Bill.com Payables Multiple Payments Bill.com Payables 015VKERXEWBUHNN | -$13,303.21 |





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX4516 |
| **Statement Date:** | | 02/28/2025 |
| **Page :** | | 3 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015XRTGZVYBUWNO | -$84,356.77 |
| Feb 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$14,245.18 |
| Feb 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$11,760.96 |
| Feb 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$3,973.72 |
| Feb 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$174,584.52 |
| Feb 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$87,086.93 |
| Feb 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$436.04 |
| Feb 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$139,783.17 |
| Feb 06 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$165,874.61 |
| Feb 07 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 AMERISOURCE RECEIV ABLES<br>FINANCIAL C JPMORGAN CHASE BAN K, NA | -$40,000.00 |
| Feb 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015TJELQRA BWXWQ Acct<br>BRAUN60 - Multiple invoic | -$116.00 |
| Feb 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Telovox Leasing B ill.com 016HGDOVF3 MSYKF Acct<br>1383503 - Inv 83456322 | -$210.25 |
| Feb 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015GTLBEYJ BWZXM Acct<br>HEA105 - Multiple invoice | -$1,022.00 |
| Feb 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015FPWKNPEBX2HQ | -$1,932.09 |
| Feb 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015TEBXHTHBVZ6E | -$15,339.99 |
| Feb 07 | PREAUTHORIZED DEBIT<br>ASF, DBA Insperi PAYROLL 250207 0004215600 | -$764,938.42 |
| Feb 10 | CHECK  1039 | -$580.00 |
| Feb 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables CSC B ill.com 015JQQZGRF BZ94X Acct 8298031 - Inv<br>81117521832 | -$183.33 |
| Feb 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARL Bio Pharma B ill.com 015PZIHEOD BYGCW Inv<br>A195954 | -$610.00 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$2,529.21 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$128.74 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | -$241.73 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$200.00 |
| Feb 11 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE<br>BANK, NA | -$150,000.00 |

35462 0107096 0003-0015 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 02/28/2025 |
| **Page :** | 4 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables VP Mechanical B ill.com 015VJJKGDQ C0PVR Acct<br>0005150 - Inv 30835 | -$737.50 |
| Feb 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015XYDOLXVC1B21 | -$1,328.55 |
| Feb 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$8,615.00 |
| Feb 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$8,800.29 |
| Feb 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$31,250.00 |
| Feb 12 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 ANDA INC BANK OF A MERICA,<br>N.A., NY | -$46,430.32 |
| Feb 12 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 FERRING PHARMACEUT ICALS<br>INC. BANK OF AMERICA, N.A., NY P.O IS 021025 | -$148,222.45 |
| Feb 12 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE<br>BANK, NA | -$450,000.00 |
| Feb 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016UVXJIK 3MYP2H Acct<br>T1272 - Inv W26956 | -$245.00 |
| Feb 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ZYYWCZVC3JH9 | -$261.18 |
| Feb 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015VYVNQPE C2ZZX Acct<br>BRAUN60 - Inv 03719257 | -$281.00 |
| Feb 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015BICOERN C3IBP Acct HEA105<br>- Inv 03728065 | -$1,379.00 |
| Feb 12 | PREAUTHORIZED DEBIT<br>NinjaOne, LLC NinjaOne, 250212 ST-L2P1X0I8G5X9 | -$1,644.00 |
| Feb 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$429.29 |
| Feb 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | -$28.00 |
| Feb 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX9021 | -$393.22 |
| Feb 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | -$1,097.90 |
| Feb 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Med-Vet Internatio nal Bill.com 015VH MIDKDC4YJ7<br>Acct 36 784 - Inv INV06241 | -$184.66 |
| Feb 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015CZNPJPSC5CJF | -$4,074.80 |
| Feb 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016NSKKCA3N0HS2 | -$4,568.05 |
| Feb 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015ZWDSSMYC53VI | -$13,414.37 |
| Feb 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$530.75 |
| Feb 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$20,133.69 |

35462 0107097 0004-0015 00000000000000000





| | | |
|---|---|---|
| **Account Number:** | | XXXXXX4516 |
| **Statement Date:** | | 02/28/2025 |
| **Page :** | | 5 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 14 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 WEST SERIES OF LOC KTON COMPANIES, L BOKF NA | -$38,717.00 |
| Feb 14 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$225,000.00 |
| Feb 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016LMBXNO 3N24I5 Acct T1272 - Multiple invoice | -$735.00 |
| Feb 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises I nc Bill.com 015WMT NHBCC7EMR Acct FOH 05718 - Inv 929739 | -$51,079.16 |
| Feb 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$198,501.50 |
| Feb 18 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$80,000.00 |
| Feb 18 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 BPI LABS LLC WELLS FARGO BANK, NA PO ORX24014 | -$93,600.00 |
| Feb 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015FUJVIKZC9KV6 | -$923.22 |
| Feb 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015ELOUDSECB0X4 | -$5,047.19 |
| Feb 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015LLFPGYNCB0B1 | -$19,804.30 |
| Feb 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015AYQCSJDCB1S7 | -$31,310.14 |
| Feb 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 01/25 | -$5,240.86 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7950 | -$89.00 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3089 | -$6.27 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3810 | -$78.21 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4854 | -$74.00 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$1,637.68 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | -$76.40 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3163 | -$75.28 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX5525 | -$96.35 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX9021 | -$209.32 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4793 | -$1,854.06 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | -$525.25 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3134 | -$446.95 |

35462 0107098 0005-0015 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX4516 |
| **Statement Date:** | 02/28/2025 |
| **Page :** | 6 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 18 | AUTOMATIC TRANSFER | -$11,625.65 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Feb 18 | AUTOMATIC TRANSFER | -$74.32 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX6151 | |
| Feb 18 | AUTOMATIC TRANSFER | -$14,414.41 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Feb 18 | AUTOMATIC TRANSFER | -$140.71 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Feb 18 | AUTOMATIC TRANSFER | -$164.85 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Feb 18 | AUTOMATIC TRANSFER | -$74.00 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX2122 | |
| Feb 18 | AUTOMATIC TRANSFER | -$179.46 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Feb 19 | PREAUTHORIZED DEBIT | -$2.00 |
| | Bill.com Payables U.S. Trustees B ill.com 015ZEPHZZU CCAV7 Inv 111-24-1 1201 02/18/2025 | |
| Feb 19 | PREAUTHORIZED DEBIT | -$250.00 |
| | Bill.com Payables U.S. Trustees B ill.com 015WQTYPTC CC4C7 Acct 111-24- 11194 - Inv 111-24 | |
| Feb 19 | PREAUTHORIZED DEBIT | -$4,242.37 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015CXJXNXCCD8B4 | |
| Feb 19 | PREAUTHORIZED DEBIT | -$24,059.40 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015KFXODDICBXS0 | |
| Feb 19 | PREAUTHORIZED DEBIT | -$225,734.48 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015QFVVCQRCC9O9 | |
| Feb 20 | WIRE TRANSFER OUT | -$100,000.00 |
| | IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | |
| Feb 20 | PREAUTHORIZED DEBIT | -$422.29 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015YJQLSKOCFHMA | |
| Feb 20 | PREAUTHORIZED DEBIT | -$668.30 |
| | Bill.com Payables Printsource B ill.com 015TGJQVNP CEMHI Multiple inv oices | |
| Feb 20 | PREAUTHORIZED DEBIT | -$55,605.86 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015EWPYJHQCF2GF | |
| Feb 21 | PREAUTHORIZED DEBIT | -$162.96 |
| | Bill.com Payables PCCA B ill.com 016QQFLMM3 NAL7S Acct 4648 - Inv I3388141 | |
| Feb 21 | PREAUTHORIZED DEBIT | -$6,034.69 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015HDWGHOJCHWXP | |
| Feb 21 | PREAUTHORIZED DEBIT | -$6,255.19 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015TILZBAUCI2U4 | |
| Feb 21 | PREAUTHORIZED DEBIT | -$17,933.54 |
| | Bill.com Payables Lonicera Fund III, LLC Bill.com 015Q JRVPHICI3DD Inv RE -10000999 | |
| Feb 21 | PREAUTHORIZED DEBIT | -$37,256.64 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015EJXCQPVCH4XV | |
| Feb 21 | PREAUTHORIZED DEBIT | -$782,595.97 |
| | ASF, DBA Insperi PAYROLL 250221 0004215600 | |

35462 0107099 0006-0015 00000000000000000





| | |
|---|---|
| Account Number: | XXXXXX4516 |
| Statement Date: | 02/28/2025 |
| Page : | 7 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 24 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 BILL.COM JPMORGAN CHASE BANK, NA | -$350.11 |
| Feb 24 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 BILL.COM JPMORGAN CHASE BANK, NA | -$1,429.00 |
| Feb 24 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 H AND H JPMORGAN C HASE BANK, NA | -$200,000.00 |
| Feb 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015PCXTXDH CK4QH Acct BRAUN60 - Multiple invoic | -$237.00 |
| Feb 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Letco Medical LLC Bill.com 016ZNHEEV 3NCGBW Acct T1272 - Multiple invoice | -$1,080.00 |
| Feb 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015PRNTUNECK7JP | -$3,264.00 |
| Feb 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4801 | -$200.00 |
| Feb 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$330.60 |
| Feb 25 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 BPI LABS LLC WELLS FARGO BANK, NA OP TIO RX PREPAY | -$177,350.00 |
| Feb 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Culligan of Wheeli ng Bill.com 015FVY FZKFCLT6U Acct 506 832 - Inv 0166011 | -$122.86 |
| Feb 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015AOFIFWPCM13Q | -$412.47 |
| Feb 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015OOKGGTJCMEUL | -$4,839.11 |
| Feb 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables NYIP Owner I LLC B ill.com 015BGERSYR CMRZO Multiple inv oices (details on | -$7,354.89 |
| Feb 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables 1901 Clybourn LLC Bill.com 015NHGZSY QCMPK2 Acct 1919 N Clybourn, Suite 1 | -$19,087.98 |
| Feb 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$37,706.82 |
| Feb 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$24,977.37 |
| Feb 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$10,116.45 |
| Feb 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$24,674.13 |
| Feb 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$15,004.55 |
| Feb 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$9,792.68 |
| Feb 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$30,440.87 |
| Feb 25 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$145,597.17 |

35462 0107100 0007-0015 0000000000000000





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 02/28/2025 |
| | Page : | 8 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

35462 0107101 0008-0015 0000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015YZJDURACPLTH | -$933.03 |
| Feb 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015SVEWBSD CO9HR Acct<br>HEA105 - Multiple invoice | -$1,302.00 |
| Feb 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015DMBFZYSCOEC8 | -$2,380.00 |
| Feb 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015BMFZQKECPM22 | -$10,696.89 |
| Feb 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015QQBUBHECPMF0 | -$30,545.32 |
| Feb 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | -$8,173.56 |
| Feb 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$1,890.00 |
| Feb 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | -$182,272.84 |
| Feb 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | -$19,797.99 |
| Feb 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | -$53,761.77 |
| Feb 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | -$137,582.62 |
| Feb 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | -$100,044.93 |
| Feb 27 | WIRE TRANSFER OUT<br>IBB WIRE TRANSFER ACCT#3805444516 AMERISOURCE RECEIV ABLES<br>FINANCIAL C JPMORGAN CHASE BAN K, NA | -$20,000.00 |
| Feb 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical S urgical Bill.com 0<br>15DFYSUMKCQ5ZW Acc t 61761076 - Inv 6 | -$23.95 |
| Feb 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015PZEVUKCCR3RH | -$564.21 |
| Feb 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015QPSGFBQ CR7ZQ Acct<br>SBHM43 - Multiple invoice | -$695.00 |
| Feb 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables RC Testing Service s Bill.com 015ZGTL USWCR5DK<br>Multiple invoices (details | -$15,616.84 |
| Feb 28 | CHECK  1038 | -$30.00 |
| Feb 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015KLCKOCNCSDOK | -$290.10 |
| Feb 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015JEKMWMLCT6MM | -$938.33 |
| Feb 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015ODZUELA CT5L8 Acct 13290 -<br>Multiple invoices | -$1,752.61 |
| Feb 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015NONNDCZCT848 | -$2,311.89 |





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 02/28/2025 |
| | Page : | 9 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015IXSZAICCSF7P | -$2,685.58 |
| Feb 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015LLTWATHCSERP | -$5,660.00 |
| Feb 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015RYNVXSHCSCO7 | -$26,635.22 |
| Feb 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | -$61,208.49 |
| Feb 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | -$16,224.50 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Feb 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $18,190.07 |
| Feb 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $2,275.19 |
| Feb 03 | CASH MGMT TRSFR CR<br>REF 0341117L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $18,380.75 |
| Feb 03 | CASH MGMT TRSFR CR<br>REF 0341120L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $29,276.09 |
| Feb 03 | CASH MGMT TRSFR CR<br>REF 0341121L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $31,656.87 |
| Feb 03 | CASH MGMT TRSFR CR<br>REF 0341120L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $42,389.42 |
| Feb 03 | CASH MGMT TRSFR CR<br>REF 0341121L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $79,754.83 |
| Feb 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $423.21 |
| Feb 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $41,085.21 |
| Feb 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $6,249.83 |
| Feb 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $23,180.86 |
| Feb 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $11,953.67 |
| Feb 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $31,196.98 |
| Feb 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $2,960.41 |
| Feb 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $2,730.35 |
| Feb 05 | CASH MGMT TRSFR CR<br>REF 0361216L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | $41,102.24 |
| Feb 05 | CASH MGMT TRSFR CR<br>REF 0361215L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $41,892.14 |
| Feb 05 | CASH MGMT TRSFR CR<br>REF 0361216L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | $73,588.78 |
| Feb 05 | CASH MGMT TRSFR CR<br>REF 0361215L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $78,594.48 |
| Feb 05 | CASH MGMT TRSFR CR<br>REF 0361217L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | $122,431.72 |



35462 0107102 0009-0015 0000000000000000



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX4516 |
| **Statement Date:** | | 02/28/2025 |
| **Page :** | | 10 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 05 | CASH MGMT TRSFR CR<br>REF 0361217L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | $122,603.99 |
| Feb 06 | WIRE TRANSFER IN<br>INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF<br>25/02/06 | $700,000.00 |
| Feb 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | $8,452.69 |
| Feb 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $20,252.30 |
| Feb 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $1,067.00 |
| Feb 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $34,140.97 |
| Feb 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $44,324.66 |
| Feb 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $43,365.07 |
| Feb 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $51,917.35 |
| Feb 07 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $42,762.39 |
| Feb 07 | WIRE TRANSFER IN<br>INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF<br>25/02/07 | $500,000.00 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $5,297.58 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $5,999.00 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $41,503.37 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $32,999.45 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $23,260.71 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $30,823.87 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $84,200.74 |
| Feb 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | $151,771.33 |
| Feb 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | $33,964.84 |
| Feb 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | $27,425.42 |
| Feb 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | $1,210.67 |
| Feb 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | $24,982.67 |
| Feb 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | $51,388.52 |
| Feb 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | $2,901.00 |
| Feb 12 | CASH MGMT TRSFR CR<br>REF 0431531L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | $34,456.60 |
| Feb 12 | CASH MGMT TRSFR CR<br>REF 0431532L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | $39,814.44 |
| Feb 12 | CASH MGMT TRSFR CR<br>REF 0431250L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | $56,894.35 |

35462 0107103 0010-0015 00000000000000000





| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 02/28/2025 |
| | Page : | 11 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 12 | CASH MGMT TRSFR CR | $57,013.19 |
| | REF 0431532L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Feb 12 | CASH MGMT TRSFR CR | $60,073.82 |
| | REF 0431532L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | |
| Feb 12 | CASH MGMT TRSFR CR | $155,814.85 |
| | REF 0431531L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |
| Feb 13 | AUTOMATIC TRANSFER | $7,757.38 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Feb 13 | AUTOMATIC TRANSFER | $8,398.54 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Feb 13 | AUTOMATIC TRANSFER | $1,385.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Feb 13 | AUTOMATIC TRANSFER | $5,052.59 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Feb 13 | AUTOMATIC TRANSFER | $5,364.36 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Feb 13 | AUTOMATIC TRANSFER | $14,348.95 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Feb 13 | AUTOMATIC TRANSFER | $18,147.94 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Feb 14 | AUTOMATIC TRANSFER | $17,699.81 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Feb 14 | AUTOMATIC TRANSFER | $1,668.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Feb 14 | CASH MGMT TRSFR CR | $24,390.35 |
| | REF 0451526L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | |
| Feb 14 | CASH MGMT TRSFR CR | $47,752.98 |
| | REF 0451524L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | |
| Feb 14 | CASH MGMT TRSFR CR | $74,166.44 |
| | REF 0451524L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Feb 14 | CASH MGMT TRSFR CR | $80,469.95 |
| | REF 0451525L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | |
| Feb 14 | CASH MGMT TRSFR CR | $123,035.64 |
| | REF 0451524L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Feb 14 | CASH MGMT TRSFR CR | $144,026.73 |
| | REF 0451525L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |
| Feb 18 | AUTOMATIC TRANSFER | $11,369.55 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Feb 18 | AUTOMATIC TRANSFER | $2,930.52 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Feb 18 | PREAUTHORIZED CREDIT | $17,550.00 |
| | Bill.com VoidPaymnt Chicago Constructi ons Bill.com 015PC UQHTOCACDL | |
| | Inv 167 4 | |
| Feb 18 | CASH MGMT TRSFR CR | $64,572.69 |
| | REF 0491350L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | |
| Feb 18 | CASH MGMT TRSFR CR | $75,646.99 |
| | REF 0491349L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Feb 18 | CASH MGMT TRSFR CR | $181,108.38 |
| | REF 0491350L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |
| Feb 19 | AUTOMATIC TRANSFER | $2,631.36 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Feb 19 | AUTOMATIC TRANSFER | $14,420.08 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Feb 19 | AUTOMATIC TRANSFER | $2,831.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Feb 19 | AUTOMATIC TRANSFER | $27,720.52 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |



35462 0107104 0011-0015 0000000000000000



| | Account Number: | XXXXXX4516 |
|---|---|---|
| | Statement Date: | 02/28/2025 |
| | Page : | 12 of 15 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 19 | AUTOMATIC TRANSFER | $48,854.16 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Feb 19 | AUTOMATIC TRANSFER | $35,628.11 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Feb 19 | AUTOMATIC TRANSFER | $85,234.24 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Feb 19 | AUTOMATIC TRANSFER | $106,642.43 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Feb 20 | AUTOMATIC TRANSFER | $6,152.93 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Feb 20 | AUTOMATIC TRANSFER | $99,400.03 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Feb 20 | AUTOMATIC TRANSFER | $2,149.25 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Feb 20 | AUTOMATIC TRANSFER | $1,943.07 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Feb 20 | AUTOMATIC TRANSFER | $6,826.80 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Feb 20 | AUTOMATIC TRANSFER | $4,893.88 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Feb 20 | AUTOMATIC TRANSFER | $6,619.29 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Feb 20 | AUTOMATIC TRANSFER | $17,345.49 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Feb 21 | AUTOMATIC TRANSFER | $7,781.58 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Feb 21 | AUTOMATIC TRANSFER | $60,770.41 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Feb 21 | AUTOMATIC TRANSFER | $534.67 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Feb 21 | AUTOMATIC TRANSFER | $13,760.77 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Feb 21 | AUTOMATIC TRANSFER | $16,492.31 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Feb 21 | AUTOMATIC TRANSFER | $13,499.89 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Feb 21 | AUTOMATIC TRANSFER | $31,065.78 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Feb 21 | AUTOMATIC TRANSFER | $51,081.47 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Feb 21 | PREAUTHORIZED CREDIT | $17,550.00 |
| | Bill.com VoidPaymnt Chicago Constructi ons Bill.com 015WA AQSZUCJDV5 Inv 167 4 | |
| Feb 21 | WIRE TRANSFER IN | $500,000.00 |
| | INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF 25/02/21 | |
| Feb 24 | AUTOMATIC TRANSFER | $19,609.11 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Feb 24 | AUTOMATIC TRANSFER | $71.73 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Feb 24 | AUTOMATIC TRANSFER | $20,766.68 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Feb 24 | AUTOMATIC TRANSFER | $21,238.21 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Feb 24 | AUTOMATIC TRANSFER | $17,300.22 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Feb 24 | AUTOMATIC TRANSFER | $13,307.15 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |

35462 0107105 0012-0015 0000000000000000





**Account Number:** XXXXXX4516
**Statement Date:** 02/28/2025
**Page :** 13 of 15

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 24 | CASH MGMT TRSFR CR | $49,543.73 |
| | REF 0550846L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Feb 24 | CASH MGMT TRSFR CR | $77,796.56 |
| | REF 0550846L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |
| Feb 25 | PREAUTHORIZED CREDIT | $80.00 |
| | Bill.com VoidPaymnt Interim Healthcare of Cincinnati Inc Bill.com 015TYAHP VGCNXOA Acct SBH I | |
| Feb 25 | CASH MGMT TRSFR CR | $40,853.92 |
| | REF 0560901L FUNDS TRANSFER FRM DEP XXXXXX1761 FROM | |
| Feb 25 | CASH MGMT TRSFR CR | $54,258.28 |
| | REF 0560900L FUNDS TRANSFER FRM DEP XXXXXX7617 FROM | |
| Feb 25 | CASH MGMT TRSFR CR | $56,688.18 |
| | REF 0560900L FUNDS TRANSFER FRM DEP XXXXXX0037 FROM | |
| Feb 25 | CASH MGMT TRSFR CR | $60,523.24 |
| | REF 0560902L FUNDS TRANSFER FRM DEP XXXXXX8445 FROM | |
| Feb 25 | CASH MGMT TRSFR CR | $73,561.06 |
| | REF 0560901L FUNDS TRANSFER FRM DEP XXXXXX3476 FROM | |
| Feb 25 | CASH MGMT TRSFR CR | $133,578.01 |
| | REF 0560902L FUNDS TRANSFER FRM DEP XXXXXX7428 FROM | |
| Feb 26 | AUTOMATIC TRANSFER | $129,549.29 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Feb 26 | WIRE TRANSFER IN | $1,429.00 |
| | DDA CREDIT INCOMIN ACCT#3805444516 DDA/215376176 DDA/ 215376176 13071587 58 | |
| Feb 26 | WIRE TRANSFER IN | $450,000.00 |
| | INCOMING WIRE - CH ACCT#3805444516 H&H PHARMACY LLC C ML OF 25/02/26 | |
| Feb 27 | AUTOMATIC TRANSFER | $7,778.56 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Feb 27 | AUTOMATIC TRANSFER | $90,972.41 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX8445 | |
| Feb 27 | AUTOMATIC TRANSFER | $348.90 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1538 | |
| Feb 27 | AUTOMATIC TRANSFER | $1,853.50 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3962 | |
| Feb 27 | AUTOMATIC TRANSFER | $750.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX9775 | |
| Feb 27 | AUTOMATIC TRANSFER | $931.36 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Feb 27 | AUTOMATIC TRANSFER | $3,427.96 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Feb 27 | AUTOMATIC TRANSFER | $8,704.51 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Feb 27 | AUTOMATIC TRANSFER | $4,146.26 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |
| Feb 27 | AUTOMATIC TRANSFER | $11,877.05 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Feb 28 | AUTOMATIC TRANSFER | $5,332.61 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7307 | |
| Feb 28 | AUTOMATIC TRANSFER | $48,153.50 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX1761 | |
| Feb 28 | AUTOMATIC TRANSFER | $45,599.93 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX0037 | |
| Feb 28 | AUTOMATIC TRANSFER | $48,282.36 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7617 | |
| Feb 28 | AUTOMATIC TRANSFER | $48,813.45 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX3476 | |





9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 28 | AUTOMATIC TRANSFER | $31,348.49 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX7428 | |
| Feb 28 | WIRE TRANSFER IN | $350.11 |
| | DDA CREDIT INCOMIN ACCT#3805444516 DDA/215376176 2613 735964 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jan 31 | $90,308.86 | Feb 07 | $27,723.65 | Feb 14 | $110,630.04 | Feb 24 | $129,388.80 |
| Feb 03 | $18,415.26 | Feb 10 | $247,335.36 | Feb 18 | $196,040.29 | Feb 25 | $41,454.14 |
| Feb 04 | $78,713.21 | Feb 11 | $337,347.47 | Feb 19 | $265,713.94 | Feb 26 | $73,051.48 |
| Feb 05 | $107,523.47 | Feb 12 | $93,904.36 | Feb 20 | $254,348.23 | Feb 27 | $166,941.99 |
| Feb 06 | $104,999.97 | Feb 13 | $111,452.80 | Feb 21 | $116,646.12 | Feb 28 | $277,085.72 |

35462 0107107 0014-0015 00000000000000000

