# SUPPORTING DOCUMENTATION

## (February 2025)



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2025 through February 28, 2025
Account Number: ████████7589



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00001382 DDA 111 211  06025 NNNNNNNNNNN  1 000000000 63 0000

ENOVEX PHARMACY LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

## CHECKING SUMMARY   Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,401.98** |
| Deposits and Additions | 1 | 920.00 |
| **Ending Balance** | 1 | **$3,321.98** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/19 | Deposit    2135584114 | $920.00 |
| **Total Deposits and Additions** | | **$920.00** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/19 | $3,321.98 |



February 01, 2025 through February 28, 2025

Account Number: ███████████7589

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---


# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

34914 TWS380WR030125030535 01 000000000 48 005
ENOVEX PHARMACY LLC
1431 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

| | |
|---|---|
| Last Statement: | January 31, 2025 |
| Statement Ending: | February 28, 2025 |
| Page: | 1 of 4 |

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING                    Account Number:    XXXXXX3962

## Balance Summary

| | |
|---|---:|
| **Beginning Balance as of 02/01/25** | **$0.00** |
| + Deposits and Credits (27) | $130,758.07 |
| - Withdrawals and Debits (34) | $130,651.43 |
| **Ending Balance as of 02/28/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $106.64 |
| Number of Days in Statement Period | 28 |

## Debits

| Date | Description | Subtractions |
|---|---|---:|
| Feb 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015BBAUMRS BMNU5 Acct<br>UNIV91N - Multiple invoic | -$471.00 |
| Feb 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250201 650000012526300 | -$2,375.61 |
| Feb 03 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,275.19 |
| Feb 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015HKFXTLH BP5TS Acct<br>UNIV91N - Multiple invoic | -$3,496.00 |
| Feb 05 | PREAUTHORIZED DEBIT<br>VANTIV_INTG_PYMT BILLNG Merch Bankcard 316 5263 Enovex Pharma<br>cy | -$139.90 |
| Feb 05 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,730.35 |
| Feb 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015EGOZVRPBUH7B | -$6,349.72 |
| Feb 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015GTPWYFZ BWZA5 Acct<br>UNIV91N - Inv 03725985 | -$165.00 |
| Feb 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,067.00 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,999.00 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | |
|---|---|
| **Account Number:** | XXXXXX3962 |
| **Statement Date:** | 02/28/2025 |
| **Page :** | 2 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|-------------|
| Feb 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables Willow Birch Pharm a, Inc. Bill.com 0 15BXZOCEIC0Q7B Mul tiple invoices (de | -$31,250.00 |
| Feb 12 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,901.00 |
| Feb 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015YGAPILJ C4Z22 Inv PNRX-195 063 | -$1,026.00 |
| Feb 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,385.00 |
| Feb 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,668.00 |
| Feb 18 | PREAUTHORIZED DEBIT<br>ATT Payment 250216 | -$214.00 |
| Feb 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medtel Communicati ons Llc Bill.com 0 15KOMHAIKCB0IW Inv MC76052 | -$361.16 |
| Feb 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015QCZXXTE C9JX8 Inv 186601 | -$774.88 |
| Feb 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 01/25 | -$106.64 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,930.52 |
| Feb 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,831.00 |
| Feb 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,149.25 |
| Feb 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Whisk Cleaning Ser vices Inc Bill.com 015LGWSNRACH5W5 I nv 18484 | -$270.83 |
| Feb 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015YAABFSE CHTKL Acct UNIV91N - Inv 03743001 | -$770.00 |
| Feb 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$534.67 |
| Feb 24 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 250224 | -$151.22 |
| Feb 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015GIRNAAR CK5FQ Acct UNIV91N - Multiple invoic | -$1,739.00 |
| Feb 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$20,766.68 |
| Feb 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015VBKYTZJ CLZY4 Inv 186933 | -$866.45 |
| Feb 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Stevenson Manageme nt Company Bill.co m 015JVXGIMZCMQY1 Acct Unit M - Inv | -$9,250.00 |
| Feb 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015WISRBYXCPLYX | -$3,680.00 |
| Feb 27 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015BODOXOW CR4TS Acct UNIV91N - Inv 03746940 | -$285.00 |
| Feb 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$1,853.50 |

34914 0105057 0002-0004 00000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX3962 |
| **Statement Date:** | 02/28/2025 |
| **Page :** | 3 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

34914 0105058 0003-0004 0000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015AATVFXZCSDA0 | -$1,381.39 |
| Feb 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015MUMVDBZCT672 | -$16,543.11 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Feb 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250202 650000012526300 | $2,169.00 |
| Feb 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250201 650000012526300 | $2,952.80 |
| Feb 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $3,496.00 |
| Feb 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250205 650000012526300 | $2,870.25 |
| Feb 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $3,973.72 |
| Feb 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250206 650000012526300 | $2,376.00 |
| Feb 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250207 650000012526300 | $1,232.00 |
| Feb 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250209 650000012526300 | $2,065.00 |
| Feb 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250208 650000012526300 | $3,934.00 |
| Feb 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $31,250.00 |
| Feb 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250212 650000012526300 | $2,901.00 |
| Feb 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250213 650000012526300 | $2,411.00 |
| Feb 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250214 650000012526300 | $1,668.00 |
| Feb 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250215 650000012526300 | $1,977.20 |
| Feb 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250216 650000012526300 | $2,410.00 |
| Feb 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250219 650000012526300 | $2,831.00 |
| Feb 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250220 650000012526300 | $2,149.25 |
| Feb 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250221 650000012526300 | $1,575.50 |
| Feb 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250223 650000012526300 | $2,022.00 |
| Feb 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250222 650000012526300 | $3,134.00 |
| Feb 24 | PREAUTHORIZED CREDIT<br>Mindbloom Inc. Receivable 026SDKGIV1AAYK8 Mi ndbloom Inc. Bill. com<br>Inv MB059 | $17,500.90 |
| Feb 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $10,116.45 |





| Account Number: | XXXXXX3962 |
|---|---|
| Statement Date: | 02/28/2025 |
| Page : | 4 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 26 | AUTOMATIC TRANSFER | $1,890.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 26 | PREAUTHORIZED CREDIT | $1,790.00 |
| | HRTLAND PMT SYS TXNS/FEES 250226 650000012526300 | |
| Feb 27 | PREAUTHORIZED CREDIT | $2,138.50 |
| | HRTLAND PMT SYS TXNS/FEES 250227 650000012526300 | |
| Feb 28 | AUTOMATIC TRANSFER | $16,224.50 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 28 | PREAUTHORIZED CREDIT | $1,700.00 |
| | HRTLAND PMT SYS TXNS/FEES 250228 650000012526300 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jan 31 | $0.00 | Feb 07 | $0.00 | Feb 14 | $0.00 | Feb 24 | $0.00 |
| Feb 03 | $0.00 | Feb 10 | $0.00 | Feb 18 | $0.00 | Feb 25 | $0.00 |
| Feb 04 | $0.00 | Feb 11 | $0.00 | Feb 19 | $0.00 | Feb 26 | $0.00 |
| Feb 05 | $0.00 | Feb 12 | $0.00 | Feb 20 | $0.00 | Feb 27 | $0.00 |
| Feb 06 | $0.00 | Feb 13 | $0.00 | Feb 21 | $0.00 | Feb 28 | $0.00 |

