# SUPPORTING DOCUMENTATION

## (February 2025)



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2025 through February 28, 2025
Account Number: ███████0359



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00001172 DDA 111 212 06025 NNNNNNNNNNN 1 000000000 67 0000

H&H PHARMACY LLC
DEBTOR IN POSSESSION
311 S WACKER DR STE 400
CHICAGO IL 60606-6619

# CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$3,348,531.56** |
| Deposits and Additions | 14 | 3,411,100.45 |
| Electronic Withdrawals | 45 | - 5,029,791.10 |
| **Ending Balance** | 59 | **$1,729,840.91** |

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/05 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0205Mmqfmp14001269 Trn: 0945421036Ff | $430,000.00 |
| 02/11 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0211Mmqfmp14000299 Trn: 0243951042Ff | 150,000.00 |
| 02/12 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0212Mmqfmp14001469 Trn: 1026861043Ff | 450,000.00 |
| 02/14 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0214Mmqfmp14002224 Trn: 1232801045Ff | 225,000.00 |
| 02/14 | Real Time Transfer Recd From Aba/Contr Bnk-322271627  From: Bnf-Bill.Com Ref: Bac01Segcjisrgp4Vtxj Info: Text-  Iid: 20250214021000021P1Brjpc04400113354 Recd: 12:33:38 Trn: 1277292045Gc | 0.45 |
| 02/18 | | 80,000.00 |



February 01, 2025 through February 28, 2025
Account Number: ████████0359

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0218Mmqfmp14001698 Trn: 1374561049Ff | |
| 02/18 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:          CO Entry Descr:Voidpaymntsec:CCD    Trace#:021000021437244 Eed:250218    Ind ID:015Lmnbaxwcbqxk          Ind Name:Firstcare Pharmacy LLC          Donald Iron Works Bill.Com 015Lmnba Xwcbqxk Inv 86 Trn: 0491437244Tc | 2,550.00 |
| 02/18 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:          CO Entry Descr:Voidpaymntsec:CCD    Trace#:021000021437246 Eed:250218    Ind ID:015Gpcvqnbcbqxl          Ind Name:Firstcare Pharmacy LLC          Donald Iron Works Bill.Com 015Gpcvq Nbcbqxl Inv 86 Trn: 0491437246Tc | 2,550.00 |
| 02/20 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0220Mmqfmp14000734 Trn: 0610311051Ff | 100,000.00 |
| 02/24 | Fedwire Credit Via: Wintrust Bank, NA/071925444 B/O: Optio Rx LLC Oak Brook, IL 60523- Ref: Chase Nyc/Ctr/Bnf=H&H Pharmacy LLC Chicago IL 60606-6619 US/Ac-0000000 05063 Rfb=O/B Wintrust Bk Imad: 0224Mmqfmp14000992 Trn: 0947261055Ff | 200,000.00 |
| 02/24 | Online Transfer From Chk ...8660 Transaction#: 23835948388 | 72,000.00 |
| 02/24 | Online Transfer From Chk ...9817 Transaction#: 23835938564 | 14,000.00 |
| 02/25 | Deposit      2113949174 | 825,000.00 |
| 02/26 | Deposit      2115757926 | 860,000.00 |
| **Total Deposits and Additions** | | **$3,411,100.45** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/03 | Orig CO Name:Optio Rx LLC          Orig ID:9121145349 Desc Date:          CO Entry Descr:Transfer Sec:CCD    Trace#:121145344637563 Eed:250203    Ind ID:          Ind Name:Unknown Bank - Plaid - Trn: 0344637563Tc | $125,000.00 |
| 02/04 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:          CO Entry Descr:Payables Sec:CCD    Trace#:021000027165888 Eed:250204    Ind ID:015Zwmlnnhbp650          Ind Name:Firstcare Pharmacy LLC          American Flyer Distribution Bill.CO M 015Zwmlnnhbp650 Acct 98 - Inv F23 62 Trn: 0357165888Tc | 2,100.00 |
| 02/04 | Orig CO Name:Bill.Com          Orig ID:1204895317 Desc Date:          CO Entry Descr:Payables Sec:CCD    Trace#:021000027165885 Eed:250204    Ind ID:015Bdjisfobp5Og          Ind Name:Easycare Pharmacy LLC          American Flyer Distribution Bill.CO M 015Bdjisfobp5Og Inv Fe12562 Trn: 0357165885Tc | 960.00 |
| 02/05 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH Sec:CCD    Trace#:091000016600551 Eed:250205    Ind ID:ACH06375900          Ind Name:Easycare Pharmacy Trn: 0366600551Tc | 102,606.63 |
| 02/05 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH Sec:CCD    Trace#:091000016600548 Eed:250205    Ind ID:ACH06375698          Ind Name:Rose Pharmacy Sf Trn: 0366600548Tc | 95,994.00 |
| 02/05 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH Sec:CCD    Trace#:091000016600552 Eed:250205    Ind ID:ACH06375901          Ind Name:Firstcare Pharmacy Trn: 0366600552Tc | 80,901.52 |
| 02/05 | Orig CO Name:Mckesson Drug          Orig ID:9991000900 Desc Date:          CO Entry Descr:Auto ACH Sec:CCD    Trace#:091000016600549 Eed:250205    Ind ID:ACH06375790          Ind Name:Smc Pharmacy Trn: 0366600549Tc | 78,870.80 |



February 01, 2025 through February 28, 2025

Account Number: ▮▮▮▮▮▮0359

# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/05 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000016600553 Eed:250205   Ind ID:ACH06375902          Ind Name:Primecare Pharmacy Trn: 0366600553Tc | 65,436.78 |
| 02/05 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000016600550 Eed:250205   Ind ID:ACH06375880          Ind Name:Concierge Pharmacy Trn: 0366600550Tc | 42,048.44 |
| 02/06 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 0206Mmqfmp2M021638 Trn: 3345505037Es | 700,000.00 |
| 02/07 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071925444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 0207Mmqfmp2L021000 Trn: 3376655038Es | 500,000.00 |
| 02/07 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000029601367 Eed:250207   Ind ID:016Iohbnw3MT1CO        Ind Name:Rose Pharmacy Sf LLC        Medical Biowaste Solutions Bill.Com  016Iohbnw3MT1CO Inv 241760 Trn: 0389601367Tc | 731.13 |
| 02/10 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000026766085 Eed:250210   Ind ID:015Zjpualubygl0        Ind Name:Easycare Pharmacy LLC        Virtus Pharmaceuticals LLC Bill.Com  015Zjpualubygl0 Acct 100533 - Inv  24162 Trn: 0416766085Tc | 9,310.00 |
| 02/11 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000024675541 Eed:250211   Ind ID:015Sapdsyvc0Wvl        Ind Name:Firstcare Pharmacy LLC        American Flyer Distribution Bill.CO M 015Sapdsyvc0Wvl Acct 98 - Inv F23 63 Trn: 0424675541Tc | 1,807.50 |
| 02/11 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000024675538 Eed:250211   Ind ID:015Oqqkttuc0Wez        Ind Name:Easycare Pharmacy LLC        American Flyer Distribution Bill.CO M 015Oqqkttuc0Wez Inv Fe12563 Trn: 0424675538Tc | 877.50 |
| 02/12 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000017357012 Eed:250212   Ind ID:ACH06390659          Ind Name:Smc Pharmacy Trn: 0437357012Tc | 290,138.67 |
| 02/12 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000017357013 Eed:250212   Ind ID:ACH06390776          Ind Name:Concierge Pharmacy Trn: 0437357013Tc | 142,692.62 |
| 02/12 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000017357015 Eed:250212   Ind ID:ACH06390796          Ind Name:Firstcare Pharmacy Trn: 0437357015Tc | 130,090.45 |
| 02/12 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000017357011 Eed:250212   Ind ID:ACH06390503          Ind Name:Rose Pharmacy Sf Trn: 0437357011Tc | 111,361.07 |
| 02/12 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000017357014 Eed:250212   Ind ID:ACH06390795          Ind Name:Easycare Pharmacy Trn: 0437357014Tc | 105,220.49 |
| 02/12 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000017357016 Eed:250212   Ind ID:ACH06390797          Ind Name:Primecare Pharmacy Trn: 0437357016Tc | 103,804.56 |
| 02/13 | Orig CO Name:Optio Rx LLC        Orig ID:9121145349 Desc Date:        CO Entry Descr:Transfer  Sec:CCD    Trace#:121145346481844 Eed:250213  Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 0446481844Tc | 100,000.00 |
| 02/18 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables  Sec:CCD    Trace#:021000025468177 Eed:250218   Ind ID:015Skvphusc9Pm0        Ind Name:Enovex Pharmacy LLC        Air-Tro Inc Bill.Com 015Skvphu SC9Pm0 Multiple Invoices Trn: 0495468177Tc | 2,982.59 |
| 02/19 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD   Trace#:091000014594566 Eed:250219   Ind ID:ACH06397302          Ind Name:Easycare Pharmacy Trn: 0504594566Tc | 101,262.77 |





February 01, 2025 through February 28, 2025

Account Number: ███████████0359

# ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/19 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000014594564 Eed:250219   Ind ID:ACH06397193         Ind Name:Smc Pharmacy Trn: 0504594564Tc | 92,913.34 |
| 02/19 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000014594568 Eed:250219   Ind ID:ACH06397304         Ind Name:Primecare Pharmacy Trn: 0504594568Tc | 90,792.92 |
| 02/19 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000014594563 Eed:250219   Ind ID:ACH06397103         Ind Name:Rose Pharmacy Sf Trn: 0504594563Tc | 83,964.87 |
| 02/19 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000014594567 Eed:250219   Ind ID:ACH06397303         Ind Name:Firstcare Pharmacy Trn: 0504594567Tc | 57,299.02 |
| 02/19 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000014594565 Eed:250219   Ind ID:ACH06397282         Ind Name:Concierge Pharmacy Trn: 0504594565Tc | 43,822.24 |
| 02/19 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables Sec:CCD    Trace#:021000024594573 Eed:250219   Ind ID:015Nljubruccxc8         Ind Name:Firstcare Pharmacy LLC    Multiple Payments Bill.Com Payables  015Nljubruccxc8 Trn: 0504594573Tc | 7,252.50 |
| 02/19 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables Sec:CCD    Trace#:021000024594576 Eed:250219   Ind ID:015Cnqzcdvcd8Ge         Ind Name:Smc Pharmacy LLC        Gateway Hotel Santa Monica Bill.Com  015Cnqzcdvcd8Ge Inv Re-10000998 Trn: 0504594576Tc | 2,076.80 |
| 02/19 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables Sec:CCD    Trace#:021000024594570 Eed:250219   Ind ID:015Obbhjegccwes         Ind Name:Easycare Pharmacy LLC        American Flyer Distribution Bill.CO M 015Obbhjegccwes Inv F12564 Trn: 0504594570Tc | 757.50 |
| 02/20 | Online Domestic Wire Transfer A/C: Bingodel LLC Santa Fe Springs CA 90670-3337 US Trn: 3513015051Es | 83,259.46 |
| 02/21 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071059444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 0221Mmqfmp2L069142 Trn: 3711235052Es | 500,000.00 |
| 02/21 | Orig CO Name:Optio Rx LLC        Orig ID:9121145349 Desc Date:        CO Entry Descr:Transfer Sec:CCD    Trace#:121145347016655 Eed:250221   Ind ID: Ind Name:Unknown Bank - Plaid - Trn: 0527016655Tc | 65,000.00 |
| 02/25 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables Sec:CCD    Trace#:021000021084477 Eed:250225   Ind ID:015Xdnmujucm09X         Ind Name:Firstcare Pharmacy LLC        American Flyer Distribution Bill.CO M 015Xdnmujucm09X Acct 98 - Inv F23 65 Trn: 0561084477Tc | 2,512.50 |
| 02/25 | Orig CO Name:Bill.Com        Orig ID:1204895317 Desc Date:        CO Entry Descr:Payables Sec:CCD    Trace#:021000021084474 Eed:250225   Ind ID:015Lxpcfdbclzr0         Ind Name:Easycare Pharmacy LLC    American Flyer Distribution Bill.CO M 015Lxpcfdbclzr0 Inv Fe12565 Trn: 0561084474Tc | 750.00 |
| 02/26 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Ferring Pharmaceuticals Inc Parsippany NJ 07054 US Imad: 0226Mmqfmp2N014269 Trn: 3196875057Es | 204,379.99 |
| 02/26 | Online Domestic Wire Transfer Via: Wintrust Bk NA/071059444 A/C: Optio Rx LLC Oak Brook IL 60523 US Imad: 0226Mmqfmp2K013807 Trn: 3198555057Es | 450,000.00 |
| 02/26 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000014257260 Eed:250226   Ind ID:ACH06410785         Ind Name:Smc Pharmacy Trn: 0574257260Tc | 133,998.50 |
| 02/26 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000014257262 Eed:250226   Ind ID:ACH06410892         Ind Name:Easycare Pharmacy Trn: 0574257262Tc | 75,793.39 |



February 01, 2025 through February 28, 2025
Account Number: ▉▉▉▉▉▉0359



## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/26 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000014257263 Eed:250226    Ind ID:ACH06410893        Ind Name:Firstcare Pharmacy Trn: 0574257263Tc | 73,291.36 |
| 02/26 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000014257259 Eed:250226    Ind ID:ACH06410686        Ind Name:Rose Pharmacy Sf Trn: 0574257259Tc | 71,596.87 |
| 02/26 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000014257264 Eed:250226    Ind ID:ACH06410894        Ind Name:Primecare Pharmacy Trn: 0574257264Tc | 61,953.15 |
| 02/26 | Orig CO Name:Mckesson Drug        Orig ID:9991000900 Desc Date:        CO Entry Descr:Auto ACH  Sec:CCD    Trace#:091000014257261 Eed:250226    Ind ID:ACH06410872        Ind Name:Concierge Pharmacy Trn: 0574257261Tc | 34,179.17 |
| **Total Electronic Withdrawals** | | **$5,029,791.10** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 02/03 | $3,223,531.56 | 02/14 | 1,813,579.85 |
| 02/04 | 3,220,471.56 | 02/18 | 1,895,697.26 |
| 02/05 | 3,184,613.39 | 02/19 | 1,415,555.30 |
| 02/06 | 2,484,613.39 | 02/20 | 1,432,295.84 |
| 02/07 | 1,983,882.26 | 02/21 | 867,295.84 |
| 02/10 | 1,974,572.26 | 02/24 | 1,153,295.84 |
| 02/11 | 2,121,887.26 | 02/25 | 1,975,033.34 |
| 02/12 | 1,688,579.40 | 02/26 | 1,729,840.91 |
| 02/13 | 1,588,579.40 | | |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



This Page Intentionally Left Blank



Last Statement:        January 31, 2025
Statement Ending:      February 28, 2025
Page:                  1 of 2

9801 W. Higgins, Box 32, Rosemont, IL 60018

33086 TWS380WR030125030535 01 000000000 48 003

H&H PHARMACY LLC
1427 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                     Account Number:    XXXXXX4793

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 02/01/25** | **$0.00** |
| + Deposits and Credits (6) | $14,849.15 |
| - Withdrawals and Debits (6) | $14,357.59 |
| **Ending Balance as of 02/28/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $491.56 |
| Number of Days in Statement Period | 28 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Feb 04 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$246.94 |
| Feb 05 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$3,288.37 |
| Feb 07 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$128.74 |
| Feb 11 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$8,800.29 |
| Feb 13 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$530.75 |
| Feb 18 | PREAUTHORIZED DEBIT<br>BREX INC. BREX REIMB ursement | -$1,362.50 |
| Feb 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 01/25 | -$491.56 |



### Credits

| Date | Description | Additions |
|---|---|---|
| Feb 04 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $246.94 |
| Feb 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $3,288.37 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $128.74 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Feb 11 | AUTOMATIC TRANSFER | $8,800.29 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 13 | AUTOMATIC TRANSFER | $530.75 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 18 | AUTOMATIC TRANSFER | $1,854.06 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Jan 31 | $0.00 | Feb 05 | $0.00 | Feb 10 | $0.00 | Feb 13 | $0.00 |
| Feb 04 | $0.00 | Feb 07 | -$128.74 | Feb 11 | $0.00 | Feb 18 | $0.00 |

33086 0097823 0002-0002 00000000000000000

