# SUPPORTING DOCUMENTATION

## (February 2025)



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2025 through February 28, 2025

**Account Number:** ▉▉▉▉▉▉5093

### Customer Service Information

If you have any questions about your statement, please contact your Customer Service Professional.

00005454 WBS 111 211 06025 NNNNNNNNNNN 1 000000000 C1 0000
SMC PHARMACY, LLC
DEBTOR IN POSSESSION
3701 COMMERCIAL AVE, SUITE 14
NORTHBROOK IL 60062

## Commercial Checking
## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $4,339.80 |  |
| Deposits and Credits | 0 | $0.00 |  |
| Withdrawals and Debits | 0 | $0.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$4,339.80** |  |

Your service charges, fees and earnings credit have been calculated through account analysis.

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

This Page Intentionally Left Blank



| | |
|---|---|
| **Last Statement:** | January 31, 2025 |
| **Statement Ending:** | February 28, 2025 |
| **Page:** | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

50351 TWS380WR030125030535 01 000000000 51 007

SMC PHARMACY LLC
1441 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

50351 0155966 0001-0006 000000000000000000

### Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:    XXXXXX7428

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 02/01/25** | **$10,552.00** |
| + Deposits and Credits (80) | $2,169,384.59 |
| - Withdrawals and Debits (50) | $2,179,757.13 |
| **Ending Balance as of 02/28/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $179.46 |
| Number of Days in Statement Period | 28 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Feb 03 | CASH MGMT TRSFR DR<br>REF 0341121L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$79,754.83 |
| Feb 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015ECFGZLP BMV2J Acct<br>SMCPH90 N - Inv 03720189 | -$75.00 |
| Feb 03 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 250203 | -$211.22 |
| Feb 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250201 650000012411180 | -$4,166.22 |
| Feb 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables PCCA B ill.com 015FCFYVYL BPB8P Acct 0001246 8 -<br>Multiple invoi | -$1,944.75 |
| Feb 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015XSVTLHJBP104 | -$63,507.79 |
| Feb 05 | CASH MGMT TRSFR DR<br>REF 0361217L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$122,431.72 |
| Feb 05 | DEPOSIT RETURN ITEM<br>DDA CB Debit 1373797  Refer to Maker | -$176.50 |
| Feb 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables ODP BUSINESS SOLUT IONS LLC Bill.com<br>015VCWQJBIBTTQY In v 33616122 | -$88.60 |
| Feb 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015LTPCIRIBUWPB | -$187,350.82 |
| Feb 07 | PREAUTHORIZED DEBIT<br>Bill.com Payables Medisca Inc. B ill.com 015MVROOSV BX2J6 Acct<br>SMCPH90 N - Multiple invoi | -$945.20 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX7428 |
| **Statement Date:** | | 02/28/2025 |
| **Page :** | | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 07 | PREAUTHORIZED DEBIT | -$1,656.56 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015WNVGPWRBW19I | |
| Feb 07 | AUTOMATIC TRANSFER | -$42,762.39 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 10 | PREAUTHORIZED DEBIT | -$625.20 |
| | Bill.com Payables Medisca Inc. B ill.com 015RBLDLFD BZ96G Acct | |
| | SMCPH90 N - Inv 03728627 | |
| Feb 10 | PREAUTHORIZED DEBIT | -$1,103.63 |
| | MASTERS DRUG COM AUTO ACH 250210 ACH06382559 | |
| Feb 10 | AUTOMATIC TRANSFER | -$84,200.74 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 11 | PREAUTHORIZED DEBIT | -$2,327.82 |
| | ParMed XXXXXXXXXX 250211 2057179748 2220 | |
| Feb 11 | AUTOMATIC TRANSFER | -$51,388.52 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 12 | CASH MGMT TRSFR DR | -$155,814.85 |
| | REF 0431531L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Feb 12 | PREAUTHORIZED DEBIT | -$839.73 |
| | SO CAL EDISON CO DIRECTPAY 250212 700896293380 | |
| Feb 13 | PREAUTHORIZED DEBIT | -$1,967.35 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015KSTGCPEC5CKR | |
| Feb 13 | PREAUTHORIZED DEBIT | -$2,384.28 |
| | Bill.com Payables PioneerRx B ill.com 015SXGCDHU C50LQ Acct N476-00 | |
| | 4 - Inv PNRX-19846 | |
| Feb 13 | AUTOMATIC TRANSFER | -$18,147.94 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 14 | CASH MGMT TRSFR DR | -$144,026.73 |
| | REF 0451525L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Feb 14 | WIRE TRANSFER OUT | -$198,501.50 |
| | IBB WIRE TRANSFER ACCT#3809277428 ARCUTIS BIOTHERAPE UTICS, | |
| | INC. SVB, A DIVISION OF FIRST CITIZ INVOCIE NUM | |
| Feb 18 | CASH MGMT TRSFR DR | -$181,108.38 |
| | REF 0491350L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Feb 18 | PREAUTHORIZED DEBIT | -$1,064.00 |
| | Bill.com Payables Multiple Payments Bill.com Payables | |
| | 015NPYGUSDCB1SC | |
| Feb 18 | MAINTENANCE FEE | -$179.46 |
| | ANALYSIS ACTIVITY  FOR 01/25 | |
| Feb 19 | PREAUTHORIZED DEBIT | -$1,355.10 |
| | Bill.com Payables Medisca Inc. B ill.com 015EWIJILE CD8GD Acct | |
| | SMCPH90 N - Multiple invoi | |
| Feb 19 | AUTOMATIC TRANSFER | -$106,642.43 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 20 | AUTOMATIC TRANSFER | -$17,345.49 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 21 | PREAUTHORIZED DEBIT | -$117.30 |
| | AUBURN PHARMACEU CORP COLL 250221 95100943 | |
| Feb 21 | PREAUTHORIZED DEBIT | -$220.00 |
| | Bill.com Payables Medisca Inc. B ill.com 015YGIAIEC CHWZR Acct | |
| | SMCPH90 N - Inv 03742868 | |
| Feb 21 | PREAUTHORIZED DEBIT | -$1,569.56 |
| | Bill.com Payables DI Overnite, LLC B ill.com 015ZJGBVNP CH8LR Acct | |
| | 102850 - Inv 186794 | |
| Feb 21 | AUTOMATIC TRANSFER | -$51,081.47 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

50351 0155968 0002-0006 0000000000000000000





| | Account Number: | XXXXXX7428 |
|---|---|---|
| | Statement Date: | 02/28/2025 |
| | Page : | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 24 | CASH MGMT TRSFR DR | -$77,796.56 |
| | REF 0550846L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Feb 24 | PREAUTHORIZED DEBIT | -$330.60 |
| | Bill.com Payables Medisca Inc. B ill.com 015WLTBEDB CK7K6 Acct SMCPH90 N - Multiple invoi | |
| Feb 24 | PREAUTHORIZED DEBIT | -$1,016.42 |
| | AUBURN PHARMACEU CORP COLL 250224 95100943 | |
| Feb 25 | WIRE TRANSFER OUT | -$112,196.50 |
| | IBB WIRE TRANSFER ACCT#3809277428 ARCUTIS BIOTHERAPE UTICS, INC. SVB, A DIVISION OF FIRST CITIZ INVOCIE NUM | |
| Feb 25 | CASH MGMT TRSFR DR | -$133,578.01 |
| | REF 0560902L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Feb 25 | PREAUTHORIZED DEBIT | -$399.00 |
| | OUTCOMES Payment 250225 | |
| Feb 25 | PREAUTHORIZED DEBIT | -$13,401.00 |
| | Bill.com Payables 1908 Santa Monica LLC Bill.com 015UF EZOPCCMVRA Acct SM C Pharmacy Rent - | |
| Feb 26 | PREAUTHORIZED DEBIT | -$234.50 |
| | AUBURN PHARMACEU CORP COLL 250226 95100943 | |
| Feb 26 | PREAUTHORIZED DEBIT | -$874.84 |
| | SO CAL EDISON CO DIRECTPAY 250226 700896293380 | |
| Feb 26 | PREAUTHORIZED DEBIT | -$2,839.20 |
| | ParMed XXXXXXXXXX 250226 2057179748 2220 | |
| Feb 26 | PREAUTHORIZED DEBIT | -$229,352.14 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015IXOIOVECPDJ5 | |
| Feb 27 | AUTOMATIC TRANSFER | -$11,877.05 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 28 | PREAUTHORIZED DEBIT | -$323.03 |
| | AUBURN PHARMACEU CORP COLL 250228 95100943 | |
| Feb 28 | PREAUTHORIZED DEBIT | -$4,509.04 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015BARVFKCCT86N | |
| Feb 28 | PREAUTHORIZED DEBIT | -$32,777.13 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015VQDPXWUCSF8P | |
| Feb 28 | AUTOMATIC TRANSFER | -$31,348.49 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Feb 03 | AUTOMATIC TRANSFER | $75.00 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 03 | PREAUTHORIZED CREDIT | $245.01 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2063485 *1341939227*000024 501*5640506\ | |
| Feb 03 | PREAUTHORIZED CREDIT | $429.00 |
| | INFINITY RX LLX ACH PAYMTS 204741132979813044 8 | |
| Feb 03 | PREAUTHORIZED CREDIT | $3,874.34 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910398597*13635696 42~ | |
| Feb 03 | PREAUTHORIZED CREDIT | $5,890.80 |
| | HRTLAND PMT SYS TXNS/FEES 250201 650000012411180 | |
| Feb 03 | PREAUTHORIZED CREDIT | $10,563.67 |
| | HRTLAND PMT SYS TXNS/FEES 250202 650000012411180 | |
| Feb 03 | PREAUTHORIZED CREDIT | $24,712.48 |
| | Prescription TRANSFER 250203 ST-I7N9P2V1IOI8 | |

50351 0155969 0003-0006 0000000000000000000





| | | Account Number: | XXXXXX7428 |
| | | Statement Date: | 02/28/2025 |
| | | Page : | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 03 | PREAUTHORIZED CREDIT | $27,864.97 |
| | ACCESS HEALTH ACCESS HEA 250203 5640506 | |
| Feb 04 | AUTOMATIC TRANSFER | $26,946.13 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 04 | PREAUTHORIZED CREDIT | $564.48 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910412924*13635696 42~ | |
| Feb 04 | PREAUTHORIZED CREDIT | $4,058.68 |
| | ACCESS HEALTH ACCESS HEA 250204 5640506 | |
| Feb 04 | PREAUTHORIZED CREDIT | $33,883.25 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008019308*14 31420563\ | |
| Feb 05 | PREAUTHORIZED CREDIT | $6,727.67 |
| | HRTLAND PMT SYS TXNS/FEES 250205 650000012411180 | |
| Feb 05 | PREAUTHORIZED CREDIT | $9,494.24 |
| | ACCESS HEALTH ACCESS HEA 250205 5640506 | |
| Feb 05 | PREAUTHORIZED CREDIT | $106,386.31 |
| | CAREMARK HCCLAIMPMT 2500064479*1752882 129*5640506\ | |
| Feb 06 | AUTOMATIC TRANSFER | $165,874.61 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 06 | PREAUTHORIZED CREDIT | $5,781.77 |
| | HRTLAND PMT SYS TXNS/FEES 250206 650000012411180 | |
| Feb 06 | PREAUTHORIZED CREDIT | $15,783.04 |
| | ACCESS HEALTH ACCESS HEA 250206 5640506 | |
| Feb 07 | PREAUTHORIZED CREDIT | $1,710.69 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04226825*143 1420563\ | |
| Feb 07 | PREAUTHORIZED CREDIT | $5,414.98 |
| | MEDE AMERICA CDA HCCLAIMPMT 7222816*3205716594 *199999999\ | |
| Feb 07 | PREAUTHORIZED CREDIT | $5,482.67 |
| | HRTLAND PMT SYS TXNS/FEES 250207 650000012411180 | |
| Feb 07 | PREAUTHORIZED CREDIT | $7,829.23 |
| | ACCESS HEALTH ACCESS HEA 250207 5640506 | |
| Feb 07 | PREAUTHORIZED CREDIT | $24,926.58 |
| | CA HCCLAIMPMT 7001473197*1540849 793*151826562802~ | |
| Feb 10 | REMOTE DEPOSIT | $5,848.65 |
| Feb 10 | PREAUTHORIZED CREDIT | $5,984.91 |
| | HRTLAND PMT SYS TXNS/FEES 250208 650000012411180 | |
| Feb 10 | PREAUTHORIZED CREDIT | $7,443.12 |
| | HRTLAND PMT SYS TXNS/FEES 250209 650000012411180 | |
| Feb 10 | PREAUTHORIZED CREDIT | $29,290.70 |
| | Prescription TRANSFER 250210 ST-N5D1Q7P7D5O9 | |
| Feb 10 | PREAUTHORIZED CREDIT | $43,210.19 |
| | ACCESS HEALTH ACCESS HEA 250210 5640506 | |
| Feb 11 | PREAUTHORIZED CREDIT | $17,306.03 |
| | ACCESS HEALTH ACCESS HEA 250211 5640506 | |
| Feb 11 | PREAUTHORIZED CREDIT | $30,562.31 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008034396*14 31420563\ | |
| Feb 12 | PREAUTHORIZED CREDIT | $6,087.71 |
| | HRTLAND PMT SYS TXNS/FEES 250212 650000012411180 | |
| Feb 12 | PREAUTHORIZED CREDIT | $22,054.56 |
| | ACCESS HEALTH ACCESS HEA 250212 5640506 | |
| Feb 12 | PREAUTHORIZED CREDIT | $128,512.31 |
| | CAREMARK HCCLAIMPMT 2500075874*1752882 129*5640506\ | |
| Feb 13 | PREAUTHORIZED CREDIT | $8,084.02 |
| | HRTLAND PMT SYS TXNS/FEES 250213 650000012411180 | |
| Feb 13 | PREAUTHORIZED CREDIT | $14,415.55 |
| | ACCESS HEALTH ACCESS HEA 250213 5640506 | |
| Feb 14 | AUTOMATIC TRANSFER | $198,501.50 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

50351 0155970 0004-0006 0000000000000000





| | Account Number: | XXXXXX7428 |
|---|---|---|
| | Statement Date: | 02/28/2025 |
| | Page : | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250214 650000012411180 | $5,787.56 |
| Feb 14 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910358066*13635696 42~ | $8,840.57 |
| Feb 14 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250214 5640506 | $13,352.45 |
| Feb 14 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001474632*1540849 793*151826562802~ | $33,087.89 |
| Feb 14 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 73 Dec 16-31 2024 | $82,958.26 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $179.46 |
| Feb 18 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7224028*3205716594 *199999999\ | $1,257.07 |
| Feb 18 | PREAUTHORIZED CREDIT<br>INFINITY RX LLX ACH PAYMTS 411851763397185129 | $1,287.00 |
| Feb 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250216 650000012411180 | $7,488.62 |
| Feb 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250215 650000012411180 | $8,435.21 |
| Feb 18 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250218 ST-M9Y1I9R7S9F4 | $24,940.43 |
| Feb 18 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008049472*14 31420563\ | $40,717.93 |
| Feb 18 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250217 5640506 | $98,046.12 |
| Feb 19 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910464939*13635696 42~ | $97.74 |
| Feb 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250219 650000012411180 | $8,056.02 |
| Feb 19 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500087385*1752882 129*5640506\ | $99,843.77 |
| Feb 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250220 650000012411180 | $7,845.86 |
| Feb 20 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250220 5640506 | $9,499.04 |
| Feb 20 | REMOTE DEPOSIT | $17,923.59 |
| Feb 21 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7224623*3205716594 *199999999\ | $235.00 |
| Feb 21 | PREAUTHORIZED CREDIT<br>TRICARE-ONLY DOD REMIT TRN*1*03226648*143 1420563\ | $1,936.36 |
| Feb 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250221 650000012411180 | $5,753.24 |
| Feb 21 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250221 5640506 | $27,140.73 |
| Feb 24 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $330.60 |
| Feb 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250222 650000012411180 | $6,202.65 |
| Feb 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250223 650000012411180 | $8,067.82 |
| Feb 24 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250224 ST-H3M1O9J4W7K8 | $28,048.10 |
| Feb 24 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250224 5640506 | $36,494.41 |
| Feb 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $145,597.17 |

50351 0155971 0005-0006 00000000000000000





| Account Number: | XXXXXX7428 |
|---|---|
| Statement Date: | 02/28/2025 |
| Page : | 6 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 25 | PREAUTHORIZED CREDIT | $8,869.20 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910487474*13635696 42~ | |
| Feb 25 | REMOTE DEPOSIT | $15,585.33 |
| Feb 25 | PREAUTHORIZED CREDIT | $27,367.23 |
| | ACCESS HEALTH ACCESS HEA 250225 5640506 | |
| Feb 25 | PREAUTHORIZED CREDIT | $35,836.93 |
| | CA HCCLAIMPMT 7001478274*1540849 793*151826562802~ | |
| Feb 25 | PREAUTHORIZED CREDIT | $41,903.65 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008064640*14 31420563\ | |
| Feb 26 | AUTOMATIC TRANSFER | $100,044.93 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 26 | PREAUTHORIZED CREDIT | $1,292.07 |
| | ACCESS HEALTH ACCESS HEA 250226 5640506 | |
| Feb 26 | PREAUTHORIZED CREDIT | $10,349.11 |
| | HRTLAND PMT SYS TXNS/FEES 250226 650000012411180 | |
| Feb 26 | PREAUTHORIZED CREDIT | $106,029.57 |
| | CAREMARK HCCLAIMPMT 2500098818*1752882 129*5640506\ | |
| Feb 27 | PREAUTHORIZED CREDIT | $1,200.64 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910501252*13635696 42~ | |
| Feb 27 | PREAUTHORIZED CREDIT | $1,916.74 |
| | ACCESS HEALTH ACCESS HEA 250227 5640506 | |
| Feb 27 | PREAUTHORIZED CREDIT | $8,759.67 |
| | HRTLAND PMT SYS TXNS/FEES 250227 650000012411180 | |
| Feb 28 | PREAUTHORIZED CREDIT | $6,736.42 |
| | HRTLAND PMT SYS TXNS/FEES 250228 650000012411180 | |
| Feb 28 | PREAUTHORIZED CREDIT | $21,001.85 |
| | CA HCCLAIMPMT 7001478660*1540849 793*151826562802~ | |
| Feb 28 | PREAUTHORIZED CREDIT | $41,219.42 |
| | ACCESS HEALTH ACCESS HEA 250228 5640506 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jan 31 | $10,552.00 | Feb 07 | $0.00 | Feb 14 | $0.00 | Feb 24 | $0.00 |
| Feb 03 | $0.00 | Feb 10 | $5,848.00 | Feb 18 | $0.00 | Feb 25 | $15,585.00 |
| Feb 04 | $0.00 | Feb 11 | $0.00 | Feb 19 | $0.00 | Feb 26 | $0.00 |
| Feb 05 | $0.00 | Feb 12 | $0.00 | Feb 20 | $17,923.00 | Feb 27 | $0.00 |
| Feb 06 | $0.00 | Feb 13 | $0.00 | Feb 21 | $0.00 | Feb 28 | $0.00 |

50351 0155972 0006-0006 0000000000000000000

