# SUPPORTING DOCUMENTATION

## (February 2025)



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2025 through February 28, 2025
**Account Number:** ▮▮▮▮▮▮▮8660

### Customer Service Information

If you have any questions about your
statement, please contact your
Customer Service Professional.

00000780 WBS 111 141 06025 NNNNNNNNNNN 1 000000000 C1 0000
ROSE PHARMACY SF LLC
DEBTOR IN POSSESSION
3701 COMMERCIAL AVE, SUITE 14
NORTHBROOK IL 60062

## Commercial Checking

## Summary

|  | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance |  | $23,718.84 |  |
| Deposits and Credits | 16 | $107,166.03 |  |
| Withdrawals and Debits | 1 | $72,000.00 |  |
| Checks Paid | 0 | $0.00 |  |
| **Ending Ledger Balance** |  | **$58,884.87** |  |

## Deposits and Credits

| Ledger Date | Description | Amount |
|---|---|---|
| 02/04 | Orig CO Name:Bellerose Hospic    Orig ID:S941687665 Desc Date:250204 CO Entry Descr:Sender   Sec:CTX   Trace#:113000021562731 Eed:250204 Ind ID:770688668         Ind Name:0000Rose Pharmacy Onlne Trnsfr88871070 Trn: 0351562731Tc | $22,941.55 |
| 02/04 | Orig CO Name:Vienna Hospice A    Orig ID:A114339399 Desc Date:SD1700 CO Entry Descr:Payments  Sec:CCD   Trace#:081009420821148 Eed:250204   Ind ID:                Ind Name:Rose Parmacy 1143393990 Trn: 0350821148Tc | 14,191.57 |
| 02/07 | Orig CO Name:Starline Hospice    Orig ID:462693989  Desc Date:250207 CO Entry Descr:Rose Pharmsec:CCD   Trace#:122043603708479 Eed:250207  Ind ID:              Ind Name:Rose Pharmacy Inv#355-17815 $2352.64 - Cm355-0145 8 $83.29=$2269.35 6417414 Trn: 0373708479Tc | 2,269.35 |
| 02/07 | Orig CO Name:A New Day Hospic    Orig ID:464277425  Desc Date:250207 CO Entry Descr:ACH      Sec:CCD   Trace#:026013573708482 Eed:250207 Ind ID:355-16621         Ind Name:Rose Pharmacy 1504721279 Trn: 0373708482Tc | 30.00 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no
change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to
the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account
(including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or
availability of the first statement on which the error or charge appears.



February 01, 2025 through February 28, 2025

**Account Number:** ███████8660

## Deposits and Credits  (continued)

| Ledger Date | Description | Amount |
|---|---|---|
| 02/14 | Orig CO Name:A New Day Hospic      Orig ID:464277425  Desc Date:250214 CO Entry Descr:ACH      Sec:CCD   Trace#:026013574806691 Eed:250214 Ind ID:355-17870/18252      Ind Name:Rose Pharmacy 1504721279 Trn: 0444806691Tc | 8,495.24 |
| 02/14 | Orig CO Name:Medonelc      Orig ID:1261769761 Desc Date:      CO Entry Descr:ACH Paymensec:CCD   Trace#:107005954806688 Eed:250214 Ind ID:871187      Ind Name:Rose Pharmacy Trn*1*100792*1261769761~ Trn: 0444806688Tc | 282.96 |
| 02/14 | Orig CO Name:American Heritag      Orig ID:2311299990 Desc Date:250214 CO Entry Descr:Payroll  Sec:PPD   Trace#:041000124806686 Eed:250214 Ind ID:253358253516402      Ind Name:Rose Pharmacy Sf LLC, 182643141425004 Trn: 0444806686Tc | 212.19 |
| 02/21 | Orig CO Name:Aa Family Hospic      Orig ID:1462800242 Desc Date:250221 CO Entry Descr:Payroll  Sec:PPD   Trace#:111000024676694 Eed:250221 Ind ID:002072789Cfc556      Ind Name:Rose Pharmacy Trn: 0524676694Tc | 1,667.69 |
| 02/21 | Orig CO Name:Progress Palliat      Orig ID:1462800242 Desc Date:250221 CO Entry Descr:Payroll  Sec:PPD   Trace#:111000024676696 Eed:250221 Ind ID:0020644881Da67E      Ind Name:Rose Pharmacy Sf LLC Trn: 0524676696Tc | 899.41 |
| 02/24 | Orig CO Name:Trilogy Hospice      Orig ID:9200502235 Desc Date:250224 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000023110154 Eed:250224  Ind ID:11162940591      Ind Name:Rose Pharmacy Invoice: Inv355-18574 Trn: 0523110154Tc | 167.20 |
| 02/25 | Orig CO Name:Burnet Hospice C      Orig ID:451783432  Desc Date:250225 CO Entry Descr:ACH      Sec:CCD   Trace#:026013579858600 Eed:250225 Ind ID:355-18255      Ind Name:Rose Pharmacy 1504721287 Trn: 0559858600Tc | 21,000.16 |
| 02/25 | Orig CO Name:All Family Hospi      Orig ID:9024218048 Desc Date:250225 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000026235759 Eed:250225   Ind ID:11163152240      Ind Name: Trn: 0566235759Tc | 7,358.79 |
| 02/25 | Orig CO Name:Starline Hospice      Orig ID:462693989  Desc Date:250225 CO Entry Descr:Rose Pharmsec:CCD   Trace#:122043609858602 Eed:250225   Ind ID:      Ind Name:Rose Pharmacy Inv#355-18246 $1903.32-Cm355-01485  $52.08 6417414 Trn: 0559858602Tc | 1,851.24 |
| 02/26 | Orig CO Name:All Family Hospi      Orig ID:9200502235 Desc Date:250226 CO Entry Descr:ACH Pmt  Sec:CCD   Trace#:021000028493981 Eed:250226   Ind ID:11163175862      Ind Name:Rose Pharmacy Sf LLC      Invoice 355-182087 Trn: 0568493981Tc | 3,550.17 |
| 02/27 | Orig CO Name:Lira Hospice, IN      Orig ID:9200502235 Desc Date:250227 CO Entry Descr:ACH Pmt  Sec:PPD   Trace#:021000025554936 Eed:250227   Ind ID:11163357482      Ind Name:Rose Pharamcy 355-17979 Trn: 0575554936Tc | 37.40 |
| 02/28 | Orig CO Name:Burnet Hospice C      Orig ID:451783432  Desc Date:250228 CO Entry Descr:ACH      Sec:CCD   Trace#:026013571615240 Eed:250228 Ind ID:355-18645      Ind Name:Rose Pharmacy 1504721287 Trn: 0581615240Tc | 22,211.11 |
| **Total** | | **$107,166.03** |

## Withdrawals and Debits

| Ledger Date | Description | Amount |
|---|---|---|
| 02/24 | Online Transfer To Chk ...0359 Transaction#: 23835948388 | $72,000.00 |
| **Total** | | **$72,000.00** |



February 01, 2025 through February 28, 2025

**Account Number:** ███████████8660

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|------|---------------|------|----------------|
| 02/04 | $60,851.96 | 02/25 | $33,086.19 |
| 02/07 | $63,151.31 | 02/26 | $36,636.36 |
| 02/14 | $72,141.70 | 02/27 | $36,673.76 |
| 02/21 | $74,708.80 | 02/28 | $58,884.87 |
| 02/24 | $2,876.00 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank



| | |
|---|---|
| **Last Statement:** | January 31, 2025 |
| **Statement Ending:** | February 28, 2025 |
| **Page:** | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22217 TWS380WR030125030535 01 000000000 46 007

ROSE PHARMACY SF LLC
1422 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

22217 0067602 0001-0006 0000000000000000000

---




### Customer Service

**Customer Support:**
312-291-2900

**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

---

| COMMERCIAL CHECKING | Account Number:    XXXXXX8445 |
|---|---|

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 02/01/25** | **$0.00** |
| + Deposits and Credits (84) | $1,052,710.69 |
| - Withdrawals and Debits (40) | $1,052,455.60 |
| **Ending Balance as of 02/28/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $255.09 |
| Number of Days in Statement Period | 28 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| Feb 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250201 650000012921873 | -$3,972.84 |
| Feb 03 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 1567  NSF | -$2,029.85 |
| Feb 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$41,085.21 |
| Feb 05 | CASH MGMT TRSFR DR<br>REF 0361217L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$122,603.99 |
| Feb 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015FHXMPCNBUWN5 | -$11,397.80 |
| Feb 06 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 50910  NSF | -$363.16 |
| Feb 06 | DEPOSIT RETURN ITEM<br>DDA CB Debit 1567  NSF 2nd | -$2,029.85 |
| Feb 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$20,252.30 |
| Feb 10 | PREAUTHORIZED DEBIT<br>MANAGED HEALTH C Payment 250210 | -$200.00 |
| Feb 10 | DEPOSIT RETURN ITEM<br>DDA CB Debit 50910  Duplicate Presentm | -$363.16 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,297.58 |
| Feb 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>015RVLEUTAC1B0 W Multiple invoice | -$10,029.82 |



## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add**  deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

## Important Information

**In Case of Errors or Questions About Your Electronic Transfers.**  Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or  receipt is wrong or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.**  If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s).  We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



**WINTRUST**
**BANK**®

| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 02/28/2025 |
| **Page :** | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables McKesson Medical-S urgical, Inc Bill. com<br>016ZZQYNZ3MX1A 8 Multiple invoice | -$11,090.53 |
| Feb 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$151,771.33 |
| Feb 12 | CASH MGMT TRSFR DR<br>REF 0431531L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$34,456.60 |
| Feb 12 | PREAUTHORIZED DEBIT<br>FRONTIER COMMUNI BILL PAY 250212 20740729441 | -$255.98 |
| Feb 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 016ITRJGP3 N0K8M Inv PNRX-199<br>935 | -$4,176.97 |
| Feb 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,398.54 |
| Feb 14 | CASH MGMT TRSFR DR<br>REF 0451526L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$24,390.35 |
| Feb 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015RHQUVJFCB1RJ | -$6,871.48 |
| Feb 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 01/25 | -$255.09 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$11,369.55 |
| Feb 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015TGDROVACCASE | -$1,949.50 |
| Feb 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$14,420.08 |
| Feb 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$99,400.03 |
| Feb 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Southern Californi a Shredding Bill.c om<br>015NUILGZSCHWWF Acct 3411 - Inv 2 | -$100.00 |
| Feb 21 | PREAUTHORIZED DEBIT<br>REPUBLICSERVICES RSIBILLPAY 250221 | -$676.00 |
| Feb 21 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 3274  NSF | -$260.95 |
| Feb 21 | DEPOSIT RETURN ITEM<br>DDA Redp Debit 3114  NSF | -$8,347.97 |
| Feb 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$60,770.41 |
| Feb 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables EnlivenHealth form erly FDS Amplicare Bill.com<br>015FFJDL AGCJMVC Inv IN1054 | -$250.53 |
| Feb 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$71.73 |
| Feb 25 | CASH MGMT TRSFR DR<br>REF 0560902L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$60,523.24 |
| Feb 25 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO DIRECTPAY 250225 700896544671 | -$2,290.72 |
| Feb 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Pharmacy Automatio n Supplies Bill.co m<br>015XXOWPHPCLUWV Inv 399156A | -$6,438.00 |
| Feb 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables TTC Investment LLC Bill.com 015TYIUC YFCMFBD Inv<br>RE-100 00995 | -$16,250.00 |
| Feb 25 | DEPOSIT RETURN ITEM<br>DDA CB Debit 3114  NSF 2nd | -$8,347.97 |

22217 0067604 0002-0006 00000000000000000000





| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 02/28/2025 |
| **Page :** | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015ZHSUJIJCPMEY | -$5,424.97 |
| Feb 26 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$129,549.29 |
| Feb 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$90,972.41 |
| Feb 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Bingodel B ill.com 015JEJYNON CSSYM Multiple inv<br>oices | -$74,004.91 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Feb 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $5,986.82 |
| Feb 03 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910398609*13635696 42~ | $15.87 |
| Feb 03 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 1567  NSF | $2,029.85 |
| Feb 04 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440995652*22<br>60076803*99999~ | $10.60 |
| Feb 04 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910412936*13635696 42~ | $1,269.66 |
| Feb 04 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550625810*12<br>60076803*99999~ | $2,418.50 |
| Feb 04 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008019321*14 31420563\ | $15,025.21 |
| Feb 04 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250204 650000012921873 | $22,361.19 |
| Feb 04 | REMOTE DEPOSIT | $102,364.05 |
| Feb 05 | PREAUTHORIZED CREDIT<br>SCRIPT CARE, LTD ACH Paymen TRN*1*0000605925*1 760295598~ | $115.63 |
| Feb 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250205 650000012921873 | $3,758.71 |
| Feb 05 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500064488*1752882 129*5641798\ | $16,365.65 |
| Feb 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $11,760.96 |
| Feb 06 | REDEPOSIT RETURN CHK<br>DDA Redp Credit 50910  NSF | $363.16 |
| Feb 07 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 444444440997463*22<br>60076803*99999~ | $79.65 |
| Feb 07 | PREAUTHORIZED CREDIT<br>MEDICARE-DUAL DOD REMIT TRN*1*04226827*143 1420563\ | $721.36 |
| Feb 07 | PREAUTHORIZED CREDIT<br>NAVITUS HEALTH S ACHPAYMENT 201593\ | $1,363.99 |
| Feb 07 | REMOTE DEPOSIT | $5,400.31 |
| Feb 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250207 650000012921873 | $6,043.18 |
| Feb 07 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001473439*1540849 793*142733835902~ | $12,043.81 |
| Feb 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250208 650000012921873 | $3.20 |



<div style="writing-mode: vertical">22217 0067605 0003-0006 0000000000000000000</div>



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX8445 |
| **Statement Date:** | | 02/28/2025 |
| **Page :** | | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

22217 0067606 0004-0006 00000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 10 | PREAUTHORIZED CREDIT | $46.00 |
| | HRTLAND PMT SYS TXNS/FEES 250210 650000012921873 | |
| Feb 10 | PREAUTHORIZED CREDIT | $47.58 |
| | HRTLAND PMT SYS TXNS/FEES 250209 650000012921873 | |
| Feb 10 | REMOTE DEPOSIT | $17,896.21 |
| Feb 10 | REMOTE DEPOSIT | $109,680.59 |
| Feb 11 | PREAUTHORIZED CREDIT | $107.28 |
| | PRIME THERAPEUTI HCCLAIMPMT 444444440999281*22 60076803*99999~ | |
| Feb 11 | PREAUTHORIZED CREDIT | $637.03 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550628290*12 60076803*99999~ | |
| Feb 11 | PREAUTHORIZED CREDIT | $1,624.44 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910427925*13635696 42~ | |
| Feb 11 | PREAUTHORIZED CREDIT | $20,029.30 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008034409*14 31420563\ | |
| Feb 11 | PREAUTHORIZED CREDIT | $22,917.63 |
| | HRTLAND PMT SYS TXNS/FEES 250211 650000012921873 | |
| Feb 12 | PREAUTHORIZED CREDIT | $1.36 |
| | NAVITUS HEALTH S ACHPAYMENT 201779\ | |
| Feb 12 | PREAUTHORIZED CREDIT | $265.10 |
| | NAVITUS HCCLAIMPMT 1527305*1043608530 ~ | |
| Feb 12 | PREAUTHORIZED CREDIT | $10,946.75 |
| | HRTLAND PMT SYS TXNS/FEES 250212 650000012921873 | |
| Feb 12 | PREAUTHORIZED CREDIT | $23,499.37 |
| | CAREMARK HCCLAIMPMT 2500075883*1752882 129*5641798\ | |
| Feb 13 | PREAUTHORIZED CREDIT | $12,575.51 |
| | HRTLAND PMT SYS TXNS/FEES 250213 650000012921873 | |
| Feb 14 | PREAUTHORIZED CREDIT | $484.73 |
| | NAVITUS HEALTH S ACHPAYMENT 201993\ | |
| Feb 14 | PREAUTHORIZED CREDIT | $2,211.26 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550629554*12 60076803*99999~ | |
| Feb 14 | PREAUTHORIZED CREDIT | $4,464.38 |
| | HRTLAND PMT SYS TXNS/FEES 250214 650000012921873 | |
| Feb 14 | PREAUTHORIZED CREDIT | $17,229.98 |
| | CA HCCLAIMPMT 7001474875*1540849 793*142733835902~ | |
| Feb 18 | PREAUTHORIZED CREDIT | $366.96 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2066767 *1341939227*000036 696*5641798\ | |
| Feb 18 | PREAUTHORIZED CREDIT | $884.75 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550630813*12 60076803*99999~ | |
| Feb 18 | PREAUTHORIZED CREDIT | $17,244.41 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008049486*14 31420563\ | |
| Feb 19 | PREAUTHORIZED CREDIT | $20.44 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910450733*13635696 42~ | |
| Feb 19 | PREAUTHORIZED CREDIT | $33.45 |
| | NAVITUS HEALTH S ACHPAYMENT 202196\ | |
| Feb 19 | PREAUTHORIZED CREDIT | $38.24 |
| | SCRIPT CARE, LTD ACH Paymen TRN*1*0000607586*1 760295598~ | |
| Feb 19 | PREAUTHORIZED CREDIT | $108.62 |
| | HRTLAND PMT SYS TXNS/FEES 250219 650000012921873 | |
| Feb 19 | PREAUTHORIZED CREDIT | $114.55 |
| | NAVITUS HCCLAIMPMT 1529673*1043608530 ~ | |
| Feb 19 | PREAUTHORIZED CREDIT | $489.00 |
| | Bill.com VoidPaymnt LICENSE PROTECTION SERVICES LLC Bill .com 016EHEVLJ3N73 T3 Inv 683-- bill. | |





| | |
|---|---|
| **Account Number:** | XXXXXX8445 |
| **Statement Date:** | 02/28/2025 |
| **Page :** | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 19 | PREAUTHORIZED CREDIT | $901.27 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910464949*13635696 42~ | |
| Feb 19 | PREAUTHORIZED CREDIT | $1,439.77 |
| | HRTLAND PMT SYS TXNS/FEES 250219 650000012921873 | |
| Feb 19 | PREAUTHORIZED CREDIT | $3,629.51 |
| | MEDIMPACT HEALTH DEBITS TRN*1*9200417967*1 330567651*433268 \ | |
| Feb 19 | PREAUTHORIZED CREDIT | $9,594.58 |
| | CAREMARK HCCLAIMPMT 2500087393*1752882 129*5641798\ | |
| Feb 19 | REMOTE DEPOSIT | $95,359.15 |
| Feb 20 | PREAUTHORIZED CREDIT | $16.93 |
| | MEDIMPACT HEALTH DEBITS TRN*1*9200418627*1 330567651*433268 \ | |
| Feb 20 | PREAUTHORIZED CREDIT | $4,022.86 |
| | HRTLAND PMT SYS TXNS/FEES 250220 650000012921873 | |
| Feb 20 | REMOTE DEPOSIT | $23,007.54 |
| Feb 20 | REMOTE DEPOSIT | $33,651.70 |
| Feb 21 | REDEPOSIT RETURN CHK | $260.95 |
| | DDA Redp Credit 3274  NSF | |
| Feb 21 | PREAUTHORIZED CREDIT | $624.34 |
| | NAVITUS HEALTH S ACHPAYMENT 202417\ | |
| Feb 21 | PREAUTHORIZED CREDIT | $670.74 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550632111*12 60076803*99999~ | |
| Feb 21 | PREAUTHORIZED CREDIT | $1,355.35 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04229964*143 1420563\ | |
| Feb 21 | REDEPOSIT RETURN CHK | $8,347.97 |
| | DDA Redp Credit 3114  NSF | |
| Feb 21 | PREAUTHORIZED CREDIT | $10,846.90 |
| | HRTLAND PMT SYS TXNS/FEES 250221 650000012921873 | |
| Feb 24 | PREAUTHORIZED CREDIT | $322.26 |
| | ELIXIR RX OPTION PAYMENTJNL TRN*1*FACHC2068113 *1341939227*000032 226*5641798\ | |
| Feb 25 | AUTOMATIC TRANSFER | $24,977.37 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 25 | PREAUTHORIZED CREDIT | $185.61 |
| | PRIME THERAPEUTI HCCLAIMPMT 555555550633351*12 60076803*99999~ | |
| Feb 25 | PREAUTHORIZED CREDIT | $597.12 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910487482*13635696 42~ | |
| Feb 25 | REMOTE DEPOSIT | $9,140.80 |
| Feb 25 | PREAUTHORIZED CREDIT | $12,794.76 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008064654*14 31420563\ | |
| Feb 25 | PREAUTHORIZED CREDIT | $14,625.51 |
| | CA HCCLAIMPMT 7001478515*1540849 793*142733835902~ | |
| Feb 25 | PREAUTHORIZED CREDIT | $32,320.24 |
| | HRTLAND PMT SYS TXNS/FEES 250225 650000012921873 | |
| Feb 25 | REMOTE DEPOSIT | $61,781.55 |
| Feb 26 | PREAUTHORIZED CREDIT | $62.61 |
| | NAVITUS HCCLAIMPMT 1533698*1043608530 ~ | |
| Feb 26 | PREAUTHORIZED CREDIT | $373.07 |
| | NAVITUS HEALTH S ACHPAYMENT 202626\ | |
| Feb 26 | PREAUTHORIZED CREDIT | $7,031.20 |
| | CAREMARK HCCLAIMPMT 2500098827*1752882 129*5641798\ | |
| Feb 26 | PREAUTHORIZED CREDIT | $56,585.93 |
| | HRTLAND PMT SYS TXNS/FEES 250226 650000012921873 | |
| Feb 26 | REMOTE DEPOSIT | $87,637.45 |

22217 0067607 0005-0006 0000000000000000000



# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

22217 0067608 0006-0006 0000000000000000000

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Feb 27 | PREAUTHORIZED CREDIT<br>SCRIPT CARE, LTD ACH Paymen TRN*1*0000609166*1 760295598~ | $168.61 |
| Feb 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250227 650000012921873 | $1,334.36 |
| Feb 27 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910501261*13635696 42~ | $1,832.44 |
| Feb 28 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $61,208.49 |
| Feb 28 | PREAUTHORIZED CREDIT<br>PRIME THERAPEUTI HCCLAIMPMT 555555550634632*12<br>60076803*99999~ | $363.27 |
| Feb 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250228 650000012921873 | $370.12 |
| Feb 28 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001478740*1540849 793*142733835902~ | $11,802.08 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Jan 31 | $0.00 | Feb 07 | $5,763.16 | Feb 14 | $0.00 | Feb 24 | $8,608.92 |
| Feb 03 | $2,029.85 | Feb 10 | $127,576.00 | Feb 18 | $0.00 | Feb 25 | $71,181.95 |
| Feb 04 | $104,393.85 | Feb 11 | $0.00 | Feb 19 | $95,359.00 | Feb 26 | $87,897.95 |
| Feb 05 | $2,029.85 | Feb 12 | $0.00 | Feb 20 | $56,658.00 | Feb 27 | $260.95 |
| Feb 06 | $363.16 | Feb 13 | $0.00 | Feb 21 | $8,608.92 | Feb 28 | $0.00 |

