# SUPPORTING DOCUMENTATION

**(February 2025)**

**WINTRUST BANK**

9801 W. Higgins, Box 32, Rosemont, IL 60018

**Last Statement:** January 31, 2025
**Statement Ending:** February 28, 2025
**Page:** 1 of 6

17931 TWS380WR030125030535 01 000000000 46 007

PRO PHARMACY LLC
1421 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

17931 0056650 0001-0006 0000000000000000

## Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri 9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

## COMMERCIAL CHECKING — Account Number: XXXXXX7307

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 02/01/25** | **$0.00** |
| + Deposits and Credits (56) | $262,803.63 |
| - Withdrawals and Debits (67) | $262,606.95 |
| **Ending Balance as of 02/28/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $196.68 |
| Number of Days in Statement Period | 28 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Feb 03 | PREAUTHORIZED DEBIT Prescrip Sup0188 Daily AR 250203 10985 | -$151.92 |
| Feb 03 | PREAUTHORIZED DEBIT REPUBLIC PHARMAC CORP COLL 250203 | -$733.96 |
| Feb 03 | PREAUTHORIZED DEBIT WELLGISTICS WELLGISTIC 250203 | -$1,439.52 |
| Feb 03 | PREAUTHORIZED DEBIT HRTLAND PMT SYS TXNS/FEES 250201 650000012526326 | -$2,079.14 |
| Feb 03 | PREAUTHORIZED DEBIT REAL VALUE P4788 cash c&d 250203 13-PROPHRMCY | -$3,064.08 |
| Feb 03 | PREAUTHORIZED DEBIT Bill.com Payables FFF Enterprises In c - 9679 Bill.com 015SGBNDODBMIZK Ac ct FNY369679 - Mul | -$4,144.67 |
| Feb 03 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$18,190.07 |
| Feb 04 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$423.21 |
| Feb 05 | PREAUTHORIZED DEBIT Prescrip Sup0188 Daily AR 250205 10985 | -$162.36 |
| Feb 05 | AUTOMATIC TRANSFER TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,960.41 |
| Feb 06 | PREAUTHORIZED DEBIT REAL VALUE P4788 cash c&d 250206 13-PROPHRMCY | -$315.86 |
| Feb 06 | PREAUTHORIZED DEBIT Bill.com Payables Multiple Payments Bill.com Payables 015MULQUQABUIU5 | -$18,670.10 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



9801 W. Higgins, Box 32, Rosemont, IL 60018



17931 0056652 0002-0006 0000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 07 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 250207 10985 | -$151.32 |
| Feb 07 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250207 13-PROPHRMCY | -$296.35 |
| Feb 07 | PREAUTHORIZED DEBIT<br>LIPA DIRECTPAY 250207 0163401029 | -$405.38 |
| Feb 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$8,452.69 |
| Feb 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com 015ODAMXRQBYH96 In v 700331 | -$305.01 |
| Feb 10 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250210 13-PROPHRMCY | -$877.47 |
| Feb 10 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 250210 | -$1,875.30 |
| Feb 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 250210 ACH06379116 | -$5,691.20 |
| Feb 10 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 250210 2052047211 2220 | -$17,019.95 |
| Feb 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250211 | -$65.33 |
| Feb 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250211 | -$65.33 |
| Feb 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250211 | -$65.33 |
| Feb 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250211 | -$65.33 |
| Feb 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250211 | -$65.33 |
| Feb 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250211 | -$65.33 |
| Feb 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250211 | -$65.33 |
| Feb 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250211 | -$65.33 |
| Feb 11 | PREAUTHORIZED DEBIT<br>JLCCopyInc PURCHASE 250211 | -$78.39 |
| Feb 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250211 2057205344 2220 | -$348.00 |
| Feb 11 | PREAUTHORIZED DEBIT<br>CITY MEDRX LLC MONEY OWED 250211 | -$7,695.13 |
| Feb 12 | PREAUTHORIZED DEBIT<br>GOTO COMMUNICATI GOTO/JIVE 250212 | -$234.48 |
| Feb 12 | PREAUTHORIZED DEBIT<br>Bill.com Payables Integral RX B ill.com 015EQYVSTM C3JAG Acct 15345 - Inv 16044995 | -$340.16 |
| Feb 12 | PREAUTHORIZED DEBIT<br>WELLGISTICS WELLGISTIC 250212 | -$1,694.97 |
| Feb 13 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS CHARGEBACK 250213 650000012526326 | -$30.00 |
| Feb 13 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 250213 10985 | -$1,233.90 |
| Feb 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015SNCHXBIC50EI | -$2,257.45 |
| Feb 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,757.38 |
| Feb 14 | PREAUTHORIZED DEBIT<br>Prescrip Sup0188 Daily AR 250214 10985 | -$150.39 |





9801 W. Higgins, Box 32, Rosemont, IL 60018



17931 0056653 0003-0006 0000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 14 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250214 13-PROPHRMCY | -$317.39 |
| Feb 14 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$17,699.81 |
| Feb 18 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 250218 | -$714.85 |
| Feb 18 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250218 13-PROPHRMCY | -$1,090.89 |
| Feb 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015SXQTXODC9KRE | -$6,541.14 |
| Feb 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015HYPYTNCCB1N8 | -$11,975.87 |
| Feb 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 01/25 | -$196.68 |
| Feb 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com<br>015XDUADGVCC012 In v 702343 | -$272.58 |
| Feb 19 | PREAUTHORIZED DEBIT<br>Bill.com Payables U.S. Trustees B ill.com 015RKJRXJK CCIBS Inv 111-24-<br>1 1207 02/18/2025 | -$1,684.00 |
| Feb 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$2,631.36 |
| Feb 20 | PREAUTHORIZED DEBIT<br>Bill.com Payables SOUTH POINTE WHOLE SALE INC Bill.com<br>015KAVHIYBCER5S In v 702675 | -$261.44 |
| Feb 20 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250220 13-PROPHRMCY | -$514.30 |
| Feb 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,152.93 |
| Feb 21 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250221 13-PROPHRMCY | -$313.42 |
| Feb 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015JOZJAAXCH89I | -$666.56 |
| Feb 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables Delco Development Company of Hicksvi lle LP Bill.com<br>01 5FGGVBSWCI325 Acct | -$3,836.37 |
| Feb 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,781.58 |
| Feb 24 | PREAUTHORIZED DEBIT<br>REPUBLIC PHARMAC CORP COLL 250224 | -$749.07 |
| Feb 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$19,609.11 |
| Feb 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015VMGTFGQCMV8R | -$12,114.44 |
| Feb 25 | PREAUTHORIZED DEBIT<br>CARDINAL HEALTH, XXXXXXXXXX 250225 2052047211 2220 | -$27,009.66 |
| Feb 26 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250226 2057205344 2220 | -$804.29 |
| Feb 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables DrugLift B ill.com 015LHDASKP CPMCX Multiple inv<br>oices | -$9,802.00 |
| Feb 27 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250227 13-PROPHRMCY | -$303.36 |
| Feb 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$7,778.56 |





9801 W. Higgins, Box 32, Rosemont, IL 60018



17931 0056654 0004-0006 0000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 28 | PREAUTHORIZED DEBIT<br>REAL VALUE P4788 cash c&d 250228 13-PROPHRMCY | -$281.56 |
| Feb 28 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015UCAHLKLCSEZN | -$6,614.94 |
| Feb 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,332.61 |

## Credits

| Date | Description | Additions |
|---|---|---|
| Feb 03 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074785793*11 41797357~ | $17.77 |
| Feb 03 | PREAUTHORIZED CREDIT<br>INFINITY RX LLX ACH PAYMTS 233495644705661253 0 | $1,240.24 |
| Feb 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250202 650000012526326 | $1,532.05 |
| Feb 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250201 650000012526326 | $1,928.94 |
| Feb 03 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250203 5832705 | $9,868.16 |
| Feb 03 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250203 ST-I3G8U9L2V0X1 | $15,216.20 |
| Feb 04 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250204 5832705 | $423.21 |
| Feb 05 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250205 5832705 | $383.70 |
| Feb 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250205 650000012526326 | $2,739.07 |
| Feb 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $14,245.18 |
| Feb 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250206 650000012526326 | $2,362.17 |
| Feb 06 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250206 5832705 | $2,378.61 |
| Feb 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250207 650000012526326 | $1,544.68 |
| Feb 07 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250207 5832705 | $7,761.06 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $2,529.21 |
| Feb 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250208 650000012526326 | $1,928.72 |
| Feb 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250209 650000012526326 | $2,144.74 |
| Feb 10 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250210 5832705 | $7,191.43 |
| Feb 10 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250210 ST-H2V3K2H4H7J0 | $11,974.83 |
| Feb 11 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $8,615.00 |
| Feb 11 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250211 5832705 | $29.16 |
| Feb 12 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $429.29 |





9801 W. Higgins, Box 32, Rosemont, IL 60018



17931 0056655 0005-0006 0000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250212 650000012526326 | $1,840.32 |
| Feb 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250213 650000012526326 | $2,508.39 |
| Feb 13 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250213 5832705 | $2,748.03 |
| Feb 13 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074843711*11 41797357~ | $6,022.31 |
| Feb 14 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 73 Dec 16-31 2024 | $295.78 |
| Feb 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250214 650000012526326 | $2,463.31 |
| Feb 14 | PREAUTHORIZED CREDIT<br>Mayne Pharma, In EDI PYMNTS 250214 10305415-202502 | $3,785.02 |
| Feb 14 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250214 5832705 | $11,623.48 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $1,637.68 |
| Feb 18 | PREAUTHORIZED CREDIT<br>INFINITY RX LLX ACH PAYMTS 650066807506791972 3 | $567.93 |
| Feb 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250216 650000012526326 | $1,830.94 |
| Feb 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250215 650000012526326 | $2,414.33 |
| Feb 18 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250218 5832705 | $3,342.47 |
| Feb 18 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250218 ST-L0J2J7Z5C9N0 | $10,726.08 |
| Feb 19 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250219 5832705 | $2,080.21 |
| Feb 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250219 650000012526326 | $2,507.73 |
| Feb 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250220 650000012526326 | $1,778.37 |
| Feb 20 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074865441*11 41797357~ | $5,150.30 |
| Feb 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250221 650000012526326 | $1,791.77 |
| Feb 21 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250221 5832705 | $10,806.16 |
| Feb 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250222 650000012526326 | $528.58 |
| Feb 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250223 650000012526326 | $1,757.58 |
| Feb 24 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250224 5832705 | $6,828.69 |
| Feb 24 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250224 ST-X2M2N1C4T1N0 | $11,243.33 |
| Feb 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $37,706.82 |
| Feb 25 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250225 5832705 | $1,417.28 |
| Feb 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $8,173.56 |
| Feb 26 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250226 5832705 | $3.70 |
| Feb 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250226 650000012526326 | $2,429.03 |





9801 W. Higgins, Box 32, Rosemont, IL 60018



17931 0056656 0006-0006 0000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 27 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250227 5832705 | $226.22 |
| Feb 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250227 650000012526326 | $1,674.67 |
| Feb 27 | PREAUTHORIZED CREDIT<br>NYS DOH HCCLAIMPMT 021300074886540*11 41797357~ | $6,181.03 |
| Feb 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250228 650000012526326 | $1,768.67 |
| Feb 28 | PREAUTHORIZED CREDIT<br>LEADER DRUGSTORE CARDINALCP 250228 5832705 | $10,460.44 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jan 31 | $0.00 | Feb 07 | $0.00 | Feb 14 | $0.00 | Feb 24 | $0.00 |
| Feb 03 | $0.00 | Feb 10 | $0.00 | Feb 18 | $0.00 | Feb 25 | $0.00 |
| Feb 04 | $0.00 | Feb 11 | $0.00 | Feb 19 | $0.00 | Feb 26 | $0.00 |
| Feb 05 | $0.00 | Feb 12 | $0.00 | Feb 20 | $0.00 | Feb 27 | $0.00 |
| Feb 06 | $0.00 | Feb 13 | $0.00 | Feb 21 | $0.00 | Feb 28 | $0.00 |

