# SUPPORTING DOCUMENTATION

**(February 2025)**



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2025 through February 28, 2025
Account Number: [redacted]3681

**CUSTOMER SERVICE INFORMATION**

**If you have any questions about your statement, please contact your Customer Service Professional.**

00003563 DDA 703 212 06025 NNNNNNNNNNN 1 000000000 61 0000

CONCIERGE PHARMACY LLC
DEBTOR IN POSSESSION
3701 COMMERCIAL AVE, SUITE 14
NORTHBROOK IL 60062



00035630101000000021

## CHECKING SUMMARY

Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,515.00** |
| Deposits and Additions | 1 | 2,990.00 |
| **Ending Balance** | **1** | **$5,505.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/26 | Deposit | $2,990.00 |
| **Total Deposits and Additions** | | **$2,990.00** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/26 | $5,505.00 |



February 01, 2025 through February 28, 2025
Account Number: [REDACTED]3681

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**




9801 W. Higgins, Box 32, Rosemont, IL 60018

Last Statement: January 31, 2025
Statement Ending: February 28, 2025
Page: 1 of 5

42719 TWS380WR030125030535 01 000000000 51 006



CONCIERGE PHARMACY LLC
1438 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

## Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri 9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

42719 0132021 0001-0005 0000000000000000

## COMMERCIAL CHECKING — Account Number: XXXXXX0037

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 02/01/25** | **$0.00** |
| + Deposits and Credits (74) | $1,039,020.72 |
| - Withdrawals and Debits (35) | $1,038,856.40 |
| **Ending Balance as of 02/28/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $164.32 |
| Number of Days in Statement Period | 28 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Feb 03 | CASH MGMT TRSFR DR<br>REF 0341117L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$18,380.75 |
| Feb 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250201 650000012405141 | -$1,445.60 |
| Feb 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016JEOGVQ3ML0V1 | -$51,903.41 |
| Feb 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARCUTIS BIOTHERAPE UTICS INC Bill.com<br>015SKRHVPTBMMYE M ultiple invoices | -$86,305.00 |
| Feb 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$23,180.86 |
| Feb 05 | CASH MGMT TRSFR DR<br>REF 0361215L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$78,594.48 |
| Feb 05 | PREAUTHORIZED DEBIT<br>SO CAL EDISON CO DIRECTPAY 250205 700896571246 | -$375.95 |
| Feb 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016BOKRML3MQWPN | -$827.74 |
| Feb 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015NKACQZCBUGW5 | -$104,205.31 |
| Feb 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$44,324.66 |
| Feb 10 | PREAUTHORIZED DEBIT<br>Bill.com Payables Journey Medical Co rporation Bill.com<br>015LJTLSGMBZ75F A cct 7735892 - Inv | -$246.72 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



Account Number: XXXXXX0037
Statement Date: 02/28/2025


9801 W. Higgins, Box 32, Rosemont, IL 60018

42719 0132023 0002-0005 0000000000000000

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$32,999.45 |
| Feb 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250211 2057179851 2220 | -$2,959.06 |
| Feb 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$27,425.42 |
| Feb 12 | CASH MGMT TRSFR DR<br>REF 0431250L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$56,894.35 |
| Feb 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>016EEYZUB3N0G5S | -$4,173.98 |
| Feb 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$5,364.36 |
| Feb 14 | CASH MGMT TRSFR DR<br>REF 0451524L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$74,166.44 |
| Feb 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 016PNFQ MO3N48A1 Acct<br>FCA3 69450 - Inv 929563 | -$3,942.84 |
| Feb 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables 015WIJFHGBCB0FJ | -$19,742.37 |
| Feb 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables ARCUTIS BIOTHERAPE UTICS INC Bill.com<br>015DKLXKFUCAIF7 M ultiple invoices | -$69,044.00 |
| Feb 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY FOR 01/25 | -$164.32 |
| Feb 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$48,854.16 |
| Feb 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,826.80 |
| Feb 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables ODP BUSINESS SOLUT IONS LLC Bill.com<br>016HTATKO3NAKCB In v 33809921 | -$316.93 |
| Feb 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015ICBJGLS CHT28 Acct<br>103286 - Inv 186811 | -$941.27 |
| Feb 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$16,492.31 |
| Feb 24 | CASH MGMT TRSFR DR<br>REF 0550846L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$49,543.73 |
| Feb 25 | CASH MGMT TRSFR DR<br>REF 0560900L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$56,688.18 |
| Feb 25 | PREAUTHORIZED DEBIT<br>OUTCOMES Payment 250225 | -$399.00 |
| Feb 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Armitra Properties Inc Bill.com 015K ZMEYBXCMQ8A<br>Inv RE -10000991 | -$5,694.55 |
| Feb 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Virtus Pharmaceuti cals LLC Bill.com<br>016PVKSEL3NEFXP Ac ct 100531 - Inv 24 | -$9,310.00 |
| Feb 26 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250226 2057179851 2220 | -$2,944.16 |
| Feb 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015HKMNLIZCPCL3 | -$85,314.67 |
| Feb 27 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$3,427.96 |
| Feb 28 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$45,599.93 |





9801 W. Higgins, Box 32, Rosemont, IL 60018



42719 0132024 0003-0005 0000000000000000

## Credits

| Date | Description | Additions |
|---|---|---|
| Feb 03 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $138,208.41 |
| Feb 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250202 650000012405141 | $1,241.90 |
| Feb 03 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250201 650000012405141 | $4,453.89 |
| Feb 03 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250203 5663605 | $5,682.36 |
| Feb 03 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250203 ST-M9A9D6U7W3K9 | $8,448.20 |
| Feb 04 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250204 5663605 | $6,769.78 |
| Feb 04 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008019289*14 31420563\ | $16,411.08 |
| Feb 05 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $6,780.03 |
| Feb 05 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250205 650000012405141 | $1,001.48 |
| Feb 05 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250205 5663605 | $12,724.00 |
| Feb 05 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500064659*1752882 129*5663605\ | $58,464.92 |
| Feb 06 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $87,086.93 |
| Feb 06 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7221501*3205716594 *199999999\ | $475.66 |
| Feb 06 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250206 650000012405141 | $1,247.44 |
| Feb 06 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250206 5663605 | $16,223.02 |
| Feb 07 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250207 5663605 | $683.47 |
| Feb 07 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250207 650000012405141 | $939.67 |
| Feb 07 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7222543*3205716594 *199999999\ | $2,109.30 |
| Feb 07 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5798451*1203113620 \ | $4,103.92 |
| Feb 07 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001472747*1540849 793*195283134901~ | $36,488.30 |
| Feb 10 | PREAUTHORIZED CREDIT<br>ALPHA SCRIP CORP PAY 250207 CONCIERGE | $291.50 |
| Feb 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250208 650000012405141 | $742.68 |
| Feb 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250209 650000012405141 | $1,354.32 |
| Feb 10 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250210 ST-H2G6F2Z0Y8L4 | $8,262.35 |
| Feb 10 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250210 5663605 | $22,595.32 |
| Feb 11 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910428202*13635696 42~ | $2,018.36 |
| Feb 11 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250211 5663605 | $3,377.25 |
| Feb 11 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008034377*14 31420563\ | $24,988.87 |
| Feb 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250212 650000012405141 | $1,446.74 |





9801 W. Higgins, Box 32, Rosemont, IL 60018



42719 0132025 0004-0005 0000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 12 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250212 5663605 | $7,722.13 |
| Feb 12 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500076053*1752882 129*5663605\ | $47,725.48 |
| Feb 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250213 650000012405141 | $757.62 |
| Feb 13 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250213 5663605 | $8,780.72 |
| Feb 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250214 650000012405141 | $1,248.09 |
| Feb 14 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250214 5663605 | $4,654.23 |
| Feb 14 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001473948*1540849 793*195283134901~ | $23,286.05 |
| Feb 14 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 73 Dec 16-31 2024 | $44,978.07 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $14,414.41 |
| Feb 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250215 650000012405141 | $863.45 |
| Feb 18 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7223873*3205716594 *199999999\ | $960.00 |
| Feb 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250216 650000012405141 | $2,130.68 |
| Feb 18 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250218 ST-L6L0Z8H5Q8Y9 | $7,120.36 |
| Feb 18 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250217 5663605 | $33,318.84 |
| Feb 18 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008049453*14 31420563\ | $34,085.79 |
| Feb 19 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250219 5663605 | $283.55 |
| Feb 19 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910465187*13635696 42~ | $659.68 |
| Feb 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250219 650000012405141 | $1,139.82 |
| Feb 19 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910450978*13635696 42~ | $1,949.46 |
| Feb 19 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500087561*1752882 129*5663605\ | $44,821.65 |
| Feb 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250220 650000012405141 | $1,093.56 |
| Feb 20 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250220 5663605 | $5,733.24 |
| Feb 21 | PREAUTHORIZED CREDIT<br>MEDE AMERICA CDA HCCLAIMPMT 7224429*3205716594 *199999999\ | $315.75 |
| Feb 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250221 650000012405141 | $918.27 |
| Feb 21 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250221 5663605 | $16,516.49 |
| Feb 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250222 650000012405141 | $1,406.47 |
| Feb 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250223 650000012405141 | $2,174.01 |
| Feb 24 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250224 ST-K9E2E1S0M8H3 | $8,358.13 |
| Feb 24 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250224 5663605 | $37,605.12 |





9801 W. Higgins, Box 32, Rosemont, IL 60018



42719 0132026 0005-0005 0000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $15,004.55 |
| Feb 25 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910487740*13635696 42~ | $652.19 |
| Feb 25 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250225 5663605 | $7,643.63 |
| Feb 25 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008064621*14 31420563\ | $22,870.10 |
| Feb 25 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001477522*1540849 793*195283134901~ | $25,921.26 |
| Feb 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $19,797.99 |
| Feb 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250226 650000012405141 | $1,869.35 |
| Feb 26 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250226 5663605 | $2,599.44 |
| Feb 26 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500098997*1752882 129*5663605\ | $63,992.05 |
| Feb 27 | PREAUTHORIZED CREDIT<br>PHARMAPIX INTERN HCCLAIMPMT EFT0000 00020841*166082155 5* \ | $310.48 |
| Feb 27 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910501472*13635696 42~ | $776.01 |
| Feb 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250227 650000012405141 | $1,126.14 |
| Feb 27 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250227 5663605 | $1,215.33 |
| Feb 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250228 650000012405141 | $1,306.23 |
| Feb 28 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250228 5663605 | $9,876.00 |
| Feb 28 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001480983*1540849 793*195283134901~ | $34,417.70 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jan 31 | $0.00 | Feb 07 | $0.00 | Feb 14 | $0.00 | Feb 24 | $0.00 |
| Feb 03 | $0.00 | Feb 10 | $0.00 | Feb 18 | $0.00 | Feb 25 | $0.00 |
| Feb 04 | $0.00 | Feb 11 | $0.00 | Feb 19 | $0.00 | Feb 26 | $0.00 |
| Feb 05 | $0.00 | Feb 12 | $0.00 | Feb 20 | $0.00 | Feb 27 | $0.00 |
| Feb 06 | $0.00 | Feb 13 | $0.00 | Feb 21 | $0.00 | Feb 28 | $0.00 |

