# SUPPORTING DOCUMENTATION

### (February 2025)


**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2025 through February 28, 2025
Account Number: ▮▮▮▮▮▮▮**59817**



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00005361 DDA 703 212 06025 NNNNNNNNNNN 1 000000000 61 0000

FIRSTCARE PHARMACY LLC
DEBTOR IN POSSESSION
3701 COMMERCIAL AVE, SUITE 14
NORTHBROOK IL 60062

## CHECKING SUMMARY    Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$3,323.83** |
| Deposits and Additions | 3 | 17,025.02 |
| Electronic Withdrawals | 1 | - 14,000.00 |
| **Ending Balance** | **4** | **$6,348.85** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/18 | Deposit    1263774864 | $13,813.06 |
| 02/26 | Deposit    1264088894 | 2,961.96 |
| 02/26 | Deposit    1264088866 | 250.00 |
| **Total Deposits and Additions** | | **$17,025.02** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/24 | Online Transfer To Chk ...0359 Transaction#: 23835938564 | $14,000.00 |
| **Total Electronic Withdrawals** | | **$14,000.00** |

Your service charges, fees and earnings credit have been calculated through account analysis.



February 01, 2025 through February 28, 2025

Account Number: ▮▮▮▮▮▮9817

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 02/18 | $17,136.89 |
| 02/24 | 3,136.89 |
| 02/26 | 6,348.85 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



| | |
|---|---|
| **Last Statement:** | January 31, 2025 |
| **Statement Ending:** | February 28, 2025 |
| **Page:** | 1 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



46609 TWS380WR030125030535 01 000000000 51 007

FIRSTCARE PHARMACY LLC
1440 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service

 **Customer Support:**
312-291-2900

 **Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

 **Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING                    Account Number:    XXXXXX3476

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 02/01/25** | **$0.00** |
| + Deposits and Credits (73) | $1,242,620.44 |
| - Withdrawals and Debits (38) | $1,242,455.59 |
| **Ending Balance as of 02/28/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $164.85 |
| Number of Days in Statement Period | 28 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Feb 03 | CASH MGMT TRSFR DR<br>REF 0341120L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$42,389.42 |
| Feb 03 | PREAUTHORIZED DEBIT<br>HRTLAND PMT SYS TXNS/FEES 250201 650000012411545 | -$1,466.48 |
| Feb 03 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015DQZC GRQBMIGA Acct<br>FCA3 69452 - Inv 929351 | -$7,885.68 |
| Feb 04 | PREAUTHORIZED DEBIT<br>ATT Payment 250204 | -$85.60 |
| Feb 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015ZZEM RJZBP02J Acct<br>FCA3 69452 - Multiple i | -$8,350.08 |
| Feb 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$31,196.98 |
| Feb 05 | CASH MGMT TRSFR DR<br>REF 0361216L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$73,588.78 |
| Feb 05 | PREAUTHORIZED DEBIT<br>LADWP WEB PAY 250205 9301632956 | -$549.95 |
| Feb 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015JPCYOPA BTSOL Acct<br>102974 - Inv 186470 | -$1,245.82 |
| Feb 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015REJBLQJBUHBN | -$154,267.56 |
| Feb 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$51,917.35 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX3476 |
| **Statement Date:** | | 02/28/2025 |
| **Page :** | | 2 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 10 | PREAUTHORIZED DEBIT<br>MASTERS DRUG COM AUTO ACH 250210 ACH06380748 | -$1,064.98 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$30,823.87 |
| Feb 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250211 2057179850 2220 | -$2,059.88 |
| Feb 11 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015AWUF CUSC0Q9C Acct<br>FCA3 69452 - Inv 929444 | -$5,313.48 |
| Feb 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$24,982.67 |
| Feb 12 | CASH MGMT TRSFR DR<br>REF 0431532L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$57,013.19 |
| Feb 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables PioneerRx B ill.com 015RLJBFIH C4Z63 Acct N494-78 9<br>- Inv PNRX-19531 | -$2,029.24 |
| Feb 13 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$14,348.95 |
| Feb 14 | CASH MGMT TRSFR DR<br>REF 0451524L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$123,035.64 |
| Feb 14 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015ORJR XFGC72UQ Acct<br>FCA3 69452 - Inv 929523 | -$6,571.40 |
| Feb 18 | CASH MGMT TRSFR DR<br>REF 0491349L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$75,646.99 |
| Feb 18 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015RNFFKFCCB0L0 | -$926.59 |
| Feb 18 | MAINTENANCE FEE<br>ANALYSIS ACTIVITY  FOR 01/25 | -$164.85 |
| Feb 19 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$85,234.24 |
| Feb 20 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,619.29 |
| Feb 21 | PREAUTHORIZED DEBIT<br>Bill.com Payables DI Overnite, LLC B ill.com 015BRXTCVJ CHTYI Acct<br>102974 - Inv 186812 | -$1,190.18 |
| Feb 21 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$31,065.78 |
| Feb 24 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015FQRWDQXCJM5I | -$13,180.49 |
| Feb 24 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$13,307.15 |
| Feb 25 | CASH MGMT TRSFR DR<br>REF 0560901L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$73,561.06 |
| Feb 25 | PREAUTHORIZED DEBIT<br>OUTCOMES Payment 250225 | -$399.00 |
| Feb 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables Castleborn Investm ents Bill.com 015L FMIEEDCMR70<br>Multip le invoices | -$8,236.49 |
| Feb 25 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015CGEL WCUCLTPF Acct<br>FCA3 69452 - Multiple i | -$22,204.38 |
| Feb 26 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015TJEURYHCPCS9 | -$210,448.84 |



46609 0144975 0002-0006 00000000000000000000



| | Account Number: | XXXXXX3476 |
|---|---|---|
| | Statement Date: | 02/28/2025 |
| | Page : | 3 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 27 | AUTOMATIC TRANSFER | -$4,146.26 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 28 | PREAUTHORIZED DEBIT | -$2,784.40 |
| | Bill.com Payables CityMedRx LLC B ill.com 015ZYDJYWB CSDE2 Acct | |
| | 16193 - Multiple invoices | |
| Feb 28 | PREAUTHORIZED DEBIT | -$4,504.00 |
| | Bill.com Payables CityMedRx LLC B ill.com 015DVDDJMF CT69Y Acct | |
| | 16193 - Multiple invoices | |
| Feb 28 | AUTOMATIC TRANSFER | -$48,813.45 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Feb 03 | AUTOMATIC TRANSFER | $7,885.68 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 03 | PREAUTHORIZED CREDIT | $124.88 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910398774*13635696 42~ | |
| Feb 03 | PREAUTHORIZED CREDIT | $933.76 |
| | HRTLAND PMT SYS TXNS/FEES 250202 650000012411545 | |
| Feb 03 | PREAUTHORIZED CREDIT | $1,598.47 |
| | HRTLAND PMT SYS TXNS/FEES 250201 650000012411545 | |
| Feb 03 | PREAUTHORIZED CREDIT | $9,696.85 |
| | Prescription TRANSFER 250203 ST-Z3O0M6A4W7S2 | |
| Feb 03 | PREAUTHORIZED CREDIT | $31,501.94 |
| | ACCESS HEALTH ACCESS HEA 250203 5659771 | |
| Feb 04 | PREAUTHORIZED CREDIT | $851.27 |
| | CAREMARK HCCLAIMPMT 2500066489*2752882 129*5659771\ | |
| Feb 04 | PREAUTHORIZED CREDIT | $1,527.31 |
| | ACCESS HEALTH ACCESS HEA 250204 5659771 | |
| Feb 04 | PREAUTHORIZED CREDIT | $37,254.08 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008019315*14 31420563\ | |
| Feb 05 | PREAUTHORIZED CREDIT | $1,082.30 |
| | ACCESS HEALTH ACCESS HEA 250205 5659771 | |
| Feb 05 | PREAUTHORIZED CREDIT | $2,084.50 |
| | HRTLAND PMT SYS TXNS/FEES 250205 650000012411545 | |
| Feb 05 | PREAUTHORIZED CREDIT | $70,971.93 |
| | CAREMARK HCCLAIMPMT 2500064620*1752882 129*5659771\ | |
| Feb 06 | AUTOMATIC TRANSFER | $139,783.17 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 06 | PREAUTHORIZED CREDIT | $1,243.70 |
| | HRTLAND PMT SYS TXNS/FEES 250206 650000012411545 | |
| Feb 06 | PREAUTHORIZED CREDIT | $1,902.64 |
| | MEDE AMERICA CDA HCCLAIMPMT 7222290*3205716594 *199999999\ | |
| Feb 06 | PREAUTHORIZED CREDIT | $12,583.87 |
| | ACCESS HEALTH ACCESS HEA 250206 5659771 | |
| Feb 07 | PREAUTHORIZED CREDIT | $1,009.16 |
| | HRTLAND PMT SYS TXNS/FEES 250207 650000012411545 | |
| Feb 07 | PREAUTHORIZED CREDIT | $1,020.42 |
| | ACCESS HEALTH ACCESS HEA 250207 5659771 | |
| Feb 07 | PREAUTHORIZED CREDIT | $4,462.57 |
| | MEDE AMERICA CDA HCCLAIMPMT 7223195*3205716594 *199999999\ | |
| Feb 07 | PREAUTHORIZED CREDIT | $4,777.21 |
| | RXCROSSROADS BY HCCLAIMPMT 5798503*1203113620 \ | |
| Feb 07 | PREAUTHORIZED CREDIT | $40,647.99 |
| | CA HCCLAIMPMT 7001472318*1540849 793*198206820101~ | |

46609 0144976 0003-0006 0000000000000000





| | Account Number: | XXXXXX3476 |
|---|---|---|
| | Statement Date: | 02/28/2025 |
| | Page : | 4 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

46609 0144977 0004-0006 0000000000000000

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250209 650000012411545 | $513.97 |
| Feb 10 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250208 650000012411545 | $1,406.69 |
| Feb 10 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250210 ST-S8A2L5Q6E6V9 | $11,471.51 |
| Feb 10 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250210 5659771 | $18,496.68 |
| Feb 11 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250211 5659771 | $8,653.42 |
| Feb 11 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008034403*14 31420563\ | $23,702.61 |
| Feb 12 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250212 650000012411545 | $1,349.71 |
| Feb 12 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250212 5659771 | $1,376.80 |
| Feb 12 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500076015*1752882 129*5659771\ | $54,286.68 |
| Feb 13 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250213 650000012411545 | $1,524.62 |
| Feb 13 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250213 5659771 | $14,853.57 |
| Feb 14 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250214 650000012411545 | $2,765.82 |
| Feb 14 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250214 5659771 | $2,826.26 |
| Feb 14 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910358147*13635696 42~ | $5,470.00 |
| Feb 14 | PREAUTHORIZED CREDIT<br>Monarch Specialt ePay brightscrip Period 73 Dec 16-31 2024 | $46,977.56 |
| Feb 14 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7002148971*1540849 793*198206820101~ | $71,567.40 |
| Feb 18 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $164.85 |
| Feb 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250215 650000012411545 | $909.26 |
| Feb 18 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250216 650000012411545 | $977.35 |
| Feb 18 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250218 ST-A1Y4T9Q4R4P8 | $10,986.72 |
| Feb 18 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008049480*14 31420563\ | $23,067.96 |
| Feb 18 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250217 5659771 | $40,632.29 |
| Feb 19 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250219 650000012411545 | $714.46 |
| Feb 19 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250219 5659771 | $2,144.77 |
| Feb 19 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910450917*13635696 42~ | $3,588.19 |
| Feb 19 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500087524*1752882 129*5659771\ | $78,786.82 |
| Feb 20 | PREAUTHORIZED CREDIT<br>TMESYS LLC CLAIM PMT 250220 5659771 | $10.28 |
| Feb 20 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250220 650000012411545 | $1,295.33 |
| Feb 20 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250220 5659771 | $5,313.68 |





| | |
|---|---|
| **Account Number:** | XXXXXX3476 |
| **Statement Date:** | 02/28/2025 |
| **Page :** | 5 of 6 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 21 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250221 650000012411545 | $1,215.91 |
| Feb 21 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Oak Drugs Inc B ill.com 016QFTJHC3 NB607 Multiple<br>inv oices-- bill.com C | $1,931.76 |
| Feb 21 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250221 5659771 | $29,108.29 |
| Feb 24 | PREAUTHORIZED CREDIT<br>Bill.com VoidPaymnt Oak Drugs Inc B ill.com 016PBIYGQ3 NCY78 Inv<br>195991-- bill.com Check Nu | $294.00 |
| Feb 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250222 650000012411545 | $1,444.85 |
| Feb 24 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250223 650000012411545 | $1,741.27 |
| Feb 24 | PREAUTHORIZED CREDIT<br>RXCROSSROADS BY HCCLAIMPMT 5809623*1203113620 \ | $5,244.82 |
| Feb 24 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250224 5659771 | $7,396.88 |
| Feb 24 | PREAUTHORIZED CREDIT<br>Prescription TRANSFER 250224 ST-T3S0H0S6I2A7 | $10,365.82 |
| Feb 25 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $30,440.87 |
| Feb 25 | PREAUTHORIZED CREDIT<br>ARGUS HEALTH SYS HCCLAIMPMT 910487674*13635696 42~ | $352.76 |
| Feb 25 | PREAUTHORIZED CREDIT<br>EXPRESS SCRIPTS PAYMENT TRN*1*008064647*14 31420563\ | $8,636.67 |
| Feb 25 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250225 5659771 | $18,637.38 |
| Feb 25 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001477299*1540849 793*198206820101~ | $46,333.25 |
| Feb 26 | AUTOMATIC TRANSFER<br>TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | $137,582.62 |
| Feb 26 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250226 650000012411545 | $696.54 |
| Feb 26 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250226 5659771 | $1,493.60 |
| Feb 26 | PREAUTHORIZED CREDIT<br>CAREMARK HCCLAIMPMT 2500098959*1752882 129*5659771\ | $70,676.08 |
| Feb 27 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250227 650000012411545 | $946.82 |
| Feb 27 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250227 5659771 | $3,199.44 |
| Feb 28 | PREAUTHORIZED CREDIT<br>HRTLAND PMT SYS TXNS/FEES 250228 650000012411545 | $765.86 |
| Feb 28 | PREAUTHORIZED CREDIT<br>ACCESS HEALTH ACCESS HEA 250228 5659771 | $18,298.82 |
| Feb 28 | PREAUTHORIZED CREDIT<br>CA HCCLAIMPMT 7001480831*1540849 793*198206820101~ | $37,037.17 |



## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jan 31 | $0.00 | Feb 06 | $0.00 | Feb 12 | $0.00 | Feb 19 | $0.00 |
| Feb 03 | $0.00 | Feb 07 | $0.00 | Feb 13 | $0.00 | Feb 20 | $0.00 |
| Feb 04 | $0.00 | Feb 10 | $0.00 | Feb 14 | $0.00 | Feb 21 | $0.00 |
| Feb 05 | $0.00 | Feb 11 | $0.00 | Feb 18 | $0.00 | Feb 24 | $0.00 |

46609 0144978 0005-0006 000000000000000000

# WINTRUST BANK®

9801 W. Higgins, Box 32, Rosemont, IL 60018

46609 0144979 0006-0006 00000000000000000

## Daily Balances (Continued)

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Feb 25 | $0.00 | Feb 26 | $0.00 | Feb 27 | $0.00 | Feb 28 | $0.00 |

