# SUPPORTING DOCUMENTATION

## (February 2025)



**CHASE** ◆

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

February 01, 2025 through February 28, 2025

Account Number: ███████████2236



## CUSTOMER SERVICE INFORMATION

**If you have any questions about your
statement, please contact your
Customer Service Professional.**

00003570 DDA 703 212 06025 NNNNNNNNNNN 1 000000000 60 0000

PRIMECARE PHARMACY, LLC
DEBTOR IN POSSESSION
3701 COMMERCIAL AVE, SUITE 14
NORTHBROOK IL 60062

## CHECKING SUMMARY  Commercial Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$7,081.54** |
| Electronic Withdrawals | 1 | - 24.43 |
| **Ending Balance** | **1** | **$7,057.11** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/03 | Orig CO Name:Hrtland Pmt Sys      Orig ID:Wfbehps001 Desc Date:      CO | $24.43 |
|  | Entry Descr:Txns/Fees Sec:CCD    Trace#:043305134603686 Eed:250203   Ind |  |
|  | ID:650000012411073        Ind Name:Primecare Pharmacy Trn: 0344603686Tc |  |
|  | **Total Electronic Withdrawals** | **$24.43** |

Your service charges, fees and earnings credit have been calculated through account analysis.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 02/03 | $7,057.11 |



February 01, 2025 through February 28, 2025

Account Number: ████████████**2236**

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS** : Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---



| | |
|---|---|
| **Last Statement:** | January 31, 2025 |
| **Statement Ending:** | February 28, 2025 |
| **Page:** | 1 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018



38475 TWS380WR030125030535 01 000000000 50 005
PRIMECARE PHARMACY LLC
1437 KENSINGTON RD SUITE 102
OAK BROOK IL 60523

### Customer Service



**Customer Support:**
312-291-2900



**Branch Hours of Operation:**
Mon-Fri   9:00 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm



**Access Your Account Online:**
www.wintrustbank.com

---

## COMMERCIAL CHECKING
**Account Number:    XXXXXX1761**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 02/01/25** | **$0.00** |
| + Deposits and Credits (50) | $1,045,130.39 |
| - Withdrawals and Debits (32) | $1,045,025.11 |
| **Ending Balance as of 02/28/25** | **$0.00** |
| Analysis or Maintenance Fees for Period | $105.28 |
| Number of Days in Statement Period | 28 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| Feb 03 | CASH MGMT TRSFR DR<br>REF 0341121L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$31,656.87 |
| Feb 04 | PREAUTHORIZED DEBIT<br>Bill.com Payables FFF Enterprises In c Bill.com 015AEGL QDPBPOVW Acct<br>FCA3 69428 - Multiple i | -$10,217.18 |
| Feb 04 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$6,249.83 |
| Feb 05 | CASH MGMT TRSFR DR<br>REF 0361216L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$41,102.24 |
| Feb 06 | PREAUTHORIZED DEBIT<br>SPECTRUM SPECTRUM 250206 | -$151.22 |
| Feb 06 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015FRZDIOOBUITX | -$187,637.43 |
| Feb 07 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$34,140.97 |
| Feb 10 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$41,503.37 |
| Feb 11 | PREAUTHORIZED DEBIT<br>ParMed XXXXXXXXXX 250211 2057179792 2220 | -$1,797.02 |
| Feb 11 | AUTOMATIC TRANSFER<br>TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | -$33,964.84 |
| Feb 12 | CASH MGMT TRSFR DR<br>REF 0431532L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | -$60,073.82 |
| Feb 13 | PREAUTHORIZED DEBIT<br>Bill.com Payables Multiple Payments Bill.com Payables<br>015MVOKTQEC50EC | -$3,747.39 |



**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| 2. **Enter** the Bank Balance shown on this statement | |
|---|---|
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



| | Account Number: | XXXXXX1761 |
|---|---|---|
| | Statement Date: | 02/28/2025 |
| | Page : | 2 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Feb 13 | AUTOMATIC TRANSFER | -$5,052.59 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 14 | CASH MGMT TRSFR DR | -$80,469.95 |
| | REF 0451525L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Feb 18 | PREAUTHORIZED DEBIT | -$2,474.40 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015CJXN ICLC9KR7 Acct FCA3 69428 - Inv 929563 | |
| Feb 18 | PREAUTHORIZED DEBIT | -$95,262.81 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015XFEYJZSCB1N5 | |
| Feb 18 | MAINTENANCE FEE | -$105.28 |
| | ANALYSIS ACTIVITY  FOR 01/25 | |
| Feb 19 | AUTOMATIC TRANSFER | -$27,720.52 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 20 | AUTOMATIC TRANSFER | -$1,943.07 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 21 | PREAUTHORIZED DEBIT | -$35.00 |
| | Bill.com Payables Language Line Serv ices Bill.com 015Q HIXECMCH897 Inv 11 517428 | |
| Feb 21 | PREAUTHORIZED DEBIT | -$2,596.48 |
| | Bill.com Payables DI Overnite, LLC B ill.com 015DIUHOZQ CHWJK Inv 186948 | |
| Feb 21 | AUTOMATIC TRANSFER | -$13,760.77 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 24 | PREAUTHORIZED DEBIT | -$43.00 |
| | Bill.com Payables The Shredders B ill.com 015UXLQPHR CJMSH Inv CINV-063 596 | |
| Feb 24 | AUTOMATIC TRANSFER | -$21,238.21 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 25 | CASH MGMT TRSFR DR | -$40,853.92 |
| | REF 0560901L FUNDS TRANSFER TO DEP XXXXXX4516 FROM | |
| Feb 25 | PREAUTHORIZED DEBIT | -$349.00 |
| | OUTCOMES Payment 250225 | |
| Feb 25 | PREAUTHORIZED DEBIT | -$5,722.83 |
| | Bill.com Payables Westlake Medical L LC Bill.com 015CDH AHRZCMV80 Inv RE-1 0001000 | |
| Feb 25 | PREAUTHORIZED DEBIT | -$18,951.30 |
| | Bill.com Payables FFF Enterprises In c Bill.com 015YXWF XDACLUS5 Acct FCA3 69428 - Inv 929686 | |
| Feb 26 | PREAUTHORIZED DEBIT | -$512.56 |
| | ParMed XXXXXXXXXX 250226 2057179792 2220 | |
| Feb 26 | PREAUTHORIZED DEBIT | -$224,169.58 |
| | Bill.com Payables Multiple Payments Bill.com Payables 015RZNTZIWCPDGC | |
| Feb 27 | AUTOMATIC TRANSFER | -$931.36 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 28 | PREAUTHORIZED DEBIT | -$2,542.08 |
| | Bill.com Payables CityMedRx LLC B ill.com 015WOLQKVH CSEZG Acct 16197 - Inv S187755 | |
| Feb 28 | AUTOMATIC TRANSFER | -$48,153.50 |
| | TRANSFER TO DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |

## Credits

| Date | Description | Additions |
|---|---|---|
| Feb 03 | PREAUTHORIZED CREDIT | $1,004.10 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910398790*13635696 42~ | |



38475 0118874 0002-0004 0000000000000000000



| | | |
|---|---|---|
| **Account Number:** | | XXXXXX1761 |
| **Statement Date:** | | 02/28/2025 |
| **Page :** | | 3 of 4 |

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|----------:|
| Feb 03 | PREAUTHORIZED CREDIT | $7,523.75 |
| | Prescription TRANSFER 250203 ST-S0Z6E8V6R9A2 | |
| Feb 03 | PREAUTHORIZED CREDIT | $23,129.02 |
| | ACCESS HEALTH ACCESS HEA 250203 5660801 | |
| Feb 04 | PREAUTHORIZED CREDIT | $1,526.92 |
| | ACCESS HEALTH ACCESS HEA 250204 5660801 | |
| Feb 04 | PREAUTHORIZED CREDIT | $14,940.09 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008019310*14 31420563\ | |
| Feb 05 | PREAUTHORIZED CREDIT | $2,996.64 |
| | ACCESS HEALTH ACCESS HEA 250205 5660801 | |
| Feb 05 | PREAUTHORIZED CREDIT | $38,105.60 |
| | CAREMARK HCCLAIMPMT 2500064629*1752882 129*5660801\ | |
| Feb 06 | AUTOMATIC TRANSFER | $174,584.52 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 06 | PREAUTHORIZED CREDIT | $112.12 |
| | MEDE AMERICA CDA HCCLAIMPMT 7222310*3205716594 *199999999\ | |
| Feb 06 | PREAUTHORIZED CREDIT | $13,092.01 |
| | ACCESS HEALTH ACCESS HEA 250206 5660801 | |
| Feb 07 | PREAUTHORIZED CREDIT | $977.74 |
| | RXCROSSROADS BY HCCLAIMPMT 5798489*1203113620 \ | |
| Feb 07 | PREAUTHORIZED CREDIT | $1,541.13 |
| | MEDE AMERICA CDA HCCLAIMPMT 7223206*3205716594 *199999999\ | |
| Feb 07 | PREAUTHORIZED CREDIT | $3,185.40 |
| | ACCESS HEALTH ACCESS HEA 250207 5660801 | |
| Feb 07 | PREAUTHORIZED CREDIT | $28,436.70 |
| | CA HCCLAIMPMT 7001471173*1540849 793*140730146801~ | |
| Feb 10 | PREAUTHORIZED CREDIT | $7,239.89 |
| | Prescription TRANSFER 250210 ST-E0Q2V9J7Y4P8 | |
| Feb 10 | PREAUTHORIZED CREDIT | $34,263.48 |
| | ACCESS HEALTH ACCESS HEA 250210 5660801 | |
| Feb 11 | PREAUTHORIZED CREDIT | $0.24 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910428150*13635696 42~ | |
| Feb 11 | PREAUTHORIZED CREDIT | $12,628.62 |
| | ACCESS HEALTH ACCESS HEA 250211 5660801 | |
| Feb 11 | PREAUTHORIZED CREDIT | $23,133.00 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008034398*14 31420563\ | |
| Feb 12 | PREAUTHORIZED CREDIT | $5,445.62 |
| | ACCESS HEALTH ACCESS HEA 250212 5660801 | |
| Feb 12 | PREAUTHORIZED CREDIT | $54,628.20 |
| | CAREMARK HCCLAIMPMT 2500076024*1752882 129*5660801\ | |
| Feb 13 | PREAUTHORIZED CREDIT | $8,799.98 |
| | ACCESS HEALTH ACCESS HEA 250213 5660801 | |
| Feb 14 | PREAUTHORIZED CREDIT | $324.39 |
| | ARGUS HEALTH SYS HCCLAIMPMT 910358157*13635696 42~ | |
| Feb 14 | PREAUTHORIZED CREDIT | $3,428.82 |
| | ACCESS HEALTH ACCESS HEA 250214 5660801 | |
| Feb 14 | PREAUTHORIZED CREDIT | $35,777.42 |
| | CA HCCLAIMPMT 7001474902*1540849 793*140730146801~ | |
| Feb 14 | PREAUTHORIZED CREDIT | $40,939.32 |
| | Monarch Specialt ePay brightscrip Period 73 Dec 16-31 2024 | |
| Feb 18 | AUTOMATIC TRANSFER | $11,625.65 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 18 | PREAUTHORIZED CREDIT | $5,797.25 |
| | Prescription TRANSFER 250218 ST-M1U2O7H5S5V7 | |
| Feb 18 | PREAUTHORIZED CREDIT | $38,373.53 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008049475*14 31420563\ | |
| Feb 18 | PREAUTHORIZED CREDIT | $42,046.06 |
| | ACCESS HEALTH ACCESS HEA 250217 5660801 | |

38475 0118875 0003-0004 0000000000000000





**Account Number:** XXXXXX1761
**Statement Date:** 02/28/2025
**Page :** 4 of 4

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Feb 19 | PREAUTHORIZED CREDIT | $27,720.52 |
| | CAREMARK HCCLAIMPMT 2500087533*1752882 129*5660801\ | |
| Feb 20 | PREAUTHORIZED CREDIT | $1,943.07 |
| | ACCESS HEALTH ACCESS HEA 250220 5660801 | |
| Feb 21 | PREAUTHORIZED CREDIT | $98.00 |
| | MEDE AMERICA CDA HCCLAIMPMT 7224896*3205716594 *199999999\ | |
| Feb 21 | PREAUTHORIZED CREDIT | $292.61 |
| | MEDICARE-DUAL DOD REMIT TRN*1*04229988*143 1420563\ | |
| Feb 21 | PREAUTHORIZED CREDIT | $1,353.12 |
| | TRICARE-ONLY DOD REMIT TRN*1*03226667*143 1420563\ | |
| Feb 21 | PREAUTHORIZED CREDIT | $14,648.52 |
| | ACCESS HEALTH ACCESS HEA 250221 5660801 | |
| Feb 24 | PREAUTHORIZED CREDIT | $3,255.03 |
| | RXCROSSROADS BY HCCLAIMPMT 5809611*1203113620 \ | |
| Feb 24 | PREAUTHORIZED CREDIT | $8,815.64 |
| | Prescription TRANSFER 250224 ST-Z3N5K5Y5R4M2 | |
| Feb 24 | PREAUTHORIZED CREDIT | $9,210.54 |
| | ACCESS HEALTH ACCESS HEA 250224 5660801 | |
| Feb 25 | AUTOMATIC TRANSFER | $24,674.13 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 25 | PREAUTHORIZED CREDIT | $12,230.83 |
| | EXPRESS SCRIPTS PAYMENT TRN*1*008064642*14 31420563\ | |
| Feb 25 | PREAUTHORIZED CREDIT | $13,216.24 |
| | CA HCCLAIMPMT 7001476203*1540849 793*140730146801~ | |
| Feb 25 | PREAUTHORIZED CREDIT | $15,755.85 |
| | ACCESS HEALTH ACCESS HEA 250225 5660801 | |
| Feb 26 | AUTOMATIC TRANSFER | $182,272.84 |
| | TRANSFER FROM DEPOSIT SYSTEM ACCOUNT XXXXXX4516 | |
| Feb 26 | PREAUTHORIZED CREDIT | $3,955.65 |
| | ACCESS HEALTH ACCESS HEA 250226 5660801 | |
| Feb 26 | PREAUTHORIZED CREDIT | $38,453.65 |
| | CAREMARK HCCLAIMPMT 2500098968*1752882 129*5660801\ | |
| Feb 27 | PREAUTHORIZED CREDIT | $930.48 |
| | ACCESS HEALTH ACCESS HEA 250227 5660801 | |
| Feb 27 | REMOTE DEPOSIT | $14,373.88 |
| Feb 28 | PREAUTHORIZED CREDIT | $1,734.61 |
| | ACCESS HEALTH ACCESS HEA 250228 5660801 | |
| Feb 28 | PREAUTHORIZED CREDIT | $34,587.97 |
| | CA HCCLAIMPMT 7001478837*1540849 793*140730146801~ | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Jan 31 | $0.00 | Feb 07 | $0.00 | Feb 14 | $0.00 | Feb 24 | $0.00 |
| Feb 03 | $0.00 | Feb 10 | $0.00 | Feb 18 | $0.00 | Feb 25 | $0.00 |
| Feb 04 | $0.00 | Feb 11 | $0.00 | Feb 19 | $0.00 | Feb 26 | $0.00 |
| Feb 05 | $0.00 | Feb 12 | $0.00 | Feb 20 | $0.00 | Feb 27 | $14,373.00 |
| Feb 06 | $0.00 | Feb 13 | $0.00 | Feb 21 | $0.00 | Feb 28 | $0.00 |

