IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 775** |

### CERTIFICATION OF COUNSEL REGARDING DEBTORS' SECOND (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCYCODE SECTION 502, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1

The undersigned hereby certifies as follows:

1. On March 14, 2025, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Debtors' Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1* [Docket No. 775] (the "**Omnibus Objection**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached to the Omnibus Objection as Exhibit A was a proposed order (the "**Proposed Order**").

2. Pursuant to the notice of Omnibus Objection, the deadline for parties to respond was April 4, 2025, at 4:00 p.m. (Eastern Time) (the "**Objection Deadline**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

3. MhaLtc Network – 06-Dri002 [MHA Long Term CareNetwork, Inc.] ("**MhaLtc**") was listed on <u>Schedule 3 – Late Filed Claims</u> of the Omnibus Objection. By agreement, the Debtors have agreed to remove the MhaLtc claim from Schedule 3. No other response was received prior to the Objection Deadline.

4. The Debtors hereby submit a revised form of order (the "**Revised Order**"), attached hereto as **Exhibit A**, which reflects the removal of the MhaLtc claim from Schedule 3. Attached as **Exhibit B** is a blackline of the Revised Order against the Proposed Order.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Revised Order attached hereto as **Exhibit A** at its earliest convenience.

Dated: April 8, 2025  
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ *Mark D. Olivere*
William E. Chipman, Jr. (No. 3818)  
David W. Carickhoff (No. 3715)  
Mark D. Olivere (No. 4291)  
Alan M. Root (No. 5427)  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone:    (302) 295-0191  
Email:    chipman@chipmanbrown.com  
          carickhoff@chipmanbrown.com  
          olivere@chipmanbrown.com  
          root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*