# **EXHIBIT A**

**(*Proposed* Order)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| | **Related Docket No. 775** |

## ORDER GRANTING DEBTORS' SECOND (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 502, BANKRUPTCY RULE 3007, AND LOCAL RULE 3007-1

This matter having come before the Court upon consideration of the *Debtors' Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, And Local Rule 3007-1* (the "**Second Omnibus Objection**");[2] notice of the Second Omnibus Objection having been properly and timely served upon: (i) the claimants listed on **Schedules 1, 2 and 3** at the addresses set forth on each claimant's respective proof of claim, (ii) the U.S. Trustee, and (iii) parties that have requested notice in these cases pursuant to Bankruptcy Rule 2002; upon the record of the hearing to consider the relief requested in the Second Omnibus Objection; and, after due deliberation and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Second Omnibus Objection.

**THE COURT FINDS AND CONCLUDES THAT:**

A. The Court has jurisdiction over this case under 28 U.S.C. § 1334(b).

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. Due and adequate notice has been given to all parties entitled thereto, and no other or further notice is necessary or required.

D. The Court has reviewed the Second Omnibus Objection and has considered the representations of counsel regarding the relief requested therein.

E. The relief requested in the Second Omnibus Objection is necessary and in the best interests of the Debtors and their estates.

**THEREFORE, It Is Hereby ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Second Omnibus Objection is GRANTED, as set forth in this Order.

2. The claims listed on **Schedules 1, 2 and 3** attached hereto are hereby disallowed in their entirety, or otherwise modified, as set forth on Schedules 1, 2 and 3 with respect to each Disputed Claim.

3. The Debtors' claims agent shall amend the claims register maintained in the Debtors' Chapter 11 Cases to conform to this Order.

4. The Debtors' objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the Claimants subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.      Any and all rights of the Debtors to amend, supplement, or otherwise modify the Objection and to file additional objections to any and all claims filed in these Chapter 11 Cases, including, without limitation, any and all of the Disputed Claims, shall be reserved.  Any and all rights, claims, and defenses of the Debtors with respect to any and all of the Disputed Claims shall be reserved, and nothing included in or omitted from the Objection is intended or shall be deemed to impair, prejudice, waive, or otherwise affect any rights, claims, or defenses of the Debtors with respect to the Disputed Claims.

6.      This Order shall be a final order with respect to each of the Proofs of Claim identified on Schedules 1, 2 and 3 annexed hereto, as if each such Proof of Claim had been individually objected to.

7.      Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon entry by the Court.

8.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

# SCHEDULE 1

**Amended and Superseded Claims**

| Name Of Claimant | Remaining Claim Number | Amended Claim To Be Disallowed | Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|
| Loan Admin Co LLC<br>c/o MC Credit Partners LP<br>2200 Atlantic Street, Suite 501<br>Stamford, CT 06902<br>Attn: Jonathan Tunis | 90 | 32 | $127,600,000.00 | Claim 32 was amended by claim 90 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| Loan Admin Co LLC<br>c/o MC Credit Partners LP<br>2200 Atlantic Street, Suite 501<br>Stamford, CT 06902<br>Attn: Jonathan Tunis | 101 | 35 | $127,600,000.00 | Claim 35 was amended by claim 101 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| Loan Admin Co LLC<br>c/o MC Credit Partners LP<br>2200 Atlantic Street, Suite 501<br>Stamford, CT 06902<br>Attn: Jonathan Tunis | 96 | 33 | $127,600,000.00 | Claim 33 was amended by claim 96 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| OCPLP, Inc.<br>31120 Knotty Grove<br>Boerne, TX 78015<br>Attn: John Jeffrey Carson | 18 | 7 | $87,878.86 | Claim 7 was amended by claim 18 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| Savino, Greg<br>c/o Certilman Balin Adler & Hyman, LLP<br>90 Merrick Avenue<br>East Meadow, NY 11554<br>Attn: Robert D. Nosek, Esquire | 150 | 133 | $849,401.05 | Claim 133 was amended by Claim 150 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| Savino, Greg<br>c/o Certilman Balin Adler & Hyman, LLP<br>90 Merrick Avenue<br>East Meadow, NY 11554<br>Attn: Robert D. Nosek, Esquire | 149 | 131 | $849,401.05 | Claim 131 was amended by Claim 149 and, therefore, no longer represents a valid claim against the Debtors' estates. |

4906-4345-5011, v. 2

| Name Of Claimant | Remaining Claim Number | Amended Claim To Be Disallowed | Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|
| Wintrust Bank, N.A.<br>231 South LaSalle Street<br>Chicago, IL 60604<br>Attn: Bryn Perna | 156 | 130 | $536,005.50 | Claim 130 was amended by claim 156 and, therefore, no longer represents a valid claim against the Debtors' estates. |

3

# SCHEDULE 2

## Duplicate Claims

| Name Of Claimant | Remaining Claim Number | Duplicate Claim To Be Disallowed | Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|
| 121 Central Pharmacy<br>c/o Certilman Balin Adler & Hyman, LLP<br>90 Merrick Avenue<br>East Meadow, NY 11554<br>Attn: Robert D. Nosek, Esquire | 104 | 122 | $2,331,200.00 | Claim 104 is a duplicate of 122, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Baybridge Pharmacy Corp.<br>c/o Certilman Balin Adler & Hyman, LLP<br>90 Merrick Avenue<br>East Meadow, NY 11554<br>Attn: Robert D. Nosek, Esquire | 91 | 84 | $16,318,400.00 | Claim 91 is a duplicate of 84, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Delco Pharmacy Corp. d/b/a Pro Pharmacy<br>c/o Certilman Balin Adler & Hyman, LLP<br>90 Merrick Avenue<br>East Meadow, NY 11554<br>Attn: Robert D. Nosek, Esquire | 95 | 99 | $4,662,400.00 | Claim 95 is a duplicate of 99, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 101 | $127,600,000.00 | Claim 101 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 96 | $127,600,000.00 | Claim 96 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

# SCHEDULE 2

## Duplicate Claims

| Name Of Claimant | Remaining Claim Number | Duplicate Claim To Be Disallowed | Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 67 | $127,600,000.00 | Claim 67 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 66 | $127,600,000.00 | Claim 66 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 65 | $127,600,000.00 | Claim 65 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 64 | $127,600,000.00 | Claim 64 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 63 | $127,600,000.00 | Claim 63 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501 | 90 | 62 | $127,600,000.00 | Claim 62 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple |

# SCHEDULE 2

## Duplicate Claims

| Name Of Claimant | Remaining Claim Number | Duplicate Claim To Be Disallowed | Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|
| Stamford, CT 06092<br>Attn: Jonathan Tunis | | | | recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 61 | $127,600,000.00 | Claim 61 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 60 | $127,600,000.00 | Claim 60 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 59 | $127,600,000.00 | Claim 59 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 58 | $127,600,000.00 | Claim 58 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 57 | $127,600,000.00 | Claim 57 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

# SCHEDULE 2

## Duplicate Claims

| Name Of Claimant | Remaining Claim Number | Duplicate Claim To Be Disallowed | Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 56 | $127,600,000.00 | Claim 56 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 55 | $127,600,000.00 | Claim 55 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 54 | $127,600,000.00 | Claim 54 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 53 | $127,600,000.00 | Claim 53 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 52 | $127,600,000.00 | Claim 52 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501 | 90 | 48 | $127,600,000.00 | Claim 48 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple |

# SCHEDULE 2

## Duplicate Claims

| Name Of Claimant | Remaining Claim Number | Duplicate Claim To Be Disallowed | Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|
| Stamford, CT 06092<br>Attn: Jonathan Tunis | | | | recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 47 | $127,600,000.00 | Claim 47 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 46 | $127,600,000.00 | Claim 46 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 45 | $127,600,000.00 | Claim 45 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 37 | $127,600,000.00 | Claim 37 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 36 | $127,600,000.00 | Claim 36 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

# SCHEDULE 2

## Duplicate Claims

| Name Of Claimant | Remaining Claim Number | Duplicate Claim To Be Disallowed | Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 34 | $127,600,000.00 | Claim 34 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 31 | $127,600,000.00 | Claim 31 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Savino, Greg<br>c/o Certilman Balin Adler & Hyman, LLP<br>90 Merrick Avenue<br>East Meadow, NY 11554<br>Attn: Robert D. Nosek, Esquire | 149 | 150 | $849,401.05 | Claim 149 is a duplicate of 150, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Spectrum<br>1600 Dublin Road<br>Columbus, OH 43215<br>Attn: Kyla Lehman | 69 | 68 | $584.47 | Claim 68 is a duplicate of claim 69, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

4901-9256-7331, v. 3

# SCHEDULE 3

## Late Filed Claims

**Bar Date: August 7, 2024**

**Governmental Bar Date: December 4, 2024**

| Name Of Claimant | Debtor | Date Claim Filed | Claim Number | Claim Amount | Reason For Objection |
|---|---|---|---|---|---|
| Euler Hermes, Agent for ANDA, INC. <br> 100 International Drive, 22nd Floor <br> Baltimore, MD 21202 <br> Attn: Guy Young | FirstCare Pharmacy LLC | 08.30.2024 | 144 | $169,417.00 | Claim was filed after the applicable August 7, 2024, bar date. |
| FedEx Corporate Services, Inc. [FedEx Express/Ground/Freight/Office] <br> 3965 Airways Boulevard <br> Module G, 3rd Floor <br> Memphis, TN 38116-5017 <br> Attn: Deshanna Wright | Optio Rx, LLC | 11.05.2024 | 155 | $5,169.90 | Claim was filed after the applicable August 7, 2024, bar date. |
| Holts Mechanical, Ltd. <br> 5522 Rittiman Road <br> San Antonio, TX 78218 <br> Attn: Carissa Renee Burrows | Odell Compounding Pharmacy, LLC | 08.13.2024 | 136 | $615.94 | Claim was filed after the applicable August 7, 2024, bar date. |
| Outcomes Operating Inc. <br> 5900 Lake Ellenor Drive, #600 <br> Orlando, FL 32809 <br> Attn: Simon Morgan | Odell Compounding Pharmacy, LLC | 08.13.2024 | 137 | $1,746.00 | Claim was filed after the applicable August 7, 2024, bar date. |

| NAME OF CLAIMANT | DEBTOR | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|---|
| Outcomes Operating Inc.<br>5900 Lake Ellenor Drive, #600<br>Orlando, FL 32809<br>Attn: Simon Morgan | Dr. Ike's PharmaCare LLC | 08.13.2024 | 138 | $1,516.00 | Claim was filed after the applicable August 7, 2024, bar date. |
| Pied Piper Pest Control, LLC<br>12103 Jones Maltsberger Road<br>San Antonio, TX 78247<br>Attn: Scott Ankrom | Odell Compounding Pharmacy, LLC | 10.08.2024 | 153 | $730.69 | Claim was filed after the applicable August 7, 2024, bar date. |
| Veriship LLC<br>c/o Finance Department<br>8880 Ward Parkway, #300<br>Kansas City, MO 64114<br>Attn: Zackary Zegunis | Healthy Choice Compounding LLC | 08.27.2024 | 140 | $1,514.80 | Claim was filed after the applicable August 7, 2024, bar date. |
| Williams, Demarcus<br>[ADDRESS ON FILE] | Optio Rx, LLC | 11.13.2024 | 158 | $392,000.00 | Claim was filed after the applicable August 7, 2024, bar date. |