## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*[1] | Case No. 24-11188 (TMH) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On April 3, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Rescheduled Hearing** (Docket No. 843)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: April 7, 2025

*Jerod McMillen*
Jerod McMillen

State of Colorado   )
                    ) SS.
County of Denver    )

Subscribed and sworn before me this 7th day of April 2025 by Jerod McMillen.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compouding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 121 Central Pharmacy Corp. [Central Pharmacy] | Attn: Jordana Siegel | 1842 Gardenia Ave | | | Merrick | NY | 11566 |
| 121 Central Pharmacy Corp. [Central Pharmacy] | Attn: Robert D. Nosek, Esq. | 90 Merrick Ave | | | East Meadow | NY | 11554 |
| 121 Central Pharmacy Corp., d/b/a Central Pharmacy | Attn: Jordana Siegel | 1842 Gardenia Avenue | | | Merrrick | NY | 11566 |
| 121 Central Pharmacy Corp., d/b/a Central Pharmacy | c/o Certilman Balin Adler & Hyman, LLP | c/o Robert D Nosek | 90 Merrick Avenue | | East Meadow | NY | 11554 |
| 1st Choice Hvac,LLC | c/o 1st Choice Heating & Air Conditioning | Attn: Edwin Lauterstein | 15018 Tradesman Dr | | San Antonio | TX | 78249 |
| Amneal Pharmaceuticals | | Lockbox #7979 | PO Box 7247 | | Philadelphia | PA | 19170-0001 |
| Amneal Pharmaceuticals | | Lockbox #7979 | PO Box 7247 | | Philadelphia | PA | 19170-0001 |
| Arcutis Biotherapeutics Inc | | 3027 Townsgate Road | Suite 300 | | Westlake Village | CA | 91361 |
| ARL Bio Pharma, Inc. | | 840 Research Parkway | | | Oklahoma City | OK | 73104 |
| Arrive On Time Delivery | | 600 W Campbell Rd | Suite 7 | | Richardson | TX | 75080 |
| Aves Management LLC | Attn: Charles Asfour | 150 North Riverside Plaza | Ste 5200 | | Chicago | IL | 60606 |
| Baybridge | Attn: Greg Savino | 1981 Marcus Ave | Ste C129 | | New Hyde Park | NY | 11042 |
| Baybridge Pharmacy | c/o Certilman Balin Adler & Hyman, LLP. | 90 Merrick Avenue | | | East Meadow | NY | 11554 |
| Baybridge Pharmacy Corp | Attn: Greg Savino | 1842 Gardenia Avenue | | | Merrick | NY | 11566 |
| Baybridge Pharmacy Corp | c/o Certilman Balin Adler & Hyman, LLP | Attn: Robert D. Nosek | 90 Merrick Avenue | | East Meadow | NY | 11554 |
| Baybridge Pharmacy Corp. | Attn: Greg Savino | 1842 Gardenia Avenue | | | Merrick | NY | 11566 |
| Baybridge Pharmacy Corp. | Attn: Greg Savino | 1842 Gardenia Avenue | | | Merrick | NY | 11566 |
| Ben David & Arun Surseh Kumar | c/o Kennedys CMK LLP | Attn: Marc S. Casarino & Katie Barksdale | 222 Delaware Avenue | Suite 710 | Wilmington | DE | 19801 |
| Bingodel | | 2794 W Ball Rd | | | Anaheim | CA | 92804-5043 |
| Bonita Pharmaceuticals | Attn: Charles Patel | 6380 Commerce Dr | | | Westland | MI | 60614 |
| Bonita Pharmaceuticals | Attn: Charles Patel | 6380 Commerce Dr | | | Westland | MI | 60614 |
| Breezeline | | PO Box 371801 | | | Pittsburgh | PA | 15250-7801 |
| BSD Construction, Inc. | | 8369 Vickers Street #100 | | | San Diego | CA | 92111 |
| California Department of Health Care Services | c/o Bankruptcy Desk | Attn: Office of Legal Services, DHCS, Gilbert Edward Benavidez | PO Box 997413 | MS 0010 | Sacramento | CA | 95899-7413 |
| Cardinal Health 110, LLC | Attn: Erin Gapinski | 7000 Cardinal Place | | | Dublin | OH | 43017 |
| Central-Yuriy Davydov | | 21715 85th Ave | | | Queens Village | NY | 11427-1412 |
| Columbus Specialty Nursing LLC | 5401 Whitehead Rd | | | | Granville | OH | 43023 |
| Consolidated Edison Company of New York Inc | c/o EAG-Bankruptcy Group | Attn: Thamar Rosado-Arder and Suzanne Kwon | 4 Irving Place | 9th Floor | New York | NY | 10003 |
| Consolidated Edison Company of New York, Inc [Con Edison] | Attn: Joy Edison Company of Scaglione N | Bankruptcy 24-11206-TMH | 4 Irving Place | 9th Floor | New York | NY | 10003 |
| Consolidated Edison Company of New York, Inc. [Con Edison] | c/o Bankruptcy 24-11206-TMH | Attn: Joy Scaglione | 4 Irving Place | 9th Fl | New York | NY | 10003 |
| Constangy, Brooks, Smith & Prophete, LLP - 7070 | | PO Box 102476 | | | Atlanta | GA | 30368-0476 |
| Counsel to the Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller | 1201 N Market Street | Suite 2300 | Wilmington | DE | 19899-1266 |
| Crestview | Attn: Bryan Henderson & Hal Densman | 349 S Garcon Point Rd | | | Milton | FL | 32583-7314 |
| Crestview | Attn: Bryan Henderson and Hal Densman | 3084 Whitley Oaks Ln | | | Pace | FL | 32571-6772 |
| D And D Wholesale Supply - 2091 | Attn: Kim Dressel & Daniel Dresses | 5032 Mount Row | | | New Albany | OH | 43054 |
| Delco Pharmacy Corp d/b/a Pro Pharmacy | Attn: Jordana Siegel | 1842 Gardenia Avenue | | | Merrick | NY | 11566 |
| Delco Pharmacy Corp. d/b/a Pro Pharmacy | Attn: Jordana Siegel | 1842 Gardenia Avenue | | | Merrick | NY | 11566 |
| Delco Pharmacy Corp. d/b/a Pro Pharmacy | c/o Certilman Balin Adler & Hyman, LLP. | Attn: Robert D. Nosek, Esq. | 90 Merrick Avenue | | East Meadow | NY | 11554 |
| Delco Pharmacy Corp/. d/b/a Pro Pharmacy | c/o Certilman Balin Adler & Hyman, LLP. | Attn: Robert D. Nosek, Esq. | 90 Merrick Avenue | | East Meadow | NY | 11554 |
| Deliver It - 103030 | | PO Box 846819 | | | Los Angeles | CA | 90084-6819 |
| Deliver IT LLC - 3284 | | PO Box 846819 | | | Los Angeles | CA | 90084-6819 |
| Demarcus Williams | | Address Redacted | | | | | |
| Digital Business Solutions, Inc | Tahra Morssi | PO Box 60730 | | | Irvine | CA | 92602 |
| District of Columbia | Office of The Attorney General | 400 6th Street NW | | | Washington | DC | 20001 |
| Dnd Wholesale Supply - 2169 | Attn: Kim Dressel | 5032 Mount Row | | | New Albany | OH | 43054 |
| Enovex | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | | Granada Hills | CA | 91344-1848 |
| Euler Hermes agent for ANDA, INC. | Attn: Guy Young | 100 International Dr 22nd | | | Baltimore | MD | 21202 |
| Euler Hermes agent for ANDA, INC. | Attn: Guy Young | 100 International Dr 22nd | | | Baltimore | MD | 21202 |
| Fds Inc - 2518 | | PO Box 201231 | | | Dallas | TX | 75320-1231 |
| FDS, Inc. | | 5000 Birch Street, Suite 8500 | | | Newport Beach | CA | 92660 |
| FedEx Corporate Services Inc [FedEx Express/Ground/Freight/Office] | Attn: Deshanna Wright | 3965 Airways Blvd. Module G, 3rd Floor | Module G | 3rd Fl | Memphis | TN | 38116-5017 |
| FFF  Enterprises Inc | | 44000 Winchester Road | | | Temecula | CA | 92590 |
| Fff  Enterprises Inc - 5718 | | PO Box 840150 | | | Los Angeles | CA | 90084-0150 |
| Forte Bio-Pharma LLC | Francisco Torres | 8311 W. Sunset Rd., Ste 150 | | | Las Vegas | NV | 89113 |
| Forte Bio-Pharma LLC - 8744 | | PO Box 29650 | Dept 880412 | | Phoenix | AZ | 85038-9650 |
| Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Calhy Saechao | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Cathy Saechao | PO Box 2952 | | Sacramento | CA | 95812-2952 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 1 of 3



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Franchise Tax Board | c/o Bankruptcy Section MS A340 | Attn: Cathy Saechao | PO Box 2952 | | Sacramento | CA | 95812-2952 |
| Gls - 2502 | | PO Box 1907 | | | San Ramon | CA | 94583 |
| Greg Savino | | Address Redacted | | | | | |
| Greg Savino | Attn: Robert D. Nosek, Esq. | c/o Certilman Balin Adler & Hyman, LLP. | 90 Merrick Ave | | E Meadow | NY | 11554 |
| Greg Savino | c/o Certilman Balin Adler & Hyman, LLP | 90 Merrick Avenue | | | East Meadow | NY | 11554 |
| Greg Savino | c/o Certilman Balin Adler & Hyman, LLP | Attn: Robert D. Nosek | 90 Merrick Avenue | | East Meadow | NY | 11554 |
| H&H | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | | Granada Hills | CA | 91344-1848 |
| Healthy Choice | Attn: Phil Altman | 150 W End Ave | Apt 24L | | New York | NY | 10023-5748 |
| Holts Mechanical, Ltd. | Attn: Carissa Renee Burrows | 5522 Rittiman Road | | | San Antonio | TX | 78218 |
| ICS Direct | | 12601 Collection Center Drive | | | Chicago | IL | 60693 |
| INCYTE | | 12601 Collection Center Drive | | | Chicago | IL | 60693 |
| INCYTE | | 12601 Collection Center Drive | | | Chicago | IL | 60693 |
| Internal Revenue Service | | 550 Main St | #10 | | Cincinnati | OH | 45999-0039 |
| Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Jones Lang Lasalle, Ip, Inc. | | 9601 Mcallister Freeway | | | San Antonio | TX | 78216 |
| Journey Medical Corporation - 5891 | | 9237 East Via De Ventura | Suite 105 | | Scottsdale | AZ | 85258 |
| Journey Medical Corporation - 5894 | | 9237 East Via De Ventura | Suite 105 | | Scottsdale | AZ | 85258 |
| Loan Admin Co LLC, as Collateral Agent | | 2200 Atlantic Street | Suite 501 | | Stamford | CT | 06902 |
| Loan Admin Co LLC, as Collateral Agent | Attn: Jonathan Tunis | 2200 Atlantic St | 5th Fl | Ste 501 | Stamford | CT | 06902 |
| Loan Admin Co LLC, as Collateral Agent | Attn: Jonathan Tunis | 2200 Atlantic Street | Suite 501 | | Stamford | CT | 06092 |
| Loan Admin Co LLC, as Collateral Agent | c/o MC Credit Partners LP | Attn: Jonathan Tunis | 2200 Atlantic Street | Suite 501 | Stamford | CT | 06902 |
| Mayne Pharma - 128B | | PO Box 603644 | | | Charlotte | NC | 28260-3644 |
| Medimetriks Pharmaceuticals Inc | Attn: Alan S. Goldstein | 383 Route 46 West | | | Fairfield | NJ | 07004 |
| Medimetriks Pharmaceuticals Inc | Attn: Brent Lenczycki, CFO | 383 Route 46 West | | | Fairfield | NJ | 07004 |
| Medisca - Ikes91N | | PO Box 2592 | | | Plattsburgh | NY | 12901 |
| Medisca Inc | | 626 Tom Miller Road | | | Plattsburgh | NY | 12901 |
| Medtronic Usa Inc - 7654 | | 4642 Collection Center Dr | | | Chicago | IL | 60693-0046 |
| Mha Ltc Network - 06-Dri002 [MHA Long Term Care Network, Inc. ] | Attn: Tammy Kotsev | 400 Interpace Parkway | Building C | Suite 200 | Parsippany | NJ | 07054 |
| Mha Ltc Network - 06-Dri002 [MHA Long Term CareNetwork, Inc.] | | PO Box 932558 | | | Atlanta | GA | 31193-2558 |
| Oakdell-Jeff Carson | | 31120 Knotty Grove | | | Boerne | TX | 78015 |
| OCPLP, Inc. [John J Carson] | | Address Redacted | | | | | |
| Office of The U.S. Trustee for The District of Delaware | Attn: Andrew R. Vara & Jonathan W. Lipshie | 844 N King St #2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller & Nicholas Smargiassi | 1201 N Market St, Suite 2300 | PO Box 1266 | Wilmington | DE | 19899 |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Jorge Garcia | 701 Brickell Avenue | Suite 1700 | Miami | FL | 33131 |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Michelle G. Novick | 161 North Clark St | Suite 4200 | Chicago | IL | 60601 |
| Outcomes Operating Inc [Outcomes, Computer Rx, RX30, PrescribeWellness] | Attn: Simon Morgan | 5900 Lake Ellenor Dr | #600 | | Orlando | FL | 32809 |
| PAAS National LLC | | 160 Business Park Circle | | | Stoughton | WI | 53589 |
| Paladin Management Group, LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones & Mary F. Caloway | 919 N Market St, 17th Fl | PO Box 8705 | Wilmington | DE | 19899-8705 |
| Pcca - Professional Compounding Centers of America | | PO Box 734687 | | | Dallas | TX | 75373-4687 |
| Pharmacy Automation Supplies | | 146 Pinnacle Dr | | | Romeoville | IL | 60446 |
| Pharmcare | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | | Granada Hills | CA | 91344-1848 |
| PIA Holdings, Inc. | Attn: Phil Altman | 8973 Lakes Blvd | | | West Palm Beach | FL | 33412 |
| Pied Piper Pest Control, LLC | Attn: Scott Ankrom | 12103 Jonesmaltsberger Rd | | | San Antonio | TX | 78247 |
| Plante Moran PLLC - 1725 | | 16060 Collections Center Dr | | | Chicago | IL | 60693 |
| Progressive Medical, Inc. | | 997 Horan Drive | | | Fenton | MO | 63026-2401 |
| Pro-Yuriy Davydov | | 21715 85th Ave | | | Queens Village | NY | 11427-1412 |
| Rinku Patel | Attn: Kritin Hendriksen | 1 East Wacker Drive | | | Chicago | IL | 60601 |
| Rinku Patel [Dr. Rinku Patel] | | Address Redacted | | | | | |
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | 200 Vesey Street, Suite 400 Brookfield Place | New York Regional Office | | New York | NY | 10281-1022 |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St | Suite 20-100 | | New York | NY | 10004-2616 |
| Skin Medicinals LLC | c/o Kaplan & Grady LLC | Attn: Howard Kaplan, Jed W. Glickstein, & Annie Garau Kelly | 2071 N Southport Ave | Ste 205 | Chicago | IL | 60614 |
| Skin Medicinals LLC | c/o Morris, Nichols, Arsht, & Tunnell LLP | Attn: Matthew B. Harvey & Matthew O. Talmo | 1201 North Market Street | 16th Floor, PO Box 1347 | Wilmington | DE | 19899-1347 |
| Spectrum | Kyla Lehman | 1600 Dublin Rd | | | Columbus | OH | 43215 |
| Staples, Inc. | | PO Box 105748 | | | Atlanta | GA | 30348 |
| Staples, Inc. | Attn: Tom Riggleman | PO Box 102419 | | | Columbia | SC | 29224 |
| State of Alabama | Office of The Attorney General | 501 Washington Ave | | | Montgomery | AL | 36104 |
| State of Alaska | Office of the Attorney General | 1031 W 4th Ave, Ste 200 | | | Anchorage | AK | 99501 |
| State of Arizona | Office of The Attorney General | 2005 N Central Ave | | | Phoenix | AZ | 85004 |
| State of Arkansas | Office of The Attorney General | 323 Center St, Ste 200 | | | Little Rock | AR | 72201 |
| State of California | Office of The Attorney General | PO Box 944255 | | | Sacramento | CA | 94244-2550 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 2 of 3



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| State of Colorado | Office of The Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | | Denver | CO | 80203 |
| State of Connecticut | Office of The Attorney General | 165 Capitol Avenue | | | Hartford | CT | 6106 |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | | Wilmington | DE | 19801 |
| State of Florida | Office of The Attorney General | The Capitol Pl-01 | | | Tallahassee | FL | 32399 |
| State of Georgia | Office of The Attorney General | 40 Capitol Sq Sw | | | Atlanta | GA | 30334 |
| State of Hawaii | Office of The Attorney General | 425 Queen Street | | | Honolulu | HI | 96813 |
| State of Idaho | Office of The Attorney General | 700 W. Jefferson St, Suite 210 | PO Box 83720 | | Boise | ID | 83720 |
| State of Illinois | Office of The Attorney General | James R. Thompson Center | 100 W. Randolph St | | Chicago | IL | 60601 |
| State of Indiana | Office of The Indiana Attorney General | Indiana Government Center South | 302 W Washington St, 5th Floor | | Indianapolis | IN | 46204 |
| State of Iowa | Office of The Attorney General | Hoover State Office Building | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| State of Kansas | Attn: Attorney General Derek Schmidt | 120 SW 10th Ave, 2nd Floor | | | Topeka | KS | 66612 |
| State of Kentucky | Attorney General - Daniel Cameron | 700 Capital Avenue, Suite 118 | | | Frankfort | KY | 40601 |
| State of Louisiana | Dept. of Justice - Attorney General's Office | 300 Capital Drive | | | Baton Rouge | LA | 70802 |
| State of Maine | Office of the Attorney General | 6 State House Station | | | Augusta | ME | 04333 |
| State of Maryland | Office of The Attorney General | 200 St. Paul Place | | | Baltimore | MD | 21202 |
| State of Massachusetts | Attorney General's Office | 1 Ashburton Place, 20th Floor | | | Boston | MA | 02108 |
| State of Michigan | Department of Attorney General | 525 W Ottawa St | | | Lansing | MI | 48906 |
| State of Minnesota | Office of The Attorney General | 445 Minnesota St, Ste 1400 | | | St. Paul | MN | 55101 |
| State of Mississippi | Office of The Attorney General | Walter Sillers Building | 550 High St PO Box 220 | | Jackson | MS | 39201 |
| State of Missouri | Office of The Attorney General | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 |
| State of Montana | Office of The Attorney General | Justice Building, 3rd Floor | 215 N Sanders, PO Box 201401 | | Helena | MT | 59602 |
| State of Nebraska | Office of The Attorney General | 2115 State Capitol | | | Lincoln | NE | 68509 |
| State of Nevada | Office of The Attorney General | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 |
| State of New Hampshire | Office of The Attorney General | Nh Department of Justice | 33 Capitol St. | | Concord | NH | 3301 |
| State of New Jersey | Office of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing Box 080 | | Trenton | NJ | 8611 |
| State of New Mexico | Office of The Attorney General | 408 Galisteo Street | Villagra Building | | Santa Fe | NM | 87501 |
| State of New York | Office of The Attorney General | The Capitol | 2nd Floor | | Albany | NY | 12224 |
| State of North Carolina | Office of The Attorney General | 114 W Edenton St | | | Raleigh | NC | 27603 |
| State of North Dakota | Office of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | | Bismarck | ND | 58505 |
| State of Ohio | Office of The Attorney General | State Office Tower | 30 E Broad St 14Th Fl | | Columbus | OH | 43215 |
| State of Oklahoma | Office of The Attorney General | 313 Ne 21St St | | | Oklahoma City | OK | 73105 |
| State of Oregon | Office of The Attorney General | 1162 Court St Ne | | | Salem | OR | 97301-4096 |
| State of Pennsylvania | Office of The Attorney General | Strawberry Square 16Th Fl | | | Harrisburg | PA | 17120 |
| State of Rhode Island | Office of The Attorney General | 150 S Main St | | | Providence | RI | 2903 |
| State of South Carolina | Office of The Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | | Columbia | SC | 29201 |
| State of South Dakota | Office of The Attorney General | 1302 E Highway 14, Ste 1 | | | Pierre | SD | 57501-8501 |
| State of Tennessee | Office of The Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 |
| State of Texas | Office of The Attorney General | 300 W. 15Th St | | | Austin | TX | 78701 |
| State of Utah | Office of The Attorney General | Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 |
| State of Utah | Office of The Attorney General, Sean D. Reyes | Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 |
| State of Vermont | Office of The Attorney General | 109 State St. | | | Montpelier | VT | 5609 |
| State of Virginia | Office of The Attorney General | 202 N. Ninth St. | | | Richmond | VA | 23219 |
| State of Washington | Office of The Attorney General | 1125 Washington St Se | | | Olympia | WA | 98501 |
| State of Washington | Office of The Attorney General | PO Box 40100 | | | Olympia | WA | 98504-00 |
| State of West Virginia | Office of The Attorney General | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | | Charleston | WV | 25305 |
| State of Wisconsin | Office of The Attorney General | 17 West Main Street, Room 114 East P | | | Madison | WI | 53702 |
| State of Wyoming | Office of The Attorney General | 109 State Capitol | | | Cheyenne | WY | 82002 |
| the Office of the United States Department of Health and Human Services. | | 200 Independence Avenue, S.W | | | Washington | DC | 20201 |
| Troutman Pepper Hamilton Sanders LLP | | 1313 Market Street, Suite 5100 | Hercules Plaza | | Wilmington | DE | 19801 |
| United States Department of Justice | | 950 Pennsylvania Avenue, NW | | | Washignton | DC | 20530-0001 |
| US Attorney's Office for the District of DE | Attn: David C. Weiss | 1313 N Market Street | PO Box 2046 | | Wilmington | DE | 19801 |
| USI Insurance Services LLC | Attn: Christie Kyle | 4456 Corporation Lane | Suite 350 | | Virginia Beach | VA | 23462 |
| Veriship LLC [Sifted] | c/o Finance Department | Attn: Zackary Zegunis | 8880 Ward Pkwy | #300 | Kansas City | MO | 64114 |
| Virtus Pharmaceuticals LLC | | PO Box 947177 | | | Atlanta | GA | 30394-7177 |
| Wells Fargo Financial Leasing, Inc. | | PO Box 77096 | | | Minneapolis | MN | 55480 |
| Wells Fargo Financial Leasing, Inc. | | PO Box 77096 | | | Minneapolis | MN | 77096 |
| Wells Fargo Financial Leasing, Inc. | Attn: Jason Harkness | 800 Walnut Street | MAC F0006-052 | | Des Moines | IA | 50309 |
| Wintrust Bank, N.A. | Attn: Bryn Perna | 231 S LaSalle St | | | Chicago | IL | 60604 |
| Wintrust Bank, N.A. | Attn: Bryn Perna | 231 S. LaSalle St | | | Chicago | IL | 60604 |
| Wintrust Bank, N.A. | Attn: Dykema Gossett & Christopher Cahill | 10 S Wacker Drive | Ste 2300 | | Chicago | IL | 60606 |
| Wintrust Bank, N.A. | Attn: Dykema Gossett & Christopher Cahill | 10 S Wacker Drive | Ste 2300 | | Chicago | IL | 60606 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 3 of 3

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 121 Central Pharmacy Corp. [Central Pharmacy] | Attn: Jordana Siegel | | jsiegel@yahoo.com |
| 121 Central Pharmacy Corp. [Central Pharmacy] | Attn: Robert D. Nosek, Esq. | | rnosek@certilmanbalin.com |
| 121 Central Pharmacy Corp., d/b/a Central Pharmacy | Attn: Jordana Siegel | | jsiegel@yahoo.com |
| 121 Central Pharmacy Corp., d/b/a Central Pharmacy | c/o Certilman Balin Adler & Hyman, LLP | c/o Robert D Nosek | rnosek@certilmanbalin.com |
| 1st Choice Hvac,LLC | c/o 1st Choice Heating & Air Conditioning | Attn: Edwin Lauterstein | ed@1stchoicecompanies.com |
| Ad Hoc Group of Mezz Lenders | c/o Kirkland & Ellis LLP, Kirkland & Ellis International LLP | Attn: Ryan Blaine Bennett & Zak Piech | ryan.bennett@kirkland.com zak.piech@kirkland.com |
| Ad Hoc Group of Mezz Lenders | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, L. Katherine Good, & Levi Akkerman | csamis@potteranderson.com kgood@potteranderson.com lakkerman@potteranderson.com |
| Amneal Pharmaceuticals | | | accountsreceivable@amneal.com |
| Arcutis Biotherapeutics Inc | | | information@arcutis.com |
| ARL Bio Pharma, Inc. | | | info@arlok.com |
| Aves Management LLC | Attn: Charles Asfour | | finance@avescap.com casfour@avescap.com |
| Baybridge | Attn: Greg Savino | | greg.savino@yahoo.com |
| Baybridge Pharmacy | c/o Certilman Balin Adler & Hyman, LLP. | | rnosek@certilmanbalin.com |
| Baybridge Pharmacy Corp | Attn: Greg Savino | | greg.savino@yahoo.com gregsavino@yahoo.com |
| Baybridge Pharmacy Corp | c/o Certilman Balin Adler & Hyman, LLP | Attn: Robert D. Nosek | rnosek@certilmanbalin.com |
| Baybridge Pharmacy Corp. | Attn: Greg Savino | | greg.savino@yahoo.com |
| Baybridge Pharmacy Corp. | Attn: Greg Savino | | greg.savino@yahoo.com |
| Ben David & Arun Surseh Kumar | c/o Kennedys CMK LLP | Attn: Marc S. Casarino & Katie Barksdale | marc.casarino@kennedyslaw.com katie.barksdale@kennedyslaw.com |
| Bexar County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Bingodel | | | stevechumo@hotmail.com |
| Bonita Pharmaceuticals | Attn: Charles Patel | | charles@bonitapharma.com |
| Bryan Henderson | | | Address Redacted |
| BSD Construction, Inc. | | | info@bsdbuilders.com |
| California Department of Health Care Services | c/o Bankruptcy Desk | Attn: Office of Legal Services, DHCS, Gilbert Edward Benavidez | gilbert.benavidez@dhcs.ca.gov |
| Cardinal Health 110, LLC | Attn: Erin Gapinski | | erin.gapinski@cardinalhealth.com |
| Cardinal Health 110, LLC & Cardinal Health 112, LLC | c/o Hiller Law, LLC | Attn: Adam Hiller | ahiller@adamhillerlaw.com |
| Cardinal Health 110, LLC and Cardinal Health 112, LLC | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber & Terri Jane Freedman | szuber@csglaw.com tfreedman@csglaw.com |
| Central-Yuriy Davydov | | | adavy830@yahoo.com |
| Consolidated Edison Company of New York Inc | c/o EAG-Bankruptcy Group | Attn: Thamar Rosado-Arder and Suzanne Kwon | ardert@coned.com kwons@coned.com |
| Consolidated Edison Company of New York, Inc [Con Edison] | Attn: Joy Edison Company of Scaglione N | Bankruptcy 24-11206-TMH | scaglionej@coned.com |
| Consolidated Edison Company of New York, Inc. [Con Edison] | c/o Bankruptcy 24-11206-TMH | Attn: Joy Scaglione | scaglionej@coned.com |
| Constangy, Brooks, Smith & Prophete, LLP - 7070 | | | nwasser@constangy.com |
| Counsel to the Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Turner N. Falk | turner.falk@saul.com |
| D And D Wholesale Supply - 2091 | Attn: Kim Dressel & Daniel Dresses | | dan@ddwholesalesupply.com kim@ddwholesalesupply.com |
| Delco Pharmacy Corp d/b/a Pro Pharmacy | Attn: Jordana Siegel | | jsiegel@yahoo.com |
| Delco Pharmacy Corp. d/b/a Pro Pharmacy | Attn: Jordana Siegel | | jsiegelm@yahoo.com |
| Delco Pharmacy Corp. d/b/a Pro Pharmacy | c/o Certilman Balin Adler & Hyman, LLP. | Attn: Robert D. Nosek, Esq. | rnosek@certilmanbalin.com |
| Delco Pharmacy Corp/. d/b/a Pro Pharmacy | c/o Certilman Balin Adler & Hyman, LLP. | Attn: Robert D. Nosek, Esq. | rnosek@certilmanbalin.com |
| Deliver It - 103030 | | | bill-it@deliver-it.com |
| Demarcus Williams | | | Address Redacted |
| Digital Business Solutions, Inc | Tahra Morssi | | tr@rxcity.com |
| District of Columbia | Office of The Attorney General | | oag@dc.gov |
| Dnd Wholesale Supply - 2169 | Attn: Kim Dressel | | dan@ddwholesalesupply.com kim@ddwholesalesupply.com |
| Euler Hermes agent for ANDA, INC. | Attn: Guy Young | | insolvency@allianz-trade.com |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 1 of 3



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Fds Inc - 2518 | | | finance@fdsrx.com |
| FDS, Inc. | | | info@fdsinc.net |
| FedEx Corporate Services Inc [FedEx Express/Ground/Freight/Office] | Attn: Deshanna Wright | | bankruptcy@fedex.com |
| Fff Enterprises Inc - 5718 | | | malford@fffenterprises.com |
| Forte Bio-Pharma LLC | Francisco Torres | | francisco.torres@fortebiopharma.com |
| Forte Bio-Pharma LLC - 8744 | | | francisco.torres@fortebiopharma.com |
| Greg Savino | Attn: Robert D. Nosek, Esq. | c/o Certilman Balin Adler & Hyman, LLP. | rnosek@certilmanbalin.com |
| Greg Savino | c/o Certilman Balin Adler & Hyman, LLP | | rnosek@certilmanbalin.com |
| Greg Savino | c/o Certilman Balin Adler & Hyman, LLP | Attn: Robert D. Nosek | rnosek@certilmanbalin.com |
| Greg Savino | | | Address Redacted |
| Greg Savino | | | Address Redacted |
| Greg Savino | | | Address Redacted |
| Holts Mechanical, Ltd. | Attn: Carissa Renee Burrows | | ar@holtsmechanical.com |
| ICS Direct | | | titlecash@icsconnect.com |
| INCYTE | | | ir@incyte.com |
| Jones Lang Lasalle, Ip, Inc. | | | michelle.muth@am.jll.com |
| Journey Medical Corporation - 5891 | | | journeymedicalar@icsconnect.com |
| Journey Medical Corporation - 5894 | | | journeymedicalar@icsconnect.com |
| Loan Admin Co LLC | c/o DLA Piper LLP | Attn: Stuart M. Brown & Matthew S. Sarna | stuart.brown@us.dlapiper.com<br>matthew.sarna@us.dlapiper.com |
| Loan Admin Co LLC, as Collateral Agent | Attn: Jonathan Tunis | | jtunis@mccp.com |
| Loan Admin Co LLC, as Collateral Agent | c/o MC Credit Partners LP | Attn: Jonathan Tunis | jtunis@mccp.com |
| Mayne Pharma - 128B | | | us.ar.remit@maynepharma.com |
| Medimetriks Pharmaceuticals Inc | Attn: Alan S. Goldstein | | agoldstein@medimetriks.com |
| Medimetriks Pharmaceuticals Inc | Attn: Brent Lenczycki, CFO | | blenczycki@medimetriks.com |
| Medisca - Ikes91N | | | acctmus@medisca.com |
| Mha Ltc Network - 06-Dri002 [MHA Long Term Care Network, Inc. ] | Attn: Tammy Kotsev | | tkotsev@mhainc.com |
| Mha Ltc Network - 06-Dri002 [MHA Long Term CareNetwork, Inc.] | | | tkotsev@mhainc.com |
| NYIP Owner II LLC | c/o Eckert Seamans Cherin & Mellot LLC | Attn: Nicholas Pasalides | npasalides@eckertseamans.com |
| NYIP Owner II LLC | c/o Eckert Seamans Cherin & Mellott, LLC | Attn: Tara L. Lattomus | tlattomus@eckertseamans.com |
| Oakdell-Jeff Carson | | | crocea411@yahoo.com |
| OCPLP, Inc. [John J Carson] | | | Address Redacted |
| Office of The U.S. Trustee for The District of Delaware | Attn: Andrew R. Vara & Jonathan W. Lipshie | | jon.lipshie@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller & Nicholas Smargiassi | evan.miller@saul.com<br>nicholas.smargiassi@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Jorge Garcia | jorge.garcia@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Michelle G. Novick | michelle.novick@saul.com |
| Outcomes Operating Inc [Outcomes, Computer Rx, RX30, PrescribeWellness] | Attn: Simon Morgan | | smorgan@outcomes.com |
| P.C.C.A., INC | Attn: Ken Barrow | | accounting@pccarx.com<br>kbarrow@pccarx.com<br>cyepsen@pccarx.com |
| PAAS National LLC | | | info@paasnational.com |
| Paladin Management Group, LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones & Mary F. Caloway | ljones@pszjlaw.com<br>mcaloway@pszjlaw.com |
| Pareto Optio LLC | c/o Ice Miller LLP | Attn: Louis T DeLucia & Alyson M Fiedler | louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com |
| Pharmacy Automation Supplies | | | chrisy.terrazas@pharmacyautomationsupplies.com |
| PIA Holdings, Inc. | Attn: Phil Altman | | wholerx@msn.com |
| Pied Piper Pest Control, LLC | Attn: Scott Ankrom | | rosanneshields@sabugs.com<br>shieldsrosanne@sabugs.com |
| Plante Moran PLLC - 1725 | | | tom.risi@plantemoran.com |
| Professional Compounding Centers of America, Inc. ("PCCA") | Attn: Manfredo Thibau, Ken Barrow, & Michelle Biggs | | mthibau@pccarx.com<br>kbarrow@pccarx.com<br>cyepsen@pccarx.com |
| Progressive Medical, Inc. | | | cs@progressivemedinc.com |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 2 of 3



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Pro-Yuriy Davydov | | | adavy830@yahoo.com |
| Rinku Patel | Attn: Kritin Hendriksen | | khendriksen@prinz-lawfirm.com |
| Rinku Patel [Dr. Rinku Patel] | | | Address Redacted |
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | | nyrobankruptcy@sec.gov |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Skin Medicinals LLC | c/o Kaplan & Grady LLC | Attn: Howard Kaplan, Jed W. Glickstein, & Annie Garau Kelly | howard@kaplangrady.com jglickstein@kaplangrady.com annie@kaplangrady.com |
| Skin Medicinals LLC | c/o Morris, Nichols, Arsht, & Tunnell LLP | Attn: Matthew B. Harvey & Matthew O. Talmo | mharvey@morrisnichols.com mtalmo@morrisnichols.com apark@morrisnichols.com |
| Spectrum | Kyla Lehman | | kyla.lehman@charter.com |
| Staples, Inc. | | | arremittance@staples.com |
| Staples, Inc. | Attn: Tom Riggleman | | thomas.riggleman@staples.com |
| State of Alabama | Office of The Attorney General | | consumerinterest@alabamaag.gov |
| State of Alaska | Office of the Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office of The Attorney General | | aginfo@azag.gov |
| State of Arkansas | Office of The Attorney General | | oag@arkansasag.gov |
| State of California | Office of The Attorney General | | xavier.becerra@doj.ca.gov |
| State of Colorado | Office of The Attorney General | | cora.request@coag.gov |
| State of Connecticut | Office of The Attorney General | | attorney.general@ct.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us attorney.general@delaware.gov |
| State of Florida | Office of The Attorney General | | ashley.moody@myfloridalegal.com |
| State of Hawaii | Office of The Attorney General | | hawaiiag@hawaii.gov |
| State of Idaho | Office of The Attorney General | | bankruptcy@ag.idaho.gov |
| State of Illinois | Office of The Attorney General | | info@lisamadigan.org |
| State of Iowa | Office of The Attorney General | | consumer@ag.iowa.gov |
| State of Kansas | Attn: Attorney General Derek Schmidt | | derek.schmidt@ag.ks.gov |
| State of Louisiana | Dept. of Justice - Attorney General's Office | | admininfo@ag.state.la.us |
| State of Maine | Office of the Attorney General | | attorney.general@maine.gov |
| State of Maryland | Office of The Attorney General | | oag@oag.state.md.us |
| State of Minnesota | Office of The Attorney General | | attorney.general@ag.state.mn.us |
| State of Missouri | Office of The Attorney General | | consumer.help@ago.mo.gov |
| State of Montana | Office of The Attorney General | | contactdoj@mt.gov |
| State of New Hampshire | Office of The Attorney General | | attorneygeneral@doj.nh.gov |
| State of New Mexico | Office of The Attorney General | | hbalderas@nmag.gov |
| State of North Dakota | Office of The Attorney General | | ndag@nd.gov |
| State of Oklahoma | Office of The Attorney General | | questions@oag.ok.gov |
| State of Oregon | Office of The Attorney General | | ellen.rosenblum@dog.state.or.us attorneygeneral@doj.state.or.us |
| State of Rhode Island | Office of The Attorney General | | ag@riag.ri.gov |
| State of Utah | Office of The Attorney General | | uag@utah.gov |
| State of Utah | Office of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| State of Vermont | Office of The Attorney General | | ago.info@vermont.gov |
| State of Virginia | Office of The Attorney General | | mail@oag.state.va.us |
| State of West Virginia | Office of The Attorney General | | consumer@wvago.gov |
| State of Wisconsin | Office of The Attorney General | | dojbankruptcynoticegroup@doj.state.wi.us |
| Troutman Pepper Hamilton Sanders LLP | | | kathleen.sawyer@troutman.com |
| USI Insurance Services LLC | Attn: Christie Kyle | | taneshia.lilly@usi.com christie.kyle@usi.com |
| Veriship LLC [Sifted] | c/o Finance Department | Attn: Zackary Zegunis | accounting@sifted.com |
| Virtus Pharmaceuticals LLC | | | arcash@eversana.com |
| Wells Fargo Financial Leasing, Inc. | Attn: Jason Harkness | | jason.n.harkness@wellsfargo.com |
| Wintrust Bank, N.A. | Attn: Bryn Perna | | bperna@wintrust.com |
| Wintrust Bank, N.A. | Attn: Bryn Perna | | bperna@wintrust.com |
| Wintrust Bank, N.A. | Attn: Dykema Gossett & Christopher Cahill | | ccahill@dykema.com |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 3 of 3