# **SCHEDULE 1**

| Name Of Claimant | Remaining Claim Number | Amended Claim To Be Disallowed | Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|
| Loan Admin Co LLC<br>c/o MC Credit Partners LP<br>2200 Atlantic Street, Suite 501<br>Stamford, CT 06902<br>Attn: Jonathan Tunis | 90 | 32 | $127,600,000.00 | Claim 32 was amended by claim 90 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| Loan Admin Co LLC<br>c/o MC Credit Partners LP<br>2200 Atlantic Street, Suite 501<br>Stamford, CT 06902<br>Attn: Jonathan Tunis | 101 | 35 | $127,600,000.00 | Claim 35 was amended by claim 101 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| Loan Admin Co LLC<br>c/o MC Credit Partners LP<br>2200 Atlantic Street, Suite 501<br>Stamford, CT 06902<br>Attn: Jonathan Tunis | 96 | 33 | $127,600,000.00 | Claim 33 was amended by claim 96 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| OCPLP, Inc.<br>31120 Knotty Grove<br>Boerne, TX 78015<br>Attn: John Jeffrey Carson | 18 | 7 | $87,878.86 | Claim 7 was amended by claim 18 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| Savino, Greg<br>c/o Certilman Balin Adler & Hyman, LLP<br>90 Merrick Avenue<br>East Meadow, NY 11554<br>Attn: Robert D. Nosek, Esquire | 150 | 133 | $849,401.05 | Claim 133 was amended by Claim 150 and, therefore, no longer represents a valid claim against the Debtors' estates. |
| Savino, Greg<br>c/o Certilman Balin Adler & Hyman, LLP<br>90 Merrick Avenue<br>East Meadow, NY 11554<br>Attn: Robert D. Nosek, Esquire | 149 | 131 | $849,401.05 | Claim 131 was amended by Claim 149 and, therefore, no longer represents a valid claim against the Debtors' estates. |

| Name Of Claimant | Remaining Claim Number | Amended Claim To Be Disallowed | Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|
| Wintrust Bank, N.A.<br>231 South LaSalle Street<br>Chicago, IL 60604<br>Attn: Bryn Perna | 156 | 130 | $536,005.50 | Claim 130 was amended by claim 156 and, therefore, no longer represents a valid claim against the Debtors' estates. |