## SCHEDULE 2

### Duplicate Claims

| Name of Claimant | Remaining Claim Number | Duplicate Claim To Be Disallowed | Claimed Amount | Reason For Disallowance |
|---|---|---|---|---|
| 121 Central Pharmacy<br>c/o Certilman Balin Adler & Hyman, LLP<br>90 Merrick Avenue<br>East Meadow, NY 11554<br>Attn: Robert D. Nosek, Esquire | 104 | 122 | $2,331,200.00 | Claim 104 is a duplicate of 122, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Baybridge Pharmacy Corp.<br>c/o Certilman Balin Adler & Hyman, LLP<br>90 Merrick Avenue<br>East Meadow, NY 11554<br>Attn: Robert D. Nosek, Esquire | 91 | 84 | $16,318,400.00 | Claim 91 is a duplicate of 84, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Delco Pharmacy Corp. d/b/a Pro Pharmacy<br>c/o Certilman Balin Adler & Hyman, LLP<br>90 Merrick Avenue<br>East Meadow, NY 11554<br>Attn: Robert D. Nosek, Esquire | 95 | 99 | $4,662,400.00 | Claim 95 is a duplicate of 99, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 101 | $127,600,000.00 | Claim 101 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 96 | $127,600,000.00 | Claim 96 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

# SCHEDULE 2

## Duplicate Claims

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| Loan Admin Co. LLC 2200 Atlantic Street Suite 501 Stamford, CT 06092 Attn: Jonathan Tunis | 90 | 67 | $127,600,000.00 | Claim 67 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC 2200 Atlantic Street Suite 501 Stamford, CT 06092 Attn: Jonathan Tunis | 90 | 66 | $127,600,000.00 | Claim 66 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC 2200 Atlantic Street Suite 501 Stamford, CT 06092 Attn: Jonathan Tunis | 90 | 65 | $127,600,000.00 | Claim 65 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC 2200 Atlantic Street Suite 501 Stamford, CT 06092 Attn: Jonathan Tunis | 90 | 64 | $127,600,000.00 | Claim 64 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC 2200 Atlantic Street Suite 501 Stamford, CT 06092 Attn: Jonathan Tunis | 90 | 63 | $127,600,000.00 | Claim 63 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC 2200 Atlantic Street Suite 501 | 90 | 62 | $127,600,000.00 | Claim 62 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple |

4901-9256-7331, v. 3

# SCHEDULE 2

## Duplicate Claims

| Name of Claimant | Remaining Claim Number | Duplicate Claim To Be Disallowed | Claimed Amount | Reason for Disallowance |
|---|---|---|---|---|
| Stamford, CT 06092<br>Attn: Jonathan Tunis | | | | recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 61 | $127,600,000.00 | Claim 61 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 60 | $127,600,000.00 | Claim 60 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 59 | $127,600,000.00 | Claim 59 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 58 | $127,600,000.00 | Claim 58 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 57 | $127,600,000.00 | Claim 57 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

4901-9256-7331, v. 3

# SCHEDULE 2

## Duplicate Claims

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Disallowed | Claimed Amount | Reason for Disallowance |
|---|---|---|---|---|
| Loan Admin Co. LLC 2200 Atlantic Street Suite 501 Stamford, CT 06092 Attn: Jonathan Tunis | 90 | 56 | $127,600,000.00 | Claim 56 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC 2200 Atlantic Street Suite 501 Stamford, CT 06092 Attn: Jonathan Tunis | 90 | 55 | $127,600,000.00 | Claim 55 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC 2200 Atlantic Street Suite 501 Stamford, CT 06092 Attn: Jonathan Tunis | 90 | 54 | $127,600,000.00 | Claim 54 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC 2200 Atlantic Street Suite 501 Stamford, CT 06092 Attn: Jonathan Tunis | 90 | 53 | $127,600,000.00 | Claim 53 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC 2200 Atlantic Street Suite 501 Stamford, CT 06092 Attn: Jonathan Tunis | 90 | 52 | $127,600,000.00 | Claim 52 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC 2200 Atlantic Street Suite 501 | 90 | 48 | $127,600,000.00 | Claim 48 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple |

iv

4901-9256-7331, v. 3

# SCHEDULE 2

## Duplicate Claims

| Name of Claimant | Remaining Claim Number | Duplicate Claim to be Disallowed | Claimed Amount | Reason for Disallowance |
|---|---|---|---|---|
| Stamford, CT 06092<br>Attn: Jonathan Tunis | | | | recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 47 | $127,600,000.00 | Claim 47 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 46 | $127,600,000.00 | Claim 46 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 45 | $127,600,000.00 | Claim 45 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 37 | $127,600,000.00 | Claim 37 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 36 | $127,600,000.00 | Claim 36 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

4901-9256-7331, v. 3

# SCHEDULE 2

## Duplicate Claims

| NAME OF CLAIMANT | REMAINING CLAIM NUMBER | DUPLICATE CLAIM TO BE DISALLOWED | CLAIMED AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 34 | $127,600,000.00 | Claim 34 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Loan Admin Co. LLC<br>2200 Atlantic Street<br>Suite 501<br>Stamford, CT 06092<br>Attn: Jonathan Tunis | 90 | 31 | $127,600,000.00 | Claim 31 is a duplicate of 90, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Savino, Greg<br>c/o Certilman Balin Adler & Hyman, LLP<br>90 Merrick Avenue<br>East Meadow, NY 11554<br>Attn: Robert D. Nosek, Esquire | 149 | 150 | $849,401.05 | Claim 149 is a duplicate of 150, asserting a claim for the same liability. Debtors' records indicate that this claim belongs with Optio Rx. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |
| Spectrum<br>1600 Dublin Road<br>Columbus, OH 43215<br>Attn: Kyla Lehman | 69 | 68 | $584.47 | Claim 68 is a duplicate of claim 69, asserting a claim for the same liability against the same debtor. Accordingly, to prevent multiple recoveries by the claimant, this Disputed Claim should be disallowed and expunged in its entirety. |

vi

4901-9256-7331, v. 3