# SCHEDULE 3

## Late Filed Claims

**Bar Date: August 7, 2024**
**Governmental Bar Date: December 4, 2024**

| NAME OF CLAIMANT | DEBTOR | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|---|
| Euler Hermes, Agent for ANDA, INC.<br>100 International Drive, 22nd Floor<br>Baltimore, MD 21202<br>Attn: Guy Young | FirstCare Pharmacy LLC | 08.30.2024 | 144 | $169,417.00 | Claim was filed after the applicable August 7, 2024, bar date. |
| FedEx Corporate Services, Inc. [FedEx Express/Ground/Freight/Office]<br>3965 Airways Boulevard Module G, 3rd Floor<br>Memphis, TN 38116-5017<br>Attn: Deshanna Wright | Optio Rx, LLC | 11.05.2024 | 155 | $5,169.90 | Claim was filed after the applicable August 7, 2024, bar date. |
| Holts Mechanical, Ltd.<br>5522 Rittiman Road<br>San Antonio, TX 78218<br>Attn: Carissa Renee Burrows | Odell Compounding Pharmacy, LLC | 08.13.2024 | 136 | $615.94 | Claim was filed after the applicable August 7, 2024, bar date. |
| Outcomes Operating Inc.<br>5900 Lake Ellenor Drive, #600<br>Orlando, FL 32809<br>Attn: Simon Morgan | Odell Compounding Pharmacy, LLC | 08.13.2024 | 137 | $1,746.00 | Claim was filed after the applicable August 7, 2024, bar date. |

| NAME OF CLAIMANT | DEBTOR | DATE CLAIM FILED | CLAIM NUMBER | CLAIM AMOUNT | REASON FOR OBJECTION |
|---|---|---|---|---|---|
| Outcomes Operating Inc. 5900 Lake Ellenor Drive, #600 Orlando, FL 32809 Attn: Simon Morgan | Dr. Ike's PharmaCare LLC | 08.13.2024 | 138 | $1,516.00 | Claim was filed after the applicable August 7, 2024, bar date. |
| Pied Piper Pest Control, LLC 12103 Jones Maltsberger Road San Antonio, TX 78247 Attn: Scott Ankrom | Odell Compounding Pharmacy, LLC | 10.08.2024 | 153 | $730.69 | Claim was filed after the applicable August 7, 2024, bar date. |
| Veriship LLC c/o Finance Department 8880 Ward Parkway, #300 Kansas City, MO 64114 Attn: Zackary Zegunis | Healthy Choice Compounding LLC | 08.27.2024 | 140 | $1,514.80 | Claim was filed after the applicable August 7, 2024, bar date. |
| Williams, Demarcus [ADDRESS ON FILE] | Optio Rx, LLC | 11.13.2024 | 158 | $392,000.00 | Claim was filed after the applicable August 7, 2024, bar date. |