# EXHIBIT A

## CUMULATIVE SUMMARY OF *MONTHLY* COMPENSATION BY PROFESSIONAL

## FOR THE PERIOD MARCH 1, 2025 THROUGH AND INCLUDING MARCH 21, 2025

**CUMULATIVE SUMMARY OF *MONTHLY* COMPENSATION BY PROFESSIONAL
FOR THE PERIOD MARCH 1, 2025, THROUGH MARCH 21, 2025**

| Name of Professional Individual | Position, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William E. Chipman, Jr. | Partner; Member of the Delaware Bar since 1999 | $950.00 | 25.2 | $23,940.00 |
| Mark D. Olivere | Partner; Member of the Delaware Bar since 2002 | $600.00 | 41.9 | $25,140.00 |
| Aaron J. Bach | Associate; Member of the Delaware Bar since 2024 | $400.00 | 3.0 | $1,200.00 |
| Alison R. Maser | Associate; Member of the Delaware Bar since 2024 | $400.00 | 9.1 | $3,640.00 |
| Michelle M. Dero | Paralegal | $350.00 | 19.5 | $6,825.00 |
| Renae M. Fusco | Paralegal | $350.00 | 0.6 | $210.00 |
| Lauren Hitchens | Paralegal | $325.00 | 3.7 | $1,202.50 |
| | | **TOTAL:** | 103.0 | $62,157.50 |
| | | **ATTORNEY COMPENSATION:** | | $53,920.00 |
| | | **TOTAL ATTORNEY HOURS:** | | 79.2 |
| | | **BLENDED HOURLY RATE OF ALL TIMEKEEPERS:** | | $603.47 |

# EXHIBIT A

## CUMULATIVE SUMMARY OF *FINAL* COMPENSATION BY PROFESSIONAL

## FOR THE PERIOD JUNE 7, 2024 THROUGH AND INCLUDING MARCH 21, 2025

**CUMULATIVE SUMMARY OF *FINAL* COMPENSATION BY PROFESSIONAL
FOR THE PERIOD JUNE 7, 2024 THROUGH AND INCLUDING MARCH 21, 2025**

| NAME OF PROFESSIONAL INDIVIDUAL | POSITION, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Adam D. Cole | Partner; Member of the New York Bar since 1991 | $795.00 | 75.3 | $59,863.50 |
| David W. Carickhoff | Partner; Member of the Delaware and Pennsylvania Bars since 1998 | $720.00 | 43.5 | $31,320.00 |
| | | $795.00 | 3.8 | $2,781.00 |
| | | **DWC TOTAL:** | **47.3** | **$34,101.00** |
| William E. Chipman, Jr. | Partner; Member of the Delaware Bar since 1999 | $850.00 | 430.0 | $365,500.00 |
| | | $950.00 | 70.0 | $65,340.00 |
| | | **WEC TOTAL:** | **500.0** | **$430,840.00** |
| Robert A. Weber | Partner; Member of the Delaware Bar since 2000 | $775.00 | 7.2 | $5,580.00 |
| Mark L. Desgrosseilliers | Partner; Member of the Delaware Bar since 2001 | $750.00 | 0.2 | $150.00 |
| Paul D. Brown | Partner; Member of the Delaware Bar since 2000 | $675.00 | 0.8 | $540.00 |
| Mark D. Olivere | Partner; Member of the Delaware Bar since 2002 | $525.00 | 446.9 | $245,795.00 |
| | | $600.00 | 105.6 | $61,770.00 |
| | | **MDO TOTAL:** | **552.5** | **$307,565.00** |
| Alan M. Root | Partner; Member of the Delaware Bar since 2010 | $525.00 | 13.2 | $6,930.00 |
| Mariska Suparman | Associate; Member of the Delaware Bar since 2023 | $350.00 | 37.5 | $13,125.00 |
| Aaron J. Bach | Associate; Member of the Delaware Bar since 2024 | $400.00 | 12.8 | $4,885.00 |
| Alison R. Maser | Associate; Member of the Delaware Bar since 2024 | $400.00 | 20.9 | $8,085.00 |
| Michelle M. Dero | Paralegal | $300.00 | 262.1 | $78,630.00 |
| | | $350.00 | 84.2 | $28,005.00 |
| | | **MMD TOTAL:** | **346.3** | **$106,635.00** |

| Name of Professional Individual | Position, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Renae M. Fusco | Paralegal | $300.00 | 11.3 | $3,390.00 |
|  |  | $350.00 | 1.1 | $385.00 |
|  |  | **RMF TOTAL:** | **12.4** | **$3,775.00** |
| Lauren Hitchens | Paralegal | $250.00 | 1.8 | $450.00 |
|  |  | $325.00 | 3.9 | $1,267.50 |
|  |  | **LH TOTAL:** | **5.7** | **$1,717.50** |
|  |  | **TOTAL:** | **1,632.1** | **$983,792.00** |
|  |  | **ESTIMATED FEES:** |  | **$10,000.00** |
|  |  | **TOTAL:** |  | **$993,792.00** |
|  |  | **Attorney Compensation:** |  | **$871,664.50** |
|  |  | **Total Attorney Hours:** |  | **1,267.7** |
|  |  | **Blended Hourly Rate of All Timekeepers:** |  | **$602.78** |