# **EXHIBIT B**

## **CUMULATIVE *MONTHLY* SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY**

## **FOR THE PERIOD MARCH 1, 2025 THROUGH AND INCLUDING MARCH 21, 2025**

# EXHIBIT B

### CUMULATIVE *MONTHLY* SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY FOR THE PERIOD MARCH 1, 2025, THROUGH MARCH 21, 2025

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| B110 Case Administration | 13.8 | $6,512.50 |
| B120 Asset Analysis and Recovery | 0.0 | $0.00 |
| B130 Asset Disposition | 0.0 | $0.00 |
| B140 Relief from Stay/Adequate Protection Proceeding | 4.4 | $2,295.00 |
| B150 Meetings of and Communications with Creditors | 0.0 | $0.00 |
| B160 Fee/Employment Applications | 9.5 | $4,395.00 |
| B170 Fee/Employment Objections | 5.5 | $3,230.00 |
| B180 Avoidance Action Analysis | 0.0 | $0.00 |
| B185 Assumption/Rejection of Leases and Contracts | 0.0 | $0.00 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 3.1 | $2,120.00 |
| B195 Non-Working Travel | 0.0 | $0.00 |
| B200 Operations | 0.0 | $0.00 |
| B210 Business Operations | 1.2 | $540.00 |
| B220 Employee Benefits/Pension | 0.0 | $0.00 |
| B230 Financing/Cash Collateral | 0.0 | $0.00 |
| B240 Tax Issues | 0.0 | $0.00 |
| B250 Real Estate | 0.0 | $0.00 |
| B260 Board of Director Matters | 0.0 | $0.00 |
| B300 Claims and Plan | 0.0 | $0.00 |
| B310 Claims Administration and Objections | 45.6 | $24,790.00 |
| B320 Plan and Disclosure Statement (including business plan) | 19.9 | $18,275.00 |
| B400 Bankruptcy-Related Advice | 0.0 | $0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.0 | $0.00 |
| B420 Restructurings | 0.0 | $0.00 |
| **TOTAL:** | **103** | **$62,157.50** |

Chipman Brown Cicero Cole, LLP  
March 1, 2025 through March 21, 2025

TIME DETAIL

Invoice No. 18349  
Dated: April 9, 2025

| Date | Timekeeper | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 03.04.2025 | Mark D. Olivere | B110 Case Administration | Email with client regarding draft notice of effective date | 0.10 | $600.00 | $60.00 |
| 03.06.2025 | Mark D. Olivere | B110 Case Administration | Consult and planning on effective date payments | 0.20 | $600.00 | $120.00 |
| 03.06.2025 | Mark D. Olivere | B110 Case Administration | Correspondence with Stretto regarding amended schedules | 0.10 | $600.00 | $60.00 |
| 03.11.2025 | Mark D. Olivere | B110 Case Administration | Review order approving SM settlement | 0.10 | $600.00 | $60.00 |
| 03.11.2025 | Mark D. Olivere | B110 Case Administration | Prepare for and participate in call on closing details for effective date | 0.50 | $600.00 | $300.00 |
| 03.12.2025 | Mark D. Olivere | B110 Case Administration | Plan and prepare on effective date issues | 0.30 | $600.00 | $180.00 |
| 03.13.2025 | Michelle M. Dero | B110 Case Administration | Email to D. Gadson, Judge Horan's chambers, requesting April hearing date | 0.10 | $350.00 | $35.00 |
| 03.13.2025 | Mark D. Olivere | B110 Case Administration | Correspondence regarding hearing dates for pending matters and witness availability | 0.20 | $600.00 | $120.00 |
| 03.13.2025 | Mark D. Olivere | B110 Case Administration | Plan and preparation of amended SOALs and notices for same | 2.60 | $600.00 | $1,560.00 |
| 03.13.2025 | Mark D. Olivere | B110 Case Administration | Emails with Stretto regarding amended SOALs | 0.20 | $600.00 | $120.00 |
| 03.14.2025 | Lauren Hitchens | B110 Case Administration | Draft certification of counsel and proposed order regarding omnibus hearing date | 0.40 | $325.00 | $130.00 |
| 03.14.2025 | Aaron J. Bach | B110 Case Administration | Draft notices of filing of amended schedules | 0.80 | $400.00 | $320.00 |
| 03.14.2025 | Lauren Hitchens | B110 Case Administration | Prepare amended schedules for filing | 0.30 | $325.00 | $97.50 |
| 03.14.2025 | Lauren Hitchens | B110 Case Administration | Efile amended schedules and statements | 1.00 | $325.00 | $325.00 |
| 03.14.2025 | Mark D. Olivere | B110 Case Administration | Consult with client and W. Chipman on effective date status | 0.20 | $600.00 | $120.00 |
| 03.14.2025 | Mark D. Olivere | B110 Case Administration | Consult with client on scheduling matters | 0.10 | $600.00 | $60.00 |
| 03.14.2025 | Mark D. Olivere | B110 Case Administration | Review and revise certification of counsel and order for hearing date and oversee filing | 0.10 | $600.00 | $60.00 |
| 03.14.2025 | Mark D. Olivere | B110 Case Administration | Consult with W. Chipman regarding amended schedules | 0.10 | $600.00 | $60.00 |
| 03.14.2025 | Mark D. Olivere | B110 Case Administration | Consult with A. Bach regarding amended schedules notice | 0.20 | $600.00 | $120.00 |
| 03.17.2025 | Michelle M. Dero | B110 Case Administration | Retrieve *Order Scheduling Omnibus Hearing Date* and emails with Stretto regarding service of same (.1); Calendar deadlines concerning hearing (.1) | 0.20 | $350.00 | $70.00 |
| 03.17.2025 | Alison R. Maser | B110 Case Administration | Draft motion for entry of final decree | 1.30 | $400.00 | $520.00 |
| 03.17.2025 | Mark D. Olivere | B110 Case Administration | Consult with A. Maser regarding motion for final decree | 0.20 | $600.00 | $120.00 |
| 03.18.2025 | Alison R. Maser | B110 Case Administration | Revising motion for entry of final decree | 2.40 | $400.00 | $960.00 |
| 03.19.2025 | Michelle M. Dero | B110 Case Administration | Prepare March 26 agenda notice (.3); Update interim fee index and add to agenda as exhibit and forward same to W. Chipman and M. Olivere (.2) | 0.50 | $350.00 | $175.00 |
| 03.19.2025 | Michelle M. Dero | B110 Case Administration | Emails with M. Olivere regarding comments to March 26 agenda notice | 0.10 | $350.00 | $35.00 |
| 03.19.2025 | Mark D. Olivere | B110 Case Administration | Email with A. Maser regarding final decree motion | 0.10 | $600.00 | $60.00 |
| 03.19.2025 | Mark D. Olivere | B110 Case Administration | Review and comment on draft March 26 agenda and status of matters | 0.40 | $600.00 | $240.00 |

| Date | Timekeeper | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 03.20.2025 | Michelle M. Dero | B110 Case Administration | Update March 26 agenda notice regarding M. Olivere's comments add motion for leave and update index of interim applications | 0.50 | $350.00 | $175.00 |
| 03.20.2025 | Mark D. Olivere | B110 Case Administration | Review and consult regarding March 26 hearing coverage issues and agenda | 0.30 | $600.00 | $180.00 |
| 03.21.2025 | Michelle M. Dero | B110 Case Administration | Update March 26 agenda notice | 0.20 | $350.00 | $70.00 |
| | | | **B110 TOTAL:** | **13.80** | | **$6,512.50** |
| 03.03.2025 | Mark D. Olivere | B140 Relief from Stay/Adequate Protection Proceedings | Correspondence with client and counsel regarding stay violation | 0.20 | $600.00 | $120.00 |
| 03.04.2025 | Aaron J. Bach | B140 Relief from Stay/Adequate Protection Proceedings | Draft stay relief stipulation between Optio and plaintiff who wants to pursue wrongful termination matter for insurance proceeds | 1.60 | $400.00 | $640.00 |
| 03.04.2025 | Mark D. Olivere | B140 Relief from Stay/Adequate Protection Proceedings | Review Chitmany file and planning for stay relief | 0.30 | $600.00 | $180.00 |
| 03.04.2025 | Mark D. Olivere | B140 Relief from Stay/Adequate Protection Proceedings | Consult with A. Bach regarding stay relief documentation for Chitmany | 0.20 | $600.00 | $120.00 |
| 03.05.2025 | Mark D. Olivere | B140 Relief from Stay/Adequate Protection Proceedings | Review and revise stay relief stipulation certification of counsel and order for Chitmany matter | 1.50 | $600.00 | $900.00 |
| 03.05.2025 | Mark D. Olivere | B140 Relief from Stay/Adequate Protection Proceedings | Consult with W. Chipman regarding Chitmany stay relief and revise same | 0.20 | $600.00 | $120.00 |
| 03.05.2025 | Mark D. Olivere | B140 Relief from Stay/Adequate Protection Proceedings | Email to litigation counsel regarding Chitmany stay relief | 0.10 | $600.00 | $60.00 |
| 03.11.2025 | Michelle M. Dero | B140 Relief from Stay/Adequate Protection Proceedings | Email from M. Olivere regarding setoff stipulation and order with Cardinal and reply to same attaching pleadings | 0.10 | $350.00 | $35.00 |
| 03.14.2025 | Mark D. Olivere | B140 Relief from Stay/Adequate Protection Proceedings | Emails with counsel regarding draft Chitmany stay relief stipulation | 0.10 | $600.00 | $60.00 |
| 03.18.2025 | Mark D. Olivere | B140 Relief from Stay/Adequate Protection Proceedings | Email with state counsel regarding draft stay relief stipulation for Chitmany matter | 0.10 | $600.00 | $60.00 |
| | | | **B140 TOTAL:** | **4.40** | | **$2,295.00** |
| 03.03.2025 | Michelle M. Dero | B160 Fee/Employment Applications | Prepare certification of counsel and proposed order regarding second interim applications (.3); Prepare index of second interim applications (.2) and email same to W. Chipman and M. Olivere | 0.50 | $350.00 | $175.00 |
| 03.03.2025 | William E. Chipman, Jr. | B160 Fee/Employment Applications | Review certification of counsel regarding Interim Fee Applications (.1); Index for interim fee applications (.1); and omnibus order (.1) | 0.30 | $950.00 | $285.00 |
| 03.03.2025 | Michelle M. Dero | B160 Fee/Employment Applications | Emails with W. Chipman regarding estimates for fee chart (.1); Update chart and email to same (.4) | 0.50 | $350.00 | $175.00 |
| 03.04.2025 | Mark D. Olivere | B160 Fee/Employment Applications | Review draft professional fee escrow | 0.10 | $600.00 | $60.00 |
| 03.07.2025 | Michelle M. Dero | B160 Fee/Employment Applications | Review Saul Ewing's seventh monthly application and calendar deadlines | 0.10 | $350.00 | $35.00 |
| 03.07.2025 | Mark D. Olivere | B160 Fee/Employment Applications | Review Saul Ewing's seventh monthly fee application | 0.10 | $600.00 | $60.00 |
| 03.07.2025 | Mark D. Olivere | B160 Fee/Employment Applications | Email with M. Dero regarding proposed order for professional fee applications | 0.10 | $600.00 | $60.00 |
| 03.10.2025 | Michelle M. Dero | B160 Fee/Employment Applications | Update interim binder index to add links (.2); Retrieve/organize pleadings and bookmark for virtual binder (.3); Email virtual binder to Judge Horan's chambers (.1); Emails with DLS regarding binder preparation (.1) | 0.70 | $350.00 | $245.00 |
| 03.10.2025 | Michelle M. Dero | B160 Fee/Employment Applications | Emails with W. Chipman regarding status of certification of counsel and proposed omnibus order concerning second interim applications | 0.10 | $350.00 | $35.00 |
| 03.12.2025 | Michelle M. Dero | B160 Fee/Employment Applications | Review and update proposed omnibus interim fee order (.1); Email message to Saul Ewing attaching draft order for review/comment (.1) | 0.20 | $350.00 | $70.00 |

| Date | Timekeeper | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 03.12.2025 | Michelle M. Dero | B160 Fee/Employment Applications | Communications with W. Chipman and M. Caloway regarding Paladin's first and final application (.1); Prepare amended fee index (.2); Update virtual fee binder (.2); Email message to Judge Horan's chambers regarding amended virtual fee binder (.1); Emails with DLS regarding delivery of amended fee binder to chambers (.1) | 0.70 | $350.00 | $245.00 |
| 03.12.2025 | Michelle M. Dero | B160 Fee/Employment Applications | Retrieve Paladin's notice of withdrawal of certificate of no objection | 0.10 | $350.00 | $35.00 |
| 03.12.2025 | Michelle M. Dero | B160 Fee/Employment Applications | Begin preparation of CBCC's eighth monthly application and related exhibits | 1.00 | $350.00 | $350.00 |
| 03.12.2025 | Mark D. Olivere | B160 Fee/Employment Applications | Consult with M. Dero and W. Chipman regarding certification of counsel and proposed order for second interim fee applications | 0.10 | $600.00 | $60.00 |
| 03.12.2025 | Mark D. Olivere | B160 Fee/Employment Applications | Review Paladin notice of appearance and withdrawal of certificate of no objection to final fee application | 0.10 | $600.00 | $60.00 |
| 03.13.2025 | Mark D. Olivere | B160 Fee/Employment Applications | Email with M. Dero regarding CBCC's eighth monthly fee application | 0.10 | $600.00 | $60.00 |
| 03.14.2025 | Mark D. Olivere | B160 Fee/Employment Applications | Review Paladin order entered in error and consult with W. Chipman on same | 0.20 | $600.00 | $120.00 |
| 03.17.2025 | Michelle M. Dero | B160 Fee/Employment Applications | Emails with S. Outten regarding CBCC's January and February invoice (.1); Revise/update CBCC's eighth monthly application and related exhibits to include February time (1.5) | 1.60 | $350.00 | $560.00 |
| 03.17.2025 | Michelle M. Dero | B160 Fee/Employment Applications | Emails with W. Chipman regarding Saul's response to proposed omnibus order (.1); Emails with M. Novick regarding same (.1) | 0.20 | $350.00 | $70.00 |
| 03.17.2025 | William E. Chipman, Jr. | B160 Fee/Employment Applications | Review and comment on CBCC's eighth monthly fee application | 0.80 | $950.00 | $760.00 |
| 03.17.2025 | Mark D. Olivere | B160 Fee/Employment Applications | Consult with W. Chipman and M. Dero regarding interim fee hearing status | 0.10 | $600.00 | $60.00 |
| 03.17.2025 | Mark D. Olivere | B160 Fee/Employment Applications | Correspondence regarding draft CBCC's Eighth monthly fee application and revisions | 0.20 | $600.00 | $120.00 |
| 03.18.2025 | Michelle M. Dero | B160 Fee/Employment Applications | Review M. Novick's comments to omnibus order approving second interim applications and forward same to W. Chipman and M. Olivere | 0.10 | $350.00 | $35.00 |
| 03.18.2025 | Michelle M. Dero | B160 Fee/Employment Applications | Finalize and file *Certification of Counsel Regarding Interim Fee Applications of Professionals* (.2) and upload proposed order (.1) | 0.30 | $350.00 | $105.00 |
| 03.18.2025 | Michelle M. Dero | B160 Fee/Employment Applications | Finalize and file *Eighth Monthly Application of Chipman Brown Cicero & Cole, LLP for January 1, 2025 to February 28, 2025* (.2); Emails with Stretto regarding service of same (.1); Calendar deadlines (.1) | 0.40 | $350.00 | $140.00 |
| 03.18.2025 | William E. Chipman, Jr. | B160 Fee/Employment Applications | Review revised omnibus order for second interim application with Committee comments | 0.10 | $950.00 | $95.00 |
| 03.18.2025 | Mark D. Olivere | B160 Fee/Employment Applications | Review Committee counsel comments to second interim fee order | 0.10 | $600.00 | $60.00 |
| 03.18.2025 | Mark D. Olivere | B160 Fee/Employment Applications | Review final certification of counsel and interim fee order and oversee filing | 0.10 | $600.00 | $60.00 |
| 03.18.2025 | Mark D. Olivere | B160 Fee/Employment Applications | Consult with M. Dero regarding CBCC's eighth monthly fee application and oversee filing and service | 0.10 | $600.00 | $60.00 |
| 03.19.2025 | Michelle M. Dero | B160 Fee/Employment Applications | Review Saul Ewing's eighth monthly application and calendar deadlines | 0.10 | $350.00 | $35.00 |
| 03.20.2025 | Renae M. Fusco | B160 Fee/Employment Applications | Efile objection to Paladin's final fee application | 0.30 | $350.00 | $105.00 |
| | | | **B160 TOTAL:** | **9.50** | | **$4,395.00** |
| 03.19.2025 | Michelle M. Dero | B170 Fee/Employment Objections | Emails with S. Brown, M. Sarna, S. Lovett and W. Chipman regarding objection to Paladin's first and final application and filing of same (.1); Emails with W. Chipman regarding whether S. Lovett has been admitted pro hac vice (.1) | 0.20 | $350.00 | $70.00 |
| 03.19.2025 | Michelle M. Dero | B170 Fee/Employment Objections | Email from S. Lovett regarding client signoff (.1); Organize, finalize and file *Motion for Leave to File Late Objection to First and Final Application of Paladin Management Group, LLC for June 7, 2024 to September 14, 2024* (.3) and upload proposed order (.1) | 0.50 | $350.00 | $175.00 |

Chipman Brown Cicero Cole, LLP  
March 1, 2025 through March 21, 2025

Case 24-11188-TMH    Doc 857-3    Filed 04/16/25    Page 6 of 14

TIME DETAIL

Invoice No. 18349  
Dated: April 9, 2025

| Date | Timekeeper | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 03.19.2025 | Mark D. Olivere | B170 Fee/Employment Objections | Correspondence regarding Paladin's fee application objection | 0.20 | $600.00 | $120.00 |
| 03.20.2025 | Michelle M. Dero | B170 Fee/Employment Objections | Emails with W. Chipman and S. Lovett regarding whether motion for leave to file objection needs motion to shorten (.1); Prepare motion to shorten notice and proposed order and email same to W. Chipman and M. Olivere for review/comment (.4) | 0.50 | $350.00 | $175.00 |
| 03.20.2025 | William E. Chipman, Jr. | B170 Fee/Employment Objections | Attention to late filed objection by Stoel to Paladin's fees including review court's order granting motion (.1); communications with M. Olivere and R. Fusco regarding need to have objection and declaration filed (.2); Communications with Stoel regarding same (.2) | 0.50 | $950.00 | $475.00 |
| 03.20.2025 | Michelle M. Dero | B170 Fee/Employment Objections | Emails from W. Chipman regarding *Order Granting the Debtors Leave to File Late Objection to First and Final Application of Paladin Management Group LLC* r | 0.10 | $350.00 | $35.00 |
| 03.20.2025 | Michelle M. Dero | B170 Fee/Employment Objections | Emails with M. Olivere regarding service of order and objection (.1); Emails with Stretto regarding service of (1) *Motion for Leave to File Late Objection to First and Final Application of Paladin Management Group, LLC*; (2) *Order Granting Debtors Leave to File Late Objection to First and Final Application of Paladin Management Group, LLC*; and (3) *Debtors' Objection to First and Final Application of Paladin Management Group, LLC* (.1) | 0.20 | $350.00 | $70.00 |
| 03.20.2025 | Mark D. Olivere | B170 Fee/Employment Objections | Review motion for leave and related Paladin's fee objection and consult on issues related to same | 0.50 | $600.00 | $300.00 |
| 03.20.2025 | Mark D. Olivere | B170 Fee/Employment Objections | Review order granting motion for leave for Paladin's objection and oversee filing of objection and service | 0.20 | $600.00 | $120.00 |
| 03.20.2025 | William E. Chipman, Jr. | B170 Fee/Employment Objections | Multiple communications with Stoel regarding objection to Paladin's fees and expenses | 0.60 | $950.00 | $570.00 |
| 03.21.2025 | William E. Chipman, Jr. | B170 Fee/Employment Objections | Communications with Stoel regarding their need to file a witness and exhibit list | 0.20 | $950.00 | $190.00 |
| 03.21.2025 | William E. Chipman, Jr. | B170 Fee/Employment Objections | Communications with Stoel regarding witness and exhibit list (.4); Review same (.1) | 0.50 | $950.00 | $475.00 |
| 03.21.2025 | Michelle M. Dero | B170 Fee/Employment Objections | Communications with W. Chipman M. Olivere and S. Lovett regarding witness/exhibits list (.2); Review local rules (.1); Prepare witness/exhibits list and email to same for review/comment (.2); Update/revise witness/exhibits list per M. Olivere's comments and add docket links (.2); Retrieve Paladin's witness/exhibits list and distribute same (.1); Finalize and file *Debtors' Witness and Exhibit List for Hearing Scheduled for March 26, 2026* (.2); Email as-filed copy to Judge Horan's chambers (.1); Organize pleadings and emails with DLS regarding binder preparation/delivery to Judge Horan's chambers (.2) | 1.30 | $350.00 | $455.00 |
| | | | **B170 TOTAL:** | **5.50** | | **$3,230.00** |
| 03.03.2025 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with client (.2) and review (.2) attached lawsuit filed by E. Martinez and L. Mejia for personal injuries in violation of the automatic stay; Draft and send stay violation letter to counsel for Plaintiff (.4) | 0.80 | $950.00 | $760.00 |
| 03.03.2025 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Addition communications with client and DIP lender's counsel regarding Martinez claim | 0.20 | $950.00 | $190.00 |
| 03.03.2025 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Review email message from W. Chipman to D. Hakkak regarding stay violation and download personal injury complaint | 0.10 | $350.00 | $35.00 |
| 03.05.2025 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Review and revise draft certification of counsel order and stipulation for stay relief to allow *Saengchanh Chitmany v. OptioRx LLC* employment claim matter to proceed to mediation | 0.40 | $950.00 | $380.00 |
| 03.07.2025 | William E. Chipman, Jr. | B190 Other Contested Matters (excluding assumption/rejection motions) | Communications with Skin Medicinal's counsel and co-counsel regarding 9019 motion and certificate of no objection | 0.20 | $950.00 | $190.00 |
| 03.10.2025 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Emails with W. Chipman regarding objection status (.1); Prepare certificate of no objection regarding 9019 motion and update as filed proposed order (.1) | 0.20 | $350.00 | $70.00 |
| 03.10.2025 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Finalize and file *Certificate of No Objection Regarding Debtors' Motion for Order Approving Settlement Agreement Between the Debtors, Ben David, Arun Suresh Kumar, Lisa Bassett Ippolito and Skin Medicinals LLC* (main and adversary dockets) (.3) and upload proposed order (main and adversary dockets) (.2); Email as-filed copy to Judge Horan's chambers (.1) | 0.60 | $350.00 | $210.00 |

Chipman Brown Cicero Cole, LLP  
March 1, 2025 through March 21, 2025

Case 24-11188-TMH    Doc 857-3    Filed 04/16/25    Page 7 of 14

TIME DETAIL

Invoice No. 18349  
Dated: April 9, 2025

| Date | Timekeeper | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 03.10.2025 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review main and adversary dockets for response status for 9019 (.1); Review draft certificate of no objection and order and oversee filing (.1) | 0.20 | $600.00 | $120.00 |
| 03.11.2025 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Retrieve *Order Approving the Settlement Agreement Between the Debtors, Ben David, Arun Suresh Kumar, Lisa Bassett Ippolito and Skin Medicinals LLC* and email same to CBCC and client teams S. Brown and K. Farnan (.1); Emails with Stretto regarding service of order (.1) | 0.20 | $350.00 | $70.00 |
| 03.17.2025 | Mark D. Olivere | B190 Other Contested Matters (excluding assumption/rejection motions) | Review filings and dismissal of Skin Medicinals' claims and litigation | 0.10 | $600.00 | $60.00 |
| 03.17.2025 | Michelle M. Dero | B190 Other Contested Matters (excluding assumption/rejection motions) | Review filings and dismissal of Skin Medicinals' claims and litigation | 0.10 | $350.00 | $35.00 |
| | | | **B190 TOTAL:** | **3.10** | | **$2,120.00** |
| 03.11.2025 | Michelle M. Dero | B210 Business Operations | Review email message from M. Olivere regarding need to file amended schedules for several Debtors | 0.10 | $350.00 | $35.00 |
| 03.13.2025 | Michelle M. Dero | B210 Business Operations | Emails with M. Olivere regarding amended schedules and statements (.1); Prepare shell notice of filing amended schedules and email to same (.2) | 0.30 | $350.00 | $105.00 |
| 03.13.2025 | Michelle M. Dero | B210 Business Operations | Emails with M. Olivere regarding amended schedules bar date language (.1); Research language and email M. Olivere with findings (.2); Revise/prepare shell notice of filing amended schedules and amended schedules bar date and email to same (.3) | 0.60 | $350.00 | $210.00 |
| 03.03.2025 | William E. Chipman, Jr. | B230 Financing/Cash Collections | Review fee estimates for committee professionals for escrow upon effective date (.1); Communications with counsel for Committee regarding same and 10% hold back for UCC Settlement Fund (.1) | 0.20 | $950.00 | $190.00 |
| | | | **B230 TOTAL:** | **1.20** | | **$540.00** |
| 03.04.2025 | Michelle M. Dero | B310 Claims Administration and Objections | Emails with M. Olivere regarding omnibus claims objections language (.1); Begin preparation of first omnibus objection to claims (non-substantive), proposed order, declaration and notice (1.0); Prepare schedules 1 through 4 (1.5) and email same to M. Olivere | 2.60 | $350.00 | $910.00 |
| 03.04.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Plan and preparation for claim objections | 2.30 | $600.00 | $1,380.00 |
| 03.05.2025 | Alison R. Maser | B310 Claims Administration and Objections | Meet with M. Olivere to discuss claim objection analysis. | 0.40 | $400.00 | $160.00 |
| 03.05.2025 | Renae M. Fusco | B310 Claims Administration and Objections | Attention to omnibus objection exhibits | 0.30 | $350.00 | $105.00 |
| 03.05.2025 | Alison R. Maser | B310 Claims Administration and Objections | Reviewing and analyzing omnibus claim objections | 5.00 | $400.00 | $2,000.00 |
| 03.05.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Review claims and schedules and plan and prepare second and third omnibus claims objections | 7.80 | $600.00 | $4,680.00 |
| 03.06.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Consult with client regarding claims for substantive objection | 0.20 | $600.00 | $120.00 |
| 03.06.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Plan and prepare for third omnibus claim objection | 0.20 | $600.00 | $120.00 |
| 03.07.2025 | Michelle M. Dero | B310 Claims Administration and Objections | Emails with M. Olivere regarding substantive omnibus claims objection status | 0.10 | $350.00 | $35.00 |
| 03.07.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Plan and preparation for second and third omnibus claim objections | 0.20 | $600.00 | $120.00 |
| 03.10.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Consult with client regarding claim analysis and attention to claims objection planning | 0.70 | $600.00 | $420.00 |
| 03.11.2025 | Michelle M. Dero | B310 Claims Administration and Objections | Review email message from M. Olivere regarding third omnibus objection to claims (.1); Review list retrieve proofs of claim and update schedule to omnibus objection (.8); Email message to M. Olivere with revised schedule and proofs of claim (.1) | 1.00 | $350.00 | $350.00 |
| 03.11.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Analysis of claims and client details and continue drafting 2nd and 3rd omnibus claims objections | 3.80 | $600.00 | $2,280.00 |

Chipman Brown Cicero Cole, LLP

March 1, 2025 through March 21, 2025

Case 24-11188-TMH   Doc 857-3   Filed 04/16/25   Page 8 of 14

TIME DETAIL

Invoice No. 18349

Dated: April 9, 2025

| Date | Timekeeper | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 03.11.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Revise and circulate draft claim objections | 0.30 | $600.00 | $180.00 |
| 03.11.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Review and planning for amended schedules | 1.30 | $600.00 | $780.00 |
| 03.12.2025 | Michelle M. Dero | B310 Claims Administration and Objections | Emails with M. Olivere regarding claims (.1); Review claims register and retrieve claims for Franchise Tax Board and California Department of Health Services and email same to M. Olivere (.3); Update Schedule 1 to third omnibus claims objection (.2) | 0.60 | $350.00 | $210.00 |
| 03.12.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Consult with client plan and preparation of amended schedules and 2nd and 3rd omnibus claims objections | 3.70 | $600.00 | $2,220.00 |
| 03.12.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Consult with Stretto regarding claims registry and amended schedules | 0.40 | $600.00 | $240.00 |
| 03.12.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Plan and consult with A. Bach regarding notice of satisfaction | 0.20 | $600.00 | $120.00 |
| 03.13.2025 | Michelle M. Dero | B310 Claims Administration and Objections | Email from M. Olivere regarding draft notice of satisfaction of claims (.1); Review/revise notice of satisfaction of claims and prepare chart (.6) | 0.70 | $350.00 | $245.00 |
| 03.13.2025 | Michelle M. Dero | B310 Claims Administration and Objections | Emails with M. Olivere regarding updates to notice of satisfaction (.1); Update/revise exhibit to notice of satisfaction of claims to include Debtor holding claim (.4) | 0.50 | $350.00 | $175.00 |
| 03.13.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Review and revise notice of satisfaction and schedule of claims | 1.70 | $600.00 | $1,020.00 |
| 03.13.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Consult with A. Bach regarding notice of satisfaction | 0.10 | $600.00 | $60.00 |
| 03.13.2025 | Aaron J. Bach | B310 Claims Administration and Objections | Draft notice of satisfaction of claims for OptioRx matter | 0.60 | $400.00 | $240.00 |
| 03.13.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Consult with M. Dero regarding updates to chart for satisfied claims | 0.30 | $600.00 | $180.00 |
| 03.13.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Revisions to second and third omnibus claim objections | 0.20 | $600.00 | $120.00 |
| 03.14.2025 | William E. Chipman, Jr. | B310 Claims Administration and Objections | Communications with Skin Medicinals' counsel regarding withdrawal of proofs of claim under settlement agreement (.2); Communications with Stretto regarding same (.2) | 0.40 | $950.00 | $380.00 |
| 03.14.2025 | Lauren Hitchens | B310 Claims Administration and Objections | Prepare second and third omnibus claim objections for attorney/client review | 1.00 | $325.00 | $325.00 |
| 03.14.2025 | Lauren Hitchens | B310 Claims Administration and Objections | Revise claim satisfaction notice | 0.20 | $325.00 | $65.00 |
| 03.14.2025 | Lauren Hitchens | B310 Claims Administration and Objections | Efile second and third omnibus claim objections | 0.50 | $325.00 | $162.50 |
| 03.14.2025 | Lauren Hitchens | B310 Claims Administration and Objections | Efile notice of satisfied claims | 0.30 | $325.00 | $97.50 |
| 03.14.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Revise and finalize notice of satisfied claims and exhibit | 0.80 | $600.00 | $480.00 |
| 03.14.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Emails with client regarding satisfied claims | 0.10 | $600.00 | $60.00 |
| 03.14.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Emails with counsel for Skin Medicinals and Stretto regarding claims | 0.10 | $600.00 | $60.00 |
| 03.14.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Consult with client on second and third omnibus claim objections | 0.20 | $600.00 | $120.00 |
| 03.14.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Revise and finalize second and third omnibus claim objections | 1.90 | $600.00 | $1,140.00 |
| 03.14.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Consult with client and Stretto on amended schedule E/F and notice to parties | 0.30 | $600.00 | $180.00 |
| 03.14.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Review and finalize amended schedule E/F and notices and oversee filing | 2.40 | $600.00 | $1,440.00 |
| 03.14.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Consult with Stretto and oversee service of amended schedules and claims objections | 0.20 | $600.00 | $120.00 |

Chipman Brown Cicero Cole, LLP  
March 1, 2025 through March 21, 2025

Case 24-11188-TMH    Doc 857-3    Filed 04/16/25    Page 9 of 14  
TIME DETAIL

Invoice No. 18349  
Dated: April 9, 2025

| Date | Timekeeper | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 03.14.2025 | William E. Chipman, Jr. | B310 Claims Administration and Objections | Review second (.4) and third (.3) omnibus objections to claims; Review notice of satisfaction of claims (.3) and coordinate filing and service of same (.4) | 1.40 | $950.00 | $1,330.00 |
| 03.20.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Correspondence with MHA regarding claim status and pending objection | 0.20 | $600.00 | $120.00 |
| 03.20.2025 | Mark D. Olivere | B310 Claims Administration and Objections | Review file and details on MHA claim and consult with client on same | 0.40 | $600.00 | $240.00 |
| | | | **B310 TOTAL:** | **45.60** | | **$24,790.00** |
| 03.04.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Reviewing documents and preparing for effective date | 1.30 | $950.00 | $1,235.00 |
| 03.03.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Multiple communications with counsel for Committee regarding Flagstar account for effective date transfer of UCC Settlement amount | 0.40 | $950.00 | $380.00 |
| 03.03.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with Stretto team regarding effective date and need for class reports for distributions. | 0.30 | $950.00 | $285.00 |
| 03.03.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Attention to items needed for effective date, including fees and amount of fees and expenses for estate professionals and claims information from Stretto. | 0.60 | $950.00 | $570.00 |
| 03.04.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Communications with counsel for DIP lender regarding effective date closing issues | 0.10 | $950.00 | $95.00 |
| 03.04.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Review claims register and prior objection to claims for voting purposes (.4); Communications with client and counsel for DIP lender regarding same and need to review for objections prior to effective date (.2) | 0.60 | $950.00 | $570.00 |
| 03.04.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with M. Olivere regarding claims objections and related matters | 0.20 | $950.00 | $190.00 |
| 03.04.2025 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Review email message from W. Chipman and reply to same attaching plan and confirmation order | 0.10 | $350.00 | $35.00 |
| 03.04.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Attend effective date checklist call with counsel for the DIP lender and client | 0.50 | $950.00 | $475.00 |
| 03.04.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Follow-up call with counsel for DIP lender regarding effective date issues | 0.20 | $950.00 | $190.00 |
| 03.04.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Review and revise draft escrow agreement | 0.60 | $950.00 | $570.00 |
| 03.05.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with client regarding claims objections and scheduled claims | 0.30 | $950.00 | $285.00 |
| 03.05.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Review bar date motion and order and forward same to client | 0.20 | $950.00 | $190.00 |
| 03.05.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with M. Olivere regarding claims objections and effective date issues | 0.20 | $950.00 | $190.00 |
| 03.05.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with counsel for DIP lender regarding effective date issues | 0.50 | $950.00 | $475.00 |
| 03.05.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with Stretto regarding schedules and statements. | 0.20 | $950.00 | $190.00 |
| 03.05.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Review revised Class 5 list of claims and send revised list to client to review for objection. | 0.40 | $950.00 | $380.00 |

| Date | Timekeeper | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 03.05.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Communications with client and attention to multiple effective date issues | 0.90 | $950.00 | $855.00 |
| 03.06.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Draft summary of amounts in each class that needs to be paid on the effective date and circulate same for review and comment to client and DIP lender | 1.20 | $950.00 | $1,140.00 |
| 03.06.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with client and counsel for DIP lender regarding effective date closing list | 0.30 | $950.00 | $285.00 |
| 03.07.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Communications with client regarding claims and effective date issues | 0.20 | $950.00 | $190.00 |
| 03.10.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Communications with client regarding effective date issues | 0.40 | $950.00 | $380.00 |
| 03.10.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Communications with counsel for Committee and noteholders regarding account information for effective date (.1); Communications with client regarding same (.1) | 0.20 | $950.00 | $190.00 |
| 03.11.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with counsel for DIP lenders regarding effective date outstanding issues | 0.50 | $950.00 | $475.00 |
| 03.13.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Review notice of filing amended schedules (.2); Review numerous communications with client regarding effective date documents (.3) | 0.50 | $950.00 | $475.00 |
| 03.13.2025 | Mark D. Olivere | B320 Plan and Disclosure Statement (including Business Plan) | Planning and preparation on effective date issues | 0.30 | $600.00 | $180.00 |
| 03.14.2025 | Mark D. Olivere | B320 Plan and Disclosure Statement (including Business Plan) | Review notice of effective date | 0.10 | $600.00 | $60.00 |
| 03.14.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Multiple communications with client (.5) and counsel for DIP lender (.4) regarding effective date issues | 0.90 | $950.00 | $855.00 |
| 03.17.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Communications with client regarding effective date issues (.1); Forward trust account information (.1) and send email to Flagstar Bank for account and routing number (.1) | 0.30 | $950.00 | $285.00 |
| 03.17.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Multiple communications with client and DIP lenders' counsel regarding effective date issues | 0.60 | $950.00 | $570.00 |
| 03.17.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Multiple communications with counsel for DIP lenders and client regarding effective date and funding issues | 0.90 | $950.00 | $855.00 |
| 03.18.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Review and communications with Flagstar Bank regarding escrow account for Committee Settlement Fund | 0.20 | $950.00 | $190.00 |
| 03.21.2025 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Emails with W. Chipman regarding notice of effective date and update same | 0.20 | $350.00 | $70.00 |
| 03.21.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Multiple communications with client and counsel for DIP lenders regarding effective date issues | 0.90 | $950.00 | $855.00 |
| 03.21.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Attention to plan effective date issues, including review of documents, numerous communications with all relevant parties, funding of escrow and coordination of filing and service of notice of effective date | 3.60 | $950.00 | $3,420.00 |
| 03.21.2025 | William E. Chipman, Jr. | B320 Plan and Disclosure Statement (including Business Plan) | Telephone call with independent director regarding effective date and related issues | 0.40 | $950.00 | $380.00 |
| 03.21.2025 | Michelle M. Dero | B320 Plan and Disclosure Statement (including Business Plan) | Emails with W. Chipman regarding effective notice (.1); Finalize and file Notice of (I) Entry of Findings of Fact Conclusions of Law and Order Confirming the Debtors' Second Amended Joint Chapter 11 Plan of Reorganization and (II) Effective Date (.2); Emails with Stretto regarding service of same (.1) | 0.40 | $350.00 | $140.00 |

**Chipman Brown Cicero Cole, LLP**
**March 1, 2025 through March 21, 2025**

TIME DETAIL

**Invoice No. 18349**
**Dated: April 9, 2025**

| Date | Timekeeper | Activity | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 03.21.2025 | Mark D. Olivere | B320 Plan and Disclosure Statement (including Business Plan) | Consult and review notice of effective date | 0.20 | $600.00 | $120.00 |
| | | | **B320 TOTAL:** | **19.90** | | **$18,275.00** |
| | | | **TOTAL FEES FOR MARCH 1, 2025 THROUGH MARCH 21, 2025:** | **103.00** | | **$62,157.50** |

| Timekeeper | Position | Hours | Rate | Total |
|---|---|---|---|---|
| William E. Chipman, Jr. | Partner | 25.20 | $950.00 | $23,940.00 |
| Mark D. Olivere | Partner | 41.90 | $600.00 | $25,140.00 |
| Aaron J. Bach | Associate | 3.00 | $400.00 | $1,200.00 |
| Alison R. Maser | Associate | 9.10 | $400.00 | $3,640.00 |
| Michelle M. Dero | Paralegal | 19.50 | $350.00 | $6,825.00 |
| Renae M. Fusco | Paralegal | 0.60 | $350.00 | $210.00 |
| Lauren Hitchens | Paralegal | 3.70 | $325.00 | $1,202.50 |
| **TOTAL:** | | **103.00** | | **$62,157.50** |

# EXHIBIT B

## CUMULATIVE *FINAL* SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY

## FOR THE PERIOD JUNE 7, 2024 THROUGH AND INCLUDING MARCH 21, 2025

**CUMULATIVE *FINAL* SUMMARY OF PROFESSIONAL SERVICES RENDERED BY PROJECT CATEGORY FOR THE PERIOD JUNE 7, 2024, THROUGH MARCH 21, 2025**

| PROJECT CATEGORY | TOTAL HOURS | TOTAL FEES |
|---|---|---|
| B110 Case Administration | 274.9 | $143,805.50 |
| B120 Asset Analysis and Recovery | 0.0 | $0.00 |
| B130 Asset Disposition | 28.7 | $21,395.00 |
| B140 Relief from Stay/Adequate Protection Proceeding | 40.2 | $22,284.00 |
| B150 Meetings of and Communications with Creditors | 19.1 | $12,425.00 |
| B160 Fee/Employment Applications | 155.8 | $69,460.00 |
| B170 Fee/Employment Objections | 12.3 | $7,225.00 |
| B180 Avoidance Action Analysis | 0.0 | $0.00 |
| B185 Assumption/Rejection of Leases and Contracts | 92.3 | $50,266.50 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | 325.8 | $215,290.50 |
| B195 Non-Working Travel | 0.0 | $0.00 |
| B200 Operations | 0.0 | $0.00 |
| B210 Business Operations | 117.6 | $60,354.00 |
| B220 Employee Benefits/Pension | 30.6 | $17,195.00 |
| B230 Financing/Cash Collateral | 65.6 | $47,218.50 |
| B240 Tax Issues | 1.5 | $637.50 |
| B250 Real Estate | 0.0 | $0.00 |
| B260 Board of Director Matters | 0.0 | $0.00 |
| B300 Claims and Plan | 0.0 | $0.00 |
| B310 Claims Administration and Objections | 96.5 | $55,330.00 |
| B320 Plan and Disclosure Statement (including business plan) | 371.2 | $260,905.50 |
| B400 Bankruptcy-Related Advice | 0.0 | $0.00 |
| B410 General Bankruptcy Advice/Opinions | 0.0 | $0.00 |
| B420 Restructurings | 0.0 | $0.00 |
| **TOTAL:** | **1632.1** | **$983,792.00** |