# **EXHIBIT C**

**CUMULATIVE *MONTHLY* EXPENSE SUMMARY**

**FOR THE PERIOD MARCH 1, 2025 THROUGH AND INCLUDING MARCH 21, 2025**

# EXHIBIT C

**CUMULATIVE *MONTHLY* EXPENSE SUMMARY FOR THE PERIOD
MARCH 1, 2025, THROUGH MARCH 21, 2025**

| EXPENSE CATEGORY | SERVICE PROVIDER (IF APPLICABLE) | TOTAL EXPENSES |
|---|---|---|
| E112 Court Fees | Pay.Gov | $204.00 |
| | | |
| | TOTAL: | $204.00 |

Chipman Brown Cicero Cole, LLP  
March 1, 2025 through March 31, 2025

EXPENSE SUMMARY

Invoice No. 18349  
Dated: April 9, 2025

| Date | Activity | Description | Expense |
|---|---|---|---|
| 03.14.2025 | E112 Court Fees | Pay.Gov (Regarding Filing Fee for Amended Schedules [Tracking ID A12077792; Approval Code 514133]) | $204.00 |
| | | **E112 TOTAL:** | **$204.00** |
| | | **TOTAL EXPENSES FOR MARCH 1, 2025 THROUGH MARCH 21, 2025:** | **$204.00** |

# **<u>EXHIBIT C</u>**

## CUMULATIVE *FINAL* EXPENSE SUMMARY

## FOR THE PERIOD JUNE 7, 2024 THROUGH AND INCLUDING MARCH 21, 2025

**CUMULATIVE *FINAL* EXPENSE SUMMARY FOR THE PERIOD
JUNE 7, 2024, THROUGH MARCH 21, 2025**

| EXPENSE CATEGORY | SERVICE PROVIDER (IF APPLICABLE) | TOTAL EXPENSES |
|---|---|---|
| E101 Copies | In-House | $107.40 |
| E102 Outside Printing | Reliable; DLS Discovery | $7,519.61 |
| E106 Online Research | PACER | $144.10 |
| E107 Delivery Services/Messengers | Reliable; DLS Discovery | $17.50 |
| E110 Out of Town Travel | Amtrak | $379.39 |
| E111 Meals | Urban Café; Wilma's | $170.80 |
| E112 Court Fees | Pay.Gov (Filing Fees) | $403.00 |
| E115 Deposition Transcripts | Reliable | $37.80 |
| E116 Trial Transcripts | Reliable | $3,520.82 |
| | **TOTAL:** | **$12,300.42** |

4901-5445-0484, v. 1