**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*[1] | Case No. 24-11188 (TMH) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Jerod McMillen, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On April 14, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Granting Debtors' Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1** (Docket No. 854)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: April 16, 2025

_____
Jerod McMillen

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 16th day of April, 2025, by Jerod McMillen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compouding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

# **<u>Exhibit A</u>**



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 121 Central Pharmacy Corp. [Central Pharmacy] | Attn: Jordana Siegel | 1842 Gardenia Ave | | | Merrick | NY | 11566 |
| 121 Central Pharmacy Corp. [Central Pharmacy] | Attn: Robert D. Nosek, Esq. | 90 Merrick Ave | | | East Meadow | NY | 11554 |
| 121 Central Pharmacy Corp., d/b/a Central Pharmacy | Attn: Jordana Siegel | 1842 Gardenia Avenue | | | Merrrick | NY | 11566 |
| 121 Central Pharmacy Corp., d/b/a Central Pharmacy | c/o Certilman Balin Adler & Hyman, LLP | c/o Robert D Nosek | 90 Merrick Avenue | | East Meadow | NY | 11554 |
| Amneal Pharmaceuticals | | Lockbox #7979 | PO Box 7247 | | Philadelphia | PA | 19170-0001 |
| Arcutis Biotherapeutics Inc | | 3027 Townsgate Road | Suite 300 | | Westlake Village | CA | 91361 |
| ARL Bio Pharma, Inc. | | 840 Research Parkway | | | Oklahoma City | OK | 73104 |
| Aves Management LLC | Attn: Charles Asfour | 150 North Riverside Plaza | Ste 5200 | | Chicago | IL | 60606 |
| Baybridge | Attn: Greg Savino | 1981 Marcus Ave | Ste C129 | | New Hyde Park | NY | 11042 |
| Baybridge Pharmacy | c/o Certilman Balin Adler & Hyman, LLP. | 90 Merrick Avenue | | | East Meadow | NY | 11554 |
| Baybridge Pharmacy Corp | Attn: Greg Savino | 1842 Gardenia Avenue | | | Merrick | NY | 11566 |
| Baybridge Pharmacy Corp | c/o Certilman Balin Adler & Hyman, LLP | Attn: Robert D. Nosek | 90 Merrick Avenue | | East Meadow | NY | 11554 |
| Baybridge Pharmacy Corp. | Attn: Greg Savino | 1842 Gardenia Avenue | | | Merrick | NY | 11566 |
| Baybridge Pharmacy Corp. | Attn: Greg Savino | 1842 Gardenia Avenue | | | Merrick | NY | 11566 |
| Ben David & Arun Surseh Kumar | c/o Kennedys CMK LLP | Attn: Marc S. Casarino & Katie Barksdale | 222 Delaware Avenue | Suite 710 | Wilmington | DE | 19801 |
| BSD Construction, Inc. | | 8369 Vickers Street #100 | | | San Diego | CA | 92111 |
| Central-Yuriy Davydov | | 21715 85th Ave | | | Queens Village | NY | 11427-1412 |
| Constangy, Brooks, Smith & Prophete, LLP - 7070 | | PO Box 102476 | | | Atlanta | GA | 30368-0476 |
| Counsel to the Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller | 1201 N Market Street | Suite 2300 | Wilmington | DE | 19899-1266 |
| Crestview | Attn: Bryan Henderson & Hal Densman | 349 S Garcon Point Rd | | | Milton | FL | 32583-7314 |
| Crestview | Attn: Bryan Henderson and Hal Densman | 3084 Whitley Oaks Ln | | | Pace | FL | 32571-6772 |
| Delco Pharmacy Corp d/b/a Pro Pharmacy | Attn: Jordana Siegel | 1842 Gardenia Avenue | | | Merrick | NY | 11566 |
| Delco Pharmacy Corp. d/b/a Pro Pharmacy | Attn: Jordana Siegel | 1842 Gardenia Avenue | | | Merrick | NY | 11566 |
| Delco Pharmacy Corp. d/b/a Pro Pharmacy | c/o Certilman Balin Adler & Hyman, LLP. | Attn: Robert D. Nosek, Esq. | 90 Merrick Avenue | | East Meadow | NY | 11554 |
| Delco Pharmacy Corp/. d/b/a Pro Pharmacy | c/o Certilman Balin Adler & Hyman, LLP. | Attn: Robert D. Nosek, Esq. | 90 Merrick Avenue | | East Meadow | NY | 11554 |
| Demarcus Williams | | Address Redacted | | | | | |
| District of Columbia | Office of The Attorney General | 400 6th Street NW | | | Washington | DC | 20001 |
| Enovex | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | | Granada Hills | CA | 91344-1848 |
| Euler Hermes agent for ANDA, INC. | Attn: Guy Young | 100 International Dr 22nd | | | Baltimore | MD | 21202 |
| FDS, Inc. | | 5000 Birch Street, Suite 8500 | | | Newport Beach | CA | 92660 |
| FedEx Corporate Services Inc [FedEx Express/Ground/Freight/Office] | Attn: Deshanna Wright | 3965 Airways Blvd. Module G, 3rd Floor | Module G | 3rd Fl | Memphis | TN | 38116-5017 |
| FFF Enterprises Inc | | 44000 Winchester Road | | | Temecula | CA | 92590 |
| Forte Bio-Pharma LLC - 8744 | | PO Box 29650 | Dept 880412 | | Phoenix | AZ | 85038-9650 |
| Greg Savino | | Address Redacted | | | | | |
| Greg Savino | Attn: Robert D. Nosek, Esq. | c/o Certilman Balin Adler & Hyman, LLP. | 90 Merrick Ave | | E Meadow | NY | 11554 |
| Greg Savino | c/o Certilman Balin Adler & Hyman, LLP | 90 Merrick Avenue | | | East Meadow | NY | 11554 |
| Greg Savino | c/o Certilman Balin Adler & Hyman, LLP | Attn: Robert D. Nosek | 90 Merrick Avenue | | East Meadow | NY | 11554 |
| H&H | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | | Granada Hills | CA | 91344-1848 |
| Healthy Choice | Attn: Phil Altman | 150 W End Ave | Apt 24L | | New York | NY | 10023-5748 |
| Holts Mechanical, Ltd. | Attn: Carissa Renee Burrows | 5522 Rittiman Road | | | San Antonio | TX | 78218 |
| ICS Direct | | 12601 Collection Center Drive | | | Chicago | IL | 60693 |
| INCYTE | | 12601 Collection Center Drive | | | Chicago | IL | 60693 |
| Internal Revenue Service | | 550 Main St | #10 | | Cincinnati | OH | 45999-0039 |
| Internal Revenue Service | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Loan Admin Co LLC, as Collateral Agent | | 2200 Atlantic Street | Suite 501 | | Stamford | CT | 06902 |
| Loan Admin Co LLC, as Collateral Agent | Attn: Jonathan Tunis | 2200 Atlantic St | Ste 501 | | Stamford | CT | 06902 |
| Loan Admin Co LLC, as Collateral Agent | Attn: Jonathan Tunis | 2200 Atlantic St | Ste 501 | | Stamford | CT | 06902 |
| Loan Admin Co LLC, as Collateral Agent | Attn: Jonathan Tunis | 2200 Atlantic St | 5th Fl | Ste 501 | Stamford | CT | 06902 |
| Loan Admin Co LLC, as Collateral Agent | Attn: Jonathan Tunis | 2200 Atlantic Street | Suite 501 | | Stamford | CT | 06902 |
| Loan Admin Co LLC, as Collateral Agent | Attn: Jonathan Tunis | 2200 Atlantic Street | Suite 501 | | Stamford | CT | 06092 |
| Loan Admin Co LLC, as Collateral Agent | Attn: Jonathan Tunis | 2200 Atlantic Street | Suite 501 | | Stamford | CT | 06092 |
| Loan Admin Co LLC, as Collateral Agent | Attn: Jonathan Tunis | 2200 Atlantic Street | Suite 501 | | Stamford | CT | 06902 |
| Loan Admin Co LLC, as Collateral Agent | c/o MC Credit Partners LP | Attn: Jonathan Tunis | 2200 Atlantic Street | Suite 501 | Stamford | CT | 06902 |
| Loan Admin Co LLC, as Collateral Agent | c/o MC Credit Partners LP | Attn: Jonathan Tunis | 2200 Atlantic Street | Suite 501 | Stamford | CT | 06902 |
| Mayne Pharma - 128B | | PO Box 603644 | | | Charlotte | NC | 28260-3644 |
| Medisca Inc | | 626 Tom Miller Road | | | Plattsburgh | NY | 12901 |
| Mha Ltc Network - 06-Dri002 [MHA Long Term Care Network, Inc.] | Attn: Tammy Kotsev | 400 Interpace Parkway | Building C | Suite 200 | Parsippany | NJ | 07054 |
| Mha Ltc Network - 06-Dri002 [MHA Long Term CareNetwork, Inc.) | | PO Box 932558 | | | Atlanta | GA | 31193-2558 |
| Oakdell-Jeff Carson | | 31120 Knotty Grove | | | Boerne | TX | 78015 |
| OCPLP, Inc. [John J Carson] | | Address Redacted | | | | | |
| Office of The U.S. Trustee for The District of Delaware | Attn: Andrew R. Vara & Jonathan W. Lipshie | 844 N King St #2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller & Nicholas Smargiassi | 1201 N Market St, Suite 2300 | PO Box 1266 | Wilmington | DE | 19899 |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Jorge Garcia | 701 Brickell Avenue | Suite 1700 | Miami | FL | 33131 |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Michelle G. Novick | 161 North Clark St | Suite 4200 | Chicago | IL | 60601 |
| Outcomes Operating Inc [Outcomes, Computer Rx, RX30, PrescribeWellness] | Attn: Simon Morgan | 5900 Lake Ellenor Dr | #600 | | Orlando | FL | 32809 |
| PAAS National LLC | | 160 Business Park Circle | | | Stoughton | WI | 53589 |
| Paladin Management Group, LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones & Mary F. Caloway | 919 N Market St, 17th Fl | PO Box 8705 | Wilmington | DE | 19899-8705 |
| Pharmcare | Attn: Ayk Dzhragatspanyan | 16662 Pineridge Dr | | | Granada Hills | CA | 91344-1848 |
| PIA Holdings, Inc. | Attn: Phil Altman | 8973 Lakes Blvd | | | West Palm Beach | FL | 33412 |
| Pied Piper Pest Control, LLC | Attn: Scott Ankrom | 12103 Jonesmaltsberger Rd | | | San Antonio | TX | 78247 |
| Plante Moran PLLC - 1725 | | 16060 Collections Center Dr | | | Chicago | IL | 60693 |
| Pro-Yuriy Davydov | | 21715 85th Ave | | | Queens Village | NY | 11427-1412 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 1 of 2



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | 200 Vesey Street, Suite 400 Brookfield Place | New York Regional Office | | New York | NY | 10281-1022 |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | 100 Pearl St | Suite 20-100 | | New York | NY | 10004-2616 |
| Skin Medicinals LLC | c/o Kaplan & Grady LLC | Attn: Howard Kaplan, Jed W. Glickstein, & Annie Garau Kelly | 2071 N Southport Ave | Ste 205 | Chicago | IL | 60614 |
| Skin Medicinals LLC | c/o Morris, Nichols, Arsht, & Tunnell LLP | Attn: Matthew B. Harvey & Matthew O. Talmo | 1201 North Market Street | 16th Floor, PO Box 1347 | Wilmington | DE | 19899-1347 |
| Spectrum | Kyla Lehman | 1600 Dublin Rd | | | Columbus | OH | 43215 |
| State of Alabama | Office of The Attorney General | 501 Washington Ave | | | Montgomery | AL | 36104 |
| State of Alaska | Office of the Attorney General | 1031 W 4th Ave, Ste 200 | | | Anchorage | AK | 99501 |
| State of Arizona | Office of The Attorney General | 2005 N Central Ave | | | Phoenix | AZ | 85004 |
| State of Arkansas | Office of The Attorney General | 323 Center St, Ste 200 | | | Little Rock | AR | 72201 |
| State of California | Office of The Attorney General | PO Box 944255 | | | Sacramento | CA | 94244-2550 |
| State of Colorado | Office of The Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | | Denver | CO | 80203 |
| State of Connecticut | Office of The Attorney General | 165 Capitol Avenue | | | Hartford | CT | 6106 |
| State of Delaware | Department of Justice | Carvel State Office Building | 820 N French Street | | Wilmington | DE | 19801 |
| State of Florida | Office of The Attorney General | The Capitol Pl-01 | | | Tallahassee | FL | 32399 |
| State of Georgia | Office of The Attorney General | 40 Capitol Sq Sw | | | Atlanta | GA | 30334 |
| State of Hawaii | Office of The Attorney General | 425 Queen Street | | | Honolulu | HI | 96813 |
| State of Idaho | Office of The Attorney General | 700 W. Jefferson St, Suite 210 | PO Box 83720 | | Boise | ID | 83720 |
| State of Illinois | Office of The Attorney General | James R. Thompson Center | 100 W. Randolph St | | Chicago | IL | 60601 |
| State of Indiana | Office of The Indiana Attorney General | Indiana Government Center South | 302 W Washington St, 5th Floor | | Indianapolis | IN | 46204 |
| State of Iowa | Office of The Attorney General | Hoover State Office Building | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| State of Kansas | Attn: Attorney General Derek Schmidt | 120 SW 10th Ave, 2nd Floor | | | Topeka | KS | 66612 |
| State of Kentucky | Attorney General - Daniel Cameron | 700 Capital Avenue, Suite 118 | | | Frankfort | KY | 40601 |
| State of Louisiana | Dept. of Justice - Attorney General's Office | 300 Capital Drive | | | Baton Rouge | LA | 70802 |
| State of Maine | Office of the Attorney General | 6 State House Station | | | Augusta | ME | 04333 |
| State of Maryland | Office of The Attorney General | 200 St. Paul Place | | | Baltimore | MD | 21202 |
| State of Massachusetts | Attorney General's Office | 1 Ashburton Place, 20th Floor | | | Boston | MA | 02108 |
| State of Michigan | Department of Attorney General | 525 W Ottawa St | | | Lansing | MI | 48906 |
| State of Minnesota | Office of The Attorney General | 445 Minnesota St, Ste 1400 | | | St. Paul | MN | 55101 |
| State of Mississippi | Office of The Attorney General | Walter Sillers Building | 550 High St PO Box 220 | | Jackson | MS | 39201 |
| State of Missouri | Office of The Attorney General | Supreme Court Building | 207 W High St | | Jefferson City | MO | 65101 |
| State of Montana | Office of The Attorney General | Justice Building, 3rd Floor | 215 N Sanders, PO Box 201401 | | Helena | MT | 59602 |
| State of Nebraska | Office of The Attorney General | 2115 State Capitol | | | Lincoln | NE | 68509 |
| State of Nevada | Office of The Attorney General | Old Supreme Court Building | 100 N Carson St | | Carson City | NV | 89701 |
| State of New Hampshire | Office of The Attorney General | Nh Department of Justice | 33 Capitol St. | | Concord | NH | 3301 |
| State of New Jersey | Office of The Attorney General | Richard J. Hughes Justice Complex | 25 Market St 8Th Fl, West Wing Box 080 | | Trenton | NJ | 8611 |
| State of New Mexico | Office of The Attorney General | 408 Galisteo Street | Villagra Building | | Santa Fe | NM | 87501 |
| State of New York | Office of The Attorney General | The Capitol | 2nd Floor | | Albany | NY | 12224 |
| State of North Carolina | Office of The Attorney General | 114 W Edenton St | | | Raleigh | NC | 27603 |
| State of North Dakota | Office of The Attorney General | State Capitol, 600 E Boulevard Ave | Dept. 125 | | Bismarck | ND | 58505 |
| State of Ohio | Office of The Attorney General | State Office Tower | 30 E Broad St 14Th Fl | | Columbus | OH | 43215 |
| State of Oklahoma | Office of The Attorney General | 313 Ne 21St St | | | Oklahoma City | OK | 73105 |
| State of Oregon | Office of The Attorney General | 1162 Court St Ne | | | Salem | OR | 97301-4096 |
| State of Pennsylvania | Office of The Attorney General | Strawberry Square 16Th Fl | | | Harrisburg | PA | 17120 |
| State of Rhode Island | Office of The Attorney General | 150 S Main St | | | Providence | RI | 2903 |
| State of South Carolina | Office of The Attorney General | Rembert C. Dennis Bldg | 1000 Assembly St Rm 519 | | Columbia | SC | 29201 |
| State of South Dakota | Office of The Attorney General | 1302 E Highway 14, Ste 1 | | | Pierre | SD | 57501-8501 |
| State of Tennessee | Office of The Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 |
| State of Texas | Office of The Attorney General | 300 W. 15Th St | | | Austin | TX | 78701 |
| State of Utah | Office of The Attorney General | Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 |
| State of Utah | Office of The Attorney General, Sean D. Reyes | Utah State Capitol Complex | 350 North State St Ste 230 | | Salt Lake City | UT | 84114 |
| State of Vermont | Office of The Attorney General | 109 State St. | | | Montpelier | VT | 5609 |
| State of Virginia | Office of The Attorney General | 202 N. Ninth St. | | | Richmond | VA | 23219 |
| State of Washington | Office of The Attorney General | 1125 Washington St Se | | | Olympia | WA | 98501 |
| State of Washington | Office of The Attorney General | PO Box 40100 | | | Olympia | WA | 98504-00 |
| State of West Virginia | Office of The Attorney General | State Capitol, 1900 Kanawha Blvd E | Building 1 Rm E-26 | | Charleston | WV | 25305 |
| State of Wisconsin | Office of The Attorney General | 17 West Main Street, Room 114 East P | | | Madison | WI | 53702 |
| State of Wyoming | Office of The Attorney General | 109 State Capitol | | | Cheyenne | WY | 82002 |
| the Office of the United States Department of Health and Human Services. | | 200 Independence Avenue, S.W | | | Washington | DC | 20201 |
| Troutman Pepper Hamilton Sanders LLP | | 1313 Market Street, Suite 5100 | Hercules Plaza | | Wilmington | DE | 19801 |
| United States Department of Justice | | 950 Pennsylvania Avenue, NW | | | Washignton | DC | 20530-0001 |
| US Attorney's Office for the District of DE | Attn: David C. Weiss | 1313 N Market Street | PO Box 2046 | | Wilmington | DE | 19801 |
| Veriship LLC [Sifted] | c/o Finance Department | Attn: Zackary Zegunis | 8880 Ward Pkwy | #300 | Kansas City | MO | 64114 |
| Virtus Pharmaceuticals LLC | | PO Box 947177 | | | Atlanta | GA | 30394-7177 |
| Wintrust Bank, N.A. | Attn: Bryn Perna | 231 S LaSalle St | | | Chicago | IL | 60604 |
| Wintrust Bank, N.A. | Attn: Bryn Perna | 231 S. LaSalle St | | | Chicago | IL | 60604 |
| Wintrust Bank, N.A. | Attn: Dykema Gossett & Christopher Cahill | 10 S Wacker Drive | Ste 2300 | | Chicago | IL | 60606 |
| Wintrust Bank, N.A. | Attn: Dykema Gossett & Christopher Cahill | 10 S Wacker Drive | Ste 2300 | | Chicago | IL | 60606 |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 2 of 2

# **<u>Exhibit B</u>**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 121 Central Pharmacy Corp. [Central Pharmacy] | Attn: Jordana Siegel | | jsiegel@yahoo.com |
| 121 Central Pharmacy Corp. [Central Pharmacy] | Attn: Robert D. Nosek, Esq. | | rnosek@certilmanbalin.com |
| 121 Central Pharmacy Corp., d/b/a Central Pharmacy | Attn: Jordana Siegel | | jsiegel@yahoo.com |
| 121 Central Pharmacy Corp., d/b/a Central Pharmacy | c/o Certilman Balin Adler & Hyman, LLP | c/o Robert D Nosek | rnosek@certilmanbalin.com |
| Ad Hoc Group of Mezz Lenders | c/o Kirkland & Ellis LLP, Kirkland & Ellis International LLP | Attn: Ryan Blaine Bennett & Zak Piech | ryan.bennett@kirkland.com; zak.piech@kirkland.com |
| Ad Hoc Group of Mezz Lenders | c/o Potter Anderson & Corroon LLP | Attn: Christopher M. Samis, L. Katherine Good, & Levi Akkerman | csamis@potteranderson.com; kgood@potteranderson.com; lakkerman@potteranderson.com |
| Amneal Pharmaceuticals | | | accountsreceivable@amneal.com |
| Arcutis Biotherapeutics Inc | | | information@arcutis.com |
| ARL Bio Pharma, Inc. | | | info@arlok.com |
| Aves Management LLC | Attn: Charles Asfour | | finance@avescap.com; casfour@avescap.com |
| Baybridge | Attn: Greg Savino | | greg.savino@yahoo.com |
| Baybridge Pharmacy | c/o Certilman Balin Adler & Hyman, LLP. | | rnosek@certilmanbalin.com |
| Baybridge Pharmacy Corp | Attn: Greg Savino | | greg.savino@yahoo.com |
| Baybridge Pharmacy Corp | c/o Certilman Balin Adler & Hyman, LLP | Attn: Robert D. Nosek | rnosek@certilmanbalin.com |
| Baybridge Pharmacy Corp. | Attn: Greg Savino | | greg.savino@yahoo.com |
| Ben David & Arun Sursesh Kumar | c/o Kennedys CMK LLP | Attn: Marc S. Casarino & Katie Barksdale | marc.casarino@kennedyslaw.com; katie.barksdale@kennedyslaw.com |
| Bexar County | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Don Stecker | sanantonio.bankruptcy@lgbs.com |
| Bryan Henderson | | | Address Redacted |
| BSD Construction, Inc. | | | info@bsdbuilders.com |
| Cardinal Health 110, LLC & Cardinal Health 112, LLC | c/o Hiller Law, LLC | Attn: Adam Hiller | ahiller@adamhillerlaw.com |
| Cardinal Health 110, LLC and Cardinal Health 112, LLC | c/o Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber & Terri Jane Freedman | szuber@csglaw.com; tfreedman@csglaw.com |
| Central-Yuriy Davydov | | | adavy830@yahoo.com |
| Constangy, Brooks, Smith & Prophete, LLP - 7070 | | | nwasser@constangy.com |
| Counsel to the Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Turner N. Falk | turner.falk@saul.com |
| Delco Pharmacy Corp d/b/a Pro Pharmacy | Attn: Jordana Siegel | | jsiegel@yahoo.com |
| Delco Pharmacy Corp. d/b/a Pro Pharmacy | Attn: Jordana Siegel | | jsiegelm@yahoo.com |
| Delco Pharmacy Corp. d/b/a Pro Pharmacy | c/o Certilman Balin Adler & Hyman, LLP. | Attn: Robert D. Nosek, Esq. | rnosek@certilmanbalin.com |
| Delco Pharmacy Corp/. d/b/a Pro Pharmacy | c/o Certilman Balin Adler & Hyman, LLP. | Attn: Robert D. Nosek, Esq. | rnosek@certilmanbalin.com |
| Demarcus Williams | | | Address Redacted |
| District of Columbia | Office of The Attorney General | | oag@dc.gov |
| Euler Hermes agent for ANDA, INC. | Attn: Guy Young | | insolvency@allianz-trade.com |
| FDS, Inc. | | | info@fdsinc.net |
| FedEx Corporate Services Inc [FedEx Express/Ground/Freight/Office] | Attn: Deshanna Wright | | bankruptcy@fedex.com |
| Forte Bio-Pharma LLC - 8744 | | | francisco.torres@fortebiopharma.com |
| Greg Savino | | | Address Redacted |
| Greg Savino | Attn: Robert D. Nosek, Esq. | c/o Certilman Balin Adler & Hyman, LLP. | rnosek@certilmanbalin.com |
| Greg Savino | c/o Certilman Balin Adler & Hyman, LLP | | rnosek@certilmanbalin.com |
| Greg Savino | c/o Certilman Balin Adler & Hyman, LLP | Attn: Robert D. Nosek | rnosek@certilmanbalin.com |
| Holts Mechanical, Ltd. | Attn: Carissa Renee Burrows | | ar@holtsmechanical.com |
| ICS Direct | | | titlecash@icsconnect.com |
| INCYTE | | | ir@incyte.com |
| Journey Medical Corporation - 5894 | | | journeymedicalar@icsconnect.com |
| Loan Admin Co LLC | c/o DLA Piper LLP | Attn: Stuart M. Brown & Matthew S. Sarna | stuart.brown@us.dlapiper.com; matthew.sarna@us.dlapiper.com |
| Loan Admin Co LLC, as Collateral Agent | Attn: Jonathan Tunis | | jtunis@mccp.com |
| Loan Admin Co LLC, as Collateral Agent | c/o MC Credit Partners LP | Attn: Jonathan Tunis | jtunis@mccp.com |
| Mayne Pharma - 128B | | | us.ar.remit@maynepharma.com |
| Mha Ltc Network - 06-Dri002 [MHA Long Term Care Network, Inc. ] | Attn: Tammy Kotsev | | tkotsev@mhainc.com |
| Mha Ltc Network - 06-Dri002 [MHA Long Term CareNetwork, Inc.] | | | tkotsev@mhainc.com |
| NYIP Owner II LLC | c/o Eckert Seamans Cherin & Mellot LLC | Attn: Nicholas Pasalides | npasalides@eckertseamans.com |
| NYIP Owner II LLC | c/o Eckert Seamans Cherin & Mellott, LLC | Attn: Tara L. Lattomus | tlattomus@eckertseamans.com |
| Oakdell-Jeff Carson | | | crocea411@yahoo.com |
| OCPLP, Inc. [John J Carson] | | | Address Redacted |
| Office of The U.S. Trustee for The District of Delaware | Attn: Andrew R. Vara & Jonathan W. Lipshie | | jon.lipshie@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Evan T. Miller & Nicholas Smargiassi | evan.miller@saul.com; nicholas.smargiassi@saul.com |
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Jorge Garcia | jorge.garcia@saul.com |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 1 of 2



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Official Committee of Unsecured Creditors | c/o Saul Ewing LLP | Attn: Michelle G. Novick | michelle.novick@saul.com |
| Outcomes Operating Inc [Outcomes, Computer Rx, RX30, PrescribeWellness] | Attn: Simon Morgan | | smorgan@outcomes.com |
| P.C.C.A., INC | Attn: Ken Barrow | | accounting@pccarx.com<br>kbarrow@pccarx.com<br>cyepsen@pccarx.com |
| PAAS National LLC | | | info@paasnational.com |
| Paladin Management Group, LLC | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones & Mary F. Caloway | ljones@pszjlaw.com<br>mcaloway@pszjlaw.com |
| Pareto Optio LLC | c/o Ice Miller LLP | Attn: Louis T DeLucia & Alyson M Fiedler | louis.delucia@icemiller.com<br>alyson.fiedler@icemiller.com |
| PIA Holdings, Inc. | Attn: Phil Altman | | wholerx@msn.com |
| Pied Piper Pest Control, LLC | Attn: Scott Ankrom | | rosanneshields@sabugs.com<br>shieldsrosanne@sabugs.com |
| Plante Moran PLLC - 1725 | | | tom.risi@plantemoran.com |
| Professional Compounding Centers of America, Inc. ("PCCA") | Attn: Manfredo Thibau, Ken Barrow, & Michelle Biggs | | mthibau@pccarx.com<br>kbarrow@pccarx.com<br>cyepsen@pccarx.com |
| Pro-Yuriy Davydov | | | adavy830@yahoo.com |
| Securities And Exchange Commission | Attn: Andrew Calamari, Regional Director | | nyrobankruptcy@sec.gov |
| Securities And Exchange Commission | Attn: Lara Shalov Mehraban | | nyrobankruptcy@sec.gov |
| Skin Medicinals LLC | c/o Kaplan & Grady LLC | Attn: Howard Kaplan, Jed W. Glickstein, & Annie Garau Kelly | howard@kaplangrady.com<br>jglickstein@kaplangrady.com<br>annie@kaplangrady.com |
| Skin Medicinals LLC | c/o Morris, Nichols, Arsht, & Tunnell LLP | Attn: Matthew B. Harvey & Matthew O. Talmo | mharvey@morrisnichols.com<br>mtalmo@morrisnichols.com<br>apark@morrisnichols.com |
| Spectrum | Kyla Lehman | | kyla.lehman@charter.com |
| State of Alabama | Office of The Attorney General | | consumerinterest@alabamaag.gov |
| State of Alaska | Office of the Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office of The Attorney General | | aginfo@azag.gov |
| State of Arkansas | Office of The Attorney General | | oag@arkansasag.gov |
| State of California | Office of The Attorney General | | xavier.becerra@doj.ca.gov |
| State of Colorado | Office of The Attorney General | | cora.request@coag.gov |
| State of Connecticut | Office of The Attorney General | | attorney.general@ct.gov |
| State of Delaware | Department of Justice | | attorney.general@state.de.us<br>attorney.general@delaware.gov |
| State of Florida | Office of The Attorney General | | ashley.moody@myfloridalegal.com |
| State of Hawaii | Office of The Attorney General | | hawaiiag@hawaii.gov |
| State of Idaho | Office of The Attorney General | | bankruptcy@ag.idaho.gov |
| State of Illinois | Office of The Attorney General | | info@lisamadigan.org |
| State of Iowa | Office of The Attorney General | | consumer@ag.iowa.gov |
| State of Kansas | Attn: Attorney General Derek Schmidt | | derek.schmidt@ag.ks.gov |
| State of Louisiana | Dept. of Justice - Attorney General's Office | | admininfo@ag.state.la.us |
| State of Maine | Office of the Attorney General | | attorney.general@maine.gov |
| State of Maryland | Office of The Attorney General | | oag@oag.state.md.us |
| State of Minnesota | Office of The Attorney General | | attorney.general@ag.state.mn.us |
| State of Missouri | Office of The Attorney General | | consumer.help@ago.mo.gov |
| State of Montana | Office of The Attorney General | | contactdoj@mt.gov |
| State of New Hampshire | Office of The Attorney General | | attorneygeneral@doj.nh.gov |
| State of New Mexico | Office of The Attorney General | | hbalderas@nmag.gov |
| State of North Dakota | Office of The Attorney General | | ndag@nd.gov |
| State of Oklahoma | Office of The Attorney General | | questions@oag.ok.gov |
| State of Oregon | Office of The Attorney General | | ellen.rosenblum@doj.state.or.us<br>attorneygeneral@doj.state.or.us |
| State of Rhode Island | Office of The Attorney General | | ag@riag.ri.gov |
| State of Utah | Office of The Attorney General | | uag@utah.gov |
| State of Utah | Office of The Attorney General, Sean D. Reyes | | uag@utah.gov |
| State of Vermont | Office of The Attorney General | | ago.info@vermont.gov |
| State of Virginia | Office of The Attorney General | | mail@oag.state.va.us |
| State of West Virginia | Office of The Attorney General | | consumer@wvago.gov |
| State of Wisconsin | Office of The Attorney General | | dojbankruptcynoticegroup@doj.state.wi.us |
| Troutman Pepper Hamilton Sanders LLP | | | kathleen.sawyer@troutman.com |
| Veriship LLC [Sifted] | c/o Finance Department | Attn: Zackary Zegunis | accounting@sifted.com |
| Virtus Pharmaceuticals LLC | | | arcash@eversana.com |
| Wintrust Bank, N.A. | Attn: Bryn Perna | | bperna@wintrust.com |
| Wintrust Bank, N.A. | Attn: Bryn Perna | | Bperna@wintrust.com |
| Wintrust Bank, N.A. | Attn: Dykema Gossett & Christopher Cahill | | ccahill@dykema.com |

In re: Optio Rx, LLC, et al.
Case No. 24-11188

Page 2 of 2