# EXHIBIT A

**Summary of Compensation Requested By Project Category**

## MONTHLY COMPENSATION PERIOD

### Summary of Compensation Requested By Project Category

### For the Period from Mach 1, 2025 through March 21, 2025

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Fee/Employment Applications (Saul Ewing) | 9.5 | $3,983.50 |
| Plan and Disclosure Statement | 3.0 | $2,310.00 |
| Statements and Schedules | 0.7 | $514.50 |
| Post Confirmation | 3.2 | $2,352.00 |
| **TOTAL** | **16.4** | **$9,160.00** |

| | |
|---|---|
| Case Name: | Optio Rx, LLC, *et al.* |
| Case Number: | 24-11188 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | April 30, 2025 |
| Interim or Final: | Combined Ninth Monthly and Final |

# FINAL COMPENSATION PERIOD

## Summary of Compensation Requested By Project Category

## For the Period from June 26, 2024 through March 21, 2025

| Project Category | Hours Billed | Fees Sought |
|---|---|---|
| Asset Disposition | 3.5 | $2,183.00 |
| Business Operations | 0.8 | $469.00 |
| Case Administration | 12.1 | $5,644.50 |
| Claims Analysis, Objections, Proofs of Claim | 0.7 | $433.00 |
| Committee Matters | 106.6 | $66,197.00 |
| Creditor Inquiries | 0.2 | $143.00 |
| Employee Benefits and Pensions | 1.7 | $1,138.00 |
| Fee/Employment Applications (Saul Ewing) | 99.0 | $50,380.50 |
| Fee/Employment Applications (Other Professionals) | 40.9 | $21,400.50 |
| Financing and Cash Collateral | 50.0 | $31,957.00 |
| Lien Review | 40.9 | $23,066.50 |
| Litigation: Contested Matters and Adversary Proceedings | 129.8 | $77,289.50 |
| Plan and Disclosure Statement | 196.9 | $121,817.00 |
| Preparation for and Attendance at Hearings | 27.9 | $17,291.00 |
| Relief from Stay and Adequate Assurance | 0.3 | $204.00 |
| Statements and Schedules | 39.0 | $21,455.50 |
| UST Reports, Meetings and Issues | 1.4 | $1,001.00 |
| Executory Contracts and Unexpired Leases | 3.2 | $2,186.50 |
| Post Confirmation | 3.2 | $2,352.00 |
| **TOTAL** | **758.1** | **$446,608.50** |

| | |
|---|---|
| Case Name: | Optio Rx, LLC, *et al.* |
| Case Number: | 24-11188 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | April 30, 2025 |
| Interim or Final: | Combined Ninth Monthly and Final |

3



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number 4415452 |
| N/A - Committee N/A - Committee | Invoice Date 03/31/25 |
| 3701 Commercial Avenue, Suite 14 | Client Number 391790 |
| Northbrook, IL 60062 | Matter Number 00010 |

Re:   Fee / Employment Applications (Saul Ewing)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/21/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/25 | MGN | Review and revise Seventh Monthly Fee Application. | 0.50 | 385.00 |
| 03/01/25 | MGN | Review outstanding amounts due and owing to Saul Ewing and issues relating thereto. | 0.20 | 154.00 |
| 03/01/25 | MGN | Correspondence to and from B. Chipman regarding estimate of fees for Saul Ewing and Alavarez & Marsal prior to effective date. | 0.20 | 154.00 |
| 03/01/25 | MGN | Correspondence to M. Pignotti requesting outstanding fees and WIP as requested by B. Chipman. | 0.10 | 77.00 |
| 03/01/25 | MGN | Correspondence to and from E. Miller regarding same. | 0.10 | 77.00 |
| 03/03/25 | MGN | Prepare and finalize Seventh Monthly Fee Application. | 0.50 | 385.00 |
| 03/03/25 | SFK | Apply Michelle Novick revisions to Saul's 7th monthly fee app. | 0.20 | 44.00 |
| 03/03/25 | SFK | Update Saul's 7th monthly fee app. | 0.50 | 110.00 |
| 03/04/25 | SFK | Apply Michelle Novick revisions to Saul's 7th monthly fee app, prepare red-line of same. | 0.20 | 44.00 |
| 03/05/25 | MGN | Finalize Seventh Monthly Fee Application. | 0.30 | 231.00 |
| 03/05/25 | SFK | Prepare final pdfs of Saul's 7th monthly fee app | 0.10 | 22.00 |
| 03/05/25 | SFK | Electronically docket Saul's 7th monthly fee app. | 0.30 | 66.00 |
| 03/06/25 | SFK | Analyze documents in preparation for Saul's 8th Monthly Fee app. | 0.10 | 22.00 |
| 03/11/25 | SFK | Begin draft of Saul's 8th Monthly Fee Application. | 0.30 | 66.00 |
| 03/12/25 | MGN | Review and revise Eighth Monthly Fee Application. | 0.50 | 385.00 |

| 391790 | Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice | 4415452 |
| 00010 | Fee / Employment Applications (Saul Ewing) | | Page: 2 |
| 03/31/25 | | | |

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/12/25 | MGN | Telephone conference with S. Kenny regarding effective date and preparing Saul Ewing's Final Fee Application to comply with terms of the plan. | 0.20 | 154.00 |
| 03/12/25 | ETM | EMs re Optio Rx interim fee order draft; review draft of same; EMs/TC with RN/MN re same; review latest fee app draft | 0.90 | 661.50 |
| 03/12/25 | SFK | Complete draft of Saul's 8th Monthly Fee Application. | 0.90 | 198.00 |
| 03/13/25 | SFK | Begin draft of Saul's Final Fee Application. | 1.00 | 220.00 |
| 03/14/25 | SFK | Continue work on draft of Saul's Final Fee Application. | 1.00 | 220.00 |
| 03/18/25 | SFK | Continue work on draft of Saul's Final Fee Application. | 0.60 | 132.00 |
| 03/18/25 | SFK | Update draft of Saul's 8th Monthly Fee Application. | 0.20 | 44.00 |
| 03/19/25 | SFK | PDF, Finalize Saul's 8th Monthly Fee Application. | 0.20 | 44.00 |
| 03/19/25 | SFK | Electronically docket Saul's 8th Monthly Fee Application. | 0.40 | 88.00 |

TOTAL HOURS   9.50

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Sean F. Kenny | 6.00 | at | 220.00 | = | 1,320.00 |
| Evan T. Miller | 0.90 | at | 735.00 | = | 661.50 |
| Michelle G. Novick | 2.60 | at | 770.00 | = | 2,002.00 |

CURRENT FEES   3,983.50

TOTAL AMOUNT OF THIS INVOICE   3,983.50



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number 4415451 |
| N/A - Committee N/A - Committee | Invoice Date 03/31/25 |
| 3701 Commercial Avenue, Suite 14 | Client Number 391790 |
| Northbrook, IL 60062 | Matter Number 00016 |

Re:    Plan and Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/21/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/25 | MGN | Correspondence to and from W. Chipman regarding his need for bank account and escrow information for UCC Settlement Payment under the confirmed plan. | 0.20 | 154.00 |
| 03/03/25 | MGN | Review language of confirmed Second Amended Plan of Reorganization. | 0.50 | 385.00 |
| 03/03/25 | MGN | Calculate percentage of fees and UCC Settlement Payment due from committee professionals. | 0.40 | 308.00 |
| 03/03/25 | MGN | Correspondence to and from E. Miller regarding same. | 0.10 | 77.00 |
| 03/03/25 | MGN | Multiple correspondence to R. Newman, E. Miller and B. Chipman regarding funding unsecured settlement agreement under the terms of the confirmed plan and issues relating thereto. | 0.60 | 462.00 |
| 03/03/25 | MGN | Multiple correspondence to E. Miller regarding setting up escrow account with Stretto at Flagstar Bank. | 0.30 | 231.00 |
| 03/04/25 | MGN | Correspondence to and from E. Miller regarding issues relating to opening escrow at Flagstar Bank. | 0.20 | 154.00 |
| 03/04/25 | MGN | Follow-up correspondence to D. Tancredi and C. Samis regarding same. | 0.20 | 154.00 |
| 03/04/25 | MGN | Correspondence to and from S. Cady at Stretto regarding their assistance in opening Flagstar account. | 0.20 | 154.00 |
| 03/12/25 | MGN | Correspondence to and from R. Newman regarding A&M funding a portion of the UCC Settlement Agreement. | 0.30 | 231.00 |
| | | TOTAL HOURS | 3.00 | |

391790    Optio Rx LLC - Official Committee of Unsecured Creditors                              Invoice        4415451
00016     Plan and Disclosure Statement                                                                        Page: 2
03/31/25

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Michelle G. Novick | 3.00  at | 770.00  = | 2,310.00 |
|  |  | CURRENT FEES | 2,310.00 |
|  |  | TOTAL AMOUNT OF THIS INVOICE | 2,310.00 |



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number  4415453 |
| N/A - Committee N/A - Committee | Invoice Date    03/31/25 |
| 3701 Commercial Avenue, Suite 14 | Client Number    391790 |
| Northbrook, IL 60062 | Matter Number    00019 |

Re:   Statements and Schedules

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/21/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/14/25 | ETM | Review latest amended schedules and claim objections | 0.70 | 514.50 |
| | | TOTAL HOURS | 0.70 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Evan T. Miller | 0.70 | at | 735.00 | = | 514.50 |
| | | | | CURRENT FEES | 514.50 |
| | | | | TOTAL AMOUNT OF THIS INVOICE | 514.50 |

161 North Clark, Suite 4200 ◆ Chicago, IL 60601 ◆ Phone: 312-876-7100 ◆ Fax: (312) 876-0288

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



www.saul.com

| | |
|---|---|
| Optio Rx LLC - Official Committee of Unsecured Creditors | Invoice Number 4415454 |
| N/A - Committee N/A - Committee | Invoice Date 03/31/25 |
| 3701 Commercial Avenue, Suite 14 | Client Number 391790 |
| Northbrook, IL 60062 | Matter Number 00022 |

Re:   Post Confirmation

FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/21/25:

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/03/25 | ETM | Multiple EMs with DRs cnsl/MN re status of effective date plans and info needed for same | 1.50 | 1,102.50 |
| 03/04/25 | ETM | Multiple EMs with MN/DRs/Aves cnsl re escrow and OC with DNT re same and review prior correspondence re next steps | 1.00 | 735.00 |
| 03/06/25 | ETM | Multiple EMs re status of escrow and next steps re same and review edits to same | 0.50 | 367.50 |
| 03/11/25 | ETM | EMs regarding Flagstar account; review emails from counsel re same | 0.20 | 147.00 |
| | | TOTAL HOURS | 3.20 | |

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Evan T. Miller | 3.20 | at | 735.00 | = | 2,352.00 |
| | | | | CURRENT FEES | 2,352.00 |

TOTAL AMOUNT OF THIS INVOICE   2,352.00

161 North Clark, Suite 4200 ♦ Chicago, IL 60601 ♦ Phone: 312-876-7100 ♦ Fax: (312) 876-0288

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP