# EXHIBIT B

**Summary of Expense Reimbursement Requested By Category**

**FINAL COMPENSATION PERIOD**

**Summary of Expense Reimbursement Requested By Category**

**For the Period from June 26, 2024 through March 21, 2025**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Court Fees | Delaware Bankruptcy Court | $150.00 |
| Legal Research | Westlaw | $2,682.72 |
| UCC Searches | Continental Corporate Services, Inc. | $2,977.00 |
| Legal Research | PACER | $13.20 |
| **Total** | | **$5,822.92** |

| | |
|---|---|
| Case Name: | Optio Rx, LLC, *et al.* |
| Case Number: | 24-11188 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | April 30, 2025 |
| Interim or Final: | Combined Ninth Monthly and Final |