# EXHIBIT C

**Customary and Comparable Compensation Disclosures**

## MONTHLY COMPENSATION PERIOD

## BILLING DISCLOSURES FOR SAUL EWING LLP

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | Billed<br>*Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | Billed<br>*This Application* |
| Senior Partners | 2 | $682 | $753.85 |
| Junior Partners | 0 | $570 | N/A |
| Counsel | 0 | $576 | N/A |
| Senior Associates | 0 | $428 | N/A |
| Junior Associates | 0 | $343 | N/A |
| Paralegal | 0 | $298 | N/A |
| Other (Litigation, Support, Paraprofessional, Clerical) | 1 | $283 | $220.00 |
| **Aggregated:** | | **$553.00** | **$558.54** |

| | |
|---|---|
| Case Name: | Optio Rx, LLC, *et al.* |
| Case Number: | 24-11188 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | April 30, 2025 |
| Interim or Final: | Combined Ninth Monthly and Final |

2

# FINAL COMPENSATION PERIOD

# BILLING DISCLOSURES FOR SAUL EWING LLP

| Category of Timekeeper | Number of Timekeepers Working on the Matter During the Budget Period | Blended Hourly Rate | |
|---|---|---|---|
| | | **Billed** *Firm for Preceding Year, Excluding Bankruptcy and Reorganization* | **Billed** *This Application* |
| Senior Partners | 7 | $682 | $706.24 |
| Junior Partners | 0 | $570 | N/A |
| Counsel | 0 | $576 | N/A |
| Senior Associates | 3 | $428 | $438.65 |
| Junior Associates | 1 | $343 | $300 |
| Paralegal | 0 | $298 | N/A |
| Other (Litigation, Support, Paraprofessional, Clerical) | 5 | $283 | $223.16 |
| **Aggregated:** | | **$553.00** | **$589.12** |

| | |
|---|---|
| Case Name: | Optio Rx, LLC, *et al.* |
| Case Number: | 24-11188 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | April 30, 2025 |
| Interim or Final: | Combined Ninth Monthly and Final |