# EXHIBIT D

**Summary of Timekeepers**

MONTHLY COMPENSATION PERIOD

SUMMARY OF BILLING BY TIMEKEEPER

For the Period from March 1, 2025 through March 21, 2025

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position at Saul Ewing | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Evan T. Miller | 2009 | Partner (2023)[1] | Bankruptcy | $735 | 4.8 | $3,528.00 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $770 | 5.6 | $4,312.00 |
| Sean F. Kenny | N/A | Paraprofessional | Bankruptcy | $220 | 6.0 | $1,320.00 |
| TOTAL | | | | | 16.4 | $9,160.00 |

**Blended Hourly Rate: $558.54**

---

[1] Evan Miller joined Saul Ewing as a Partner in 2023. He was previously a director at his prior firm.

**FINAL COMPENSATION PERIOD**

**SUMMARY OF BILLING BY TIMEKEEPER**

**For the Period from June 26, 2024 through March 21, 2025**

| Name of Professional Person | Year of Bar Admission | Position with the applicant and number of years in that position at Saul Ewing | Practice Group | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Evan T. Miller | 2009 | Partner (2023)[2] | Bankruptcy | $680 | 206.2 | $140,216.00 |
| Evan T. Miller | 2009 | Partner (2023) | Bankruptcy | $735 | 7.3 | $5,365.50 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $715 | 240.5 | $171,957.50 |
| Michelle G. Novick | 1991 | Partner (2008) | Bankruptcy | $770 | 5.9 | $4,543.00 |
| John D. Demmy | 1986 | Partner (2018) | Bankruptcy | $860 | 6.5 | $5,590.00 |
| Adam H. Isenberg | 1988 | Partner (1999) | Bankruptcy | $795 | 8.2 | $6,519.00 |
| Monique B. DiSabatino | 2009 | Partner (2019) | Bankruptcy | $575 | 0.5 | $287.50 |
| Mark Minuti | 1988 | Partner (1997) | Bankruptcy | $905 | 0.8 | $724.00 |
| Steven C. Reingold | 1993 | Partner (2017) | Bankruptcy | $760 | 7.5 | $5,700.00 |
| Turner N. Falk | 2014 | Associate (2022) | Bankruptcy | $430 | 90.1 | $38,743.00 |
| Jorge Garcia | 2017 | Associate (2020) | Bankruptcy | $450 | 65.1 | $29,295.00 |
| Nicholas Smargiassi | 2023 | Associate (2023) | Bankruptcy | $300 | 61.0 | $18,300.00 |
| Paige N. Topper | 2017 | Associate (2023) | Bankruptcy | $450 | 3.5 | $1,575.00 |
| Robyn E. Warren | N/A | Paraprofessional | Bankruptcy | $285 | 5.6 | $1,596.00 |
| Aida McLaughlin | N/A | Paraprofessional | Litigation | $210 | 2.4 | $504.00 |
| Aida McLaughlin | N/A | Paraprofessional | Litigation | $225 | 1.5 | $337.50 |
| Sean F. Kenny | N/A | Paraprofessional | Bankruptcy | $205 | 19.9 | $4,079.50 |
| Sean F. Kenny | N/A | Paraprofessional | Bankruptcy | $220 | 8.2 | $1,804.00 |
| Jennifer R. Fitzgerald | N/A | Paraprofessional | Litigation | $330 | 0.4 | $132.00 |
| Patricia Markey | N/A | Paraprofessional | Litigation | $300 | 0.6 | $180.00 |
| **TOTAL** | | | | | **758.1** | **$446,608.50** |

| | |
|---|---|
| Attorney Compensation: | $436,655.50 |
| Total Attorney Hours: | 713.5 |
| Attorney Blended Hourly Rate: | $611.99 |
| All Timekeepers Blended Hourly Rate: | $589.12 |

---

[2] Evan Miller joined Saul Ewing as a Partner in 2023. He was previously a director at his prior firm.

2

3

| | |
|---|---|
| Case Name: | Optio Rx, LLC, *et al.* |
| Case Number: | 24-11188 (TMH) |
| Applicant's Name: | Saul Ewing LLP |
| Date of Application: | April 30, 2025 |
| Interim or Final: | Combined Ninth Monthly and Final |