# EXHIBIT E

**Declaration of Evan T. Miller**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| Optio Rx, LLC, *et al.*,[1] | Case No. 24-11188 (TMH) |
| Debtors. | (Jointly Administered) |

<u>**DECLARATION OF EVAN T. MILLER**</u>

I, Evan T. Miller, declare under the penalties of perjury that:

1.      I am a Partner in the firm of Saul Ewing LLP ("**Saul Ewing**"), which served as counsel to the Official Committee of Unsecured Creditors (the "**Committee**").

2.      I am familiar with the work performed by Saul Ewing on behalf of the Committee.

3.      I have read the foregoing *Combined Ninth Monthly and Final Fee Application of Saul Ewing LLP, Counsel to the Official Committee of Unsecured Creditors, Payment of Compensation and Reimbursement of Expenses Incurred for The (I) Monthly Period from March 1, 2025 Through March 21, 2025 and (II) Final Period From June 26, 2024 Through March 21, 2025* (the "**Fee Application**").[2]

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2]      Any capitalized term not otherwise defined herein shall have the same meaning as that ascribed to it in the Fee Application.

4.    I hereby certify that the Fee Application complies with the Interim Compensation Order and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.  I hereby certify that, in accordance with the Interim Compensation Order and in connection with the Combined Ninth Monthly and Final Fee Application, Saul Ewing made a reasonable effort to comply with the Revised UST Guidelines.

5.    Pursuant to the Appendix B in the Revised UST Guidelines, Saul Ewing responds to the following questions regarding the Fee Application:

| II.  Question | Response | Explanation |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain. | No | |
| If the fees sought in this fee application as compared to the fees budgeted for this time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? | N/A | |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | No | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? | No | |
| If the fee application includes any rate increases since retention:<br><br>i.  Did your client review and approve those rate increases in advance?<br><br>ii.  Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA formal Ethics Opinion 11-458? | Yes | |

Dated: April 30, 2025

*/s/ Evan T. Miller*
EVAN T. MILLER