# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**OPTIO RX, LLC., et al.,**<br><br><br>Debtors.[1] | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 24-11188 (TMH) <br> ) <br> ) Jointly Administered <br> ) <br> ) **Objection Deadline: May 22, 2025 at 4:00 p.m.** |

## COMBINED THIRD MONTHLY AND FINAL FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 27, 2024 THROUGH MARCH 21, 2025

| | |
|---|---|
| Name of Applicant: | Alvarez & Marsal North America, LLC |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *Effective nunc pro tunc to June 27, 2024* |
| <u>Combined Monthly</u> Period for which compensation and reimbursement is sought: | September 1, 2024 through March 21, 2025 ("Compensation Period") |
| <u>Combined Monthly</u> Amount of Compensation sought as actual, reasonable, and necessary: | $8,831.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $3,313.22 |
| <u>Total</u> Period for which compensation and reimbursement is sought: | June 27, 2024 through March 21, 2025 ("Application Period") |
| <u>Total</u> Amount of Compensation Sought as actual, reasonable, and necessary: | $253,443.50 |
| <u>Total</u> Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $3,323.73 |
| This is a(n): | x  Monthly  ___ Interim  x  Final Application |

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

| Monthly Fee Application(s) | | | | | |
|---|---|---|---|---|---|
| Date & Docket No. | Filing Period | Requested Fees | Requested Expenses | Unpaid Fees | Unpaid Expenses |
| 9/3/2024 [360] | 6/27/24-7/31/24 | $228,453.00 | $6.89 | $45,690.60 | $0.00 |
| 10/3/2024 [459] | 8/1/24-8/31/24 | $16,159.50 | $3.62 | $3,231.90 | $0.00 |
| N/A | 9/1/2024 - 3/21/2025 | $8,831.00 | $3,313.22 | $8,831.00 | $3,313.22 |
| **Sub-Total** | | **$253,443.50** | **$3,323.73** | **$57,753.50** | **$3,313.22** |
| Less: Incremental Voluntary Reduction | | | | ($25,142.00) | |
| **Grand Total** | | **$253,443.50** | **$3,323.73** | **$32,611.50** | **$3,313.22** |

Alvarez & Marsal North America, LLC ("A&M"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") appointed in the case of the above-captioned debtors (the "Debtors"), hereby submits its combined third monthly and final fee application (the "Application") in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 266] (the "Interim Compensation Order"), seeking compensation and reimbursement of expenses for the period from June 27, 2024 through March 21, 2025. In support hereof, A&M respectfully represents as follows:

## INTRODUCTION

1. A&M submits this Application for entry of an order pursuant to section 331 of title 11 of the United States Code, 11 U.S.C §§ 101 et seq, as amended (the "Bankruptcy Code"). By this Application, A&M seeks final approval of compensation for actual and necessary professional services rendered in the amount of $253,443.50 and reimbursement of expenses in the amount of $3,323.73 during the Application Period. Pursuant to the Interim Compensation Order, A&M is entitled to receive payment of one-hundred percent (100%) of fees and one-hundred percent (100%) of expenses incurred from June 27, 2024, through March 21, 2025, in the aggregate amount of $256,767.23.

## JURISDICTION, VENUE AND STATUTORY PREDICATES FOR RELIEF SOUGHT

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B). Venue of this proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief sought herein is section 331 of the Bankruptcy Code.

## BACKGROUND

3. On June 7, 2024 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the management of their businesses and operation of their properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. In accordance with the provisions of section 1102(b) of the Bankruptcy Code, on June 21, 2024, the United States Trustee appointed the Committee in the Debtors' cases [Docket No. 67]. On June 25, 2024, the United States Trustee filed an amended appointment of the Committee, effective June 25, 2024 [Docket No. 81].

5. On August 16, 2024, this Court entered an order approving the retention of A&M as financial advisor to the Committee effective *nunc pro tunc* to June 27, 2024 [Docket No. 297].

6. A&M has rendered services on behalf of the Committee for the period from September 1, 2024 through March 21, 2025 (the "Compensation Period") totaling 12.5 hours of professional time.

## SERVICES RENDERED AND EXPENSES INCURRED

7. The Debtors' chapter 11 cases have presented numerous large and complex issues that had to be addressed to preserve and maximize value for unsecured creditors. The Retention Order authorizes A&M to render financial advisory services to the Committee.

8. The total number of hours expended by A&M professionals in performing professional services for the Committee during the Compensation Period was 12.5 hours. Pursuant to the Retention Order, A&M is entitled to compensation for its services provided to the Committee of $8,831.00 and costs expended on behalf of the Committee in the sum of $3,313.22 during the Compensation Period.

9. The total number of hours expended by A&M professionals in performing professional services for the Committee during the Application Period was 391.4 hours. Pursuant to the Retention Order, A&M is entitled to compensation for its services provided to the Committee of $253,443.50 and costs expended on behalf of the Committee in the sum of $3,323.73 during the Application Period. Pursuant to the terms of the confirmed Chapter 11 Plan ("Plan"), the Committee's professionals have agreed to contribute 10% of their fees to the UCC Settlement as set forth in the Plan. Accordingly, once A&M's Final Fee Application is approved by this Court, the Debtors will retain $25,142.00 of the approved fees, due to A&M, to fund A&M's portion of the UCC Settlement.

10. The following exhibits are attached hereto for the Compensation Period: (i) Exhibit "A" is a summary of time detail by professional; (ii) Exhibit "B" is a summary of time detail by project category; (iii) Exhibit "C" is the itemized daily time records by project category; (iv) Exhibit "D" is a summary of expenses by category; and (v) Exhibit "E" is a summary of expense detail by category.

11. The following exhibits are attached hereto for the Application Period: (i) Exhibit "F" is a summary of time detail by professional; (ii) Exhibit "G" is a summary of time detail by project category; and (iii) Exhibit "H" is a summary of expense detail by project category.

**STATEMENT FROM ALVAREZ & MARSAL NORTH AMERICA LLC**

12. At all relevant times, A&M has been a disinterested person, as that term is defined at § 101(14) of the Bankruptcy Code, as modified by § 1103(b) of the Bankruptcy Code, and has not represented or held any interest adverse to any interest of the Committee.

13. A&M has received no payment and no promises for payment from any source (other than the Debtors) for services rendered or to be rendered in any capacity whatsoever in conjunction with the matters covered by this Application. No agreement or understanding exists between A&M and any other entity (other than shareholders or employees of A&M) for the sharing of compensation received or to be received for services rendered in, or in conjunction with, these cases.

14. All services for which A&M requests compensation were performed at the direction or instruction of the Committee and on behalf of the Committee. The professional services and related expenses for which A&M requests allowance of compensation and reimbursement of expenses were rendered and incurred in conjunction with these cases in the discharge of A&M's professional responsibilities as financial advisor to the Committee in the Debtors' chapter 11 cases.

15. A&M respectfully submits that, in accordance with §328 of the Bankruptcy Code, A&M is entitled to the compensation requested in this Application. A&M further submits that the services provided were necessary and beneficial to the Committee, the Debtors' estates, creditors, and other parties in interest, and as such the compensation being sought for its services is fair and reasonable pursuant to §330 of the Bankruptcy Code.

16. Any additional fees and expenses incurred by A&M after the Application Period shall be invoiced directly to the Debtors, and shall not be subject to §328 of the Bankruptcy Code.

17. A&M has served this application in accordance with the Interim Compensation Order and the Local Rules. A&M submits that, considering the relief requested, no other or further notice need be provided.

**NO PRIOR REQUEST**

18. No prior application for the relief requested herein has been made to this or any other court.

**WHEREFORE**, A&M respectfully requests that the Court enter an order: (i) approving and allowing on a final basis the compensation and reimbursement of actual and necessary costs and expenses requested herein; (ii) approving the payment of the 100% of allowed fees and expenses and (iii) providing such further relief as may be just and proper.

| | |
|---|---|
| Dated: May 1, 2025<br>Chicago, IL | Respectfully submitted,<br><br>**ALVAREZ & MARSAL NORTH AMERICA, LLC**<br><br>By: */s/ Richard Newman*<br>Richard Newman<br>540 W. Madison St., Suite 1800<br>Chicago, IL 60661<br>Telephone: 469.231.6780<br>rnewman@alvarezandmarsal.com<br><br>Financial Advisor to the *Official Committee of Unsecured Creditors* |