IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Optio Rx, LLC, *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Monthly Fee Application**:<br><br>**Objection Deadline: May 22, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date:  Only in the Event of Objection**<br><br>**Final Fee Application:**<br>**Objection Deadline: May 22, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: June 2, 2025, at 10:00 a.m. (ET)** |

**NOTICE OF COMBINED THIRD MONTHLY AND
FINAL FEE APPLICATION OF ALVAREZ &
MARSAL NORTH AMERICA, LLC**

**PLEASE TAKE NOTICE** that on May 1, 2025, Alvarez & Marsal North America, LLC ("**A & M**") filed its *Combined Third Monthly and Final Fee Application of Alvarez & Marsal North America, LLC For Payment of Compensation and Reimbursement of Expenses as Financial Advisor to The Official Committee of Unsecured Creditors* (the "**Committee**") *for The Period From June 27, 2024 Through March 21, 2025* (the "**Fee Application**") with the Court. The Fee Application seeks the approval of payment for professional services rendered as financial advisor to the Committee (i) in the monthly amount of $8,831.00 for the period September 1, 2024 through March 21, 2025, together with reimbursement of expenses in the amount of $3,313.22 and (ii) in the final amount of $253,443.50, together with reimbursement of expenses in the amount of $3,323.73, for the period June 27, 2024 through March 21, 2025.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 266] and must be filed with the Clerk of the Bankruptcy Court and be served upon: (i) counsel to the Debtors, Chipman Brown Cicero & Cole, LLP, Hercules Plaza, 1313 North Market Street, Suite 5400, Wilmington, Delaware 19801 (Attn: William E. Chipman, Jr., Esquire (chipman@chipmanbrown.com); David W. Carickhoff, Esquire (carickhoff@chipmanbrown.com); Mark D. Olivere, Esquire (olivere@chipmanbrown.com); and Alan M. Root, Esquire (root@chipmanbrown.com)); (ii) Debtors, 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062 (Attn: Leo LaFranco, Chief Financial Officer (llafranco@optiorx.com)) (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lock Box 35, Wilmington, Delaware 19801 (Attn: Jonathan W. Lipshie, Esquire (jon.lipshie@usdoj.gov)); (iv) counsel to the DIP Lenders, DLA Piper LLP (US), 1201 North Market Street, Suite 2100, Wilmington, Delaware 19801 (Attn: Stuart Brown, Esquire (stuart.brown@dlapiper.com)); and (v) counsel to the Committee, Saul Ewing LLP, (a) 1201 North Market Street, Suite 2300, Wilmington, Delaware 19801 (Attn: Evan T. Miller, Esquire (evan.miller@saul.com) and Nicholas Smargiassi, Esquire (nicholas.smargiassi@saul.com), and (b) 161 North Clark Street, Suite 4200, Chicago, Illinois 60601 (Attn: Michelle G. Novick, Esquire (michelle.novick@saul.com)), so as to actually be received by or before **May 22, 2025 at 4:00 p.m. (Prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Fee Application will be held on **June 2, 2025 at 10:00 a.m. (ET)** before the Honorable Thomas M. Horan, United States Bankruptcy Court for the District of Delaware, at 824 Market Street, 3rd Floor, Courtroom # 7, Wilmington, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE FEE APPLICATION WITHOUT FURTHER NOTICE.

Dated: May 1, 2025  
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Nicholas Smargiassi (DE Bar No. 7265)
1201 N. Market St, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6864
evan.miller@saul.com
nicholas.smargiassi@saul.com

-and-

Michelle G. Novick, Esq. (admitted *pro hac vice*)
**SAUL EWING LLP**
161 North Clark St., Suite 4200
Chicago, IL 60601
Telephone: (312) 876-7100
michelle.novick@saul.com