*Exhibit A*

*Optio Rx, LLC, et al.*
*Summary of Time Detail by Professional*
*September 1, 2024 through March 21, 2025*

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Newman, Rich | Managing Director | $ 1,325 | 2.5 | $ 3,312.50 |
| Brouwer, Matthew | Senior Director | 1,000 | 2.3 | 2,300.00 |
| Crump, Skye | Analyst | 525 | 7.7 | 4,042.50 |
|  |  |  | **12.5** | **$ 9,655.00** |
| Less: Voluntary Reduction |  |  |  | 824.00 |
| **Grand Total** |  |  |  | **$ 8,831.00** |