*Exhibit B*

***Optio Rx, LLC, et al.***
***Summary of Time Detail by Project Category***
***September 1, 2024 through March 21, 2025***

| Project Category | Hours | Fees |
|---|---:|---:|
| Court Attendance / Participation | 2.6 | $ 1,365.00 |
| Fee Application | 7.4 | 5,237.50 |
| Financial & Operational Matters | 0.3 | 397.50 |
| General Correspondence with UCC & UCC Counsel | 1.1 | 1,457.50 |
| Plan of Reorganization / Disclosure Statement | 1.1 | 1,197.50 |
| **Total** | **12.5** | **$ 9,655.00** |
| Less: Voluntary Reduction | | 824.00 |
| **Grand Total** | | **$ 8,831.00** |