*Exhibit C*

*Optio Rx, LLC, et al.*
*Time Detail by Project Category*
*September 1, 2024 through March 21, 2025*

| Professional | Date | Hours | Time Description |
|---|---|---|---|
| **Court Attendance / Participation** | | | |
| Crump, Skye | 9/13/2024 | 1.8 | Attend confirmation hearing |
| Crump, Skye | 9/13/2024 | 0.8 | Correspond with A&M team re: confirmation hearing |
| **Subtotal** | | **2.6** | |
| **Fee Application** | | | |
| Crump, Skye | 9/15/2024 | 0.9 | Prepare August fee application |
| Brouwer, Matthew | 9/16/2024 | 0.3 | Review August fee application |
| Crump, Skye | 9/19/2024 | 0.3 | Update August fee application |
| Crump, Skye | 10/12/2024 | 1.3 | Prepare interim fee application |
| Crump, Skye | 10/13/2024 | 1.1 | Update interim fee application |
| Brouwer, Matthew | 10/22/024 | 0.2 | Review interim fee application |
| Crump, Skye | 3/7/2025 | 1.5 | Prepare final fee application |
| Brouwer, Matthew | 3/10/2025 | 1.0 | Review final fee application |
| Newman, Rich | 3/11/2025 | 0.8 | Review final fee application |
| **Subtotal** | | **7.4** | |
| **Financial & Operational Matters** | | | |
| Newman, Rich | 9/3/2024 | 0.1 | Correspond with A&M team re: KEIP |
| Newman, Rich | 9/3/2024 | 0.2 | Review Debtors' responses to KEIP |
| **Subtotal** | | **0.3** | |
| **General Correspondence with UCC & UCC Counsel** | | | |
| Newman, Rich | 9/17/2024 | 0.5 | Participate on Committee call with UCC Counsel |
| Newman, Rich | 9/24/2024 | 0.6 | Participate on Committee call with UCC Counsel |
| **Subtotal** | | **1.1** | |
| **Plan of Reorganization / Disclosure Statement** | | | |
| Brouwer, Matthew | 9/5/2024 | 0.4 | Review plan of reorganization objections |
| Brouwer, Matthew | 9/6/2024 | 0.3 | Review Debtors' revised plan of reorganization |
| Newman, Rich | 9/6/2024 | 0.2 | Review Debtors' revised plan of reorganization |
| Brouwer, Matthew | 9/13/2024 | 0.1 | Review confirmation hearing summary |
| Newman, Rich | 9/20/2024 | 0.1 | Review correspondence re: plan of reorganization negotiation |
| **Subtotal** | | **1.1** | |
| **Grand Total** | | **12.5** | |