*Exhibit E*

*Optio Rx, LLC, et al.*
*Expense Detail by Category*
*September 1, 2024 through March 21, 2025*

| Category / Professional | Date | Expenses ($) | Description |
|---|---|---|---|
| **Miscellaneous** | | | |
| Newman, Rich | 9/12/2024 | $ 1.62 | Wireless usage charges |
| Newman, Rich | 9/27/2024 | 3,311.25 | Research service charges |
| Newman, Rich | 10/12/2024 | 0.35 | Wireless usage charges |
| **Grand Total** | | **$ 3,313.22** | |