*Exhibit F*

*Optio Rx, LLC, et al.*
*Summary of Time Detail by Professional*
*June 27, 2024 through March 21, 2025*

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| Newman, Rich | Managing Director | $ 1,325 | 43.3 | $ 57,372.50 |
| Freitas, Mark | Managing Director | 1,100 | 5.6 | 6,160.00 |
| Brouwer, Matthew | Senior Director | 1,000 | 53.3 | 53,300.00 |
| Rogers, Seth | Senior Director | 825 | 17.6 | 14,520.00 |
| Porter, Nick | Associate | 525 | 80.4 | 42,210.00 |
| Patel, Kishan | Associate | 525 | 75.8 | 39,795.00 |
| Crump, Skye | Analyst | 525 | 115.4 | 60,585.00 |
| | | | **391.4** | **$ 273,942.50** |

| | |
|---|---|
| Less: Voluntary Reduction | 20,499.00 |
| **Grand Total** | **$ 253,443.50** |