*Exhibit G*

**Optio Rx, LLC, et al.**
*Summary of Time Detail by Project Category*
*June 27, 2024 through March 21, 2025*

| Project Category | Hours | Fees |
|---|---:|---:|
| Business Plan | 122.0 | $ 69,182.50 |
| Case Administration | 4.3 | 4,295.00 |
| Cash Budget | 34.8 | 27,072.50 |
| Contracts | 11.9 | 7,577.50 |
| Court Attendance / Participation | 7.2 | 5,780.00 |
| Employee Matters | 2.0 | 1,862.50 |
| Fee Application | 12.2 | 7,995.00 |
| Financial & Operational Matters | 104.3 | 70,445.00 |
| Financing Matters (DIP, Exit, Other) | 7.0 | 7,990.00 |
| Firm Retention | 5.0 | 4,310.00 |
| General Correspondence with UCC & UCC Counsel | 10.5 | 13,102.50 |
| Intercompany Claims | 0.2 | 265.00 |
| Miscellaneous Motions | 7.0 | 5,657.50 |
| Plan of Reorganization / Disclosure Statement | 12.2 | 12,167.50 |
| Potential Avoidance Actions / Litigation Matters | 1.0 | 1,130.00 |
| SOFAs & SOALs | 41.5 | 28,492.50 |
| Valuation | 8.3 | 6,617.50 |
| **Total** | **391.4** | **$ 273,942.50** |
| Less: Voluntary Reduction | | 20,499.00 |
| **Grand Total** | | **$ 253,443.50** |