*Exhibit H*

*Optio Rx, LLC, et al.*
*Expense Summary by Category*
*June 27, 2024 through March 21, 2025*

| Expense Category | | Total |
|---|---|---|
| Miscellaneous | $ | 3,323.73 |
| | | |
| Total | $ | **3,323.73** |