IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Optio Rx, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 24-11188 (TMH)<br><br>(Jointly Administered)<br><br>**Related Docket No. 852** |

**CERTIFICATION OF COUNSEL REGARDING REORGANIZED DEBTORS'
MOTION FOR ENTRY OF AN ORDER
CLOSING CERTAIN OF THE CHAPTER 11 CASES**

The undersigned counsel for the above-captioned reorganized debtors (the "**Debtors**") hereby certifies as follows:

1. On April 10, 2025, the Debtors filed the *Reorganized Debtors' Motion for Entry of an Order Closing Certain of the Chapter 11 Cases* [Docket No. 204] (the "**Motion**"). Attached to the Motion as <u>Exhibit A</u> was a proposed order (the "**Proposed Order**").

2. Pursuant to the *Notice of Reorganized Debtors' Motion for Entry of an Order Closing Certain of the Chapter 11 Cases*, the deadline to file objections regarding the relief requested in the Motion was April 29, 2025 (the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Debtors received informal comments from the Office of the United States Trustee (the "**U.S. Trustee**").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows: (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

4. The Debtors hereby submit a revised form of order (the "**Revised Order**"), attached hereto as **Exhibit A**, which reflects changes to the Proposed Order attached to the Motion and incorporates comments from the U.S. Trustee and the Revised Order has been reviewed and approved by the U.S. Trustee. Attached as **Exhibit B** is a blackline of the Revised Order against the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Court enter the Revised Order attached hereto as **Exhibit A** at its earliest convenience.

| | |
|---|---|
| Dated: May 1, 2025<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>*/s/ Mark D. Olivere*<br>William E. Chipman, Jr. (No. 3818)<br>Mark D. Olivere (No. 4291)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone:   (302) 295-0191<br>Email:         chipman@chipmanbrown.com<br>                    olivere@chipmanbrown.com<br><br>*Counsel for the Reorganized Debtors* |