# EXHIBIT B

# (Blackline)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> Optio Rx, LLC, <br><br>    Debtor. | Chapter 11 <br><br> Case No. 24-11188 (TMH) <br><br> **Related Docket No. 852** |
| In re: <br><br> Braun Pharma, LLC, <br><br>    Debtor. | Chapter 11 <br><br> Case No. 24-11189 (TMH) |
| In re: <br><br> HCP Pharmacy LLC, <br><br>    Debtor. | Chapter 11 <br><br> Case No. 24-11190 (TMH) |
| In re: <br><br> Pet Apothecary LLC, <br><br>    Debtor. | Chapter 11 <br><br> Case No. 24-11191 (TMH) |
| In re: <br><br> The Pet Apothecary LLC, <br><br>    Debtor. | Chapter 11 <br><br> Case No. 24-11192 (TMH) |
| In re: <br><br> Crestview Holdings, LLC, <br><br>    Debtor. | Chapter 11 <br><br> Case No. 24-11193 (TMH) |
| In re: | Chapter 11 |

| | |
|---|---|
| Crestview Pharmacy, LLC, <br><br>　　　　Debtor. | Case No. 24-11194 (TMH) |
| In re: <br><br> Dr. Ike's PharmaCare LLC, <br><br>　　　　Debtor. | Chapter 11 <br><br> Case No. 24-11195 (TMH) |
| In re: <br><br> Enovex Pharmacy LLC, <br><br>　　　　Debtor. | Chapter 11 <br><br> Case No. 24-11196 (TMH) |
| In re: <br><br> H&H Pharmacy LLC, <br><br>　　　　Debtor. | Chapter 11 <br><br> Case No. 24-11197 (TMH) |
| In re: <br><br> SMC Pharmacy LLC, <br><br>　　　　Debtor. | Chapter 11 <br><br> Case No. 24-11198 (TMH) |
| In re: <br><br> SMC Lyons Holdings LLC, <br><br>　　　　Debtor. | Chapter 11 <br><br> Case No. 24-11199 (TMH) |
| In re: <br><br> SBH Medical LLC, <br><br>　　　　Debtor. | Chapter 11 <br><br> Case No. 24-11200 (TMH) |
| In re: | Chapter 11 |

| | |
|---|---|
| SBH Medical, Ltd., <br>          Debtor. | Case No. 24-11201 (TMH) |
| In re: <br>Rose Pharmacy RM LLC, <br>          Debtor. | Chapter 11 <br>Case No. 24-11202 (TMH) |
| In re: <br>Rose Pharmacy SA LLC, <br>          Debtor. | Chapter 11 <br>Case No. 24-11203 (TMH) |
| In re: <br>Rose Pharmacy SF LLC, <br>          Debtor. | Chapter 11 <br>Case No. 24-11204 (TMH) |
| In re: <br>Baybridge Pharmacy, LLC, <br>          Debtor. | Chapter 11 <br>Case No. 24-11205 (TMH) |
| In re: <br>Central Pharmacy, LLC, <br>          Debtor. | Chapter 11 <br>Case No. 24-11206 (TMH) |
| In re: <br>Pro Pharmacy, LLC, <br>          Debtor. | Chapter 11 <br>Case No. 24-11207 (TMH) |

| | |
|---|---|
| In re:<br><br>Healthy Choice Compounding LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 24-11208 (TMH) |
| In re:<br><br>Healthy Choice Compounding LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 24-11209 (TMH) |
| In re:<br><br>Oakdell Compounding Pharmacy LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 24-11210 (TMH) |
| In re:<br><br>Concierge Pharmacy LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 24-11211 (TMH) |
| In re:<br><br>Firstcare Pharmacy LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 24-11212 (TMH) |
| In re:<br><br>Easycare Pharmacy LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 24-11213 (TMH) |
| In re:<br><br>Primecare Pharmacy LLC, | Chapter 11<br><br>Case No. 24-11214 (TMH) |

4

| |
|---|
| Debtor. |

**ORDER AND FINAL DECREE CLOSING CERTAIN OF THE CHAPTER 11 CASES**

Upon consideration of the motion (the "**Motion**")[1] of the Reorganized Debtors, pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Rules 2002-1(e) and 3022-1; and the Court having found that good and sufficient cause exists for granting the Motion,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Pursuant to Section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, the following chapter 11 cases (collectively, the "**Closed Cases**") are hereby closed effective upon the entry of this Order, provided that this Court shall retain jurisdiction as provided in the Plan and the Confirmation Order:

| SUBSIDIARY DEBTOR | CASE NO. |
|---|---|
| Optio Rx, LLC | 24-11188 (TMH) |
| Braun Pharma, LLC | 24-11189 (TMH) |
| HCP Pharmacy LLC | 24-11190 (TMH) |
| Pet Apothecary LLC | 24-11191 (TMH) |
| Crestview Holdings, LLC | 24-11193 (TMH) |
| Crestview Pharmacy, LLC | 24-11194 (TMH) |
| Dr. Ike's PharmaCare LLC | 24-11195 (TMH) |
| Enovex Pharmacy LLC | 24-11196 (TMH) |
| H&H Pharmacy LLC | 24-11197 (TMH) |
| SMC Pharmacy LLC | 24-11198 (TMH) |
| SMC Lyons Holdings LLC | 24-11199 (TMH) |
| SBH Medical LLC | 24-11200 (TMH) |
| SBH Medical, Ltd. | 24-11201 (TMH) |
| Rose Pharmacy RM LLC | 24-11202 (TMH) |
| Rose Pharmacy SA LLC | 24-11203 (TMH) |
| Rose Pharmacy SF LLC | 24-11204 (TMH) |
| Baybridge Pharmacy, LLC | 24-11205 (TMH) |
| Central Pharmacy, LLC | 24-11206 (TMH) |
| Pro Pharmacy, LLC | 24-11207 (TMH) |
| Healthy Choice Compounding LLC | 24-11208 (TMH) |
| Health Choice Compounding LLC | 24-11209 (TMH) |
| Oakdell Compounding Pharmacy LLC | 24-11210 (TMH) |
| Concierge Pharmacy LLC | 24-11211 (TMH) |
| Firstcare Pharmacy LLC | 24-11212 (TMH) |
| Easycare Pharmacy LLC | 24-11213 (TMH) |
| Primecare Pharmacy LLC | 24-11214 (TMH) |

3. The chapter 11 case of The Pet Apothecary LLC, Case No. 24-11192 (TMH) (the "**Remaining Case**"), shall remain open pending the entry of a final decree by this Court closing the Remaining Case.

4. Following the entry of this Order, all motions, notices, and other pleadings relating to any of the Debtors shall be administered under the following amended caption:

**IN THE UNITED STATES BANKRUPTCY COURT**

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| The Pet Apothecary LLC, | Case No. 24-11192 (TMH) |
| Debtors.[1] | |

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is The Pet Apothecary, LLC (6074). The address of the Reorganized Debtor's corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062. On ____, 2025, the Court entered an order closing the chapter 11 cases of The Pet Apothecary, LLC's debtor affiliates (collectively, the "**Affiliated Debtors**"). A complete list of the Affiliated Debtors, along with their federal tax identification numbers, is available through the Court's CM/ECF electronic case filing system (https://ecf.deb.uscourts.gov/) under case no. 24-11192, at Docket No. 4.

5. All matters, whether or not they pertain to the Remaining Case or Closed Cases, including any claim objections with respect to claims against the Debtors, shall be filed, administered, and adjudicated in the Remaining Case without the need to reopen the Closed Cases. Any objections to claims against, or interests in, the Debtors may be filed, administered, and adjudicated in the Remaining Case. The Reorganized Debtors are authorized to resolve or to object to claims filed against each of the Debtors in the Remaining Case, notwithstanding that a claim may have been filed against a Debtor in a Closed Case.

6. The final report required under Local Rule 3022-1(a)(ii) with respect to the Closed Cases shall be included as part of a consolidated report for all of the Debtors and filed in connection with the closure of the Remaining Case.

7. All further reporting concerning the administration of the assets and liabilities of the Reorganized Debtors shall occur only in the Remaining Case. A docket entry shall be made in each of the Closed Cases substantially similar to the following:

> An order has been entered in this case directing that all further reporting concerning the administration of the assets and liabilities in this case will occur only in the case of The Pet Apothecary LLC, Case No. 24-11192

(TMH).  The docket in Case No. 24-11192 (TMH) should be consulted for all matters affecting this case.

8. The Reorganized Debtors of the Closed Cases shall, on or before thirty (30) days after entry of this Final Decree, pay all fees due and payable pursuant to 28 U.S.C. § 1930(a)(6) in connection with the Closed Cases.  Entry of this Final Decree is without prejudice to the rights of the U.S. Trustee to reopen the Closed Cases to seek appropriate relief in the event of an unresolved dispute over the payment of fees pursuant to 28 U.S.C. § 1930(a)(6).

9. The Debtors shall provide the U.S. Trustee with all quarterly reports not already filed with respect to the Closing Cases, including reports for any partial quarter, within twenty-one (21) days after entry of the Order of this court.

10. The Reorganized Debtors shall not be obligated to pay quarterly fees pursuant to 28 U.S.C. § 1930(a) with respect to the Closed Cases for any period after the date of the entry of this Final Decree; *provided, however*, that if any of the Closed Cases are reopened, the Reorganized Debtors shall be obligated to file reports and pay quarterly fees pursuant to 28 U.S.C. § 1930(a) until any such reopened case is once again closed.

11. The Reorganized Debtors and their agents are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

12. The entry of this Order and the closing of the Closed Cases is for administrative purposes only and shall not create a right, claim, or cause of action by a creditor or other party in interest in any other regard.

13. This Court shall retain jurisdiction over all matters arising from and/or related to the interpretation, implementation, and enforcement of this Order.

4929-2864-5437, v. 2

Document comparison by Workshare Compare on Thursday, May 1, 2025 5:00:29 PM

| **Input:** | |
|---|---|
| Document 1 ID | netdocuments://4929-2864-5437/1 |
| Description | OptioRx - As Filed PFO Re Motion to Close Certain Cases |
| Document 2 ID | netdocuments://4929-2864-5437/2 |
| Description | OptioRx - As Filed PFO Re Motion to Close Certain Cases |
| Rendering set | Standard |

| **Legend:** | |
|---|---|
| Insertion | |
| ~~Deletion~~ | |
| ~~Moved from~~ | |
| Moved to | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| **Statistics:** | |
|---|---|
|  | Count |
| Insertions | 7 |
| Deletions | 5 |
| Moved from | 0 |
| Moved to | 0 |
| Style changes | 0 |
| Format changes | 0 |
| Total changes | 12 |