# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Optio Rx, LLC, *et al.*, | Case No. 24-11188 (TMH) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 6, 2025, AT 2:00 P.M. (EASTERN TIME)[2]

> **THIS PROCEEDING WILL BE CONDUCTED IN-PERSON. ALL COUNSEL AND WITNESSES ARE EXPECTED TO ATTEND UNLESS PERMITTED TO APPEAR REMOTELY VIA ZOOM. PLEASE REFER TO JUDGE HORAN'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE ([HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES](HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES)) FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE HORAN'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.    RESOLVED MATTER(S):**

1. Debtors' Second (Non-Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 14, 2025 [Docket No. 775].

    Objection Deadline:    April 4, 2025, at 4:00 p.m. (Eastern Time).

    Responses Received:  None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective tax identification numbers, are as follows:  (1) Optio Rx, LLC (8436); (2) Braun Pharma, LLC (6643); (3) Dr. Ike's PharmaCare LLC (2237); (4) Rose Pharmacy SA LLC (5738); (5) Rose Pharmacy SF LLC (1438); (6) Rose Pharmacy RM LLC (4205); (7) Pet Apothecary LLC (4315); (8) Crestview Holdings, LLC (1907); (9) SBH Medical, LLC (3260); (10) H&H Pharmacy LLC (6793); (11) Enovex Pharmacy LLC (0693); (12) SMC Pharmacy LLC (5428); (13) SMC Lyons Holdings LLC (5441); (14) Baybridge Pharmacy, LLC (5518); (15) Central Pharmacy, LLC (6195); (16) Pro Pharmacy, LLC (6299); (17) Healthy Choice Compounding LLC (8770); (18) Healthy Choice Compounding LLC (1745); (19) Oakdell Compounding Pharmacy LLC (7537); (20) The Pet Apothecary, LLC (6074); (21) Crestview Pharmacy, LLC (8091); (22) SBH Medical, Ltd. (3230); (23) Concierge Pharmacy LLC (5410); (24) Firstcare Pharmacy, LLC (1203); (25) Easycare Pharmacy LLC (9408); (26) Primecare Pharmacy LLC (7645); and (27) HCP Pharmacy LLC (5216). The address of the Debtors' corporate headquarters is 3701 Commercial Avenue, Suite 14, Northbrook, Illinois 60062.

[2] *Please Note*: The hearing will be held on the Third Floor in Court Room 7.

Related Pleadings:

    A.    Notice of Rescheduled Hearing, filed on April 3, 2025 [Docket No. 843].

    B.    Certification of Counsel Regarding Debtors' Second (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on April 8, 2025 [Docket No. 845].

    C.    Order Granting Debtors' Second (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, entered on April 14, 2025 [Docket No. 854].

Status: The order has been entered. Therefore, no hearing is necessary.

### II. MATTER(S) FILED UNDER CERTIFICATION OF COUNSEL:

2. Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on March 14, 2025 [Docket No. 776].

Objection Deadline:   April 4, 2025, at 4:00 p.m. (Eastern Time).

Responses Received:

    i.    Dr. Rinku Patel's ("**Dr. Patel**") Opposition to Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on April 4, 2025 [Docket No. 844].

    ii.    Informal response from Cardinal Health 110, LLC ("**Cardinal Health**").

    iii.    Informal response from California Franchise Tax Board ("**Franchise Tax Board**").

Related Pleadings:

    A.    Notice of Rescheduled Hearing, filed on April 3, 2025 [Docket No. 843].

    B.    Certification of Counsel Regarding Debtors' Third (Substantive) Omnibus Objection to Claims Pursuant to Bankruptcy Code Section 502, Bankruptcy Rule 3007, and Local Rule 3007-1, filed on May 1, 2025 [Docket No. 867].

Status: The Debtors have filed a revised order under certification of counsel. The informal response by Cardinal Health has been resolved with no changes to the proposed order. The claims of Dr. Patel and the Franchise Tax Board have been removed from Schedule 1 and will be adjourned to the June 2, 2025 omnibus hearing.

3. Reorganized Debtors' Motion for Entry of an Order Closing Certain of the Chapter 11 Cases, filed on April 10, 2025 [Docket No. 852].

   <u>Objection Deadline</u>:   April 29, 2025, at 4:00 p.m. (Eastern Time).

   <u>Responses Received</u>:

   (i)   Informal response from the Office of the United States Trustee.

   <u>Related Pleadings</u>:

   A.   Certification of Counsel Regarding Reorganized Debtors' Motion for Entry of an Order Closing Certain of the Chapter 11 Cases, filed on May 1, 2025 [Docket No. 868].

   <u>Status</u>: A revised order has been filed under certification of counsel. Therefore, no hearing is necessary unless otherwise requested by the Court.

Dated: May 2, 2025  
Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ Mark D. Olivere
William E. Chipman, Jr. (No. 3818)
David W. Carickhoff (No. 3715)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Email:    chipman@chipmanbrown.com
carickhoff@chipmanbrown.com
olivere@chipmanbrown.com
root@chipmanbrown.com

*Counsel for Debtors and Debtors in Possession*

- 3 -

4899-7842-6422, v. 2